Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendants. | CASE NO. 3:20-cv-5640<br><br>**PLAINTIFF EPIC GAMES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1. AND LOCAL CIVIL RULE 3-15** |

EPIC GAMES, INC.'S CERTIFICATE OF INTERESTED PARTIES    Case No. 3:20-cv-5640

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Plaintiff Epic Games, Inc. ("Epic") discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that Epic has no parent corporation and Tencent Holdings Limited owns more than 10% of Epic stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date, other than the named parties, Tencent Holdings Limited, and Timothy Sweeney, there is no such interest to report.

DATED: August 13, 2020    FAEGRE DRINKER BIDDLE & REATH LLP

By: _____/s/ Paul J. Riehle_____

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorney for Plaintiff
EPIC GAMES, INC.

EPIC GAMES, INC.'S CERTIFICATE OF INTERESTED PARTIES                    Case No. 3:20-cv-5640