Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc. )
                 ) Case No: 3:20-cv-05640
        Plaintiff(s), )
                 ) **APPLICATION FOR**
    v.           ) **ADMISSION OF ATTORNEY**
                 ) **PRO HAC VICE**
Apple Inc.       ) (CIVIL LOCAL RULE 11-3)
                 )
        Defendant(s). )

I, M. Brent Byars, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Epic Games, Inc. in the above-entitled action. My local co-counsel in this case is Paul J. Riehle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cravath Swaine & Moore LLP | Faegre Drinker Biddle & Reath LLP |
| 825 Eighth Avenue | Four Embarcadero Center |
| New York, New York 10019 | San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 474-1104 | (415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mbyars@cravath.com | paul.riehle@faegredrinker.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4776050.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 13, 2020                    /s/ M. Brent Byars
                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of M. Brent Byars is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 14, 2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE