Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice pending*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | No. 3:20-CV-05640-EMC <br><br> **DECLARATION OF PAUL J. RIEHLE IN SUPPORT OF PLAINTIFF EPIC GAMES INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** <br><br> Date: August 17, 2020 <br> Courtroom: 5, 17th Floor <br> Judge: Hon. Edward M. Chen |

Declaration of Paul J. Riehle                                                                                     Case No. 3:20-cv-05640

1   I, Paul J. Riehle, declare as follows:

2   1.   I am an attorney at the law firm of Faegre Drinker Biddle & Reath LLP, and I am one of the attorneys representing Epic Games, Inc. ("Epic") in this action. I am a member of the bar of the State of California and am admitted to appear before this Court in the above-captioned action.

3   2.   I submit this declaration in support of Plaintiff Epic Games Inc.'s Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

4   3.   Attached hereto as **Exhibit A** is a true and correct copy of Apple's Developer Agreement, last accessed August 12, 2020.

5   4.   Attached hereto as **Exhibit B** is a true and correct copy of Apple's App Store Review Guidelines, last accessed August 12, 2020.

6   5.   Attached hereto as **Exhibit C** is a collection of true and correct copies of online posts and comments excerpted from a larger thread and redacted for profanity. The table below lists the links to the unredacted originals and the respective page numbers for each thread in the Exhibit.

| Source | URL (all last accessed Aug. 14, 2020) | Exhibit Pages |
|---|---|---|
| Facebook | https://www.facebook.com/FortniteGame/posts/3595938967150068 | 1 |
| Twitter | https://twitter.com/FortniteGame/status/1294006412931223552 | 2 |
| Twitter | https://twitter.com/iFireMonkey/status/1294003723614789635 | 3-4 |
| Twitter | https://twitter.com/iFireMonkey/status/1293986371691061249 | 4-6 |
| Twitter | https://twitter.com/CyBrHyp3ri0n/status/1294016582134517769 | 7 |
| Twitter | https://twitter.com/glendapichardo1/status/1294067178757591040 | 7 |
| Twitter | https://twitter.com/Savanna11194257/status/1294067792728260609 | 8 |
| Twitter | https://twitter.com/artguymatt/status/1293999370225029123 | 8 |
| Twitter | https://twitter.com/Cypnos/status/1294067083161075712 | 8 |
| Twitter | https://twitter.com/DoumbouyaBaby/status/1294054348440379396 | 9 |
| Twitter | https://twitter.com/Amro_Hesham_/status/1294034792309194755 | 9 |
| Twitter | https://twitter.com/Eni5G/status/1294026448047669256 | 9 |
| Twitter | https://twitter.com/TomatoTurbulent/status/1294004013357248512 | 10 |
| Twitter | https://twitter.com/SDavodson/status/1294098232033845248 | 10 |
| Twitter | https://twitter.com/FNBRHQ/status/1293985350726168583 | 11-12 |
| Twitter | https://twitter.com/markgurman/status/1293984069722636288 | 13 |
| Twitter | https://twitter.com/FNBRHQ/status/1294004377829675008 | 14-15 |

1
2   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
3   and correct and that I executed this declaration on August 17, 2020 in San Francisco, California.
4
5                                                 */s/ Paul J. Riehle*
6                                                 Paul J. Riehle
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28