# Exhibit A



How will we be able to update on iPhones?
Did you guys just screw over all your mobile players?
REDACTED ✓ 2h ago

If Fortnite doesn't return to Apple store I want a refund on all my items
REDACTED ✓ 2h ago

I'm mad right now because of the banning of iOS will my account be refunded if this does not happen I will be mad please refund my account back onto my credit card message me back
REDACTED ✓ 2h ago

I saw that the game got banned!!Can you review my account and i would like a refund for my whole account please
REDACTED ✓ 37m ago

If you are not going to allow updates on iOS I fully expect all my money back from everything I have purchased. Please let me know when and how to receive this refund. I paid you a lot money for a game you have cancelled on me.
REDACTED ✓ 1h ago

I need to know what's going on with the game, I had recently invested a lot of money in this game for my children, I had even made a purchase today, I am currently on hold with apple. Please respond, I have nothing of apple products I'm not understanding.
REDACTED ✓ 16m ago

> Ok so sense u guys PERM Removed Fornight from Apple / Andriod severs onces a update happens they wont be able to play anymore??? so are you going to refund all of the money us parents have spent?? IVE SPENT ALOT of money on this game for my Daughter and im BEYOND Mad right now like you just Destoryed a Little girls heart now she was very passionate about this game and Loved playing it! now u have ripped that away from her for good like wtf? so will u be full refunding ppl who where Android / Apple players now? or Not? or is their a Way kids can download the update and keep playing on their tablet and phones
>
>  REDACTED ✓ 5m ago

> My son and I both play Fortnite on an IPad. How the hell are we supposed play now that the App Store removed it. That will mean it won't be able to update now. And don't give me a ridiculous comment about what other platforms I can play since I'm not rich and can't simply go buy another platform. This is ridiculous on both sides. Billionaires screwing us over yet again
>
>  REDACTED ✓ 2h ago

> Please tell me i will be able to play in season 4 on iOS please tell me I'm about to cry
>
>  REDACTED ✓ 3h ago

> I can't download Fortnite. My phone is compatible but it won't show it in my AppStore and when I go to your website to download it it says it's downloaded all though it is no where in my home menu. Please help me fix this as I want to play again!
>
> Attachments
>
>  
>
> REDACTED ✓ 41m ago

> Apple banned Fortnite so I can't get anything and I want to know if I can redeem anything or something like that because I feel scammed by having spent so much money on your game and then I can't end up using it on anything
>
> **REDACTED**   ✓ 1h ago

> Why are you removing fortnite from iOS and android I am displeased by this am requesting to have it put it back on ios and android
>
> **REDACTED**   ✓ 36m ago

> Dear Epic Games, is that true what I saw so you can no longer play on mobile phone something happened please say I can still play I would really like to play FORTNITE but I read that you can no longer play on apple please say that that is not true.
>
>  **REDACTED**   ✓ 41m ago

> Since they removed Fortnite from the Apple store how are we going to receive updates? Is there a way to do it from the epic games website? Can that be done because it's not fair for the Apple users, Including myself as an apple user.....
>
>  **REDACTED**   ✓ 1h ago

> hello, i wanted to ask, since the app store deleted fortnite, but i still have it downloaded, what am i suppose to do? it wont let me in any games because it tells me that the servers are offline. does this mean i cant play anymore?
>
>  **REDACTED**   ✓ 1h ago

> So now what are you going to do? You guys are saying that next season will begin as planned. How are the mobile players supposed to download and update the app now?
>
> **REDACTED**   ✓ 2h ago

