1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10

11  EPIC GAMES, INC.,

12                        Plaintiff,

13        vs.

14  APPLE INC.,

15                        Defendant.

No. 3:20-CV-05640-EMC

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Date:  August 17, 2020

Courtroom:  5, 17th Floor

Judge:  Hon. Edward M. Chen

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

On August ___ 2020, this Court heard plaintiff's application for a Temporary Restraining Order and an Order to Show Cause why a preliminary injunction should not be issued. After hearing this application and considering the arguments and papers submitted, the court enters the following Temporary Restraining Order:

ORDERED that Apple, together with its agents, employees, attorneys and all persons having knowledge of this Order are restrained and enjoined from:

Case No. 3:20-cv-05640-EMC

1. Removing, de-listing, refusing to list or otherwise making unavailable the app *Fortnite*, including any update thereof, from the App Store on the basis that *Fortnite* offers in-app payment processing through means other than Apple's In-App Purchase ("IAP") or on any pretextual basis;

2. Removing, disabling or modifying *Fortnite* or any code, script, feature, setting, version or update thereof from any iOS user's device; and

3. Taking any adverse action against Epic, including but not limited to restricting, suspending or terminating any Epic entity from Apple's Developer Program, on the basis that Epic enabled in-app payment processing in *Fortnite* through means other than IAP or on the basis of the steps Epic took to do so.

This order and all supporting pleadings and opposing papers must be served upon the adverse party within ___ days.

Defendant is further ordered to show cause on August ___, 2020, at ___ before this Court why a preliminary injunction to the same effect should not issue.

IT IS SO ORDERED.

Dated:  August _____, 2020 at ____.
San Francisco, California

_____
United States District Judge