Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:20-CV-05640-EMC <br><br> **PROOF OF SERVICE** |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ACTIVE.124857662.01

PROOF OF SERVICE

Case No. 3:20-CV-05640-EMC

# PROOF OF SERVICE

I, Connie B. Gutierrez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, 27th Floor, San Francisco, California 94111. On August 17, 2020, I served a copy of the within document(s):

**EPIC GAMES, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF PAUL J. RIEHLE IN SUPPORT OF PLAINTIFF EPIC GAMES INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**DECLARATION OF TIM SWEENEY IN SUPPORT OF PLAINTIFF EPIC GAMES INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**DECLARATION OF ANDREW GRANT IN SUPPORT OF PLAINTIFF EPIC GAMES, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**DECLARATION OF NICHOLAS PENWARDEN IN SUPPORT OF PLAINTIFF EPIC GAMES, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

☐ **By United States mail:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☐ **By overnight delivery service:** by placing the document(s) listed above in a sealed Delivery Service envelope or package to the persons/entities at the address(es) listed below. I provide the envelope or package for collection and overnight delivery to a Delivery Service agent for the overnight delivery carrier.

☐ **By personal service:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ACTIVE.124857662.01

- 2 -

Case No. 3:20-CV-05640-EMC

PROOF OF SERVICE

☐ **By electronic service:** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☒ **By messenger service:** by placing the document(s) listed above in an envelope or package addressed to the persons at the address(es) set forth below and providing them to a professional messenger service for service.

Apple Inc.
c/o CT Corporation
818 W. 7th Street #930
Los Angeles, CA 90017

I declare under penalty of perjury under the law of the United States of America, that the foregoing is true and correct.

Executed on August 17, 2020, at Newark, California.

_____
Connie B. Gutierrez

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ACTIVE.124857662.01

- 3 -

Case No. 3:20-CV-05640-EMC

PROOF OF SERVICE