| | |
|---|---|
| 1 | THEODORE J. BOUTROUS JR., SBN 132099 |
| | tboutrous@gibsondunn.com |
| 2 | RICHARD J. DOREN, SBN 124666 |
| | rdoren@gibsondunn.com |
| 3 | DANIEL G. SWANSON, SBN 116556 |
| | dswanson@gibsondunn.com |
| 4 | JAY P. SRINIVASAN, SBN 181471 |
| | jsrinivasan@gibsondunn.com |
| 5 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 6 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 7 | Facsimile: 213.229.7520 |
| 8 | VERONICA S. LEWIS (Texas Bar No. 24000092; *pro hac vice* pending) |
| 9 | vlewis@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2100 McKinney Avenue, Suite 1100 |
| | Dallas, TX 75201 |
| 11 | Telephone: 214.698.3100 |
| | Facsimile: 214.571.2900 |
| 12 | |
| 13 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice* pending) |
| | crichman@gibsondunn.com |
| 14 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| 15 | Washington, DC 20036-5306 |
| | Telephone: 202.955.8500 |
| 16 | Facsimile: 202.467.0539 |
| 17 | Attorneys for Defendant, APPLE INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., | CASE NO. 20-CV-05640-EMC |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** |
| APPLE INC., | |
| Defendant. | The Honorable Edward M. Chen |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Richard J. Doren of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 124666) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  His address, telephone, facsimile, and email are as follows:

> RICHARD J. DOREN, SBN 124666
> rdoren@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA  90071-3197
> Telephone:     213.229.7000
> Facsimile:      213.229.7520

DATED:  August 18, 2020                    GIBSON, DUNN & CRUTCHER LLP


By:     /s/ Richard J. Doren

*Attorneys for Defendant Apple Inc.*