1  THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
2  RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
3  DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
4  JAY P. SRINIVASAN, SBN 181471
   jsrinivasan@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
6  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
7  Facsimile: 213.229.7520

8  VERONICA S. LEWIS (Texas Bar No.
   24000092; *pro hac vice* pending)
9  vlewis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
10 2100 McKinney Avenue, Suite 1100
   Dallas, TX 75201
11 Telephone: 214.698.3100
   Facsimile: 214.571.2900
12
   CYNTHIA E. RICHMAN (D.C. Bar No.
13 492089; *pro hac vice* pending)
   crichman@gibsondunn.com
14 GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
15 Washington, DC 20036-5306
   Telephone: 202.955.8500
16 Facsimile: 202.467.0539

17 Attorneys for Defendant, APPLE INC.

18

19                    **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

21

22 EPic GAMES, INC.,                      CASE NO. 20-CV-05640-EMC

23              Plaintiffs,

24       v.                               **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**

25 APPLE INC.,
                                          The Honorable Edward M. Chen
26              Defendant.

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT'S NOTICE OF APPEARANCE
CASE NO. 20-CV-05640-EMC

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jay P. Srinivasan of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 181471) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  His address, telephone, facsimile, and email are as follows:

>JAY P. SRINIVASAN, SBN 181471
>jsrinivasan@gibsondunn.com
>Gibson, Dunn & Crutcher LLP
>333 South Grand Avenue
>Los Angeles, CA  90071-3197
>Telephone:     213.229.7000
>Facsimile:      213.229.7520

DATED:  August 18, 2020               GIBSON, DUNN & CRUTCHER LLP


By:  _____/s/ Jay P. Srinivasan_____

*Attorneys for Defendant Apple Inc.*