1  Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center, 27th Floor
3  San Francisco, California 94111
   Telephone:  (415) 591-7500
4  Facsimile:  (415) 591-7510

5  Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
6  Katherine B. Forrest (*pro hac vice*)
   kforrest@cravath.com
7  Gary A. Bornstein (*pro hac vice*)
   gbornstein@cravath.com
8  Yonatan Even (*pro hac vice*)
   yeven@cravath.com
9  M. Brent Byars (*pro hac vice*)
   mbyars@cravath.com
10 **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
11 New York, New York 10019
   Telephone:  (212) 474-1000
12 Facsimile:  (212) 474-3700

13 *Attorneys for Plaintiff Epic Games, Inc.*

14               **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16                    **OAKLAND DIVISION**

17

18 EPIC GAMES, INC.,                       Case No. 3:20-CV-05640-YGR

19                          Plaintiff,     **RE-NOTICE OF EPIC GAMES, INC.'S
                                           MOTION FOR TEMPORARY**
20             vs.                         **RESTRAINING ORDER AND ORDER TO
                                           SHOW CAUSE WHY A PRELIMINARY**
21 APPLE INC.,                             **INJUNCTION SHOULD NOT ISSUE**

22                          Defendant.     Judge Yvonne Gonzalez Rogers
                                           Courtroom 1, 4th Floor
23

24

25

26

27

28

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RE-NOTICE OF EPIC GAMES, INC.'S                    Case No. 3:20-CV-05640-YGR
MOTION FOR TRO AND OSC PI

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that, pursuant to the ORDER RELATING CASES 4:19-cv-

3  3074-YGR and 3:20-cv-5640-EMC, Dkt. 24, Epic Games, Inc.'s Notice of Motion and Motion

4  for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction

5  Should Not Issue will now be heard before District Judge Yvonne Gonzalez Rogers, Oakland

6  Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612.

7  DATED: August 19, 2020         By:      */s/ Paul R. Riehle*

8                                          Paul R. Riehle
                                           **Faegre Drinker Biddle & Reath LLP**
9                                          Four Embarcadero Center, 27th Floor
                                           San Francisco, CA  94111
10                                         Telephone: (415) 591-7500
                                           Facsimile:  (415) 591-7510
11                                         paul.riehle@faegredrinker.com

12                                         Christine A. Varney (*pro hac vice*)
                                           Katherine B. Forrest (*pro hac vice*)
13                                         Gary A. Bornstein (*pro hac vice*)
                                           Yonatan Even (*pro hac vice*)
14                                         M. Brent Byars (*pro hac vice*)
                                           **Cravath, Swaine & Moore LLP**
15                                         825 Eighth Avenue
                                           New York, New York 10019
16                                         Telephone: (212) 474-1000
                                           Facsimile: (212) 474-3700
17                                         cvarney@cravath.com
                                           kforrest@cravarth.com
18                                         gbornstein@cravarth.com
                                           yeven@cravath.com
19                                         mbyars@cravath.com

20

21                                         *Attorneys for Plaintiff Epic Games, Inc.*

22

23

24

25

26

27

28

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RE-NOTICE OF EPIC GAMES, INC.'S         - 2 -         Case No. 3:20-CV-05640-YGR
MOTION FOR TRO AND OSC PI