# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/19/2020 | **Time:** 1:40pm-2:08pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Paul Riehle; Katherine Forrest; and Gary Bornstein
**Attorney for Defendant:** Richard Doren; and Karen Dunn

**Deputy Clerk:** Frances Stone     **Court Reporter:** Raynee Mercado

## PROCEEDINGS

STATUS RE SCHEDULING OF MOTION – HELD VIA ZOOM

Discussion re scheduling for the Motion for TRO at Dkt. No. 17

Defendant Apple Inc.'s Opposition filed by 12:00 p.m. (noon) on Friday, 8/21/2020.

Hearing on Motion for TRO will be held on Monday, 8/24/2020 at 3:00pm via Zoom platform.