Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc.,

               Plaintiff(s),

    v.

Apple Inc.,

               Defendant(s).

Case No: 20-CV-05640-YGR

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Cynthia E. Richman , an active member in good standing of the bar of the DC Court of Appeals , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Daniel G. Swanson , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1050 Connecticut Ave., N.W., Washington, DC 20036-5306 | 333 South Grand Avenue Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: (202) 955-8500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 229-7000 |
| MY EMAIL ADDRESS OF RECORD: crichman@gibsondunn.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dswanson@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 492089 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/20/20

Cynthia E. Richman
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Cynthia E. Richman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Cynthia E Richman*

was duly qualified and admitted on April 4, 2005 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August
20, 2020.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.