1  Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
3  San Francisco, California 94111
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
6  Katherine B. Forrest (*pro hac vice*)
   kforrest@cravath.com
7  Gary A. Bornstein (*pro hac vice*)
   gbornstein@cravath.com
8  Yonatan Even (*pro hac vice*)
   yeven@cravath.com
9  M. Brent Byars (*pro hac vice*)
   mbyars@cravath.com
10 **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
11 New York, New York 10019
   Telephone: (212) 474-1000
12 Facsimile: (212) 474-3700

13 *Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | No. 3:20-CV-05640-YGR <br><br> **DECLARATION OF M. BRENT BYARS IN FURTHER SUPPORT OF PLAINTIFF EPIC GAMES INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** <br><br> Date: August 24, 2020, 3:00 p.m. <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez-Rogers |

I, M. Brent Byars, declare as follows:

1. I am an attorney at the law firm of Cravath, Swaine & Moore LLP, and am one of the attorneys representing Epic Games, Inc. in this action. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration pursuant to the Court's Order Permitting Limited Reply Brief dated August 21, 2020 (ECF No. 38), and in further support of Plaintiff Epic Games, Inc.'s Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF No. 17). The contents of this declaration are based on my personal knowledge and on information and documents provided to me by Epic Games, Inc. If called as a witness, I could and would competently testify thereto.

3. Apple maintains a Developer Program website through which application developers may access information concerning their developer accounts. Attached as Exhibits A through F are true and correct screenshots taken at my direction of the Membership Information that is displayed when logged into the six separate developer accounts of Epic Games, Inc. and its affiliates, reflecting for each account: (1) the "Team Name" or entity name, (2) the "Team ID" or account number (redacting all but the last two characters), and (3) the entity's address. In addition, Epic Games, Inc. has a separate developer account through Apple's Developer Enterprise Program. Attached as Exhibit G is a true and correct screenshot taken at my direction of the Membership Information displayed when logged into the Developer Enterprise Program account belonging to Epic Games, Inc. According to Apple's website, Apple charges an annual fee of $99 for each developer account and an annual fee of $299 for each developer enterprise account.

4. For each developer account, Apple requires that the developer owning such account agree to (1) an Apple Developer Agreement, and (2) an Apple Developer Program License Agreement (or in the case of the Developer Enterprise Program, a Developer Enterprise Program License Agreement). True and correct copies of these Agreements, corresponding to each developer account held by Epic Games, Inc. and its affiliates, are attached as Exhibits H through S. (I was not able to obtain prior to filing the Agreements from the developer account

belonging to one entity, Quixel AB, and these are not included.)  These Agreements specify that each Agreement is accepted by a developer when an agent of the developer "press[es] the 'agree' button" (*e.g.* Ex. H at 1) or "by downloading or using the Apple software or Apple services" (*e.g.* Ex. I at 1).

5. Attached as Summary Exhibit T is a summary of the Membership Information pertaining to each separate developer account of Epic Games, Inc. and its affiliates, together with an identification of the iOS mobile applications (if any) that have been published by each account and that are listed as available (or, in the case of Fortnite, was available prior to August 13, 2020) in Apple's App Store.  Summary Exhibit T also identifies each Exhibit where the (1) Developer Agreement, and (2) Developer Program License Agreement (or Developer Enterprise Program License Agreement) corresponding to each developer account may be found, and the dates on which each Agreement was "accepted" according to the information on Apple's Developer Program website.  Summary Exhibit T was prepared at and under my direction, and was reviewed by me for accuracy.

6. To access Apple application development tools, including Apple Software Development Kits ("SDKs") and other tools, Apple requires that individual and organizational application developers (including Epic Games, Inc. and its affiliates) accept the Xcode and Apple SDKs Agreement.  A true and correct copy of the Xcode and Apple SDKs Agreement drawn from Apple, Inc.'s website is attached as Exhibit U.  Apple permits developers to access these tools by "clicking 'agree' or by downloading, using or copying any part of this Apple software or using any part of the Apple services", which the Agreement deems to be acceptance of the Agreement "on your own behalf and/or on behalf of your company or organization" (Ex. U at 1).  Summary Exhibit T also lists the Xcode and Apple SDKs Agreement entered into by Epic Games, Inc. and its affiliates.

7. Attached hereto as Exhibit V is a collection of true and correct copies of public online posts and comments regarding *Unreal Engine*.  The table below lists the links to the original posts and comments, and the respective page numbers for each thread in the Exhibit.

| Source | URL (all last accessed Aug. 21, 2020) | Exhibit Pages |
|---|---|---|
| Twitter | https://twitter.com/joshfromireland/status/1295445570044264448 | 1 |
| Twitter | https://twitter.com/ShiinaBR/status/1295439235135213568 | 2 |
| Twitter | https://twitter.com/tomwarren/status/1295435205440921601 | 3 |
| Twitter | https://twitter.com/imranzomg/status/1295438968146685952 | 4 |
| Twitter | https://twitter.com/stroughtonsmith/status/1295512490944626689 | 5 |
| Twitter | https://twitter.com/thisistechtoday/status/1295460091446009856 | 6 |
| Twitter | https://twitter.com/azurthedragon/status/1295728717227065345 | 7 |
| Twitter | https://twitter.com/NeonIain/status/1295597899707908099 | 8 |
| Twitter | https://twitter.com/MrStrawberrie/status/1295440597054971906 | 9 |
| Twitter | https://twitter.com/Hrief988/status/1295439947395215360 | 10 |
| Twitter | https://twitter.com/GamingReinvent/status/1295459203889467399 | 11 |
| Twitter | https://twitter.com/V03Angelos/status/1295455743462838273 | 12 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on August 23, 2020 in Brookhaven, New York.

*/s/ M. Brent Byars*

M. Brent Byars