# Exhibit A

## Membership Information

| | |
|---|---|
| Program Type | Apple Developer Program |
| Team Name | Epic Games, Inc. |
| Team ID | REDACTED84 |
| Entity Type | Company / Organization |
| Phone | 1-801-3373140 |
| Address | 155 N 400 W, Suite 420<br>Salt Lake City, Utah 84103<br>United States |
| Expiration Date | August 10, 2021 |
| Device Reset Date | August 10, 2021 |
| Account Holder | Shane Smit |
| Your Roles | Admin |