# Exhibit B

Membership Information

| | |
|---|---|
| **Program Type** | Apple Developer Program |
| **Team Name** | Epic Games International, S.a.r.l. |
| **Team ID** | REDACTED3Y |
| **Entity Type** | Company / Organization |
| **Phone** | 1-919-8540070x4501 |
| **Address** | Lindenstrasse 16, 6340 Baar<br>Canton of Zug<br>Switzerland |
| **Expiration Date** | June 30, 2021 |
| **Device Reset Date** | June 30, 2021 |
| **Account Holder** | Shane Smith |
| **Your Roles** | Admin |