# Exhibit D

### Membership Information

| | |
|---|---|
| **Program Type** | Apple Developer Program |
| **Team Name** | KA-RA SARL |
| **Team ID** | REDACTEDJU |
| **Entity Type** | Company / Organization |
| **Phone** | 33-388628140 |
| **Address** | 39 41<br>39 RUE DU JEU DES ENFANTS<br>STRASBOURG, ALSACE-CHAMPAGNE-ARDENNE-LORRAINE 67000<br>France |
| **Expiration Date** | May 09, 2021 |
| **Device Reset Date** | May 09, 2021 |
| **Account Holder** | Manuel Veit |
| **Your Roles** | Account Holder |