# Exhibit F

**Developer**

Account

Basharat Hussain Mahmood
Quixel AB

Program Resources

- Overview
- **Membership**
- People
- Certificates, IDs & Profiles
- App Store Connect
- CloudKit Dashboard
- Code-Level Support

Additional Resources

- Documentation
- Downloads
- Forums
- Feedback Assistant
- Account Help
- Contact Us

**iPhone and iPad Apps on Mac.** All newly created and existing compatible iPhone and iPad apps will be made available on Mac. Your compatible apps will be published on the Mac App Store on Apple Silicon Macs unless you edit their availability. Manage Availability ›



## Membership Details

Your team's membership information and legal agreements.

### Membership Information

| | |
|---|---|
| Program Type | Apple Developer Program |
| Team Name | Quixel AB |
| Team ID | REDACTED T4 |
| Entity Type | Company / Organization |
| Phone | 46-769430921 |
| Address | Stora torget 3<br>Uppsala, UPPSALA 753 20<br>Sweden |
| Expiration Date | May 11, 2021 |
| Device Reset Date | May 11, 2021 |
| Account Holder | waqar azim |
| Your Roles | Admin |

### Agreements (2)

**Apple Developer Program License Agreement**
Issued June 22, 2020
Accepted July 15, 2020

**Apple Developer Agreement**
Issued June 07, 2015
Accepted March 05, 2020