# Exhibit T

**SUMMARY EXHIBIT T**

| Agreement Relating to Apple Software Development Tools | | | | |
|---|---|---|---|---|
| **Agreement** | **Signatories** | | **Exhibit** | **Apple's Annual Fee** |
| Xcode and Apple SDKs Agreement | All individual programmers and organizational application developers who "click the 'agree' button" or who "download[], us[e] or copy[] any part of this Apple software or us[e] any part of the Apple services" on "[their] own behalf and/or on behalf of [their] company or organization". | | Exhibit U | Free |
| **Agreements Relating to Apple Developer Accounts** | | | | |
| **"Team Name"/ Entity** | **"Team ID"/ Account (last two characters)** | **Address** | **Applications in App Store** | **Developer Agreement and Date of Acceptance** | **Developer Program License Agreement and Date of Acceptance** | **Apple's Annual Fee** |
| Epic Games, Inc. | 84 | 155 N 400 W, Ste. 420 Salt Lake City, UT 84103 | Shadow Complex Remastered, Battle Breakers, Infinity Blade Stickers, Spyjinx, formerly Fortnite | Exhibit H Accepted on 9/5/2019 | Exhibit I Accepted on 6/30/2020 | $99 |
| Epic Games International, S.a.r.l. | 3Y | Lindenstrasse 16, 6340 Baar Canton of Zug Switzerland | Unreal Remote 2, Unreal Match 3, Action RPG Game Sample, Unreal Remote, Live Link Face | Exhibit J Accepted on 10/21/2016 | Exhibit K Accepted on 6/30/2020 | $99 |
| Life on Air, Inc. | RG | 566 Brannan St. San Francisco, CA 94107 | Houseparty | Exhibit L Accepted on 5/7/2018 | Exhibit M Accepted on 6/25/2020 | $99 |

1

| Agreements Relating to Apple Developer Accounts | | | | | | |
|---|---|---|---|---|---|---|
| "Team Name"/ Entity | "Team ID"/ Account (last two characters) | Address | Applications in App Store | Developer Agreement and Date of Acceptance | Developer Program License Agreement and Date of Acceptance | Apple's Annual Fee |
| Epic Games, Inc. (enterprise account) | RR | 320 Crossroads Blvd. Cary, NC 27518 | n/a (Internal applications to Epic) | Exhibit N Accepted on 9/5/2019 | Exhibit O Accepted on 6/30/2020 | $299 |
| KA-RA SARL | JU | 39 Rue Du Jeu Des Enfants Strasbourg, Alsace-Champagne-Ardenne-Lorraine 67000 France | n/a | Exhibit P Accepted on 10/21/2016 | Exhibit Q Accepted on 6/30/2020 | $99 |
| Psyonix | TY | 401 W. A St. Ste 2400 San Diego, CA 921010 | n/a | Exhibit R Accepted on 11/14/2019 | Exhibit S Accepted on 6/29/2020 | $99 |
| Quixel AB | T4 | Stora torget 3 Uppsala, UPPSALA 753 20 Sweden | n/a | (Not available prior to filing) | (Not available prior to filing) | $99 |