# Exhibit V





**ShiinaBR - Fortnite Leaks**
@ShiinaBR

As far as I understand, the Unreal Engine will not have ongoing iOS & Mac support if Apple terminates the access to their dev tools.

This also means that many third-party game developers will have problems continuing to make games for iOS & Mac with Unreal Engine.

3:15 PM · Aug 17, 2020 · Twitter Web App

**97** Retweets and comments    **1.8K** Likes



**Tom Warren** ✔
@tomwarren

Apple threatening to boot Epic Games' dev tools off iOS and Mac. This means developers would be forced to stop using Unreal Engine as Apple won't let Epic support it. This tells you everything you need to know about Apple the big old bully.

> 🅔 **Epic Games Newsroom** ✔ @EpicNewsroom · Aug 17
>
> Apple removed Fortnite from the App Store and has informed Epic that on Friday, August 28 Apple will terminate all our developer accounts and cut Epic off from iOS and Mac development tools. We are asking the court to stop this retaliation. Details here: cdn2.unrealengine.com/epic-v-apple-8...

2:59 PM · Aug 17, 2020 · Twitter Web App

**717** Retweets and comments    **2.6K** Likes



**Imran Khan** ✔
@imranzomg

Wow

This is an extremely bad move on Apple's part. It effectively kills UE on iOS, increasing a dependence on Unity. With Epic's recent licensing fee changes, this probably pisses a lot of iOS developers off.

Now that it's public, they have no choice but to go through with it.

> ⬤ **Epic Games Newsroom** ✔ @EpicNewsroom · Aug 17
>
> Apple removed Fortnite from the App Store and has informed Epic that on Friday, August 28 Apple will terminate all our developer accounts and cut Epic off from iOS and Mac development tools. We are asking the court to stop this retaliation. Details here: cdn2.unrealengine.com/epic-v-apple-8...

3:14 PM · Aug 17, 2020 · TweetDeck

**20** Retweets   **147** Likes


**Steve Troughton-Smith** ✔
@stroughtonsmith

If Epic loses their developer account in the next 14 days, and has to discontinue Mac development, you won't be able to bring your Unreal Engine projects to Apple Silicon as none of those tools and SDKs have GMed — impacting games, architecture, visualization, film and more

8:07 PM · Aug 17, 2020 · Twitter for Mac

**69** Retweets and comments   **292** Likes



**M. Brandon Lee | THIS IS TECH TODAY**
@thisistechtoday

Not gonna lie, this is a shrewd move if Apple is intentionally trying to cut out Unreal Engine.

Epic turned a bunch of Fortnite players against Apple.

Apple turns a bunch of businesses and developers against Epic. A great way to turn your peers against you is to cut off their $

 **Rod Breslau** @Slasher · Aug 17

Apple has informed Epic Games that it will "terminate all [their] developer accounts and cut Epic off from iOS and Mac development tools" on August 28th, according to a new statement. Epic has filed a court order to stop this
cdn2.unrealengine.com/epic-v-apple-8...

Show this thread

4:38 PM · Aug 17, 2020 · Twitter Web App

**18** Retweets and comments    **129** Likes



**AZUR THE DRAGON** 🔥
@azurthedragon

Despite all the bad corporate choices of Epic Games, it's hard to ignore that the Unreal Engine is still important for PC, console and mobile gaming.
By shutting down the developer account of EG, Apple will probably force 3rd party developers to migrate to another engine. 🙄

10:26 AM · Aug 18, 2020 · Twitter for Android

1 Retweet   1 Like



Iain Garner FeedOur.Dog
@Neonlain

I have zero interest in Apple versus Epic beyond it
being mildly amusing but if Apple bans Unreal engine
from iOS and treats the thousands of developers who
use Unreal as collateral damage in their petty corporate
slap fight, that is unforgivable.

1:46 AM · Aug 18, 2020 · Twitter Web App

3 Retweets   40 Likes



**Leif Carlson**
@MrStrawberrie

Unreal Engine is used by hundreds of developers. Apple is hurting so many people

 **Rod Breslau** ✔ @Slasher · Aug 17
Epic says that included in the tools that Apple will revoke is the Unreal Engine that hundreds of third party developers use. "Apple's actions will irreparably damage Epic's reputation among Fortnite users and be catastrophic for the future of the separate Unreal Engine business"
Show this thread

3:21 PM · Aug 17, 2020 · Twitter for iPhone

**Holden** 
@Hrief988

If Unreal Engine is on the line here, Apple MUST lose.
Losing UE would be catastrophic for far more
developers than just Epic. If UE isn't allowed on Apple
OS's, the future of small developers is at stake.

3:18 PM · Aug 17, 2020 · Twitter for iPhone



**Gaming Reinvented**
@GamingReinvent

⌄

Given that Unreal Engine is used by quite a lot of devs for iOS development (and Mac game development), this is very worrying. By doing this, Apple has put a lot of game developers at risk, especially if an update breaks anything with the engine.

> 🌐 **Dylan Byers** ✔ @DylanByers · Aug 17
> New from Epic Games: "Apple has removed Fortnite from the App Store and informed Epic that on Friday, August 28 Apple will terminate all our developer accounts and cut Epic off from iOS and Mac development tools."

4:35 PM · Aug 17, 2020 · Twitter for iPhone



AngelosV03
@V03Angelos

Ok, so no matter what you think on the Fortnite and Apple debate, you can't deny that what Apple just did is horrible. By removing games with Unreal Engine, they're harming developers who have nothing to do with Epic for no reason.

4:21 PM · Aug 17, 2020 · Twitter for Android

**1** Retweet   **4** Likes

12