THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
 rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
 jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. LEWIS (Texas Bar No. 24000092; *pro hac vice*)
 vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
 crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

**Attorneys for Defendant Apple, Inc.**

PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravarth.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravarth.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**Attorneys for Epic Games, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>APPLE INC.,<br><br>　　　　　　　　　Defendant. | No. 3:20-CV-05640-YGR<br><br>**JOINT SUBMISSION OF SCHEDULE 2 TO APPLE DEVELOPER PROGRAM LICENSE AGREEMENT**<br><br>Date: August 24, 2020, 3:00 p.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

The Parties in the above-captioned matter jointly submit Schedule 2 to the Apple Developer Program License Agreement between Epic Games, Inc. and Apple Inc., attached hereto.[1]

Section 3.4 of Schedule 2 provides for Apple's commission with respect to the sales of "Licensed Applications", which Section 1.1.(c) defines to include "any content, functionality, extensions, stickers, or services offered in the software application."

DATED: August 24, 2020                    GIBSON, DUNN & CRUTCHER LLP

                                                           By:    */s/ Richard J. Doren*
                                                                            Richard J. Doren

                                                                     *Attorneys for Defendant Apple Inc.*

DATED: August 24, 2020                    CRAVATH, SWAINE & MOORE LLP

                                                           By:    */s/ Katherine B. Forrest*
                                                                     Katherine B. Forrest

                                                                     *Attorneys for Epic Games, Inc.*

---

[1] Both parties submitted a true and correct copy of the Apple Developer Program License Agreement between Epic Games, Inc. and Apple Inc. (Schiller Decl., Ex. B; Byars Decl. Ex. I.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION REGARDING CONCURRENCE

I, Katherine B. Forrest, am the ECF user whose identification and password are being used to file this JOINT SUBMISSION OF SCHEDULE 2 TO APPLE DEVELOPER PROGRAM LICENSE AGREEMENT.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.


DATED: August 24, 2020                    **CRAVATH, SWAINE & MOORE LLP**

                                          /s/ *Katherine B. Forrest*
                                          Katherine B. Forrest