# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/24/2020 | **Time:** 2:59pm-4:25pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorneys for Plaintiff:** Katherine Forrest and Gary Bornstein
**Attorneys for Defendant:** Richard Doren and Veronica Lewis

**Deputy Clerk:** Frances Stone          **Court Reporter:** Diane Skillman

## PROCEEDINGS

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER - [Dkt. No. 17] - HELD via Zoom and SUBMITTED.

Plaintiff to file full brief re Preliminary Injunction by 9/4/2020.
Defendant's response filed by 9/15/2020.
Plaintiff's reply filed by 9/18/2020

Hearing on Preliminary Injunction Motion set Monday, 9/28/2020 at 9:30 am via Zoom.

**Order to be prepared by: Court**