UNITED STATES DISTRICT COURT

**ORIGINAL**
**REVISED**

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | | |
|---|---|---|
| EPIC GAMES, INC., | ) | **Status re Scheduling** |
| | ) | **of TRO Motion** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. C 20-05640 YGR |
| | ) | |
| APPLE, INC., | ) | Pages 1 - 23 |
| | ) | |
| Defendant. | ) | Oakland, California |
| _____ | ) | Wednesday, August 19, 2020 |

**REPORTER'S TRANSCRIPT OF ZOOM WEBINAR PROCEEDINGS**

APPEARANCES:

For Plaintiff:           Cravath, Swaine & Moore LLP
                         825 Eighth Avenue
                         New York, New York  10019
              BY:   GARY A. BORNSTEIN,
                    KATHERINE B. FORREST, ATTORNEYS AT LAW

                         Faegre Drinker Biddle & Reath LLP
                         Four Embarcadero Center
                         San Francisco, California  94111
              BY:   PAUL J. RIEHLE, ATTORNEY AT LAW

          (Appearances continued next page)

Reported By:          Raynee H. Mercado, CSR No. 8258

    Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

1          **A P P E A R A N C E S (CONT'D.)**

2

3     For Defendant:          Gibson, Dunn & Crutcher LLP
                               333 South Grand Avenue
4                              Los Angeles, California  90071
                          BY:  RICHARD J. DOREN, ATTORNEY AT LAW
5
                               Paul | Weiss
6                              2001 K Street, NW
                               Washington, DC  20006-1047
7                         BY:  KAREN L. DUNN, ATTORNEY AT LAW

8

9

10                              --o0o--

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   Wednesday, August 19, 2020                          1:41 p.m.

2                    P R O C E E D I N G S

3                      (Zoom webinar)

4        **THE CLERK:**  All right.  Calling civil action 20-5640,

5   Epic Games versus Apple, Inc.

6       And, counsel, please state your appearances.

7        **MS. FORREST:**  Good afternoon, Your Honor.  For Epic,

8   it's Katherine Forrest with Cravath.  I am joined by

9   Mr. Riehle from Faegre Drinker, and Mr. Bornstein, my partner

10  from Cravath.  All three of us are here today for Epic.

11       **THE COURT:**  Okay.  Thank you.

12       **MR. DOREN:**  Good afternoon, Your Honor.  Richard

13  Doren from Gibson, Dunn & Crutcher on behalf of Apple.  And

14  I'm joined by Karen Dunn from Paul Weiss.

15       **THE COURT:**  Okay.  Good afternoon, everyone.

16      All right.  Well, I just received this case on a related

17  motion.  I understand you have a TRO that is in the process of

18  being briefed.  I understood from Judge Chen's chambers that

19  you had done some measure of discussion with respect to

20  briefing.  But given that it's now my case, I thought I would

21  just get you on the phone or the platform quickly for a very

22  short scheduling conference.

23      So can someone let me know what the status is and whether

24  there have been any discussions whatsoever about trying to

25  maintain the status quo in this case without over-litigating

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

1    something?

2            **MR. DOREN:**  Your Honor --

3            **MS. FORREST:**  Your Honor, I can start if that would

4    be acceptable to the court.  Katherine Forrest for Epic.

5        We -- I did, upon receiving the court's notice that you

6    wanted to have this conference this afternoon, reach out to

7    other outside counsel for Apple, some of the individuals from

8    Gibson Dunn whom we've been communicating previously about

9    this, and talked to them a little bit about the briefing to

10   see what -- where they are.

11       Judge Chen had just originally set the opposition papers

12   for Apple for Friday with argument Monday.  That was obviously

13   acceptable to us because it was the court's desire.

14       We asked Apple if they could comply with that because we

15   would like this to be heard as quickly as possible.  They

16   suggested that their briefing go in on Monday and the hearing

17   as soon thereafter as the court can accommodate the hearing.

18       Our issue -- and it's really obviously up to the court's

19   calendar as quickly as you can hear this.  Our issue is that

20   there is really very significant ongoing harm that is

21   happening every single day that I can describe to the court

22   but that make really any kind of extension difficult for us to

23   agree with.

24       Obviously, the court will set a schedule for the hearing

25   that meets with your other responsibilities and whatever else

1    you've got on calendar, but we would like to have this heard

2    as quickly as possible.

3        So from the Epic perspective, our strong preference would

4    be to have the papers coming in on Friday, even over the

5    weekend, and to have a hearing on Monday if the court could

6    accommodate that.

7        If you'd like, I could also just describe very briefly why

8    we think this particular case is not amenable to a status quo

9    resolution that would obviate the need for a TRO or we can

10   hear from -- you can maybe hear from Apple, whatever you would

11   like, Your Honor.

12       **THE COURT:**  But what my question was whether you had

13   talked to each other about it, right?

14       **MS. FORREST:**  We did start --

15       **THE COURT:**  Let me finish.

16       **MR. DOREN:**  Your Honor --

17       **THE COURT:**  Apple -- both Apple and Epic Games are in

18   my courtroom all the time.  All the time.  So -- and obviously

19   there's -- there's lots of news articles happening about

20   what's going on and the alleged harm and everything else.

21       The underlying issues in this case are going to be decided

22   in a reasoned regular process.  The question is, can the

23   events which led to the filing of the TRO be rolled back to a

24   point where no third parties are being harmed, where we can

25   stop, right, with the status quo -- remember, you don't get

1    TRO just because of money damages.  There has to be more than

2    that.  It's extraordinary relief.  You are both major

3    corporations, and you can calculate what the money damages

4    are.

5         But from what I understand by the press, because I haven't

6    seen your papers and the press is much shorter in what they're

7    saying the alleged damage is, there are other parties who are

8    being affected.

9         You are all preeminent litigators.  And the question is

10   can you pick up the phone and figure out how to resolve this

11   in a way so that the underlying litigation can proceed in a

12   normal way.

13        Who can answer that question?

14        Mr. --

15        **MS. FORREST:**  Your Honor, I --

16        **MR. DOREN:**  Your Honor --

17        **THE COURT:**  Go ahead, Mr. Doren.

18        **MR. DOREN:**  Thank you, Ms. Forrest.  Richard Doren

19   for Apple.

20        The -- the issue, of course, Your Honor, is that, as

21   you've read in the paper, a little bit over a week ago, Epic

22   did what they call a hot fix into their game which directed

23   people away from the App Store and toward the Epic website

24   where they would then be paying Epic directly and

25   circumventing the Apple in-App payment system.

1    The -- the damage being done to Apple here is more than

2    monetary.  It's -- it's also reputational in terms of there

3    being this diversion outside of the App Store.  And it's also

4    potentially harmful to the App Store structure itself.

5    So we do agree that we can go back to status quo until

6    these issues are resolved.  But it would need to be the status

7    quo before this hot fix was implemented by Epic in the App

8    Store.

9         **THE COURT:**  Mr. --

10        **MR. DOREN:**  As Your Honor says, it's a monetary issue

11   from that point forward, and there are --

12        **THE COURT:**  Well, I --

13        **MR. DOREN:**  -- experts that can testify as to --

14        **THE COURT:**  Mr. Doren.

15        **MR. DOREN:**  Yes, Your Honor.

16        **THE COURT:**  Ms. Forrest, go ahead, respond.

17        **MS. FORREST:**  Yes.  Part -- Your Honor, the issue is

18   that as part of the retaliatory acts that Apple undertook

19   after Epic had taken the actions that it took on August 13th,

20   was the release of information which now the developer

21   community is aware of which indicates that they will no longer

22   support something called the Unreal Engine which is a

23   third-party developer platform used around the world.

24   That has resulted immediately in uncertainty from the

25   developer community as to whether or not they actually have a

1   platform they can develop on which includes not only new

2   applications but also updates and fixes and things of that

3   nature.

4       So we are receiving every single day concerns, complaints,

5   questions about the tremendous uncertainty now that has been

6   put into the developer community on that basis.

7       So even if we go back to August 13th, the -- the status

8   quo ante, if you will, which we would suggest would include

9   the inclusion of our Epic pay system, that would no know way

10  resolve this other issue, which is that there is a now very

11  significant level of uncertainty hanging over the developer

12  community about the status of our platform.

13      So the -- the developers are not right now able to

14  continue with the same kind of trust and confidence to utilize

15  our platform.  So we believe that we need to have an answer on

16  the TRO and whether or not in the short term Apple will be

17  able to implement the retaliation that it has suggested in its

18  letter to us that it intends to -- to do.

19              **THE COURT:**  Mr. Doren.  Mr. Doren.

20          **MR. DOREN:**  Your Honor, brief comment?  Thank you.

21      The reason that the risks are presented to Epic that were

22  just framed is because Epic actually changed the status quo.

23  And is now seeking to freeze things in this new -- in this new

24  world that it created on August --

25              **THE COURT:**  Can you -- can you just -- can you

1   address very quickly this Unreal Engine issue and --

2            **MR. DOREN:**  Yes.

3            **THE COURT:**  -- the developer certificates, and the

4   impact on third parties.

5            **MR. DOREN:**  Yes, Your Honor.

6       If we roll things back to status quo ante, as counsel

7   referenced, in other words, before Epic put in this diversion

8   that we're -- to sending things outside of the App Store,

9   there would be no risk to support the Unreal Engine.

10      We would be, as Your Honor said, at status quo.  We would

11  be moving forward through this litigation with the Unreal

12  Engine being supported once a compliant -- once a compliant

13  Fortnite game is on the App Store.

14      We will then be at status quo ante.  The Unreal Engine

15  will be supported by Apple.  The developers of the Unreal

16  Engine will have access to all current tools through the IOS

17  platform.  And Your Honor will have an opportunity to address

18  all issues with everything going forward as they had been

19  before August 13th when it was Epic changed the status quo.

20           **THE COURT:**  So why is that you are impacting the

21  Unreal Engine at all?

22           **MR. DOREN:**  Because, Your Honor, Apple has a

23  contractual right to take -- to quit supporting those games

24  that Epic has developed from -- or that rely on the Epic

25  platform, and we have informed Epic that if it does not cure

1    the breach of its contract, which it -- which it performed

2    by -- [connection issues distorting audio] -- and diverting

3    payors and diverting users off of the App Store, that those

4    Epic-supported games would be taken down off the App Store.

5         That's within Apple's contractual rights, and it has to do

6    that in order to protect the integrity of the App Store.  And,

7    Your Honor, the way to protect the integrity of the App Store

8    and to protect Epic's concerns about the Unreal Engine is to

9    take everything back to the day before they used this hot fix

10   to basically sabotage the App Store and redirect payments to

11   the Epic website.

12        And in that environment, their games will be supported.

13   The Unreal Engine can continue to gain access to the App -- to

14   the Apple software and other developer tools and all will

15   proceed, as they always have been, until this court reaches

16   its final conclusions.

17             **MS. FORREST:**  Your Honor, might I respond briefly?

18             **THE COURT:**  You might.

19             **MS. FORREST:**  All right.

20        One issue is that the Unreal Engine is not party to the

21   same contractual arrangements that are applicable to Fortnite

22   and -- which is one of the reasons, as we laid out in our

23   papers, where the retaliation against the Unreal Engine is

24   reaching really a reaching outside of the contractual

25   arrangements that is -- that is there.  It's a different

1   company.  It's in Switzerland.  It's a totally different set

2   of circumstances.  So it is not a matter of apples to apples

3   there, Your Honor, so to speak.

4       The second --

5           **THE COURT:**  Is it the same contract or not,

6   Mr. Doren?

7           **MR. DOREN:**  There's two different contracts, Your

8   Honor.

9           **THE COURT:**  So you're -- you're reaching to a second

10  contract to apply pressure because you don't like what Epic

11  Games did.  That's what it sounds like to me.

12          **MR. DOREN:**  No -- But, Your Honor, they -- but the --

13  the -- the apps that fit within these contracts.  The terms

14  are the same.  The modifications made by Epic to the payment

15  mechanism impact both contracts because Epic has other

16  payment -- has other apps on the store, and it's essentially,

17  Your Honor, that the App Store payment mechanism, the IAP --

18  [connection issues distorting audio] -- process, be respected

19  throughout --

20          **THE COURT:**  The contract --

21              (Simultaneous colloquy.)

22          **THE COURT:**  Mr. Doren, the contract that deals with

23  Fortnite, does it -- it's a fully integrated contract, isn't

24  it?

25          **MR. DOREN:**  Your Honor --

 1          **THE COURT:**  Is it, "yes" or "no," Mr. Doren?  "Yes"

 2     or "no"?

 3          **MR. DOREN:**  It's an integrated contract, Your Honor.

 4          **THE COURT:**  Right?  And it has rights,

 5     responsibilities, it has damages provisions, doesn't it?

 6          **MR. DOREN:**  Your Honor, there are provisions in that

 7     contract that are being breached today that include and impact

 8     the Unreal platform.

 9          And, Your Honor, if -- if there -- if this is going to be

10     permitted to proceed and Apple is not going to be permitted to

11     exercise its contractual rights, then we would need brief this

12     to the court and set it out in chapter and verse for the court

13     to be able to see why this is a breach under these contracts

14     and why the conduct by -- by Epic is inappropriate.

15          **MS. FORREST:**  Your Honor, the app --

16          **THE COURT:**  All right.  So it sounds like -- it

17     sounds like I need to deal with the TRO by Monday, and then

18     perhaps we have briefing on a preliminary injunction.  I mean,

19     I -- you know, what --

20          **MR. DOREN:**  Your Honor --

21          **THE COURT:**  What you want me to do is -- is you

22     billion-dollar companies want me to drop everything and deal

23     with your papers over the weekend because you can't on your

24     own seem to put a temporary stop so we can deal with this even

25     in the context of an injunction.

1     **MR. DOREN:**  Your Honor --

2     **THE COURT:**  -- that's what we're going to do, right?

3     **MR. DOREN:**  Two -- two comments.  First of all, we

4  have -- I think both sides have said they're willing to talk.

5  And we were responding to the court's questions.  We're happy

6  to have that discussion.

7     But second of all, Your Honor, nothing is going to change

8  and this discussion about taking anything else off the App

9  Store does not occur until -- until the 28th.  And what we

10  would ask, Your Honor, is for an opportunity to submit our

11  briefs on Monday and have the court hear the matter at its

12  convenience after that point.

13     And if it -- if it helps the court in terms of scheduling

14  that, then we could certainly agree to leave the current

15  status quo in place for the additional days or time that the

16  court needs before it hears that TRO.

17     **THE COURT:**  Ms. Forrest.

18     **MS. FORREST:**  Yes.

19     Your Honor, one thing I would just like to correct is that

20  the Unreal Engine has nothing to do with the Apple App Store.

21  It has nothing to do with Epic Pay.  It's a platform on which

22  third-party developers actually write new applications so this

23  is really apples and oranges.  Let's leave to the side for the

24  moment.

25     We do agree, Your Honor, that a hearing at the court's

1    earliest consequence is appropriate and necessary.  We

2    apologize for the fact that it's occurring when it's

3    occurring.  But the speediest schedule that Your Honor is able

4    to have, we would like to comply with.

5        We would, in fact, be able to do it sooner than that.  We

6    could do it on Friday if the court wanted to do it orally and

7    not have written submissions, but, obviously, Apple would like

8    to put in something in writing.

9        In terms of the harm, I do want to just reiterate that

10   it's not about August 28th or August -- you know, or rolling

11   it back to the status quo ante.  What we've got is a developer

12   community right now that so long there's uncertainty hanging

13   over the platform, we are receiving, as I've already said,

14   extraordinary levels of concern, so --

15       **THE COURT:**  But, Ms. Forrest, your client -- look,

16   Epic Games knew what it was doing, right?  It decided to take

17   a stand, which is fine.  It implemented what they're calling

18   this "hot fix" and immediately filed a complaint.  So it knew

19   exactly what it was doing.

20       The problem is, is that it didn't quite anticipate the

21   kind of response that it got from Apple.  So that -- you know,

22   you created the situation by doing what they did.  You don't

23   come into this fight with clean hands.

24       **MS. FORREST:**  Your Honor, you are correct that Epic

25   absolutely understood that it was implementing its own payment

1    service when it did so on August 13th.  However, it is very

2    much of the view that the contractual provision that Apple has

3    in place that prevents an alternative payment service is, in

4    fact, un- -- unlawful.  And so that Epic was not acting

5    contrary to the law.

6        In any event, Your Honor, your other point is also

7    correct, which is that when Apple undertook retaliation,

8    which, of course, Epic had considered as a possibility, it did

9    so in a very broad and far-reaching way so that it could

10   actually harm, really, at this point it would be hundreds of

11   developers and millions and millions of users all over the

12   world relating to the Unreal Engine.

13       That's not part of game theory, Your Honor, relating to

14   the Fortnite game or something of that nature.  It's something

15   entirely different.

16           **MR. DOREN:**  Your Honor, may I?

17           **THE COURT:**  You may.

18           **MR. DOREN:**  The -- the current situation is this:

19   The -- the one game Fortnite, updates to that game and that

20   game have been taken off of the App Store site.  People who

21   have Fortnite on their iPhone can continue to use it, and no

22   other Epic game and nothing to do with Unreal is currently

23   impacted.  The only thing impacted is the ability to update

24   the Fortnite game, that single game.

25       So I hear Your honor's concern and Your Honor's desire to

1   give this the consideration it deserves in the appropriate

2   amount of time.  And if Your Honor is so inclined to have this

3   be addressed at a preliminary injunction stage with the

4   current status quo in place, with that being done on the time

5   that gives the court the time necessary to evaluate the

6   arguments and to make its ruling, with -- with everything in

7   front of it, we would certainly invite that opportunity and --

8   and to use that as a way to address this issue with the court.

9          **MS. FORREST:**  Your Honor, might I just respond to one

10  factual statement that was just said?

11         **THE COURT:**  You may.

12         **MS. FORREST:**  Mr. Doren stated that right now, the

13  users on the Apple platform using IOS on the mobile devices

14  would be able to continue to use their phones to play

15  Fortnite.

16     In fact, Your Honor, there are very, very significant

17  issues even with that in the short term, which is, as Your

18  Honor may be aware, Fortnite is one of the games which has

19  opened up cross-platform and cross-device play across the

20  world that allows for a social environment to be created

21  across the PS4 and/or mobile devices, Androids can talk to

22  iPhones.

23     What that really means is that every time there is a

24  single new update, any kind of fix, at that point in time, the

25  Apple users can no longer talk to the android users.  They can

1    no longer play with the PS4 users, so there's a complete

2    breakage of the connection between those platforms.

3      So this is an issue that's not just something isolated to

4    the iPhone, Your Honor.  It's related to a variety of

5    platforms that really reach worldwide.  These people are

6    playing worldwide with each other, and it's cutting the Apple

7    users off from that worldwide play with these other platforms.

8      **THE COURT:**  Ms. Forrest, why not, then, roll back to

9    before the hot fix?  There's no response, then, from Apple,

10    and we put this on for preliminary injunction?

11      **MS. FORREST:**  Your Honor, the reality in the

12    developer community is that so long as they understand that

13    the issue of this extraordinary retaliation against the Unreal

14    Engine is still out there, they're not going to trust or have

15    confidence in the Unreal Engine as a viable platform.  They're

16    going to start making decisions.  We've already got

17    information that we can bring to Your Honor on that.  We

18    can't --

19      **THE COURT:**  Ms. Forrest -- Ms. Forrest, a TRO only

20    lasts a certain amount of time.  You know that.  I have to get

21    to a preliminary injunction stage.

22      **MS. FORREST:**  Your Honor, we certainly appreciate

23    that.  We know that -- that the TRO could, however, be a

24    moment where Your Honor could agree with us that the Unreal

25    Engine should not be included in the retaliatory acts, that

```
 1    whatever Apple can do as a result of whatever it believes its
 2    wrong have been would not relate to the Unreal Engine.  We can
 3    eliminate that as an issue in this case, as it would be proper
 4    to do.
 5        So having the TRO be resolved and the Unreal Engine out of
 6    this case is extraordinarily important.
 7            THE COURT:  So your TRO only relates to the Unreal
 8    Engine?
 9        MS. FORREST:  It does not, Your Honor.  The letter --
10        THE COURT:  That's my point.  Isn't it?
11        MS. FORREST:  Well -- it is your point.  It is
12    absolutely is your point.  We would, though, be having a
13    different conversation if we only had one letter that dealt
14    only with the Fortnite application.
15        In fact, the letter puts this -- the retaliatory acts
16    together and integrates the retaliatory acts together across
17    all of Epic's properties beyond Fortnite into the Unreal
18    Engine.
19        And in addition to that, the -- the -- with respect to
20    Fortnite in and of itself, it's preventing the consumers
21    right now, as I've just mentioned, from being -- these Apple
22    users from being able to play cross-platform with anybody else
23    so long as there is -- we are off their -- off their App
24    Store.
25            MR. DOREN:  Your Honor?
```

1   **THE COURT:**  Mr. Doren.

2       **MR. DOREN:**  Epic has -- Thank you, Your Honor.

3       Epic has unilaterally breached the contract and created a

4   crisis of its own making and is now coming to the court and

5   asking for immediate relief from that crisis.

6       What we are asking for, Your Honor, is that this be

7   addressed in a methodical and practical way to get us all to

8   the right answer and giving the court the time it needs to

9   achieve that result.

10      When currently in -- in the Fortnite game, when someone

11  goes to make an in-app purchase, a screen pops up inviting

12  them to redirect them to the Epic platform to make these in

13  app purchases for a price lower than those being made in the

14  Apple App Store.  Apple is losing money every hour as that

15  remains on the website.

16      And -- and this is by the product of Epic's willful breach

17  of its contract with Apple.  It -- and Apple's conduct to this

18  point has only impacted that one game, Fortnite.  As Your

19  Honor has suggested, if we roll everything back to the day

20  before that hot fix, this will all proceed, all of the

21  cross-platform users will have the ability to communicate, to

22  upgrade, to update.  Everything will proceed as it is.  And

23  all the developers will know that they have access to IOS

24  upgrades and updates and Apple software and everything that

25  they have now in order to further develop products on the

 1    Unreal platform.

 2        That's the status quo.  That's what will give -- that's

 3    what will maintain the status quo and permit us to present to

 4    you, Your Honor, in the context of a preliminary injunction

 5    briefing and a full hearing the merits on these issues.

 6        **MS. FORREST:**  Your Honor, one thing I would just like

 7    to say is that we are currently off the Apple platform.  There

 8    is no purchasing or in-app purchasing that is occurring today.

 9    Every hour, there is -- none of that is happening.  They took

10    us down.  They took us down within hours, so that is

11    absolutely not happening.

12        Your Honor, we would suggest that if there is as status

13    quo ante, that that status quo ante be with the Epic store

14    being able to be offered so that consumers can take advantage

15    of a lower price.  There is no security issue that we are

16    aware of that should prevent that.  The app can go back up.

17    Users can continue to play -- to pay -- to play Fortnite.

18    They can take advantage of the lower price.  If there is an

19    issue there that we later lose on, then we would pay damages.

20        Our lawsuits suit seeks solely injunctive relief.  This is

21    not a lawsuit where Epic is actually seeking damages.  We have

22    actually specifically indicated in our complaint that we are

23    not seeking damages.  We are seeking to provide lower -- lower

24    prices to consumers through our -- through our app, through

25    the Fortnite.

1      **THE COURT:**  All right.

2          Apple's opposition, noon on Friday on the TRO.

3          We'll have oral argument Monday -- I have a trial

4      conference in the morning.  I can't get to you until

5      3:00 o'clock Monday afternoon.

6          **MS. FORREST:**  Your Honor, you also have a -- a -- we

7      saw in the -- in the clerk's minute order that you have a --

8      you're part of pilot program relating to cameras in the

9      courtroom.  We don't know whether or not that is still

10     something that you are doing --

11         **THE COURT:**  Ms. Forrest, I'm just going to interrupt

12     you 'cause I'm now late for my criminal calendar, but this --

13     what we have done here in the Northern District of California

14     is to agree to use the Zoom webinar feature.

15         Right now, you're effectively on camera.  Anybody who is

16     an attendee who's not calling in by phone and clicks on the

17     link can -- can watch the proceedings.  We use the webinar

18     feature specifically to allow that kind of video access.

19     Cameras in the courtroom is a very different program.  I mean,

20     we physically have to have multiple cameras in the courtroom.

21         In our criminal hybrid courtrooms right now, we don't even

22     use that.  What we are using is that -- is multiple computers

23     on a Zoom platform to create a hybrid courtroom where the

24     defendant and the criminal lawyers and the court who are

25     actually in the courtroom have cameras on them.  And then

1  everybody else participates remotely.  Our CRD's are

2  participating remotely, Probation, court reporter -- I mean --

3  yeah, our court reporters as well.

4     So I cut you off because that -- that's not actually a

5  program that we can use in light of COVID.

6          **MS. FORREST:**  Understood.

7          **THE COURT:**  But effectively, that is what we are

8  doing, and --

9          **MS. FORREST:**  Thank you.

10          **THE COURT:**  -- the -- the link will -- will be

11  available on the docket.  It will actually be the exact same

12  link that you have right now.  This is the link that I use for

13  this platform.

14     In order to assist me, we will be sending you

15  confidentially by email a -- addresses to send the briefing by

16  overnight mail so that we can start working on these topics to

17  be ready for Monday afternoon.

18          **MS. FORREST:**  Thank you.

19          **MR. DOREN:**  Thank you, Your Honor.

20          **THE COURT:**  All right?

21     Have a good weekend.  Thank you.

22     We're adjourned.

23          **MR. DOREN:**  Thank you, Your Honor.

24          **MS. FORREST:**  Thank you, Your Honor.

25          **MR. RIEHLE:**  Thank you, Your Honor.

(Proceedings were concluded at 2:09 P.M.)

--o0o--


### CERTIFICATE OF REPORTER


I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_Raynee H. Mercado_

Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

Thursday, August 20, 2020