Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 3:20-CV-05640-YGR<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND SUPPLEMENTARY MATERIAL ON APPLE INC.** |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE                                                    No. 3:20-CV-05640-YGR

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) - Paul J. Riehle (SBN 115199)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone No.: (415) 591-7500<br>Attorney(s) for: Plaintiff EPIC GAMES, INC. | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** ||
| EPIC GAMES, INC.<br>**Plaintiff(s)**<br>v.<br>APPLE, INC.<br>**Defendant(s)** | CASE NUMBER:<br>3:20 -cv-05640-EMC<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons  ☒ complaint  ☐ alias summons  ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify)*: SEE ATTAHCED LIST OF DOCUMENTS

2. Person served:
   a. ☒ Defendant *(name)*: APPLE, INC.
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: CT CORPORATION SYSTEM, REGISTERED AGENT by serving JESSIE GASTELUM – AUTHORIZED AGENT
   c. ☒ Address Where papers were served: 818 W. 7TH STREET, #930
      LOS ANGELES, CA 90017

3. Manner of service in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in item 2:

   a. ☒ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date)*: 8/17/2020  at *(time)*: 11:10 AM

   b. ☐ **By Substituted service.** By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: _____  at *(time)*: _____

      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ papers were mailed on (date): _____

      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)

Nationwide Legal, LLC

859 Harrison Street, Suite A

San Francisco, CA 94107

Phone: (415) 351-0400 Fax: (415) 351-0407

Continued from Proof of Service

**CLIENT:** FAEGRE DRINKER BIDDLE & REATH LLP

**CLIENT FILE #:** 605460                                                                                                           **DATE:** August 17, 2020

SUBJECT: Apple Inc

Summons; Complaint; CIVIL CASE COVER SHEET; PLAINTIFF EPIC GAMES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1. AND LOCAL CIVIL RULE 3-15; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; ECF REGISTRATION INFORMATION; CIVIL STANDING ORDER – GENERAL U.S. DISTRICT JUDGE EDWARD M. CHEN; CIVIL STANDING ORDER ON DISCOVERY U.S. DISTRICT JUDGE EDWARD M. CHEN; NOTICE OF AVAILABLITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; STANDARD CONSENT TO MAGISTRATE FORM; WAIVER OF THE SERVICE OF SUMMONS.

    c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

    f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

    g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

    h. ☐ **Other** (specify code section and type of service):

5.   Service upon the **United States, and Its Agencies, Corporations or Officers.**
    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
    Name of person served:
    Title of person served:
    Date and time of service: *(date):* _____     at *(time):* _____
    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6.   At the time of service I was at least 18 years of age and not a party to this action.
7.   *Person who served papers (name, address and telephone number):*

    Dion Jones - Nationwide Legal, LLC REG: 12-234648
    859 Harrison Street, Suite A San Francisco, CA 94107

    a. Fee for service $
    **Service Provided for:**      d. Registered California process server
    NATIONWIDE LEGAL, LLC      (1) Employee or independent contractor
    859 HARRISON STREET, SUITE A      (2) Registration No.: 201328925
    SAN FRANCISCO, CALIFORNIA 94107 (LA 12-234648)      (3) County: LOS ANGELES
    (415) 351-0400

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/18/2020

                                               (Signature)