THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
 rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
 jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

VERONICA S. LEWIS (Texas Bar No.
24000092; *pro hac vice*)
 vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:    214.698.3100
Facsimile:    214.571.2900

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
 crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

**Attorneys for Apple Inc.**

PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center
San Francisco, CA  94111
Telephone: (415) 591-7500
Facsimile:  (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravarth.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**Attorneys for Epic Games, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPLE INC.,<br><br>                    Defendant. | CASE NO. 4:20-cv-05640-YGR<br><br>**STIPULATION BETWEEN APPLE INC. AND EPIC GAMES, INC. AND [PROPOSED] ORDER REGARDING BRIEFING PAGE LIMITS ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Epic Games, Inc. and Defendant Apple Inc. (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, given the number and complexity of the issues the Parties may potentially brief in connection with Plaintiff's Motion for a Preliminary Injunction, the Parties believe that a moderate increase in the number of pages to be used for Plaintiff's opening memorandum and Defendant's opposition memorandum is warranted, subject to the Court's approval;

WHEREAS Local Civil Rules 7-2 and 7-3 govern the page limits of the Parties' memoranda and provide for a 25 page limit;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, subject to the Court's approval, that Plaintiff may use up to 30 pages for its opening memorandum concerning Plaintiff's Motion for a Preliminary Injunction and Defendant may use up to 30 pages for its opposition memorandum.

**IT IS SO STIPULATED**

DATED:  August 31, 2020                    GIBSON, DUNN & CRUTCHER LLP

By:   _s/Jay P. Srinivasan_____

Theodore J. Boutrous, Jr.
Richard J. Doren
Daniel G. Swanson
Veronica S. Lewis
Cynthia E. Richman
Jay P. Srinivasan

*Attorneys for Defendant Apple Inc.*

1

2

3    DATED: August 31, 2020                 By:      s/Katherine B. Forrest

4                                                    Paul R. Riehle
                                                     Christine A. Varney
5                                                    Katherine B. Forrest
                                                     Gary A. Bornstein
6                                                    Yonatan Even
                                                     M. Brent Byars
7

8                                                    *Attorneys for Epic Games. Inc.*

9

10

11   **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

12

13   DATED:_____

14                                    THE HONORABLE YVONNE GONZALEZ ROGERS
                                      UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION REGARDING CONCURRENCE

I, Katherine B. Forrest, am the ECF user whose identification and password are being used to file this **STIPULATION BETWEEN APPLE INC. AND EPIC GAMES, INC. AND [PROPOSED] ORDER REGARDING BRIEFING PAGE LIMITS ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED: August 31, 2020                          s/Katherine B. Forrest