| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>   tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>   rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>   dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>   jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. LEWIS (Texas Bar No. 24000092; *pro hac vice*)<br>   vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>   crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>**Attorneys for Apple Inc.** | PAUL R. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravarth.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravarth.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>**Attorneys for Epic Games, Inc.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 4:20-cv-05640-YGR<br>ORDER GRANTING<br>**STIPULATION BETWEEN APPLE INC. AND EPIC GAMES, INC.** ~~AND [PROPOSED] ORDER~~ **REGARDING BRIEFING PAGE LIMITS ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Epic Games, Inc. and Defendant Apple Inc. (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, given the number and complexity of the issues the Parties may potentially brief in connection with Plaintiff's Motion for a Preliminary Injunction, the Parties believe that a moderate increase in the number of pages to be used for Plaintiff's opening memorandum and Defendant's opposition memorandum is warranted, subject to the Court's approval;

WHEREAS Local Civil Rules 7-2 and 7-3 govern the page limits of the Parties' memoranda and provide for a 25 page limit;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, subject to the Court's approval, that Plaintiff may use up to 30 pages for its opening memorandum concerning Plaintiff's Motion for a Preliminary Injunction and Defendant may use up to 30 pages for its opposition memorandum.

**IT IS SO STIPULATED**

DATED: August 31, 2020                    GIBSON, DUNN & CRUTCHER LLP

                                          By:   s/Jay P. Srinivasan

                                          Theodore J. Boutrous, Jr.
                                          Richard J. Doren
                                          Daniel G. Swanson
                                          Veronica S. Lewis
                                          Cynthia E. Richman
                                          Jay P. Srinivasan

                                          *Attorneys for Defendant Apple Inc.*

DATED: August 31, 2020           By:    s/Katherine B. Forrest
                                        Paul R. Riehle
                                        Christine A. Varney
                                        Katherine B. Forrest
                                        Gary A. Bornstein
                                        Yonatan Even
                                        M. Brent Byars

                                        *Attorneys for Epic Games. Inc.*


**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**


DATED:  September 1, 2020          _____
                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE

**DECLARATION REGARDING CONCURRENCE**

I, Katherine B. Forrest, am the ECF user whose identification and password are being used to file this **STIPULATION BETWEEN APPLE INC. AND EPIC GAMES, INC. AND [PROPOSED] ORDER REGARDING BRIEFING PAGE LIMITS ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED: August 31, 2020                      s/Katherine B. Forrest