Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc. )
　　　　　　　　　　　) Case No: 4:20--05640 YGR
　　　　Plaintiff(s), )
　　　　　　　　　　　) **APPLICATION FOR**
　　v. ) **ADMISSION OF ATTORNEY**
　　　　　　　　　　　) **PRO HAC VICE** AND ORDER
Apple Inc. ) (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　)
　　　　Defendant(s). )

I, Lauren A. Moskowitz, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Epic Games, Inc. in the above-entitled action. My local co-counsel in this case is Paul J. Riehle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cravath Swaine & Moore LLP | Faegre Drinker Biddle & Reath LLP |
| 825 Eighth Avenue | Four Embarcadero Center |
| New York, New York 10019 | San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 474-1648 | (415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| LMoskowitz@cravath.com | paul.riehle@faegredrinker.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4374641.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/02/20　　　　　　　　　　　　　　　　　　　Lauren A. Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren A. Moskowitz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Yvonne Gonzalez Rogers*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　*October 2012*