# Exhibit B

## Membership Information

| | |
|---|---|
| Program Type | Apple Developer Program |
| Team Name | Epic Games International, S.a.r.l. |
| Team ID | REDACTED |
| Entity Type | Company / Organization |
| Phone | 1-919-8540070x4501 |
| Address | Lindenstrasse 16, 6340 Baar<br>Canton of Zug<br>Switzerland |
| Expiration Date | June 30, 2021 |
| Device Reset Date | June 30, 2021 |
| Account Holder | Shane Smith |
| Your Roles | Admin |