# Exhibit E

**Membership Information**

| | |
|---|---|
| Program Type | Apple Developer Program |
| Team Name | KA-RA SARL |
| Team ID | REDACTEDJU |
| Entity Type | Company / Organization |
| Phone | 33-388628140 |
| Address | 39 41<br>39 RUE DU JEU DES ENFANTS<br>STRASBOURG, ALSACE-CHAMPAGNE-ARDENNE-LORRAINE 67000<br>France |
| Expiration Date | May 09, 2021 |
| Device Reset Date | May 09, 2021 |
| Account Holder | Manuel Veit |
| Your Roles | Account Holder |