# Exhibit H

## Membership Information

| | |
|---|---|
| Program Type | Apple Developer Enterprise Program |
| Team Name | Epic Games, Inc. |
| Team ID | REDACTED RR |
| Entity Type | In-House / Enterprise |
| Phone | 1-9198540070 |
| Address | 620 CROSSROADS BLVD<br>CARY, North Carolina 275186965<br>United States |
| Expiration Date | July 16, 2021 |
| Device Reset Date | July 16, 2021 |
| Account Holder | Shane Smith |
| Your Roles | Admin |