# Exhibit N

**SUMMARY EXHIBIT N**

| Agreement Relating to Apple Software Development Tools | | |
|---|---|---|
| **Agreement** | **Signatories** | **Apple's Annual Fee** |
| Xcode and Apple SDKs Agreement | All individual programmers and organizational application developers who "click the 'agree' button" or who "download[], us[e] or copy[] any part of this Apple software or us[e] any part of the Apple services" on "[their] own behalf and/or on behalf of [their] company or organization". | Free |

| Agreements Relating to Apple Developer Accounts | | | | | | |
|---|---|---|---|---|---|---|
| **"Team Name"** | **"Team ID"/ Account (last two characters)** | **Address** | **Applications in App Store** | **Date of Acceptance of Most Recent Developer Agreement** | **Date of Acceptance of Most Recent Developer Program License Agreement** | **Apple's Annual Fee** |
| Epic Games, Inc. (terminated) | 84 | 155 N 400 W, Suite 420 Salt Lake City, UT 84103 | n/a (formerly Battle Breakers, Infinity Blade Stickers, Spyjinx, Fortnite) | Accepted on 9/5/2019 | Accepted on 6/30/2020 | $99 |
| Epic Games International, S.a.r.l. | 3Y | Lindenstrasse 16, 6340 Baar Canton of Zug Switzerland | Unreal Remote 2, Unreal Match 3, Action RPG Game Sample, Unreal Remote, Live Link Face | Accepted on 10/21/2016 | Accepted on 6/30/2020 | $99 |
| Life on Air, Inc. | RG | 566 Brannan St. San Francisco, CA 94107 | Houseparty | Accepted on 9/2/2020 | Accepted on 6/25/2020 | $99 |

| **Agreements Relating to Apple Developer Accounts** | | | | | | |
|---|---|---|---|---|---|---|
| **"Team Name"** | **"Team ID"/ Account (last two characters)** | **Address** | **Applications in App Store** | **Date of Acceptance of Most Recent Developer Agreement** | **Date of Acceptance of Most Recent Developer Program License Agreement** | **Apple's Annual Fee** |
| Life on Air, Inc. | TS | 701 Brazos St. Ste. 1617 Austin, TX 78701 | n/a | Accepted on 9/10/2015 | Accepted on 8/31/2020 | $99 |
| KA-RA SARL | JU | 39 Rue Du Jeu Des Enfants Strasbourg, Alsace-Champagne-Ardenne-Lorraine 67000 France | n/a | Accepted on 10/21/2016 | Accepted on 6/30/2020 | $99 |
| Psyonix LLC | TY | 401 W. A St. Ste. 2400 San Diego, CA 92101 | n/a | Accepted on 11/14/2019 | Accepted on 6/29/2020 | $99 |
| Quixel AB | T4 | Stora torget 3 Uppsala, UPPSALA 753 20 Sweden | n/a | Accepted on 3/5/2020 | Accepted on 7/15/2020 | $99 |
| Epic Games, Inc. (enterprise account) | RR | 620 Crossroads Blvd. Cary, NC 27518 | n/a | Accepted on 9/5/2019 | Accepted on 6/30/2020 | $299 |
| YEVVO entertainment inc. (enterprise account) | Y8 | 701 Brazos St Ste. 1617 Austin, TX 78701 | n/a | Accepted on 5/7/2018 | Accepted on 7/14/2020 | $299 |