# Exhibit Q



**Fortnite** ✔
7h · 🌐

Epic Games has defied the App Store Monopoly. In retaliation, Apple is blocking Fortnite from a billion devices. Visit fn.gg/freefortnite and join the fight to stop 2020 from becoming "1984"

▶ 0:00 / 0:48

👍❤️😮 7.6K                                    2.7K Comments  3.8K Shares

**Colleen Lafountaine**
DEVESTATED I love fortnite . I am a 44 year old mom who learned to play to connect with my autistic son. I grew to love and for a mom I get a VR daily so pretty good for an old Mama. The greatest gift was to connect with my son and now it's over. I cannot play and I'm in tears over this. What a loss
I only have my iPad and can't afford another device . All the time and money spent but connecting was priceless and just like that it's gone 😢
The worst time too with covid this was a wonderful escape at a time we need to be home as my son is also high risk
The timing is just the worst

**Cassi Rogers**
I love this game. But this is sad. I guess I get it, but myself and many others have no other way of playing the game we love if this isn't fixed.

**Gregory Martis**
It is not good that the 2 are fighting. And us have to pay for them. And all the money that we have put in this game. That is not good. Resolve the problem. There are to much child in this. And because of the problem they are craying. It is not good

**Sap Pakje**
THIS IS SO UNFAIR IM ONLY GOOD ON APPLE I CAN FINALLY PLAY FORTNITE AND BE GOOD AND THEN THIS HAPPENS THATS SO U FAIR!

1

 **Fortnite** ✔
@FortniteGame

Epic Games has defied the App Store Monopoly. In retaliation, Apple is blocking Fortnite from a billion devices.

Visit fn.gg/freefortnite and join the fight to stop 2020 from becoming "1984"



Epic Games has defied the App Store Monopoly. In retaliation, Apple is blocking Fortnite from a billion devices. Join the fight to stop 2020 from becoming "1984".

🔴 LIVE  1.8K viewers



Ⓕ **Fortnite** ✔  @FortniteGame
Nineteen Eighty-Fortnite

**Z0mbe717** @Z0mbe221 · 2h
DUDE THIS IS SO IMPORTANT TO ME I NEED FORTNITE IN MY LIFE I CAN'T LIVE WITHOUT ITTTTTTTTTTTTT

 **FireMonkey • Fortnite Intel** 🎄
@iFireMonkey

Once Chapter 2 - Season 4 begins, players accessing
Fortnite will still be able to play the 13.40 version of
Fortnite, but will not be able to access any new content
or the new Battle Pass.

4:11 PM · Aug 13, 2020 · Twitter Web App



**John Fortnite Kennedy** @excel_santa · 6h

Replying to @iFireMonkey

So what if a pc player and a ios player are in the same lobby and both ready
up. Will they not be able to get into a game? Or will the pc player go to
season 3?

♡ 1

**Sorry controller players** @beautifly_267 · 6h

Nah they just can't play together anymore

♡ 1

**John Fortnite Kennedy** @excel_santa · 6h

Well thankfully I have no friends who play on ios, but it sucks that so many
players will either have to swap devices or be stuck playing the same state of
the game.



**Octane** @BahiWissem · 6h
Replying to @iFireMonkey
I'm honestly really sad
Fortnite gave me a big confidence boost and made me much less shy
I usually hate people that say this but I guess this is my turn
.I Quit.
4

**Exode ↑ | WATCH TUA NOW** @FiveExode · 6h
Replying to @iFireMonkey
dude that's so shi█████OS players are gonna be stuck in the past then
2



**FireMonkey • Fortnite Intel** 🎄
@iFireMonkey

Fortnite has been removed from the Apple App Store after implementing the ability to purchase V-Bucks through Epic Games instead of going through Apple.

3:02 PM · Aug 13, 2020 · Twitter for Android

**170** Retweets and comments    **2.5K** Likes



**ラアタウミ** @notreallyspade · 8h
Replying to @iFireMonkey
God fu██████damn



**zakk** @zakk91855342 · 8h
Replying to @iFireMonkey
So will we never be able to play on are phones again ??

**FutureLawEO: FREE FORTNITE!** 👊 @futurelaweo_3 · 8h
Replying to @iFireMonkey
WHAT ARE WE SUPPOSE TO DO NOWv

♡ 1

**xFnaticKozaart** 😌🤍😍❤️ @xFnaticKozart · 8h
Replying to @iFireMonkey
this some bullsh█ ‼️ ‼️

**JJKILLERJASON** @AdeAkin15 · 8h
Replying to @iFireMonkey
WHAT ARE WE GONNA DOOOOOOOO

**Fuwa ~** ✿ @Shino_bou · 8h
Replying to @iFireMonkey
Uh oh...

**cmello-347572187** @Mellogaming2019 · 8h
Replying to @iFireMonkey
-_- you gotta be fu█kidding me

5



Phantom 🙃 @PhantomVoltaris · 8h
Replying to @iFireMonkey
Sooo umm how do we update for Season 4 then?

Mario Pizano (following back) @MarioPizano9 · 8h
Replying to @iFireMonkey
NOOOO I play on mobile😭

♠Coco🥥☕ @CocoUwU_ · 8h
Replying to @iFireMonkey
greedy much
♡ 4

🌀 sandra 🌀 @0703_sandy · 8h
Replying to @iFireMonkey
Holy- that is a huge problem. hopefully they come to some agreement soon, because have they a mega load of iPhone/iPad users... especially with the new season coming up in 2 weeks...
♡ 2



**ShiinaBR - Fortnite Leaks** @ShiinaBR · 6h

Epic Games wouldn't have earned a single dollar more with their new payment method. This would've only benefited consumers. As a result, Epic may now lose millions of dollars because they have (temp.) lost a big part of their community.

And they still stand behind their action.

♡ 132          ⇄ 393          ♡ 3.8K          ⬆

**code CYBERFN #ad**
@CyBrHyp3ri0n

Replying to @ShiinaBR

Epic games sucks epic games sucks epic games sucks
Epic games sucks epic games sucks epic games sucks
Epic games sucks epic games sucks epic games sucks
Epic games sucks epic games sucks epic games sucks
Epic games sucks epic games sucks epic games sucks
Epic games sucks epic gam

5:02 PM · Aug 13, 2020 · Twitter for iPhone

**Chromatic Bitch** @love_wasnt · 6h
Replying to @ShiinaBR
Still its epic loss not apple they just lost not million maybe near million users !!!

♡          ⇄          ♡          ⬆

**glenda pichardo**
@glendapichardo1

I just bought the battle pass yesterday for nothing. 😭
😭 @FortniteGame

 **Savannah Shepherd**
@Savanna11194257

Replying to @FortniteGame

When you literally bought the battle pass and only had 2 more levels till 100 😕

 **artguymatt**
@artguymatt

Replying to @artguymatt @Azure_Bruh and @FortniteGame

Like literally I can't play the game anymore the only way I've been having fun on this game was the mobile side and now I can't finish the battle pass I hope it gets resolved or there gos 10$

 **Cypnos**
@Cypnos

I agree with what Epic did with getting Fortnite removed from the app store to make a point and everything but they should find a way to grant iOS players things like Battle Pass skins. It's not fair they can't get things like that due to Epic's actions.

@TimSweeneyEpic



**Baby Abdallah Doumbouya**
@DoumbouyaBaby

#FreeFortnite I really hope that this gets fixed. The only reason i am tweeting this is because i bought v bucks via apple to get next seasons battle pass but now I just wasted my money. Please come to terms @FortniteGame and @Apple !



**Sc4rz**
@Amro_Hesham_

@FortniteGame @Apple @AppStore #FreeFornite #freefortnite I paid moneyyy and I got the battle pass I need to finish it why the hell did you remove it or you can give me a refund that will be great



**Eni5_gaming**
@Eni5G

@FortniteGame i have bought the battle pass and am level 25 but i play only on iphone  since fortnite is blocked on ios that means i cant unlock aqua man or the level 100 outfits of the battle pass what can i do and if ther is nothing that i can do will you do anything about this



**Turbulent Tomato** 🐟🔴🐠
@TomatoTurbulent

#FreeFortnite

I've played Fortnite since Season 5, with every Battle Pass maxed out. I'd be devistated if I can't reach level 100 in Chapter 2 Season 4 :(



**Scott Davidson**
@SDavodson

I spent over probably $200 on this account and  I don't want it to get deleted #freefortnite





**Connor** @TheSplurge3 · 59m
Replying to @SDavodson
Lol I've spent about 800 and I'm literally crying rn

💬 1              🔁              ♡ 3              ⬆️

10



**Mikey - Fortnite Leaks**
@FNBRHQ

Apple has removed Fortnite from the App Store over the newly introduced way of buying vbucks. #Fortnite





**EpicFish** ✨ @EpixFish · 12m

Replying to @FNBRHQ

WAIT WHAT THE FU█████DOES THIS MEAN ITS NOT GONNA GET UPDATED ANYMORE??

◯ 3          ⇄          ♡ 5          ⬆

**cruiserdude** @Cruiserduder · 12m

Use it while u can

◯          ⇄          ♡          ⬆



Trace ⚡🏏 @TraceSTG · 14m
Replying to @FNBRHQ
That's actually really fu[REDACTED] I'm on vacation rn and they gonna release new skins soon and I have no way to buying them now
💬 1        ⟲        ♡        ⬆

carlson not a minion @ng_carlson · 14m
Replying to @FNBRHQ
Omg, he ain't lying
💬        ⟲        ♡        ⬆

Ezequiel Reyes 91 @EzequielReyes91 · 14m
Replying to @FNBRHQ
Wait so what happen now guys???
💬        ⟲        ♡        ⬆

Ely Xyzzy 🦋 @XyzzyFN · 8m
Replying to @FNBRHQ
no way
💬        ⟲        ♡ 2        ⬆

Hobs for TR1 @hobswtf · 8m
Replying to @FNBRHQ
Lmfaooo
💬        ⟲        ♡ 2        ⬆

Crispy ✪ @VibezCrispy · 7m
Replying to @FNBRHQ
WHAT THE HELL BROTHER
💬        ⟲        ♡ 3        ⬆

jay @jarrtt990 · 7m
Replying to @FNBRHQ
Huh
💬        ⟲        ♡ 2        ⬆

ᴹⁱᵏE¥ @ChaddyLF · 2m
Replying to @FNBRHQ
Wait what I play on iOS what the hell is happening?
💬        ⟲        ♡ 1        ⬆

Adamx @AdamxYouTube · 2m
Replying to @FNBRHQ
WTF
💬        ⟲        ♡ 1        ⬆

M⚙RCO @LegendMXO · 12m
Replying to @FNBRHQ
And I have no other platform to play the damn game on, @EpicGames y'all better give me a fu[REDACTED] refund
💬 1        ⟲        ♡ 1        ⬆



**Mark Gurman** ✔
@markgurman

Epic's Fornite has been removed from the App Store after they implemented direct payments, circumventing Apple's 30% cut.

2:53 PM · Aug 13, 2020 · Twitter for Mac

**444** Retweets and comments   **794** Likes



**Conor** @ceoregan · 33m
Replying to @markgurman
Thats a big loss for the gaming community

&#9711; 1          &#8645;          &#9825;          &#9881;

**Daniel Harris** @danieltharris · 25m
They'll (Epic) remove the illegal (according to Apple) update and be back to normal in no time.

&#9711; 1          &#8645;          &#9825; 3          &#9881;



**chriselda** @AndIsdaddy · 2m
Replying to @FNBRHQ
Is this a god damn joke!? My Xbox broke and I have to wait for it to get fixed so I have to play on mobile and I'm not even going to be able to play season 4!?  This is ridiculous

**EzSqueezy** @YT_EzSqueezy · 1m
shoulda got a Samsung

1 more reply

**sdtx95** @1110DH1995 · 2m
Replying to @FNBRHQ
Holy sh

**LEGENDS NEVER DIE** @zoobrawrld · 2m
Replying to @FNBRHQ
This is bs

**Crispy** ✪ @VibezCrispy · 3m
Replying to @FNBRHQ
I'm lowkey about to cry rn. This is getting sadder and sadder every tweet 😢

**xorrph** 🦄 @xorrph · 3m
Replying to @FNBRHQ
@Fledermuesly rip ....

**ShaeLynn** @ShaeShae____ · 3m
Replying to @FNBRHQ
#MOBILEPLAYERSMATTER WTF



**JR filmz** @jesse96916134 · 2m

Replying to @FNBRHQ

This sucks I can't get next battle pass I wants but play on switch but I buy the battle pass on my @Apple iPad so 😭😭😭😭😭😭

**FreakyFredbear** @bloertcher · 2m

Replying to @FNBRHQ

Welp, rip 2 my man @marshymello0407 sorry dude

1

**Luka.TT** @LukeBarca7 · 4m

Replying to @FNBRHQ

that's sad, cuz of fucking company, players ate getting punished, F for all those players who spent money on IOS FORTNITE.

1











**Jay2Death**
@Jay2Death

We now see the evil in #Epic n just how dirty this can be n will get. A rumor is out that says #Fortnite will no longer update on IOS. Crippling players on #Apple devices who have already invested to much money in a free to play battle royal game. 🤬🤔

New Fortnite Update Won't Be Coming for Apple Users, Epic Says It's a 'Matter o...
In its first statement since Monday's captivating hearing, this morning Epic Games sought to further clarify its position against Apple while also admitting that the ...
🔗 gizmodo.com.au

3:30 AM · Aug 27, 2020 from Cartersville, GA · Twitter for Android

1 Quote Tweet











**Makugan Ω**
@makugan99

Morning everyone, hope you all have an amazing Thursday!
Wow, it's already been a week since season 4 started.
Sadly it's the same time since iOS version of Fortnite stopped updating.
Goddammit Epic Games!
Siri play Sombre Reflection Spiral Knights.
youtu.be/NZ6UuS3yrbI



1:59 AM · Sep 3, 2020 · Twitter for iPhone