# Exhibit T

Paypal, *Fees for Selling and Accepting Payments* (last accessed September 4, 2020), https://www.paypal.com/us/webapps/mpp/merchant-fees#fixed-fees-standard




# Fees for Selling and Accepting Payments

Build a payment processing solution as unique as your business, at the scale of your business.

Last Updated: September 3, 2019

## Standard Transaction Fees

These fees apply when you sell goods or services online (including using PayPal Payments Standard and PayPal Checkout) and in your store location.

- No startup costs, no termination fee, no monthly fees
- Accept PayPal payments, Venmo, PayPal Credit, and all major credit and debit cards with PayPal Checkout
- Accept PayPal payments, PayPal Credit, and all major credit cards and debit cards with PayPal Payments Standard

| If you're selling goods or services and the sale occurs: | And the funds you are receiving are coming from a PayPal account: | then you pay: |
|---|---|---|
| Through an online transaction | In the U.S. | a fee of 2.9% of the transaction amount plus a fixed fee based on the currency. |
| | Outside the U.S. | a fee of 4.4% of the transaction amount plus a fixed fee based on the currency. |
| In your store location | In the U.S. | a fee of 2.7% of the transaction amount |
| | Outside the U.S. | a fee of 4.2% of the transaction amount |

Stripe, *Pricing built for businesses of all sizes* (last accessed September 4, 2020), https://stripe.com/pricing#pricing-details



Square, *Understanding Square processing fees* (last accessed September 4, 2020), https://squareup.com/us/en/payments/our-fees

Square    Payments  Point of Sale  eCommerce  More Tools  Resources    Sign In  Shop

# Understanding Square processing fees.

During these times it's even more important that we're fully transparent in how our payment processing fees are distributed. When a customer spends money with your business, Square only keeps a fraction of the fees, and most of that goes right back into your business.



Watch the video

## Square fees by payment type

### Card-present payments

When a customer taps, dips, or swipes their card in person, you pay **2.6% + 10¢** per transaction. There is a lower risk of fraudulent activity when the cardholder is present.

Learn more ›



Braintree, *Pricing* (last accessed September 4, 2020), https://www.braintreepayments.com/braintree-pricing



Amazon, *Amazon Pay fees* (last accessed September 4, 2020), https://pay.amazon.com/help/201212280



Help

Customer help

Merchant help

Signing up for Amazon Pay

Creating and managing your account

Completing the tax interview in Seller Central

Using Seller Central

Editing your business profile

Adding and managing a bank account

Adding and managing credit cards

Account user permissions

Managing passwords and using two-step verification

Your merchant performance

Closing your account

Amazon Pay FAQ for charitable organizations

Amazon Pay fees for charitable organizations

*Merchant help > Creating and managing your account*

# Amazon Pay fees

## Transaction fees

**As the economic impact of the COVID-19 crisis unfolds, we recognize our customers are being impacted in unprecedented ways. In an effort to mitigate some of the uncertainty, Amazon Pay is temporarily relaxing its chargeback policy in two ways: 1) your required chargeback response times are being extended to 20 days from the current 11 days, 2) we are proactively waiving our Disputed Chargeback Fee for merchant accounts in good standing. Both changes are in effect through September 30, 2020.**

Amazon Pay fees are transaction-based and have a processing and authorization component. The transaction fee is composed of a domestic processing fee and an authorization fee, plus tax where applicable, charged when the purchase is successfully authorized and processed.

Compare a $10.00 transaction made using different solutions for different types of goods and services:

| Solution | Transaction amount | Domestic processing fee | Authorization fee: $0.30 | Total Transaction fee |
|---|---|---|---|---|
| Web & mobile | $10.00 | 2.9% ($0.29) | $0.30 | $0.59 |
| Alexa (real-world goods, services) | $10.00 | 4% ($0.40) | $0.30 | $0.70 |