# Exhibit U

Doordash, *How do I update my credit card information* (last accessed September 4, 2020),
https://help.doordash.com/consumers/s/article/How-do-I-update-mycredit-card-information?language=en_US





Grubhub, *I want to add or update my payment information* (last accessed September 4, 2020),
https://www.grubhub.com/help/contact-us/i-want-to-add-or-update-my-payment-method/H4IjoTSe8RbtDsWgcZaVy

# I want to add or update my payment method

Back to Help

You can update or add new forms of payment on Grubhub by visiting Your Account.

1. **On desktop**, click on your name in the upper right-hand corner. **If you're signed in on a mobile device**, this menu is accessible from the initial icon in the top left-hand corner.
2. Click on the icon that says "Account" and then select "Payments" from the menu. Here you can view current payment options and add new credit cards.
3. To add a new credit card, select "+Credit Card" button and follow the prompts.
4. Need to update the info on a saved card? Need to update or remove a saved credit card? You'll need to delete the current card and add it again, just like you would a brand new card. To do this, select "Delete" next to the card you'd like to delete.

**If you're signed into our app:**

1. Tap the "My Grubhub" icon at the bottom of the page.
2. Tap the gear in the upper right-hand corner to view the "Settings" menu.
3. Select "Payment."
4. Tap "Add a new payment" and follow the prompts for adding a new Credit card or linking a PayPal or Venmo account. (Please note PayPal or Venmo are only available when you order through the app.)
5. Need to update or remove a saved credit card? You'll need to delete the current card and add it again, just like you would a brand new card. Swipe left on the credit card entry to delete the card.

Was this page helpful?

 

3

Lyft, *How to add or update payment info* (last accessed September 4, 2020), https://help.lyft.com/hc/en-ca/articles/115013080408-How-to-add-or-update-payment-info



Postmates, *How do I update my payment method* (last accessed September 4, 2020), https://support.postmates.com/buyer/articles/220089367-article-How-do-I-update-my-payment-method--#h_a58efa5a-6cf3-4b7c-bb1e-19f7aaff63bd

> **Postmates**   Search Help...
>
> **How do I update my payment method?**
>
> **What's in this article:** Steps for updating your stored payment methods in-app and on the web.
>
> **Skip to:**
>
> - Update in-app
> - Update on the web
> - Update at checkout
>
> **Update in-app:**
>
> 1. Tap your profile icon
> 2. Select **Payment**
> 3. Select which card you'd like to update and update the information
>
> **Update on the web:**
>
> 1. Tap your profile icon
> 2. Select **Account Settings**
> 3. Scroll to **Payments**
> 4. Select which card you'd like to update and update the information
>
> **Update at checkout**
>
> 1. Scroll to **Payment**
> 2. Select **Change**
>
> If you're a Postmates Unlimited member, read our article on how our Unlimited members can update their payment method.
>
> Return to top

Ticketmaster, *Accepted payment methods* (last accessed September 4, 2020), https://help.ticketmaster.com/s/article/Accepted-payment-methods?language=en_US



Uber, *Updating a payment method on your account* (last accessed September 4, 2020), https://help.uber.com/riders/article/updating-a-payment-method-on-your-account?nodeId=8f78dca4-9d75-44f1-bdc1-e90ca3da0319

