# Exhibit AA

# Contact an Android app's developer

Most apps on the Play Store are made by third-party developers, not by Google. The developers are responsible for supporting their apps and making sure they work well for you. You should contact an app developer if:

- An app you've downloaded isn't working.
- An in-app purchase hasn't been delivered, isn't working, or isn't what you expected.
- You want to learn more about how to use an app or game.

## Find contact information for an app developer

**Android**   Computer

### On Android mobile devices

1. Open the Google Play Store app .
2. Browse or search for the app.
3. Tap the app to open the detail page.
4. Tap Developer contact.
5. Scroll down to review the contact information listed.

### On Android TV

1. Open the Google Play Store app .
2. Browse or search for the app.
3. Locate and select the app from your search results.
4. Select Full Description.

## What to say when you contact the developer

When you contact the developer, let them know:

- The app you're using. Examples include "Facebook," "Clash of Clans," or "Candy Crush."
- The issue you're having. Such as "My in-app purchase didn't come through," or "the app isn't working properly when I open it."
- The response you'd like. For example, mention whether you'd like help fixing the issue or would like a refund for your purchase.

## What to expect when contacting an app developer

You should expect a courteous and professional response when you contact a developer about an issue. If your inquiry is about a problem with a purchase you made, you should expect a response within three business days.

After you contact the developer, you can leave a public review for the app on the Play Store. Include your experience of the developer's support to provide feedback to the developer and inform other Play users.

## Leave a public review for developers

How to leave a review on the Play Store