# Exhibit A

Account    Done

Personalized Recommendations   >

UPCOMING AUTOMATIC UPDATES

Update All    1

Fortni    UPDATE
Aug 10,

**"Fortnite" No Longer Available**
The developer has removed this app from the App Store.

Splash down into    an just the
Storm in the afte    ts to its fl   more

OK

UPDATED RECENTLY

Redfin Buy & Sell Real Estate    OPEN
Today

Thanks for using Redfin for your home search! At Redfin, we're always looking for ways to improve the real estate experience for consume  more

Airbnb    OPEN
Today