# Exhibit D

Release notes:

*What's New*
*- Water levels have lowered to reveal Coral Castle*
*- Joy Ride includes new drivable cars*
*- Additional payment options*