# Exhibit E



Aug 15, 2020 at 2:46 AM
From Apple
- 3. 1.1 Business: Payments - In-App Purchase

Hello Epic Games team,

We have determined that your app remains in violation of the App Store Review Guidelines and the activity associated with your Apple Developer Program account remains in violation of the Apple Developer Program License Agreement as previously communicated and detailed again below.

To be clear, we found that both your app in review, version 13.40.2, and the app users have previously downloaded to their devices from the App Store, are in violation of the App Store Review Guidelines and the Apple Developer Program License Agreement. The breaches outlined below, if not cured, will force us to terminate your membership in the program. In order to return your app to the App Store, you will need to submit an updated version for review which addresses all of these violations within 14 days of transmission of the notice of termination of your Apple Developer Program License Agreement, dated August 14, 2020.

Specifically, we found that your app is in violation of the following App Store Review Guidelines:

Guideline 3.1.1 - Business - Payments - In-App Purchase

Your app unlocks or enables additional functionality with mechanisms other than the App Store, which is not appropriate for the App Store.

Specifically, we found that users are able to purchase digital goods with external purchase mechanisms in your app with the "Epic direct payment" feature.

See the attached screenshots for details.

Next Steps

To resolve this issue, please remove the "Epic direct payment" feature from your app.

Guideline 2.3.1 - Performance

We discovered that your app contains hidden features. Attempting to hide features, functionality or content in your app is considered egregious behavior and can lead to removal from the Apple Developer Program.

Specifically, we found that your app includes an "Epic direct payment" feature, which provides access to external payment mechanisms and enables the purchase of content, services, or functionality by means other than the in-app purchase API.

Next Steps

- Review the Performance section of the App Store Review Guidelines.
- Ensure your app, as well as any third-party code and SDKs implemented in your app, are compliant with all sections of the App Store Review Guidelines and the Terms & Conditions of the Apple Developer Program.
- Revise or remove the hidden features from your app. Once your app is fully compliant, resubmit your app for review.

Guideline 2.5.2 - Performance - Software Requirements

During review, your app downloaded, installed, or executed code which introduced changes to features and functionality in your app, which is not permitted on the App Store.

Specifically, your app enabled the "Epic direct payment" feature.

Next Steps

- Review the Software Requirements section of the App Store Review Guidelines.
- Ensure your app is compliant with all sections of the App Store Review Guidelines and the Terms & Conditions of the Apple Developer Program.
- Once your app is fully compliant, resubmit your app for review.

## Guideline 2.3.12 - Performance - Accurate Metadata

We noticed you have included nondescript, temporary, or incomplete information in your app's "What's New" text.

Specifically, the last six "What's New" text submissions are identical and do not describe new features and product changes present in your app.

Aside from simple bug fixes, security updates, and performance improvements, apps must clearly describe new features and product changes in their "What's New" text.

Next Steps

To resolve this issue, please revise your app's "What's New" text to include clear descriptions of any significant changes, including new features or product changes.

Using a generic statement such as, "We're always improving our app to bring you the best experience" is not an appropriate use of your app's "What's New" text. Instead, you should highlight what has changed within your app, such as new features or significant changes. If your update simply addresses bug fixes, security updates, or performance updates, stating so generically in your app's "What's New" text is sufficient. For example, "Bug fixes and performance improvements."

Furthermore, we found that your app is in direct violation of the Apple Developer Program License Agreement, which states:

Section 6.1: "If You make any changes to an Application (including to any functionality made available through use of the In-App Purchase API) after submission to Apple, You must resubmit the Application to Apple. Similarly all bug fixes, updates, upgrades, modifications, enhancements, supplements to, revisions, new releases and new versions of Your Application must be submitted to Apple for review in order for them to be considered for distribution via the App Store or Custom App Distribution, except as otherwise permitted by Apple." Your app violates Section 6.1 by introducing new payment functionality that was not submitted to or reviewed by App Review. As you know, Apple reviews every app and app update to ensure that apps offered on the App Store are safe, provide a good user experience, adhere to our rules on user privacy, and secure devices from malware and threats. You must submit your app to App Review in order to cure this breach.

Section 3.2.2: "Except as set forth in the next paragraph, an Application may not download or install executable code. Interpreted code may be downloaded to an Application but only so long as such code: (a) does not change the primary purpose of the Application by providing features or functionality that are inconsistent with the intended and advertised purpose of the Application as submitted to the App Store, (b) does not create a store or storefront for other code or applications, and (c) does not bypass signing, sandbox, or other security features of the OS." Your app violates Section 3.2.2 by downloading new code that changes the purpose of your app by adding an unauthorized payment system. This payment model is not authorized under the App Store Review Guidelines, and must be removed from your app in order to cure this breach.

Section 3.3.3: "Without Apple's prior written approval or as permitted under Section 3.3.25 (In-App Purchase API), an Application may not provide, unlock or enable additional features or functionality through distribution mechanisms other than the App Store, Custom App Distribution or TestFlight." Your app violates Section 3.3.3 by allowing end users to purchase digital items within the app without using the In-App Purchase API. This payment model is not authorized under the App Store Review Guidelines, and must be removed from your app in order to cure this breach.

As of now, your app has been removed from the App Store and your membership in the Apple Developer Program is suspended. When you accepted the Apple Developer Program License Agreement, you expressly agreed in Section 3.1(c) to "comply with the terms of and fulfill Your obligations under this Agreement…" and in Section 3.2(f) to "not, directly or indirectly, commit any act intended to interfere with the Apple Software or Services, the intent of this Agreement, or Apple's business practices including, but not limited to, taking actions that may hinder the performance or intended use of the App Store, Custom App Distribution, or the Program." As you have breached your obligations under the Apple Program Developer License Agreement, Apple will exercise its right to terminate your Developer Program membership under Section 11.2 if the violations described above are not cured within 14 days of transmission of the notice of termination of your Apple Developer Program License Agreement, dated August 14, 2020.

We hope that you are able to cure your breaches of the Apple Program License Agreement and continue to participate in the program. We value our developers and we want to see them all achieve success on the App Store. The breaches outlined above, however, if not cured, will force us to terminate your membership in the program.

You can appeal this decision with the App Review Board App Review Board at any time within 14 calendar days of transmission of the notice of termination of your Apple Developer Program License Agreement, dated August 14, 2020. When submitting your appeal, be sure to select "I would like to appeal an app rejection or app removal" from the drop-down menu on the Contact the App Review Team page.

If you have any questions about this information, please reply to this message to let us know.

Best regards,

App Store Review