# Exhibit F



Alec Shobin <REDACTED@epicgames.com>

## 14.00 iOS Build Submission

**Nathaniel Parkinson** <REDACTED@epicgames.com>   Tue, Aug 25, 2020 at 4:56 PM
To: Luke Micono <REDACTED@apple.com>, Spiro Kouretas <REDACTED@apple.com>, Mike Schmid <REDACTED@apple.com>, Mark Grimm <REDACTED@apple.com>, Paddy Laws <REDACTED@apple.com>
Cc: Release-Team <REDACTED@epicgames.com>, Alec Shobin <REDACTED@epicgames.com>

Hello,

Fortnite build v14.0 with the new Season 4 has been uploaded through App Store Connect.
This build continues to offer customers the choice of in-app purchases through either Apple's payment solution or through Epic direct payment. Epic is submitting this version in case Apple wishes to restore Fortnite to the App Store in time for Season 4 launch.

Thanks