# Exhibit G

Aug 26, 2020 at 1:57 PM
From Apple

- 3. 1.1 Business: Payments - In-App Purchase

Hello Epic Games team,

Our previous correspondence has been clear that the "Epic direct payment" feature is in violation of the App Store Review Guidelines and the Apple Developer Program License Agreement. As we explained in our correspondence of August 14, Epic is welcome to restore Fortnite to the App Store in time for your Chapter 2 Season 4 launch, and prevent termination of the Epic Games, Inc. Apple Developer Program account on August 28, 2020, by simply removing this feature and resubmitting your app in compliance with the same requirements that apply to all developers.

As you know, on August 24, Judge Yvonne Gonzalez Rogers denied your motion for an order requiring that Apple reinstall a version of Fortnite that contains the non-compliant "Epic direct payment" feature and to accept future versions of Fortnite that include this feature. Therefore, we were surprised and disappointed to receive another submission of the app from you within 24 hours of the Court's ruling that included the "Epic direct payment" feature.

When Apple sent its Notice of termination to Epic on August 14, it provided Epic 14 days to cure its breach so that Fortnite could be reinstated on the App Store even though Apple had the right to terminate Epic immediately. It has been our hope that Epic would choose to submit a version that complied with Epic's contractual agreements with Apple so that new versions of Fortnite would remain available to Apple customers. Epic has until August 28 to cure its breach and avoid any further disruption to Apple's Fortnite-playing customers, and we remain hopeful that Epic will choose this path.

We have determined that the app you submitted on August 25 remains in violation of the App Store Review Guidelines and the activity associated with your Apple Developer Program account remains in violation of the Apple Developer Program License Agreement as previously communicated and detailed again below.

To be clear, we found that both your app in review, version 14.00, and the app users have previously downloaded to their devices from the App Store, are in violation of the App Store Review Guidelines and the Apple Developer Program License Agreement. As previously

explained, the breaches outlined below, if not cured, will force us to terminate your membership in the program. In order to return your app to the App Store, you will need to submit an updated version for review which addresses all of these violations within 14 days of transmission of the notice of termination of your Apple Developer Program License Agreement, dated August 14, 2020.

Specifically, we found that your app is in violation of the following App Store Review Guidelines:

Guideline 3.1.1 - Business - Payments - In-App Purchase

Your app unlocks or enables additional functionality with mechanisms other than the App Store, which is not appropriate for the App Store.

Specifically, we found that users are able to purchase digital goods with external purchase mechanisms in your app with the "Epic direct payment" feature.

See the attached screenshots for details.

Next Steps

To resolve this issue, please remove the "Epic direct payment" feature from your app.

Guideline 2.3.1 - Performance

We discovered that your app as submitted on August 3 contained hidden features. Attempting to hide features, functionality or content in your app is considered egregious behavior and can lead to removal from the Apple Developer Program.

While your submission yesterday finally disclosed the presence of the "Epic direct payment" feature, this feature, which provides access to external payment mechanisms and enables the purchase of content, services, or functionality by means other than the in-app purchase API, is in violation of your contracts with Apple.

Next Steps

- Review the Performance section of the App Store Review Guidelines.

- Ensure your app, as well as any third-party code and SDKs implemented in your app, are compliant with all sections of the App Store Review Guidelines and the Terms & Conditions of the Apple Developer Program.
- Revise or remove the hidden features from your app. Once your app is fully compliant, resubmit your app for review.

Guideline 2.5.2 - Performance - Software Requirements

During review, your app downloaded, installed, or executed code which introduced changes to features and functionality in your app, which is not permitted on the App Store.

Specifically, your app enabled the "Epic direct payment" feature.

Next Steps

- Review the Software Requirements section of the App Store Review Guidelines.
- Ensure your app is compliant with all sections of the App Store Review Guidelines and the Terms & Conditions of the Apple Developer Program.
- Once your app is fully compliant, resubmit your app for review.

Guideline 2.3.12 - Performance - Accurate Metadata

As described in Apple's August 14, 2020 correspondence, Epic failed to disclose its "Epic direct payment" feature in the "What's New" text submission that accompanied the August 3 submission, which was the first to include the direct payment feature. Instead, you included only nondescript, temporary, or incomplete information. In fact, to that point the last six "What's New" text submissions are identical and do not describe new features and product changes present in your app. Epic's most recent submission, which includes the statement that the latest submission "[c]ontinues to offer customers the choice of in-app purchases using either Apple's payment solution or Epic direct payment" does not address or solve Epic's original lack of candor with Apple, nor the disruption that lack of candor caused when Epic unilaterally implemented this undisclosed feature.

Furthermore, we found that your app is in direct violation of the Apple Developer Program License Agreement, which states:

Section 6.1: "If You make any changes to an Application (including to any functionality made available through use of the In-App Purchase API) after submission to Apple, You must resubmit the Application to Apple. Similarly all bug fixes, updates, upgrades, modifications, enhancements, supplements to, revisions, new releases and new versions of Your Application must be submitted to Apple for review in order for them to be considered for distribution via the App Store or Custom App Distribution, except as otherwise permitted by Apple." Your app violates Section 6.1 by introducing new payment functionality that was not originally submitted to or reviewed by App Review. As you know, Apple reviews every app and app update to ensure that apps offered on the App Store are safe, provide a good user experience, adhere to our rules on user privacy, and secure devices from malware and threats. As you also know, the apps you have submitted which contain the Epic direct payment feature directly violate the express terms of your contracts with Apple. It is especially concerning, therefore, that you did not explicitly disclose this feature with its initial submission.

Section 3.2.2: "Except as set forth in the next paragraph, an Application may not download or install executable code. Interpreted code may be downloaded to an Application but only so long as such code: (a) does not change the primary purpose of the Application by providing features or functionality that are inconsistent with the intended and advertised purpose of the Application as submitted to the App Store, (b) does not create a store or storefront for other code or applications, and (c) does not bypass signing, sandbox, or other security features of the OS." Your app violates Section 3.2.2 by downloading new code that changes the purpose of your app by adding an unauthorized payment system. This payment model is not authorized under the App Store Review Guidelines, and must be removed from your app in order to cure this breach.

Section 3.3.3: "Without Apple's prior written approval or as permitted under Section 3.3.25 (In-App Purchase API), an Application may not provide, unlock or enable additional features or functionality through distribution mechanisms other than the App Store, Custom App Distribution or TestFlight." Your app violates Section 3.3.3 by allowing end users to purchase digital items within the app without using the In-App Purchase API. This payment model is not authorized under the App Store Review Guidelines, and must be removed from your app in order to cure this breach. When you accepted the Apple Developer Program License Agreement, you expressly agreed in Section 3.1(c) to "comply with the terms of and fulfill Your obligations under this Agreement…" and in Section 3.2(f) to "not, directly or indirectly, commit any act intended to interfere with the Apple Software or Services, the intent of this Agreement, or Apple's business practices including, but not limited to, taking

actions that may hinder the performance or intended use of the App Store, Custom App Distribution, or the Program." As you have breached your obligations under the Apple Program Developer License Agreement, Apple will exercise its right to terminate your Developer Program membership under Section 11.2 if the violations described above are not cured within 14 days of transmission of the notice of termination of your Apple Developer Program License Agreement, dated August 14, 2020.

We hope that you choose to cure your breaches of the Apple Program License Agreement and continue to participate in the program. We value our developers and we want to see them all achieve success on the App Store. The breaches outlined above, however, if not cured, will force us to terminate your membership in the program, as explained in the notice of August 14.

As we previously informed you, you can appeal this decision with the App Review Board at any time within 14 calendar days of transmission of the notice of termination of your Apple Developer Program License Agreement, dated August 14, 2020. When submitting your appeal, be sure to select "I would like to appeal an app rejection or app removal" from the drop-down menu on the Contact the App Review Team page.

If you have any questions about this information, please reply to this message to let us know.

Best regards,

App Store Review

Attached Images:





