# Exhibit C



**Tim Sweeney <tim.sweeney@epicgames.com>**

---

## Response to June 30 Email

**Tim Sweeney <tim.sweeney@epicgames.com>**                                    Fri, Jul 17, 2020 at 4:49 PM
To: Tim Cook REDACTED, Phil Schiller REDACTED, Craig Federighi REDACTED, Matt Fischer REDACTED, Douglas Vetter REDACTED
Cc: Canon Pence REDACTED

Hi Tim, Phil, Craig, Matt, Douglas,

It's a sad state of affairs that Apple's senior executives would hand Epic's sincere request off to Apple's legal team to respond with such a self-righteous and self-serving screed -- only lawyers could pretend that Apple is protecting consumers by denying choice in payments and stores to owners of iOS devices. However, I do thank you for the prompt response and clear answer to my two specific requests.

If Apple someday chooses to return to its roots building open platforms in which consumers have freedom to install software from sources of their choosing, and developers can reach consumers and do business directly without intermediation, then Epic will once again be an ardent supporter of Apple. Until then, Epic is in a state of substantial disagreement with Apple's policy and practices, and we will continue to pursue this, as we have done in the past to address other injustices in our industry.

Tim Sweeney
[Quoted text hidden]