# Exhibit E



> Ok so sense u guys PERM Removed Fornight from Apple / Andriod severs onces a update happens they wont be able to play anymore??? so are you going to refund all of the money us parents have spent?? IVE SPENT ALOT of money on this game for my Daughter and im BEYOND Mad right now like you just Destoryed a Little girls heart now she was very passionate about this game and Loved playing it! now u have ripped that away from her for good like wtf? so will u be full refunding ppl who where Android / Apple players now? or Not? or is their a Way kids can download the update and keep playing on their tablet and phones
>
>  REDACTED ✓ 5m ago

> My son and I both play Fortnite on an IPad. How the hell are we supposed play now that the App Store removed it. That will mean it won't be able to update now. And don't give me a ridiculous comment about what other platforms I can play since I'm not rich and can't simply go buy another platform. This is ridiculous on both sides. Billionaires screwing us over yet again
>
>  REDACTED ✓ 2h ago

> Please tell me i will be able to play in season 4 on iOS please tell me I'm about to cry
>
>  REDACTED ✓ 3h ago

> I can't download Fortnite. My phone is compatible but it won't show it in my AppStore and when I go to your website to download it it says it's downloaded all though it is no where in my home menu. Please help me fix this as I want to play again!
>
> Attachments
>
>  
>
> REDACTED ✓ 41m ago

> Apple banned Fortnite so I can't get anything and I want to know if I can redeem anything or something like that because I feel scammed by having spent so much money on your game and then I can't end up using it on anything
>
>  REDACTED ✓ 1h ago

> Why are you removing fortnite from iOS and android I am displeased by this am requesting to have it put it back on ios and android
>
>  REDACTED ✓ 36m ago

> Dear Epic Games, is that true what I saw so you can no longer play on mobile phone something happened please say I can still play I would really like to play FORTNITE but I read that you can no longer play on apple please say that that is not true.
>
>  REDACTED ✓ 41m ago

> Since they removed Fortnite from the Apple store how are we going to receive updates? Is there a way to do it from the epic games website? Can that be done because it's not fair for the Apple users, Including myself as an apple user.....
>
>  REDACTED ✓ 1h ago

> hello, i wanted to ask, since the app store deleted fortnite, but i still have it downloaded, what am i suppose to do? it wont let me in any games because it tells me that the servers are offline. does this mean i cant play anymore?
>
>  REDACTED ✓ 1h ago

> So now what are you going to do? You guys are saying that next season will begin as planned. How are the mobile players supposed to download and update the app now?
>
> REDACTED ✓ 2h ago

> Hey my name is  and I live in the u.s. and I spent a lot of money on my account on fortnite that I plan my iPad with I'm just answering my accounts going to get banned before I get a chance to spend my v-bucks on the account if you get a chance please contact me back at the email address sent to you hey be nice to hear for someone soon cuz I'm really concerned and scared for my account thank you for your time
>
>  REDACTED — 1h ago

> Because of what's happening with apple blocking Fortnite on ios, i am requesting a refund for vbucks. I would like the vbucks i bought today (2020-08-13) and everything i have bought thus far on my account.
>
>  REDACTED — 1h ago

> Why are you guys deleting fortnite from Apple? This is the only way I can play fortnite. I have no other option. :( Also, when is this all going down?
>
> REDACTED — 2h ago

> I'm super worried about this legal action stuff against apple and Fortnite mobile is literally the only thing I have. I can't afford a PS4 or Xbox and that's why I got very good on Fortnite mobile so maybe one day I could play and win money but if I can't update the game then idk what's going to happen
>
> Sent from my iPhone
>
>  REDACTED — 5h ago

> Hi, I just got to know today that fortnite is not in the App Store anymore and there's a serious issue between Apple and Epic Games. I really like fortnite and I wanted to ask if it'll be back on ipad at least within a months time. I know the that from the 27th which is the new season I won't be able to update my game so that's sad. Hope I get an answer 🙁
>
>  REDACTED — 11m ago

4

**BG** — I'm reaching out because I solely play fortnite on ios devices and now, with the recent issues between apple and epic and the game being taken off the app store, i am no longer able to enjoy the game to the fullest extent. I've easily put over $1,000 into this game over the last few years and i don't think it's fair at all for those of us who've invested time and money into this game to just be "sh*t out of luck" because of a disagreement between epic and apple. i would like to get a refund for all the money i've put into this game considering i'm no longer able to play with friends on cross platforms, play the new season, or even earn XP/complete challenges which are some of the major "selling points" for this game.

27 August 1:57 PM

**NG** — To

If I cannot transfer the balance somehow. I would like to request a refund from epic. The vbucks I purchased from epic are pretty much useless. If it truly transferred to PC I have no use for it. If it's stuck in iOS it is useless. Thank you for you help. I apologize for my previous e-mail. Just really frustrated with this all.
REDACTED

27 August 10:17 PM


**KS** — I am extremely upset about IOS not being updated to the latest season on Fortnite not only did we not get the latest update it now means my daughters and I can no longer play with my husband and son. Also to take away the challenges means we can not level up. Through no fault of our own I feel we are being punished. It makes it worse when you have other members of the family playing on a different platform so you can see what you exactly what you are missing. Surely this is makes no business sense as all IOS users will not be purchasing the latest battle pass. It also is very hard to explain to kids why one has updated and not the other after all the hype!!! Please can you tell me when we will get the update.

27 August 2:20 PM

**CG** — Hi, I really enjoy playing fortnite with my friends but i am unable to get myself a tv and playstation to play with them. So I have been using an apple device. I was really looking forward to playing this new season and am greatly disappointed that I will not get to see it due to the update for ios not being available. I play with my little sister as well who is 12 and she will be very upset when her game becomes plain. — 27 August 3:58 PM

**NG** — Hello,

I am a massive fan of Fortnite and currently play every single day since season 4 release on iOS in 2018. I am deeply upset that I cannot do the update on Fortnite on my ios (iPad Pro) of chapter 2 season 4 which I have been most looking forward to play due to being a marvel and Fortnite fan. I have autism which is no excuse it helps. People like me to play something we love and enjoy. Please please please can you resolve the iOS and epic games issues as it would be kind for fans like us to play otherwise you will end up loosing fans like myself you been dedicated fans.

Kind regards
REDACTED
— 27 August 4:05 PM

**LG** — This is really unfair this needs to be fixed I want to play the new chapter of fortnite and can't how is this fair I am really upset about this I have purchased stuff in the ap and can't even play the new version which I've been looking forward to come one fix this — 27 August 1:01 PM

**TI** — I am really upset with not being able to play on IOS. I have been playing on IOS since it came out. I was getting better and invested into an iPad get even more better. I can't afford a console, and it would take time to get as good as I was in IOS. So my one question is: Will you guys please, please, please make a deal with the AppStore to get Fortnite back up? I'm aware that it IS Apples fault. But US MOBILE PLAYERS NEED AN OPTION. — 27 August 12:08 PM

**RI** — Hi, I play Fortnite on my iPad which is iOS. Fortnite is no longer on the App Store and I can not find a way to update it.
Can someone please let me know a way I can update my Fortnite otherwise I'd like to have a refund of all my money spent and wasted on your game. Please get back to me soon as I'm upset and angry and would like an explanation of how to update it on an iPad, or some sort of way I can get all my money back from that account.
Thank you. — 27 August 8:10 AM

**MH** — I am absolutely heartbroken that Fortnite season 4 cannot feature on iOS. Im gutted because season 4 battle pass and theme is all about Marvel. I am a die hard Marvel fan and I'm so upset that I've had to miss out on my favourite thing. Please could you reason with Apple and stop the mega drop (that has been happening for many weeks, so people have had more chance to get what they want) and stick with the guidelines so that Fortnite can be back in the App Store therefore allowing all iOS players to update it to the newest season. The old patch 13.40v already feels so empty and outdated. I feel like I'm living in the past. I know so many of us mobile gamers can agree on this and we all have had to miss out on what I think is the best season to feature on Fortnite yet. Please could you sort it out with Apple so that millions of us gamers can be happy again. — 29 August 11:52 AM