# Exhibit F

From: REDACTED
Date: Mon, Aug 31, 2020 at 7:19 AM
Subject: REDACTED an ardent fan heart broken over apple feud
To: tim@epicgames.com <tim@epicgames.com>

Dear Tim Sweeney,
I have been an ardent fan of Fortnite for the past two years and wanted you to know what a catastrophic affect this ongoing feud with Apple has affected my life.
Two years ago my grandkids exposed me to your wonderful Fortnite game and taught me the basics.  Im a 66 year old grandma who plays by the name REDACTED  This has been a godsend to me since they live in Nashville and I live in Champaign, IL.  For the past few years almost every night my grandkids call me and we play together as a squad or duo, and I get to talk and visit with them more than i ever expected.  Little do they realize that this was my strategy all along to stay in touch with them.  I keep up my fortnite skills so i have my share of wins which they are so impressed with me.  I even just purchased a new i pad pro to get better graphics since this is the device i use.
  Unfortunately my grandkids play on their computers and nintendo Switches so now they no longer can play with me, or have our usual fun interactions .  My 10 year old grandaughter cried over this and that broke my heart.
  Please I hope you will settle this conflict so we cna get on with our fun times and visits.
Sincerely, REDACTED


From: REDACTED
Date: Thu, Aug 27, 2020 at 5:09 PM
Subject: Apple situation....
To: <tim@epicgames.com>

Hello Mr. Sweeney.
I am a happy play and customer on Fortnite. I love the game and I was looking forward for the new update. I love the idea of the avengers. I Avery disappointed that I can no longer play on my iPhone. You have discouraged a lot of people. I don't see why you can't make amends with apple so that you can make even more money with the other apple players. I even just bought some more Vbucks yesterday and I was very ready for this update.But now I can't even pay anymore... I was even going to buy the battle pass and the extra 20 levels. So please for the sake of all the apple users around the world... Please fix this.


From: REDACTED
Date: Thu, Aug 27, 2020 at 6:05 PM
Subject: Fortnite.
To: <tim@epicgames.com>

Hi Tim,
My name is REDACTED
I am so upset that fortnite is not available on the Apple App Store. This is the only thing that has made me enjoy quarantine.
For this loss of enjoyment I am asking for compensation of a settlement of a Nintendo switch so I can play fortnite.

I am sure with your net worth you will be able to fork out a Nintendo switch.

Please don't ruin my life

REDACTED

**From:** ████ REDACTED ████
**Date:** August 30, 2020 at 7:53:54 AM EDT
**To:** "tim.sweeney@epicgames.com" <tim.sweeney@epicgames.com>
**Subject: Personnal Statement**


Hi^^,

I totally understand your situation with the AppStore and more broadly with apple.

I really like playing Fortnite and above all I must admit, this season is quite atypical and I wanted to play it but it must be understood that I do not have the immediate means to buy an Android phone or a new computer that can support the game (I'm currently a student and don't have time to work alongside). I just wanted you to take this into account, and I'm not the only one in this case.

Hoping you will read and take this mail into account, I wish you a good day,
Best regards,
REDACTED


**From:** ████ REDACTED ████
Date: Mon, Aug 31, 2020 at 1:59 AM
Subject: Epic Games Fortnite
To: <tim@epicgames.com>

Hello. I am writing this email regarding the removal of Fortnite from the apple store. I play Fortnite in an apple device and I was looking forward to the new season of the game. But when I read that it won't be available on apple devices I was devastated. There are many other people like me hoping to play the new season. Please get Fortnite back in the apple store.

Regards,
An Epic Gamer