Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EPIC GAMES, INC. <br><br> Plaintiff(s), <br><br> v. <br><br> APPLE INC. <br><br> Defendant(s). | Case No: 4:20-cv-05640-YGR <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, William F. Stute, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: APPLE INC. in the above-entitled action. My local co-counsel in this case is Mark A. Perry, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Orrick Herrington & Sutcliffe <br> Columbia Center, 1152 15th Street, N.W. <br> Washington, D.C. 20005-1706 | Gibson, Dunn & Crutcher LLP <br> 1050 Connecticut Avenue, N.W., Suite 900 <br> Washington, DC 20036 |
| MY TELEPHONE # OF RECORD: <br> (202) 339-8400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (202) 887-3621 |
| MY EMAIL ADDRESS OF RECORD: <br> wstute@orrick.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> mperry@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1032093.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/15/20

William F. Stute
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William F. Stute is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/16/2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
YVONNE GONZALEZ ROGERS