| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>  333 South Grand Avenue<br>  Los Angeles, CA 90071-3197<br>  Telephone:   213.229.7000<br>  Facsimile:    213.229.7520<br><br>MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN<br>  (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>  1050 Connecticut Avenue, N.W.<br>  Washington, DC 20036-5306<br>  Telephone:   202.955.8500<br>  Facsimile:    202.467.0539<br><br>VERONICA S. LEWIS<br>  (Texas Bar No. 24000092; *pro hac vice*)<br>  vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>  2100 McKinney Avenue, Suite 1100<br>  Dallas, TX 75201<br>  Telephone:   214.698.3100<br>  Facsimile:    214.571.2900 | E. JOSHUA ROSENKRANZ<br>  (N.Y. Bar No. 2224889; *pro hac vice*)<br>  jrosenkranz@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>  51 West 52nd Street<br>  New York, NY 10019-6142<br>  Telephone:   212.506.5000<br>  Facsimile:    212.506.5151<br><br>WILLIAM F. STUTE<br>  (D.C. Bar No. 1032093; *pro hac vice*)<br>  wstute@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>  1152 15th Street, N.W.<br>  Washington, DC 20005-1706<br>  Telephone:   202.339.8400<br>  Facsimile:    202.339.8500<br><br>**Attorneys for Defendant APPLE INC.** |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 4:20-cv-05640-YGR<br><br>**NOTICE OF ASSOCIATION OF COUNSEL ON BEHALF OF APPLE INC.** |

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Apple Inc. ("Apple") hereby associates the law firm of

3  Orrick, Herrington & Sutcliffe LLP as co-counsel in the above-captioned matter.

4  Apple respectfully requests that the Court's records for the above-captioned action include

5  attorneys E. Joshua Rosenkranz and William F. Stute as additional counsel of record for Apple.

6  Apple further requests that all notices, including electronic or "ECF" notices, given or required to

7  be given, and all papers filed or served or required to be served in the above-captioned matter, be

8  provided to and served upon said counsel for Apple at the address set forth below:

E. JOSHUA ROSENKRANZ
(N.Y. Bar No. 2224889; *pro hac vice*)
jrosenkranz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   212.506.5000
Facsimile:    212.506.5151

WILLIAM F. STUTE
(D.C. Bar No. 1032093; *pro hac vice*)
wstute@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:   202.339.8400
Facsimile:    202.339.8500

Dated: September 18, 2020              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                       By:  /s/ William F. Stute

                                            E. Joshua Rosenkranz (*pro hac vice*)
                                            William F. Stute (*pro hac vice*)

                                       *Attorneys for Defendant Apple Inc.*