**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>            Plaintiff,<br><br>      v.<br><br>**APPLE INC.,**<br><br>            Defendant. | Case No.: 4:20-cv-05640-YGR<br><br>**ORDER SETTING COMPLIANCE DEADLINE RE: SCHEDULE** |

In light of the current posture of the case, and the briefing on the motion for a preliminary injunction, the parties are **ORDERED** to meet and confer with respect to the extent of discovery required prior to a trial on the merits. The parties should attempt to agree and shall file a Joint Statement with an agreed-upon schedule or a chart showing each party's position.  To the extent disagreement exists, the information provided to the Court should be specific enough for the Court to make a reasoned judgment to resolve any disputes.

Said Joint Statement shall be filed by **4:00 p.m. (PDT) Thursday, September 24, 2020**.

**IT IS SO ORDERED**.

Dated: September 18, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**