
DocuSign Envelope ID: 65E7EE14-2225-481D-9149-D769891885FD
Case 4:20-cv-05640-YGR   Document 87   Filed 09/18/20   Page 1 of 11

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice* )
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | No. 4:20-CV-05640-YGR<br><br>**DECLARATION OF ANDREW GRANT IN FURTHER SUPPORT OF PLAINTIFF EPIC GAMES, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 28, 2020, 9:30 a.m. (via Zoom Platform)<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Andrew Grant, declare as follows:

1. I am a Technical Director of Engineering at Epic Games, Inc. ("Epic"), the plaintiff in this action. I submit this declaration in further support of Epic's Motion for a Preliminary Injunction. (ECF No. 61.) I also submitted a declaration in support of Epic's Motion for a Preliminary Injunction on September 4, 2020 (ECF No. 63), in which I described my background, current position, and job responsibilities.

2. I have reviewed Apple Inc.'s ("Apple") submission in opposition to Epic's Motion for a Preliminary Injunction. In this declaration I address certain claims made by Apple related to (i) Epic's continued use of the Sign in with Apple ("SiwA") functionality, (ii) Epic's interactions with Apple when *Fortnite* was still available through the App Store, and (iii) some of the consequences of Apple's decision to terminate Epic's Team ID '84 account.

3. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

**Sign in with Apple**

4. Apple suggests in its brief (ECF No. 73 at 13) as well as in a letter attached to the Declaration of Jay B. Srinivasan, dated September 15, 2020 (ECF No. 80), that despite terminating Epic's Team ID '84 developer account, Apple has acted magnanimously by preserving the ability of Epic's users to continue using the SiwA functionality that was associated with the Team ID '84 account.

5. Epic was never given a choice as to whether or not to implement SiwA. A change in Apple's App Store Review Guidelines required it, and Epic had to comply. And SiwA is tied to *Fortnite* and Epic's Team ID '84 account across all Epic services because Apple did not allow Epic to implement it any other way.

6. In June 2019, Apple announced at its annual Worldwide Developers Conference that it would be launching a new service, SiwA, in connection with the launch of iOS 13. Similar to services offered by companies like Facebook and Google, SiwA allows Apple users to set up accounts for participating apps and websites using their Apple credentials. Specifically, using SiwA, an Apple user can set up an account with a participating app using the user's Apple ID

1  (which is an email address) and password, instead of creating new, separate login credentials.
2  Alternatively, users can set up an account using a private email relay address generated by SiwA,
3  rather than using their actual email address.  Either way, SiwA allows users to create accounts for
4  participating apps without providing the app developer identification and authentication
5  information such as name and email address; that information remains with Apple, and it is
6  therefore Apple, rather than the app developer, that controls the relationship with the user.

7          7.      When SiwA officially launched in September 2019, Apple updated its App
8  Review Guidelines to require that "[a]pps that use a third-party or social login service . . . to set
9  up or authenticate the user's primary account with the app must also offer [SiwA] as an
10 equivalent option".  (ECF No. 61-17 § 4.8.)  Epic already offered Epic users, including *Fortnite*
11 users on iOS, the option to log in into their Epic accounts with several different third-party login
12 services, such as Google and Facebook.  Under the revised App Review Guidelines, Epic was
13 therefore required to implement SiwA.  Apple originally gave developers like Epic until April
14 2020 to update existing iOS apps to support SiwA, but subsequently extended the deadline until
15 June 30, 2020.

16         8.      Epic offers users a multi-platform, multi-product account system for all of its
17 offerings, including *Fortnite*, the Epic Games Store, Epic Online Services, and *Unreal Engine*.
18 When a user engages with an Epic product or service for the first time, they create an Epic
19 account that they can then use to access any of Epic's other products and services.  For example,
20 a user who creates an Epic account to play *Fortnite* on an iOS device would use the same account
21 to purchase and play third-party PC games through the Epic Games Store or to access and
22 download *Unreal Engine*.  Users benefit from this multi-platform, multi-product system because
23 they do not have to manage multiple accounts (including multiple usernames and passwords) with
24 Epic.

25         9.      If users were only able to use SiwA to create or log in to their Epic account for
26 *Fortnite*, or do so only on iOS devices, Epic's multi-product, multi-platform account system
27 would quickly splinter and break down.  Therefore, in order to implement SiwA as a supported
28 login method for the iOS version of *Fortnite*, Epic had to implement SiwA for all of the products

and services in its ecosystem.

10. Epic began taking steps to implement SiwA as a supported login method for Epic accounts in February 2020. As Apple had set up the system, however, SiwA would not work unless it was associated with a designated app that was available in the App Store. In addition, it was my understanding that whenever SiwA was used, it would show the logo for that primary app. This posed a problem for Epic, because Epic intended to use SiwA across its entire ecosystem, and therefore preferred not to tie it to any particular app such as *Fortnite*, let alone to have users be shown the logo of that app even if they use their Epic account with a different Epic service or product. For example, Epic wanted to prevent a situation where an *Unreal Engine* user who created their Epic account on the *Unreal Engine* website using SiwA, would nonetheless see the *Fortnite* logo every time they logged into their account, even if that user never used their account to play *Fortnite.*

11. Between March and June 2020, Epic reached out to Apple on at least seven occasions requesting Apple's permission to implement SiwA without tying it to *Fortnite* or any of its other apps. Epic proposed several different technical workarounds to Apple, but Apple declined to provide Epic with any guidance about how to implement SiwA without associating it with a primary app from the App Store. Finally, in June 2020, Apple informed Epic that SiwA must be associated with an individual app available in the App Store. Given the imminent deadline for compliance with Apple's SiwA policy, Epic had to move forward with implementing SiwA as functionality tied to *Fortnite* and the Team ID '84 account.

12. On July 14, 2020, Epic added SiwA to its account portal as a new login method. Three days later, on July 17, 2020, Epic submitted its first *Fortnite* build that supported SiwA to Apple for review. (Epic met Apple's June 30 deadline for SiwA implementation because the July 17 submission was the first new build it had submitted to Apple following the deadline.)

13. Apple approved the July 17 build and it was released to iOS users. But on July 21, 2020, Apple notified Epic that its build was not technically compliant with its SiwA policy. Specifically, Apple complained that after a new iOS user created an Epic account using SiwA, Epic prompted the user to provide their date of birth, country, full name, password, and an email

1  verification to complete the setup of their Epic account.  Apple told Epic that the collection of this
2  information violated the App Store Review Guidelines, and gave Epic until August 24, 2020 to
3  cure.  Epic subsequently sought guidance from Apple about how to bring *Fortnite* back into
4  compliance, but Apple would not provide Epic with the requested information.

5         14.     Ultimately, to reduce the risk that Apple would reject future *Fortnite* builds, Epic
6  complied with Apple's guidelines by changing the flow for SiwA account creation so that Epic
7  only collected a "Display Name" and date of birth from SiwA users.  As a result, to try to comply
8  with Apple's guidelines, Epic did not collect information from SiwA users (such as a separate
9  Epic password or an email account) that would allow users to access their Epic account in the
10 event that SiwA ceased to function or a user lost access to their Apple account.

11        15.     Following the implementation of SiwA, hundreds of thousands of users set up
12 Epic accounts using SiwA.  Approximately 40,000 users created an Epic account using just their
13 Apple ID and never created a separate Epic account password.  Another 350,000 users created an
14 Epic account using a private email relay address generated by SiwA.  A "relay" address means a
15 computer generated email account that relays emails to the user's actual email address, which
16 Apple maintained but that was never disclosed to Epic.

17        16.     Following Apple's August 14, 2020 threat to terminate Epic's developer accounts
18 on August 28, 2020, Epic became concerned that following the termination of the Team ID '84
19 account, SiwA users would lose access to their Epic accounts.  If SiwA were disabled, users who
20 had never created a separate Epic account password would lose access to their accounts until they
21 created a password using their email on file, while users who had elected to use a private relay
22 email address would only be able to access their accounts if they happened to remember the relay
23 email address.  This would not only affect these users' ability to play *Fortnite* or other Epic
24 games, but also would impair their access to the Epic Games Store, Epic Online Services, and
25 *Unreal Engine*.  As a result, users could lose access to their existing purchases from Epic.

26        17.     On August 27, 2020, Epic's outside counsel wrote to Apple's outside counsel to
27 explain that if Apple terminated Epic's Team ID '84 account and disabled SiwA it would impact
28 "third-party game developers whose Epic Games Store customers use [SiwA], Epic account

DocuSign Envelope ID: 65E7EE14-2225-481D-9149-D769891885FD
Case 4:20-cv-05640-YGR   Document 87   Filed 09/18/20   Page 6 of 11

owners who use [SiwA] to access third-party games, and third-party developers who access the Unreal Engine using [SiwA]". (Byars Reply Decl. Ex. A at 1.) Epic's counsel requested "that Apple confirm that it will not take any steps that impair [SiwA for] third-parties who rely on Epic services". (*Id.* at 2.) The following day, Apple's counsel replied that "[SiwA] will continue to function for Apple customers for the next two weeks", but not beyond that. (Byars Reply Decl. Ex. B at 1.) Apple's counsel also stated that "[i]f Epic's engineers have questions of Apple's, they have worked together in the past and Epic knows how to reach them". (*Id.*)

18. Given Apple's response, on August 28, 2020, Epic sent an email to Apple seeking assistance with migrating SiwA to a different Apple Developer Account and guidance "on next steps to do so without breaking the process for users". Apple did not immediately reply to Epic's email. Attached hereto as **Exhibit A** is a true and correct copy of Epic's August 28, 2020 email to Apple.

19. On September 1, 2020, Epic sent a follow-up email to Apple requesting that Apple confirm receipt of Epic's August 28 email and "provide guidance on next steps". Attached hereto as **Exhibit B** is a true and correct copy of Epic's September 1, 2020 email to Apple.

20. On September 2, 2020, because Apple did not respond to Epic's outreach, Epic's outside counsel sent another email to Apple's outside counsel to inform them that Epic had not heard back from Apple about migrating SiwA to a different developer account. (Byars Reply Decl. Ex. C at 1.) Epic's counsel requested that "Apple personnel contact Epic tomorrow, so that the parties can resolve this issue without the need to bring it to the Court". (*Id.*)

21. On September 3, 2020, Apple's Game Developer Manager Mark Grimm replied to Epic's September 1 email. Grimm stated that "we cannot migrate your implementation of [SiwA] to another developer account" and suggested that Epic "build a custom flow to migrate users off [SiwA] by collecting email addresses or asking users to select a different login method". Attached hereto as **Exhibit C** is a true and correct copy of Apple's September 3, 2020 email.

22. Upon receipt of Mr. Grimm's email, Epic began to develop internally a process by which it could transition SiwA users to alternative login methods. Epic originally estimated that it would take a month of work to complete the project and fully transition the existing SiwA

users.

23. On September 8, 2020, Epic's outside counsel sent an email to Apple's outside counsel requesting that Apple extend its original two-week deadline to give Epic more time to reach out to SiwA users and transition them to alternative login methods. (Byars Reply Decl. Ex. D.) Epic requested that Apple confirm its agreement to an extension that evening, so as to guide any communications with users. Apple did not provide such confirmation on September 8. Accordingly, on the eve of September 8, Epic wrote to all SiwA users notifying them that Apple would be terminating SiwA on September 11, 2020 and instructing them to update the email and/or password for their Epic account.

24. On September 10, 2020, less than 24 hours before the expiration of Apple's threat to terminate SiwA, Apple's outside counsel wrote to Epic's outside counsel, stating that "Apple will leave [SiwA] in place for the time being". (Byars Reply Decl. Ex. E at 1.) Apple has not committed not to terminate SiwA at any point in the future, and Epic therefore is continuing its efforts to migrate users off of SiwA.

### *Fortnite* in the App Store

25. The Declaration of Mike Schmid, dated September 15, 2020 (ECF No. 79), cites a long list of supposed benefits and accommodations Epic has received from Apple in the course of distributing *Fortnite* and its other games through the Apple App Store. Apple's account omits certain important details.

26. Until Apple removed *Fortnite* from the App Store, Epic required that all platforms run the same version of *Fortnite*. As described in more detail in the Declaration of Timothy Sweeney, dated September 4, 2020, ¶ 8 (ECF No. 65), the requirement that users run the same version of *Fortnite* is critical to enable cross-platform play. The regular release of new content and updates through new versions or builds is also an essential feature of the *Fortnite* user experience. Today, however, given Apple's actions, Epic supports iOS users (and Android users who have downloaded *Fortnite* through Google Play) to continue using an outdated and limited version of *Fortnite* because those users are no longer able to receive updates for their apps.

27. When Fortnite was still available through the App Store, there was a constant

struggle with Apple to ensure that new iOS versions of *Fortnite* would be released on the same schedule as on other platforms. In Epic's experience, Apple's approval process for new builds is the slowest of all the platforms that require approval for new *Fortnite* builds. Updates would often be rejected by Apple because a review would take issue with functionality or wording that had been in *Fortnite* for some time. To try and meet its launch deadline across all platforms, Epic often needed to request that Apple expedite the review of new *Fortnite* builds. Epic took the clear position with Apple that it would give Apple every chance to approve builds in a timely fashion, but if Apple was unable to do so, Epic would not hold up the release of new *Fortnite* builds on other platforms while Apple's approval process lagged behind. In the event Apple was unable to timely approve a new *Fortnite* build, Epic was prepared to put the iOS version of *Fortnite* into "downtime"—meaning temporarily take the game offline on iOS devices until the new build is approved by Apple—to allow other platforms to receive updates while Apple approval was still pending. Mr. Schmid's assertion that "Epic personnel have told me that if Apple did not comply with its demands, Epic would simply terminate its relationship with Apple and remove its games off of the iOS platform" (ECF No. 79 ¶ 18) is incorrect. To my knowledge, Epic did not threaten to terminate its relationship with Apple and remove its games from the App Store if Apple failed to comply with Epic's requests for expedited review or propagation of its apps.

28. It should be noted that the delay in Apple's review process was not typically caused by a long review time. Rather, Apple's developer portal would often show that new builds were "waiting for review" for days. Once in review, however, the actual process could take as little as a few minutes. On a handful of occasions, Epic also needed to submit expedited propagation requests because new *Fortnite* builds that had *already been approved* by Apple's review process were for some unknown reason not made available to users through the App Store in a timely manner.

29. Over the years, Epic has spent considerable engineering time and resources supporting requirements or requests from Apple related to *Fortnite*. One example is Epic's months-long project described above to implement SiwA for *Fortnite* in order to comply with

Apple's App Review Guidelines. On numerous occasions, Epic has optimized or made improvements to *Fortnite* to improve its performance on iOS devices at the request of Apple. And Epic spent more than a year updating *Fortnite*'s code to make it compatible with the reduction of memory resources that Apple imposed on developers with the launch of iOS 12. At Apple's request, and like many developers with hugely popular apps like *Fortnite*, Epic has also regularly provided Apple with free marketing materials to support their marketing for devices and other services.

**iOS Security**

30. In its brief and supporting declarations, Apple invokes the security benefits for the iOS ecosystem that Apple says flow from Apple's review process. In my experience, there is no reason to believe that it is the best or only way to maintain the security of the iOS ecosystem.

31. The critical security protection provided by iOS is the result of the hardware and operating system of the device. Apple engineers deserve credit for building these security features into the earliest versions of the iPhone, enhancing them with every new release of the operating system and hardware.

32. On iOS, third-party apps are isolated (or "sandboxed") by the operating system. This isolation strictly prevents an app from reading or changing data belonging to other apps, or from accessing sensitive data held by the OS itself.

33. Access to areas that are permitted but considered sensitive—for example, Photo Albums, Contacts, Microphone, Camera, sending of text messages—is controlled by a robust permissions based security system. An app must make a specific API request to the operating system. The operating system in turn presents the user with a standard and easily understood message such as "<app-name> Would Like to Access Your Contacts".

34. If the user declines this request then the app is not granted access to that data. It cannot bypass the message, or change the message to trick them into a more favorable response. Once denied, a user must proactively grant permission to an application by going into device settings and enabling access.

35. Were it possible for applications to capture sensitive data or wreak havoc on

1  telephony systems, such behavior would be trivial to hide from review.

2  **Apple's Termination of the Team ID '84 Account**

3  36.    As I described in my prior declaration, on August 28, 2020, Apple terminated Epic's Team ID '84 Account, removed all associated apps from the App Store and Mac App Store (other than *Fortnite*, which had already been removed), and informed Epic that "we will deny your reapplication to the Apple Developer Program for at least a year". (ECF No. 63 ¶ 35.)

7  37.    Apple complains that Epic has continued to use Apple's proprietary software. (Declaration of Phil Schiller, ECF No. 74 ¶ 69.) As a result of the termination of Epic's Team ID '84 account, Epic is no longer able to use the account to access certain Apple software, including Apple's TestFlight software for beta testing iOS or macOS apps. Apple software may still be accessed and used through developer accounts associated with *Unreal Engine* and other products, which Apple has not terminated. To be clear, since Apple terminated the Team ID '84 account, Epic can no longer use that account to access Apple's Developer Portal or otherwise access or use TestFlight. Epic programmers are still able to use Apple software tools they downloaded under separate SDK Agreements, which they use to continue development of products unrelated to the Team ID '84 account.

17  38.    Apple also complains that Epic is still collecting money from iOS users at Apple's expense. (*Id.* ¶ 68.) But Apple blocked purchases through Apple's system ("IAP") in *Fortnite* with the termination of the Team ID '84 account. When the *Fortnite* app is opened on an iOS device, the app queries Epic's and Apple's servers to retrieve information about available purchases through Epic direct payment and Apple IAP, respectively. Since the termination of the Team ID '84 account, however, when the *Fortnite* app queries Apple's servers it receives "error" values rather than information about available purchases. As a result, the app is not able to receive information from Apple's servers that is necessary to process purchases using Apple IAP.

25  39.    In order to avoid user confusion, the *Fortnite* app is programmed to present users with only functioning payment options. For this reason, the app currently displays only the Epic direct payment option to users while Apple IAP is non-functioning. This is an automatic and standard feature of the *Fortnite* app's coding. Epic has not made any changes to the app that have

DECLARATION OF ANDREW GRANT          10          CASE NO. 4:20-cv-05640-YGR

resulted in Apple IAP becoming unavailable.  Further, it is not possible for Epic to reinstate Apple IAP in *Fortnite* unless and until Apple restores the ability of the app to receive information about available purchases from Apple's servers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on September 18, 2020, in Holly Springs, North Carolina.

DocuSigned by:

Andrew Grant

DECLARATION OF ANDREW GRANT            11            CASE NO. 4:20-CV-05640-YGR