# Exhibit A



Alec Shobin <REDACTED epicgames.com>

## Epic Games SiwA Migration

**Alec Shobin** <REDACTED@epicgames.com>  Fri, Aug 28, 2020 at 10:58 PM
To: Mark Grimm <REDACTED@apple.com>, Robert Partington <REDACTED@apple.com>
Cc: Jamal Fanaian <REDACTED@epicgames.com>, Graham Logan <REDACTED@epicgames.com>, Andrew Grant <REDACTED@epicgames.com>

Hey Mark,

We'd like to immediately migrate our existing Sign in with Apple from the terminated Epic Games Inc. account '84 and to a different, new account specifically for this purpose (or provide other guidance to us). Please advise on next steps to do so without breaking the process for users.

Thanks,

Alec

--
**Alec Shobin**
**Publishing, Mobile | Epic Games**