# Exhibit B



Alec Shobin <REDACTED@epicgames.com>

---

## Epic Games SiwA Migration

---

**Alec Shobin** <REDACTED@epicgames.com>  Tue, Sep 1, 2020 at 10:36 AM
To: Mark Grimm <REDACTED@apple.com>, Robert Partington REDACTED@apple.com>
Cc: Jamal Fanaian <REDACTED@epicgames.com>, Graham Logan <REDACTED@epicgames.com>, Andrew Grant <REDACTED@epicgames.com>

Hi Mark and Robert,

Following up on this. Can you confirm receipt and provide guidance on next steps?

Thank you,

-Alec

> On Fri, Aug 28, 2020 at 10:58 PM Alec Shobin <REDACTED@epicgames.com> wrote:
>
> Hey Mark,
>
> We'd like to immediately migrate our existing Sign in with Apple from the terminated Epic Games Inc. account '84 and to a different, new account specifically for this purpose (or provide other guidance to us). Please advise on next steps to do so without breaking the process for users.
>
> Thanks,
>
> Alec
>
> --
> **Alec Shobin**
> **Publishing, Mobile | Epic Games**

--
**Alec Shobin**
**Publishing, Mobile | Epic Games**