# Exhibit C



Alec Shobin <REDACTED@epicgames.com>

## Epic Games SiwA Migration

**Mark Grimm** <REDACTED@apple.com>                                      Thu, Sep 3, 2020 at 2:50 PM
To: Alec Shobin <REDACTED@epicgames.com>
Cc: Robert Partington <REDACTED@apple.com>, Jamal Fanaian <REDACTED@epicgames.com>, Graham Logan <REDACTED@epicgames.com>, Andrew Grant <REDACTED@epicgames.com>

Dear Alec,

With the termination of Epic Games Inc.'s developer account, we cannot migrate your implementation of Sign In with Apple to another developer account. Instead, I would recommend that your team build a custom flow to migrate users off Sign In with Apple by collecting email addresses or asking users to select a different login method.

Best,

**Mark Grimm** | ☐ Partnership Manager, Games | REDACTED@apple.com | C: +1 (315) 254-7853

[Quoted text hidden]