Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>APPLE INC.,<br><br>                    Defendant. | No. 4:20-CV-05640-YGR<br><br>**DECLARATION OF M. BRENT BYARS IN FURTHER SUPPORT OF PLAINTIFF EPIC GAMES INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 28, 2020, 9:30 a.m. (via Zoom Platform)<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, M. Brent Byars, declare as follows:

1. I am an attorney at the law firm of Cravath, Swaine & Moore LLP, and am one of the attorneys representing Epic Games, Inc. in this action. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration in further support of Plaintiff Epic Games, Inc.'s Motion for Preliminary Injunction (ECF No. 61). The contents of this declaration are based on my personal knowledge and on information and documents provided to me by Epic Games, Inc. If called as a witness, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Katherine B. Forrest to counsel for Apple, Inc., dated August 27, 2020.

4. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Richard J. Doren to Katherine B. Forrest, dated August 28, 2020.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email thread, including an email from M. Brent Byars to Jay P. Srinivasan, dated September 2, 2020.

6. Attached hereto as **Exhibit D** is a true and correct copy of an email from Yonatan Even to Richard J. Doren and Jay Srinivasan, dated September 8, 2020.

7. Attached hereto as **Exhibit E** is a true and correct copy of a letter from Richard J. Doren to Yonatan Even, dated September 10, 2020.

8. Attached hereto as **Exhibit F** is a true and correct copy of Apple's App Store Review Guidelines, updated September 11, 2020 (last accessed September 18, 2020), available at https://developer.apple.com/app-store/review/guidelines/.

9. Attached hereto as **Exhibit G** is a true and correct copy of Google's Google Play Developer Distribution Agreement, effective as of June 12, 2020 (last accessed September 18, 2020), available at https://play.google.com/about/developer-distribution-agreement.html.

10. Attached hereto as **Exhibit H** is a true and correct copy of Google's Developer Program Policy, effective as of August 12, 2020 (last accessed September 18, 2020), available at https://support.google.com/googleplay/android-developer/answer/9914283?visit_id=637360682421231288-1413471540&rd=1.

11. Attached hereto as **Exhibit I** is a true and correct copy of an email from Steve Jobs to Eddy Cue, dated February 6, 2011, which I obtained from the website of the House Committee on the Judiciary (last accessed September 18, 2020), available at https://judiciary.house.gov/uploadedfiles/014816.pdf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on September 18, 2020 in New York City, New York.

_____
M. Brent Byars