# Exhibit A

CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT | KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| EVAN R. CHESLER | MICHAEL A. PASKIN | MATTHEW MORREALE | ANDREW C. ELKEN |
| RICHARD W. CLARY | ANDREW J. PITTS | JOHN D. BURETTA | JENNY HOCHENBERG |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS | J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| ROBERT H. BARON | ANTONY L. RYAN | YONATAN EVEN | G.J. LIGELIS JR. |
| DAVID MERCADO | GEORGE E. ZOBITZ | BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS | JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| PETER T. BARBUR | DARIN P. MCATEE | STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN | LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON | DAVID J. PERKINS | MICHAEL P. ADDIS |
| RICHARD HALL | KARIN A. DEMASI | JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| JULIE A. NORTH | DAVID S. FINKELSTEIN | J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| ANDREW W. NEEDHAM | DAVID GREENWALD | D. SCOTT BENNETT | C. DANIEL HAAREN |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS | TING S. CHEN | EVAN MEHRAN NORRIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO | CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KEITH R. HUMMEL | ERIC W. HILFERS | KENNETH C. HALCOM | |
| DAVID J. KAPPOS | GEORGE F. SCHOEN | DAVID M. STUART | |
| DANIEL SLIFKIN | ERIK R. TAVZEL | AARON M. GRUBER | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA | O. KEITH HALLAM, III | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK | OMID H. NASAB | |
| WILLIAM V. FOGG | LAUREN ANGELILLI | DAMARIS HERNÁNDEZ | |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK | JONATHAN J. KATZ | |
| RICHARD J. STARK | ALYSSA K. CAPLES | MARGARET SEGALL D'AMICO | OF COUNSEL |
| THOMAS E. DUNN | JENNIFER S. CONWAY | RORY A. LERARIS | MICHAEL L. SCHLER |
| MARK I. GREENE | MINH VAN NGO | KARA L. MUNGOVAN | CHRISTOPHER J. KELLY |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
kforrest@cravath.com
WRITER'S EMAIL ADDRESS
(212) 474-1151

August 27, 2020

*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR

Dear Counsel:

    We write on behalf of Epic Games, Inc. ("Epic") to raise an urgent concern about Apple's proposed termination of Epic's developer account (Team ID # 8XJ6WJ8Z84, "the '84 account") and potential consequential effects on third-party game developers whose Epic Games Store customers use the Sign In with Apple service, Epic account owners who use the Sign In with Apple service to access third-party games, and third-party developers who access the Unreal Engine using the Sign In with Apple service.

    As you know, in the Temporary Restraining Order entered on Monday, the Court wrote that the dispute between Apple and Epic "should not create havoc to bystanders". (ECF No. 48 at 7.) The Court wrote that "during the period of a temporary restraining order the status quo in this regard should be maintained". (*Id.*) That status quo is one which third-party game developers whose Epic Games Store customers use the Sign In with Apple service, Epic account owners who use the Sign In with Apple service to access third-party games, and third-party developers who access the Unreal Engine using the Sign In with Apple service continue to have unimpaired access to those services. Epic is concerned that Apple's termination of the '84 account may disrupt this status quo for third parties, contrary to the Temporary Restraining Order.

    Certain users of services provided by Epic must create and use accounts in Epic's systems. When users of Apple devices create or access an Epic account, they may choose to use Apple's Sign In with Apple service. For many of these users, the Sign in with Apple service is the only way users have accessed their Epic accounts, and the only way such users could access their accounts in the future. Other users have requested, as part of their use of the Sign in with Apple service, that Apple create private email relay addresses rather than providing their email addresses directly to Epic. If Apple takes steps that prevent the use of the Sign In with Apple

service to access Epic accounts, many users will be unable to access their Epic accounts, and Epic could even lose the ability to communicate with its own users through private email relays.

Epic therefore requests that Apple confirm that it will not take any steps that impair the Sign in with Apple service used by third-parties who rely on Epic services. We are available to discuss this issue on an urgent basis during the course of the day today and to work cooperatively with Apple to ensure that third parties are not harmed. Epic reserves all rights.

Sincerely,

s/ Katherine B. Forrest

Theodore J. Boutrous, Jr.
Richard Doren
Cynthia Richman
Daniel Swanson
Jay Srinivasan
Veronica Lewis
GIBSON, DUNN & CRUTCHER LLP
tboutrous@gibsondunn.com
    rdoren@gibsondunn.com
        crichman@gibsondunn.com
            dwanson@gibsondunn.com
                jsrinivasan@gibsondunn.com
                    vlewis@gibsondunn.com

VIA EMAIL