# Exhibit C

**From:** Brent Byars <MByars@cravath.com>
**Date:** September 2, 2020 at 11:02:13 PM EDT
**To:** "Srinivasan, Jay P." <JSrinivasan@gibsondunn.com>
**Cc:** "Richman, Cynthia" <CRichman@gibsondunn.com>, Christine Varney <cvarney@cravath.com>, "dwanson@gibsondunn.com" <dwanson@gibsondunn.com>, Gary Bornstein <GBornstein@cravath.com>, Katherine Forrest <kforrest@cravath.com>, Lauren Moskowitz <LMoskowitz@cravath.com>, "Doren, Richard J." <RDoren@gibsondunn.com>, "Boutrous Jr., Theodore J." <TBoutrous@gibsondunn.com>, "Lewis, Veronica S." <VLewis@gibsondunn.com>, Yonatan Even <YEven@cravath.com>
**Subject: Re:  Epic Games, Inc. v. Apple Inc.--Urgent correspondence from Katherine Forrest**

Richard and Jay,

We've not heard back from Apple about this.  Please have the appropriate Apple personnel contact Epic tomorrow, so that the parties can resolve this issue without the need to bring it to the Court.

Brent

> On Aug 29, 2020, at 7:14 PM, Brent Byars <MByars@cravath.com> wrote:
>
> Richard and Jay,
>
> We disagree with a number of the assertions and characterizations in your letter, but do not feel that it would be productive to catalog or debate them here. Epic employees have initiated contact with the Apple employees with whom they have interacted regarding Sign in with Apple during the normal course of business--see attached email. We expect that Apple and Epic will have a cooperative relationship to ensure that third parties who rely on Sign in with Apple to access Epic accounts retain that access after the two-week period mentioned in your letter. Epic reserves all rights.
>
> Brent
>
>
>
> *(See attached file: Epic Games Mail - Epic Games SiwA Migration.pdf)*
> "Srinivasan, Jay P." ---08/28/2020 03:31:56 PM---Brent, See letter attached.
>
> From: "Srinivasan, Jay P." <JSrinivasan@gibsondunn.com>
> To: "Brent Byars" <MByars@cravath.com>, "Boutrous Jr., Theodore J." <TBoutrous@gibsondunn.com>, "Doren, Richard J." <RDoren@gibsondunn.com>, "Richman, Cynthia" <CRichman@gibsondunn.com>, "dwanson@gibsondunn.com" <dwanson@gibsondunn.com>, "Lewis, Veronica S." <VLewis@gibsondunn.com>
> Cc: "cvarney@cravath.com" <cvarney@cravath.com>, "Katherine Forrest" <kforrest@cravath.com>, "Gary Bornstein" <GBornstein@cravath.com>, "Yonatan Even" <YEven@cravath.com>, "Lauren Moskowitz" <LMoskowitz@cravath.com>
> Date: 08/28/2020 03:31 PM
> Subject: RE: Epic Games, Inc. v. Apple Inc.--Urgent correspondence from Katherine Forrest

> External (jsrinivasan@gibsondunn.com)

Report This Email FAQ

Brent,

See letter attached.

Thanks,
Jay

**Jay P. Srinivasan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7296 • Fax +1 213.229.6296
JSrinivasan@gibsondunn.com • www.gibsondunn.com

**From:** Brent Byars <MByars@cravath.com>
**Sent:** Thursday, August 27, 2020 11:28 AM
**To:** Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Doren, Richard J. <RDoren@gibsondunn.com>; Richman, Cynthia <CRichman@gibsondunn.com>; dwanson@gibsondunn.com; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Lewis, Veronica S. <VLewis@gibsondunn.com>
**Cc:** cvarney@cravath.com; Katherine Forrest <kforrest@cravath.com>; Gary Bornstein <GBornstein@cravath.com>; Yonatan Even <YEven@cravath.com>; Lauren Moskowitz <LMoskowitz@cravath.com>
**Subject:** Epic Games, Inc. v. Apple Inc.--Urgent correspondence from Katherine Forrest

[External Email]
Counsel,

Please see the attached urgent correspondence from Katherine Forrest.

Brent

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy. [attachment "8.28 Response from R. Doren to K. Forrest.pdf" deleted by Brent Byars/NYC/Cravath]

<Epic Games Mail - Epic Games SiwA Migration.pdf>