# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 9/28/2020 | **Time:** 9:24am-11:55am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 4:20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Katherine Forrest and Gary Bornstein
**Attorney for Defendant:** Richard Doren and Theodore Boutrous Jr.

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Plaintiff Epic Games' motion for preliminary injunction [61] - HELD via Zoom Video Webinar and SUBMITTED

Document production to occur by Wednesday, 10/7/2020.

Proposed protective order to be filed by Thursday, 10/1/2020

Plaintiff Epic Games will be filing an answer by 9/29/2020 and a motion to dismiss under rule 12(c) certain counterclaims. After the motion is filed, counsel are to meet and confer.

Plaintiff Epic Games will file the motion on 35-day notice and the Court will take in under submission on the papers.

No amended pleadings without Court approval for good cause and by motions under FRCP Rule 16(b)(4).

**Case management conference set 10/19/2020 at \*1:30pm\* via Zoom. Updated CMC statement filed by 10/12/2020.**
**Last day to meet and confer re: initial disclosures: 10/5/2020**
**Complete initial disclosures or state objection: 10/12/2020**
**Completion of document/data production: 1/6/2021**
**Counsel to file as to if a bench trial or a jury trial by close of business: 5:00pm PDT on 9/29/2020.**

\*Case management conference time to be changed via separate order\*

**Order to be prepared by:  Court**