United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| **EPIC GAMES, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**APPLE INC.,**<br><br>Defendant.<br><br>_____<br><br>**AND RELATED COUNTERCLAIMS** | Case No. 4:20-cv-05640-YGR<br><br>**ORDER RELATING TO CASE MANAGEMENT ISSUES**<br><br>Re: Dkt. No. 91 |

On September 28, 2020, the Court conducted a hearing on the pending motion for preliminary injunction. During the hearing the Court discussed issues related to those identified in the parties' Joint Statement on case management issues, including scheduling. (Dkt. No. 91.)

To expedite resolution of the pending dispute, and as ordered at the hearing, the Court memorialized and issues the following orders:

1. By **Thursday, October 1, 2020**, the parties shall file jointly a proposed Protective Order. Unless otherwise agreed, the parties shall use the form order of the Northern District of California, but they shall amend the provision related to discovery disputes to be consistent with this Court's standing order.

2. The last day to meet and confer regarding initial disclosures is **October 5, 2020**.

3. The parties shall complete initial disclosures of state objections by **October 12, 2020**.

4. There shall be no amendments to pleadings without good cause and only upon motion to the Court in accordance with Rule 16.

5. Epic Games' failure to provide document in the related *Pepper* and *Cameron* actions could have an impact on the expeditious resolution of this action. As

discussed at the hearing, Epic shall complete this production by **October 7, 2020**.

6. The Court scheduled a case management conference for Monday, **October 19, 2020** at 1:30 PM PDT. The Court revises the time of this conference to be held on the same day but at **9:30 AM PDT**. The Court also intends to schedule a conference in the related *Pepper* and *Cameron* actions to ensure all cases are proceeding and to discuss any potential overlap.

**IT IS SO ORDERED.**

Dated: September 29, 2020

                                    **YVONNE GONZALEZ ROGERS**
                                    **UNITED STATES DISTRICT JUDGE**