| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>   tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>   rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>   dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>   jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. LEWIS (Texas Bar No. 24000092; *pro hac vice*)<br>   vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>MARK A. PERRY, SBN 212532<br>   mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>   crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>E. JOSHUA ROSENKRANZ (*pro hac vice*)<br>   jrosenkranz@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: 212.506.5000<br>Facsimile: 212.506.5151<br><br>WILLIAM F. STUTE (*pro hac vice*)<br>   wstute@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706<br>Telephone: 202.339.8400<br>Facsimile: 202.339.8500<br><br>**Attorneys for Defendant and Counterclaimant APPLE INC.** | PAUL R. RIEHLE (SBN 115199)<br>   paul.riehle@faegredrinker.com<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>   cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>   kforrest@cravarth.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>   gbornstein@cravarth.com<br>YONATAN EVEN (*pro hac vice*)<br>   yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>   lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>   mbyars@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>**Attorneys for Plaintiff and Counter-Defendant EPIC GAMES, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | CASE NO. 4:20-cv-05640-YGR |
| Plaintiff and Counter-Defendant, | **JOINT STATEMENT CONCERNING TRIAL** |
| vs. | |
| APPLE INC., | |
| Defendant and Counterclaimant. | |

Pursuant to Federal Rule of Civil Procedure 38(d), Defendant Apple Inc. ("Apple") and Epic Games, Inc. ("Epic") by and through their respective counsel, hereby state as follows:

On August 13, 2020, Epic filed a Complaint for Injunctive Relief against Apple under federal antitrust and California competition law (Dkt. 1), in which Epic seeks only equitable relief and will not amend to seek monetary damages.

On September 8, 2020, Apple filed its Answer and Defenses to Epic's Complaint for Injunctive Relief, set forth several Counterclaims, including claims for alleged breach of contract and tortious interference by Epic, and "demand[ed] a trial by jury on all issues so triable." (*See* Dkt. 66 at 64.)

During the September 28, 2020, hearing on Epic's Motion for a Preliminary Injunction, the Court indicated that it "[did not] want to try two cases" and was "inclined to try both cases at once," and asked the parties to inform the Court by 5:00 PM PT on September 29, 2020, whether either party demands a jury trial. (Tr. at 91:25-93:13, 100:19-22.)

Epic and Apple have met and conferred, and the parties agree that Epic's claims and Apple's counterclaims should be tried by the Court, and not by a jury. Therefore, with Epic's consent, Apple hereby withdraws its demand for a jury trial pursuant to Federal Rule of Civil Procedure 38(d). The

parties respectfully request that the case (including any claims and counterclaims) proceed to a bench trial on a schedule determined by the Court.

DATED:  September 29, 2020         GIBSON, DUNN & CRUTCHER LLP

                                   By:   */s/ Richard Doren*

                                         Richard J. Doren

                                         *Attorney for Defendant and Counterclaimant Apple Inc.*

DATED: September 29, 2020          CRAVATH, SWAINE & MOORE LLP

                                   By:   */s/ Katherine Forrest*

                                         Katherine B. Forrest

                                         *Attorney for Plaintiff and Counter-Defendant Epic Games., Inc.*

### **DECLARATION REGARDING CONCURRENCE**

I, Richard Doren, am the ECF user whose identification and password are being used to file this JOINT STATEMENT CONCERNING TRIAL OF COUNTERCLAIMS. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED: September 29, 2020          GIBSON, DUNN & CRUTCHER LLP

                                   */s/ Richard Doren*

                                   Richard J. Doren