1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. <br><br> APPLE INC., <br><br> Counterclaimant, <br><br> vs. <br><br> EPIC GAMES, INC., <br><br> Counter-Defendant. | Case No. 4:20-CV-05640-YGR <br><br> **[PROPOSED] ORDER GRANTING COUNTER-DEFENDANT EPIC GAMES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date: November 10, 2020 at 2:00 p.m. <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

Case No. 4:20-cv-05640-YGR

This matter is before the Court on Counter-Defendant Epic Games, Inc.'s ("Epic") Motion for Judgment on the Pleadings on certain Counterclaims of Counterclaimant Apple Inc. ("Apple"). The Court, having considered all of the papers submitted by the parties and the relevant authorities, hereby **GRANTS** Epic's Motion in its entirety. Apple's claim for Intentional Interference with Prospective Economic Advantage (Count IV) and its claim for Conversion (Count V) each fails to state a claim on which relief may be granted, and so must be dismissed. Because Apple does not plead any tortious conduct by Epic, its requests for punitive damages also must be dismissed.

**IT IS THEREFORE ORDERED** that Apple's counterclaims for Intentional Interference with Prospective Economic Advantage (Count IV) and Conversion (Count V) are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Apple's requests for punitive damages are also **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: _____, 2020 at \_\_\_\_a.m./p.m.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge