THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
   jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. LEWIS (*pro hac vice*)
   vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
   mperry@gibsondunn.com
CYNTHIA E. RICHMAN (*pro hac vice*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

E. JOSHUA ROSENKRANZ (*pro hac vice*)
   jrosenkranz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: 212.506.5000
Facsimile: 212.506.5151

WILLIAM F. STUTE (*pro hac vice*)
   wstute@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: 202.339.8400
Facsimile: 202.339.8500

**Attorneys for Defendant and Counterclaimant APPLE INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>APPLE INC.,<br><br>    Defendant and Counterclaimant. | CASE NO. 4:20-cv-05640-YGR<br><br>**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>The Honorable Yvonne Gonzalez Rogers |

APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 4:20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 7.1(a), Apple Inc. discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 8, 2020				GIBSON, DUNN & CRUTCHER LLP

						By:  /s/ Richard Doren
						Richard J. Doren
						*Attorney for Defendant Apple Inc.*

2

APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 4:20-cv-05640-YGR