1

2   RACHELE R. BYRD (190634)
    BRITTANY N. DEJONG (258766)
3   **WOLF HALDENSTEIN ADLER**
    **FREEMAN & HERZ LLP**
4   750 B Street, Suite 1820
    San Diego, CA 92101
5   Telephone: 619/239-4599
    Facsimile: 619/234-4599
6   byrd@whafh.com
    dejong@whafh.com
7
    MARK C. RIFKIN (*pro hac vice*)
8   MATTHEW M. GUINEY (*pro hac vice*)
    **WOLF HALDENSTEIN ADLER**
9   **FREEMAN & HERZ LLP**
    270 Madison Avenue
10  New York, NY 10016
    Telephone: 212/545-4600
11  Facsimile: 212/545-4677
    rifkin@whafh.com
12  guiney@whafh.com

13  *Interim Class Counsel for the*
    *Consumer Plaintiffs*
14
    STEVE W. BERMAN (*pro hac vice*)
15  ROBERT F. LOPEZ (*pro hac vice*)
    **HAGENS BERMAN SOBOL**
16  **SHAPIRO LLP**
    1301 Second Ave., Suite 2000
17  Seattle, WA 98101
    Telephone: (206) 623-7292
18  Facsimile: (206) 623-0594
    steve@hbsslaw.com
19  robl@hbsslaw.com

20  SHANA E. SCARLETT (SBN 217895)
    BENJAMIN J. SIEGEL (SBN 256260)
21  **HAGENS BERMAN SOBOL**
    **SHAPIRO LLP**
22  715 Hearst Avenue, Suite 202C
    Berkeley, CA 94710
23  Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
24  shanas@hbsslaw.com
    bens@hbsslaw.com

25  *Interim Class Counsel for the*
    *Developer Plaintiffs*
26

27  [Additional counsel appear on signature page]

28

PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &**
**REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac*
*vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravarth.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac*
*vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Epic Games, Inc.*

THEODORE J. BOUTROUS JR. (SBN
132099) tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR |
|        *Plaintiff, Counter-defendant,* | |
| v. | |
| APPLE INC., | |
|        *Defendant, Counterclaimant.* | |
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, | Case No. 4:19-cv-03074-YGR |
|        *Plaintiffs*, | **JOINT PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE** |
| v. | Date:  October 19, 2020<br>Time:  9:30 a.m.<br>Courtroom:  1, 4th Floor (via Zoom)<br>Judge:  Hon. Yvonne Gonzalez Rogers |
| APPLE INC., | |
|        *Defendant*. | |

Pursuant to the Court's Case Scheduling and Pretrial Order dated October 6, 2020 (*Epic Games, Inc. v. Apple Inc*., 4:20-cv-05640-YGR ("*Epic*"), ECF No. 116) and Orders re: Case Management Conference dated October 6, 2020 (*Cameron, et al. v. Apple Inc.*, 4:19-cv-03074-YGR ("*Cameron*"), ECF No. 119; *In re Apple iPhone Antitrust Litigation*, 4:11-cv-06714-YGR ("*Pepper*"), ECF No. 232), Plaintiff Epic Games, Inc. in *Epic*; Plaintiffs Robert Pepper, Stephen

H. Schwartz, Edward W. Hayter, and Edward Lawrence, in *Pepper* (collectively, "Consumer Plaintiffs"); Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc. in *Cameron* (collectively, "Developer Plaintiffs"); and Defendant Apple Inc. ("Apple") (Apple together with Epic, Consumer Plaintiffs, and Developer Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit the following proposed agenda for the October 19, 2020, 9:30 a.m. case management conference:

1. Modification of *Cameron* and *Pepper* schedule to facilitate coordination with *Epic*.

2. Coordination across *Cameron*, *Pepper*, and *Epic*, including the applicability of the Orders Granting Stipulation Regarding Coordination of Discovery (*Cameron* ECF No. 80; *Pepper* ECF No. 194) to *Epic* and to the Parties' ongoing discussions regarding coordination of:

   a. Discovery requests and document productions;

   b. Joint protocol governing the discovery of ESI;

   c. Fact depositions; and

   d. Third-party discovery.

3. Discovery status in *Cameron* and *Pepper*, per Section 3 of the Further Joint Case Management Statements (*Cameron* ECF No. 175; *Pepper* ECF No. 244).

4. Discovery status in *Epic*, per Section 8.A of the Joint Case Management Statement (*Epic* ECF No. 120).

5. Recommendations to streamline trial issues and briefing, including whether briefing on certain legal issues should be staged in advance of the trial (*Epic*, ECF No. 116).

6. Zoom accessibility issues for Parties and counsel.

1

2    Dated:  October 15, 2020                    CRAVATH, SWAINE & MOORE LLP
                                                    Christine Varney
3                                                   Katherine B. Forrest
                                                    Gary A. Bornstein
4                                                   Yonatan Even
                                                    Laurent A. Moskowitz
5                                                   M. Brent Byars

6                                              Respectfully submitted,

7                                              By:    /s/  Gary A. Bornstein
                                                        Gary A. Bornstein
8
                                                    *Attorneys for Plaintiff Epic Games, Inc.*
9

10

11   Dated:  October 15, 2020                    WOLF HALDENSTEIN ADLER FREEMAN &
                                                 HERZ LLP
12                                                  Mark C. Rifkin
                                                    Rachele R. Byrd
13                                                  Matthew M. Guiney
                                                    Brittany N. DeJong
14

15                                             Respectfully submitted,

16                                             By:    /s/  Brittany N. DeJong
                                                        Brittany N. DeJong
17
                                                    *Interim Class Counsel for the Consumer*
18                                                  *Plaintiffs*

19

20

21

22

23

24

25

26

27

28
JOINT PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Dated:  October 15, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Robert F. Lopez
Shana E. Scarlett
Benjamin J. Siegel

Respectfully submitted,

By:  _/s/  Robert F. Lopez_
       Robert F. Lopez

*Interim Class Counsel for the Developer Plaintiffs*

Dated:  October 15, 2020

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous Jr.
Richard J. Doren
Daniel G. Swanson
Mark A. Perry
Veronica S. Lewis
Cynthia E. Richman
Jay P. Srinivasan
Ethan D. Dettmer
Eli M. Lazarus
Harry Phillips

Respectfully submitted,

By:  _/s/  Cynthia E. Richman_
       Cynthia E. Richman

*Attorneys for Defendant Apple Inc.*

## E-FILING ATTESTATION

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  *Gary A. Bornstein*
Gary A. Bornstein