1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CASE NO. 4:20-CV-05640-YGR<br><br>**[PROPOSED] ORDER DENYING EPIC GAMES, INC. MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: November 10, 2020 at 2:00 p.m.<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |
| APPLE INC.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　Counter-Defendant. | |

This matter is before the Court on Counter-Defendant Epic Games, Inc.'s Motion for Judgment on the Pleadings. Upon consideration of the parties' briefs and the relevant authorities cited therein, the Court finds that Counter-Plaintiff Apple Inc. has properly pleaded claims for Intentional Interference with Prospective Economic Advantage (Count IV) and Conversion (Count V). Therefore, it is hereby ORDERED that Counter-Defendant Epic Games Inc.'s Motion for Judgment on the Pleadings is DENIED in its entirety.

**IT IS SO ORDERED.**

Dated: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE