| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | | COURT USE ONLY DUE DATE: |
|---|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Brian R. Miller | **2a. CONTACT PHONE NUMBER** (510) 725-3000 | | **3. CONTACT EMAIL ADDRESS** brianm@hbsslaw.com |
| **1b. ATTORNEY NAME (if different)** Robert F. Lopez | **2b. ATTORNEY PHONE NUMBER** (206) 623-7292 | | **3. ATTORNEY EMAIL ADDRESS** robl@hbsslaw.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)** Hagens Berman Sobol Shapiro LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710 | **5. CASE NAME** Epic Games, Inc. v. Apple Inc. | | **6. CASE NUMBER** 4:20-cv-05640 |
| **7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR** Pam Batalo-Hebel | **8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☑ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2020 | YGR | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Robert F. Lopez

**12. DATE** 10/19/2020

Clear Form   Save as new PDF