UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 4:20-CV-05640-YGR <br><br> **[PROPOSED] ORDER DENYING EPIC GAMES, INC. MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date: November 10, 2020 at 2:00 p.m. <br><br> Courtroom: 1, 4th Floor <br><br> Judge: Hon. Yvonne Gonzalez Rogers |
| APPLE INC., <br><br> Counterclaimant, <br><br> v. <br><br> EPIC GAMES, INC., <br><br> Counter-Defendant. | |

This matter is before the Court on Counter-Defendant Epic Games, Inc.'s Motion for Judgment on the Pleadings. Upon consideration of the parties' briefs and the relevant authorities cited therein, the Court finds that Counterclaimant Apple Inc. has properly pleaded claims for Intentional Interference with Prospective Economic Advantage (Count IV) and Conversion (Count V). Therefore, it is hereby ORDERED that Counter-Defendant Epic Games Inc.'s Motion for Judgment on the Pleadings is DENIED in its entirety.

**IT IS SO ORDERED.**

Dated: _____

_____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE