**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No.: 4:11-cv-06714-YGR  <br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |
| **DONALD R. CAMERON, ET. AL.,**<br>   Plaintiffs,<br>   v.<br>**APPLE INC.,**<br>   Defendant. | Case No.: 4:19-cv-03074-YGR |
| **EPIC GAMES, INC.,**<br>   Plaintiff,<br>   **v.**<br>**APPLE INC.,**<br>   Defendant. | Case No.: 4:20-cv-05640-YGR |

On October 19, 2020, the Court held a case management conference including the parties in each of the above referenced cases. As memorialized herein, the Court issued the following orders:

1. By **January 22, 2021**, the parties in the *Epic Games* matter shall file a joint document entitled "Trial Elements, Legal Framework and Remedies."

    a. Said filing shall identify the elements and/or legal framework for each claim and counterclaim and may be formatted as one would for jury instructions, e.g. a statement of the law, following by authorities, and any competing statements on the law. To the extent overlap exists in claims and counterclaims, the parties shall so identify.

     b.  Said filing shall also include a section on Remedies and shall identify the requested remedy for each claim and counterclaim. Again, to the extent overlap exists, the parties shall so identify.

     c.  Parties in the related actions may file a Response thereto by no later than **February 5, 2021** with respect to Epic Games' claims.

     d.  The parties are reminded that this is not an opportunity to argue the facts but merely to focus on the legal framework to guide evidence at trial and an ultimate ruling.

2. Unless the parties in the *Epic Games* matter contact the Court with a request for oral argument on the pending Motion for Judgment on the Pleadings under the Court's Standing Order Rule 2.d., the motion will be deemed submitted as of **October 23, 2020**.

3. By **October 23, 2020**, the parties shall provide the Court with a proposed form of order as to the agreements with respect to discovery reflected in the status conference statements, and any others which have been reached.

4. The parties were reminded to adhere to the District's Rules for Professional Conduct.

5. This Order confirms that no party has an objection to the relation of *Pistacchio v. Apple*, 20-cv-07034 to the instant cases.

6. All discovery matters are referred to Magistrate Judge Thomas Hixson.

7. The portion of the prayer for relief filed by Apple in the *Epic Games* matter requesting a decree that Epic Games violated the California Unfair Competition Law ("UCL") and that Apple be awarded restitution and disgorgement as a result of Epic Games' conduct in violation of the UCL was stricken.

8. The Court sets a case management conference for **March 1, 2021 at 9:30 a.m., PST**.

**IT IS SO ORDERED**.

Date: October 21, 2020

                                                      **YVONNE GONZALEZ ROGERS**
                                                      **UNITED STATES DISTRICT JUDGE**

**CC: MAGREF EMAIL; MAGISTRATE JUDGE THOMAS HIXSON**