| | |
|---|---|
| THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. LEWIS (*pro hac vice*)<br>vlewis@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>MARK A. PERRY (SBN 212532)<br>mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>E. JOSHUA ROSENKRANZ (*pro hac vice*)<br>jrosenkranz@orrick.com<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: 212.506.5000<br>Facsimile: 212.506.5151<br><br>WILLIAM F. STUTE (*pro hac vice*)<br>wstute@orrick.com<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706<br>Telephone: 202.339.8400<br>Facsimile: 202.339.8500<br><br>*Attorneys for Apple Inc.* | PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravarth.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Epic Games, Inc.* |

STIPULATION AND [PROPOSED] ORDER RE DOCUMENT SUBPOENAS TO
NON-PARTIES, AUTHENTICITY AND SERVICE
Case No.: 4:20-cv-05640-YGR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant.* <br><br> APPLE INC., <br><br> *Counterclaimant,* <br><br> v. <br><br> EPIC GAMES, INC., <br><br> *Counter-defendant.* | Case No. 4:20-cv-05640-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENT SUBPOENAS TO NON-PARTIES, AUTHENTICITY AND SERVICE** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's order during the October 19, 2020 case management conference, Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") and Defendant and Counterclaimant Apple Inc. ("Apple" and, together with Epic, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

*Document Subpoenas to Non-Parties.*  With respect to Fed. R. Civ. P. 45 document subpoenas served in this Action on a non-party, the issuing Party shall request that non-parties simultaneously produce materials to both Epic and Apple.  If, notwithstanding such request, the non-party produces the materials to only the issuing Party, the issuing Party shall provide a copy of all materials to the other side within three calendar days after receipt of the materials from the non-party.

*Authenticity Presumptions.* All documents produced by either Party or by non-parties from the non-parties' files shall be presumed to be authentic within the meaning of Fed. R. Evid. 901. If a Party serves a specific good faith written objection to the authenticity of a particular document, the presumption of authenticity will no longer apply to that document. Any objection to a document's authenticity must be provided with (or prior to) the exchange of objections to trial exhibits. The Parties will promptly meet and confer to attempt to resolve any such objection.

*Service.* Service of any documents not filed via ECF, including pleadings, discovery requests, subpoenas for testimony or documents, and expert disclosure shall be by email to all attorneys for the receiving Party then appearing on the ECF docket, at the email addresses listed thereon. In the event the volume of served materials is too large for email and requires electronic data transfer by file transfer protocol or a similar technology, or overnight delivery, the serving Party will telephone or email the other side when the materials are sent to provide notice that the materials are being served. For purposes of calculating discovery response times under the Federal Rules of Civil Procedure, electronic delivery shall be treated the same as hand delivery.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  October 22, 2020

**CRAVATH, SWAINE & MOORE LLP**
  Christine Varney
  Katherine B. Forrest
  Gary A. Bornstein
  Yonatan Even
  Laurent A. Moskowitz
  M. Brent Byars

**FAEGRE DRINKER BIDDLE & REATH LLP**
  Paul J. Riehle

Respectfully submitted,

By:  /s/ _Gary A. Bornstein_
  Gary A. Bornstein

*Attorneys for Epic Games, Inc.*

| | |
|---|---|
| Dated: October 22, 2020 | **GIBSON, DUNN & CRUTCHER LLP**<br>Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Mark A. Perry<br>Veronica S. Lewis<br>Cynthia E. Richman<br>Jay P. Srinivasan<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>E. Joshua Rosenkranz<br>William F. Stute<br><br>Respectfully submitted,<br><br>By:  /s/  *Cynthia E. Richman*<br>        Cynthia E. Richman<br><br>*Attorneys for Apple Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                                            HON. YVONNE GONZALEZ ROGERS
                                                            United States District Court Judge

### E-FILING ATTESTATION

I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

         /s/  *Gary A. Bornstein*
              Gary A. Bornstein