| | |
|---|---|
| RACHELE R. BYRD (190634) | PAUL J. RIEHLE (SBN 115199) |
| BRITTANY N. DEJONG (258766) | paul.riehle@faegredrinker.com |
| **WOLF HALDENSTEIN ADLER** | **FAEGRE DRINKER BIDDLE &** |
| **FREEMAN & HERZ LLP** | **REATH LLP** |
| 750 B Street, Suite 1820 | Four Embarcadero Center, 27th Floor |
| San Diego, CA 92101 | San Francisco, CA 94111 |
| Telephone: 619/239-4599 | Telephone: (415) 591-7500 |
| Facsimile: 619/234-4599 | Facsimile: (415) 591-7510 |
| byrd@whafh.com | |
| dejong@whafh.com | CHRISTINE A. VARNEY (*pro hac vice*) |
| | cvarney@cravath.com |
| MARK C. RIFKIN (*pro hac vice*) | KATHERINE B. FORREST (*pro hac vice*) |
| MATTHEW M. GUINEY (*pro hac vice*) | kforrest@cravarth.com |
| **WOLF HALDENSTEIN ADLER** | GARY A. BORNSTEIN (*pro hac vice*) |
| **FREEMAN & HERZ LLP** | gbornstein@cravarth.com |
| 270 Madison Avenue | YONATAN EVEN (*pro hac vice*) |
| New York, NY 10016 | yeven@cravath.com |
| Telephone: 212/545-4600 | LAUREN A. MOSKOWITZ (*pro hac vice*) |
| Facsimile: 212/545-4677 | lmoskowitz@cravath.com |
| rifkin@whafh.com | M. BRENT BYARS (*pro hac vice*) |
| guiney@whafh.com | mbyars@cravath.com |
| | **CRAVATH, SWAINE & MOORE LLP** |
| *Interim Class Counsel for the* | 825 Eighth Avenue |
| *Consumer Plaintiffs* | New York, New York 10019 |
| | Telephone: (212) 474-1000 |
| STEVE W. BERMAN (*pro hac vice*) | Facsimile: (212) 474-3700 |
| ROBERT F. LOPEZ (*pro hac vice*) | |
| **HAGENS BERMAN SOBOL** | *Attorneys for Plaintiff Epic Games, Inc.* |
| **SHAPIRO LLP** | |
| 1301 Second Ave., Suite 2000 | THEODORE J. BOUTROUS JR. (SBN 132099) |
| Seattle, WA 98101 | tboutrous@gibsondunn.com |
| Telephone: (206) 623-7292 | RICHARD J. DOREN (SBN 124666) |
| Facsimile: (206) 623-0594 | rdoren@gibsondunn.com |
| steve@hbsslaw.com | DANIEL G. SWANSON (SBN 116556) |
| robl@hbsslaw.com | dswanson@gibsondunn.com |
| | JAY P. SRINIVASAN (SBN 181471) |
| SHANA E. SCARLETT (SBN 217895) | jsrinivasan@gibsondunn.com |
| BENJAMIN J. SIEGEL (SBN 256260) | **GIBSON, DUNN & CRUTCHER LLP** |
| **HAGENS BERMAN SOBOL** | 333 South Grand Avenue |
| **SHAPIRO LLP** | Los Angeles, CA 90071-3197 |
| 715 Hearst Avenue, Suite 202C | Telephone: 213.229.7000 |
| Berkeley, CA 94710 | Facsimile: 213.229.7520 |
| Telephone: (510) 725-3000 | |
| Facsimile: (510) 725-3001 | *Attorneys for Defendant Apple Inc.* |
| shanas@hbsslaw.com | |
| bens@hbsslaw.com | |
| *Interim Class Counsel for the* | |
| *Developer Plaintiffs* | |

[Additional counsel appear on signature page]

JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, *Plaintiffs,* v. APPLE INC., *Defendant.* | Case No. 4:19-cv-03074-YGR **JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** Judge: Hon. Yvonne Gonzalez Rogers |

-1-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

**Joint Statement:** Plaintiffs and Defendant Apple Inc. ("Apple") (collectively, "the Parties") have been working diligently to reach agreement on a protocol to govern discovery of electronically stored information ("ESI") in the above-captioned actions ("ESI Protocol"). The Parties were able to reach agreement on every aspect of the ESI Protocol except for one section (Section 5.I, "Redactions"). Enclosed is a copy of the draft ESI Protocol as otherwise agreed by the Parties. The Parties are continuing to discuss a potential resolution to the Redactions provision, and have agreed that they will either reach agreement on the provision by close of business on October 28, 2020 and resubmit an agreed ESI Protocol to the Court, or, if the Parties cannot reach agreement, will submit competing ESI Protocols and a joint statement reflecting the Parties' respective positions at that time.

Separately, the Parties are also continuing to meet and confer regarding validation procedures to test the sufficiency and accuracy of the Parties' productions. The Parties have agreed that they will either (i) reach agreement on validation procedures by November 9, 2020, or (ii) if the Parties cannot reach agreement, submit any outstanding issues in a joint statement to Magistrate Judge Hixson by November 9, 2020.

-2-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

| | | |
|---|---|---|
| 1 | Dated: October 26, 2020 | CRAVATH, SWAINE & MOORE LLP |
| 2 | | Christine Varney |
| | | Katherine B. Forrest |
| 3 | | Gary A. Bornstein |
| | | Yonatan Even |
| 4 | | Lauren A. Moskowitz |
| | | M. Brent Byars |

Respectfully submitted,

By:  /s/  Yonatan Even
         Yonatan Even

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: October 26, 2020          WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
         Mark C. Rifkin
         Rachele R. Byrd
         Matthew M. Guiney
         Brittany N. DeJong

Respectfully submitted,

By:  /s/  Rachele R. Byrd
         Rachele R. Byrd

*Interim Class Counsel for Consumer Plaintiffs*

Dated: October 26, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP
         Steve W. Berman
         Robert F. Lopez
         Shana E. Scarlett
         Benjamin J. Siegel

Respectfully submitted,

By:  /s/  Robert F. Lopez
         Robert F. Lopez

*Interim Class Counsel for Developer Plaintiffs*

-3-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

|   |   |
|---|---|
| Dated: October 26, 2020 | GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Mark A. Perry<br>Veronica S. Lewis<br>Cynthia E. Richman<br>Jay P. Srinivasan<br>Ethan D. Dettmer<br>Eli M. Lazarus<br>Harry Phillips<br><br>Respectfully submitted,<br><br>By:  /s/  Jay P. Srinivasan<br>       Jay P. Srinivasan<br><br>*Attorneys for Defendant Apple Inc.* |

**E-FILING ATTESTATION**

I, Jay P. Srinivasan, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  Jay P. Srinivasan
Yonatan Even

-4-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.