# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/19/2020 | **Time:** 9:40am-11:06am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 11-cv-06714-YGR | **Case Name:** In re Apple iPhone Antitrust Litigation | |
| Case No.: 19-cv-3074-YGR | Donald R. Cameron et. al. v. Apple Inc. | |
| Case No.: 20-cv-5640-YGR | Epic Games, Inc. v. Apple Inc. | |
| RELATED CASES | RELATED CASES | |

**11-6714:**
Plaintiff Attorneys: Rachele Byrd and Theresa Moore
Defendant Attorney: Mark Perry and Cynthia Richman

**19-3074:**
Attorney for Plaintiff: Robert Lopez and Benjamin Siegel
Defendant Attorney: Mark Perry and Cynthia Richman

**20-5640**
Attorney for Plaintiff: Gary Bornstein and Lauren Moskowitz
Defendant Attorney: Mark Perry and Cynthia Richman

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

## PROCEEDINGS

| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No.:  4:11-cv-06714-YGR |
|---|---|
| | **CONTINUED ON NEXT PAGE>>>>** |

| | |
|---|---|
| **DONALD R. CAMERON, ET. AL.,**<br><br>     Plaintiffs,<br><br>     v.<br><br>**APPLE INC.,**<br><br>     Defendant. | Case No.: 4:19-cv-03074-YGR |
| **EPIC GAMES, INC.,**<br><br>     Plaintiff,<br><br>     v.<br><br>**APPLE INC.,**<br><br>     Defendant. | Case No.: 4:20-cv-05640-YGR |

**PROCEEDINGS:**

**CASE MANAGEMENT CONFERENCE IN RELATED CASES – HELD via Zoom Webinar.**
**Motion for Judgment that will be ripe as of 10/23/2020 will be submitted on the papers.**

**Counsel to submit proposed form of order by 10/23/2020 as to agreements listed in the CMC statement.**

**Court REFERS DISCOVERY to Magistrate Judge Hixson.**

**Joint document entitled "Trial Elements, Legal Framework and Remedies" to be filed on or before January 22, 2021.**
**The Court will allow Amicus Briefs to be filed in the Epic Games Inc. v Apple Inc. case by counsel in the 11-6714 and 19-3074 cases. Amicus Briefs filed by 2/5/2021.**

**There is a new case filed 5:20-cv-7034-NC and there could be motion to relate to these Cases.**

**Joint pretrial conference statement filed by 4/9/2021.**
**Further Case Management Conference in these related cases is set for 3/1/2021 at 9:30am via Zoom.**

**Order to be prepared by the Court.**