RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs*

STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

SHANA E. SCARLETT (SBN 217895)
BENJAMIN J. SIEGEL (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202C
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

*Interim Class Counsel for the Developer Plaintiffs*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravarth.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Apple Inc.*

[Additional counsel appear on signature page]

FURTHER JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, *Plaintiffs*, v. APPLE INC., *Defendant.* | Case No. 4:19-cv-03074-YGR  **FURTHER JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**  Judge: Hon. Yvonne Gonzalez Rogers |

**Joint Statement:** Earlier this week, Plaintiffs and Defendant Apple Inc. ("Apple") (collectively, "the Parties") filed with the Court a joint statement appending a draft protocol to govern discovery of electronically stored information ("ESI") in the above-captioned actions ("ESI Protocol"), but reported that they had not yet come to agreement on one section of that draft (Section 5.I, "Redactions"). *See* Consumer ECF No. 255; Developer ECF No. 133; Epic ECF No. 136 (in each action, the "Joint Statement"). The Parties represented to the Court that they would continue to discuss a potential resolution to the Redactions provision, and agreed that they would either reach agreement on the provision by close of business on October 28, 2020 and resubmit an agreed ESI Protocol to the Court, or, if the Parties could not reach agreement, would submit competing ESI Protocols and a joint statement reflecting the Parties' respective positions at that time.

Following further negotiations, the Parties have now reached agreement on all sections of a proposed ESI Protocol, which is enclosed herewith. Except for the change to Section 5.I and other minor edits to which the Parties have agreed, this proposed ESI Protocol is identical to the draft that the Parties submitted to the Court earlier this week. The Parties continue to meet and confer regarding production validation procedures in accordance with their agreement reflected in the Joint Statement.

Dated:  October 28, 2020

CRAVATH, SWAINE & MOORE LLP
 Christine Varney
 Katherine B. Forrest
 Gary A. Bornstein
 Yonatan Even
 Lauren A. Moskowitz
 M. Brent Byars

Respectfully submitted,

By:  /s/ Yonatan Even
       Yonatan Even

*Attorneys for Plaintiff Epic Games, Inc.*

Dated:  October 28, 2020

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
 Mark C. Rifkin
 Rachele R. Byrd
 Matthew M. Guiney
 Brittany N. DeJong

Respectfully submitted,

By:  /s/ Brittany N. DeJong
       Brittany N. DeJong

*Interim Class Counsel for Consumer Plaintiffs*

Dated:  October 28, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP
 Steve W. Berman
 Robert F. Lopez
 Shana E. Scarlett
 Benjamin J. Siegel

Respectfully submitted,

By:  /s/ Robert F. Lopez
       Robert F. Lopez

*Interim Class Counsel for Developer Plaintiffs*

-3-
FURTHER JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

| | |
|---|---|
| Dated: October 28, 2020 | GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Mark A. Perry<br>Veronica S. Lewis<br>Cynthia E. Richman<br>Jay P. Srinivasan<br>Ethan D. Dettmer<br>Eli M. Lazarus<br>Harry Phillips |

Respectfully submitted,

By: /s/ Jay P. Srinivasan
Jay P. Srinivasan

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Jay P. Srinivasan, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Jay P. Srinivasan
Jay P. Srinivasan