Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc.,
)
)   Case No: 20-CV-05640-YGR
)
                    Plaintiff(s),
)
)   **APPLICATION FOR**
)   **ADMISSION OF ATTORNEY**
     v.
)   **PRO HAC VICE**
)   (CIVIL LOCAL RULE 11-3)
Apple Inc.,
)
)
)
                    Defendant(s).
)
)

I, Anna Casey , an active member in good standing of the bar of the DC Court of Appeals , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Daniel G. Swanson , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1050 Connecticut Ave., N.W., Washington, DC 20036-5306 | 333 South Grand Avenue Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: (202) 955-8500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 229-7000 |
| MY EMAIL ADDRESS OF RECORD: ACasey@gibsondunn.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dswanson@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1719568 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  11/02/20
                                                        Anna Casey
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anna Casey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Anna Lane Casey*

was duly qualified and admitted on August 28, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 30, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.