DAVID R. EBERHART (S.B. # 195474)
deberhart@omm.com
ANNA T. PLETCHER (S.B. # 239730)
apletcher@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

KATRINA ROBSON (S.B. #229835)
krobson@omm.com
EVAN SCHLOM (S.B. # 300475)
eschlom@omm.com
ELENA M. ZARABOZO (S.B. # 321514)
ezarabozo@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

SCOTT SCHAEFFER (S.B. # 277102)
sschaeffer@omm.com
O'MELVENY & MYERS LLP
Plaza 66, Tower 1, 37th Floor
1266 Nanjing Road West
Shanghai 200040, China
Telephone: 86-21-2307-7000
Facsimile: 86-21-2307-7300

*Attorneys for Defendant and Counter-claimant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>APPLE INC., <br><br>　　　　　　Defendant. | Case No. 4:20-cv-05640-YGR <br><br> **NOTICE OF APPEARANCE OF DAVID R. EBERHART** |

1  TO ALL PARTIES OF RECORD IN THE ABOVE-REFERENCED ACTION,

2  PLEASE TAKE NOTICE THAT David Eberhart of O'Melveny & Myers LLP hereby enters

3  her appearance as counsel for Apple Inc. in this matter.

4  Appearing counsel requests that all papers served in this action be served upon the

5  undersigned at the address below.

> David Eberhart, Esq.
> deberhart@omm.com
> O'MELVENY & MYERS LLP
> Two Embarcadero Center
> 28th Floor
> San Francisco, CA 94111
> Telephone: (415) 984-8700
> Facsimile:  (415) 984-8701

Dated:  November 4, 2020         Respectfully submitted,

By: /s/ David Eberhart
    David R. Eberhart
    O'MELVENY & MYERS LLP
    Two Embarcadero Center
    28th Floor
    San Francisco, CA 94111
    Telephone: (415) 984-8700
    Facsimile: (415) 984-8701
    deberhart@omm.com

*Attorneys for Defendant and Counter-claimant APPLE INC.*