| | |
|---|---|
| DAVID R. EBERHART (S.B. # 195474)<br>deberhart@omm.com<br>ANNA T. PLETCHER (S.B. # 239730)<br>apletcher@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 | SCOTT SCHAEFFER (S.B. # 277102)<br>sschaeffer@omm.com<br>O'MELVENY & MYERS LLP<br>Plaza 66, Tower 1, 37th Floor<br>1266 Nanjing Road West<br>Shanghai 200040, China<br>Telephone: 86-21-2307-7000<br>Facsimile: 86-21-2307-7300 |

KATRINA ROBSON (S.B. #229835)
krobson@omm.com
EVAN SCHLOM (S.B. # 300475)
eschlom@omm.com
ELENA M. ZARABOZO (S.B. # 321514)
ezarabozo@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant and Counter-claimant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 4:20-cv-05640-YGR<br><br>**NOTICE OF APPEARANCE OF ANNA T. PLETCHER** |

TO ALL PARTIES OF RECORD IN THE ABOVE-REFERENCED ACTION,

PLEASE TAKE NOTICE THAT Anna Pletcher of O'Melveny & Myers LLP hereby enters her appearance as counsel for Apple Inc. in this matter.

Appearing counsel requests that all papers served in this action be served upon the undersigned at the address below.

> Anna Pletcher, Esq.
> apletcher@omm.com
> O'MELVENY & MYERS LLP
> Two Embarcadero Center
> 28th Floor
> San Francisco, CA 94111
> Telephone: (415) 984-8700
> Facsimile:  (415) 984-8701

Dated:  November 4, 2020            Respectfully submitted,

By: /s/ Anna Pletcher
    Anna T. Pletcher
    O'MELVENY & MYERS LLP
    Two Embarcadero Center
    28th Floor
    San Francisco, CA 94111
    Telephone: (415) 984-8700
    Facsimile: (415) 984-8701
    apletcher@omm.com

*Attorneys for Defendant and
Counter-claimant APPLE INC.*