| | |
|---|---|
| DAVID R. EBERHART (S.B. # 195474)<br>deberhart@omm.com<br>ANNA T. PLETCHER (S.B. # 239730)<br>apletcher@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 | SCOTT SCHAEFFER (S.B. # 277102)<br>sschaeffer@omm.com<br>O'MELVENY & MYERS LLP<br>Plaza 66, Tower 1, 37th Floor<br>1266 Nanjing Road West<br>Shanghai 200040, China<br>Telephone: 86-21-2307-7000<br>Facsimile: 86-21-2307-7300 |

KATRINA ROBSON (S.B. #229835)
krobson@omm.com
EVAN SCHLOM (S.B. # 300475)
eschlom@omm.com
ELENA M. ZARABOZO (S.B. # 321514)
ezarabozo@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant and
Counter-claimant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 4:20-cv-05640-YGR<br><br>**NOTICE OF APPEARANCE OF EVAN SCHLOM** |

TO ALL PARTIES OF RECORD IN THE ABOVE-REFERENCED ACTION,

PLEASE TAKE NOTICE THAT Evan Schlom of O'Melveny & Myers LLP hereby enters her appearance as counsel for Apple Inc. in this matter.

Appearing counsel requests that all papers served in this action be served upon the undersigned at the address below.

>  Evan Schlom, Esq.
>  eschlom@omm.com
>  O'MELVENY & MYERS LLP
>  1625 Eye Street NW
>  Washington, DC 20006
>  Telephone: (202) 383-5300
>  Facsimile:  (202) 383-5414

Dated:  November 4, 2020

Respectfully submitted,

By: /s/ Evan Schlom
    Evan Schlom
    O'MELVENY & MYERS LLP
    1625 Eye Street, N.W.
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
    eschlom@omm.com

*Attorneys for Defendant and Counter-claimant APPLE INC.*