1  DAVID R. EBERHART (S.B. # 195474)
   deberhart@omm.com
2  ANNA T. PLETCHER (S.B. # 239730)
   apletcher@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center
4  28th Floor
   San Francisco, CA 94111
5  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
6
   KATRINA ROBSON (S.B. #229835)
7  krobson@omm.com
   EVAN SCHLOM (S.B. # 300475)
8  eschlom@omm.com
   ELENA M. ZARABOZO (S.B. # 321514)
9  ezarabozo@omm.com
   O'MELVENY & MYERS LLP
10 1625 Eye Street, N.W.
   Washington, DC 20006
11 Telephone: (202) 383-5300
   Facsimile: (202) 383-5414
12
13 *Attorneys for Defendant and
   Counter-claimant Apple Inc.*

SCOTT SCHAEFFER (S.B. # 277102)
sschaeffer@omm.com
O'MELVENY & MYERS LLP
Plaza 66, Tower 1, 37th Floor
1266 Nanjing Road West
Shanghai 200040, China
Telephone: 86-21-2307-7000
Facsimile: 86-21-2307-7300

14               **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

17

18 EPIC GAMES, INC.,                         Case No. 4:20-cv-05640-YGR

19               Plaintiff,                  **NOTICE OF APPEARANCE OF
                                              SCOTT SCHAEFFER**
20      v.

21 APPLE INC.,

22               Defendant.

23

24

25

26

27

28

1       TO ALL PARTIES OF RECORD IN THE ABOVE-REFERENCED ACTION,

2   PLEASE TAKE NOTICE THAT Scott Schaeffer of O'Melveny & Myers LLP hereby enters

3   her appearance as counsel for Apple Inc. in this matter.

4       Appearing counsel requests that all papers served in this action be served upon the

5   undersigned at the address below.

6
    Scott Schaeffer, Esq.
7   sschaeffer@omm.com
    O'MELVENY & MYERS LLP
8   Plaza 66, Tower 1, 37th Floor
    1266 Nanjing Road West
9   Shanghai 200040, China
    Telephone: 86-21-2307-7000
10  Facsimile: 86-21-2307-7300

11

12  Dated:  November 4, 2020                    Respectfully submitted,

13                                               By:  /s/ Scott Schaeffer
                                                      Scott Schaeffer
14                                                    O'MELVENY & MYERS LLP
                                                      Plaza 66, Tower 1, 37th Floor
15                                                    1266 Nanjing Road West
                                                      Shanghai 200040, China
16                                                    Telephone: 86-21-2307-7000
                                                      Facsimile: 86-21-2307-7300
17                                                    sschaeffer@omm.com

18                                                    *Attorneys for Defendant and
                                                      Counter-claimant APPLE INC.*
19

20

21

22

23

24

25

26

27
                                                              NOTICE OF APPEARANCE
28                              - 2 -                          OF SCOTT SCHAEFFER
                                                              NO. 4:20-CV-05640-YGR