1 | McDERMOTT WILL & EMERY LLP
2 | RUSSELL HAYMAN (SBN 110643)
  | rhayman@mwe.com
3 | JON DEAN (SBN 184972)
  | jdean@mwe.com
4 | MICHELLE LOWERY (SBN 302882)
  | mslowery@mwe.com
5 | 2049 Century Park East, Suite 3200
  | Los Angeles, CA 90067-3206
6 | Telephone: +1 310 277 4110
7 | Facsimile: +1 310 277 4730

*Attorneys for Defendant*
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| EPIC GAMES, INC., | |
|---|---|
| Plaintiff, | Case No.: 20-cv-05640-YGR |
| v. | |
| APPLE INC., | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** |
| Defendant. | |

1

DEFENDANT'S NOTICE OF APPEARANCE
CASE NO. 20-CV-05640-YGR

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     PLEASE TAKE NOTICE that Michelle Lowery of McDermott Will & Emery LLP, a member of the State Bar of California (SBN 302882) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone, facsimile, and email are as follows:

>MICHELLE LOWERY, SBN 302882
>mslowery@mwe.com
>McDermott Will & Emery LLP
>2049 Century Park East, Suite 3200
>Los Angeles, CA 90067-3206
>Telephone: +1 310 277 4110
>Facsimile: +1 310 277 4730

DATED: November 4, 2020                       MCDERMOTT WILL & EMERY LLP

                                                         By:  /s/  *MICHELLE LOWERY*

                                                         *Attorneys for Defendant Apple, Inc.*