| | |
|---|---|
| RACHELE R. BYRD (190634)<br>BRITTANY N. DEJONG (258766)<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: 619/239-4599<br>Facsimile: 619/234-4599<br>byrd@whafh.com<br>dejong@whafh.com<br><br>MARK C. RIFKIN (*pro hac vice*)<br>MATTHEW M. GUINEY (*pro hac vice*)<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: 212/545-4600<br>Facsimile: 212/545-4677<br>rifkin@whafh.com<br>guiney@whafh.com<br><br>*Interim Class Counsel for the Consumer Plaintiffs*<br><br>STEVE W. BERMAN (*pro hac vice*)<br>ROBERT F. LOPEZ (*pro hac vice*)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>robl@hbsslaw.com<br><br>SHANA E. SCARLETT (SBN 217895)<br>BENJAMIN J. SIEGEL (SBN 256260)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202C<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>bens@hbsslaw.com<br><br>*Interim Class Counsel for the Developer Plaintiffs*<br><br>[Additional counsel appear on signature pages] | PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravarth.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravarth.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff Epic Games, Inc.*<br><br>THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>*Attorneys for Defendant Apple Inc.* |

JOINT STATEMENT REGARDING VALIDATION OF DOCUMENT PRODUCTIONS
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, *Plaintiffs,* v. APPLE INC., *Defendant.* | Case No. 4:19-cv-03074-YGR **JOINT STATEMENT REGARDING VALIDATION OF DOCUMENT PRODUCTIONS** Judge: Hon. Yvonne Gonzalez Rogers |

-1-
JOINT STATEMENT REGARDING VALIDATION OF DOCUMENT PRODUCTIONS
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

**Joint Statement:** In connection with negotiations concerning a draft protocol to govern discovery of electronically stored information in the above-captioned actions, Plaintiffs and Defendant Apple Inc. ("Apple") (collectively, "the Parties") filed with the Court a joint statement on October 26, 2020, stating in part that the Parties continued to meet and confer regarding validation procedures to test the sufficiency and accuracy of the Parties' productions. The Parties stated that they had agreed to either (i) reach agreement on validation procedures by November 9, 2020, or (ii) if the Parties cannot reach agreement, submit any outstanding issues in a joint statement to Magistrate Judge Hixson by November 9, 2020.  The Parties have made progress in negotiations but have not yet reached agreement on validation procedures.

The Parties have agreed to continue negotiations and either (i) reach agreement on validation procedures by November 13, 2020, or (ii) if the Parties cannot reach agreement, submit any outstanding issues in a joint statement to Magistrate Judge Hixson by November 13, 2020.

| | |
|---|---|
| Dated: November 9, 2020 | CRAVATH, SWAINE & MOORE LLP<br>　　Christine Varney<br>　　Katherine B. Forrest<br>　　Gary A. Bornstein<br>　　Yonatan Even<br>　　Lauren A. Moskowitz<br>　　M. Brent Byars |
| | Respectfully submitted, |
| | By:　/s/ Yonatan Even<br>　　　Yonatan Even |
| | *Attorneys for Plaintiff Epic Games, Inc.* |
| Dated: November 9, 2020 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>　　Mark C. Rifkin<br>　　Rachele R. Byrd<br>　　Matthew M. Guiney<br>　　Brittany N. DeJong |
| | Respectfully submitted, |
| | By:　/s/ Rachele R. Byrd<br>　　　Rachele R. Byrd |
| | *Interim Class Counsel for Consumer Plaintiffs* |
| Dated: November 9, 2020 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>　　Steve W. Berman<br>　　Robert F. Lopez<br>　　Shana E. Scarlett<br>　　Benjamin J. Siegel |
| | Respectfully submitted, |
| | By:　/s/ Robert F. Lopez<br>　　　Robert F. Lopez |
| | *Interim Class Counsel for Developer Plaintiffs* |

| | |
|---|---|
| Dated: November 9, 2020 | GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Mark A. Perry<br>Veronica S. Lewis<br>Cynthia E. Richman<br>Jay P. Srinivasan<br>Ethan D. Dettmer<br>Eli M. Lazarus<br>Harry Phillips |

Respectfully submitted,

By: /s/ Jay P. Srinivasan
Jay P. Srinivasan

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Jay P. Srinivasan, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Jay P. Srinivasan
Jay P. Srinivasan