RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs*

STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

SHANA E. SCARLETT (SBN 217895)
BENJAMIN J. SIEGEL (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202C
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

*Interim Class Counsel for the Developer Plaintiffs*

[Additional counsel appear on signature pages]

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravarth.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravarth.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Apple Inc.*

JOINT STATEMENT REGARDING VALIDATION OF DOCUMENT PRODUCTIONS
Case Nos.: 4:11-cv-06714-YGR; 4:19-cv-03074-YGR; 4:20-cv-05640-YGR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, *Plaintiffs*, v. APPLE INC., *Defendant.* | Case No. 4:19-cv-03074-YGR  **JOINT STATEMENT REGARDING VALIDATION OF DOCUMENT PRODUCTIONS**  Judge: Hon. Yvonne Gonzalez Rogers |

**Joint Statement:** In connection with negotiations concerning a draft protocol to govern discovery of electronically stored information in the above-captioned actions, Plaintiffs and Defendant Apple Inc. ("Apple") (collectively, "the Parties") filed with the Court a joint statement on October 26, 2020, stating in part that the Parties continued to meet and confer regarding validation procedures to test the sufficiency and accuracy of the Parties' productions. The Parties stated that they had agreed to either (i) reach agreement on validation procedures by November 9, 2020, or (ii) if the Parties cannot reach agreement, submit any outstanding issues in a joint statement to Magistrate Judge Hixson by November 9, 2020.

On November 9, 2020, the Parties filed with the Court a joint statement, stating that the Parties had agreed to continue negotiations and either (i) reach agreement on validation procedures by November 13, 2020, or (ii) if the Parties cannot reach agreement, submit any outstanding issues in a joint statement to Magistrate Judge Hixson by November 13, 2020.

The Parties have continued to negotiate and have made additional progress but have not yet reached agreement on validation procedures. The Parties have agreed to extend the deadline for submission of an agreement or dispute to November 20, 2020 at 5:00 p.m. Pacific Time.

| | | |
|---|---|---|
| Dated: November 13, 2020 | | CRAVATH, SWAINE & MOORE LLP<br>　Christine Varney<br>　Katherine B. Forrest<br>　Gary A. Bornstein<br>　Yonatan Even<br>　Lauren A. Moskowitz<br>　M. Brent Byars |

Respectfully submitted,

By:  /s/ Yonatan Even
　　　Yonatan Even

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: November 13, 2020

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
　Mark C. Rifkin
　Rachele R. Byrd
　Matthew M. Guiney
　Brittany N. DeJong

Respectfully submitted,

By:  /s/ Rachele R. Byrd
　　　Rachele R. Byrd

*Interim Class Counsel for Consumer Plaintiffs*

Dated: November 13, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP
　Steve W. Berman
　Robert F. Lopez
　Shana E. Scarlett
　Benjamin J. Siegel

Respectfully submitted,

By:  /s/ Robert F. Lopez
　　　Robert F. Lopez

*Interim Class Counsel for Developer Plaintiffs*

-3-
JOINT STATEMENT REGARDING VALIDATION OF DOCUMENT PRODUCTIONS
Case Nos.: 4:11-cv-06714-YGR; 4:19-cv-03074-YGR; 4:20-cv-05640-YGR

Dated: November 13, 2020

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous Jr.
Richard J. Doren
Daniel G. Swanson
Mark A. Perry
Veronica S. Lewis
Cynthia E. Richman
Jay P. Srinivasan
Ethan D. Dettmer
Eli M. Lazarus
Harry Phillips

Respectfully submitted,

By: /s/ Jay P. Srinivasan
Jay P. Srinivasan

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Jay P. Srinivasan, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Jay P. Srinivasan
Jay P. Srinivasan