# UNIITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/10/2020 | **Time:** 4:13pm-4:30pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff/Counter-Defendant Epic Games:** John Karin
**Attorney for Defendant/Counterclaimant Apple Inc.:** Anna Casey

**Deputy Clerk:** Frances Stone         **Court Reporter:** Pam Hebel

## PROCEEDINGS

Plaintiff/Counter-Defendant Epic Games Inc.'s Motion for Judgment on the Pleadings [Dkt. No. 113] - HELD via Zoom Webinar and SUBMITTED