WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone:     (213) 337-9972
Facsimile:      (213) 403-4906

*Attorneys for Defendant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.: 20-CV-05640-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>The Honorable Edward M. Chen |

**TO THE CLERK OF THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Hannah L. Cannom of Walker Stevens Cannom LLP, a member of the State Bar of California (SBN 245635) and admitted to practice in this Court, hereby appears on behalf of Defendant APPLE INC. in the above-captioned action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone number, facsimile, and email address are as follows:

Hannah L. Cannom
WALKER STEVENS CANNOM LLP
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Fax: (213) 403-4906
Email: hcannom@wscllp.com

Dated this [] day of December, 2020          WALKER STEVENS CANNOM LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Hannah L. Cannom*
　　　　　　　　　　　　　　　　　　　　　　　　　　Hannah L Cannom

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Apple Inc.*