1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br>     Plaintiffs, Counter-defendant <br> v. <br> APPLE INC., <br>     Defendant, Counterclaimant | CASE NO. 4:20-cv05640-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, <br>     Plaintiffs, <br> v. <br> APPLE INC., <br>     Defendant | CASE NO. 4:19-cv-03074-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF AND SUPPORTING EXHIBITS REGARDING CUSTODIANS** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:20-CV05640-YGR-TSH, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

Pursuant to Civil Local Rule 79-5, Plaintiffs have filed a Joint Administrative Motion to File Under Seal The Joint Discovery Letter Brief and Supporting Exhibits Regarding Additional Apple Custodians ("Join Discovery Letter Brief").  In support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Jay P. Srinivasan.

Having considered the Joint Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiffs' Joint Administrative Motion is **GRANTED.** Accordingly,

(1) The unredacted version of the Joint Administrative Motion shall remain under seal;

(2) The public shall only have access to the version of the Joint Administrative Motion in which portions of the following pages have been redacted:

| Document Containing Confidential Information | Reason for Sealing |
|---|---|
| Joint Discovery Letter Brief, pp.3-5 | Contains information that reveals correspondence regarding sensitive business decisions regarding app review, device security, and the protection of consumer privacy. |
| Exhibit 1, pp.6-8 | Contains information that reveals the structure of certain Apple organizations and provides the names of non-custodial individuals. |
| Exhibit 4, p.2 | Contains information about accessing a nonpublic database that Apple uses to transfer its produced documents to Plaintiffs. |
| Exhibit 6, pp.4, 6-10 | Contains information that reveals the details of confidential documents Apple produced regarding Apple's revenue model, decisions related to the development of certain Apple systems, correspondence among Apple executives regarding the creation of the Mac App Store, information on Apple's competitors, information regarding Apple's app review process, and information regarding Apple's pricing strategies. |

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:20-CV05640-YGR-TSH, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

**IT IS SO ORDERED.**

DATED: _____, 2020

                                                    The Honorable Thomas S. Hixson
United States Magistrate Judge

Gibson, Dunn & Crutcher LLP

3

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:11-CV-06714-YGR, CASE NO. 4:19-CV-03074-YGR