**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# Exhibit 4

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Ethan Dettmer
Direct: +1 415.393.8292
Fax: +1 415.374.8444
EDettmer@gibsondunn.com

Client: 03290-00123

**CONFIDENTIAL**

July 31, 2020

<u>VIA EMAIL</u>

Rachele R. Byrd
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101

Brian Miller
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Re: <u>In re Apple iPhone Antitrust Litigation</u>, Case No. 4:11-cv-06714-YGR (N.D. Cal.); <u>Cameron v. Apple Inc.</u>, Case No. 4:19-cv-03074-YGR (N.D. Cal.)

Dear Counsel:

Pursuant to the Parties' January 9, 2020 Stipulated Protective Order entered by the Court in the above-titled actions, Defendant Apple Inc. ("Apple") produces documents Bates-stamped, **APL-APPSTORE_06581315** through **APL-APPSTORE_07181345**, to the Consumer Plaintiffs and Developer Plaintiffs via the below SFTP site. The password will be sent separately via email.

| Host | [redacted] |
|---|---|
| Connection type | [redacted] (we recommend using the software FileZilla to connect) |
| Port | [redacted] |
| Username | [redacted] |

Apple has now substantially completed its production of custodial documents, although we anticipate continuing clean-up productions in the coming weeks. This production is made subject to and without waiver of Apple's Responses and Objections to the Consumer Plaintiffs' First Set of Requests for Production, served on November 12, 2019, and Apple's Responses and Objections to the Developer Plaintiffs' First Set of Requests for Production, served on November 18, 2019.

**GIBSON DUNN**

Rachele R. Byrd
Brian Miller
July 31, 2020
Page 2

Please let us know if you have any questions or issues accessing this production.

Sincerely,

*[signature]*

Ethan Dettmer