1

2  RACHELE R. BYRD (190634)
   **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
3  750 B Street, Suite 1820
   San Diego, CA 92101
4  Telephone: 619/239-4599
   Facsimile: 619/234-4599
5  byrd@whafh.com

6  *Interim Class Counsel for the*
   *Consumer Plaintiffs*
7
   BENJAMIN J. SIEGEL (SBN 256260)
8  **HAGENS BERMAN SOBOL**
   **SHAPIRO LLP**
9  715 Hearst Avenue, Suite 202C
   Berkeley, CA 94710
10 Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
11 bens@hbsslaw.com

12 *Interim Class Counsel for the*
   *Developer Plaintiffs*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &**
**REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **OAKLAND DIVISION**

16 EPIC GAMES, INC.,

17          *Plaintiff, Counter-defendant,*

18              v.

19 APPLE INC.,

           *Defendant, Counterclaimant.*

20

21 IN RE APPLE IPHONE ANTITRUST
   LITIGATION

22

23 DONALD R. CAMERON, *et al.*,

                    *Plaintiffs*,

24              v.

25 APPLE INC.,

26                  *Defendant*.

27

28

Case No. 4:20-cv-05640-YGR-TSH

Case No. 4:11-cv-06714-YGR-TSH

Case No. 4:19-cv-03074-YGR-TSH

**DECLARATION OF YONATAN EVEN**
**IN SUPPORT OF PLAINTIFFS' JOINT**
**ADMINISTRATIVE MOTION TO FILE**
**UNDER SEAL THE JOINT DISCOVERY**
**LETTER BRIEF REGARDING APPLE**
**DEPOSITIONS AND SUPPORTING**
**EXHIBITS**

Judge:  Hon. Magistrate Thomas S. Hixson

1    I, Yonatan Even, declare as follows:

2    1.    I am a partner at the law firm of Cravath, Swaine & Moore LLP, and am

3    one of the attorneys representing Epic Games, Inc. in the above-captioned actions.  I am admitted

4    to appear before this Court *pro hac vice* in *Epic v. Apple*.

5    2.    I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-

6    (e) in support of Plaintiffs' Joint Administrative Motion to File Under Seal the Joint Discovery

7    Letter Brief Regarding Apple Depositions (the "Joint Discovery Letter Brief") and Supporting

8    Exhibits 1-12 and A-D.  The contents of this declaration are based on my personal knowledge.

9    3.    Portions of the Joint Discovery Letter Brief and its exhibits contain

10   information that Defendant Apple Inc. ("Apple") has designated as "CONFIDENTIAL" or

11   "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective orders in the

12   above-captioned actions.  (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF

13   No. 112; *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR-TSH, ECF No. 199;

14   *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR-TSH, ECF No. 85.)  Apple

15   requested that the entire filing be sealed.

16

17   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

18   is true and correct and that I executed this declaration on December 15, 2020 in New York, NY.

19

20   */s/ Yonatan Even*
     Yonatan Even

21

22

23

24

25

26

27

28
     -1-
     DECLARATION OF YONATAN EVEN
     Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH