# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR-TSH |
| DONALD R. CAMERON, *et al.*, *Plaintiffs,* v. APPLE INC., *Defendant.* | Case No. 4:19-cv-03074-YGR-TSH  **[PROPOSED] ORDER DENYING PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF REGARDING APPLE DEPOSITIONS AND SUPPORTING EXHIBITS**  Judge: Hon. Magistrate Thomas S. Hixson |

[PROPOSED] ORDER DENYING PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL
THE JOINT DISCOVERY LETTER BRIEF AND SUPPORTING EXHIBITS
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1  This matter comes before the Court on Plaintiffs' Joint Administrative Motion to File Under Seal the Joint Discovery Letter Brief Regarding Apple Depositions (the "Joint Discovery Letter Brief") and Supporting Exhibits 1-12 and A-D because certain materials used or discussed therein contain information designated by Defendant Apple Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective orders in the above-captioned actions.  (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112; *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR-TSH, ECF No. 199; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR-TSH, ECF No. 85.)

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, the motion is DENIED.

Defendant has failed to carry its burden of establishing that the designated information is sealable, and therefore this Court HEREBY ORDERS that the information be made part of the public record.  Accordingly, Plaintiffs shall publicly file the Joint Discovery Letter Brief and Supporting Exhibits 1-12 and A-D lodged with the Court.

**IT IS SO ORDERED.**

DATED:

HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE