1  THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
2  RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
3  DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
4  JAY P. SRINIVASAN, SBN 181471
   jsrinivasan@gibsondunn.com
5  JASON C. LO, SBN 219030
   jlo@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue Los Angeles, CA
7  90071-3197 Telephone: 213.229.7000
   Facsimile: 213.229.7520
8
   VERONICA S. LEWIS (Texas Bar No.
9  24000092; *pro hac vice*)
   vlewis@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   2100 McKinney Avenue, Suite 1100
11 Dallas, TX 75201
   Telephone: 214.698.3100
12 Facsimile: 214.571.2900

   MARK A. PERRY, SBN 212532
   mperry@gibsondunn.com
   CYNTHIA E. RICHMAN (D.C. Bar No.
   492089; *pro hac vice*)
   crichman@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
   Telephone: 202.955.8500
   Facsimile: 202.467.0539

   ETHAN DETTMER, SBN 196046
   edettmer@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street
   San Francisco, CA 94105-0921
   Telephone: 415.393.8200
   Facsimile: 415.393.8306

13 Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ethan Dettmer of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 196046) and a member of the Bar of this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  His address, telephone, facsimile, and email are as follows:

> ETHAN DETTMER, SBN 196046
> edettmer@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street
> San Francisco, CA 94105-0921
> Telephone: 415.393.8200
> Facsimile: 415.393.8306

DATED: December 16, 2020                    GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Ethan Dettmer
          Ethan Dettmer

*Attorneys for Defendant Apple Inc.*