Gibson, Dunn & Crutcher LLP

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>    Plaintiffs, Counter-defendant<br>v.<br>APPLE INC.,<br>    Defendant, Counterclaimant | CASE NO. 4:20-cv05640-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*,<br>    Plaintiffs,<br>v.<br>APPLE INC.,<br>    Defendant | CASE NO. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF AND SUPPORTING EXHIBITS REGARDING DEPOSITIONS** |

1    Pursuant to Civil Local Rule 79-5, Plaintiffs have filed a Joint Administrative Motion to File
2 Under Seal The Joint Discovery Letter Brief and Supporting Exhibits Regarding Depositions ("Join
3 Discovery Letter Brief"). In support, Defendant Apple Inc. ("Apple") filed the supporting
4 declaration of Jay P. Srinivasan.
5    Having considered the Joint Administrative Motion, all associated declarations, exhibits, and
6 any argument of counsel, and for good cause appearing:
7    **IT IS HEREBY ORDERED** that Plaintiff's Joint Administrative Motion is **GRANTED.**
8 Accordingly,
9    (1)   The unredacted version of the Joint Administrative Motion shall remain under seal;
10   (2)   The public shall only have access to the version of the Joint Administrative Motion in
11 which portions of the following pages have been redacted:

| Document Containing Confidential Information | Reason for Sealing |
|---|---|
| Joint Discovery Letter Brief, p.5 | Contains information regarding sensitive business decisions regarding competition and policy decisions related to in-app purchasing. |
| Exhibit A, pp.6-7 | Contains information regarding sensitive business decisions regarding competition and policy decisions related to in-app purchasing. |
| Exhibit C, pp.3-7 | Contains information regarding sensitive business decisions regarding competition and policy decisions related to in-app purchasing. |
| Exhibit 4, pp.3-7 | Contains information regarding sensitive business decisions regarding competition and policy decisions related to in-app purchasing. |

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER GRANTING ADMINTISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:11-CV-06714-YGR, CASE NO. 4:19-CV-03074-YGR

**IT IS SO ORDERED.**

DATED: _____, 2020

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge

Gibson, Dunn & Crutcher LLP

3
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:11-CV-06714-YGR, CASE NO. 4:19-CV-03074-YGR