UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR (TSH) |
| | **ORDER RE: MOTION TO SEAL** |
| | Re: Dkt. No. 308 |
| DONALD R. CAMERON, et al., Plaintiffs, v. APPLE INC., Defendant. | Case No. 19-cv-03074-YGR (TSH) Re: Dkt. No. 187 |
| EPIC GAMES, INC., Plaintiff and Counter-defendant, v. APPLE INC., Defendant and Counterclaimant. | Case No. 20-cv-05640-YGR (TSH) Re: Dkt. No. 187 |

Plaintiffs' December 15, 2020 motion to seal (11-6714 ECF No. 308) is granted in part and denied in part. Apple's proposed redactions to the joint discovery letter brief, Exhibit A, Exhibit C, and Exhibit 4 (11-6714 ECF No. 332) are acceptable. Because Apple has publicly filed the redacted versions of those documents (11-6714 ECF Nos. 332-2 to 332-5), no further action by the

parties is necessary as to those documents.  However, because Apple has not filed a declaration establishing that Exhibits 1-3, 5-12, B or D are sealable, the Court denies the motion to seal as to those exhibits.  Pursuant to Civil Local Rule 79-5(e)(2), Plaintiffs may file those documents in the public record no earlier than 4 days, and no later than 10 days, after the date of this order.  This order applies in identical fashion in 19-3074 to the motion to seal at ECF No. 187, as well as the motion to seal in 20-5640 at ECF No. 187.

**IT IS SO ORDERED.**

Dated: December 22, 2020

THOMAS S. HIXSON
United States Magistrate Judge