Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.

            Plaintiff(s),

  v.

APPLE INC.

            Defendant(s).

Case No: 4:20-cv-05640

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER (CIVIL LOCAL RULE 11-3)

I, Benjamin H. Diessel, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Epic Games, Inc. in the above-entitled action. My local co-counsel in this case is Paul Riehle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Wiggin and Dana LLP, One Century Tower, 265 Church St., New Haven, CT 06510

MY TELEPHONE # OF RECORD:
(203) 498-4304

MY EMAIL ADDRESS OF RECORD:
bdiessel@wiggin.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Faegre Drinker Biddle & Reath LLP, 4 Embarcadero Ctr., 27th Fl., San Francisco, CA 94111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 591-7500

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
paul.riehle@faegredrinker.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4686291.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/18/20

                                                                    Benjamin H. Diessel
                                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Benjamin H. Diessel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/22/2020

                                               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                                               YVONNE GONZALEZ ROGERS