UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>           Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>           Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER RE: MOTION TO SEAL** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br><br>           Plaintiffs<br><br>      v.<br><br>APPLE INC.,<br><br>           Defendant. | Hon. Thomas S. Hixson |

Defendant Apple, Inc.'s December 24, 2020 motion to seal is granted.  The following documents will be partially or entirely sealed:

| Document | Redacted Material |
|---|---|
| Transcript of Hearing on December 15, 2020 | Page 79, lines 19 through 21 |
| Declaration of Ethan Dettmer In Support of Apple's Administrative Motion to Seal | Page 3, lines 2 through 3<br><br>Page 3, lines 9 through 11 |
| Exhibits A–C to the Declaration of Ethan Dettmer In Support of Apple's Administrative Motion to Seal | Sealed in their entirety |

Dated: _____, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge

Gibson, Dunn & Crutcher LLP