PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>   *Plaintiff*, *Counter-defendant*,<br>  v.<br>APPLE INC.,<br>   *Defendant*, *Counterclaimant*. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF AND SUPPORTING EXHIBITS**<br><br>Judge:  Hon. Magistrate Thomas S. Hixson |

I, Lauren A. Moskowitz, declare as follows:

1. I am a partner at the law firm of Cravath, Swaine & Moore LLP, and am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned action. I am admitted to appear before this Court *pro hac vice* in *Epic v. Apple*.

2. I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-(e) in support of Epic's Administrative Motion to File Under Seal the Joint Discovery Letter Brief Regarding Epic's Requests For Production Of Documents (the "Joint Discovery Letter Brief") and Supporting Exhibits 1-8. The contents of this declaration are based on my personal knowledge.

3. Portions of the Joint Discovery Letter Brief and its exhibits contain information that Defendant Apple Inc. ("Apple") has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in the above-captioned action. (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112.) Apple requested that the entire filing be sealed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on December 28, 2020 in Short Hills, NJ.

*/s/* Lauren A. Moskowitz
Lauren A. Moskowitz

-1-
DECLARATION OF LAUREN A. MOSKOWITZ
Case Nos.: 4:20-cv-05640-YGR-TSH