UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 20-cv-05640-YGR  (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 213 |

On page 4 of the joint discovery letter brief at ECF No. 213-3, Epic Games cites APL_APPSTORE_00227526 and an excerpt from the Fischer deposition. The Court orders Epic to file those documents by noon Pacific time on December 29, 2020.

**IT IS SO ORDERED.**

Dated: December 29, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge