# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>*Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER DENYING EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS A AND B TO THE JOINT DISCOVERY LETTER BRIEF REGARDING EPIC'S REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge: Hon. Magistrate Thomas S. Hixson |

1         This matter comes before the Court on Epic Games, Inc.'s ("Epic") Administrative Motion to File Under Seal Supporting Exhibits A and B to the Joint Discovery Letter Brief Regarding Epic's Requests For Production Of Documents (the "Supporting Exhibits"), which were designated by Defendant Apple Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in the above-captioned action.  (Dkt. 112.)

        Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, the motion is DENIED.

        Defendant has failed to carry its burden of establishing that the designated information is sealable, and therefore this Court HEREBY ORDERS that the information be made part of the public record.  Accordingly, Epic shall publicly file the Supporting Exhibits lodged with the Court.

**IT IS SO ORDERED.**

DATED:

    HONORABLE THOMAS S. HIXSON
    UNITED STATES MAGISTRATE JUDGE