Case 4:20-cv-05640-YGR   Document 222   Filed 12/30/20   Page 1 of 1

FILED
Dec 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>  Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br>  Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR <br> Case No. 4:11-cv-06714-YGR <br> Case No. 4:19-cv-03074-YGR <br><br> [~~PROPOSED~~] ORDER RE: MOTION TO SEAL |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*, <br><br>  Plaintiffs <br><br> v. <br><br> APPLE INC., <br><br>  Defendant. | Hon. Thomas S. Hixson |

Defendant Apple, Inc.'s December 24, 2020 motion to seal is granted. The following documents will be partially or entirely sealed:

| **Document** | **Redacted Material** |
|---|---|
| Transcript of Hearing on December 15, 2020 | Page 79, lines 19 through 21 |
| Declaration of Ethan Dettmer In Support of Apple's Administrative Motion to Seal | Page 3, lines 2 through 3 <br> Page 3, lines 9 through 11 |
| Exhibits A–C to the Declaration of Ethan Dettmer In Support of Apple's Administrative Motion to Seal | Sealed in their entirety |

Dated:  12/30 , 2020

THOMAS S. HIXSON
United States Magistrate Judge