| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. LEWIS (Texas Bar No. 24000092; *pro hac vice*)<br>  vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>       Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br>       Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS CONCERNING ITS STATEMENT IN RESPONSE TO ORDER TENTATIVELY DENYING ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br>       Plaintiffs<br>   v.<br>APPLE INC.,<br>       Defendant. | Hon. Yvonne Gonzalez Rogers |

Defendant Apple Inc. ("Apple") brings this administrative motion ("Administrative Motion") pursuant to Federal Rule of Civil Procedure 26(c), Civil Local Rules 7-11 and 79-5(d) for an order granting Apple leave to file under seal portions of certain exhibits to the Declaration of Ethan D. Dettmer in support of Apple's Statement in Response to this Court's Order Tentatively Denying the Administrative Motion to Modify the Case Schedule. Apple respectfully submits that redaction is appropriate to protect Apple's confidential trade secrets. Redacted versions of the exhibits are being filed on the public docket, and unredacted versions of the exhibits with the proposed redactions highlighted are being filed under seal concurrently with this motion.

Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party "establishes that the documents, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). A party seeking to seal materials filed in connection with a non-dispositive motion must make a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). Sealing is appropriate when the information at issue constitutes "trade secret information." *Monster, Inc. v. Dolby Labs. Licensing Corp.*, No. 12-CV-2488, 2013 WL 163774, at *1 (N.D. Cal. Jan. 15, 2013); *see also Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (acknowledging courts' "broad latitude" to "prevent disclosure of materials for many types of information, including, *but not limited to*, trade secrets or other confidential research, development, or commercial information"); *France Telecom S.A.*, No. 12-CV-4967, 2014 WL 4965995, at *4 (N.D. Cal. Oct. 3, 2014) ("The non-public sales information at issue is among the types of competitively sensitive information that qualifies as a trade secret and is properly sealed at trial.").

The information disclosed in the exhibits referenced below constitutes confidential trade secrets. *See* Declaration of Ethan D. Dettmer in Support of this Administrative Motion ¶¶ 8-14, 16. The proposed redactions are to specific details regarding Apple's nonpublic database field codes, field values or otherwise describes the data, formulas used to create the data or whether particular data exists. *Id*. Redaction of that information from the exhibits will not in any way inhibit the public's ability to understand the filing, as the redactions have been narrowly tailored to only apply to the nonpublic

information that Apple must redact to preserve its trade secrets.

Apple therefore requests that the Court seal the following documents as described below:

| Document Containing Confidential Information | Reason for Sealing |
|---|---|
| Exhibit 2, pp. 2–4 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 3, pp. 2–3, 7–8, 13–14, 16 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 4, pp. 2–4, 6–7, 11–12, 17–18, 20–21 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 5, pp. 2, 6–7, 9, 11–12, 14, 19–20, 25–28 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 6, pp. 2–7 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 7, pp. 2, 4–5 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 9, pp. 4, 8–9 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |

Dated:  December 30, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Ethan D. Dettmer*
             Ethan D. Dettmer

Attorneys for Defendant Apple Inc.