UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>        Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br>        Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR <br> Case No. 4:11-cv-06714-YGR <br> Case No. 4:19-cv-03074-YGR <br><br> **[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS CONCERNING ITS STATEMENT IN RESPONSE TO ORDER TENTATIVELY DENYING ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*, <br><br>        Plaintiffs <br><br> v. <br><br> APPLE INC., <br><br>        Defendant. | Hon. Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:20-CV-05640-YGR; CASE NO. 4:11-CV-06714-YGR; CASE NO. 4:19-CV-03074-YGR

Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Administrative Motion to File Under Seal Defendant Apple Inc.'s Notice In Response to Order Tentatively Denying Administrative Motion to Modify Case Schedule (the "Administrative Motion") and exhibit nos. 2, 3, 4, 5, 6, 7, and 9 in part. In support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Ethan D. Dettmer.

Having considered the Adminsitrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Defendant's Adminsitrative Motion is **GRANTED.** Accordingly,

(1) The unredacted versions of the documents sought to be sealed by the Administrative Motion shall remain under seal;

(2) The public shall only have access to the versions of the documents sought to be sealed by the Administrative Motion in which portions of the following pages have been redacted:

| Document Containing Confidential Information | Reason for Sealing |
|---|---|
| Exhibit 2, pp. 2–4 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 3, pp. 2–3, 7–8, 13–14, 16 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 4, pp. 2–4, 6–7, 11–12, 17–18, 20–21 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 5, pp. 2, 6–7, 9, 11–12, 14, 19–20, 25–28 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
| Exhibit 6, pp. 2–7 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:20-CV-05640-YGR; CASE NO. 4:11-CV-06714-YGR; CASE NO. 4:19-CV-03074-YGR

| Exhibit 7, pp. 2, 4–5 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |
|---|---|
| Exhibit 9, pp. 4, 8–9 | Contains information that reveals the names of nonpublic database field codes, field values or otherwise describes the data, formulas used to create data, or whether particular data exists. |

**IT IS SO ORDERED.**

DATED: _____, 2020

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

3

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:20-CV-05640-YGR; CASE NO. 4:11-CV-06714-YGR; CASE NO. 4:19-CV-03074-YGR