# EXHIBIT 11

| | |
|---|---|
| **From:** | Lazarus, Eli M. |
| **Sent:** | Thursday, December 10, 2020 8:21 PM |
| **To:** | bens@hbsslaw.com; Srinivasan, Jay P.; jkarin@cravath.com; *** GDC EpicLitTeam; bmaida@cravath.com; Yang, Betty X.; byrd@whafh.com; dejong@whafh.com; epic-mobileapps@cravath.com; guiney@whafh.com; LMoskowitz@cravath.com; rifkin@whafh.com; robl@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; tedw@hbsslaw.com |
| **Subject:** | RE: Activity in Case 4:11-cv-06714-YGR In re Apple iPhone Antitrust Litigation |

Ben, we have been further discussing with Apple's data team the timing of production of transactional data.  Because Apple has agreed to certain of plaintiffs' demands to include additional fields, assembling the final data set will require some additional time.  This additional time is necessary for work that cannot be accomplished before the final fields and parameters are set, and that work requires members of Apple's data team to physically go into Apple's data labs, which they are otherwise not doing as a result of the pandemic and associated health concerns and legal restrictions.  Additionally, Apple will be shut down from December 24 to January 4 for the end-of-year holidays.  As a result, Apple believes it would be able to produce the data by mid-January (without the additional proceeds_reason field that plaintiffs have demanded).  In order to produce the bulk of the data as quickly as possible, we will separately produce one recently agreed-upon item, game_center_enabled—particular characteristics of this item make it relatively easy to produce separately, unlike many others.  We will let you know if any other adjustments become necessary or helpful to producing as quickly as reasonably possible, or if any difficulties arise that affect the timing of the production.  Best regards,
Eli


**Eli Lazarus**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8340 • Fax +1 415.374.8496
ELazarus@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben Siegel <bens@hbsslaw.com>
**Sent:** Thursday, December 10, 2020 3:29 PM
**To:** Lazarus, Eli M. <ELazarus@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; jkarin@cravath.com; *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>; bmaida@cravath.com; Yang, Betty X. <BYang@gibsondunn.com>; byrd@whafh.com; dejong@whafh.com; epic-mobileapps@cravath.com; guiney@whafh.com; LMoskowitz@cravath.com; rifkin@whafh.com; robl@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; tedw@hbsslaw.com
**Subject:** RE: Activity in Case 4:11-cv-06714-YGR In re Apple iPhone Antitrust Litigation

[External Email]
Eli, Thank you for your email.  Can you please confirm that you will provide this information today (we asked for it by Tuesday)?  Class Plaintiffs and Apple have discussed this several times already, so Apple employees have examined this before.  We are simply asking for most precise, up-to-date estimate Apple can provide, which is important and time-sensitive for planning purposes.

Very truly yours, Ben

Ben Siegel | **Hagens Berman Sobol Shapiro LLP** | Direct: (510) 725-3036

---

**From:** Lazarus, Eli M. <elazarus@gibsondunn.com>
**Sent:** Wednesday, December 9, 2020 9:22 PM
**To:** Ben Siegel <bens@hbsslaw.com>; jsrinivasan@gibsondunn.com; jkarin@cravath.com; appleappstorediscovery@gibsondunn.com; bmaida@cravath.com; byang@gibsondunn.com; byrd@whafh.com; dejong@whafh.com; epic-mobileapps@cravath.com; guiney@whafh.com; lmoskowitz@cravath.com; rifkin@whafh.com; Rob Lopez <robl@hbsslaw.com>; Shana Scarlett <shanas@hbsslaw.com>; Steve Berman <Steve@hbsslaw.com>; Ted Wojcik <TedW@hbsslaw.com>
**Subject:** RE: Activity in Case 4:11-cv-06714-YGR In re Apple iPhone Antitrust Litigation

Ben, we continue to work to provide an answer to you on the timing for a production of transactional data, but we have not been able determine that answer yet. We will get back to you as soon as possible.

**Eli Lazarus**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8340 • Fax +1 415.374.8496
ELazarus@gibsondunn.com • www.gibsondunn.com

---

**From:** Lazarus, Eli M.
**Sent:** Tuesday, December 8, 2020 5:15 PM
**To:** bens@hbsslaw.com; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; jkarin@cravath.com; *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>; bmaida@cravath.com; Yang, Betty X. <BYang@gibsondunn.com>; byrd@whafh.com; dejong@whafh.com; epic-mobileapps@cravath.com; guiney@whafh.com; LMoskowitz@cravath.com; rifkin@whafh.com; robl@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; tedw@hbsslaw.com
**Subject:** RE: Activity in Case 4:11-cv-06714-YGR In re Apple iPhone Antitrust Litigation

Ben, we received your question below and are working to determine the answer, which we hope to share with you tomorrow.
Best regards,
Eli

**Eli Lazarus**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8340 • Fax +1 415.374.8496
ELazarus@gibsondunn.com • www.gibsondunn.com

**From:** Ben Siegel <bens@hbsslaw.com>
**Sent:** Monday, December 7, 2020 10:47 AM
**To:** Lazarus, Eli M. <ELazarus@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; jkarin@cravath.com; *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>; bmaida@cravath.com; Yang, Betty X. <BYang@gibsondunn.com>; byrd@whafh.com; dejong@whafh.com; epic-mobileapps@cravath.com; guiney@whafh.com; LMoskowitz@cravath.com; rifkin@whafh.com; robl@hbsslaw.com; shanas@hbsslaw.com; steve@hbsslaw.com; tedw@hbsslaw.com
**Subject:** FW: Activity in Case 4:11-cv-06714-YGR In re Apple iPhone Antitrust Litigation

[External Email]
Eli, Per the below, on December 15, Magistrate Judge Hixson will hear oral argument on the joint letter briefs submitted by Class Plaintiffs and Apple on November 13, including the joint letter brief regarding Apple's production of transactional data. On the "first" issue, Class Plaintiffs' position is that Apple should immediately produce its transactional data without Class Plaintiffs being required to agree, now, that they will make no further data requests or pay for any supplemental data production. Apple, on the other hand, takes the position that it should only have to produce the transactional data if Class Plaintiffs agree that no further production will be requested unless Class Plaintiffs pay for any supplemental data production.

If the Court sides with Class Plaintiffs, Apple will be required to immediately produce the transactional data. If the Court sides with Apple, Class Plaintiffs may nonetheless have to request production at that time pursuant to Apple's terms given the upcoming class certification deadline.

Either way, for planning purposes and as part of a good faith meet and confer process, Class Plaintiffs request that by the end of tomorrow, Tuesday, December 8, 2020, Apple specify how long it will take for Apple to produce this critical transactional data on the terms agreed to thus far.

Very truly yours, Ben


Ben Siegel | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3036

**From:** ecf-cand@cand.uscourts.gov <ecf-cand@cand.uscourts.gov>
**Sent:** Thursday, December 3, 2020 4:39 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 4:11-cv-06714-YGR In re Apple iPhone Antitrust Litigation


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

# Notice of Electronic Filing

The following transaction was entered on 12/3/2020 at 4:39 PM PST and filed on 12/3/2020
**Case Name:** In re Apple iPhone Antitrust Litigation
**Case Number:** [4:11-cv-06714-YGR](4:11-cv-06714-YGR)
**Filer:**
**Document Number:** 297(No document attached)

**Docket Text:**

**CLERKS NOTICE SETTING ZOOM HEARING. Discovery Hearing set for 12/15/2020 at 10:00 AM - Zoom Videoconference Only before Magistrate Judge Thomas S. Hixson. Re ECF Docket Joint Letter Briefs dated 11/13/2020.**

**On 12/14/2020, counsel will email the Courtroom Deputy, Rose Maher, with their appearances so that they may be promoted to Panelist, so they may participate in the hearing on 12/15/2020 at 10:00 AM.**

**Courtroom Deputy email: Rose_Maher@cand.uscourts.gov**

**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/tsh**

**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**

**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.**

**Discovery Hearing set for 12/15/2020 at 10:00 AM - Zoom Videoconference Only before Magistrate Judge Thomas S. Hixson. Re: Joint Letter Brief dated 11/13/2020.**

***(This is a text-only entry generated by the court. There is no document associated with this entry.)* (rmm2S, COURT STAFF) (Filed on 12/3/2020)**
**Case Name:** Cameron et al v. Apple Inc.
**Case Number:** [4:19-cv-03074-YGR](4:19-cv-03074-YGR)
**Filer:**
**Document Number:** 175(No document attached)

**Docket Text:**

**CLERKS NOTICE SETTING ZOOM HEARING. Discovery Hearing set for 12/15/2020 at 10:00 AM - Zoom Videoconference Only before Magistrate Judge Thomas S. Hixson. Re ECF Docket Joint Letter Briefs dated 11/13/2020.**

**On 12/14/2020, counsel will email the Courtroom Deputy, Rose Maher, with their appearances so that they may be promoted to Panelist, so they may participate in the hearing on 12/15/2020 at 10:00 AM.**

**Courtroom Deputy email: Rose_Maher@cand.uscourts.gov**

**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/tsh**

**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**

**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.**

**Discovery Hearing set for 12/15/2020 at 10:00 AM - Zoom Videoconference Only before Magistrate Judge Thomas S. Hixson. Re: Joint Letter Brief dated 11/13/2020.**

***(This is a text-only entry generated by the court. There is no document associated with this entry.)*** (rmm2S, COURT STAFF) (Filed on 12/3/2020)

**4:11-cv-06714-YGR Notice has been electronically mailed to:**

Anna Tryon Pletcher     apletcher@omm.com, anna-pletcher-8139@ecf.pacerpro.com

Betsy Carol Manifold     manifold@whafh.com, cabrera@whafh.com, loutsenhizer@whafh.com, salas@whafh.com

Brittany Nicole DeJong     dejong@whafh.com

Christopher A.. Nedeau     cnedeau@nedeaulaw.net

Cynthia Richman     crichman@gibsondunn.com

Daniel Glen Swanson     dswanson@gibsondunn.com

David C. Frederick     dfrederick@kellogghansen.com, ecf-253ad491995a@ecf.pacerpro.com, ktondrowski@kellogghansen.com

David R. Eberhart     deberhart@omm.com, david-eberhart-1121@ecf.pacerpro.com, modonnell@omm.com

Elena Zarabozo     ezarabozo@omm.com

Eli Martin Lazarus     elazarus@gibsondunn.com, ACasey@gibsondunn.com, BYang@gibsondunn.com, lchiou@gibsondunn.com

Elizabeth Andrea Rodd     erodd@mwe.com

Ethan D. Dettmer     edettmer@gibsondunn.com, pbelloso@gibsondunn.com

Evan N Schlom     eschlom@omm.com

Harry Phillips     hphillips2@gibsondunn.com

Jagannathan P Srinivasan     jsrinivasan@gibsondunn.com

Jamie Lynne Miller     jmiller@aliotolaw.com

Jeffery Kenneth Perkins     jefferykperkins@aol.com

John J. Calandra      jcalandra@mwe.com

Joseph M. Alioto , Sr      jmalioto@aliotolaw.com, jmiller@aliotolaw.com, nas@aliotolaw.com

Katrina Marie Robson      krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com

Kyle Kenneth Batter      kylebatter@gmail.com, calendar@quinnemanuel.com, kylebatter@quinnemanuel.com, patriciareilly@quinnemanuel.com

Lawrence Genaro Papale      lgpapale@papalelaw.com

Mark A. Perry      mperry@gibsondunn.com, dlattimore@gibsondunn.com

Mark Carl Rifkin      rifkin@whafh.com

Matthew Moylan Guiney      guiney@whafh.com

Michael Liskow      mliskow@calcaterrapollack.com, 4228583420@filings.docketbird.com

Michelle S Lowery      mslowery@mwe.com, aj-squillante-0537@ecf.pacerpro.com, eric-dellon-5513@ecf.pacerpro.com, mco@mwe.com, smeyer@mwe.com

Nicole Lauren Castle      ncastle@mwe.com

Paul Jeffrey Riehle      paul.riehle@faegredrinker.com, claren.sanjuan@faegredrinker.com, DocketGeneral@faegredrinker.com, gloria.cadena@faegredrinker.com

Peter John Sacripanti      psacripanti@mwe.com

Rachele R. Byrd      byrd@whafh.com, cabrera@whafh.com, loutsenhizer@whafh.com, salas@whafh.com

Richard Alexander Saveri      rick@saveri.com

Richard Joseph Doren      rdoren@gibsondunn.com, ahadjiyianni@gibsondunn.com, kwright@gibsondunn.com, swilson2@gibsondunn.com

Robert F Lopez      robl@hbsslaw.com

Scott A Schaeffer      sschaeffer@omm.com

Steve W. Berman      steve@hbsslaw.com, heatherw@hbsslaw.com, nicolleg@hbsslaw.com

Theodore Joseph Boutrous , Jr      tboutrous@gibsondunn.com

Theresa Driscoll Moore      TMoore@aliotolaw.com

Thomas C. Willcox      tcw19law@gmail.com

Todd Anthony Seaver      tseaver@bermantabacco.com, sfservice@bermantabacco.com

Veronica Smith Lewis      VLewis@gibsondunn.com, CFitzgerald@gibsondunn.com,

Macuna@gibsondunn.com

Victoria F. Maroulis    victoriamaroulis@quinnemanuel.com, johniekelly@quinnemanuel.com, rachelaripez@quinnemanuel.com

**4:11-cv-06714-YGR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

**4:19-cv-03074-YGR Notice has been electronically mailed to:**

Anna Tryon Pletcher    apletcher@omm.com, anna-pletcher-8139@ecf.pacerpro.com

Benjamin Jacob Siegel    bens@hbsslaw.com, brianm@hbsslaw.com, sfa_filings@hbsslaw.com

Brian C. Rocca    brian.rocca@morganlewis.com

Brian Michael Hogan    bhogan@fklmlaw.com

Cadio R. Zirpoli    cadio@saveri.com, mogden@saveri.com

Cynthia Richman    crichman@gibsondunn.com

Daniel Glen Swanson    dswanson@gibsondunn.com

David R. Eberhart    deberhart@omm.com, david-eberhart-1121@ecf.pacerpro.com, modonnell@omm.com

Douglas A. Millen    doug@fklmlaw.com

Eamon Padraic Kelly    ekelly@sperling-law.com

Elena Zarabozo    ezarabozo@omm.com

Eli Martin Lazarus    elazarus@gibsondunn.com, ACasey@gibsondunn.com, BYang@gibsondunn.com, lchiou@gibsondunn.com

Elizabeth Andrea Rodd    erodd@mwe.com

Ethan D. Dettmer    edettmer@gibsondunn.com, pbelloso@gibsondunn.com

Evan N Schlom    eschlom@omm.com

Guido Saveri    guido@saveri.com

Harry Phillips    hphillips2@gibsondunn.com

Jagannathan P Srinivasan    jsrinivasan@gibsondunn.com

John J. Calandra    jcalandra@mwe.com

Jonathan Marc Jagher    jjagher@fklmlaw.com

Joseph M Vanek    jvanek@sperling-law.com, vguth@sperling-law.com

Katrina Marie Robson     krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com

Kimberly A Justice     kjustice@fklmlaw.com

Kyle Kenneth Batter     kylebatter@gmail.com, calendar@quinnemanuel.com, kylebatter@quinnemanuel.com, patriciareilly@quinnemanuel.com

Mark A. Perry     mperry@gibsondunn.com, dlattimore@gibsondunn.com

Michelle S Lowery     mslowery@mwe.com, aj-squillante-0537@ecf.pacerpro.com, eric-dellon-5513@ecf.pacerpro.com, mco@mwe.com, smeyer@mwe.com

Nicole Lauren Castle     ncastle@mwe.com

Paul Jeffrey Riehle     paul.riehle@faegredrinker.com, claren.sanjuan@faegredrinker.com, DocketGeneral@faegredrinker.com, gloria.cadena@faegredrinker.com

Peter John Sacripanti     psacripanti@mwe.com

Richard Alexander Saveri     rick@saveri.com

Richard Joseph Doren     rdoren@gibsondunn.com, ahadjiyianni@gibsondunn.com, kwright@gibsondunn.com, swilson2@gibsondunn.com

Robert F Lopez     robl@hbsslaw.com

Sarah Jane Van Culin     sarah@saveri.com

Scott A Schaeffer     sschaeffer@omm.com

Shana E. Scarlett     shanas@hbsslaw.com, breannav@hbsslaw.com, jeanethd@hbsslaw.com, nicolleg@hbsslaw.com, sfa_filings@hbsslaw.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, nicolleg@hbsslaw.com

Theodore J. Boutrous , Jr     tboutrous@gibsondunn.com, iguerra@gibsondunn.com

Veronica Smith Lewis     VLewis@gibsondunn.com, CFitzgerald@gibsondunn.com, Macuna@gibsondunn.com

Victoria F. Maroulis     victoriamaroulis@quinnemanuel.com, johniekelly@quinnemanuel.com, rachelaripez@quinnemanuel.com

**4:19-cv-03074-YGR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the

intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---