PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br> v. <br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br> Case No. 4:11-cv-06714-YGR-TSH <br> Case No. 4:19-cv-03074-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | **DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTION OF TRANSCRIPT** |
| DONALD R. CAMERON, *et al.*, <br><br> *Plaintiffs,* <br> v. <br> APPLE INC., <br><br> *Defendant.* | Judge: Hon. Magistrate Thomas S. Hixson |

DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF MOTION TO SEAL
4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

I, Lauren A. Moskowitz, declare as follows:

1. I am a partner at the law firm of Cravath, Swaine & Moore LLP, and am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice* in *Epic Games, Inc. v. Apple Inc.,* Case No. 20-cv-05640-YGR-TSH (*"Epic v. Apple"*).

2. I submit this declaration pursuant to Civil Local Rules 79-5 in support of Epic's Administrative Motion to Seal Portion of Transcript. The contents of this declaration are based on my personal knowledge.

3. The information in the transcript (12/30/20 Hr'g Tr. at 28:11-15) sought to be sealed by Epic's motion was drawn from a document (APL-APPSTORE_00227526) that Apple designated as "CONFIDENTIAL" under the protective orders entered in the above-captioned actions. (*Epic v. Apple*, Dkt. 112; *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR-TSH, Dkt. 199; *Donald R. Cameron, et al. v. Apple Inc.*, Case No. 4:19-cv-03074-YGR-TSH, Dkt. 85.)

4. Attached as Exhibit A is a true and correct copy of an email sent by Veronica Moyé to Lauren Moskowitz on December 30, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on December 31, 2020 in Short Hills, NJ.

*/s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

-2-

DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF MOTION TO SEAL
4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH