UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br> Case No. 4:11-cv-06714-YGR-TSH <br><br> Case No. 4:19-cv-03074-YGR-TSH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** <br><br> Judge: Hon. Magistrate Thomas S. Hixson |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | |

Epic Games, Inc.'s Administrative Motion to Seal Portion of Transcript, filed on December 31, 2020, is granted. The following document will be partially sealed:

| Document | Redacted Material |
|---|---|
| Transcript of Hearing on December 30, 2020 | Page 28, lines 11 through 15 |

**IT IS SO ORDERED.**

DATED:

———————————————————
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING MOTION TO SEAL
4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH