UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

    Plaintiffs, Counter-defendant

v.

APPLE INC.,

    Defendant, Counterclaimant

CASE NO. 4:20-cv05640-YGR-TSH

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF AND SUPPORTING EXHIBITS REGARDING EPIC GAMES, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Civil Local Rule 79-5, Epic has filed an Administrative Motion to File Under Seal The Joint Discovery Letter Brief and Supporting Exhibits Regarding Epic's Request for Production of Documents (Dkts. 213 & 217) (collectively, "Joint Discovery Letter Brief").  In support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Jay P. Srinivasan.

Having considered the Joint Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff's Joint Administrative Motion is **GRANTED.** Accordingly,

(1)  The unredacted version of the Joint Administrative Motion shall remain under seal;

(2)  The public shall only have access to the version of the Joint Administrative Motion and exhibits in which portions of the following pages have been redacted or not withheld in its entirety:

| Document Containing Confidential Information | Reason for Sealing |
| --- | --- |
| Joint Discovery Letter Brief, pp.3-4 | Contains information regarding sensitive business and financial data relating to Apple's revenue and costs attributable to in-app purchasing. |
| Exhibit 6, p.3 | Contains information regarding sensitive business decisions and contractual terms between Apple and a third-party. |
| Exhibit 7, p.3 | Contains information regarding sensitive business and financial data relating to Apple's revenue and costs. |
| Exhibit A, withheld | Contains information regarding sensitive business and financial data relating to Apple's revenue and costs attributable to in-app purchasing. |
| Exhibit B, withheld | Contains information regarding sensitive business information relating to fees and payments to third-party providers. |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge