**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# Exhibit B