# EXHIBIT 3

# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE

DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475
———
TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700
———
CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150
———
WRITER'S DIRECT DIAL NUMBER
+1-212-474-1003
WRITER'S EMAIL ADDRESS
bblake@cravath.com

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL

NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS
JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG

SPECIAL COUNSEL
SAMUEL C. BUTLER
———
OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

December 16, 2020

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

Counsel:

I write on behalf of Epic Games, Inc. ("Epic") in the above-captioned matter.

Enclosed please find a hard drive containing a production of documents consisting of one volume: EPIC010. Production volume EPIC010 contains documents bearing Bates numbers EPIC_00652202 to EPIC_01923039. We are simultaneously producing them in *Cameron et al. v. Apple Inc.*, No. 19-cv-03074-YGR (N.D. Cal.) ("*Cameron*") and *In re Apple iPhone Antitrust Litigation*, No. 11-cv-06714-YGR (N.D. Cal.) ("*Pepper*"). The password to access the hard drive will be sent under separate cover.

Certain documents in EPIC010 contain protected personal information ("PPI") of Epic's customers and users. Consistent with Section 5.I of the Stipulation Re: Discovery of Electronically Stored Information entered by the Court on November 2, 2020 in all three cases (*Epic*, ECF No. 143; *Cameron*, ECF No. 136; *Pepper*, ECF No. 259), Epic has undertaken reasonable efforts to redact PPI from these documents. However, to the extent any documents in Epic's production contain unredacted PPI, Epic requests that the parties redact any such information prior to filing the documents publicly and, as required by the applicable protective orders, that the parties not use the information for any purpose other than the present litigation.

This letter and the accompanying production are not intended to, and do not, waive any applicable privilege or other legal basis under which information may not be subject to production. If it were found that this letter or the accompanying production constitute disclosure of otherwise privileged matters, such disclosure would be inadvertent. By the production of such documents, Epic does not intend to waive, and has not waived, the attorney-client privilege or any other protections.

These documents are produced pursuant to the Stipulation between Epic Games, Inc. and Apple Inc. and Protective Order, entered by the Court on October 2, 2020 (ECF No. 112); the Stipulated Protective Order, entered by the Court on January 9, 2020 (*Cameron*,

ECF No. 85); and the Stipulated Protective Order, entered by the Court on January 9, 2020 (*Pepper*, ECF No. 199) (collectively, the "Orders").  Documents designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", or "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be treated as such in accordance with the Orders.


Sincerely,


s/ Brendan R. Blake


GIBSON, DUNN & CRUTCHER LLP
AppleAppStoreDiscovery@gibsondunn.com

Steve W. Berman
Robert F. Lopez
Shana E. Scarlett
Ben Siegel
Ted Wojcik
Ben Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
    robl@hbsslaw.com
        shanas@hbsslaw.com
            bens@hbsslaw.com
                tedw@hbsslaw.com
                    benh@hbsslaw.com

Mark C. Rifkin
Rachele R. Byrd
Matthew M. Guiney
Brittany N. DeJong
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
rifkin@whafh.com
    byrd@whafh.com
        guiney@whafh.com
            dejong@whafh.com

Encl.

BY EMAIL AND FED-EX

Copy w/o encl. to:

E. Joshua Rosenkranz
William F. Stute
ORRICK, HERRINGTON & SUTCLIFFE LLP
jrosenkranz@orrick.com
    wstute@orrick.com

David Eberhart
Anna Pletcher
Katrina Robson
Evan Schlom
Scott Schaeffer
Elena Zarabozo
O'MELVENY & MYERS LLP
deberhart@omm.com
    apletcher@omm.com
        krobson@omm.com
            eschlom@omm.com
                sschaeffer@omm.com
                    ezarabozo@omm.com

Michelle Lowery
Elizabeth Andrea Rodd
John J. Calandra
Nicole Lauren Castle
Peter John Sacripanti
MCDERMOTT WILL & EMERY LLP
mslowery@mwe.com
    erodd@mwe.com
        jcalandra@mwe.com
            ncastle@mwe.com
                psacripanti@mwe.com

BY EMAIL