# EXHIBIT 4

# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE

DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL

NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS
JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG

SPECIAL COUNSEL
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700
————
CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1003

WRITER'S EMAIL ADDRESS
bblake@cravath.com

December 24, 2020

_Epic Games, Inc. v. Apple Inc._, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

Counsel:

I write on behalf of Epic Games, Inc. ("Epic") in the above-captioned matter.

Please use the below FTP credentials to access a secure FTP site containing a production of documents from Epic in the above-captioned matter. The password for the FTP site and zip files enclosed therein will be provided under separate cover.

FTP site:          https://sftp-na1.transperfect.com

Username:       Cravath_Epic_Productions

The production consists of two volumes: EPIC011 and EPIC012. Production volume EPIC011 contains documents bearing Bates numbers EPIC_01923040 to EPIC_03515496. Production volume EPIC012 contains documents bearing Bates numbers EPIC_03515497 and EPIC_03515498. In addition, with this production, Epic is providing a metadata overlay of the "AllCustodians" field for its productions to date. Epic is simultaneously producing these documents in _Cameron et al. v. Apple Inc._, No. 19-cv-03074-YGR (N.D. Cal.) ("_Cameron_") and _In re Apple iPhone Antitrust Litigation_, No. 11-cv-06714-YGR (N.D. Cal.) ("_Pepper_").

This letter and the accompanying production are not intended to, and do not, waive any applicable privilege or other legal basis under which information may not be subject to production. If it were found that this letter or the accompanying production constitute disclosure of otherwise privileged matters, such disclosure would be inadvertent. By the production of such documents, Epic does not intend to waive, and has not waived, the attorney-client privilege or any other protections.

These documents are produced pursuant to the Stipulation between Epic Games, Inc. and Apple Inc. and Protective Order, entered by the Court on October 2, 2020 (ECF

No. 112); the Stipulated Protective Order, entered by the Court on January 9, 2020 (*Cameron*, ECF No. 85); and the Stipulated Protective Order, entered by the Court on January 9, 2020 (*Pepper*, ECF No. 199) (collectively, the "Orders").  Documents designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY", or "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be treated as such in accordance with the Orders.

Sincerely,

s/ Brendan R. Blake

GIBSON, DUNN & CRUTCHER LLP
AppleAppStoreDiscovery@gibsondunn.com

E. Joshua Rosenkranz
William F. Stute
ORRICK, HERRINGTON & SUTCLIFFE LLP
jrosenkranz@orrick.com
    wstute@orrick.com

David Eberhart
Anna Pletcher
Katrina Robson
Evan Schlom
Scott Schaeffer
Elena Zarabozo
O'MELVENY & MYERS LLP
deberhart@omm.com
    apletcher@omm.com
        krobson@omm.com
            eschlom@omm.com
                sschaeffer@omm.com
                    ezarabozo@omm.com

Michelle Lowery
MCDERMOTT WILL & EMERY LLP
mslowery@mwe.com

Steve W. Berman
Robert F. Lopez
Shana E. Scarlett
Ben Siegel
Ted Wojcik
HAGENS BERMAN SOBOL SHAPIRO LLP

steve@hbsslaw.com
robl@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com
tedw@hbsslaw.com

Mark C. Rifkin
Rachele R. Byrd
Matthew M. Guiney
Brittany N. DeJong
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
rifkin@whafh.com
byrd@whafh.com
guiney@whafh.com
dejong@whafh.com


BY EMAIL