PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant,*<br>    v.<br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH<br>Case No. 4:11-cv-06714-YGR-TSH<br>Case No. 4:19-cv-03074-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | **EPIC GAMES, INC.'S STATEMENT CONCERNING DEFENDANT APPLE INC.'S STATEMENT IN RESPONSE TO ORDER TENTATIVELY DENYING ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |
| DONALD R. CAMERON, *et al.*,<br><br>    *Plaintiffs,*<br>    v.<br>APPLE INC.,<br><br>    *Defendant.* | |

In a filing relating to a dispute between Apple Inc. ("Apple") and the class plaintiffs in the above-captioned actions, Apple has requested "that the Court consider moving the class certification briefing schedule, the *Epic* trial, and other corresponding dates back by approximately eight weeks". (*See Epic v. Apple*, Dkt. 223 at 4-6.)  But these scheduling issues relating to class certification should not impact the schedule in *Epic v. Apple* in any way.  Epic Games, Inc. ("Epic") hesitates to burden the Court with additional paper on this issue, but does so in light of the statements Apple made in the related class actions regarding the *Epic v. Apple* trial date.

Apple has long been attempting to manufacture delay to resist a schedule that it never wanted.  Apple's filing in the related class actions is just the most recent step in its playbook.  Epic strongly opposes any delay in the *Epic v. Apple* case.  Epic is fully prepared to proceed on the current Court-ordered schedule and requests that no change be made to that schedule.  For the same reasons—and more—that led the Court to set *Epic v. Apple* for trial on May 3, 2021, Epic would suffer significant prejudice as a result of any delay.  Should the Court consider a change in the schedule of the *Epic v Apple* case, Epic respectfully asks to be heard on this issue.

Dated:  January 6, 2021

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle

CRAVATH, SWAINE & MOORE LLP
  Christine Varney
  Katherine B. Forrest
  Gary A. Bornstein
  Yonatan Even
  Lauren A. Moskowitz
  M. Brent Byars

Respectfully submitted,

By:  */s/ Lauren A. Moskowitz*
       Lauren A. Moskowitz

*Attorneys for Plaintiff Epic Games, Inc.*

---

-2-
EPIC'S STATEMENT CONCERNING APPLE'S STATEMENT IN RESPONSE TO ORDER TENTATIVELY DENYING ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE
CASE NO. 4:20-CV-05640-YGR-TSH; 4:11-CV-06714-YGR-TSH; 4:19-CV-03074-YGR-TSH