UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br>        Plaintiff and Counter-defendant,<br>    v.<br>APPLE INC.,<br>        Defendant and Counterclaimant. | Case No. 20-cv-05640-YGR (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 233 |

The Court appreciates the parties' joint discovery letter brief regarding Apple's request for additional Epic document custodians. ECF No. 233. The parties have briefed the dispute well, and the Court can resolve it without a hearing.

Apple has justified its request for the three additional custodians. Joseph Babcock's longtime role as Epic's CFO, Arjan Brussee's role with respect to Epic's games on non-iOS platforms, and Joseph Kreiner's various roles are sufficiently weighty and relevant to warrant adding them as custodians. And Epic has not demonstrated that Apple unduly delayed in making this request. Apple's request is therefore granted.

**IT IS SO ORDERED.**

Dated: January 7, 2021

THOMAS S. HIXSON
United States Magistrate Judge