**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No.: 4:11-cv-06714-YGR |
| | **ORDER RE: CASE SCHEDULING** |
| **DONALD R. CAMERON, ET. AL.,** | Case No.: 4:19-cv-03074-YGR |
| Plaintiffs, | |
| v. | |
| **APPLE INC.,** | |
| Defendant. | |
| **EPIC GAMES, INC.,** | Case No.: 4:20-cv-05640-YGR |
| Plaintiff, | |
| **v.** | |
| **APPLE INC.,** | |
| Defendant. | |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The Court has reviewed and considered the various administrative requests, including that for clarification and for a change in the operative schedules. Accordingly, the Court **HEREBY ORDERS** and **CLARIFIES** as follows:

1. The Court maintains the trial date in *Epic Games, Inc. v. Apple, Inc.*. Because the trial is a bench trial, it can proceed virtually or in person. The Court has already conducted one virtual

bench trial successfully and has at least one more scheduled this spring. That is not an option for many other trials on the Court's docket. Given the backlog, which is being created due to the pandemic, the Court must proceed as efficiently as possible.

2. With respect to the parties' request in the *Epic Games* matter for clarification regarding the filing due January 22, 2021, the parties shall follow the model proffered by Epic Games, Inc. (*See* Dkt. No. 230-1.) If true, that the elements are basic and easily found in treatises as Apple suggests, then the filing should require little effort. The Court will allow ample opportunity to argue the relevance of any claim or the applicability of the facts to the elements identified. The goal of the filing is *not* to pre-argue the case but to set forth the unencumbered legal framework and to identify whether any legal conflicts exist which the Court should evaluate in advance of trial irrespective of the application of the facts of this case to such framework.

3. Class certification briefing in *In Re Apple iPhone Antitrust Litigation* and *Donald R. Cameron v. Apple Inc.* shall be extended as follows:

- Class Certification Motion shall be filed and supporting Expert Reports with all data upon which they are based shall be produced by **June 1, 2021**.
- Class Certification Opposition shall be filed and supporting Expert Reports with all data upon which they are based shall be produced by **August 10, 2021**.
- Class Certification Reply shall be filed and any Rebuttal Expert Reports with all data upon which they are based shall be produced by **October 12, 2021**.
- A hearing is hereby scheduled for **November 16, 2021** at **10:00 a.m. PST**.

**IT IS SO ORDERED.**

Date: January 8, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**