UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br>　　　　Plaintiff and Counter-defendant,<br>　　v.<br>APPLE INC.,<br>　　　　Defendant and Counterclaimant. | Case No. 20-cv-05640-YGR   (TSH)<br><br>**ORDER RE: MOTIONS TO SEAL**<br>Re: Dkt. Nos. 213, 217 |

Epic Games' motions to seal at ECF Nos. 213 and 217 are granted in part and denied in part as follows.

The motion to seal exhibits A and B in their entirety is granted.

With respect to the joint discovery letter brief and exhibits 6 and 7, Apple's proposed redactions (ECF No. 232) are acceptable. Apple has already filed in the public record the redacted versions of those documents (ECF Nos. 231-2, 231-3 and 231-4), so no further action is needed.

The motion to seal exhibits 1-5 is denied. Pursuant to Civil Local Rule 79-5(e)(2), Epic may file these documents in the public record no earlier than 4 days from today, and no later than 10 days from today.

**IT IS SO ORDERED.**

Dated: January 12, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge