1  Karen L. Dunn (DC SBN 1002520; *pro hac vice* app. forthcoming)
   William A. Isaacson (DC SBN 414788; *pro hac vice* app. forthcoming)
2  Jessica E. Phillips (DC SBN 991072; *pro hac vice* app. forthcoming)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  2001 K Street NW
   Washington, D.C. 20006-1047
4  Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
5  kdunn@paulweiss.com
   wisaacson@paulweiss.com
6  jphillips@paulweiss.com

7

8  Meredith R. Dearborn (SBN 268312)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
9  943 Steiner St.
   San Francisco, CA 94117
10 Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
11 mdearborn@paulweiss.com

12 *Counsel for Defendant*
13 Apple Inc.

14

15                    **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

                            **OAKLAND DIVISION**

17 | EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |

18 |          *Plaintiffs,* | **NOTICE OF APPEARANCE OF MEREDITH R. DEARBORN** |

19

20          v.

21 | APPLE INC., | |

22 |          *Defendant.* | The Honorable Yvonne Gonzalez Rogers |

23

24

25

26

27

28

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that attorney Meredith R. Dearborn of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, a member of the State Bar of California, and admitted to practice before this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendant Apple Inc.

Dated: January 19, 2021                    Respectfully submitted,

By:    */s/ Meredith R. Dearborn*
       MEREDITH R. DEARBORN (SBN 268312)
       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
       943 Steiner St.
       San Francisco, CA 94117
       Telephone: (202) 223-7300
       Facsimile: (202) 223-7420
       mdearborn@paulweiss.com

       *Attorneys for Defendant*
       Apple Inc.