Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc.

  Plaintiff(s),

v.

Apple Inc.

  Defendant(s).

Case No: 4:20-cv-05640-YGR ~~TSH~~

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AND ORDER**
(CIVIL LOCAL RULE 11-3)

I, Vanessa A. Lavely, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Epic Games, Inc. in the above-entitled action. My local co-counsel in this case is Paul J. Riehle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cravath Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, New York 10019 | Faegre Drinker Biddle & Reath LLP<br>Four Embarcadero Center<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 474-1000 | (415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| vlavely@cravath.com | paul.riehle@faegredrinker.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4867412.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 1/7/2021

/s/ Vanessa A. Lavely
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Vanessa A. Lavely is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/19/2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
YVONNE GONZALEZ ROGERS

PRO HAC VICE APPLICATION & ORDER                           October 2012