Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc., )
        *Plaintiff*, )  Case No: 4:20-cv-05640-YGR
   v. )
Apple Inc., )  **APPLICATION FOR**
        *Defendant*. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
)  (CIVIL LOCAL RULE 11-3)

I, William A. Isaacson, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Meredith R. Dearborn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2001 K Street, NW<br>Washington, DC 20006-1047 | 943 Steiner St.<br>San Francisco, CA 94117 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 223-7300 | (202) 223-7300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wisaacson@paulweiss.com | mdearborn@paulweiss.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 414788.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/19/2021

                                                                     APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of William A. Isaacson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*William A Isaacson*

was duly qualified and admitted on July 29, 1988 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 5, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.