THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. LEWIS (Texas Bar No.
24000092; *pro hac vice*)
  vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br>Case No. 4:11-cv-06714-YGR-TSH<br>Case No. 4:19-cv-03074-YGR-TSH<br><br>**DECLARATION OF JASON C. LO IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br><br>   Plaintiffs<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant. | Hon. Yvonne Gonzalez Rogers<br>Hon. Thomas S. Hixson |

Gibson, Dunn &
Crutcher LLP

1    Pursuant to Civil Local Rule 79-5, I, Jason C. Lo, hereby declare as follows:

2        1.       I am an attorney licensed to practice in the State of California, and a member of the

3    Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for

4    Defendant Apple Inc. ("Apple") in these related cases.

5        2.       I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-(e) in

6    support of Apple's Administrative Motion to File Under Seal the Joint Discovery Letter Brief

7    regarding Apple's Subpoena to Non-Party Samsung Electronics America, Inc. (the "Joint Discovery

8    Letter Brief"). The contents of this declaration are based on my personal knowledge.

9        3.       Apple moves to seal the Joint Discovery Letter Brief, which contains information that

10   Plaintiff and Counter-Defendant Epic Games, Inc. has designated as "CONFIDENTIAL" or

11   "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order entered in

12   *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112.

13       4.       Apple does not agree that any information contained in the Joint Discovery Letter

14   Brief meets the standard for sealing under the Civil Local Rules, but is filing the entire brief under

15   seal as a courtesy to Epic and Samsung.

16       I declare under penalty of perjury under the laws of the United States that the foregoing is true

17   and correct and that this Declaration was executed on January 19, 2020, at Pasadena, California.

18   Dated:  January 19, 2021

19                        By:      */s/ Jason Lo*
                                   Jason C. Lo

20

21

22

23

24

25

26

27

28

DECLARATION OF JASON C. LO IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL
4:11-CV-06714-YGR, 4:19-CV-03074-YGR, 4:20-CV-05640-YGR