RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com

*Interim Class Counsel for the
Consumer Plaintiffs*

BENJAMIN J. SIEGEL (SBN 256260)
**HAGENS BERMAN SOBOL
SHAPIRO LLP**
715 Hearst Avenue, Suite 202C
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Interim Class Counsel for the
Developer Plaintiffs*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &
REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

LAUREN A. MOSKOWITZ (*pro hac
vice*)
lmoskowitz@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   *Plaintiff*, *Counter-defendant*,<br><br>    v.<br><br>APPLE INC.,<br><br>   *Defendant*, *Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH<br><br>Case No. 4:11-cv-06714-YGR-TSH<br><br>Case No. 4:19-cv-03074-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST<br>LITIGATION | **PLAINTIFFS' JOINT<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL THE JOINT DISCOVERY<br>LETTER BRIEF REGARDING CUE<br>AND FEDERIGHI DEPOSITIONS AND<br>SUPPORTING EXHIBITS** |
| DONALD R. CAMERON, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>APPLE INC.,<br><br>    *Defendant.* | Judge:  Hon. Magistrate Thomas S. Hixson |

1           Plaintiffs in the above-captioned actions bring this joint administrative motion

2 under Civil Local Rules 7-11(a) and 79-5(d)-(e) for an order granting Plaintiffs leave to file under

3 seal the Joint Discovery Letter Brief Regarding Cue and Federighi Depositions (the "Joint

4 Discovery Letter Brief") and Supporting Exhibits 1 to 7.

5           Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed

6 if a party "establishes that the documents, or portions thereof, are privileged, protectable as a trade

7 secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). Under this standard, a

8 party seeking to seal a document generally must overcome the "strong presumption in favor of

9 access" that applies to court documents other than those that are traditionally kept secret.

10 *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citations omitted).

11 However, the "public has less of a need for access to court records attached only to non-

12 dispositive motions because those documents are often 'unrelated, or only tangentially related to

13 the underlying cause of action.'" *Id.* at 1179 (citations omitted). Instead, a "'good cause' showing

14 under Rule 26(c) [of the Federal Rules of Civil Procedure] will suffice to keep sealed records

15 attached to non-dispositive motions." *Id.* at 1180; *In re NCAA Student-Athlete Name & Likeness*

16 *Licensing Litig.*, 2013 WL 3014144, at *1 (N.D. Cal. Jun. 17, 2013). A party seeking to seal such

17 material must make a "particularized showing of good cause with respect to any individual

18 document." *San Jose Mercury News, Inc. v. U.S. Dist. Court, N. Dist. (San Jose)*, 187 F.3d 1096,

19 1103 (9th Cir. 1999). Sealing requests must also be "narrowly tailor[ed]." Civ. L.R. 79-5(b).

20           Subsection (e) of Local Rule 79-5 sets forth procedures that apply when a party

21 seeks to file information designated as confidential by an opposing party. This Administrative

22 Motion is based on Defendant Apple Inc.'s ("Apple") designation of information in the Joint

23 Discovery Letter Brief and its Supporting Exhibits as "CONFIDENTIAL" or "HIGHLY

24 CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective orders in the above-

25 captioned actions. (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112; *In*

26 *re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR-TSH, ECF No. 199; *Donald R.*

27 *Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR-TSH, ECF No. 85.) Plaintiffs do not

28

1  believe that the Joint Discovery Letter Brief and or any of the Supporting Exhibits meet the

2  standard for sealing.  But at Apple's request, Plaintiffs are filing the documents in their entirety

3  under seal.  Pursuant to subsection (e)(1) of Local Rule 79-5, Apple has four days to file a

4  declaration establishing that all of the designated material is "sealable" (as defined in Local

5  Rule 79-5(b)).

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER
BRIEF REGARDING THE DEPOSITIONS OF CUE AND FEDERIGHI AND SUPPORTING EXHIBITS
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1

Dated:  January 19, 2021

CRAVATH, SWAINE & MOORE LLP
Christine Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars

2

3

4

5

Respectfully submitted,

6

By:    /s/  *Lauren A. Moskowitz*

7

Lauren A. Moskowitz

8

*Attorneys for Plaintiff Epic Games, Inc.*

9

Dated:  January 19, 2021

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Mark C. Rifkin
Rachele R. Byrd
Matthew M. Guiney
Brittany N. DeJong

10

11

12

13

Respectfully submitted,

14

By:    /s/ *Rachele R. Byrd*

15

Rachele R. Byrd

16

*Interim Class Counsel for Consumer Plaintiffs*

17

18

Dated:  January 19, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Robert F. Lopez
Shana E. Scarlett
Benjamin J. Siegel

19

20

21

Respectfully submitted,

22

By:    /s/ *Benjamin J. Siegel*

23

Benjamin J. Siegel

24

*Interim Class Counsel for Developer Plaintiffs*

25

26

27

28

PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF REGARDING THE DEPOSITIONS OF CUE AND FEDERIGHI AND SUPPORTING EXHIBITS
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## E-FILING ATTESTATION

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  *Lauren A. Moskowitz*

Lauren A. Moskowitz