RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs*

BENJAMIN J. SIEGEL (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202C
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Interim Class Counsel for the Developer Plaintiffs*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br>     *Plaintiff, Counter-defendant,* <br> v. <br> APPLE INC., <br>     *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br> Case No. 4:11-cv-06714-YGR-TSH <br> Case No. 4:19-cv-03074-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | **DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION** |
| DONALD R. CAMERON, *et al.*, <br>     *Plaintiffs,* <br> v. <br> APPLE INC., <br>     *Defendant.* | Judge: Hon. Magistrate Thomas S. Hixson |

I, Lauren A. Moskowitz, declare as follows:

1. I am a partner at the law firm of Cravath, Swaine & Moore LLP, and am one of the attorneys representing Epic Games, Inc. in the above-captioned actions. I am admitted to appear before this Court *pro hac vice* in *Epic v. Apple*.

2. I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-(e) in support of Plaintiffs' Joint Administrative Motion to File Under Seal the Joint Discovery Letter Brief Regarding Cook Deposition (the "Joint Discovery Letter Brief"). The contents of this declaration are based on my personal knowledge.

3. Portions of the Joint Discovery Letter Brief contain information that Defendant Apple Inc. ("Apple") has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective orders in the above-captioned actions. (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112; *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR-TSH, ECF No. 199; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR-TSH, ECF No. 85.) Apple requested that the entire filing be sealed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on January 19, 2021 in Short Hills, NJ.

*/s/* Lauren A. Moskowitz
Lauren A. Moskowitz