# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR-TSH |
| DONALD R. CAMERON, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant.* | Case No. 4:19-cv-03074-YGR-TSH <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION** <br><br> Judge: Hon. Magistrate Thomas S. Hixson |

1  This matter comes before the Court on Plaintiffs' Joint Administrative Motion to
2  File Under Seal the Joint Discovery Letter Brief Regarding Cook Deposition (the "Joint Discovery
3  Letter Brief") because certain materials used or discussed therein contain information designated
4  by Defendant Apple Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –
5  ATTORNEYS' EYES ONLY" under the protective orders in the above-captioned actions.  (*Epic
6  Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112; *In re Apple iPhone
7  Antitrust Litigation*, No. 4:11-cv-06714-YGR-TSH, ECF No. 199; *Donald R. Cameron, et al. v.
8  Apple Inc.*, No. 4:19-cv-03074-YGR-TSH, ECF No. 85.)
9  Upon consideration of the administrative motion to seal, the papers submitted in
10 support and in response thereto, the motion is DENIED.
11 Defendant has failed to carry its burden of establishing that the designated
12 information is sealable, and therefore this Court HEREBY ORDERS that the information be made
13 part of the public record.  Accordingly, Plaintiffs shall publicly file the Joint Discovery Letter
14 Brief lodged with the Court.
15 **IT IS SO ORDERED.**
16
17 DATED:
18 HONORABLE THOMAS S. HIXSON
   UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28