1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Victoria F. Maroulis (Bar No. 202603)
2     victoriamaroulis@quinnemanuel.com
   Kyle Batter (Bar No. 301803)
3     kylebatter@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  *Attorneys for Non-Party*
   *Samsung Electronics America, Inc.*

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | EPIC GAMES, INC.,                    | CASE NO. 4:20-cv-05640-YGR |
                    Plaintiff,
13               v.                                  **NOTICE OF APPEARANCE**

14 APPLE INC.,

15                  Defendant.

16

17 APPLE, INC.,

18                  Counterclaimant,
                 v.
19
   EPIC GAMES, INC.,
20
                    Counter-Defendant.
21

22

23

24

25

26

27

28

1  **TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL**
2  **PARTIES AND THEIR COUNSEL OF RECORD:**
3      PLEASE TAKE NOTICE THAT I, Victoria F. Maroulis hereby appear as counsel for non-
4  party Samsung Electronics America, Inc. in the above-captioned action and for the purpose of
5  being added to the list of ECF notice recipients.  I certify that I am admitted to practice in this
6  Court.

8  Dated: January 20, 2021        Respectfully submitted,

                                 Quinn Emanuel Urquhart & Sullivan LLP
                                 555 Twin Dolphin Drive, 5th Floor
                                 Redwood Shores, California 94065-2139
                                 Telephone: (650) 801-5000
                                 Facsimile: (650) 801-5100

                                 */s/ Victoria F. Maroulis*
                                 Victoria F. Maroulis

                                 *Attorneys for Non-Party Samsung Electronics America, Inc.*

**ATTESTATION**

I, Kyle K. Batter, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

DATED: January 20, 2021         QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kyle K. Batter*
Kyle K. Batter