1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Victoria F. Maroulis (Bar No. 202603)
2    victoriamaroulis@quinnemanuel.com
   Kyle Batter (Bar No. 301803)
3    kylebatter@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  *Attorneys for Non-Party*
   *Samsung Electronics America, Inc.*
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | EPIC GAMES, INC.,               | CASE NO. 4:20-cv-05640-YGR
   |                  Plaintiff,     | **NOTICE OF APPEARANCE**
13 |           v.                    |
14 | APPLE INC.,                     |
15 |                  Defendant.     |
16
17 | APPLE, INC.,                    |
18 |                  Counterclaimant,|
   |           v.                    |
19 | EPIC GAMES, INC.,               |
20 |                  Counter-Defendant. |
21

22

23

24

25

26

27

28

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT I, Kyle K. Batter hereby appear as counsel for non-party Samsung Electronics America, Inc. in the above-captioned action and for the purpose of being added to the list of ECF notice recipients. I certify that I am admitted to practice in this Court.

Dated: January 20, 2021          Respectfully submitted,

Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*/s/ Kyle K. Batter*
Kyle K. Batter

*Attorneys for Non-Party Samsung Electronics America, Inc.*