| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>　tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>　rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>　dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>　jsrinivasan@gibsondunn.com<br>JASON C. LO, SBN 219030<br>　jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. LEWIS (Texas Bar No. 24000092; *pro hac vice*)<br>　vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>　mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>　crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN DETTMER, SBN 196046<br>　edettmer@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>　elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>　　　Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br>Case No. 4:11-cv-06714-YGR-TSH<br>Case No. 4:19-cv-03074-YGR-TSH<br><br>**DECLARATION OF JAY SRINIVASAN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br>　　　Plaintiffs<br>　v.<br>APPLE INC.,<br>　　　Defendant. | Hon. Yvonne Gonzalez Rogers<br>Hon. Thomas S. Hixson |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JAY SRINIVASAN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL
4:11-cv-06714-YGR, 4:19-cv-03074-YGR, 4:20-cv-05640-YGR

Pursuant to Civil Local Rule 79-5, I, Jay P. Srinivasan, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in these related cases.

2. I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-(e) in support of Apple's Administrative Motion to File Under Seal the Joint Discovery Letter Brief regarding Apple's Subpoena to Non-Party Samsung Electronics America, Inc. (the "Joint Discovery Letter Brief"). The contents of this declaration are based on my personal knowledge.

3. Apple moves to seal the Joint Discovery Letter Brief and Supporting Exhibits 3-5, which contain information that Plaintiff and Counter-Defendant Epic Games, Inc. has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order entered in *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112.

4. Apple does not agree that any information contained in the Joint Discovery Letter Brief or Exhibits 3-5 meets the standard for sealing under the Civil Local Rules, but is filing the brief and exhibits under seal as a courtesy to Epic and Samsung.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on January 21, 2020, at Pasadena, California.

Dated:  January 21, 2021

By: */s/ Jay Srinivasan*
Jay P. Srinivasan