UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br>Case No. 4:11-cv-06714-YGR-TSH<br>Case No. 4:19-cv-03074-YGR-TSH<br><br>**[PROPOSED] ORDER DENYING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br><br>   Plaintiffs<br><br> v.<br><br>APPLE INC.,<br><br>   Defendant. | Hon. Thomas S. Hixson |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER DENYING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
THE JOINT DISCOVERY LETTER BRIEF
4:11-cv-06714-YGR, 4:19-cv-03074-YGR, 4:20-cv-05640-YGR

1   This matter comes before the Court on Apple Inc.'s Administrative Motion to File Under Seal the Joint Discovery Letter Brief Regarding Discovery from Non-Party Samsung Electronics America, Inc. (the "Joint Discovery Letter Brief") and Exhibits 3-5 because certain materials used or discussed therein contain information designated by Plaintiff Epic Games, Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective orders in the above-captioned actions. (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112.)

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, the motion is DENIED. Plaintiff has failed to carry its burden of establishing that the designated information is sealable, and therefore this Court HEREBY ORDERS that the information be made part of the public record.

Accordingly, Apple shall publicly file the Joint Discovery Letter Brief lodged with the Court.

**IT IS SO ORDERED.**

DATED:

_____
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

1
[PROPOSED] ORDER DENYING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT DISCOVERY LETTER BRIEF
4:11-CV-06714-YGR, 4:19-CV-03074-YGR, 4:20-CV-05640-YGR