| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>　tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>　rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>　dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>　jsrinivasan@gibsondunn.com<br>JASON C. LO, SBN 219030<br>　jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:  213.229.7000<br>Facsimile:  213.229.7520<br><br>VERONICA S. LEWIS (Texas Bar No. 24000092; *pro hac vice*)<br>　vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone:  214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>　mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>　crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone:  202.955.8500<br>Facsimile:  202.467.0539<br><br>ETHAN DETTMER, SBN 196046<br>　edettmer@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>　elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br><br>Attorneys for Defendant APPLE INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>　　　Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br>Case No. 4:11-cv-06714-YGR-TSH<br>Case No. 4:19-cv-03074-YGR-TSH<br><br>**CERTIFICATE OF SERVICE** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br>　　　Plaintiffs<br>　v.<br>APPLE INC.,<br>　　　Defendant. | Hon. Yvonne Gonzalez Rogers<br>Hon. Thomas S. Hixson |

I, Harry R. S. Phillips, hereby certify that I am a citizen of the United States, over the age of eighteen, and not a party to this action. I hereby certify that on January 21, 2021, I served unredacted versions of the **Joint Discovery Letter Brief Regarding Discovery from Non-Party Samsung Electronics America, Inc.**, and Supporting Exhibits, via electronic mail to the following counsel in this action and the related actions:

PAUL R. RIEHLE
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**

CHRISTINE A. VARNEY
cvarney@cravath.com
KATHERINE B. FORREST
kforrest@cravarth.com
GARY A. BORNSTEIN
gbornstein@cravarth.com
YONATAN EVEN
yeven@cravath.com
LAUREN A. MOSKOWITZ
lmoskowitz@cravath.com
M. BRENT BYARS
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**

*Counsel to Epic Games, Inc.*

VICTORIA F. MAROULIS
victoriamaroulis@quinnemanuel.com
KYLE K. BATTER
kylebatter@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*Counsel to Non-Party Samsung Electronics America, Inc.*

STEVE W. BERMAN
steve@hbsslaw.com
ROBERT F. LOPEZ
robl@hbsslaw.com
SHANA E. SCARLETT
shanas@hbsslaw.com
BENJAMIN J. SIEGEL
bens@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**

*Interim Class Counsel for the Developer Plaintiffs*

MARK C. RIFKIN
rifkin@whafh.com
RACHELE R. BYRD
byrd@whafh.com
MATTHEW M. GUINEY
guiney@whafh.com
BRITTANY N. DEJONG
dejong@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*Interim Class Counsel for the Consumer Plaintiffs*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of January, 2021, at Washington, D.C.

*/s/ Harry R. S. Phillips*

Harry R. S. Phillips