1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

7    EPIC GAMES, INC.,                                   Case No. 4:20-cv-05640-YGR-TSH

8                    *Plaintiff, Counter-defendant,*

9                              v.

10

11   APPLE INC.,

12                    *Defendant, Counterclaimant.*

13   IN RE APPLE IPHONE ANTITRUST                         Case No. 4:11-cv-06714-YGR-TSH
14   LITIGATION

15

16

17

18   DONALD R. CAMERON, *et al.*,                         Case No. 4:19-cv-03074-YGR-TSH

19                                   *Plaintiffs,*

20                                                        **[PROPOSED] ORDER DENYING**
                                                          **PLAINTIFFS' ADMINISTRATIVE**
21                              v.                         **MOTION TO FILE UNDER SEAL**
                                                          **SUPPORTING EXHIBITS A TO L TO**
22   APPLE INC.,                                          **THE JOINT DISCOVERY LETTER**
                                                          **BRIEF REGARDING CUE AND**
23                                                        **FEDERIGHI DEPOSITIONS**

24                                   *Defendant.*         Judge:  Hon. Magistrate Thomas S. Hixson

25

26
27
28

1        This matter comes before the Court on Plaintiffs' Administrative Motion to File

2  Under Seal Supporting Exhibits A to L to the Joint Discovery Letter Brief Regarding Cue and

3  Federighi Depositions (the "Supporting Exhibits"), which were designated by Defendant Apple

4  Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

5  under the protective orders in the above-captioned actions.  (*Epic Games, Inc. v. Apple Inc.*, No.

6  20-cv-05640-YGR-TSH, ECF No. 112; *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-

7  06714-YGR-TSH, ECF No. 199; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-

8  YGR-TSH, ECF No. 85.)

9        Upon consideration of the administrative motion to seal, the papers submitted in

10  support and in response thereto, the motion is DENIED.

11        Defendant has failed to carry its burden of establishing that the designated

12  information is sealable, and therefore this Court HEREBY ORDERS that the information be made

13  part of the public record.  Accordingly, Plaintiffs shall publicly file the Supporting Exhibits A to L

14  lodged with the Court.

15        **IT IS SO ORDERED.**

17  DATED:

_____

18                            HONORABLE THOMAS S. HIXSON

19                            UNITED STATES MAGISTRATE JUDGE