1

2
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

3
750 B Street, Suite 1820
San Diego, CA 92101

4
Telephone: 619/239-4599
Facsimile: 619/234-4599

5
byrd@whafh.com

6
*Interim Class Counsel for the*
*Consumer Plaintiffs*

7

8
BENJAMIN J. SIEGEL (SBN 256260)
**HAGENS BERMAN SOBOL**
**SHAPIRO LLP**

9
715 Hearst Avenue, Suite 202C
Berkeley, CA 94710

10
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

11
bens@hbsslaw.com

12
*Interim Class Counsel for the*
*Developer Plaintiffs*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &**
**REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

LAUREN A. MOSKOWITZ (*pro hac*
*vice*)
lmoskowitz@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

[Additional counsel on signature page]

13

14
**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

15

16
**OAKLAND DIVISION**

17
EPIC GAMES, INC.,

                    Plaintiff, *Counter-defendant,*

18
                         v.

19
APPLE INC.,

20
                    *Defendant, Counterclaimant.*

21
IN RE APPLE IPHONE ANTITRUST
LITIGATION

22

23
DONALD R. CAMERON, *et al.*,

24
                              *Plaintiffs*,

25
                         v.

APPLE INC.,

26
                              *Defendant*.

27

Case No. 4:20-cv-05640-YGR-TSH

Case No. 4:11-cv-06714-YGR-TSH

Case No. 4:19-cv-03074-YGR-TSH

**PLAINTIFFS' ADMINISTRATIVE**
**MOTION TO FILE UNDER SEAL**
**SUPPORTING EXHIBITS A TO G TO**
**THE JOINT DISCOVERY LETTER**
**BRIEF REGARDING COOK**
**DEPOSITION**

Judge:  Hon. Magistrate Thomas S. Hixson

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS TO THE JOINT
DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1    Pursuant to the Court's order to file certain documents (*Epic Games, Inc. v. Apple*

2  *Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 267; *In re Apple iPhone Antitrust Litigation*, No.

3  4:11-cv-06714-YGR-TSH, ECF No. 375; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-

4  03074-YGR-TSH, ECF No. 246), Plaintiffs in the above-captioned actions bring this joint

5  administrative motion under Civil Local Rules 7-11(a) and 79-5(d)-(e) for an order granting

6  Plaintiffs leave to file under seal Supporting Exhibits A to G to the Joint Discovery Letter Brief

7  Regarding Cook Deposition (the "Supporting Exhibits").

8    Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed

9  if a party "establishes that the documents, or portions thereof, are privileged, protectable as a trade

10  secret or otherwise entitled to protection under the law."  Civ. L.R. 79-5(b).  Under this standard, a

11  party seeking to seal a document generally must overcome the "strong presumption in favor of

12  access" that applies to court documents other than those that are traditionally kept secret.

13  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citations omitted).

14  However, the "public has less of a need for access to court records attached only to non-

15  dispositive motions because those documents are often 'unrelated, or only tangentially related to

16  the underlying cause of action.'"  *Id.* at 1179 (citations omitted).  Instead, a "'good cause' showing

17  under Rule 26(c) [of the Federal Rules of Civil Procedure] will suffice to keep sealed records

18  attached to non-dispositive motions."  *Id.* at 1180; *In re NCAA Student-Athlete Name & Likeness*

19  *Licensing Litig.*, 2013 WL 3014144, at *1 (N.D. Cal. Jun. 17, 2013).  A party seeking to seal such

20  material must make a "particularized showing of good cause with respect to any individual

21  document."  *San Jose Mercury News, Inc. v. U.S. Dist. Court, N. Dist. (San Jose)*, 187 F.3d 1096,

22  1103 (9th Cir. 1999).  Sealing requests must also be "narrowly tailor[ed]."  Civ. L.R. 79-5(b).

23    Subsection (e) of Local Rule 79-5 sets forth procedures that apply when a party

24  seeks to file information designated as confidential by an opposing party.  This Administrative

25  Motion is based on Defendant Apple Inc.'s ("Apple") designation of information in the

26  Supporting Exhibits as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS'

27  EYES ONLY" under the protective orders in the above-captioned actions.  (*Epic Games, Inc. v.*

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS TO THE JOINT
DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1    *Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112; *In re Apple iPhone Antitrust Litigation*,

2    No. 4:11-cv-06714-YGR-TSH, ECF No. 199; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-

3    cv-03074-YGR-TSH, ECF No. 85.)  Plaintiffs do not believe that the Supporting Exhibits meet the

4    standard for sealing.  Pursuant to subsection (e)(1) of Local Rule 79-5, Apple has four days to file

5    a declaration establishing that all of the designated material is "sealable" (as defined in Local

6    Rule 79-5(b)).

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS TO THE JOINT
DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1

Dated:  January 21, 2021

CRAVATH, SWAINE & MOORE LLP
    Christine Varney
    Katherine B. Forrest
    Gary A. Bornstein
    Yonatan Even
    Lauren A. Moskowitz
    M. Brent Byars

2

3

4

5

Respectfully submitted,

6

By:   /s/  *Lauren A. Moskowitz*
     Lauren A. Moskowitz

7

8

*Attorneys for Plaintiff Epic Games, Inc.*

9

Dated:  January 21, 2021

WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP
    Mark C. Rifkin
    Rachele R. Byrd
    Matthew M. Guiney
    Brittany N. DeJong

10

11

12

13

Respectfully submitted,

14

By:   /s/ *Rachele R. Byrd*
     Rachele R. Byrd

15

16

*Interim Class Counsel for Consumer
Plaintiffs*

17

18

Dated:  January 21, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Shana E. Scarlett
    Benjamin J. Siegel

19

20

21

Respectfully submitted,

22

By:   /s/ *Benjamin J. Siegel*
     Benjamin J. Siegel

23

24

*Interim Class Counsel for Developer
Plaintiffs*

25

26

27

28

-4-
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS TO THE JOINT
DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, Lauren A. Moskowitz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  *Lauren A. Moskowitz*

Lauren A. Moskowitz

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS TO THE JOINT DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH