| | |
|---|---|
| RACHELE R. BYRD (190634)<br>**WOLF HALDENSTEIN ADLER**<br>**FREEMAN & HERZ LLP**<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: 619/239-4599<br>Facsimile: 619/234-4599<br>byrd@whafh.com<br><br>*Interim Class Counsel for the*<br>*Consumer Plaintiffs*<br><br>BENJAMIN J. SIEGEL (SBN 256260)<br>**HAGENS BERMAN SOBOL**<br>**SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202C<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>bens@hbsslaw.com<br><br>*Interim Class Counsel for the*<br>*Developer Plaintiffs* | PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE &**<br>**REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff Epic Games, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br>         *Plaintiff, Counter-defendant,*<br>         v.<br>APPLE INC.,<br>         *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH<br>Case No. 4:11-cv-06714-YGR-TSH<br>Case No. 4:19-cv-03074-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | **DECLARATION OF LAUREN A. MOSKOWITZ IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS A TO G TO THE JOINT DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION** |
| DONALD R. CAMERON, *et al.*,<br>         *Plaintiffs,*<br>         v.<br>APPLE INC.,<br>         *Defendant.* | Judge:  Hon. Magistrate Thomas S. Hixson |

I, Lauren A. Moskowitz, declare as follows:

1. I am a partner at the law firm of Cravath, Swaine & Moore LLP, and am one of the attorneys representing Epic Games, Inc. in the above-captioned actions. I am admitted to appear before this Court *pro hac vice* in *Epic v. Apple*.

2. I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-(e) in support of Plaintiffs' Administrative Motion to File Under Seal Supporting Exhibits A to G to the Joint Discovery Letter Brief Regarding Cook Deposition (the "Supporting Exhibits"). The Supporting Exhibits are being filed pursuant to the Court's order. (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 267; *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR-TSH, ECF No. 375; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR-TSH, ECF No. 246.) The contents of this declaration are based on my personal knowledge.

3. Portions of the Supporting Exhibits contain information that Defendant Apple Inc. ("Apple") has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective orders in the above-captioned actions. (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112; *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR-TSH, ECF No. 199; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR-TSH, ECF No. 85.)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on January 21, 2021 in Short Hills, NJ.

　　　　　　　　　　　　　　　　　　　*/s/* Lauren A. Moskowitz
　　　　　　　　　　　　　　　　　　　Lauren A. Moskowitz