UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>*Plaintiff*, *Counter-defendant*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*, *Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR-TSH |
| DONALD R. CAMERON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | Case No. 4:19-cv-03074-YGR-TSH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS A TO G TO THE JOINT DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION**<br><br>Judge: Hon. Magistrate Thomas S. Hixson |

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS TO THE JOINT DISCOVERY LETTER BRIEF REGARDING COOK DEPOSITION
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH

1      This matter comes before the Court on Plaintiffs' Administrative Motion to File
2 Under Seal Supporting Exhibits A to G to the Joint Discovery Letter Brief Regarding Cook
3 Deposition (the "Supporting Exhibits"), which were designated by Defendant Apple Inc. as
4 "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
5 protective orders in the above-captioned actions. (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-
6 05640-YGR-TSH, ECF No. 112; *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-
7 YGR-TSH, ECF No. 199; *Donald R. Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR-TSH,
8 ECF No. 85.)
9      Upon consideration of the administrative motion to seal, the papers submitted in
10 support and in response thereto, the motion is DENIED.
11      Defendant has failed to carry its burden of establishing that the designated
12 information is sealable, and therefore this Court HEREBY ORDERS that the information be made
13 part of the public record. Accordingly, Plaintiffs shall publicly file the Supporting Exhibits A to G
14 lodged with the Court.
15      **IT IS SO ORDERED.**
16
17  DATED:
18                                          HONORABLE THOMAS S. HIXSON
                                            UNITED STATES MAGISTRATE JUDGE
19