1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Victoria F. Maroulis (Bar No. 202603)
2    victoriamaroulis@quinnemanuel.com
   Kyle Batter (Bar No. 301803)
3    kylebatter@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  *Attorneys for Non-Party
   Samsung Electronics Co., Ltd.*

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| EPIC GAMES, INC., | CASE NO. 4:20-cv-05640-YGR |
| | CASE NO. 4:11-cv-06714-YGR |
| Plaintiff, Counter-Defendant, | CASE NO. 4:19-cv-03074-YGR |
| v. | **NOTICE OF APPEARANCE** |
| APPLE INC., | |
| Defendant, Counterclaimant. | |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al., | |
| Plaintiffs, | |
| v. | |
| APPLE INC., | |
| Defendant. | |

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT I, Victoria F. Maroulis hereby appear as counsel for non-party Samsung Electronics Co., Ltd. in the three above-captioned actions for the limited purpose of filing a declaration on behalf of Samsung Electronics Co., Ltd. pursuant to Northern District of California Civil Local Rule 79-5(e)(1) and in response to Apple Inc.'s Administrative Motions to Seal.  I certify that I am admitted to practice in this Court.

Dated: January 25, 2021              Respectfully submitted,

                                     Quinn Emanuel Urquhart & Sullivan LLP
                                     555 Twin Dolphin Drive, 5th Floor
                                     Redwood Shores, California 94065-2139
                                     Telephone: (650) 801-5000
                                     Facsimile: (650) 801-5100

                                     */s/ Victoria F. Maroulis*
                                     Victoria F. Maroulis

                                     *Attorneys for Non-Party Samsung Electronics Co., Ltd.*

**ATTESTATION**

I, Kyle K. Batter, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

DATED: January 25, 2021              QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kyle K. Batter*
Kyle K. Batter