1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Victoria F. Maroulis (Bar No. 202603)
2    victoriamaroulis@quinnemanuel.com
   Kyle Batter (Bar No. 301803)
3    kylebatter@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  *Attorneys for Non-Party*
   *Samsung Electronics Co., Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>             Plaintiff, Counter-Defendant,<br><br>       v.<br><br>APPLE INC.,<br><br>             Defendant, Counterclaimant. | CASE NO. 4:20-cv-05640-YGR<br>CASE NO. 4:11-cv-06714-YGR<br>CASE NO. 4:19-cv-03074-YGR<br><br>**NOTICE OF APPEARANCE** |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>APPLE INC.,<br><br>             Defendant. | |

TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT I, Kyle K. Batter hereby appear as counsel for non-party Samsung Electronics Co., Ltd. in the three above-captioned actions for the limited purpose of filing a declaration on behalf of Samsung Electronics Co., Ltd. pursuant to Northern District of California Civil Local Rule 79-5(e)(1) and in response to Apple Inc.'s Administrative Motions to Seal.  I certify that I am admitted to practice in this Court.

Dated: January 25, 2021            Respectfully submitted,

                                                    Quinn Emanuel Urquhart & Sullivan LLP
                                                   555 Twin Dolphin Drive, 5th Floor
                                                   Redwood Shores, California 94065-2139
                                                   Telephone: (650) 801-5000
                                                   Facsimile: (650) 801-5100

                                                   */s/ Kyle K. Batter*
                                                   Kyle K. Batter

                                                   *Attorneys for Non-Party Samsung Electronics Co., Ltd.*