**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| *Plaintiff, Counter-defendant,* | Case No. 4:11-cv-06714-YGR-TSH |
| v. | Case No. 4:19-cv-03074-YGR-TSH |
| APPLE INC., | |
| *Defendant, Counterclaimant.* | |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | **[PROPOSED] ORDER GRANTING IN PART DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| DONALD R. CAMERON, *et al.*, | |
| *Plaintiffs*, | Judge: Hon. Magistrate Thomas S. Hixson |
| v. | |
| APPLE INC., | |
| *Defendant*. | |

1   Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an
2   Administrative Motion to File Under Seal the Joint Discovery Letter Brief Regarding Discovery
3   from Non-Party Samsung Electronics America, Inc. and Supporting Exhibits 3-5 (the
4   "Administrative Motion").  In support, Plaintiff Epic Games, Inc. filed the supporting declaration
5   of Gary A. Bornstein.
6   Having considered the Administrative Motion, all associated declarations, exhibits
7   and any argument of counsel, and for good cause appearing:
8   **IT IS HEREBY ORDERED** that Apple Inc.'s Administrative Motion is
9   **GRANTED IN PART**.
10   Accordingly, Exhibit 5 to the Administrative Motion shall remain under seal in its
11   entirety.
12
13   **IT IS SO ORDERED.**
14   DATED: _____, 2021

_____
The Honorable Thomas J. Hixson
United States Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING IN PART ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case Nos.: 4:20-cv-05640-YGR-TSH; 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH