UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br>     Plaintiff, Counter-defendant <br> v. <br> APPLE INC., <br>     Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR-TSH <br> Case No. 4:11-cv-06714-YGR-TSH <br> Case No. 4:19-cv-03074-YGR-TSH <br><br> **[PROPOSED] ORDER RE: MOTIONS TO SEAL** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*, <br>     Plaintiffs <br> v. <br> APPLE INC., <br>     Defendant. | Hon. Thomas S. Hixson |

Plaintiffs' January 20, 2021 and January 21, 2021 motions to seal are granted. The following documents will be partially or entirely sealed:

| **Document** | **Redacted Material** |
|---|---|
| Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Confidential business information discussed in internal documents and deposition testimony, including information regarding Apple's internal structure, strategic decisionmaking, and allocation of responsibilities |
| Exhibit 1 to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Material not cited to or relied on by either party |
| Exhibit A to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Sealed in its entirety |
| Exhibit B to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Email addresses of individual recipients and senders |
| Exhibit C to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Addressees and body of email discussing business strategy and decisionmaking |

| | |
|---|---|
| Exhibit D to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Sealed in its entirety |
| Exhibit E to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Addressees and body of email discussing business strategy and decisionmaking |
| Exhibit F to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Addressees and body of email discussing business strategy and decisionmaking |
| Exhibit G to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Sealed in its entirety |
| Exhibit H to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Sealed in its entirety |
| Exhibit I to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Page 45<br>Page 182, lines 1–3<br>Page 183, lines 20–24<br>Page 184–88<br>Page 201<br>Page 289, lines 7–11<br>Page 334<br>Page 335, lines 1–12 |
| Exhibit J to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Page 13<br>Page 14, lines 1–23<br>Page 65, lines 1–6, 14–25<br>Page 112, lines 7–25<br>Page 113<br>Page 114, lines 1–17, 24–25<br>Page 138, lines 1–8, 22–23<br>Page 139, lines 1–25<br>Page 140–41<br>Page 177, lines 1–10, 21–25<br>Page 178<br>Page 196–97<br>Page 292, lines 3–25<br>Page 293, lines 1–16, 20–25<br>Page 302–03 |
| Exhibit K to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Page 107<br>Page 369<br>Pages 404–05 |
| Exhibit L to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Page 24, lines 1–11<br>Page 26, line 5<br>Pages 113–15<br>Page 379<br>Page 380, lines 1–5 |

| | |
|---|---|
| | Page 397, lines 1–3, 16–25<br>Pages 398–400<br>Page 401, lines 1–24<br>Page 403, lines 6–10<br>Page 404, lines 14–25<br>Pages 405–09<br>Page 410, lines 1–2, 15–25<br>Page 412, lines 10–25 |
| Joint Discovery Letter Brief Regarding Cook Deposition | Confidential business information discussed in internal documents and deposition testimony, including information regarding Apple's internal structure, strategic decisionmaking, and allocation of responsibilities. |
| Exhibit C to Joint Discovery Letter Brief Regarding Cook Deposition | Addressees and body of email discussing business strategy and decisionmaking, personal information about third party |
| Exhibit D to Joint Discovery Letter Brief Regarding Cook Deposition | Addressees and body of email discussing business strategy and decisionmaking, personal information about third party |
| Exhibit E to Joint Discovery Letter Brief Regarding Cook Deposition | Addressees and body of email discussing business strategy and decisionmaking, personal information about third party |
| Exhibit F to Joint Discovery Letter Brief Regarding Cook Deposition | Page 286, lines 1–4, 6–10, 20–21, 23–24<br>Page 289, lines 7–11 |
| Exhibit G to Joint Discovery Letter Brief Regarding Cook Deposition | Page 26, line 5<br>Page 118, lines 3–4, 10, 13–25<br>Pages 119–20 |

Dated: _____, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge