# Exhibit I

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

1  ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3                UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                    OAKLAND DIVISION

6

7  _____

                                          )

8                                         )

   IN RE APPLE iPHONE TRUST               )Civil Action No.

9  LITIGATION                             )4:11-cv-06715YGR

                                          )

10                                        )

11

12

13              ZOOM VIDEOTAPED DEPOSITION OF

14               MATTHEW FISCHER, VOLUME I

15                  Hillsboro, California

16               Friday, December 18, 2020

17

18

19

20

21

22

23

   Reported by:

24  LORI M. BARKLEY, CSR No. 6426

25  PAGES 1 - 215

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 2

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              OAKLAND DIVISION

4

5

_____

6                                        )

                                         )

7  IN RE APPLE iPHONE TRUST              )Civil Action No.

   LITIGATION                            )4:11-cv-06715YGR

8                                        )

                                         )

9

10

11          Zoom Videotaped deposition of MATTHEW

12  FISCHER, Volume I, taken on behalf Plaintiff, at

13  Hillsboro, California, beginning at 8:40 a.m., and

14  ending at 3:11 p.m., on Thursday, December 18, 2020,

15  before LORI M. BARKLEY, Certified Shorthand Reporter

16  No. 6426.

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 3

1   APPEARANCES:

2

3   For Plaintiff Epic Games, Inc.:

4       CRAVATH SWAINE & MOORE

5       BY:  KATHERINE B. FORREST

6       BY:  BRIAN MAIDA

7       BY:  LAUREN KLOSS

8       Attorneys at Law

9       825 Eighth Avenue, Suite 4043B

10      New York, New York 10019

11      kforrest@cravath.com

12      bmaida@cravath.com

13      lkloss@cravath.com

14

15  For Apple and the Witness:

16      GIBSON DUNN & CRUTCHER LLP

17      BY:  CYNTHIA RICHMAN

18      BY:  DANA LI

19      Attorney at Law

20      1881 Page Mill Road

21      Palo Alto, California 94304

22      DLi2@gibsondunn.com

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                                               Page 4
1    APPEARANCES (CONTINUED):

2

3    For Consumer Class Plaintiffs

4        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

5        BY:  JENNY Y. DUPONT

6        BY:  KATE MCGUIRE

7        BY:  MARK RIFKIN

8        Attorneys at Law

9        270 Madison Avenue, 10th Floor

10       New York, New York 10016

11       (212) 545-4600

12       dupont@whafh.com

13       kmcguire@whafh.com

14       rifkin@whafh.com

15

16   For Developer Plaintiffs in the Cameron Matter:

17       HAGENS BERMAN SOBOL SHAPIRO LLP

18       BY:  ROB LOPEZ

19       Attorney at Law

20       1301 Second Avenue, Suite 2000

21       Seattle, Washington 98101-1214

22       (206) 623-7292

23       robl@hbsslaw.com

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 5

1    APPEARANCES (CONTINUED):

2

3    For Apple Inc.:

4        BY:   SCOTT B. MURRAY

5        Attorney at Law

6        1 Infinite Loop

7        Cupertino, California 95014

8        (408) 783-8369

9        scott_murray@apple.com

10

11   For Developer Plaintiffs:

12       SAVERI & SAVERI

13       BY:   TRAVIS L. MANFREDI

14       Attorneys at Law

15       706 Sansome Street

16       San Francisco, California 94111-1731

17       travis.l.manfredi@gmail.com

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 45



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

████████████████████████████████████████

████████████████████

███   ██████████

4          Q.    Let's turn to what's been marked as Exhibit

5     number 64.

6               Exhibit 64 is from an individual called

7     Carson Oliver, cc'ing Matt Fischer, subject Hulu,

8     dated October 18th, 2018, bearing the Bates number at

9     the bottom 00228734 through 35.

10               (Exhibit 64 was marked for identification and

11          is attached hereto.)

12    BY MS. FORREST:

13          Q.    Tell me when you've had an opportunity to

14    review that.

15          A.    Okay.  I just looked at the e-mail.

16          Q.    All right.  Do you recognize what's been

17    marked as Exhibit number 64?

18          A.    I don't -- I don't recall the e-mail.

19          Q.    Do you see that you are CC'd at the top --

20    on the top e-mail that's dated October 18th, 2018, at

21    12:40 a.m.?

22          A.    Yes, I see that.

23          Q.    And do you see that you are addressee of the

24    e-mail below that dated October 17th, 2018 at

25    p.m. PDP --

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 183

1      A.    Sorry could you say that again?

2      Q.    Actually it's the second e-mail down, it's

3   from Cindy Lin to you, dated October 17th, 2018 at

4   2:59.

5            Do you see that you're at addressee of that

6   particular e-mail?

7      A.    Yes.  It looks like I was one of a multiple

8   addressees for that e-mail.

9      Q.    All right.  Do you have any doubt that you

10  received this entire chain that's been marked as

11  Exhibit number 64 on or about October 18th, 2018?

12     A.    Sorry, could you repeat that question?

13     Q.    Do you have any doubt that you received the

14  entire chain of e-mail that has been marked as

15  Exhibit number 64?

16     A.    No, I do not.

17     Q.    In the e-mail dated October 17th, 2018 at

18  2:44 p.m. -- so it's towards the bottom of the first

19  page of Exhibit 64 it says (as read):

██      ███████

██      ██████████████████

██   ████████████████████████████

██   ████████████████████████████

██      ███████████████

25     A.    Yes, I do.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Page 184

 REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 185



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Page 186**



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Page 187

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 188



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 201



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 215

1    STATE OF CALIFORNIA        ) ss.

2    COUNTY OF LOS ANGELES      )

3

4              I, Lori M. Barkley, CSR No. 6426, do hereby

5    certify:

6              That the foregoing deposition testimony

7    taken before me at the time and place therein set

8    forth and at which time the witness was administered

9    the oath;

10             That the testimony of the witness and all

11   objections made by counsel at the time of the

12   examination were recorded stenographically by me, and

13   were thereafter transcribed under my direction and

14   supervision, and that the foregoing pages contain a

15   full, true and accurate record of all proceedings and

16   testimony to the best of my skill and ability.

17             I further certify that I am neither counsel

18   for any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21             IN WITNESS WHEREOF, I have subscribed my

22   name this 21st day of December, 2020.

23

24             _____

25             LORI M. BARKLEY, CSR No. 6426

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 216

1    ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3              UNITED STATES DISTRICT COURT

4         FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                   OAKLAND DIVISION

6

7    _____

                                    )

8                                   )

     IN RE APPLE iPHONE TRUST        )Civil Action No.

9    LITIGATION                      )4:11-cv-06715YGR

                                    )

10                                  )

11

12

13          ZOOM VIDEOTAPED DEPOSITION OF

14           MATTHEW FISCHER, VOLUME II

15              Hillsboro, California

16            Thursday, January 7, 2021

17

18

19

20

21

22

23

     Reported by:

24   LORI M. BARKLEY, CSR No. 6426

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 217

1        UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              OAKLAND DIVISION

4

5

_____

6                                    )

                                     )

7   IN RE APPLE iPHONE TRUST         )Civil Action No.

    LITIGATION                       )4:11-cv-06715YGR

8                                    )

                                     )

9

10

11            Zoom Videotaped deposition of MATTHEW

12   FISCHER, Volume II, taken on behalf Plaintiff, at

13   Hillsboro, California, beginning at 8:38 a.m., and

14   ending at 2:42 p.m., on Thursday, January 7, 2021,

15   before LORI M. BARKLEY, Certified Shorthand Reporter

16   No. 6426.

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
                                               Page 218

 1    APPEARANCES:

 2

 3    For Plaintiff Epic Games, Inc.:

 4       CRAVATH SWAINE & MOORE

 5       BY:  JOHN I. KARIN

 6       BY:  LAUREN KLOSS

 7       Attorneys at Law

 8       825 Eighth Avenue, Suite 4043B

 9       New York, New York 10019

10       jkarin@cravath.com

11       lkloss@cravath.com

12

13    For Apple and the Witness:

14       GIBSON DUNN & CRUTCHER LLP

15       BY:  CYNTHIA RICHMAN

16       BY:  DANA LI

17       Attorneys at Law

18       1881 Page Mill Road

19       Palo Alto, California 94304

20       crichman@gibsondunn.com

21       dli2@gibsondunn.com

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 219

```
 1   APPEARANCES (CONTINUED):

 2

 3   For Consumer Class Plaintiffs

 4       WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

 5       BY:  MARK RIFKIN

 6       BY:  KATE MCGUIRE

 7       BY:  JENNY Y. DUPONT

 8       Attorneys at Law

 9       270 Madison Avenue, 10th Floor

10       New York, New York 10016

11       (212) 545-4600

12       rifkin@whafh.com

13       dupont@whafh.com

14       kmcguire@whafh.com

15

16   For Developer Plaintiffs in the Cameron Matter:

17       HAGENS BERMAN SOBOL SHAPIRO LLP

18       BY:  ROB LOPEZ

19       Attorney at Law

20       1301 Second Avenue, Suite 2000

21       Seattle, Washington 98101-1214

22       (206) 623-7292

23       robl@hbsslaw.com

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 220**

```
 1   APPEARANCES (CONTINUED):

 2

 3   For Apple Inc.:

 4      BY:  SCOTT B. MURRAY

 5      Attorney at Law

 6      1 Infinite Loop

 7      Cupertino, California 95014

 8      (408) 783-8369

 9      scott_murray@apple.com

10

11   For Developer Plaintiffs:

12      SAVERI & SAVERI

13      BY:  TRAVIS L. MANFREDI

14      Attorneys at Law

15      706 Sansome Street

16      San Francisco, California 94111-1731

17      travis.l.manfredi@gmail.com

18

19

20

21   Videographer:  Cyril Suszckiewicz

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 289

1          But as I said, that's not something that

2     I've personally done myself.

3          Q.    Is that part of your responsibility to drive

4     top line growth, to be aware of the ease with which

5     customers can switch from one device, an Apple

6     device, to an Android device?



12         Q.    Okay.  And do you know what the switching

13    cost is today, do you have any estimate of what the

14    switching cost is today?

15         A.    I don't know how it's possible to determine

16    a definitive switching cost.  It probably depends on

17    the -- on the actual user.  The customer, and what

18    type of apps they have on their phone that they want

19    to switch over.

20         Q.    So when you said that there have been some

21    recent developments that make it easier, to the best

22    of your knowledge what -- what developments were you

23    thinking of that make it easier for a customer to

24    switch now from an Apple device to Android device?

25         A.    I remember seeing some apps over the past

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 334



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 335

13          MR. RIFKIN:  Kate, would you pull up a

14  couple documents and then we'll probably take a quick

15  break or maybe a lunch break, whatever.

16          Can you pull up 00207698, please.

17  BY MR. RIFKIN:

18      Q.   I was just going to say, Mr. Fischer, please

19  let know when it loads for you.

20          (Technology discussion.)

21          (Exhibit 86 was marked for identification and

22      is attached hereto.)

23  BY MR. RIFKIN:

24      Q.   Okay.  So, Mr. Fischer, what I wanted to

25  know is if you recall seeing an e-mail from Phil

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 414

```
1   STATE OF CALIFORNIA      ) ss.
2   COUNTY OF LOS ANGELES    )
3
4           I, Lori M. Barkley, CSR No. 6426, do hereby
5   certify:
6           That the foregoing deposition testimony
7   taken before me at the time and place therein set
8   forth and at which time the witness was administered
9   the oath;
10          That the testimony of the witness and all
11  objections made by counsel at the time of the
12  examination were recorded stenographically by me, and
13  were thereafter transcribed under my direction and
14  supervision, and that the foregoing pages contain a
15  full, true and accurate record of all proceedings and
16  testimony to the best of my skill and ability.
17          I further certify that I am neither counsel
18  for any party to said action, nor am I related to any
19  party to said action, nor am I in any way interested
20  in the outcome thereof.
21          IN WITNESS WHEREOF, I have subscribed my
22  name this 8th day of January, 2021.
23
24
25  LORI M. BARKLEY, CSR No. 6426
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED