# Exhibit J

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

1                  UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                        OAKLAND DIVISION

4

5

6                                    )

    IN RE:  APPLE IPHONE            )

7   ANTI-TRUST LITIGATION           )

                                     )

8                                    )

    AND RELATED ACTIONS.            ) Civil Action No.

9                                    ) 4:11-cv-06715YGR

                                     )

10  _____)

11

12

13   HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

14

15

16   DEPOSITION OF:

17                     C.K. HAUN, VOLUME I

18                     WEDNESDAY, JANUARY 13, 2021

19                     9:00 A.M.

20

21

22

23

24   Reported by:   GINA M. CLOUD

25                  CSR No. 6315

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 2

```
 1            Deposition of C.K. HAUN, the witness, taken
 2   on behalf of the Plaintiffs, on Wednesday, January
 3   13, 2021, at 9:00 a.m., via Virtual Zoom, pursuant
 4   to NOTICE.
 5
 6   APPEARANCES OF COUNSEL:
 7
 8   FOR PLAINTIFF EPIC GAMES, INC:
 9                CRAVATH SWAINE & MOORE
                  BY:  BRENT BYARS, ESQ.
10                     MONICA COSCIA, ESQ.
                       ALEJANDRO CARVAJAL, ESQ.
11                825 Eight Avenue
                  Suite 4043B
12                New York, New York 10019
                  bmaida@cravath.com
13                lkloss@cravath.com
14
     FOR APPLE AND THE WITNESS:
15
                  GIBSON DUNN & CRUTCHER LLP
16                BY:  CYNTHIA RICHMAN, ESQ.
                       SARAH AKHTAR, ESQ.
17                1881 Page Mill Road
                  Palo Alto, California 94303
18                dli2@gibsondunn.com
19
     FOR CONSUMER CLASS PLAINTIFFS:
20
                  WOLF HALDENSTEIN ADLER FREEMAN & HERZ
21                LLP
                  BY:  MARK RIFKIN, ESQ.
22                     JENNIFER DUPONT, ESQ.
                  270 Madison Avenue
23                10th Floor
                  New York, New York 10016
24                (212) 545-4600
                  dupont@whafh.com
25                rifkin@whafh.com
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 3

```
 1   APPEARANCES: (CONTINUED)
 2
 3   FOR THE DEVELOPER CLASS:
 4                    SPERLING & SLATER
                      BY:  EAMON KELLY, ESQ.
 5                         MARTIN AMARO, ESQ.
                      55 West Monroe Street
 6                    Suite 3200
                      Chicago, Illinois 60603-5072
 7                    (312) 641-3200
                      Arodriguez@sperling-law.com
 8
 9   ALSO PRESENT:
10                    Kiego Painter, Videographer
                      Matthew Riesdorph
11                    Judah Weinerman
                      Jennifer Fine, Esq.
12                    Stephanie Brown, Esq.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 13



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 14**



24       Q.    What do you enjoy about providing developer

25       technical support?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 64

1    intended for use by any third-party application who

2    uses them within the criteria of the documentation,

3    our guidelines and the program license agreement.

4            Private APIs are application interfaces in

5    the operating system that are not available for

6    third-party use.

7       Q.   Do third-party developers know of the

8    existence of the private APIs?

9       A.   I do not know if all third parties are aware

10   of a particular private API.

11      Q.   Can you give me an example of a particular

12   private API just in application?

13      A.   Would you like the specific name or would

14   you like a characterization of what it may do?

15      Q.   A characterization is fine.

16      A.   Our graphics subsystem relays on designating

17   certain portions of the screen on a customer's device

18   into areas that we call views.

19           At a very high level, you can consider them

20   rectangles that cover the entire screen and each

21   rectangle may be drawn differently or be interacted

22   with by the user in different methodologies.

23           Third-party developers have public APIs

24   which allow them to define, create, manipulate, draw

25   into and move views on an iOS device screen.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 65

7    Q.   How does a developer know, third-party

8 developer, is it able to use the private APIs?

9    A.   No.

10    Q.   So how is that relevant to a review of the

11 application?

12    A.   The use of private APIs is prohibited by the

13 Apple Developer Program license agreement and The App

14 Review Guidelines;

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 112

1      A.    Correct.

2      Q.    How does an iOS device recognize an app

3   that it can launch?

4      A.    How technical do you want to get into this?

5      Q.    Let's start functionally and then we'll

6   drill down.



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 113



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 114



18      Q.   Other than the App Store and other than the

19  enterprise program, are there other ways that an iOS

20  app can be loaded onto -- launched -- are there

21  other sources by which an iOS app can get -- native

22  iOS app can get to a phone?

23      A.   Yes.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 138

9    Q.    Can we pull up tab 18.  And this will be --

10   I'll give you the Exhibit Number.  It takes a little

11   bit to come over to you.  This will be Exhibit 130.

12          (The document referred to was marked as

13   Exhibit 130 for identification and is attached

14   hereto.)

15   BY MR. KELLY:

16   Q.    We'll wait until you get that on your

17   screen.

18   A.    And I see it and I'm opening it.  Yes, I see

19   this e-mail.

20   Q.    Mr. Haun, you recognize Exhibit 130 as an

21   e-mail you sent to the group of individuals in

22   November of 2015 with the subject ███████████████

     ████████████████████████████████████████

24          Do you see that?

25   A.    Yes.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 139



1        Q.    In this e-mail you stated:

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 140



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 141**



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 177

11      Q.    We referred to private APIs that Apple has;

12    do you remember that?

13      A.    Yes.

14      Q.    What is a private API?

15      A.    A private API is a connection point to

16    system functionality which is not available to a

17    third-party developer.

18      Q.    What are the reasons Apple would choose to

19    make those APIs not available to third-party

20    developers?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 178



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 196



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 197



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 249

1          I, GINA M. CLOUD, a certified shorthand

2     reporter for the State of California, do hereby

3     certify:

4               that prior to being examined, the

5     witness named in the foregoing deposition, was by me

6     duly sworn to testify the truth, the whole truth,

7     and nothing but the truth pursuant to Section No.

8     2093 of the Code of Civil Procedure;

9               That said deposition was taken before

10    me pursuant to notice, at the time and place therein

11    set forth, and was taken down by me in shorthand and

12    thereafter reduced to typewriting via computer-aided

13    transcription under my direction;

14               I further certify that I am neither

15    counsel for, nor related to, any party to said

16    action, nor in anywise interested in the outcome

17    thereof.

18               IN WITNESS WHEREOF, I have hereunto

19    subscribed my name this 14th day of January,

20    2021.

21

22

23

                    GINA M. CLOUD

24                  CSR No. 6315

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 250

1    ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3             UNITED STATES DISTRICT COURT

4         FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                  OAKLAND DIVISION

6

7    _____

                                          )

8                                         )

     IN RE APPLE iPHONE ANTITRUST    )Civil Action No.

9    LITIGATION                      )4:11-cv-06715YGR

                                          )

10                                        )

11

12

13        ZOOM VIDEOTAPED DEPOSITION OF C.K. HAUN

14                    VOLUME II

15              Palo Alto, California

16           Thursday, January 14, 2021

17

18

19

20

21

22

23

     Reported by:

24   LORI M. BARKLEY, CSR No. 6426

25   PAGES 250 - 348

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 251

1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 OAKLAND DIVISION

4

5

_____

6                                      )

                                       )

7   IN RE APPLE iPHONE ANTITRUST       )Civil Action No.

    LITIGATION                         )4:11-cv-06715YGR

8                                      )

                                       )

9

10

11          Zoom Videotaped deposition of C.K. HAUN,

12   Volume II, taken on behalf, at Palo Alto, California,

13   beginning at 9:08 a.m., and ending at 11:41 a.m., on

14   Thursday, January 14, 2021, before LORI M. BARKLEY,

15   Certified Shorthand Reporter No. 6426.

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 252

```
 1   APPEARANCES:

 2

 3   FOR PURE SWEAT BASKETBALL AND THE APP DEVELOPER CLASS

 4   PLAINTIFFS:

 5       SPERLING & SLATER

 6       BY:  EAMON KELLY

 7       BY:  MARTIN AMARO

 8       Attorneys at Law

 9       55 West Monroe Street, Suite 3200

10       Chicago, Illinois 60603-5072

11       (312) 641-3200

12       ekelly@sperling-law.com

13       mamaro@sperling-law.com

14

15

16   FOR DEVELOPER PLAINTIFF:

17       HAGENS BERMAN SOBOL SHAPIRO LLP

18       (Not present)

19       Attorney at Law

20       715 Hearst Avenue, Suite 202

21       Berkeley, California 94710-1948

22       (510) 725-3000

23       bens@hbsslaw.com

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 253

1   APPEARANCES (CONTINUED):

2

3   FOR DEFENDANT APPLE:

4      GIBSON DUNN & CRUTCHER LLP

5      BY:  CYNTHIA RICHMAN

6      BY:  SARAH AKHTAR

7      Attorneys at Law

8      1050 Connecticut Avenue, NW

9      Washington, DC 20036

10     (202) 955-8234

11     crichman@gibsondunn.com

12     sakhtar@gibsondunn.com

13

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 254

1   APPEARANCES (CONTINUED):

2

3   FOR PLAINTIFF EPIC GAMES, INC.:

4       CRAVATH SWAINE & MOORE

5       BY:  G. ALEJANDRO CARVAJAL

6       BY:  M. BRENT BYARS

7       BY:  MONICA COSCIA

8       Attorneys at Law

9       825 Eighth Avenue, Suite 4043B

10      New York, New York 10019

11      acarvajal@cravath.com

12      mbyars@cravath.com

13      mcoscia@cravath.com

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 255

1   APPEARANCES (CONTINUED):

2

3   FOR CONSUMER CLASS PLAINTIFFS:

4       WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

5       BY:  MARK RIFKIN

6       BY:  JANE DUPONT

7       BY:  JUDAH WEIDERMAN

8       Attorneys at Law

9       270 Madison Avenue, 10th Floor

10      New York, New York 10016

11      rifkin@whafh.com

12

13

14  Also present:

15      Curt Norris, Videographer

16      Jennifer Brown; Stephanie Fine (Apple)

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 292



1        Do you see where I'm referring?

2    A.   Yes.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 293**



17        Q.    I will represent to you that according to

18   Mr. Lawson's LinkedIn page, he joined Apple sometime

19   in 2016 after XcodeGhost.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 302



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 303



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 348

```
 1   STATE OF CALIFORNIA      ) ss.
 2   COUNTY OF LOS ANGELES    )

 3

 4           I, Lori M. Barkley, CSR No. 6426, do hereby
 5   certify:
 6           That the foregoing deposition testimony
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10           That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me, and
13   were thereafter transcribed under my direction and
14   supervision, and that the foregoing pages contain a
15   full, true and accurate record of all proceedings and
16   testimony to the best of my skill and ability.
17           I further certify that I am neither counsel
18   for any party to said action, nor am I related to any
19   party to said action, nor am I in any way interested
20   in the outcome thereof.
21           IN WITNESS WHEREOF, I have subscribed my
22   name this 14th day of January, 2021.
23
24   _____
25           LORI M. BARKLEY, CSR No. 6426
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED