# Exhibit K

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

1  ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **
2
3          UNITED STATES DISTRICT COURT
4      FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                OAKLAND DIVISION
6
7  _____
                                      )
8                                     )
   IN RE APPLE iPHONE TRUST           ) Civil Action No.
9  LITIGATION                         ) 4:11-cv-06715YGR
                                      )
10                                    )
11
12
13           ZOOM VIDEOTAPED DEPOSITION OF
14              RON OKAMOTO, VOLUME I
15                Carmel, California
16          Wednesday, December 16, 2020
17
18
19
20
21
22
23
   Reported by:
24 LORI M. BARKLEY, CSR No. 6426
25 PAGES 1 - 203

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5
   _____
 6                                         )
                                           )
 7  IN RE APPLE iPHONE TRUST               )Civil Action No.
    LITIGATION                             )4:11-cv-06715YGR
 8                                         )
                                           )
 9
10
11         Zoom Videotaped deposition of RON OKAMOTO,
12  Volume I, taken on behalf, at Carmel, California,
13  beginning at 9:11 a.m., and ending at 4:11 p.m., on
14  Wednesday, December 16, 2020, before LORI M. BARKLEY,
15  Certified Shorthand Reporter No. 6426.
16
17
18
19
20
21
22
23
24
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1    APPEARANCES:
 2
 3    FOR THE DEVELOPER CLASS:
 4        SPERLING & SLATER
 5        BY:   ALBERTO RODRIGUEZ
 6        Attorney at Law
 7        55 West Monroe Street, Suite 3200
 8        Chicago, Illinois 60603-5072
 9        (312) 641-3200
10        arodriguez@sperling-law.com
11
12
13    FOR DEVELOPER PLAINTIFF:
14        HAGENS BERMAN SOBOL SHAPIRO LLP
15        BY:   BENJAMIN J. SIEGEL
16        Attorney at Law
17        715 Hearst Avenue, Suite 202
18        Berkeley, California 94710-1948
19        (510) 725-3000
20        bens@hbsslaw.com
21
22
23
24
25
```

```
 1   APPEARANCES (CONTINUED):
 2
 3   FOR CONSUMER CLASS PLAINTIFFS:
 4       WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
 5       BY:  BETSY C. MANIFOLD
 6       Attorney at Law
 7       750 B Street, Symphony Towers, Suite 1820
 8       San Diego, California 92101
 9       (619) 239-4599
10       manifold@whafh.com
11
12   FOR DEFENDANT APPLE:
13       GIBSON DUNN & CRUTCHER LLP
14       BY:  CYNTHIA RICHMAN
15       BY:  SARAH AKHTAR
16       BY:  VERONICA LEWIS
17       Attorneys at Law
18       1050 Connecticut Avenue, NW
19       Washington, DC 20036
20       (202) 955-8234
21       crichman@gibsondunn.com
22       sakhtar@gibsondunn.com
23       vlewis@gibsondunn.com
24
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 5

```
 1   APPEARANCES (CONTINUED):
 2
 3   FOR PLAINTIFF EPIC GAMES, INC.:
 4      CRAVATH SWAINE & MOORE
 5      BY:  G. ALEJANDRO CARVAJAL
 6      BY:  M. BRENT BYARS
 7      BY:  MONICA COSCIA
 8      Attorneys at Law
 9      825 Eighth Avenue, Suite 4043B
10      New York, New York 10019
11      acarvajal@cravath.com
12      mbyars@cravath.com
13      mcoscia@cravath.com
14
15   FOR APPLE INC. (In-House):
16      KATE KASO-HOWARD
17      Attorney at Law
18      One Apple Parkway MS 169-2NYJ
19      Cupertino, California 95104
20      (408) 974-5527
21      kkasohoward@apple.com
22
23
24
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1   APPEARANCES (CONTINUED):
 2
 3   FOR CONSUMER CLASS PLAINTIFFS:
 4      WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
 5      BY:  KATE MCGUIRE
 6      BY:  MARK RIFKIN
 7      Attorneys at Law
 8      Attorney at Law
 9      270 Madison Avenue, 10th Floor
10      New York, New York 10016
11      mcguire@whafh.com
12      Rifkin@whafh.com
13
14   FOR PURE SWEAT BASKETBALL AND THE APP DEVELOPER CLASS
15   PLAINTIFFS:
16      SPERLING & SLATER
17      BY:  MARTIN AMARO
18      Attorney at Law
19      55 West Monroe Street, Suite 3200
20      Chicago, Illinois 60603-5072
21      mamaro@sperling-law.com
22
23   Also present:
24      Matthew Hausle, Videographer
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



```
 1   STATE OF CALIFORNIA      ) ss.
 2   COUNTY OF LOS ANGELES    )
 3
 4        I, Lori M. Barkley, CSR No. 6426, do hereby
 5   certify:
 6        That the foregoing deposition testimony
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10        That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me, and
13   were thereafter transcribed under my direction and
14   supervision, and that the foregoing pages contain a
15   full, true and accurate record of all proceedings and
16   testimony to the best of my skill and ability.
17        I further certify that I am neither counsel
18   for any party to said action, nor am I related to any
19   party to said action, nor am I in any way interested
20   in the outcome thereof.
21        IN WITNESS WHEREOF, I have subscribed my
22   name this 17th day of December, 2020.
23                    [signature]
24        _____
25        LORI M. BARKLEY, CSR No. 6426
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 204

1  ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

3  UNITED STATES DISTRICT COURT
4  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5  OAKLAND DIVISION

7  _____
                                            )
                                            )
8  IN RE APPLE iPHONE TRUST                 ) Civil Action No.
9  LITIGATION                               ) 4:11-cv-06715YGR
                                            )
10                                           )

13  ZOOM VIDEOTAPED DEPOSITION OF
14  RON OKAMOTO, VOLUME II
15  Carmel, California
16  Thursday, December 17, 2020

Reported by:
24  LORI M. BARKLEY, CSR No. 6426
25  PAGES 204 - 435

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 205

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

_____
                                   )
                                   )
IN RE APPLE iPHONE TRUST           ) Civil Action No.
LITIGATION                         ) 4:11-cv-06715YGR
                                   )
                                   )

      Zoom Videotaped deposition of RON OKAMOTO, Volume II, taken on behalf Plaintiff, at Carmel, California, beginning at 9:03 a.m., and ending at 4:12 p.m., on Thursday, December 17, 2020, before LORI M. BARKLEY, Certified Shorthand Reporter No. 6426.

Page 206

1  APPEARANCES:
2
3  FOR THE DEVELOPER CLASS:
4     SPERLING & SLATER
5     BY:  ALBERTO RODRIGUEZ
6     Attorney at Law
7     55 West Monroe Street, Suite 3200
8     Chicago, Illinois 60603-5072
9     (312) 641-3200
10    arodriguez@sperling-law.com
11
12
13 FOR DEVELOPER PLAINTIFF:
14    HAGENS BERMAN SOBOL SHAPIRO LLP
15    BY:  BENJAMIN J. SIEGEL
16    Attorney at Law
17    715 Hearst Avenue, Suite 202
18    Berkeley, California 94710-1948
19    (510) 725-3000
20    bens@hbsslaw.com
21
22
23
24
25

Page 207

1  APPEARANCES (CONTINUED):
2
3  FOR CONSUMER CLASS PLAINTIFFS:
4      WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
5      BY:   BETSY C. MANIFOLD
6      Attorney at Law
7      750 B Street, Symphony Towers, Suite 1820
8      San Diego, California 92101
9      (619) 239-4599
10     manifold@whafh.com
11
12 FOR DEFENDANT APPLE:
13     GIBSON DUNN & CRUTCHER LLP
14     BY:   CYNTHIA RICHMAN
15     BY:   SARAH AKHTAR
16     BY:   VERONICA LEWIS
17     Attorneys at Law
18     1050 Connecticut Avenue, NW
19     Washington, DC 20036
20     (202) 955-8234
21     crichman@gibsondunn.com
22     sakhtar@gibsondunn.com
23     vlewis@gibsondunn.com
24
25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1   APPEARANCES (CONTINUED):
 2
 3   FOR PLAINTIFF EPIC GAMES, INC.:
 4       CRAVATH SWAINE & MOORE
 5       BY:  G. ALEJANDRO CARVAJAL
 6       BY:  M. BRENT BYARS
 7       BY:  MONICA COSCIA
 8       Attorneys at Law
 9       825 Eighth Avenue, Suite 4043B
10       New York, New York 10019
11       acarvajal@cravath.com
12       mbyars@cravath.com
13       mcoscia@cravath.com
14
15   FOR APPLE INC. (In-House):
16       KATE KASO-HOWARD
17       Attorney at Law
18       One Apple Parkway MS 169-2NYJ
19       Cupertino, California 95104
20       (408) 974-5527
21       kkasohoward@apple.com
22
23
24
25
```

1   APPEARANCES (CONTINUED):

2

3   FOR CONSUMER CLASS PLAINTIFFS:

4       WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

5       BY:  KATE MCGUIRE

6       BY:  MARK RIFKIN

7       Attorneys at Law

8       Attorney at Law

9       270 Madison Avenue, 10th Floor

10      New York, New York 10016

11      mcguire@whafh.com

12      Rifkin@whafh.com

13

14  FOR PURE SWEAT BASKETBALL AND THE APP DEVELOPER CLASS

15  PLAINTIFFS:

16      SPERLING & SLATER

17      BY:  MARTIN AMARO

18      Attorney at Law

19      55 West Monroe Street, Suite 3200

20      Chicago, Illinois 60603-5072

21      mamaro@sperling-law.com

22

23  Also present:

24      Matthew Hausle, Videographer

25



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED





Page 405

1  STATE OF CALIFORNIA       ) ss.
2  COUNTY OF LOS ANGELES     )
3
4         I, Lori M. Barkley, CSR No. 6426, do hereby
5  certify:
6         That the foregoing deposition testimony
7  taken before me at the time and place therein set
8  forth and at which time the witness was administered
9  the oath;
10        That the testimony of the witness and all
11 objections made by counsel at the time of the
12 examination were recorded stenographically by me, and
13 were thereafter transcribed under my direction and
14 supervision, and that the foregoing pages contain a
15 full, true and accurate record of all proceedings and
16 testimony to the best of my skill and ability.
17        I further certify that I am neither counsel
18 for any party to said action, nor am I related to any
19 party to said action, nor am I in any way interested
20 in the outcome thereof.
21        IN WITNESS WHEREOF, I have subscribed my
22 name this 18th day of December, 2020.
23
24        _____
25        LORI M. BARKLEY, CSR No. 6426

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED