# Exhibit L

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3               OAKLAND DIVISION

4

5   _____

                                    )

6                                   )

    IN RE APPLE iPHONE TRUST        ) CIVIL ACTION NO.

7   LITIGATION                      ) 4:11-cv-06715YGR

                                    )

8   _____)

9

10

11     ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

12              REMOTE PROCEEDINGS OF

13     VIDEOTAPED DEPOSITION OF PHILLIP B. SHOEMAKER

14             TUESDAY, JANUARY 12, 2021

15

16

17

18

19

20

21

22   REPORTED BY:  REAGAN EVANS, RPR, RMR, CRR, CCRR,

23              CLR, CRC, CA CSR NO. 8176

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1    VIDEOTAPED DEPOSITION OF PHILLIP B. SHOEMAKER, TAKEN

2    REMOTELY ON BEHALF OF THE PLAINTIFF AT 9:04 A.M.,

3    TUESDAY, JANUARY 12, 2021, AT SAN DIEGO, CALIFORNIA,

4    BEFORE REAGAN EVANS, CA CSR NO. 8176, RPR, RMR, CRR,

5    CCRR, CLR, CRC.

6

7    APPEARANCES OF COUNSEL

8

9    FOR PLAINTIFF EPIC GAMES, INC.:

10        CRAVATH SWAINE & MOORE

11        BY:  YONATAN EVEN, ESQ.

12        BY:  AMAL EL BAKHAR, ESQ.

13        BY:  LAUREN KLOSS, ESQ.

14            (ALL APPEARING REMOTELY)

15        825 EIGHTH AVENUE, SUITE 4043B

16        NEW YORK, NEW YORK 10019

17        YEVEN@CRAVATH.COM

18        AELBAKHAR@CRAVATH.COM

19        LKLOSS@CRAVATH.COM

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1    APPEARANCES OF COUNSEL (CONTINUED)

2

3    FOR CONSUMER CLASS PLAINTIFFS:

4        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

5        BY:  BETSY C. MANIFOLD, ESQ.

6            (APPEARING REMOTELY)

7        750 B STREET SYMPHONY TOWER, SUITE 1820

8        SAN DIEGO, CALIFORNIA 92101

9        (619) 239-4599

10       MANIFOLD@WHAFH.COM

11           - AND -

12       BY:  AMANDA SALAS, ESQ.

13       270 MADISON AVENUE, 10TH FLOOR

14       NEW YORK, NEW YORK 10016

15       (212) 545-4600

16       SALAS@WHAFH.COM

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

1   APPEARANCES OF COUNSEL (CONTINUED)

2

3   FOR DEVELOPER PLAINTIFFS:

4       HAGENS BERMAN SOBOL SHAPIRO LLP

5       BY:  BENJAMIN J. SIEGEL, ESQ.

6           (APPEARING REMOTELY)

7       715 HEARST AVENUE, SUITE 202

8       BERKELEY, CALIFORNIA 94710-1948

9       (510) 725-3000

10      BENS@HBSSLAW.COM

11          - AND -

12      CARLSON LYNCH LLP

13      BY:  ELIZABETH POLLOCK-AVERY, ESQ.

14          (APPEARING REMOTELY)

15      1133 PENN AVENUE, 5TH FLOOR

16      PITTSBURGH, PENNSYLVANIA 15222

17      (412) 322-9243

18      EAVERY@CARLSONLYNCH.COM

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 5

```
 1   APPEARANCES OF COUNSEL (CONTINUED)

 2

 3   FOR APPLE:

 4        GIBSON DUNN & CRUTCHER LLP

 5        BY:  ZAINAB N. AHMAD, ESQ.

 6             (APPEARING REMOTELY)

 7        200 PARK AVENUE, 47TH FLOOR

 8        NEW YORK, NEW YORK 10166

 9        (212) 351-4000

10        ZAHMAD@GIBSONDUNN.COM

11             - AND -

12        BY:  HARRY R.S. PHILLIPS, ESQ.

13             (APPEARING REMOTELY)

14        1050 CONNECTICUT AVENUE NW

15        WASHINGTON, DC 20036

16        (202) 887-3706

17        HPHILLIPS@GIBSONDUNN.COM

18

19

20

21

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

1   APPEARANCES OF COUNSEL (CONTINUED)

2

3   FOR APPLE INC.:

4       BY:  KATE KASO-HOWARD, ESQ.

5       BY:  NOREEN KRALL, ESQ.

6            (APPEARING REMOTELY)

7       ONE APPLE PARKWAY MS 169-2NYJ

8       CUPERTINO, CALIFORNIA 95104

9       (408) 783-8369

10      KKASOHOWARD@APPLE.COM

11      NKRALL@APPLE.COM

12

13

14   ALSO PRESENT:  NEIL GEORGE, VIDEOGRAPHER

15                  MATTHEW REISDORPH, REMOTE TECH

16                  TED WOJCIK, APPLE

17                  (ALL APPEARING REMOTELY)

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

12        MR. EVEN:  So I'm going to mark as

13   Exhibit 96 a page that we've printed out from your

14   profile on LinkedIn.

15             (Whereupon Shoemaker Exhibit 96 was

16             marked for identification and

17             attached hereto.)

18        MR. EVEN:  Amal, please let us know once

19   that's in Mr. Shoemaker's folder.

20        MS. EL BAKHAR:  Yes, it says it's loaded.

21   BY MR. EVEN:

22     Q   Mr. Shoemaker, please take a look and see

23   if you can open that up.

24     A   Yes, I can open it up.

25     Q   And does this seem like a correct copy of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

1    your profile on LinkedIn?

2         A    Yes, it does look accurate.

3         Q    And is your LinkedIn profile generally

4    accurate and current?

5         A    Generally, yes.

6         Q    And so if I look at the first page, it says

7    (as read and/or reflected:)

8                   I'm available to help

9              developers get their apps onto the

10             App Store, and have been advising

11             numerous entities on the issues

12             they face when getting removed from

13             the App Store.

14             Do you see that?

15        A    Yes, I do.

16        Q    And in what way do you help developers get

17   their apps into the App Store?

18        A    That's -- there's a variety of ways.  Most

19   developers have issues in just getting Apple to

20   re-review their apps.

21             And I developed a technique that allows

22   those apps to get re-reviewed relatively quickly.

23        Q    And at a high level, can you explain what

24   that technique is?

25        A    To accurately describe the problems that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 26

1    they're facing and to send those -- send an e-mail

2    to the highest authorities at Apple that manage the

3    App Store.

4         Q    And who would those authorities be?

5    █    ███████████████████████████████████████████

6         Q    And when you say accurately describe the

7    problems that the app developer is facing, how does

8    the app developer know what exactly is the problem

9    that it's facing?

10        A    Because they get rejection notices from the

11   Apple -- the App Store Review team that tells them

12   what issues they are facing.

13        Q    Okay.

14             And how often do you help developers with

15   issues with getting approved onto the App Store?

16        A    Could be once a month.  Could be once a

17   week.  It depends on -- just on people getting in

18   touch.  I helped someone last week, but nobody

19   recently has contacted me.

20        Q    Okay.

21             And is there a difference in the way to

22   approach the issue if you're dealing with somebody

23   who is trying to get onto the App Store as opposed

24   to somebody who has been removed from the App Store?

25        A    Each one is different.  Each one is

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 113



   REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 115**



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 326

1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES )    ss.

3

4        I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,

5    CSR No. 8176, in and for the State of California, do

6    hereby certify:

7        That prior to being examined, the witness named

8    in the foregoing deposition was by me duly sworn to

9    testify to the truth, the whole truth, and nothing

10   but the truth;

11       That said remote deposition was taken down by me

12   in shorthand at the time and place therein named and

13   thereafter reduced to typewriting under my

14   direction, and the same is a true, correct, and

15   complete transcript of said proceedings;

16       That if the foregoing pertains to the original

17   transcript of a deposition in a federal case, before

18   completion of the proceedings, review of the

19   transcript { } was { } was not required.

20       I further certify that I am not interested in

21   the event of the action.

22       Witness my hand this 13th day of January, 2021.

23

24   _____

                Certified Shorthand Reporter

25              for the State of California

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 330

1          ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3                    UNITED STATES DISTRICT COURT

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                          OAKLAND DIVISION

6                       _____

7

                                          )

8                                         )

         IN RE APPLE iPHONE TRUST    )Civil Action No.

9        LITIGATION                  )4:11-cv-06715YGR

                                          )

10                                        )

11

12

13

14                    REMOTE VIDEOTAPED DEPOSITION

15                               OF

16                    PHILLIP BURTON SHOEMAKER

17                            VOLUME II

18                  Thursday, January 14, 2021

19                     San Diego, California

20

21

22

23        Reported by:

24        B. Suzanne Hull, CSR No. 13495

25        Pages 330 - 590

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 331

1            UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  OAKLAND DIVISION

4            _____

5

                                    )

6                                   )

     IN RE APPLE iPHONE TRUST    )Civil Action No.

7     LITIGATION                 )4:11-cv-06715YGR

                                    )

8                                   )

9

10

11            Remote videotaped deposition of

12    PHILLIP BURTON SHOEMAKER, Volume II, taken on behalf of

13    Plaintiff, at San Diego, California, beginning at

14    9:07 a.m., and ending at 3:27 p.m., on Thursday,

15    January 14, 2021, before B. SUZANNE HULL, Certified

16    Shorthand Reporter No. 13495.

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 332

```
 1                         APPEARANCES
 2
 3
 4
      For Developer          Hagens Berman Sobol Shapiro, LLP
 5    Plaintiff:             By MR. BENJAMIN J. SIEGEL
                             Attorney at Law
 6                           715 Hearst Avenue
                             Suite 202
 7                           Berkeley, California 94710
                             (510) 725-3000
 8                           bens@hbsslaw.com
                                        - and -
 9                           National Employment Law Project
                             By MS. ELIZABETH L. AVERY
10                           Attorney at Law
                             2030 Addison Street
11                           Suite 420
                             Berkeley, California 94704
12                           (510) 663-5708
13
14
15    For Consumer Class     Wolf Haldenstein Adler Freeman &
      Plaintiffs:            Herz, LLP
16                           By MS. BETSY C. MANIFOLD
                             Attorney at Law
17                           750 B Street
                             Symphony Towers
18                           Suite 1820
                             San Diego, California 92101
19                           (619) 234-3896
                             manifold@whafh.com
20
21
22
23
24
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
                                                  Page 333

 1                    APPEARANCES (Continued)
 2

 3

 4    For Defendant Apple:   Gibson Dunn & Crutcher, LLP
                             By MS. ZAINAB N. AHMAD
 5                           Attorney at Law
                             200 Park Avenue
 6                           New York, New York 10166
                             (212) 351-2609
 7                           zahmad@gibsondunn.com
                                       - and -
 8                           By MR. HARRY R.S. PHILLIPS
                             Attorney at Law
 9                           1050 Connecticut Avenue, NW
                             Washington, D.C. 20036
10                           (202) 955-8234
                             hphillips2@gibsondunn.com
11

12

      For Defendant Apple,   Apple, Inc.
13    Inc. (In-House):       By MS. KATHERINE A. KASO-HOWARD
                                MS. NOREEN A. KRALL
14                           Attorneys at Law
                             One Infinite Loop
15                           Stop 169-2NYJ
                             Cupertino, California 95014
16                           (408) 974-5527
                             kkasohoward@apple.com
17                           nkrall@apple.com
18

19    For Plaintiff Epic     Cravath Swaine & Moore
      Games, Inc.:           By MR. YONATAN EVEN
20                              MS. AMAL EL BAKHAR
                             Attorneys at Law
21                           Worldwide Plaza
                             825 Eighth Avenue
22                           New York, New York 10019
                             (212) 474-1958
23                           (212) 474-1785
                             yeven@cravath.com
24                           aelbakhar@cravath.com
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 334

1                    APPEARANCES (Continued)

2

3

4      The Videographer:        Neil George

5      The Concierge:           Vincent Maggiano

6      Also Present:            Amanda Salas

                                Lauren E. Kloss

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 379



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 380

▮

▮

▮

▮

▮

```
 6          I don't know -- I don't know the number of
 7   the next exhibit in order, but if you could just --
 8   just pull it up, and you can -- you can tell me.
 9          MR. SIEGEL:  And, Liz, please make sure that
10   all the remaining -- all the remaining exhibits are
11   up.  I think it should just be two more, the one
12   Mr. Shoemaker is looking at and the next one.
13          MS. AVERY:  Okay.
14          (Plaintiffs' Exhibit Number PX-166
15          was marked for identification.)
16          THE WITNESS:  Okay.
17   BY MR. SIEGEL:
18      Q.  So Mr. Shoemaker, what -- what exhibit
19   number do you have in front of you right now?
20      A.  166-03.
21      Q.  Okay.  Is that Bates numbered
22   APL-APPSTORE_00334340?
23      A.  Yes, it is.
24      Q.  Okay.  Thank you.
25          So looking at the top of the first page,
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 396

1          So is that fair to say?

2     A.  Yes, it is.

3     Q.  Thank you.

4          So let's look at Exhibit 168.

5          (Plaintiffs' Exhibit Number PX-168

6          was marked for identification.)

7          THE WITNESS:  Okay.  I have opened it.

8  BY MS. MANIFOLD:

9     Q.  Thank you.

10         Exhibit 168 is Bates stamped 03233853, and

11  it is entitled app review over- -- overview; is that

12  right?  Yes.

13         And then you'll notice in the far right --

14  unfortunately, the sticker stamp is over it.  There

15  is a faint thing that says 12/05/10 at the very

16  bottom.  Unfortunately, the sticker covers it.  We

17  can try and redo that if there is a problem, but I'll

18  represent that -- for this moment that that is what

19  that date says -- that date says.

20         From a high level, does this depict the flow

21  of the app review process in about 2010?

22     A.  Yeah.  Let me have a look at it really fast.

23  It appears to be accurate, yes.

24     Q.  And in looking it over, did this -- this

25  overview -- this high level view of the app review

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 397

1    process, ███████████████████████████████████

     ██████

     ████    ██████████████████████████

4         Q.  So let's just start at the front door; so in

5    order to get an app submitted, is it fair to say you

6    had to be first a paid member of the app developer

7    program?  Correct?

8         A.  Yes.  That's correct.

9         Q.  And then you had to create a bill, the final

10   signed application; correct?

11        A.  Yes.  That's correct.

12        Q.  And then you could go to the front door and

13   upload the app, which is where that big bubble at the

14   top says app submitted; is that correct?

15        A.  Yes.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED www.veritext.com

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 398



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 399



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 400**



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 401



25          Q.  So if all those issues cleared, then the app

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 402

 1   would be approved; is that correct?

 2        A.   That is correct.

 3        Q.   And then the app would be, in some way or

 4   form, loaded onto the App Store; correct?

 5        A.   That's correct.

 6        Q.   And how are -- from a very high level of

 7   view, how are the apps then loaded on the App Store?

 8        A.   Well --

 9        Q.   Well, let me -- that is -- that is too broad

10   a question.  I apologize for that.

11             So when the app is loaded onto the

12   App Store, is it loaded into a specific category?

13        A.   Developers, yes.  Developers submit --

14   when -- during their submission process, part of

15   iTunes Connect, when they enter all the marketing

16   data, there is two other -- there is two main things

17   that they put there.  They put in a category and

18   a subcategory of which they want to be presented.

19   Apple doesn't control that.  The developer controls

20   it.

21             And they self rate.  They talk -- they

22   answer a series of questions to determine what the

23   app should be rated.  Should we rate it four plus,

24   nine plus, twelve plus, or seventeen plus.  And that

25   just means the severity of the content; right?  The

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 403

```
 1    adultness of the content, if you will.
 2            So they make those changes.  They set those
 3    themselves.  And then when it comes time, once my
 4    team would approve the app, it would get put into
 5    a queue that -- that ultimately gets uploaded to the
 6    store.  ████████████████████████████████████████
      ████████████████████████████████████████████████████
      ████████████████████████    ████████████████████████
      ████████████████████████████████████████████████████
      ████████████████████████████████████.  But once my
11    team pressed approved, they got some -- they got
12    placed on the store in the category in which they
13    selected.
14        Q.  So from a user perspective, how is the
15    App Store organized?  You mentioned categories.
16    I assume that is one.  How else was the App Store
17    organized from a high level user perspective?
18        A.  Well, high level user perspective, the --
19    the user, when they would launch the App Store, they
20    would see a series of boxes on the screen that are
21    these ones that the App Store marketing team wanted
22    to feature.  They call them splooshes that you put up
23    on the -- on the -- on the App Store.  You could
24    search by -- you could search by anything.  You could
25    go into categories -- various categories.  I have
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 404

1   forgotten all the categories, but utilities,

2   lifestyle, games -- things like that.  They could

3   choose those and -- and walk through them.

4           And then there is charts.  There were charts

5   for most downloaded or top downloaded.  Top grossing;

6   so apps that were making the most money.  That means

7   a lot of people were spending a lot of time on those,

8   et cetera.

9       Q.   Okay.  So let's go back into the App Store

10  now.  We have gotten an app approved.  Now let's go

11  back in.  Let's assume that we are reviewing the

12  binary and there is an IAP.

13          What would happen next?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 405



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 406**



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER



Page 407

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 408



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 409**



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 410

3      Q.   Okay.   Meaning that, you know, developers

4   knew that, for example, you know, you had to have

5   a certain type of IAP or certain types of functions

6   triggered an IAP, things like that, clarification?

7      A.   Yes.   Clarification in general all across

8   the board.   For us it was -- for some reason

9   developers thought that because there was no

10  pornography app on the store that they could submit

11  pornography.   They would be the first ones out there;

12  so we had a lot of those.   And -- and until we wrote

13  guidelines saying we will not accept this, they kept

14  trying.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 411

1    Q.   Okay.  And I didn't ask you, what is the

2    engine consolidation app from a -- now, don't be

3    technical -- from a very, you know, normal person

4    point of view?

5    A.   Yeah.  So these are apps that all look the

6    same.  Let's say -- let's say you want to -- you want

7    a weather app; right?  You don't want to use Apple's

8    built-in weather app.  You want your own; so people

9    would create a Cupertino weather app, a Sunnyvale

10   weather app, a -- a San Diego weather app,

11   a Carmel Valley weather app, an Encinitas weather

12   app.  I mean, they inundated the store.  They all

13   look the same; they just changed the name and the

14   location that it gave the weather for; so those were

15   apps that we would say, you need to consolidate that.

16   Just give us one weather app that uses your geo

17   location to give me the weather in that area, you

18   know.  You don't need one specifically for Seattle.

19   Just -- just allow them to choose Seattle as one of

20   the -- the weathers that you want to look at.

21        So there were those.  There were ones for

22   lawyers.  There were ones for barbers.  There were

23   ones for everything.

24   Q.   Okay.

25   A.   So they would submit tens of thousands of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 412

1    these at once.  Literally, we would get one app -- we

2    would get 10,000 apps submitted by one developer in

3    one -- over the course of a weekend.

4        Q.  Okay.  Well, that makes sense.

5        A.  Yeah.

6        Q.  Well, I have seen the weather app before,

7    and in San Diego 365 days a year it is always

8    70 degrees.  I can see how that would be a little

9    terrible.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 586

1    STATE OF CALIFORNIA )
                         ) ss.
2    COUNTY OF KERN      )

3

4

5          I, B. Suzanne Hull, a Certified Shorthand

6    Reporter in the State of California, holding

7    Certificate Number 13495, do hereby certify that

8    PHILLIP BURTON SHOEMAKER, the witness named in the

9    foregoing deposition, was by me duly sworn; that said

10   deposition, was taken Thursday, January 14, 2021, at

11   the time and place set forth on the first page

12   hereof.

13         That upon the taking of the deposition, the

14   words of the witness were written down by me in

15   stenotypy and thereafter transcribed by computer

16   under my supervision; that the foregoing is a true

17   and correct transcript of the testimony given by the

18   witness.

19         Pursuant to Federal Rule 30(e), transcript

20   review was requested.

21         I further certify that I am neither counsel

22   for nor in any way related to any party to said

23   action, nor in any way interested in the result or

24   outcome thereof.

25   ///

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 587

1          Dated this 15th day of January, 2021, at

2     Bakersfield, California.

3

4     _____

5          B. Suzanne Hull, CSR No. 13495

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED