# Exhibit C

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              APL-APPSTORE_02024834

**From:** ███████████████████.>

Date: June 8, 2015 at 12:27:09 PM PDT

**To:** tcook@apple.com

**Subject:** ███████

**Tim**

**As a developer I am completely insulted.  Why? The amount of effort you are putting into discovery for artist on Apple Music.  If the App Store had that level discovery found in Apple Music it would enable the small husband and wife teams to compete with the large AAA studios.  The very d**

**evelopers you are courting and putting the conference on for just got a big middle finger that they are second class citizens in Apple's efforts when it comes to discovery.  Completely feeling insulted right now.  For the first time since 2009 I angry about how Apple is treating developers.**

**A new Apple TV with App Store support opening up gaming on the TV would have been a much better announcement for developers.  Apple Music was a waste of time and frankly the worse demo Apple has given in the 8 years.**

**Very unhappy developer.**



**President** ███████████

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        APL-APPSTORE_02024835