# Exhibit E

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



\>\>\>\> Date: December 1, 2015 at 9:27:16 AM PST
\>\>\>\> To: tcook@apple.com <mailto:tcook@apple.com>
\>\>\>\> Subject: Dear Mr. Cook
\>\>\>\>

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          APL-APPSTORE_04662543

>>>> Good Evening Mr. Cook, my name is ▇▇▇▇▇▇ and my company is called ▇▇▇▇▇▇.
>>>>
>>>> I'm writing to you because of a problem with the App Review Procedure but before going into detail I would like to introduce myself.
>>>>
>>>> ▇▇▇▇▇▇ Never used any other computer, Apple was and is my life.
>>>>
>>>> During the years I moved to any possible kind of work with my mac: graphic design, DTP, visual effects, animations, DVD an Blu Ray Authoring and since 2010 Apps, especially AR Apps, we are now so good that big companies call us.
>>>> We did ▇▇▇▇▇▇, and we have many successful apps published.
>>>>
>>>> I love everything about apps, especially the way that the developer portal works, its my entire world now and here I get to the point of this email.
>>>>
>>>> The App Review Procedure it is really problematic, it is really slow and most of the time unfair. We have apps approved and then other apps that are basically the same, rejected. Every time there is a new reason for rejection, most of the time I send the app again "untouched" and then gets approved.
>>>> Clearly there is something wrong but there must be something to improve this, it can't continue this way.
>>>>
>>>> App Review long time costed us several clients, ALL our business relies on the app been published in time, AR apps are really hard to do, many animations, 3d modelling, code, testing and then it gets stuck on app review.
>>>>
>>>> The final client (▇▇▇▇▇▇) doesn't get it and it happens that we lost business, we tried to explain that its not our fault, but the client doesn't see it this way.
>>>>
>>>> I'm writing to you now (but I wanted to write a long time ago) because I tried every possible way, this is the last try, we have another rejection, after 12 days of wait…its a small app for a new client and it could be good business for us, unfortunately the client already told us that if the app its not published this week, no more business for us.
>>>> This is the third time that happened, this could cost us the future of my company and I don't think its fair.
>>>>
>>>> I know I am completely insane to write to you, I'm no one but I had to try.
>>>>
>>>> Please, if you can help me in this specific issue, PLEASE, try to improve or change the app review process, I can't run a business this way.
>>>>
>>>> Thank you for reading,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-APPSTORE_04662544

```
>>>>
>>>> PS: As a loyal Apple user I would like to congratulate with you for the amazing
success of Apple, back in the days everybody was laughing at me when I said Apple is
the best and is going to be the future…and look now.
>>>>
>>>> Best regards,
>>>>
>>>>
>>>>
```



```
>>>>
>>
>
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-APPSTORE_04662545



**Date:** December 1, 2015 at 9:27:16 AM PST
**To:** tcook@apple.com

**Subject: Dear Mr. Cook**

Good Evening Mr. Cook, my name is ███████ and my company is called Red███

I'm writing to you because of a problem with the App Review Procedure but before going into detail I would like to introduce myself.

███████ Never used any other computer, Apple was and is my life.

During the years I moved to any possible kind of work with my mac: graphic design, DTP, visual effects, animations, DVD an Blu Ray Authoring and since 2010 Apps, especially AR Apps, we are now so good that big companies call us.
We did ███████, and we have many successful apps published.

I love everything about apps, especially the way that the developer portal works, its my entire world now and here I get to the point of this email.

The App Review Procedure it is really problematic, it is really slow and most of the time unfair. We have apps approved and then other apps that are basically the same, rejected. Every time there is a new reason for rejection, most of the time I send the app again "untouched" and then gets approved.
Clearly there is something wrong but there must be something to improve this, it can't continue this way.

App Review long time costed us several clients, ALL our business relies on the app been published in time, AR apps are really hard to do, many animations, 3d modelling, code, testing and then it gets stuck on app review.

The final client (███████) doesn't get it and it happens that we lost business, we tried to explain that its not our fault, but the client doesn't see it this way.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      APL-APPSTORE_04662546

I'm writing to you now (but I wanted to write a long time ago) because I tried every possible way, this is the last try, we have another rejection, after 12 days of wait…its a small app for a new client and it could be good business for us, unfortunately the client already told us that if the app its not published this week, no more business for us.
This is the third time that happened, this could cost us the future of my company and I don't think its fair.

I know I am completely insane to write to you, I'm no one but I had to try.

Please, if you can help me in this specific issue, PLEASE, try to improve or change the app review process, I can't run a business this way.

Thank you for reading,

PS: As a loyal Apple user I would like to congratulate with you for the amazing success of Apple, back in the days everybody was laughing at me when I said Apple is the best and is going to be the future…and look now.

Best regards,



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-APPSTORE_04662547