# Exhibit G

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

___________________________________
)
)
IN RE APPLE iPHONE TRUST ) CIVIL ACTION NO.
LITIGATION ) 4:11-cv-06715YGR
)
___________________________________)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

REMOTE PROCEEDINGS OF
VIDEOTAPED DEPOSITION OF PHILLIP B. SHOEMAKER
TUESDAY, JANUARY 12, 2021

REPORTED BY: REAGAN EVANS, RPR, RMR, CRR, CCRR, CLR, CRC, CA CSR NO. 8176

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF PHILLIP B. SHOEMAKER, TAKEN REMOTELY ON BEHALF OF THE PLAINTIFF AT 9:04 A.M., TUESDAY, JANUARY 12, 2021, AT SAN DIEGO, CALIFORNIA, BEFORE REAGAN EVANS, CA CSR NO. 8176, RPR, RMR, CRR, CCRR, CLR, CRC.

APPEARANCES OF COUNSEL

FOR PLAINTIFF EPIC GAMES, INC.:

CRAVATH SWAINE & MOORE
BY: YONATAN EVEN, ESQ.
BY: AMAL EL BAKHAR, ESQ.
BY: LAUREN KLOSS, ESQ.
(ALL APPEARING REMOTELY)
825 EIGHTH AVENUE, SUITE 4043B
NEW YORK, NEW YORK 10019
YEVEN@CRAVATH.COM
AELBAKHAR@CRAVATH.COM
LKLOSS@CRAVATH.COM

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APPEARANCES OF COUNSEL (CONTINUED)

FOR CONSUMER CLASS PLAINTIFFS:

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
BY: BETSY C. MANIFOLD, ESQ.
(APPEARING REMOTELY)
750 B STREET SYMPHONY TOWER, SUITE 1820
SAN DIEGO, CALIFORNIA 92101
(619) 239-4599
MANIFOLD@WHAFH.COM
- AND -
BY: AMANDA SALAS, ESQ.
270 MADISON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10016
(212) 545-4600
SALAS@WHAFH.COM

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APPEARANCES OF COUNSEL (CONTINUED)

FOR DEVELOPER PLAINTIFFS:

HAGENS BERMAN SOBOL SHAPIRO LLP
BY: BENJAMIN J. SIEGEL, ESQ.
(APPEARING REMOTELY)
715 HEARST AVENUE, SUITE 202
BERKELEY, CALIFORNIA 94710-1948
(510) 725-3000
BENS@HBSSLAW.COM

- AND -

CARLSON LYNCH LLP
BY: ELIZABETH POLLOCK-AVERY, ESQ.
(APPEARING REMOTELY)
1133 PENN AVENUE, 5TH FLOOR
PITTSBURGH, PENNSYLVANIA 15222
(412) 322-9243
EAVERY@CARLSONLYNCH.COM

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APPEARANCES OF COUNSEL (CONTINUED)

FOR APPLE:

GIBSON DUNN & CRUTCHER LLP
BY: ZAINAB N. AHMAD, ESQ.
(APPEARING REMOTELY)
200 PARK AVENUE, 47TH FLOOR
NEW YORK, NEW YORK 10166
(212) 351-4000
ZAHMAD@GIBSONDUNN.COM
- AND -
BY: HARRY R.S. PHILLIPS, ESQ.
(APPEARING REMOTELY)
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036
(202) 887-3706
HPHILLIPS@GIBSONDUNN.COM

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APPEARANCES OF COUNSEL (CONTINUED)

FOR APPLE INC.:

BY: KATE KASO-HOWARD, ESQ.
BY: NOREEN KRALL, ESQ.
(APPEARING REMOTELY)
ONE APPLE PARKWAY MS 169-2NYJ
CUPERTINO, CALIFORNIA 95104
(408) 783-8369
KKASOHOWARD@APPLE.COM
NKRALL@APPLE.COM

ALSO PRESENT: NEIL GEORGE, VIDEOGRAPHER
MATTHEW REISDORPH, REMOTE TECH
TED WOJCIK, APPLE
(ALL APPEARING REMOTELY)

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

your profile on LinkedIn?

A Yes, it does look accurate.

Q And is your LinkedIn profile generally accurate and current?

A Generally, yes.

Q And so if I look at the first page, it says (as read and/or reflected:)

I'm available to help developers get their apps onto the App Store, and have been advising numerous entities on the issues they face when getting removed from the App Store.

Do you see that?

A Yes, I do.

Q And in what way do you help developers get their apps into the App Store?

A That's -- there's a variety of ways. Most developers have issues in just getting Apple to re-review their apps.

And I developed a technique that allows those apps to get re-reviewed relatively quickly.

Q And at a high level, can you explain what that technique is?

A To accurately describe the problems that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

they're facing and to send those -- send an e-mail to the highest authorities at Apple that manage the App Store.

Q And who would those authorities be?

A [redacted].

Q And when you say accurately describe the problems that the app developer is facing, how does the app developer know what exactly is the problem that it's facing?

A Because they get rejection notices from the Apple -- the App Store Review team that tells them what issues they are facing.

Q Okay.

And how often do you help developers with issues with getting approved onto the App Store?

A Could be once a month. Could be once a week. It depends on -- just on people getting in touch. I helped someone last week, but nobody recently has contacted me.

Q Okay.

And is there a difference in the way to approach the issue if you're dealing with somebody who is trying to get onto the App Store as opposed to somebody who has been removed from the App Store?

A Each one is different. Each one is

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Do you see that?
A Yes, I do.
Q [redacted]?
A I'm not sure. I don't remember what -- I mean, there could be numerous contexts here, but I'm not sure what they are.
Q If you turn to page 32.
A Okay.
Q You see there are [redacted]?
A Yes.
Q And what does this list represent?
[redacted]

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES ) ss.

I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC, CSR No. 8176, in and for the State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said remote deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and the same is a true, correct, and complete transcript of said proceedings;

That if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript { } was { } was not required.

I further certify that I am not interested in the event of the action.

Witness my hand this 13th day of January, 2021.

Certified Shorthand Reporter
for the State of California

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED