Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC. )
) Case No: 20cv5640-YGR
Plaintiff(s), )
)
v. ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
APPLE INC. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Nathan E. Denning , an active member in good standing of the bar of
New York , hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: Epic Games, Inc. in the
above-entitled action. My local co-counsel in this case is Paul Riehle , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| Wiggin and Dana LLP, 437 Madison Ave, 35th Floor, New York, NY 10022 | Faegre Drinker Biddle & Reath LLP, 4 Embarcadero Ctr., 27th Fl., San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (212) 551-2630 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 591-7500 |
| MY EMAIL ADDRESS OF RECORD: ndenning@wiggin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: paul.riehle@faegredrinker.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 4899761 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 01/27/21                                    Nathan E. Denning
                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nathan E. Denning is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:

                                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE