THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>              Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>              Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR-TSH<br>Case No. 4:11-cv-06714-YGR-TSH<br>Case No. 4:19-cv-03074-YGR-TSH<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DISCOVERY ORDER** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br><br>              Plaintiffs<br><br>       v.<br><br>APPLE INC.,<br><br>              Defendant. | Hon. Thomas S. Hixson |

Gibson, Dunn &
Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DISCOVERY ORDER
Case Nos. 4:11-cv-06714-YGR-TSH; 4:19-cv-03074-YGR-TSH; 4:20-cv-05640-YGR-TSH

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Apple Inc. ("Apple") moves the Court to partially seal its January 26, 2021 Discovery Order, Epic Games Dkt. 291.  This motion is filed pursuant to the same Order, which instructed that "[a]ny party or Samsung may file proposed redactions to this order by noon January 28, 2021."  Epic Games Dkt. 291 at 10.  Apple respectfully submits that sealing is appropriate to protect the confidentiality of Apple's internal discussions and decision-making regarding the management of its business.

A party seeking to seal materials filed in connection with a non-dispositive motion must make a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006).  Apple seeks to seal internal strategic decision-making discussions that, if disclosed, could reveal to competitors Apple's reasoning for adopting, or not adopting, certain business initiatives or indications of Apple's future plans.  The public disclosure of such information would cause Apple economic harm and put it at competitive disadvantage.  *See Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016) (finding there was a compelling reason for sealing when records contained business information that could be used to harm a litigant's competitive standing); *see also Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (acknowledging courts' "broad latitude" to "prevent disclosure of materials for many types of information, including, *but not limited to*, . . . confidential . . . commercial information").

The information described in the portion of the Order sought to be sealed describes an internal process of discussion and a directive regarding improvement in a certain aspect of Apple's service offerings.  The Court has already sealed the document that appears to be its basis for making the statements that are sought to be sealed.  *See* Epic Games Dkt. 287-13.  Because this dispute does not implicate the merits of the case, the public will suffer no prejudice in its ability to follow the proceedings.

Apple therefore requests that the Court seal the following:

| Document | Redacted Material |
|---|---|
| January 26, 2021 Discovery Order Filed Under Seal | Page 7, lines 9 through 11 |

Dated:  January 28, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:     _/s/ Ethan D. Dettmer_____
                Ethan D. Dettmer


Attorneys for Defendant Apple Inc.

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DISCOVERY ORDER
CASE NOS. 4:11-CV-06714-YGR-TSH; 4:19-CV-03074-YGR-TSH; 4:20-CV-05640-YGR-TSH