UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br>       Plaintiff, Counter-defendant <br> v. <br> APPLE INC., <br>       Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR-TSH <br> Case No. 4:11-cv-06714-YGR-TSH <br> Case No. 4:19-cv-03074-YGR-TSH <br><br> **[PROPOSED] ORDER RE: MOTION TO SEAL** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*, <br>       Plaintiffs <br> v. <br> APPLE INC., <br>       Defendant. | Hon. Thomas S. Hixson |

Apple Inc.'s January 28, 2021 motion to seal is granted. The following will be partially sealed:

| Document | Redacted Material |
|---|---|
| January 26, 2021 Discovery Order Filed Under Seal | Page 7, lines 9 through 11 |

Dated: _____, 2021

                                                              THOMAS S. HIXSON <br>
                                                              United States Magistrate Judge