PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff, Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br> *Plaintiff*, *Counter-defendant*, <br> v. <br> APPLE INC., <br> *Defendant*, *Counterclaimant*. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge:  Hon. Magistrate Thomas S. Hixson |

|   |   |
|---|---|
| 1 | I declare that I am an associate with the law firm of Cravath, Swaine & Moore |
| 2 | LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York.  I am Counsel of |
| 3 | Record for Epic Games, Inc. ("Epic") in *Epic v. Apple*. |
| 4 | I declare that on January 29, 2021, I served via electronic transmission unredacted |
| 5 | versions of the Joint Discovery Letter Brief Regarding Epic's Outstanding Discovery Requests |
| 6 | and Supporting Exhibits to the parties listed in the attached Service List. |
| 7 | I hereby certify that I am a member of the State Bar of New York, admitted *pro hac* |
| 8 | *vice* to practice before the United States District Court for the Northern District of California for |
| 9 | *Epic v. Apple*.  I certify under penalty of perjury under the laws of the United States of America |
| 10 | that the foregoing information contained in the Certificate of Service is true and correct. |

DATED: January 29, 2021

*/s/ John I. Karin*
John I. Karin

**Service List**

| | |
|---|---|
| Theodore J. Boutrous, Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Jay P. Srinivasan<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>tboutrous@gibsondunn.com<br>rdoren@gibsondunn.com<br>dswanson@gibsondunn.com<br>jsrinivasan@gibsondunn.com<br><br>Cynthia E. Richman<br>Harry R. S. Phillips<br>Mark A. Perry<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>crichman@gibsondunn.com<br>hphillips2@gibsondunn.com<br>mperry@gibsondunn.com<br><br>Veronica S. Lewis<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>vlewis@gibsondunn.com<br><br>Eli M. Lazarus<br>Ethan Dettmer<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>elazarus@gibsondunn.com<br>edettmer@gibsondunn.com<br><br>*Counsel for Defendant Apple Inc.* | Steve W. Berman<br>Robert F. Lopez<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>robl@hbsslaw.com<br><br>Shana E. Scarlett<br>Benjamin J. Siegel<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>bens@hbsslaw.com<br><br>*Interim Class Counsel for the Developer Plaintiffs*<br><br>Rachel R. Byrd<br>Brittany N. DeJong<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>byrd@whafh.com<br>dejong@whafh.com<br><br>Mark C. Rifkin<br>Matthew M. Guiney<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4677<br>rifkin@whafh.com<br>guiney@whafh.com<br><br>*Interim Class Counsel for the Consumer Plaintiffs* |