UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR   (TSH) |
| | **ORDER RE: MOTIONS TO SEAL** |
| | Re: Dkt. No. 394 |
| DONALD R. CAMERON, et al., | Case No. 19-cv-03074-YGR   (TSH) |
| Plaintiffs, | |
| v. | Re: Dkt. No. 223, 266 |
| APPLE INC., | |
| Defendant. | |
| EPIC GAMES, INC., | Case No. 20-cv-05640-YGR   (TSH) |
| Plaintiff and Counter-defendant, | |
| v. | Re: Dkt. No. 294 |
| APPLE INC., | |
| Defendant and Counterclaimant. | |

The Court's January 26, 2021 order concerning the motions to seal denied some of Apple's motions to seal in part without prejudice to Apple filing a narrowly tailored motion. Apple's deadline to file those narrowly tailored motions is February 5, 2021. If Apple does not file narrowly tailored motions to seal by that deadline, the Court's denial in part of Apple's motions to seal will become with prejudice.

Separately, the motions to seal at 11-6714 ECF No. 394, 19-3074 ECF No. 266, and 20-

5640 ECF No. 294 are granted. Because the Court has already filed in the public record the redacted version of the Court's order, no further action on these motions to seal is necessary.

In 19-3074, Apple's motion to seal at ECF No. 223 is denied without prejudice for lack of narrow tailoring. Apple may file a narrowly tailored motion to seal by February 9, 2021.

**IT IS SO ORDERED.**

Dated: February 2, 2021

THOMAS S. HIXSON
United States Magistrate Judge