UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>      Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br>      Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER RE: MOTION TO SEAL** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br>      Plaintiffs<br>v.<br>APPLE INC.,<br>      Defendant. | Hon. Thomas S. Hixson |

Plaintiff's January 29, 2021 motion to seal is granted. The following documents will be partially or entirely sealed:

| **Document** | **Redacted Material** |
|---|---|
| Exhibit 1 to Joint Discovery Letter Brief Regarding Epic's Outstanding Document Requests | Page 7, lines 18–20 |
| Exhibit 4 to Joint Discovery Letter Brief Regarding Epic's Outstanding Document Requests | Highlighted material on page 4 |
| Exhibit 5 to Joint Discovery Letter Brief Regarding Epic's Outstanding Document Requests | Page 13, lines 6–8, 21–22 |

Dated: _____, 2021

Gibson, Dunn & Crutcher LLP

_____
THOMAS S. HIXSON
United States Magistrate Judge