| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Robert F. Lopez (*pro hac vice*) <br> Theodore Wojcik (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> robl@hbsslaw.com <br> tedw@hbsslaw.com | Shana E. Scarlett (SBN 217895) <br> Benjamin J. Siegel (SBN 256260) <br> Ben Harrington (SBN 313877) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile:  (510) 725-3001 <br> shanas@hbsslaw.com <br> bens@hbsslaw.com <br> benh@hbsslaw.com |

*Interim Lead Class Counsel in Cameron, et. al v. Apple Inc., Case No. 4:19-cv-03074-YGR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR (TSH) <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEVELOPER PLAINTIFFS** <br><br> Hon. Yvonne Gonzalez Rogers |
| DONALD R. CAMERON, et al., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | No. 4:19-cv-03074-YGR (TSH) |
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC. <br><br> Defendant, Counterclaimant. | No. 4:20-cv-05640-YGR (TSH) |

010818-11 1429443V1

1   **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       PLEASE TAKE NOTICE that Ben Harrington of Hagens Berman Sobol Shapiro LLP, a member of the State Bar of California (SBN 313877) and admitted to practice in this Court, appears on behalf of Developer Plaintiffs in these actions, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding these actions on their behalf. His address, telephone, facsimile, and email are as follows:

> BEN HARRINGTON
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> Email: benh@hbsslaw.com

DATED: February 3, 2021         HAGENS BERMAN SOBOL SHAPIRO LLP

                                     By   s/ Ben Harrington
                                          BEN HARRINGTON

*Interim Lead Class Counsel in Cameron, et. al v. Apple Inc., Case No. 4:19-cv-03074-YGR*

NOTICE OF APPEARANCE OF BEN HARRINGTON
- Case Nos. 4:11-cv-06714-YGR, 4:19-cv-03074-YGR,
4:20-cv-05640-YGR        -1-

010818-11 1429443V1