Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc.

        Plaintiff(s),

v.

Apple Inc.,

        Defendant(s).

Case No: 20-CV-05640 YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER (CIVIL LOCAL RULE 11-3)

I, Betty Yang, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Daniel G. Swanson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201 | 333 South Grand Avenue<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(214) 698-3226 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 229-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>byang@gibsondunn.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dswanson@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24088690.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/26/21

                                Betty Yang
                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Betty Yang is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/3/2021

                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                                YVONNE GONZALEZ ROGERS

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Betty Yang**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2013.

I further certify that the records of this office show that, as of this date

**Betty Yang**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of January, 2021.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9470C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.