# Exhibit 1

| Apple Inhouse Counsel |
|---|
| Adam Blankenheimer |
| Adrienne Vanek |
| Alex Caminas |
| Ann Rollins |
| Annabelle Danielvarda |
| Annie Persampieri |
| Anthony Brunetto |
| Arjun Mehra |
| Azita Saghafi |
| Blake Holland |
| Brian Wacter |
| Bruce Sewell |
| Chi Chang |
| Corinna Lerchendorff |
| Corinna von Lerchendorff |
| David L. Rak |
| David Lacy Kusters |
| David Tom |
| David Tu |
| David Weinberg |
| Doug Vetter |
| Elena Segal |
| Elizabeth Miles |
| Elizabeth Plageman |
| Elizabeth Widup |
| Elliott Peters |
| Emily Blumsack |
| Gabe Lowenkron |
| Gregory Kelly |
| Guillaume Gelle |
| Heather Morrison |
| Helene Plotka Workman |
| Jane Horvath |
| Jason Cody |
| Jason Fan |
| Jay Mandal |
| Jeff Myers |
| Jennifer Adams Draffen |
| Jenny Lee |
| Jeremy Smith |
| Jeroen Sweens |
| Jerry Chiang |
| Jonathan Brown |
| Joyce Chow |
| Julia Zhang |
| Juliana Calil |

| Apple Inhouse Counsel |
|---|
| Karina Garcia Rose |
| Katie Kennedy |
| Kevin Saul |
| Kim Cooper |
| Kristine Lieb |
| Lauren Hebb |
| Lauren Kelly |
| Leslie Fithian |
| Lindsey Harrison |
| Lorrie Bosse |
| Maria Kirby |
| Marianne David |
| Martin Gudmundsson |
| Matt Railo |
| Michael Maletic |
| Michael Rubin |
| Moira Dawson |
| Morgan Bottner |
| Nguyen Vu |
| Nicole Mirchandani |
| Robert Windom |
| Sean Cameron |
| Shaina Nishimoto |
| Sharon Duncan |
| Stephanie Gwerder |
| Sue Carroll |
| Sue Cronin |
| Takuto Komatsu |
| Tom McNeil |
| Vivek Mohan |