# Exhibit 2

| Inhouse Counsel |
| --- |
| Adam Blankenheimer |
| Adil Karrar |
| Adrienne Vanek |
| Aleksandr Kotilevskiy |
| Alex Caminas |
| Amanda Tao |
| Amy Cornelison |
| Ann Rollins |
| Anna Weinberg |
| Annie Chan |
| Annie Persampieri |
| Athena Zhou |
| Autumn Worley |
| Benson Shing |
| Betsy Garrett |
| Bina Mistry |
| Blake Holland |
| Brian Wacter |
| Bruce BJ Watrous Jr. |
| Bruce Sewell |
| Candace Martin |
| Catherine Stevenson |
| Cathy Foster |
| Chi Chang |
| Chris Thomas |
| Christine Lam |
| Christopher Crooks |
| Christopher Rosina |
| Chuck Gillingham |
| Claire Thwaites |
| Corinna von Lerchendorff |
| Dan Shaw |
| Daniel Brody |
| Daniel Cooperman |
| David Gonzalez Calleja |
| David L. Rak |
| David Lacy Kusters |
| David Rice |
| David Weinberg |
| Debbie Rice |
| Diana Loop |
| Donald Shruhan Jr. |
| Doug Vetter |
| Edward Kim |
| Elena Segal |
| Elizabeth Miles |

| Inhouse Counsel |
| --- |
| Elizabeth Plageman |
| Elizabeth Widup |
| Emile Saadi |
| Emily Blumsack |
| Erin Reid |
| Fiona Nolan |
| Frank Rosel |
| Gary Davis |
| Gary Shapiro |
| Gene Levoff |
| Genevieve Lewis Wyman |
| Genevieve Wyman |
| Gina Paik |
| Gokce Lembet |
| Gregory Kelly |
| Heather Morrison |
| Helene Plotka Workman |
| Huey Tan |
| Hwee Cheng Teh |
| Irene Chong |
| Jane Horvath |
| Jason Cody |
| Jason Lundgaard |
| Jason Tan |
| Jason Wakefield |
| Jay Mandal |
| Jayna Whitt |
| Jeff Myers |
| Jeff Peng |
| Jeff Ratner |
| Jennifer Adams Draffen |
| Jennifer Newberger |
| Jenny Lee |
| Jeremy Smith |
| Jesse Koehler |
| Jillian Cisneros |
| Jim Costello |
| Jingmei Xue |
| Joe Santosuosso |
| Jonathan Brown |
| Jonathan Penn |
| Joseph Wilkiemeyer |
| Josh Tenuta |
| Joshua Case |
| Joyce Chow |
| Julia Zhang |

| Inhouse Counsel |
| --- |
| Kalinda Raina |
| Karina Garcia Rose |
| Kate Adams |
| Katharina Kashishian |
| Katie Stivers |
| Kevin Erwin |
| Kevin Saul |
| Kimberly Eckhart |
| Laura Wagerman |
| Leota Tennant |
| Lesley Kim |
| Leslie Fithian |
| Leslie Thornton |
| Linda Du |
| Ling Lew |
| Lisa Olle |
| Lisa Widup |
| Liz Dominik |
| Lizabeth Workman |
| Lorrie Bosse |
| Lynn Richards |
| Marie Hugon |
| Marshal Allshouse |
| Martin Reed |
| Matt Burrows |
| Matt Railo |
| Megan Gallant |
| Melissa Marrus Polinsky |
| Michelle LaVally |
| Millie Tang |
| Minjung Yu |
| Moira Dawson |
| Natalie Lee |
| Nathaniel Doss |
| Nguyen Vu |
| Nicholas Arbuckle |
| Pam Reid |
| Patrick Burke |
| Peter Denwood |
| Prema Daswani |
| Prince Zhandire |
| Rena Lau |
| Rob Brown |
| Rob Orgel |
| Robert Windom |
| Roberta Westin Rubinstein |

| Inhouse Counsel |
| --- |
| Robin Otis |
| Samantha Brennan |
| Sanjay Gadkari |
| Sara Otto |
| Scott Hayashi |
| Sean Pinner |
| Seth Kertzer |
| Stephanie Gwerder |
| Stephen Sun |
| Steve Wang |
| Sue Carroll |
| Takuto Komatsu |
| Thomas LaPerle |
| Tim ONeil |
| Tina Hartley |
| Tom McNeil |
| Tom Moyer |
| Veronica Li |
| Victoria Nassi |
| Violet Evan-Karimian |
| Vivek Mohan |
| Wang Yi |
| Yuka Sugar |