# Exhibit 4

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Ethan Dettmer
Direct: +1 415.393.8292
Fax: +1 415.374.8444
EDettmer@gibsondunn.com

CONFIDENTIAL

February 3, 2021

VIA ELECTRONIC MAIL

Lauren A. Moskowitz
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re: Epic Games, Inc. v. Apple Inc., No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

Dear Lauren:

I write in response to your letter of this morning regarding Apple's attorney lists.

The individuals you identify in your letter are inhouse attorneys, litigation specialists, members of Apple's legal department, or employees who regularly work at the direction of counsel. Below we have listed each individual's relevant title or responsibility. Apple is not obligated to provide additional proof of these individuals' employment records and declines to do so.

Note that a number of the individuals you have listed are members of Apple's legal department in offices outside the United States. Several of the people you listed changed their name during the course of their employment (*i.e.* Annie Chen/Persampieri and Lauren Kelly/Hebb). Several of the individuals you listed, Anthony Brunetto, Jeff Peng, David Rice, Benson Shing, Donald Shruhan, Catherine Stevenson, Stephen Sun and Autumn Worley, are employees who work at the direction of Apple's inhouse counsel on global security issues, and whose job responsibilities include assisting the Apple legal department with investigations concerning App Store operations and the app review process. Katie Stivers frequently supports the legal team; however, her status is irrelevant for purposes of evaluating privilege because entries on the privilege logs served in the *Epic* matter that involve Ms. Stivers are privileged based on the presence of many other attorneys. In light of these facts, Apple will not agree to re-review these documents based on your letter of earlier today.

Lorrie Bosse – Apple Legal Specialist, Internet Services

Anthony Brunetto – Technical Investigations and MFI, Production Services Engineer

# GIBSON DUNN

Lauren A. Moskowitz
February 3, 2021
Page 2

Patrick Burke – Legal Administrative Manager, Law Enforcement and Privacy

Sue Carroll – Apple Legal, Project/Program Manager, Trademark & Copyright

Annie Chan (Persampieri) – Apple Inhouse Counsel

Amy Cornelison – Apple Legal Specialist, iTunes Legal

Sue Cronin – Apple Legal, Senior Manager for Government Affairs

Cathy Foster – Apple Inhouse Counsel

Stephanie Gwerder – Apple Contracts Specialist, Legal Department

Lindsey Harrison – Apple Legal Administrator

Lauren Kelly (Hebb) – Apple Legal Administrator, iTunes Store Legal, Internet Services

Rena Lau – Apple Legal, Security

Diana Loop – Apple Legal Administrator

Jason Lundgaard – Apple Inhouse Counsel

Fiona Nolan – Apple General Counsel (EU)

Tim O'Neil – Apple Litigation Operations

Robin Otis – Apple Legal, Internet Services

Sara Otto – Apple Legal, Internet Services

Jeff Peng – Apple General Security NPS (Shanghai)

David Rice – Apple NPS, Legal

Karina Garcia Rose – Apple Legal Administrator

Benson Shing – Apple Security (Hong Kong)

Donald Shruhan – Apple Security (Global)

Catherine Stevenson – Apple Internet Services, Contracts and Database Manager

Case 4:20-cv-05640-YGR   Document 379-4   Filed 02/04/21   Page 3 of 4

Katie Stivers – Sr. Director, Global Benefits

Stephen Sun – Apple Security Investigations

Josh Tenuta – Apple Legal, Government Affairs

Claire Thwaites – Apple Inhouse Counsel, Government Affairs Director

Joseph Wilkiemeyer – Apple Contracts Specialist, Legal Department

Autumn Worley – Apple Global Security

      The concerns asserted in your letter are groundless, and we trust that this resolves those issues.

Sincerely,

*[signature]*

Ethan Dettmer

cc: Rachele Byrd, Benjamin J. Siegel