UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br>         Plaintiff and Counter-defendant, <br>     v. <br> APPLE INC., <br>         Defendant and Counterclaimant. | Case No. 20-cv-05640-YGR (TSH) <br><br> **ORDER RE: MOTION TO SEAL** <br> Re: Dkt. No. 297 |

In ECF No. 297, Epic Games moved to seal the joint discovery letter brief and Exhibits 1-12 and A-E on the ground that they contained information designated as confidential by Apple. In response, Apple seeks to seal portions of Exhibits 1, 4 and 5 but none of the other materials. ECF No. 311. Apple's proposed redactions to those exhibits are acceptable, and the motion to seal is granted to that extent. As Apple has filed in the public record Exhibits 1, 4 and 5 with those redactions, no further action is required for those documents.

The motion to seal is denied as to the joint discovery letter brief and Exhibits 2-3, 6-12 and A-E because Apple does not seek to have them sealed. Epic may therefore file those items in the public record no sooner than four days and no later than 10 days from today.

**IT IS SO ORDERED.**

Dated: February 12, 2021

THOMAS S. HIXSON
United States Magistrate Judge