FILED
Feb 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>      Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br>      Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>[~~PROPOSED~~] ORDER RE: MOTION TO SEAL |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*,<br>      Plaintiffs<br>v.<br>APPLE INC.,<br>      Defendant. | Hon. Thomas S. Hixson |

Plaintiff's January 21, 2021 motion to seal is granted. The following document will be partially or entirely sealed:

| Document | Redacted Material |
|---|---|
| Exhibit J to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Page 14, lines 21–23<br>Page 64, lines 16–25<br>Page 65, lines 1–6, 20–25<br>Page 112, lines 22–25<br>Page 113<br>Page 114, lines 1–17<br>Page 138, lines 22–23<br>Page 139, lines 1–23<br>Page 140, lines 2–25<br>Page 141<br>Page 178, lines 2–15, 25<br>Page 196–97<br>Page 292<br>Page 293, lines 1-16, 20–25<br>Page 302, lines 1–10<br>Page 303, lines 4–25 |

Dated: February 12, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge