1  Mark A. Perry, SBN 212532
   mperry@gibsondunn.com
2  **GIBSON, DUNN & CRUTCHER LLP**
   1050 Connecticut Avenue, N.W.
3  Washington, DC 20036-5306
   Telephone: 202.955.8500
4  Facsimile: 202.467.0539

5  *Attorneys for Defendant and
   Counter-Plaintiff Apple Inc.*

   Gary A. Bornstein (pro hac vice)
   gbornstein@cravath.com
   **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
   New York, New York 10019
   Telephone:  (212) 474-1000
   Facsimile:  (212) 474-3700

   *Attorneys for Plaintiff and Counter-Defendant
   Epic Games, Inc.*

6  [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>            Defendant. | CASE NO. 4:20-cv-05640-YGR<br><br>**STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC. RE: CASE SCHEDULE**<br><br>Civil Local Rule 6-2<br><br>The Honorable Yvonne Gonzalez Rogers |
| APPLE INC.,<br><br>            Counterclaimant,<br><br>      v.<br><br>EPIC GAMES, INC.,<br><br>            Counter-defendant. | |

STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC. RE: CASE SCHEDULE

Case No. 4:20-cv-05640-YGR

The Parties, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, in its October 6, 2020 Case Scheduling and Pretrial Order, the Court ordered that February 15, 2021 is the deadline for serving initial expert reports (Dkt. 116);

WHEREAS, counsel for Apple Inc. and Epic Games, Inc. have conferred and determined that a minor extension of that deadline would benefit the Parties and the Court

WHEREAS, no other time modification has been made to the case schedule; and

WHEREAS, the requested time modification would not have any effect on the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, by and through their respective counsel, subject to the approval of the Court:

1. That the deadline for the service of initial expert reports be extended by 24 hours, to February 16, 2021; and

2. That all other case deadlines remain in place.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: February 15, 2021         By      /s/ Gary A. Bornstein
                                         **CRAVATH, SWAINE & MOORE LLP**
                                         Christine A. Varney
                                         Katherine B. Forrest
                                         Gary A. Bornstein
                                         Yonatan Even
                                         Lauren Moskowitz
                                         M. Brent Byars

                                         **FAEGRE DRINKER BIDDLE & REATH LLP**
                                         Paul J. Riehle

                                         *Attorneys for Epic Games, Inc.*

| | | | |
|---|---|---|---|
| 1 | DATED: February 15, 2021 | By | /s/ Mark A. Perry |

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr.
Richard J. Doren
Daniel G. Swanson
Mark A. Perry
Veronica S. Lewis
Cynthia E. Richman
Jay P. Srinivasan

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
E. Joshua Rosenkranz
William F. Stute

*Attorneys for Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**DECLARATION REGARDING CONCURRENCE**

I, Mark A. Perry, am the ECF user whose identification and password are being used to file this STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC. RE: CASE SCHEDULE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED: February 15, 2021                           GIBSON, DUNN & CRUTCHER LLP

                                                   /s/ Mark A. Perry
                                                   Mark A. Perry