PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravarth.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravarth.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
VANESSA A. LAVELY (*pro hac vice*)
vlavely@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br>             *Plaintiff,* <br> v. <br> APPLE INC., <br>             *Defendant.* <br> APPLE INC., <br>             *Counterclaimant,* <br> v. <br> EPIC GAMES, INC., <br>             *Counter-defendant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF** <br><br> Hon. Yvonne Gonzalez Rogers |

I, J. Wesley Earnhardt, declare as follows:

1. I am a partner at the law firm of Cravath, Swaine & Moore LLP, and I am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned action. I am admitted to appear before this Court *pro hac vice* in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR. The contents of this declaration are based on my personal knowledge. If called to be a witness, I could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 6-2 in support of the Stipulated Request for Order Changing Time (the "Stipulation") in this matter.

3. Epic timely served a document subpoena on Match Group, Inc. ("Match Group"), and, upon Match Group's identification of its designee, Adrian Ong, timely served a deposition subpoena on Mr. Ong.

4. Epic negotiated with Match Group and secured a deposition date for Mr. Ong of February 15, 2021, within the Non-Expert Discovery Cutoff fixed by the Court in its October 6, 2020 Case Scheduling and Pretrial Order (the "Scheduling Order"). (Dkt. 116.)

5. On February 11, 2021, counsel for Match Group and Mr. Ong informed Epic and Apple that Mr. Ong faced an unexpected family medical emergency and would be unable to sit for the deposition on February 15, 2021 but expected that Mr. Ong would be available for deposition on February 22, 2021.

6. On February 12, 2021, my office requested that Apple stipulate to an extension of the Non-Expert Discovery Cutoff to permit the deposition of Mr. Ong on February 22, 2021, and, on February 13, 2021, Apple's counsel agreed.

7. I do not believe that granting the Stipulation will result in changing any other dates or deadlines in this litigation or the related actions, other than the Court's Scheduling Order, and only with respect to the deposition of Mr. Ong.

8. On February 15, the parties stipulated to a 24-hour extension of the deadline for service of initial expert reports. No other time modification has been made to the case schedule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on February 15, 2021 in Westchester County, New York.

*/s/ J. Wesley Earnhardt*
J. Wesley Earnhardt