UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR   (TSH) |
| | **ORDER RE: MOTION TO SEAL** |
| | Re: Dkt. No. 371 |
| DONALD R. CAMERON, et al.,<br>    Plaintiffs,<br>    v.<br>APPLE INC.,<br>    Defendant. | Case No. 19-cv-03074-YGR   (TSH)<br><br>Re: Dkt. No. 241 |
| EPIC GAMES, INC.,<br>    Plaintiff and Counter-defendant,<br>    v.<br>APPLE INC.,<br>    Defendant and Counterclaimant. | Case No. 20-cv-05640-YGR   (TSH)<br><br>Re: Dkt. No. 261 |

In light of Apple's February 18, 2021 status report, the motion to seal Exhibit 1 to 11-cv-6714 ECF No. 271, 19-3074 ECF No. 241, and 20-5640 ECF No. 261 is denied. No earlier than four days from today, and no later than ten days, Plaintiffs may file that exhibit in the public record.

**IT IS SO ORDERED.**

Dated: February 18, 2021

THOMAS S. HIXSON
United States Magistrate Judge