PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                      *Plaintiff,*<br><br>    v.<br><br>APPLE INC.,<br><br>                      *Defendant.*<br><br>APPLE INC.,<br><br>                *Counterclaimant,*<br><br>    v.<br><br>EPIC GAMES, INC.,<br><br>                *Counter-defendant.* | Case No. 4:20-cv-05640-YGR-TSH<br><br>**ORDER GRANTING STIPULATION** ~~**AND [PROPOSED] ORDER**~~ **PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF**<br><br>Hon. Yvonne Gonzalez Rogers |

1  WHEREAS, on October 6, 2020, this Court ordered a February 15, 2021, Non-Expert Discovery Cutoff in its Case Scheduling and Pretrial Order (the "Scheduling Order") (Dkt. 116) in *Epic Games, Inc. v. Apple Inc.*;

WHEREAS, Epic served a deposition subpoena to take the deposition of Adrian Ong of Match Group, Inc.;

WHEREAS, Mr. Ong's deposition was scheduled to occur on February 15, 2021, prior to the Non-Expert Discovery Cutoff;

WHEREAS, Mr. Ong's counsel has informed the parties that Mr. Ong would be unable to proceed with his deposition on February 15, 2021 due to an unexpected family medical emergency but expects Mr. Ong will be available on February 22, 2021;

WHEREAS, Epic would like Mr. Ong's deposition to be permitted to occur after the Non-Expert Discovery Cutoff and has scheduled the deposition for February 22, 2021, and Apple does not oppose given the reason provided for the delay;

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties through their respective counsel and pursuant to Civil L.R. 6-2 that Mr. Ong's deposition may be taken up to and including February 22, 2021 and may still be used at trial to the same extent as if it had been taken within the fact discovery period without prejudice to any other objections any party may have.

1

STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  February 15, 2021     By:     */s/ J. Wesley Earnhardt*
                                      **CRAVATH, SWAINE & MOORE LLP**
                                      Christine Varney (*pro hac vice*)
                                      Katherine B. Forrest  (*pro hac vice*)
                                      Gary A. Bornstein  (*pro hac vice*)
                                      J. Wesley Earnhardt (*pro hac vice*)
                                      Yonatan Even  (*pro hac vice*)
                                      Lauren A. Moskowitz  (*pro hac vice*)
                                      Vanessa A. Lavely (*pro hac vice*)
                                      M. Brent Byars  (*pro hac vice*)
                                      825 Eighth Avenue
                                      New York, New York 10019
                                      Telephone: (212) 474-1000
                                      Facsimile: (212) 474-3700
                                      cvarney@cravath.com
                                      kforrest@cravath.com
                                      gbornstein@cravath.com
                                      wearnhardt@cravath.com
                                      yeven@cravath.com
                                      lmoskowitz@cravath.com
                                      vlavely@cravath.com
                                      mbyars@cravath.com

                                      **FAEGRE DRINKER BIDDLE & REATH LLP**
                                      Paul J. Riehle (SBN 115199)

                                      *Attorneys for Plaintiff Epic Games, Inc.*

Dated:  February 15, 2021     By:     */s/ David R. Eberhart*
                                      **O'MELVENY & MYERS LLP**
                                      Anna T. Pletcher (SBN 239730)
                                      David R. Eberhart (SBN 195474)
                                      Two Embarcadero Center, 28th Floor
                                      San Francisco, CA 94111
                                      Telephone: (415) 984-8700
                                      Facsimile: (415) 984-8701
                                      apletcher@omm.com
                                      deberhart@omm.com

STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF
MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH

**O'MELVENY & MYERS LLP**
Katrina Robson (SBN 229835)
Evan Schlom (SBN 300475)
Elena M. Zarabozo (SBN 321514)
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
krobson@omm.com
eschlom@omm.com
ezarabozo@omm.com

**O'MELVENY & MYERS LLP**
Scott Schaeffer (SBN 277102)
Plaza 66, Tower 1, 37th Floor
1266 Nanjing Road West
Shanghai 200040, China
Telephone: 86-21-2307-7000
Facsimile: 86-21-2307-7300
sschaeffer@omm.com

*Attorneys for Defendant Apple Inc.*

3

STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF
MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH

1   **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: February 18, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH