| | |
|---|---|
| Mark A. Perry, SBN 212532<br>mperry@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 | Gary A. Bornstein (pro hac vice)<br>gbornstein@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| *Attorneys for Defendant and Counter-Plaintiff Apple Inc.* | *Attorneys for Plaintiff and Counter-Defendant Epic Games, Inc.* |

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

EPIC GAMES, INC.,

       Plaintiff,

  v.

APPLE INC.,

       Defendant.

APPLE INC.,

       Counterclaimant,

  v.

EPIC GAMES, INC.,

       Counter-defendant.

CASE NO. 4:20-cv-05640-YGR

**ORDER GRANTING STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC. RE: CASE SCHEDULE**

Civil Local Rule 6-2

The Honorable Yvonne Gonzalez Rogers

STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC. RE: CASE SCHEDULE     Case No. 4:20-cv-05640-YGR

The Parties, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, in its October 6, 2020 Case Scheduling and Pretrial Order, the Court ordered that February 15, 2021 is the deadline for serving initial expert reports (Dkt. 116);

WHEREAS, counsel for Apple Inc. and Epic Games, Inc. have conferred and determined that a minor extension of that deadline would benefit the Parties and the Court

WHEREAS, no other time modification has been made to the case schedule; and

WHEREAS, the requested time modification would not have any effect on the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, by and through their respective counsel, subject to the approval of the Court:

1. That the deadline for the service of initial expert reports be extended by 24 hours, to February 16, 2021; and

2. That all other case deadlines remain in place.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: February 15, 2021     By     */s/ Gary A. Bornstein*
**CRAVATH, SWAINE & MOORE LLP**
Christine A. Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren Moskowitz
M. Brent Byars

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle

*Attorneys for Epic Games, Inc.*

| | | | |
|---|---|---|---|
| 1 | DATED: February 15, 2021 | By | /s/ Mark A. Perry |
| | | | **GIBSON, DUNN & CRUTCHER LLP** |
| | | | Theodore J. Boutrous, Jr. |
| | | | Richard J. Doren |
| | | | Daniel G. Swanson |
| | | | Mark A. Perry |
| | | | Veronica S. Lewis |
| | | | Cynthia E. Richman |
| | | | Jay P. Srinivasan |

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
E. Joshua Rosenkranz
William F. Stute

*Attorneys for Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 18, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE