**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   Plaintiff(s),<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant(s). | Case No: 4:20-cv-05640<br>         4:11-cv-06714<br>         4:19-cv-03074<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Gavin W. Skok, an active member in good standing of the bar of State of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Valve Corporation in the above-entitled action. My local co-counsel in this case is Jeaemin Chang (SBN 232612), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Fox Rothschild LLP<br>1001 4th Avenue, Suite 4500<br>Seattle, WA  98154 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(206) 389-1731 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 364-5551 |
| MY EMAIL ADDRESS OF RECORD:<br>gskok@foxrothschild.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jchang@foxrothschild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 29766.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/22/2021

s/ Gavin W. Skok
APPLICANT
Gavin W. Skok

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gavin W. Skok is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 29766 |
| OF | ) | **CERTIFICATE** |
| GAVIN W. SKOK | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**GAVIN W. SKOK**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 29, 1999, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 18th day of February, 2021.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court