PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>     *Plaintiff,*<br><br>  v.<br><br>APPLE INC.,<br><br>     *Defendant.* | Case No. 4:20-cv-05640-YGR-TSH<br><br><br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF**<br><br>Hon. Yvonne Gonzalez Rogers |
| APPLE INC.,<br><br>     *Counterclaimant,*<br><br>  v.<br><br>EPIC GAMES, INC.,<br><br>     *Counter-defendant.* | |

1    WHEREAS, on October 6, 2020, this Court ordered a February 15, 2021, Non-Expert
2 Discovery Cutoff in its Case Scheduling and Pretrial Order (the "Scheduling Order") (Dkt. 116) in
3 *Epic Games, Inc. v. Apple Inc.*;
4    WHEREAS, Epic served a deposition subpoena to take the deposition of Adrian Ong of
5 Match Group, Inc.;
6    WHEREAS, Mr. Ong's deposition was scheduled to occur on February 15, 2021, prior to the
7 Non-Expert Discovery Cutoff;
8    WHEREAS, Mr. Ong's counsel informed the parties that Mr. Ong would be unable to
9 proceed with his deposition on February 15, 2021 due to an unexpected family medical emergency
10 but expected Mr. Ong to be available on February 22, 2021;
11    WHEREAS, Epic scheduled Mr. Ong's deposition for February 22, 2021;
12    WHEREAS, on February 18, 2021, this Court entered an order permitting Mr. Ong's
13 deposition to proceed on February 22, 2021 (Dkt. 344);
14    WHEREAS, on the morning of February 22, 2021, Mr. Ong's counsel informed the parties
15 that, due to further complications stemming from the aforementioned family medical emergency,
16 Mr. Ong was unable to proceed as expected with the deposition on February 22, 2021 and requested
17 that the parties postpone Mr. Ong's deposition until February 24, 2021;
18    WHEREAS, Epic would like Mr. Ong's deposition to be permitted to occur after the Non-
19 Expert Discovery Cutoff and has scheduled the deposition for February 24, 2021, and Apple does not
20 oppose given the reason provided for the delay;
21    THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties through
22 their respective counsel and pursuant to Civil L.R. 6-2 that Mr. Ong's deposition may be taken up to
23 and including February 24, 2021 and may still be used at trial to the same extent as if it had been
24 taken within the fact discovery period without prejudice to any other objections any party may have.

1

FURTHER STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN
ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  February 22, 2021          By:     */s/ J. Wesley Earnhardt*
                                           **CRAVATH, SWAINE & MOORE LLP**
                                           Christine Varney (*pro hac vice*)
                                           Katherine B. Forrest  (*pro hac vice*)
                                           Gary A. Bornstein  (*pro hac vice*)
                                           J. Wesley Earnhardt (*pro hac vice*)
                                           Yonatan Even  (*pro hac vice*)
                                           Lauren A. Moskowitz  (*pro hac vice*)
                                           Vanessa A. Lavely (*pro hac vice*)
                                           M. Brent Byars  (*pro hac vice*)
                                           825 Eighth Avenue
                                           New York, New York 10019
                                           Telephone: (212) 474-1000
                                           Facsimile: (212) 474-3700
                                           cvarney@cravath.com
                                           kforrest@cravath.com
                                           gbornstein@cravath.com
                                           wearnhardt@cravath.com
                                           yeven@cravath.com
                                           lmoskowitz@cravath.com
                                           vlavely@cravath.com
                                           mbyars@cravath.com

                                           **FAEGRE DRINKER BIDDLE & REATH LLP**
                                           Paul J. Riehle (SBN 115199)

                                           *Attorneys for Plaintiff Epic Games, Inc.*

Dated:  February 22, 2021          By:     */s/ Anna T. Pletcher*
                                           **O'MELVENY & MYERS LLP**
                                           Anna T. Pletcher (SBN 239730)
                                           David R. Eberhart (SBN 195474)
                                           Two Embarcadero Center, 28th Floor
                                           San Francisco, CA 94111
                                           Telephone: (415) 984-8700
                                           Facsimile: (415) 984-8701
                                           apletcher@omm.com
                                           deberhart@omm.com

2

FURTHER STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH

**O'MELVENY & MYERS LLP**
Katrina Robson (SBN 229835)
Evan Schlom (SBN 300475)
Elena M. Zarabozo (SBN 321514)
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
krobson@omm.com
eschlom@omm.com
ezarabozo@omm.com

**O'MELVENY & MYERS LLP**
Scott Schaeffer (SBN 277102)
Plaza 66, Tower 1, 37th Floor
1266 Nanjing Road West
Shanghai 200040, China
Telephone: 86-21-2307-7000
Facsimile: 86-21-2307-7300
sschaeffer@omm.com

*Attorneys for Defendant Apple Inc.*

3

FURTHER STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____          _____
                                  HON. YVONNE GONZALEZ ROGERS
                                  United States District Judge

4

FURTHER STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH

## **DECLARATION REGARDING CONCURRENCE**

I, J. Wesley Earnhardt, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  February 22, 2021              CRAVATH, SWAINE & MOORE LLP
                                       By: */s/ J. Wesley Earnhardt*
                                           J. Wesley Earnhardt
                                           Attorney for Plaintiff Epic Games, Inc.

5

FURTHER STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION OF ADRIAN ONG OF MATCH GROUP, INC. AFTER THE NON-EXPERT DISCOVERY CUTOFF
CASE NO. 4:20-CV-05640-YGR-TSH