UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 3/1/2021 | Time: 9:25am-10:27am | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-05640-YGR | Case Name: Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Katherine Forrest and Gray Bornstein
**Attorney for Defendant:** Richard Doren and Veronica Moye

**Deputy Clerk:** Frances Stone                **Court Reporter:** Diane Skillman

## PROCEEDINGS

CMC/PRETRIAL CONFERENCE- HELD via Zoom and via the Court's Live Audio Streaming Pilot Project via YouTube.

The 5/3/2021 Bench Trial date is confirmed.

Trial hours will be:

        8:00 am – 8:15 am – non-evidentiary trial matters, if necessary

        8:15 am – 10:15 am (then a 20-minute break)

        10:35 am - 12:35 pm (then a 40-minute break)

        1:15 pm – 3:15 pm

**Next date: Friday 3/26/2021 at 9:30am for Further Pretrial Conference via Zoom Webinar.**

Court to prepare order.