| | |
|---|---|
| Mark A. Perry, SBN 212532<br>mperry@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile:  202.467.0539 | Gary A. Bornstein (pro hac vice)<br>gbornstein@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700 |
| *Attorneys for Defendant and<br>Counter-Plaintiff Apple Inc.* | *Attorneys for Plaintiff and Counter-Defendant<br>Epic Games, Inc.* |

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　　　　Defendant.<br><br>_____<br>APPLE INC.,<br><br>　　　　　　　　　Counterclaimant,<br><br>　　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　　　　Counter-defendant. | CASE NO. 4:20-cv-05640-YGR-TSH<br><br>**ORDER GRANTING STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC.** ~~AND [PROPOSED] ORDER~~ **RE: CASE SCHEDULE**<br><br>Civil Local Rule 6-2<br><br>The Honorable Yvonne Gonzalez Rogers |

| | |
|---|---|
| STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC. AND ~~[PROPOSED]~~ ORDER RE: CASE SCHEDULE | Case No. 4:20-cv-05640-YGR-TSH |

The Parties, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, in its October 6, 2020 Case Scheduling and Pretrial Order, the Court ordered that March 15, 2021 is the deadline for serving rebuttal expert reports (Dkt. 116);

WHEREAS, backup materials must generally be produced within two business days after service of expert reports (*Cameron* Dkt. 87 at 1);

WHEREAS, on March 14, 2021, counsel for Epic informed counsel for Apple of certain errors in data previously produced by Epic, and provided corrected data;

WHEREAS, counsel for the Parties have conferred regarding the most efficient way for the expert witnesses retained by Apple to analyze the corrected data and incorporate the results of that analysis into their opinions;

WHEREAS, the agreed-upon procedure would not affect any other deadlines in the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, by and through their respective counsel, subject to the approval of the Court:

1. That Apple may supplement its expert rebuttal reports no later than March 17, 2021, without objection from Epic, solely to the extent the supplementation is necessary to incorporate the corrected data;

2. That the backup materials for Apple's expert, Dr. Lorin Hitt, may be produced no later than March 19, 2021; and

3. That all other case deadlines remain in place.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | DATED: March 15, 2021 | By | */s/ Gary A. Bornstein* |
| 3 | | | **CRAVATH, SWAINE & MOORE LLP** |
| 4 | | | Christine A. Varney |
| | | | Katherine B. Forrest |
| 5 | | | Gary A. Bornstein |
| 6 | | | Yonatan Even |
| | | | Lauren Moskowitz |
| 7 | | | M. Brent Byars |
| 8 | | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | | | Paul J. Riehle |
| 9 | | | *Attorneys for Epic Games, Inc.* |
| 10 | DATED: March 15, 2021 | By | */s/ Mark A. Perry* |
| 11 | | | **GIBSON, DUNN & CRUTCHER LLP** |
| 12 | | | Theodore J. Boutrous, Jr. |
| | | | Richard J. Doren |
| 13 | | | Daniel G. Swanson |
| | | | Mark A. Perry |
| 14 | | | Veronica S. Lewis |
| 15 | | | Cynthia E. Richman |
| | | | Jay P. Srinivasan |
| 16 | | | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 17 | | | E. Joshua Rosenkranz |
| | | | William F. Stute |
| 18 | | | *Attorneys for Apple Inc.* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: March 17, 2021

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**DECLARATION REGARDING CONCURRENCE**

I, Mark A. Perry, am the ECF user whose identification and password are being used to file this STIPULATION BETWEEN EPIC GAMES, INC. AND APPLE INC. RE: CASE SCHEDULE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED: March 15, 2021                                GIBSON, DUNN & CRUTCHER LLP

*/s/ Mark A. Perry*
Mark A. Perry