THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (Texas Bar No.
24000092; *pro hac vice*)
vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant, APPLE INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | CASE NO. 4:20-CV-05640-YGR<br><br>**APPLE INC.'S TENTATIVE INITIAL WITNESS LIST**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial: May 3, 2021 |

Pursuant to Pretrial Order No. 1 (ECF No. 371) and the Court's Standing Order re: Pretrial Instructions in Civil Cases, Defendant and Counterclaimant Apple Inc. ("Apple") serves its Tentative Initial Witness List of trial witnesses, other than for impeachment or rebuttal, reserving its rights to supplement or amend its list for good cause or in response to Epic Games, Inc.'s ("Epic") witness list and/or other pre-trial disclosures.  Apple also reserves the right to substitute deposition designations for live testimony, and vice versa, including based on the availability or non-availability of any witness to appear at trial.

DATE:  March 19, 2021

**GIBSON DUNN & CRUTCHER LLP**

/s/   *Richard J. Doren*
　　　Richard J. Doren

*Attorney for Defendant and Counterclaimant Apple Inc.*

## APPLE WITNESS LIST

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| **Apple Witnesses** | | | | | |
| Tim Cook, Chief Executive Officer* | Apple's corporate values; development and launch of the App Store; competition faced by Apple. | 1 hour | 1 hour | 10 minutes | Live, in person |
| Craig Federighi, Senior Vice President, Software Engineering* | iOS operating system; competition faced by Apple; Apple's investment and efforts to combat malware, spyware, and other issues relating to app security and iOS device user protection. | 2 hours | 1 hour | 10 minutes | Live, in person |
| Matt Fischer, Vice President, App Store | Marketing of apps available in the App Store; competitors and competition in the sale of apps and the different app marketplaces; Apple's business relationships with app developers. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Eric Friedman, Head of Fraud Eng., Algorithms, and Risk | Apple's investment and efforts to combat fraud, malware, spyware, and other issues relating to app security and iOS device user protection. | 1 hour | 15 minutes | 5 minutes | Live, in person |
| Eric Gray, Director, Commerce & Payments* | Design and operation of Apple's payment processing policies and practices. | 1 hour | 15 minutes | 5 minutes | Live, in person |
| Mark Grimm, Game Development Manager | The tools, services, and benefits that Apple provides to developers, including services and support Apple provided to Epic; Apple's relationship with Epic; Epic's breaches of its agreements with Apple and Epic's other misconduct. | 1 hour | 30 minutes | 5 minutes | Live, in person |
| C.K. Haun, Senior Director, Developer Technical Services | App Store policies and guidelines; the App Store business model; Apple's policies relating to App Store commissions and developer price selection; technical services Apple provides to app developers. | 30 minutes | 15 minutes | 5 minutes | Live, in person |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Trystan Kosmynka, Senior Director, Marketing* | App Store policies and guidelines; Apple's app review and curation process and procedures; Apple's investment in efforts to protect iOS device users' safety and privacy. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Shaan Pruden, Senior Director, Partnership Management and Worldwide Developer Relations | The tools, services, and benefits that Apple provides to developers, including services and support Apple provided to Epic. | 1 hour | 15 minutes | 5 minutes | Live, in person |
| Phil Schiller, Apple Fellow* | Development and launch of the App Store; App Store policies and guidelines; the App Store business model; the App Store commission; app distribution; iOS operating system; competition faced by Apple; design, development, launch, and marketing of the iPhone. | 6 hours | 4 hours | 1 hour | Live, in person |
| Michael Schmid, Head of Game Business* | The tools, services, and benefits that Apple provides to developers, including to Epic; Apple's relationship with Epic, | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Development, App Store | Epic's breaches of its agreements with Apple, and Epic's other misconduct. | | | | |
| Document Custodian | Admission of business records and other documents in Apple's possession, as necessary | 5 minutes | | | Live, in person or may request leave to appear remotely. |
| **Epic Witnesses** | | | | | |
| Steve Allison, General Manager, Epic Games Store | The Epic Games Store business model and financial projections; the Epic Games Store's revenue split; the Epic Games Store's market share. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person, or by deposition designation. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Andrew Grant, Engineering Fellow | Enforcement of platform rules; *Fortnite* anti-cheat measures; the importance to Apple's brand of protecting user privacy and security; Epic's use of Apple-provided tools and services; Epic's interest in workarounds to undercut Apple's 30% commission; Epic's efforts to subvert app review; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person, or by deposition designation. |
| Joseph Kreiner, Vice President, Business Development | Benefits of cross-platform play; Epic's relationships with console manufacturers, including contractual terms, commissions paid by Epic, and payment processing terms; fraud on the Epic Games Store. | *See* Epic's list for estimated lengths of examinations. | | | Live or by deposition designation. If appearing live, Mr. Kreiner may request leave to appear remotely. |

<pre>

| **Witness** | **Apple's Brief Statement of Substance of Testimony** | **Estimated Length of Direct Examination** | **Estimated Length of Cross-Examination** | **Estimated Length of Re-Direct Examination** | **Appearance** |
|---|---|---|---|---|---|
| Thomas Ko, Senior Director, Head of Online Business Strategy and Operations | Epic's relationship with Samsung, including Epic's contracts with Samsung, commissions paid to Samsung, and communications with Samsung; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person, or by deposition designation. |
| Mark Rein, Vice President, Business Development | The Epic Games Store business model and commission; benefits of Apple marketing and other support provided to Epic; Epic's plans and practices concerning distribution through iOS, competing platforms, and alternative channels; Epic's campaign against app stores. | 30 minutes | 15 minutes | 10 minutes | Live, in person, or by deposition designation. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Tim Sweeney, Chief Executive Officer* | Epic's business model, operations, and strategy; Epic's financial performance; Epic's dealings with Apple and competing platforms, including commissions paid; Epic Games Store profitability; Epic's relationship with Samsung, including Epic's contracts with Samsung, commissions paid to Samsung, and communications with Samsung; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Daniel Vogel, Chief Operating Officer | Epic's exploration of sideloading on iOS and Android; Epic's launch of *Fortnite* outside of the Google Play Store; security of *Fortnite* and the Epic Games Store, including the Xsolla payment processor; concerns over cross-platform arbitrage of "V-bucks" purchases; Epic's attempts to avoid Apple's App Store review process; Epic's campaign against app stores. | 30 minutes | 15 minutes | 10 minutes | Live, in person |
| Matthew Weissinger, Vice President, Marketing* | Epic's pricing and marketing activities, including as to *Fortnite*; *Fortnite*'s profit margin; *Fortnite*'s weaknesses on mobile systems relative to game consoles; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Document Custodian | Admission of business records and other documents in Epic's possession, as necessary | 5 minutes | | | Live, in person or may request leave to appear remotely. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Joseph Babcock, Former Chief Financial Officer | Epic's financial performance; Epic's business model and strategy; Epic's dealings with Apple and competing platforms, including commissions paid; Epic Games Store profitability. | 30 minutes | 10 minutes | N/A | Deposition Designation |
| Marc Hutcheson, Marketing Manager (former Epic) | Apple's marketing support of Epic and *Fortnite*; Epic's violations of agreements with Apple and related rules; the Epic Games Store's operations and customer acquisition strategies. | 30 minutes | 10 minutes | N/A | Deposition Designation |
| Haseeb Malik, Marketing Manager (former Epic) | Tools, services, and benefits that Apple provided to Epic; platforms on which Epic makes its games available; Epic's campaign against app stores. | 30 minutes | 10 minutes | N/A | Deposition Designation |
| David Nikdel, Lead, Online Gameplay Systems | Engineering and technology benefits received from Apple; quality of non-iOS platforms; Epic's direct payment hotfix. | 15 minutes | 5 minutes | N/A | Deposition Designation |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Nick Penwarden, Vice President, Engineering | The Unreal Engine business model; iOS and Android proprietary software and tools; engineering support from Apple; cross-platform play. | 15 minutes | 5 minutes | N/A | Deposition Designation |
| Alec Shobin, Senior Marketing Manager | Marketing for mobile games; the App Store review process; Epic's campaign against app stores. | 30 minutes | 10 minutes | N/A | Deposition Designation |
| **Third Party Witnesses** | | | | | |
| Vivek Sharma, Vice President, Gaming, Facebook, Inc. | TBD after Apple deposes this individual. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Lori Wright, Vice President, Xbox Business Development, Microsoft Corporation | TBD after Apple deposes this individual. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Benjamin Simon, Founder and Chief Executive Officer, Yoga Buddhi Co. | TBD after Apple deposes this individual. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Shelley Gould, President, Co-Founder, Neuro-Fin d/b/a SmartStops | TBD after Apple deposes this individual. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Aashish Patel, Nvidia Corporation | Tools, services, and support that Apple provided to Nvidia; distribution on competitor platforms and through alternative channels; communications with Apple; compliance with Apple's App Review Guidelines; Nvidia's affiliation with Epic. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Adrian Ong, Senior Vice President of Operations, Match Group | Tools, services, and support that Apple provided to Match Group; distribution on competitor platforms and through alternative channels; communications with Apple; compliance with Apple's App Review Guidelines; Match's affiliation with Epic. | 15 minutes | 5 minutes | N/A | Deposition Designation |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Scott Forstall, former Senior Vice President, iOS Software | Differences between mobile devices and PCs; security and privacy considerations for mobile devices; historical App Store policies and practices. | 45 minutes | 5 minutes | N/A | Deposition Designation |
| Ron Okamoto, former Vice President, Worldwide Developer Relations | App Store policies and guidelines; the App Store business model; resources, tools, software, content, and services, made available to app developers, including pursuant to the Apple Developer Agreement and Program License Agreement; app development for macOS; transformation of the application software business. | 30 minutes | 5 minutes | N/A | Deposition Designation |
| Phillip Shoemaker, former Technology Director, App Review | App Store policies and guidelines; Apple's app review and curation process and procedures; Apple's investment in efforts to protect iOS device users' safety and privacy. | 30 minutes | 5 minutes | N/A | Deposition Designation |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| **Apple Expert Witnesses** | | | | | |
| Richard Schmalensee | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct)[1] | 3 hours and 30 minutes | 30 minutes | Live, in person |
| Lorin Hitt | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 3 hours and 30 minutes | 30 minutes | Live, in person |
| Francine LaFontaine | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 2 hours and 30 minutes | 20 minutes | Intends to appear live and in person, but may request leave to appear remotely. |
| Daniel Rubinfeld | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 2 hours | 20 minutes | Live, in person |

---

[1]   Apple's position is that with written directs, any live introduction should be limited to one hour.  Epic disagrees with Apple's position.

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| James Malackowski | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour and 30 minutes | 20 minutes | Live, in person |
| Aviel Rubin | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 2 hours and 30 minutes | 20 minutes | Live, in person |
| Dominique Hanssens | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour | 20 minutes | Live, in person |

# CERTIFICATE OF SERVICE

I, Betty X. Yang, hereby certify that I am a citizen of the United States, over the age of eighteen, and not a party to this action. I hereby certify that on March 19, 2021, I delivered the foregoing **APPLE INC.'S TENTATIVE INITIAL WITNESS LIST**, via the Court's ECF system, to the following counsel in this action and the related actions:

PAUL R. RIEHLE
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**

CHRISTINE A. VARNEY
cvarney@cravath.com
KATHERINE B. FORREST
kforrest@cravarth.com
GARY A. BORNSTEIN
gbornstein@cravarth.com
YONATAN EVEN
yeven@cravath.com
LAUREN A. MOSKOWITZ
lmoskowitz@cravath.com
M. BRENT BYARS
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**

*Counsel to Epic Games, Inc.*

STEVE W. BERMAN
steve@hbsslaw.com
ROBERT F. LOPEZ
robl@hbsslaw.com
SHANA E. SCARLETT
shanas@hbsslaw.com
BENJAMIN J. SIEGEL
bens@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**

*Interim Class Counsel for the Developer Plaintiffs*

MARK C. RIFKIN
rifkin@whafh.com
RACHELE R. BYRD
byrd@whafh.com
MATTHEW M. GUINEY
guiney@whafh.com
BRITTANY N. DEJONG
dejong@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*Interim Class Counsel for the Consumer Plaintiffs*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of March, 2021, at Dallas, Texas.

/s/ *Betty X. Yang*
───────────────────────────
Betty X. Yang