1  PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH LLP**
3  Four Embarcadero Center, 27th Floor
   San Francisco, CA 94111
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5

6  CHRISTINE A. VARNEY (*pro hac vice*)
   cvarney@cravath.com
7  KATHERINE B. FORREST (*pro hac vice*)
   kforrest@cravath.com
8  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
9  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
10 LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
11 M. BRENT BYARS (*pro hac vice*)
   mbyars@cravath.com
12 **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
13 New York, New York 10019
   Telephone: (212) 474-1000
14 Facsimile: (212) 474-3700

15 *Attorneys for Plaintiff and Counter-defendant*
   *Epic Games, Inc.*
16

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **EPIC GAMES, INC.'S TENTATIVE TRIAL WITNESS LIST** |
| v. | The Honorable Yvonne Gonzalez Rogers |
| APPLE INC., | Trial: May 3, 2021 |
| Defendant, Counterclaimant. | |

Pursuant to Pretrial Order No. 1 (ECF No. 371) and the Court's Standing Order re: Pretrial Instructions in Civil Cases, Plaintiff and Counter-Defendant Epic Games, Inc. ("Epic") files its tentative list of trial witnesses, other than for impeachment or additional rebuttal, reserving its rights to supplement or amend its list for good cause or in response to revisions by Apple Inc. ("Apple") to Apple's witness list and other pre-trial disclosures. Epic also reserves the right to substitute deposition designations for live testimony, and vice versa, including based on the availability or non-availability of any witness to appear at trial. Attached hereto as Exhibits 1 to 18 are the curricula vitae of Epic's expert witnesses and summaries of their opinions, redacted for information designated by Apple under the Amended Protective Order (ECF No. 274).

DATE:  March 19, 2021

**CRAVATH, SWAINE & MOORE LLP**

*/s/  Katherine B. Forrest*
     Katherine B. Forrest

**FAEGRE DRINKER BIDDLE & REATH LLP**
PAUL J. RIEHLE (SBN 115199)
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
paul.riehle@faegredrinker.com

**CRAVATH, SWAINE & MOORE LLP**
CHRISTINE A. VARNEY (*pro hac vice*)
KATHERINE B. FORREST (*pro hac vice*)
GARY A. BORNSTEIN (*pro hac vice*)
YONATAN EVEN (*pro hac vice*)
LAUREN A. MOSKOWITZ (*pro hac vice*)
M. BRENT BYARS (*pro hac vice*)
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
cvarney@cravath.com
kforrest@cravath.com
gbornstein@cravath.com
yeven@cravath.com
lmoskowitz@cravath.com
mbyars@cravath.com

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**Fact Witnesses**

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| **Epic Witnesses** | | | | | |
| Steve Allison, General Manager, Epic Games Store | Epic Games Store (business) | 30 minutes | 45 minutes | 10 minutes | Live, in person |
| Andrew Grant, Engineering Fellow* | Epic's membership in the Apple Developer Program; engineering and development of Epic's products for various platforms; Epic Direct Payment on iOS | 1 hour | 30 minutes | 10 minutes | Live, in person |
| Thomas Ko, Senior Director, Head of Online Business Strategy and Operations | Epic's payment processing services; Apple's payment processing services; Epic Direct Payment on iOS | 30 minutes | 1 hour | 15 minutes | Live, in person |
| Joseph Kreiner, Vice President of Business Development | Epic Games Store (business); Epic's business relationships with console partners | 30 minutes | 1 hour | 20 minutes | Live, in person or may request leave to appear remotely |
| (* Primary witness and not included as precautionary) | | | | | |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Tim Sweeney, Founder and Chief Executive Officer* | Epic's history and business; Epic's business discussions with Apple and Google; Epic Direct Payment on iOS; App Store policies and practices; Epic's marketing and promotional activities; Epic's efforts to compete in app distribution and in-app payment processing | 4 hours | 3 hours | 40 minutes | Live, in person |
| Matthew Weissinger, Vice President, Marketing* | Epic's marketing and promotional activities; marketing and promotional support services offered by video game consoles and mobile operating system providers, including Apple | 1 hour | 1 hour | 15 minutes | Live, in person |
| Document custodian[1] | Admission of business records and other documents in Epic's possession, as necessary | 5 minutes | | | Live, in person or may request leave to appear remotely. |

---

[1] Epic expects that the parties will meet and confer regarding, and potentially stipulate to, the admission of business records and other documents, but Epic reserves its right to call witnesses to support the admission of business records and other documents, if necessary.

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| **Apple Witnesses** | | | | | |
| Matt Fischer, Vice President, App Store | App Store business strategy; App Store financial performance; App Store policies and practices; Apple's market power over iOS developers; and/or the subjects of designated testimony | 1 hour and 30 minutes | 1 hour | 30 minutes | Live, in person or by Deposition Designation |
| Trystan Kosmynka, Senior Director, App Review | App Store review policies and practices; iOS and macOS engineering, security and privacy issues; and/or the subjects of designated testimony | 45 minutes | 2 hours | 30 minutes | Live, in person or by Deposition Designation |
| Michael Schmid, Head of Games Business Development, App Store | App Store business strategy; App Store policies and practices; Apple's market power over iOS developers; differences between gaming on mobile and other platforms; allegations about Epic, including Epic's relationship with Apple and other platform providers | 20 minutes | 1 hour | 10 minutes | Live, in person |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Document custodian | Admission of business records and other documents in Apple's possession, as necessary | 5 minutes | | | Live |
| Eddy Cue, Senior Vice President, Internet Software and Services | The subjects of designated testimony, which include: lack of competition among mobile devices and mobile operating system software; App Store business strategy; App Store financial performance; current and historical App Store policies and practices; Apple's prior antitrust violations | 1 hour[2] | 10 minutes | | Deposition Designation |
| Craig Federighi, Senior Vice President, Software Engineering | The subjects of designated testimony, which include: iOS and macOS engineering, security, privacy and competition issues; App Store policies and practices | 30 minutes | 5 minutes | | Deposition Designation |

---

[2] Epic expects the length of direct examination for witnesses that Epic calls by deposition designation to be cut by approximately 50% to the extent that Epic is not required to play deposition testimony that is simply for the purpose of sponsoring a document.

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Scott Forstall, Senior Vice President, iOS Software (former) | The subjects of designated testimony, which include: iOS and macOS engineering, security, privacy and competition issues; historical App Store policies and practices; Apple's in-app purchasing function | 1 hour | 10 minutes | | Deposition Designation |
| Eric Friedman, Head of Fraud Engineering, Algorithms, and Risk | The subjects of designated testimony, which include: App Store review process; fraud and other abuse in Apple's ecosystem | 30 minutes | 5 minutes | | Deposition Designation |
| Eric Gray, Director, Commerce, Subscriptions & Pricing | The subjects of designated testimony, which include: inefficiencies and lack of integration of Apple's payment processing services; app pricing and inelasticity of demand; fraud and other abuse in Apple's ecosystem | 45 minutes | 5 minutes | | Deposition Designation |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| C.K. Haun, Senior Director, Developer Technical Services | The subjects of designated testimony, which include: App Store review policies and practices; iOS and macOS engineering, security and privacy issues | 45 minutes | 5 minutes | | Deposition Designation |
| Ron Okamoto, Vice President, Worldwide Developer Relations (former) | The subjects of designated testimony, which include: benefits Apple receives from other software developers, including Epic; Apple's market power over iOS developers | 15 minutes | 5 minutes | | Deposition Designation |
| Carson Oliver, Director of Business Management, App Store | The subjects of designated testimony, which include: App Store policies and practices; Apple's market power over iOS developers | 10 minutes | 5 minutes | | Deposition Designation |
| Shaan Pruden, Senior Director of Partnership Management and Worldwide Developer Relations | The subjects of designated testimony, which include: benefits that Apple receives from other software developers, including Epic | 15 minutes | 5 minutes | | Deposition Designation |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Mark Rollins, Finance Manager | The subjects of designated testimony, which include: Apple financials; App Store profit and loss statements | 10 minutes | | | Deposition Designation |
| Phillip Shoemaker, Technology Director, App Review (former) | The subjects of designated testimony, which include: historical App Store review policies and practices | 45 minutes | | | Deposition Designation |
| **Third-Party Witnesses** | | | | | |
| Vivek Sharma, Vice President, Gaming, Facebook, Inc.* | App distribution; Apple restrictions on iOS app distribution; App Store review process; interactions with Apple | 45 minutes | 1 hour | 15 minutes | Mr. Sharma is expected to request to appear remotely. |
| Lori Wright, Vice President, Xbox Business Development, Microsoft Corporation* | Distribution of software; Xbox video game console business and operations; Xbox cloud gaming, including xCloud and Game Pass; interactions with Apple | 90 minutes | 1.5 hour | 20 minutes | Intends to appear live and in person, but may request leave to appear remotely. |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Benjamin Simon, Founder and Chief Executive Officer, Yoga Buddhi Co.* | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 45 minutes | 30 minutes | 10 minutes | Intends to appear live and in person, but may request leave to appear remotely. |
| Shelley Gould, President, Co-Founder, Neuro-Fin Inc. d/b/a SmartStops* | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 30 minutes | 30 minutes | 10 minutes | Intends to appear live and in person, but may request leave to appear remotely. |
| Aashish Patel, Director of Product Management, Nvidia Corporation* | App distribution; Nvidia's GeForce Now service and business model; differences between streamed apps and locally hosted apps; differences between native apps and web apps; App Store review process; interactions with Apple; and/or | 45 minutes | 45 minutes | 10 minutes | Live or by Deposition Designation. If appearing live, Mr. Patel may request leave to appear remotely.[3] |

---

[3] Mr. Patel confirmed at his deposition that he is within the Court's trial subpoena power and, therefore, is available to testify live, making deposition designations inadmissible absent stipulation of the parties, given Mr. Patel's status as a third party. Epic is willing to meet and confer with Apple regarding the parties potentially stipulating to the presentation of Mr. Patel's testimony by designation. For the avoidance of doubt, Epic reserves the right to call Mr. Patel live and to object to Apple's introduction of designations from Mr. Patel's deposition in the event the parties cannot reach such an agreement.

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| | the subjects of designated testimony | | | | |
| Adrian Ong, Senior Vice President of Operations, Match Group* | The subjects of designated testimony, which include: App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple; differences between native apps and web experiences; Match Group's payment processing capabilities; effects of Apple's 30% fee on Match Group and its users; user acquisition | 45 minutes | 5 minutes | | Deposition Designation |

**Expert Witnesses**

| Witness | Summary of Theory and Conclusions and Bases Therefor and CV | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Susan Athey, Economics of Technology Professor, Stanford University Graduate School of Business* | See expert disclosure served February 16, 2021 | 1 hour / 40 minutes (with potential written direct) | 1.5 hours | 30 minutes | Live, in person |
| Ned S. Barnes, Managing Director, Berkeley Research Group* | See expert disclosure served February 16, 2021 | 30 minutes / 15 minutes (with potential written direct) | 1 hour | 20 minutes | Live, in person |
| Michael I. Cragg, Principal and Chairman, The Brattle Group* | See expert disclosure served March 15, 2021 | 1 hour and 30 minutes / 1 hour (with potential written direct) | 1 hour | 20 minutes | Live, in person |

| Witness | Summary of Theory and Conclusions and Bases Therefor and CV | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| David Evans, Chairman, Global Economics Group* | See expert disclosures served February 16, 2021 and March 15, 2021 | 5 hours / 3 hours (with potential written direct) | 4.5 hours | 1 hour | Live, in person |
| Wenke Lee, Chair, College of Computing, Georgia Institute of Technology* | See expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour / 30 minutes (with potential written direct) | 1 hour | 20 minutes | Live, in person |
| Nancy A. Mathiowetz, Professor Emerita, Department of Sociology, the University of Wisconsin-Milwaukee* | See expert disclosure served March 15, 2021 | 40 minutes / 20 minutes (with potential written direct) | 1 hour | 20 minutes | Live, in person |
| James Mickens, Professor of Computer Science, Harvard University* | See expert disclosure served February 16, 2021 | 1 hour 30 minutes / 1 hour 30 minutes (with potential written direct) | 1 hour | 20 minutes | Intends to appear live and in person, but may request leave to appear remotely. |

| Witness | Summary of Theory and Conclusions and Bases Therefor and CV | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Peter E. Rossi, Professor of Marketing, Economics and Statistics, UCLA* | See expert disclosure served February 16, 2021 | 40 minutes / 15 minutes (with potential written direct) | 1 hour | 20 minutes | Live, in person |