# Ex. 10
# Nancy Mathiowetz CV

**APPENDIX A:  CURRICULUM VITAE OF NANCY A. MATHIOWETZ**

---

## RESEARCH AND TEACHING INTERESTS

Survey methodology, research design and methods, quantitative methods, and statistical analysis.

## EDUCATION

University of Wisconsin, Madison, Wisconsin
> B.S., Sociology (with honors), 1978

University of Michigan, Ann Arbor, Michigan
> M.S., Biostatistics, 1983
> Ph.D., Sociology, 1988
> Dissertation: *The Applicability of Cognitive Theory to Long-Term Recall Questions in Social Surveys*

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2015-Present | Professor Emerita, University of Wisconsin-Milwaukee |
| 2005-2015 | Professor, Sociology Department, University of Wisconsin Milwaukee |
| 2006-2009 | Chair, Sociology Department, University of Wisconsin-Milwaukee |
| 2003-2005 | Associate Professor, Sociology Department, University of Wisconsin- Milwaukee |
| 2001-2003 | Associate Professor, Joint Program in Survey Methodology, University of Maryland; Adjunct Associate Research Scientist (Institute for Social Research) and Adjunct Associate Professor (Sociology Department), The University of Michigan |
| 1995-2001 | Assistant Professor, Joint Program in Survey Methodology, University of Maryland; Adjunct Assistant Research Scientist (Institute for Social Research) and Adjunct Assistant Professor (Sociology Department), The University of Michigan |
| 1997-1998 | ASA/NSF Fellowship, Bureau of Labor Statistics |
| 1992 | Guest Professor, Zentrum fur Umfragen, Methoden und Analysen, Germany |
| 1992-1995 | Deputy Director, Division of Statistics and Research Methodology, Agency for Health Care Policy and Research |
| 1993-1995 | Adjunct Assistant Professor, Joint Program in Survey Methodology, University of Maryland |

| 1990-1992 | Special Assistant to the Associate Director, Statistical Design, Methodology, and Standards,  U.S. Bureau of the Census |
| 1987-1990 | Senior Research Analyst,  National Center for Health Services Research |
| 1984-1987 | Senior Research Associate,  Westat, Inc. |

## BOOKS AND MONOGRAPHS

Nancy Mathiowetz and Gooloo Wunderlich  (2000).  *Survey Measurement of Work Disability: Summary of a Workshop.* Washington, D.C.: National Academy Press.

Paul Biemer, Robert Groves, Lars Lyberg, Nancy Mathiowetz, and Seymour Sudman (eds.) (1991).  *Measurement Errors in Surveys.* John Wiley and Sons.

Carla E. Maffeo and Nancy A. Mathiowetz (1988). *Evaluation of the Administrative Records in the National Medical Utilization and Expenditure Survey.*  Vital and Health Statistics, Series A, No. 6, Washington, D.C.: U.S. Government Printing Office.

Nancy A. Mathiowetz and E. Pat Ward  (1987).  *Linking the National Medical Expenditure Survey  with the National Health Interview Survey: Analysis of Field Trials.*  Vital and Health Statistics, Series 2, No. 102, Washington, D.C.: U.S. Government Printing Office.

Nancy A. Mathiowetz, Doris Northrup, Sandra Sperry, and Joseph Waksberg (1987) *Linking the National Survey of Family Growth with the National Health Interview Survey: Analysis of Field Trials.*  Vital and Health Statistics, Series 2, No. 103, Washington, D.C.: U.S. Government Printing Office.

Charles F. Cannell, Robert M. Groves, Lou J. Magilavy, Nancy A. Mathiowetz, Peter V. Miller, and Owen Thornberry (1987).  *An Experimental Comparison of Telephone and Personal Health Interview Surveys.*  Vital and Health Statistics, Series 2, No. 106. Washington, D.C.: U.S. Government Printing Office.

Greg J. Duncan and Nancy A. Mathiowetz (1985).  *A Validation Study of Economic Survey Data.*  Ann Arbor, Michigan: The Institute for Social Research.

## JOURNAL ARTICLES AND PEER REVIEWED BOOK CHAPTERS

J. Michael Brick, W.R. Andrews, and Nancy Mathiowetz (2016) "Single-Phase Mail Survey Design for Rare Population Subgroups." *Field Methods.*

James Fonk, Donna Davidoff, Thomas Lutzow, Noelle Chesley, and Nancy Mathiowetz. (2012). The Effect of Advance Directives on End-of-Life Cost Experience. *Journal of Health Care for the Poor and Underserved*, 23(3). 1137-56; DOI: 10.1353/hpu.2012.0098.

Nancy A. Mathiowetz (2008) "The Quagmire of Reporting Presidential Primary Election Polls." Presidential Address. *Public Opinion Quarterly* 72(3): 567-573.

Sunghee Lee, Nancy A. Mathiowetz, and Roger Tourangeau (2007) "Measuring Disability in Surveys: Consistency over Time and Across Respondents." *Journal of Official Statistics*, Vol. 23(2):163-184.

Sunghee Lee, Nancy A. Mathiowetz, and Roger Tourangeau (2004) "Perceptions of Disability: The Effect of Self and Proxy Response." *Journal of Official Statistics*, Vol. 20(4):671-686.

John F. Moeller, Steven Cohen, Nancy Mathiowetz, and Lap-Ming Wun (2003) "Regression- Based Sampling for Persons with High Health Expenditures: Evaluating Accuracy and Yield with the 1997 MEPS." *Medical Care*, Vol 41(7): 44-52.

Nancy A. Mathiowetz (2001) "Methodological Issues in the Measurement of Persons with Disabilities." *Research in Social Science and Disability,* Vol. 2: 125-144.

John Bound, Charlie Brown, and Nancy Mathiowetz (2001) "Measurement Error in Survey Data" in J. Heckman and E. Leamer (eds.) *Handbook of Econometrics, Volume 5*. Amsterdam: North Holland.

Nancy A. Mathiowetz, Charlie Brown, and John Bound (2001) "Measurement Error Issues in Surveys of the Low Income Population." *Data Collection on Low Income and Welfare Populations*.  Washington, D.C.: National Academy Press.

Robert A. Groves and Nancy A. Mathiowetz (2001) "Comment on Platek and Sarndal, 'Can the Statistician Deliver?'" *Journal of Official Statistics,* Vol 17(1): 51-54.

Nancy A. Mathiowetz and Katherine A. McGonagle (2000) "An Assessment of the Current State of Dependent Interviewing." *Journal of Official Statistics*, Vol. 16(4):401-418.

Nancy A. Mathiowetz and Sarah Dipko (2000) "A Comparison of Response Error by Adolescents and Adults." *Medical Care,* 38(4): 374-382.

Nancy A. Mathiowetz (1999) "Expressions of Respondent Uncertainty as Indicators of Response Quality." *International Journal of Public Opinion Research,* Vol. 11(3): 289-296.

Nancy A. Mathiowetz (1998) "Respondent Expressions of Uncertainty: Data Source for Imputation." *Public Opinion Quarterly*, Vol. 62: 47-56.

Mick P. Couper, Nancy A. Mathiowetz, and Eleanor Singer (1995) "Related Households, Mail Handling, and Returns to the 1990 Census" *International Journal of Public Opinion Research*, Vol. 7(2): 172-177.

Nancy A. Mathiowetz and Tamra J. Lair (1994) "Getting Better? Changes or Errors in the Measurement of Functional Limitations" *Journal of Economic and Social Measurement*, Vol. 20:237-262.

John F. Moeller and Nancy A. Mathiowetz (1994) "Problems of Screening for Poverty Status" *Journal of Official Statistics*, Vol. 10 (3):327-337.

Eleanor Singer, Nancy A. Mathiowetz, and Mick P. Couper (1993) "The Impact of Privacy and Confidentiality Concerns on Survey Participation: The Case of the 1990 Census" *Public Opinion Quarterly*, 57(4):465-482.

Nancy A. Mathiowetz (1992) "Errors in Reports of Occupations," *Public Opinion Quarterly*, Vol. 56:352-355.

John F. Moeller and Nancy A. Mathiowetz (1991) "Correcting Errors in Prescription Drug Reporting-A Critique." *Health Affairs* 10 (1): 210-211.

Nancy A. Mathiowetz and Greg J. Duncan (1988) "Out of Work, Out of Mind: Response Error in Retrospective Reports of Unemployment," *Journal of Business and Economic Statistics,* Vol. 6, No.2, 221-229.

Marc L. Berk, Nancy A. Mathiowetz, Edward P. Ward, and Andrew A. White (1987) "The Effect of Prepaid and Promised Incentives: Results of a Controlled Experiment" *Journal of Official Statistics*, Vol. 3(4): 449-457

Nancy A. Mathiowetz and Robert M. Groves (1985) "The Effects of Respondent Rules on Health Survey Reports," *American Journal of Public Health*, Vol. 75:639-644.

Robert M. Groves and Nancy A. Mathiowetz (1984) "Computer Assisted Telephone Interviewing: Effects on Interviewers and Respondents," *Public Opinion Quarterly*, Vol. 48:356-369.

**BOOK CHAPTERS AND OTHER PUBLICATIONS**

Peter V. Miller and Nancy A. Mathiowetz (2020) "The Legacy of Charles Cannell" in K. Olson, J. Smyth, J. Dykema, A. Holbrook, F. Kreuter, and B. West (eds). *Interviewer Effects from a Total Survey Error Perspective.*

J. Michael Brick, W.R. Andrews, Pat Dean Brick, Howard King, Nancy A. Mathiowetz, and Lynne Stokes (2012) "Methods for Improving Response Rates in Two-Phase Mail Surveys" *Survey Practice*, Vol. 5 (3). www.surveypractice.org.

Nancy A. Mathiowetz (2003) "Behavior Coding" in M. Lewis-Beck, A. Bryman, and T. F. Liao (eds.) *Encyclopedia of Social Science Research Methods.* Thousand Oaks, CA: Sage Publications.

Nancy A. Mathiowetz (2002) "Survey Design Options for the Measurement of Persons with Work Disabilities" in G. Wunderlich, D. Rice and N. Amaldo (eds.) *The Dynamics of Disability*.  Washington, D.C.: National Academy Press.

Nancy A. Mathiowetz (2000) "Methodological Issues in the Measurement of Work Disability," Chapter 3 in N. Mathiowetz and G. Wunderlich (eds.) *Survey Measurement of Work Disability: Summary of a Workshop.* Washington, D.C.: National Academy Press.

Nancy A. Mathiowetz (1997).  Book Review. *Data Collection and Management: A Practical Guide*.  *Public Opinion Quarterly,* Vol. 61, No. 2.

Norbert Schwarz, Nancy Mathiowetz, and Robert Belli (1996) "Assessing Satisfaction with Health and Health Care: Cognitive and Communicative Processes" in R. Warncke (ed.) *Health Survey Research Methods*. Washington, D.C.: DHHS Publication No. (PHS) 96-1013.

Donna Eisenhower, Nancy A. Mathiowetz, and David Morganstein (1991) "Recall Error: Sources and Bias Reduction Techniques" in *Measurement Errors in Surveys*, P. Biemer, B. Groves, L. Lyberg, N. Mathiowetz and S. Sudman (Eds.)  New York: John Wiley and Sons.

Nancy A. Mathiowetz (1991) "Discussion: Survey Quality Profiles" in *Seminar on Quality of Federal Data*, Statistical Policy Working Paper #20, Washington, D.C.: Statistical Policy Office, Office of Management and Budget.

Nancy A. Mathiowetz (1989) "Discussion: Validity of Reporting in Surveys" in J. Fowler (ed.) *Health Survey Research* Methods, Washington, D.C.: DHHS Publication No. (PHS) 89-3447.

Tom Smith, D. Garth Taylor, and Nancy Mathiowetz (1980) "Public Opinion and Public Regard for the Federal Government" in C. Weiss and A. Barton (eds.) *Making Bureaucracies Work*.  Beverly Hills: Sage Publications.

## PRESENTATIONS AND PROCEEDINGS PUBLICATIONS

Nancy A. Mathiowetz, J. Michael Brick, Sarah Cho, Jon Cohen, Scott Keeter and Kyley McGeeney (2015) "Revisiting Sample Frame and Mode Effects: A Comparison of Point Estimates." Paper presented at the 70th Annual Conference, American Association for Public Opinion Research.

J. Michael Brick, Sarah Cho, Jon Cohen, Scott Keeter, Kyley McGeeney, and Nancy A. Mathiowetz (2015) "Weighting and Sample Matching Effects of an Online Sample." Paper presented at the 70th Annual Conference, American Association for Public Opinion Research.

Scott Keeter, Nancy A. Mathiowetz, Kyley McGeeney, and Ruth Igielnik (2015). "The Challenge of Mode of Interview Effects in Public Opinion Polls." Paper presented at the 70th Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz, Kirsten Olson, and Courtney Kennedy (2011) "Redesign Options for the Consumer Expenditure Survey." Paper presented to the National Academy of Sciences Workshop on the Redesign of the Consumer Expenditure Survey, October, 2011.

Nancy A. Mathiowetz, J. Michael Brick, Lynne Stokes, Rob Andrews, and Seth Muzzy (2010) "Improving Coverage and Reducing Nonresponse: A Pilot Test of a Dual Frame Mail Survey as an Alternative to an RDD Survey." Paper presented at the Joint Statistical Meeting, American Statistical Association, Vancouver, Canada.

Nancy A. Mathiowetz (2002) "Behavior Coding: Tool for the Evaluation of the Survey Process and Survey Questions: Session in Honor of the Contributions of Charles Cannell." Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz, Roger Tourangeau, and Paul Guerino (2002) "Measuring Persons with Disabilities." Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz, Roger Tourangeau, and Paul Guerino (2002) "Methodological Issues in the Measurement of Persons with Disabilities." Invited paper presented at the Joint Statistical Meetings, American Statistical Association, New York, New York.

John Moeller, Steve Cohen, Nancy Mathiowetz, and Lap-Ming Wun (2002) "Model-Based Sampling for Households with High Health Expenditures: Evaluating Accuracy and Yield with the 1997 MEPS." Paper presented at the Joint Statistical Meetings, American Statistical Association, New York, New York.

John Moeller, Steve Cohen, Nancy Mathiowetz, and Lap-Ming Wun (2001) "Model-Based Sampling for Low Income Households: An Evaluation from the 1997 Medical Expenditure Panel Survey." Paper presented at the Joint Statistical Meetings, American Statistical Association, Atlanta, Georgia.

Nancy A. Mathiowetz (2000) "Methodological Issues in the Measurement of Persons with Disabilities" Invited Paper, Joint Statistical Meetings, American Statistical Association, Indianapolis, IN.

Nancy A. Mathiowetz, Mick Couper, and Dicy Butler (2000) "Characteristics of Nonrespondents and the Impact of Nonresponse: The American Travel Survey." Fifth International Conference on Social Science Methodology, Cologne, Germany.

Nancy A. Mathiowetz (2000) "The Effects of Length of Recall on the Quality of Survey Data" Invited paper, Fourth Conference on Methodological Issues in Official Statistics, Stockholm, Sweden.

Nancy A. Mathiowetz and Annette Gartin (2000) "The Effects of Alternative Questions on Estimates of Persons with Disabilities: An Examination of the Year 2000 Decennial Census." Paper presented at the Annual Conference, American Association for Public Opinion Research, Portland, OR.

Nancy A. Mathiowetz (1999) Invited Discussant "Question Salience, Question Difficulty and Item Nonresponse in Survey Research" International Conference on Survey Nonresponse, Portland, OR.

Nancy A. Mathiowetz (1999) "The Validity of Self Reported Health Measures Among Older Adults." Paper presented at the Annual Conference, American Association for Public Opinion Research.

J. Michael Dennis, Nancy A. Mathiowetz, and others (1999) "Analysis of RDD Interviews by the Number of Call Attempts: The National Immunization Survey" Paper presented at the Annual Conference, American Association for Public Opinion Research.

Brian Harris-Kojetin and Nancy A. Mathiowetz (1998) "The Effects of Proxy Response on the Reporting of Race and Ethnicity" Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz (1997) "Optimal Times to Contact and Interview Respondents: Findings from a Face to Face Data Collection Effort." Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz and Sarah Dipko (1997) "Examining Patterns of Response Error: A Comparison of Reports by Teenagers and Adults." Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz (1997) "Measuring Non-Market Labor Using a Time-Use Methodology" Invited paper, International Conference on Time Use, Non-Market Work, and Family Well Being, U.S. Bureau of Labor Statistics.

Nancy A. Mathiowetz and James Lepkowski (1996) "The Effect of Different Time Frames on Single Interview Bounding Techniques." Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz and Linda Stinson (1996) "The Effect of Length of Recall on the Quality of Survey Data: A Meta-Analytic Approach." Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz (1993) "An Evaluation of Alternative Missing Data Replacement Techniques." *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Eleanor Singer, Nancy Mathiowetz, and Mick Couper (1993) "The Impact of Privacy and Confidentiality Concerns on Survey Participation: The Case of the 1990 Census." Paper presented at the Annual Conference, American Association for Public Opinion Research.

Nancy A. Mathiowetz and Tamra J. Lair (1992) "Getting Better? Changes or Errors in Estimates of Functional Status." *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Nancy A. Mathiowetz (1992) "A Behavioral Paradigm for Understanding Nonresponse to the 1990 Census." Paper presented at the Annual Conference of the American Association of Public Opinion Research.

John F. Moeller and Nancy A. Mathiowetz (1991) "Catastrophic Prescription Expenditures for the Medicare Population." Paper presented at the Annual Meetings of the Gerontological Society of America.

Nancy A. Mathiowetz, Terry DeMaio, and Elizabeth Martin (1991) "Political Alienation, Voter Registration and the 1990 Census." Paper presented at the annual conference of the American Association of Public Opinion Research.

John F. Moeller and Nancy A. Mathiowetz (1990) "Problems of Screening for Poverty Status," *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Joel Leon, Tamra Lair, Pamela Farley Short, and Nancy A. Mathiowetz (1989) "1987 National Estimates of the Functionally Disabled Elderly: Policy Implications of Varying Definitions of Disability," Winter Meetings of the American Statistical Association.

Nancy A. Mathiowetz (1988) "Forgetting Events in Autobiographical Memory: Findings from a Health Care Survey," *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Nancy A. Mathiowetz (1987) "Response Error: Correlation between Estimation and Episodic Recall Tasks," *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Nancy A. Mathiowetz, Marc L. Berk, and Andrew A. White (1987) "The Effect of Changing Interviewers and Mode of Interview in a Panel Health Survey." Winter Meetings of the American Statistical Association.

Nancy A. Mathiowetz (1986) "Mode of Initial Contact for Personal Interviews: Findings from Two Experiments," *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Nancy A. Mathiowetz (1986) "Episodic Recall vs. Estimation: The Applicability of Cognitive Theory to Problems in Survey Research." Presented at Annual Meetings of the American Association of Public Opinion Research.

Nancy A. Mathiowetz (1985) "The Problem of Omissions and Telescoping Error: New Evidence from a Study of Unemployment." *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Nancy A. Mathiowetz, Doris Northrup, and Sandra Sperry (1985) "An Evaluation of Mode of Initial Contact for In-Person Interviews." Presented at Annual Meetings of the American Association of Public Opinion Research.

Nancy A. Mathiowetz and Greg J. Duncan (1984) "Temporal Patterns of Response Error in Retrospective Reports of Unemployment and Occupation," *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Nancy A. Mathiowetz and Charles F. Cannell (1980) "Coding Interviewer Behavior as a Method of Evaluating Performance," *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Robert M. Groves, Lou J. Magilavy, and Nancy A. Mathiowetz (1980) "The Process of Interviewer Variability: Evidence from Telephone Surveys," *Proceedings of the Section on Survey Research Methods*, American Statistical Association.

Robert M. Groves, Marianne Berry, and Nancy A. Mathiowetz (1980) "Some Impacts of Computer Assisted Telephone Interviewing on Survey Methods," *Proceedings of the Section on Survey Research Methods,* American Statistical Association.

**RESEARCH REPORTS**

Kristen Olson, Jolene Smyth, Rachel Horwitz, Scott Keeter, Virginia Lesser, Stephanie Marken, Nancy Mathiowetz, Jaki McCarthy, Eileen, O'Brien, Jean Opsomer, Darby Steiger, David Sterrett, Jennifer Su, Z. Tuba Suzer-Gurtekin, Chintan Turakhia, and James Wagner (2019). "Report of the AAPOR Task Force on Transitions from Telelphone Surveys to Self-Administered and Mixed Mode Surveys."

Nancy A. Mathiowetz, Kristen Olson, and Courtney Kennedy (2011) "Redesign Options for the Consumer Expenditure Survey." Prepared for the National Academy of Sciences (DBASSE-004950-0001-031411).

Nancy A. Mathiowetz (2010) "Self and Proxy Reporting in the Consumer Expenditure Survey Program." Paper prepared for the Consumer Expenditure Methods Workshop, Bureau of Labor Statistics.

Nancy A. Mathiowetz (1998) "The Impact of Biannual Interviewing on Nonresponse and Measurement Error." Paper commissioned by the National Longitudinal Study Technical Review Committee.

Nancy A. Mathiowetz. (1994) "Autobiographical Memory and the Validity of Survey Data: Implications for the Design of the Panel Study of Income Dynamics." Paper commissioned by the Panel Study of Income Dynamics Technical Advisory Board.

Nancy A. Mathiowetz, Mick P. Couper, and Eleanor Singer (1994) "Where does all the Mail Go? Mail Receipt and Handling in U.S. Households." Survey Methodology Program Working Paper No. 25. Ann Arbor: University of Michigan.

John F. Moeller, Nancy A. Mathiowetz, and Steven B. Cohen (1989) *Prescription Drugs: Use and Expenditures by Medicare Beneficiaries,* Report to Congress.

John F. Moeller and Nancy A. Mathiowetz (1989) *Prescribed Medicines: A Summary of Use and Expenditures by Medicare Beneficiaries,* National Medical Expenditure Survey Research Findings 3, Rockville, MD.

A. Vinokur, C. Cannell, S. Eraker, F. Juster, and N. Mathiowetz (1983) *The Role of Survey Research in the Assessment of Health and Quality of Life Outcomes of Pharmaceutical Interventions.* Monograph prepared for the Pharmaceutical Manufacturers Association.

**EDITORIAL ACTIVITIES**

Associate Principal Investigator, Time-Sharing Experiments for the Social
Sciences (TESS), 2012–
Editor, *Public Opinion Quarterly,* 2008-2012
Associate Editor, *Public Opinion Quarterly,* 2004 -2007
Associate Editor, *Journal of Official Statistics*, 1998-2004
Reviewer, John Wiley Series in Survey Methodology
Reviewer, *Journal of the American Statistical Association*
Reviewer, *Survey Methodology*
Reviewer, *Journals of Gerontology*
Reviewer, *Reference Manual on Scientific Evidence*, Federal Judicial Center

**TEACHING COURSES**

Methods of Research and Analysis for Urban Social Institutions (Soc 982)
Advanced Statistical Methods in Sociology (Soc 760)
Fundamentals in Survey Methodology (Soc 752)
Questionnaire Design (Soc 754)
Research Methods in Sociology (Soc 362)
Data Collection Methods in Survey Research
Survey Management
Survey Practicum

### Invited Lectures, Short Courses and Workshops

Questionnaire Design, University of Wisconsin Executive Education, 2004
Methodological Issues in the Measurement of Disability, United Nations,
November, 2000
Survey Design for Response Quality in Household Surveys, 2000, Invited
two-day workshop, Statistics Sweden, 2000
Survey Management, 1999, one-day short course, Department of Agriculture
Survey Management, 1998, one-week course, Summer Institute in Survey
Research Techniques, Institute for Social Research, University of Michigan
Survey Management, 1998, two-day short course, JPSM Short Course
An Introduction to Pretesting, two-day short course, 1997, JPSM Short Course
Invited Lecture, Dartmouth College, 1997
Telephone Survey Design, one-week course, Summer Institute in Survey
Research Techniques, Institute for Social Research, University of
Michigan
Invited Scholar, Iowa State University, 1996
Questionnaire Design, 1995, half-day course, American Association of Public
Opinion Research

**Graduate Student Advising**

Mark Caldwell, Ph.D. Dissertation Committee, 2014-2015
Marcella Blom-Willis, MA Chair, 2014-2015
Elisabeth Callahan, MA Chair, 2014-2015
Lee Chang, MA Chair, 2013-2014
Erica Svojse, MA Chair, 2013-2014
Kate Brown, MA Member, 2013-2014
Rachel Custasis, MA Chair, 2012- 2013
Brendan Held, MA Chair, 2012-2013
Ben Gilbertson, MA Member,
2012- 2013
Kara Ritchardt, MA Member 2012- 2013
Maureen Pylman, Ph.D. Prelim Chair, 2012-2013
Brienne Schreiber, Sociology, MA, Chair, 2011-2012
Atiera Coleman, Sociology, MA, Member, 2011-2012
Crystal Mathes, Sociology, MA, Member, 2011-2012
Jackie Austin, Sociology, MA, Chair, 2010-2011
Liz Grimm, Human Movement Sciences, Ph.D., 2010-2011
Matt  Wagner, Urban Studies Program, Ph.D., 2008
Kirsten Brown, Sociology, MA, Chair, 2007-2008
Peter Barwis, Sociology, MA, Member, 2006-2007
Heather Price, Sociology, MA, Member, 2006-2007
Georgiann Davis, Sociology, MA, Chair, 2005-2006
Leslie Mason, Sociology, MA, Chair, 2005-2007
Kyle Poppie, Sociology, MA, Member, 2006-2007
Molly Simmerman, Sociology, MA, Chair, 2006-2007
Adam Lippert, Sociology, MA, Member, 2006
Julie Weeks, Sociology, Ph.D. Committee, 1999-2000
Jill Walston, Education Measurement and Statistics, Ph.D. Committee, 1999-2000

**PROFESSIONAL ACTIVITIES**

**American Association for Public Opinion Research**

Recipient, AAPOR Award for Exceptionally Distinguished Achievement, 2015
Past President, 2008-2009
President, 2007-2008
President-elect/Vice President, 2006-2007
Chair, Standards Committee, 2005-2006
Associate Chair, Standards Committee, 2004-2005
Secretary-Treasurer, 1995-1996
Chair, Education Committee, 1995-2001
Associate Secretary-Treasurer, 1994-1995
Membership Chair, 1990-1991
Associate Membership Chair, 1989-1990

**American Statistical Association**

Elected Fellow, American Statistical Association, 2012
Member, Survey Review Committee, 2001-2003
Member, Census Advisory Committee, 2000-2002
Member, Committee on Statistics and Disability, 2000-2006
Member, Committee on Meetings, 1997-2001
Member, E.C. Bryant Scholarship Committee, 1997-2003
Program Chair, Section on Survey Research Methods, 1995-1996
Program Chair-Elect, Section on Survey Research Methods, 1994-1995
Member, Continuing Education Committee, 1988-1990
Chair, Continuing Education Winter Conference, 1988-1989
Member, Survey Research Methods Technical Advisory Committee on SIPP,
1986-1990

**Advisory Committees**

Behavioral Risk Factor Surveillance System Advisory Board, 2016-2019
Committee on National Statistics, The National Academies of Sciences,
     Engineering, and Medicine, Steering Committee for Workshop on
     Respondent Burden in the American Community Survey, 2016
American Statistical Association Committee on Energy Statistics,
     2010- 2015
Bureau of Labor Statistics, Consumer Expenditure Survey Expert
     Panel, 2010
California Health Interview Survey Technical Advisory Committee, 2009-2013
National Center for Health Statistics, Board of Scientific Counselors, Long Term
     Care Program Review Panel, 2009
National Academy of Science, Committee on National Statistics, Panel to
     Review U.S. Department of Agriculture's Measurement of Food
     Insecurity and Hunger,2004-2005
National Advisory Board, Institute for Research on Poverty, University of
     Wisconsin, Wisconsin Works Child Support Demonstration, 1998-2001
National Gambling Commission, Technical Advisory Panel, 1998
National Longitudinal Survey of Children and Families in the Child Welfare
     System, Technical Advisory Panel, 1998-2000
Substance Abuse and Mental Health Services Administration, Technical
     Advisory Committee, 1997
National Longitudinal Surveys Technical Review Committee, Bureau of Labor
     Statistics, 1993-1999
Bureau of Labor Statistics, Invited Panel Member, Questionnaire Design
     Advisory Conference for the Consumer Expenditure Survey and
     Current Population Survey, 1987

**Grants Review**

National Institutes of Health, Biostatistical Methods and Research Design Study
Section, Member, 2003-2007 and various special emphasis panels, 2008-
Russell Sage Foundation, 2000
National Science Foundation, 1998-
National Institute of Health, Reviewer, Mental Health AIDS and Immunology
Review Committee, 1996

**Reports Review**

National Academy of Sciences, Medicine, and Engineering, Reviewer,
     *Using Multiple Data Sources and State-of-the-Art Estimation Methods in
     Federal Statistics: Frameworks, Methods, and Assessment,* 2016
National Academy of Science, Reviewer, *Conducting Biosocial Surveys*, 2010
U.S. Department of Agriculture, Reviewer, *Continuing Survey of Food Intake*,
     1996
National Academy of Sciences, Reviewer, *Report on Survey of Scientists and
     Engineers*, 1991

A-15

**Miscellaneous**

Organizer, Interviewer-Respondent Interaction Workshop, Boston, MA May 2013

Chair, Charles Cannell Fund in Survey Methodology, 2003-

Federal Committee on Statistical Methodology, Member, Subcommittee on Statistical Training, 1995-1999

Social Science Research Council, Invited Participant, Workshop on the Cognition and Measurement of Pain, 1987

Social Science Research Council, Invited Participant, Seminar on Effect of Theory- Based Schemas on Retrospective Data, 1987

**University of Wisconsin-Milwaukee**

Faculty Chair, Zilber School of Public Health, 2014-2015

Chair, School of Public Health Founding Dean Search Committee, 2010-2011

Member, School of Public Health Executive Committee, 2010-2011

Chair, Merit Committee, Sociology Department, 2010-2013

Member, School of Public Health Planning Council, 2007-2009

Member, Division of Social Sciences Executive Committee, 2005-2008

Official Representative to the Inter-University Consortium for Political and Social Research, 2003-2007

Chair, Recruitment Committee, Department of Sociology, 2005; 2012

Chair, Curriculum Committee, Urban Studies Program, 2004-2005; 2010-2012

Member, Research Committee, Center for Age and Community, 2003-2005

Member, Applied Gerontology Certificate Committee, 2004-2006

Member, Executive Committee, Urban Studies Program, 2005

Member, Graduate Committee, Sociology Department, 2005-2009; 2012-2015