# Ex. 12
# James Mickens CV

# JAMES W. MICKENS

| | |
|---|---|
| email | mickens@g.harvard.edu |
| website | http://mickens.seas.harvard.edu |
| phone | (617) 384 8132 |

## PROFESSIONAL EXPERIENCE

*Harvard University*

*2019–Present*    Gordon McKay Professor

*2015–2019*    Associate Professor

Currently teaching CS 161 (Operating Systems) and CS 263 (Systems Security). Performing a variety of research on secure, high-performance distributed systems. Currently advising four PhD students.

*Massachusetts Institute of Technology*

*Fall 2014*    MLK Visiting Professor

Co-taught 6.858 (Computer Systems Security). Performed research on secure cloud storage and load optimizers for web pages.

*Microsoft Research (Redmond)*

*2008–2015*    Researcher, Distributed Systems Group

Engaged in a variety of basic and applied research projects, collaborating with product groups to apply my work to real-life scenarios. Served on program committees, organized workshops, and performed other types of academic service. Supervised six interns during their pursuit of summer research projects.

## EDUCATION

*PhD*
*Master of Science*

*2001–2008*    The University of Michigan, Ann Arbor

Area: Computer Science and Engineering
Dissertation: *Exploiting Availability Prediction in Distributed Systems*
Advisor: Prof. Brian NOBLE

*Bachelor of Science*

*1997–2001*    The Georgia Institute of Technology

Area: Computer Science · GPA: 3.97/4.0 · Highest Honors
Certificate in Industrial and Organizational Psychology

## PUBLICATIONS

*USENIX Security 2021*    X. Han, X. Yu, T. Pasquier, D. Li, J. Rhee, **J. Mickens**, M. Seltzer, and H. Chen. SIGL: Securing Software Installations Through Deep Graph Learning. Vancouver, B.C., Canada, August 2021.

*NSDI 2021*    R. Ko, B. Loring, R. Netravali, and **J. Mickens**. Oblique: Accelerating Page Loads Using Symbolic Execution. Boston, MA, April 2021.

*HotCloud 2020*    V. Gandhi and **J. Mickens**. Rethinking Isolation Mechanisms for Datacenter Multitenancy. Boston, MA, July 2020.

*P-RECS 2020*    X. Han, **J. Mickens**, A. Gehani, M. Seltzer, and T. Pasquier. Xanthus: Push-button Orchestration of Host Provenance Data Collection. Stockholm, Sweden, June 2020.

*NDSS 2020*    X. Han, T. Pasquier, A. Bates, **J. Mickens**, and M. Seltzer. Unicorn: Runtime Provenance-Based Detector for Advanced Persistent Threats. San Diego, CA, February 2020.

| | |
|---|---|
| *SOCC 2019* | R. Netravali and **J. Mickens**. Reverb: Speculative Debugging for Web Applications. Santa Cruz, CA, November 2019. |
| *MobiSys 2019* | R. Netravali, A. Sivaraman, **J. Mickens**, and H. Balakrishnan. WatchTower: Fast, Secure Mobile Page Loads Using Remote Dependency Resolution. Seoul, South Korea, June 2019. |
| *NSDI 2019* | F. Wang, R. Ko, and **J. Mickens**. Riverbed: Enforcing User-defined Privacy Constraints in Distributed Web Services. Boston, MA, February 2019. |
| *ManLang 2018* | J. Larisch, **J. Mickens**, and E. Kohler. Alto: Lightweight VMs using Virtualization-aware Managed Runtimes. Linz, Austria, September 2018. |
| *ANRW 2018* | R. Ko and **J. Mickens**. DeadBolt: Securing IoT Deployments. Quebec, Canada, July 2018. |
| *NSDI 2018* | R. Netravali, V. Nathan, **J. Mickens**, and H. Balakrishnan. Vesper: Measuring Time-to-Interactivity for Web Pages. Renton, WA, April 2018. |
| *NSDI 2018* | R. Netravali and **J. Mickens**. Prophecy: Accelerating Mobile Page Loads Using Final-state Write Logs. Renton, WA, April 2018. |
| *HotMobile 2018* | R. Netravali and **J. Mickens**. Remote-Control Caching: Proxy-based URL Rewriting to Decrease Mobile Browsing Bandwidth. Tempe, Arizona, February 2018. |
| *NDSS 2018* | F. Wang and **J. Mickens**. Veil: Private Browsing Semantics Without Browser-side Assistance. San Diego, CA, February 2018. |
| *SysTEX 2017* | F. Wang, Y. Joung, and **J. Mickens**. Cobweb: Practical Remote Attestation Using Contextual Graphs. Shanghai, China, October 2017. |
| *NSDI 2016* | R. Netravali, A. Goyal, **J. Mickens**, and H. Balakrishnan. Polaris: Faster Page Loads Using Fine-grained Dependency Tracking. Santa Clara, CA, March 2016. |
| *NSDI 2016* | F. Wang, **J. Mickens**, N. Zeldovich, and V. Vaikuntanathan. Sieve: Cryptographically-enforced Access Control for User Data in Untrusted Clouds. Santa Clara, CA, March 2016. |
| *SOCC 2015* | D. Li, **J. Mickens**, S. Nath, and L. Ravindranath. Domino: Understanding Wide-Area, Asynchronous Event Chains in Web Applications. Kohala Coast, HI, August 2015. |
| *USENIX ATC 2015* | R. Netravali, A. Sivaraman, S. Das, A. Goyal, K. Winstein, **J. Mickens**, and H. Balakrishnan. Mahimahi: Accurate Record-and-Replay for HTTP. Santa Clara, CA, July 2015. |
| *USENIX HotOS XV* | T. Chajed, J. Gjengset, J. van den Hooff, M. F. Kaashoek, **J. Mickens**, R. Morris, and N. Zeldovich. Amber: Decoupling User Data from Web Applications. Kartause Ittingen, Switzerland, May 2015. |
| *IEEE Symposium on Security and Privacy 2014* | **J. Mickens**. Pivot: Fast, Synchronous Mashup Isolation Using Generator Chains. San Jose, CA, May 2014. |
| *NSDI 2014* | **J. Mickens**, E. B. Nightingale, J. Elson, K. Nareddy, D. Gehring, B. Fan, A. Kadav, V. Chidambaram, and O. Khan. Blizzard: Fast, Cloud-scale Block Storage for Cloud-oblivious Applications. Seattle, WA, April 2014. |

| | |
|---|---|
| *FAST 2013* | J. R. Lorch, B. Parno, **J. Mickens**, M. Raykova, and J. Schiffman. Shroud: Enabling Private Access to Large-Scale Data in the Data Center. San Jose, CA, February 2013. |
| *USENIX WebApps 2012* | **J. Mickens** and M. Finifter. Jigsaw: Efficient, Low-effort Mashup Isolation. Boston, MA, June 2012. |
| *USENIX ATC 2012* | **J. Mickens**. Rivet: Browser-agnostic Remote Debugging for Web Applications. Boston, MA, June 2012. |
| *SOSP 2011* | **J. Mickens** and M. Dhawan. Atlantis: Robust, Extensible Execution Environments for Web Applications. Cascais, Portugal, October 2011. **Winner of the Audience Choice Award for Best Presentation.** |
| *IEEE Symposium on Security and Privacy 2011* | B. Parno, J. R. Lorch, J. R. Douceur, **J. Mickens**, and J. M. McCune. Memoir: Practical State Continuity for Protected Modules. Oakland, CA, May 2011. |
| *USENIX WebApps 2010* | **J. Mickens**. Silo: Exploiting JavaScript and DOM Storage for Faster Page Loads. Boston, MA, June 2010. |
| *NSDI 2010* | **J. Mickens**, J. Elson, J. Howell, and J. R. Lorch. Crom: Faster Web Browsing Using Speculative Execution. San Jose, CA, April 2010. |
| *NSDI 2010* | **J. Mickens**, J. Elson, and J. Howell. Mugshot: Deterministic Capture and Replay for JavaScript Applications. San Jose, CA, April 2010. |
| *CoNEXT 2009* | J. R. Douceur, **J. Mickens**, T. Moscibroda, and D. Panigrahi. ThunderDome: Discovering Upload Constraints Using Decentralized Bandwidth Tournaments. Rome, Italy, December 2009. |
| *USENIX ATC 2009* | **J. Mickens**, J. R. Douceur, B. Bolosky, and B. Noble. StrobeLight: Lightweight Availability Mapping and Anomaly Detection. San Diego, CA, June 2009. |
| *DSN 2007* | **J. Mickens** and B. Noble. Concilium: Collaborative Diagnosis of Broken Overlay Routes. Edinburgh, UK, June 2007. |
| *WiMob 2007* | **J. Mickens** and B. Noble. Analytical Models for Epidemics in Mobile Networks. White Plains, NY, October 2007. |
| *NSDI 2006* | **J. Mickens** and B. Noble. Exploiting Availability Prediction in Distributed Systems. San Jose, CA, May 2006. |
| *WiSE 2005* | **J. Mickens** and B. Noble. Modeling Epidemic Spreading in Mobile Environments. Cologne, Germany, September 2005. |

## CURRENT PROFESSIONAL SERVICE

**Harvard organizations:** Berkman-Klein Center Board of Directors (board member); Embedded EthiCS (Computer Science co-director); Computer Science Diversity Committee (co-chair); FAS Standing Committee on Continuing Education (committee member)

**External organizations:** National Academies' Computer Science and Telecommunications Board Investigative Committee for Responsible Computing Research (committee member); USENIX Committee for Black, African-American, and African Diaspora Inclusion (committee member)

## RECENT CONFERENCE SERVICE

| | | | |
|---|---|---|---|
| SOSP 2021 | Program committee | HotNets 2016 | Program committee |
| NSDI 2021 | Co-chair | FAST 2016 | Program committee |
| OSDI 2020 | Program committee | SOCC 2015 | Program committee |
| SIGCOMM 2018 | Program committee | HotCloud 2015 | Program committee |
| SOSP 2017 | Program committee | SOCC 2014 | Program committee |
| SOCC 2017 | Program committee | CoNEXT 2014 | Program committee |
| Oakland Security 2017 | Program committee | SOSP 2013 | Program committee |
| WWW 2017 | Program committee | NSDI 2013 | Program committee |
| OSDI 2016 | Program committee | USENIX WebApps 2012 | Program committee |