# Ex. 16
# Wenke Lee CV

**Wenke Lee**
**Professor and John P. Imlay Jr. Chair**
**School of Computer Science**
**College of Computing**
**Georgia Institute of Technology**
**Atlanta, Georgia 30332-0280**
wenke@cc.gatech.edu
http://www.cc.gatech.edu/~wenke/

# Contents

**EDUCATIONAL BACKGROUND**                                                      **2**

**EMPLOYMENT HISTORY**                                                          **2**

**CURRENT FIELDS OF INTEREST**                                                  **2**

**I. TEACHING**                                                                 **4**
   A. Courses Taught . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
   B. Curriculum Development  . . . . . . . . . . . . . . . . . . . . . . . . . . .   5
   C. Individual Student Guidance . . . . . . . . . . . . . . . . . . . . . . . . .   7

**II. RESEARCH AND CREATIVE SCHOLARSHIP**                                        **9**
   A. Theses  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9
   B. Published Journal Papers . . . . . . . . . . . . . . . . . . . . . . . . . . .   9
   C. Published Books and Parts of Books . . . . . . . . . . . . . . . . . . . . . .  10
   D. Edited Proceedings and Books . . . . . . . . . . . . . . . . . . . . . . . . .  10
   E. Conference Presentations (refereed) . . . . . . . . . . . . . . . . . . . . . .  11
      E.1 with Proceedings (refereed)  . . . . . . . . . . . . . . . . . . . . . . .  11
   F. Workshop Presentations (refereed) . . . . . . . . . . . . . . . . . . . . . . .  25
      F.1 with Proceedings  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  25
   G. Other  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  26
   H. Research Proposals and Grants . . . . . . . . . . . . . . . . . . . . . . . . .  27
   I. Research Honors and Awards . . . . . . . . . . . . . . . . . . . . . . . . . .  34

**III. SERVICE**                                                                **36**
   A. Professional Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . .  36
      A.1 Membership and Activities in Professional Societies  . . . . . . . . . . .  36
      A.2 Journal Edit-oral Board Activities  . . . . . . . . . . . . . . . . . . . .  36
      A.3 Conference Committee Activities  . . . . . . . . . . . . . . . . . . . . .  36
   B. On-campus Georgia Tech Committees . . . . . . . . . . . . . . . . . . . . . .  40

**IV. NATIONAL AND INTERNATIONAL PROFESSIONAL RECOGNITION**                      **42**
   A. Patents  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  42

**V. OTHER CONTRIBUTIONS**                                                       **44**
   A. Seminar Presentations . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44

## EDUCATIONAL BACKGROUND

| Degree | Year | University | Field |
|--------|------|------------|-------|
| Ph.D. | 1999 | Columbia University | Computer Science |
| M.S. | 1990 | The City College of New York | Computer Science |
| B.S. | 1988 | Sun Yat-Sen University, China | Computer Science |

## EMPLOYMENT HISTORY

| Title | Organization | Years |
|-------|--------------|-------|
| **John P. Imlay Jr. Chair** | College of Computing | 3/2016–present |
| **Director** | Institute for Information Security & Privacy (IISP) Georgia Institute of Technology | 7/2015–present |
| **Director** | Georgia Tech Information Security Center (GTISC) Georgia Institute of Technology | 8/2012–6/2015 |
| **Professor** | College of Computing Georgia Institute of Technology | 2/2009–present |
| **Associate Professor** | College of Computing Georgia Institute of Technology | 2/2005–2/2009 |
| **Assistant Professor** | College of Computing Georgia Institute of Technology | 8/2001–2/2005 |
| **Assistant Professor** | Department of Computer Science North Carolina State University | 8/1999–8/2001 |
| **Research Assistant** | Department of Computer Science Columbia University | 1994–1999 |
| **Research Staff Member** | IBM T.J. Watson Research Center | 5/1997–8/1997 |
| **Member of Technical Staff** | AT&T Research | 5/1996–8/1996 |
| **Senior Software Analyst** | Intergraph Corporation | 1991–1994 |
| **Software Analyst** | Intergraph Corporation | 1990–1991 |

## CURRENT FIELDS OF INTEREST

### Information Security

Main research thrusts are: "Malware analysis and detection" – developing "live" and "safe" environ-ment to uncover malware behaviors and machine-learning based techniques to automatically gen-erate detection models and forensic analysis rules; "Adversarial Machine Learning" – studying the vulnerabilities of machine learning based systems due to adversarial manipulations and developing countermeasures; "Software debloating and protocol subsetting" – developing program and protocol analysis and rewriting techniques to remove unnecessary features and code from program binaries; "Privacy-preserving biometric-based authentication and search" – researching efficient methods to protect the privacy of biometric data while enabling important security applications including re-

mote authentication and video surveillance; "Adaptive analysis framework for advanced persistent threats" – developing game-theoretic approaches to model and analyze advanced persistent threats.

## I. TEACHING

### A. Courses Taught

| Semester/Year | Course | Number of Students | Comments |
|---|---|---|---|
| Fall 2020 | OMS CS/Cybersecurity 8803 Information Security Labs: System and Network Defenses | 7 | Online |
| Fall 2020 | OMS CS/Cybersecurity 6035 Introduction to Information Security | 726 | Online |
| Fall 2020 | OMS CS/Cybersecurity 6262 Network Security | 250 | Online |
| Fall 2020 | CS 6262 Network Security | 30 | At CoC |
| Fall 2020 | CS 6262-QSA Network Security | 30 | Saudi Aramco |
| Summer 2020 | OMS CS/Cybersecurity 8803 Information Security Labs: System and Network Defenses | 11 | Online |
| Summer 2020 | OMS CS/Cybersecurity 6262 Network Security | 138 | Online |
| Summer 2020 | OMS CS/Cybersecurity 6035 Introduction to Information Security | 359 | Online |
| Spring 2020 | OMS CS/Cybersecurity 8803 Information Security Labs: System and Network Defenses | 40 | Online |
| Spring 2020 | OMS CS/Cybersecurity 6262 Network Security | 360 | Online |
| Spring 2020 | OMS CS/Cybersecurity 6035 Introduction to Information Security | 884 | Online |
| Fall 2019 | OMS CS/Cybersecurity 6262 Network Security | 156 | Online |
| Fall 2019 | OMS CS/Cybersecurity 6035 Introduction to Information Security | 770 | Online |
| Fall 2019 | CS 6262 Network Security | 43 | At CoC |
| Summer 2019 | OMS CS/Cybersecurity 6262 Network Security | 129 | Online |
| Summer 2019 | OMS CS/Cybersecurity 6035 Introduction to Information Security | 456 | Online |
| Spring 2019 | OMS CS/Cybersecurity 6262 Network Security | 275 | Online |
| Spring 2019 | OMS CS/Cybersecurity 6035 Introduction to Information Security | 938 | Online |
| Fall 2018 | OMSCS 6262 Network Security | 154 | Online |
| Fall 2018 | OMSCS 6035 Introduction to Information Security | 525 | Online |
| Fall 2018 | CS 6262 Network Security | 47 | At CoC |
| Summer 2018 | OMSCS 6262 Network Security | 191 | Online |
| Summer 2018 | OMSCS 6035 Introduction to Information Security | 338 | Online |
| Spring 2018 | OMSCS 6262 Network Security | 220 | Online |
| Spring 2018 | OMSCS 6035 Introduction to Information Security | 428 | Online |
| Fall 2017 | OMSCS 6262 Network Security | 300 | Online |
| Fall 2017 | OMSCS 6035 Introduction to Information Security | 350 | Online |
| Fall 2017 | CS 4235/6035 Introduction to Information Security | 120 | At CoC |
| Summer 2017 | OMSCS 6262 Network Security | 300 | Online |
| Summer 2017 | OMSCS 6035 Introduction to Information Security | 350 | Online |
| Spring 2017 | OMSCS 6262 Network Security | 300 | Online |
| Spring 2017 | OMSCS 6035 Introduction to Information Security | 350 | Online |
| Fall 2016 | OMSCS 6262 Network Security | 300 | Online |
| Fall 2016 | OMSCS 6035 Introduction to Information Security | 350 | Online |
| Fall 2016 | CS 4235/6035 Introduction to Information Security | 80 | At CoC |
| Summer 2016 | OMSCS 6035 Introduction to Information Security | 350 | Online |
| Spring 2016 | OMSCS 6035 Introduction to Information Security | 350 | Online |

| Semester/Year | Course | Number of Students | Comments |
|---|---|---|---|
| Fall 2015 | OMSCS 6035 Introduction to Information Security | 230 | Online |
| Fall 2015 | CS 4235/6035 Introduction to Information Security | 80 | At CoC |
| Fall 2014 | CS 4235/6035 Introduction to Information Security | 80 | At CoC |
| Spring 2013 | CS 4235 Introduction to Information Security | 50 | At CoC |
| Fall 2012 | CS 4235 Introduction to Information Security | 41 | At CoC |
| Spring 2012 | CS 6262 Network Security | 35 | At CoC |
| Fall 2010 | CS 3210 Operating System Design | 25 | At CoC |
| Spring 2010 | CS 6262 Network Security | 45 | At CoC |
| Fall 2009 | CS 4237 Computer and Network Security | 15 | At CoC |
| Spring 2009 | CS 4237 Computer and Network Security | 15 | At CoC |
| Fall 2008 | CS 6262 Network Security | 55 | At CoC |
| Spring 2008 | CS 8803ANS Advanced Systems and Network Security | 25 | At CoC |
| Fall 2007 | CS 4237 Computer and Network Security | 20 | At CoC |
| Spring 2007 | CS 6262 Network Security | 45 | At CoC |
| Fall 2006 | CS 6265 Information Security Lab (w/ Mustaque) | 18 | At CoC |
| Fall 2006 | CS 4803 Computer and Network Security | 30 | At CoC |
| Spring 2006 | CS 6262 Network Security | 45 | At CoC |
| Fall 2005 | CS 4803 Computer and Network Security | 30 | At CoC |
| Spring 2005 | CS 6262 Network Security | 30 | At CoC |
| Fall 2004 | CS 4803K Computer and Network Security | 30 | At CoC |
| Spring 2004 | CS 6262 Network Security | 30 | At CoC |
| Fall 2003 | CS 4803K Computer and Network Security | 35 | At CoC |
| Spring 2003 | CS 8803K Advanced Systems and Network Security | 16 | At CoC |
| Fall 2002 | CS 6262 Network Security | 28 | At CoC |
| Spring 2002 | CS 6262 Network Security | 30 | New at CoC |
| Fall 2000 | CSC 591Q Special Topics: Network Security | 65 | At NC State |
| Fall 1999 | CSC 591Q Special Topics: Network Security | 45 | At NC State |
| Summer 1998 | CS 3139 Data Structures and Algorithms | 20 | At Columbia |

## B. Curriculum Development

CS 6264 (8803)/OMS CS/Cybersecurity: Information Security Labs: System and Network Defenses. This graduate-level course helps students develop both in-depth knowledge and hands-on skills in a number of important cybersecurity areas, including software security, malware, and threat analysis, end-point security, network security, web security, mobile security, and machine learning-based security analytics. The lecture materials of each topic area are drawn from the latest research papers and prototypes, and a comprehensive project is designed to help students master each area. The lecture materials explain the design principles of cutting-edge security tools, and the projects are designed to let students extend these tools. Most of the tools are in the open-source, and therefore, students can continue to build on and use these tools beyond this course. Recorded videos for

on-line offering as part of OMSCS as well as OMS Cybersecurity.

CS 6262/OMS CS/Cybersecurity 6262: Network Security. Graduate-level course in network security with topics including large-scale attacks and impacts, penetration testing and security assessments, security of Internet protocols (IP, TCP, DNS, and BGP), advanced web security, advanced malware analysis, advanced network monitoring, Internet-scale threat analysis, bitcoins and cryptocurrencies, big data and security, cloud security, and attack-tolerant systems. Completely revamped in 2016 with new course materials drawing from research papers and projects developed by my Ph.D. students. Recorded videos for on-line offering via Udacity as part of OMSCS as well as OMS Cybersecurity.

CS 4235/OMS CS/Cybersecurity 6035: Introduction to Information Security. Cross-listed undergraduate and graduate introductory course in information security. It teaches the basic concepts, principles, and fundamental approaches to secure computers and networks. Its main topics include: security basics, security management and risk assessment, software security, operating systems security, database security, cryptography algorithms and protocols, network authentication and secure network applications, malware, network threats and defenses, web security, mobile security, legal and ethical issues, and privacy. Completely revamped in 2015 with new materials covering the up-to-date threat models, attack methods, and new technologies and policy considerations. Recorded videos for on-line offering via Udacity as part of OMS CS as well as OMS Cybersecurity.

CS 6262: Network Security. Graduate-level course focusing on the fundamental principles as well as advanced techniques in network security. This course covers cryptography and its application to network and operating system security; authentication; security for electronic mail; Java security; Firewalls and intrusion detection.

CS 4237: Computer and Network Security. New undergraduate course (first offered as CS 4803 in Fall 2003) focusing on the fundamental principles and techniques in computer and network security.

CS 8803: Advanced Systems and Network Security. Graduate course on advanced topics such as network and host-based intrusion detection, botnet detection, software security, malware analysis, and virtual machine monitoring. Students are required to study research papers and work on research projects.

**C. Individual Student Guidance**

  1. Postdoctoral Fellows Supervised

  **Yisroel Mirsky:** 2019 - 2021

  **Guangliang Yang:** 2019 - 2021

  **Hong Hu:** 2017-2019; Tenure-track Assistant Professor at Penn State University

  **Sangho Lee:** 2015-2018; Senior Researcher at Microsoft Research (MSR) Redmond

  **Tielei Wang:** 2011 - 2014; Start-up in China

  **Simon Pak Ho Chung:** 2011 -2014; Research Scientist at Georgia Tech

  **Roberto Perdisci:** 2009 - 2010; Professor with tenure in the Department of Computer Science, University of Georgia

  **Daniel Xiapu Luo:** 2008 - 2010; Associate Professor with tenure at Hong Kong Polytechnic University

  2. Ph.D. Students Supervised

  **Xinzhou Qin:** Graduated in Summer 2005; Senior Manager, Juniper Networks

  **Yian Huang:** Graduated in Summer 2006; Senior Manager, LinkedIn

  **Prahlad Fogla:** Graduated in Summer 2007; Google

  **Guofei Gu:** Graduated in Summer 2008; Professor with tenure in the Department of Computer Science, Texas A&M University

  **Bryan Payne:** Graduated in Summer 2010; Director of Product & Application Security, Netflix

  **Monirul Sharif:** Graduated in Fall 2010; Engineering Manager III, Google

  **Kapil Singh:** Graduated in Summer 2011; Principal Research Satff Member, IBM T.J. Watson Research Center

  **Manos Antonakakis:** Graduated in Spring 2012; Associate Professor with tenure in ECE at Georgia Tech

  **Martim Carbone:** Graduated in Summer 2012; Staff Engineer, VMware

  **Junjie Zhang:** Graduated in Summer 2012; Associate Professor with tenure in the Department of Computer Science and Engineering, Wright State University

  **Long Lu:** Graduated in Summer 2013; Associate Professor with tenure in the College of Computer and Information Science, Northeastern University

  **Brendan Dolan-Gavitt:** Graduated in Summer 2014; tenure-track Assistant Professor in the Department of Computer Science and Engineering, NYU Tandon School of Engineering (Polytechnic Institute)

  **Yacin Nadji:** Graduated in Summer 2015; Security Researcher, Corelight

**Xinyu Xing:** Graduated in Summer 2015; tenure-track Assistant Professor of Information Sciences and Technology, Penn State University

**Chengyu Song:** Graduated in Summer 2016; tenure-track Assistant Professor in the Department of Computer Science and Engineering, UC Riverside

**Byoungyoung Lee:** Graduated in Summer 2016; tenure-track Assistant Professor, Seoul National University

**Yeongjin Jang:** Graduated in Summer 2017; tenure-track Assistant Professor in the Department of Electrical Engineering and Computer Science, Oregon State University

**Kangjie Lu:** Graduated in Summer 2017; tenure-track Assistant Professor in the Department of Computer Science and Engineering, University of Minnesota

**Wei Meng:** Graduated in Summer 2017; tenure-track Assistant Professor in the Department of Computer Science and Engineering, The Chinese University of Hong Kong

**Yizheng Chen:** Graduated in Fall 2017; Postdoc at Columbia University

**Yang Ji:** Graduated in Fall 2019; Security Researcher, Palo Alto Networks

**Ruian Duan:** Graduated in Fall 2019; Security Researcher, Palo Alto Networks

**Evan Downing:** In Progress

**Erkam Uzun:** In Progress

**Chenxiong Qian:** In Progress

**Kyuhong Park:** In Progress

**Carter Yagemann:** In Progress

**Joey Allen:** In Progress

**Matthew Landen:** In Progress

**Burak Sahin:** In Progress

**Moses Ike:** In Progress

**Yongheng Chen:** In Progress

**Feng Xiao:** In Progress

## II. <u>RESEARCH AND CREATIVE SCHOLARSHIP</u>

### A. <u>Theses</u>

**Ph.D. Thesis**

Title: A Data Mining Framework for Constructing Features and Models for Intrusion Detection Systems.

Date Completed: June 1999

Advisor: Professor Salvatore J. Stolfo.

University: Columbia University

### B. <u>Published Journal Papers</u> (refereed)

1. Yisroel Mirsky and Wenke Lee. The Creation and Detection of Deepfakes: A Survey. *ACM Computing Surveys*. (to appear)

2. Kangjie Lu, Meng Xu, Chengyu Song, Taesoo Kim, and Wenke Lee. Stopping Memory Disclosures via Diversification and Replicated Execution. *IEEE Transactions on Dependable and Secure Computing (TDSC)*. 18(1), 2021.

3. Shana Moothedath, Dinuka Sahabandu, Joey Allen, Andrew Clark, Linda Bushnell, Wenke Lee, and Radha Poovendran. A Game-Theoretic Approach for Dynamic Information Flow Tracking to Detect Multistage Advanced Persistent Threats. *IEEE Transactions on Automatic Control*. 65(12): 5248-5263, 2020.

4. Junjie Zhang, Roberto Perdisci, Wenke Lee, Unum Sarfraz, and Xiapu Luo. Building a Scalable System for Stealthy P2P-Botnet Detection. *IEEE Transactions on Information Forensics and Security*, January 2014.

5. Roberto Perdisci, Davide Ariu, Prahlad Fogla, Giorgio Giacinto, and Wenke Lee. McPAD: A Multiple Classifier System for Accurate Payload-Based Anomaly Detection. *Computer Networks*, Vol. 53, 2009.

6. Roberto Perdisci, Andrea Lanzi, and Wenke Lee. Classification of Packed Executables for Accurate Computer Virus Detection. *Pattern Recognition Letters* Vol. 29, No. 14 (October 2008).

7. Prahlad Fogla and Wenke Lee. q-Gram Matching Using Tree Models. *IEEE Transactions on Knowledge and Data Engineering*, Vol. 18, No. 4 (April 2006).

8. W. Fan, M. Miller, S. Stolfo, Wenke Lee, and P. Chan. Using Artificial Anomalies to Detect Unknown and Known Network Intrusions. *Knowledge and Information Systems*, Vol. 6, No. 5 (September 2004), Springer.

9. Yongguang Zhang, Wenke Lee, and Yian Huang. Intrusion Detection Techniques for Mobile Wireless Networks. *ACM/Kluwer Wireless Networks Journal (ACM WINET)*, 9(5), September 2003.

10. Joao B.D. Cabrera, Lundy Lewis, Xinzhou Qin, Wenke Lee, and Raman K. Mehra. Proactive Intrusion Detection and Distributed Denial of Service Attacks - A Case Study in Security Management. *Journal of Network and Systems Management*. 10(2), June 2002.

11. Wenke Lee, Wei Fan, Matt Miller, Sal Stolfo, and Erez Zadok. Toward Cost-Sensitive Modeling for Intrusion Detection and Response. *Journal of Computer Security*, 10(1,2), 2002.

12. Wenke Lee and Sal Stolfo. A Framework for Constructing Features and Models for Intrusion Detection Systems. *ACM Transactions on Information and System Security*, 3(4), November 2000.

13. Wenke Lee, Sal Stolfo, and Kui Mok. Adaptive Intrusion Detection: A Data Mining Approach. *Artificial Intelligence Review*, Kluwer Academic Publishers, 14(6):533-567, December 2000.

14. Wenke Lee and Gail E. Kaiser. Interfacing Oz with the PCTE OMS: A Case Study of Integrating a Legacy System with a Standard Object Management System. *Journal of Systems Integration*, Kluwer Academic Publishers, 9(4):329-358, December 1999.

## C. Published Books and Parts of Books

1. Xinzhou Qin and Wenke Lee. Discovering Novel Attack Strategies from INFOSEC Alerts. *Data Warehousing and Data Mining Techniques for Cyber Security*. Anoop Singhal (eds), Springer, 2007.

2. Yongguang Zhang and Wenke Lee. Security in Mobile Ad-Hoc Networks. *Ad Hoc Networks: Technologies and Protocols*. P. Mohapatra and S. Krishnamurthy (eds), Springer, 2004.

3. Xinzhou Qin, Wenke Lee, Lundy Lewis, Joao B.D. Cabrera. Using MIB II Variables for Network Intrusion Detection. *Applications of Data Mining in Computer Security*. D. Barbara and S. Jajodia (eds), Kluwer Academic Publishers, May 2002.

4. Joao B.D. Cabrera, Lundy Lewis, Xinzhou Qin, Wenke Lee, Raman K. Mehra. Proactive Intrusion Detection - A Study on Temporal Data Mining. *Applications of Data Mining in Computer Security*. D. Barbara and S. Jajodia (eds), Kluwer Academic Publishers, May 2002

5. Wenke Lee, Sal Stolfo, and Kui Mok. Algorithms for Mining System Audit Data. *Data Mining, Rough Sets, and Granular Computing*. T. Y. Lin, Y. Y. Yao, and L. A. Zadeh (eds), Physica-Verlag, 2002

6. Wenke Lee and Naser Barghouti. Jadve: An Extensible Data Visualization Environment. In *Object-Oriented Applications Frameworks*, M. Fayad, D. Schmidt, and R. Johnson (eds), John Wiley & Sons, 1999.

## D. Edited Proceedings and Books

1. *Botnet Detection: Countering the Largest Security Threat (Advances in Information Security)*, Wenke Lee, Cliff Wang, and David Dagon (Eds.), Springer, 2007.

2. *Proceedings of the 4th International Symposium on Recent Advances in Intrusion Detection (RAID 2001)*, Wenke Lee, Ludovic Me, and Andreas Wespi (Eds.), Lecture Notes in Computer Science, Vol. 2212, Springer, 2001.

## E. Conference Presentations (refereed)

### E.1. Conference Presentations with Proceedings

1. Evan Downing, Kyuhong Park, Yisroel Mirsky, and Wenke Lee. DeepReflect: Discovering Malicious Functionality through Binary Reconstruction. In *Proceedings of the 2021 USENIX Security Symposium*. 2021 (to appear).

2. Carter Yagemann, Matthew Pruett, Simon P. Chung, Kennon Bittick, Brendan Saltaformaggio, and Wenke Lee. ARCUS: Symbolic Root Cause Analysis of Exploits in Production Systems. In *Proceedings of the 2021 USENIX Security Symposium*. 2021 (to appear).

3. Feng Xiao, Jianwei Huang, Yichang Xiong, Guangliang Yang, Hong Hu, Guofei Gu, and Wenke Lee. Abusing Hidden Properties to Attack the Node.js Ecosystem. In *Proceedings of the 2021 USENIX Security Symposium*. 2021 (to appear).

4. Yongheng Chen, Rui Zhong, Hong Hu, Hangfan Zhang, Yupeng Yang, Dinghao Wu, and Wenke Lee. One Engine to Fuzz em All: Generic Language Processor Testing with Semantic Validation. In *Proceedings of the 41st IEEE Symposium on Security and Privacy (Oakland)*. 2021 (to appear).

5. Ruian Duan, Omar Alrawi, Ranjita Pai Kasturi, Ryan Elder, Brendan Saltaformaggio, and Wenke Lee. Towards Measuring Supply Chain Attacks on Package Managers for Interpreted Languages. In *Proceedings of the Network and Distributed System Security Symposium (NDSS)*. 2021 (to appear).

6. Carter Yagemann, Simon P. Chung, Erkam Uzun, Sai Ragam, Brendan Saltaformaggio, and Wenke Lee. On the Feasibility of Automating Stock Market Manipulation. In *Proceedings of the Annual Computer Security Applications Conference (ACSAC)*. 2020.

7. Chenxiong Qian, Hyungjoon Koo, ChangSeok Oh, Taesoo Kim, and Wenke Lee. Slimium: Debloating the Chromium Browser with Feature Subsetting. In *Proceedings of the ACM SIGSAC Conference on Computer and Communications Security (CCS)*. 2020.

8. Joey Allen, Zheng Yang, Matthew Landen, Raghav Bhat, Harsh Grover, Andrew Chang, Yang Ji, Roberto Perdisci, and Wenke Lee. Mnemosyne: An Effective and Efficient Postmortem Watering Hole Attack Investigation System. In *Proceedings of the ACM SIGSAC Conference on Computer and Communications Security (CCS)*. 2020.

9. Rui Zhong, Yongheng Chen, Hong Hu, Hangfan Zhang, Wenke Lee, and Dinghao Wu. SQUIRREL: Testing Database Management Systems with Language Validity and Coverage Feedback. In *Proceedings of the ACM SIGSAC Conference on Computer and Communications Security (CCS)*. 2020.

10. Dinuka Sahabandu, Joey Allen, Shana Moothedath, Linda Bushnell, Wenke Lee, and Radha Poovendran. Quickest Detection of Advanced Persistent Threats: A Semi-Markov Game Approach. In *Proceedings of the ACM/IEEE International Conference on Cyber-Physical Systems (ICCPS)*. 2020.

11. D. Sahabandu, S. Moothedath, J. Allen, A. Clark, L. Bushnell, Wenke Lee, and R. Poovendran. Dynamic Information Flow Tracking Games for Simultaneous Detection of Multiple Attackers. In *Proceedings of the IEEE Conference on Decision and Control (CDC)*. Nice, France, December 2019.

12. S. Misra, S. Moothedath, H. Hosseini, J. Allen, L. Bushnell, Wenke Lee, and R. Poovendran. Learning Equilibria in Stochastic Information Flow Tracking Games with Partial Knowledge. In *Proceedings of the IEEE Conference on Decision and Control (CDC)*. Nice, France, December 2019.

13. Dinuka Sahabandu, Shana Moothedath, Joey Allen, Linda Bushnell, Wenke Lee, and Radha Poovendran. Stochastic Dynamic Information Flow Tracking Game with Reinforcement Learning. In *Proceedings of the 2019 Conference on Decision and Game Theory for Security*. Stockholm, Sweden, October 2019.

14. Chenxiong Qian, Hong Hu, Mansour Alharthi, Pak Ho Chung, Taesoo Kim, and Wenke Lee. RAZOR: A Framework for Post-deployment Software Debloating. In *Proceedings of the 28th USENIX Security Symposium*. Santa Clara, CA, August 2019.

15. Dinuka Sahabandu, Shana Moothedath, Linda Bushnell, Radha Poovendran, Joey Aller, Wenke Lee, and Andrew Clark. A Game Theoretic Approach for Dynamic Information Flow Tracking with Conditional Branching. In *Proceedings of the 2019 American Control Conference (ACC)*. Philadelphia, PA, July 2019.

16. Carter Yagemann, Salmin Sultana, Li Chen, and Wenke Lee. Barnum: Detecting Document Malware via Control Flow Anomalies in Hardware Traces. In *Proceedings of the International Conference on Information Security (ISC)*. 2019.

17. Ruian Duan, Ashish Bijlani, Yang Ji, Omar Alrawi, Yiyuan Xiong, Moses Ike, Brendan Saltaformaggio, and Wenke Lee. Automating Patching of Vulnerable Open-Source Software Versions in Application Binaries. In *Proceedings of the 2019 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February 2019.

18. Joey Allen, Matthew Landen, Sanya Chaba, Yang Ji, Simon Pak Ho Chung, and Wenke Lee. Improving Accuracy of Android Malware Detection with Lightweight Contextual Awareness. In *Proceedings of the 34th Annual Computer Security Applications Conference (ACSAC)*. December, 2018.

19. Dinuka Sahabandu, Baicen Xiao, Andrew Clark, Sangho Lee, Wenke Lee, and Radha Poovendran. DIFT Games: Dynamic Information Flow Tracking Games for Advanced Persistent Threats. In *Proceedings of The 57th IEEE Conference on Decision and Control (CDC)*. Miami Beach, FL, December 2018.

20. Shana Moothedath, Dinuka Sahabandu, Andrew Clark, Sangho Lee, Wenke Lee, and Radha Poovendran. Multi-Stage Dynamic Information Flow Tracking Game. In *Proceedings of The 9th Conference on Decision and Game Theory for Security (GameSec)*. Seattle, WA, October 2018.

21. Hong Hu, Chenxiong Qian, Carter Yagemann, Simon Pak Ho Chung, Bill Harris, Taesoo Kim, and Wenke Lee. Enforcing Unique Code Target Property for Control-Flow Integrity. In *Proceedings of The 25th ACM Conference on Computer and Communications Security (CCS 2018)*. Toronto, Canada, October 2018.

22. Andrea Possemato, Andrea Lanzi, Simon Pak Ho Chung, Wenke Lee, and Yanick Fratantonio. ClickShield: Are You Hiding Something? Towards Eradicating Clickjacking on Android. In *Proceedings of The 25th ACM Conference on Computer and Communications Security (CCS 2018)*. Toronto, Canada, October 2018.

23. Yang Ji, Sangho Lee, Mattia Fazzini, Joey Allen, Evan Downing, Taesoo Kim, Alessandro Orso, and Wenke Lee. Enabling Refinable Cross-Host Attack Investigation with Efficient Data Flow Tagging and Tracking. In *Proceedings of the 27th USENIX Security Symposium*. Baltimore, MD, August 2018

24. Wei Meng, Chenxiong Qian, Shuang Hao, Kevin Borgolte, Giovanni Vigna, and Christopher Kruegel, and Wenke Lee. Rampart: Protecting Web Applications from CPU-Exhaustion Denial-of-Service Attacks. In *Proceedings of the 27th USENIX Security Symposium*. Baltimore, MD, August 2018

25. Erkam Uzun, Simon Pak Ho Chung, Irfan Essa, and Wenke Lee. rtCaptcha: A Real-Time CAPTCHA Based Liveness Detection System. In *Proceedings of The 2018 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February 2018.

26. Antonio Bianchi, Yanick Fratantonio, Aravind Machiry, Christopher Kruegel, Giovanni Vigna, Simon Pak Ho Chung, and Wenke Lee. Broken Fingers: On the Usage of the Fingerprint API in Android. In *Proceedings of the 2018 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February 2018.

27. Ruian Duan, Ashish Bijlani, Meng Xu, Taesoo Kim, and Wenke Lee. Identifying Open-Source License Violation and 1-day Security Risk at Large Scale. In *Proceedings of The 24th ACM Conference on Computer and Communications Security (CCS 2017)*. Dallas, Texas, October 2017.

28. Yang Ji, Sangho Lee, Evan Downing, Weiren Wang, Mattia Fazzini, Taesoo Kim, Alessandro Orso, and Wenke Lee. RAIN: Refinable Attack Investigation with On-demand Inter-Process Information Flow Tracking. In *Proceedings of The 24th ACM Conference on Computer and Communications Security (CCS 2017)*. Dallas, Texas, October 2017.

29. Ren Ding, Chenxiong Qian, Chengyu Song, Bill Harris, Taesoo Kim, and Wenke Lee. Efficient Protection of Path-Sensitive Control Security. In *Proceedings of the 26th USENIX Security Symposium*. Vancouver, BC, Canada, August 2017.

30. Meng Xu, Kangjie Lu, Taesoo Kim, and Wenke Lee. Bunshin: Compositing Security Mechanisms through Diversification. In *Proceedings of the 2017 USENIX Annual Technical Conference*. Santa Clara, CA, July 2017.

31. Yanick Fratantonio, Chenxiong Qian, Pak Chung, and Wenke Lee. Cloak and Dagger: From Two Permissions to Complete Control of the UI Feedback Loop. In *Proceedings of The 2017 IEEE Symposium on Security and Privacy*. San Jose, CA, May 2017 (**Distinguished Practical Paper Award**).

32. Kangjie Lu, Marie-Therese Walter, David Pfaff, Stefan Nuernberger, Wenke Lee, and Michael Backes. Unleashing Use-Before-Initialization Vulnerabilities in the Linux Kernel Using Targeted Stack Spraying. In *Proceedings of The 2017 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February 2017.

33. Le Guan, Jun Xu, Shuai Wang, Xinyu Xing, Lin Lin, Heqing Huang, Peng Liu, and Wenke Lee. From Physical to Cyber: Escalating Protection for Personalized Auto Insurance. In *Proceedings of The 14th ACM Conference on Embedded Networked Sensor Systems (SenSys 2016)*. Stanford, CA, November 2016.

34. Kangjie Lu, Chengyu Song, Taesoo Kim, and Wenke Lee. UniSan: Proactive Kernel Memory Initialization to Eliminate Data Leakages. In *Proceedings of The 23rd ACM Conference on Computer and Communications Security (CCS 2016)*. Vienna, Austria, October 2016.

35. Yizheng Chen, Panagiotis Kintis, Manos Antonakakis, Yacin Nadji, David Dagon, Wenke Lee, and Michael Farrell. Financial Lower Bounds of Online Advertising Abuse - A Four Year Case Study of the TDSS/TDL4 Botnet. In *Proceedings of The 13th Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DIMVA 2016)*. Sebastian, Spain, July 2016.

36. Chengyu Song, Hyungon Moon, Monjur Alam, Insu Yun, Byoungyoung Lee, Taesoo Kim, and Wenke Lee, Yunheung Paek. HDFI: Hardware-Assisted Data-Flow Isolation. In *Proceedings of The 2016 IEEE Symposium on Security and Privacy*. San Jose, CA, May 2016.

37. Wei Meng, Byoungyoung Lee, Xinyu Xing, and Wenke Lee. TrackMeOrNot: Enable Flexible Control on Web Tracking. In *Proceedings of The 25th International World Wide Web Conference (WWW), April 2016*. San Diego, CA, February 2016.

38. Wei Meng, Ren Ding, Simon P. Chung, Steven Han, and Wenke Lee. The Price of Free: Privacy Leakage in Personalized Mobile In-Apps Ads. In *Proceedings of The 2016 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February 2016.

39. Kangjie Lu, Wenke Lee, Stefan Nrnberger, and Michael Backes. How to Make ASLR Win the Clone Wars: Runtime Re-Randomization. In *Proceedings of The 2016 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February 2016.

40. Chengyu Song, Byoungyoung Lee, Kangjie Lu, William Harris, Taesoo Kim and Wenke Lee. Enforcing Kernel Security Invariants with Data Flow Integrity. In *Proceedings of The 2016 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February, 2016.

41. Meng Xu, Yeongjin Jang, Xinyu Xing, Taesoo Kim, and Wenke Lee. UCognito: Private Browsing without Tears. In *Proceedings of The 22nd ACM Conference on Computer and Communications Security (CCS)*. Denver, CO, October 2015.

42. Kangjie Lu, Chengyu Song, Byoungyoung Lee, Simon P. Chung, Taesoo Kim, and Wenke Lee. ASLR-Guard: Stopping Address Space Leakage for Code Reuse Attacks. In *Proceedings of The 22nd ACM Conference on Computer and Communications Security (CCS)*. Denver, CO, October 2015.

43. Byoungyoung Lee, Chengyu Song, Taesoo Kim, and Wenke Lee. Type Casting Verification: Stopping an Emerging Attack Vector. In *Proceedings of The 24th USENIX Security Symposium*. Washington, D.C., August 2015. (Awarded the **Internet Defense Prize** by Facebook and USENIX)

44. Xinyu Xing, Wei Meng, Byoungyoung Lee, Udi Weinsberg, Anmol Sheth, Roberto Perdisci, and Wenke Lee. Unraveling the Relationship Between Ad-Injecting Browser Extensions and Malvertising. In *Proceedings of The 24th International World Wide Web Conference (WWW)*. Florence, Italy, May 2015.

45. Chengyu Song, Chao Zhang, Tielei Wang, Wenke Lee, and David Melski. Exploiting and Protecting Dynamic Code Generation. In *Proceedings of The 2015 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February, 2015.

46. Byoungyoung Lee, Chengyu Song, Yeongjin Jang, Tielei Wang, Taesoo Kim, Long Lu, and Wenke Lee. Preventing Use-after-free with Dangling Pointers Nullification. In *Proceedings of The 2015 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February, 2015.

47. Kangjie Lu, Zhichun Li, Vasileios P. Kemerlis, Zhenyu Wu, Long Lu, Cong Zheng, Zhiyun Qian, Wenke Lee, and Guofei Jiang. Checking More and Alerting Less: Detecting Privacy Leakages via Enhanced Data-flow Analysis and Peer Voting. In *Proceedings of The 2015 Network and Distributed System Security Symposium (NDSS)*. San Diego, CA, February, 2015.

48. Wei Meng, Xinyu Xing, Anmol Sheth, Udi Weinsberg, and Wenke Lee. Your Online Interests Pwned! A Pollution Attack Against Targeted Advertising. In *Proceedings of the 21st ACM Conference on Computer and Communications Security (CCS)*. Scottsdale, AZ, November 2014.

49. Yeongjin Jang, Chengyu Song, Simon Chung, Tielei Wang, and Wenke Lee. A11y Attacks: Exploiting Accessibility in Operating Systems. In *Proceedings of the 21st ACM Conference on Computer and Communications Security (CCS)*. Scottsdale, AZ, November 2014.

50. Billy Lau, Pak Ho Chung, Chengyu Song, Yeongjin Jang, Wenke Lee, and Alexandra Boldyreva. Mimesis Aegis: A Mimicry Privacy Shield - A System's Approach to Data Privacy on Public Cloud. In *Proceedings of the 23rd USENIX Security Symposium*. San Diego, CA, August 2014.

51. Tielei Wang, Yeongjin Jang, Yizheng Chen, Pak Ho Chung, Billy Lau, and Wenke Lee. On the Feasibility of Large-Scale Infections of iOS Devices. In *Proceedings of the 23rd USENIX Security Symposium*. San Diego, CA, August 2014.

52. Byoungyoung Lee, Long Lu, Tielei Wang, Taesoo Kim, and Wenke Lee. From Zygote to Morula: Fortifying Weakened ASLR on Android. In *Proceedings of the 35th IEEE Symposium on Security and Privacy (Oakland)*, San Jose, CA, May 2014.

53. Xinyu Xing, Wei Meng, Dan Doozan, Nick Feamster, Wenke Lee, and Alex C. Snoeren. Exposing Inconsistent Web Search Results with Bobble. In *Proceedings of The 2014 Passive and Active Measurement Conference (PAM)*, Los Angeles, CA, March 2014.

54. Yeongjin Jang, Simon P. Chung, Bryan D. Payne, and Wenke Lee. Gyrus: A Framework for User-Intent Monitoring of Text-Based Networked Applications. In *Proceedings of the 21st Annual Network and Distributed System Security Symposium (NDSS)*, San Diego, CA, February 2014.

55. Yacin Nadji, Manos Antonakakis, Roberto Perdisci, and Wenke Lee. Beheading Hydras: Performing Effective Botnet Takedowns. In *Proceedings of the 20th ACM Conference on Computer and Communications Security (CCS)*, Berlin, Germany, November 2013.

56. Brendan Dolan-Gavitt, Tim Leek, Josh Hodosh, and Wenke Lee. Tappan Zee (North) Bridge: Mining Memory Accesses for Introspection. In *Proceedings of the 20th ACM Conference on Computer and Communications Security (CCS)*, Berlin, Germany, November 2013.

57. Xinyu Xing, Wei Meng, Dan Doozan, Alex C. Snoeren, Nick Feamster, and Wenke Lee. Take this Personally: Pollution Attacks on Personalized Services. In *Proceedings of the 22nd USENIX Security Symposium*, Washington, D.C., August 2013.

58. Tielei Wang, Kangjie Lu, Long Lu, Simon Chung, and Wenke Lee. Jekyll on iOS: When Benign Apps Become Evil. In *Proceedings of the 22nd USENIX Security Symposium*, Washington, D.C., August 2013.

59. Yacin Nadji, Manos Antonakakis, Roberto Perdisci, and Wenke Lee. Connected Colors: Unveiling the Structure of Criminal Networks. In *Proceedings of the 16th International Symposium on Research in Attacks, Intrusions and Defenses (RAID)*, St. Lucia, October 2013 (to appear).

60. Junjie Zhang, Yinglian Xie, Fang Yu, David Soukal, and Wenke Lee. Intention and Origination: An Inside Look at Large-Scale Bot Queries. In *Proceedings of The 20th Annual Network and Distributed System Security Symposium (NDSS)*, San Diego, CA, February 2013.

61. Charles Lever, Manos Antonakakis, Bradley Reaves, Patrick Traynor and Wenke Lee. The Core of the Matter: Analyzing Malicious Traffic in Cellular Carriers. In *Proceedings of The 20th Annual Network and Distributed System Security Symposium (NDSS)*, San Diego, CA, February 2013.

62. Long Lu, Zhichun Li, Zhenyu Wu, Wenke Lee, and Guofei Jiang. CHEX: Statically Vetting Android Apps for Component Hijacking Vulnerabilities. In *Proceedings of the 19th ACM Conference on Computer and Communications Security (CCS)*, Raleigh, NC. October 2012.

63. Martim Carbone, Matthew Conover, Bruce Montague, and Wenke Lee. Secure and Robust Monitoring of Virtual Machines through Guest-Assisted Introspection. In *Proceedings of the 15th International Symposium on Research in Attacks, Intrusions, and Defenses (RAID)*. Amsterdam, The Netherlands. September, 2012.

64. Manos Antonakakis, Roberto Perdisci, Yacin Nadji, Nikolaos Vasiloglou, Saeed Abu-Nimeh, Wenke Lee, and David Dagon. From Throw-Away Traffic to Bots: Detecting the Rise of DGA-Based Malware. In *Proceedings of the 21st USENIX Security Symposium*. Bellevue, WA. August 2012.

65. Kapil Singh, Helen Wang, Alexander Moshchuk, Collin Jackson, and Wenke Lee. Practical End-to-End Web Content Integrity. In *Proceedings of the 21st International World Wide Web Conference (WWW)*, Lyon, France, April 2012.

66. Xiapu Luo, Peng Zhou, Junjie Zhang, Roberto Perdisci, Wenke Lee, and Rocky K.C. Chang. Exposing Invisible Timing-Based Traffic Watermarks with BACKLIT. In *Proceedings of The 27th Annual Computer Security Applications Conference (ACSAC 2011)*, Orlando, FL, December 2011.

67. Yacin Nadji, Manos Antonakakis, Roberto Perdisci, and Wenke Lee. Understanding the Prevalence and Use of Alternative Plans in Malware with Network Games. In *Proceedings of The 27th Annual Computer Security Applications Conference (ACSAC 2011)*, Orlando, FL, December 2011.

68. Long Lu, Roberto Perdisci, and Wenke Lee. SURF: Detecting and Measuring Search Poisoning. In *Proceedings of The 18th ACM Conference on Computer and Communications Security (CCS)*. Chicago, IL, October 2011.

69. Manos Antonakakis, Roberto Perdisci, Wenke Lee, Nick Vasiloglou, and David Dagon. Detecting Malware Domains at the Upper DNS Hierarchy. In *Proceedings of The 20th USENIX Security Symposium*, San Francisco, CA August 2011.

70. Junjie Zhang, Roberto Perdisci, Wenke Lee, Unam Sarfraz, and Xiapu Luo. Detecting Stealthy P2P Botnets Using Statistical Traffic Fingerprints. In *Proceedings of The 41st Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2011)*, Hong Kong, China, June 2011.

71. Xiapu Luo, Peng Zhou, Edmond W. W. Chan, Rocky K. C. Chang, and Wenke Lee. A Combinatorial Approach to Network Covert Communications with Applications in Web Leaks. In *Proceedings of The 41st Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2011)*, Hong Kong, China, June 2011.

72. Brendan Dolan-Gavitt, Tim Leek, Michael Zhivich, Jon Giffin, and Wenke Lee. Virtuoso: Narrowing the Semantic Gap in Virtual Machine Introspection. In *Proceedings of The 2010 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2011.

73. Junjie Zhang, Jay Stokes, Christian Seifert, and Wenke Lee. ARROW: Generating Signatures to Detect Drive-By Downloads. In *Proceedings of The 20th International World Wide Web Conference (WWW)*, Hyderabad, India, March 2011.

74. Junjie Zhang, Xiapu Luo, Roberto Perdisci, Guofei Gu, Wenke Lee, and Nick Feamster. Boosting the Scalability of Botnet Detection Using Adaptive Traffic Sampling. In *Proceedings of The 6th ACM Symposium on Information, Computer and Communications Security (ASIACCS)*, Hong Kong, March 2011.

75. Xiapu Luo, Peng Zhou, Edmond W.W. Chan, Wenke Lee, Rocky K. C. Chang, and Roberto Perdisci. HTTPOS: Sealing Information Leaks with Browser-side Obfuscation of Encrypted Flows. In *Proceedings of The 18th Annual Network and Distributed System Security Symposium (NDSS)*, San Diego, CA, February 2011.

76. Qing Hui, Xiapu Luo, and Wenke Lee. Control of Low-Rate Denial-of-Service Attacks on Web Servers and TCP Flows. In *Proceedings of The 49th IEEE Conference on Decision and Control (CDC)*, Atlanta, GA, December 2010.

77. Long Lu, Vinod Yegneswaran, Phil Porras, and Wenke Lee. BLADE: An Attack-Agnostic Approach for Preventing Drive-By Malware Infections. In *Proceedings of The 17th ACM Conference on Computer and Communications Security (CCS)*, Chicago, IL, October 2010.

78. Xiapu Luo, Junjie Zhang, Roberto Perdisci, and Wenke Lee. On the Secrecy of Spread-Spectrum Flow Watermarks. In *Proceedings of The 15th European Symposium on Research in Computer Security (ESORICS)*, Athens, Greece, September 2010.

79. Manos Antonakakis, David Dagon, Xiapu Luo, Roberto Perdisci, and Wenke Lee. A Centralized Monitoring Infrastructure for Improving DNS Security. In *Proceedings of The 13th International Symposium on Recent Advances in Intrusion Detection (RAID)*, Ottawa, Ontario, Canada, September 2010.

80. Manos Antonakakis, Roberto Perdisci, David Dagon, Wenke Lee, and Nick Feamster. Building a Dynamic Reputation System for DNS. In *Proceedings of The 19th USENIX Security Symposium*, Washington, DC, August 2010.

81. Kapil Singh, Samrit Sangal, Nehil Jain, Patrick Traynor, and Wenke Lee. Evaluating Bluetooth as a Medium for Botnet Command and Control. In *Proceedings of The 7th Conference on Detection of Intrusions and Malware Vulnerability Assessment (DIMVA)*, Bonn, Germany, July 2010.

82. Kapil Singh, Alexander Moshchuk, Helen J. Wang, and Wenke Lee. On the Incoherencies in Web Browser Access Control Policies. In *Proceedings of The 2010 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2010.

83. Roberto Perdisci, Wenke Lee, and Nick Feamster. Behavioral Clustering of HTTP-based Malware and Signature Generation using Malicious Network Traces. In *Proceedings of The 7th USENIX Symposium on Networked Systems Design and Implementation (NSDI)*, San Jose, CA, April 2010.

84. Roberto Perdisci, Igino Corona, David Dagon, and Wenke Lee. Detecting Malicious Flux Service Networks through Passive Analysis of Recursive DNS Traces. In *Proceedings of The 25th Annual Computer Security Applications Conference (ACSAC 2009)*, Honolulu, HI, December 2009.

85. Guofei Gu, Vinod Yegneswaran, Phillip Porras, Jennifer Stoll, and Wenke Lee. Active Botnet Probing to Identify Obscure Command and Control Channels. In *Proceedings of The 25th Annual Computer Security Applications Conference (ACSAC 2009)*, Honolulu, HI, December 2009.

86. Monirul Sharif, Wenke Lee, Weidong Cui, and Andrea Lanzi. Secure In-VM Monitoring Using Hardware Virtualization. In *Proceedings of The 16th ACM Conference on Computer and Communications Security (CCS 2009)*, Chicago, IL, November, 2009.

87. Martim Carbone, Weidong Cui, Long Lu, Wenke Lee, Marcus Peinado, and Xuxian Jiang. Mapping Kernel Objects to Enable Systematic Integrity Checking. In *Proceedings of The 16th ACM Conference on Computer and Communications Security (CCS 2009)*, Chicago, IL, November, 2009.

88. Kapil Singh, Sumeer Bhola, and Wenke Lee. xBook: Redesigning Privacy Control in Social Networking Platforms. In *Proceedings of The 18th USENIX Security Symposium*, Montreal, Canada, August, 2009.

89. Roberto Perdisci, Manos Antonakakis, Xiapu Luo, and Wenke Lee. WSEC DNS: Protecting Recursive DNS Resolvers from Poisoning Attacks. In *Proceedings of The 39th Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2009)*, Lisbon, Portugal, June 2009.

90. Monirul Sharif, Andrea Lanzi, Jon Giffin, and Wenke Lee. Automatic Reverse Engineering of Malware Emulators. In *Proceedings of The 2009 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2009. (**Best Student Paper Award**)

91. Andrea Lanzi, Monirul Sharif, and Wenke Lee. K-Tracer: A System for Extracting Kernel Malware Behavior. In *Proceedings of The 16th Annual Network and Distributed System Security Symposium (NDSS 2009)*, San Diego, CA, February 2009.

92. David Dagon, Manos Antonakakis, Kevin Day, Xiapu Luo, Christopher P. Lee, and Wenke Lee. Recursive DNS Architectures and Vulnerability Implications. In *Proceedings of The 16th Annual Network and Distributed System Security Symposium (NDSS 2009)*, San Diego, CA, February 2009.

93. Roberto Perdisci, Andrea Lanzi, and Wenke Lee. McBoost: Boosting Scalability in Malware Collection and Analysis Using Statistical Classification of Executables. In *Proceedings of The 24th Annual Computer Security Applications Conference (ACSAC 2008)*, Anaheim, CA, December 2008.

94. Artem Dinaburg, Paul Royal, Monirul Sharif, and Wenke Lee. Ether: Malware Analysis via Hardware Virtualization Extensions. In *Proceedings of the 15th ACM Conference on Computer and Communications Security (CCS 2008)*, Alexandria, VA, October 2008.

95. David Dagon, Manos Antonakakis, Paul Vixie, Tatuya Jinmei, and Wenke Lee. Increased DNS Forgery Resistance Through 0x20-Bit Encoding. In *Proceedings of the 15th ACM Conference on Computer and Communications Security (CCS 2008)*, Alexandria, VA, October 2008.

96. Monirul Sharif, Vinod Yegneswaran, Hassen Saidi, Phillip Porras, and Wenke Lee. Eureka: A Framework for Enabling Static Malware Analysis. In *Proceedings of the 13th European Symposium on Research in Computer Security (ESORICS)*, Malaga, Spain, October 2008.

97. Guofei Gu, Roberto Perdisci, Junjie Zhang, and Wenke Lee. BotMiner: Clustering Analysis of Network Traffic for Protocol- and Structure-Independent Botnet Detection. In *Proceedings of The 17th USENIX Security Symposium (Security'08)*, San Jose, CA, July 2008.

98. Kapil Singh, Abhinav Srivastava, Jon Giffin, and Wenke Lee. Evaluating Email's Feasibility for Botnet Command and Control. In *Proceedings of the 38th Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2008)*, Anchorage, Alaska, June 2008.

99. Bryan D. Payne, Martim Carbone, Monirul Sharif, and Wenke Lee. Lares: An Architecture for Secure Active Monitoring Using Virtualization. In *Proceedings of the 2008 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2008.

100. Guofei Gu, Alvaro A. Cardenas, and Wenke Lee. Principled Reasoning and Practical Applications of Alert Fusion in Intrusion Detection Systems. In *Proceedings of the ACM Symposium on InformAction, Computer and Communications Security (ASIACCS'08)*, Tokyo, Japan, March 2008.

101. David Dagon, Niels Provos, Chris Lee, and Wenke Lee. Corrupted DNS Resolution Paths: The Rise of a Malicious Resolution Authority. In *Proceedings of The 15th Annual Network and Distributed System Security Symposium (NDSS 2008)*, San Diego, CA, February 2008.

102. Guofei Gu, Junjie Zhang, and Wenke Lee. BotSniffer: Detecting Botnet Command and Control Channels in Network Traffic. In *Proceedings of The 15th Annual Network and Distributed System Security Symposium (NDSS 2008)*, San Diego, CA, February 2008.

103. Monirul Sharif, Andrea Lanzi, Jonathon Giffin, and Wenke Lee. Impeding Malware Analysis using Conditional Code Obfuscation. In *Proceedings of The 15th Annual Network and Distributed System Security Symposium (NDSS 2008)*, San Diego, CA, February 2008.

104. Bryan D. Payne, Martim Carbone, and Wenke Lee. Secure and Flexible Monitoring of Virtual Machines. In *Proceedings of The 23rd Annual Computer Security Applications Conference (ACSAC 2007)*, Miami Beach, FL, December 2007.

105. David Dagon, Guofei Gu, Chris Lee and Wenke Lee. A Taxonomy of Botnet Structures. In *Proceedings of The 23rd Annual Computer Security Applications Conference (ACSAC 2007)*, Miami Beach, FL, December 2007.

106. Guofei Gu, Zesheng Chen, Phillip Porras and Wenke Lee. Misleading and Defeating Importance-Scanning Malware Propagation. In *Proceedings of The 3rd International Conference on Security and Privacy in Communication Networks (SecureComm'07)*, Nice, France, September 2007.

107. Takehiro Takahashi and Wenke Lee. An Assessment of VoIP Covert Channel Threats. In *Proceedings of The 3rd International Conference on Security and Privacy in Communication Networks (SecureComm'07)*, Nice, France, September 2007.

108. Monirul Sharif, Kapil Singh, Jonathon Giffin and Wenke Lee. Understanding Precision in Host Based Intrusion Detection: Formal Analysis and Practical Models. In *Proceedings of The 10th International Symposium on Recent Advances in Intrusion Detection (RAID)*, Surfers Paradise, Australia, September 2007.

109. Guofei Gu, Phillip Porras, Vinod Yegneswaran, Martin Fong, Wenke Lee. BotHunter: Detecting Malware Infection Through IDS-Driven Dialog Correlation. In *Proceedings of The 16th USENIX Security Symposium (Security'07)*, Boston, MA, August 2007.

110. David Cash, Yan Zong Ding, Yevgeniy Dodis, Wenke Lee, Richard Lipton, and Shabsi Walfish. Intrusion-Resilient Key Exchange in the Bounded Retrieval Model. In *Proceedings of The Fourth IACR Theory of Cryptography Conference (TCC 2007)*, Amsterdam, The Netherlands, February 2007.

111. Roberto Perdisci, Guofei Gu, and Wenke Lee. Using an Ensemble of One-Class SVM Classifiers to Harden Payload-based Anomaly Detection Systems. In *Proceedings of The 2006 IEEE International Conference on Data Mining (ICDM '06)*, Hong Kong, China, December 2006.

112. Paul Royal, Mitch Halpin, David Dagon, Robert Edmonds, and Wenke Lee. PolyUnpack: Automating the Hidden-Code Extraction of Unpack-Executing Malware. In *Proceedings of The 22th Annual Computer Security Applications Conference (ACSAC 2006)*, Miami Beach, FL, December 2006.

113. Prahlad Fogla and Wenke Lee. Evading Network Anomaly Detection Systems: Formal Reasoning and Practical Techniques. In *Proceedings of The 13th ACM Conference on Computer and Communications Security (CCS 2006)*, Alexandria, VA, October 2006.

114. Guofei Gu, Prahlad Fogla, David Dagon, Wenke Lee, and Boris Skoric. Towards an Information-Theoretic Framework for Analyzing Intrusion Detection Systems. In *Proceedings of The 11th European Symposium Research Computer Security (ESORICS 2006)*, Hamburg, Germany, September 2006.

115. Prahlad Fogla, Monirul Sharif, Roberto Perdisci, Oleg Kolesnikov, and Wenke Lee. Polymorphic Blending Attacks. In *Proceedings of The 15th USENIX Security Symposium (SECURITY '06)*, Vancouver, B.C., Canada, August 2006.

116. Collin Mulliner, Giovanni Vigna, David Dagon, and Wenke Lee. Using Labeling to Prevent Cross-Service Attacks Against Smart Phones. In *Proceedings of The 3rd Conference on Detection of Intrusions and Malware, and Vulnerability Assessment (DIMVA 2006)*, Berlin, Germany, July 2006.

117. Hongmei Deng, Roger Xu, Jason H. Li, Frank Zhang, Renato Levy, and Wenke Lee. Agent-Based Cooperative Anomaly Detection for Wireless Ad Hoc Networks. In *Proceedings of The 12th International Conference on Parallel and Distributed Systems (ICPADS 2006)*, Minneapolis, Minnesota, July 2006.

118. Guofei Gu, Prahlad Fogla, Wenke Lee, and Douglas Blough. DSO: Dependable Signing Overlay. In *Proceedings of The 4th International Conference on Applied Cryptography and Network Security (ACNS '06)*, Singapore, June 2006.

119. Roberto Perdisci, David Dagon, Wenke Lee, Prahlad Fogla, and Monirul Sharif. Misleading Worm Signature Generators Using Deliberate Noise Injection (full paper). In *Proceedings of the 2006 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2006.

120. Guofei Gu, Prahlad Fogla, David Dagon, Wenke Lee, and Boris Skoric. Measuring Intrusion Detection Capability: An Information-Theoretic Approach. In *Proceedings of ACM Symposium on InformAction, Computer and Communications Security (ASIACCS '06)*, Taipei, Taiwan, March 2006.

121. David Dagon, Cliff Zou, and Wenke Lee. Modeling Botnet Propagation Using Time Zones. In *Proceedings of The 13th Annual Network and Distributed System Security Symposium (NDSS 2006)*, San Diego, CA, February 2006.

122. Yongguang Zhang, Yi-an Huang, and Wenke Lee. An Extensible Environment for Evaluating Secure MANET. In *Proceedings of The 1st International Conference on Security and Privacy for Emerging Areas in Communication Networks (SecureComm 2005)*, Athens, Greece, September 2005.

123. Jonanthon T. Giffin, David Dagon, Somesh Jha, Wenke Lee, and Barton P. Miller. Environment-Sensitive Intrusion Detection. In *Proceedings of The 8th International Symposium on Recent Advances in Intrusion Detection (RAID 2005)*, Seattle, WA, September 2005.

124. David Dagon, Wenke Lee, and Richard Lipton. Protecting Secret Data from Insider Attacks. *Proceedings of The Ninth International Conference on Financial Cryptography and Data Security (FC'05)*, Roseau, Dominica, February, 2005.

125. Guofei Gu, David Dagon, Xinzhou Qin, Monirul I. Sharif, Wenke Lee, and George F. Riley. Worm Detection, Early Warning, and Response Based on Local Victim Information. *Proceedings of the 20th Annual Computer Security Applications Conference (ACSAC 2004)*, Tucson, Arizona, December 2004.

126. Xinzhou Qin and Wenke Lee. Attack Plan Recognition and Prediction Using Causal Networks. *Proceedings of the 20th Annual Computer Security Applications Conference (ACSAC 2004)*, Tucson, Arizona, December 2004.

127. Joao B.D. Cabrera, Jaykumar Gosar, Wenke Lee, and Raman K. Mehra. On the Statistical Distribution of Processing Times in Network Intrusion Detection. *Proceedings of the 43rd IEEE Conference on Decision and Control (CDC 2004)*, Bahamas, December 2004.

128. George F. Riley, Monirul I. Sharif, and Wenke Lee. Simulating Internet Worms. *Proceedings of the 12th Annual Meeting of the IEEE/ACM International Symposium on Modeling, Analysis, and Simulation of Computer and Telecommunication Systems (MASCOTS)*, Volendam, The Netherlands, October 2004.

129. Yian Huang and Wenke Lee. Attack Analysis and Detection for Ad Hoc Routing Protocols. *Proceedings of the 7th International Symposium on Recent Advances in Intrusion Detection (RAID 2004)*, Sophia Antipolis, France, September 2004.

130. David Dagon, Xinzhou Qin, Guofei Gu, Wenke Lee, Julian Grizzard, John Levin, and Henry Owen. HoneyStat: Local Worm Detection Using Honeypots. *Proceedings of the 7th International Symposium on Recent Advances in Intrusion Detection (RAID 2004)*, Sophia Antipolis, France, September 2004.

131. Xinzhou Qin and Wenke Lee. Discovering Novel Attack Strategies from INFOSEC Alerts. *Proceedings of the 9th European Symposium on Research in Computer Security (ESORICS 2004)*, Sophia Antipolis, France, September 2004.

132. H. Feng, Jonathon T. Giffin, Yong Huang, Somesh Jha, Wenke Lee, and Barton P. Miller. Formalizing Sensitivity in Static Analysis for Intrusion Detection. *Proceedings of the 2004 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2004.

133. Xinzhou Qin and Wenke Lee. Statistical Causality Analysis of INFOSEC Alert Data. In *Proceedings of the 6th International Symposium on Recent Advances in Intrusion Detection (RAID 2003)*, Pittsburgh, PA, September 2003.

134. H. Feng, Oleg Kolesnikov, Prahlad Fogla, Wenke Lee, and Weibo Gong. Anomaly Detection Using Call Stack Information. In *Proceedings of the 2003 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2003.

135. Yi-an Huang, Wei Fan, Wenke Lee, and Philip S. Yu. Cross-Feature Analysis for Detecting Ad-Hoc Routing Anomalies. In *Proceedings of the 23rd International Conference on Distributed Computing Systems (ICDCS)*, Providence, RI, May 2003.

136. Joao B.D. Cabrera, Wenke Lee, R.K. Prasanth, Lundy Lewis, and Raman K. Mehra. Optimization and Control Problems in Real Time Intrusion Detection. *Proceedings of the 41st IEEE Conference on Decision and Control (CDC 2002)*, Las Vegas, December, 2002.

137. Wenke Lee, Joao B.D. Cabrera, Ashley Thomas, Niranjan Balwalli, Sunmeet Saluja, and Yi Zhang. Performance Adaptation in Real-Time Intrusion Detection Systems. In *Proceedings of the 5th International Symposium on Recent Advances in Intrusion Detection (RAID 2002)*, Zurich, Switzerland, October 2002.

138. Xinzhou Qin, Wenke Lee, Lundy Lewis, and Joao B.D. Cabrera. Integrating Intrusion Detection and Network Management. *Proceedings of the IEEE/IFIP Network Operations and Management Symposium (NOMS 2002)*, Florence, Italy, May 2002.

139. Wei Fan, Matt Miller, Sal Stolfo, Wenke Lee, and Phil Chan. Using Artificial Anomalies to Detect Unknown and Known Network Intrusions. *Proceedings of The First IEEE International Conference on Data Mining (ICDM)*, San Jose, CA, November 2001.

140. Wenke Lee, Sal Stolfo, Phil Chan, Eleazar Eskin, Wei Fan, Matt Miller, Shlomo Hershkop, and Junxin Zhang. Real Time Data Mining-based Intrusion Detection. *Proceedings of the 2001 DARPA Information Survivability Conference and Exposition (DISCEX II)*, Anaheim, CA, June 2001.

141. Wenke Lee and Dong Xiang. Information-Theoretic Measures for Anomaly Detection. *Proceedings of The 2001 IEEE Symposium on Security and Privacy*, Oakland, CA, May 2001.

142. Joao B.D. Cabrera, L. Lewis, X. Qin, Wenke Lee, Ravi Prasanth, B. Ravichandran, and Raman Mehra. Proactive Detection of Distributed Denial of Service Attacks Using MIB Traffic Variables - A Feasibility Study. *Proceedings of The Seventh IFIP/IEEE International Symposium on Integrated Network Management (IM 2001)*, Seattle, WA, May 2001.

143. Yongguang Zhang and Wenke Lee. Intrusion Detection in Wireless Ad-Hoc Networks. *Proceedings of The Sixth International Conference on Mobile Computing and Networking (MobiCom 2000)*, Boston, MA, August 2000.

144. Wei Fan, Wenke Lee, Sal Stolfo, and Matt Miller. A Multiple Model Cost-Sensitive Approach for Intrusion Detection. *Proceedings of The Eleventh European Conference on Machine Learning (ECML 2000), LNAI 1810*, Barcelona, Spain, May 2000.

145. Sal Stolfo, Wei Fan, Wenke Lee, Andreas Prodromidis, and Phil Chan. Cost-based Modeling for Fraud and Intrusion Detection: Results from the JAM Project. *Proceedings of the 2000 DARPA Information Survivability Conference and Exposition (DISCEX '00)*, Hilton Head, SC, January 2000.

146. Wenke Lee, Sal Stolfo, and Kui Mok. Mining in a Data-flow Environment: Experience in Network Intrusion Detection. *Proceedings of the 5th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining (KDD '99)*, San Diego, CA, August 1999.

147. Wenke Lee, Sal Stolfo, and Kui Mok. A Data Mining Framework for Building Intrusion Detection Models. *Proceedings of the 1999 IEEE Symposium on Security and Privacy*, Oakland, CA, May 1999.

148. Wenke Lee, Sal Stolfo, and Kui Mok. Mining Audit Data to Build Intrusion Detection Models. *Proceedings of the Fourth International Conference on Knowledge Discovery and Data Mining (KDD '98)*, New York, NY, August 1998.

149. Wenke Lee and Sal Stolfo. Data Mining Approaches for Intrusion Detection. *Proceedings of the Seventh USENIX Security Symposium (SECURITY '98)*, San Antonio, TX, January 1998.

150. Sal Stolfo, Andreas Prodromidis, Shelley Tselepis, Wenke Lee, Wei Fan, and Phil Chan. JAM: Java Agents for Meta-learning over Distributed Databases. *Proceedings of the Third International Conference on Knowledge Discovery and Data Mining (KDD '97)*, Newport Beach, CA, August 1997.

151. Naser S. Barghouti, John Mocenigo, and Wenke Lee. Grappa: A GRAPh PAckage in Java. *Proceedings of the Fifth Annual Symposium on Graph Drawing (Graph Drawing '97)*, Rome, Italy, September 1997.

152. Wenke Lee, Gail Kaiser, Paul Clayton, and Eric Sherman. OzCare: A Workflow Automation System for Care Plans. *Proceedings of the American Medical Informatics Association Annual Fall Symposium*, Washington DC, October 1996.

**F. Workshop Presentations (refereed)**
**F.1. Workshop Presentations with Proceedings**

1. Yi-an Huang and Wenke Lee. Hotspot-Based Traceback for Mobile Ad Hoc Networks. In *Proceedings of The ACM Workshop on Wireless Security (WiSe 2005)*, Cologne, Germany, September 2005.

2. Monirul Sharif, George Riley, and Wenke Lee. Comparative Study between Analytical Models and Packet-Level Worm Simulations. In *Proceedings of The 19th Workshop on Parallel and Distributed Simulation (PADS 2005)*, Monterey, CA, June 2005.

3. Chris Clark, Wenke Lee, David Schimmel, Didier Contis, Mohamed Kone, and Ashley Thomas. A Hardware Platform for Network Intrusion Detection and Prevention. *The 3rd Workshop on Network Processors and Applications (NP3)*, Madrid, Spain, February 2004.

4. Yian Huang and Wenke Lee. A Cooperative Intrusion Detection System for Ad Hoc Networks. *ACM Workshop on Security of Ad Hoc and Sensor Networks (SASN '03)*, Fairfax VA, October 2003.

5. Mustaque Ahamad, Wenke Lee, Ling Liu, Leo Mark, Edward Omicienski, Calton Pu, and Andre dos Santos. Guarding the Next Internet Frontier: Countering Denial of Information Attacks. *Proceedings of the 2002 New Security Paradigms Workshop*, Virginia Beach, Virginia, September 2002.

6. Xinzhou Qin, Wenke Lee, Lundy Lewis, and Joao B.D. Cabrera. Using MIB III Variables for Network Anomaly Detection - A Feasibility Study. *ACM Workshop on Data Mining for Security Applications*, Philadelphia, PA, November 2001.

7. Yongguang Zhang, Harrick Vin, Lorenzo Alvisi, Wenke Lee, and Son K. Dao. Heterogeneous Networking: A New Survivability Paradigm. *Proceedings of the 2001 New Security Paradigms Workshop*, Cloudcroft, New Mexico, September 2001.

8. Wenke Lee, Wei Fan, Matt Miller, Sal Stolfo, and Erez Zadok. Toward Cost-Sensitive Modeling for Intrusion Detection and Response. *ACM Workshop on Intrusion Detection Systems*, Athens, Greece, November 2000.

9. Wenke Lee, Rahul Nimbalkar, Kam Yee, Sunil Patil, Pragnesh Desai, Thuan Tran, and Sal Stolfo. A Data Mining and CIDF Based Approach for Detecting Novel and Distributed Intrusions. *Proceedings of The Third International Workshop on Recent Advances in Intrusion Detection (RAID 2000), LNCS 1907*, Toulouse, France, October 2000.

10. Wenke Lee, Chris Park, and Sal Stolfo. Towards Automatic Intrusion Detection using NFR. *1st USENIX Workshop on Intrusion Detection and Network Monitoring*, April 1999.

11. Wenke Lee, Sal Stolfo, and Phil Chan. Learning Patterns from Unix Process Execution Traces for Intrusion Detection. *AAAI Workshop: AI Approaches to Fraud Detection and Risk Management*, July 1997.

12. Sal Stolfo, Wei Fan, Wenke Lee, Andreas Prodromidis, and Phil Chan. Credit Card Fraud Detection Using Meta-Learning: Issues and Initial Results. *AAAI Workshop: AI Approaches to Fraud Detection and Risk Management*, July 1997.

13. Gail Kaiser and Wenke Lee. Pay No Attention to the Man Behind the Curtain. *NSF Workshop on Workflow and Process Automation*, May 1996.

14. Wenke Lee. Data Modeling and Management for Large Spatial Databases. *The Third International Workshop in Geographic Information Systems*, Beijing, China, August 1993.

**G. Other**

1. Matt Blaze, Sampath Kannan, Insup Lee, Oleg Sokolsky, Jonathan Smith, Angelos Keromytis, and Wenke Lee. Dynamic Trust Management. *IEEE Computer*, February 2009.

2. Martim Carbone, Diego Zamboni, and Wenke Lee. Taming Virtualization. *IEEE Security & Privacy*, vol. 6, no. 1, January/February 2008.

3. Bryan D. Payne, Reiner Sailer, Ramon Caceres, Ronald Perez, and Wenke Lee. A Layered Approach to Simplified Access Control in Virtualized Systems. *ACM SIGOPS Operating Systems Review*, 4(2), July 2007.

4. Wenke Lee. 2002. Applying Data Mining to Intrusion Detection: The Quest for Automation, Efficiency, and Credibility. *SIGKDD Explorations*, 4(2), December 2002.

5. Wenke Lee and Wei Fan. 2001. Mining System Audit Data: Opportunities and Challenges. *SIGMOD Record*, 30(4), December 2001.

6. Salvatore J. Stolfo, Wenke Lee, Philip K. Chan, Wei Fan, and Eleazar Eskin. 2001. Data Mining-Based Intrusion Detectors: An Overview of the Columbia IDS Project. *SIGMOD Record*, 30(4), December 2001.

### H. Research Proposals and Grants

**a. Approved and Funded**

1. **Blindsensing: Federated and Privacy-Preserving Use of Biometric Data**
   Wenke Lee (PI)
   Cisco
   Funded at $150,000, 10/1/2020 - 9/30/2021.

2. **D3: Debloating, Dialecting and Diversification for Attack Resilient Software with Real Time Constraints - Software Debloating and Sandboxing**
   Taesoo Kim (PI); Co-PI: Wenke Lee
   Technology Innovation Institute, Adu Dhubai, UAE
   Funded at $1,575,000, 9/1/2020-9/1/2023.

3. **HECTOR: Halting Emergent Computation Through Oracle Reinforcement**
   Wenke Lee (PI); co-PIs: Sukarno Mertoguno (GTRI) and Clayton Kerce (GTRI)
   DARPA I2O
   Funded at $1,000,000, 1/15/2020-7/15/2021.

4. **Interactive Editing Techniques for Subsetting and Dialecting Network Protocols**
   Taesoo Kim (PI); co-PIs: Wenke Lee, Alex Orso, and Brendan Saltaformaggio
   ONR
   Funded at $2,976,781, 8/1/2018-7/31/2021

5. **SaTC: CORE: Medium: Understanding and Fortifying Machine Learning Based Security Analytics**
   Polo Chau (PI); co-PIs: Wenke Lee, Le Song, and Taesoo Kim
   NSF
   Funded at $1,200,000, 8/1/2017-7/31/2021

6. **Comprehensive System Debloating via Path-Based Learning and Late-Stage OS Composition**
   Wenke Lee (for Bill Harris) (PI); co-PIs: Bill Harris, Taesoo Kim, Alessandro Orso, and Santosh Pande
   ONR
   Funded at $7,500,000, 8/1/2017-7/31/2022

7. **CyberCorps Scholarship-for-Service (SFS)**
   Mustaque Ahamad (PI); co-PIs: Wenke Lee, Taesoo Kim, Sy Goodman, and Manos Antonakakis
   NSF
   Funded at $5,000,000, 9/1/2016-10/31/2021.

8. **Multi-Layer Adaptive and Proactive Strategic Cyber Defense**
   Radha Poovendran (PI, University of Washington); co-PIs: Wenke Lee (Georgia Tech) and Tamer Basar (UIUC)

ARO
Funded at $1,000,000, 8/1/2016-7/31/2019.

9. **Intel Science & Technology Center for Adversary-Resilient Security Analytics (ISTC-ARSA)**
Wenke Lee (PI); co-PIs: Taesoo Kim, Polo Chau (CSE), and Le Song (CSE)
Funded as a $1,500,000 gift.

10. **THEIA: Tagging and Tracking of Multi-Level Host Evens for Transparent Computing and Information Assurance**
Wenke Lee (PI); co-PIs: Taesoo Kim, Alex Orso, and Simon Chung
DARPA
Funded at $4,193,126, 6/26/2015-6/26/2019.

11. **ADAPT: Analytical Framework for Actionable Defense against Advanced Persistent Threats**
Radha Poovendran (PI, University of Washington); co-PIs: Wenke Lee (Georgia Tech), Shankar Sastry and Anthony Joseph (UC Berkeley), Joao Hespanha (UCSB), Tamer Basar (UIUC), and Maryam Fazel and Linda Bushnell (University of Washington)
ONR MURI
Funded at $7,500,000, 6/1/2016-5/31/2021.

12. **Embedasploit: A "Pen-Test in a Box" for Industrial Control Systems**
Wenke Lee (PI); co-PIs: Sal Stolfo at Columbia, Brendan Dolan-Gavitt at NYU Tandon School of Engineering
Office of Naval Research
Funded at $1,250,351, 5/1/2015-4/30/2018.

13. **BFT++: Attack Tolerance in Hard Real-Time Systems**
Taesoo Kim (PI); co-PI: Wenke Lee
Office of Naval Research
Funded at $1,245,720, 4/1/2015-3/31/2018.

14. **TWC SBE: TTP Option: Medium: Collaborative: EPICA: Empowering People to Overcome Information Controls and Attacks**
Wenke Lee (PI); co-PIs: Nick Feamster, Hongyuan Zha, and Hans Klein
NSF
Funded at $1,100,000, 8/1/14-7/31/17.

15. **Comprehensive Understanding of Malicious Overlay Networks**
Homeland Security Advanced Project Research Agency (HSARPA of DHS)
Wenke Lee (PI); co-PIs: David Dagon at Georgia Tech, Chris Smoak of GTRI, Roberto Perdisci (UGA), April Lorenzen of Dissect Cyber, Paul Vixie of Internet Systems Consortium, Jody Westby of Global Cyber Risk, and Matt Jonkman of Open Information Security Foundation.
Funded at $1,873,078 for project total, with $673,078 to CoC/GT, 10/1/12–9/30/15.

16. **EAGER: The Conceptual Landscape of Information Manipulation**
    Wenke Lee (PI); co-PIs: Nick Feamster, and Hans Klein (Public Policy)
    NSF
    Funded at $200,000, 8/1/12–7/31/14.

17. **Integrating Security Concepts in an Undergraduate Computer Sciences Curriculum**
    Intel
    Wenke Lee (PI); co-PIs: Mustaque Ahamad, Nick Feamster, and Paul Royal
    Funded as unrestricted gift at $50,000, 11/2011;
    additional, unrestricted gift at $35,000, 3/2012;
    additional, unrestricted gift at $50,000, 11/2012;
    a total of $135,000.

18. **Monitoring Free and Open Access to Information on the Internet**
    Google
    Nick Feamster and Wenke Lee (co-PIs)
    Funded as unrestricted gift: $1,000,000 base for 12/15/2010–12/14/2012;
    $500,000 option for 12/15/2012–12/14/2013;
    additional gift at $500,000, for 12/15/13–12/14/2014;
    a total of $2,000,000.

19. **Dimensions of Network Intelligence**
    HSARPA of DHS
    Wenke Lee (PI) and Paul Royal (co-PI)
    Funded at $1,022,000, 9/2012-9/2017.

20. **Dynamic Reputation for DNS**
    Google
    Wenke Lee (PI)
    Funded as unrestricted gift at $75,000, 7/2010.

21. **PEASOUP: Preventing Exploits Against Software Of Uncertain Provenance**
    IARPA/STONESOUP Program (GrammaTech subcontract)
    Wenke Lee (co-PI), with David Melski (PI) at GrammaTech, Jack Davidson and John Knight
    (co-PIs) at University of Virginia, and Tom Bracewell (co-PI) at Raytheon
    Funded at $13,000,000 for project total, with $1,695,887 to Georgia Tech, 6/1/2010–5/31/2014.

22. **Research in Virtual Machine Monitoring Techniques**
    Sandia National Labs/Sandia Corp.
    Wenke Lee (PI)
    Funded at $50,000, 9/15/2010–9/15/2011.

23. **TC: SMALL: A Foundational and Practical Platform for Host Security Applications**
    NSF CNS/Trustworthy Computing
    Wenke Lee (PI)
    Funded at $429,571, 7/15/2010–7/15/2013.

24. **Botnet Attribution and Removal: From Axioms to Theory to Practice**
    ONR MURI
    Wenke Lee (PI); Co-PIs: Nick Feamster, and Jon Giffin at Georgia Tech; Farnam Jahanian, Mike Bailey, and Kang Shin at University of Michigan, Ann Arbor; Giovanni Vigna and Chris Kruegel at University of California, Santa Barbara; John Mitchell at Stanford University
    Funded: $7,500,000 project total, $2,600,000 for Georgia Tech, 5/1/2009–4/30/2014.

25. **Collaborative Research: CT-L: CLEANSE: <u>C</u>ross-Layer <u>L</u>arge-Scale <u>E</u>fficient <u>A</u>nalysis of <u>N</u>etwork Activities to <u>SE</u>cure the Internet**
    NSF CNS/Cyber Trust
    Wenke Lee (PI); Co-PIs: Nick Feamster, Jon Giffin, Mustaque Ahamad, and Xiaoming Huo (ISyE) at Georgia Tech; Mike Reiter and Fabian Monrose at University of North Carolina at Chapel Hill; Farnam Jahanian and Mike Bailey at University of Michigan; Phil Porras and Vinod Yegneswaran at SRI International; and Paul Vixie at Internet Software Consortium.
    Funded: $1,829,297 project total, $758,297 for Georgia Tech, 9/1/2008–8/31/2012.

26. **SMITE: Scalable Monitoring in the Extreme**
    DARPA
    Wenke Lee and Nick Feamster (co-PIs at Georgia Tech); BBN subcontract
    Funded: $574,999 for Georgia Tech, 4/1/2008–3/31/2010

27. **Countering Botnets: Anomaly-Based Detection, Comprehensive Analysis, and Efficient Mitigation**
    DHS HSARPA
    Wenke Lee (PI); with Nick Feamster and Jon Giffin at Georgia Tech, David Dagon at Damballa, Rick Wesson and Adam Waters at Support Intelligence, Paul Vixie at Internet Systems Consortium, and Jody Westby at Global Cyber Risk
    Funded: $1,050,730 project total, $300,000 for Georgia Tech, 4/1/2008–3/31/2010.
    Add-on: $305,066 project total, $190,066 to Georgia Tech, 7/1/2009–9/30/2010.

28. **CRI-IAD: Collaborative Research: Enabling Security and Network Management Research for Future Networks**
    NSF CRI
    Nick Feamster (co-PI), Alex Gray, and Wenke Lee at Georgia Tech, and Z. Morley Mao (co-PI) and Farnam Jahanian at University of Michigan
    Funded: $397,426 for Georgia Tech (3/1/2008–2/28/2011)

29. **Collaborative Research: CT-T: Logic and Data Flow Extraction for Live and Informed Malware Execution**
    NSF CNS/CyberTrust
    Wenke Lee (co-PI); co-PIs: Paul Barford at University of Wisconsin at Madison, and Phil Porras at SRI International
    Funded: $220,000 for Georgia Tech (9/1/2007–8/31/2009)

30. **Foundational and Systems Support for Quantitative Trust Management**
    Office of Naval Research MURI (University of Pennsylvania subcontract)
    Sampath Kannan (PI); co-PIs: Insup Lee, Oleg Sokolsky, Matt Blazes, and Jonathan Smith at

University of Pennsylvania, Wenke Lee at Georgia Tech, and Angelos Keromytis at Columbia University.
Funded: $1,125,000 for Georgia Tech (project total: $4,000,000) (5/1/2007–4/30/2012)

31. **Collaborative Research: CT-ISG: Modeling and Measuring Botnets**
NSF CNS/CyberTrust
Wenke Lee (PI) and Cliff C. Zou (co-PI) at University of Central Florida
Funded: $350,000 for project total, Georgia Tech at $175,000, (8/15/2006-8/15/2009)

32. **CT-ISG: Trusted Passage: Managing Distributed Trust to Meet the Needs of Emerging Applications**
NSF CNS/CyberTrust
Mustaque Ahamad (PI), Wenke Lee (co-PI), and Karsten Schwan (co-PI)
Funded: $350,000, (8/15/2006-8/15/2009)

33. **Cyber Threat Analytics**
ARO via subcontract from SRI International
Funded: $80,000, (7/15/2006-7/15/2007)

34. **ARL CTA**
ARL via subcontract from SPARTA/Telcordia
Funded: $75,000, (7/15/2006-7/15/2007)

35. **Computer Network Defenses Technologies**
AFRL via subcontract from Scientific Systems Co. Funded: $30,000, (9/13/2006-3/13/2007)

36. **ARO Workshop on Research in Botnets**
ARO
Funded: $25,000, (4/1/2006-6/1/2007)

37. **Next-Generation Botnet Detection and Response**
DARPA (via ARO)
Funded: $291,346, (12/15/2005-6/14/07)

38. **An Information-Theoretic Framework for Evaluating and Optimizing Intrusion Detection Performance**
Army Research Office
Funded: $199,745, (4/1/2005-1/30/07)

39. **Preventing SQL Code Injection by Combining Static and Runtime Analysis, funded by Department of Homeland Security**
Department of Homeland Security
Alex Orso (PI) and Wenke Lee (co-PI)
Funded: $200,000, (7/1/2005-12/31/2006)

40. **Anomaly and Misuse Detection in Network Traffic Streams – Checking and Machine Learning Approaches**
Office of Naval Research MURI (University of Pennsylvania subcontract)

Sampath Kannan (PI), Insup Lee, Oleg Sokolsky, and Linda Zhao at University of Pennsylvania, Wenke Lee at Georgia Tech, and Diana Spears and William Spears at University of Wyoming.
Funded: $400,000 for Georgia Tech ($2,000,000 project total) (7/15/2004–6/1/2006)

41. **Intrusion Detection and Security Management Technologies for Mobile Ad Hoc Networks**
Army Research Lab (Scientific Systems Company Inc. subcontract)
Funded: $65,000 (2/1/2005-2/1/2006)

42. **A Course Module on Wireless Security**
Microsoft, Curriculum Development Grant
Funded: $30,000 (unrestricted gift)

43. **Intrusion Detection Techniques for Mobile Ad Hoc Networks**
NSF, CISE/CCR/Trusted Computing
Funded: $275,000 (8/15/2003-7/31/2006)
REU Funded: $15,000 (9/10/2004-7/31/2006)

44. **High-Speed Intrusion Detection Sensors**
Army Research Lab (Scientific Systems Company Inc. subcontract)
Funded: $65,000 (8/7/2003-8/6/2005)

45. **Distributed Intrusion Detection Feasibility Study**
U.S. Government (Columbia University subcontract)
Funded: $45,000 (6/1/2003-6/30/2004)

46. **Agile Security for Storing Sensitive and Critical Information**
NSF, CISE/Trusted Computing
Mustaque Ahamad (PI), and co-PIs: Wenke Lee, Doug Blough, and H. Venkateswaran
Funded: $460,000 (8/15/2002-7/31/2005)

47. **CAREER: Adaptive Intrusion Detection Systems**
NSF, CISE/CAREER
Funded: $350,000 (8/15/2002–7/31/2007)

48. **ITR/SI: Guarding the Next Internet Frontier: Countering Denial of Information**
NSF, ITR
Mustaque Ahamad (PI), and co-PIs: Wenke Lee, Andre dos Santos, Ling Liu, Leo Mark, Ed Omiecinski, and Calton Pu
Funded: $1,694,769 (9/1/2001–8/31/2006)

49. **Vulnerability Assessment Tools for Complex Information Networks**
Army Research Office MURI (Harvard University subcontract)
Yu-Chi Ho (PI) at Harvard University, co-PIs: Avrom Pfeffer at Harvard University, Christos G. Cassandras at Boston University, Wei-Bo Gong at University of Massachusetts, Amherst, and Wenke Lee at Georgia Tech
Funded: $400,000 for Georgia Tech ($2,000,000 project total) (5/1/2001–4/30/2006)

50. **A Data Mining Approach for Building Cost-sensitive and Light Intrusion Detection Models**.
DARPA, ATO
Wenke Lee (PI), and co-PIs: Salvatore J. Stolfo at Columbia University and Philip Chan at Florida Institute of Technology
Funded: $854,000 for Georgia Tech ($2,000,001 project total) (6/1/2000–8/31/2003)

## I. Research Honors and Awards

1.  IEEE Fellow, 2021.

2.  ACM SIGSAC (Special Interest Group on Security, Audit and Control) Outstanding Innovation Award for "pioneering contributions to network and systems security, in particular, machine-learning based approaches to security analytics, including tackling intrusion and botnet detection", 2019.

3.  CCS Test of Time Award, The 25th ACM Conference on Computer and Communications Security (CCS), for the paper "Artem Dinaburg, Paul Royal, Monirul Sharif, and Wenke Lee. Ether: Malware Analysis via Hardware Virtualization Extensions" published in CCS 2008 that have had the greatest impact on security research and practice over the past decade, 2018.

4.  ACM Fellow, 2017.

5.  Distinguished Practical Paper Award, for the paper "Yanick Fratantonio, Chenxiong Qian, Pak Chung, and Wenke Lee. Cloak and Dagger: From Two Permissions to Complete Control of the UI Feedback Loop" in Proceedings of The 2017 IEEE Symposium on Security and Privacy, 2017.

6.  Internet Defense Prize, awarded by Facebook and USENIX, for the paper "Byoungyoung Lee, Chengyu Song, Taesoo Kim, and Wenke Lee. Type Casting Verification: Stopping an Emerging Attack Vector" in Proceedings of The 24th USENIX Security Symposium, 2015.

7.  Cyber Is A Global Sport Award (awarded to David Dagon and Wenke Lee), Department of Homeland Security, Science and Technology Directorate, Cyber Security Division, 2015.

8.  Outstanding Achievement in Research Program Development Award, (awarded to Mustaque Ahamad, Wenke Lee, Paul Royal, and David Dagon), Georgia Institute of Technology, 2015.

9.  Outstanding Community Service Award, the IEEE Technical Committee on Security and Privacy, 2013

10. Outstanding Faculty Leadership for the Development of GRAs Award, Georgia Institute of Technology, 2012.

11. Sigma Xi Faculty Best Paper Award, Georgia Institute of Technology, 2010.

12. Best Student Paper Award, for the paper "Monirul Sharif, Andrea Lanzi, Jon Giffin, and Wenke Lee. Automatic Reverse Engineering of Malware Emulators" in Proceedings of The 2009 IEEE Symposium on Security and Privacy, 2009.

13. Outstanding Senior Faculty Research Award, College of Computing, Georgia Institute of Technology, 2009.

14. NSF CAREER Award, 2002.

15. Best Paper Award, Applied Research Category, the 5th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining (KDD '99), August 1999 (with Kui Mok and Sal Stolfo).

16. Honorable mention (runner-up) for Best Paper Award, Applied Research Category, the 4th International Conference on Knowledge Discovery and Data Mining (KDD '98), August 1998.

17. Honorable mention (runner-up) for Best Paper Award, Applied Research Category, the 3rd International Conference on Knowledge Discovery and Data Mining (KDD '97), August 1997.

## III. SERVICE

### A. Professional Activities

#### A.1 Membership and Activities in Professional Societies

1. Fellow, Association for Computing Machinery (ACM)

2. Fellow, Institute of Electrical and Electronics Engineers (IEEE)

#### A.2 Journal Editorial Board Activities

1. IEEE Transactions on Dependable and Secure Computing (TDSC) 2010 - 2011.

2. ACM Transactions on Information and System Security (TISSEC) 2005 - 2011.

#### A.3 Conference Committee Activities

1. The 2021 USENIX Security Symposium

2. The 2020 ACM Conference on Computer and Communications Security

3. The 2020 IEEE Symposium on Security & Privacy.

4. The 2019 ACM Conference on Computer and Communications Security

5. The 2019 IEEE Symposium on Security & Privacy.

6. The 2018 ACM Conference on Computer and Communications Security.

7. The 2018 IEEE Symposium on Security & Privacy.

8. The 2018 IEEE European Symposium on Security & Privacy.

9. The 2017 ACM Conference on Computer and Communications Security.

10. The 26th USENIX Security Symposium (Security '17).

11. Co-chair, Security and Privacy Track, WWW 2017.

12. Annual Network and Distributed System Security Symposium (NDSS) 2017.

13. The 25th USENIX Security Symposium (Security '16).

14. The 23rd ACM Conference on Computer and Communications Security (CCS 2016).

15. The 2016 IEEE European Symposium on Security & Privacy.

16. Annual Network and Distributed System Security Symposium (NDSS) 2016.

17. The 22nd ACM Conference on Computer and Communications Security (CCS 2015).

18. Co-chair, Security and Privacy Track, WWW 2015.

19. Annual Network and Distributed System Security Symposium (NDSS) 2015.

20. European Symposium on Research in Computer Security (ESORICS) 2014.

21. The 44th Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2014).

22. Security and Privacy Track, WWW 2014.

23. *PC Chair*, The 2013 IEEE Symposium on Security and Privacy.

24. The 10th USENIX Symposium on Networked Systems Design and Implementation (NSDI 2013).

25. The 20th ACM Conference on Computer and Communications Security (CCS 2013).

26. The 16th International Symposium on Recent Advances in Intrusion Detection (RAID 2013).

27. The 19th ACM Conference on Computer and Communications Security (CCS 2012).

28. The 9th Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DMIVA 2012).

29. The 7th USENIX Workshop on Hot Topics in Security (HotSec '12).

30. *PC co-Chair*, The 2012 IEEE Symposium on Security and Privacy.

31. Financial Cryptography and Data Security (FC 2012).

32. The 19th Annual Network and Distributed System Security Symposium (NDSS 2012).

33. The 8th Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DIMVA 2011).

34. The 41st Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2011).

35. The 20th USENIX Security Symposium (Security '11).

36. The 6th USENIX Workshop on Hot Topics in Security (HotSec '11).

37. The 2011 IEEE Symposium on Security and Privacy.

38. The 13th International Symposium on Recent Advances in Intrusion Detection (RAID 2010).

39. The 15th European Symposium on Research in Computer Security (ESORICS 2010).

40. The 7th Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DIMVA 2010).

41. Security and Privacy Track, ICDCS 2010.

42. The 40th Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2010).

43. Security and Privacy Track, WWW 2010.

44. *PC Chair*, The 17th Annual Network and Distributed System Security Symposium (NDSS 2010).

45. Financial Cryptography and Data Security (FC 2010).

46. The 25th Annual Computer Security Applications Conference (ACSAC 2009).

47. The 16th ACM Conference on Computer and Communications Security (CCS 2009).

48. 14th European Symposium on Research in Computer Security (ESORICS 2009).

49. The 18th USENIX Security Symposium (Security '09).

50. *PC Chair*, The Second USENIX Workshop on Large-Scale Exploits and Emergent Threats (LEET), 2009.

51. *PC Co-Chair*, The Second ACM Conference on Wireless Network Security (WiSec), 2009.

52. The 2009 IEEE Symposium on Security and Privacy.

53. The 16th Annual Network and Distributed System Security Symposium (NDSS 2009).

54. The 24th Annual Computer Security Applications Conference (ACSAC 2008).

55. Internet Measurement Conference (IMC) 2008.

56. 13th European Symposium on Research in Computer Security (ESORICS 2008).

57. The 15th ACM Conference on Computer and Communications Security (CCS 2008).

58. The 17th USENIX Security Symposium (Security '08).

59. 3rd USENIX Workshop on Hot Topics in Security (HotSec '08).

60. The 2008 IEEE Symposium on Security and Privacy.

61. The 15th Annual Network and Distributed System Security Symposium (NDSS 2008).

62. The 23rd Annual Computer Security Applications Conference (ACSAC 2007).

63. The 14th ACM Conference on Computer and Communications Security (CCS 2007).

64. The 10th International Symposium on Recent Advances in Intrusion Detection (RAID 2007).

65. The 16th USENIX Security Symposium (Security '07).

66. The 2007 IEEE Symposium on Security and Privacy.

67. The 14th Annual Network and Distributed System Security Symposium (NDSS 2007).

68. The 2nd International Conference on Security and Privacy for Emerging Areas in Communication Networks (SecureComm 2006).

69. The 15th USENIX Security Symposium (Security '06).

70. The 13th Annual Network and Distributed System Security Symposium (NDSS 2006).

71. The 1st International Conference on Security and Privacy for Emerging Areas in Communication Networks (SecureComm 2005).

72. The 2005 IEEE Symposium on Security and Privacy.

73. The 2005 ACM Workshop on Wireless Security (WiSe 2005).

74. The 2005 IEEE International Conference on Data Mining (ICDM 2005).

75. The Fourteenth International World Wide Web Conference (WWW 2005).

76. The 2005 International Conference on Distributed Computing Systems (ICDCS).

77. The 2004 ACM Workshop on Visualization and Data Mining for Computer Security (VizSEC/DMSEC 2004).

78. The 2004 ACM Workshop on Security of Ad Hoc and Sensor Networks (SASN 2004).

79. The 2004 ACM Workshop on Wireless Security (WiSe 2004).

80. Steering Committee and the 7th International Symposium on Recent Advances in Intrusion Detection (RAID 2004).

81. The 10th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining, 2004.

82. The 2004 SIAM International Conference on Data Mining, 2004.

83. The 2004 IEEE International Conference on Data Mining (ICDM 2004).

84. The 2004 IEEE Information Assurance Workshop.

85. Co-Chair of the the ICDM Workshop on Data Mining for Computer Security (DMSEC 2003).

86. The 2003 IEEE International Conference on Data Mining (ICDM 2003).

87. The 2003 ACM Workshop on Wireless Security (WiSe 2003).

88. Steering Committee and the 6th International Symposium on Recent Advances in Intrusion Detection (RAID 2003).

89. The 9th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining, 2003.

90. The 2003 IEEE Information Assurance Workshop.

91. Steering Committee for the 5th International Symposium on Recent Advances in Intrusion Detection (RAID 2002).

92. The 2002 ACM New Security Paradigms Workshop.

93. The 2002 IEEE Symposium on Security and Privacy.

94. *PC Co-Chair*, The 4th International Symposium on Recent Advances in Intrusion Detection (RAID 2001).

95. Program Committee and Organizational Committee for the 6th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining, 2000.

## B. On-campus Georgia Tech Committees

1. 5-Year Review Committee for the Chair of School of Computer Science, College of Computing, 2016.

2. Faculty Recruiting Committee, School of Computer Science, 2014.

3. Faculty Recruiting Committee, School of Computer Science, 2012-13.

4. RPT Committee, College of Computing, 2010-2012.

5. College of Computing Dean Search Committee, 2009-2010, College of Computing.

6. Chair, Faculty Recruiting Committee, 2008-2009, School of Computer Science, College of Computing.

7. Chair Advisory Committee, 2008-2009, School of Computer Science, College of Computing.

8. Co-Chair, Faculty Recruiting Committee, 2007-2008, School of Computer Science, College of Computing.

9. RPT Executive Committee, 2007-2008, College of Computing.

10. Faculty Recruiting Committee, 2006-2007, College of Computing.

11. Faculty Recruiting Committee, 2005-2006, College of Computing.

12. Undergraduate Curriculum Task Force, 2004-2005, College of Computing.

13. Ph.D. Admissions Committee, 2003-2004, College of Computing.

14. Faculty Recruiting Committee, 2001-2003, College of Computing.

**E. Consulting and Advisory Appointments**

1. Advisory Board of the NUS-Singtel Cyber Security Research & Development Laboratory, National University of Singapore. 2019-2021.

2. Secure, Accessible & Fair Elections (SAFE) Commission, State of Georgia, 2018-2019

3. Advisory Board of the Faculty of Engineering, The Chinese University of Hong Kong. 2017-

4. Board of Trustees, Pace Academy. 2017-

## IV. NATIONAL AND INTERNATIONAL PROFESSIONAL RECOGNITION

### A. Patents

1. "Systems and methods for using video for user and message authentication". Simon Chung, Wenke Lee, and Yeongjin Jang. U.S. Patent Number: 10,476,888, November 2019.

2. "Method and System for Detecting Malware". Manos Antonakakis, Roberto Perdisci, Wenke Lee, and Gunter Ollmann. U.S. Patent Number: 10,257,212, April 2019.

3. "Methods and systems for detecting compromised computers", David Dagon, Nick Feamster, Wenke Lee, Robert Edmonds, Richard Lipton, and Anirudh Ramachandran. U.S. Patent Number: 10,044,748, August 2018.

4. "Method and system for detecting malicious and/or botnet-related domain names". Roberto Perdisci, Wenke Lee, and Gunter Ollmann. U.S. Patent Number: 10,027,688, July 2018.

5. "Method and system for network-based detecting of malware from behavioral clustering". Roberto Perdisci and Wenke Lee. U.S. Patent Number: 9,948,671, April 2018.

6. "Method and system for detecting DGA-based malware". Manos Antonakakis, Roberto Perdisci, Wenke Lee, and Nikolaos Vasiloglou. U.S. Patent Number: 9,922,190, March 2018.

7. "Method and system for detecting malicious domain names at an upper DNS hierarchy". Manos Antonakakis, Roberto Perdisci, Wenke Lee, and Nikolaos Vasiloglou. U.S. Patent Number: 9,686,291, June 2017.

8. "Systems and methods of safeguarding user information while interacting with online service providers". Wenke Lee, Sasha Boldyreva, Simon Chung, Billy Lau, and Chengyu Song. U.S. Patent Number: 9,659,189, May 2017.

9. "Method and System for Detecting Malware". Manos Antonakakis, Roberto Perdisci, Wenke Lee, and Gunter Ollmann. U.S. Patent Number: 9,525,699, December 2016.

10. "Method and system for determining whether domain names are legitimate or malicious", Manos Antonakakis, Roberto Perdisci, David Dagon, and Wenke Lee. U.S. Patent Number: 9,516,058, December 2016.

11. "Method and systems for detecting compromised networks and/or computers", David Dagon, Nick Feamster, Wenke Lee, Robert Edmonds, Richard Lipton, and Anirudh Ramachandran. U.S. Patent Number: 9,306,969, April 2016.

12. "Systems and methods for secure in-VM monitoring", Monirul Sharif and Wenke Lee. U.S. Patent Number: 9,129,106, September 2015.

13. "Method and system for network-based detecting of malware from behavioral clustering". Roberto Perdisci, Wenke Lee, and Gunter Ollmann. U.S. Patent Number: 8,826,438, September 2014.

14. "Method and system for detecting malicious domain names at an upper DNS hierarchy". Manos Antonakakis, Roberto Perdisci, Wenke Lee, and Nikolaos Vasiloglou. U.S. Patent Number: 8,631,489, January 2014.

15. "Method and System for Detecting Malware". Manos Antonakakis, Roberto Perdisci, Wenke Lee, and Gunter Ollmann. U.S. Patent Number: 8,578,497, November 2013.

16. "Method and System for Detecting and Responding to Attacking Networks". David Dagon, Nick Feamster, Wenke Lee, Robert Edmonds, Richard Lipton, and Anirudh Ramachandran. U.S. Patent Number: 8,566,928, October 2013.

17. "Methods for Cost-Sensitive Modeling for Intrusion Detection and Response". Wei Fan, Wenke Lee, Matt Miller, and Sal Stolfo. U.S. Patent Number: 7,818,797, October 2010.

18. "Method and System for Using Intelligent Agents for Financial Transactions, Services, Accounting, and Advice". Dan Schutzer, Will Foster, Huanrui Hu, Wenke Lee, Sal Stolfo, and Wei Fan. U.S. Patent Number: 5,920,848, July 1999.

## V. OTHER CONTRIBUTIONS

### A. Seminar Presentations

1. "Machine Learning and Security: the Good, the Bad, and the Ugly", Keynote at the 2020 ACM Conference on Computer and Communications Security (CCS), November, 2020.

2. "Security Overlay", Stony Brook University, March 2016.

3. "Security Overlay", Princeton University, October 2015.

4. "Internet Monitoring via DNS Traffic Analysis", Google-UMD Cybersecurity Seminar, November 2012.

5. "Botnet Detection and Response: Challenges and Opportunities", Carnegie Mellon University, September 2007.

6. "Botnet Detection and Response", Indiana University, March 2007.

7. "Botnet Detection and Response", University of Pittsburgh, October 2006.

8. "Architecture Considerations for Anomaly Detection", University of Texas at San Antonio, November, 2005

9. "Advanced Intrusion Detection Techniques", National Security Research Institute, Daejon, South Korea, February, 2005

10. "U.S. Policy and Recent Detection Techniques for Cyber Threats and Attacks", National Cyber Security Center, Seoul South Korea, February, 2005

11. "Architecture Considerations for Anomaly Detection", Purdue University, February, 2005

12. "Architecture Considerations for Anomaly Detection", Graduate Center of The City University of New York, February, 2005

13. "Architecture Considerations for Anomaly Detection", The University of Alabama, November, 2004

14. "Architecture Considerations for Anomaly Detection", Carnegie Mellon University, September, 2004

15. "Architecture Considerations for Anomaly Detection", University of Wisconsin at Madison, August, 2004

16. "Local Worm Detection and Response: Algorithms and Analytical Models", Lawrence Livermore National Laboratory, June 2004

17. "Intrusion Detection", Carnegie Mellon University, October 2003

18. "Algorithms for Recognizing New Attack Step Relationships", University of Pennsylvania, September 2003

19. "Intrusion Detection", Emory University, October 2001

20. "Developing Data Mining Techniques for Intrusion Detection: A Progress Report", Center for Education and Research in Information Assurance and Security, Purdue University, October 2000

21. "A Data Mining Framework for Building Intrusion Detection Models", Institute for Security Technology Studies, Dartmouth College, Hanover, NH, July 2000

22. "A Data Mining Framework for Building Intrusion Detection Models", Department of Electrical and Computer Engineering, University of Massachusetts, Amherst, MA, February 2000

23. "A Data Mining Framework for Building Intrusion Detection Models", HRL Laboratories, Malibu, CA, November 1999