PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant*,<br><br>vs.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE**<br><br>Hon. Yvonne Gonzalez Rogers |

WHEREAS, on October 6, 2020, the Court issued its Case Scheduling and Pretrial Order (Dkt. 116) establishing certain pretrial dates;

WHEREAS, on March 2, 2021, the Court issued its Pretrial Order No. 1 (Dkt. 371), establishing certain pretrial dates;

WHEREAS, the parties, having met and conferred, agree that the following additional dates and modifications would be advisable;

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the parties through their respective counsel and pursuant to Civil L.R. 6-2 that the parties will abide by the additional dates and modifications below.  The parties may modify any date for Nos. 1-7, 10-12, 16-20, and 23-27 by agreement in writing and without Court order.

**Exhibits, Summaries, and Demonstratives Schedule**

| No. | Date | Event |
| --- | --- | --- |
| 1 | 3/24/2021 | Parties exchange exhibits as described herein and subject to the following:<br>• Parties reserve rights to add exhibits with counter-designations and counters to counters.<br>• Parties will exchange summaries pursuant to F.R.E. 1006 on the timeline below.<br>• Parties will exchange demonstratives at least 24 hours before use (including use during arguments and witness testimony).<br><br>With respect to exhibits already produced with Bates numbers, the parties will exchange lists of Bates numbers.  With respect to large datasets already provided without Bates numbers, the parties will identify the datasets with sufficient descriptions.  With respect to all other exhibits, the parties will exchange copies of such exhibits.<br><br>For each exhibit, the parties will exchange the exhibit number, the Bates number (if applicable), a brief description of the contents, the identity of each sponsoring witness, and whether the exhibit is being marked for identification only, not for admission. |
| 2 | 4/2/2021 | Parties exchange objections to exhibits and responsive exhibits, subject to the limitations above. |
| 3 | 4/7/2021 | Parties exchange objections to responsive exhibits |
| 4 | 4/8/2021 | Epic proposes confidentiality de-designations of the exhibits and responsive exhibits designated by Epic on either party's exhibit list. |

| | | |
|---|---|---|
| | | Apple proposes confidentiality de-designations of the exhibits and responsive exhibits designated by Apple on either party's exhibit list. |
| 5 | 4/9/2021 at noon PT | Parties meet and confer re objections to exhibits and objections to responsive exhibits |
| 6 | 4/12/2021 at noon PT | Parties meet and confer re confidentiality de-designations of exhibits |
| 7 | 4/12/2021 | Parties exchange summaries pursuant to F.R.E. 1006 |
| 8 | 4/14/2021 at 8:00 a.m. PT | Parties file Exhibit List Annotated with Stipulations/Objections (excluding summaries pursuant to F.R.E. 1006) and List of Discovery Excerpts, Audios, Videos (excluding deposition designations, objections to designations, counter-designations, objections to counters, counters to counters, and objections to counters to counters) |
| 9 | 4/14/2021 at noon PT | Parties provide Joint Trial Readiness Binder, including:<br>• Exhibit List Annotated with Stipulations/Objections (excluding summaries pursuant to F.R.E. 1006)<br>• List of Discovery Excerpts, Audios, Videos (excluding deposition designations, objections to designations, counter-designations, objections to counters, counters to counters, and objections to counters to counters) |
| 10 | 4/18/2021 | Parties exchange objections to summaries pursuant to F.R.E. 1006 and responsive summaries pursuant to F.R.E. 1006 |
| 11 | 4/22/2021 | Parties exchange objections to responsive summaries pursuant to F.R.E. 1006 |
| 12 | 4/24/2021 at noon PT | Parties meet and confer re objections to summaries pursuant to F.R.E. 1006 and objections to responsive summaries pursuant to F.R.E. 1006 |
| 13 | 4/25/2021 | Parties file supplement to Exhibit List Annotated with Stipulations/Objections for summaries pursuant to F.R.E. 1006, objections to summaries pursuant to F.R.E. 1006, responsive summaries pursuant to F.R.E. 1006, and objections to responsive summaries pursuant to F.R.E. 1006 |
| 14 | 4/26/2021 at noon PT | Parties supplement Joint Trial Readiness Binder with summaries pursuant to F.R.E. 1006, objections to summaries pursuant to F.R.E. 1006, responsive summaries pursuant to F.R.E. 1006, and objections to responsive summaries pursuant to F.R.E. 1006 |
| 15 | 4/30/2021 | Parties provide copies of exhibits to Court |

**Deposition Designations Schedule**

| No. | Date | Event |
|-----|------|-------|
| 16 | 3/24/2021 | Parties exchange deposition designations |
| 17 | 4/2/2021 | Parties exchange objections to deposition designations and counter-designations |
| 18 | 4/9/2021 | Parties exchange objections to counters and counters to counters |
| 19 | 4/14/2021 | Parties exchange objections to counters to counters |
| 20 | 4/16/2021 at noon PT | Parties to meet and confer re deposition designations, objections to designations, counter-designations, objections to counters, counters to counters, and objections to counters to counters |
| 21 | 4/23/2021 at 8:00 a.m. PT | Parties file list of deposition designations, objections to designations, counter-designations, objections to counters, counters to counters, and objections to counters to counters |
| 22 | 4/23/2021 at noon PT | Parties provide deposition transcripts, deposition designations, objections to designations, counter-designations, objections to counters, counters to counters, and objections to counters to counters to Court |

**Other Filings Schedule**

| No. | Date | Event |
| --- | --- | --- |
| 23 | 3/26/2021 | Epic sends Joint Pretrial Conference Statement (including undisputed facts) to Apple |
| 24 | 3/30/2021 | Epic sends Proposed Order re Trial Stipulations to Apple |
| 25 | 4/2/2021 | Apple sends revised Joint Pretrial Conference Statement (including undisputed facts) to Epic |
| 26 | 4/5/2021 at noon PT | Parties meet and confer re Joint Pretrial Conference Statement (including undisputed facts) |
| 27 | 4/6/2021 | Apple sends revised Proposed Order re Trial Stipulations to Epic |
| 28 | 4/9/2021 | Parties file Joint Pretrial Conference Statement (including undisputed facts) |
| 29 | 4/14/2021 at 8:00 a.m. PT | Parties file Proposed Order re Trial Stipulations |
| 30 | 4/14/2021 at noon PT | Parties provide Joint Trial Readiness Binder, including:<br>• Proposed Order re Trial Stipulations |

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 21, 2021                CRAVATH, SWAINE & MOORE LLP
    Christine A. Varney (*pro hac vice*)
    Katherine B. Forrest (*pro hac vice*)
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:  */s/ Lauren A. Moskowitz*
    Lauren A. Moskowitz
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated: March 21, 2021                GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Jay P. Srinivasan
    Mark A. Perry
    Veronica S. Moye
    Cynthia E. Richman
    Jay P. Srinivasan
    Rachel S. Brass

By:  */s/ Rachel S. Brass*
    Rachel S. Brass
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    (415) 393-8293

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: March 21, 2021

CRAVATH, SWAINE & MOORE LLP

By: */s/ Lauren A. Moskowitz*
Lauren A. Moskowitz

*Attorneys for Plaintiff and
Counter-defendant Epic Games, Inc.*