United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

        Plaintiff,

    v.

APPLE INC.,

        Defendant.

Case No.  20-cv-05640-YGR   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 378

      The joint discovery letter brief at ECF No. 378 is hard to evaluate without seeing both sides' expert reports.  The Court will review them *in camera*.  The Court orders the parties to email their expert reports to TSHpo@cand.uscourts.gov by March 23, 2021.

      **IT IS SO ORDERED.**

Dated: March 22, 2021

THOMAS S. HIXSON
United States Magistrate Judge