# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 3/26/2021 | Time: 9:20am-10:23am | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-05640-YGR | Case Name: Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Katherine Forrest and Gray Bornstein
**Attorney for Defendant:** Richard Doren and Veronica Moye

**Deputy Clerk:** Frances Stone            **Court Reporter:** Raynee Mercado

## PROCEEDINGS

PRETRIAL CONFERENCE- HELD via Zoom Webinar

Bench Trial will proceed in person, in a specific Oakland Courtroom to be determined. A couple witnesses potentially will appear via Zoom.

Agenda submitted by counsel discussed.

Epic to serve written direct testimony on Apple by 4/20/2021
Apple to serve written direct testimony on Epic by 4/23/2021.

Simultaneous Written Direct expert testimony submitted to the Court by 4/27/2021.

The Compliance deadline set for 4/2/2021 at 9:01 AM is VACATED.


Court to prepare order.