| | |
|---|---|
| 1 | ROSEMARIE T. RING (State Bar No. 220769) |
|   | rose.ring@mto.com |
| 2 | JUSTIN P. RAPHAEL (State Bar No. 292380) |
|   | Justin.Raphael@mto.com |
| 3 | EMILY C. CURRAN-HUBERTY (State Bar No. 293065) |
|   | Emily.Curran-Huberty@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street |
| 5 | Twenty-Seventh Floor |
|   | San Francisco, California 94105-2907 |
| 6 | Telephone:   (415) 512-4000 |
|   | Facsimile:   (415) 512-4077 |

*Attorneys for Third-Party Respondent Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR |
| Plaintiff, Counter-Defendant, | Case No. 4:11-cv-06714-YGR |
|  | Case No. 4:19-cv-03074-YGR |
| vs. | **NOTICE OF APPEARANCE** |
| APPLE INC., | |
| Defendant, Counterclaimant. | |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al., | |
| Plaintiffs, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |

TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT I, Emily C. Curran-Huberty, hereby appear as counsel of record for third-party respondent Facebook, Inc. in the three above-captioned actions. I certify that I am admitted to practice in this Court.

DATED:  April 2, 2021                    Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:      */s/ Emily C. Curran-Huberty*
         EMILY C. CURRAN-HUBERTY
Attorneys for Third-Party Respondent
FACEBOOK, INC.