1  ROSEMARIE T. RING (State Bar No. 220769)
   rose.ring@mto.com
2  JUSTIN P. RAPHAEL (State Bar No. 292380)
   Justin.Raphael@mto.com
3  EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
   Emily.Curran-Huberty@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   *Attorneys for Third-Party Respondent*
8  *Facebook, Inc.*

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | EPIC GAMES, INC.                         | Case No. 4:20-cv-05640-YGR
                                              | Case No. 4:11-cv-06714-YGR
13 |         Plaintiff, Counter-Defendant,    | Case No. 4:19-cv-03074-YGR

14 |    vs.                                   | **NOTICE OF APPEARANCE**

15 | APPLE INC.,

16 |         Defendant, Counterclaimant.

17 | IN RE APPLE iPHONE ANTITRUST
   | LITIGATION
18

19 | DONALD R. CAMERON, et al.,

20 |         Plaintiffs,

21 |    vs.

22 | APPLE INC.,

23 |         Defendant.

24

25

26

27

28

Cases. 4:20-05640; 4:11-06714; 4:11-03074--YGR

NOTICE OF APPEARANCE

1         TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL
2 PARTIES AND THEIR COUNSEL OF RECORD:
3         PLEASE TAKE NOTICE THAT I, Rosemarie T. Ring, hereby appear as counsel
4 of record for third-party respondent Facebook, Inc. in the three above-captioned actions.  I certify
5 that I am admitted to practice in this Court.

7 DATED:  April 2, 2021         Respectfully submitted,

8         MUNGER, TOLLES & OLSON LLP

10         By:     */s/ Rosemarie T. Ring*
        ROSEMARIE T. RING
11         Attorneys for Third-Party Respondent
        FACEBOOK, INC.