ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
Emily.Curran-Huberty@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Third-Party Respondent Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff, Counter-Defendant,<br><br>     vs.<br><br>APPLE INC.,<br><br>            Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>**NOTICE OF APPEARANCE** |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>APPLE INC.,<br><br>            Defendant. | |

Cases. 4:20-05640; 4:11-06714; 4:11-03074--YGR

NOTICE OF APPEARANCE

1            TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL
2 PARTIES AND THEIR COUNSEL OF RECORD:
3            PLEASE TAKE NOTICE THAT I, Justin P. Raphael, hereby appear as counsel of
4 record for third-party respondent Facebook, Inc. in the three above-captioned actions.  I certify
5 that I am admitted to practice in this Court.

7 DATED:  April 2, 2021           Respectfully submitted,

8                                MUNGER, TOLLES & OLSON LLP

10                                By:      */s/ Justin P. Raphael*
                                     JUSTIN P. RAPHAEL
11                                Attorneys for Third-Party Respondent
                               FACEBOOK, INC.