1  David P Chiappetta, Bar No. 172099
   DChiappetta@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA  94105-3204
   Telephone: 415.344.7076
4  Facsimile: 415.344.7050

5  Attorneys for Non-Party
   MICROSOFT CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| 12  EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| 13         Plaintiff, Counter-defendant, | **NOTICE OF APPEARANCE OF DAVID P. CHIAPPETTA** |
| 14     v. | |
| 15  APPLE INC., | |
| 16         Defendant, Counterclaimant. | |
| 17  IN RE APPLE IPHONE ANTITRUST LITIGATION, | |
| 19  DONALD R. CAMERON, *et al.*, | |
| 20         Plaintiffs, | |
| 21     v. | |
| 22  APPLE INC, | |
| 23         Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT David P. Chiappetta of Perkins Coie LLP, who is permitted to practice in this district, hereby appears as counsel of record on behalf of Non-Party Microsoft Corporation.

Effective immediately, please add David P. Chiappetta as an attorney to be noticed on all matters at the following address:

> David P. Chiappetta, Bar No. 172099
> DChiappetta@perkinscoie.com
> Perkins Coie LLP
> 505 Howard Street, Suite 1000
> San Francisco, CA  94105-3204
> Telephone:  415.344.7076
> Facsimile:  415.344.7050

DATED:  April 5, 2021                    **PERKINS COIE LLP**

By: */s/ David P. Chiappetta*
   David P. Chiappetta, Bar No. 172099
   DChiappetta@perkinscoie.com

Attorneys for Non-Party
MICROSOFT CORPORATION