1  Judith B. Jennison, Bar No. 165929
   JJennison@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, WA 98101
   Telephone: 206-359-8000
4  Facsimile: 206-359-9000

5  Attorneys for Non-Party
   MICROSOFT CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | EPIC GAMES, INC.,                          | Case No. 4:20-cv-05640-YGR
13 |         Plaintiff, Counter-defendant,      | **NOTICE OF APPEARANCE OF JUDITH B. JENNISON**
14 |    v.
15 | APPLE INC.,
16 |         Defendant, Counterclaimant.
17
18 | IN RE APPLE IPHONE ANTITRUST LITIGATION,
19 | DONALD R. CAMERON, *et al.*,
20 |         Plaintiffs,
21 |    v.
22 | APPLE INC,
23 |         Defendant.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Judith B. Jennison of Perkins Coie LLP, who is permitted to practice in this district, hereby appears as counsel of record on behalf of Non-Party Microsoft Corporation.

Effective immediately, please add Judith B. Jennison as an attorney to be noticed on all matters at the following address:

> Judith B. Jennison, Bar No. 165929
> JJennison@perkinscoie.com
> Perkins Coie LLP
> 1201 Third Avenue, Suite 4900
> Seattle, WA 98101
> Telephone: 206-359-8000
> Facsimile: 206-359-9000

DATED: April 5, 2021

**PERKINS COIE LLP**

By: */s/ Judith B. Jennison*
    Judith B. Jennison, Bar No. 165929
    JJennison@perkinscoie.com

Attorneys for Non-Party
MICROSOFT CORPORATION

-1-