# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE  ANTONY L. RYAN  
EVAN R. CHESLER  GEORGE E. ZOBITZ  
STEPHEN L. GORDON  GEORGE A. STEPHANAKIS  
ROBERT H. BARON  DARIN P. MCATEE  
DAVID MERCADO  GARY A. BORNSTEIN  
CHRISTINE A. VARNEY  TIMOTHY G. CAMERON  
PETER T. BARBUR  KARIN A. DEMASI  
MICHAEL S. GOLDMAN  DAVID S. FINKELSTEIN  
RICHARD HALL  RACHEL G. SKAISTIS  
JULIE A. NORTH  PAUL H. ZUMBRO  
ANDREW W. NEEDHAM  ERIC W. HILFERS  
STEPHEN L. BURNS  GEORGE F. SCHOEN  
KATHERINE B. FORREST  ERIK R. TAVZEL  
KEITH R. HUMMEL  CRAIG F. ARCELLA  
DAVID J. KAPPOS  DAMIEN R. ZOUBEK  
DANIEL SLIFKIN  LAUREN ANGELILLI  
ROBERT I. TOWNSEND, III  TATIANA LAPUSHCHIK  
PHILIP J. BOECKMAN  ALYSSA K. CAPLES  
WILLIAM V. FOGG  JENNIFER S. CONWAY  
FAIZA J. SAEED  MINH VAN NGO  
RICHARD J. STARK  KEVIN J. ORSINI  
THOMAS E. DUNN  MATTHEW MORREALE  
MARK I. GREENE  JOHN D. BURETTA  
DAVID R. MARRIOTT  J. WESLEY EARNHARDT  
MICHAEL A. PASKIN  YONATAN EVEN  
ANDREW J. PITTS  BENJAMIN GRUENSTEIN  
MICHAEL T. REYNOLDS  JOSEPH D. ZAVAGLIA  

WORLDWIDE PLAZA  
825 EIGHTH AVENUE  
NEW YORK, NY 10019-7475  

TELEPHONE: +1-212-474-1000  
FACSIMILE: +1-212-474-3700  

CITYPOINT  
ONE ROPEMAKER STREET  
LONDON EC2Y 9HR  
TELEPHONE: +44-20-7453-1000  
FACSIMILE: +44-20-7860-1150  

WRITER'S DIRECT DIAL NUMBER  
+1-212-474-1138  

WRITER'S EMAIL ADDRESS  
WEarnhardt@cravath.com  

STEPHEN M. KESSING  JUSTIN C. CLARKE  
LAUREN A. MOSKOWITZ  SHARONMOYEE GOSWAMI  
DAVID J. PERKINS  C. DANIEL HAAREN  
J. LEONARD TETI, II  EVAN MEHRAN NORRIS  
D. SCOTT BENNETT  LAUREN M. ROSENBERG  
TING S. CHEN  MICHAEL L. ARNOLD  
CHRISTOPHER K. FARGO  HEATHER A. BENJAMIN  
DAVID M. STUART  MATTHEW J. BOBBY  
AARON M. GRUBER  DANIEL J. CERQUEIRA  
O. KEITH HALLAM, III  ALEXANDRA C. DENNING  
OMID H. NASAB  HELAM GEBREMARIAM  
DAMARIS HERNÁNDEZ  MATTHEW G. JONES  
JONATHAN J. KATZ  MATTHEW M. KELLY  
DAVID L. PORTILLA  DAVID H. KORN  
RORY A. LERARIS  BRITTANY L. SUKIENNIK  
KARA L. MUNGOVAN  ANDREW M. WARK  
MARGARET T. SEGALL  
NICHOLAS A. DORSEY  
ANDREW C. ELKEN  
JENNY HOCHENBERG  PARTNER EMERITUS  
VANESSA A. LAVELY  SAMUEL C. BUTLER  
G.J. LIGELIS JR.  
MICHAEL E. MARIANI  
LAUREN R. KENNEDY  
SASHA ROSENTHAL-LARREA  OF COUNSEL  
ALLISON M. WEIN  MICHAEL L. SCHLER  
MICHAEL P. ADDIS  CHRISTOPHER J. KELLY  

April 5, 2021

Epic Games, Inc. v. Apple Inc., Case No. 4:20-cv-05640-YGR-TSH
In re Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR-TSH
Cameron v. Apple Inc., Case No. 4:19-cv-03074-YGR-TSH

Dear Magistrate Judge Hixson:

Epic Games, Inc. ("Epic") respectfully submits this letter in response to the joint letter filed by Apple Inc. ("Apple") and Facebook Inc. ("Facebook") earlier today. (Dkt. No. 395.) Epic does not take a position on the substance of the discovery dispute addressed in the letter. Epic does, however, wish to correct the factual record in a limited respect.

In its portion of the letter, Apple asserts that "Epic did not . . . list in its Rule 26(a) disclosures any Facebook employee." (*Id.* at 3.) That is an incomplete statement of the record, as Epic disclosed Facebook and its employees in its amended Rule 26(a)(1) initial disclosures on January 13, 2021, more than one month before the close of fact discovery. In its amended initial disclosures, Epic identified "Facebook, Inc. . . . and the employees of the foregoing", as well as other third parties, on a company-wide basis. Apple did not object to that approach. To the contrary, when Apple amended its initial disclosures a few weeks later on February 10, 2021, it, too, identified third parties at a company level. Accordingly, any suggestion that Epic's witness disclosures were somehow deficient or untimely as to disclosure of third parties, including Facebook, would be inaccurate.

It also bears noting that Epic and Apple specifically agreed that if any un-deposed witnesses from a third party (such as Facebook) were identified as trial witnesses, such witnesses would be deposed after the discovery deadline and before trial. The agreement did not extend to document discovery after the fact discovery cutoff.

Respectfully submitted,

*/s/ J. Wes Earnhardt*
J. Wes Earnhardt

The Honorable Magistrate Judge Hixson
San Francisco Courthouse
    Courtroom G, 15th Floor
        450 Golden Gate Avenue
            San Francisco, CA 94102

Copies to:

All Counsel of Record

BY ECF