1  Douglas J. Dixon, State Bar No. 275389
   ddixon@hueston.com
2  HUESTON HENNIGAN LLP
   620 Newport Center Drive, Suite 1300
3  Newport Beach, CA 92660
   Telephone:    (949) 229-8640
4  Facsimile:    (888) 775-0898

5  Jonathan Kanter, D.C. Bar No. 473286
   (*pro hac vice* pending)
6  jonathan@kanterlawgroup.com
   Brandon Kressin, D.C. Bar. No. 1002008
7  (*pro hac vice* pending)
   brandon@kanterlawgroup.com
8  THE KANTER LAW GROUP, PLLC
   1717 K Street N.W., #900
9  Washington, D.C. 20006
   Telephone:    (202) 792-3037
10
   Attorneys for Third-Party Respondent
11 Yoga Buddhi Co.

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15 | EPIC GAMES, INC.,                          | Case No. 4:20-cv-05640-YGR |
                                                 | Case No. 4:11-cv-06714-YGR |
16 |          Plaintiff and Counter-Defendant,   | Case No. 4:19-cv-03074-YGR |

17 |     vs.                                    | **NOTICE OF APPEARANCE**   |

18 | APPLE INC.,

19 |          Defendant and Counterclaimant.

20 | IN RE APPLE iPHONE ANTITRUST
   | LITIGATION
21
   | DONALD R. CAMERON, et al.,
22
   |          Plaintiffs,
23
   |     vs.
24
   | APPLE INC.,
25
   |          Defendant.
26

27

28

---

NOTICE OF APPEARANCE

5956166

TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT I, Douglas J. Dixon, hereby appear as counsel of record for third-party respondent Yoga Buddhi Co. in the three above-captioned actions. I certify that I am admitted to practice in this Court.

DATED:  April 6, 2021.

Respectfully submitted,

HUESTON HENNIGAN LLP

*/s/ Douglas J. Dixon*
DOUGLAS J. DIXON

Attorneys for Third-Party Respondent
YOGA BUDDHI CO.