# EXHIBIT K

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

# Errata to the Expert Rebuttal Report of Michael I. Cragg, Ph.D.

*Epic Games, Inc., v. Apple, Inc.*, Case No.: 4:20-CV-05640-YGR-TSH

March 30, 2021

| Paragraph/Figure | From | To |
|---|---|---|
| ¶37 | "This analysis examines consumers' playtime and expenditures when they acquire another device, properly controlling for other potentially confounding variables." | "This analysis examines consumers' playtime when they acquire another device, properly controlling for other potentially confounding variables." |
| ¶80 | "To illustrate differences in business models and revenue streams across these three platforms, Figure 3 shows the revenue breakdown and the total revenue for the Console, Mobile and PC video game segments in the U.S. in 2020." | "To illustrate differences in business models and revenue streams across these three platforms, Figure 4 shows the revenue breakdown and the total revenue for the Console, Mobile and PC video game segments in the U.S. in 2020." |
| ¶157 | "Figure 14 shows the effective commission rate on all game transactions in the App Store.  Thus, this figure shows Apple's total revenue as a percent of game app transaction revenue from all sources in the App Store, including revenues from paid downloads, IAP, and subscriptions." | "Figure 14 shows the effective commission rate on all transactions in the App Store.  Thus, this figure shows Apple's total revenue as a percent of app transaction revenue from all sources in the App Store, including revenues from paid downloads, IAP, and subscriptions." |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| Figure 8 | Figure as it appears in March 15, 2021 rebuttal expert report. | Figure as it appears in the file "Figure 8.xlsx" produced on March 17, 2021. |

_____
Michael I. Cragg, Ph.D.
March 30, 2021