# EXHIBIT L

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5  EPIC GAMES, INC.,
 6       Plaintiff,
         Counter-defendant,
 7
            vs.                   Case No. 4:20-cv-05640
 8                                         YGR
    APPLE INC.,
 9
         Defendant,
10       Counterclaimant.
    _____
11
12  IN RE APPLE IPHONE              Case No. 4:11-cv-06714
    ANTITRUST LITIGATION                     YGR
13  _____
    (caption cont'd)
14
15
16              **HIGHLY CONFIDENTIAL**
17       ZOOM DEPOSITION OF DAVID S. EVANS, Ph.D.
18  (Reported Remotely via Video & Web Videoconference)
19    Marblehead, Massachusetts (Deponent's location)
20                Thursday, April 1, 2021
21                      Volume II
22
23
24
25

                                              Page 285
```

```
 1   DONALD R. CAMERON, et al.,
 2       Plaintiffs,
 3          vs.                        Case No. 4:19-cv-03074
                                                  YGR
 4   APPLE INC.,
 5       Defendant.
     _____
 6
 7
 8
 9
10              **HIGHLY CONFIDENTIAL**
11      ZOOM DEPOSITION OF DAVID S. EVANS, Ph.D.
12   (Reported Remotely via Video & Web Videoconference)
13     Marblehead, Massachusetts (Deponent's location)
14               Thursday, April 1, 2021
15                      Volume II
16
17
18
19
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 4522262
25   PAGES 285 - 557
```

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5  EPIC GAMES, INC.,
 6       Plaintiff,
         Counter-defendant,
 7
             vs.                Case No. 4:20-cv-05640
 8                                       YGR
    APPLE INC.,
 9
         Defendant,
10       Counterclaimant.
    _____
11
12  IN RE APPLE IPHONE             Case No. 4:11-cv-06714
    ANTITRUST LITIGATION                    YGR
13  _____
14
15
16
17
18
19
20
21
22
23
24
25  (caption cont'd)
```

Page 287

```
1   DONALD R. CAMERON, et al.,
2       Plaintiffs,
3           vs.                        Case No. 4:19-cv-03074
                                                 YGR
4   APPLE INC.,
5       Defendant.
    _____
6
7
8
9
10          ZOOM DEPOSITION OF DAVID S. EVANS, Ph.D.,
11  taken on behalf of the Defendant/Counterclaimant,
12  with the deponent located in Marblehead,
13  Massachusetts, commencing at 9:07 a.m., Thursday,
14  April 1, 2021, remotely reported via video & web
15  videoconference before REBECCA L. ROMANO, a
16  Registered Professional Reporter, Certified
17  Shorthand Reporter, Certified Court Reporter.
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL
 2   (All parties appearing via web videoconference)
 3
 4   For the Plaintiff/Counter-Defendant - Epic Games,
 5   Inc.:
 6        CRAVATH, SWAINE & MOORE LLP
 7        BY:  PETER T. BARBUR
 8        BY:  MICHAEL C. GRANT
 9        BY:  JILL E. GREENFIELD
10        BY:  DANIEL L. OTTAUNICK
11        Attorneys at Law
12        825 Eighth Avenue
13        New York, New York 10019
14        (212) 474-1000
15        pbarbur@cravath.com
16        mgrant@cravath.com
17        jgreenfield@cravath.com
18        dottaunick@cravath.com
19
20
21
22
23
24
25   /////
```

Page 289

```
 1           APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via web videoconference)
 3
 4   For the Interim Class Counsel for the Developer
 5   Plaintiffs:
 6        HAGENS BERMAN SOBOL SHAPIRO LLP
 7        BY:  BEN HARRINGTON
 8        Attorney at Law
 9        715 Hearst Avenue
10        Suite 202
11        Berkeley, California 94710
12        (510) 725-3000
13        benh@hbsslaw.com
14
15   For the Defendant/Counterclaimant - Apple Inc.:
16        GIBSON, DUNN & CRUTCHER LLP
17        BY:  DANIEL G. SWANSON
18        BY:  JASON LO
19        Attorney at Law
20        333 South Grand Avenue
21        Los Angeles, California 90071-3197
22        (213) 229-7430
23        dswanson@gibsondunn.com
24        jo@gibsondunn.com
25   /////
```

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via web videoconference)
 3
 4    For the Defendant/Counterclaimant - Apple Inc.:
 5         GIBSON, DUNN & CRUTCHER LLP
 6         BY:  JULIAN WOLFE KLEINBRODT
 7         BY:  WARREN LEOGERING
 8         Attorneys at Law
 9         555 Mission Street
10         Suite 3000
11         San Francisco, California 94105-0921
12         (415) 393-8382
13         jkleinbrodt@gibsondunn.com
14         wloegering@gibsondunn.com
15              -  and  -
16         BY:  HARRY R. S. PHILLIPS
17         Attorney at Law
18         1050 Connecticut Avenue, N.W.
19         Washington, DC 20036-5306
20         (202) 887-3706
21         hphillips2@gibsondunn.com
22
23
24
25    /////
```

HIGHLY CONFIDENTIAL

```
 1          APPEARANCES OF COUNSEL(cont'd)
 2   (All parties appearing via web videoconference)
 3
 4   For the Defendant/Counterclaimant - Apple Inc.:
 5        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
 6        BY:  WILLIAM A. ISAACSON
 7        Attorney at Law
 8        2001 K Street, NW
 9        Washington, DC 20006-1047
10        (202) 223-7308
11        wisaacson@paulweiss.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25   /////
```

Page 292

```
 1
 2              APPEARANCES OF COUNSEL(cont'd)
 3    (All parties appearing via web videoconference)
 4
 5   ALSO PRESENT:
 6          Deborah Alvino, Videographer
 7          Howard H. Chang, Global Economics Group
 8          Nicholas Giancarlo, Global Economics Group
 9          Daniel Grbich, Concierge Technician
10          Vandy M. Howell, Cornerstone Research
11          Steven Joyce, Global Economics Group
12          Noreen Krall, Vice President, Chief Compliance
13   Officer
14          Scott B. Murray, Director, Commercial
15   Litigation at Apple
16          Jim Ratliff, Compass Lexecon
17          R. Craig Romaine, Charles River Associates
18          Samuel Weglein, Analysis Group
19          Kristof Zetenyi, Analysis Group
20
21
22
23
24
25   /////
```

```
                       I N D E X

DEPONENT                                        EXAMINATION

DR. DAVID S. EVANS                                    PAGE
VOLUME II


                    BY MR. SWANSON                     296



                      E X H I B I T S

NUMBER                                                 PAGE
              DESCRIPTION

Exhibit 608   Apple Inc. Line of Business              407
              Report-iPhone, Bates
              APL_APPSTORE_08856866.xlsx;

Exhibit 609   Errata to Evans Opening                  530
              Report and Rebuttal Report
              March 27, 2021.
```

/////

| | | |
|---|---|---|
| 1 | legal video specialist and notary.  The | 09:08:10 |
| 2 | court reporter is Rebecca Romano, with | |
| 3 | Veritext Legal Solutions. | |
| 4 | I am not related to any party in this | |
| 5 | action, nor am I financially interested in the | 09:08:20 |
| 6 | outcome. | |
| 7 | The witness was previously sworn.  We may | |
| 8 | proceed. | |
| 9 | | |
| 10 | DAVID S. EVANS, Ph.D., | 09:08:27 |
| 11 | having been previously administered an oath, was | |
| 12 | examined and testified as follows: | |
| 13 | | |
| 14 | EXAMINATION(resumed) | |
| 15 | BY MR. SWANSON: | 09:08:27 |
| 16 | Q.   Good morning, Dr. Evans. | |
| 17 | A.   Good morning, Mr. Swanson. | |
| 18 | Q.   As the court reporter [sic] just noted, | |
| 19 | you are still under oath. | |
| 20 | You understand that? | 09:08:38 |
| 21 | A.   I do. | |
| 22 | Q.   All right.  I would like you to turn, if | |
| 23 | you would, to paragraph 327 of your rebuttal | |
| 24 | report, which is Exhibit 607. | |
| 25 | A.   Paragraph 327 on page 147; is that | 09:09:11 |

Page 296

| | | |
|---|---|---|
| 1 | interpretation and all sorts of things, but I | 05:14:29 |
| 2 | haven't seen any indication that his results or my | |
| 3 | results are -- are affected by -- by these -- these | |
| 4 | data-related issues. | |
| 5 |     Q.   Are you aware -- | 05:14:46 |
| 6 |     A.   I -- I don't -- I don't want to suggest | |
| 7 | that there -- that the data are perfect because | |
| 8 | they're -- they're not.  There -- there are some | |
| 9 | discrepancies here and there, but -- I mean, that's | |
| 10 | also not -- that's also not a surprising thing | 05:14:58 |
| 11 | with -- with -- with these kind of data. | |
| 12 |     Q.   Are -- are you aware that Epic twice | |
| 13 | reproduced the backup for certain analysis in your | |
| 14 | rebuttal -- rebuttal report? | |
| 15 |     A.   I don't recall. | 05:15:16 |
| 16 |     Q.   You have no understanding of why that was | |
| 17 | done? | |
| 18 |     A.   Not as I sit here today.  I'm sure at | |
| 19 | some point I did, but I -- I don't now. | |
| 20 |     Q.   You don't recall that certain errors in | 05:15:28 |
| 21 | the code for regression analyses that you undertook | |
| 22 | in your rebuttal report needed to be corrected | |
| 23 | leading to a need to reproduce? | |
| 24 |     A.   Yeah.  I don't know if there are any | |
| 25 | errors as opposed to incomplete explanations or | 05:15:48 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | ambiguity in explanation, but I -- I believe | 05:15:51 |
| 2 | that my team and Apple's teams have -- have sorted | |
| 3 | these things out.  And if they haven't, you know, | |
| 4 | we're -- as is typical in these kind of cases, you | |
| 5 | know, we're -- we're available to -- to help the | 05:16:04 |
| 6 | consulting economist on the other side understand | |
| 7 | things and -- and, you know, make sure they | |
| 8 | understand what we've -- what we've done.  So if | |
| 9 | there's any incompleteness there, the normal | |
| 10 | process is to try to -- to work that out.  That's | 05:16:19 |
| 11 | what typically happens in -- in these kind of | |
| 12 | cases. | |
| 13 |         Q.   And -- and typically, you don't tell the | |
| 14 | other side about errors a day before the reports | |
| 15 | are due? | 05:16:29 |
| 16 |         A.   Well, if you -- if you -- if you find | |
| 17 | errors the day the report is due, you do.  And -- | |
| 18 | and typically, we -- we don't work on matters of | |
| 19 | this magnitude with such a short space of time | |
| 20 | between things being -- being done. | 05:16:53 |
| 21 |              So -- so I think as we all know in this | |
| 22 | case, this is a -- this is a -- this is a different | |
| 23 | antitrust case than many of us have been involved | |
| 24 | in, in terms of the schedule. | |
| 25 |         Q.   Dr. -- Dr. Evans, is the iOS app | 05:17:12 |

Page 541

```
 1        I, Rebecca L. Romano, a Registered
 2   Professional Reporter, Certified Shorthand
 3   Reporter, Certified Court Reporter, do hereby
 4   certify:
 5        That the foregoing proceedings were taken
 6   before me remotely at the time and place herein set
 7   forth; that any deponents in the foregoing
 8   proceedings, prior to testifying, were administered
 9   an oath; that a record of the proceedings was made
10   by me using machine shorthand which was thereafter
11   transcribed under my direction; that the foregoing
12   transcript is true record of the testimony given.
13        Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [ ] was [X] was not requested.
17        I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or any party to this action.
20        IN WITNESS WHEREOF, I have this date
21   subscribed my name.
           Dated:  April 2, 2021
22
23
24                    _____
                      Rebecca L. Romano, RPR, CCR
25                           CSR. No 12546
```

Page 557