PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Epic Games, Inc. ("Epic") moves the Court to file under seal certain portions of its Proposed Findings of Fact and Conclusions of Law. A public version of Epic's Proposed Findings of Fact and Conclusions of Law that redacts such portions is being filed publicly herewith.

Pursuant to Civil Local Rule 79-5(e), Epic respectfully moves the Court to seal specific portions that have been redacted from the public version of its Proposed Findings of Fact and Conclusions of Law. These portions, which are highlighted in the under seal version of the document, quote or reproduce discovery materials that Apple or third parties have designated as HIGHLY CONFIDENTIAL or CONFIDENTIAL pursuant to the Protective Order entered by the Court, see Dkt. No. 274. The affected parties and the corresponding numbered Finding of Fact or Conclusion of Law are identified in the Declaration of M. Brent Byars submitted herewith. As required by Civil Local Rule 79-5(e), Epic is serving Apple and such third parties with this Motion and its Declaration so that each may submit the required declaration establishing that the designated material is sealable.

Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party "establishes that the documents, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law". Civ. L.R. 79-5(b). "A strong presumption of access to judicial records applies fully to dispositive pleadings" and "'compelling reasons' must be shown to seal judicial records attached to a dispositive motion". *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citations omitted). Because "[f]indings of fact and conclusions of law may support a dispositive order", compelling reasons are required here. *Washington v. Franciscan Health Sys.*, No. C17-5690, 2019 WL 3494382, at *2 (W.D. Wash. Mar. 12, 2019).

Based on the foregoing, Epic respectfully requests that the Court grant this Motion.

| | |
|---|---|
| Dated: April 7, 2021 | CRAVATH, SWAINE & MOORE LLP |
| | Christine Varney<br>Katherine B. Forrest<br>Gary A. Bornstein<br>Yonatan Even<br>Lauren A. Moskowitz<br>M. Brent Byars |
| | Respectfully submitted, |
| | By:  */s/ M. Brent Byars*<br>      M. Brent Byars |
| | *Attorneys for Plaintiff Epic Games, Inc.* |