UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Administrative Motion to Partially Seal Its Proposed Findings of Fact and Conclusions of Law(the "Administrative Motion"). In support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Ethan D. Dettmer.

Having considered the Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Defendant's Administrative Motion is **GRANTED.** Accordingly,

(1) The unredacted versions of the documents sought to be sealed by the Administrative Motion shall remain under seal;

(2) The public shall only have access to the versions of the documents sought to be sealed by the Administrative Motion in which portions of the following pages have been redacted:

| Paragraph of Proposed Findings of Fact | Reason for Redaction | Grant or Deny |
|---|---|---|
| 74.6 | Contains confidential information that could be used to evade the App Review process | |
| 79 | Contains confidential information that could be used to evade Apple's security protocols | |
| 81 | Contains confidential information that could be used to evade Apple's security protocols | |
| 83 | Contains information that could be used to evade Apple's security protocols | |
| 120 | Contains confidential information that could be used to evade the App Review process | |
| 122 | Contains confidential information that could be used to evade the App Review process | |
| 123 | Contains confidential information that could be used to evade the App Review process | |
| 125 | Contains confidential information that could be used to evade the App Review process | |
| 128 | Contains confidential information that could be used to evade the App Review process | |
| 139 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 215 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 224.6 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 225 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 343 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Paragraph of Proposed Findings of Fact | Reason for Redaction | Grant or Deny |
|---|---|---|
| 498 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 499 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 577 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 669 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |
| 706 | Contains confidential information that could be used to evade Apple's security protocols | |
| **Paragraph of Conclusions of Law** | **Reason for Redaction** | |
| 295 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW