1

2

3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

4

5

6

7

8

9

10

EPIC GAMES, INC.,

     *Plaintiff*, *Counter-defendant*,

     v.

APPLE INC.,

     *Defendant*, *Counterclaimant.*

Case No. 4:20-cv-05640-YGR-TSH

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

Judge: Hon. Yvonne Gonzalez Rogers

11

12

13

14

    Epic Games, Inc.'s Administrative Motion to Seal Portions of its Proposed Findings of Fact and Conclusions of Law, filed on April 7, 2021, is granted.  The following portions will be partially sealed:

15

16

17

| Finding of Fact Paragraph Number | Affected Party | Grant or Deny |
|---|---|---|
| 7 | Apple | |
| 10 | Apple | |
| 15 | Apple | |
| 30 | Apple, Spotify | |
| 35 | Apple | |
| 39 | Apple | |
| 40 | Apple | |
| 42 | Apple | |
| 46 | Apple | |
| 47 | Apple | |

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 57 | Apple | |
| 59 | Apple | |
| 63.k | Apple | |
| 70.b | Match Group | |
| 78 | Match Group | |
| 81 | Apple, Match Group | |
| 85.a | Apple | |
| 102 | Apple | |
| 114 | Apple | |
| 121 | Apple, Amazon | |
| 123 | Apple | |
| 124 | Apple | |
| 142 | Apple | |
| 147 | Match Group | |
| 157 | Match Group | |
| 160 | Apple | |
| 161 | Apple | |
| 166 | Apple | |
| 174 | Apple | |
| 176 | Apple | |
| 192 | Apple | |
| 195 | NVIDIA | |
| 196 | Match Group | |
| 206 | NVIDIA, Microsoft, Google | |

| | | |
|---|---|---|
| 207 | NVIDIA | |
| 210 | Apple | |
| 231 | Apple | |
| 232 | Apple | |
| 233 | Apple | |
| 234 | Apple | |
| 235 | Apple | |
| 236 | Apple | |
| 237 | Apple | |
| 239 | Apple | |
| 244 | Apple | |
| 245 | Match Group | |
| 248(c) | Apple | |
| 250 | Microsoft, Facebook, Nvidia, Google | |
| 259(c) | Amazon | |
| 261(f) | Match Group | |
| 262(a); (b); (d) | Match Group | |
| 265(d) | Apple | |
| 274 | Apple | |
| 284 | Match Group | |
| 285; 285(d) | Match Group | |
| 285(g) | Apple | |
| 287(c) | Uber, Apple | |
| 289(c) | Match Group | |

| | | |
|---|---|---|
| 297(a) | Apple | |
| 303 | Apple | |
| 305(b); 305(c) | Apple, Netflix | |
| 309 | Apple | |
| 313 | Apple, Uber | |
| 328 | Match Group | |
| 329 | Match Group | |
| 332(b) | Apple, GoshenWells | |
| 472(a) | Apple | |
| 484(b) | Apple | |
| 493(b) | Apple | |
| 495(a) | Apple | |
| 495(b) | Apple | |
| 503 | Apple | |
| 505(b) | Apple | |
| 505(c) | Apple | |
| 505(d) | Apple | |
| 510 | Apple | |
| 512 | Apple | |
| 512(a) | Apple | |
| 513 | Apple | |
| 515 | Apple | |
| 516 | Apple | |
| 517 | Apple | |

| | | |
|---|---|---|
| 520(a) | Apple | |
| 520(b) | Apple | |
| 521(d) | Apple | |
| 522 | Apple | |
| 525(c) | Apple | |
| 526 | Apple, SourceDNA | |
| 527 | Apple | |
| 530(f) | Apple | |
| 530(i) | Apple | |
| 536(a) | Apple | |
| 536(b) | Apple | |
| 537 | Apple | |
| 537(e) | Match | |
| 537(f) | Match | |
| 537(g) | Match | |
| 540(c) | Apple | |
| 542(a) | Apple | |
| 544(a) | Apple | |
| 547 | Apple | |
| 549 | Apple | |
| 550(e) | Apple | |
| 550(g) | Apple | |
| 550(i) | Apple | |
| 550(j) | Apple | |

| 551(a) | Apple | |
|--------|-------|---|
| 551(b) | Apple | |
| 551(c) | Apple | |
| 552 | Apple | |
| 552(a) | Apple | |
| 552(b) | Apple | |
| 552(c) | Apple | |
| 552(d) | Apple | |
| 552(e) | Apple | |
| 552(f) | Apple | |
| 553 | Apple | |
| 560(b) | Apple, Roblox | |
| 560(f) | Apple, Roblox | |
| 564(a) | Apple, Amazon | |
| 564(b) | Apple, Amazon | |
| 564(c) | Apple, Amazon | |
| 571 | Apple, Amazon, Uber | |

| Conclusion of Law Paragraph Number | Affected Party | Grant or Deny |
|------------------------------------|----------------|---------------|
| 18 | Apple | |
| 19 | Apple | |
| 42 | Match Group | |
| 59 | Apple, App Annie | |

| | | |
|---|---|---|
| 70 | Apple | |
| 71 | Apple | |
| 72 | Apple | |
| 73 | Apple | |
| 91 | Apple | |
| 101 | Apple | |
| 102 | Apple | |
| 104 | Apple | |
| 107 | Apple | |
| 108 | Apple | |
| 149 | Apple | |
| 259 | Apple, App Annie | |
| 274 | Apple, Microsoft | |
| 295 | Apple | |
| 302 | Apple | |
| 310 | Apple | |
| 311 | Apple | |
| 358 | Apple | |
| 365 | Match Group | |
| 381 | Apple | |

**IT IS SO ORDERED.**


DATED: _____

                                    _____
                                    HON. YVONNE GONZALEZ ROGERS
                                    UNITED STATES DISTRICT JUDGE