KAREN HOFFMAN LENT (admitted *pro hac vice*)
EVAN R. KREINER (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
Email: karen.lent@skadden.com
Email: evan.kreiner@skadden.com

Michelle Lowery (302882)
mslowery@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*ATTORNEYS FOR DEFENDANT APPLE, INC.*

# UNITED STATES DISTRICT COURT

## IN THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>*Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant, Counterclaimant.* | **Case No. 4:20-cv-05640-YGR-TSH**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED BRIEFING SCHEDULE AND HEARING REGARDING APPLE'S MOTION FOR PRE-TRIAL SANCTIONS**<br><br>**Hon. Yvonne Gonzalez Rogers** |

Joint Stipulation And [Proposed] Order For Expedited
Briefing Schedule and Hearing Regarding Apple's Motion for Pre-Trial Sanctions

4:20-cv-05640-YGR-TSH

**JOINT STIPULATION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING REGARDING APPLE'S MOTION FOR PRE-TRIAL SANCTIONS**

Pursuant to Local Rule 6.1(b), Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple") (collectively, the "parties") jointly submit this stipulation to expedite the briefing schedule regarding Apple's Motion for Pre-Trial Sanctions Against Epic.

The parties hereby agree to the following expedited briefing schedule regarding Apple's Motion for Pre-Trial Sanctions:

1. Apple will submit its motion and memorandum of authority by Friday, April 9, 2021, at 3:00 PM PST.
2. Epic will respond in opposition to Apple's motion by Monday April 12, at 3:00 PM PST.

Due to the rapidly approaching trial date of May 3, 2021 and the unavailability of a third-party witness Epic intends to call at trial for a deposition on any date other than April 16, 2021, the parties respectfully request this Court conduct a hearing on this motion on Tuesday, April 13, at 2:00 p.m. or as soon thereafter as this matter may be heard.

**IT IS SO STIPULATED**

Dated: April 9, 2021                Respectfully submitted,

/s/Karen Hoffman Lent

Karen Hoffman Lent (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: karen.lent@skadden.com
Email: evan.kreiner@skadden.com

2

Joint Stipulation And [Proposed] Order For Expedited
Briefing Schedule and Hearing Regarding Apple's Motion for Pre-Trial Sanctions                    4:20-cv-05640-YGR-TSH

Michelle Lowery (302882)
mslowery@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*Attorneys for Defendant*
*Apple, Inc.*

DATED: April 9, 2021            Respectfully Submitted,

/s/J. Wesley Earnhardt

J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff Epic Games, Inc.*

1
2
3
4
5
6    **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on Apple's
7    motion will be held on April __, at 2021 at _____ a.m./p.m.
8
9    DATED: _____
                                            _____
10                                          THE HONORABLE YVONNE GONZALEZ ROGERS
                                            United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Joint Stipulation And [Proposed] Order For Expedited                    4:20-cv-05640-YGR-TSH
Briefing Schedule and Hearing Regarding Apple's Motion for Pre-Trial Sanctions

**DECLARATION REGARDING CONCURRENCE**

I, Karen Hoffman Lent, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION BETWEEN APPLE INC. AND EPIC GAMES, INC. AND [PROPOSED] ORDER FOR EXPEDITED BRIEFING SCHEDULE AND HEARING REGARDING APPLE'S PRE-TRIAL SANCTIONS MOTION**.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all of the signatories above have concurred in this filing.

DATED: April 9, 2021                              /s/Karen Hoffman Lent

5

Joint Stipulation And [Proposed] Order For Expedited
Briefing Schedule and Hearing Regarding Apple's Motion for Pre-Trial Sanctions

4:20-cv-05640-YGR-TSH