KAREN HOFFMAN LENT (admitted *pro hac vice*)
EVAN R. KREINER (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
Email: karen.lent@skadden.com
Email: evan.kreiner@skadden.com


Michelle Lowery (302882)
mslowery@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*ATTORNEYS FOR DEFENDANT
APPLE, INC.*

# UNITED STATES DISTRICT COURT

## IN THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br> **ORDER GRANTING JOINT STIPULATION** ~~AND [PROPOSED] ORDER~~ **FOR EXPEDITED BRIEFING SCHEDULE AND HEARING REGARDING APPLE'S MOTION FOR PRE-TRIAL SANCTIONS** <br><br> **\*As Modified by the Court\*** <br><br> **Hon. Yvonne Gonzalez Rogers** |

**JOINT STIPULATION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING REGARDING APPLE'S MOTION FOR PRE-TRIAL SANCTIONS**

Pursuant to Local Rule 6.1(b), Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple") (collectively, the "parties") jointly submit this stipulation to expedite the briefing schedule regarding Apple's Motion for Pre-Trial Sanctions Against Epic.

The parties hereby agree to the following expedited briefing schedule regarding Apple's Motion for Pre-Trial Sanctions:

1. Apple will submit its motion and memorandum of authority by Friday, April 9, 2021, at 3:00 PM PST.
2. Epic will respond in opposition to Apple's motion by Monday April 12, at 3:00 PM PST.

Due to the rapidly approaching trial date of May 3, 2021 and the unavailability of a third-party witness Epic intends to call at trial for a deposition on any date other than April 16, 2021, the parties respectfully request this Court conduct a hearing on this motion on Tuesday, April 13, at 2:00 p.m. or as soon thereafter as this matter may be heard.

**IT IS SO STIPULATED**

Dated: April 9, 2021                    Respectfully submitted,

/s/Karen Hoffman Lent

Karen Hoffman Lent (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: karen.lent@skadden.com
Email: evan.kreiner@skadden.com

Joint Stipulation And [Proposed] Order For Expedited                    4:20-cv-05640-YGR-TSH
Briefing Schedule and Hearing Regarding Apple's Motion for Pre-Trial Sanctions

Michelle Lowery (302882)
mslowery@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*Attorneys for Defendant*
*Apple, Inc.*

DATED: April 9, 2021          Respectfully Submitted,

/s/J. Wesley Earnhardt

J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff Epic Games, Inc.*

3

Joint Stipulation And [Proposed] Order For Expedited                    4:20-cv-05640-YGR-TSH
Briefing Schedule and Hearing Regarding Apple's Motion for Pre-Trial Sanctions

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** ~~The hearing on Apple's motion will be held on April __, at 2021 at _____ a.m./p.m.~~ However, once the Court reads the briefing, a hearing will be set if necessary.

DATED: April 9, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

4

Joint Stipulation And [Proposed] Order For Expedited   4:20-cv-05640-YGR-TSH
Briefing Schedule and Hearing Regarding Apple's Motion for Pre-Trial Sanctions