UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| *Plaintiff, Counter-defendant,* | **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR PRE-TRIAL SANCTIONS** |
| v. | |
| APPLE INC., | Date: April 13, 2021 at 2:00 pm |
| *Defendant, Counterclaimant.* | Courtroom: 1, 4th Floor |
| | Judge: Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR PRE-TRIAL SANCTIONS**

This matter is before the Court on Defendant Apple, Inc's ("Apple") Motion for Pre-Trial Sanctions against Plaintiff Epic Games, Inc. ("Epic"). The Court, having considered all of the papers submitted by the parties and the relevant authorities, hereby **GRANTS** Apple's motion. Epic's Rule 26 disclosures were deficient, and Epic's deficient disclosures were neither substantially justified nor harmless under Rule 37. Accordingly, the Court grants Apple's Motion for Pre-Trial Sanctions against Epic.

**IT IS THEREFORE ORDERED** that Vivek Sharma, Lori Wright, and Benjamin Simon shall be precluded from testifying at trial unless they produce documents necessary for a fair cross-examination at least four business days prior to their respective depositions, which must occur no later than April 28, 2021.

IT IS SO ORDERED

Dated: _____, 2021 at ____

                                                  Hon. Yvonne Gonzalez Rodgers
                                                  United States District Judge