Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc.

        Plaintiff(s),

v.

Apple Inc.

        Defendant(s).

Case No: 20-CV-05640 YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER
(CIVIL LOCAL RULE 11-3)

I, Brandon Kressin, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Yoga Buddhi Co. in the above-entitled action. My local co-counsel in this case is Douglas J. Dixon of Hueston Hennigar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1717 K Street, N.W., #900<br>Washington, D.C. 20006 | 620 Newport Center Dr., #1300<br>Newport Beach, CA 92660 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| 202-455-4244 | (949) 226-6741 |
| My email address of record: | Local co-counsel's email address of record: |
| brandon@kanterlawgroup.com | ddixon@hueston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1002008.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/5/2021

                                            Brandon Kressin  */s/ Brandon Kressin*
                                                    APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brandon Kressin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/9/2021

                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
                              YVONNE GONZALEZ ROGERS