PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| EPIC GAMES, INC.,<br><br>                    Plaintiff, Counter-defendant,<br><br>          v.<br><br>APPLE INC.,<br><br>                    Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial:  May 3, 2021 |

I declare that I am a Senior Attorney with the law firm of Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York.  I am Counsel of Record for Epic Games, Inc.

I declare that on April 9, 2021, I caused to be served via electronic transmission Epic's Motion to Seal Portions of its Proposed Findings of Fact and Conclusions of Law and the Declaration of M. Brent Byars (ECF Nos. 404, 409) to the parties listed below.  I declare that on April 9, 2021, I also caused to be served via electronic transmission Apple Inc.'s Administrative Motion to Partially Seal its Proposed Findings of Fact and Conclusions of Law and the Declaration of R. Brass In Support of Motion to Partially Seal (ECF No. 408) to the parties listed below other than Apple.

| Apple Findings of Fact Paragraph Number | Affected Party |
|---|---|
| 267.1 | Ubisoft |
| 503.4 | Amazon |
| 503.5 | Walmart |

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case.  I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.


DATED:  April 9, 2021

*/s/ M. Brent Byars*
M. Brent Byars