| | |
|---|---|
| 1 | Douglas J. Dixon, State Bar No. 275389 |
| | ddixon@hueston.com |
| 2 | HUESTON HENNIGAN LLP |
| | 620 Newport Center Drive, Suite 1300 |
| 3 | Newport Beach, CA 92660 |
| | Telephone:    (949) 229-8640 |
| 4 | Facsimile:     (888) 775-0898 |
| 5 | Attorneys for Third-Party Respondent |
| | Match Group, Inc.. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| Plaintiff and Counter-Defendant, | Case No. 4:11-cv-06714-YGR |
| | Case No. 4:19-cv-03074-YGR |
| vs. | **NOTICE OF APPEARANCE** |
| APPLE INC., | |
| Defendant and Counterclaimant. | |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al., | |
| Plaintiffs, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |

NOTICE OF APPEARANCE

5959873

- 2 -

1  TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES
2  AND THEIR COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE THAT I, Douglas J. Dixon, hereby appear as counsel of record
4  for third-party respondent Match Group, Inc. in the three above-captioned actions.  I certify that I
5  am admitted to practice in this Court.

DATED:  April 12, 2021.

Respectfully submitted,

HUESTON HENNIGAN LLP

 /s/ Douglas J. Dixon
DOUGLAS J. DIXON

Attorneys for Third-Party Respondent
MATCH GROUP, INC.