# EXHIBIT D

# Justin Kim

| | |
|---|---|
| **From:** | John Karin |
| **Sent:** | Friday, March 12, 2021 11:31 PM |
| **To:** | *** GDC EpicLitTeam; tboutrous@gibsondunn.com; rdoren@gibsondunn.com; dswanson@gibsondunn.com; jsrinivasan@gibsondunn.com; crichman@gibsondunn.com; hphillips2@gibsondunn.com; mperry@gibsondunn.com; vlewis@gibsondunn.com; elazarus@gibsondunn.com; edettmer@gibsondunn.com |
| **Cc:** | Epic Mobile Apps |
| **Subject:** | Apple App Cases -- Epic's Tentative Initial Witness List |
| **Attachments:** | Epic Games - Tentative Initial Witness List.pdf; Epic Games - Tentative Initial Witness List.docx |

Apple Counsel,

Please find attached Epic's tentative initial witness list in PDF and Word formats.

Best,

John I. Karin
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1122 (direct)
(212) 474-3700 (fax)