# EXHIBIT E

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **EPIC GAMES INC.'S TENTATIVE INITIAL WITNESS LIST** |
| v. | The Honorable Yvonne Gonzalez Rogers |
| APPLE INC., | Trial:  May 3, 2021 |
| Defendant, Counterclaimant. | |

Pursuant to Pretrial Order No. 1 (ECF No. 371) and the Court's Standing Order re:  Pretrial Instructions in Civil Cases, Plaintiff and Counter-Defendant Epic Games, Inc. ("Epic") serves its tentative, initial list of trial witnesses, other than for impeachment or rebuttal, reserving its rights to supplement or amend its list for good cause or in response to Apple Inc.'s ("Apple") witness list and other pre-trial disclosures.  Epic also reserves the right to substitute deposition designations for live testimony, and vice versa, including based on the availability or non-availability of any witness to appear at trial.  Pursuant to Pretrial Order No. 1, Apple shall serve on or before March 16, 2021, together with its tentative witness list, an annotated version of Epic's initial tentative list showing Apple's estimated time of cross-examination and whether any listed witnesses under its control will be testifying in person or will be requesting leave to testify remotely.

DATE:  March 12, 2021

**CRAVATH, SWAINE & MOORE LLP**

*/s/   Katherine B. Forrest*
Katherine B. Forrest

**FAEGRE DRINKER BIDDLE & REATH LLP**
PAUL J. RIEHLE (SBN 115199)
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
paul.riehle@faegredrinker.com

**CRAVATH, SWAINE & MOORE LLP**
CHRISTINE A. VARNEY (*pro hac vice*)
KATHERINE B. FORREST (*pro hac vice*)
GARY A. BORNSTEIN (*pro hac vice*)
YONATAN EVEN (*pro hac vice*)
LAUREN A. MOSKOWITZ (*pro hac vice*)
M. BRENT BYARS (*pro hac vice*)
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
cvarney@cravath.com
kforrest@cravath.com
gbornstein@cravath.com
yeven@cravath.com
lmoskowitz@cravath.com
mbyars@cravath.com

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**Fact Witnesses**

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| | | Epic Witnesses | | | |
| Andrew Grant, Engineering Fellow* | Epic's membership in the Apple Developer Program; engineering and development of Epic's products for various platforms; Epic Direct Payment on iOS | 1 hour | | | Live, in person |
| Thomas Ko, Senior Director, Head of Online Business Strategy and Operations | Epic's payment processing services; Apple's payment processing services; Epic Direct Payment on iOS | 30 minutes | | | Live, in person |
| | | (* Primary witness and not included as precautionary) | | | |

EPIC GAMES, INC.'S TENTATIVE INITIAL WITNESS LIST
Case No. 4:20-cv-05640-YGR-TSH

| **Witness** | **Epic's Brief Statement of Substance of Testimony** | **Estimated Length of Direct Examination** | **Estimated Length of Cross-Examination** | **Estimated Length of Re-Direct Examination** | **Appearance** |
|---|---|---|---|---|---|
| Tim Sweeney, Founder and Chief Executive Officer* | Epic's history and business; Epic's business discussions with Apple and Google; Epic Direct Payment on iOS; App Store policies and practices; Epic's marketing and promotional activities; Epic's efforts to compete in app distribution and in-app payment processing | 4 hours | | | Live, in person |
| Matthew Weissinger, Vice President, Marketing* | Epic's marketing and promotional activities; marketing and promotional support services offered by video game consoles and mobile operating system providers, including Apple | 1 hour | | | Live, in person |
| Document custodian | Admission of business records and other documents in Epic's possession, as necessary | 20 minutes | | | Live, in person or may request leave to appear remotely. |

| **Witness** | **Epic's Brief Statement of Substance of Testimony** | **Estimated Length of Direct Examination** | **Estimated Length of Cross-Examination** | **Estimated Length of Re-Direct Examination** | **Appearance** |
|---|---|---|---|---|---|
| Apple Witnesses | | | | | |
| Matt Fischer, Vice President, App Store | App Store business strategy; App Store financial performance; App Store policies and practices; Apple's market power over iOS developers; and/or the subjects of designated testimony | 2 hours | | | Live or by Deposition Designation |
| Trystan Kosmynka, Senior Director, App Review | App Store review policies and practices; iOS and macOS engineering, security and privacy issues; and/or the subjects of designated testimony | 1 hour | | | Live or by Deposition Designation |
| Document custodian | Admission of business records and other documents in Apple's possession, as necessary | 20 minutes | | | Live |

| **Witness** | **Epic's Brief Statement of Substance of Testimony** | **Estimated Length of Direct Examination** | **Estimated Length of Cross-Examination** | **Estimated Length of Re-Direct Examination** | **Appearance** |
|---|---|---|---|---|---|
| Eddy Cue, Senior Vice President, Internet Software and Services | The subjects of designated testimony, which include:  lack of competition among mobile devices and mobile operating system software; App Store business strategy; App Store financial performance; current and historical App Store policies and practices; Apple's prior antitrust violations | Deposition Designation | | | Deposition Designation |
| Craig Federighi, Senior Vice President, Software Engineering | The subjects of designated testimony, which include:  iOS and macOS engineering, security, privacy and competition issues; App Store policies and practices | Deposition Designation | | | Deposition Designation |
| Scott Forstall, Senior Vice President, iOS Software (former) | The subjects of designated testimony, which include:  iOS and macOS engineering, security, privacy and competition issues; historical App Store policies and practices; Apple's in-app purchasing function | Deposition Designation | | | Deposition Designation |

| **Witness** | **Epic's Brief Statement of Substance of Testimony** | **Estimated Length of Direct Examination** | **Estimated Length of Cross-Examination** | **Estimated Length of Re-Direct Examination** | **Appearance** |
|---|---|---|---|---|---|
| Eric Friedman, Head of Fraud Engineering, Algorithms, and Risk | The subjects of designated testimony, which include: App Store review process; fraud and other abuse in Apple's ecosystem | Deposition Designation | | | Deposition Designation |
| Eric Gray, Director, Commerce & Payments | The subjects of designated testimony, which include: inefficiencies and lack of integration of Apple's payment processing services; app pricing and inelasticity of demand; fraud and other abuse in Apple's ecosystem | Deposition Designation | | | Deposition Designation |
| C.K. Haun, Senior Director, Developer Technical Services | The subjects of designated testimony, which include: App Store review policies and practices; iOS and macOS engineering, security and privacy issues | Deposition Designation | | | Deposition Designation |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Ron Okamoto, Vice President, Worldwide Developer Relations (former) | The subjects of designated testimony, which include: benefits Apple receives from other software developers, including Epic; Apple's market power over iOS developers | Deposition Designation | | | Deposition Designation |
| Shaan Pruden, Senior Director of Partnership Management and Worldwide Developer Relations | The subjects of designated testimony, which include: benefits that Apple receives from other software developers, including Epic | Deposition Designation | | | Deposition Designation |
| Mark Rollins, Finance Manager | The subjects of designated testimony, which include:  Apple financials; App Store profit and loss statements | Deposition Designation | | | Deposition Designation |
| Phillip Shoemaker, Technology Director, App Review (former) | The subjects of designated testimony, which include: historical App Store review policies and practices | Deposition Designation | | | Deposition Designation |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| | | Third-Party Witnesses | | | |
| Vivek Sharma, Vice President, Gaming, Facebook, Inc.* | App distribution; Apple restrictions on iOS app distribution; App Store review process; interactions with Apple | 45 minutes | | | Mr. Sharma is expected to request to appear remotely. |
| Lori Wright, Vice President, Xbox Business Development, Microsoft Corporation* | Distribution of software; Xbox video game console business and operations; Xbox cloud gaming, including xCloud and Game Pass; interactions with Apple | 90 minutes | | | Intends to appear live and in person, but may request leave to appear remotely. |
| Benjamin Simon, Founder and Chief Executive Officer, Yoga Buddhi Co.* | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 45 minutes | | | Intends to appear live and in person, but may request leave to appear remotely. |
| Shelley Gould, President, Co-Founder, Neuro-Fin Inc. d/b/a SmartStops* | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 30 minutes | | | Intends to appear live and in person, but may request leave to appear remotely. |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Adrian Ong, Senior Vice President of Operations, Match Group* | The subjects of designated testimony, which include:  App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple; differences between native apps and web experiences; Match Group's payment processing capabilities; effects of Apple's 30% fee on Match Group and its users; user acquisition | Deposition Designation | | | Deposition Designation |

**Expert Witnesses**

| <u>Witness</u> | <u>Summary of Theory and Conclusions and Bases Therefor and CV</u> | <u>Estimated Length of Direct Examination</u> | <u>Estimated Length of Cross-Examination</u> | <u>Estimated Length of Re-Direct Examination</u> | <u>Appearance</u> |
|---|---|---|---|---|---|
| Susan Athey, Economics of Technology Professor, Stanford University Graduate School of Business* | See expert disclosure served February 16, 2021 | 1 hour / 40 minutes (with potential written direct) | | | Live, in person |
| Ned S. Barnes, Managing Director, Berkeley Research Group* | See expert disclosure served February 16, 2021 | 30 minutes / 15 minutes (with potential written direct) | | | Live, in person |
| David Evans, Chairman, Global Economics Group* | See expert disclosure served February 16, 2021 | 5 hours / 3 hours (with potential written direct) | | | Live, in person |
| Wenke Lee, Chair, College of Computing, Georgia Institute of Technology* | See expert disclosure served February 16, 2021 | 1 hour / 30 minutes (with potential written direct) | | | Live, in person |

| **Witness** | **Summary of Theory and Conclusions and Bases Therefor and CV** | **Estimated Length of Direct Examination** | **Estimated Length of Cross-Examination** | **Estimated Length of Re-Direct Examination** | **Appearance** |
|---|---|---|---|---|---|
| James Mickens, Professor of Computer Science, Harvard University* | See expert disclosure served February 16, 2021 | 1 hour 30 minutes / <br><br> 1 hour 30 minutes (with potential written direct) | | | Intends to appear live and in person, but may request leave to appear remotely. |
| Peter E. Rossi, Professor of Marketing, Economics and Statistics, UCLA* | See expert disclosure served February 16, 2021 | 40 minutes / <br><br> 15 minutes (with potential written direct) | | | Live, in person |

**<u>CERTIFICATE OF SERVICE</u>**

I, John I. Karin, the undersigned, declare:

      1.      That declarant is and was, at all times herein mentioned a resident of the County of New York, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 825 Eighth Avenue, New York, NY 10019.

      2.      That on March 12, 2021, declarant served the foregoing:

**EPIC GAMES, INC.'S TENTATIVE INITIAL WITNESS LIST**

by electronic mail to the counsel listed on the attached service list.

      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of March 2021, at New York, New York.


                        */s/      John I. Karin*
                             JOHN I. KARIN

1

**<u>Service List</u>**

2

3    Theodore J. Boutrous, Jr.
     Richard J. Doren
4    Daniel G. Swanson
     Jay P. Srinivasan
5    **GIBSON, DUNN & CRUTCHER LLP**
6    333 South Grand Avenue
     Los Angeles, CA 90071-3197
7    Telephone: (213) 229-7000
     Facsimile: (213) 229-7520
8    tboutrous@gibsondunn.com
     rdoren@gibsondunn.com
9    dswanson@gibsondunn.com
     jsrinivasan@gibsondunn.com
10

11   Cynthia E. Richman
     Harry R. S. Phillips
12   Mark A. Perry
13   **GIBSON, DUNN & CRUTCHER LLP**
     1050 Connecticut Avenue, N.W.
14   Washington, DC 20036-5306
     Telephone: (202) 955-8500
15   Facsimile: (202) 467-0539
16   crichman@gibsondunn.com
     hphillips2@gibsondunn.com
17   mperry@gibsondunn.com
18

19   Veronica S. Lewis
     **GIBSON, DUNN & CRUTCHER LLP**
20   2001 Ross Avenue, Suite 2100
     Dallas, TX 75201
21   Telephone: (214) 698-3100
     Facsimile: (214) 571-2900
22   vlewis@gibsondunn.com

23

24

25

26

27

28

Eli M. Lazarus
Ethan Dettmer
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
elazarus@gibsondunn.com
edettmer@gibsondunn.com

*Counsel for Defendant and Counterclaimant Apple Inc.*