**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

EPIC GAMES, INC.,

              Plaintiff, Counter-defendant,

         v.

APPLE INC.,

              Defendant, Counterclaimant.

No. 4:20-CV-05640-YGR-TSH

**[PROPOSED] ORDER DENYING DEFENDANT APPLE INC.'S MOTION FOR PRE-TRIAL SANCTIONS AGAINST EPIC GAMES, INC.**

The Honorable Yvonne Gonzalez Rogers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Apple Inc. ("Apple") has moved the Court for Pre-Trial Sanctions Against

Plaintiff Epic Games, Inc. ("Epic").  The Court, having considered the Motion, the Opposition,

and the supporting Declarations, and for good cause appearing, hereby **DENIES** Apple's motion

for the reasons stated in Epic's Opposition.

      **IT IS THEREFORE ORDERED** that Vivek Sharma, Lori Wright and Benjamin Simon

shall not be precluded from testifying at trial.

**IT IS SO ORDERED.**


DATED:  _____, 2021


                                     _____
                                     HON. YVONNE GONZALEZ ROGERS
                                     United States District Court Judge

1