Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

Attorneys for Third-Party Respondent
Match Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　Plaintiff and Counter-Defendant,<br><br>　vs.<br><br>APPLE INC.,<br><br>　　　Defendant and Counterclaimant. | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>**DECLARATION OF DOUGLAS J. DIXON PURSUANT TO LOCAL RULE 79-5(e)(1) AND IN RESPONSE TO EPIC GAMES INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al.,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>APPLE INC.,<br><br>　　　Defendant. | |

## DECLARATION OF DOUGLAS J. DIXON

I, Douglas J. Dixon, declare as follows:

1. I am an attorney at the law firm Heuston Hennigan, LLP, counsel for Match Group, Inc. in the three above-captioned actions. I know the facts stated herein based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a declaration by Adrian Ong, Senior Vice President of Operations at Match Group, LLC, a wholly-owned subsidiary of Match Group, Inc., submitted for the limited purpose of complying with Northern District of California Civil Local Rule 79-5(e)(1) and in response to Epic Games, Inc.'s Administrative Motion to File Under Seal Portions of Proposed Findings of Fact and Conclusions of Law (*Epic Games, Inc. v. Apple Inc.*, ECF No. 404).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. This declaration was executed this 12th day of April 2021, in Los Cabos BCS Mexico.

_____
DOUGLAS J. DIXON

Attorney for Third-Party Respondent
MATCH GROUP, INC.