1  ASIM M. BHANSALI (SBN 194925)
   abhansali@kblfirm.com
2  KWUN BHANSALI LAZARUS LLP
   555 Montgomery St., Suite 750
3  San Francisco, CA 94111
   Telephone: (415) 630-2350
4
   Attorneys for Non-Party
5  Google, LLC

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 OAKLAND DIVISION

11

12 | EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
13 | Plaintiff, Counter-defendant, | **NOTICE OF APPEARANCE OF ASIM BHANSALI ON BEHALF OF NON-PARTY GOOGLE, LLC** |
14 | vs. | |
15 | APPLE INC., | The Honorable Yvonne Gonzalez Rogers |
16 | Defendant, Counterclaimant. | Trial: May 3, 2021 |

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Asim Bhansali of Kwun Bhansali Lazarus LLP hereby enters an appearance as counsel for Non-Party Google, LLC in the above-referenced action.

**Asim Bhansali**
abhansali@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Dated: April 12, 2021                    KWUN BHANSALI LAZARUS LLP

                                         By: */s/ Asim Bhansali*
                                         Asim Bhansali

                                         Attorneys for Non-Party
                                         Google, LLC