ASIM M. BHANSALI (SBN 194925)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Attorneys for Non-Party
Google, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF ANDREW ROPE IN SUPPORT OF SEALING PORTIONS OF APPLE INC.'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

1     I, Andrew Rope, declare as follows:

2     1. I am currently a Senior Legal Project Manager for non-party Google, LLC. I have been employed by Google since February 2018 and have held my current position since July 2019. Over the course of my employment at Google, I have acquired personal knowledge of Google's practices and procedures concerning the maintenance of the confidentiality of its strategic, business, and marketing information.

3     2. I submit this declaration in support of sealing portions of Apple Inc.'s Proposed Findings of Fact and Conclusions of Law, ECF 405.

4     3. The contents of this declaration are true and correct to the best of my knowledge, information and belief, and are based on my personal knowledge of Google's policies and practices as they relate to the treatment of confidential information, the materials that were provided to me and reviewed by me, or conversations with other knowledgeable employees of Google. If called upon as a witness in this action, I could and would testify competently thereto.

5     4. The first sentence of Paragraph 399.4 at page 93 in ECF 405 quotes the findings in a confidential October 2018 Google marketing analytics report [DX-3598]. Google's practice generally, and specifically with respect to this report, is to maintain strict confidential treatment of such internal business analyses. In my experience and to the best of my knowledge, Google does not disclose reports of this nature outside of the company. This report incorporates highly sensitive and proprietary information that Google relies upon to pursue its commercial interests. The disclosure of Google's confidential information, such as information contained in internal business analyses like this report, could significantly harm Google's competitive position with respect to customers and competitors.

6     5. The last two sentences of Paragraph 536 at page 120 in ECF 405 quote statements contained in a confidential presentation to Google's Board of Directors from May 2019 relating to Google's business processes [DX-3252]. Google's practice generally, and specifically with respect to this Board presentation, is to maintain strict confidential treatment of such presentations. In my experience and to the best of my knowledge, Google does not disclose presentations of this nature outside of the company. This presentation incorporates highly

sensitive and proprietary information that Google relies upon to pursue its commercial interests. The disclosure of Google's confidential information, such as information contained in Board presentations, could significantly harm Google's competitive position with respect to business counterparties, customers and competitors.

6. While Google has requested to redact only those portions referenced herein from Apple Inc.'s Proposed Findings of Fact and Conclusions of Law, ECF 405, and the Findings of Fact and Conclusions of Law Proposed by Epic Games, Inc., ECF 407, numerous documents produced by non-Party Google that are referenced in these two filings – but whose contents are not disclosed in the filings – contain highly sensitive and confidential business information. If any party in this matter seeks to introduce into evidence or otherwise publicly disclose any of these documents, Google will seek to seal such documents, and it requests timely notice of any intent to introduce or otherwise publicly disclose any such documents so that it may submit such a motion to seal.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 12, 2021, in Aptos, California.

*/s/ Andrew Rope*
Andrew Rope

## ATTESTATION OF CONCURRENCE

Pursuant to Local Civil Rule 5-1(i)(3), I, Asim Bhansali, attest that I obtained the concurrence of Andrew Rope in the filing of this document. I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 12, 2021        */s/ Asim Bhansali*
Asim Bhansali