1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

                Plaintiff, Counter-defendant

    v.

APPLE INC.,

                Defendant,
Counterclaimant.

Case No. 4:19-cv-03074-YGR

**[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Gibson, Dunn &
Crutcher LLP

Pursuant to Civil Local Rule 79-5, Defendant Epic Games, Inc. filed an Administrative Motion to Seal Its Proposed Findings of Fact and Conclusions of Law (the "Administrative Motion"). In response, Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel S. Brass.

Having considered the Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED IN PART.** Accordingly,

(1)     The unredacted versions of the documents sought to be sealed by the Administrative Motion shall remain under seal;

(2)     The public shall only have access to the versions of the documents sought to be sealed by the Administrative Motion in which portions of the following pages have been redacted:

| Portion of Proposed Findings of Fact Sought To Be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| ¶ 35 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 46 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 123.e | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 124 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 160 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 231 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 232 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 233 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 234 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 235 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Portion of Proposed Findings of Fact Sought To Be Sealed | Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| ¶ 239.b | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 297(a) | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 303 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 552(c) | Contains confidential information that could be used to evade the App Review process (Brass Decl. ¶¶ 10-11) | |
| ¶ 564(b) | Contains confidential information that could be used to evade the App Review process (Brass Decl. ¶¶ 10-11) | |

| Portion of Conclusions of Law Sought To Be Sealed | Evidence Offered In Support Of Sealing | Ruling |
|---|---|---|
| ¶ 18 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 19 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 59 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 71 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 91 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 107 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 108 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |
| ¶ 274 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 8-9) | |

**IT IS SO ORDERED.**

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

DATED: _____, 2021


_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW