RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs in In re Apple iPhone Antitrust Litig., Case No. 4:11-cv-06714-YGR*

STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

SHANA E. SCARLETT (SBN 217895)
BENJAMIN J. SIEGEL (SBN 256260)
HAGENS BERMAN SOBOL
  SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

*Interim Lead Class Counsel in Cameron, et. al v. Apple Inc., Case No. 4:19-cv-03074-YGR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>               Plaintiff, Counter-defendant,<br>v.<br>APPLE INC.,<br><br>               Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF CLASS PLAINTIFFS' ADMINISTRATIVE FOR PERMISSION TO VIEW TRIAL VIA ZOOM** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al.,<br><br>               Plaintiffs,<br>v.<br>APPLE INC.<br><br>               Defendant. | No. 4:19-cv-03074-YGR |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Interim Class Counsel for Plaintiffs in *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (hereafter, "Consumer Plaintiffs"). Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration pursuant to Civil Local Rule 7-11 and in support of the administrative motion, filed concurrently herewith, of Consumer Plaintiffs and plaintiffs in *Cameron, et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR ("Developer Plaintiffs" and, collectively, "Class Plaintiffs") seeking permission for their counsel to view the bench trial in *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH, scheduled to commence on May 3, 2021, live over the Zoom platform.

3. On April 12, 2021, I sent an email to counsel for Apple Inc. and Counsel for Epic Games, Inc. indicating that the Developers and Consumers would like to be able to have several people from their teams watch the Epic trial via Zoom. I also indicated that we were not sure how to request access, and suggested that a good starting point would be to email the Courtroom Deputy.

4. On April 3, 2021, counsel for Epic Games, Inc. indicated it has no objection to Class Plaintiffs' request.

5. On April 3, 2021, counsel for Apple Inc. responded that Apple could not agree to Class Plaintiffs' proposal and that Class Plaintiffs are not parties to the *Epic v. Apple Inc.* case and therefore "have no greater right to access to this trial than does any other member of the public."

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. Executed April 12, 2021 at San Diego, California.

                                                    */s/ Rachele R. Byrd*
                                                    RACHELE R. BYRD

APPLE2/:27240