1  RACHELE R. BYRD (190634)
2  BRITTANY N. DEJONG (258766)
   WOLF HALDENSTEIN ADLER
3    FREEMAN & HERZ LLP
   750 B Street, Suite 1820
4  San Diego, CA  92101
   Telephone: 619/239-4599
5  Facsimile: 619/234-4599
   byrd@whafh.com
6  dejong@whafh.com

7  MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY (*pro hac vice*)
8  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
9  270 Madison Ave
   New York, NY 10016
10 Telephone: (212) 545-4600
   Facsimile: (212) 686-0114
11 rifkin@whafh.com
   guiney@whafh.com
12
   *Interim Class Counsel for the Consumer*
13 *Plaintiffs in In re Apple iPhone Antitrust Litig.,*
   *Case No. 4:11-cv-06714-YGR*
14

STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

SHANA E. SCARLETT (SBN 217895)
BENJAMIN J. SIEGEL (SBN 256260)
HAGENS BERMAN SOBOL
  SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

*Interim Lead Class Counsel in Cameron, et. al*
*v. Apple Inc., Case No. 4:19-cv-03074-YGR*

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                       OAKLAND DIVISION

18

19 EPIC GAMES, INC.,                                  Case No. 4:20-cv-05640-YGR-TSH

20           Plaintiff, Counter-defendant,            **[PROPOSED] ORDER GRANTING
                                                      CLASS PLAINTIFFS' ADMINISTRATIVE
     v.                                               MOTION FOR PERMISSION TO VIEW
21 APPLE INC.,                                        TRIAL VIA ZOOM**

22           Defendant, Counterclaimant.

23 ─────────────────────────────────
   IN RE APPLE IPHONE ANTITRUST                      No. 4:11-cv-06714-YGR
24 LITIGATION

25 ─────────────────────────────────
   DONALD R. CAMERON, et al.,                        No. 4:19-cv-03074-YGR
26           Plaintiffs,

27      v.

28 APPLE INC.
             Defendant.

1    Plaintiffs in *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR and *Cameron, et
2    al. v. Apple Inc.*, No. 4:19-cv-03074-YGR (collectively, "Class Plaintiffs") have filed an administrative
3    motion requesting the Court's permission for their counsel to view the bench trial in the related case,
4    *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH, scheduled to commence on May 3,
5    2021, live over the Zoom platform. The time for filing an opposition or statement of support has
6    passed. The Court GRANTS the motion. Class Plaintiffs shall coordinate with the parties in the *Epic
7    v. Apple* matter to gain such access.

[Alternatively, Class Plaintiffs shall have guaranteed daily access to trial proceedings via the audio conference line referenced by the Court in the *Epic v. Apple* status conference of March 26, 2021, or their own dedicated audio conference line for that purpose.]

**IT IS SO ORDERED.**

DATED: _____          _____
                                  THE HONORABLE YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT COURT JUDGE

27241

-1-
[PROPOSED] ORDER GRANTING CLASS PLTFS' ADMIN. MOT FOR
PERMISSION TO VIEW TRIAL VIA ZOOM
Case Nos.: 20-cv-05640-YGR; 11-cv-06714-YGR; 19-cv-3074-YGR