PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant*,<br><br>vs.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED BRIEFING AND HEARING REGARDING EPIC'S MOTION FOR SPECIAL MASTER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 6-1(b), Plaintiff and Counter-defendant Epic Games, Inc., and Defendant and Counterclaimant Apple Inc. (together, the "Parties") jointly submit this stipulation and proposed Order to expedite the briefing schedule regarding Epic's Motion to Appoint Special Master (the "Motion").

The Parties hereby agree that Apple will file a response to the Motion no later than Tuesday, April 13, 2021.

Due to the rapidly approaching trial date of May 3, 2021 and the Court's order that the parties resolve all objections to deposition designations by April 27, 2021, the Parties respectfully request that this Court either decide the issue without a hearing, or conduct a hearing on this motion on Tuesday, April 20, 2021 at 2:00 p.m. or as soon as this matter may be heard.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| 1 | Dated: April 12, 2021 | CRAVATH, SWAINE & MOORE LLP |

Dated: April 12, 2021          CRAVATH, SWAINE & MOORE LLP
　　　　　　　　　　　　　　　Christine A. Varney (*pro hac vice*)
　　　　　　　　　　　　　　　Katherine B. Forrest (*pro hac vice*)
　　　　　　　　　　　　　　　Gary A. Bornstein (*pro hac vice*)
　　　　　　　　　　　　　　　Yonatan Even (*pro hac vice*)
　　　　　　　　　　　　　　　Lauren A. Moskowitz (*pro hac vice*)
　　　　　　　　　　　　　　　M. Brent Byars (*pro hac vice*)

　　　　　　　　　　　　　　　FAEGRE DRINKER RIDDLE & REATH LLP
　　　　　　　　　　　　　　　　Paul J. Riehle

　　　　　　　　　　　　　　By:  /s/ *Gary A. Bornstein*
　　　　　　　　　　　　　　　　Gary A. Bornstein
　　　　　　　　　　　　　　　　825 Eighth Avenue
　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　Telephone: (212) 474-1084

　　　　　　　　　　　　　　　*Attorneys for Plaintiff and*
　　　　　　　　　　　　　　　*Counter-defendant Epic Games, Inc.*

Dated: April 12, 2021          GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　Theodore J. Boutrous Jr.
　　　　　　　　　　　　　　　　Richard J. Doren
　　　　　　　　　　　　　　　　Daniel G. Swanson
　　　　　　　　　　　　　　　　Mark A. Perry
　　　　　　　　　　　　　　　　Veronica S. Moye
　　　　　　　　　　　　　　　　Cynthia E. Richman
　　　　　　　　　　　　　　　　Jay P. Srinivasan
　　　　　　　　　　　　　　　　Ethan D. Dettmer
　　　　　　　　　　　　　　　　Eli M. Lazarus

　　　　　　　　　　　　　　By:  /s/ *Ethan D. Dettmer*
　　　　　　　　　　　　　　　　Ethan D. Dettmer
　　　　　　　　　　　　　　　　555 Mission Street, Suite 3000
　　　　　　　　　　　　　　　　San Francisco, CA 94105-0921
　　　　　　　　　　　　　　　　Telephone: (415) 393-8292

　　　　　　　　　　　　　　　*Attorneys for Defendant and*
　　　　　　　　　　　　　　　*Counterclaimant Apple Inc.*

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.** The hearing on Epic's Motion to Appoint Special Master, if the Court determines that a hearing is necessary, will be held on April __, 2021 at ___ a.m./p.m.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: April 12, 2021

CRAVATH, SWAINE & MOORE LLP

By:  /s/ Gary A. Bornstein
      Gary A. Bornstein

*Attorneys for Plaintiff and
Counter-defendant Epic Games, Inc.*