| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 | CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravarth.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravarth.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>J. WESLEY EARNHARDT (*pro hac vice*)<br>wearnhardt@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>VANESSA A. LAVELY (*pro hac vice*)<br>vlavely@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |

*Attorneys for Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>          *Plaintiff,*<br>   v.<br>APPLE INC.,<br>          *Defendant.* | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF JUSTIN C. CLARKE IN SUPPORT OF EPIC GAMES, INC.'S MOTION TO APPOINT SPECIAL MASTER**<br><br>Hon. Yvonne Gonzalez Rogers |
| APPLE INC.,<br>          *Counterclaimant,*<br>   v.<br>EPIC GAMES, INC.,<br>          *Counter-defendant.* | |

Declaration of Justin C. Clarke
Case No.: 4:20-cv-05640-YGR-TSH

I, Justin C. Clarke, declare as follows:

1. I am a partner at the law firm of Cravath, Swaine & Moore LLP, and I am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned action (the "Action"). I am admitted to appear before this Court *pro hac vice* in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR. The contents of this declaration are based on my personal knowledge. If called to be a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Epic's Motion to Appoint Special Master in this Action (the "Motion").

3. On March 23, 2021, the Court ordered Epic and Defendant and Counterclaimant Apple Inc. ("Apple") (together with Epic, the "Parties") "to hire a retired judicial officer to resolve their objections, to the extent that there are any" to the Parties' respective deposition designations in this Action. (Dkt. 381.)

4. The Parties have met and conferred with respect to the selection of a retired judicial officer and have agreed, subject to Court approval, to the retention of the Honorable Elizabeth Laporte (Ret.).

5. Judge Laporte is a retired Magistrate Judge for the Northern District of California who currently serves as a neutral at JAMS in San Francisco, CA.

6. The Parties have agreed to retain Judge Laporte and are in the process of meeting and conferring with Judge Laporte to resolve their respective objections concerning deposition designations.

7. Epic has met and conferred with Apple concerning the Motion. Apple has stated that it will provide its position on the Motion to the Court in a separate filing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 12, 2021 in Brooklyn, New York.

*/s/ Justin C. Clarke*
Justin C. Clarke

1
DECLARATION OF JUSTIN C. CLARKE
CASE NO: 4:20-CV-05640-YGR-TSH