JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>           *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br>           *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR <br><br> **NOTICE OF APPEARANCE OF JOHN F. COVE ON BEHALF OF NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT John F. Cove, Jr. of Shearman & Sterling LLP hereby enters an appearance as counsel for Non-Party Sony Interactive Entertainment LLC in the above-referenced action.

John F. Cove, Jr.
john.cove@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:    415.616.1100
Facsimile:     415.616.1199

| | |
|---|---|
| DATED:  April 12, 2021 | SHEARMAN & STERLING LLP |
| | By:   *s/ John F. Cove, Jr.* |
| | **SHEARMAN & STERLING LLP**<br>JOHN F. COVE, JR. (SBN 212213)<br>MATTHEW BERKOWITZ (SBN 310426) |
| | *Attorneys for Non-Party Sony Interactive Entertainment LLC* |