JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff*, *Counter-defendant*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*, *Counterclaimant*. | Case No. 4:20-cv-05640-YGR <br><br> **NOTICE OF APPEARANCE OF MATTHEW BERKOWITZ ON BEHALF OF NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE THAT Matthew Berkowitz of Shearman & Sterling LLP hereby

3  enters an appearance as counsel for Non-Party Sony Interactive Entertainment LLC in the above-

4  referenced action.

> Matthew Berkowitz
> matthew.berkowitz@shearman.com
> SHEARMAN & STERLING LLP
> 535 Mission Street, 25th Floor
> San Francisco, CA  94105-2997
> Telephone:     415.616.1100
> Facsimile:      415.616.1199

| DATED:  April 12, 2021 | SHEARMAN & STERLING LLP |
|---|---|
| | By:    *s/ Matthew Berkowitz* |
| | **SHEARMAN & STERLING LLP**<br>JOHN F. COVE, JR. (SBN 212213)<br>MATTHEW BERKOWITZ (SBN 310426) |
| | *Attorneys for Non-Party Sony Interactive Entertainment LLC* |