JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>*Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

In consideration of non-party Sony Interactive Entertainment LLC's ("SIE") Administrative Motion to Keep Competitively Sensitive Information Under Seal, it is hereby **ORDERED** that:

The following portions of Apple's Proposed Findings of Fact and Conclusions of Law (Dkt. No. 410) shall remain under seal:

1. The second sentence of Paragraph 165.4 (on page 41 of Apple's Proposed Findings).
2. The entirety of Paragraph 249.18 (118) (on page 61 of Apple's Proposed Findings).
3. The entirety of Paragraph 249.18 (218) (on page 61 of Apple's Proposed Findings).
4. The fourth sentence of Paragraph 355.2 (on page 85 of Apple's Proposed Findings).
5. The entirety of Paragraph 372 (on page 88 of Apple's Proposed Findings).
6. The entirety of Paragraph 697.4 (on pages 143–44 of Apple's Proposed Findings).

**SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE