THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff, Counter-<br>            defendant<br><br>      v.<br><br>APPLE INC.,<br><br>            Defendant,<br>            Counterclaimant. | Case No. 4:20-cv-05640-YGR<br><br>**DEFENDANT APPLE INC.'S RESPONSE TO EPIC GAMES, INC.'S MOTION TO APPOINT SPECIAL MASTER** |

Defendant Apple Inc. hereby responds to the Motion to Appoint Special Master filed by Epic Games, Inc.

In Pretrial Order Number 2, the Court ordered the parties "to hire a retired judicial officer to resolve their objections [regarding deposition designations], to the extent that there are any.  The Court is not inclined to read the alleged objectionable designations only to resolve them."  Dkt. 381 at 2. Apple and Epic have agreed to the engagement of Hon. Elizabeth Laporte (Ret.) to fulfill this role.

Epic has now filed a motion to have Magistrate Judge Laporte designated a special master pursuant to Rule 53, so that this Court will resolve any disputes that remain over Magistrate Judge Laporte's rulings on objections to deposition designations.  Apple does not agree with Epic's request because it is not consistent with the Court's direction in Pretrial Order No. 2 that "[t]he Court is not inclined to read the alleged objectionable designations only to resolve them."  *Id*.

Magistrate Judge Laporte can efficiently and fully resolve any objections regarding deposition designations before trial, so that this Court need only read the final deposition designations.  Thus Apple respectfully submits that the Court should deny Epic's request.

Dated:  April 13, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:     */s/ Ethan D. Dettmer*
        Ethan D. Dettmer

Attorney for Defendant Apple Inc.

1

DEFENDANT APPLE INC.'S RESPONSE TO EPIC GAMES, INC.'S MOTION TO APPOINT SPECIAL MASTER, 4:20-cv-05640-YGR