THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiff, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DEFENDANT APPLE INC.'S LIST OF DISCOVERY EXCERPTS, AUDIO, AND VIDEO LIKELY TO BE USED AT TRIAL** |

Pursuant to the Court's Standing Order re Pretrial Instructions in a Civil Cases and the Court's Order Regarding Pretrial Schedule (Dkt. 377), Defendant and Counterclaimant Apple Inc. ("Apple"), by and through its undersigned counsel, hereby submits the following list of discovery excerpts, audio, and video (excluding deposition designations) likely to be used at trial. The parties are continuing to meet and confer regarding the admissibility of exhibits. Apple reserves its right to use the exhibits in Plaintiff and Counter-defendant Epic Games, Inc.'s ("Epic") respective audio visual exhibit list.

**Apple's List of Discovery Excerpts, Audio, and Video Likely To Be Used At Trial**

| No. | Form of Excerpt | Designation in Dispute | Epic's Legal Objection |
|---|---|---|---|
| 1. | Epic's Responses and Objections to Apple's First Set of Interrogatory Responses, December 11, 2020 | Response to Interrogatory No. 2 | |
| 2. | Epic's Responses and Objections to Apple's First Set of Interrogatory Responses, December 11, 2020 | Response to Interrogatory No. 5 | |
| 3. | Epic's Responses and Objections to Apple's First Set of Interrogatory Responses, December 11, 2020 | Response to Interrogatory No. 6 | |
| 4. | Epic's Responses and Objections to Apple's First Set of Interrogatory Responses, December 11, 2020 | Response to Interrogatory No. 7 | |
| 5. | Epic's Responses and Objections to Apple's First Set of Interrogatory Responses, December 11, 2020 | Response to Interrogatory No. 8 | |
| 6. | Epic's Responses and Objections to Apple's First Set of Interrogatory Responses, December 11, 2020 | Response to Interrogatory No. 9 | |
| 7. | Epic's Responses and Objections to Apple's First Set of Interrogatory Responses, December 11, 2020 | Response to Interrogatory No. 10 | |
| 8. | Epic's Supplemental Reponses to Apple's Interrogatory Nos. 1, 3, and 4, December 29, 2020 | Supplemental Response to Interrogatory No. 1 | |
| 9. | Epic's Supplemental Reponses to Apple's Interrogatory Nos. 1, 3, and 4, December 29, 2020 | Supplemental Response to Interrogatory No. 3 | |
| 10. | Epic's Supplemental Reponses to Apple's Interrogatory Nos. 1, 3, and 4, December 29, 2020 | Supplemental Response to Interrogatory No. 4 | |
| 11. | Epic's Responses and Objections to Apple's Second Set of Interrogatory Responses, January 29, 2021 | Response to Interrogatory No. 12 | |
| 12. | Epic's Responses and Objections to Apple's Second Set of Interrogatory Responses, January 29, 2021 | Response to Interrogatory No. 13 | |
| 13. | Epic's Responses and Objections to Apple's Second Set of Interrogatory Responses, January 29, 2021 | Response to Interrogatory No. 15 | |
| 14. | Epic's Responses and Objections to Apple's Second Set of Interrogatory Responses, January 29, 2021 | Response to Interrogatory No. 16 | |
| 15. | Epic's Responses and Objections to Apple's Second Set of Interrogatory Responses, January 29, 2021 | Response to Interrogatory No. 18 | |
| 16. | Epic's Responses and Objections to Apple's Second Set of Interrogatory Responses, January 29, 2021 | Response to Interrogatory No. 19 | |
| 17. | Epic's Responses and Objections to Apple's Third Set of Interrogatory Responses, February 15, 2021 | Response to Interrogatory No. 21 | |

| No. | Form of Excerpt | Designation in Dispute | Epic's Legal Objection |
|---|---|---|---|
| 18. | Epic's Responses and Objections to Apple's Third Set of Interrogatory Responses, February 15, 2021 | Response to Interrogatory No. 22 | |
| 19. | Epic's Responses and Objections to Apple's Third Set of Interrogatory Responses, February 15, 2021 | Response to Interrogatory No. 23 | |
| 20. | Epic's Responses and Objections to Apple's Third Set of Interrogatory Responses, February 15, 2021 | Response to Interrogatory No. 24 | |
| 21. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 1 | |
| 22. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 2 | |
| 23. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 3 | |
| 24. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 4 | |
| 25. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 5 | |
| 26. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 6 | |
| 27. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 7 | |
| 28. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 8 | |
| 29. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 9 | |
| 30. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 10 | |
| 31. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 11 | |
| 32. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 17 | |
| 33. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 19 | |
| 34. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 20 | |
| 35. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 21 | |
| 36. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 22 | |
| 37. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 24 | |
| 38. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 27 | |
| 39. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 28 | |
| 40. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 32 | |
| 41. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 36 | |
| 42. | Epic's Responses & Objections to Apple's First Set of Requests for Admission, February 15, 2021 | Response to Request for Admission No. 37 | |

| No. | Form of Excerpt | Designation in Dispute | Epic's Legal Objection |
|---|---|---|---|
| 43. | DX-3147, Apple Special Event, September 10, 2013, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:1-3; 5:12-6:3; 11:21-12:24; 24:25-31:4, 44:6-46:25 | 802 |
| 44. | DX-3168, Apple Special Event, dated September 2015, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:1-4; 12:6-12; 23:3-26-16 | 802; 602 |
| 45. | DX-3269, Apple WWDC 2010, YouTube, December 31, 2011, https://www.youtube.com/watch?v=ldFx1ftxs0A, video and forthcoming transcript | Apple intends to show portions of the video corresponding to the following portions of the video: 10:24-14:00, 25:53-27:20 | 106; 802; 602 |
| 46. | DX-3396, Apple Event, WWDC 2017, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 3:14-15; 44:24-45:24; 63:7-70:24 | 802 |
| 47. | DX-3418, Apple Special Event, September 2009, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 3:17-4:7; 21:5-13; 25:19-26:1; 26:10-28:20 | 802 |
| 48. | DX-3462, Apple WWDC 2014 Keynote Address (HD), video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 36:11-37:13; 66:18-72:2; 76:21-79:19; 87:19-88:19 | 802 |
| 49. | DX-3485, Tim Sweeney DICE 2020 Talk, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 5:6-24; 7:15-8:16; 8:25-9:7; 11:1-11; 13:9-14:6 | |
| 50. | DX-3593, iPhone OS 3.0 Software Sneak Peak 2009, video and transcript | Apple intends to show portions of the video corresponding to the | 802 |

| No. | Form of Excerpt | Designation in Dispute | Epic's Legal Objection |
|---|---|---|---|
| | | following portions of the transcript: 2:7-16; 3:4-10; 3:19-7:21; 8:15-12:14 | |
| 51. | DX-3630, The State of Unreal Engine, GDC 2015 Event Coverage, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:10-12; 5:11-6:15 | |
| 52. | DX-3749, Apple WWDC 2012 Keynote Address, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 4:7-6:4; 52:21-53:9; 55:1-4; 61:14-63:6 | 802 |
| 53. | DX-3768, The Future of Gaming - Tim Sweeney (Epic) DICE 2012 Session, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 3:15-4:16; 16:7-20; 19:12-20:9; 26:1-23 | |
| 54. | DX-4028, Steve Jobs iPhone 2007 Presentation (HD), available at https://www.youtube.com/watch?v=vN4U5FqrOdQ, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:1-4:7; 15:15-20 | 802; 602 |
| 55. | DX-4176, Apple WWDC 2015 YouTube, June 15, 2015, https://www.youtube.com/watch?v=_p8AsQhaVKI, video and forthcoming transcript | Apple intends to show portions of the video corresponding to the following portions of the video: 16:05-22:37, 1:11:21-1:13:30 | 106; 802; 602 |
| 56. | DX-4186, Tim Sweeney Dealbook Interview, November 18, 2020 https://www.youtube.com/watch?v=OWJ8TIn3cRM, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:3-5; 3:5-19; 8:7-9:6 | 802; 602 |
| 57. | DX-4251, September 13, 2018, YouTube, https://www.youtube.com/watch?v=wFTmQ27S7OQ, video and forthcoming transcript | Apple intends to show portions of the video corresponding to the following portions of the video: 53:23-55:36 | 106; 802; 602 |
| 58. | DX-4287, Apple March 2008 Event, SDK launch, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:1-17; | 802; 602 |

| No. | Form of Excerpt | Designation in Dispute | Epic's Legal Objection |
|---|---|---|---|
| | | 3:16-22; 6:9-25; 17:17-18:19; 19:10-37:4; 50:23-51:12; 52:20-57:13; 58:14-19; 59:5-24; 63:11-17 | |
| 59. | DX-4293, Apple Event WWDC 2007, available at https://www.youtube.com/watch?v=ubm2dYzoDW8, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 58:18-60:11 | 802; 602 |
| 60. | DX-4372, Steve Jobs Q&A session following the SDK launch in 2008, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:23-5:9; 6:13-8:25 | 802; 602 |
| 61. | DX-4380, Nineteen-Eighty-Fortnite video, available at https://www.youtube.com/watch?v=euiSHuaw6Q4, video and transcript | Apple intends to show the entire video | |
| 62. | DX-4494, Apple iPhone 4S keynote video now available, Slash Gear, October 4, 2011, available at https://www.slashgear.com/apple-iphone-4s-keynote-video-now-available-04185460, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the video: 1:15-6:02 | 802; 602 |
| 63. | DX-4591, Apple Event, WWDC 2018, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 2:7-8; 2:21-4:1; 6:9-16; 6:24-7:19; 97:18-100:23 | 802 |
| 64. | DX-5000, Video – Machine Learning and Security: The Good, The Bad, and The Ugly, video and transcript | Apple intends to show portions of the video corresponding to the following portions of the transcript: 6:5-12:7; 26:17-36:19 | 402; 403; 802; 602; 6(c) |
| 65. | DX-5008, Video – Combination of Features Produces New Android Vulnerability, video and transcript | Apple intends to show the entire video | 802; 602; 6(c) |
| 66. | DX-5017, Video - Jekyll on iOS: When Benign Apps Become Evil by Tielei Wang of Georgia Institute of Technology, video and transcript | Apple intends to show the entire video | 402; 403; 802; 602; 6(c) |
| 67. | DX-5020, Video - On the Feasibility of Large-Scale Infections of iOS Devices by Tielei Wang of Georgia Institute of Technology, video and transcript | Apple intends to show the entire video | 802; 602; 6(c) |
| 68. | DX-5039, Prof. Lee lecture, CS6035_P2_Defense in Depth, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 69. | DX-5041, Prof. Lee lecture, CS6035_P2_Elements of Intrusion Detection, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |

| No. | Form of Excerpt | Designation in Dispute | Epic's Legal Objection |
|---|---|---|---|
| 70. | DX-5081, Prof. Lee lecture, CS6035_P2_Intrusion Detection Approaches, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 71. | DX-5087, Prof. Lee lecture, CS6035_P2_Knowledge Based Approaches, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 72. | DX-5088, Prof. Lee lecture, CS6035_P2_Lesson Introduction, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 73. | DX-5130, Prof. Lee lecture, CS6035_P2_Android Sandbox vs iOS Sandbox, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 74. | DX-5135, Prof. Lee lecture, CS6035_P2_Code Signing, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 75. | DX-5153, Prof. Lee lecture, CS6035_P2_Lesson Introduction, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 76. | DX-5163, Prof. Lee lecture, CS6035_P2_Restricted App Distribution Model, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 77. | DX-5199, Prof. Lee lecture, CS6035_P3_Georgia Tech Computer and Network Use Policy, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 78. | DX-5201, Prof. Lee lecture, CS6035_P3_Lesson Introduction, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 79. | DX-5218, Prof. Lee lecture, CS6035_P3_Security Planning Controls, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 80. | DX-5219, Prof. Lee lecture, CS6035_P3_Security Planning Security Policy, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 81. | DX-5233, Prof. Lee lecture, CS6262_L2_Introduction, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 82. | DX-5234, Prof. Lee lecture, CS6262_L2_Pharmaleaks, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 83. | DX-5238, Prof. Lee lecture, CS6262_L2_Scamming Aint Easy, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 84. | DX-5244, Prof. Lee lecture, CS6262_L2_SPAM, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 85. | DX-5245, Prof. Lee lecture, CS6262_L2_Structure of the Underground, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 86. | DX-5246, Prof. Lee lecture, CS6262_L2_Traffic PPI Example, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 87. | DX-5248, Prof. Lee lecture, CS6262_InternetScanning_Introduction, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 88. | DX-5252, Prof. Lee lecture, CS6262_L8a_CA Risks, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 89. | DX-5254, Prof. Lee lecture, CS6262_L8a_Certification Authentication, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 90. | DX-5276, Prof. Lee lecture, CS6262_L6b_Android Malware, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |

| No. | Form of Excerpt | Designation in Dispute | Epic's Legal Objection |
|---|---|---|---|
| 91. | DX-5283, Prof. Lee lecture, CS6262_L6b_Forensics Quiz ANS, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 92. | DX-5287, Prof. Lee lecture, CS6262_L6b_Information Leakage Protection, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 93. | DX-5293, Prof. Lee lecture, CS6262_L6b_Mobile Malware Detection, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 94. | DX-5294, Prof. Lee lecture, CS6262_L6b_STAMP Admission System, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 95. | DX-5295, Prof. Lee lecture, CS6262_L6b_Toolchain Attacks Quiz ANS, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |
| 96. | DX-5298, Prof. Lee lecture, CS6262_MobileMalware Introduction, video and transcript | Apple intends to show the entire video | 402; 403; 802; 6(c) |

DATED: April 14, 2021                             GIBSON, DUNN & CRUTCHER LLP

                                                  By:   /s/ Richard J. Doren

                                                  Richard J. Doren

                                                  *Attorney for Defendant and Counterclaimant Apple Inc.*