PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **PLAINTIFF EPIC GAMES, INC.'S AUDIO VISUAL EXHIBIT LIST** <br><br> The Honorable Yvonne Gonzalez Rogers |

1  Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases and the
2  Court's Order Regarding Pretrial Schedule (Dkt. 377), Plaintiff and Counter-defendant Epic
3  Games, Inc. ("Epic"), by and through its undersigned counsel, hereby submits its audio/visual
4  exhibit list.  The below entries separately listed here are included in Epic's full exhibit list at the
5  corresponding exhibit numbers.  The parties are continuing to meet and confer regarding the
6  admissibility of exhibits.  Epic reserves the right to use the exhibits in Apple's audio visual exhibit
7  list.

## EPIC'S AUDIO VISUAL EXHIBIT LIST

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-2756 | 3/6/2008 Steve Jobs introduces App Store - iPhone Software Roadmap Event (2008) with attached transcript (Epic intends to show the portions that correspond to the following citations from the transcript: 2:1-6; 3:1-4; 18:5-7; 20:3-21:13; 25:2-8; 25:9-26:12; 27:1-4; 56:9-18; 58:16-59:5; 59:14-60:5; 62:4-13) | Cook; Federighi; Fischer; Forstall; Grimm; Kosmynka; Pruden; Schiller; Apple Document Custodian | | | |
| PX-2780 | Save Big During the Epic Games Store Holiday Sale - YouTube (from: www.youtube.com) 1.2 with attached video and transcript (Epic intends to show the entire video) | Allison; Sweeney | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-2781 | Houseparty Brings Video Chat to Fortnite (from www.epicgames.com) with attached video and transcript (Epic intends to show the entire video) | Sweeney | | | |
| PX-2782 | Fortnite Chapter 2 Season 4 Overview (from www.epicgames.com) with attached video and transcript (Epic intends to show the entire video) | Sweeney; Weissinger | | | |
| PX-2783 | The Star Wars Imperial Army Has Arrived in Fortnite from: www.epicgames.com) with attached video and transcript (Epic intends to show the entire video) | Sweeney; Weissinger | | | |
| PX-2784 | Game Recognize Game (from www.epicgames.com) with attached video and transcript (Epic intends to show the entire video) | Sweeney; Weissinger | | | |

| | Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| | PX-2785 | Announcing Fortnite Battle Royale for Mobile (from www.epicgames.com) with attached video and transcript (Epic intends to show the entire video) | Grant; Sweeney | | | |
| | PX-2786 | Dillon Francis Steve Aoki and deadmau5 Invite You to the Party Royale Premiere (from www.epicgames.com) with attached video and transcript (Epic intends to show the entire video) | Sweeney | | | |
| | PX-2900 | Watch INCEPTION in FORTNITE!! (Movie Nite Event) - YouTube (from: www.youtube.com) with attached video and transcript (Epic intends to show the entire video) | Grant; Sweeney | | | |
| | PX-2901 | Travis Scott and Fortnite Present: Astronomical (Full Event Video) - YouTube (from: www.youtube.com) with attached video and transcript (Epic intends to show the entire video) | Grant; Sweeney | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-2902 | Fortnite Party Royale Diplo Presents Higher Ground Concert video (from: www.youtube.com)(Epic intends to show the entire video) | Grant; Sweeney | | | |
| PX-2903 | Halloween J Balvin Concert in Fortnite - Afterparty Show! video (from: www.youtube.com) (Epic intends to show the entire video) | Grant; Sweeney | | | |
| PX-2904 | Marshmello Holds First Ever Fortnite Concert Live at Pleasant Park video (from: www.youtube.com) (Epic intends to show the entire video) | Grant; Sweeney | | | |

DATE: April 14, 2021                    **CRAVATH, SWAINE & MOORE LLP**

*/s/ Brent Byars*
    Brent Byars

**FAEGRE DRINKER BIDDLE & REATH LLP**
PAUL R. RIEHLE (SBN 115199)
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
paul.riehle@faegredrinker.com

**CRAVATH, SWAINE & MOORE LLP**
CHRISTINE A. VARNEY (*pro hac vice*)
KATHERINE B. FORREST (*pro hac vice*)
GARY A. BORNSTEIN (*pro hac vice*)
YONATAN EVEN (*pro hac vice*)
LAUREN A. MOSKOWITZ (*pro hac vice*)
M. BRENT BYARS (*pro hac vice*)
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
cvarney@cravath.com
kforrest@cravath.com
gbornstein@cravath.com
yeven@cravath.com
lmoskowitz@cravath.com
mbyars@cravath.com

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*