THEODORE J. BOUTROUS JR., SBN 132099 tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666 rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556 dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471 jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030 jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (Texas Bar No. 24000092; *pro hac vice*)
vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532 mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046 edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | CASE NO. 20-CV-05640-YGR<br><br>**APPLE INC.'S LIST OF EXPERT WITNESSES**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial: May 3, 2021 |

Pursuant to the Court's Standing Order re: Pretrial Instructions in Civil Cases, Defendant and Counterclaimant Apple Inc. ("Apple") identifies the expert witnesses whom it is likely to call at trial. Pursuant to the Court's schedule for expert discovery, Apple previously served on Plaintiff Epic Games, Inc. ("Epic") the reports prepared by these expert witnesses, which set forth their opinions and the bases therefor. Each of these experts also may respond to the opinions offered by Epic's experts.

| Expert Witness | Reports | Summary of Expert's Opinions and Their Bases | Curriculum Vitae |
|---|---|---|---|
| **Professor Aviel Rubin** | Professor Rubin submitted expert reports on February 16, 2021 and March 15, 2021; Professor Rubin's March 15, 2021 report integrates, incorporates the material from, and replaces his February 16, 2021 report. | Professor Rubin opines generally on the reliability, security, and privacy afforded by the iOS ecosystem. A summary of Professor Rubin's opinions and the bases therefor is set forth in the Executive Summary attached hereto as **Exhibit A**. | Professor Rubin's *curriculum vitae* is attached hereto as **Exhibit B**. |
| **Professor Daniel Rubinfeld** | Professor Rubinfeld submitted expert reports on February 16, 2021 and March 15, 2021; Professor Rubinfeld's March 15, 2021 report integrates, incorporates the material from, and replaces his February 16, 2021 report. | Professor Rubinfeld opines on antitrust economics, including on IP licensing and innovation, the license terms and product design challenged by Epic, and the procompetitive effects of those terms and designs. A summary of Professor Rubinfeld's opinions and the bases therefor is set forth in the Executive Summary attached hereto as **Exhibit C**. | Professor Rubinfeld's *curriculum vitae* is attached hereto as **Exhibit D**. |

| | | | |
|---|---|---|---|
| **Professor Dominique Hanssens** | Professor Hanssens submitted expert reports on February 16, 2021 and March 15, 2021; Professor Hanssens's March 15, 2021 report integrates, incorporates the material from, and replaces his February 16, 2021 report. | Professor Hanssens opines generally on consumer device usage surveys. A summary of Professor Hanssens's opinions and the bases therefor is set forth in the Executive Summary attached hereto as **Exhibit E**. | Professor Hanssens's *curriculum vitae* is attached hereto as **Exhibit F**. |
| **Professor Francine Lafontaine** | Professor Lafontaine submitted expert reports on February 16, 2021 and March 15, 2021, as well as a March 17, 2021 supplement to her March 15, 2021 report; Professor Lafontaine's March 15, 2021 report, with its March 17, 2021 supplement, integrates, incorporates the material from, and replaces her February 16, 2021 report. | Professor Lafontaine opines generally on antitrust economics, including the proper framework for defining the relevant market and assessing market power and market effects. A summary of Professor Lafontaine's opinions and the bases therefor is set forth in the Executive Summary attached hereto as **Exhibit G**. | Professor Lafontaine's *curriculum vitae* is attached hereto as **Exhibit H**. |
| **Professor Lorin Hitt** | Professor Hitt submitted expert reports on February 16, 2021 and March 15, 2021, as well as a March 17, 2021 supplement and March 30, 2021 errata to his March 15, 2021 report; Professor Hitt's March 15, 2021 report, with its March 17, 2021 supplement and March 30, 2021 errata, integrates, incorporates the material from, and replaces his February 16, 2021 report. | Professor Hitt opines generally on antitrust economics and reports on the results of empirical data analyses related to market definition, market power and competitive effects. A summary of Professor Hitt's opinions and the bases therefor is set forth in the Executive Summary attached hereto as **Exhibit I**. | Professor Hitt's *curriculum vitae* is attached hereto as **Exhibit J**. |

| Professor Richard Schmalensee | Professor Schmalensee submitted expert reports on February 16, 2021 and March 15, 2021; Professor Schmalensee's March 15, 2021 report integrates, incorporates the material from, and replaces his February 16, 2021 report. | Professor Schmalensee opines generally on antitrust economics, including two-sided transaction platforms and their implications for market definition, market power, and competitive effects in this case. Professor Schmalensee also opines regarding Epic's tying claim, including the lack of economic support for Epic's tying claim and the procompetitive justifications for Apple's conduct. A summary of Professor Schmalensee's opinions and the bases therefor is set forth in the Executive Summary attached hereto as **Exhibit K**. | Professor Schmalensee's *curriculum vitae* is attached hereto as **Exhibit L**. |
|---|---|---|---|
| **James Malackowski** | Mr. Malackowski submitted expert reports on February 16, 2021 and March 15, 2021; Mr. Malackowski's March 15, 2021 report integrates, incorporates the material from, and replaces his February 16, 2021 report. | Mr. Malackowski opines generally on Apple's efforts at innovation, and the resulting intellectual property assets. A summary of Mr. Malackowski's opinions and the bases therefor is set forth in the Executive Summary attached hereto as **Exhibit M**. | Mr. Malackowski's *curriculum vitae* is attached hereto as **Exhibit N**. |

DATE: April 14, 2021

**GIBSON DUNN & CRUTCHER LLP**

*/s/   Richard J. Doren*
          Richard J. Doren

*Attorney for Defendant and Counterclaimant Apple Inc.*