PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant*, <br><br> vs. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH <br><br> **STIPULATION AND PROPOSED ORDER RE TRIAL STIPULATIONS** <br><br> Trial Date: May 3, 2021 <br> Time: 8:00 a.m. <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases and Pretrial Order No. 2 (ECF No. 381), Plaintiff and Counter-defendant Epic Games, Inc. ("Epic"), and Defendant and Counterclaimant Apple Inc. ("Apple"), together, the "Parties", by and through their undersigned counsel, hereby agree and stipulate to the following:

1. Epic will present its opening statement followed by Apple's opening statement.

2. To the extent that Parties play a witness's deposition designations at trial, all portions of the testimony designated by any party will be played at the same time, including the Parties' affirmative designations, counter-designations, and counters to counter-designations. All designated testimony will be introduced in the sequence in which the testimony was originally given.

3. Pursuant to Federal Rule of Evidence 615, the Parties request and stipulate to an Exclusion Order excluding each fact witness from the courtroom. The Exclusion Order shall apply to any fact witness listed on either Party's witness list until the witness has completed giving his or her testimony during a Party's case-in-chief. While a fact witness is excluded from the courtroom, the witness shall be prohibited from reading any portion of any trial transcript or any other material documenting any witness's testimony, and an excluded witness also shall not remotely view or hear any trial proceedings (including on the Zoom platform or the simultaneous audio stream). The Parties hereby request and stipulate to the exemption of expert witnesses from the Exclusion Order. Each Party may identify an officer or employee who shall not be subject to the Exclusion Order notwithstanding being listed on a Party's witness list.

4. Pursuant to the Court's Pretrial Order No. 1 ¶ 3 (ECF No. 371), the Parties have agreed to retain TrialGraphix to host a Zoom platform to facilitate live proceedings. Except as provided in ¶ 3 above, the Zoom platform may be accessed by Court staff, the Parties, their counsel and respective staff during any remote testimony, and any witness who testifies remotely for the purpose of providing such remote testimony. TrialGraphix will coordinate with the Court to provide an audio feed of the proceedings for distribution through the Court's regular channel.

5. The Parties agree to file witness lists with updated will and may call status on April 26, 2021.

1   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3   Dated:  April 14, 2021                          CRAVATH, SWAINE & MOORE LLP
                                                        Christine A. Varney (*pro hac vice*)
                                                        Katherine B. Forrest (*pro hac vice*)
4                                                       Gary A. Bornstein (*pro hac vice*)
                                                        Yonatan Even (*pro hac vice*)
5                                                       Lauren A. Moskowitz (*pro hac vice*)
                                                        M. Brent Byars (*pro hac vice*)
6
                                                    FAEGRE DRINKER RIDDLE & REATH
7                                                   LLP
                                                        Paul J. Riehle
8

9                                                   By:   /s/ *Katherine B. Forrest*
                                                        Katherine B. Forrest
10                                                      825 Eighth Avenue
                                                        New York, New York 10019
11                                                      Telephone: (212) 474-1000

12                                                  *Attorneys for Plaintiff and*
                                                    *Counter-defendant Epic Games, Inc.*
13

14
    Dated:  April 14, 2021                          GIBSON, DUNN & CRUTCHER LLP
15                                                      Theodore J. Boutrous Jr.
                                                        Richard J. Doren
16                                                      Daniel G. Swanson
                                                        Mark A. Perry
17                                                      Veronica S. Moye
                                                        Cynthia E. Richman
18                                                      Jay P. Srinivasan
                                                        Ethan D. Dettmer
19                                                      Eli M. Lazarus

20                                                  By:   /s/ *Mark A. Perry*
                                                        Mark A. Perry
21                                                      1050 Connecticut Avenue, N.W.
                                                        Washington, DC 20036
22                                                      Telephone: (202) 887-3667

23                                                  *Attorneys for Defendant and*
                                                    *Counterclaimant Apple Inc.*
24

25

26

27

28

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____        _____
                                 HON. YVONNE GONZALEZ ROGERS
                                 United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated:  April 14, 2021                     CRAVATH, SWAINE & MOORE LLP

                                           By:   /s/ *Katherine B. Forrest*
                                                   Katherine B. Forrest

                                                 *Attorneys for Plaintiff and*
                                                 *Counter-defendant Epic Games, Inc.*