| | |
|---|---|
| 1 | PAUL J. RIEHLE (SBN 115199) |
| 2 | paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP** |
| 3 | Four Embarcadero Center, 27th Floor |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 591-7500 |
| 5 | Facsimile: (415) 591-7510 |
| 6 | CHRISTINE A. VARNEY (*pro hac vice*) |
| 7 | cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*) |
| 8 | kforrest@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*) |
| 9 | gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*) |
| 10 | yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*) |
| 11 | lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*) |
| 12 | mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP** |
| 13 | 825 Eighth Avenue<br>New York, New York 10019 |
| 14 | Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| 15 | |
| 16 | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **EPIC GAMES, INC.'S TENTATIVE REVISED TRIAL WITNESS LIST** |
| v. | The Honorable Yvonne Gonzalez Rogers |
| APPLE INC., | Trial: May 3, 2021 |
| Defendant, Counterclaimant. | |

EPIC GAMES, INC.'S TENTATIVE REVISED TRIAL WITNESS LIST
Case No. 4:20-cv-05640-YGR-TSH

1  Pursuant to an agreement between the parties, Plaintiff and Counter-Defendant Epic
2  Games, Inc. ("Epic") files its tentative revised list of trial witnesses, other than for impeachment or
3  additional rebuttal, reserving its rights to supplement or amend its list for good cause or in
4  response to revisions by Apple Inc. ("Apple") to Apple's witness list and other pre-trial
5  disclosures.  Epic also reserves the right to substitute deposition designations for live testimony,
6  and vice versa, including based on the availability or non-availability of any witness to appear at
7  trial.  Epic has previously filed the curricula vitae of its expert witnesses and summaries of their
8  opinions (*see* ECF No. 376), and these materials are included in the Joint Trial Readiness Binder
9  within Epic's expert reports.

DATE:  April 14, 2021

**CRAVATH, SWAINE & MOORE LLP**

*/s/    Katherine B. Forrest*
            Katherine B. Forrest

**FAEGRE DRINKER BIDDLE & REATH LLP**
PAUL J. RIEHLE (SBN 115199)
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
paul.riehle@faegredrinker.com

**CRAVATH, SWAINE & MOORE LLP**
CHRISTINE A. VARNEY (*pro hac vice*)
KATHERINE B. FORREST (*pro hac vice*)
GARY A. BORNSTEIN (*pro hac vice*)
YONATAN EVEN (*pro hac vice*)
LAUREN A. MOSKOWITZ (*pro hac vice*)
M. BRENT BYARS (*pro hac vice*)
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
cvarney@cravath.com
kforrest@cravath.com
gbornstein@cravath.com
yeven@cravath.com
lmoskowitz@cravath.com
mbyars@cravath.com

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**Fact Witnesses**

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| **Epic Witnesses** | | | | | | |
| Steve Allison, General Manager, Epic Games Store | Epic Games Store (business) | 30 minutes | 30 minutes | 10 minutes | Live, in person | Will Call |
| Andrew Grant, Engineering Fellow | Epic's membership in the Apple Developer Program; engineering and development of Epic's products for various platforms; Epic Direct Payment on iOS | 1 hour | 30 minutes | 10 minutes | Live, in person | Will Call |
| Thomas Ko, Senior Director, Head of Online Business Strategy and Operations | Epic's payment processing services; Apple's payment processing services; Epic Direct Payment on iOS | 30 minutes | 15 minutes | 15 minutes | Live, in person | Will Call |
| Tim Sweeney, Founder and Chief Executive Officer | Epic's history and business; Epic's business discussions with Apple and Google; Epic Direct Payment on iOS; App | 4 hours | 3 hours | 40 minutes | Live, in person | Will Call |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| | Store policies and practices; Epic's marketing and promotional activities; Epic's efforts to compete in app distribution and in-app payment processing | | | | | |
| Matthew Weissinger, Vice President, Marketing | Epic's marketing and promotional activities; marketing and promotional support services offered by video game consoles and mobile operating system providers, including Apple | 1 hour | 30 minutes | 15 minutes | Live, in person | Will Call |
| Document custodian[1] | Admission of business records and other documents in Epic's possession, as necessary | 5 minutes | | | Live, in person or may request leave to appear remotely. | May Call |

---

[1] Epic expects that the parties will meet and confer regarding, and potentially stipulate to, the admission of business records and other documents, but Epic reserves its right to call witnesses to support the admission of business records and other documents, if necessary.

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| **Apple Witnesses** | | | | | | |
| Matt Fischer, Vice President, App Store | App Store business strategy; App Store financial performance; App Store policies and practices; Apple's market power over iOS developers; and/or the subjects of designated testimony | 1 hour and 30 minutes | 1 hour | 30 minutes | Live, in person or by Deposition Designation | Will Call/Use |
| Trystan Kosmynka, Senior Director, App Review | App Store review policies and practices; iOS and macOS engineering, security and privacy issues; and/or the subjects of designated testimony | 45 minutes | 2 hours | 30 minutes | Live, in person or by Deposition Designation | Will Call/Use |
| Document custodian | Admission of business records and other documents in Apple's possession, as necessary | 5 minutes | | | Live | May Call |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Eddy Cue, Senior Vice President, Internet Software and Services | The subjects of designated testimony, which include: lack of competition among mobile devices and mobile operating system software; App Store business strategy; App Store financial performance; current and historical App Store policies and practices; Apple's prior antitrust violations | 1 hour[2] | 10 minutes | | Deposition Designation | Will Use |
| Craig Federighi, Senior Vice President, Software Engineering | The subjects of designated testimony, which include: iOS and macOS engineering, security, privacy and competition issues; App Store policies and practices | 30 minutes | 5 minutes | | Deposition Designation | Will Use |

---

[2] Epic expects the length of direct examination for witnesses that Epic calls by deposition designation to be cut by approximately 50% to the extent that Epic is not required to play deposition testimony that is simply for the purpose of sponsoring a document.

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Scott Forstall, Senior Vice President, iOS Software (former) | The subjects of designated testimony, which include: iOS and macOS engineering, security, privacy and competition issues; historical App Store policies and practices; Apple's in-app purchasing function | 1 hour | 10 minutes | | Deposition Designation | Will Use |
| Eric Friedman, Head of Fraud Engineering, Algorithms, and Risk | The subjects of designated testimony, which include: App Store review process; fraud and other abuse in Apple's ecosystem | 30 minutes | 5 minutes | | Deposition Designation | Will Use |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Eric Gray, Director, Commerce, Subscriptions & Pricing | The subjects of designated testimony, which include: inefficiencies and lack of integration of Apple's payment processing services; app pricing and inelasticity of demand; fraud and other abuse in Apple's ecosystem | 45 minutes | 5 minutes | | Deposition Designation | Will Use |
| C.K. Haun, Senior Director, Developer Technical Services | The subjects of designated testimony, which include: App Store review policies and practices; iOS and macOS engineering, security and privacy issues | 45 minutes | 5 minutes | | Deposition Designation | Will Use |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Ron Okamoto, Vice President, Worldwide Developer Relations (former) | The subjects of designated testimony, which include: benefits Apple receives from other software developers, including Epic; Apple's market power over iOS developers | 15 minutes | 5 minutes | | Deposition Designation | Will Use |
| Carson Oliver, Director of Business Management, App Store | The subjects of designated testimony, which include: App Store policies and practices; Apple's market power over iOS developers | 10 minutes | 5 minutes | | Deposition Designation | Will Use |
| Shaan Pruden, Senior Director of Partnership Management and Worldwide Developer Relations | The subjects of designated testimony, which include: benefits that Apple receives from other software developers, including Epic | 15 minutes | 5 minutes | | Deposition Designation | Will Use |

EPIC GAMES, INC.'S TENTATIVE REVISED TRIAL WITNESS LIST
Case No. 4:20-cv-05640-YGR-TSH
- 9 -

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Mark Rollins, Finance Manager | The subjects of designated testimony, which include: Apple financials; App Store profit and loss statements | 10 minutes | | | Deposition Designation | Will Use |
| Phillip Shoemaker, Technology Director, App Review (former) | The subjects of designated testimony, which include: historical App Store review policies and practices | 45 minutes | | | Deposition Designation | Will Use |
| **Third-Party Witnesses** | | | | | | |
| Vivek Sharma, Vice President, Gaming, Facebook, Inc. | App distribution; Apple restrictions on iOS app distribution; App Store review process; interactions with Apple | 45 minutes | 1 hour | 15 minutes | Mr. Sharma is expected to request to appear remotely. | Will Call |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Lori Wright, Vice President, Xbox Business Development, Microsoft Corporation | Distribution of software; Xbox video game console business and operations; Xbox cloud gaming, including xCloud and Game Pass; interactions with Apple | 90 minutes | 1 hour | 20 minutes | Intends to appear live and in person, but may request leave to appear remotely. | Will Call |
| Benjamin Simon, Founder and Chief Executive Officer, Yoga Buddhi Co. | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 45 minutes | 30 minutes | 10 minutes | Intends to appear live and in person, but may request leave to appear remotely. | Will Call |
| Shelley Gould, President, Co-Founder, Neuro-Fin Inc. d/b/a SmartStops | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 30 minutes | 30 minutes | 10 minutes | Intends to appear live and in person, but may request leave to appear remotely. | Will Call |
| Aashish Patel, Director of Product Management, | App distribution; Nvidia's GeForce Now service and business model; differences | 45 minutes | 45 minutes | 10 minutes | Live, but may request leave to appear remotely. | Will Call |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Nvidia Corporation | between streamed apps and locally hosted apps; differences between native apps and web apps; App Store review process; interactions with Apple; and/or the subjects of designated testimony | | | | | |
| Adrian Ong, Senior Vice President of Operations, Match Group | The subjects of designated testimony, which include: App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple; differences between native apps and web experiences; Match Group's payment processing capabilities; effects of Apple's 30% fee on Match Group and its users; user acquisition | 45 minutes | 5 minutes | | Deposition Designation | Will Use |

**Expert Witnesses**

| Witness | Summary of Theory and Conclusions and Bases Therefor and CV | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Susan Athey, Economics of Technology Professor, Stanford University Graduate School of Business | See expert disclosure served February 16, 2021 (ECF No. 376) | 1 hour / 40 minutes (with potential written direct) | 1.5 hours | 30 minutes | Live, in person | Will Call |
| Ned S. Barnes, Managing Director, Berkeley Research Group | See expert disclosure served February 16, 2021 (ECF No. 376) | 30 minutes / 15 minutes (with potential written direct) | 1 hour | 20 minutes | Live, in person | Will Call |
| Michael I. Cragg, Principal and Chairman, The Brattle Group | See expert disclosure served March 15, 2021 (ECF No. 376) | 1 hour and 30 minutes / 1 hour (with potential written direct) | 1 hour | 20 minutes | Live, in person | Will Call |
| David Evans, Chairman, Global Economics Group | See expert disclosures served February 16, 2021 and March 15, 2021 (ECF No. 376) | 5 hours / 3 hours (with potential written direct) | 4.5 hours | 1 hour | Live, in person | Will Call |
| Wenke Lee, Chair, College of Computing, Georgia Institute of Technology | See expert disclosures served February 16, 2021 and March 15, 2021 (ECF No. 376) | 1 hour / 30 minutes (with potential written direct) | 1 hour | 20 minutes | Live, in person | Will Call |

| Witness | Summary of Theory and Conclusions and Bases Therefor and CV | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance | "Will" Call/Use or "May" Call/Use |
|---|---|---|---|---|---|---|
| Nancy A. Mathiowetz, Professor Emerita, Department of Sociology, the University of Wisconsin-Milwaukee | See expert disclosure served March 15, 2021 (ECF No. 376) | 40 minutes / 20 minutes (with potential written direct) | 30 minutes | 20 minutes | Live, in person | Will Call |
| James Mickens, Professor of Computer Science, Harvard University | See expert disclosure served February 16, 2021 (ECF No. 376) | 1 hour 30 minutes / 1 hour 30 minutes (with potential written direct) | 1 hour | 20 minutes | Intends to appear live and in person, but may request leave to appear remotely. | Will Call |
| Peter E. Rossi, Professor of Marketing, Economics and Statistics, UCLA | See expert disclosure served February 16, 2021 (ECF No. 376) | 40 minutes / 15 minutes (with potential written direct) | 30 minutes | 20 minutes | Live, in person | Will Call |