1  KATIE TOWNSEND (SBN 254321)
2  ktownsend@rcfp.org
   REPORTERS COMMITTEE FOR
3  FREEDOM OF THE PRESS
   1156 15th Street NW, Suite 1020
4  Washington, D.C. 20005
5  Telephone: (202) 795-9300
   Facsimile: (202) 795-9310
6

7  *Counsel for Reporters Committee for*
   *Freedom of the Press and 18 Media*
8  *Organizations*

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 EPIC GAMES, INC.,                    | Case No. 4:20-cv-05640

15        *Plaintiff/Counter-Defendant,* | **NOTICE OF APPEARANCE OF**
                                         | **COUNSEL FOR REPORTERS**
16 v.                                    | **COMMITTEE FOR FREEDOM OF**
                                         | **THE PRESS AND 18 MEDIA**
17                                       | **ORGANIZATIONS**
18 APPLE INC.,

19        *Defendant/Counter-Claimant.*  | Judge: Hon. Yvonne Gonzalez Rogers

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE FOR REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18
MEDIA ORGANIZATIONS (4:20-CV-05640)**

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Katie Townsend of the Reporters Committee for Freedom of the Press, a member of the State Bar of California (SBN 254321) and admitted to practice in this Court, hereby appears on behalf of the Reporters Committee for Freedom of the Press, The Associated Press, The Atlantic Monthly Group LLC, Bloomberg L.P., The Center for Investigative Reporting (d/b/a Reveal), Dow Jones & Company, Inc., The E.W. Scripps Company, Gannett Co., Inc., The Information, KPIX-TV, MLex, National Journal Group LLC, National Press Club Journalism Institute, The National Press Club, The New York Times Company, POLITICO LLC, The Seattle Times Company, TEGNA Inc., and Vox Media, LLC, in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on their behalf. Her address, telephone, facsimile, and email are as follows:

> KATIE TOWNSEND (SBN 254321)
> ktownsend@rcfp.org
> REPORTERS COMMITTEE FOR
> FREEDOM OF THE PRESS
> 1156 15th Street NW, Suite 1020
> Washington, D.C. 20005
> Telephone: (202) 795-9300
> Facsimile: (202) 795-9310

Dated: April 16, 2021

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

/s/ Katie Townsend
Katie Townsend
*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*