KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Reporters Committee for Freedom of the Press and 18 Media Organizations*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>     *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> APPLE INC., <br><br>     *Defendant/Counter-Claimant.* | Case No. 4:20-cv-05640 <br><br> **CORPORATE DISCLOSURE STATEMENTS AND CERTIFICATE OF INTERESTED ENTITIES AND PERSONS OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 MEDIA ORGANIZATIONS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

**CORPORATE DISCLOSURE STATEMENTS AND CERTIFICATE OF INTERESTED ENTITIES AND PERSONS OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 MEDIA ORGANIZATIONS (4:20-CV-05640)**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, the below-listed entities have no known interest in this proceeding to report.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned sets forth the following disclosure statements:

The Reporters Committee for Freedom of the Press is an unincorporated association of reporters and editors with no parent corporation and no stock.

The Associated Press is a global news agency organized as a mutual news cooperative under the New York Not-For-Profit Corporation law. It is not publicly traded.

The Atlantic Monthly Group LLC is a privately-held media company, owned by Emerson Collective and Atlantic Media, Inc.  No publicly held corporation owns 10% or more of its stock.

Bloomberg L.P., the publisher of Bloomberg News, is a limited partnership. Its general partner is Bloomberg Inc., which is privately held.  No publicly held corporation owns 10 percent or more of Bloomberg L.P.'s limited partnership interests.

The Center for Investigative Reporting (d/b/a Reveal) is a California non-profit public benefit corporation that is tax-exempt under section 501(c)(3) of the Internal Revenue Code. It has no statutory members and no stock.

Dow Jones & Company, Inc. ("Dow Jones") is an indirect subsidiary of News Corporation, a publicly held company.  Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones.  News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC.  No publicly traded corporation currently owns ten percent or more of the stock of Dow Jones.

The E.W. Scripps Company, which operates a portfolio of television stations in 42 markets and owns Scripps Networks, which operates Court TV, is a publicly traded company with no parent company. No individual stockholder owns more than 10% of its stock.

Gannett Co., Inc. is a publicly traded company and has no affiliates or subsidiaries that are publicly owned.  BlackRock, Inc. and the Vanguard Group, Inc. each own ten percent or more of the stock of Gannett Co., Inc.

The Information is wholly owned by Lessin Media Co. and has no stock.

KPIX-TV is a television station owned by CBS Broadcasting Inc. serving the San Francisco Bay Area.  CBS Broadcasting Inc. is an indirect, wholly owned subsidiary of ViacomCBS Inc.  ViacomCBS Inc. is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc.  ViacomCBS Inc. is not aware of any publicly held entity owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

MLex is a global media organization and a subsidiary of LexisNexis Legal & Professional which is, in turn, a part of RELX Group.  RELX PLC, the London Stock Exchange listed shareholding vehicle, holds 52.9% of the shares in RELX Group. RELX NV, the Amsterdam Stock Exchange listed shareholding vehicle, holds 47.1% of the shares in RELX Group.

National Journal Group LLC is a privately-held media company, wholly owned by Atlantic Media, Inc.  No publicly held corporation owns 10% or more of its stock. The National Press Club Journalism Institute is a not-for-profit corporation that has no parent company and issues no stock.

The National Press Club is a not-for-profit corporation that has no parent company and issues no stock.

The New York Times Company is a publicly traded company and has no affiliates or subsidiaries that are publicly owned. No publicly held company owns 10% or more of its stock.

POLITICO LLC's parent corporation is Capitol News Company. No publicly held corporation owns 10% or more of POLITICO LLC's stock.

The Seattle Times Company: The McClatchy Company, LLC owns 49.5% of the voting common stock and 70.6% of the nonvoting common stock of The Seattle Times Company.

TEGNA Inc. has no parent company, and no publicly-held company has a 10% or greater ownership interest in TEGNA, Inc.

Vox Media, LLC has no parent corporation. NBCUniversal Media, LLC, a publicly held corporation, owns at least 10% of Vox's stock.

Dated:  April 16, 2021

/s/ Katie Townsend
Katie Townsend
*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*