KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Reporters Committee for Freedom of the Press and 18 Media Organizations*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant/Counter-Claimant.* | Case No. 4:20-cv-05640 <br><br> **DECLARATION OF KATIE TOWNSEND IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 MEDIA ORGANIZATIONS FOR TRIAL ACCESS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

I, Katie Townsend, declare as follows:

1. I am the Legal Director at the Reporters Committee for Freedom of the Press (the "Reporters Committee" or "RCFP"), an unincorporated nonprofit association located in Washington, D.C., a position I have held since May 2018. Prior to becoming RCFP's Legal Director, I was its Litigation Director; I held that position from September 2014 to May 2018.

2. I am an attorney and counsel for the Reporters Committee and 18 news media organizations (the "Media Coalition") in this matter. I am a member in good standing of the Bar of the State of California and am admitted to practice before this Court. I make this declaration in support of the Unopposed Administrative Motion of the Reporters Committee and 18 Media Organizations for Trial Access, filed herewith (the "Motion"). I have personal knowledge of the matters stated in this declaration.

3. On April 15, 2021, I sent an e-mail to counsel for Epic Games, Inc. ("Epic") and Apple Inc. ("Apple") indicating that the Media Coalition planned to file an administrative motion seeking press access to the bench trial scheduled to commence on May 3, 2021. My e-mail described the specific relief requested in the Motion filed herewith.

4. On April 15, 2021, counsel for Epic informed me that Epic took no position as to the Motion.

5. On April 15, 2021, counsel for Apple informed me that Apple "supports and embraces the Reporters Committee's proposal for additional measures to provide the press and public greater access to the trial and exhibits, to the extent possible consistent with the Court's prior rulings." Apple's counsel further stated that "Apple supports your request to have a pool reporter in the courtroom, as long as that does not reduce the number of lawyers permitted in the courtroom. Apple further supports your request that the Court make the exhibits publicly available once they are admitted into evidence."

6.  As I indicated to counsel for Epic and Apple in my e-mail of April 15, 2021, to the extent the Court agrees to provide any or all of the additional access the Media Coalition is requesting pursuant to its Motion, counsel for the Media Coalition will work with the parties to the extent needed to facilitate that access with minimal disruption to the parties and to the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th Day of April, 2021, in Washington, D.C.

/s/ Katie Townsend
Katie Townsend