UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant, Counter-claimant.* | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 MEDIA ORGANIZATIONS FOR TRIAL ACCESS** |

    Pending before the Court is the Unopposed Administrative Motion of the Reporters Committee for Freedom of the Press and 18 Media Organizations for Trial Access.

    After considering the Motion, the arguments in support thereof, and any response thereto, the Court hereby GRANTS the Motion.

    It is therefore ordered that:

1. An overflow room shall be designated within Ronald V. Dellums Federal Building and United States Courthouse where a designated number of pre-authorized members of the news media can view the proceedings via closed-circuit broadcast;
2. At least one seat in the courtroom shall be designated and reserved for a pre-authorized pool reporter each day of the trial;
3. The Court shall provide remote access to the trial proceedings, including all witness testimony and exhibits entered into evidence, to interested members of the press and public via Zoom.  The Clerk will enter on the

docket in the above-captioned matter instructions for remotely accessing the proceedings via Zoom.

4. The parties shall provide the news media with electronic access to any exhibit as—or soon as practicable after—those exhibits are entered into evidence.

Entered this ___ Day of _____, 2021.

_____
Hon. Yvonne Gonzalez Rogers