UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant.<br><br>APPLE INC.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　Counter-Defendant. | Case No.  4:20-cv-05640-YGR<br><br>**ORDER RE: UNOPPOSED ADMINISTRATIVE MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 MEDIA ORGANIZATIONS FOR TRIAL ACCESS**<br><br>Re: Dkt. No. 457 |

　　　　The Court has received an unopposed motion for trial access filed by the Reporters Committee for Freedom of the Press and Eighteen (18) Media Organizations (collectively, "Movants"). (Dkt. No. 457.)  The Court is in the process of conferring with court staff to determine the feasibility of Movants' requests for certain public access to the civil bench trial in this action given the current constraints necessitated by the coronavirus (COVID-19) pandemic.  At this time, the Court can only guarantee that public access will include audio which will be provided by telephone line accessing the Court over its Zoom platform.  The Court will fully address Movants' motion, along with the related administrative motion for access filed by the class plaintiffs in the related cases (Dkt. No. 439), at the pretrial conference to be held next week on Wednesday, April 21, 2021.

In the meantime, the Court requests input by the parties. The parties are **ORDERED** to meet and confer and provide recommendations regarding logistics for providing daily public access of the exhibits that are admitted during the course of the bench trial. These recommendations shall be filed no later than **12:30 PM PDT** on **April 19, 2021**.

**IT IS SO ORDERED.**

Dated: April 16, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**