PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant*, <br><br> vs. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH <br><br> **JOINT RESPONSE TO APRIL 16, 2021 ORDER (ECF NO. 458)** <br><br> Trial Date: May 3, 2021 <br> Time: 8:00 a.m. <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

1        Pursuant to the Court's April 16, 2021 Order (ECF No. 458), the Parties have met and conferred regarding logistics for providing daily public access to the exhibits that are admitted during the course of the trial.  The Parties recommend that the Parties jointly arrange and maintain a repository at a third-party file sharing service (*e.g.*, Box) for admitted trial exhibits.  The repository would be publicly accessible through a link that may be published by the Court and distributed by the Parties.  After an exhibit is admitted into the record, the Party introducing such exhibit may upload the exhibit to the repository, and each Party shall after the close of trial each day upload all exhibits it has introduced on that trial day and shall do so no later than 5:00 p.m.  The Parties will redact from the exhibits any specific information that has been sealed by the Court and any sensitive personal information that a Party or witness has requested to redact (*e.g.*, home addresses or telephone numbers).

| | | |
|---|---|---|
| Dated: April 19, 2021 | | CRAVATH, SWAINE & MOORE LLP |
| | | Christine A. Varney |
| | | Katherine B. Forrest |
| | | Gary A. Bornstein |
| | | Yonatan Even |
| | | Lauren A. Moskowitz |
| | | M. Brent Byars |

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:   s/Katherine B. Forrest
      Katherine B. Forrest

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Mark A. Perry
    Veronica S. Moye

  s/ Theodore J. Boutrous Jr.

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: April 19, 2021                    CRAVATH, SWAINE & MOORE LLP

                                         By:   s/ Katherine B. Forrest
                                               Katherine B. Forrest

                                         *Attorneys for Plaintiff and
                                         Counter-defendant Epic Games, Inc.*