Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-Defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>     Plaintiff and Counter-Defendant,<br><br>          v.<br><br>APPLE INC.,<br><br>     Defendant and Counterclaimant. | CASE NO. 4:20-cv-05640-YGR-TSH<br><br>**PLAINTIFF AND COUNTER-DEFENDANT EPIC GAMES, INC.'S RESPONSE TO UNOPPOSED ADMINISTRATIVE MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 MEDIA ORGANIZATIONS FOR TRIAL ACCESS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rule 7-11(b), Plaintiff and Counter-Defendant Epic Games, Inc.
2 ("Epic") submits this response to the administrative motion filed on April 16, 2021 (ECF No. 457) by
3 the Reporters Committee for Freedom of the Press, The Associated Press, The Atlantic Monthly Group
4 LLC, Bloomberg L.P., The Center for Investigative Reporting (d/b/a Reveal), Dow Jones & Company,
5 Inc., The E.W. Scripps Company, Gannett Co., Inc., The Information, KPIX-TV, MLex, National
6 Journal Group LLC, National Press Club Journalism Institute, The National Press Club, The New York
7 Times Company, POLITICO LLC, The Seattle Times Company, TEGNA Inc., and Vox Media, LLC
8 (collectively, the "Media Coalition").
9    Epic takes no position on the Media Coalition's motion. However, to the extent the Court
10 designates a seat in the courtroom for a pre-authorized pool reporter, Epic respectfully requests that the
11 Court not reduce the number of seats available to the parties.
12    With respect to the Court's order regarding the Media Coalition's motion (ECF No. 457), Epic
13 respectfully refers the Court to the joint recommendation filed by Epic and Apple Inc. (ECF No. 459).

| | |
|---|---|
| DATED: April 19, 2021 | By     /s/ Katherine B. Forrest |

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**
Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-Defendant Epic Games, Inc.*