Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc. )
) Case No: 4:20-CV-05640-YGR
) 
Plaintiff(s), ) **APPLICATION FOR ADMISSION**
) **OF ATTORNEY PRO HAC VICE**
v. ) (CIVIL LOCAL RULE 11-3)
Apple Inc. )
)
)
Defendant(s). )
)

I, Karl Huth, an active member in good standing of the bar of S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Non-Party Shelley Gould in the above-entitled action. My local co-counsel in this case is Sara G. Wilcox, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 41 Cannon Court<br>Huntington, NY 11743 | 2612 Mallory Lane<br>Santa Cruz, CA 95065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 731-9333 | (415) 676-1773 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| huth@huthreynolds.com | swilcox@huthreynolds.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: KH0000.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/20/21

APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Karl Huth is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                  October 2012

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

        KARL   HUTH      , Bar #     KH0000

was duly admitted to practice in the Court on

            November 29, 2005

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.           On    April 19, 2021
         New York, New York

   Ruby J. Krajick          By    s/ V. Bart
    Clerk of Court                Deputy Clerk