PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant*, <br><br> vs. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH <br><br> **STIPULATION AND [PROPOSED] ORDER CONCERNING OBJECTIONS TO DEPOSITION TESTIMONY** <br><br> Trial Date: May 3, 2021 <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

**STIPULATION AND [PROPOSED] ORDER CONCERNING OBJECTIONS TO DEPOSITION TESTIMONY**
Case No.: 4:20-cv-05640-YGR-TSH

WHEREAS, pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases and Pretrial Order No. 2 (ECF No. 381), the Court ordered Plaintiff and Counter-defendant Epic Games, Inc., and Defendant and Counterclaimant Apple Inc. (together, the "Parties") "to hire a retired judicial officer to resolve their objections, to the extent that there are any" to the Parties' respective deposition designations ("Deposition Objections") in the above-captioned action (the "Action");

WHEREAS, the Parties have retained the Honorable Elizabeth Laporte (Ret.), a retired Magistrate Judge for the Northern District of California who currently serves as a neutral at JAMS in San Francisco, CA, in order to assist with the resolution of Deposition Objections;

WHEREAS, consistent with the Parties' discussion with the Court during a conference on April 13, 2021, the Parties wish to document the finality of Judge Laporte's rulings for purposes of the proceedings in this Court, with each Party preserving all rights to challenge such rulings in any appeal from the final decision of this Court;

**THEREFORE, IT IS HEREBY STIPULATED** by the Parties, through their respective counsel, that:

1.  Judge Laporte shall have the authority to: (a) provide the Parties with informal guidance concerning Deposition Objections, and (b) upon the request of any Party, issue formal written rulings resolving Deposition Objections.

2.  All Deposition Objections not presented to Judge Laporte for a ruling by 10 am PT, April 21, 2021, or otherwise consensually resolved between the Parties, shall be deemed withdrawn, effective as of 12 pm PT, April 27, 2021.

3.  All final written rulings issued by Judge Laporte are deemed adopted by the Court for all purposes. All such rulings shall be deemed fully preserved for review on appeal without any further action required by either Party or the Court. For the avoidance of doubt, once a Deposition Objection has been resolved by a written ruling of Judge Laporte, no party shall object to or challenge such ruling before the Court, and no Party shall be under any obligation to

object to or challenge such ruling or to raise such Deposition Objection in any fashion either at or after trial in order for the ruling to be deemed fully preserved for appeal.

    4.  The Parties hereby waive any argument that any objection to a final written ruling of Judge Laporte has been inadequately preserved for appeal.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| Dated: April 20, 2021 | | CRAVATH, SWAINE & MOORE LLP |

        Christine A. Varney (*pro hac vice*)
        Katherine B. Forrest (*pro hac vice*)
        Gary A. Bornstein (*pro hac vice*)
        Yonatan Even (*pro hac vice*)
        Lauren A. Moskowitz (*pro hac vice*)
        M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:   /s/ *Katherine B. Forrest*
       Katherine B. Forrest
       825 Eighth Avenue
       New York, New York 10019
       Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated: April 20, 2021

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Mark A. Perry
    Veronica S. Moye
    Cynthia E. Richman
    Jay P. Srinivasan
    Ethan D. Dettmer
    Eli M. Lazarus

By:   /s/ *Ethan D. Dettmer*
       Ethan D. Dettmer
       555 Mission Street
       San Francisco, CA 94105-0921
       Telephone: (415) 393-8292

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

**STIPULATION AND [PROPOSED] ORDER CONCERNING OBJECTIONS TO DEPOSITION TESTIMONY**
Case No.: 4:20-cv-05640-YGR-TSH

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: April 20, 2021   CRAVATH, SWAINE & MOORE LLP

By:   /s/ *Katherine B. Forrest*
         Katherine B. Forrest
         825 Eighth Avenue
         New York, New York 10019
         Telephone: (212) 474-1000

*Attorneys for Plaintiff and
Counter-defendant Epic Games, Inc.*