# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/13/2021 | **Time:** 2:58pm-3:06pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Katherine Forrest and Gray Bornstein
**Attorney for Defendant:** Veronica Moye and Jay Srinivasan

**Deputy Clerk:** Frances Stone         **Court Reporter:** Raynee Mercado

## PROCEEDINGS

STATUS CONFERENCE- HELD via Zoom Webinar