# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** 4/21/2021 | **Time:** 9:00am-10:30am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Katherine Forrest and Gary Bornstein
**Attorney for Defendant:** Richard Doren and Veronica Moye
Attorneys for Class plaintiffs in related actions: Steve Berman and Rachele Byrd
Attorney for Reporters Committee for Freedom of the Press
 Motion at Dkt. 457: Katie Townsend

**Deputy Clerk:** Frances Stone              **Court Reporter:** Diane Skillman

### PROCEEDINGS
PRETRIAL CONFERENCE- HELD VIA ZOOM WEBINAR VIDEOCONFERENCE and held via the District Court Audio Streaming Pilot.