PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br>   *Plaintiff, Counter-defendant,* <br><br> vs. <br><br> APPLE INC., <br><br>   *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE BREACH OF CONTRACT COUNTERCLAIM** <br><br> Trial Date: May 3, 2021 <br> Time: 8:00 a.m. <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases, Plaintiff and Counter-defendant Epic Games, Inc. ("Epic"), and Defendant and Counterclaimant Apple Inc. ("Apple"), together, the "Parties", by and through their undersigned counsel, hereby agree and stipulate to the following:

1. Epic stipulates and agrees that Apple has proven all elements of its cause of action for breach of Epic's Apple Developer Program License Agreement with Apple (the "DPLA"), the incorporated App Store Review Guidelines, and Schedule 2 to the DPLA. *See* Counterclaims Count I (ECF No. 66 at 56-57).

2. This stipulation does not resolve the First and Second (illegal under the antitrust laws), Third (void as against public policy), or Fourth (unconscionability) affirmative defenses asserted by Epic. *See* Answer to Counterclaims (ECF No. 106 at 17).

3. If Epic is found liable for breach of contract following resolution by the Court of the affirmative defenses specified in paragraph 2, then (a) Apple would be entitled to recover damages in an amount equal to (i) 30% of the $12,167,719 in revenue Epic collected from users in the *Fortnite* app on iOS through Epic Direct Payment between August and October 2020, plus (ii) 30% of any such revenue Epic collected from November 1, 2020 through the date of judgment; and (b) Apple would be entitled to a declaration that (i) Apple's termination of the DPLA and Developer Agreement between Epic and Apple was valid, lawful, and enforceable, and (ii) Apple has the contractual right to terminate its DPLA with any or all of Epic's wholly owned subsidiaries, affiliates, and/or other entities under Epic's control at any time and at Apple's sole discretion. *See* Joint Submission Regarding Trial Elements, Legal Framework and Remedies, Appendix A (ECF No. 276-1 at 9).

4. This stipulation does not resolve any other cause of action asserted by Apple, including but not limited to its claim for indemnification under the DPLA (Counterclaims Count VII (ECF No. 66 at 63-64), or its claim for unjust enrichment (Counterclaims Count III (ECF No. 66, at 58).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 22, 2021

CRAVATH, SWAINE & MOORE LLP
  Christine A. Varney (*pro hac vice*)
  Katherine B. Forrest (*pro hac vice*)
  Gary A. Bornstein (*pro hac vice*)
  Yonatan Even (*pro hac vice*)
  Lauren A. Moskowitz (*pro hac vice*)
  M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
  Paul J. Riehle

By:   /s/ *Katherine B. Forrest*
  Katherine B. Forrest
  825 Eighth Avenue
  New York, New York 10019
  Telephone: (212) 474-1000

  *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated:  April 22, 2021

GIBSON, DUNN & CRUTCHER LLP
  Theodore J. Boutrous Jr.
  Richard J. Doren
  Daniel G. Swanson
  Mark A. Perry
  Veronica S. Moye
  Cynthia E. Richman
  Jay P. Srinivasan
  Ethan D. Dettmer
  Eli M. Lazarus

By:   /s/ *Richard J. Doren*
  Richard J. Doren
  333 South Grand Avenue
  Los Angeles, CA 90071
  Telephone: (213) 229-7000

  *Attorneys for Defendant and Counterclaimant Apple Inc.*

1  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO
2  ORDERED.

3

4  DATED:  April 23, 2021                    _____
                                              HON. YVONNE GONZALEZ ROGERS
5                                             United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated:  April 22, 2021　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/  Richard J. Doren
　　　　　　　　　　　　　　　　　　　　　　　Richard J. Doren

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant and*
　　　　　　　　　　　　　　　　　　　　*Counterclaimant Apple Inc.*