Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

*Interim Lead Class Counsel in* Cameron, et. al v. Apple Inc.*, Case No. 4:19-cv-03074-YGR*

Rachele R. Byrd (190634)
Brittany N. Dejong (258766)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
dejong@whafh.com

Mark C. Rifkin (*pro hac vice*)
Matthew M. Guiney (*pro hac vice*)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs* in In re Apple iPhone Antitrust Litig. *Case No. 4:11-cv-06714-YGR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-Defendant <br><br> v. <br><br> APPLE INC. <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **CLASS PLAINTIFFS' RESPONSE TO COURT'S ORDER RE: IN-PERSON ATTENDANCE AT TRIAL** |

010818-11/1496412 V1

1    Pursuant to the Court's Pretrial Order No. 4 in *Epic Games, Inc. v. Apple Inc.*, N.D. Cal. No.
2    4:20-cv-05640-YGR, counsel for the developer plaintiffs in *Cameron v. Apple Inc.*, N.D. Cal. No.
3    4:19-cv.03074-YGR, and counsel for the consumer plaintiffs in *In re Apple iPhone Antitrust*, N.D.
4    Cal. No. 4:11-cv-06714-YGR, have met and conferred amongst themselves to determine the manner
5    in which they will share the one seat the Court has reserved for attorneys for class plaintiffs during
6    the *Epic v. Apple* trial.

7    With the understanding that trial may last from 15-17 days, counsel have agreed to split the
8    trial days evenly. More specifically—and subject to changes as may be needed and agreed to
9    between counsel—class counsel have agreed, and respectfully propose, that they will attend as
10   follows:

11   Week 1: M-W: developer counsel; Th-F: consumer counsel;

12   Week 2: M-W: consumer counsel; Th-F: developer counsel;

13   Week 3: M-W: developer counsel; Th-F: consumer counsel;

14   Week 4 (if trial is ongoing): split evenly between consumer and developer counsel.

15   At the Court's request, class counsel will be prepared to let the Court's designated staff know
16   the identity of the attorney who will appear in advance of each upcoming trial date.

17   Additionally, certain attorneys for class plaintiffs intend to listen on the dedicated telephone
18   line that the Court is making available for them and the press.

20   DATED: April 23, 2021                HAGENS BERMAN SOBOL SHAPIRO LLP

22                                        By   */s/ Steve W. Berman*
                                              STEVE W. BERMAN (*pro hac vice*)
23                                        Robert F. Lopez (*pro hac vice*)
                                          1301 Second Avenue, Suite 2000
24                                        Seattle, WA 98101
                                          Telephone: (206) 623-7292
25                                        Facsimile: (206) 623-0594
                                          steve@hbsslaw.com
26                                        robl@hbsslaw.com

010818-11/1496412 V1

|   |   |
|---|---|
| 1 | Shana E. Scarlett (SBN 217895) |
| 2 | Benjamin J. Siegel (SBN 260260) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA 94710 |
| 4 | Telephone: (510) 725-3000 |
|   | Facsimile:  (510) 725-3001 |
| 5 | shanas@hbsslaw.com |
|   | bens@hbsslaw.com |

*Interim Lead Class Counsel in*
Cameron, et. Al v. Apple Inc.,
*Case No. 4:19-cv-03074-YGR*

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By    */s/ Rachele R. Byrd*
     RACHELE R. BYRD (190634)
Brittany N. Dejong (258766)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
dejong@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs in* In re Apple iPhone Antitrust Litig.,
*Case No. 4:11-cv-06714-YGR*

010818-11/1496412 V1

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Steve W. Berman*
STEVE W. BERMAN

010818-11/1496412 V1