Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epic Games, Inc.<br><br>                          Plaintiff(s),<br><br>    v.<br>Apple Inc.<br><br>                         Defendant(s). | Case No: 4:20-CV-05640-YGR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER<br>(CIVIL LOCAL RULE 11-3) |

    I, Karl Huth, an active member in good standing of the bar of S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Non-Party Shelley Gould in the above-entitled action. My local co-counsel in this case is Sara G. Wilcox, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 41 Cannon Court<br>Huntington, NY 11743 | 2612 Mallory Lane<br>Santa Cruz, CA 95065 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 731-9333 | (415) 676-1773 |
| My email address of record: | Local co-counsel's email address of record: |
| huth@huthreynolds.com | swilcox@huthreynolds.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: KH0000.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/20/21

APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Karl Huth is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/23/2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
YVONNE GONZALEZ ROGERS

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

　　　　　KARL   HUTH　　　　, Bar # 　　　KH0000　　　

was duly admitted to practice in the Court on

　　　　　November 29, 2005　　　　　

and is in good standing as a member of the Bar of this Court

Dated at　　500 Pearl St.　　　　　　　　On　　　April 19, 2021　　
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　By　　s/ V. Bart　　
　　Ruby J. Krajick　　　　　　　　　　　　　Deputy Clerk
　　Clerk of Court