Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Epic Games, Inc.

Plaintiff(s),

v.

Apple Inc.

Defendant(s).

Case No: 4:20-cv-05640 YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER
(CIVIL LOCAL RULE 11-3)

I, Matthew John Reynolds, an active member in good standing of the bar of the S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: non-Party Shelley Gould in the above-entitled action. My local co-counsel in this case is Sara G. Wilcox, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 7800 Grampian Court<br>Chesterfield, VA 23838 | 2612 Mallory Lane<br>Santa Cruz, CA 95065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (646) 872-9353 | (415) 676-1773 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| reynolds@huthreynolds.com | swilcox@huthreynolds.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MR5740.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:

Matthew John Reynolds
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew John Reynolds is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/23/2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
YVONNE GONZALEZ ROGERS

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__MATTHEW JOHN REYNOLDS__, Bar # __MR5740__

was duly admitted to practice in the Court on

__March 20, 2007__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __April 19, 2021__
New York, New York

Ruby J. Krajick          By    s/ V. Bart
Clerk of Court                  Deputy Clerk