PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **PLAINTIFF EPIC GAMES, INC.'S SUPPLEMENTAL LIST OF SUMMARY EXHIBITS** <br><br> The Honorable Yvonne Gonzalez Rogers |

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases and the Court's Order Regarding Pretrial Schedule (Dkt. 377), Plaintiff and Counter-defendant Epic Games, Inc. ("Epic"), by and through its undersigned counsel, hereby submits its supplemental exhibit list regarding summary exhibits pursuant to Federal Rule of Evidence 1006.  Plaintiff submits its summary exhibits using PX-1000 to PX-1093 and its responsive summary exhibits using PX-2944 to PX-2946.  The parties are continuing to meet and confer regarding the admissibility of exhibits.

**EPIC'S EXHIBIT LIST**

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-1000 | Estimate of Apple App Store Operating Margin Percentage - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | FRE 403; FRE 702; FRE 703 | |
| PX-1001 | Apple FY2018 10-K Reconciliation - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | Does not comport with FRE 1006 | |
| PX-1002 | eBay Inc. Consolidated Statement of Income - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | FRE 402; FRE 802 | |
| PX-1003 | Estimated Allocation of Additional OPEX to App Store - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | Does not comport with FRE 1006; FRE 403; FRE 702; FRE 703 | |
| PX-1004 | Etsy, Inc. Consolidated Statement of Operations - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | FRE 402; FRE 802 | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-1005 | MercadoLibre, Inc. Consolidated Statements of Income - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | FRE 402; FRE 802 | |
| PX-1006 | Operating Margin Percentages for Select Pure Online Marketplaces - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | FRE 402; FRE 802 | |
| PX-1007 | Rakuten, Inc. Income from Operations Internet Services Segment - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | FRE 402; FRE 802 | |
| PX-1008 | Alibaba Group Income from Operations Core Commerce Segment - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes | | FRE 402; FRE 802 | |
| PX-1009 | Figure 6: Fortnite Monthly Active Users by Platforms Played On Per Month - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602 | |
| PX-1010 | Figure 7: Fortnite Monthly Active Users by Platform - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602 | |
| PX-1011 | Figure 8: Cross- Platform Weekly Active Users for Fortnite Players on Switch - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602 | |
| PX-1012 | Figure 9: Average Quarterly App Downloads per Active iOS Device, 2016-2020 - Epic Summary Pursuant to | Cragg | | FRE 602; FRE 802; FRE 805 | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | Federal Rule of Evidence 1006 | | | | |
| PX-1013 | Figure 10: Distribution of iOS App Downloads for U.S. Users, 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | | |
| PX-1014 | Figure 11: App Store's EBIT Margin Versus Benchmark Companies - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 402; FRE 403; FRE 602; FRE 702; FRE 703; FRE 802; FRE 805 | |
| PX-1015 | Figure 12: Apple App Store's CAGR and EBIT Margin Versus Benchmarks - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 402; FRE 403; FRE 602; FRE 702; FRE 703; FRE 802; FRE 805 | |
| PX-1016 | Figure 13: Persistence in EBIT Profit Margins - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 402; FRE 403; FRE 602; FRE 702; FRE 703; FRE 802; FRE 805 | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-1017 | Figure 14: Commission Rates on All App Store Transactions, Including Sponsored Ads - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 702; FRE 703 | |
| PX-1018 | Figure 15: Commission Rates on App Store Initial Downloads, Including Sponsored Ads - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 702; FRE 703 | |
| PX-1019 | Figure 16: Top 10 App Store Apps for Keyword Query "Dropbox," January 2017 - December 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 802 | |
| PX-1020 | Figure 17: Top 10 App Store Apps for Keyword Query "Onedrive," January 2017 – December 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 802 | |
| PX-1021 | Table 1: U.S. Installed Base for iOS and Nintendo Switch, 2019 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 802; FRE 805; Does not comport with FRE 1006 | |
| PX-1022 | Figure 1: Fortnite Minutes Played by Platform Users who Played on Both iOS & Switch in June 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-1023 | Figure 2: Fortnite Minutes Played by Platform Users who Played on Both iOS & Switch in June 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | | |
| PX-1024 | Table 3: Statistical Test For A Change In Fortnite Play Time Associated With A Second Game Playing Platform - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602 | |
| PX-1025 | Figure 4: 2020 US Video Game Revenue Breakdown and Total - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 802 | |
| PX-1026 | Figure 5: Relative Popularity of Video Game Genres and Categories Played on Different Platforms - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 802; FRE 805 | |
| PX-1027 | Table 4: Statistical Test For Complementary And Substitute Game Playing Platforms Among Fortnite Users - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 702; FRE 703; FRE 602 | |
| PX-1028 | Table 5: Summary of Hitt Exhibits 11, 9 and 12 (Millions of Users) - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006 | |
| PX-1029 | Table 6: Hardware Components of Mobile and Non-Mobile Devices - Epic | Cragg | | FRE 602; FRE 802 | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | Summary Pursuant to Federal Rule of Evidence 1006 | | | | |
| PX-1030 | Table 7: Popular Games by Platform - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 802; FRE 805 | |
| PX-1031 | Table 8: Comparison of Major Video Game Platforms - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 802; FRE 805 | |
| PX-1032 | Table 9: Development Costs for Mobile and Non-Mobile Games - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 802; FRE 805 | |
| PX-1033 | Table 10: Top PC Games with Mobile Cross-Play, February 2021 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 802; FRE 805 | |
| PX-1034 | Table 11: Percent of Fortnite Players Who Have Played on Each Platform - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602 | |
| PX-1035 | Table 12: Percent of Fortnite Players Who Have Played on Multiple Platforms - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602 | |
| PX-1036 | Table 13: Top 10 Highest Grossing iOS Apps as a Percent of Total App Revenues, Fiscal Year 2019 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-1037 | Table 14: Top 10 iOS App Downloads as a Percent of All App Downloads, 2019 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | | |
| PX-1038 | Table 15: Apple App Store Financial Performance (2013-2020) - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 702; FRE 703 | |
| PX-1039 | Table 16: Effect of Adding a Second Platform On Original Platform Play Time (Log-Hours per Week) - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703 | |
| PX-1040 | Table 17: Effect of Adding a Second Platform on Total Play Time (Log-Hours per Week) - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703 | |
| PX-1041 | Table 18: Mobile Video Games Genres - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703; FRE 802; FRE 805 | |
| PX-1042 | Table 19: PC/Console Video Games Genres - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703; | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | | | | FRE 802; FRE 805 | |
| PX-1043 | Table 20: Game Genres and Categories Played Across Platforms - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 802; FRE 805 | |
| PX-1044 | Table 21: App Store Comparable Companies - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 402; FRE 403; FRE 602; FRE 802; FRE 805 | |
| PX-1045 | Table 2: Summary Statistics of US Fortnite Players By Platform - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602 | |
| PX-1046 | Analysis of Fortnite User Time Usage Behavior Following the Launch of Fortnite on Switch - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703; FRE 802 | |
| PX-1047 | App Store Apps, Total Apple Commissions, and Estimated Purchase Volume - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 702; FRE 703; FRE 802 | |
| PX-1048 | App Store Operating Margin - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 802 | |
| PX-1049 | Apple App Store P&L, 2013-2020 - Epic Summary | Evans | | Does not comport | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
|  | Pursuant to Federal Rule of Evidence 1006 |  |  | with FRE 1006 |  |
| PX-1050 | Apple Average U.S. Effective Commission Rate - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans |  | FRE 702; FRE 703; FRE 802 |  |
| PX-1051 | Change in iOS Fortnite Users Gameplay Time After Developer Account Termination - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans |  | FRE 602; FRE 702; FRE 703; FRE 802 |  |
| PX-1052 | Change in iOS Fortnite Users Monetary Spending After Developer Account Termination - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans |  | FRE 602; FRE 702; FRE 703; FRE 802 |  |
| PX-1053 | Feature Phones and Smartphones Share of Mobile Phone Units Sold, High Income Countries - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans |  | FRE 602; FRE 802 |  |
| PX-1054 | Fortnite Users Play All or Nearly All of their Game Minutes on a Single Platform - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans |  | FRE 602; FRE 702; FRE 703; FRE 802 |  |
| PX-1055 | IDC Data Summary Statistics - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans |  | FRE 106; FRE 602; FRE 802 |  |
| PX-1056 | Implied Average Price Increase Caused by Apples IAP Requirement for Online In-App Transactions at Alternative Diversion Rates - Epic Summary Pursuant to | Evans |  | Does not comport with FRE 1006; FRE 702; FRE 703 |  |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | Federal Rule of Evidence 1006 | | | | |
| PX-1057 | iOS and Android Share of Smartphone App Revenue for the App Store and Google Play - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 702; FRE 703; FRE 802 | |
| PX-1058 | iOS and Android Share of Smartphone Revenue Summarized by Countries Level of Economic Development, Globally Excluding China - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1059 | iOS and Android Share of Smartphone Revenue, Globally Excluding China - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1060 | iOS Share of Smartphone Revenue for Smartphones Priced $300 or More, Globally Excluding China - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1061 | iOS Share of Smartphone Sales for Smartphones Priced $300 or More - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1062 | iOS Share of Smartphone Sales, Globally Excluding China - Epic Summary | Evans | | FRE 602; FRE 802 | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | Pursuant to Federal Rule of Evidence 1006 | | | | |
| PX-1063 | iOS Share of Smartphone Sales - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1064 | iPhone's Share From 2010 to 2019 in Different Regions - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1065 | Analysis of Fortnite User Purchase Behavior Following the Launch of Fortnite on Switch - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 702; FRE 703; FRE 802 | |
| PX-1066 | Operating Margin (Percent) for Online Marketplaces, 2013-2019 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 702; FRE 703; FRE 802 | |
| PX-1067 | Operating Systems Share of Smartphone Revenue, Globally Excluding China - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1068 | Percent of iOS and Android Unit Sales Accounted for by Handsets in Different Price Ranges During 2019, Globally Excluding China - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1069 | Percentage of the Top 50 iOS Game Apps in Hitt's Exhibit 2 That Are Currently Available on Gaming Console Platforms - Epic | Evans | | Does not comport with FRE 1006; | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | Summary Pursuant to Federal Rule of Evidence 1006 | | | FRE 702; FRE 703 | |
| PX-1070 | Proportion of Internet - Using Adults That Own a Smartphone, Spring 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006 | |
| PX-1071 | Proportion of iPhone Buyers During Apples 2020 FQ4 that Own and Use Other Apple Products - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1072 | Proportion of iPhone Owners During Apples 2020 FQ1 that Use Apple Services - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1073 | Proportion of iPhone Owners During Apples 2020 FQ4 that Own and Use Other Apple Products - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602; FRE 802 | |
| PX-1074 | Proportion of Mobile Internet Time Spent on Apps vs. Web Browsers, June 2019 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 802 | |
| PX-1075 | Proportion of Online Time Spent Using Mobile Devices, June 2019 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 802 | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-1076 | Proportion of Worldwide Internet Users Who Access App Categories Using Mobile Devices Only - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 802 | |
| PX-1077 | R&D as a Percentage of Total Revenue Apple iTunes and Other Online Marketplaces - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 402; FRE 802 | |
| PX-1078 | Response of IAP Spenders to a 5 Percent Increase in IAP Prices - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 802; FRE 805 | |
| PX-1079 | Results from Difference in Differences Econometric Study of Fortnite Monetary Spending - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703; FRE 802 | |
| PX-1080 | Results from Difference in Differences Econometric Study of Fortnite Time Usage - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703; FRE 802 | |
| PX-1081 | Selected Online Marketplaces - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 402; FRE 602; | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | | | | FRE 702; FRE 703; FRE 802; FRE 805 | |
| PX-1082 | Summary of Fortnite Time Usage by Device, September 12, 2017 - August 12, 2020 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 602 | |
| PX-1083 | Top 1 Percent of iOS Apps and Top 50 iOS Apps Shares of Downloads and Revenue - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | FRE 802 | |
| PX-1084 | Top Android App Stores in China - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Evans | | Does not comport with FRE 1006; FRE 802 | |
| PX-1085 | Statistics on IAP Spending in Survey and Apple Transaction Data - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; FRE 802; FRE 805 | |
| PX-1086 | Gender and Age Distribution of Initial Sample vs U.S. Census - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; FRE 802; FRE 805 | |
| PX-1087 | Geographic Distribution of Initial Sample vs U.S. Census - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; FRE 802; FRE 805 | |
| PX-1088 | Summary of Survey Results - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| | | | | FRE 802; FRE 805 | |
| PX-1089 | Switching Behavior - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; FRE 802; FRE 805 | |
| PX-1090 | Summary of Initial Spending and Reduction - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; FRE 802; FRE 805 | |
| PX-1091 | Distribution of iPhone Models - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; FRE 802; FRE 805 | |
| PX-1092 | Education Distribution of Initial Sample vs U.S. Census - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Rossi | | Does not comport with FRE 1006; FRE 802; FRE 805 | |
| PX-1093 | Figure 3: Global Revenue for Mobile, PC, and Console Game Playing, 2020 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | Does not comport with FRE 1006; FRE 602; FRE 702; FRE 703; FRE 802 | |
| PX-2944 | Total Worldwide Fortnite iOS Time Played, by User Accounts that Accessed Fortnite on an iOS device in June 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 703 (Expert analyses not disclosed during discovery); FRE 802 | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| PX-2945 | Total Worldwide Fortnite iOS Time Played, by User Accounts that Accessed Fortnite on an iOS device in June 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 602; FRE 703 (Expert analyses not disclosed during discovery); FRE 802 | |
| PX-2946 | Total Worldwide Fortnite iOS Time Played, by User Accounts that Accessed Fortnite on an iOS device in June 2018 - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Cragg | | FRE 703 (Expert analyses not disclosed during discovery) | |

DATE: April 25, 2021

**CRAVATH, SWAINE & MOORE LLP**

<u>*/s/ Brent Byars*</u>
  Brent Byars

**FAEGRE DRINKER BIDDLE & REATH LLP**
PAUL R. RIEHLE (SBN 115199)
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
paul.riehle@faegredrinker.com

**CRAVATH, SWAINE & MOORE LLP**
CHRISTINE A. VARNEY (*pro hac vice*)
KATHERINE B. FORREST (*pro hac vice*)
GARY A. BORNSTEIN (*pro hac vice*)
YONATAN EVEN (*pro hac vice*)
LAUREN A. MOSKOWITZ (*pro hac vice*)
M. BRENT BYARS (*pro hac vice*)
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
cvarney@cravath.com
kforrest@cravath.com
gbornstein@cravath.com
yeven@cravath.com
lmoskowitz@cravath.com
mbyars@cravath.com

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*