THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092;
appearance *pro hac vice*)
  vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:    214.698.3100
Facsimile:    214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile:   202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

Attorneys for Defendant, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | CASE No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE**<br><br>Trial Date: May 3, 2021<br>Time: 8:00 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE – CASE NO. 4:20-cv-05640-YGR-TSH

## DEFENDANT'S REQUEST TO USE ELECTRONIC AND OTHER CERTAIN EQUIPMENT AT TRIAL

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases paragraph 8(b) and the Court's Pretrial Order No. 3 paragraph (9), Defendant Apple Inc. hereby requests the Court permit Defendant to use the following equipment at trial:

1. Ten (10) headsets with built-in microphones;
2. Six (6) lapel microphones with digital encryption;
3. Four (4) computer monitors;
4. Two (2) HDMI switchboxes;
5. Two (2) mobile hotspot;
6. Two (2) laser pointers;
7. One (1) LCD projector;
8. One (1) projector screen;
9. One (1) printer;
10. One (1) external speaker;
11. One (1) 8-channel audio mixer;
12. Physical exhibits and demonstratives such as computers, gaming consoles, mobile devices and cellular phones;
13. Multiple cables (HDMI, USB, XLR, audio extension and power cables of various lengths);
14. Multiple laptop computers (with power supplies, external hard drives, peripherals, connection cables, extension cords and power strips);
15. Multiple cell phones;
16. Multiple iPads;
17. Four (4) rolling bookcases;
18. Four (4) whiteboards and various markers;
19. Two (2) tables;
20. Two (2) folding chairs;

Gibson, Dunn & Crutcher LLP

1
[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE – CASE NO. 4:20-cv-05640-YGR-TSH

1  21.  Two (2) easels;

2  22.  Gaffers tape.

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE – CASE NO. 4:20-CV-05640-YGR-TSH

# [PROPOSED] ORDER

After reviewing Defendant's request to use electronic and other certain equipment at trial, the Court finds good cause to grant Defendant's request to bring the items listed therein into the courthouse and courtroom.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

3
[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE – CASE NO. 4:20-cv-05640-YGR-TSH