UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| Plaintiff, Counter-defendant | **[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DX-3891** |
| v. | |
| APPLE INC., | |
| Defendant, Counterclaimant. | |

Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Administrative Motion to Seal DX-3891 (the "Motion").

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Accordingly,

(1) The unredacted version of the document sought to be sealed by the Motion shall remain under seal;

(2) If the exhibit is admitted at trial, it shall be admitted under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| DX-3891 | [N/A] | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge