# Document Filed Entirely Under Seal