THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (Texas Bar No. 24000092; *pro hac vice*)
vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant, APPLE INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | CASE NO. 20-CV-05640-YGR <br><br> **APPLE INC.'S SECOND REVISED TENTATIVE WITNESS LIST** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

Pursuant to Pretrial Order No. 4 (ECF No. 371) and the Court's Standing Order re: Pretrial Instructions in Civil Cases, Defendant and Counterclaimant Apple Inc. ("Apple") serves its Second Revised Tentative Trial Witness List, other than for impeachment or rebuttal, reserving its rights to supplement or amend its list for good cause or in response to Epic Games, Inc.'s ("Epic") witness list and/or other pre-trial disclosures. Apple also reserves the right to substitute deposition designations for live testimony, and vice versa, including based on the availability or non-availability of any witness to appear at trial.

DATE: April 26, 2021

**GIBSON DUNN & CRUTCHER LLP**

<u>/s/   Richard J. Doren</u>
        Richard J. Doren

*Attorney for Defendant and Counterclaimant Apple Inc.*

**APPLE WITNESS LIST**

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| **Apple Witnesses** | | | | | |
| Tim Cook, Chief Executive Officer*[1] | Apple's corporate values; Apple's business and operations; development and launch of the App Store; competition faced by Apple. | 1 hour | 30 minutes | 10 minutes | Live, in person |
| Craig Federighi, Senior Vice President, Software Engineering* | iOS operating system; competition faced by Apple; Apple's investment and efforts to combat malware, spyware, and other issues relating to app security and iOS device user protection. | 2 hours | 1 hour | 10 minutes | Live, in person |
| Matt Fischer, Vice President, App Store | Marketing of apps available in the App Store; competitors and competition in the sale of apps and the different app marketplaces; Apple's business | *See* Epic's list for estimated lengths of examinations. | | | Live, in person |

---

[1] Primary witnesses who are not included only as a precautionary measure are denoted with an asterisk.

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| | relationships with app developers. | | | | |
| Eric Gray, Director, Commerce & Payments* | Design and operation of Apple's payment processing policies and practices. | 1 hour | 15 minutes | 5 minutes | Live, in person |
| Trystan Kosmynka, Senior Director, Marketing* | App Store policies and guidelines; Apple's app review and curation process and procedures; Apple's investment in efforts to protect iOS device users' safety and privacy. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Phil Schiller, Apple Fellow* | Apple's business and operations; Development and launch of the App Store; App Store policies and guidelines; the App Store business model; the App Store commission; app distribution; iOS operating system; competition faced by Apple; design, development, launch, and marketing of the iPhone. | 6 hours | 3 hours | 1 hour | Live, in person |
| Michael Schmid, Head of Game | The tools, services, and benefits that Apple provides to | 1 hour | 30 minutes | 5 minutes | Live, in person. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Business* Development, App Store | developers, including to Epic; Apple's relationship with Epic, Epic's breaches of its agreements with Apple, and Epic's other misconduct. | | | | |
| Document Custodian | Admission of business records and other documents in Apple's possession, as necessary | 5 minutes | | | Live, in person or may request leave to appear remotely. |
| **Epic Witnesses** | | | | | |
| Steve Allison, General Manager, Epic Games Store | The Epic Games Store business model and financial projections; the Epic Games Store's revenue split; the Epic Games Store's market share. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person, or by deposition designation. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Andrew Grant, Engineering Fellow | Enforcement of platform rules; *Fortnite* anti-cheat measures; the importance to Apple's brand of protecting user privacy and security; Epic's use of Apple-provided tools and services; Epic's interest in workarounds to undercut Apple's 30% commission; Epic's efforts to subvert app review; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person, or by deposition designation. |
| Joseph Kreiner, Vice President, Business Development | Benefits of cross-platform play; Epic's relationships with console manufacturers, including contractual terms, commissions paid by Epic, and payment processing terms; fraud on the Epic Games Store. | 30 minutes | 10 minutes | NA | Deposition Designation. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Thomas Ko, Senior Director, Head of Online Business Strategy and Operations | Epic's relationship with Samsung, including Epic's contracts with Samsung, commissions paid to Samsung, and communications with Samsung; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person, or by deposition designation. |
| Mark Rein, Vice President, Business Development | The Epic Games Store business model and commission; benefits of Apple marketing and other support provided to Epic; Epic's plans and practices concerning distribution through iOS, competing platforms, and alternative channels; Epic's campaign against app stores. | 15 minutes | 5 minutes | NA | Deposition Designation. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Tim Sweeney, Chief Executive Officer* | Epic's business model, operations, and strategy; Epic's financial performance; Epic's dealings with Apple and competing platforms, including commissions paid; Epic Games Store profitability; Epic's relationship with Samsung, including Epic's contracts with Samsung, commissions paid to Samsung, and communications with Samsung; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Daniel Vogel, Chief Operating Officer | Epic's exploration of sideloading on iOS and Android; Epic's launch of *Fortnite* outside of the Google Play Store; security of *Fortnite* and the Epic Games Store, including the Xsolla payment processor; concerns over cross-platform arbitrage of "V-bucks" purchases; Epic's attempts to avoid Apple's App Store review process; Epic's campaign against app stores. | 15 minutes | 5 minutes | NA | Deposition Designation. |
| Matthew Weissinger, Vice President, Marketing | Epic's pricing and marketing activities, including as to *Fortnite*; *Fortnite*'s profit margin; *Fortnite*'s weaknesses on mobile systems relative to game consoles; Epic's campaign against app stores. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person, or by deposition designation. |
| Document Custodian | Admission of business records and other documents in Epic's possession, as necessary | 5 minutes | | | Live, in person or may request leave to appear remotely. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Joseph Babcock, Former Chief Financial Officer | Epic's financial performance; Epic's business model and strategy; Epic's dealings with Apple and competing platforms, including commissions paid; Epic Games Store profitability. | 15 minutes | 5 minutes | N/A | Deposition Designation |
| Haseeb Malik, Marketing Manager (former Epic) | Tools, services, and benefits that Apple provided to Epic; platforms on which Epic makes its games available; Epic's campaign against app stores. | 15 minutes | 5 minutes | N/A | Deposition Designation |
| David Nikdel, Lead, Online Gameplay Systems | Engineering and technology benefits received from Apple; quality of non-iOS platforms; Epic's direct payment hotfix. | 15 minutes | 5 minutes | N/A | Deposition Designation |
| Nick Penwarden, Vice President, Engineering | The Unreal Engine business model; iOS and Android proprietary software and tools; engineering support from Apple; cross-platform play. | 15 minutes | 5 minutes | N/A | Deposition Designation |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Alec Shobin, Senior Marketing Manager | Marketing for mobile games; the App Store review process; Epic's campaign against app stores. | 15 minutes | 5 minutes | N/A | Deposition Designation |
| **Third Party Witnesses** | | | | | |
| Lori Wright, Vice President, Xbox Business Development, Microsoft Corporation | The Microsoft Store; Xbox video game console business and operations; Xbox cloud gaming; distribution of apps on the App Store. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Benjamin Simon, Founder and Chief Executive Officer, Yoga Buddhi Co. | Yoga Buddhi's apps and business model; tools, services, and benefits that Apple provided to Yoga Buddhi; participation in the Coalition for App Fairness; App Store review process. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Shelley Gould, President, Co-Founder, Neuro-Fin d/b/a SmartStops | SmartStops' apps and business model; tools, services, and benefits that Apple provided to SmartStops; App Store review process; communications with Apple. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Aashish Patel, Nvidia Corporation | Tools, services, and support that Apple provided to Nvidia; distribution on competitor platforms and through alternative channels; communications with Apple; compliance with Apple's App Review Guidelines; Nvidia's affiliation with Epic. | *See* Epic's list for estimated lengths of examinations. | | | Live, in person. |
| Document Custodian, Alphabet Inc. | Admission of business records and other documents in Alphabet's possession, as necessary | 15 minutes | | | Live, in person |
| Document Custodian, App Annie, Inc. | Admission of business records and other documents in App Annie's possession, as necessary | 15 minutes | | | Live, in person |
| Document Custodian, Roblox Corporation | Admission of business records and other documents in Roblox's possession, as necessary | 15 minutes | | | Live, in person |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Scott Forstall, former Senior Vice President, iOS Software | Differences between mobile devices and PCs; security and privacy considerations for mobile devices; historical App Store policies and practices. | 30 minutes | 5 minutes | N/A | Deposition Designation |
| Phillip Shoemaker, former Technology Director, App Review | App Store policies and guidelines; Apple's app review and curation process and procedures; Apple's investment in efforts to protect iOS device users' safety and privacy. | 15 minutes | 5 minutes | N/A | Deposition Designation |
| **Apple Expert Witnesses** | | | | | |
| Richard Schmalensee | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour and 45 minutes | 30 minutes | Live, in person |
| Lorin Hitt | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour and 45 minutes | 30 minutes | Live, in person |

| Witness | Apple's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Francine LaFontaine | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour and 45 minutes | 20 minutes | Intends to appear live and in person, but may request leave to appear remotely. |
| Daniel Rubinfeld | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour and 45 minutes | 20 minutes | Live, in person |
| James Malackowski | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour and 10 minutes | 20 minutes | Live, in person |
| Aviel Rubin | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 2 hours and | 20 minutes | Live, in person |
| Dominique Hanssens | *See* expert disclosures served February 16, 2021 and March 15, 2021 | 1 hour (with written direct) | 1 hour | 20 minutes | Live, in person |