UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
|        Plaintiff, Counter-defendant | **[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL EXPERT WRITTEN DIRECT TESTIMONY** |
|    v. | |
| APPLE INC., | |
|        Defendant, Counterclaimant. | |

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL EXPERT WRITTEN DIRECT TESTIMONY, 4:20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Administrative Motion to Partially Seal Expert Written Direct Testimony (the "Motion"). In support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel S. Brass.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Accordingly,

(1) The unredacted versions of the documents sought to be sealed by the Motion shall remain under seal;

(2) The public shall have access only to the versions of the documents sought to be sealed by the Motion in which the following portions have been redacted:

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered in Support | Ruling |
|---|---|---|
| Hitt ¶ 61 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–8) | |
| Hitt ¶ 117 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–8) | |
| Hitt ¶ 187 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–7, 10) | |
| Hitt Figure 22 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–8) | |
| Hitt Figure 27 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–8) | |
| Hitt Figure 47 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–7, 10) | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL EXPERT WRITTEN DIRECT TESTIMONY, 4:20-CV-05640-YGR

| | |
|---|---|
| Schmalensee ¶ 95 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–7, 9) |
| Schmalensee ¶ 170 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage (Brass Decl. ¶¶ 6–8) |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL EXPERT WRITTEN DIRECT TESTIMONY, 4:20-CV-05640-YGR