THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>                Plaintiff, Counter-defendant <br><br>      v. <br><br> APPLE INC., <br><br>                Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **CERTIFICATE OF SERVICE** |

Gibson, Dunn & Crutcher LLP

1    I declare I am an attorney licensed to practice in the State of California, and a member of the

2  Bar of this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record

3  for Defendant Apple Inc. in this case.

4    On April 27, 2021, I caused to be served via electronic transmission unredacted versions of

5  Defendant Apple Inc.'s Administrative Motion to Partially Seal Expert Written Direct Testimony and

6  the accompanying declaration and exhibits to the attorneys of record in the above-captioned case.

7    I declare under penalty of perjury under the laws of the United States that the foregoing is true

8  and correct and that this Declaration was executed on April 27, 2021 at San Francisco, California.

9

10                                        /s/ *Rachel S. Brass*
                                          Rachel S. Brass
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28