PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
|  | Case No. 4:20-cv-05640-YGR-TSH |
| EPIC GAMES, INC., | |
| Plaintiff, Counter-defendant, | **EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS FOUR-HOUR DEPOSITION DESIGNATIONS** |
| v. | |
| APPLE INC., | The Honorable Yvonne Gonzalez Rogers |
| Defendant, Counterclaimant. | Trial:  May 3, 2021 |

1     Pursuant to Civil Local Rules 7-11 and 79-5(d) and (e), Plaintiff Epic Games, Inc.

2 ("Epic") hereby moves the Court to issue an administrative order on the filing under seal of

3 certain portions of Epic's Four-Hour Deposition Designations.  In accordance with this Court's

4 Local Rules, a public redacted version of the Four Hour Deposition Designations has been filed

5 using the ECF system for the Northern District of California.

6     Subsection (e) of Civil Local Rule 79-5 sets forth procedures that apply when a party

7 seeks to file information designated as confidential by the opposing party.  Under subsection

8 (e), the submitting party's "declaration in support of the Administrative Motion to File Under

9 Seal must identify the document or portions thereof which contain the designated confidential

10 material and identify the party that has designated the material as confidential ('the Designating

11 Party')".  Pursuant to subsection (e)(1) of Local Rule 79-5, the Designating Party then has 4

12 days to file a declaration establishing that all of the designated material is "sealable".  *See*

13 Local Rule 79-5(e); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir.

14 2006).  Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a

15 party "establishes that the documents, or portions thereof, are privileged, protectable as a trade

16 secret or otherwise entitled to protection under the law".  Civ. L.R. 79-5(b).  "A strong

17 presumption of access to judicial records applies fully to dispositive pleadings" and

18 "'compelling reasons' must be shown to seal judicial records attached to a dispositive motion".

19 *Kamakana*, 447 F.3d at 1179.

20     The redacted portions, which are highlighted in the under seal version of the document

21 submitted herewith, quote or reproduce discovery materials that Apple or third parties have

22 designated as HIGHLY CONFIDENTIAL or CONFIDENTIAL pursuant to the Protective

23 Order entered by the Court, see Dkt. No. 274.  The affected parties and the corresponding

24 deposition designations are identified in the Declaration of M. Brent Byars submitted herewith.

25 As required by Civil Local Rule 79-5(e), Epic is serving Apple and such third parties with this

26 Motion and its Declaration so that each may submit the required declaration establishing that

27 the designated material is sealable.

28

---

-2-
EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS FOUR-
HOUR DEPOSITION DESIGNATIONS
Case No. 4:20-cv-05640-YGR-TSH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on the foregoing, Epic respectfully requests that the Court issue an administrative order on the filing under seal of certain portions of Epic's Four-Hour Deposition Designations.

Dated: April 27, 2021                    CRAVATH, SWAINE & MOORE LLP

Christine Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars

Respectfully submitted,

By:   */s/ M. Brent Byars*
          M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

-3-

EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS FOUR-HOUR DEPOSITION DESIGNATIONS
Case No. 4:20-cv-05640-YGR-TSH