1  PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
3  27th Floor San Francisco, CA 94111
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  CHRISTINE A. VARNEY (*pro hac vice*)
   cvarney@cravath.com
6  KATHERINE B. FORREST (*pro hac vice*)
   kforrest@cravath.com
7  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
8  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
9  LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
10 M. BRENT BYARS (*pro hac vice*)
   mbyars@cravath.com
11 **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
12 New York, New York 10019
   Telephone: (212) 474-1000
13 Facsimile: (212) 474-3700

14 *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

15

16                        **UNITED STATES DISTRICT COURT**

17                        **NORTHERN DISTRICT OF CALIFORNIA**

18                                **OAKLAND DIVISION**

19

   EPIC GAMES, INC.,                         Case No. 4:20-cv-05640-YGR-TSH

                Plaintiff, Counter-defendant,
                                              **DECLARATION OF M. BRENT
                  v.                          BYARS IN SUPPORT OF EPIC
                                              GAMES, INC.'S
   APPLE INC.,                                ADMINISTRATIVE MOTION TO
                                              SEAL PORTIONS OF ITS FOUR-
                Defendant, Counterclaimant.   HOUR DEPOSITION
                                              DESIGNATIONS**

                                              Judge: Hon. Yvonne Gonzalez Rogers

DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC'S ADMINISTRATIVE
MOTION TO SEAL PORTIONS OF ITS FOUR-HOUR DEPOSITION DESIGNATIONS
Case No.: 4:20-cv-05640-YGR-TSH

1    I, M. Brent Byars, declare as follows:

2    1.  I am a Senior Attorney at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

3    2.  I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

4    3.  Epic's Four-Hour Deposition Designations quote or reproduce discovery materials that Apple or third parties have designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the Protective Order entered in this Court. Epic is serving its Motion and Declaration on the affected third parties pursuant to Civil Local Rule 79-5(e). The following Table shows each affected third party and the corresponding deposition designation that may contain information provided by each party.

| Deposition Designation | Affected Party |
|---|---|
| Cue    109:4 - 110:16 | Apple |
| Cue    190:4 - 192:16 | Apple |
| Ong    9:10 - 9:12 | Match |
| Ong    9:15 - 9:18 | Match |
| Ong    9:22 - 10:12 | Match |
| Ong    12:09 - 13:25 | Match |
| Ong    17:03 - 17:15 | Match |
| Ong    17:22 - 18:25 | Match |
| Ong    20:15 - 20:22 | Match |
| Ong    21:23 - 21:25 | Match |
| Ong    22:10 - 23:05 | Match |
| Ong    23:09 - 23:17 | Match |

| | | |
|---|---|---|
| Ong | 24:17 - 25:05 | Match |
| Ong | 25:14 - 26:05 | Match |
| Ong | 28:09 - 28:22 | Match |
| Ong | 28:24 - 30:25 | Match |
| Ong | 31:22 - 31:24 | Match |
| Ong | 32:01 - 32:07 | Match |
| Ong | 32:10 - 32:22 | Match |
| Ong | 33:08 - 33:16 | Match |
| Ong | 33:18 - 34:07 | Match |
| Ong | 34:14 - 37:07 | Match |
| Ong | 37:25 - 38:11 | Match |
| Ong | 38:13 - 39:02 | Match |
| Ong | 39:16 - 39:24 | Match |
| Ong | 41:12 - 42:09 | Match |
| Ong | 43:04 - 44:19 | Match |
| Ong | 45:01 - 46:10 | Match |
| Ong | 46:13 - 46:15 | Match |
| Ong | 46:17 - 47:07 | Match |
| Ong | 47:15 - 48:01 | Match |
| Ong | 48:04 - 48:10 | Match |
| Ong | 48:14 - 48:19 | Match |
| Ong | 48:21 - 51:06 | Match |
| Ong | 56:03 - 56:04 | Match |
| Ong | 56:06 - 57:01 | Match |

| | | |
|---|---|---|
| Ong | 57:20 - 57:22 | Match |
| Ong | 58:08 - 58:10 | Match |
| Ong | 58:20 - 59:16 | Match |
| Ong | 59:18 - 60:18 | Match |
| Ong | 60:20 - 60:23 | Match |
| Ong | 60:25 - 61:04 | Match |
| Ong | 61:06 - 61:18 | Match |
| Ong | 62:03 - 62:05 | Match |
| Ong | 62:07 - 62:16 | Match |
| Ong | 62:18 - 63:03 | Match |
| Ong | 63:05 - 64:16 | Match |
| Ong | 65:01 - 65:17 | Match |
| Ong | 65:19 - 65:25 | Match |
| Ong | 66:01 - 66:04 | Match |
| Ong | 66:12 - 66:24 | Match |
| Ong | 67:23 - 68:05 | Match |
| Ong | 69:17 - 69:21 | Match |
| Ong | 69:23 - 70:09 | Match |
| Ong | 70:11 - 70:15 | Match |
| Ong | 72:07 - 72:10 | Match |
| Ong | 74:08 - 74:10 | Match |
| Ong | 74:12 - 74:12 | Match |
| Ong | 84:01 - 84:03 | Match |
| Ong | 84:05 - 84:06 | Match |

| | | |
|---|---|---|
| Ong | 84:22 - 85:03 | Match |
| Ong | 85:05 - 85:07 | Match |
| Ong | 120:12 - 120:13 | Match |
| Ong | 120:16 - 120:21 | Match |
| Ong | 120:24 - 120:25 | Match |
| Ong | 121:02 - 121:04 | Match |
| Ong | 152:04 - 152:23 | Match |
| Ong | 158:04 - 159:14 | Match |
| Ong | 162:03 - 162:22 | Match |
| Ong | 167:01 - 167:04 | Match |
| Ong | 167:06 - 167:20 | Match |
| Ong | 169:24 - 170:08 | Match |
| Ong | 170:10 - 170:19 | Match |
| Ong | 171:14 - 172:16 | Match |
| Ong | 172:18 - 173:06 | Match |
| Ong | 182:20 - 183:25 | Match |

4. Epic will provide prompt notice to any third parties who may have confidentiality interests in information provisionally sealed in its Four-Hour Deposition Designations so that those third parties may determine whether to request sealing of such information by the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 27, 2021 in Oakland, California.

*/s/ M. Brent Byars*
M. Brent Byars

---

-6-
DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS FOUR-HOUR DEPOSITION DESIGNATIONS
Case No.: 4:20-cv-05640-YGR-TSH