PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant,<br>        v.<br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial:  May 3, 2021 |

1    I declare that I am a Senior Attorney with the law firm of Cravath, Swaine &
2    Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York.  I am
3    Counsel of Record for Epic Games, Inc.
4    I declare that on April 27, 2021, I served via electronic transmission Epic's
5    Motion to Seal Portions of its Four-Hour Deposition Designations and the Declaration of M.
6    Brent Byars submitted therewith to Apple Inc. and the parties listed below.

| Deposition Designation | | Affected Third Party |
|---|---|---|
| Cue | 109:4 - 110:16 | Apple |
| Cue | 190:4 - 192:16 | Apple |
| Ong | 9:10 - 9:12 | Match |
| Ong | 9:15 - 9:18 | Match |
| Ong | 9:22 - 10:12 | Match |
| Ong | 12:09 - 13:25 | Match |
| Ong | 17:03 - 17:15 | Match |
| Ong | 17:22 - 18:25 | Match |
| Ong | 20:15 - 20:22 | Match |
| Ong | 21:23 - 21:25 | Match |
| Ong | 22:10 - 23:05 | Match |
| Ong | 23:09 - 23:17 | Match |
| Ong | 24:17 - 25:05 | Match |
| Ong | 25:14 - 26:05 | Match |
| Ong | 28:09 - 28:22 | Match |
| Ong | 28:24 - 30:25 | Match |
| Ong | 31:22 - 31:24 | Match |
| Ong | 32:01 - 32:07 | Match |
| Ong | 32:10 - 32:22 | Match |
| Ong | 33:08 - 33:16 | Match |

| | | |
|---|---|---|
| Ong | 33:18 - 34:07 | Match |
| Ong | 34:14 - 37:07 | Match |
| Ong | 37:25 - 38:11 | Match |
| Ong | 38:13 - 39:02 | Match |
| Ong | 39:16 - 39:24 | Match |
| Ong | 41:12 - 42:09 | Match |
| Ong | 43:04 - 44:19 | Match |
| Ong | 45:01 - 46:10 | Match |
| Ong | 46:13 - 46:15 | Match |
| Ong | 46:17 - 47:07 | Match |
| Ong | 47:15 - 48:01 | Match |
| Ong | 48:04 - 48:10 | Match |
| Ong | 48:14 - 48:19 | Match |
| Ong | 48:21 - 51:06 | Match |
| Ong | 56:03 - 56:04 | Match |
| Ong | 56:06 - 57:01 | Match |
| Ong | 57:20 - 57:22 | Match |
| Ong | 58:08 - 58:10 | Match |
| Ong | 58:20 - 59:16 | Match |
| Ong | 59:18 - 60:18 | Match |
| Ong | 60:20 - 60:23 | Match |
| Ong | 60:25 - 61:04 | Match |
| Ong | 61:06 - 61:18 | Match |
| Ong | 62:03 - 62:05 | Match |
| Ong | 62:07 - 62:16 | Match |
| Ong | 62:18 - 63:03 | Match |
| Ong | 63:05 - 64:16 | Match |

| | | |
|---|---|---|
| Ong | 65:01 - 65:17 | Match |
| Ong | 65:19 - 65:25 | Match |
| Ong | 66:01 - 66:04 | Match |
| Ong | 66:12 - 66:24 | Match |
| Ong | 67:23 - 68:05 | Match |
| Ong | 69:17 - 69:21 | Match |
| Ong | 69:23 - 70:09 | Match |
| Ong | 70:11 - 70:15 | Match |
| Ong | 72:07 - 72:10 | Match |
| Ong | 74:08 - 74:10 | Match |
| Ong | 74:12 - 74:12 | Match |
| Ong | 84:01 - 84:03 | Match |
| Ong | 84:05 - 84:06 | Match |
| Ong | 84:22 - 85:03 | Match |
| Ong | 85:05 - 85:07 | Match |
| Ong | 120:12 - 120:13 | Match |
| Ong | 120:16 - 120:21 | Match |
| Ong | 120:24 - 120:25 | Match |
| Ong | 121:02 - 121:04 | Match |
| Ong | 152:04 - 152:23 | Match |
| Ong | 158:04 - 159:14 | Match |
| Ong | 162:03 - 162:22 | Match |
| Ong | 167:01 - 167:04 | Match |
| Ong | 167:06 - 167:20 | Match |
| Ong | 169:24 - 170:08 | Match |
| Ong | 170:10 - 170:19 | Match |
| Ong | 171:14 - 172:16 | Match |

| | | |
|---|---|---|
| Ong | 172:18 - 173:06 | Match |
| Ong | 182:20 - 183:25 | Match |

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case. I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED: April 27, 2021

                                      */s/ M. Brent Byars*
                                      M. Brent Byars