PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff, Counter-defendant,<br>　　　　　　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EPIC GAMES, INC.,'S FOUR-HOUR DEPOSITION DESIGNATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1      Epic Games, Inc. respectfully submits the four-hour deposition designations

2   attached herein.

3

4

Dated: April 27, 2021                    CRAVATH, SWAINE & MOORE LLP

5

6                                         Christine Varney
                                          Katherine B. Forrest
                                          Gary A. Bornstein
7                                         Yonatan Even
                                          Lauren A. Moskowitz
8                                         M. Brent Byars

9

10                                        Respectfully submitted,

11                                        By:  */s/ Katherine B. Forrest*
                                                Katherine B. Forrest

12                                        *Attorneys for Plaintiff and Counter-defendant*
                                          *Epic Games, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Epic Games., Inc.'s Four-Hour Deposition Designation

Table of Contents

1.    Ong, Adrian ....................................................................................................... 3
2.    Shoemaker, Phillip B. ...................................................................................... 24
3.    Cue, Eddy ........................................................................................................ 48
4.    Forstall, Scott .................................................................................................. 65
5.    Haun, CK .......................................................................................................... 88
6.    Friedman, Eric ................................................................................................. 97
7.    Okamoto, Ron ................................................................................................ 114
8.    Transcription Errors ...................................................................................... 121

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Adrian Ong**
**(February 24, 2021)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
|---|---|
| 1 hour 2 minutes 19 seconds | 1 minute 17 seconds |

**Ong, Adrian (Vol. 01) – February 24, 2021**                                    **1 CLIP  (RUNNING 01:03:32.737)**



**79 SEGMENTS  (RUNNING 01:03:32.737)**

**1.  PAGE 9:10 TO 9:12  (RUNNING 00:00:04.121)**

**2.  PAGE 9:15 TO 9:18  (RUNNING 00:00:05.141)**

**3.  PAGE 9:22 TO 10:12  (RUNNING 00:00:49.908)**

**4.  PAGE 12:09 TO 13:25  (RUNNING 00:02:36.396)**





5. **PAGE 17:03 TO 17:15  (RUNNING 00:00:43.317)**

6. **PAGE 17:22 TO 18:25  (RUNNING 00:01:34.618)**

7.  **PAGE 20:15 TO 20:22  (RUNNING 00:00:21.737)**

8.  **PAGE 21:23 TO 21:25  (RUNNING 00:00:07.238)**

9.  **PAGE 22:10 TO 23:05  (RUNNING 00:01:14.411)**

10.  **PAGE 23:09 TO 23:17  (RUNNING 00:00:41.315)**

11.  **PAGE 24:17 TO 25:05  (RUNNING 00:00:46.769)**



**12.** PAGE 25:14 TO 26:05  (RUNNING 00:01:08.980)



**13.** PAGE 28:09 TO 28:22  (RUNNING 00:01:18.435)



**14.** PAGE 28:24 TO 30:25  (RUNNING 00:03:02.239)





15. PAGE 31:22 TO 31:24  (RUNNING 00:00:14.074)

16. PAGE 32:01 TO 32:07  (RUNNING 00:00:21.645)

17. PAGE 32:10 TO 32:22  (RUNNING 00:00:45.483)

18. PAGE 33:08 TO 33:16  (RUNNING 00:00:29.241)

**19.** PAGE 33:18 TO 34:07  (RUNNING 00:01:15.461)

**20.** PAGE 34:14 TO 37:07  (RUNNING 00:03:47.190)





21. PAGE 37:25 TO 38:11  (RUNNING 00:00:37.861)

22. PAGE 38:13 TO 39:02  (RUNNING 00:00:45.619)

23. PAGE 39:16 TO 39:24  (RUNNING 00:00:32.729)

**24.** PAGE 41:12 TO 42:09  (RUNNING 00:01:23.496)



**25.** PAGE 43:04 TO 44:19  (RUNNING 00:02:23.632)





26. **PAGE 45:01 TO 46:10  (RUNNING 00:02:02.142)**

27. **PAGE 46:13 TO 46:15  (RUNNING 00:00:11.743)**

28. **PAGE 46:17 TO 47:07  (RUNNING 00:01:05.129)**

29. **PAGE 47:15 TO 48:01  (RUNNING 00:00:34.157)**



30. **PAGE 48:04 TO 48:10  (RUNNING 00:00:18.129)**

31. **PAGE 48:14 TO 48:19  (RUNNING 00:00:16.556)**

32. **PAGE 48:21 TO 51:06  (RUNNING 00:03:16.127)**



33. **PAGE 56:03 TO 56:04  (RUNNING 00:00:06.953)**

34. **PAGE 56:06 TO 57:01  (RUNNING 00:01:16.500)**

35. **PAGE 57:20 TO 57:22  (RUNNING 00:00:09.283)**

36. **PAGE 58:08 TO 58:10  (RUNNING 00:00:08.483)**

**37.** PAGE 58:20 TO 59:16  (RUNNING 00:01:07.213)

**38.** PAGE 59:18 TO 60:18  (RUNNING 00:01:21.123)

**39.** PAGE 60:20 TO 60:23  (RUNNING 00:00:10.335)

**40.** PAGE 60:25 TO 61:04  (RUNNING 00:00:13.926)



**41.** PAGE 61:06 TO 61:18  (RUNNING 00:01:00.318)

**42.** PAGE 62:03 TO 62:05  (RUNNING 00:00:07.010)

**43.** PAGE 62:07 TO 62:16  (RUNNING 00:00:31.719)

**44.** PAGE 62:18 TO 63:03  (RUNNING 00:00:43.755)

**45.** PAGE 63:05 TO 64:16  (RUNNING 00:01:57.455)





**46.  PAGE 65:01 TO 65:17  (RUNNING 00:00:56.870)**

**47.  PAGE 65:19 TO 65:25  (RUNNING 00:00:23.324)**

**48.  PAGE 66:01 TO 66:04  (RUNNING 00:00:10.544)**

**49.  PAGE 66:12 TO 66:24  (RUNNING 00:00:42.460)**



50. PAGE 67:15 TO 67:19  (RUNNING 00:00:14.774)

51. PAGE 67:22 TO 67:22  (RUNNING 00:00:02.562)

52. PAGE 67:23 TO 68:05  (RUNNING 00:00:22.710)

53. PAGE 69:17 TO 69:21  (RUNNING 00:00:22.470)

54. PAGE 69:23 TO 70:09  (RUNNING 00:00:41.245)

55. PAGE 70:11 TO 70:15  (RUNNING 00:00:13.697)

56. PAGE 72:07 TO 72:10  (RUNNING 00:00:08.841)

57. PAGE 73:01 TO 73:04  (RUNNING 00:00:12.493)

58. **PAGE 73:12 TO 73:14  (RUNNING 00:00:12.096)**

59. **PAGE 73:23 TO 74:07  (RUNNING 00:00:32.353)**

60. **PAGE 74:08 TO 74:10  (RUNNING 00:00:13.076)**

61. **PAGE 74:12 TO 74:12  (RUNNING 00:00:00.872)**

62. **PAGE 84:01 TO 84:03  (RUNNING 00:00:09.421)**

63. **PAGE 84:05 TO 84:06  (RUNNING 00:00:04.948)**

64. **PAGE 84:22 TO 85:03  (RUNNING 00:00:12.596)**

65. **PAGE 85:05 TO 85:07  (RUNNING 00:00:05.227)**

66. **PAGE 120:12 TO 120:13  (RUNNING 00:00:07.334)**

67. **PAGE 120:16 TO 120:21  (RUNNING 00:00:15.582)**

68. **PAGE 120:24 TO 120:25  (RUNNING 00:00:04.919)**





69. PAGE 121:02 TO 121:04  (RUNNING 00:00:08.747)

70. PAGE 152:04 TO 152:23  (RUNNING 00:01:37.081)

71. PAGE 158:04 TO 159:14  (RUNNING 00:03:06.126)



72. PAGE 162:03 TO 162:22  (RUNNING 00:01:11.091)

73. PAGE 167:01 TO 167:04  (RUNNING 00:00:19.844)

74. PAGE 167:06 TO 167:20  (RUNNING 00:00:49.032)

75. PAGE 169:24 TO 170:08  (RUNNING 00:00:40.959)

76. PAGE 170:10 TO 170:19  (RUNNING 00:00:36.703)



77. **PAGE 171:14 TO 172:16  (RUNNING 00:02:03.542)**

78. **PAGE 172:18 TO 173:06  (RUNNING 00:01:01.544)**

79. **PAGE 182:20 TO 183:25  (RUNNING 00:01:38.542)**



*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Phillip Shoemaker (Volume 1 & 2)**
**(January 12, 2021)**
**(January 14, 2021)**

**Time**

| Epic Games, Inc.'s Designations (Blue Highlight) | Apple Inc.'s Designations (Yellow Highlight) |
|---|---|
| 41 minutes 22 seconds | 16 minutes 41 seconds |

**Shoemaker, Phillip B. (Vol. 01) - January 12, 2021**          **1 CLIP  (RUNNING 00:46:50.303)**

---

**76 SEGMENTS  (RUNNING 00:46:50.303)**

---

**1.** PAGE 19:13 TO 19:15  (RUNNING 00:00:02.505)

```
13              THE VIDEOGRAPHER:  Will the reporter please
14    swear in the witness.
15              Thank you.
```

**2.** PAGE 19:17 TO 19:21  (RUNNING 00:00:11.132)

```
17                  PHILLIP B. SHOEMAKER,
18    having been first duly sworn by the reporter, was
19              examined and testified as follows:
20
21              THE WITNESS:  Yes, I do.
```

**3.** PAGE 20:08 TO 20:09  (RUNNING 00:00:05.125)

```
08              Please state your full name for the record.
09        A   My name is Phillip Burton Shoemaker.
```

**4.** PAGE 28:24 TO 29:01  (RUNNING 00:00:07.143)

```
24        Q   And it says that you worked at Apple
25    beginning at March 2009; is that right?
00029:01  A   That's correct.
```

**5.** PAGE 31:03 TO 31:05  (RUNNING 00:00:06.347)

```
03        Q   And what was your job description, as
04    explained to you at the time?
05        A   To build the App Store Review team.
```

**6.** PAGE 35:22 TO 36:01  (RUNNING 00:00:16.825)

```
22        Q   And what were the qualifications of the
23    then existing reviewers?
24        A   Qualifications were they could breathe,
25    they could think, and typically they came from the
00036:01  App Store -- or sorry, the Apple genius stores.
```

**7.** PAGE 36:02 TO 37:05  (RUNNING 00:01:30.290)

```
02    They were ex-Apple geniuses that we'd pull into the
03    team.
04        Q   And what kind of training did they have for
05    their role as reviewers?
06        A   We did a -- once they joined the company,
07    we put them through a multi-month process of them
08    learning the tools that we used to review apps, and
09    then go through the Wiki or knowledge base, if you
10    will, of what we allow in apps and what we don't
11    allow in apps.
12              And then a lot of the process focused on
13    who to send the app to when you have questions, who
14    to send the app to when you've done reviewed it and
15    you're happy and you want to approve it, and who to
16    send the app to when you're unhappy with the app and
17    want to reject it.
18              So it came a lot around understanding what
19    Apple would tolerate and what they wouldn't tolerate
20    with regards to features within the app.
21        Q   Okay.
```

```
        22            And you mentioned a multi-month process and
        23    a Wiki, et cetera.  Was all that in place already
        24    when you arrived, or are these things that you
        25    instituted?
00037:01            A    Some of it was in place.  I refined most of
        02    that over time.  The multi-month process became a
        03    two-week process under my helm, and we put out
        04    guidelines rather than us having to guess at what's
        05    allowed and what's not allowed.
```

**8.  PAGE 37:24 TO 38:07  (RUNNING 00:00:27.317)**

```
        24            Q    And what were the hiring criteria for new
        25    team members?
00038:01            A    That they understood how to use a Mac, that
        02    they understood how to use an iPhone, that they
        03    understood a little about the Apple brand.  In that
        04    first year, we were literally only hiring people
        05    that had iPhones, had Macs, and came out of
        06    somewhere within Apple, whether it was the Apple
        07    stores or Apple corporate.
```

**9.  PAGE 38:08 TO 38:18  (RUNNING 00:00:31.740)**

```
        08            Q    And have those criteria changed over time?
        09            A    Yes.  They changed over time because we
        10    found that people outside of Apple could understand
        11    how to protect the Apple brand.  We didn't have to
        12    rely on people that had drunk the Kool-aid, so to
        13    speak.
        14            And we wanted to make sure that -- that
        15    there were people that we could bring from all walks
        16    of life to be able to review apps.  It wasn't just
        17    an Apple employee thing.  It's something we could
        18    roll out to a larger audience.
```

**10.  PAGE 44:03 TO 44:05  (RUNNING 00:00:09.501)**

```
        03            Q    How many times were you deposed in your
        04    capacity as an Apple employee)?
        05            A    Roughly, I believe, about five times.
```

**11.  PAGE 44:17 TO 44:20  (RUNNING 00:00:10.379)**

```
        17            Q    And do you recall generally what topics
        18    were you asked by Apple to be deposed as, as Apple's
        19    representative?
        20            A    Always App Store related.
```

**12.  PAGE 45:24 TO 46:02  (RUNNING 00:00:09.578)**

```
        24            Fair to say that your understanding is that
        25    during your tenure, Apple considered you a trusted
00046:01    representative of the company?
        02            A    Yes, that is correct.
```

**13.  PAGE 56:13 TO 56:17  (RUNNING 00:00:15.988)**

```
        13            How long does the human review process
        14    typically take?
        15            A    The numbers we've quoted in the past are
        16    about 13 minutes per app when it's a new app.  About
        17    six minutes per app when it's an updated app.
```

**14.  PAGE 57:05 TO 57:06  (RUNNING 00:00:04.030)**

```
        05            I have been gone for five years.  Right.
        06    So a lot may have changed.
```

**15.  PAGE 63:22 TO 63:24  (RUNNING 00:00:13.946)**

```
     22              MR. EVEN:  So I would like to introduce
     23    Exhibit 98.  That's Tab 36, Amal.
     24              And Exhibit 99.  That's Tab 37.
```

**16.  PAGE 64:01 TO 64:12  (RUNNING 00:00:22.341)**

```
00064:01              (Whereupon Shoemaker Exhibit 98 was
     02              marked for identification and
     03              attached hereto.)
     04              (Whereupon Shoemaker Exhibit 99 was
     05              marked for identification and
     06              attached hereto.)
     07    BY MR. EVEN:
     08         Q    So while Amal is making that available to
     09    you, the first article I'm referring to is an
     10    article from December 2017 named, "A Modern Content
     11    Store."
     12              Is that an article that you wrote?
```

**17.  PAGE 64:13 TO 64:20  (RUNNING 00:00:25.971)**

```
     13         A    Yes, it is.
     14         Q    In this article, one of the predicates of
     15    it, you begin by saying that there's been no radical
     16    innovation in the way app stores operate over the
     17    past 10 to 20 years.
     18              Has there been any radical innovation in
     19    app stores since 2017?
     20         A    I don't believe so.
```

**18.  PAGE 66:01 TO 66:24  (RUNNING 00:01:31.341)**

```
00066:01              And is this a correct copy of your
     02    December 2017 article?
     03         A    It appears to be, yeah.
     04         Q    And if you look at the end of the first
     05    paragraph and the beginning of the second paragraph,
     06    after you point out that there has been no radical
     07    innovation, you say (as read and/or reflected:)
     08              Today we are in dire need of a
     09              revolution.  We need digital stores
     10              that service multiple platforms,
     11              et cetera.
     12              Do you see that?
     13         A    Yes, I do.
     14         Q    And you wrote that?
     15         A    Yes, I did.
     16         Q    In your view, and based on your experience,
     17    how would a content store or an app store servicing
     18    both iOS and Android, for example, which I get is
     19    what you say by "multiple platforms," affect
     20    competition between Apple and Google?
     21         A    Well, I think the first thing is that this
     22    would give us an alternate app store, which we can
     23    download apps for our devices.  Right now there's
     24    only one for iOS.
```

**19.  PAGE 66:25 TO 67:04  (RUNNING 00:00:16.010)**

```
     25              For Android, there's numerous, but for iOS,
00067:01    there's only one.
     02              I'm not sure how that would change or
     03    affect competition between the two platforms.  I'm
     04    not really certain.
```

**20.  PAGE 67:06 TO 67:09  (RUNNING 00:00:11.118)**

```
     06              Could a Multiplatform App Store at least
```

```
07    make switching between the two platforms easier for
08    users?
09         A    Yes, I believe it would.
```

**21.** PAGE 69:20 TO 70:03  (RUNNING 00:00:26.616)

```
20         Q    If we go to page 3 of this article, at the
21    top you write (as read and/or reflected:)
22                 Over time I realized that the
23                 rules were often arbitrary,
24                 arguable, and created by middle
25                 aged white man ...
00070:01           Which you are one, as am I.  So ...
02                 Turning to arbitrary first, which rules did
03    you consider to be arbitrary?
```

**22.** PAGE 71:12 TO 71:24  (RUNNING 00:00:45.684)

```
12                 At the time a good one is App
13    Recommendation Apps.  Right.  Apple was fine for the
14    first five years of their life of the App Store life
15    with having app -- an app list apps that they
16    recommend for you to download.
17                 But Apple got tired of that space because
18    it was driving more volume than their own App Store
19    was, their App Store charts, and decided to remove
20    that whole category of apps.
21                 And many companies went out of business
22    because of that change.  They built entire company
23    around this feature that Apple decided to change.
24                 So that was another arbitrary decision.
```

**23.** PAGE 72:01 TO 72:15  (RUNNING 00:00:40.350)

```
00072:01           You also called the rules arguable.
02                 What did you mean by that?
03         A    Well, it's objectionable material.  Right.
04    If you look at what's porn.  Right.  I'll see when
05    I -- I'll know it when I see it.  Those were a lot
06    of the guidelines.  If you look at the guidelines
07    and you read them, you'll see that most are written
08    in a gray, a very subjective manner.
09                 And developers read them one way, create
10    time, spend time, spend money to build an app and
11    submit it and we reject it because we interpret that
12    line differently.
13                 When they're arguable, they're really
14    difficult to enforce, and it gets -- it breeds a lot
15    of anger, hence, my numerous death threats.
```

**24.** PAGE 72:17 TO 73:20  (RUNNING 00:01:42.660)

```
17                 Is there a reason why Apple, to your
18    understanding, have you heard discussions as to why
19    Apple moderates content on the App Store but not on
20    the phone more generally through, for instance,
21    Safari?
22         A    Well, I mean, it's tough.  The
23    content -- when you're in Safari, you don't say,
24    okay, Apple has vetted all the content I can find
25    out on the Internet.  Right.  They -- that would be
00073:01    ludicrous.  Right.  You can't do that.
02                 On the App Store, Apple from Day 1 says, we
03    want to protect our customers.  And so they will
04    moderate content that goes through the App Store.
05    Apple has control of that.  Apple has no control
06    over what websites are created and what content is
07    going to be put on them.
08                 Now, sure they could do some of these
```

```
       09    ridiculous services that turn everything Disneyesque
       10    that you can find on your iPhone, but that will
       11    eliminate a large percentage of the population.
       12           I think the Internet is intended to be free
       13    to some extent, whereas, the App Store is about --
       14    one of the key things we learned building the App
       15    Store is that approving something that makes Apple
       16    look really bad hurts.
       17           It hurts Apple.  It hurts their stock
       18    price.  It hurts the shareholders.  It can be very
       19    bad.  So the App Store is a vetted, curated store,
       20    whereas, the Internet is not curated by anyone.
```

**25.** PAGE 73:21 TO 74:05  (RUNNING 00:00:29.477)

```
       21        Q   And so if I understand you correctly, what
       22    you're saying is that Apple believes anything that
       23    goes through the Apple App Store essentially has the
       24    impromptu of Apple on it because of the approval
       25    process?
00074:01        A   That is correct.
       02        Q   Okay.
       03            And would the same impromptu attach to an
       04    app downloaded from a different store?
       05        A   No.  I can't imagine it would.
```

**26.** PAGE 75:14 TO 77:02  (RUNNING 00:02:02.262)

```
       14            Is that an article that you've penned
       15    around late March 2019?
       16        A   Yes, it is.
       17        Q   If you go to page 5.  At the penultimate
       18    paragraph, you see it begins with (as read and/or
       19    reflected:)
       20                Over the years, Apple has
       21            struggled with using the App Store
       22            as a weapon against competitors.
       23        A   Yes, I see that.
       24        Q   What did you mean by that?
       25        A   Yeah.  Interesting line, in retrospect.
00076:01            The App Store was -- for a while was one of
       02    those places that everyone wanted to purchase space,
       03    everyone wanted to have an app from the App Store.
       04    And we saw that through the review process, the
       05    number of submissions, et cetera.
       06            There were times when competing apps, apps
       07    that we could arguably say compete with Apple in
       08    some way or another, like Google Voice or
       09    Rhapsody -- or Rhapsody Music subscription, faced a
       10    lot of barriers in getting approved.
       11            And, to me, that was, you know, it was
       12    curious.  Other apps didn't have this problem, but
       13    we spent a lot of time thinking on what the slippery
       14    slope implications were of approving an app like
       15    Google Voice.
       16            Does that mean that people will stop using
       17    the phone as a phone?
       18            Will your phone number disappear?
       19            Will the iPhone disappear, right, in guise
       20    of a Google phone or something like that?
       21            There was always a lot of talk and
       22    conjecture about that internally.
       23            But Google Voice and Rhapsody faced
       24    daunting -- Google Voice took a year to approve.  A
       25    year.  And I had to call the developer every couple
00077:01    of weeks, or get an angry phone call from the
       02    developer every couple of weeks.
```

**27.** PAGE 78:13 TO 78:24  (RUNNING 00:00:31.039)

```
13        Q   On page 6 you note that Apple Arcade is the
14   type of app that Apple has consistently disallowed
15   on the store.
16            Do you see that?
17        A   Yes, I do.
18        Q   What is the guideline that Apple Arcade
19   violates, in your view?
20        A   A store within a store.  It was an
21   overarching rule that Apple had for many years, you
22   could not have a store within a store.  An app that
23   made other apps available within it was absolutely
24   not allowed.
```

**28.** PAGE 79:13 TO 80:10  (RUNNING 00:01:08.107)

```
13            Going to page 8 under the heading (as read
14   and/or reflected:)
15                Apple needs to play fair.
16            You write (as read and/or reflected:)
17                With the App Store being the
18            only way to install apps on the
19            iPhone and iPad, Apple has complete
20            and unprecedented power over their
21            customers' devices.
22            Do you see that?
23        A   Yes, I do.
24        Q   What are the options of a developer that's
25   unhappy with Apple to just leave the iOS platform
00080:01   and move to another platform?
02        A   They can move to Android.  That's
03   80 percent of the devices in the world.  Right.  I
04   mean, that's one alternative is to just pull
05   everything out of iOS and put it entirely on
06   Android.  That gets the majority of the world's
07   apps.  Right.
08        Q   In your experience, did most app developers
09   consider that a viable option for them?
10        A   No.  No, they didn't.
```

**29.** PAGE 80:20 TO 81:01  (RUNNING 00:00:29.753)

```
20        Q   Have you ever heard of developer
21   considering leaving iOS to move to a game console?
22        A   No, I have not.
23        Q   Did there come a time when you were
24   interviewed by congressional staffers as part of an
25   investigation by U.S. Congress?
00081:01       A   I recall.
```

**30.** PAGE 84:16 TO 86:08  (RUNNING 00:01:14.294)

```
16        Q   The report also states that you recalled an
17   instance when an app developer's compliant
18   application was rejected from the App Store, and
19   then the technology was appropriated by Apple for
20   its own offerings.
21            Do you recall saying that to the staffers?
22        A   The technology wasn't appropriated.  The
23   idea was appropriated.  The technology was still
24   inherent in the app, but Apple released a feature, a
25   similar feature about a year later.
00085:01       Q   And your understanding was that that
02   rejection from the App Store was not justified under
03   the guidelines?
04        A   That is correct.
05        Q   And so this would be an example of Apple
06   making sure it has a first-mover advantage through
```

```
07   the review process?
08        A   Yeah, I think so.
```

**31.** PAGE 88:02 TO 88:08  (RUNNING 00:00:30.521)

```
02             Do you remember when you thought that Apple
03   executives found reasons you thought were pretextual
04   for the non-approval of apps, the rejection of apps?
05        A   Yes.
06        Q   Can you give me an example of an app that
07   you thought was rejected on pretextual grounds?
08        A   Google Voice.
```

**32.** PAGE 88:09 TO 88:10  (RUNNING 00:00:08.180)

```
09        Q   Any others?
10        A   That's the only one I can remember.
```

**33.** PAGE 100:15 TO 100:18  (RUNNING 00:00:09.760)

```
15        Q   What were the numbers by the time you left
16   Apple?
17        A   By the time I left Apple, we were reviewing
18   about 100,000 apps per week.
```

**34.** PAGE 101:03 TO 101:10  (RUNNING 00:00:18.913)

```
03        Q   And you also say that this leads to an
04   increased number of mistakes being made.
05             Do you see that?
06        A   Yes, I do.
07        Q   And mistakes are when apps are being
08   approved that should be rejected?
09        A   Apps that are being approved that should be
10   rejected and rejected that should be approved, yes.
```

**35.** PAGE 108:10 TO 110:07  (RUNNING 00:02:47.800)

```
10        Q   Why does the review team need a set of
11   rules that are not open to the developers?
12        A   We crafted the guidelines to be very
13   subjective.  So we did not -- so we allowed
14   developers to try stuff, right, to push the
15   envelope, to try to show us something that's
16   allowable.  And we learned over the years that
17   developers will try interesting things, some of
18   which we like, and some of which we don't like.
19             But if we had very black and white rules,
20   developers would not have typically pushed the
21   envelope and tried to get interesting things into
22   the store.
23             So we wanted the guidelines to be
24   subjective for a while in order to see what type of
25   content, what type of apps we were going to get.
00109:01             Now, having said that, look, one of the
02   very first apps that we had an issue with was called
03   "Baby Shaker."  It was in the first three weeks of
04   my hiring.  And for all intents and purposes, that
05   didn't violate any guidelines, and three sets of
06   eyes.
07             This is when three reviewers would review
08   it.  They approved it.  Apple stock went down.  I
09   got a call from Steve.  I got a call from Al Gore's
10   office.  We got -- we had people picketing outside
11   of Apple because of one app approval that should not
12   have been approved.
13             And it was about quieting a baby by gently
14   shaking the phone, but if you shook it really hard,
15   you killed the baby.
16             And so that is the reason why we needed to
```

```
17   have more refined guidelines internally because
18   reviewers, they don't see the forest for the trees.
19   This was a dumb app.
20            If you shook it, it put X's over
21   the baby -- a picture of the baby's eyes.   No baby
22   was harmed in the making of this app.
23            But perception was that Apple's okay with
24   shaking babies.  So we'd have to reject -- or so we
25   got picketed.  And so we got a lot of bad press from
00110:01  that.  That's why we needed something a little more
02   defined than just the guidelines because the
03   guidelines are subjective.
04        Q   Is one of the goals of the review process
05   to protect -- to protect Apple's goodwill?
06        A   Yes.  It's to protect Apple's brand for
07   sure.
```

**36.  PAGE 117:01 TO 117:19 (RUNNING 00:00:49.499)**

```
00117:01          Q   In Marketing Text, there's a guideline
02   about cross-platform information.
03            Do you see that?
04        A   Yes, I do.
05        Q   What is the goal of this guideline?
06        A   Well, for the guideline specifically, I can
07   address some points of it.  Not -- it won't be
08   complete.
09            But one of the issues that we always had is
10   that developers that create a cross-platform app
11   like to put in the marketing text for the App Store,
12   iOS App Store, they want to tell them -- tell you
13   about the features in their Android app.  It made no
14   sense.
15            So we didn't want that kind of information
16   in the iOS App Store.
17        Q   Did you have any list of bad words that
18   were searched for, such as Android or Windows?
19        A   I'm sure we did.
```

**37.  PAGE 117:20 TO 117:22 (RUNNING 00:00:08.196)**

```
20        Q   And were apps generally prohibited from
21   pointing to their availability on other platforms?
22        A   Yes, they were.
```

**38.  PAGE 124:17 TO 124:22 (RUNNING 00:00:18.446)**

```
17        Q   If you turn to Exhibit 102.  This is a
18   document dated March 13, 2009.
19            (Whereupon Shoemaker Exhibit 102
20            was marked for identification and
21            attached hereto.)
22            MR. EVEN:  It's APL-APPSTORE_01964696-707.
```

**39.  PAGE 125:02 TO 125:15 (RUNNING 00:00:44.859)**

```
02        Q   Do you recall writing this document titled,
03   "My iPhone Developer Experience"?
04        A   Barely.  Vaguely.  Yes.
05        Q   Let me take a step back.  Did you write
06   this document; right?
07        A   Yes, I did.  Yes, I did.
08        Q   And you wrote it as part of your general
09   ordinary course of duties at Apple?
10        A   Yes.  I started on March 9th, 2009.  This
11   was four days later.  I was asked by Ron to write up
12   my developer experience working with the App Store
13   because -- because that's part of the reason they
14   hired me is what did I go through to get onto the
```

```
        15    App Store.
```

**40.  PAGE 126:20 TO 126:23  (RUNNING 00:00:11.750)**

```
        20         Q    How often did you hear developers
        21    complaining about Apple's criteria being unclear
        22    while you were at Apple?
        23         A    Every day probably.
```

**41.  PAGE 133:20 TO 134:19  (RUNNING 00:01:23.257)**

```
        20         Q    You mentioned earlier that you believed
        21    that in your later years at Apple, the accuracy of
        22    the review or the error rate went down.
        23              Do you remember that?
        24         A    Yes, I do.
        25         Q    And do you recall quoting to your
  00134:01    executives numbers around the 15 percent error rate
        02    around the 2015-16 time frame?
        03         A    Yes, I do.
        04         Q    And you mentioned earlier that you reviewed
        05    about, I think you said, 100,000 apps a week; is
        06    that right?
        07         A    Yes.
        08         Q    So that would still mean about 15,000
        09    mistakes each week; correct?
        10         A    That is correct.
        11         Q    If you turn to Exhibit 104.
        12              (Whereupon Shoemaker Exhibit 104
        13              was marked for identification and
        14              attached hereto.)
        15    BY MR. EVEN:
        16         Q    That is an e-mail exchange, dated
        17    January 4, 2006.  The top e-mail -- the last e-mail
        18    is from you.  And it bears Bates
        19    APL-APPSTORE_00058136-1838.
```

**42.  PAGE 135:01 TO 138:03  (RUNNING 00:03:36.626)**

```
  00135:01         Q    Is this an e-mail that you wrote around
        02    early 2016?
        03         A    It looks to be.
        04         Q    And it's an e-mail that you wrote as part
        05    of your ongoing business and employment at Apple; is
        06    that right?
        07         A    Yes, that's correct.
        08         Q    And you are forwarding an e-mail from a
        09    Mr. Sasser to Mr. Schiller, dated the same day,
        10    January 4th, 2016.
        11              Do you see that?
        12         A    I do see that.
        13         Q    Who is Mr. Sasser?
        14         A    I don't recall.  A developer from Panic.
        15    Panic was a popular developer or a developer that
        16    had popular apps on the store.
        17         Q    Okay.
        18              And they had apps for both iOS and Mac; is
        19    that right?
        20         A    I believe so.  Yes.
        21         Q    And the review process applied both to the
        22    Mac Store and the iOS Store; is that right?
        23         A    Yes.  My team reviewed apps for the Watch,
        24    for the App Store and for the Mac Store, that's
        25    correct.
  00136:01         Q    If you turn to the second page of the
        02    document, at the bottom do you see that Mr. Sasser
        03    is saying that -- and this is underlined (as read
        04    and/or reflected:)
```

33

```
05                  The app store takes parts --
06            sorry -- of our job that we're
07            already extremely good at -- like
08            customer support, quick updates,
09            easy refunds -- and makes them all
10            more stressful and difficult, in
11            exchange for giving Apple
12            30 percent of our revenue.
13            Do you see that?
14       A    Yes, I do.
15       Q    What's your understanding as to how the App
16  Store made customer support more difficult for a
17  developer like Panic?
18       A    Well, if you look at the way the App Store
19  works, technically Panic doesn't have any users.
20  Apple has users.  Right.  Apple has customers.
21            And those customers are able to purchase
22  access to an app like Panic, but Panic doesn't get
23  to know who they are.  They don't know their name.
24  They don't have the credit card billing details.
25  They don't know really anything about them.
00137:01            So it's a level of indirection.  And it's
02  very difficult for a company like Panic to know, you
03  know, if I write to Panic directly, say I bought
04  your app, they can basically say, prove it.  I don't
05  have any record of you buying my app.
06            They have to go through the Apple channel
07  to make that happen.  It's very difficult to connect
08  the dots once you're running into customer
09  service-related issues.
10       Q    Okay.
11            And if somebody wants to give a 1 star
12  rating to Panic, can Panic do anything about it,
13  talk directly to the customer, explain to them what
14  they're not understanding about the app or anything
15  like that?
16       A    No, not directly.
17       Q    How does the App Store make easy refunds
18  more difficult for developers?
19       A    Well, giving a refund from Apple is real
20  easy.  You just go up to the app -- you just request
21  a refund through a standard channel with Apple Care.
22            The problem is that the developer doesn't
23  really know about it.  Right.  I mean, if somebody
24  requests -- if they go directly to Panic, in this
25  instance, and say, I want a refund, Panic can't do
00138:01  it.  They say you have to go to Apple to get the
02  refund.  And so they can get a refund from Apple.
03            But it's another level of indirection.
```

**43. PAGE 138:04 TO 138:07  (RUNNING 00:00:10.190)**

```
04            But I think -- I'm not sure what he means
05  by that because honestly I've never had problems
06  with getting a refund out of Apple on the App Store,
07  but it's difficult for them to know.
```

**44. PAGE 138:18 TO 138:21  (RUNNING 00:00:08.049)**

```
18       Q    And fair to say that this created another
19  level of friction between developers and their
20  users?
21       A    Yeah, I would say so.
```

**45. PAGE 144:10 TO 144:23  (RUNNING 00:00:46.869)**

```
10       Q    Did Apple have a policy against the
11  disclosure to consumers of the 30 percent commission
```

```
12   that developers were paying?
13       A   I never saw anything in writing in the
14   guidelines, but, yes, that is an accurate statement.
15   We did not like to see that in the marketing text.
16       Q   And when you say did not like to see it,
17   that means that an app could get rejected for
18   putting something like that in the marketing text or
19   in an app itself?
20       A   Yes.  If an app were to say the monthly
21   subscription is 6.99, that's an extra 30 percent
22   because of Apple or something like that, yes.  We
23   would absolutely have them remove that.
```

**46. PAGE 149:12 TO 149:14 (RUNNING 00:00:12.811)**

```
12       Q   Have you ever heard anybody voice concerns
13   about the security of other in-app purchase APIs?
14       A   I have not.
```

**47. PAGE 149:15 TO 150:05 (RUNNING 00:00:52.440)**

```
15       Q   Based on your understanding, is IAP, in
16   fact, safer than, for instance, PayPal?
17       A   I believe it is, but I don't have any data
18   to back that up.  It just feels like it would be
19   more secure.
20       Q   And why do you think it feels more secure?
21       A   Because when you use in-app purchase,
22   you're using services that are built in on the phone
23   versus a third-party library that may or may not
24   have malware in it.  Right.
25           People can use infected libraries to give
00150:01   you third-party functionality.  And then your
02   password and user name are out there.
03           Whereas, I know if it's using the built-in
04   services of the iPhone, people can't be tracking
05   that information.  They can't be capturing it.
```

**48. PAGE 150:22 TO 151:06 (RUNNING 00:00:33.090)**

```
22       Q   Has the functionality of IAP involved
23   during your time at Apple in any material way?
24       A   It evolved in a variety of ways, including
25   things like extra protections in place so people
00151:01   could not make accidental purchases.  Right.  Or
02   their children making accidental purposes so -- or
03   purchases.
04           Requiring the password to be reentered
05   after 15 minutes.  Certain features like that
06   changed over time.
```

**49. PAGE 151:09 TO 151:18 (RUNNING 00:00:30.470)**

```
09       Q   You mentioned earlier that there came a
10   time when you and maybe others thought that maybe 30
11   percent was too high.
12           Do you remember that?
13       A   I do remember that.
14       Q   When was that discussion?
15       A   I would probably say late in my time at
16   Apple, 2015, 2016, developers were complaining about
17   the 30 percent.  I started hearing more and more
18   complaint about it.
```

**50. PAGE 171:14 TO 173:21 (RUNNING 00:02:25.040)**

```
14       Q   We talked earlier about a store within a
15   store.
16           Do you remember that?
17       A   Yes, I do.
```

```
18          Q   And you said that Apple had a general
19     policy not allowing that; right?
20          A   That's correct.
21          Q   And that was for some time in a more
22     internal policy that became more explicit and public
23     facing over time; is that fair?
24          A   That is correct.
25          Q   And do you -- what's your understanding of
00172:01     the rationale for the prohibition on a store within
02     a store?
03          A   Apple always believed in -- well, there
04     were multiple rationales.  One is that App Store was
05     to be the only way that you could install apps
06     into -- onto the iPhone.  Right.
07              And there was technological reasons for it.
08     There was privacy reasons, et cetera, but the only
09     way to get an app onto your phone was through the
10     App Store.
11              So that was issue No. 1.  Right.  We didn't
12     want anyone else to pretend that they were
13     downloading an app, et cetera.  And we didn't want
14     them to use other things like the enterprise
15     guidelines or enterprise certificates and
16     side-loading certificates.  They could only do it
17     through this one.
18              The other one was a little different.  It
19     was about meritocracy.
20              So the idea for the App Store has always
21     been that the best apps will rise to the top because
22     of reviews, ratings, and downloads.  Right.  The
23     apps that tend to get a lot of downloads, they'll
24     chart; right.
25              And if they are getting a lot of downloads,
00173:01     it's trending.  It means it's got some value.  And
02     those will rise up the charts because people, you
03     know, especially now when there's 2 million apps in
04     the store, it's very difficult to find apps.
05              And so you know what the hot ones are by
06     watching the charts and things that rise in the
07     charts.
08              Now, when you have a store in a store or
09     these app recommendation apps, you have third
10     parties meddling with that and people can pay to
11     place.
12              So let's say I go to one of these app
13     recommendation apps and I say I'll give you $10,000
14     put me at the top of your list, they'll put you at
15     the top of their list and suddenly that terrible app
16     is trending.
17              And that app is changing the Apple charts
18     and people are downloading this piece of garbage
19     over and over and over.
20              That was kind of the reason.  Those are the
21     two reasons that I recall.
```

**51.** **PAGE 175:04 TO 175:13  (RUNNING 00:00:27.216)**

```
04              Let me introduce Exhibit 111.  That's an
05     e-mail chain, Bates stamped APL-APPSTORE_09425339.
06              (Whereupon Shoemaker Exhibit 111
07              was marked for identification and
08              attached hereto.)
09     BY MR. EVEN:
10          Q   That's another e-mail chain you wrote in
11     the ordinary course as part of your job at Apple;
12     right?
13          A   Yes, it is.
```

**52.** PAGE 175:14 TO 175:16 (RUNNING 00:00:08.003)

```
    14        Q   And you're given here ERB meeting notes.
    15            Do you see that?
    16        A   Yes, I do.
```

**53.** PAGE 175:17 TO 176:07 (RUNNING 00:00:36.129)

```
    17        Q   And do you see at the top of the second
    18    page there's an app name called The Web Store,
    19    discover the top fun and useful or whatever from
    20    developer Orange?
    21            Do you see that?
    22        A   Yes, I do.
    23        Q   And you say it's rejected.  And in the
    24    comment you say (as read and/or reflected:)
    25               We do not want apps that
00176:01            replace our store with web apps.
    02            Do you see that?
    03        A   Yes, I do.
    04        Q   What was the rationale for not wanting a
    05    web app store?
    06        A   I think the comments sum that up.  They
    07    don't want to replace the store with web apps.
```

**54.** PAGE 180:22 TO 181:03 (RUNNING 00:00:28.489)

```
    22        Q   So while this is updating, let me introduce
    23    Exhibit 113.  That's a document dated November 23,
    24    2011.
    25        A   Okay.
00181:01        Q   Again, an e-mail chain and it's
    02    APL-APPSTORE_05267651.
    03            If you can take a look at that.
```

**55.** PAGE 181:04 TO 181:12 (RUNNING 00:00:11.455)

```
    04        A   Okay.  I see it.
    05            (Whereupon Shoemaker Exhibit 113
    06            was marked for identification and
    07            attached hereto.)
    08    BY MR. EVEN:
    09        Q   This is another e-mail that you wrote and
    10    received as part of your ordinary course of
    11    employment at Apple; right?
    12        A   Yes, it is.
```

**56.** PAGE 181:13 TO 181:23 (RUNNING 00:00:17.800)

```
    13        Q   And on the second page, the very first
    14    e-mail in the chain, you're saying, (as read and/or
    15    reflected:)
    16               I'm removing the Big Fish
    17            games app immediately.  I have no
    18            guideline to remove their app, but
    19            have been asked by the ERB to hide
    20            it.  I will be doing so
    21            immediately.
    22            Do you see that?
    23        A   Yes, I do.
```

**57.** PAGE 181:24 TO 182:01 (RUNNING 00:00:07.250)

```
    24        Q   What do you mean by "hide it"?
    25        A   It means remove it.  Just remove it from
00182:01    the App Store so nobody can see it.
```

**58.** PAGE 182:23 TO 183:09 (RUNNING 00:00:32.380)

```
    23            What do you mean by (as read and/or
    24    reflected:)
```

```
         25                I have no guideline to remove
00183:01        their app On.
         02     A   I don't recall.
         03     Q   Doesn't it mean that there is no guideline
         04  that actually supports the ERB's decision that you
         05  can point to and say to the developer, here's the
         06  problem?
         07     A   That's how it reads, but it's 2011.  I
         08  figured there were guidelines at the time that
         09  disallowed this.  Maybe not.  I don't recall.
```

**59.** PAGE 184:07 TO 184:11 (RUNNING 00:00:17.311)

```
         07     Q   So let's turn to Exhibit 114.  Let me
         08  introduce it.
         09          That's a November 23, which is the same
         10  date, November 23, 2011, and it's e-mails from you.
         11  This is APL-APPSTORE_05267654.
```

**60.** PAGE 184:12 TO 184:18 (RUNNING 00:00:05.409)

```
         12               (Whereupon Shoemaker Exhibit 114
         13               was marked for identification and
         14               attached hereto.)
         15  BY MR. EVEN:
         16     Q   That's another e-mail that you wrote in the
         17  ordinary course of your employment at Apple; right?
         18     A   Yes.
```

**61.** PAGE 184:19 TO 185:20 (RUNNING 00:00:53.936)

```
         19     Q   And it's a little more lively in its
         20  language?
         21     A   Yes, it is.
         22     Q   And Mr. Neumayr -- I hope I'm not
         23  butchering his name -- says (as read and/or
         24  reflected:)
         25               If we clearly said to them "we
00185:01          removed it because we do not allow
         02          app stores in an app inside the App
         03          Store."
         04          Which is a quote from your e-mail that
         05  we've just seen.
         06     A   Yeah.
         07     Q   (As read and/or reflected:)
         08               Why wouldn't we also say this
         09          publicly as a statement?
         10          Do you see that?
         11     A   Yes, I do.
         12     Q   And you respond (as read and/or reflected:)
         13               Because it's chicken shit.  We
         14          don't have a guideline for this.
         15          Do you see that?
         16     A   Yes, I do.
         17     Q   Fair to say that at the time you thought
         18  that there was no guideline that supported this
         19  decision?
         20     A   I -- yes.  I would trust what I said then
```

**62.** PAGE 185:21 TO 185:22 (RUNNING 00:00:05.130)

```
         21  about the guidelines then than I would now.  I don't
         22  remember those guidelines.
```

**63.** PAGE 185:24 TO 185:24 (RUNNING 00:00:01.497)

```
         24               So if we turn to 115.
```

**64.** **PAGE 185:25 TO 186:15  (RUNNING 00:00:58.977)**

```
        25   ///
00186:01           (Whereupon Shoemaker Exhibit 115
    02             was marked for identification and
    03             attached hereto.)
    04             THE WITNESS:  Okay.
    05   BY MR. EVEN:
    06       Q   Now we're jumping two years forward.  So
    07   this is a February 5, 2013 e-mail.
    08   APL-APPSTORE_07087422-4224.
    09           That's another e-mail exchange that you had
    10   as part of your ordinary course of employment at
    11   Apple; is that right?
    12       A   Yes, it is.
    13       Q   And this is, again, concerning Big Fish; is
    14   that right?
    15       A   Yes.
```

**65.** **PAGE 186:24 TO 187:04  (RUNNING 00:00:13.814)**

```
        24       Q   And that's about some other iOS application
        25   that Big Fish submitted; correct?
00187:01       A   That is correct.
    02       Q   Not the one that was removed back in 2011;
    03   right?
    04       A   That's correct.  Yes.
```

**66.** **PAGE 188:10 TO 188:25  (RUNNING 00:00:33.098)**

```
        10       Q   Going all the way to the top, you write
        11   again (as read and/or reflected:)
        12              Big Fish Unlimited is seen as
        13           a game store within an app.  This
        14           is not allowed.  Phil and Eddy have
        15           been adamant about this, despite my
        16           protests.  We have no clear
        17           guidelines around this.
        18           Do you see this?
        19       A   Yes, I do.
        20       Q   And this is now February 2013 and still
        21   there are no guidelines; correct?
        22       A   So it appears, yes.
        23       Q   And Phil and Eddy are Phil Schiller and
        24   Eddy Cue; correct?
        25       A   Yes, that is correct.
```

**67.** **PAGE 189:07 TO 189:11  (RUNNING 00:00:14.280)**

```
        07       Q   And so as of February 2013, you thought
        08   that a game subscription is a promising business
        09   model that should be allowed?
        10       A   Personal belief, probably -- yes, that is
        11   correct.
```

**68.** **PAGE 195:09 TO 195:11  (RUNNING 00:00:00.031)**

```
        09           (Whereupon Shoemaker Exhibit 116
        10           was marked for identification and
        11           attached hereto.)
```

**69.** **PAGE 195:16 TO 195:22  (RUNNING 00:00:18.916)**

```
        16       Q   This is an e-mail dated July 18, 2011.
        17           Is this another e-mail that you wrote
        18   during your employment at Apple?
        19       A   I believe so.  Yes, it looks like it.
        20       Q   And it was part of the ordinary course of
        21   fulfilling of your duties at Apple?
        22       A   Yes.
```

**70. PAGE 196:10 TO 196:25  (RUNNING 00:00:33.925)**

```
10         Q    And Ms. Doerr writes in the second sentence
11    (as read and/or reflected:)
12              The system is not perfect and
13              scams can still perpetuate in the
14              App Store where reviews can be
15              gamed in short term and even
16              possibly long-term monetary gains
17              can be made by unscrupulous
18              developments.
19         Do you see that?
20         A    Yes, I do.
21         Q    Do you agree that that's a correct
22    statement?  The system was never perfect and scams
23    did still perpetuate the App Store from time to
24    time?
25         A    Sure.  Yes.
```

**71. PAGE 204:02 TO 204:10  (RUNNING 00:00:26.803)**

```
02              Was there anything about the App Review
03    process that was not susceptible to replication by
04    another App Store should another App Store decide to
05    do it?
06         A    No, I don't think so.
07         Q    It was just a matter of investing the money
08    and taking the time and thinking about the problem
09    and addressing it?
10         A    That's right.
```

**72. PAGE 214:23 TO 215:02  (RUNNING 00:00:17.520)**

```
23         Q    Would you agree with me that there were
24    instances that malware got onto iPhones?
25         A    Yes, I agree with that.
00215:01   Q    And malware got onto the App Store?
02         A    Yes.
```

**73. PAGE 216:03 TO 216:14  (RUNNING 00:00:41.402)**

```
03         Q    Do you recall an instance where a foreign
04    government had managed to put some malware into the
05    App Store?
06         A    Yes, I do.
07         Q    What was that instance?
08         A    A researcher from a university in China
09    submitted an app that when you played the game, it
10    would randomly go into your contact list and replace
11    all the phone numbers with 8s.  8888888.
12              And Chinese government brought that to our
13    attention to say -- to criticize us for our review
14    process.
```

**74. PAGE 229:20 TO 229:23  (RUNNING 00:00:22.715)**

```
20              MR. EVEN:  If you turn to Exhibit 119.
21         Q    And scroll to page 367.  This document is
22    even bigger than the Wiki, I believe.
23         A    Yeah.  Yeah, it is.
```

**75. PAGE 230:03 TO 231:03  (RUNNING 00:01:14.277)**

```
03         Q    At the top of the page, there's a paragraph
04    starting with (as read and/or reflected:)
05              Subcommittee staff learned
06              that Apple has engaged in conduct
07              to exclude rivals ...
08         Do you see that?
09         A    Yes, I do.
```

```
      10        Q   And do you see that it says (as read and/or
      11   reflected:)
      12               For example, Mr. Shoemaker
      13          explained that Apple's senior
      14          executives would find pretextual
      15          reasons to remove apps from the App
      16          Store, particularly when those apps
      17          competed with Apple services.
      18        A   Yes, I do.
      19        Q   Do you recall sharing those views with the
      20   staffers?
      21        A   Not in so many words, but I had a lot of
      22   conversations with them.  I -- I do recall saying
      23   that -- yes.  I guess, yes, I did have that
      24   conversation with them.
      25        Q   And we saw some examples of instances like
00231:01   that today about Google Voice and some of the Big
      02   Fish situation and things like that; is that fair?
      03        A   Yes.
```

**76. PAGE 248:13 TO 251:04  (RUNNING 00:03:16.905)**

```
      13   are listening, what is the difference between a web
      14   app and an iOS app for the App Store?
      15        A   So an iOS app is an application that has
      16   been written in a specific programming language like
      17   Objective-C and Swift.
      18               And you write it on a Mac -- on a Mac or
      19   other type of computer.  And you access specific
      20   APIs to do the functionality that you want.
      21               You want to put buttons on the screen.  You
      22   do that with Objective-C or Swift.
      23               If you want to get access to the contacts
      24   or access to any of the deeper functionality in iOS,
      25   you use an app for that.
00249:01               Now -- I'm sorry.  You use an API for that
      02   to access it within your app.
      03               So you can have a lot of functionality,
      04   full integration with the hardware device, access to
      05   the camera, access to the screen, drawing pixels on
      06   the screen, creating games, et cetera.  And it's a
      07   full, robust type of development environment on
      08   which you develop.  And that's available on iOS.
      09               When you go to the web and you do a web
      10   app, you're creating what's called "lowest common
      11   denominator functionality."  You're now creating an
      12   app -- an app with HTML and JavaScript.
      13               So, first of all, you have much slower
      14   processing.  It's a slower app because it's the same
      15   stuff you see on a website.  It's the HTML and
      16   JavaScript.  So you have limited functionality where
      17   you can put a pixel on the screen.  It's not as
      18   powerful.
      19               You don't have access to all of those APIs
      20   built into the underlying operating system because
      21   your lowest common denominator.  You want it to run
      22   on iOS.  You want it to run on windows.  You want it
      23   to run on Mac, and you want it to run on Android.
      24   So suddenly you're eliminating a lot of
      25   functionality for that.
00250:01               Now, these operating systems can expose a
      02   little stuff that can be -- expose some of these
      03   deeper APIs to be used by web apps, but doing so
      04   also opens up security problems, a way, a back door
      05   into getting to the code.
      06               You want to expose as little as you can to
      07   these web apps because web apps don't go through a
```

41

```
08    review process.  Websites don't go through a review
09    process.
10          If you launch a website and it can access
11    underlying functionality like maybe your contacts,
12    suddenly every website you go to has the potential
13    of stealing your information.  Stealing your data.
14    And that's something that we want to disallow.
15          So a web app essentially is a website that
16    you say make a web app version of this.  And all
17    that does is it takes all of these files, these
18    HTML, these JavaScript files, and puts it into a
19    small container, and it lives on the springboard, on
20    the home screen, if you will, of your iOS device.
21          It looks like an app.  It's an icon.  But
22    it's a web app.  You're not going to have a lot of
23    functionality there.  You click it.  It's just like
24    saving a Safari link on your desktop and launching
25    an app.  So there's a lot of limited functionality.
00251:01    You can't do as much there.
02          Q   So at bottom, would you say that a web app
03    is no substitute for a true iOS app?
04          A   Yes, I would.
```

20 SEGMENTS  (RUNNING 00:11:37.692)

**1. PAGE 356:05 TO 356:13  (RUNNING 00:00:13.228)**

```
05              THE REPORTER:  Raise your right hand,
06   please.
07
08              PHILLIP BURTON SHOEMAKER,
09   recalled as a witness by counsel for Plaintiff, being
10   first duly sworn, testified as follows:
11
12              THE WITNESS:  Yes, I do.
13              THE REPORTER:  Thank you.
```

**2. PAGE 452:09 TO 452:15  (RUNNING 00:00:24.733)**

```
09              And this is Bates Stamp 04 -- 00424815.
10   Exhibit 176.  It is an e-mail from you,
11   Mr. Shoemaker, to Peter stone.  It is dated
12   March 6th, 2013.  New app process.
13              Is this an e-mail that you would have sent
14   in the course of your employment at Apple?
15        A.  Yes.
```

**3. PAGE 452:19 TO 452:25  (RUNNING 00:00:24.269)**

```
19        Q.  And this is a discussion about whether the
20   apps were reviewed for viruses.
21              And according to this e-mail, the apps are
22   reviewed for -- are reviewed -- are scanned -- I'm
23   sorry.  Are scanned with the Norton iAntivirus and
24   the ClamXAV; is that correct?
25        A.  That is correct.
```

**4. PAGE 453:17 TO 454:04  (RUNNING 00:00:34.895)**

```
17        Q.  Okay.  And do you know how iTunes scanned
18   for viruses, other than through the Norton and the
19   ClamXAV?
20        A.  No.  I did not.
21        Q.  So do you know if they did a scan for the
22   .exes?
23        A.  Yes.
24              Before I left, I know they were scanning the
25   binaries for anything inside of the .zip file, which
00454:01   is also an app.  They would scan those.  Whether they
02   had .exes or .dlls in there, they would scan them for
03   viruses -- well-known viruses using tools like Norton
04   antivirus.
```

**5. PAGE 480:07 TO 480:15  (RUNNING 00:00:31.532)**

```
07              So yesterday you mentioned an instance where
08   Apple rejected an app and then released a similar
09   feature on a tone.
10              Do you recall that?
11        A.  Yes.
12        Q.  And what was the feature in question?
13        A.  It was wireless syncing of -- of data.
14        Q.  Wireless syncing between which devices?
15        A.  iPhone and your Mac.
```

**6.** **PAGE 484:20 TO 485:17  (RUNNING 00:01:40.097)**

```
        20          Q.  You mentioned yesterday that there were
        21  generally no viruses on iOS; is that correct?
        22          A.  That is correct.
        23          Q.  And I think you have stated that that is
        24  because unlike Windows and, to some extent, Mac OS,
        25  iOS is a more modern OS; is that right?
 00485:01          A.  Yes.  That is correct.
        02          Q.  And I think you said that -- one aspect that
        03  is relevant to the issue of susceptibility to viruses
        04  was that iOS has what you called a sandbox model; is
        05  that right?
        06          A.  Yes.  That is correct.
        07          Q.  And sandbox model, if I understand
        08  correctly, it that essentially each application
        09  remains in its own little compartment and can't reach
        10  out of that unless the user or app allows it; is that
        11  right?
        12          A.  Yes.  That is correct.
        13          Q.  And if I understand in your answers then
        14  when it comes to malware, iPhones are -- are, you
        15  know, super safe because iOS in the sandbox model are
        16  very robust.
        17          A.  That is correct.
```

**7.** **PAGE 487:06 TO 487:11  (RUNNING 00:00:24.101)**

```
        06              And so what you are telling me is that for
        07  viruses, sandbox -- a sandbox model is very effective
        08  and human review is not.  And for malware, really,
        09  neither one is very effective because it is just very
        10  hard to catch.  It is just a real problem.
        11          A.  I would agree with that.
```

**8.** **PAGE 488:02 TO 488:11  (RUNNING 00:00:30.522)**

```
        02          Q.  Now, Apple does allow other app stores on
        03  Mac OS; is that right?
        04          A.  Yes, they do.
        05          Q.  And Apple does allow direct download of
        06  applications, what is called siloing onto Mac
        07  computer; right?
        08          A.  Yes, they do.
        09          Q.  And an iOS, even though it is more secure,
        10  Apple does not allow app stores for siloing; right?
        11          A.  That is correct.
```

**9.** **PAGE 488:12 TO 488:16  (RUNNING 00:00:27.722)**

```
        12          Q.  So would you agree with me that to extend --
        13  to the extent anyone claims that Apple needs a close
        14  guard on iOS to prevent viruses, for instance, that
        15  is just not true?
        16          A.  For viruses, yes.  That is correct.
```

**10.** **PAGE 490:13 TO 490:19  (RUNNING 00:00:26.029)**

```
        13          Q.  You mentioned yesterday that there were some
        14  dumb decisions made by some reviewers who put certain
        15  apps on halt.
        16              Do you recall that?
        17          A.  Yes, I do.
        18          Q.  And that was with respect to apps that
        19  supported a competing watch; right?
```

**11.** **PAGE 490:20 TO 491:07  (RUNNING 00:00:42.115)**

```
        20          A.  Yes.
        21          Q.  And so we covered yesterday that competing
```

```
         22    apps sometimes faced issues at the ERB because of
         23    positions taken by your superiors; is that right?
         24         A.  Yes.
         25         Q.  And based on the story of this competing
00491:01    watch, I understand that competing apps also
         02    sometimes faced problems with the review process
         03    because of your -- of your underlings, the people who
         04    reported to you.
         05         Is that fair?
         06         A.  Yes.  Overzealous reviewers, yes.  That is
         07    correct.
```

**12.  PAGE 491:11 TO 491:21  (RUNNING 00:00:26.310)**

```
         11         They are they are overzealous in protecting
         12    Apple; right?
         13         A.  I would say they are more overzealous in
         14    protecting themselves and their job.  They were
         15    afraid they would get fired if they did something
         16    incorrect.
         17         Q.  Okay.  And they thought that they might get
         18    fired because they thought that Apple would not want
         19    to approve things that are competing against Apple;
         20    is that right?
         21         A.  That is my understanding, yes.
```

**13.  PAGE 510:01 TO 510:12  (RUNNING 00:00:32.890)**

```
00510:01         Q.  Okay.  And would a jail broken iPhone still
         02    have sandboxing as part of its iOS?
         03         A.  No.  It would not.
         04         Q.  Okay.  So again, you had spoken earlier with
         05    Mr. Even about how sandboxing was the be all/end all
         06    safeguard against viruses.
         07         But would that safeguard exist in jail
         08    broken iPhones?
         09         A.  It would not, no.
         10         Q.  And how seriously did Apple, during your
         11    time there, take the threat of jail breaking?
         12         A.  Very seriously.
```

**14.  PAGE 517:21 TO 518:15  (RUNNING 00:01:02.276)**

```
         21         Q.  And did Apple or the App Store review
         22    process ever make changes or modifications in
         23    response to developer feedback?
         24         A.  Yes.
         25         Q.  And how frequently did that occur?
00518:01         A.  A lot of things changed based on feedback.
         02    As far as the process was concerned, we were
         03    continually refining the process based on feedback.
         04    The guidelines were -- were one of the clearest forms
         05    of -- of feedback causing changes at Apple.  When
         06    developers would complain about one of our
         07    guidelines, the executives, the ERB, we would all get
         08    together and discuss those guidelines and ultimately
         09    make changes to them if we found they were warranted
         10    or not if we didn't, and we would release those
         11    guidelines -- updated versions of those guidelines;
         12    so that -- that happened -- those guidelines changed
         13    probably twice a year, but that was -- that was just
         14    one of the ways in which we would -- we would change
         15    based on feedback.
```

**15.  PAGE 551:12 TO 552:10  (RUNNING 00:01:04.607)**

```
         12         Q.  Going back to the question, Mr. Shoemaker.
         13         Why were you concerned that there would be
         14    an exodus of developers from iOS to Android?
```

```
        15        A.  The -- the Apple App Store was -- was built
        16   for our customers, our consumers, the people
        17   downloading apps.  And we never had -- you know, we
        18   never had consumers complaining about -- about the
        19   app review process; right?
        20        Consumers never did that.  That was
        21   developers.
        22        But -- but my concern was if we didn't
        23   improve the app review process, developers might
        24   start pulling out and then making their games or
        25   their apps only available on the -- the Android
00552:01   store.  It was just a -- to me, it was always -- you
        02   know, it was always the concern.  You always want to
        03   strive to be better than you were the day before.
        04   And so, for me, I was always concerned about that,
        05   and I didn't want to be the reason why something like
        06   that happened.
        07        Q.  And did developers ever threaten to take
        08   their apps off of iOS and move exclusively to
        09   Android?
        10        A.  Yes.
```

**16.  PAGE 555:02 TO 555:13  (RUNNING 00:00:27.350)**

```
        02        Q.  Okay.  And speaking of it being heated,
        03   I note that on the bottom of this e-mail on page
        04   there he concludes by saying:
        05             "If Apple keeps treating developers that
        06        way, all of the small and medium developers
        07        will run away to other platforms.  The
        08        developers are the future of Apple."
        09        Is this a complaint that you heard -- or
        10   a threat, I should say, that you heard from other
        11   developers?
        12        A.  Yes.  We -- we -- I had heard this threat
        13   before.
```

**17.  PAGE 562:14 TO 562:19  (RUNNING 00:00:09.507)**

```
        14        MS. AHMAD:  Nineteen, yes.
        15        MR. PHILLIPS:  Okay.
        16        (Defense Exhibit Number DX-19
        17        was marked for identification.)
        18   BY MS. AHMAD:
        19        Q.  Mr. Shoemaker, will you pull up Exhibit 19?
```

**18.  PAGE 562:21 TO 563:08  (RUNNING 00:00:45.486)**

```
        21        Q.  So this is an e-mail exchange between you,
        22   P.B. Shoemaker direct, and Zenus Song at Apple.
        23        Is this an exchange that you had in the
        24   regular course of your work for Apple?
        25        A.  Okay.  Yes, it is.
00563:01        Q.  And who are you writing to when you address
        02   it team and send it to P.B. Shoemaker direct?
        03        A.  So those were my direct reports; so my
        04   managers in my organization.
        05        Q.  All right.  And I wanted to -- well, take
        06   a look at the e-mail and tell me if you recall
        07   generally the subject matter that you recount here.
        08        A.  Yes.  I do -- I do recall this.
```

**19.  PAGE 565:07 TO 565:10  (RUNNING 00:00:10.008)**

```
        07        Q.  Well, what was your understanding from these
        08   conversations with Android users as to why they had
        09   more concerns on Android than they would have had on
        10   an iOS?
```

**20.  PAGE 565:13 TO 565:25  (RUNNING 00:00:41.015)**

```
13              THE WITNESS:  Because the users -- I'm
14    sorry.  Because -- because Android didn't -- I'm
15    sorry.  Google did no checks.  If you submit an app
16    to the -- the store, it basically made it onto the
17    store after going through some of the automation
18    stuff, but malware and privacy apps would get in
19    pretty easily -- private -- I'm sorry.  When I say
20    privacy, I mean apps that can affect your privacy,
21    that would take information, et cetera, would often
22    make it into the store.  There are hundreds of news
23    articles about those kinds of apps.  And we felt our
24    users felt it was much more comfortable doing that on
25    the App Store.
```

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Eddy Cue**
**(February 8, 2021)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
| --- | --- |
| 33 minutes 13 seconds | 1 minute 40 seconds |

<u>Cue, Eddy (Vol. 01) - February 8, 2021</u>                    1 CLIP  (RUNNING 00:34:52.201)

                        94 SEGMENTS  (RUNNING 00:34:52.201)

**1. PAGE 24:12 TO 24:14  (RUNNING 00:00:07.380)**

        12          Q    Mr. Cue, what's your job title at present?
        13          A    I'm the senior vice president of Internet
        14    services and software at Apple.

**2. PAGE 25:13 TO 25:19  (RUNNING 00:00:33.399)**

        13               What are your job responsibilities at
        14    present?
        15          A    I manage a lot of Apple services, examples
        16    being Maps, iCloud, along with our media, which is
        17    Apple TV+, Apple Music.  I manage an engineering
        18    team for Apple Arcade.  I manage Apple Pay, Apple
        19    Card.

**3. PAGE 26:12 TO 27:17  (RUNNING 00:01:39.683)**

        12               Have you had any job responsibilities that
        13    related to the App Store at all since you became
        14    vice president of Internet services in approximately
        15    the mid 2005ish time frame?
        16          A    I did.
        17          Q    And what were those responsibilities at
        18    that time?
        19               So we're going back now approximately to
        20    sort of around 2005, 2007, in that time.
        21          A    Yeah.
        22               Well, let's just start from the beginning
        23    of the App Store, which is roughly around that time.
        24    I don't know the exact dates, but when the App Store
        25    was started, my team did the engineering work of
00027:01    creating the App Store, the back-end parts of the
        02    App Store.
        03               And then we also were programming the App
        04    Store.  What I mean by "programming" is which apps
        05    were featured when you opened certain pages.
        06               And those were my two primary
        07    responsibilities.
        08          Q    Did those responsibilities for the App
        09    Store change at all over time?
        10          A    They have.
        11          Q    And in what ways have they changed?
        12          A    The responsibility for managing the
        13    features and what I would call running the store on
        14    a day-to-day basis are managed by Phil Schiller.
        15               I still manage all of the engineering
        16    components, meaning the engineers that do the work
        17    for creating it and maintaining it.

**4. PAGE 45:11 TO 45:14  (RUNNING 00:00:06.240)**

        11          Q    And one of the things that makes the iPhone
        12    attractive to users is a robust set of apps.
        13               Would you agree with that?
        14          A    I do.

**5.** PAGE 47:15 TO 47:19  **(RUNNING 00:00:08.456)**

```
15          Q   At the time that the iPhone was launched,
16     there weren't native apps that were being written
17     for the iPhone by third-party developers; is that
18     right?
19          A   That's correct.
```

**6.** PAGE 61:25 TO 62:01  **(RUNNING 00:00:03.605)**

```
    25          Q   Would Android -- do Android apps work on
00062:01     the iOS platform?
```

**7.** PAGE 62:03 TO 62:05  **(RUNNING 00:00:06.220)**

```
03              THE WITNESS:  Again, Android is something
04     completely different and wouldn't work.  So I don't
05     understand.
```

**8.** PAGE 63:05 TO 63:06  **(RUNNING 00:00:03.442)**

```
05              Is it the case that Android apps do not
06     work on the iOS platform?
```

**9.** PAGE 63:08 TO 63:09  **(RUNNING 00:00:05.606)**

```
08              THE WITNESS:  Again, the Android app itself
09     is written to the Android SDK and wouldn't run.
```

**10.** PAGE 63:10 TO 63:12  **(RUNNING 00:00:08.083)**

```
10              But many Android app developers build iOS
11     apps using RSDK, and so many of the apps are
12     available on both platforms.
```

**11.** PAGE 64:03 TO 64:04  **(RUNNING 00:00:05.409)**

```
03              Let's take a look at PX 403.  PX 403, if
04     the witness has it.
```

**12.** PAGE 64:07 TO 64:12  **(RUNNING 00:00:10.186)**

```
07              This is a document, single-page document
08     that is dated 3 January 2010, bearing the Bates
09     number at the bottom -00120802.
10              (Whereupon Cue Exhibit 403 was
11              marked for identification and
12              attached hereto.)
```

**13.** PAGE 65:13 TO 65:18  **(RUNNING 00:00:11.694)**

```
13              And do you see that you are a cc on this
14     document?
15          A   I do.
16          Q   And do you believe that you received it on
17     or about 3 January 2010?
18          A   I'm sure I did.
```

**14.** PAGE 67:13 TO 67:19  **(RUNNING 00:00:28.815)**

```
13          Q   Let's turn to PX 404, if you have that,
14     Mr. Cue.  I'll identify it for the record.
15              It's a document, two-page document, from
16     Mr. Cue to Mr. Cook and Mr. Schiller, subject:  Back
17     to School next year, bearing the Bates number at the
18     bottom -09114427 through -28, dated 15 February
19     2013.
```

**15.** PAGE 67:23 TO 67:23  **(RUNNING 00:00:01.034)**

```
23              THE WITNESS:  I do have that.
```

**16.  PAGE 68:01 TO 68:02  (RUNNING 00:00:02.315)**

```
00068:01            Let me know when you've had an opportunity
      02   to review the document.
```

**17.  PAGE 68:03 TO 68:13  (RUNNING 00:00:22.384)**

```
      03        A   Okay.  I have.
      04        Q   All right.
      05            Do you see that in the first paragraph, you
      06   say (as read and/or reflected:)
      07                Getting customers using our
      08            stores (iTunes, App and iBookstore)
      09            is one of the best things we can do
      10            to get people hooked to the
      11            ecosystem.
      12            Do you see that?
      13        A   I do.
```

**18.  PAGE 70:15 TO 70:20  (RUNNING 00:00:19.121)**

```
      15        Q   And so is it fair to say that part of what
      16   you're saying here is that in order for a consumer
      17   to buy a Samsung, they might have to spend hundreds
      18   of additional dollars in order to have the same
      19   content on a new Samsung device as they already had
      20   on their iPhone?
```

**19.  PAGE 70:22 TO 70:25  (RUNNING 00:00:08.155)**

```
      22            THE WITNESS:  Yes.  In the case of, it's --
      23   if they were buying a Samsung phone, they would have
      24   to buy some of these things again if they wanted to
      25   have the exact same thing there.
```

**20.  PAGE 79:04 TO 79:06  (RUNNING 00:00:08.867)**

```
      04            Now, the App Store, do you believe it's
      05   been financially successful since it was first
      06   introduced?
```

**21.  PAGE 79:08 TO 79:11  (RUNNING 00:00:04.700)**

```
      08            THE WITNESS:  To whom?
      09   BY MS. FORREST:
      10        Q   To Apple.
      11        A   Yes.
```

**22.  PAGE 84:01 TO 84:09  (RUNNING 00:00:30.836)**

```
00084:01            Would you agree with me that there are
      02   different ways in which the App Store has been able
      03   to create revenue streams?
      04            For instance, through subscriptions --
      05        A   Oh --
      06        Q   -- or IAP or ad search, things like that.
      07        A   Yes.  We have come up with different ways
      08   over time to allow developers to charge customers in
      09   different ways.
```

**23.  PAGE 85:10 TO 85:12  (RUNNING 00:00:08.453)**

```
      10        Q   Does Apple obtain revenue through IAP?
      11        A   There is a commission revenue share with
      12   in-app purchase, yes.
```

**24.  PAGE 85:16 TO 85:17  (RUNNING 00:00:14.330)**

```
      16            Does Apple make revenue through the
      17   subscription sales that developers are able to make?
```

**25.  PAGE 85:19 TO 85:22  (RUNNING 00:00:09.036)**

```
       19            THE WITNESS:  In addition to -- in addition
       20   to in-app purchase, developers are able to sell
       21   digital subscriptions in which there is a rev share
       22   of commission as well.
```

**26.  PAGE 87:23 TO 88:06  (RUNNING 00:00:29.991)**

```
       23            When a search -- when a user enters a
       24   search query in the App Store --
       25        A   Yes.
   00088:01        Q   -- the first result that is now returned is
       02   a monetized ad; correct?
       03        A   If an ad is available, that's correct.
       04        Q   And Apple obtains revenue from the
       05   monetization of those ads; is that correct?
       06        A   That's correct.
```

**27.  PAGE 89:01 TO 89:05  (RUNNING 00:00:09.391)**

```
   00089:01            Would you agree with me that Apple has made
       02   over a billion dollars in revenue from the
       03   monetization from the first search result in the App
       04   Store?
       05        A   I do.
```

**28.  PAGE 89:13 TO 89:21  (RUNNING 00:00:17.467)**

```
       13            So PX 406 is from Mr. Cue to Mr. Schiller,
       14   dated 15th July 2009.  And it bears the Bates number
       15   at the bottom -06216718.
       16            (Whereupon Cue Exhibit 406 was
       17            marked for identification and
       18            attached hereto.)
       19   BY MS. FORREST:
       20        Q   And if you would let me know, Mr. Cue, when
       21   you have had an opportunity to review this document.
```

**29.  PAGE 89:22 TO 90:07  (RUNNING 00:00:24.138)**

```
       22        A   I have.
       23        Q   Okay.
       24            And is this a document that you wrote to
       25   Mr. Schiller on or about the 15th of July 2009?
   00090:01        A   It is.
       02        Q   Okay.
       03            And the second e-mail below yours is from
       04   Mr. Schiller to you -- actually to Mark, which I
       05   take it as Mark Donnelly, who is indicated as a cc
       06   on this document?
       07        A   That's correct.
```

**30.  PAGE 90:09 TO 91:13  (RUNNING 00:00:58.863)**

```
       09            And it says (as read and/or reflected:)
       10            Mark, Steve has asked if we
       11            could send him the data for the App
       12            Store financial model.  He wants to
       13            understand the profits and costs
       14            (the assumption is that it is at
       15            best slightly positive given all
       16            the free apps, which is fine).
       17            Thanks, Phil.
       18            Do you see that?
       19        A   I do.
       20        Q   Do you -- to the best of your -- did you
       21   understand the Steve here to be Steve Jobs?
       22        A   That's what I believed.
       23        Q   Okay.
```

```
          24           And you respond, quote (as read and/or
          25    reflected:)
00091:01                    We are definitely making money
          02           so we are fine and Mark can send
          03           you the data.
          04           Is that right?
          05      A    That's correct.
          06      Q    Okay.
          07           And when you said, "We are definitely
          08    making money," what did you mean?
          09      A    Again, we were taking high-level business
          10    models of the amount of revenue coming in versus
          11    some of the costs associated with running the store.
          12    And it wasn't -- it was -- it was not in the red.
          13    It was in the positive.
```

**31.  PAGE 91:17 TO 91:20  (RUNNING 00:00:17.047)**

```
          17           Do you remember a point in time when there
          18    was a debate as to whether or not iMessage should be
          19    opened to Android, and Android users would be able
          20    to utilize iMessage on an Android platform?
```

**32.  PAGE 91:22 TO 92:09  (RUNNING 00:00:35.118)**

```
          22           THE WITNESS:  I remember the time of
          23    wanting to do an iMessage app on Android ourselves
          24    so that you could -- on Android Talk to iMessage.
          25    So we would do the app.
00092:01    BY MS. FORREST:
          02      Q    So that would be Apple writing on the
          03    Android platform an iMessage app?
          04      A    That's correct.
          05      Q    Would there have been -- in that version,
          06    would there have been cross-compatibility with the
          07    iOS platform so that users of both platforms would
          08    have been able to exchange messages with one another
          09    seamlessly?
```

**33.  PAGE 92:11 TO 92:12  (RUNNING 00:00:04.212)**

```
          11           THE WITNESS:  That was certainly the
          12    discussion and the view that I had.
```

**34.  PAGE 92:13 TO 92:16  (RUNNING 00:00:12.055)**

```
          13           That wouldn't be the case over time because
          14    of the features that were added to Messages, but at
          15    that time, I think we could have made a version on
          16    Android that worked with iOS.
```

**35.  PAGE 92:17 TO 93:01  (RUNNING 00:00:21.741)**

```
          17    BY MS. FORREST:
          18      Q    And there were several individuals,
          19    including Mr. Schiller, who disagreed with you; is
          20    that right?
          21      A    That's correct.
          22      Q    And Mr. Schiller's view prevailed; is that
          23    right?
          24      A    Yeah.  I mean, you can say -- I mean,
          25    obviously he didn't think we should do it, and we
00093:01    didn't do it, so you could say he prevailed.  But I
```

**36.  PAGE 93:02 TO 93:02  (RUNNING 00:00:03.147)**

```
          02    don't think he was instrumental in the decision.
```

**37.  PAGE 96:07 TO 96:21  (RUNNING 00:00:40.051)**

```
          07           PX 407 is a document that is dated 8 April
```

```
08   2013, from Mr. Federighi, F-e-d-e-r-i-g-h-i, to
09   Mr. Cue, copying Mr. Schiller and Mr. Cook.  It's a
10   document that bears the Bates numbers -09702122
11   through -23.
12              (Whereupon Cue Exhibit 407 was
13              marked for identification and
14              attached hereto.)
15        MS. FORREST:  Exhibit 408 is a document
16   from Mr. Schiller to Mr. Cue, copying Mr. Federighi
17   and Mr. Cook, dated 8 April 2013, bearing the Bates
18   numbers -09702116 through -118.
19              (Whereupon Cue Exhibit 408 was
20              marked for identification and
21              attached hereto.)
```

**38.  PAGE 97:08 TO 97:11  (RUNNING 00:00:12.710)**

```
08              Do you recognize, first, what's been marked
09   as PX 407, which is the 8 April 2013 document from
10   you to Mr. Federighi -- I'm sorry -- from
11   Mr. Federighi to you?
```

**39.  PAGE 97:12 TO 97:12  (RUNNING 00:00:00.771)**

```
12        A   I do.
```

**40.  PAGE 97:14 TO 99:23  (RUNNING 00:01:56.198)**

```
14              And do you see in the middle of the page
15   there, there's a message from you dated April 7,
16   2013, where you said (as read and/or reflected:)
17                  We really need to bring
18              iMessage to Android.  I have had a
19              couple of people investigating this
20              but we should go full speed and
21              make this an official project.
22              Do you see that?
23        A   I do.
24        Q   Okay.
25              And was that a belief that you held at that
00098:01 time in April of 2013?
02        A   That was, yes.
03        Q   Okay.
04              And then above that at 10:04 p.m. on the
05   same day, you say (as read and/or reflected:)
06                  Do we want to lose one of the
07              most important apps in a mobile
08              environment to Google?  They have
09              search, mail, free video and
10              growing quickly in browsers.  We
11              have the best messaging app and we
12              should make it the industry
13              standard.  I don't know what ways
14              we can monetize it but it doesn't
15              cost us a lot to run.
16              Do you see that?
17        A   I do.
18        Q   And did you believe that statement when you
19   wrote it?
20        A   I did.
21        Q   Okay.
22              Then Mr. Federighi writes to you and he
23   says (as read and/or reflected:)
24                  Do you have any thoughts on
25              how we would make switching to
00099:01              iMessage (from WhatsApp) compelling
02              to masses of Android users who
03              don't have a bunch of iOS friends?
```

```
04              iMessage is a nice app/service, but
05              to get users to switch social
06              networks we'd need more than a
07              marginally better app.  (This is
08              why Google is willing to pay
09              $1 billion--for the network, not
10              for the app).
11          And then it goes on (as read and/or
12     reflected:)
13                  In the absence of a strategy
14              to become the primary messaging
15              service for to bulk of cell phone
16              users -- that's a mistake in the
17              text -- I am concerned the iMessage
18              on Android would simply serve to
19              remove an obstacle to iPhone
20              families giving their kids Android
21              phones.
22          Do you see that?
23     A   I do.
```

**41.** PAGE 100:17 TO 101:04  (RUNNING 00:00:41.916)

```
17     Q   Let's turn to PX 408.  And this is another
18     series of texts.
19              This one, if you look at the bottom of the
20     page, the first page of PX 408, you'll see that it's
21     the continuation of the discussion that's just been
22     left behind in PX 407.
23              And you'll see that Mr. Schiller is writing
24     to you, and he says (as read and/or reflected:)
25                  iMessage was created as a
00101:01              feature of iOS that brings value to
02              our iPhone users.
03          Do you see that?
04     A   I do.
```

**42.** PAGE 102:20 TO 102:23  (RUNNING 00:00:18.766)

```
20     Q   Do you -- in your view, do you believe that
21     not having iMessage on Android has created an
22     obstacle to families giving their kids Android
23     phones?
```

**43.** PAGE 102:25 TO 102:25  (RUNNING 00:00:01.439)

```
25              THE WITNESS:  No, not at all.
```

**44.** PAGE 109:04 TO 109:18  (RUNNING 00:00:45.516)



**45.** PAGE 109:19 TO 110:17  (RUNNING 00:01:21.644)





**46.** PAGE 114:14 TO 114:19 (RUNNING 00:00:22.575)

```
14          MS. FORREST:  PX 416 is a two-page document
15     that is dated 4 March 2016 from Mr. Cook to Mr. Cue
16     and Mr. Federighi.  And it bears the Bates numbers
17     at the bottom -02970610 through -11.
18          Q   Tell me when you've had an opportunity to
19     review this document, Mr. Cue.
```

**47.** PAGE 114:20 TO 115:02 (RUNNING 00:00:14.418)

```
20          A   I've reviewed it.
21          Q   All right.
22              Did you receive this document on or about
23     the 4th of March 2016?
24          A   I did.
25          Q   And did you receive it in connection with
00115:01    your duties and responsibilities at Apple?
02          A   I did.
```

**48.** PAGE 115:17 TO 116:08 (RUNNING 00:00:49.309)

```
17              PX 413 is a document that is from Sanjay,
18     S-a-n-j-a-y, Mathur, M-a-t-h-u-r, to Eddy Cue and
19     Mr. Schiller, dated 14 November 2020.  It bears the
20     Bates numbers at the bottom -05589233, running
21     consecutively through -240.
22              (Whereupon Cue Exhibit 413 was
23              marked for identification and
24              attached hereto.)
25     ///
00116:01    BY MS. FORREST:
02          Q   And the next document is PX 414, which is
03     from Todd Teresi, T-e-r-e-s-i, to Mr. Cue and
04     Mr. Schiller, dated 2 September 2019, bearing the
05     Bates numbers at the bottom -09654732 through -746.
06              (Whereupon Cue Exhibit 414 was
07              marked for identification and
08              attached hereto.)
```

**49.** PAGE 117:13 TO 117:19 (RUNNING 00:00:15.560)

```
13          Q   And did you receive PX 413 on or about the
14     14th of November 2020?
15          A   Yes.
16          Q   And you received it in connection with your
```

```
       17   duties and responsibilities at Apple?
       18        A   Yes.
       19        Q   And if we turn to PX 414, this is for an
```

**50.** PAGE 117:24 TO 118:01 (RUNNING 00:00:10.190)

```
       24             Is this also one of those same weekly
       25   reports relating to search ads?
00118:01        A   Yes, it is.
```

**51.** PAGE 120:20 TO 121:01 (RUNNING 00:00:18.759)

```
       20             Did you receive a copy of Exhibit 80 with
       21   Exhibit 79 on or about the 20th of June 2013?
       22        A   I did.
       23        Q   And did you receive that -- those materials
       24   in connection with your duties and responsibilities
       25   at Apple?
00121:01        A   I did.
```

**52.** PAGE 126:20 TO 126:25 (RUNNING 00:00:13.211)

```
       20        Q   Let me just sort of try the question again.
       21             Putting aside the reasons why, did you ever
       22   try to move your library of movies and filmed
       23   entertainment from an iPhone to an Android?
       24        A   I did not because I know that that doesn't
       25   work.
```

**53.** PAGE 128:07 TO 128:25 (RUNNING 00:00:44.325)

```
       07             So Exhibit 415 is a document from Mr. Cue
       08   to a number of individuals, the first of whom is
       09   Mr. Jeff Robbin, R-o-b-b-i-n; it's dated 3 September
       10   2013.  Subject (as read and/or reflected:)
       11                  9 smart and useful features of
       12                  Apple's iPhone ecosystem that make
       13                  it hard to switch-tech news and
       14                  analysis.
       15                  Bearing the Bates numbers at the bottom
       16   -09184163 through -66.
       17                  (Whereupon Cue Exhibit 415 was
       18                  marked for identification and
       19                  attached hereto.)
       20   BY MS. FORREST:
       21        Q   My first question to you, Mr. Cue, when
       22   you've had an opportunity to review this is whether
       23   you recognize it.
       24        A   Again, I don't recall, but I'm sure I sent
       25   it.
```

**54.** PAGE 135:08 TO 136:14 (RUNNING 00:01:42.311)

```
       08             How was the 30 percent arrived at?
       09        A   Back when we started the App Store, we
       10   wanted to look at what the markets were for
       11   distributing software and what the commission rates
       12   were at those times.
       13             And so we looked at the industry that was
       14   out there selling mainly hard goods of software.
       15   There wasn't really any kind of App Store.  Again,
       16   we were -- something that was brand-new that was
       17   created by us, but there were other ways to
       18   distribute software before us.
       19             And so we looked at those models, and they
       20   all tended to be anywhere from 40 to 50 percent,
       21   plus there was some significant cost in returns and
       22   other things that wouldn't happen in our App Store.
       23             And so looking at the different market, we
       24   came up with 30 percent, which was a huge decrease
```

```
        25    to what everyone was paying at the time.  And we
00136:01    thought we'd get developers really excited about
        02    participating in the platform.
        03        Q   Who were the individuals who were involved
        04    in the decision as to what percentage commission to
        05    charge in that regard?
        06        A   I believe the primary members, as I recall,
        07    was myself and Steve.
        08        Q   And you say "Steve," you mean Steve Jobs?
        09        A   Sorry.  Yes.  I meant Steve Jobs.
        10        Q   Anyone else?
        11        A   Again, I think that the decision, I'm sure,
        12    was made by myself and Steve.  There were -- there
        13    could have been others that participated in it, but
        14    I think the decision was left to the two of us.
```

**55. PAGE 137:23 TO 138:14  (RUNNING 00:00:48.648)**

```
        23        Q   Do you recall whether or not the costs of
        24    development of the SDKs, for instance, that
        25    developers were going to be using to write apps
00138:01    figured into the choice of the 30 percent
        02    commission?
        03        A   I don't recall.  I don't know.
        04        Q   Do you know whether or not the costs of any
        05    tools were used as part of the decision-making
        06    process as to what level of commission to charge?
        07        A   Again, I don't recall, it may have been,
        08    but, again, wasn't the primary vehicle we used.
        09        Q   Do you recall whether any additional
        10    developer services and the cost of those services
        11    was factored into the selection of the amount of the
        12    commission?
        13        A   Again, it may have but wasn't the primary
        14    vehicle.
```

**56. PAGE 139:05 TO 139:14  (RUNNING 00:00:25.670)**

```
        05    piece.  I am sure that somebody from finance would
        06    look or decide whether that price was -- we would
        07    lose a lot of money.  So I'm sure that that was
        08    viewed as a price that would lose a lot of money
        09    from that viewpoint.
        10            But, again, I don't recall it from that
        11    point.  We wanted to do something that was highly
        12    competitive so that developers would join.
        13            And so we wanted it to be cheap compared to
        14    anything that they had experienced before.
```

**57. PAGE 141:13 TO 141:20  (RUNNING 00:00:25.501)**

```
        13            So I guess what I'm trying to figure out is
        14    between the time that you and Steve Jobs came up
        15    with the 30 percent commission until today, have you
        16    been involved in any discussions where people have
        17    exchanged either through in-person meetings or
        18    e-mail exchanges, here's our breakdown as to why we
        19    need the 30 percent cost or the 30 percent
        20    commission?
```

**58. PAGE 141:22 TO 142:09  (RUNNING 00:00:31.597)**

```
        22            THE WITNESS:  Sorry.  If you phrased in
        23    that way, the answer would be no.  The discussions
        24    that would have taken place, and, again, I -- not my
        25    primary thing so I wouldn't have paid attention to
00142:01    it.
        02            We obviously monitor our costs and what our
        03    costs are in running Apple at different points and
```

```
04   different locations and different pieces of it.  So
05   I'm sure there are people that are looking at the
06   cost of doing things around it.
07          As it relates to the 30 percent of, like,
08   here's our justification for doing that, no, I don't
09   recall having a conversation like that.
```

**59. PAGE 143:25 TO 144:06 (RUNNING 00:00:18.722)**

```
25          So we've marked as Plaintiffs' Exhibit 417
00144:01   a document from Mr. Schiller to Mr. Cue, dated 28
02   July 2011, bearing the Bates numbers at the bottom
03   -00138494 through -97.
04          (Whereupon Cue Exhibit 417 was
05          marked for identification and
06          attached hereto.)
```

**60. PAGE 145:06 TO 145:13 (RUNNING 00:00:20.866)**

```
06          Did you receive this document on or about
07   the 28th of July 2011?
08     A   I did.
09     Q   And did you receive it in connection with
10   your duties and responsibilities at Apple?
11     A   I did.
12     Q   Do you recall receiving this document?
13     A   I don't, but seeing it now, I'm sure I did.
```

**61. PAGE 150:05 TO 150:12 (RUNNING 00:00:19.396)**

```
05     Q   So at you sit here today, because I want to
06   make sure I move away from what might be possible to
07   what you can actually recall, are you aware of any
08   developers who have said that they would not launch
09   a native iOS app because of the 30 percent
10   commission structure?
11     A   Yes.  I'm aware that some developers have
12   said that.
```

**62. PAGE 151:18 TO 152:12 (RUNNING 00:00:48.257)**

```
18          So let's take a look at PX 418.  I'll
19   identify it while you take a look at it.
20          It's to Eddy Cue from Matt Fischer, dated 7
21   March 2011, bearing the Bates number at the bottom
22   -45793 through -45794.
23          (Whereupon Cue Exhibit 418 was
24          marked for identification and
25          attached hereto.)
00152:01   BY MS. FORREST:
02     Q   If you could let me know when you've had an
03   opportunity to look at this, I would be
04   appreciative.
05     A   I've looked at it.
06     Q   Okay.
07          Did you receive a copy of what's been
08   marked as PX 418 on or about the 7th of March 2011?
09     A   I do.
10     Q   And you received that in connection with
11   your job at Apple?
12     A   I did.
```

**63. PAGE 153:23 TO 154:02 (RUNNING 00:00:13.769)**

```
23          So you -- the document indicates that Kazaa
24   was not going to launch a native iOS app because of
25   the 30 percent commission, but the only information
00154:01   you have about that is what's contained in this
02   document, which is PX 418; is that right?
```

**64. PAGE 154:04 TO 154:04 (RUNNING 00:00:01.722)**

```
04              THE WITNESS:  That's all I recall, yes.
```

**65. PAGE 154:07 TO 154:12 (RUNNING 00:00:21.732)**

```
07              Are you aware that there was a time when
08    Netflix ran a series of experiments to determine
09    whether or not IAP was, in fact, increasing the
10    number of subscribers it was obtaining in various
11    geographies?
12        A    I am.
```

**66. PAGE 154:25 TO 155:03 (RUNNING 00:00:17.650)**

```
      25              And do you recall that Netflix indicated to
00155:01    Apple that IAP customers had much shorter
      02    subscription lives due to voluntary churn than
      03    non-IAP customers?
```

**67. PAGE 155:05 TO 155:05 (RUNNING 00:00:01.471)**

```
05              THE WITNESS:  Sorry.  I'm aware of that.
```

**68. PAGE 163:11 TO 163:15 (RUNNING 00:00:21.798)**

```
11        Q    Are you aware of anyone, as you sit here
12    today, who has switched from using an iPhone to an
13    Android because of the -- a particular availability
14    of an app on Android that was not available on iOS?
15        A    Again, I can't name somebody, no.
```

**69. PAGE 164:03 TO 164:19 (RUNNING 00:00:53.045)**

```
03              Are you aware that there was a point in
04    time in August of 2020 when Epic Games began to
05    include an additional payment processing method
06    within the Fortnite app?
07        A    Yeah.  Let me -- just to make sure we agree
08    on terminology here, they came up with a new
09    payment -- a direct payment method to them.
10              I -- when you say "payment processing,"
11    it's whatever, I don't know what you mean by that.
12              But, again, they provided a direct payment
13    mechanism to them.  So I am aware of that.
14        Q    Okay.
15              Are you aware of any studies that have
16    occurred or analyses as to whether or not there were
17    any security vulnerabilities introduced onto any
18    iPhone as a result of that direct payment method
19    from Epic?
```

**70. PAGE 164:21 TO 164:21 (RUNNING 00:00:02.138)**

```
21              THE WITNESS:  I don't recall anything.
```

**71. PAGE 168:07 TO 168:18 (RUNNING 00:00:22.438)**

```
07              You are aware of apps which have sold
08    things to customers, and the customers have claimed
09    they have been defrauded by those apps; correct?
10        A    Correct.
11        Q    Okay.
12        A    Correct.
13        Q    And that has occurred from time to time
14    since the beginning of apps that were available to
15    sell things to consumers; is that right?
16        A    Since we've built our App Store, you mean?
17        Q    Yeah.
18        A    Yes.
```

**72. PAGE 169:01 TO 169:04 (RUNNING 00:00:09.475)**

```
00169:01            There have been apps which have been in the
      02    App Store, which you have received complaints from
      03    time to time, have been defrauding customers; is
      04    that right?
```

**73. PAGE 169:06 TO 169:09 (RUNNING 00:00:12.822)**

```
      06            THE WITNESS:  We have had apps in the store
      07    that have defrauded customers that have potentially
      08    taken their data, you know, all kinds of security
      09    and privacy issues.
```

**74. PAGE 169:12 TO 169:15 (RUNNING 00:00:10.377)**

```
      12            And when Apple learns of those issues,
      13    Apple attempts to take action, responsive action, to
      14    eliminate those issues; is that right?
      15        A   That's correct.
```

**75. PAGE 170:09 TO 170:12 (RUNNING 00:00:10.878)**

```
      09            Are you aware of an instance in which a
      10    direct payment method has resulted in specific
      11    software changes that have introduced a security
      12    vulnerability?
```

**76. PAGE 170:14 TO 170:14 (RUNNING 00:00:01.854)**

```
      14            THE WITNESS:  I'm not sure.
```

**77. PAGE 171:23 TO 172:01 (RUNNING 00:00:14.751)**

```
      23            Are you aware of any of the credit card
      24    platforms that you have used as having introduced
      25    particular security vulnerabilities onto the iPhone
00172:01    hardware?
```

**78. PAGE 172:03 TO 172:09 (RUNNING 00:00:16.357)**

```
      03            THE WITNESS:  No.  I don't think that would
      04    be possible.
      05    BY MS. FORREST:
      06        Q   And how about for PayPal?  Are you aware of
      07    the utilization of PayPal in connection with IAP in
      08    any way as having introduced a security
      09    vulnerability onto the hardware?
```

**79. PAGE 172:11 TO 172:12 (RUNNING 00:00:03.099)**

```
      11            THE WITNESS:  Again, onto the hardware
      12    itself, I don't believe that's possible.
```

**80. PAGE 173:05 TO 173:09 (RUNNING 00:00:13.514)**

```
      05        Q   As you sit here today, can you recall any
      06    studies or analyses that Apple has done that
      07    examines potential performance differences between
      08    Web apps and native apps?
      09        A   Again, I don't recall.
```

**81. PAGE 188:02 TO 188:09 (RUNNING 00:00:18.726)**

```
      02            But you're aware that consumers from time
      03    to time spend money on both apps and in-app
      04    purchases, aren't you?
      05        A   Yes, I am.
      06        Q   Okay.
      07            Do you have any information that indicates
      08    to you what the average consumer spends on apps over
      09    the life cycle of an iPhone?
```

**82.** PAGE 188:11 TO 188:13  (RUNNING 00:00:04.977)

```
11              THE WITNESS:  No, I don't recall.  But
12    there may have been something published, but I don't
13    recall, no.
```

**83.** PAGE 188:25 TO 189:03  (RUNNING 00:00:12.150)

```
25              Are you aware of any marketing material
00189:01    that Apple publishes that indicates how much the
02    average consumer can expect to spend on apps over
03    the life cycle of a phone?
```

**84.** PAGE 189:05 TO 189:05  (RUNNING 00:00:01.775)

```
05              THE WITNESS:  Again, I don't know.
```

**85.** PAGE 189:18 TO 189:22  (RUNNING 00:00:11.361)

```
18              So as you sit here today, you're unaware of
19    any analyses within Apple that look at the amount
20    that the average consumer would spend on apps; is
21    that right?
22       A   Correct.  I don't recall any.
```

**86.** PAGE 190:04 TO 192:16  (RUNNING 00:02:32.040)





**87. PAGE 192:17 TO 192:22 (RUNNING 00:00:19.796)**

```
17           And so in reality, this e-mail was actually
18   good news, good news, because the bad news was
19   something we could correct.  And over time we have
20   corrected it and actually have a much higher rate
21   of -- or I should say a much lower rate of voluntary
22   churn based on all of the changes that we've made.
```

**88. PAGE 194:18 TO 194:20 (RUNNING 00:00:09.791)**

```
18           Let's turn to PX 421.  And let me ask if
19   you've received this document on or about July 30th,
20   2018, in connection with your job at Apple?
```

**89. PAGE 194:21 TO 194:21 (RUNNING 00:00:01.037)**

```
21       A   Yes.
```

**90. PAGE 201:24 TO 201:25 (RUNNING 00:00:07.524)**

```
24       Q   Is there any plan right now to allow Web
25   apps to be offered in the Apple Arcade?
```

**91. PAGE 202:02 TO 202:03 (RUNNING 00:00:03.158)**

```
02           THE WITNESS:  I don't think so.  I haven't
03   heard of any.
```

**92. PAGE 247:15 TO 247:20 (RUNNING 00:00:15.950)**

```
15       Q   Do you know -- well, has Apple, to your
16   knowledge, conducted any studies as to the relative
17   pricing of apps on the App Store vis-a-vis the
18   Google Play Store?
19       A   I'm not aware of any study that I can
20   recall.
```

**93. PAGE 248:13 TO 248:20 (RUNNING 00:00:29.905)**

```
13           Are you aware of anyone who has ever
14   switched from an iPhone to an Android because they
15   perceived there to be some difference in the pricing
16   of apps across the two platforms?
17       A   I don't recall ever hearing that.
18       Q   Is that something that Apple has studied,
19   to your knowledge?
20       A   No.  I don't recall ever seeing that.
```

**94.** **PAGE 333:16 TO 334:09  (RUNNING 00:01:07.276)**

```
16          MS. MANIFOLD:  Let's look at Exhibit 438,
17     which is an exhibit dated February 6, 2011.  It's
18     from Mr. Jobs to you.  It's called Mag- -- easy for
19     me to say -- "Magazine subscription write-up."  It's
20     Bates stamped APL-APPSTORE_07175768.
21              (Whereupon Cue Exhibit 438 was
22              marked for identification and
23              attached hereto.)
24     BY MS. MANIFOLD:
25          Q   I'll give you a minute to look at it, but
00334:01     my main question to you, is this an exchange that
02     you had with Mr. Jobs in or about February 6th of
03     2011?
04          A   It is.
05          Q   And did you receive this exchange in the
06     ordinary course of business as part of your duties
07     and -- did you receive this document as part of your
08     duties and responsibilities at Apple?
09          A   I did.
```

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Scott Forstall (Volume 1 & 2)**
**(March 8, 2021)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
|---|---|
| 36 minutes 12 seconds | 32 minutes 5 seconds |

__Forstall, Scott (Vol. 01) - March 8, 2021__                    1 CLIP  (RUNNING 01:03:58.057)

---

#### 82 SEGMENTS  (RUNNING 01:03:58.057)

**1. PAGE 13:13 TO 13:15  (RUNNING 00:00:03.000)**

```
13                    SCOTT FORSTALL,
14  having been administered an oath, was examined and
15  testified as follows:
```

**2. PAGE 14:05 TO 14:06  (RUNNING 00:00:04.273)**

```
05          Please state your full name for the record.
06      A.   Scott James Forstall.
```

**3. PAGE 22:02 TO 22:05  (RUNNING 00:00:09.750)**

```
02      Q.   And so going back to the date I mentioned
03  earlier, your departure from Apple was publicly
04  announced in late October 2012; is that right?
05      A.   Correct.
```

**4. PAGE 37:23 TO 38:01  (RUNNING 00:00:07.715)**

```
23      Q.   Understood.  So let me clarify.  Was Xcode
24  an integrated development environment when it was
25  released in 2003?
00038:01     A.   Yes.
```

**5. PAGE 38:06 TO 38:08  (RUNNING 00:00:09.027)**

```
06      Q.   And was Xcode used internally at Apple to
07  develop applications for the Mac?
08      A.   Yes.
```

**6. PAGE 40:08 TO 40:09  (RUNNING 00:00:03.915)**

```
08          Did Apple ever charge third party developers
09  for OS X?
```

**7. PAGE 40:12 TO 40:15  (RUNNING 00:00:18.096)**

```
12          So while I was there, you're asking was the
13  IDE a free download?
14      Q.   Yes, that's what I'm asking.
15      A.   Yes, I believe it was.
```

**8. PAGE 40:24 TO 41:04  (RUNNING 00:00:23.060)**

```
24      Q.   And you understood at the time that the
25  more -- the better applications that developers could
00041:01  offer for Mac, that would help Apple make its
02  customers, its Mac customers, happier and hopefully
03  enlarge the number of Mac -- Mac customers that Apple
04  has, correct?
```

**9. PAGE 41:06 TO 41:13  (RUNNING 00:00:24.598)**

```
06          THE WITNESS:  Having more robust platform
07  with nominal applications from Apple and third party
08  developers is good for the platform, the customers
09  and the developers.
10  BY MR. EVEN:
11      Q.   And when you say it's good for the platform,
12  it's good for Apple it's going to sell more
13  computers, right?
```

10. **PAGE 41:15 TO 41:18  (RUNNING 00:00:07.937)**

```
15          THE WITNESS:  It would likely sell more
16  computers.  It also may make customers who've already
17  bought a computer happier because they have that
18  application.
```

11. **PAGE 52:21 TO 53:23  (RUNNING 00:02:05.600)**

```
21      Q.   When did you become involved with
22  development of the iPhone?
23      A.   You're asking when I became or when Apple
24  started or the year, part of the project, what --
25      Q.   I'm asking when you became, that was my
00053:01  question.  When did you become involved?
02      A.   Well, I helped start the project itself.  So
03  from day one.
04      Q.   And what year was that?
05      A.   I think it would -- it's hard to capture
06  exactly when you consider the iPhone piece of it,
07  'cause we actually started by developing for a tablet
08  and then we shifted to developing a phone and put the
09  tablet on hold and then came back and developed the
10  iPad post iPhone.
11          I think it was around 2003, 2004, when that
12  work began.
13      Q.   When you say "that work began," you're
14  referring to the early work on a tablet?
15      A.   Correct.
16      Q.   And when did that work morph into a work --
17  into work on a phone?
18      A.   2004, 2005, I think.
19      Q.   And were you tasked with creating the
20  operating system for that phone?
21      A.   Yes.  I was tasked with creating the
22  operating system and the user interface for all the
23  software.
```

12. **PAGE 54:06 TO 54:13  (RUNNING 00:00:44.285)**

```
06      Q.   And was macOS 10 used as the basis for that
07  operating system that you oversaw building?
08      A.   Broadly speaking, yes.  There's many aspects
09  of macOS 10.  Some of those code bases were modified
10  to be used as the basis of iPhone OS 1.0.  Some of
11  the code bases were cleaved.  Some of the code bases
12  were replaced.  It was on a functionality and module
13  basis.
```

13. **PAGE 57:02 TO 57:05  (RUNNING 00:00:11.899)**

```
02      Q.   And who was the main proponent of using the
03  macOS 10 as the basis for the operating system for
04  the phone?
05      A.   I was.
```

14. **PAGE 58:07 TO 58:17  (RUNNING 00:00:50.406)**

```
07          What did you view as the main advantage of
08  using macOS 10 as the basis for a phone operating
09  system?
10      A.   We built macOS 10 specifically to be a
11  modern operating system as different from, as we
12  talked earlier, macOS 7, macOS 8, macOS 9.  So many
13  of the facilities for protected memory, preemption
14  are available in macOS 10.
15          So it had exactly the modern operating
16  system facilities we would want to use in any
17  project.
```

**15.  PAGE 62:11 TO 62:14  (RUNNING 00:00:09.940)**

    11    Q.    Mr. Forstall, let me mark as Exhibit 869 a
    12  document Bates stamped APL-EG_00422472.
    13        (Exhibit 869 was marked for identification
    14    and is attached hereto.)

**16.  PAGE 63:02 TO 63:05  (RUNNING 00:00:17.341)**

    02    Q.    Mr. Forstall, do you see this is a December
    03  31, 2006 e-mail from Ms. Meriko Borogove to you and
    04  copying some others?
    05    A.    Yes.

**17.  PAGE 64:19 TO 64:21  (RUNNING 00:00:12.623)**

    19    Q.    Was the ultimate phone released with an
    20  operating system that's based on macOS 10?
    21    A.    Yes.

**18.  PAGE 65:18 TO 66:10  (RUNNING 00:01:04.590)**

    18        Who was Ms. Borogove?
    19    A.    She was an engineering manager in my team.
    20    Q.    And she writes in the second paragraph
    21  (as read):
    22        Our security model around
    23        preventing third parties from
    24        installing and running their own
    25        code ...
00066:01        And she continues.  Do you see that
    02  sentence?
    03    A.    I do.
    04    Q.    And so at that time, the security approach
    05  taken by Apple was to not allow any third party apps
    06  to be installed on the phone, correct?
    07        MS. MOYE:  Object to the form.
    08        THE WITNESS:  Our plan for the first release
    09  of the iPhone was not to enable native compiled third
    10  party apps to install and run on the iPhone.

**19.  PAGE 66:12 TO 66:20  (RUNNING 00:00:50.833)**

    12    Q.    And Ms. Borogove then described some of the
    13  steps that were taken by Apple to make sure that
    14  native compiled apps cannot be installed on the
    15  phone, correct?
    16    A.    Correct.
    17    Q.    And Apple needed to take many steps to
    18  prevent such installation because macOS 10 was built
    19  in part to allow native compiled applications to be
    20  installed on it, correct?

**20.  PAGE 66:22 TO 66:23  (RUNNING 00:00:09.042)**

    22        THE WITNESS:  MacOS 10 enabled developers to
    23  compile, install, and run applications.

**21.  PAGE 77:16 TO 77:20  (RUNNING 00:00:28.671)**

    16        And so my question was:  With respect to
    17  third party applications, was there a difference of
    18  view among executives at Apple as to whether Apple
    19  will or will not open the iPhone for such
    20  applications after it had released the first iPhone?

**22.  PAGE 77:22 TO 77:23  (RUNNING 00:00:04.390)**

    22        THE WITNESS:  On this particular question,
    23  it's a great example where the specificity matters.

**23.** PAGE 77:24 TO 78:12  (RUNNING 00:00:58.365)

```
      24  There were executives at Apple that thought we should
      25  never release the ability for third parties to do any
00078:01  natively compiled applications.
      02          There were executives who thought -- and
      03  they thought we should just have web applications
      04  and -- and then websites running with web standards
      05  inside of the browser or browsers on the platform,
      06  the browser.
      07          There were executives who thought we should
      08  have a hybrid model of some web technologies and some
      09  native abilities.  And then there were executives who
      10  thought we should provide a platform to enable third
      11  parties to build fully native applications on the
      12  platforms.
```

**24.** PAGE 78:16 TO 79:06  (RUNNING 00:01:08.107)

```
      16          Who are the executives who fell into the
      17  first bucket that you mentioned that felt that Apple
      18  should never open up the platform to third party
      19  native applications?
      20      A.   Steve Jobs was the most prominent of those.
      21  I don't remember specifically who else argued that
      22  point.  But Steve -- Steve thought that we should not
      23  enable third party app development at all, as needed
      24  app development.
      25      Q.   And is it fair to say that you stood on the
00079:01  other side of this, the other send of the spectrum on
      02  that particular issue?
      03      A.   I was probably the -- the most vocal
      04  advocate for enabling third party app development in
      05  an App Store, and this is discussions Steve and I had
      06  multiple times, heated ways.
```

**25.** PAGE 81:02 TO 84:06  (RUNNING 00:05:25.230)

```
      02      Q.   And you believed that native apps are going
      03  to, as you say here, provide a better experience for
      04  iPhone users, correct?
      05      A.   Correct.
      06      Q.   And looking back 15 years later, do you have
      07  any doubt that you were right at the time?
      08      A.   No.
      09      Q.   And why did you think that native apps will
      10  provide a better experience?
      11      A.   There are many, many reasons.  If you build
      12  a native app, you get to use the built-in frameworks
      13  as they were intended, as they were designed for a
      14  touch interface.  You have all the facilities we
      15  built to quickly build, iterate, debug these native
      16  applications.
      17          I mean, I can go on and on and on for the
      18  benefits of native application versus a web
      19  application, and they are voluminous.  They -- they
      20  are faster.  They use less memory.  They can take
      21  advantage of the native graphics, libraries, in a way
      22  that is either not available or would have to be
      23  shoehorned in for a web app or a different kind of
      24  application.
      25          So you can go -- you can go through and we
00082:01  can go through for hours the advantages, but I would
      02  say the most telling reason is when we were building
      03  the original iPhone, we were building most of the
      04  built-in apps as native apps.  So mail, calendar, we
      05  were building these as native apps.  And they
      06  performed fantastically, the behavior felt right.
```

```
07   They loaded quickly.  They -- you could switch
08   between applications quickly.  It was an exceptional
09   experience.
10           We wanted web applications, because Steve
11   had not agreed with me to enable third party apps in
12   the first version, I still had the team building it
13   as a platform so that we could quickly enable third
14   party apps.  This was part of my direction to the
15   team the whole time, even though Steve had said no.
16           But we wanted to make it so third party apps
17   that were based on web technologies and would be
18   enabled in version 10 would work as -- as best as we
19   could possible make them, because I still wanted
20   these to be a good experience, the best experience
21   they could be.
22           So we built a few of our own apps.  I think
23   it was like weather, stocks, maybe the calculator, I
24   think there was like three of those that we built as
25   web technology apps, and they were similar to what a
00083:01   third party could have built when we shipped.
02           And, in fact, in January of 2007 when we had
03   the keynote and launched the iPhone, those were
04   web-based apps at the time of that launch, and they
05   did not perform well.  We could tell using it that
06   they were not as good as performing as the built-in
07   apps.
08           Now, you can always through software start
09   to try to improve things, make its launch a little
10   better, use a little less memory, get a faster
11   processor, get more memory in the next iteration of
12   the iPhone.  You can do things to try to make it can
13   better.
14           But because of the architecture, it sits as
15   an extra layer on top of the native layer, and
16   therefore, it's never going to be faster than the
17   native layer.  There might be some advantages about
18   how the code loads in a modular fashion or something
19   else.  But it just, for us, it wasn't as good as the
20   native ones.
21           And therefore, after we announced the iPhone
22   and demonstrated the iPhone between that and June 29,
23   we rewrote all those apps as native apps and they --
24   they shipped as native apps on the first version of
25   the iPhone.
00084:01           So even though there are arguments people
02   can and did make for using web technologies as the
03   sole way for third parties to build apps, my
04   experience was very clear that those apps would not
05   be as good as native apps, and I wanted to have the
06   best possible apps in the platform we could.
```

**26. PAGE 85:01 TO 85:09  (RUNNING 00:00:42.650)**

```
00085:01           Q.   Fair to say that pretty quickly after the
02   launch of the iPhone, it became pretty clear that
03   there was huge demand from developers for the ability
04   to build native apps for the iPhone?
05           A.   Yes.
06           Q.   And one of the ways that this became clear
07   was that third party developers approached you and
08   asked whether they could do that; is that right?
09           A.   Yes.
```

**27. PAGE 85:19 TO 85:24  (RUNNING 00:00:28.145)**

```
19           Q.   And was one indicator that there were
20   constant attempt by hackers to essentially remove all
21   the protections that Ms. Borogove presented to us
```

```
22  awhile -- in the e-mail we read a little bit ago and
23  start loading third party applications, native
24  applications on to jail broken phones?
```

**28.** **PAGE 86:01 TO 86:05  (RUNNING 00:00:21.761)**

```
00086:01         THE WITNESS:  After we shipped, developers
   02  started jailbreaking phones and writing native
   03  applications and I took that as an indication of
   04  their passion to build applications, native
   05  applications, for the iPhone.
```

**29.** **PAGE 87:13 TO 88:14  (RUNNING 00:02:10.071)**

```
   13     Q.   Fair to say that at the time you understood
   14  that the attempts to block this tsunami of attempt
   15  of -- of third party obligations was futile and
   16  better for Apple to join in, rather than fight these
   17  attempts?
   18         MS. MOYE:  Object to the form.
   19         THE WITNESS:  So I would not say it that
   20  way.
   21  BY MR. EVEN:
   22     Q.   How would you --
   23     A.   I would say we were very concerned about
   24  people building viruses or malware for the phone, and
   25  so any activity that I saw that involved jailbreaking
00088:01  and then trying to create malicious code, we would
   02  vigilantly respond to and were not concerned, even if
   03  it were a tsunami that we would give up on that.
   04         We were going to be vigilant for all time as
   05  protecting people in the security and the privacy of
   06  their phones.  I thought as I'd argued a year earlier
   07  and -- and beyond that, that we should be creating a
   08  platform and both enable and encourage developers to
   09  build native apps for the phones.
   10         So I did not see this as a bad thing that
   11  developers wanted to dedicate their time and energy
   12  and lives to building something cool for our
   13  platform.  If that cool thing was not malware or a
   14  virus or something problematic.
```

**30.** **PAGE 89:02 TO 89:25  (RUNNING 00:01:32.960)**

```
   02     Q.   And one concern with jailbreaking I take it
   03  was that just like the mechanisms that Ms. Borogove
   04  wrote about that were not discriminating between
   05  malware and so-called good applications, once a phone
   06  is jail broken, all third party applications can go
   07  on it without any distinguishing between malware or
   08  malicious applications and good applications,
   09  correct?
   10         MS. MOYE:  Object to the form.
   11         THE WITNESS:  The danger with jailbreaking
   12  is, it breaks down, depending on how it's done,
   13  potentially all of the consumer protections build
   14  into the operating system.
   15         Now, jailbreaking in general like this can't
   16  be done accidentally.  So consumers are still
   17  protected in general, but if you do these certain
   18  things which involve plugging into a computer and --
   19  and going through a set of machinations, it does not
   20  only allow maybe some positives the consumer might
   21  believe or the developer might perceive of installing
   22  an application, a game in this case, but it has the
   23  very dangerous and significant downsides for
   24  consumers of opening their phone up to potential
   25  viruses or malware.
```

**31. PAGE 90:19 TO 90:22  (RUNNING 00:00:09.891)**

```
19      Q.   Got it.  What was your official title at the
20 time?
21      A.   Senior vice-president of software, iPhone
22 software something.
```

**32. PAGE 98:15 TO 103:15  (RUNNING 00:09:40.910)**

```
15      Q.   Mr. Forstall, let me mark as Exhibit 873 a
16 document Bates stamped APL-EG_00460878, and this is
17 an October 1 chain between yourself and Mr. Lamiraux,
18 if I'm pronouncing that right, and the subject is:
19 Re:  Cocoa Touch apps.
20          (Exhibit 873 marked for identification and is
21      attached hereto.)
22 BY MR. EVEN:
23      Q.   My first question is, is this an e-mail
24 chain you exchanged with Mr. Lamiraux in early
25 October 2007 in the ordinary course of your work at
00099:01 Apple?
02      A.   Give me a minute to look it over.
03      Q.   Sure.
04      A.   Okay.  Yes, this is an e-mail I received
05 during the normal course of business.
06      Q.   This is an e-mail you received and an e-mail
07 that you sent, right, it's an exchange of e-mails
08 between you and Mr. Lamiraux, correct?
09      A.   There is an e-mail that I sent to Henri and
10 there is his response as well.
11      Q.   So let's start with the subject.  What is
12 Cocoa Touch?
13      A.   Cocoa Touch is a name we used for the frame
14 works, notably normally the high level frame works
15 for Cocoa on the iPhones, the native frame works.
16          Now, it's used in multiple ways, sometimes
17 it's used to mean all the frame works, sometimes it's
18 used just to mean the user interface level.
19      Q.   Okay.  And when you wrote here:  Cocoa Touch
20 apps as the subject of your e-mail, that pertains to
21 native apps, third party apps on the iPhone, correct?
22      A.   Right.  I'm distinguishing here between web
23 apps which we had and continue to have and this is
24 talking about natively compiled iPhone apps for third
25 parties using the Cocoa Touch frame works.
00100:01      Q.   And -- you're writing (as read):
02              I'm trying to capture the issues
03              with taking Cocoa Touch public.
04              What am I missing.
05              Do you see that?
06      A.   I do.
07      Q.   And so -- and below, you try to capture the
08 issues with, that you've identified with opening up
09 the -- the iPhone for third party native apps,
10 correct?
11      A.   Correct.
12      Q.   And what was the role of Mr. Lamiraux?
13      A.   Henri led the team, the engineering team, he
14 was an engineering director, reporting directly to
15 me.  He was responsible for some of the native
16 frameworks and many of the native apps.
17      Q.   When you say "the native apps" you mean
18 Apple developed native apps, correct?
19      A.   The apps that shipped on the iPhone as part
20 of iPhone OS, correct.
21      Q.   And first you point to several risks in
22 making Cocoa Touch public, correct?
23      A.   Correct.
```

```
        24     Q.   And you say, for example, the risks of
        25  viruses.  That's one you identify, correct?
00101:01     A.   Correct.
        02     Q.   Another one is:  Harder to switch
        03  processors.
        04          Why is it harder to switch processors?
        05     A.   Yeah, this is a really big deal.  When you
        06  have a native app, it is compiled into the
        07  instruction set of a specific processor.  For
        08  instance, if you're on a Windows machine now-a-days,
        09  it's probably compiled into an Intel instruction set.
        10          And what we had found when I -- you know,
        11  I've worked at NeXT and we had actually switched
        12  processors and then at Apple we had switched
        13  processors again, if you have natively compiled apps
        14  out there, that native binary will not just run on
        15  your new processor.  You have multiple options for
        16  this.
        17          And so we talked earlier about this when we
        18  brought up macOS 10 that we had, you know, like
        19  Classic, but that's this, this blue box Classic
        20  emulation mode that tries to take those processor
        21  instructions and convert them into one that can run
        22  on the new processor.
        23          So in this case when I'm talking about was a
        24  risk, well, if Apple is building only natively
        25  compile applications and third parties are building
00102:01  web applications, a huge advantage to those third
        02  parties of those web apps is no matter what Apple
        03  does with the processor, those keep running, because
        04  they're interpreted.
        05          So each time you get a new, if Apple
        06  switches iPhone -- this is true today.  If Apple
        07  switches to a new processor those web apps have this
        08  big advantage that they just keep running going
        09  forward, because interpreted on the -- on the
        10  processor.
        11          And if Apple is running all -- all native
        12  apps come from Apple, then to introduce a new phone
        13  with a new processor, all you need to do is Apple
        14  will recompile every one of those apps, the source
        15  code to those apps, to the new processor and then
        16  release it.
        17          The liability here is if you now have third
        18  party natively compiled apps and you want to bring
        19  out a new processor which you think will be faster,
        20  more security, whatever, and there will be advantages
        21  this new processor might have, and there are third
        22  party native apps in the marketplace that customers
        23  are relying upon, you have to find some solution for
        24  those customers.
        25          The solution could be convince the
00103:01  developers to take that source code and recompile it
        02  for the new processor.  Which might work.  But if
        03  that, let's say that company is out of business or no
        04  longer is staffing that app any more, doesn't want to
        05  put in the amount of money and time and effort it
        06  would take to recompile that, you get stuck.
        07          So then you -- look, do you simulate it also
        08  or do you have customers now who are left not being
        09  able to buy a new iPhone because doing so would then
        10  disable functionality in the form third party apps
        11  they've come to rely upon for their business.
        12     Q.   So essentially you get breakage with some of
        13  the third party apps potentially if you switch
        14  processors?
        15     A.   Correct?
```

33. **PAGE 108:22 TO 108:24 (RUNNING 00:00:10.324)**

```
22    Q.   Let me now mark Exhibit 875, APL-EG_0098292.
23         (Exhibit 875 was marked for identification
24    and is attached hereto.)
```

34. **PAGE 109:12 TO 109:23 (RUNNING 00:00:30.342)**

```
12    Q.   First question was, what is "MacOS X
13    Embedded"?
14    A.   I think the authors of this document took it
15    to mean iPhone OS which would be used on the iPhone
16    and it was to be used to iPod Touch at the time, but
17    I think they're taking it to mean the same thing.
18    Q.   Okay.  And is this a document you had
19    received in the ordinary course of your work at
20    Apple?
21    A.   Likely.  I mean, I don't see a e-mail trail
22    anything, but this -- I would have expected to have
23    received this document.
```

35. **PAGE 110:08 TO 110:13 (RUNNING 00:00:15.971)**

```
08    Q.   And the document is prepared by three
09    people, Mitch Adler, John Wright, and Dallas
10    De Atley.
11         Do you see that?
12    A.   Well, it says "et al."  So it's prepared by
13    more than just them, but three named authors.
```

36. **PAGE 111:02 TO 111:09 (RUNNING 00:00:33.826)**

```
02    Q.   And were they -- was part of their -- was
03    part of their job to oversee security?
04    A.   Part of their job was to oversee security.
05    Q.   And did they oversee security on both
06    macOS 10 and iPhone or just one of them?
07    A.   I believe they were in groups that oversaw
08    security on both platforms and I do believe they
09    oversaw security on both platforms.
```

37. **PAGE 111:10 TO 112:20 (RUNNING 00:02:19.911)**

```
10         Q.   So going to the first page, do you see that
11    the document begins by saying (as read):
12              The transition from a closed
13              system to one with a more open
14              developer model demands answers to
15              questions of control and security.
16              Do you see that?
17         A.   I do.
18         Q.   Going further down under applications, they
19    say they assume the (as read):
20              Existence of a robust sandbox to
21              contain applications and developers.
22              Do you see that?
23         A.   By the way, I would not have characterized
24    the way they characterized that first statement, for
25    the record.
00112:01        So what's your second question.
02         Q.   What do you mean by you would not have
03    characterized the way they characterized, sorry?
04         A.   The statement you read said:  The transition
05    from a closed system to one with more open
06    developer -- a more open developer model demands
07    answers to questions of control and security.
08         Q.   Got it.
09         A.   And I would characterize ours as not a
10    closed system, because we did have both a web
```

```
11   browser.  So all web applications ran, and we
12   supported these web apps.  I don't remember if the
13   web apps by this time could be placed on the home
14   screen as well, which I thought was important enough
15   that I think I'm the lead patent holder on that
16   patent.  So that was an important thing.
17            So -- so calling it a closed system, which
18   is their words, not mine, I would not say that.  I
19   would say that we were going to a -- more developer
20   opportunities with native apps.
```

**38. PAGE 117:13 TO 117:18  (RUNNING 00:00:09.016)**

```
13      Q.   And they say (as read):
14              Distribution through the web
15           should be supported, but Apple will
16           provide no transfer protection.
17           Do you see that?
18      A.   I do.
```

**39. PAGE 117:25 TO 118:02  (RUNNING 00:00:09.934)**

```
        25      Q.   And "through the web" here means through a
00118:01   website operated by the developer or through a store
        02   operated by a third party, correct?
```

**40. PAGE 118:04 TO 118:05  (RUNNING 00:00:05.019)**

```
04           THE WITNESS:  Well, it doesn't say, but it
05   would be through a mechanism that is not iTunes.
```

**41. PAGE 118:07 TO 118:08  (RUNNING 00:00:06.753)**

```
07      Q.   And not the App Store, correct?
08      A.   And not the App Store.  The Apple App Store.
```

**42. PAGE 118:25 TO 119:17  (RUNNING 00:00:53.803)**

```
        25      Q.   And if you go to appendix C, developer
00119:01   scenarios, the first one is:  Guy in his basement.
        02           Do you see that?
        03      A.   I do.
        04      Q.   And I gather this is their speak for small
        05   time developers, stand alone developer, correct?
        06      A.   Yes.
        07      Q.   And under 3:  Decide you have final version
        08   to deploy, do you see that they say what the
        09   developer needs to do, A -- or 3.1, sorry (as read):
        10              Submit to Apple for signing and
        11           then get signed image and deploy as
        12           you wish.
        13           Do you see that?
        14      A.   I do.
        15      Q.   And deploy as you wish here again, means
        16   distribute in whichever way you believe best serves
        17   your interests, correct?
```

**43. PAGE 119:19 TO 119:24  (RUNNING 00:00:14.296)**

```
19           THE WITNESS:  I could define it as you wish,
20   but you get assigned image and you deploy it
21   yourself.
22   BY MR. EVEN:
23      Q.   And "deploy" here means distribute, correct?
24      A.   Correct.
```

**44. PAGE 125:12 TO 125:12  (RUNNING 00:00:01.979)**

```
12   Exhibit 877.  And tab 877 -- sorry, PX877 is
```

**45. PAGE 125:13 TO 125:15 (RUNNING 00:00:05.791)**

```
13    APL-EG_01025133.
14            (Exhibit 877 was marked for identification
15    and is attached hereto.)
```

**46. PAGE 127:03 TO 127:08 (RUNNING 00:00:34.474)**

```
03    Q.  And this, too, came from your files, fair to
04    assume that this, too, is a document that you would
05    have received back in 2007?
06    A.  If you're correct about the date it was
07    created, I would have received it sometime around
08    when it was created, I'll expect.
```

**47. PAGE 129:08 TO 129:24 (RUNNING 00:00:49.273)**

```
08    Q.  Under Distribution Method, on page 2 you see
09    that it says (as read):
10            We will distribute third party
11            applications through the iTunes
12            Music Store.  However, our model
13            will allow for third parties to
14            distribute their own applications
15            and for enterprise customers to
16            deploy to their own devices.
17    Do you see that?
18    A.  I do.
19    Q.  And do you recall that there was a time
20    around October or November of -- of 2007, sorry,
21    where that was the plan of record at Apple, that
22    third parties could sign their applications as we've
23    seen before and then distribute as they wish, as this
24    last document we saw --
```

**48. PAGE 130:05 TO 131:12 (RUNNING 00:01:28.868)**

```
05            THE WITNESS:  Let me start with the first.
06    This statement says (as read):
07            We will distribute third party
08            applications through the iTunes
09            Music Store.
10    Okay.  Second sentence says (as read):
11            However, our model will allow for
12            third parties to distribute their
13            own applications ...
14    It does not say our policy is to allow that.
15    This is a technical document from a technical team
16    who is building the security infrastructure, and so
17    their statement here is that the model -- the
18    technical infrastructure they're building will allow
19    for other distribution mechanisms.
20    BY MR. EVEN:
21    Q.  Good.  Thank you.
22            And then it goes -- if you go further below,
23    do you see it says (as read):
24            Signing does not imply a specific
25            distribution method, and it's left
00131:01          as a policy decision as to whether
02            Apple signed application are posted
03            to the online store, or we allow
04            developers to distribute on their
05            own.
06    Do you see that?
07    A.  I do.
08    Q.  And do you recall that there was a time
09    around October or November 2007 when that policy
10    decision has not yet been made, it is up in the air?
11    A.  There was a time when that decision had not
```

```
        12  yet been made.
```

**49. PAGE 142:24 TO 145:08 (RUNNING 00:05:36.701)**

```
        24      Q.   Do you recall that there was a debate within
        25  Apple about whether Apple should allow distribution
00143:01  only through the App Store or whether it should allow
        02  developers to distribute native apps through other
        03  means?
        04      A.   So there were discussions about what the
        05  distribution mechanisms could be, and as you pointed
        06  out in one of the white papers we looked at, it
        07  talked about potential mechanisms in the operating
        08  system for how to make each of these secure in
        09  different ways.
        10          And then there were discussions about how
        11  effective those different mechanisms could be and
        12  what mechanisms we should enable for our customers.
        13      Q.   Fair to say that there was a contingent
        14  within Apple that thought that developers should be
        15  able to distribute their apps through a different
        16  mechanism than the App Store?
        17          MS. MOYE:  Objection to the form.
        18          THE WITNESS:  There were discussions about
        19  how we could enable developers to distribute their
        20  apps, one being the App Store, another being
        21  distribute them sort of directly the way, say, people
        22  do on Windows.  Although, I think Windows might have
        23  an App Store also now.  But distribute, you know,
        24  through Windows.  Back in the day, you had to
        25  distribute through shrink wrap at a physical store.
00144:01          So we had discussions about the merits and
        02  dangers of distributing in different ways, within a
        03  company, and then beyond the company.
        04  BY MR. EVEN:
        05      Q.   And you don't recall arguments about whether
        06  Apple should or should not allow distribution through
        07  the web, for example?
        08      A.   I remember going through the various
        09  options.  I can't point to a specific conversation
        10  about some of these mechanisms, but I can recall my
        11  thinking on the reasons for doing certain ways and
        12  why certain mechanisms might be better or worse than
        13  others, and why we came to the conclusion that we
        14  did.
        15          And I'm certain there were people giving
        16  input and opinions on the merits for each of these
        17  different mechanisms, and that's just responsible to
        18  consider different mechanisms and the pros and cons
        19  of them.
        20          MR. EVEN:  Jessica, can you bring up 478,
        21  please.
        22      Q.   Who were the main proponents of distribution
        23  only through the App Store?
        24      A.   Sorry.  Is there a document I'm supposed to
        25  be looking at?
00145:01      Q.   Nope.
        02      A.   Okay.  Sorry.  I thought you said -- who
        03  were the proponents?  After we had gone through the
        04  discussion, I think basically all of the execs were
        05  proponents of the App Store, plus our enterprise
        06  distribution models as being the two best mechanisms
        07  to protect our mutual customers and get wide
        08  distribution for developers.
```

**50. PAGE 161:20 TO 162:04 (RUNNING 00:00:42.406)**

```
        20      Q.   Do you recall you gave a presentation, I
```

```
        21  think we discussed that earlier, in March 2008,
        22  introducing the SDKs for the iPhone?
        23      A.   In 2008, we had an event where we launched
        24  and publicly announced the iPhone SDK, in App Store.
        25      Q.   And you personally presented in that -- in
00162:01  that event and specifically the portion about the
        02  SDK, correct?
        03      A.   Correct.
        04      Q.   If you look at Exhibit 880.
```

**51.  PAGE 162:05 TO 162:12  (RUNNING 00:00:18.729)**

```
        05          (Exhibit 880 was marked for identification
        06       and is attached hereto.)
        07  BY MR. EVEN:
        08      Q.   Do you recognize this as a transcript
        09  prepared by Apple of the event on March 6, 2008,
        10  launching the iPhone SDK?
        11      A.   Yeah.  This appears to be a transcript of
        12  that event.
```

**52.  PAGE 162:13 TO 162:16  (RUNNING 00:00:12.098)**

```
        13      Q.   After you were done introducing the SDKs,
        14  you turned the -- the baton over to Mr. Jobs to
        15  present the App Store; is that right?
        16      A.   Yes.
```

**53.  PAGE 163:14 TO 164:11  (RUNNING 00:01:17.544)**

```
        14      Q.   If you go to the page ending in 075.
        15      A.   Okay.
        16      Q.   And you see that in the fourth paragraph
        17  beginning:  "Now, developers."
        18          Do you see that paragraph?
        19      A.   I do.
        20      Q.   And in the middle of the paragraph, Mr. Jobs
        21  says (as read):
        22              When we sell the app through the
        23              App Store, the developer gets
        24              70 percent of the revenues right off
        25              the top.  We keep 30 to pay for
00164:01              running the App Store.
        02          Do you see that?
        03      A.   I do.
        04      Q.   And going to the next paragraph he says,
        05  second full sentence after the second question mark
        06  (as read):
        07              So when a developer wants to
        08              distribute their app for free, there
        09              is no charge for free apps at all.
        10          Do you see that?
        11      A.   Followed by "applause."  Yep.
```

**54.  PAGE 164:12 TO 164:25  (RUNNING 00:00:36.304)**

```
        12      Q.   And do you see that in the next paragraph,
        13  Mr. Jobs said -- talks about some apps that will not
        14  be allowed.  And then he says (as read):
        15              ... we have exactly the same
        16              interest as the vast majority of our
        17              developers, which is to get a ton of
        18              apps out there for the iPhone and we
        19              think we've invented an incredibly
        20              great way to do it ...
        21          Do you see that?
        22      A.   Yes.
        23      Q.   You were there and heard all that being said
        24  at the time, right?
```

```
            25      A.   Yes.
```

**55.  PAGE 165:01 TO 166:14  (RUNNING 00:02:04.050)**

```
00165:01      Q.   Now, if you go to the page ending in 079.
      02      A.   Okay.
      03      Q.   And Mr. Jobs is being asked what sorts of --
      04  the bottom half of the page (as read):
      05              What sorts of safeguards have you
      06              built in to make sure that all these
      07              apps and applications that are going
      08              to be coming on to the iPhone are
      09              secure?
      10              Do you see that?
      11      A.   I do.
      12      Q.   And Mr. Jobs says how are we going to do
      13  that, and first he explains the way we're going to do
      14  it is that developers have to register with us, and
      15  for that $99 that they paid to join the program they
      16  actually get an electronic certificate, and that
      17  tells us who they are, and so if they write a
      18  malicious app we can track them down, we can tell
      19  their parents.
      20              Do you see that?
      21              (Reporter clarification.)
      22  BY MR. EVEN:
      23      Q.   Do you see that?
      24      A.   I do.
      25      Q.   And that is a version of the same signing
00166:01  mechanism that we have discussed now over multiple
      02  documents, correct?
      03      A.   That is part of this, yes.
      04      Q.   And then on the next page, Mr. Jobs says
      05  (as read):
      06              The other thing we can do since
      07              the distribution of their
      08              applications is going to be through
      09              the App Store, if we're alerted to a
      10              malicious app that we didn't catch,
      11              we'll turn off the spigots so no
      12              more people download it.
      13              Do you see that?
      14      A.   Yes.
```

**56.  PAGE 171:05 TO 171:16  (RUNNING 00:00:37.901)**

```
      05      Q.   So let's look at that question, and that's
      06  on page 081.  And the question is at the top third --
      07  third sort of bullet, third paragraph (as read):
      08              Isn't the fact that Apple is
      09              going to be the exclusive
      10              distributor for all these
      11              applications raise some questions
      12              about monopolies and so forth?  What
      13              if a developer doesn't want to
      14              distribute through the App Store?
      15              Do you see that question?
      16      A.   I do.  I didn't realize that you attended
```

**57.  PAGE 173:05 TO 174:07  (RUNNING 00:01:25.966)**

```
      05      Q.   Mr. Forstall, going down the page, you see
      06  that there's some back and forth, and then Mr. Jobs
      07  said (as read):
      08              Also, just to make it a little
      09              clearer, we don't intend to make
      10              money off the App Store.
      11              Do you see that statement?
```

```
        12      A.   I see that statement on the page.
        13      Q.   And do you see that then Mr. Jobs then
        14  explained that Apple doesn't make a lot of money off
        15  of iTunes.  Do you see that?
        16      A.   I do.
        17      Q.   And then he says -- I'm reading (as read):
        18                ... in the case of the iTunes
        19             Music Store, we give all the money
        20             to the content owners and we are
        21             basically giving all the money to
        22             the developers here and if that 30
        23             percent of it pays for running the
        24             store, well that will be great.
        25             Do you see -- did I read that correctly?
00174:01        A.   Yes.
        02      Q.   And the 30 percent that Mr. Jobs is alluding
        03  to is the 30 percent commission that Apple keeps when
        04  there's a distribution of a paid app through the
        05  store, correct?
        06      A.   It's 30 percent of the gross revenue of an
        07  app through the App Store.
```

**58. PAGE 174:08 TO 174:10 (RUNNING 00:00:12.992)**

```
        08      Q.   You understand that for the past decade or
        09  so, the 30 percent that Apple keeps does much more
        10  than pay for running the store, correct?
```

**59. PAGE 174:12 TO 174:13 (RUNNING 00:00:06.450)**

```
        12             THE WITNESS:  I understand that app -- the
        13  30 percent is making Apple a profit.
```

**60. PAGE 183:22 TO 184:01 (RUNNING 00:00:12.132)**

```
        22      Q.   So with that, Mr. Forstall, if you can go to
        23  Exhibit 882, which is APL-EG_00260094.
        24             (Exhibit 882 was marked for identification
        25         and is attached hereto.)
00184:01            MR. EVEN:  This document is a e-mail
```

**61. PAGE 184:02 TO 184:07 (RUNNING 00:00:21.793)**

```
        02  correspondence between Mr. Forstall and Mr. Schiller,
        03  dated January 21, 2008.
        04      Q.   Mr. Forstall, is this an e-mail chain that
        05  you sent and received as part of the ordinary course
        06  of your employment at Apple?
        07      A.   Yes.
```

**62. PAGE 187:21 TO 188:07 (RUNNING 00:00:42.051)**

```
        21      Q.   Okay.  And I think you mentioned earlier
        22  today when talking about, for instance, something
        23  like HTML5, you mentioned that HTML5 is sort of
        24  agnostic to the underlying processor because you --
        25  the developers write for HTML5, right?  And so HTML5
00188:01  is a cross-platform platform in that sense?
        02      A.   HTML5 standards are interpreted code so they
        03  are agnostic to the specific processor on which they
        04  run.
        05      Q.   And in that sense they serve as a
        06  cross-platform platform for web app developers,
        07  correct?
```

**63. PAGE 188:09 TO 188:12 (RUNNING 00:00:12.655)**

```
        09             THE WITNESS:  For web app developers and web
        10  developers in general, they can serve as a
        11  cross-platform development platform, which sometimes
```

```
        12  can work very well.
```

**64. PAGE 188:13 TO 189:03 (RUNNING 00:01:00.060)**

```
        13          Now, they run inside of a browser generally,
        14  and browsers have been built up with an enormous
        15  amount of security over time.  I mean, even though
        16  you see viruses sometimes come through web browsers,
        17  but the more mature ones are getting better and
        18  better at it.
        19          Just as an aside, sometimes that works
        20  really great and it's interesting like today we're
        21  doing this deposition and we are using a native app,
        22  which is Zoom so we can see each other, and then
        23  we're using a web app to exchange documents.
        24          Well, those documents, you know, that's an
        25  important way to go and they're secure and that's
00189:01  being done through an app inside of a web browser,
        02  too, HTML5 and beyond standards, so both mechanisms
        03  of building can work well.
```

**65. PAGE 189:21 TO 190:08 (RUNNING 00:00:27.436)**

```
        21      Q.   And so back then, too, you thought that what
        22  they're planning is really a cross-platform platform
        23  as you called it?
        24      A.   Yes.
        25      Q.   And you then say (as read):
00190:01              While I would prefer developers
        02              use web standards -- you mention a
        03              couple -- or go native if they want
        04              more, I'm not sure we shouldn't take
        05              the high ground and let them build
        06              it and complete.
        07              Do you see that?
        08      A.   I do.
```

**66. PAGE 192:23 TO 193:02 (RUNNING 00:00:17.436)**

```
        23      Q.   And Mr. Schiller has taken -- upon hearing
        24  it has taken the initial opposite view to yours,
        25  correct?
00193:01      A.   It sounds like his initial opinion is very
        02  different from mine.
```

**67. PAGE 193:03 TO 194:08 (RUNNING 00:01:23.379)**

```
        03      Q.   And at the end of the day, Mr. Schiller also
        04  says (as read):
        05              In the grand scheme of things --
        06              of APIs we could choose to support
        07              beyond our own, if we ever did
        08              support another (which I don't
        09              recommend), Yahoo's Widget API is
        10              not even close to the most important
        11              one we would pick, some of the other
        12              ones I listed above (like Flash) are
        13              way more important ...
        14              Do you see that?
        15      A.   I do.
        16      Q.   Flash was another cross-platform platform?
        17      A.   In some ways.  I mean, Flash is a pretty big
        18  conversation in and of itself.
        19      Q.   I understand.  I'm not trying to hear the
        20  entire Flash story.
        21      A.   Well, there's a long Flash story in here
        22  which is -- I mean, yeah.  'Cause we tried to work
        23  with them also.  Yes.  Flash can be used as a
        24  cross-platform platform as well.
```

```
           25      Q.   And then Mr. Schiller (as read):
00194:01               Besides, we have a way to do
           02          Widgets that competes with theirs,
           03          so who cares?
           04          Do you see that?
           05      A.   I do.
           06      Q.   And did Apple end up supporting the Yahoo
           07 widget engine?
           08      A.   We did not.
```

**68.** PAGE 194:09 TO 194:20  (RUNNING 00:00:44.060)

```
           09      Q.   Did you end up supporting Flash?
           10      A.   We did not ship Flash.  We tried to make
           11 Flash work.  We helped Adobe.  We -- we definitely
           12 were interested.  Again, this is one where I thought
           13 if we could help make it work, this could be great.
           14 Flash has been such a problem because it -- the way
           15 that it hooks into systems, it's been a virus
           16 nightmare on -- on Windows, even on the Mac.
           17           And when we got it running on iOS, the
           18 performance was just abysmal and embarrassing and it
           19 could never get to something which would be consumer
           20 value add.
```

**69.** PAGE 194:21 TO 194:22  (RUNNING 00:00:03.632)

```
           21      Q.   And so you never shipped with Flash either?
           22      A.   We did not.
```

**70.** PAGE 195:01 TO 195:10  (RUNNING 00:00:26.039)

```
00195:01      Q.   Did you support Java?
           02      A.   We did not.
           03      Q.   And he also mentioned Adobe's Air.  Do you
           04 support Adobe Air?
           05      A.   I do not believe so.
           06      Q.   What about Microsoft Silverlight?
           07      A.   We did not support that.  I don't even know
           08 if that exists anymore, but we did not support that.
           09      Q.   And Qualcomm's Brew?
           10      A.   We did not support that.
```

**71.** PAGE 195:22 TO 196:03  (RUNNING 00:00:26.779)

```
           22      Q.   I wasn't suggesting that.  I asked whether
           23 you recall that there were cross-compilers available
           24 from third parties that allowed people to develop
           25 apps that would run on iOS.
00196:01      A.   I think people were trying to create
           02 cross-compilers.  I don't remember if any of those
           03 were used in the real world.
```

**72.** PAGE 196:04 TO 196:07  (RUNNING 00:00:14.590)

```
           04      Q.   Do you recall that Apple at some point
           05 decided to ban the use of cross-compilers for
           06 developing apps for the -- for iOS?
           07      A.   Yes.
```

**73.** PAGE 198:10 TO 198:14  (RUNNING 00:00:14.132)

```
           10      Q.   Cross-compilers are used for cross-platform
           11 development, right?
           12      A.   In general they can be used for a couple
           13 things, but yes, they can be used for cross-platform
           14 development.
```

**74.** PAGE 206:14 TO 206:21  (RUNNING 00:00:12.042)

```
           14           (Exhibit 886 was marked for identification
```

```
15        and is attached hereto.)
16   BY MR. EVEN:
17        Q.   Do you see this is an e-mail from Philip
18   Schiller to yourself, copying Mr. Jobs on July 16,
19   2011?
20        A.   Give me a minute.  There's a lot of e-mails
21   in here, so I'm going to scan through it briefly.
```

**75. PAGE 207:01 TO 207:06  (RUNNING 00:00:14.197)**

```
00207:01        Q.   Mr. Forstall, is this an e-mail that you
02   received?
03        A.   Yes.
04        Q.   And is in an e-mail that you received as
05   part of the ordinary course of your work at Apple?
06        A.   Yes.
```

**76. PAGE 208:02 TO 208:03  (RUNNING 00:00:03.628)**

```
02             And Mark here again is Mr. Zuckerberg?
03        A.   Yep.
```

**77. PAGE 208:04 TO 208:06  (RUNNING 00:00:18.353)**

```
04        Q.   And so Facebook wanted to have either an
05   embedded web view or links to web apps in its iPad
06   native app, correct?
```

**78. PAGE 208:08 TO 208:15  (RUNNING 00:00:23.502)**

```
08             THE WITNESS:  Facebook was looking in their
09   iPad app to enable embedded apps with inside of that
10   app.
11   BY MR. EVEN:
12        Q.   And you told them they can't do that,
13   correct?
14        A.   We said they should not include embedded
15   apps inside of the native app.
```

**79. PAGE 209:25 TO 210:11  (RUNNING 00:00:57.300)**

```
25        Q.   And the concern is that if Facebook did
00210:01   this, if it did include these links, then it would
02   operate as a storefront for web apps, correct?
03             MS. MOYE:  Objection to the form.
04             THE WITNESS:  The idea is if they were doing
05   this -- I mean, there's many issues, it could be very
06   confusing to users if they're making it appear to be
07   an app store, but it's not taking you to the native
08   apps you can download on to a platform.  It's unclear
09   exactly what the point of that directory of links
10   with inside of an application would -- would present
11   itself as.
```

**80. PAGE 211:08 TO 212:01  (RUNNING 00:01:07.900)**

```
08        Q.   Mr. Forstall, what you told Mr. Zuckerberg
09   is not to include embedded apps in the Facebook iPad
10   app either in an embedded web view or as a directory
11   of links that would redirect to Safari.  This speaks
12   to HTML5 web apps, correct?
13        A.   No --
14             MS. MOYE:  Objection to the form.
15             THE WITNESS:  This speaks to what Facebook
16   would do in its native iPad app.  Facebook when using
17   HTML, HTML5, all web standards, as a website which
18   is, you know, how you probably access Facebook when
19   you're sitting on your Windows machine or your Mac,
20   that uses web standards and works exactly how they
21   built Facebook from day one.
```

```
      22              This is talking about what do they do in the
      23    native iPhone or iOS app and iPad app, in this case.
      24    BY MR. EVEN:
      25        Q.   I understand that, but that wasn't my
  00212:01    question, Mr. Forstall.
```

**81. PAGE 212:02 TO 212:04  (RUNNING 00:00:15.815)**

```
      02              My question was:  You told Mr. Zuckerberg
      03    that Facebook should not embed or link to HTML5 apps
      04    from its native app, correct?
```

**82. PAGE 212:06 TO 212:09  (RUNNING 00:00:19.344)**

```
      06              THE WITNESS:  I said -- the message that I
      07    delivered was that Facebook in their native app
      08    should not redirect to links that would take you to
      09    Safari in this directory.
```

**Forstall, Scott (Vol. 02) - March 8, 2021**                    1 CLIP  (RUNNING 00:07:40.616)

---

13 SEGMENTS  (RUNNING 00:07:40.616)

---

**1. PAGE 230:05 TO 230:11  (RUNNING 00:00:44.125)**

05  Q.    Mr. Forstall, do you recall that after the
06  App Store opened, there were developers who deployed
07  mechanisms for collection of payments within their app;
08  for instance, through opening an embedded web app,
09  collect payment, things of that nature?
10  A.    I remember there was some sort of payment thing.
11  I don't remember the specifics.  I remember generally.

**2. PAGE 230:16 TO 230:18  (RUNNING 00:00:16.143)**

16  Q.    Okay, but you were aware that developers found
17  ways to -- to make sales within their app, and collect
18  payment for those sales?

**3. PAGE 230:20 TO 230:22  (RUNNING 00:00:08.518)**

20          THE WITNESS:  I remember a general concept
21  that some developers were trying to collect payment
22  through their apps.

**4. PAGE 230:24 TO 231:02  (RUNNING 00:00:18.824)**

24  Q.    And do you recall there came a time when Apple
25  decided to offer its own payment mechanism for
00231:01  applications that sold digital content?
02  A.    Yes.

**5. PAGE 231:06 TO 231:08  (RUNNING 00:00:12.291)**

06  Q.    And applications that sold physical goods remained
07  free to use whatever other mechanisms they wanted.
08  They couldn't use the Apple mechanism.  Correct?

**6. PAGE 231:15 TO 231:19  (RUNNING 00:00:18.786)**

15          THE WITNESS:  Apps could not use Apple's
16  in-app purchase for the sale of physical goods.
17  BY MR. EVEN:
18  Q.    But they could use other mechanisms.  Correct?
19  A.    Yes.

**7. PAGE 232:05 TO 232:07  (RUNNING 00:00:17.530)**

05  Q.    But apps that sold digital content were required
06  to do so using the IAP API.  Correct?
07  A.    Correct.

**8. PAGE 234:08 TO 234:08  (RUNNING 00:00:02.128)**

08  Q.    If you look at Exhibit 888, Exhibit 888 is Bates

**9. PAGE 234:09 TO 234:17  (RUNNING 00:00:43.244)**

09  stamped APL-APPSTORE_10080247.  And it's a cover
10  email attaching a -- what appears to be a slide deck,
11  with the tagline "App Commerce Models."  Do you see
12  that?
13  A.    I do.
14  Q.    And is that an email that you received together
15  with its -- with its attachment on 11 December 2008 in

16  the ordinary course of your work at Apple?
17  A.    Yeah.

**10.  PAGE 252:06 TO 252:13  (RUNNING 00:00:29.053)**

06  Q.    Okay.  We discussed earlier that there were some
07  apps on the App Store prior to the release of IAP
08  that were using their own payment mechanisms for
09  different kinds of purchases made in the app.  Correct?
10  A.    Correct.
11  Q.    And some of those then needed to switch over to
12  IAP once IAP was released.  Correct?
13  A.    At some time frame.

**11.  PAGE 252:16 TO 254:10  (RUNNING 00:03:25.791)**

16        Do you recall, without divulging any legal advice,
17  all the reasons why Apple decided to require that all
18  digital sales must use API [sic]?
19            MS. MOYE:  Do you mean to say "IAP"?
20            MR. EVEN:  IAP.  Sorry.
21            THE WITNESS:  I mean, there are a number of
22  reasons we added IAP.  It was to make it easier for
23  developers to sell digital goods.
24        If you're a game developer and you have an extra
25  level that you'd like to sell, but the customer has to
00253:01  enter a credit card, that could be a huge impediment to
02  the customer buying that extra level; whereas if it
03  just says, "Hey, click this button, and, for 99 cents,
04  you get another level," the user is much more likely to
05  click it.  And Apple already has your credit card on
06  file, so it -- it really streamlines it.  And it's a
07  huge win for the developer to have an easy mechanism
08  built in to -- to sell goods inside the app.  So that
09  was -- that was the main reason we did it:  To make it
10  much, much easier for developers to have another
11  revenue stream.
12        And, as the App Store -- as apps matured, we
13  just learned a lot more about different mechanisms for
14  how to help developers make money.
15  BY MR. EVEN:
16  Q.    Any other reasons that you recall, without
17  divulging any legal advice?
18  A.    Any other reasons for what?
19  Q.    For requiring the use of IAP for in-app sales of
20  digital goods.
21  A.    Well, another reason was to make it consistent
22  everywhere.  So if users were to see a consistent
23  panel, they'd be more likely to accept that.
24        If, again, everything's different every time,
25  users might be afraid to click, you know, one -- one
00254:01  place and not another place, because they might think
02  they're going to get a credit-card form added.  And so
03  if you had a standard panel across everything, that was
04  another.
05        Another was we did have this 70:30 revenue split
06  in the store for sales.  And it was to avoid apps from
07  trying to basically circumvent that by having a free
08  download that wasn't actually free.  It was -- Apple
09  would pay for everything for the download, and then
10  they would charge the customer.

**12.  PAGE 254:11 TO 254:13  (RUNNING 00:00:06.133)**

11  Q.    Any other reason?
12  A.    I'm sure there are more that I'm not thinking of
13  right now.

**13.** **PAGE 255:18 TO 256:02  (RUNNING 00:00:38.050)**

```
18        Do you recall the year that the App Store was
19   launched?
20   A.   2008.
21   Q.   And in 2008 what were your -- from a high level,
22   what were your general duties and responsibilities at
23   Apple?
24   A.   I ran all software for the iPhone OS, so iOS,
25   plus I was responsible for macOS 10 releases, and all
00256:01   design of software user interface design, and a set of
02   other things.
```

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of C.K. Haun (Vol. 1 & 2)**
**(January 13, 2021)**
**(January 14, 2021)**

**Time**

| Epic Games, Inc.'s Designations (Blue Highlight) | Apple Inc.'s Designations (Yellow Highlight) |
|---|---|
| 21 minutes 46 seconds | 1 minute 49 seconds |

32 SEGMENTS  (RUNNING 00:21:43.256)

**1. PAGE 6:17 TO 6:19  (RUNNING 00:00:07.775)**

```
17                        C.K. Haun
18                having been first duly sworn, was
19                examined and testified as follows:
```

**2. PAGE 11:01 TO 11:05  (RUNNING 00:00:15.464)**

```
00011:01        So now I want to go to your starting to
     02   work at Apple.  You gave me the exact date although
     03   I think I forgot to write it down, but January 15,
     04   and that was 1980?
     05        A.   1990.
```

**3. PAGE 13:01 TO 14:05  (RUNNING 00:02:43.333)**

```
00013:01        Q.   Tell me about your career from then until
     02   around the period when Apple launched its App Store.
     03   Take me through the roles you played between that
     04   period and the time when Apple launched App Store.
     05        A.   I was a developer technical support engineer
     06   until 1994.  At that point I moved into the Macintosh
     07   system software engineering team and wrote and
     08   applied software fixes to various portions of the Mac
     09   operating system.
     10        In late 1995, I briefly left the company to
     11   join a startup; Be Incorporated.  It is B as in
     12   baker, E as in echo, incorporated.
     13        I worked there for roughly six months, left
     14   that company, returned to Apple.  At that point I was
     15   given responsibility for the engineering side of the
     16   Mac OS 8 system software release, so I managed the
     17   software engineering team for that operating system
     18   release.
     19        When that operating system release was
     20   completed, I worked on some of the design and
     21   foundational pieces of what would become Mac OS X,
     22   and in 1998 I was approached by the management of the
     23   Apple developer organization to take the director's
     24   job of developer technical support.  I accepted and I
     25   have had that role since then.
00014:01        Q.   What did that role entail?
     02        A.   My responsibilities at that point were to
     03   direct the team of developer technical support
     04   engineers in the appropriate areas to focus to assist
     05   our third-party developer community.
```

**4. PAGE 16:10 TO 16:19  (RUNNING 00:00:37.630)**

```
     10        Q.   In your work and in Apple's work to support
     11   developers, it supports both iOS developers and Mac
     12   developers; is that correct?
     13        A.   Yes.
     14        Q.   Your team in particular provides support
     15   both for Mac OS developers and iOS developers; is
     16   that correct?
     17        A.   Yes.
     18        Q.   Has your team grown since App Store opened?
     19        A.   No.
```

5. **PAGE 17:13 TO 17:24 (RUNNING 00:00:41.803)**

```
13        Q.   I'll move on.  So you're saying the work --
14   so the work to support an iOS developer is similar
15   to the work to support a Mac OS developer?
16        A.   Yes.
17        Q.   So over the time since App Store has
18   opened, the number of apps and the revenue Apple has
19   generated from the App Store has grown
20   substantially; is that correct?
21        A.   Yes.
22        Q.   But over that time, your team didn't grow
23   in size, correct?
24        A.   Yes.
```

6. **PAGE 18:08 TO 18:11 (RUNNING 00:00:14.671)**

```
08        Q.   Your team provides the same level of
09   support for a Mac OS developer that it provides for
10   an iOS developer?
11        A.   They are substantially identical efforts.
```

7. **PAGE 25:01 TO 25:12 (RUNNING 00:01:05.810)**

```
00025:01        Q.   Is there a process of signing Mac OS
02   applications?
03        A.   Yes.
04        Q.   How does that work?
05        A.   The process is again substantially similar
06   to the iOS process.  When a developer determines it's
07   in their desire to produce a Mac application, they
08   request a Mac developer identification certificate.
09   It is issued to them from our developer portal.  Then
10   during the process of building their Mac application,
11   that application is signed by our development tools
12   with that developer I.D. certificate.
```

8. **PAGE 25:23 TO 26:05 (RUNNING 00:00:42.372)**

```
23        Q.   What is the something I've heard referred
24   to as Mac OS notarization; how does that work?
25        A.   Notarization is a process where a Mac
00026:01   developer creates his or her application, signs it
02   with their developer I.D. certificate, and then
03   chooses to take an additional step of having Apple
04   software analyze and sign the application for
05   distribution outside of the Mac App Store.
```

9. **PAGE 27:09 TO 27:13 (RUNNING 00:00:25.497)**

```
09   by an app reviewer.  How long does an app reviewer
10   review an application?
11        A.   A typical review of a typical application
12   provided for consideration for distribution in our
13   online collection of apps takes minutes.
```

10. **PAGE 28:21 TO 29:01 (RUNNING 00:00:21.126)**

```
21        Q.   Is there a fee to be a member of the app
22   developer program?
23        A.   There is a fee to be a member of the Apple
24   Developer Program.
25        Q.   What's that fee?
00029:01   A.   Currently it is $99 in U.S. dollars.
```

11. **PAGE 29:18 TO 30:03 (RUNNING 00:00:48.139)**

```
18        Q.   In terms of technical support, there is
19   certain technical support benefits they receive as a
20   result of being a member?
21        A.   Yes.
```

```
        22      Q.   And what are those benefits?
        23      A.   The specific technical benefits are provided
        24  by my organization.  A developer, as part of their
        25  annual membership, receives the opportunity for no
00030:01  additional fee to consult with my engineers on two
        02  specific technical areas that they would like
        03  assistance, guidance or otherwise.
```

**12.** PAGE 31:12 TO 31:15  (RUNNING 00:00:12.314)

```
        12      Q.   There is an opportunity to get additional
        13  support, there is a payment they can make to get
        14  additional support; is that correct?
        15      A.   Yes.
```

**13.** PAGE 32:06 TO 32:07  (RUNNING 00:00:07.675)

```
        06      Q.   What is the charge for those additional --
        07      A.   $99 per incident.
```

**14.** PAGE 32:16 TO 32:24  (RUNNING 00:00:26.998)

```
        16      Q.   But all this support provided to members
        17  that develop native iOS apps are also provided to
        18  Mac OS developers, correct?
        19      A.   Substantially similar.  The technologies may
        20  be different.
        21      Q.   And it's provided even if the Mac OS
        22  developer distributes predominantly or even
        23  exclusively outside of the Mac App Store?
        24      A.   Correct.
```

**15.** PAGE 32:25 TO 33:17  (RUNNING 00:01:31.167)

```
        25      Q.   Why does Apple support developers who are
00033:01  developing apps that aren't distributed through the
        02  App Store?
        03      A.   Earlier in our conversation I described my
        04  understanding of the benefits of a third-party
        05  developer community to Apple.  The answer to your
        06  current question is similar to the answer I provided
        07  then.
        08           Distribution of Mac applications on other
        09  platforms, other distribution mechanisms, provides
        10  goods and services that consumers or businesses may
        11  choose to use.
        12      Q.   What's the benefit to Apple of that again?
        13      A.   The benefit to Apple is to have goods and
        14  services that a customer would like to use which
        15  encourages a customer to consider Apple products as
        16  products that they would choose to use in their
        17  business or personal lives.
```

**16.** PAGE 36:09 TO 36:19  (RUNNING 00:01:10.465)

```
        09      Q.   And what's the -- why does Apple provide
        10  for notarization of Mac iOS apps?  What's it trying
        11  to address?
        12      A.   One of the primary goals of application
        13  notarization is to provide our customers with
        14  information that Apple has done some level of
        15  inspection of a Mac application and we are
        16  communicating to that customer that we did not detect
        17  any flaws or potential privacy or security-related
        18  issues in that application, to the best of our
        19  ability at the time.
```

**17.** PAGE 37:05 TO 37:13  (RUNNING 00:00:51.979)

```
        05      Q.   Could Apple use a notarization system in
```

```
06  iOS?
07      A.   The technologies associated with a
08  notarization system -- I'm sorry, it's difficult to
09  answer that question because I'm not -- are you
10  asking if the software technology that we apply can
11  be applied to an iOS application?
12      Q.   Yes.
13      A.   Yes.  The answer is yes.
```

**18. PAGE 142:20 TO 142:23 (RUNNING 00:00:10.156)**

```
20          Exhibit 131 is an e-mail, and you're copied
21  on one of the e-mails in the chain and it addresses
22  the presence of a school shooting game on the App
23  Store.
```

**19. PAGE 143:07 TO 143:13 (RUNNING 00:00:34.177)**

```
07      Q.   Exhibit 131 describes the internal reaction
08  after certain individuals at Apple learned that
09  there was a school shooting game on the App Store
10  that had been posted soon after the Parkland
11  shooting, correct?
12      A.   I don't know if it was soon after Parkland
13  or not, but I agree with your other characterization.
```

**20. PAGE 145:10 TO 145:16 (RUNNING 00:00:15.800)**

```
10      Q.   The second sentence says:  "So far all the
11  evidence points to Armin was going too fast and
12  missed all the signs to reject these apps for 1.1 or
13  at least escalate."
14          Do you see that?
15      A.   It says "signals," not "signs," and I do see
16  that.
```

**21. PAGE 146:03 TO 146:05 (RUNNING 00:00:07.576)**

```
03      Q.   And it states it took a total of 32 seconds
04  to approve both apps.  Do you see that?
05      A.   I do see that.
```

**22. PAGE 147:21 TO 147:25 (RUNNING 00:00:13.689)**

```
21      Q.   Do you remember this incident involving
22  this school shooting app on the App Store?
23      A.   As I mentioned when you first brought it up,
24  I have a vague memory of it but not an in-depth
25  understanding.
```

**23. PAGE 168:22 TO 169:14 (RUNNING 00:00:45.217)**

```
22      Q.   What other devices other than the Mac do
23  you play games on, if any?
24      A.   A PlayStation 4 and an Xbox, whatever the
25  generation right before the one they just put out.  I
00169:01  can never remember Xbox's naming them schemes.
02      Q.   What about mobile devices; do you play
03  games on mobile devices?
04      A.   On my iPad.  Sorry, I forgot to mention
05  that.
06      Q.   Sounds like you have multiple game
07  consoles; is that right?
08      A.   Yes.
09      Q.   You also have a Mac on which you can play
10  games?
11      A.   Yes.
12      Q.   Why do you have multiple devices on which
13  to play games?
14      A.   Each device has different capabilities.
```

**24.  PAGE 170:13 TO 170:20  (RUNNING 00:00:24.903)**

```
13      Q.   What about mobile devices; do they have any
14  capabilities compared with the other platforms?
15      A.   The definition of the platform, as you just
16  made, introduces the primary benefit, which is the
17  mobility.
18      Q.   So you view mobility as a reason why you
19  would have a mobile device to play games?
20      A.   Yes.
```

**25.  PAGE 170:23 TO 172:08  (RUNNING 00:01:45.229)**

```
23           Is it important to you to have a device in
24  which you can play games that are mobile?
25      A.   Yes.
00171:01    Q.   Why is that important to you?
02      A.   There are times in my day-to-day life when I
03  would like to either clear my mind or enjoy myself by
04  playing a game, and I may not have access to my Mac
05  PlayStation, Xbox.  I may only have a mobile device
06  with me and that allows me to satisfy that desire.
07      Q.   And so that would include circumstances in
08  which you are away from home and therefore away from
09  those gaming consoles?
10      A.   Yes.
11      Q.   You keep the gaming consoles at home,
12  right?
13      A.   Yes.
14      Q.   They've got to be hooked up to your TV in
15  your living room or some other room in your home,
16  right?
17      A.   They have to be hooked up to a monitor, yes.
18      Q.   What about your Mac; do you have a desktop
19  or laptop?
20      A.   I have a laptop.
21      Q.   What about a laptop; do you bring that with
22  you when you're going about your daily business away
23  from home?
24      A.   Sometimes, yes.
25      Q.   Do you ever pull out your laptop and play
00172:01  games while you're away from home?
02      A.   No.
03      Q.   Why don't do you that if you have it with
04  you?
05      A.   In my opinion, the experience of playing
06  games away from a desk and a surface where I am able
07  to manipulate a mouse correctly, in my opinion, for
08  gaming, does not exist.
```

**26.  PAGE 185:12 TO 185:15  (RUNNING 00:00:07.352)**

```
12      Q.   So sandboxing, there are more aspects
13  implemented on iOS than Mac OS?
14      A.   Yes.
15      Q.   Why is that?
```

**27.  PAGE 185:18 TO 186:09  (RUNNING 00:01:28.919)**

```
18           There have been behaviors that have become
19  part of Mac OS from '82 to now that in some cases are
20  difficult to change without understanding all the
21  ramifications, and the ramifications can be rather
22  broad, not from necessarily from the operating
23  system's perspective, but from the perspective of Mac
24  developers who have 30-some-odd years of history of
25  knowing how certain things work, whether that
00186:01  knowledge is accurate or not.
02           When we developed iPhone OS, we did not have
```

```
         03   an established base of either developer knowledge or
         04   existing software applications that this intimate
         05   knowledge of what iOS or iPhone OS did, so we could
         06   begin a new platform with some enhanced goals and in
         07   this case enhanced security in sandboxing
         08   infrastructure without disrupting anything that had
         09   happened in the past.
```

**28.  PAGE 187:01 TO 187:13  (RUNNING 00:00:36.056)**

```
00187:01        Q.   Are there other benefits to sandboxing on
         02   iOS?
         03        A.   Obviously from a consumer focus, the
         04   inability of application A to read the data created
         05   by application B is a huge benefit to our customers.
         06        Q.   So for example, my messenger app cannot
         07   obtain data that my banking app may have; is that
         08   right?
         09        A.   That's correct.
         10        Q.   That would be a problem because that might
         11   compromise the safety of my personal information
         12   that is stored by another app?
         13        A.   Correct.
```

**29.  PAGE 188:09 TO 188:12  (RUNNING 00:00:18.836)**

```
         09        Q.   Are there important aspects of sandboxing
         10   that have been implemented on iOS and not on Mac OS?
         11        A.   With the release of our latest version of
         12   Mac OS, I don't believe that is the case.
```

**30.  PAGE 238:07 TO 238:10  (RUNNING 00:00:01.621)**

```
         07             MS. COSCIA:  This is 140.
         08             (The document referred to was marked as
         09   Exhibit 140 for identification and is attached
         10   hereto.)
```

**31.  PAGE 239:05 TO 239:08  (RUNNING 00:00:09.372)**

```
         05        Q.   I want to start at the top of this e-mail.
         06   You wrote: "We review, we do not test.  That's been
         07   a guiding principal in App Review since we conceived
         08   of it.
```

**32.  PAGE 239:17 TO 240:18  (RUNNING 00:02:20.135)**

```
         17        Q.   Thank you, understood:  "We review, we do
         18   not test."  What's the difference between those?
         19        A.   This is a particular -- as you can tell from
         20   my emphasis in the first line of this e-mail, in the
         21   software business, the word "test" has certain
         22   implications to both software engineers, quality
         23   assurance personnel and customers.
         24             "Test" implies or outright infers that the
         25   individual providing test has done a comprehensive
00240:01   use of the application, exercising most it not all of
         02   the functionality of an application, and not only
         03   testing all the functionality of the application, but
         04   testing certainly much of the application under
         05   different conditions with a different data and by
         06   attempting to induce failure modes by, for example,
         07   trying to run an application on a Windows PC that
         08   does not have enough memory to do everything the
         09   application wants and see how the application fares
         10   under a test like that.  That's the commonly accepted
         11   perception of what a test is.
         12             Review as started by the iOS App Review team
         13   is not testing.  As I've described earlier, we run
         14   some automated tools on applications, and then a
```

15  reviewer will in general launch an app and do some
16  things with the app; not a comprehensive test.
17  That's why I made the emphasis here on that
18  differentiation.

1 CLIP  (RUNNING 00:01:52.196)

---

**4 SEGMENTS  (RUNNING 00:01:52.196)**

**1.  PAGE 276:22 TO 276:25  (RUNNING 00:00:14.632)**

```
    22        Q.   Okay.  When you were running the App Store,
    23   on average how long did it take a reviewer to do the
    24   human review for an app coming into the App Store?
    25        A.   Typically three to seven minutes.
```

**2.  PAGE 289:21 TO 289:22  (RUNNING 00:00:00.540)**

```
    21             (Exhibit 144 was marked for identification
    22        and is attached hereto.)
```

**3.  PAGE 290:11 TO 291:07  (RUNNING 00:01:10.533)**

```
    11             And you are shown as a recipient of at least
    12   one of the e-mails in the thread?
    13        A.   Yes.
    14        Q.   Okay.  Does this refresh your recollection
    15   that XcodeGhost became a problem sometime around
    16   September 17th, 2015?
    17        A.   Yes.
    18        Q.   Okay.  And in it, in this thread, you are
    19   asked by Craig Bradley (as read):
    20             This all seems very technical to
    21             me, but the comment that "infected
    22             apps successfully passed app review
    23             concerns me, is this something we
    24             should worry about or actively scan
    25             for during app review."
00291:01             Do you see where I'm reading?
    02        A.   Yes.
    03        Q.   Okay.  So first question:  Who is Mr.
    04   Bradley?
    05        A.   Craig Bradley manages our worldwide
    06   developer relations activities in -- at that point,
    07   the southeast Asia and China markets.
```

**4.  PAGE 291:16 TO 291:20  (RUNNING 00:00:26.491)**

```
    16        Q.   Well, both:  What is XcodeGhost?
    17        A.   XcodeGhost was a exploit which fooled our
    18   tool chain into including an inaccurate modified
    19   version of some SDK, software development kit,
    20   libraries.
```

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Eric Friedman (Vol. 1 & 2)**
**(February 1, 2021)**
**(February 2, 2021)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
|---|---|
| 21 minutes 8 seconds | 15 minutes 22 seconds |

<u>Friedman, Eric (Vol. 01) - February 1, 2021</u>                    1 CLIP  (RUNNING 00:35:36.320)

                              62 SEGMENTS  (RUNNING 00:35:36.320)

**1.  PAGE 12:14 TO 12:16  (RUNNING 00:00:06.525)**

          14                    ERIC FRIEDMAN,
          15        having been first duly sworn, was examined and
          16                   testified as follows:

**2.  PAGE 38:21 TO 38:22  (RUNNING 00:00:07.005)**

          21        Q    When did you join Apple?
          22        A    July of 2012.

**3.  PAGE 39:05 TO 39:19  (RUNNING 00:00:39.430)**

          05        Q    Okay.  And what role did you have at Apple
          06   when you joined?
          07        A    Very briefly, software developer.
          08        Q    And what were you very briefly developing?
          09        A    commerce systems for at the time what was
          10   called the iTunes Store.
          11        Q    Okay.  At that time, the iTunes Store sold
          12   apps as well as movies and music; is that right?
          13        A    That's right.
          14        Q    Okay.  And you say you developed e-commerce
          15   systems.
          16             What would those systems do within the iTunes
          17   Store?
          18        A    Well, I was specifically responsible for the
          19   fraud engineering systems.

**4.  PAGE 49:13 TO 49:17  (RUNNING 00:00:09.651)**

          13        Q    Okay.  Has your role changed since then?
          14        A    Yes.
          15        Q    How has it changed?
          16        A    We took on responsibility for other kinds of
          17   abuse.

**5.  PAGE 50:01 TO 50:15  (RUNNING 00:01:12.569)**

     00050:01        Q    Okay.  What kind of -- what other kinds of
          02   abuse did you take the responsibility on for?
          03        A    Sure.  And so I'm not -- in my answer, I'm
          04   not going to distinguish between the things that
          05   came from iCloud and the things that came in account
          06   security.
          07             So there was an area of discovery abuse that
          08   we became responsible for.  I mentioned account
          09   security.  And then at a later point, iMessage spam;
          10   at a later point, mail spam, various other kinds of
          11   spam in the iCloud infra-system, you know, phishing
          12   virus, phishing in general, I should say.  We did a
          13   number of efforts that were -- it was broadly about
          14   identifying abuse of behavior across services and
          15   developer fraud.

**6.  PAGE 50:16 TO 51:08  (RUNNING 00:01:32.110)**

          16        Q    What is developer fraud?
          17        A    Sure.
          18        Q    Sorry.

                                      98

```
      19    A   That's okay.  I was just about to answer that
      20 question, so good timing.  So there are several
      21 kinds, but broadly speaking, it comes down to
      22 knowing who we're doing business with and making
      23 sure that those purposes are -- are not -- the --
      24 the privileges are not being misused for illicit
      25 distribution and for illegal activity like money
00051:01 laundering.
      02        And then -- what was I going to say about
      03 developer fraud?  There are compliance elements to
      04 it referring to OFAC.  It -- with partners, extends
      05 it to the domains of malware and -- I think that's
      06 a -- a general view of the landscape.  I'm sure if
      07 you have more precise questions, we'll be able to
      08 delve into that.
```

**7.  PAGE 57:20 TO 58:09  (RUNNING 00:00:57.657)**

```
      20    Q   Let's talk about malware.  How -- what do you
      21 consider malware to be?
      22    A   I consider malware to be software which
      23 deceives an end user as to its function.
      24    Q   And how does Apple prevent customers from
      25 obtaining malware?
00058:01    A   So in my domain, what we focus on is
      02 preventing illicit distribution.
      03    Q   Well, what do you mean by illicit
      04 distribution?
      05    A   Illicit -- sorry, distribution outside of the
      06 App Store.
      07    Q   So do you perform any other function in order
      08 to prevent customers from obtaining malware?
      09    A   No.
```

**8.  PAGE 58:10 TO 58:13  (RUNNING 00:00:06.771)**

```
      10    Q   Okay.  What about Apple?  Does Apple perform
      11 any other function that prevents customers from
      12 obtaining malware?
      13    A   Yes.
```

**9.  PAGE 59:10 TO 59:19  (RUNNING 00:00:23.962)**

```
      10    Q   Okay.  Does your team have a name?
      11    A   Fraud engineering, algorithms and results --
      12 and risk.  I'm sorry, risk.  We like --
      13    Q   Is that sometimes abbreviated FEAR?
      14    A   That's right.
      15    Q   Do people pronounce it "fear" within Apple?
      16    A   They pronounce it "FEAR," uh-huh.
      17    Q   Okay.  And you -- are you the leader of that
      18 group?
      19    A   Yes, I am.
```

**10.  PAGE 63:06 TO 63:08  (RUNNING 00:00:10.520)**

```
      06    Q   In performing your role, have you had to
      07 interact with App Review within the App Store?
      08    A   Yes, I do interact with App Review.
```

**11.  PAGE 68:05 TO 68:14  (RUNNING 00:00:34.993)**

```
      05    Q   Okay.  Sorry.  Let's start with iOS first.
      06        How does your team prevent the illicit
      07 distribution of apps on iOS?
      08    A   Sure.  So we run several what we call
      09 crawling systems to identify illicit distribution
      10 activity.
      11    Q   Okay.  What are the systems crawling?
      12    A   The internet.
```

```
        13     Q   And what are they looking for?
        14     A   Distribution outside the App Store.
```

**12.** PAGE 77:11 TO 77:12 (RUNNING 00:00:00.915)

```
        11           (Exhibit 250 was marked for identification
        12           and is attached hereto.)
```

**13.** PAGE 81:18 TO 81:25 (RUNNING 00:00:34.438)

```
        18     Q   Are you aware of developers requesting
        19   five-star ratings?
        20     A   Yes.
        21     Q   Okay.  Is that considered abuse?
        22     A   Well, again, I am not responsible for -- for
        23   defining that exactly, but I refer to
        24   Mr. Shoemaker's message above where he says a
        25   request for five-star witness causes rejection.
```

**14.** PAGE 82:01 TO 82:04 (RUNNING 00:00:10.780)

```
  00082:01     Q   Okay.  So that's something that, in your
        02   understanding, should not have been permitted by App
        03   Review?
        04     A   Correct.
```

**15.** PAGE 82:05 TO 83:03 (RUNNING 00:00:56.576)

```
        05     Q   And after Mr. Shoemaker emails you providing
        06   that information, you write an email starting with
        07   (as read):
        08           "Pedraum, when can we talk about
        09           this?"
        10     A   Uh-huh.
        11     Q   Who was -- was Pedraum that you're addressing
        12   there?
        13     A   Pedraum Pardehpoosh at the time was -- I
        14   don't remember the precise role, but he was on the
        15   business side of App Store and so was someone we
        16   conferred with about what the business rules should
        17   be for the discovery features we were attempting to
        18   protect --
        19     Q   Okay.
        20     A   -- discovery experiences.  Excuse me,
        21   experiences.
        22     Q   Understood.  You write (as read):
        23           "Pedraum, when can we talk about
        24           this?  App Review is bringing a
        25           plastic butter knife to a gun
  00083:01         fight."
        02           Do you see that?
        03     A   I do.
```

**16.** PAGE 89:02 TO 89:05 (RUNNING 00:00:07.746)

```
        02     Q   And, Mr. Friedman, if you could access
        03   Exhibit 251 and take a minute or two to read that,
        04   please, and let me know when you've finished.
        05     A   All right.
```

**17.** PAGE 93:13 TO 93:19 (RUNNING 00:00:22.224)

```
        13     Q   You start "Regarding review processes,"
        14   colon.
        15           Do you see that?
        16     A   Uh-huh.
        17     Q   You're referring to App Review processes,
        18   right?
        19     A   Looking at the final sentence, yes.
```

**18.  PAGE 94:09 TO 94:23  (RUNNING 00:00:32.897)**

```
09    Q    Let me -- let me repeat again (as read):
10         "Please don't ever believe that they
11         accomplish anything that would deter
12         a sophisticated attacker."
13         Do you see that?
14    A    I do.
15    Q    Is that an accurate assessment of App Review
16  by you at the time?
17    A    Well, I think I spoke generally about review
18  processes, but yes, this one is in the context of
19  App Review.
20    Q    Okay.  And you say (as read):
21         "I consider them a wetware rate
22         limiting service and nothing more."
23    A    Uh-huh.
```

**19.  PAGE 95:07 TO 95:11  (RUNNING 00:00:09.070)**

```
07         Do you have an understanding of what wetware
08  is and -- and how you used it there?
09    A    Yeah, uh-huh.
10    Q    Okay.  What is it?
11    A    It's what's up here, the human brain.
```

**20.  PAGE 97:04 TO 97:16  (RUNNING 00:00:20.159)**

```
04    Q    Okay.  You go on to say (as read):
05         "Yes, they sometimes catch things."
06         Do you see that?
07    A    Uh-huh.
08    Q    Implying sometimes they don't catch things;
09  is that -- isn't that right?
10    A    Yeah, I think that's correct.
11    Q    Okay.  (As read):
12         "But you should regard them as
13         little more than the equivalent of
14         the TSA at the airport."
15         Do you see that?
16    A    I do.
```

**21.  PAGE 97:20 TO 97:25  (RUNNING 00:00:16.493)**

```
20         Is it fair to say you didn't have a very high
21  opinion of what the TSA at the airport could
22  accomplish?
23    A    I -- yeah, I think it's been proven that the
24  TSA at the airport is not able to deflect any --
25  deflect sophisticated attackers.
```

**22.  PAGE 98:01 TO 98:09  (RUNNING 00:00:14.307)**

```
00098:01    Q    Okay.  You say --
     02    A    And they are under pressure to move people
     03  through.
     04    Q    Understood, understood.  Much like App
     05  Review, right?
     06    A    (No audible response.)
     07    Q    Is that a yes?  You --
     08    A    Oh, I'm sorry.  I'm nodding.  Yes, much like
     09  App Review, yes.
```

**23.  PAGE 99:02 TO 99:24  (RUNNING 00:01:29.525)**

```
02    Q    Okay.  And I -- I asked you -- when I was
03  asking questions, I said we could focus first on
04  January 2016, but I would be interested to know how
05  things have changed since January 2016.
06         Could you describe that for me, please.
```

```
07     A   Well, as I mentioned, there have been a lot
08  of investments in tooling and systems and automation
09  to help them.  So, you know, the -- fundamentally,
10  the App Review is governing its activity according
11  to a set of guidelines and in transparency about
12  those guidelines, and they do catch a lot of abuse.
13  And their ability to catch abuse has been augmented
14  by -- by these investments.
15         And there have been innovations like the one
16  that I described -- App Attest and Device Check.
17  Perhaps those are the ones I'm thinking about right
18  now -- that exist in this instance to defend a
19  legitimate developer against someone who is -- is
20  abusing a customer -- deceiving the customer.
21     Q   Okay.
22     A   So it's a multi -- you know, a lot has
23  changed since -- in the last five years, and six
24  days.
```

**24. PAGE 100:07 TO 100:10  (RUNNING 00:00:09.539)**

```
07     Q   And, Mr. Friedman, if you could open what
08  we've marked as Exhibit 252, take a couple minutes
09  to read it, and then let me know when you've
10  finished.
```

**25. PAGE 100:11 TO 100:15  (RUNNING 00:00:13.893)**

```
11     A   Okay, Mr. Byars.
12     Q   Okay.  Who is the person you are exchanging
13  emails with in this chain?
14     A   Herve Sibert is on my team, and he runs the
15  FIRE team of which you asked earlier.
```

**26. PAGE 105:16 TO 105:25  (RUNNING 00:00:34.130)**

```
16     Q   Okay.  Is Mr. Sibert -- is he referring to an
17  app that appears to be a calculator when launched
18  but is actually -- performs some other function?
19     A   Well, I don't -- you know, the -- there's
20  what's said, and then there's what -- the referent
21  of what's said is.  And so I don't -- you know,
22  you'd have to ask Mr. Sibert what the referent was.
23  But since I don't recall it, I'm not -- I'm not able
24  to offer you an opinion about what that specific app
25  was or did.
```

**27. PAGE 106:01 TO 106:15  (RUNNING 00:00:46.148)**

```
00106:01     Q   Okay.  Sitting -- sitting here now, reading
02  this email, what do you understand him to be saying?
03         What kind of app is he describing?
04     A   Okay.  That's a question I can answer.  So --
05     Q   Okay.
06     A   -- as I understand this, what he's describing
07  is a pattern where an app is submitted to App Review
08  and its behavior changes after it has gone through
09  App Review and is being distributed.  And he is
10  specifically suggesting that such an app might be
11  one that you would not expect to draw a lot of
12  attention, a calculator.  You know, people have
13  calculators have -- on their phones already.  And
14  yet, the app draws tremendous attention, hence,
15  loads of downloads.
```

**28. PAGE 111:02 TO 111:12  (RUNNING 00:00:21.862)**

```
02     Q   Okay.  Thank you.  And just to finish this --
03  this email that we were just reading, you write or
04  wrote (as read):
```

```
05          "They are more like the pretty lady
06          who greets you with a lei at the
07          Hawaiian airport than the drug
08          sniffing dog who, well, never mind. ;)"
09          Do you see that?
10   A   I do.
11   Q   And by that, you mean App Review, right?
12   A   In this context, yes.
```

**29. PAGE 111:13 TO 111:24 (RUNNING 00:00:42.315)**

```
13      Q   Okay.  Is this consistent with your opinion
14 at the time that App Review was primarily designed
15 to welcome developers and their apps rather than to
16 keep harmful material out?
17      A   They are absolutely enforcing the guidelines
18 of the store to the best of their ability, and the
19 guidelines of the store prohibit the publication of
20 harmful material.  So they're absolutely concerned
21 with that and with investments from, you know, the
22 broad range of talent and expertise.  Around Apple,
23 they have gotten better, and they continue to get
24 better in fulfilling that function.
```

**30. PAGE 112:05 TO 112:09 (RUNNING 00:00:14.610)**

```
05      Q   -- which is, just looking at this sentence,
06 was this consistent with the opinion you held at the
07 time that App Review was more about welcoming
08 developers and their apps into the App Store than
09 about keeping out harmful material?
```

**31. PAGE 112:14 TO 112:16 (RUNNING 00:00:05.756)**

```
14          THE WITNESS:  Mr. Byars, there's a premise in
15 your statement that those two things are mutually
16 exclusive.  And they are not.
```

**32. PAGE 113:08 TO 114:19 (RUNNING 00:01:48.720)**

```
08      Q   Okay.  Well, if -- if App Review is enforcing
09 guidelines, is that more like a pretty lady who
10 greets you with a lei at the Hawaiian airport, or is
11 that more like a drug sniffing dog?
12      A   I think that that statement was glib and
13 unfair and not sufficiently nuanced to describe all
14 the functions that they perform.
15      Q   Okay.  So you've changed your opinion since
16 this email about -- about App Review?
17      A   Yes.
18      Q   Okay.
19      A   Certainly -- well, let me say this another
20 way.  Certainly that -- that analogy is not what I
21 consider to be the case about App Review.
22      Q   Sitting here today, this analogy you -- you
23 believe is no longer accurate, whether or not you
24 believed it was accurate at the time; is that
25 your --
00114:01   A   Correct.
02      Q   -- testimony?
03      A   That's correct.
04      Q   Okay.  When did you change your opinion?
05      A   I can't point you to a specific date but, you
06 know, as I've discussed more the investments that
07 have been made in supporting App Review, I think
08 that, you know, it's been a -- a journey for me and
09 reflects investments from Apple that, you know,
10 we've been able to participate in and support.
11      Q   And those investments have been made after
```

```
12  this email and after this chain of emails, which
13  means it would be in the last couple years, right?
14     A    Well, there are investments along the way at
15  every point.  So I don't know -- again, as I -- as I
16  said, it was a journey for me.  So at this time, I
17  may not have had full understanding of everything
18  that they're doing.  Even as of today, I don't have
19  full understanding of everything that they're doing.
```

**33.  PAGE 115:05 TO 115:06  (RUNNING 00:00:05.950)**

```
05     Q    Mr. Friedman, I'm going to ask you to take a
06  look at what we've now marked as Exhibit 253.
```

**34.  PAGE 115:15 TO 115:18  (RUNNING 00:00:22.994)**

```
15     Q    Okay.  Do you recall the purpose of creating
16  this attached document?
17     A    It appears to be to enable informed
18  decision-making on an identified abuse.
```

**35.  PAGE 115:23 TO 116:12  (RUNNING 00:00:58.148)**

```
23         Q    Okay.  Great.  Do you recall what that abuse
24  was?
25     A    Yeah.  So there was a problem at the time --
00116:01  I guess the time frame is not one I have a lot of
02  precision about -- where there were ads showing up
03  in the store that were promoting virus detection
04  software on the iPhone, which is nonsensical.
05  There's no such -- you know, there's no need for
06  that.  There's no such thing as that.
07         And so I recall being asked about this by the
08  head of SEAR and -- and so, you know, we took a look
09  at that and, apparently, drafted some -- some
10  proposed mitigations so that an informed decision
11  can be made about that kind of deceptive user
12  visible information.
```

**36.  PAGE 118:06 TO 119:09  (RUNNING 00:01:38.277)**

```
06         So I need to revise my earlier remarks.
07     Q    Okay.
08     A    So earlier, I spoke about the -- about the
09  virus -- a virus scanner issue, but the median
10  article actually covers a number of other abuses
11  that were -- that are described here.
12         And as I recall the specific -- I mean, the
13  virus is certainly covered in here, but the specific
14  thing that was associated with that was the -- on --
15  where did you say the pages are numbered?
16     Q    At the bottom.  You can use --
17     A    Oh, I see.
18     Q    -- what we call a Bates number.
19     A    Is that in the lower right-hand corner?
20     Q    That's right.
21     A    Okay.  So if I look at the page ending in
22  7762 --
23     Q    Uh-huh.
24     A    -- there's an "Article highlights."
25     Q    Uh-huh.
00119:01     A    So the thing that was specifically behind the
02  $80,000 business was in the second-from-right column
03  where you see the "Touch ID High value in-app
04  purchase."
05         So that -- that aspect caught attention, and
06  then these other items emerged, so...
07     Q    So that developer was offering a subscription
08  to something for 99.99, right?
```

```
        09    A   Every seven days.
```

**37.** PAGE 120:02 TO 120:03  (RUNNING 00:00:04.649)

```
        02    Q   And if I could please direct your attention
        03  to the page ending in 763.
```

**38.** PAGE 120:11 TO 120:14  (RUNNING 00:00:09.056)

```
        11    Q   Okay.  So -- and -- and is this your -- in
        12  your understanding, is this sort of a summary of
        13  what happened with this app that this presentation
        14  is discussing?
```

**39.** PAGE 120:15 TO 120:21  (RUNNING 00:00:27.603)

```
        15    A   I don't know if this is what this specific
        16  app did.
        17    Q   Okay.  What is the timeline laid out here if
        18  not about a specific app?
        19    A   It may be an overlay of the things that one
        20  could do to achieve this kind of abuse without
        21  necessarily having to do all of them.
```

**40.** PAGE 120:22 TO 121:23  (RUNNING 00:00:48.907)

```
        22    Q   Okay.  So, for example, number 1 says (as
        23  read):
        24        "Developer submits app with
        25        prohibited terms, rejected twice."
00121:01        Do you see that?
        02    A   Uh-huh.
        03    Q   Are you aware of apps having been submitted
        04  more than once for App Review and having been
        05  rejected repeatedly?
        06    A   Yes.
        07    Q   Okay.  Then it says (as read):
        08        "Developer removes" -- I'm looking
        09        at number 2 now.
        10        (As read):
        11        "Developer removes problem terms,
        12        passes review but with problematic
        13        content."
        14        Are you aware of examples of a developer
        15  resubmitting a previously rejected app including
        16  remaining problematic content?  Are you aware of
        17  that happening before?
        18    A   Yes.
        19    Q   And there have been circumstances under which
        20  the app has, in fact, passed review after having
        21  been previously rejected for having problematic
        22  content?
        23    A   Yes.
```

**41.** PAGE 121:24 TO 122:06  (RUNNING 00:00:13.714)

```
        24    Q   Okay.  Is that a big problem in your view?
        25    A   I don't have any metrics about that.
00122:01    Q   I'm sorry.  You cut -- you cut out very
        02  briefly.
        03    A   Oh.
        04    Q   If you wouldn't mind repeating the answer.
        05    A   Sure.  I don't have any metrics about that
        06  with which to tell you whether it's a big problem.
```

**42.** PAGE 122:21 TO 123:23  (RUNNING 00:01:03.522)

```
        21        Number 4 says (as read):
        22        "Users gulled into subscribing with
        23        aggressive call to action."
```

```
          24         Do you see that?
          25    A    Uh-huh.
00123:01    Q    That's what we were just referring to.  I
          02  think you said -- I'm sorry.  Remind me of the term
          03  you used.
          04    A    Misleading subscriptions or misleading subs.
          05    Q    Okay.  That's -- that's referring to -- to
          06  that number 4, right?
          07    A    Yes.
          08    Q    Okay.  And then it says, number 5 (as read):
          09         "Conversion rate sufficient to enter
          10         Top Grossing chart."
          11         Do you see that?
          12    A    I do.
          13    Q    What does this mean by conversion rate?
          14    A    So from discovery to -- through to purchase.
          15    Q    So this refers to the rate of people who
          16  actually subscribed to that subscription?
          17    A    Download and subscribe.
          18    Q    Okay.  And then number 5 is saying the rate
          19  was so high, this app was one of the top grossing
          20  apps in the store, right?
          21    A    The terminology in there is a little -- is a
          22  little confusing, but the app generated enough
          23  revenue that it became top grossing.
```

**43. PAGE 123:24 TO 124:16 (RUNNING 00:00:48.460)**

```
          24    Q    Okay.  It made so much money that it was one
          25  of the top grossing apps in the store, right?
00124:01    A    So as I said earlier, I don't know if this
          02  is -- is true of that specific app, whether it
          03  actually showed up in top grossing or not.  But as
          04  the article says, it's $80,000 in some -- some time
          05  period.  It definitely made, you know, significant
          06  revenue.  I can't tell you --
          07    Q    Okay.
          08    A    Oh, yeah, it was position X in the top
          09  grossing chart.  I -- I don't have that information.
          10    Q    Are you aware of there being -- putting this
          11  one -- this example aside, other fraudulent subs
          12  that generated a lot of money?
          13    A    Define a lot of.
          14    Q    Well, significant amounts.
          15    A    You and I may have different opinions about
          16  what a significant amount is.
```

**44. PAGE 134:25 TO 135:01 (RUNNING 00:00:03.595)**

```
          25         MR. BYARS:  Thank you.  And for the record,
00135:01  this is marked as Exhibit 254.
```

**45. PAGE 136:02 TO 136:18 (RUNNING 00:00:36.097)**

```
          02    Q    Okay.  Let's look at the email that's next
          03  up, the -- the most immediate email, that starts
          04  with --
          05    A    8:44 a.m.?
          06    Q    That's right.
          07    A    Okay.
          08    Q    So you say (as read):
          09         "Yes, the ability to pay for
          10         promotion would be awesome."
          11         So are you referring there to developers
          12  paying Apple for promotion within the App Store?
          13    A    Yes.
          14    Q    You say (as read):
          15         "We've floated it several times as
```

```
        16          the way to end chart gaming."
        17          Do you see that?
        18     A    Uh-huh.
```

**46.** **PAGE 136:19 TO 137:07   (RUNNING 00:00:34.410)**

```
        19     Q    To whom had you floated this proposal several
        20 times?
        21     A    I definitely don't remember that.
        22     Q    Okay.  You don't recall ever floating
        23 developer's ability to pay for promotion in the App
        24 Store?
        25     A    That's not what I said.  I don't remember to
  00137:01 whom or --
        02     Q    Okay.  Do you --
        03     A    -- if I floated it.
        04     Q    Okay.  But do you remember floating that
        05 proposal?
        06     A    Well, clearly, I said that -- that we've done
        07 it, but I don't remember doing it.
```

**47.** **PAGE 137:11 TO 137:17   (RUNNING 00:00:21.312)**

```
        11          Chart gaming, what does that mean?
        12     A    Manipulation of inputs to the charting level
        13 for them to appear more popular.
        14     Q    Okay.  And that was that kind of abuse that
        15 you said that your team was tasked with identifying
        16 and -- and preventing, right?
        17     A    That's right.
```

**48.** **PAGE 138:18 TO 138:24   (RUNNING 00:00:07.935)**

```
        18     Q    Okay.  You say (as read):
        19          "If people are willing to pay
        20          'marketing companies' (bot nets) to
        21          gain position, why don't we just let
        22          them pay us to gain position?"
        23          Do you see that?
        24     A    Uh-huh.
```

**49.** **PAGE 138:25 TO 139:09   (RUNNING 00:00:34.460)**

```
        25     Q    So are you proposing that instead of
  00139:01 developers paying bot nets to engage in chart abuse,
        02 they instead just give that money to Apple to gain
        03 position on the charts?
        04     A    No.  I'm suggesting that we make a -- a
        05 clearer distinction between incentivized placement
        06 and -- and organic placement, which, you know,
        07 there's a fairly common -- fairly commonly
        08 distinction made in search.  If you've used major
        09 search engines, I'm sure you're aware of them.
```

**50.** **PAGE 140:01 TO 140:11   (RUNNING 00:00:38.304)**

```
  00140:01     Q    Okay.  At this time, users of the App Store
        02 couldn't rely on organic placement to determine
        03 which apps were popular, right?
        04     A    That's a very sweeping statement.  I -- I
        05 don't think I can answer yes or no to that.  I think
        06 that in some context where we had a -- where we
        07 missed a signal, where we were behind on adaptation,
        08 then -- then there might have been -- there -- there
        09 can be periods of unreliability, but, you know, it's
        10 something that we actively fought and continue to
        11 fight.
```

**51. PAGE 140:15 TO 141:10 (RUNNING 00:01:08.011)**

```
    15        Were you at a period of unreliability around
    16  the time of this email?
    17     A   I don't think I used the word
    18  "unreliability."
    19     Q   You said there can be periods of
    20  unreliability.
    21        Were you in such a period at this time?
    22     A   I don't -- I wouldn't describe it as a period
    23  so much as, you know, particular attacks.  A new
    24  attack vector or an adaptation comes up, and then
    25  we -- we adjust that.  But, you know, it's a fast
00141:01  ecosystem, so it's not that the entire thing becomes
    02  tainted all at once.  You know, there might be an
    03  outbreak in a particular area --
    04     Q   Okay.  So --
    05     A   -- but in this conversation -- in this
    06  conversation, we're dialoguing about news from --
    07  from something in Google Play, which is not the same
    08  thing as -- which doesn't tell me that there was a
    09  moment right then where the chart problem was -- was
    10  flaring up anymore.
```

**52. PAGE 141:12 TO 142:03 (RUNNING 00:00:33.438)**

```
    12        The third paragraph of the email on the
    13  bottom of the page starts (as read):
    14        "I've actually" --
    15     A   On the penultimate page?  Oh, yeah, "I've
    16  actually."  Okay.
    17     Q   On the first page (as read):
    18        "I've actually managed to convince
    19         myself that our App Store charts
    20         aren't really a discovery tool at
    21         all.  Yes, they do drive some
    22         conversions, but that is (I suspect
    23         and haven't verified) mostly the
    24         bots and/or humans responding to
    25         incentivize" -- sorry, "incentives
00142:01        from promotional companies."
    02        Do you see that?
    03     A   Uh-huh.
```

**53. PAGE 142:04 TO 142:10 (RUNNING 00:00:28.040)**

```
    04     Q   So was it your view that the charts in App
    05  Store were not performing a discovery function
    06  around the time of this email?
    07     A   So my remarks here are actually not about
    08  whether there was a flog problem or not.  It's about
    09  whether in an app economy, a popularity chart is --
    10  is a really great way to discover content.
```

**54. PAGE 143:11 TO 144:22 (RUNNING 00:01:44.380)**

```
    11     Q   Okay.  So your testimony is that you did not
    12  think there was a problem of bots and/or humans
    13  responding to incentives that were influencing the
    14  app charts?
    15     A   That is not what I said.
    16     Q   Okay.
    17     A   You asked me --
    18     Q   Now what --
    19     A   You asked me to explain why I thought app
    20  charts aren't a -- aren't really a discovery tool at
    21  all.  And as I explained in the third and fourth
    22  sentence, I go on to say that a chart -- and this is
    23  independent of -- of whether there's fraud or not
```

```
        24   that puts YouTube and Flight Pilot Simulator 3D in
        25   the same list isn't useful to a human shopper.
00144:01     Sure, you might buy both, but that decision won't be
        02   motivated by their popularity relative to one
        03   another.
        04        So if I'm going in and I'm looking at a chart
        05   and it shows me YouTube and, oh, yeah cool, I can --
        06   I can, you know, watch videos, I'm not going to look
        07   at the fact that it's above or below a flight
        08   simulator in making my decision on whether to pick
        09   YouTube.  I want YouTube.
        10        So unlike a search where I'm interested in a
        11   category and I go in and I say, oh, I'm interested
        12   in photo editing apps and the -- and the recall of
        13   the algorithm comes back with all -- all of the
        14   photo editing apps.  And then I might be -- I might
        15   be influenced by what's more popular than another.
        16        But a chart which is primarily based off of
        17   purchases, sales activity makes a lot more sense in
        18   music where people are interested in what's the hot
        19   song of the summer.  But in my opinion, it doesn't
        20   make sense -- my opinion at the time, certainly, it
        21   doesn't make sense where people are being driven by
        22   function.
```

**55.  PAGE 144:24 TO 145:11  (RUNNING 00:00:16.557)**

```
        24        I want to go to the -- the top email on the
        25   page.
00145:01     A   Okay.
        02   Q   It -- it starts (as read):
        03       "The devs would love it."
        04   A   Uh-huh.
        05   Q   (As read):
        06       "The problem is Tim" -- "the problem
        07       is that Tim is telling the world
        08       that we make great products without
        09       monetizing users."
        10       Who is the Tim there?
        11   A   Tim Cook.
```

**56.  PAGE 145:12 TO 147:01  (RUNNING 00:02:01.282)**

```
        12   Q   Okay.  So in -- in your recollection, he had
        13   been conveying that message to people?
        14   A   I don't think he would use those words.  I
        15   don't think I recall him using those words.  That's
        16   my -- that's, apparently, how I summarized it.
        17   Q   Okay.  Fair enough.
        18   A   So --
        19   Q   Yep.  Then you say (as read):
        20       "Ads would be weirdly at odds with
        21       that."
        22       Why would ads be weirdly at odds with that?
        23   A   Well, I think we need to unpack what "that"
        24   is.
        25   Q   Are you -- are you not referring to the
00146:01     message that Mr. Cook was telling the world when you
        02   said (as read):
        03       "Ads would be weirdly at odds with
        04       that"?
        05   A   Well, again, this is -- this was my -- my
        06   opinion at the time, but as I read this, we -- you
        07   know, Apple absolutely and unequivocally has taken
        08   the stance that -- that we are -- you know, that we
        09   do not generate revenue off of -- off of our users.
        10       Our users are not the product, right?  The
        11   devices and software that we make is the product.
```

```
     12   And so -- hmmm, I'm thinking about this.
     13        I don't think I would -- I would view this in
     14   the same way today as the statement looks -- looks
     15   now, because if I look at this today, the question
     16   is, to me, does ad platforms enable developers and
     17   users to find one another?
     18        And I think that it does, because there's
     19   transparency that this appears to be relevant to
     20   what you're seeking and was paid for.  So it's
     21   transparent that -- that it was done in exchange
     22   for -- for compensation.  So, in other words, I
     23   would --
     24   Q    Okay.
     25   A    Not write this.  I -- I consider what I wrote
00147:01   here to be incorrect.
```

**57.  PAGE 148:01 TO 148:11  (RUNNING 00:00:26.216)**

```
00148:01   Q    I want to talk about a concept and see if you
     02   understand what I'm saying, black market app stores.
     03   A    Uh-huh.
     04   Q    Is that a concept you're familiar with?
     05   A    It is.
     06   Q    Okay.  What are those?  Could you describe
     07   them.
     08   A    Yeah, it's a -- a center for illicit
     09   distribution.  We have several different names that
     10   we use for them, but it's a vehicle for achieving
     11   illicit distribution.
```

**58.  PAGE 148:12 TO 148:23  (RUNNING 00:00:56.470)**

```
     12   Q    Okay.  And how are you aware of these black
     13   market app stores?
     14   A    How am I aware of them?  Well, we see them in
     15   our -- in our program to curtail illicit
     16   distribution.  They, at various times, have been --
     17   well, they're -- they're readily visible on the
     18   internet when -- when our crawlers find them.
     19        Some of them have very public profiles.
     20   In -- in China, for example, I've heard about them
     21   in the news.  Some of them have -- I lost my train
     22   of thought -- yeah, anyway, let's stop there.
     23   They're -- you know, they're not hiding.
```

**59.  PAGE 148:24 TO 149:15  (RUNNING 00:01:05.829)**

```
     24   Q    Okay.  Fair enough.  Do you know why a user
     25   might choose to use a black market app store rather
00149:01   than the legitimate Apple App Store?
     02   A    Sure, to obtain illicit -- illicit content.
     03   Q    Is that the only reason somebody might use a
     04   black market app store?
     05   A    Well, I can tell you that at least one of
     06   the -- oh, yeah, sorry.  Another reason would be
     07   historically -- not really the case anymore -- that
     08   in China, when we first started looking at this
     09   problem, the black market app stores had a couple of
     10   things going wrong.
     11        One had to do with performance that appeared
     12   to be advantageous, and the other had to do with
     13   that they had better -- better penetration of -- of
     14   payment instruments that were popular with Chinese
     15   customers at that time.
```

**60.  PAGE 155:05 TO 155:06  (RUNNING 00:00:02.560)**

```
     05        MR. BYARS:  And for the record, this is
     06   Exhibit 255.
```

**61.** PAGE 155:25 TO 156:09 (RUNNING 00:00:16.918)

```
        25      Q   So you -- you write in your first email (as
00156:01  read):
        02          "Hi Ben, I'm kicking up a lot of
        03          dust over here about the black
        04          market app stores, having plotted
        05          the amount of usage data for them
        06          versus the usage of the real app
        07          store.  It's not a pretty picture."
        08          Do you see that?
        09      A   I do see that.
```

**62.** PAGE 157:04 TO 158:08 (RUNNING 00:00:45.930)

```
        04      Q   And the -- the penultimate paragraph, not the
        05  little tiny short paragraph but the one before that,
        06  it says, "I took" --
        07      A   "I took four days," uh-huh.
        08      Q   Yes, that's right.
        09      A   Yep.
        10      Q   (As read):
        11          "I took four days of data and
        12          measured the difference between the
        13          real AppStore and 'some' of the
        14          confirmed pirate app stores."
        15      A   Uh-huh.
        16      Q   And then there's a list in parenthesis.
        17          Are those some of the -- what I was calling
        18  black market app stores?
        19      A   That's right.
        20      Q   Okay.  (As read):
        21          "At this point, in China," you
        22          write, "it appears that the Black
        23          Market is the market."
        24      A   Uh-huh.
        25      Q   (As read):
00158:01          "The legit business is a rounding
        02          error."
        03          Do you see that?
        04      A   Uh-huh.
        05      Q   Rounding error, of course, means that it was
        06  a very small amount, right?
        07      A   Yeah.  Probably hyperbole in this context,
        08  but I don't have the data in front of me, so...
```

<u>Friedman, Eric (Vol. 02) - February 2, 2021</u>                    1 CLIP  (RUNNING 00:02:00.417)

---

4 SEGMENTS  (RUNNING 00:02:00.417)

---

**1.** PAGE 346:19 TO 346:24  (RUNNING 00:00:14.142)

```
19      Q   Okay.  Exhibit 276 is a chat between you and
20  Herve Sibert, correct?
21      A   Yes.
22      Q   And it was a chat on February 14th, 2020,
23  correct?
24      A   Yes.
```

**2.** PAGE 347:06 TO 347:11  (RUNNING 00:00:11.686)

```
06      Q   You state (as read):
07          "Which is why we," meaning Apple,
08          "are the greatest platform for
09          distributing child porn, et cetera,"
10          correct?
11      A   I see that statement.
```

**3.** PAGE 347:15 TO 348:07  (RUNNING 00:00:43.043)

```
15      Q   Okay.  Herve responds at 15:25 (as read):
16          "Really?  I mean, there's a lot of
17          this in our ecosystem?  I thought
18          there were even more opportunities
19          for bad actors on other filing" --
20          "file sharing systems," right?
21      A   Yes.
22      Q   And you respond (as read):
23          "Yes," correct?
24      A   Yes.
25      Q   And then you're continuing on the next page
00348:01  within Exhibit 276, the Bates at -- 15:25 GMT (as
02  read):
03          "But -- and here's the key -- we
04          have chosen not to know in enough
05          places where we really cannot say."
06          correct?
07      A   Yes.
```

**4.** PAGE 348:15 TO 349:14  (RUNNING 00:00:51.546)

```
15          "The NY Times published a bar graph
16          showing how companies are doing in
17          this area.  We are on it, but I
18          think it's an underreport," correct?
19      A   Yes.
20      Q   You wrote at 15:27 (as read):
21          "Also, we KNOW that developers on
22          our platform are running social
23          media integrations that are
24          inherently unsafe.  We can do things
25          in our ecosystem to help that.  For
00349:01  example 'ask to chat' is a feature
02          we could require developers to adopt
03          and use for U13 accounts."
04          Do you see that?
05      A   Yes.
06      Q   Herve responded (as read):
07          "There are also lots of rapidly
```

```
08          changing trends in public focus,"
09          correct?
10     A    Yes.
11     Q    And you responded (as read):
12          "Let the parents make a decision,"
13          correct?
14     A    Yes.
```

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Ron Okamoto (Vol. 1 & 2)**
**(December 16, 2020)**
**(December 17, 2020)**

**Time**

| Epic Games, Inc.'s Designations (Blue Highlight) | Apple Inc.'s Designations (Yellow Highlight) |
|---|---|
| 11 minutes 19 seconds | N/A |

**Okamoto, Ron (Vol. 01) - December 16, 2020**                    1 CLIP  (RUNNING 00:00:28.367)

---

**4 SEGMENTS  (RUNNING 00:00:28.367)**

**1.** PAGE 16:05 TO 16:07  (RUNNING 00:00:06.374)

```
05          Would you please state just for the record
06  your name and address?
07      A.   Ron Okamoto.
```

**2.** PAGE 44:12 TO 44:15  (RUNNING 00:00:13.648)

```
12      Q.   Okay.  So from 2001 to date, your title
13  would be vice-president developer relations, correct?
14      A.   I believe the formal title is vice president
15  worldwide developer relations.
```

**3.** PAGE 64:03 TO 64:05  (RUNNING 00:00:06.812)

```
03      Q.   And is it correct that the app reviewers
04  typically review in each review, 15 to 100 apps per
05  day?
```

**4.** PAGE 64:07 TO 64:07  (RUNNING 00:00:01.533)

```
07          THE WITNESS:  In general, yes.
```

**Okamoto, Ron (Vol. 02) - December 17, 2020**                    1 CLIP  (RUNNING 00:10:57.740)

---

**34 SEGMENTS  (RUNNING 00:10:57.740)**

---

**1.** PAGE 273:15 TO 273:18  (RUNNING 00:00:11.834)

```
15      Q.   Okay.  And Apple doesn't think its unsafe to
16  use a Mac, does it?
17      A.   No.  We don't think it's unsafe to use a
18  Mac.
```

**2.** PAGE 274:02 TO 274:04  (RUNNING 00:00:08.139)

```
02      Q.   Okay.  So it's fair to say that using a Mac
03  is not insecure, right?
04      A.   Yes, I believe so.
```

**3.** PAGE 277:19 TO 277:22  (RUNNING 00:00:13.416)

```
19          Have you ever heard of a developer
20  withdrawing their app from the App Store because they
21  can create a web app?
22      A.   No, I can't name anything in specific.
```

**4.** PAGE 279:07 TO 279:09  (RUNNING 00:00:13.918)

```
07      Q.   Have you ever heard anybody at Apple say
08  that the macOS is a less secure platform than iOS?
09      A.   No, I haven't.
```

**5.** PAGE 289:19 TO 289:21  (RUNNING 00:00:07.908)

```
19      Q.   So I'd like actually to mark an exhibit
20  which I believe will be 41.  I'll tell you when I've
21  done so.
```

**6.** PAGE 291:12 TO 291:14  (RUNNING 00:00:07.149)

```
12      Q.   Okay.  Do you have any reason to doubt that
13  you received this e-mail?
14      A.   No, I do not.
```

**7.** PAGE 291:15 TO 291:19  (RUNNING 00:00:11.498)

```
15      Q.   Okay.  You see the first paragraph of this
16  e-mail says (as read):
17          Attached is a study we conducted
18          on App Store developers?
19      A.   Yes.
```

**8.** PAGE 295:01 TO 295:06  (RUNNING 00:00:13.352)

```
00295:01          Developers were randomly selected
02          from the App Store Analytics team's
03          database and invited to participate
04          in a 15-minute web survey.
05          Do you see that?
06      A.   Yes.
```

**9.** PAGE 305:21 TO 305:22  (RUNNING 00:00:07.759)

```
21      Q.   If you would please navigate with me to page
22  Bates ending in -- sorry, Bates ending in 55.
```

**10.**  **PAGE 306:12 TO 306:23  (RUNNING 00:00:24.163)**

```
        12      Q.   And do you see the bottom left there's a
        13   small gray text that says (as read):
        14              Base:  Develops apps for
        15           non-Apple OS and platforms?
        16           Do you see that?
        17      A.   Yes.
        18      Q.   And the question is (as read):
        19            What other operating systems and
        20           platforms does your company develop
        21           apps for?
        22           Do you see that?
        23      A.   Yes, I do.
```

**11.**  **PAGE 307:21 TO 308:02  (RUNNING 00:00:28.903)**

```
        21             And in the U.S. column it says:  86 percent.
        22   Is it consistent with your understanding that a lot
        23   of iOS developers also program apps for Android?
        24      A.   I would say it's consistent with my
        25   understanding that many do.
  00308:01      Q.   Okay.  And why do many developers program
        02   for both iOS and Android?
```

**12.**  **PAGE 308:04 TO 308:21  (RUNNING 00:00:54.997)**

```
        04             THE WITNESS:  Because by being on both iOS
        05   and Android a developer can get to the broadest
        06   customer set possible.
        07   BY MR. BYARS:
        08      Q.   And when you say "customer set," are you
        09   referring to the users of devices running those
        10   operating systems?
        11      A.   Yes.
        12      Q.   If you would look at the row near the
        13   bottom, it says:  Game consoles.
        14           Do you see that?
        15      A.   Yes.
        16      Q.   And it says:  3 percent.  Do you see that
        17   under the U.S. column?
        18      A.   Yes.
        19      Q.   Is it consistent with your understanding to
        20   say that most Apple developers do not program for
        21   game consoles?
```

**13.**  **PAGE 308:23 TO 308:24  (RUNNING 00:00:04.744)**

```
        23             THE WITNESS:  In my dealings with developers
        24   I've run across very few that do.
```

**14.**  **PAGE 309:15 TO 310:03  (RUNNING 00:00:43.148)**

```
        15      Q.   So, Mr. Okamoto, I'd like you to navigate to
        16   Exhibit 42, which I've marked.  It's a document, the
        17   Bates stamp on the first page is -- ends in 320915.
        18           Let me know when you have that exhibit
        19   pulled up.
        20      A.   Yes, I have it.
        21      Q.   AND there's an e-mail starting in the middle
        22   of the page, says (as read):
        23            Eshwar Vangala wrote.
        24           Do you see that?
        25      A.   Yes.
  00310:01      Q.   Mr. Vangala is one of the direct reports
        02   that we were talking about earlier, right?
        03      A.   That's correct.
```

117

**15. PAGE 311:23 TO 312:09  (RUNNING 00:00:32.112)**

```
      23    Q.   And he says (as read):
      24             Many developers claim to "test
      25         market" on Android as they feel they
00312:01         can build a buzz for their app on
      02         Android and then monetize on iOS.
      03         Do you see that?
      04    A.   Yes, I do.
      05    Q.   Have you heard developers indicate that they
      06  would publish on Android first before publishing on
      07  iOS?
      08    A.   There's been occasions where developers have
      09  mentioned that to me.
```

**16. PAGE 312:16 TO 312:18  (RUNNING 00:00:05.355)**

```
      16    Q.   Why would they choose to prototype on
      17  Android rather than another operating system such as
      18  iOS?
```

**17. PAGE 312:20 TO 312:25  (RUNNING 00:00:19.888)**

```
      20             THE WITNESS:  It depended on the developer.
      21  I think in some cases, you know, they had said that
      22  it was easier and quicker for them to do it.  And
      23  other cases they wanted to try things out on the
      24  Android platform with respect to the technology and
      25  then see if that works and then put it into iOS.
```

**18. PAGE 320:04 TO 320:10  (RUNNING 00:00:22.552)**

```
      04             Let's look at the next to last bullet.  The
      05  penultimate bullet, it says (as read):
      06             iOS consistently is the
      07         monetization platform of choice.
      08         Have you heard from developers that iOS is
      09  the monetization platform of choice?
      10    A.   Yes, I have.
```

**19. PAGE 320:14 TO 320:22  (RUNNING 00:00:28.508)**

```
      14    Q.   Did they explain why they viewed iOS that
      15  way?
      16    A.   Yes, they did.
      17    Q.   What did they explain?
      18    A.   They explained when they took a look at a
      19  title, the similar title that was on Android and that
      20  was on iOS in general, users spent more money on the
      21  iOS application than they did on the Android
      22  application.
```

**20. PAGE 324:04 TO 324:13  (RUNNING 00:00:45.186)**

```
      04    Q.   Has Apple ever wanted Epic to create
      05  products for the iOS platform?
      06    A.   Yes.
      07    Q.   Why did Apple want Epic Games to do that?
      08    A.   Because when the iOS platform first came
      09  out, one of the things that we highlighted was what a
      10  great gaming device the iPhone with iOS was.  Epic is
      11  a very well-known developer that had some very strong
      12  titles on it and we thought it would be great if they
      13  would offer them on the iOS platform.
```

**21. PAGE 324:20 TO 325:01  (RUNNING 00:00:23.884)**

```
      20    Q.   And is that because doing so would attract
      21  users to the iOS platform?
      22    A.   Yes.  If the popular games they're playing
      23  from developers and titles that they love were on
```

```
        24  iOS, we think it would be attractive for our users.
        25      Q.   And if you made it attractive for users, you
  00325:01  would sell more iOS devices, right?
```

**22.  PAGE 325:03 TO 325:06  (RUNNING 00:00:08.807)**

```
        03          THE WITNESS:  If we made it attractive to
        04  users, we would definitely make the platform more
        05  attractive to everybody, and therefore, hope that
        06  they would come to it.
```

**23.  PAGE 325:08 TO 325:10  (RUNNING 00:00:06.326)**

```
        08      Q.   By "come to it," you mean buy devices, buy
        09  iOS devices?
        10      A.   Yes.
```

**24.  PAGE 349:02 TO 349:03  (RUNNING 00:00:03.712)**

```
        02      Q.   Okay.  So I'm looking at Exhibit 46.  Can
        03  you pull that up for me.
```

**25.  PAGE 349:08 TO 349:10  (RUNNING 00:00:13.088)**

```
        08      Q.   Is this an e-mail chain between you and
        09  Phillip Schiller and Eddie Cue?
        10      A.   Yes.
```

**26.  PAGE 349:14 TO 349:23  (RUNNING 00:00:26.956)**

```
        14      Q.   It begins (as read):
        15              Phil and Eddy,
        16              I spoke to Eric Wilfred today
        17          about this week's internal meeting
        18          for the next office launch.
        19          Do you see that?
        20      A.   Yes.
        21      Q.   Who is Eric Wilfred?
        22      A.   At the time Eric Wilfred was one of our
        23  contacts at Microsoft.
```

**27.  PAGE 350:16 TO 351:04  (RUNNING 00:00:48.839)**

```
        16      Q.   All right.  If you would look at the third
        17  bullet or the third dash, there's a paragraph that
        18  says (as read):
        19              They want us to think about an
        20          idea they have to handle signing up
        21          for subscriptions for Office from
        22          within their iOS app.
        23          Do you see that?
        24      A.   I'm sorry, you said the third bullet or the
        25  third --
  00351:01      Q.   It's the third large paragraph, the third
        02  bullet, the third hyphen, they want us to think
        03  about.
        04      A.   Okay, I see it.
```

**28.  PAGE 351:12 TO 351:20  (RUNNING 00:00:15.449)**

```
        12      Q.   Okay.  The paragraph says (as read):
        13              Instead of using IAP --
        14          I'm reading the second sentence now
        15  (as read):
        16              Instead of using IAP, they would
        17          like to send users out to their
        18          "sign-up for Office website."
        19          Do you see that?
        20      A.   Yes.
```

**29.**  PAGE 352:02 TO 352:08 (RUNNING 00:00:12.195)

```
        02    Q.   It continues (as read):
        03              They would then give us
        04         percentage of the revenue for each
        05         user that signs up for an account
        06         that comes from our devices.
        07         Do you see that?
        08    A.   Yes, I do.
```

**30.**  PAGE 352:18 TO 352:24 (RUNNING 00:00:16.334)

```
        18    Q.   (As read):
        19              The rationale is that they want
        20         to be able to have a consistent
        21         experience for signing up users.
        22         I'm in the next paragraph.
        23         Do you see that?
        24    A.   Yes, I do.
```

**31.**  PAGE 353:07 TO 353:15 (RUNNING 00:00:31.153)

```
        07    Q.   Okay.  Have you ever heard any developer say
        08  they wanted to have a consistent experience for
        09  signing up users?
        10    A.   Yes, I have.
        11    Q.   Why -- had the developers explained why they
        12  want that?
        13    A.   The developers that I have spoken to said
        14  that they have existing what they call sign up flows,
        15  and they wanted to maintain those sign up flows.
```

**32.**  PAGE 358:18 TO 358:19 (RUNNING 00:00:04.503)

```
        18    A.   Mr. Byars, are we opening Exhibit 47?
        19    Q.   Yes, that's right.
```

**33.**  PAGE 358:24 TO 359:01 (RUNNING 00:00:09.381)

```
        24              The first e-mail at the top of the document
        25  is from you; is that right?
  00359:01    A.   Yes, it is.
```

**34.**  PAGE 359:21 TO 360:09 (RUNNING 00:00:32.584)

```
        21    Q.   In that third paragraph Mr. Schiller says
        22  (as read):
        23              If PayPal were to announce a
        24         mechanism for iPhone developers that
        25         helps them to enable features or
  00360:01         functionality of iPhone applications
        02         with payments handled by PayPal, we
        03         would need to communicate with our
        04         developers, telling them that such
        05         use would be a violation of the
        06         iPhone developer agreement terms.  I
        07         hope that does not become the case.
        08         You see that?
        09    A.   Yes, I do.
```

***Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)**
**Transcription Errors**

DATE OF DEPOSITION:  February 24, 2021
NAME OF DEPONENT:  Ong, Adrian

| Page | Line(s) | Original | Correction | Comment |
|---|---|---|---|---|
| 74 | 9 | "internet" | "in-app" | Transcription Error |

DATE OF DEPOSITION:  January 12, 2021
NAME OF DEPONENT:  Shoemaker, Phillip (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|---|---|---|---|---|
| 73 | 24 | "impromptu" | "imprimatur" | Transcription Error |
| 74 | 3 | "impromptu" | "imprimatur" | Transcription Error |
| 134 | 17 | "2006" | "2016" | Transcription Error |

DATE OF DEPOSITION:  January 14, 2021
NAME OF DEPONENT:  Shoemaker, Phillip (Vol. 2)

| Page | Line(s) | Original | Correction | Comment |
|---|---|---|---|---|
| 488 | 6 | "siloing" | "sideloading" | Transcription Error |
| 488 | 10 | "siloing" | "sideloading" | Transcription Error |

DATE OF DEPOSITION:  March 8, 2021
NAME OF DEPONENT: Forstall, Scott (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|---|---|---|---|---|
| 41 | 7 | "nominal" | "phenomenal" | Transcription Error |

DATE OF DEPOSITION: January 13, 2021
NAME OF DEPONENT: Haun, CK (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 185 | 1 | "Max" | "Mac" | Transcription Error |

DATE OF DEPOSITION: February 1, 2021
NAME OF DEPONENT: Friedman, Eric (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 50 | 11 | "Infra-system" | "Eco-system" | Transcription Error |

DATE OF DEPOSITION: December 16, 2020
NAME OF DEPONENT: Okamoto, Ron (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 64 | 4 | "15" | "50" | Transcription Error |