PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant,<br>        v.<br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER AUTHORIZING THE ENTRY OF PLAINTIFF EPIC GAMES, INC.'S TRIAL EQUIPMENT INTO COURTHOUSE**<br><br>Trial Date: May 3, 2021<br>Time: 8:00 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

**PLAINTIFF'S REQUEST TO USE ELECTRONIC AND OTHER CERTAIN EQUIPMENT AT TRIAL**

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases paragraph 8(b), Plaintiff Epic Games, Inc. hereby requests the Court permit Plaintiff to use the following equipment at trial:

1. Five (5) lapel microphones;
2. Ten (10) headsets with built-in microphones;
3. One (1) external speaker;
4. One (1) small table;
5. One (1) folding chair;
6. Two (2) laser pointers;
7. Audio extension cable(s);
8. Gaffers tape for cable safety;
9. Mobile internet hot spot(s);
10. One (1) laptop switch;
11. One printer;
12. Multiple cell phones;
13. Multiple iPads;
14. Multiple laptop computers (with power supplies, external hard drives, peripherals, connection cables, extension cords and power strips); and
15. Physical exhibits such as computers, gaming consoles, mobile devices and cellular phones.

# [PROPOSED] ORDER

After reviewing Plaintiff's request to use electronic and other certain equipment at trial, the Court finds good cause to grant Plaintiff's request to bring the items listed therein into the Courthouse and courtroom. The request is therefore **GRANTED**.

**IT IS SO ORDERED**.

DATED: April 27, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE