THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>               Plaintiff, Counter-defendant<br><br>    v.<br><br>APPLE INC.,<br><br>               Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**NOTICE OF FILING OF DEFENDANT APPLE INC.'S DEPOSITION DESIGNATIONS** |

PLEASE TAKE NOTICE that Apple Inc. filed the following deposition designations this morning pursuant to Pretrial Order No. 2:

1.   Joe Babcock
2.   Joe Kreiner
3.   Haseeb Malik
4.   David Nikdel
5.   Nicholas Penwarden
6.   Mark Rein
7.   Alec Shobin
8.   Daniel Vogel

Dated:  April 27, 2021                    Respectfully submitted,

                                          GIBSON, DUNN & CRUTCHER LLP


                                          By:    */s/ Rachel S. Brass*
                                                 Rachel S. Brass


                                          Attorney for Defendant Apple Inc.

Apple Inc.'s Deposition Designations

Table of Contents

1. Babcock, Joe ...............................................................................3
2. Kreiner, Joe ...............................................................................34
3. Malik, Haseeb ...........................................................................162
4. Nikdel, David ............................................................................183
5. Penwarden, Nicholas.................................................................205
6. Rein, Mark ................................................................................251
7. Shobin, Alec..............................................................................284
8. Vogel, Daniel ............................................................................309

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Joe Babcock**
**(February 12, 2021)**

**Time**

| Apple Inc.'s Designations (Yellow Highlight) | Epic Games, Inc.'s Designations (Blue Highlight) |
|---|---|
| 16 minutes 36 seconds | 36 seconds |

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5   EPIC GAMES, INC.,               )
                                     ) CASE NO.
 6     PLAINTIFF, COUNTER-DEFENDANT, ) 4:20-CV-05640-YGR
                                     )
 7              VS.                  )
                                     )
 8   APPLE INC.,                     )
                                     )
 9     DEFENDANT, COUNTERCLAIMANT.   )
     _____)
10                                   )
     IN RE APPLE IPHONE ANTITRUST    )  CASE NO.
11   LITIGATION                      )  4:11-CV-06714-YGR
     _____)
12
13         --- CAPTION CONTINUED ON FOLLOWING PAGE ---
14
15      *** HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER ***
16
17                 REMOTE PROCEEDINGS OF THE
18            VIDEOTAPED DEPOSITION OF JOE BABCOCK
19                 FRIDAY, FEBRUARY 12, 2021
20
21
22   JOB NO.  4453692
     REPORTED BY KIMBERLY EDELEN,
23   CSR. NO. 9042, CRR, RPR.
     PAGES 1 - 241
24
25
```

                                                 Page 1

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5          THE REPORTER:  Mr. Babcock, could you raise      09:12:06

 6   your right hand, please.                                09:12:08

 7          You do solemnly swear that the testimony         09:12:09

 8   you're about to give shall be the truth, the whole      09:12:09

 9   truth and nothing but the truth?                        09:12:09

10          THE WITNESS:  Yes.                               09:12:15

11

12

13                    EXAMINATION

14

15      Q    Good morning, Mr. Babcock.  Can you please      09:12:22

16   state and spell your name for the record.               09:12:24

17      A    Sure.  It's Joe Babcock, J-o-e,                 09:12:26

18   B-a-b-c-o-c-k.                                          09:12:28

19

20

21

22

23

24

25

                                                   Page 14
```

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | Q | You worked at Epic until March 2020? | 09:20:56 |
| 9 | A | That's correct. | 09:20:59 |
| 10 | Q | What was your position? | 09:21:00 |
| 11 | A | Chief financial officer. | 09:21:03 |
| 12 | Q | How long had you held that position? | 09:21:06 |
| 13 | A | Boy, probably ten years in that role. | 09:21:11 |
| 14 | | There was a point where I came on as the title of | 09:21:19 |
| 15 | | controller.  There wasn't a CFO at the time, and | 09:21:22 |
| 16 | | then I was promoted into that role roughly ten years | 09:21:25 |
| 17 | | ago. | 09:21:29 |
| 18 | Q | And when did you join as controller? | 09:21:29 |
| 19 | A | 2006. | 09:21:31 |
| 20 | Q | So from approximately 2006 until | 09:21:34 |
| 21 | | approximately 2010, you served as controller? | 09:21:38 |
| 22 | A | That's about right, yes. | 09:21:41 |
| 23 | Q | And then you were promoted into the | 09:21:43 |
| 24 | | position of CFO; is that correct? | 09:21:45 |
| 25 | A | Correct. | 09:21:47 |

Page 19

HIGHLY CONFIDENTIAL

```
1

2

3

4

5

6

7

8

9

10      Q     Please tell me what your job                09:22:14

11  responsibilities were at Epic.                         09:22:16

12      A     Sure.  I oversaw all aspects of the          09:22:19

13  financial operations of the company and some           09:22:24

14  administrative functions.                              09:22:27

15

16

17

18

19

20

21

22

23

24

25      Q     When you say "finance," what do you mean by  09:23:00
```

Page 20

HIGHLY CONFIDENTIAL

1  that?                                                  09:23:05

2      A    I mean aspects of creating financial          09:23:05

3  presentations for the board of directors or managing   09:23:09

4  that process, managing the accounting and overall      09:23:12

5  kind of bookkeeping and payroll of the company, you    09:23:16

6  know, completion of the annual audit, things like      09:23:22

7  that.                                                   09:23:24

8      Q    Taxes?                                         09:23:28

9      A    Taxes, yes.                                    09:23:29

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 21

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15          Do you remember specifically when in        09:25:16

16   January 2020 you announced your retirement?        09:25:17

17      A     I had a conversation with Tim probably    09:25:21

18   the -- maybe the second week in January.  I'm not  09:25:22

19   exactly sure of the date.                          09:25:30

20

21

22

23

24

25
```

                                           Page  22

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4      Q     Okay.  And who replaced you as CFO?          09:28:47

 5      A     A gentleman named Randy Gelber.             09:29:02

 6      Q     And did he come from within the company or   09:29:09

 7  was he an external hire?                              09:29:12

 8      A     He did.  Well, he was an external hire      09:29:16

 9  about a year prior to my leaving and was brought in   09:29:19

10  the role of, I believe, it was director or maybe VP   09:29:21

11  of business development.                              09:29:28

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  25

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15      Q     In September 2019, was the trend for          11:56:44

16   revenues related to Fortnite a declining trend over    11:56:46

17   the course of 2019?                                     11:56:50

18      A     I don't have that information available.       11:56:56

19   But I -- my guess is that it probably -- probably       11:56:57

20   was in a total basis.  But, you know, what you need     11:57:04

21   to kind of understand about how these games work is     11:57:09

22   that they all have a launch period that is              11:57:13

23   usually -- there's a ton of excitement and virality     11:57:17

24   around the game, and that may spike.                    11:57:21

25          And then the goal of a company like ours is      11:57:24
```

Page 102

HIGHLY CONFIDENTIAL

1    to make sure that we, kind of, try to flatten that          11:57:27

2    tail out.  You know, there will be a tail over time.         11:57:30

3         You know, a movie kind of goes up and                   11:57:33

4    straight down from a loss in DVD sales.  But a               11:57:37

5    video game -- if you can, in a live-feed video game          11:57:40

6    like this, you can try to maintain that tail as long         11:57:42

7    as possible.  And that's kind of what's going on             11:57:44

8    here.                                                        11:57:48

9         So I think that's what David's referring               11:57:49

10   to.  I mean, you can't always expect this enormous           11:57:52

11   growth curve.  You need to be real.  And so we               11:57:55

12   should be thinking about a declining revenue state           11:58:01

13   going forward.  But this wasn't raising red flags or         11:58:04

14   anything.                                                    11:58:10

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18        Q     Okay.   If we wanted to calculate the gross    13:40:19

19   profit margin for Fortnite alone in 2018, could we        13:40:26

20   do that?                                                   13:40:30

21        A     Gross profit margin for Fortnite in 2018.      13:40:35

22   Are you defining gross profit margin as just the          13:40:37

23   gross revenue less the direct costs associated with       13:40:46

24   it?                                                        13:40:49

25        Q     Well, if you were going to do it, what         13:40:51
```

Page 140

HIGHLY CONFIDENTIAL

1   would you include as input?                     13:40:53

2       A    Well, I think when people ask for a margin   13:40:57

3   related to a product line, a lot of times they're   13:41:00

4   looking for it to be -- like what's termed as "fully   13:41:03

5   loaded," which means, you know, there's people   13:41:07

6   costs, development costs, like the ongoing costs in   13:41:09

7   there.                                          13:41:14

8            And Epic systems aren't created or      13:41:15

9   maintained to do that.  So when somebody says like,   13:41:18

10  Hey, give me a format P&L, like that's extremely   13:41:22

11  difficult.  You can't really put that together for   13:41:27

12  Fortnite itself because of our financial systems.   13:41:30

13           But if you were saying just the gross   13:41:34

14  revenue less some of those direct costs, like we saw   13:41:35

15  before, including costs of sales, I think that's --   13:41:38

16  that's probably possible.                       13:41:40

17      Q    But you didn't create -- you didn't     13:41:43

18  maintain a Fortnite specific P&L?                13:41:45

19      A    No.                                     13:41:47

20

21

22

23

24

25

Page 141

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10                    (Deposition Exhibit 351              13:44:34

11                was marked for identification.)          13:44:34

12   BY MS. BRASS:                                         13:45:07

13       Q     And Exhibit 351 is numbered EPIC_04537390   13:45:07

14   to 4537404.                                           13:45:13

15

16

17

18       Q     Do you recognize Exhibit 351?              13:47:40

19       A     I do.                                       13:47:43

20

21

22

23

24

25
```

Page 143

HIGHLY CONFIDENTIAL

1          So is this something that you prepared or          13:48:14

2   that was prepared at your direction?          13:48:16

3      A    I participated in the preparation of it          13:48:20

4   with Randy Gelber.          13:48:22

5      Q    Is it accurate, to the best of your          13:48:30

6   understanding?          13:48:32

7      A    Well, to the --          13:48:32

8

9          THE WITNESS:   -- best of my knowledge, yes.          13:48:38

10

11      Q    And it was prepared by the finance          13:48:40

12   department during the period of the transition of          13:48:42

13   CFO from you to Randy; is that correct?          13:48:43

14      A    It was prepared by -- as I mentioned, a          13:48:46

15   joint effort between the finance department and the          13:48:50

16   corporate development department.          13:48:52

17

18

19

20

21

22

23

24

25

Page 144

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          In the projections, you are projecting the          13:51:15

22     cost of the Epic Games Store here to continue to          13:51:20

23     exceed the revenue generated by the Epic Games          13:51:24

24     Store; is that correct?          13:51:27

25          A     That's correct.          13:51:34

Page 145

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Q | And the costs will exceed revenue as | 13:51:36 |
| 2 | projected by approximately $216 million? | | 13:51:40 |
| 3 | A | That's correct. | 13:51:48 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | Q | And we talked about that you did not track | 13:52:23 |
| 13 | or forecast profit margin by a specific product. | | 13:52:26 |
| 14 | | Did you track profit margin across | 13:52:36 |
| 15 | different platforms? | | 13:52:39 |
| 16 | A | No. | 13:52:42 |
| 17 | Q | Did you track expenses across different | 13:52:45 |
| 18 | platforms? | | 13:52:47 |
| 19 | A | No. | 13:52:49 |
| 20 | Q | Did you track development costs by | 13:52:51 |
| 21 | platform? | | 13:52:54 |
| 22 | A | No. | 13:52:56 |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Page 146

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24      Q      We looked earlier today at some of your            14:58:08

25      monthly flash reports.                                    14:58:10

Page 172

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Do you remember seeing those? | 14:58:12 |
| 2 | A   We do.   I do. | 14:58:14 |
| 3 | Q   Okay.   And they described your revenue by | 14:58:15 |
| 4 | platform in a given month for Fortnite. | 14:58:21 |
| 5 | Do you remember that? | 14:58:25 |
| 6 | A   Uh-huh.   I do. | 14:58:26 |
| 7 | Q   And PlayStation 4 was the largest | 14:58:29 |
| 8 | revenue-generating platform in each of the flash | 14:58:33 |
| 9 | reports we looked at, correct? | 14:58:38 |
| 10 | A   In the ones we looked at today, yes. | 14:58:42 |
| 11 | Q   Yeah. | 14:58:44 |
| 12 | And iOS was the lowest or the second | 14:58:47 |
| 13 | lowest -- if Android was listed, Android was lower | 14:58:52 |
| 14 | than iOS, but of the platforms listed for Fortnite, | 14:58:57 |
| 15 | iOS was always the lowest or the second lowest if | 14:59:00 |
| 16 | Android was listed, correct? | 14:59:03 |
| 17 | A   Yes. | 14:59:05 |
| 18 | Q   So it generated less revenue than | 14:59:05 |
| 19 | PlayStation 4, correct? | 14:59:10 |
| 20 | A   Correct. | 14:59:11 |
| 21 | Q   Less revenue than the Xbox? | 14:59:14 |
| 22 | A   Yes. | 14:59:17 |
| 23 | Q   Less revenue than Switch? | 14:59:19 |
| 24 | A   Yes. | 14:59:23 |
| 25 | Q   And less revenue than PCs? | 14:59:24 |

Page 173

1    A    You said "Switch," right?                      14:59:26

2    Q    Yes.                                           14:59:28

3    A    Yeah, I -- there may have been a launch        14:59:29

4    period where Switch may have been higher or          14:59:31

5    something, but in general, less than Switch.         14:59:33

6    Q    And less than PCs as well, correct?            14:59:38

7    A    Yes.                                           14:59:40

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 174

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14      Q      And can you describe for me, in your own      15:07:52

15  words, the Unreal Engine business model?      15:07:55

16      A      You know, the Unreal Engine business model      15:08:03

17  is it provides the most compelling technology to      15:08:06

18  game developers and content developers to offer      15:08:12

19  experiences to their consumers.      15:08:16

20          And, you know, I think one of the      15:08:17

21  differentiating models is -- for that, is that we      15:08:22

22  said we weren't going to monetize on, you know, an      15:08:26

23  ad basis or anything like that.  We said -- or a      15:08:28

24  pay-to-play, kind of, license basis.  But we -- I      15:08:33

25  think Tim has always said, Hey, you only pay us if      15:08:35

1    you succeed, so we succeed when you succeed, and we          15:08:40

2    want to help you get there.                                  15:08:44

3            That's kind of the underlying ethos of the           15:08:46

4    business model for the engine.                               15:08:50

5            So it would be -- for most game developers,          15:08:59

6    it's free.  They're able to build a game with it for         15:09:02

7    free.  And then if they sell a product down the              15:09:05

8    road, they would owe us a royalty.  So if they               15:09:07

9    succeed, we can participate in that success.                 15:09:10

10           MS. BRASS:  Zac, can you please load the             15:09:26

11   next exhibit.                                                15:09:28

12               (Deposition Exhibit 358                          15:09:29

13             was marked for identification.)                    15:09:29

14           MS. BRASS:  And it should be Exhibit 358,            15:09:51

15   which begins on EPIC_04462249 and ends on                    15:09:53

16   EPIC_04462269.                                               15:10:06

17           THE WITNESS:  Okay.                                  15:10:36

18   BY MS. BRASS:                                                15:10:36

19       Q   And what is Exhibit 358?                             15:10:37

20       A   It looks like it's the Unreal Engine EULA,           15:10:41

21   end user license agreement.                                  15:10:48

22       Q   Okay.  And this is signed or agreed to by            15:10:49

23   people who want to use Unreal Engine, including              15:10:52

24   those who are going to use it only for free; is that         15:10:55

25   correct?                                                     15:10:57

Page 180

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    Correct. | 15:10:59 |
| 2 | Q    And I'll ask you to turn to the page | 15:11:03 |
| 3 | numbered 04462255.  It's the seventh page of the | 15:11:05 |
| 4 | document.  And it says, in the middle of the page, | 15:11:12 |
| 5 | "5 Royalty." | 15:11:18 |
| 6 | A    Yeah. | 15:11:25 |
| 7 | Q    Okay.  And the first sentence says "You | 15:11:25 |
| 8 | agree to pay Epic a royalty equal to five percent of | 15:11:26 |
| 9 | all worldwide gross revenue actually attributable to | 15:11:29 |
| 10 | each product regardless of whether the revenue is | 15:11:32 |
| 11 | received by you or any other person or legal entity, | 15:11:35 |
| 12 | as follows," and then there are a series of more | 15:11:38 |
| 13 | specific terms for specific uses. | 15:11:43 |
| 14 | Is that fair to say? | 15:11:46 |
| 15 | A    Yes. | 15:11:48 |

Page 181

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16      Q      When you were CFO, did Epic Games calculate        15:13:15

17  gross margins on the Unreal Engine?        15:13:19

18      A      No.        15:13:24

19          MS. BRASS:   Zac, can we please load        15:13:29

20  Exhibit 359, which is EPIC_04540976 through 0979.        15:13:30

21              (Deposition Exhibit 359        15:13:49

22              was marked for identification.)        15:13:49

23

24

25

Page 182

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5          As you said, this is an e-mail you're          15:15:26

 6   copied on between the bankers and Dara dated -- the    15:15:28

 7   final e-mail from Dara is February 19, 2020.  The      15:15:36

 8   bankers, that's Raine and Credit Suisse; is that       15:15:39

 9   correct?                                               15:15:46

10      A    Yes.                                           15:15:47

11      Q    And that's in connection with the             15:15:48

12   fundraising project that you described earlier; is     15:15:49

13   that correct?                                          15:15:51

14      A    Yes.  E2.                                      15:15:51

15      Q    And is E2 and Project Empire, are they the    15:15:55

16   same thing?                                            15:15:58

17      A    Yes, I think so.                               15:15:59

18

19

20

21

22

23

24

25
```

Page 183

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15      Q     And do you agree with her statement that          15:19:00

16   the engine business is 100 percent gross margin?          15:19:01

17      A     No, not necessarily.  I would ask where          15:19:07

18   the -- are there any hosting costs in here, and --        15:19:08

19   you know, it's a pretty broad estimate.  But there's      15:19:13

20   not a whole lot of direct costs like there are --         15:19:22

21   like if you're comparing it to something like             15:19:24

22   Fortnite, there's really not a whole lot of direct        15:19:26

23   costs, other than deploying it under CDN.                 15:19:31

24

25

Page 185

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          MS. BRASS:   Zac, can you mark Exhibit 360,          15:23:36

17  please.                                                      15:23:39

18              (Deposition Exhibit 360                          15:23:39

19          was marked for identification.)                      15:23:39

20          MS. BRASS:   For the record, this is                 15:25:00

21  EPIC_00143735.                                               15:25:02

22

23

24

25

Page 188

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5      Q    Okay.  Is this document in a format of the    15:25:57

 6  kind that you saw in the course of your work as CFO    15:25:59

 7  at Epic?                                               15:26:04

 8      A    Yes.                                          15:26:05

 9

10

11

12

13

14

15

16

17           And would you have endeavored to make them   15:26:30

18  accurate at the time of creation?                      15:26:34

19      A    Yes.                                          15:26:37

20

21

22

23

24

25      Q    And this was something created for and used   15:26:56
```

Page 189

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | by members in the finance organization; is that | 15:26:58 |
| 2 | correct? | 15:27:02 |
| 3 | A    Yes. | 15:27:03 |
| 4 | | |
| 5 | Justin, can you please load Exhibit 361. | 15:27:11 |
| 6 | (Deposition Exhibit 361 | 15:27:15 |
| 7 | was marked for identification.) | 15:27:15 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Q    Is this document familiar to you either in | 15:28:06 |
| 15 | form or in content? | 15:28:09 |
| 16 | A    In context it is.  I just -- you know, both | 15:28:14 |
| 17 | of the last two documents you showed me are | 15:28:22 |
| 18 | extraordinarily early on in the Fortnite forecasting | 15:28:25 |
| 19 | process, so it's a bit fuzzy.  And we were | 15:28:33 |
| 20 | struggling to forecast back then.  We didn't know | 15:28:38 |
| 21 | exactly what -- what we were dealing with. | 15:28:42 |
| 22 | Q    Do you -- | 15:28:54 |
| 23 | A    As I referenced before, I said to you, in | 15:28:56 |
| 24 | 2018, we had no idea how up or down 2020 would look. | 15:28:58 |
| 25 | As evidenced by these two forecasts that | 15:29:03 |

Page 190

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | we're seeing just several months apart, it was just | 15:29:07 |
| 2 | extraordinarily difficult to try to forecast this | 15:29:10 |
| 3 | game, as it was taking off like it was.  From our | 15:29:13 |
| 4 | perspective, it was some wild growth. | 15:29:17 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Q   And do you understand this to be a forecast | 15:29:47 |
| 11 | or a P&L for the conclusion of Q1 2018? | 15:29:50 |
| 12 | A   It's -- it's very difficult to tell here. | 15:30:04 |
| 13 | I can tell you about what I'm seeing in Columns J, K | 15:30:12 |
| 14 | and L.  This is a very rough -- this is not a | 15:30:15 |
| 15 | finished product.  And I'm not sure if this is | 15:30:18 |
| 16 | actuals or a forecast at this moment. | 15:30:27 |
| 17 | Q   Sitting here today, you can't remember one | 15:30:30 |
| 18 | way or another; is that correct? | 15:30:33 |
| 19 | A   No, I can't. | 15:30:34 |
| 20 | Q   And this was created, however, by the | 15:30:37 |
| 21 | finance organization, by you and your reports; is | 15:30:39 |
| 22 | that correct? | 15:30:46 |
| 23 | A   Probably accumulated by, but -- you know, | 15:30:48 |
| 24 | for example, my reports and I -- like we don't have | 15:30:52 |
| 25 | direct access -- or did I? -- I guess, at this time, | 15:30:58 |

Page 191

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | probably to systems that would have shown us things | 15:31:01 |
| 2 | like average hours played per MAU.  That all comes | 15:31:03 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Zac, can we please load Exhibit 362.  And | 15:31:40 |
| 14 | that is a presentation labeled EPIC_00191127 through | 15:31:47 |
| 15 | 191131. | 15:31:57 |
| 16 | (Deposition Exhibit 362 | 15:31:59 |
| 17 | was marked for identification.) | 15:31:59 |
| 18 | | |
| 19 | BY MS. BRASS: | 15:33:18 |
| 20 | Q    Do you recognize this document, | 15:33:19 |
| 21 | Mr. Babcock? | 15:33:20 |
| 22 | A    You know, it -- in form, I do, but I don't | 15:33:21 |
| 23 | think I had anything to do with this one.  If this | 15:33:24 |
| 24 | was a presentation of year-to-date February 2020 | 15:33:27 |
| 25 | results, and presented in the late March board | 15:33:32 |

Page 192

HIGHLY CONFIDENTIAL

1   meeting, I was not -- I did not attend that.          15:33:36

2        Q     Okay.   This is after you had resigned and   15:33:39

3   retired; is that correct?                              15:33:42

4        A     Yes.                                         15:33:43

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 193

**_Epic Games, Inc. v. Apple Inc._, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)**

**Deposition Designation of Joe Kreiner**
**(February 5, 2021)**

**Time**

| Apple Inc.'s Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s Designations<br><br>(Blue Highlight) |
|---|---|
| 1 hour 13 minutes 25 seconds | 5 minutes 44 seconds |

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5   EPIC GAMES, INC.,
 6        Plaintiff,
          Counter-defendant,
 7
             vs.              Case No. 4:20-cv-05640
 8                                    YGR
     APPLE INC.,
 9
          Defendant,
10        Counterclaimant.
     _____
11
12   IN RE APPLE IPHONE          Case No. 4:11-cv-06714
     ANTITRUST LITIGATION                YGR
13   _____
14
15
16
17
18
19
20
21
22
23
24
25   (caption cont'd)

                                          Page 1
```

```
 1   DONALD R. CAMERON, et al.,

 2        Plaintiffs,

 3             vs.              Case No. 4:19-cv-03074
                                          YGR
 4   APPLE INC.,

 5        Defendant.
     _____

 6

 7

 8

 9              **HIGHLY CONFIDENTIAL**

10   ZOOM DEPOSITION OF JOE KREINER & EPIC GAMES, INC'S

11         30(b)(6) CORPORATE REPRESENTATIVE

12   (Reported Remotely via Video & Web Videoconference)

13     Raleigh, North Carolina (Deponent's location)

14             Friday, February 5, 2021

15                  Volume I

16

17

18

19

20

     STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4450721

25   PAGES 1 - 297
```

                                         Page  2

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17            THE COURT REPORTER:   If you could raise

18     your right hand for me, please.

19            THE DEPONENT:   (Complies.)

20            THE COURT REPORTER:   You do solemnly          12:22:22

21     state, under penalty of perjury, that the testimony

22     you are about to give in this deposition shall be

23     the truth, the whole truth and nothing but the

24     truth?

25            THE DEPONENT:   I do.                          12:22:22

Page 18

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8                    EXAMINATION

9    BY MR. SRINIVASAN:

10        Q.    Good morning, Mr. Kreiner.  For the                09:21:26

11   record, can you state your full name and spell --

12   spell it for us, please.

13        A.    Sure.  It's Joseph Kreiner.  My last name

14   is spelled K-R-E-I-N-E-R.

15

16

17

18

19

20

21

22

23

24

25

Page 19

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Did you join Epic in 2011?

24    A.   Yes.

25    Q.   Okay.  And can you kind of briefly give        09:25:40

Page 23

HIGHLY CONFIDENTIAL

1   us an overview of what you did when you started at                09:25:43

2   Epic, what roles you had, and building up to the

3   role you currently have?

4        A.    Sure.   I joined Epic in 2011 as business

5   development for Unreal Engine.   Over time my                      09:25:55

6   current role is vice president of business develop.

7   That includes business development for the

8   Epic Games Store, business development for Epic

9   Online Services, and managing first-party relations

10  with Sony, Microsoft, and Nintendo.                                09:26:15

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  24

HIGHLY CONFIDENTIAL

 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16          (Exhibit 0068 was marked for

17     identification by the court reporter and is

18     attached hereto.)

19

20

21

22

23

24

25

Page  26

HIGHLY CONFIDENTIAL

```
1

2

3

4

5

6

7

8        Q.    Okay.  And, Mr. Kreiner, we can -- I'm

9    just going to ask you a question.  And if you need

10   to look at it more -- the document more, you can do          09:31:58

11   that.

12            Have you seen this document before?

13       A.   I don't believe so.

14       Q.   Okay.  So this is a notice that Apple

15   served on your company, Epic, asking for testimony            09:32:09

16   on behalf of the company on several topics.  So I'm

17   just going to ask you about a subset of these.

18   There are 40 topics -- 43 topics, actually.  And

19   you're -- through your counsel, we understood that

20   there are about a half dozen that you are -- have            09:32:32

21   been designated for.

22            So maybe -- let me just direct you to the

23   ones that are relevant to you, and you can let me

24   know that you're ready -- hopefully, that you are

25   prepared to testify about them.                             09:32:46
```

Page 27

| | | |
|---|---|---|
| 1 | So if you can turn to page 6, the first | 09:32:48 |
| 2 | number on page 6 is 8.  And I'll just read that. | |
| 3 | "Distribution (whether online, through | |
| 4 | brick-and-mortar stores, or through online stores | |
| 5 | such as Amazon.com) of each of your apps, web apps, | 09:33:05 |
| 6 | in-app products, and software, the commissions, | |
| 7 | fees, costs, and expenses paid in connection with | |
| 8 | each such distribution channel, and the margins and | |
| 9 | net profits received by you relative to prices | |
| 10 | charged." | 09:33:22 |
| 11 | We understood, Mr. Kreiner, that you | |
| 12 | would be testifying on this topic with respect to | |
| 13 | consoles and gift cards.  Are you prepared to do | |
| 14 | that? | |
| 15 | A.   Yes. | 09:33:33 |
| 16 | Q.   Okay.  And then No. 10 -- I'm just going | |
| 17 | to cover all of them so we can take care of this at | |
| 18 | once. | |
| 19 | Topic No. 10 -- rather than read it out | |
| 20 | loud, maybe for the sake of efficiency here, if you | 09:33:43 |
| 21 | take a look at No. 10, are you prepared to testify | |
| 22 | about No. 10? | |
| 23 | A.   Yes. | |
| 24 | | |
| 25 | | |

Page  28

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9        Q.   (By Mr. Srinivasan)  So is that -- so

10   with that clarification in mind, Mr. Kreiner, are      09:34:18

11   you ready to testify about 10 through 13?

12        A.   Yes.

13        Q.   Okay.  And if you can flip to or scroll

14   down to -- the next topic is on page 9, which is

15   Topic 28, which is "Agreements or contracts            09:34:36

16   relating to providing or directing your apps, web

17   apps, in-app products, software, or app

18   marketplace, including any relating to distribution

19   on an exclusive basis."

20             And, again, I understand that you were       09:34:53

21   designated for this topic with respect to consoles?

22        A.   Yes.

23        Q.   And then if you can scroll to the next

24   one, No. 32, Topic 32, again restricted to

25   consoles.  Is that something you're ready to          09:35:10
```

Page  29

HIGHLY CONFIDENTIAL

1    testify about?                                      09:35:12

2          A.    Yes.

3          Q.    And one last one on the next page,

4    Topic 40, Epic's "effort to bundle its digital

5    products, app, web apps, software, in-app products   09:35:26

6    with any hardware devices," is that something that

7    you are ready to -- to testify about today?

8          A.    Yes.   That's correct.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  30

HIGHLY CONFIDENTIAL



```
1

2

3

4

5

6

7        Q.    (By Mr. Srinivasan)  So, Mr. Kreiner,

8   take a look at Exhibit 71 if you would.  And let me

9   know when you've had a chance to skim it.

10          For the record, Exhibit 71 was produced    09:38:35

11   by Epic bearing Bates number 1983020 through

12   1983026.  It is a document dated May 31st, 2017,

13

14

15          Mr. Kreiner, this is a letter agreement    09:39:05

16   addressed to you.

17          Do you recall this agreement?

18       A.    Yes.

19          MR. CLARKE:  Jay, can I just clarify.  I

20   think this is Exhibit 69.  You might have misspoken  09:39:13

21   and said 71.

22          MR. SRINIVASAN:  Okay.  Thank you for

23   that.  Yes, it is Exhibit 69.  And thanks for that

24   clarification.

25                                                      09:39:23
```

Page 32

HIGHLY CONFIDENTIAL



Page  33

HIGHLY CONFIDENTIAL



Page 35

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      Q.    (By Mr. Srinivasan)   Okay.   And in                      09:45:25

Page 36

HIGHLY CONFIDENTIAL

1   looking at Section 2.3 here, though, when they do    09:45:27

2   say -- you know, it's in -- it's in the page with

3   the number that ends in 22.   The provision says,

4   ████████████████   ████████████

    ████████████████   ██████   ████

    ████████████████

    ████████████████

    ████████████

9            And so I guess I'll just ask you just

10   about that quote I just read specifically.   What    09:46:05

11   did that mean in terms of Epic's obligation?

12        A.   The intent there was to have the cost of

13   digital goods and Fortnite to be equivalent across

14   ████████████████

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          (Exhibit 0070 was marked for

22     identification by the court reporter and is

23     attached hereto.)

24

25

Page 38

1

2

3

4

5

6

7

8

9        Q.    Terrific.  And for the record, while you

10   review it, Exhibit 70 is a letter agreement dated        09:49:49

11   ███████████████████████████████

▇▇   ███████████████████████████████

▇▇   █████████████████████████

14            Mr. Kreiner, do you recall this

15   agreement?                                                09:50:10

16       A.    Yes.

17

18

19

20

21

22

23

24       Q.    Okay.  And I want to take you to 2.3.3,

25   which is the one that says "Reporting."  And is it        09:50:44

Page 39



1   your understanding that this provision requires          09:50:54

Page 40



14          THE DEPONENT:  It was my general

15   understanding that, yes, those players would spend          09:52:29

16   more money.

17       Q.   (By Mr. Srinivasan)  Okay.  And if you

18   can -- and turning back to Exhibit 70 here.  If --

19   if you look at 2.3.2, is -- is 2.3.2 -- what is

20   your understanding of provision 2.3.2, which is          09:52:50

21

Page 41

HIGHLY CONFIDENTIAL



```
 1

 9

10

11

12

13          (Exhibit 0071 was marked for

14   identification by the court reporter and is

15   attached hereto.)                           09:53:47

16

17

18

19          So Exhibit 71 for the record is another

20   letter agreement, this one dated September 18th,   09:54:13

21

24          Mr. Kreiner, again, this is a letter

25   agreement dated -- sorry -- addressed to you.   09:54:27
```

Page 42

HIGHLY CONFIDENTIAL

1    Do you recall this agreement?    09:54:31

2  A.  Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 43

HIGHLY CONFIDENTIAL



Page 47

HIGHLY CONFIDENTIAL



Page 48

HIGHLY CONFIDENTIAL



Page 49



Page 51



Page 52

HIGHLY CONFIDENTIAL



Page 53

HIGHLY CONFIDENTIAL

1

2              (Exhibit 0072 was marked for

3      identification by the court reporter and is

4      attached hereto.)

5

6

7

8

9

10

11

12

13       Q.   (By Mr. Srinivasan)  So, for the record,

14     Exhibit 72 is a PowerPoint deck titled

15     ███████████████████████████████)      ████████

██)    ████████████)  ████████████████████)

17     represent that this came from your files.

18              And so, first of all, do you -- do you

19     recognize this deck?

20       A.   I remember receiving it, yeah.        10:10:02

21

22

23

24

25

Page 54

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7          (Exhibit 0073 was marked for

8    identification by the court reporter and is

9    attached hereto.)

10   ████████████  ████████████        ██████

11   ████████████████████████████████████

12   ████████████████████████████████████

13   ████████████████████████████████████

14   ████████████████████████████████

15   ████████████████████████████████  ██████

16   ████████████████████████████████

17   signed by Joe Babcock for Epic and Phillip

18   Rosenberg for Sony.

19        Q.   (By Mr. Srinivasan)   Mr. Kreiner, do you

20   recall this agreement?                    10:14:07

21        A.   Yes.

22        Q.   Okay.   And what is your understanding of

23   what this agreement -- the -- what is your

24   understanding of the purpose of this agreement?

25        A.   Yeah, this agreement is Sony PlayStation   10:14:19

Page 57

HIGHLY CONFIDENTIAL

1   refining the requirements around supporting          10:14:23

2   cross-play.  And, you know, cross-play was a new --

3   a new feature.  And those previous letters were

4   kind of the first of its kind for Sony.  This is a

5   more formal agreement that's meant to go out to a     10:14:40

6   wider developer base than just Epic.

7        Q.   Got it.

8             And do you recall when this agreement was

9   executed?

10        A.   Offhand, no.                               10:15:08

11        Q.   I'm sorry.  I'll just direct you to it.

12   It says in the third line there that it's effective

13   as of September 2019.

14             Does that roughly comport with your

15   understanding?                                       10:15:18

16        A.   Yes.

17

18

19

20

21

22

23

24

25

Page  58

HIGHLY CONFIDENTIAL



Page 60



Page 61

HIGHLY CONFIDENTIAL

1

2

3        Q.   Okay.   And do you know why Xbox wasn't

4    included in the original agreement that authorized

5    cross-platform play with a PC?                          10:19:54

6        A.   Sony was very concerned about giving Xbox

7    a competitive edge by allowing it.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 62

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19       Q.   (By Mr. Srinivasan)  Okay.  Great.  Let's

20   look at the next exhibit, which will be 74.     10:22:07

21         (Exhibit 0074 was marked for

22   identification by the court reporter and is

23   attached hereto.)

24       Q.   (By Mr. Srinivasan)  I don't think it's

25   up yet.  Okay.  74 should be up.      10:22:26

Page 63



1          And while you're taking a look at that,                10:22:33

2   Mr. Kreiner, for the record, Exhibit 74 is an

3   ████████████████████████████████████████

4   ████████████████  ████████████████████

5   that starts with Bates number ending in 810 and         10:22:56

6   going through Bates number ending in 856.

7          And, Mr. Kreiner, do you recall seeing

8   this agreement before?

9       A.    Yes, I've seen this before.

10      ██   ██████████████████████████   ██████████

    ██   ██████████████████████████

    ██   ████████████████  ████████████

    ██   ██████████████

    ██   ██   ████████████████████

15

16

17

18

19

20

21

22

23

24

25

                                              Page 64

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          Do these agreements cover just Fortnite,

25    or do they cover all digital products distributed          10:48:55

Page 74



1    by Epic on the PlayStation?                                    10:48:59

2

3              THE DEPONENT:   The GDPA is a generic

4    document that would cover all submitted games by

5    Epic.  The letters that we've been looking at were    10:49:11

6    specific to Fortnite.

7         Q.   (By Mr. Srinivasan)   Okay.   Thank you.

8              And let's focus on -- let's focus on

9

13        A.   That would be accurate, yes.

14        Q.   Okay.   And that Epic is subject to

15

HIGHLY CONFIDENTIAL



Page 76





1

2

3

4

5

6

7

8

9

10

11

12

13

14        (Exhibit 0077 was marked for

15  identification by the court reporter and is        10:53:32

16  attached hereto.)

17        MR. SRINIVASAN:   And while you take a

18  look at that, for the record Exhibit 77 is an

19  assignment and assumption agreement dated

20  June 28th, 2018.   It is -- has the first page as        10:54:06

21  the Bates number ending in 632 and goes all the way

22  to the page with Bates number ending in 662.

23     Q.   (By Mr. Srinivasan)   Mr. Kreiner, do you

24  recognize this agreement?

25     A.   I recognize the agreement that's attached        10:54:34

Page 78

HIGHLY CONFIDENTIAL

1    to Exhibit A.                                    10:54:36

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21        Q.   (By Mr. Srinivasan)  Okay.  As you noted,

22    Mr. Kreiner, let's go to -- I guess it's the

23    Exhibit A to this agreement, which starts on page

24    number ending in 637.  And this part of the

25    agreement, which is -- well, I'll say it for the    10:56:16

Page 79



3           Do you recognize this agreement?

4     A.    Yes.

HIGHLY CONFIDENTIAL



Page 81

HIGHLY CONFIDENTIAL



Page 82

HIGHLY CONFIDENTIAL



Page 83

HIGHLY CONFIDENTIAL



Page 85



Page 86

HIGHLY CONFIDENTIAL



Page 87

HIGHLY CONFIDENTIAL



1

2

3

4          (Exhibit 0078 was marked for

5     identification by the court reporter and is          11:07:43

6     attached hereto.)

7

8

9

10        Q.   (By Mr. Srinivasan)  So Exhibit 78 is up,     11:08:20

11    Mr. Kreiner, if you want to take a look at that.

12        A.   Okay.

13        Q.   Exhibit 78, for the record, is a document

14    ██████████████████████████████████████████████████

      ██████████████████████████████████████████          11:08:35

16        And it looks to be dated in May of 2017

17    between Microsoft and Epic Games, and it starts

18    with page -- Bates number ending in 372 and goes to

19    page with the Bates number ending in 383.

20        And, Mr. Kreiner, do you recognize this          11:09:00

21    document?

22        A.   Yes.

23        Q.   Okay.  How would you describe -- what is

24    this document?

25    ██████████████████████████████████████████████████

Page 88

HIGHLY CONFIDENTIAL



Page 89



HIGHLY CONFIDENTIAL



Page 92



HIGHLY CONFIDENTIAL



Page 94

HIGHLY CONFIDENTIAL



Page 95

1          (Exhibit 0079 was marked for                    11:18:05

2    identification by the court reporter and is

3    attached hereto.)

4          MR. SRINIVASAN:   Okay.   Sorry.   It's

5    loading a little slower.                              11:18:29

6       Q.   (By Mr. Srinivasan)   Exhibit 79 is a



Page 96

HIGHLY CONFIDENTIAL



Page 97

HIGHLY CONFIDENTIAL



Page  98

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7            (Exhibit 0081 was marked for

8    identification by the court reporter and is

9    attached hereto.)

10       Q.   (By Mr. Srinivasan)  Okay.  81 is there.        11:23:27

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  99

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19     Q.   Yeah.   So you mentioned -- before we get

20   to GeForce Now, I'm just going to ask about one                    11:33:22

21   other service, which is Microsoft's xCloud.   Do

22   you know if -- if Fortnite is available through

23   that service?

24     A.   It is not.

25     Q.   Okay.   And was that a decision -- a                        11:33:32

Page 106

1    deliberate decision made by Epic not to offer it on    11:33:34

2    that service?

3         A.    Yes.

4         Q.    And what was the basis for that decision?

5         A.    We viewed Microsoft's efforts with    11:33:44

6    xCloud to be competitive with our PC offerings.

7

8

9

10

11

12

13

14

15

Page 107

HIGHLY CONFIDENTIAL



13        Q.    Okay.   Now, you mentioned GeForce Now.

14    Can you describe what GeForce Now is?

15        A.    Yes.   It -- it operates as a cloud gaming        11:35:35

16    PC rental service.   So a player subscribes to

17    GeForce Now.   They get access to a high-end gaming

18    PC that exists in -- in a cloud environment, and

19    then can log into their existing digital

20    storefronts like -- like Steam or the Epic Games        11:35:59

21    Store.

22

23

24

25

Page 108

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4        Q.   And what GeForce Now -- by the way, do

 5   you know who -- what company distributes GeForce        11:36:31

 6   Now?

 7        A.   It's Nvidia.

 8        Q.   So Nvidia -- essentially, you would --

 9   you would log in with your low-performance machine;

10   but, through the cloud, you would essentially be --      11:36:43

11   you would have access to a high-performance machine

12   to play your games.   Is that the idea?

13        A.   Yes.   That's my understanding.

14        Q.   Okay.   And I think you mentioned that

15   Fortnite is available on GeForce Now.   Is that --       11:36:56

16   did I get that right?

17        A.   That's correct in that a user using that

18   service has access to their library of games on

19   multiple storefronts.

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL

1

2    Q.   Okay.   And did -- did you partner with

3    somebody to do the actual physical distribution?

4    A.   Yes.   We partnered with multiple

5    companies to do physical distribution.          11:43:02

6    Q.   And what were the names of those

7    companies?

8    A.   It would have been Gearbox for physical

9    Fortnite, and Warner Bros. for the more recent

10   physical offerings that are code in a box.       11:43:15

11   Q.   Got it.   And we'll break those apart.   So

12   Gearbox was the only company that actually

13   distributed the game on disk for you?

14   A.   That's correct.

15

Page 114



```
1   [REDACTED]                                    [REDACTED]

    [REDACTED]                                     [REDACTED]

    [REDACTED]

    [REDACTED]

    [REDACTED]      [REDACTED]                    [REDACTED]

    [REDACTED]      [REDACTED]

    [REDACTED]      [REDACTED]

    [REDACTED]

9

10

11
```

12          Can you explain the process of physical

13    distribution and what the various parties in the

14    chain are?

15          A.   Sure.   So and -- and this is minorly --          11:44:35

16    well, it's different per platform.   But, in

17    general, the way this works is, for a physical

18    disk, the first party -- or in the case of the

19    Nintendo Switch, the cartridge -- the first party

20    requires those to be created at one of their          11:44:54

21    locations.   And they typically take a fixed

22    per-disk fee that -- that is charged and collects,

23    at which then gearbox pays that fee in -- in this

24    particular case in -- on behalf of Epic and passes

25    the cost through to us.          11:45:18

Page 115

HIGHLY CONFIDENTIAL

1        And then Gearbox arranges with the -- the          11:45:20

2    retailers to purchase the disks at a wholesale

3    price.   The retailers mark it up and make a profit

4    off of that.

5        Q.   Okay.   And is the way Epic is             11:45:33

6    compensated, is it related to the retail price

7    that's ultimately set by the retailer?   Is there --

8    how does Epic get compensated for a physical

9    product?

10       A.   It would be the wholesale price minus the     11:45:51

11   platform fee minus the Gearbox fee.

12       Q.   Okay.   And do you have a sense of what --

13   like an estimate of what the percentage would be

14   that Epic would receive compared to what the retail

15   price would be?                                    11:46:09

16       █   █████████████████████████████████████████

    █   ████████████████████████████████████████████

    █   ████████████████████████████████████████

    █   █████████████████████████  ██████████████████

    █   ████████████████████████              ████████

    █      █  ████  █  █████████████████████████

    █   ████████████████████████████████████

    █   ████████████████████████████████████████

    █   ██████████

    █      █████  █  ████████              ████████

                                                    Page 116

HIGHLY CONFIDENTIAL



```
 1

 2

 3

 4

 5

 6

 7

 8

 9          Q.    Okay.   And flipping back, then, to the

10     digital side of it, have you ever attempted to        12:04:25

11     ████████████████████████████████████████████

██ )   ████████████████████████████████

13          A.    No.

14          Q.    So that's never been anything you've

15     engaged in at all?                                    12:04:40

16          A.    I might have, you know, joked in passing

17     to -- to a member of -- of, you know, Sony,

18     Microsoft, or Nintendo that we would like it to be

19     less, but it was never pursued at any length.

20

21

22

23

24

25
```

Page 130

HIGHLY CONFIDENTIAL

1

2        Q.    Okay.   And what is it that they do for

3    you that you feel like 30 percent is a fair number?

4        A.    In particular those three platforms, we

5    have weekly marketing meetings with them to discuss        12:05:38

6    merchandising Fortnite in the best way possible.

7              We are a significant revenue generator

8    for all three of those platforms, probably in the

9    top five, you know, revenue sources for them.   So

10   they have a vested interest in promoting Fortnite.        12:05:56

11             We receive significant store placement

12   that we do not have to pay for.   We do pay for

13   some, but we receive significant free placement.

14             The marketing teams between Epic and the

15   first parties coordinates events and social media.        12:06:14

16             So we see that as an ongoing relationship

17   that is driving value for Epic.

18

19

20

21

22

23

24

25

Page 131

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14          Q.    Have you ever succeeded in negotiating an

15     exception to any of the -- of the requirement that          12:10:08

16     you have to go through the Microsoft commerce

17     engine?

18          A.    No.

19          Q.    Have you tried to do that?

20          A.    No.                                               12:10:17

21          Q.    Okay.   Have you tried to negotiate around

22     the requirement that you have to go through

23     Microsoft to make your products available on the

24     Xbox?

25          A.    No.   But let me go back to the previous          12:10:27

                                                        Page 134



Page 136



18

19          THE DEPONENT:  It's not my understanding

20   that we have made.                              12:14:02

21        Q.  (By Mr. Srinivasan)  Okay.  What about

22   for Microsoft?

23        A.  No.

24



Page 138

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9          So I want to go to Exhibit 80, and that

10   was the one that was too small to read.  So I think          01:07:28

11   the -- there we go.  It's going -- it's going to

12   get shared on the screen.  And so hopefully you can

13   see it.  It's still pretty small.

14

15

16

17

18

19

20

21

22

23

24          And, Mr. Kreiner, have -- this relates to

25   the issue of the -- the terms of the various          01:08:37

Page 139

HIGHLY CONFIDENTIAL

1    agreements that Apple -- excuse me -- that Epic          01:08:40

2    has.  And I know you're here just for the consoles.

3    So my question to you, sir, is, first of all, have

4    you seen this chart before?

5        A.   Not at any length, no.                          01:08:56

6

7

8

9

10       Q.   And right next to it there's a next             01:09:07

11   column right over that says "Platform Fee

12   Percentage."

13            Do you see that?

14       A.   Yes.

15

20       Q.   And that's consistent with what your            01:09:28

21   testimony was earlier this morning, correct?

22       A.   That's correct.

23       Q.   Okay.  And, by the way, it goes on -- and

24   I should scroll down because there's a few more

25   games for -- listed also.  That first three entries  01:09:42

Page 140

1   were for Fortnite?                                    01:09:46

2        A.   Uh-huh.

3        Q.   There's then a separate entry for Rocket

4   League and "Third Party Publishing - Dauntless" and



Page 141

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8          MR. SRINIVASAN:   And Exhibit 81, for the

9    record, while the technical folks blow this up, is

10   from the same document we just discussed, which is          01:11:46

11   Epic Bates Number 03848271, but it is a PDF of the

12   second tab on this Excel sheet which is financials.

13       Q.   (By Mr. Srinivasan)   And in -- and,

14   Mr. Kreiner, if you can see on Exhibit 81, there --

15   first of all, it's titled "Epic Games Non-GAAP          01:12:12

16   Consolidated Financials."

17          Do you see that?

18       A.   Yes.

19       Q.   And, again, this is something we

20   received.   It's the same file that we just looked          01:12:20

21   at from Epic.   You can see -- I just want to direct

22   you to the -- the -- the part that says "Fortnite."

23          And under it, it lists the three

24   consoles -- PS4, Xbox One, Switch -- then PC, and

25   then the two mobile platforms, iOS and Android.          01:12:37

Page 142

```
 1            Do you see that?                    01:12:43

 2       A.   Yes.

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 143

1        I think we -- you testified that the        01:19:32

2    revenue numbers for Apple in terms of 2018 in terms

3    of its relative share of overall revenue coming in

4    for Fortnite was about 6 to 7 percent.

5        Would you agree with that?        01:19:48

6        A.   Yes, that's what you said, and I agreed

7    to it.

8        Q.   And would you -- would you agree that

9    that percentage seems to carry forward for 2019 as

10   well?        01:20:00

11       A.   I'm not doing the math in my head, but it

12   does appear that's the case.

13       Q.   And same for 2020?

14       A.   Yeah.

15

16

17

18

19

20

21

22

23

24

25

Page 149

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          But, on the other hand, you know, is          01:25:14

21    there any other way in which Epic has distributed

22    its products on the internet, you know, separate

23    and apart from a store like the Steam store or the

24    Epic Games Store?

25          A.    Yes.   We would sell our retail products          01:25:32

Page 153

HIGHLY CONFIDENTIAL

1     on retailer websites; so, you know, BestBuy.com,        01:25:34

2     Walmart.com, GameStop.com, Amazon.com.

3          Q.   Okay.   And so in those cases you're

4     talking about either the physical disk back when

5     you were selling physical disks or the -- the       01:25:48

6     code-in-a-box-type concept; is that right?

7          A.   You're correct.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 154

1          (Exhibit 0083 was marked for                    01:38:05

2     identification by the court reporter and is

3     attached hereto.)

4          MR. SRINIVASAN:   So, Mr. Kreiner, I think

5     it's Exhibit 83 in the folder, when you get a        01:38:13

6     chance.

7               And while you're taking a look at that,

8     I'll just say for the record Exhibit 83 is an email

9     chain involving Mr. Kreiner, Danny Block, and

10    others at Epic from July of 2019, with the subject   01:38:27

11    line "Fortnite Card Economics."   And the Bates

12    number ends on the first page 567, and it carries

13    over into a second page ending in 568.

14         Q.   (By Mr. Srinivasan)   So, Mr. Kreiner, I

15    don't know if -- have you had a chance to look at    01:38:46

16    this email?

17         A.   Yes.

18

19

20

21

22

23

24

25

Page 164

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17      Q.    And the economics, then, are described

18  here, right, where he goes through the different

19  layers that take their various pieces of the cut.

20  And I think, if you roll it up to the top of the          01:40:00

21  email, you know, it's -- it's somewhere about --

22  looks like -- as you -- as Danny says there, looks

23  closer to 36.5 percent.

24          And -- and, again, is that sort of

25  consistent with the interrogatory response where        01:40:15

Page 165

HIGHLY CONFIDENTIAL

1    you talked about Epic receiving 70 to -- 60 to          01:40:18

2    70 percent?

3         A.   Yes.

4         Q.   Okay.  Okay.  And so would you -- is it

5    fair to say that this email reflects sort of the        01:40:27

6    broad economics of how the gift card/POSA card

7    process works at Epic?

8         A.   Yes.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 166

HIGHLY CONFIDENTIAL



1

2          Q.   Okay.   And then how do you account for

3     those bundles?   In other words, is it just the same

4     as the card that we just described, or is there a

5     different set of economics for that?                01:43:03

6          A.   It's a different set of economics.   So in

7     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8     charge Epic for generating those codes.   Typically,

9     these bundles are done as a marketing exercise and

10    Epic's not compensated.   There have been a few       01:43:20

11    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓                          ▓▓▓▓▓▓▓▓▓▓

▓              ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          ▓▓▓▓▓▓▓▓▓▓

21         Q.   Can you get into why that's the case?   In

22    other words, why were you getting compensated early

23    on and then aren't getting compensated anymore?

24    You know, one might think it would intuitively go

25    the other way.   Is there -- is there a reason for    01:44:07

Page 168

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    that?                                                    01:44:10

2         A.   I think our initial discussions with

3    Microsoft and Nintendo and Sony, all of those

4    parties are just used to paying for these kind of

5    bundles.  They're coming from the more traditional      01:44:21

6    game development world where you're bundling the

7    game that someone pays up front for.  And, you

8    know, even early on in Fortnite, you were buying

9    Save the World.

10        As the game progressed, it became more             01:44:36

11   about Battle Royale.  It's a free-to-play game.  So

12   we were more interested in being distributed to new

13   users.  Someone's buying a console; they're a new

14   user in that ecosystem.  You'd rather them get

15   exposed to Fortnite immediately.                        01:44:54

16        So we just declined to pursue financial

17   gain, and the first parties were happy to oblige

18   us.

19

20

21

22

23

24

25

                                                      Page 169

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10          Do you think Epic should pay less than          01:48:28

11      30 percent to the consoles as far as the

12      commission?

13          A.   No.   I feel like they generate

14      significant user acquisition and revenue for us,

15      that they're a primary venue for us to generate          01:48:43

16      revenue, and that they earn their 30 percent.

17          Q.   And -- and so you're -- if I understand

18      it, you don't think it's -- you don't think they

19      should pay less because they are generating a big

20      volume.   Is that -- you're sort of tying it to the          01:48:57

21      amount of the volume of revenue they bring in?

22          A.   Certainly that.   But also we have a very

23      good working relationship with those platforms.

24      They do a lot of networking and marketing on Epic's

25      behalf.          01:49:13

Page 172

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11      Q.   (By Mr. Srinivasan)   Okay.   And do you

12   understand that the 30 percent commission that

13   you're paying is actually just for payment

14   processing alone?

15

16          THE DEPONENT:   No, it's not.   They do

17   quite a bit more than just process payments.

18

19

20

21

22      Q.   Okay.   I think you mentioned earlier this

23   morning, you know, the -- the additional things

24   that they do.   And I'm going to read some.   I'm

25   just -- if I got this right, I try to write --          01:52:24

Page 175

HIGHLY CONFIDENTIAL

```
 1   write this down -- they had weekly meetings that      01:52:27

 2   they were a significant revenue generator, that

 3   they gave you store placement, that -- free store

 4   placement in addition to what you were advertising,

 5   marketing terms of -- around events and social        01:52:43

 6   media.  And -- and I think that's all I got.

 7              First of all, was that an accurate list

 8   of what you had said earlier?

 9        A.   Yes.  They do more than that.

10        Q.   Okay.  And, please, what else do they do,    01:52:56

11   in your mind, to merit the 30 percent commission?

12        A.   They have marketed Fortnite at physical

13   events, like PAX or, you know, trade shows.  They

14   take out retail ads for -- for Fortnite on

15   occasion.  Social media posts, focused blog posts     01:53:20

16   on Fortnite content.  They retweet many of Epic's

17   social media posts surrounding content in Fortnite.

18              And we also get -- have done things like

19   dash callouts inside of PlayStation.  When a user

20   logs in, they get notified Fortnite's got a new       01:53:45

21   content drop.

22

23

24

25
```

Page 176

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9          Q.   Okay.  And you had testified earlier that

10     all three consoles do not allow Epic to set up its

11     own payment mechanism, correct?

12

13               THE DEPONENT:   Correct.

14          Q.   (By Mr. Srinivasan)  I'm sorry.  I

15     didn't -- correct.  Yeah.                       01:54:40

16               So do you view that as being unfair in

17     any way that they won't let you process your own

18     payment -- they won't let Epic process its own

19     payment?

20          A.   No, I don't think that's unfair.      01:54:54

21

22

23

24

25          Q.   So it's -- it's typically -- would you  01:55:08
```

Page 177

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | agree that it's typically something that users | 01:55:11 |
| 2 | prefer, that they're able to deal with the console | |
| 3 | on a global basis rather than having to enter their | |
| 4 | information for every vendor? | |
| 5 | A.   I don't know about preferred, but it's | 01:55:22 |
| 6 | the standard practice. | |
| 7 | Q.   Okay.  And do you -- do you agree that it | |
| 8 | makes it easier for users to handle it that way? | |
| 9 | A.   Yes. | |
| 10 | Q.   Okay.  What about the idea of having your | 01:55:34 |
| 11 | own direct distribution option on these platforms. | |
| 12 | You testified earlier that the consoles won't allow | |
| 13 | you, for instance, to distribute directly on them, | |
| 14 | correct? | |
| 15 | A.   Correct. | 01:55:55 |
| 16 | Q.   Do you -- do you view that as unfair that | |
| 17 | they won't let you do that? | |
| 18 | A.   No. | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 178

HIGHLY CONFIDENTIAL

1   said you can't price elsewhere lower than what you          01:56:29

2   price on -- on my platform, correct?

3        A.   Yes.   They impose significant

4   restrictions on us.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19        Q.   Sure.   Do you -- you had said earlier

20   that each one of the three consoles mandates that          01:57:10

21   Epic provide, you know, basically best pricing

22   on -- on their respective consoles, correct?

23        A.   Uh-huh.   Yes.

24        Q.   And, in other words, you're not -- Epic

25   is not free to price Fortnite differently on Xbox          01:57:22

Page 179

1    versus the PlayStation, correct?                          01:57:27

2          A.   That's correct.

3          Q.   And do you view that restriction as

4    anticompetitive?

5          A.   My personal opinion is it can be a little      01:57:36

6    anticompetitive; but given the way we operate

7    Fortnite on all seven platforms, it's a way to

8    prevent players from jumping around on platforms

9    and having a bad experience.

10         Q.   How would they -- how would they have a        01:57:59

11   bad experience -- how would a player have a bad

12   experience if a certain platform, you know, priced

13   the digital products differently?

14         A.   Well, you would see lots of arbitrage

15   between platforms.  You'd have users, you know,          01:58:14

16   buying one to use on another.  It causes a lot of

17   users logging in and logging out.  It's the --

18   while -- while they would look like they're, you

19   know, potentially saving money, it's just a bad

20   experience.  You would feel bad for somebody that       01:58:33

21   had purchased something on PlayStation and then see

22   that it's available for less money on Xbox.

23

24

25

Page 180

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          (Exhibit 0084 was marked for

23     identification by the court reporter and is

24     attached hereto.)

25          THE DEPONENT:   Is that Exhibit 84?          02:09:54

Page 189

HIGHLY CONFIDENTIAL

```
 1        Q.    (By Mr. Srinivasan)   Yeah, it'll be        02:09:55

 2   Exhibit 84.

 3              And so while you look at this,

 4   Mr. Kreiner, Exhibit 84 is an email chain involving

 5   Mr. Kreiner and others, including a Phil Rosenberg     02:10:16

 6   at Sony.   It is dated February -- the top email is

 7   dated February 20th, 2018.   It has the subject line

 8   "Fortnite cross-play."   And it's a Bates number

 9   ending in 199.

10              So, Mr. Kreiner, do you recall this email    02:10:35

11   exchange?

12        A.    Vaguely, sure.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 190

HIGHLY CONFIDENTIAL



Page 191

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6              (Exhibit 0088 was marked for

 7     identification by the court reporter and is

 8     attached hereto.)

 9         Q.   (By Mr. Srinivasan)  So, Mr. Kreiner,

10     we'll get a new document up.  While it's coming        02:42:37

11     up -- I don't know if it's up yet.  It will be

12     Exhibit 88.  But I don't know if it's populated

13     yet.  I guess it has.

14         A.   Yes, it has.

15         Q.   Okay.  Great.  Let me introduce the           02:42:52

16     exhibit, and I'll ask you some questions about it.

17              Exhibit 88 is a one-page email chain with

18     the top email being from Mr. Kreiner to Danny Block

19     sent on September 12th, 2018, with the subject line

20     "Cross-wallet."                                        02:43:08

21

22

23

24

25
```

Page 204

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     Emu Servais wrote to you with -- with a

22     summary, it looks like, of a table that, at least

23     as of September 2018, gives the state of play for

24     cross-wallet and cross-play for the various

25     platforms.                                    02:44:53

Page 205

1          Would you agree with that?                    02:44:53

2     A.   Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 206

HIGHLY CONFIDENTIAL

```
 1

 2

 3        Q.    And then the next one is PS4.  And as of

 4    September 2018, there is no -- this reflects that

 5    there's no cross-wallet and there's cross-play but          02:46:05

 6    only with PCs, Macs, and mobile, correct?

 7        A.    That's what this indicates, yes.

 8

 9

10

11

12

13

14

15

16        Q.    In this chart.  And then you have

17    Nintendo, which is no for cross-wallet but yes for

18    cross-play.

19            Is that consistent with your

20    recollection?                                                02:46:48

21        A.    Yes, that's correct.  And that's still

22    the case today.

23

24

25
```

Page 207

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          (Exhibit 0090 was marked for

17     identification by the court reporter and is

18     attached hereto.)

19

20

21

22

23

24

25

Page 214

HIGHLY CONFIDENTIAL



Page 215

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6              (Exhibit 0091 was marked for

 7     identification by the court reporter and is

 8     attached hereto.)

 9         Q.   (By Mr. Srinivasan)  So, Mr. Kreiner, I

10     think we have available now Exhibit 91.  Exhibit 91        03:03:14

11     is a -- again, I think it's maybe a text exchange

12     between a Devin Winterbottom and yourself on

13     September 25th, 2018.  And it's -- it's a single

14     page, and it's Bates number ending in 676.

15              So, Mr. Kreiner, first of all, is this a        03:03:41

16     text exchange, if you recognize this format?

17         A.   I don't recognize this format; so I don't

18     know.

19         Q.   Okay.  Have you -- do you text as part of

20     your work functions ever?                                03:03:53

21         A.   On occasion.

22         Q.   Okay.  And is -- is Mr. Winterbottom

23     somebody who you work with?

24         A.   Yes.

25         Q.   Would it surprise you if you had texted         03:04:03
```

Page 220

1    him in the September 2018 time frame?                    03:04:06

2         A.    No, it would not.

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          (Exhibit 0092 was marked for

22     identification by the court reporter and is

23     attached hereto.)

24          MR. SRINIVASAN:   Okay.   So the next

25     exhibit is Exhibit 92.   And 92 is a two-page email          03:10:38

Page 225

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | chain, again mostly -- almost all the substances is | 03:10:41 |
| 2 | on page 1.  The top email is from Joe Kreiner to | |
| 3 | Ed Zobrist and some others at Epic Games sent on | |
| 4 | April 24th, 2020, with the subject line "Your POV | |
| 5 | on possible payment options."  And the first page | 03:11:01 |
| 6 | ends with Bates number -- or ends with the Bates | |
| 7 | number ending in 047. | |
| 8 | Q.   (By Mr. Srinivasan)  Mr. Kreiner, do you | |
| 9 | recall this email exchange? | |
| 10 | A.   Yes. | 03:11:16 |

Page 226

1

2

3

4

5

6

7

8

9

10

11

12            Did -- is this a discussion of what

13     ultimately happened on mobile, where the direct

14     payment option dropped the price of V-Bucks

15     compared to what it used -- what it was before?          03:12:53

16          A.   No.   This is proposing charging -- or

17     providing 18 percent more V-Bucks if someone used

18     Epic payment services versus a lower price.

19          Q.   Got it.   So here the price would be the

20     same, but you would get 18 percent more V-Bucks for       03:13:13

21     that same dollar value; is that right?

22          A.   Correct.

23          Q.   Okay.   And that's what was being

24     considered here.   And you respond and say, "We did

25     agree to keep identical pricing across all              03:13:26

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | platforms with Microsoft, Sony, and Nintendo." | 03:13:31 |
| 2 | And then -- but you say, "That being | |
| 3 | said, all they care about is that we are not using | |
| 4 | arbitrage to direct sales away from their | |
| 5 | platform."  And then you say, "They are entirely | 03:13:41 |
| 6 | self-serving; so making mobile less attractive | |
| 7 | would likely work for them." | |
| 8 | Do you know what you meant by that? | |
| 9 | A.   Yeah.   I was giving Ed my interpretation | |
| 10 | of what Sony, Microsoft, and Nintendo would -- | 03:13:54 |
| 11 | would say to us if we decided to implement this | |
| 12 | strategy. | |
| 13 | Q.   And you're saying, though, initially that | |
| 14 | they would be okay with something like this, | |
| 15 | correct? | 03:14:06 |
| 16 | A.   That's my supposition here.  I'm not sure | |
| 17 | if that actually would have been correct. | |
| 18 | Q.   Well, I mean, he then -- he then says, "I | |
| 19 | think the idea is for the exact same purchase price | |
| 20 | a mobile player would get 18 percent more V-Bucks | 03:14:18 |
| 21 | if they chose our payment system versus the Apple | |
| 22 | or Google payment system."  And to which you | |
| 23 | respond, "Making it more advantageous to buy on | |
| 24 | mobile than on console is not an option." | |
| 25 | Do you see that? | 03:14:32 |

Page 228

HIGHLY CONFIDENTIAL



1       A.    Yes.                                        03:14:33

2       Q.    Is that your final sort of opinion on

3  this, that once you understood that this was -- a

4  way in which mobile pricing might give you more

5  value would not be okay with the consoles?          03:14:43

6       A.    Yes, that was my opinion.

7

18            MR. CLARKE:    Objection.

19

24       Q.   (By Mr. Srinivasan)    You had -- did you

25  ever have a discussion with any of these console     03:15:44

Page 229

HIGHLY CONFIDENTIAL

1    folks about this idea, or this was just your --          03:15:46

2    your supposition?

3         A.    This was just my supposition.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 230

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21        Q.   And, now, is that 12 percent commission

22     for payment processing alone?

23        A.   No.   That is for using the Epic Games

24     payment flow.

25

Page 241

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9        Q.   Well, I'm saying, you know, somebody

10   might ask you, you know, "Joe, you're charging me          03:32:28

11   12 percent on -- on every sale on your store.

12   What -- what are you charging me for?   My payment

13   processing doesn't cost 12 percent.   What are you

14   charging me for?"

15        A.   Sure.   The services we provide game           03:32:41

16   developers are CDN hosting, player support,

17   marketing of their games, and handling of refunds.

18        Q.   Anything else?

19        A.   I'm -- I mean, there's lots of technical

20   support.   We also waive on Unreal Engine royalties       03:33:02

21   if the game is using Unreal Engine, which are

22   typically 5 percent.   So there's a benefit to game

23   developers for shipping the games if they're using

24   Unreal Engine on the Epic Games Store.

25        Q.   What else do you provide for developers?       03:33:25
```

Page 242

1   Or is that a pretty compressive list?                03:33:27

2           A.   No.   We also have a supporter/creator

3   marketing program where currently Epic pays

4   influencers a 5 percent-of-sales fee if they

5   successfully refer a paying customer into our        03:33:39

6   ecosystem to go buy a game or in-app transactions.

7           And then we also do social -- you know

8   social media for game launches, video promotions.

9   We've done featuring at physical events, such as

10  E3.   And we do sponsorships of the video games --   03:34:03

11  the video games awards as well as other events

12  where we feature games that are available on the

13  Epic Games Store.

14          Q.   So --

15          A.   So significant marketing interaction.    03:34:21

16          Q.   So the 12 percent is not limited to just

17  a payment processing fee?

18          A.   Correct.

19          Q.   And it sounds like it -- it's tied into

20  these broader ecosystem benefits that you provide    03:34:31

21  to your developers?

22          A.   That's correct.

23

24

25

                                                         Page 243

HIGHLY CONFIDENTIAL

1

2          Q.    Okay.  Is -- is the Epic Games Store

3    profitable at a 12 percent commission?

4          A.    It's not profitable today because we're

5    in growth mode and focused on acquiring users.  So          03:35:07

6    we're spending significant amounts of money

7    acquiring exclusive content and giving free games

8    away.  So those -- those investment costs are

9    significant.  I would expect, eventually, for us to

10   be able to turn a profit.                                    03:35:28

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 244

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24            (Exhibit 0095 was marked for

25      identification by the court reporter and is            04:02:37

Page 252

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | attached hereto.) | 04:02:37 |
| 2 | MR. SRINIVASAN:  This will be Exhibit 95. | |
| 3 | THE DEPONENT:  Okay. | |
| 4 | MR. SRINIVASAN:  Okay.  Sorry.  My | |
| 5 | computer is little slower than yours.  Go ahead and | 04:03:06 |
| 6 | take a look at Exhibit 95, Mr. Kreiner, and I'll | |
| 7 | read it into the record, and then we can talk about | |
| 8 | it. | |
| 9 | Exhibit 95 is a PowerPoint deck titled | |
| 10 | "Epic Games Store, Review of Performance and | 04:03:24 |
| 11 | Strategy, October 25th, 2019."  It starts with | |
| 12 | Bates number ending in 277 and goes through Bates | |
| 13 | number ending in 297. | |
| 14 | Q.  (By Mr. Srinivasan)  And the -- the -- | |
| 15 | the page that I'd like to direct your attention to, | 04:03:48 |
| 16 | Mr. Kreiner, it's numbered 17; it's Slide 17.  And | |
| 17 | the Bates number, the control number there at the | |
| 18 | bottom, ends in 293. | |
| 19 | A.  Okay. | |
| 20 | Q.  And the title is "5 Year P&L and User | 04:04:02 |
| 21 | Forecast." | |
| 22 | And, you know, I -- first of all, do you | |
| 23 | recall this deck in particular? | |
| 24 | A.  Not in particular.  This is a -- a common | |
| 25 | format that we use on a recurring basis. | 04:04:17 |

Page 253

1      Q.   Okay.  So this is the type of deck that      04:04:20

2   you would commonly receive?

3      A.   Yeah.

Page 254

HIGHLY CONFIDENTIAL

```
 1

 2

 3              So current -- let's take a look at this

 4    model -- first of all, the document we're looking

 5    at from October of 2019 indicates that at the        04:06:57

 6    current business model at a 12 percent commission

 7    the -- the Epic Games Store was not projecting to

 8    make any money five years out under either model,

 9    correct?

10        A.   Yes, although that's based on a             04:07:12

11    pessimistic model of recouping minimum guarantees.

12        Q.   Okay.  And, currently, I think you

13    testified already that the game -- that the game

14    store, as it stands today in early 2021, is still

15    not making money, correct?                           04:07:29

16        A.   That's my understanding.

17        Q.   Okay.  And in -- and if -- and is it your

18    testimony, then, that there will be more current

19    versions of this document at Epic that would show

20    a -- a different story?                              04:07:41

21        A.   Yes.

22

23

24

25

                                                      Page 256
```

HIGHLY CONFIDENTIAL

1    Q.   Okay.  What has changed about the          04:07:56

2    projections, to the extent that you know, to

3    suggest that, you know, that the picture is not

4    as -- is not what's portrayed here on this slide?

5    A.   We have been more successful at            04:08:12

6    recovering our minimum guarantees with more recent

7    launches.  We're much farther ahead in user

8    acquisition than these models assumed.

9         You know, in 2020 we had a very

10   significant user acquisition event in giving away   04:08:29

11   Grand Theft Auto V, and that reset a lot of the

12   expectations because we have many more people

13   coming to the store purchasing games.

14

15

16

17

18

19

20

21

22

23

24

25

Page  257

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10              (Exhibit 0096 was marked for              04:12:02

11    identification by the court reporter and is

12    attached hereto.)

13              MR. SRINIVASAN:   96 is a email chain of

14    several pages.   The top chain is from Scott Adams

15    at Epic Games to a number of folks, including       04:12:30

16    Mr. Kreiner.  The top email is dated May 1st, 2019.

17    ████████████████████████████████████████████

██    ██████████████

19              The first page has a Bates number ending

20    in 569, and it goes through -- the final page has a  04:12:46

21    Bates number ending in 577.

22         Q.   (By Mr. Srinivasan)  Mr. Kreiner, do

23    you -- first of all, have you had a chance to look

24    at this email?

25         A.   Yes.                                       04:13:00
```

Page 260

HIGHLY CONFIDENTIAL

1        Q.    And do you recall this email chain from          04:13:07

2    when you received it?

3        A.    Yes, I do.

4

5

6

7

8

9        Q.    And what was the issue here?   Do you

10   recall?                                                    04:13:37

11       A.    Yes.   In particular, this is related to

12   Ubisoft.   And what was occurring -- yeah.   What was

13   occurring was hackers had identified that, if you

14   purchased an Ubisoft game via the Epic Games Store,

15   The Division 2 and Anno 17 -- or 1800, in this            04:14:04

16   particular case, if you refunded it via our

17   automated refund system, Ubisoft was not

18   recognizing the refund.

19           So you could create a bunch of Epic

20   accounts, purchase the Ubisoft games, refund them,       04:14:23

21   and then hackers were selling the accounts in the

22   gray market as containing those games because

23   Ubisoft was not -- not removing the games from the

24   user's account in a timely fashion.

25

Page 261

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24              (Exhibit 0097 was marked for

25        identification by the court reporter and is          04:17:27

Page 263

HIGHLY CONFIDENTIAL

1    attached hereto.)                                    04:17:27

2              MR. SRINIVASAN:   This will be

3    Exhibit 99 -- or 97.

4              THE DEPONENT:   I'm sorry.   Are you

5    skipping exhibits or --                              04:17:51

6        Q.   (By Mr. Srinivasan)   No.   I think I

7    just -- I screwed up the number.   Yes, it's 97.

8        A.   Okay.

9              Yes.   I remember this email.

10       Q.   Yeah.   Okay.                               04:18:01

11             MR. SRINIVASAN:   So just for the record,

12   Exhibit 97 is a, you know, single-page email chain.

13   The top email is from Tim Sweeney to Joe Kreiner

14   and Steve Allison dated May 11th, 2019.   Subject

15   "Apology - Epic Games Store woes."                   04:18:17

16       Q.   (By Mr. Srinivasan)   And so, Mr. Kreiner,

17   you've anticipated my question.   You do recall this

18   email, correct?

19       A.   Yes.

20

21

22

23

24

25

                                            Page 264

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.    (By Mr. Srinivasan)   Do you recall that

24     the rate of fraud was surpassing 70 percent and

25     approaching 90 percent, first of all?                    04:19:36

Page 265

HIGHLY CONFIDENTIAL

1        A.    Specifically, I don't remember the        04:19:40

2    numbers.  But this email states it; so I would

3    imagine that's correct.

Page 266

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19          (Exhibit 0098 was marked for

20     identification by the court reporter and is          04:23:10

21     attached hereto.)

22          MR. SRINIVASAN:   And Exhibit 98 is a

23     two-page email chain.   The originating email is

24     from Hector Sanchez to various people, including

25     Mr. Kreiner.   It was sent on September 9th, 2019,          04:23:42

Page 268

HIGHLY CONFIDENTIAL

1   with the subject line "Epic Key sales."                    04:23:46

2        Q.   (By Mr. Srinivasan)  Mr. Kreiner, do you

3   remember this email chain?

4        A.   Not really, but it was definitely sent to

5   me.                                                        04:24:02

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 269

***Epic Games, Inc. v. Apple Inc.***, **No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)**

**Deposition Designation of Haseeb Malik**
**(February 12, 2021)**

**Time**

| Apple Inc.'s Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s Designations<br><br>(Blue Highlight) |
|---|---|
| 9 minutes 14 seconds | 1 minute 31 seconds |

1              UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5    _____

                                     )

6    IN RE APPLE iPHONE TRUST      ) Case No. 4:11-cv-06715YGR

                                     ) 4:11-cv-06714-YGR and

7    LITIGATION                     ) 4:19-cv-03074-YGR

     _____)

8

9

10

11

12    ** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

13      REMOTE VIDEOTAPED DEPOSITION OF HASEEB MALIK

14               Friday, February 12, 2021

15                     Volume I

16

17

18

19   Reported by:

     NADIA NEWHART

20   CSR No. 8714

21   Job No. 4453673

22   PAGES 1 - 198

23

24

25

                                        Page 1

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2

3

4

5

6

7

8

9

10

11

12

13

14          While you were at Epic Games, what was your

15     position?                                                09:22:04

16      A    Director of mobile publishing.

17

18

19

20

21

22

23

24

25

                                                          Page  20

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2          (Exhibit 506 was marked for identification

3        and is attached hereto.)

4    BY MR. DOREN:

5       Q    And, Mr. Malik, the next exhibit will be          10:56:37

6    Exhibit 506.  It's a multipage document bearing

7    Bates numbers EPIC_00407322 through 332.  And it is

8    a series of -- it looks like a text string between

9    you and Mr. Payne on -- from Saturday, August 3,

10   2019.                                                      10:57:06

11          Just wait for that to come up, and please

12   take the time you need to review it.

13          MS. MOSKOWITZ:  It's not a text chain.  I

14   think this would have been a Hangouts in the

15   production format.                                         10:57:19

16          MR. DOREN:  Thank you.

17

18

19

20

21

22

23

24

25

Page 86

1

2

3

4

5

6

7          First of all, Mr. Malik, do you -- have you

8     had a chance to review Exhibit 506?

9        A    Yeah, for the -- yeah, I -- I tried to go

10    through the 11 pages as quick as I could.          11:02:48

11       Q    Yeah.  And to the extent you need more time

12    with the document along the way, you just tell me.

13          Now, do you recognize this as a Hangout

14    exchange between yourself and Mr. Payne from

15    August 2019?                                        11:03:06

16       A    Yes.

17       Q    And what is a Hangout?

18       A    It's Google's chat client.

19

20

21

22

23

24

25

Page  87

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15      Q    And your next entry -- entry says (as read):     11:11:46

16           "And for God's sake, why do we hate

17           Apple?"

18           And that was a question you had on August 3,

19   2019, correct?

20

21           THE WITNESS:  I -- yeah.  As you can tell by

22   my tonality in this conversation, I appear quite

23   frustrated as a new employee not being able to

24   figure out how to effectively do my job.  And so I

25   am wondering why we are struggling with the         11:12:22
```

Page 95

1    platforms I'm supposed to work on.

2    BY MR. DOREN:

3       Q    And your perception at the time was that Epic

4    hated Apple, correct?

5       A    The language I'm using here is me trying to          11:12:32

6    figure out why the relationship is not the same as

7    what I'm used to at other companies.

8       Q    With Apple?

9       A    With -- with Apple, uh-huh.

10      Q    And what you wrote was (as read):                     11:12:44

11           "And for God's sake, why do we hate

12           Apple," correct?

13      A    That's what I wrote.

14      Q    And that was the question you had as of that

15    date, correct?                                                11:12:56

16

17

18

19

20

21

22

23

24      A    Yeah.  So look, I -- so as I mentioned, I was

25    having a pretty tough time at this period of being           11:13:09

Page 96

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1   there for a few months and not understanding why we

2   were having some of the challenges we were having

3   with mobile coming -- that I am coming from a -- a

4   pretty strong mobile background, and this felt

5   different to me for the world's largest game.          11:13:27

6       Q   And -- and what challenges did you believe

7   that the company was having with mobile after --

8   once you had been at the company for three months?

9       A   So the Android ones which were, as I

10  mentioned, numerous steps imposed by the operating      11:13:39

11  system to -- to scale the game -- so you have to

12  remember, if my -- if my job performance is -- is

13  based on growing the mobile -- mobile users but I'm

14  running into these hurdles, it's quite frustrating.

15          And then regarding Apple, by this time, I've   11:13:58

16  already encountered a number of delays and so on in

17  the review process.  And so I am trying to figure

18  out through talking to this colleague on why we're

19  having all of these delays through the review

20  process and -- and so on with Apple.                    11:14:12

21      Q   And what review process are you talking

22  about?

23      A   So sometimes it takes a long time to get a --

24  a Fortnite build -- or it took a long time to get a

25  Fortnite build through the review process at Apple      11:14:26

Page 97

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1    relative to the speed in which the same builds would

2    go through on the other platforms.

Page 98

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1

 2

 3

 4

 5

 6

 7     Q    And if you go down further at 8- -- or sorry,

 8    13:58:21, Mr. Payne says (as read):

 9         "I don't have the impression that

10         our relationship is regularly              11:34:19

11         antagonistic.  Epic has been

12         on-stage in several big Apple

13         presentations in the last couple of

14         years."

15         Do you see that?                           11:34:27

16     A    Uh-huh, yes, I see that.

17     Q    And you -- and you understand that to mean

18    that Epic had made -- created opportunities for Epic

19    to present at Apple events, correct?

20     A    From my understanding, the company had been   11:34:41

21    invited to share games in the past on -- at

22    worldwide developer conference.  So that's where I

23    was -- this is all sort of coming from, and it -- it

24    should be better than the way it is.

25
```

Page 117

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20      Q   Hi, Mr. Malik.  We are preparing the next      11:58:14

21   exhibit in order, which will be Exhibit 507, which

22   is a deck entitled "Fortnite Mobile Adam Sussman

23   Onboarding - January 2020."

24        And it -- it -- the first page bears your

25   name and Brian Chu's name.  The document is Bates      11:58:39
```

Page 126

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1    numbers EPIC_00126433 through 487.

2         So once that comes up, take the time to

3    familiarize yourself with it, but to the extent I

4    have specific questions, I will direct you to the --

5    the places that I have questions about.          11:59:01

6

7

8

9

10        (Exhibit 507 was marked for identification     11:59:15

11        and is attached hereto.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 127

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2

3      Q    Mr. Malik, have you had an opportunity to

4   review Exhibit 507?

5      A    Yes.                                    12:02:49

6      Q    And this document is entitled "Adam Sussman

7   Onboarding - January 2020."

8           Do you recall this document?

9      A    Yes, I -- I do.

10     Q    And what is it?                          12:03:02

11     A    This was a collection of slides that

12   leadership asked us to pull together to be shared

13   with Adam Sussman when he joined the company.

14

15

16

17

18

19

20

21

22

23

24

25

Page 128

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2

3

4

5

6

7

8

9          (Exhibit 508 was marked for identification

10          and is attached hereto.)                    12:31:27

11   BY MR. DOREN:

12      Q   Mr. Malik, you were presented with

13   Exhibit 508, which is a document bearing Bates

14   numbers EPIC_00385868 through 902.

15          It begins with an email from you to         12:31:41

16   Devin Winterbottom with attachments, "Mobile

17   Business Update - March 2020," and it does indeed

18   include or is followed by a deck entitled "Mobile

19   Business Update - March 2020."

20          Can you please just take a moment to         12:32:05

21   familiarize yourself with this document.  And as

22   with the last deck, I will point you to specific

23   areas of interest.

24      A   Okay.

25

Page 150

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11      Q    And have you had an opportunity to review

12   Exhibit 508?

13      A    Yes.   This looks like the mobile business --

14      Q    Let me ask, let me ask, let me ask.

15           And do you recognize this document?           12:33:35

16      A    Yes, I recognize this document.

17      Q    And what is it?

18      A    This is the mobile business update dated

19   March 2020.

20      Q    And what was -- why was this document         12:33:46

21   created?

22      A    As far as I recall, I believe this was to be

23   presented to (technical difficulty.)

24

25

                                                 Page 151
```

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

 1

 2

 3      A    I believe this presentation was put together

 4   to be presented to Adam Sussman.

 5      Q    And who prepared this -- this presentation?        12:34:24

 6      A    All of the people on that -- on -- which was

 7   the mobile team at Epic.  So you're number 5870, all

 8   the people on this slide participated in putting

 9   this presentation together.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 152

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12          (Exhibit 510 was marked for identification
13          and is attached hereto.)
14  BY MR. DOREN:
15     Q   Mr. Malik, you have in front of you            12:44:56
16  Exhibit 510, which is a three-page document bearing
17  Bates numbers EPIC_00428883 through 885.
18          If you could please take a moment to review
19  this email string.
20     A   Okay.                                          12:45:51
21
```



                                                    Page 158

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18    Q  And who was the source of that information to

19  you?

20    A  So again, like I had mentioned before,    01:52:41

21  these -- me carrying out these things was under the

22  direction of Epic leadership and the people that

23  were above me.  So Ed Zobrist, Matt Weissinger and

24  so on.

25    Q  You were just following orders?    01:53:00

Page 176

1      A   Just following orders.

2

3

4

5

6

7

8

9

10

11          (Exhibit 511 was marked for identification

12          and is attached hereto.)

13   BY MR. DOREN:

14      Q   Exhibit 511 is another email string.  It

15   begins on EPIC_00431657 to 659.  And the top email        01:53:30

16   on the first page of Exhibit 511 is from

17   Adam Sussman to you, dated Friday the 24th of

18   January of 2020.

19          Can you please take a moment, please, and

20   review Exhibit 511.                                        01:53:50

21      A   Okay.

22

23

24

25

Page 177

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22     Q    Okay.   Then on January 23rd, at 1:48 p.m.,

23     you send this string -- you forward this string to

24     Adam Sussman, correct?

25     A    Yes.   I was asked to catch Adam up on all       01:58:11

Page 180

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **



1    things mobile, and so I started forwarding different

2    emails.   This was one of them.

3       Q   Okay.   And you tell him that (as read):

4           "For background, we had submitted a

5           build of Google Play that included          01:58:25

6           Epic payment only," correct?

7       A   Yes, that is what I wrote there, uh-huh.

8       Q   And that was an accurate statement?

9       A   Yes.

10

21          And that's an accurate statement as of

22   January 23rd, 2020?

23      A   Yes.   I summarize what had happened in a few

24   short paragraphs for the new executives to join.

25

                                        Page 181

**_Epic Games, Inc. v. Apple Inc._, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)**

**Deposition Designation of David Nikdel**
**(February 8, 2021)**

**Time**

| Apple Inc.'s Designations (Yellow Highlight) | Epic Games, Inc.'s Designations (Blue Highlight) |
|---|---|
| 8 minutes 58 seconds | 10 seconds |

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5   EPIC GAMES, INC.,
 6        Plaintiff,
          Counter-defendant,
 7
             vs.              Case No. 4:20-cv-05640
 8                                 YGR
     APPLE INC.,
 9
          Defendant,
10        Counterclaimant.
     _____
11
12   IN RE APPLE IPHONE         Case No. 4:11-cv-06714
     ANTITRUST LITIGATION            YGR
13   _____
14
15
16
17
18
19
20
21
22
23
24
25   (caption cont'd)
```

Page 1

1    DONALD R. CAMERON, et al.,

2         Plaintiffs,

3              vs.                    Case No. 4:19-cv-03074

                                       YGR

4    APPLE INC.,

5         Defendant.

     _____

6

7

8

9     **HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

10            ZOOM DEPOSITION OF DAVID NIKDEL

11    (Reported Remotely via Video & Web Videoconference)

12       Raleigh, North Carolina (Deponent's location)

13              Monday, February 8, 2021

14                    Volume I

15

16

17

18

19

20

     STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4435328

25   PAGES 1 - 227

                                          Page  2

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          THE COURT REPORTER:  If you could raise

17     your right hand for me, please.

18          THE DEPONENT:  (Complies.)

19          THE COURT REPORTER:  You do solemnly

20     state, under penalty of perjury, that the testimony          09:10:02

21     you are about to give in this deposition shall be

22     the truth, the whole truth and nothing but the

23     truth?

24          THE DEPONENT:  I do.

25

Page 14

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER



```
  1

  2

  3

  4

  5

  6

  7

  8                    EXAMINATION

  9

 10      Q.   Good morning, Mr. Nikdel.  Could you          09:10:25

 11  state your full name for the record, please.

 12      A.   David Abbas Nikdel.

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25

                                              Page 15
```

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14        Q.   All right.  Tell me what your current

15   position is at Epic.                            09:12:25

16        A.   My current position at Epic is as senior

17   online and game play programmer.   That means that I

18   work on the back-end services for Fortnite

19   currently.

20

21

22

23

24

25

                                               Page 17
```

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q.   (By Ms. Yang)   Okay.   Mr. Nikdel, I          01:35:27

21   direct your attention to the document that we've

22   marked as Exhibit 161, which is Bates-numbered

23   Epic_00420862.

24      A.   Okay.

25      Q.   And this is an email from Ed Zobrist on          01:35:43

Page 164

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1       April 24, 2020; is that correct?                    01:35:47

2              A.    That is correct.

3              Q.    Do you remember receiving this email at

4       the time?

5              A.    Yes, I do.                              01:35:56

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20             Q.    And what was the role that you had with    01:36:59

21      respect to Project Liberty?

22             A.    I was brought in to assess technical

23      feasibility.

24             Q.    And what do you mean by "technical

25      feasibility"?                                       01:37:16

Page 165

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1          A.   Would it technically be possible to          01:37:17

2     provide Epic payments on these platforms and

3     whether or not -- and how much time it would take

4     to do so.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 166

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11        And so part of your role in Project

12    Liberty was to make sure that Epic would be able to

13    implement a payment mechanism that would function

14    properly?

15        A.   That's correct.  Well, specifically, we          01:39:24

16    already had a payment mechanism that functioned

17    properly.  The intention was to expose it on that

18    particular platform.

19        Q.   And another objective you had in

20    designing -- in evaluating technical feasibility of        01:39:39

21    Project Liberty was whether it could be done in a

22    way that would not be obvious to Apple?

23        A.   That was something that we had

24    investigated to see if it would make sense to put

25    effort towards as a means of contingency planning.         01:39:55

Page 167

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1      Q.   And what was the result of that                    01:40:01

2   investigation?

3      A.   So the -- the end conclusion was that we

4   decided not to do anything out of the ordinary with

5   our implementations with respect to, like,            01:40:09

6   obfuscating the code other than having it not

7   enabled at the time that we submitted.

8      Q.   What were the obfuscation tactics that

9   Epic considered?

10

11      THE DEPONENT:   Well -- sorry.   We

12   generally looked at -- so we do encrypt some pieces

13   of -- of the build for preventing users from

14   investigating them until we're ready to go live

15   with them.   We looked at maybe doing that.   We        01:40:42

16   decided not to do that.

17      The -- there was generally just sort of,

18   like, a question of how obvious would it be from

19   anybody who was to dump strings on the app, for

20   instance, which was a mechanism that users would     01:40:55

21   often use to look at a build.

22      We also didn't want anybody -- Apple

23   notwithstanding, anybody, users included, to -- to

24   understand that we were thinking about doing this

25   until we decided to actually pull the trigger and     01:41:12

Page 168

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1    enable it.  But I don't think that decision was        01:41:14

2    made until pretty late in the process.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 169

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1          And so -- so what Epic wanted to not be          01:44:44

2     obvious to Apple was the ability of Version 13.40

3     to add the interface for the web payment process?

4          A.   The -- yeah, the -- the ability to turn

5     on multiple payment processors was not enabled in     01:45:11

6     13.40.  So we did not want to be -- we did not want

7     that to be part of the evaluation.

8          Q.   And if it was part of the evaluation,

9     would Epic have expected Apple to reject that app,

10    the update?                                           01:45:27

11         A.   If we had enabled multiple payment

12    providers and then submitted it, I believe Apple

13    would have rejected it, yes.

14

15

16

17

18

19

20

21

22

23

24

25

Page 172

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     Q.   (By Ms. Yang)  If you could open Exhibit

22   162, which is the document bearing Bates Number

23   EPIC_04040995.  And just let me know when you are

24   there.

25     A.   Okay.

Page 181

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1        Q.   All right.  Do you recognize this          02:00:19

2    document?

3        A.   Yes, I do.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 182

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10      Q.    And Epic didn't implement its payment --          02:01:51

11   it's Epic direct payment hotfix into any of the

12   consoles; is that correct?

13      A.    The -- the 13.40 build did technically

14   contain the same code for supporting multiple

15   payment providers that was submitted to the          02:02:08

16   consoles, but we haven't hotfixed on more than one

17   payment provider on any other console other than

18   Apple and Google.

19

20

21

22

23

24

25

Page 183

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Q.   Is it consistent with your understanding | 02:13:18 |
| 2 | that iOS is a relatively small market for Fortnite? | |
| 3 | A.   I mean, the iOS is a very large market in | |
| 4 | general.  Compared to the other consoles in | |
| 5 | Fortnite in particular, yes, it's -- it's | 02:13:29 |
| 6 | comparative small. | |
| 7 | Q.   Right.  So looking at this chart, PS4, | |
| 8 | that platform has almost 40 percent of all | |
| 9 | projected revenue for Fortnite in 2020; is that | |
| 10 | correct? | 02:13:43 |
| 11 | A.   That's correct. | |
| 12 | Q.   Compared to 5.8 percent for iOS? | |
| 13 | A.   Correct. | |
| 14 | Q.   And, similarly, Xbox One is 24.0 percent? | |
| 15 | A.   Yes.  That's correct. | 02:13:58 |
| 16 | Q.   And that's multiples higher than iOS? | |
| 17 | A.   That is four times higher than iOS. | |

Page 191

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14        Q.   What was Epic's expectation as to whether

15   or not iOS and Google Play players would migrate to        02:15:02

16   other platforms if Fortnite become unavailable in

17   iOS and Google Play?

18

19            THE DEPONENT:   So I think it's an

20   important distinction -- I think it's an important        02:15:17

21   distinction to look at the fact that what's

22   actually being said here is that 44 percent of

23   players already played on multiple platforms.   So

24   the expectation we had was that anyone who was

25   already on more than one platform would be able to        02:15:29

Page 192

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | continue to play on the other platforms that they | 02:15:32 |
| 2 | already played on.   There's no statement as to | |
| 3 | expectations for users to migrate. | |
| 4 | Q.   (By Ms. Yang)   And that's because | |
| 5 | Fortnite is a game that enables cross-play and | 02:15:46 |
| 6 | cross-progression; is that correct? | |
| 7 | A.   If you're lucky enough to have more than | |
| 8 | one device to play on, yes. | |
| 9 | Q.   And it seems like 44 percent of the | |
| 10 | revenue in April 2020 came from people who had more | 02:15:59 |
| 11 | than one device? | |
| 12 | A.   44 percent of the iOS revenue came from | |
| 13 | people who also had another device, yes. | |
| 14 | Q.   And for those people it would have been a | |
| 15 | fairly seamless experience to transfer from playing | 02:16:13 |
| 16 | Fortnite on iOS to transfer to play on whatever | |
| 17 | other platform they had? | |
| 18 | | |
| 19 | THE DEPONENT:   Yeah.   I think it's | |
| 20 | reasonable to assume that they started playing on | 02:16:23 |
| 21 | one of the other platforms since -- since iOS is | |
| 22 | a -- was a later release target for us.   The fact | |
| 23 | that there -- it's possible to make purchases using | |
| 24 | mobile is somewhat attractive to people who play | |
| 25 | console primarily.   But I don't think that, for | 02:16:42 |

Page 193

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1    mobile-centric players, it would be particularly         02:16:47

2    easy for them to move over, especially given the

3    way in which you play tends to be different when

4    you're playing mobile.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 194

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1        Q.    Was the Project Liberty team given            02:35:13

 2   specific instructions not to reveal Epic direct

 3   payment plans to Apple before it launched?

 4        A.    Our general instructions for -- for all

 5   of Fortnite are not to talk about anything until     02:35:25

 6   it's launched outside of the company.  That's just

 7   general policy.

 8        Q.    Were there any specific instructions

 9   given about sensitivity of Project Liberty in

10   particular?                                          02:35:45

11        A.    There were -- it was on a need-to-know

12   basis.  That's true.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

1          MS. YANG:   All right.   If you could turn          02:36:50

2    to the document that we've marked as Exhibit 164 --

3             (Exhibit 0164 was marked for

4    identification by the court reporter and is

5    attached hereto.)                                        02:36:58

6          MS. YANG:   -- which is Bates Number

7    EPIC_00181306.

8

9

10

11

12

13

14

15       Q.   (By Ms. Yang)   Okay.   Do you recognize          02:37:32

16   this document?

17       A.   Let's see.

18             Yes, I believe I recall this one.

19

20

21

22

23

24

25

                                                    Page 209

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Nicholas Penwarden**
**(January 26, 2021)**

**Time**

| Apple Inc.'s Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s Designations<br><br>(Blue Highlight) |
|---|---|
| 27 minutes 18 seconds | 3 minutes 13 seconds |

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                   OAKLAND DIVISION
4
5   EPIC GAMES, INC.,
6        Plaintiff,
         Counter-defendant,
7
             vs.              Case No. 4:20-cv-05640
8                                   YGR
    APPLE INC.,
9
         Defendant,
10       Counterclaimant.
    _____
11
12  IN RE APPLE IPHONE          Case No. 4:11-cv-06714
    ANTITRUST LITIGATION              YGR
13  _____
14
15
16
17
18
19
20
21
22
23
24
25  (caption cont'd)
```

                                        Page 1

1    DONALD R. CAMERON, et al.,

2        Plaintiffs,

3            vs.              Case No. 4:19-cv-03074

                                    YGR

4    APPLE INC.,

5        Defendant.

     _____

6

7

8

9

10

11

12   ZOOM DEPOSITION OF NICHOLAS PENWARDEN & EPIC GAMES,

13       INC'S 30(b)(6) CORPORATE REPRESENTATIVE

14   (Reported Remotely via Video & Web Videoconference)

15    Chapel Hill, North Carolina (Deponent's location)

16            Tuesday, January 26, 2021

17                  Volume I

18

19

20

     STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4430767

25   PAGES 1 - 248

                                        Page  2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          THE COURT REPORTER:  You do solemnly

17     state under penalty of perjury that the testimony

18     you are about to give in this deposition shall be

19     the truth, the whole truth, and nothing but the

20     truth?                                        09:13:38

21          THE DEPONENT:  I do.

22

23

24

25

Page 17

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14         Q.   And when did you start your job at

15    Epic Games?                                       09:16:16

16         A.   I started in 2011, April -- April 2011, I

17    believe.

18

19

20

21

22

23

24

25
```

                                                        Page  20

```
 1

 2

 3

 4        Q.   And what are your current

 5   responsibilities as the vice president of          09:16:59

 6   engineering?

 7        A.   I am responsible for the engineering team

 8   that -- that create Unreal Engine.  I'm responsible

 9   for the engineering team that work on Fortnite.

10   And then, more generally, I'm responsible for the    09:17:15

11   sort of engineering processes and practices that we

12   have at Epic on those teams.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  21

1          And do you know how the -- how Epic          09:31:54

2   monetizes the Unreal Engine?

3        A.   I do.

4          After the first million dollars of gross

5   revenue, licensees who use the engine are -- or pay          09:32:05

6   5 percent of their revenue as a royalty to Epic.

7        Q.   And is that -- is that in perpetuity?

8        A.   As far as I'm aware, yes.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 30

```
 1

 2

 3

 4

 5

 6

 7

 8       Q.   Sure.  I'm speaking colloquially, but the

 9    point that I'm getting at is Unreal Engine is a

10    business?                                         09:37:40

11       A.   That's right.  Unreal Engine is a

12    business.

13       Q.   And in order to continue to provide that

14    service, Epic seeks to make a profit on Unreal

15    Engine through the monetization model that we      09:37:53

16    discussed earlier?

17

18

19          THE DEPONENT:  Similar answer.  I believe

20    that Epic does seek to make a profit.  But, again,  09:38:02

21    how much profit we receive from Unreal Engine

22    versus other products, I don't know.

23

24

25

                                                   Page 34
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          Q.   Okay.   And can you describe for me a

17    little bit the cross-platform capabilities in

18    Fortnite?

19          A.   Sure.   Fortnite is -- so Fortnite,

20    utilizing the Unreal Engine, we create -- we've                09:43:08

21    basically created a single game where the same game

22    logic runs on each of the consoles that we support:

23    PC, Mac, the mobile platforms that we support.

24              And by utilizing the tools in Unreal

25    Engine, artists are able to author the content once            09:43:34

Page 37

1   and then the engine handles a lot of the                    09:43:37

2   platform-specific differences related to, for

3   instance, graphics techniques or how to play audio

4   on individual devices.

5

6

7

8

9

10

11

12

13

14        For all of the platforms on which

15   Fortnite is available, are there differences         09:44:22

16   between the user experience on each of those

17   different platforms between consoles, mobile,

18   tablets, and whatnot?

19        A.   In terms of the game play experience

20   itself, we do our best to -- it's -- let me          09:44:35

21   rephrase that.

22             It's fundamentally the same game.  So it

23   is the same game mechanics.  Players on different

24   platforms can participate in the same game at the

25   same time all playing by the same rules.  The        09:44:49

Page 38

1    differences are primarily visual or related to          09:44:55

2    input.

3         So some players will use a keyboard and

4    mouse; some players, a controller; some players, a

5    touchscreen interface, of course, particularly on          09:45:06

6    mobile devices.  And, again, in terms of the visual

7    quality, depending on the performance

8    characteristics of the hardware, some platforms

9    will use lower polygon models or lower resolution

10   textures or different rendering techniques that are          09:45:29

11   more apt for the particular platform.

12

13

14

15

16

17

18        Q.   And what about -- are all of the same

19   features in the games in terms of purchases, skins,

20   dances, and whatnot the same across all of the          09:46:01

21   platforms?

22        A.   I believe that they are.

23        Q.   And so if somebody has Fortnite on a

24   PlayStation 4 and they log in and -- to -- to

25   access the app on their iPhone, they have access to          09:46:16

Page  39

1    the same -- the same content that they have                09:46:20

2    purchased, for example?

3        A.   I believe that you have access to all the

4    same content across -- all the content that you own

5    across platforms.                                          09:46:33

6        Q.   And is it also true for -- you will have

7    to forgive my ignorance here, but I don't know if

8    there are levels in Fortnite or if there's some way

9    of tracking your progress on the game.   Is that

10   maintained across the different platforms?                 09:46:46

11       A.   Yes.   We call it cross-progression, but

12   your progression through the game is -- is

13   maintained across platforms.

14

15

16

17

18

19

20

21

22

23

24

25

Page  40

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15          And we don't need to get into the        09:55:13
16   details, but essentially Epic enters into certain
17   license agreements with Apple for the ability to
18   use Apple's proprietary software; is that right?
19       A.   Yes, I believe that to be true.
20       Q.   And without entering into those license    09:55:28
21   agreements with Apple, Epic would have no right to
22   use any of that proprietary software; is that
23   right?
24
25          THE DEPONENT:   I expect that is true.    09:55:39
```

Page 46



```
 1

 2

 3

 4

 5

 6

 7

 8              It looks like we have Exhibit 18 up.

 9              And for the record, I'll note that we

10   have marked as Defendant's Exhibit 18 a document        10:12:22

11   Bates-stamped EPIC_01920438.

12              And feel free to take a moment to look at

13   this, Mr. Penwarden.  But, when you finish, can you

14   let me know if you recognize this document?

15        A.    Yes.   I see the document and recognize      10:13:09

16   it.

17

18

19

20

21

22

23

24

25
```

Page 57



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14        Q.   Okay.  So the third paragraph down in

15   that email, it says, "Nick had mentioned to me some        10:14:17

16   of your positive experiences regarding the Fortnite

17   development effort and the role Metal and our iOS

18   GPU HW/SW played in that effort and, in general and

19   in particular, in comparison to your experience

20   with other platforms."                                     10:14:37

21            Did I read that correctly?

22        A.   You did.

23

24

25

                                                    Page  58
```

```
 1

 2

 3

 4

 5

 6

 7

 8

 9        Q.   (By Ms. Yang)   Sure.   But just focusing

10   on the iPhone iOS platform right now, the --                    10:18:41

11   comparing Apple's Metal API to the Android OpenGL

12   API, Epic had a positive experience in terms of

13   developing Fortnite for iOS compared to Android;

14   is that correct?

15

16

17            THE DEPONENT:   We had a -- we had a much

18   more positive experience developing Fortnite on --

19   on iOS using Metal.   But I -- I guess I want to

20   also clarify that I'm talking about the entire                  10:19:20

21   graphics stack here.   So it's not specifically

22   Metal versus OpenGL; it is -- it's Metal, it's the

23   graphics driver, and the -- the hardware itself.

24            Again, it gets back to the breadth of

25   hardware on Android versus the smaller sample set               10:19:37
```

1   on Apple.                                                10:19:41

2        Q.   (By Ms. Yang)   Sure.

3              But you would agree that Metal -- Apple's

4   proprietary Metal software was part of the reason

5   why the development experience on the iOS              10:19:50

6   platform was better in this case than for

7   developing for Android?

8

9              THE DEPONENT:   To be honest, I'm not

10  sure.  I think the -- specifically to your question    10:20:08

11  that Metal is -- I take your question to be asking

12  whether Metal was the reason or the predominant

13  reason or a significant factor.  I'm not sure.

14  OpenGL could also perform similarly well or be made

15  to perform similarly well, I believe.                  10:20:34

16              However, I would also say that getting

17  Fortnite running on iOS using Metal was a very

18  positive experience and, again, easier than the

19  experience we had on Android platforms.

20       Q.   (By Ms. Yang)   All right.   And we can      10:20:59

21  actually, then, look at the top of the page here in

22  the email from Mr. Sweeney responding.   At the top

23  of the page, he says, "Yes, we'd be happy to share

24  some quotes on Metal, which had been a dream to

25  work with compared to other things.   And we're       10:21:11

1   happy to either share or support Apple in sharing          10:21:14

2   any technical details about Fortnite performance,

3   optimization, and feature usage on iOS and Mac."

4          Do you see that?

5       A.   I do.                                              10:21:27

6       Q.   Do you agree with Mr. Sweeney that Metal

7   had been a dream to work with compared to other

8   things?

9       A.   I would refer to my previous testimony.

10  But, again, I agree that working -- I would agree          10:21:41

11  with working with Metal has been a dream -- or, in

12  this case, was a dream compared with working with

13  OpenGL on Android.

14

15

16

17

18

19

20

21          MS. YANG:  And for the record, I'll note

22  that we have marked as Defendant's Exhibit 19 a

23  document Bates-labeled EPIC_000011599.

24

25

Page 63

1     But my first question will just be the same thing.          10:22:35

2              Do you recognize the document?

3        A.   Yes, I recognize the document.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 64

1

2          Q.   Okay.   And then the next part of that

3     email says, "Here is a starting point:   The

4     performance and features of Metal allowed us to

5     bring the full Fortnite Battle Royale experience          10:25:17

6     to iOS quickly and at higher quality than is

7     possible with OpenGL."

8               Did I read that correctly?

9          A.   You did.

10         Q.   And is that a sentence that you wrote in          10:25:29

11    this email?

12         A.   I believe it is, yes.

13         Q.   And do you still agree with that sentence

14    today?

15         A.   I do, with the same context that I gave          10:25:39

16    above.   Actually, I think the -- the line above

17    that states it pretty well that the performance

18    gain over OpenGL, I later qualify that as Android

19    was the -- was, I say here, "the number one

20    differentiator that allowed us to get Battle Royale          10:26:01

21    running on iOS faster than on Android."

22

23

24

25

Page 66

```
1

2

3

4

5

6

7

8

9        Q.    And it says, "We have been making use of

10   Metal on iOS to great effect since its release in          10:26:42

11   2014.  A fast, agile, feature-rich API like Metal

12   is exactly what we need to bring a game designed

13   for modern consoles and desktops to the

14   battery-powered iPhone and iPad."

15            Do you see that?                                   10:27:00

16       A.   I do.

17       Q.   And what does it mean when -- first of

18   all, do you agree with that statement?

19       A.    I broadly agree with the statement the --

20   yeah, I broadly agree with the statement.                  10:27:39

21       Q.   And what does it mean when the statement

22   is -- when -- when -- "a fast, agile, feature-rich

23   API like Metal," what does that phrase mean in the

24   context of software development?

25       A.    In the context of software development,          10:28:04
```

Page 67

1    "fast" here is referring to performance, "agile" is          10:28:06

2    referring to changing of features -- so addition of

3    new functionality -- and "feature-rich" is the

4    extent of features supported by the API.

5        Q.   And according to this statement, these              10:28:32

6    are all characteristics that Apple's Metal software

7    has?

8        A.   Yes.  I think that's right.

9        Q.   And why is that useful -- why are --

10   those features in the Metal API, why are those            10:28:46

11   useful to help bring a game designed for consoles

12   and desktops to a mobile device like an iPhone or

13   iPad?

14       A.   In the context of Metal, one of the

15   goals, as I understand it, that the engineering          10:29:03

16   team had was to reduce the CPU cost at the driver

17   level.  So reducing CPU cost gets back to the

18   performance differences that I was referring to

19   earlier.  In addition, reducing CPU costs reduces

20   battery consumption, which -- which gets to the          10:29:28

21   part of battery-powered iPhone and iPad.

22       Q.   And so having a fast, agile, feature-rich

23   API like Metal will actually improve the

24   performance of apps on battery-powered devices; is

25   that right?                                               10:29:47

Page 68

1

2

3

4          THE DEPONENT:  I think, again, it -- it

5     allows for applications to perform better and use          10:29:56

6     less power consumption than they otherwise would on

7     Apple's platforms.

8          Q.   (By Ms. Yang)  And then the next sentence

9     of this statement says, "As a developer, it blows

10    OpenGL in every way."          10:30:11

11          Do you agree with that?

12          A.   I do.  I would quality it as, clearly,

13    the OpenGL implementations that were available to

14    us at the time on iOS and on Android.

15          Q.   And then finally the last sentence says          10:30:33

16    that -- of that first paragraph says, "We were able

17    to get Fortnite ship-ready on iOS in a handful of

18    months as we weren't hindered by graphics."

19          Do you see that?

20          A.   I do.          10:30:46

21          Q.   And how was Metal able to speed up the

22    process of getting Fortnite ship-ready on iOS?

23          A.   In this case, it was primarily related to

24    performance.  So, again, the performance of the

25    graphics stack on -- on iOS was such that we          10:31:04

Page 69

1    didn't have to spend as much time optimizing for          10:31:09

2    iOS to get it ready for ship.

3         Q.   So, as a result, Epic was label to launch

4    Fortnite on iOS faster?

5         A.   Yes, we were able to launch Fortnite on          10:31:27

6    iOS than we would have been able to had -- had --

7    iOS's graphics stack had the same performance

8    characteristics that it did prior to Metal.  That's

9    an accurate statement.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  70

1

2

3

4          Does Epic compensate Apple or pay Apple

5    for any of the engineering know-how for Apple's          11:03:14

6    contributions to the collaboration?

7          A.   To my knowledge, no, we do not pay Apple

8    money for -- for the collaboration -- or for

9    participating in the collaboration.  I mean, the

10   nature of the collaboration is we both believe it's      11:03:38

11   mutually beneficial to participate.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 84



1

2

3

4

5

6

7

8

9

10

11

12

13

14     Q.   Okay.  And the next sentence says, "Epic

15   and Apple held weekly conference calls to discuss          11:17:13

16   existing engineering issues as well as anticipated

17   issues with Apple's prerelease software (e.g., beta

18   OS and/or Xcode) that was made available to Epic

19   through the Apple Developer Program."

20          Do you see that?                                    11:17:30

21     A.   Yes, I see that.

22     Q.   Is that consistent with your experience

23   that Epic and Apple would have weekly conference

24   calls on engineering issues?

25     A.   Yes.  I recall we had weekly conference         11:17:44

Page 93

1   calls set up between our engineering team and the          11:17:47

2   GPU software team at Apple.

3        Q.   Did you participate in those weekly

4   conference calls?

5        A.   I used to participate in them.  I don't          11:17:57

6   recall specifically what years or time frame, but

7   from time to time.

8        Q.   Sure.  But some engineering team at Epic

9   has weekly conference calls with an engineering

10  team at Apple; is that right?                              11:18:14

11       A.   Yes, that's my understanding.

12       Q.   Okay.  About how many Apple engineers

13  would participate in those calls?

14       A.   I don't recall an exact number.  I would

15  say on the order of two to four in most cases.            11:18:34

16       Q.   And how long would those calls last?

17       A.   I'm not sure.  I would say most of the

18  calls would take somewhere between 30 minutes and

19  an hour.  I'm trying to remember as well -- I

20  believe on the Epic side, we would typically have         11:18:58

21  anywhere between three and six engineers

22  participate in those conference calls.

23       Q.   All right.  The next sentence of the

24  response says, "These calls covered the following

25  Fortnite-related topics:  discovery and                   11:19:11

Page 94

1    resolution of the graphic driver bugs in iOS and          11:19:14

2    macOS; memory usage and bugs affecting Epic's

3    ability to implement and support iOS and macOS

4    features; investigation into rendering issues in

5    Fortnite caused by Apple's Metal software; and            11:19:28

6    Epic's testing and providing feedback on Apple

7    developer tools."

8            Do you see that?

9        A.   I do.

10       Q.   And is that accurate to the best of your         11:19:37

11   knowledge?

12

13            THE DEPONENT:   I believe that is -- that

14   is an accurate statement.   During the -- during our

15   development of Fortnite Unreal Engine on Apple           11:19:56

16   platforms, we frequently find driver bugs that

17   cause either graphics glitches or instability in

18   our products.

19            Sorry.   The -- the instability noted is

20   most often in the drivers for macOS or iOS.   They        11:20:15

21   manifest as bugs in Fortnite or in Unreal Engine.

22   So we use these conference calls as a way to raise

23   these issues with the engineering team at Apple so

24   that they can go and investigate the issues

25   themselves and hopefully fix the -- the issues            11:20:34

Page 95

1    in -- in Metal or in -- in drivers so that when --          11:20:38

2    so that in the next release of either iOS or

3    macOS, as it were, those bugs are not present.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 96

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          What is your understanding of how Epic                11:26:11

21    pays Apple for any services or tools provided by

22    Apple to -- for Epic to create, develop, or

23    maintain iOS Fortnite?

24        A.   My understanding with respect to the

25    developer tools and SDKs is that, like most                 11:26:31

Page 99

1    platforms, Apple provides those SDKs and tools for        11:26:37

2    a nominal fee, similar to -- to other platforms in

3    order to encourage -- I expect in order to

4    encourage developers to create software for the

5    platforms.                                                11:26:54

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16        Q.    (By Ms. Yang)    And for the record we've

17    marked as Exhibit 23 a document that begins with

18    Bates Number EPIC_00578585.

19            And I'll ask you, Mr. Penwarden, to take

20    a look at this and let me know if you recognize        11:44:46

21    this document.

22        A.    Okay.    I recognize the document.

23        Q.    All right.    And this is an email exchange

24    between a few people at Epic Games, including

25    yourself, from around November 2017; is that right?    11:45:39

Page 110

1        A.    That's right.                                    11:45:44

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 111



```
1

2

3

4

5

6

7

8

9

10        MS. YANG:  And, for the record, we've        11:54:34

11   marked as Defense Exhibit 24 a document that has

12   been Bates-stamped EPIC_00433495.

13        Q.   (By Ms. Yang)  And after you've had a

14   chance to take a look at it, can you let me know if

15   you recognize this document.                        11:54:49

16        A.   Okay.  I recognize the document.

17

18

19

20

21

22

23

24

25

                                               Page 116
```

```
 1

 2

 3

 4        Q.   Was that a frequent type of communication

 5   that Epic would have with Apple in terms of Apple          11:57:38

 6   previewing new features that it was working on?

 7        A.   That would happen time -- from time to

 8   time.  I'm trying to -- I'm struggling with the

 9   word "frequent" that you used.

10           We would, from to time to time, be            11:57:57

11   informed by Apple of new functionality coming on

12   Apple's platforms.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18    Bates Number 495.  And there's an email sent from
19    Robert Partington on May 12, 2020, at 2:37 p.m.
20         Do you see that?                          12:01:23
21      A.   I do.
22      Q.   And the first paragraph says, "Checking
23    in to see how things are going with ARKit 3.5 and
24    if there are any use cases that emerged for the
25    LiDAR scanner in enterprise or virtual sets."     12:01:34
```

Page 120

1            Do you see that?                           12:01:40

2       A.   I see that, yes.

3       Q.   Can you explain what the context for that

4  discussion is?

5       A.   My understanding is that Rob is asking     12:01:46

6  whether or not we have customers with a use case

7  for the LiDAR scanner that Apple would be able to

8  highlight to other developers at Worldwide

9  Developer Conference, presumably for the purpose of

10  showing off the features and work that they've      12:02:10

11  developed.

12      Q.   And then the next sentence says, "We are

13  ramping up for virtual WWDC, and I want to get UE

14  in the best position for any opportunities that

15  start to pop up."                                    12:02:27

16           Do you see that?

17      A.   I do.

18      Q.   And just to be clear, WWDC is referring

19  to Apple's Worldwide Developer Conference; is that

20  correct?                                             12:02:37

21      A.   I believe that's so.

22      Q.   And then UE in that context is referring

23  to the Unreal Engine?

24      A.   I understand that to be the case, yes.

25      Q.   What types of opportunities would pop up   12:02:48

1    for the Unreal Engine at the Worldwide Developer          12:02:51

2    Conference?

3         A.   I'm not sure I -- I entirely agree with

4    the premise of the question.   The -- I think the --

5    my understanding is the opportunities that Rob is        12:03:17

6    referring to would be opportunities to show

7    features and functionality at Worldwide Developer

8    Conference that use the Apple SDK in question

9    here -- or in this case, the -- the hardware, the

10   LiDAR scanner on the iPad.                                12:03:43

11        Q.   Well, specifically, I'm asking about the

12   Unreal Engine.   He says, "I want to get Unreal

13   Engine in the best position for any opportunities

14   that start to pop up."

15             Is that correct?   That's what it says?        12:03:53

16        A.   That is what Robert's email says, yes.

17        Q.   Yup.

18             So Unreal Engine, as we discussed

19   earlier, is a product that Epic makes available to

20   third-party developers; is that correct?                 12:04:10

21        A.   That's correct.

22        Q.   Were there ever any instances in which

23   Unreal Engine or other Epic products were, for

24   example, featured at Apple's Worldwide Developer

25   Conferences?                                             12:04:23

                                            Page 122

1       A.    In the past we have participated in       12:04:27

2   Apple's Worldwide Developer Conference and shown

3   technical demonstrations that were developed using

4   Unreal Engine.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 123

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21      Q.   (By Ms. Yang)   Okay.   And what are the

22    benefits to Epic of allowing cross-platform play in

23    Fortnite, for example?

24      A.   I will speak primarily to the -- to the

25    engine and technology side of things as the games        01:03:45

Page 135

1    and business side of things, again, is not really          01:03:49

2    my role at Epic.

3              But on the technology side one of the

4    benefits is that it -- it aids us in proving out

5    the technology of Unreal Engine, again running the          01:04:03

6    same content -- or substantially similar content

7    and same game across multiple platforms.

8          Q.   And so Epic can develop the game once,

9    and then it can be used in a variety of different

10   platforms; is that correct?  With some adjustments          01:04:23

11   with each platform, I understand.

12         A.   There's some additional work and

13   engineering that goes into each -- each platform

14   that we support, but we substantively support the

15   same game across -- across multiple platforms.             01:04:38

16         Q.   And then end users have the choice of

17   which platform or platforms that they would like to

18   choose to be able to play Epic -- Epic games like

19   Fortnite; is that correct?

20         A.   Yeah.  Players are allowed to choose           01:04:56

21   which -- which platforms they want to play Fortnite

22   on.

23         Q.   Including some players -- players have

24   the option to choose more than one platform to play

25   Fortnite?                                                  01:05:08

Page 136

1          A.   That's right.  Players may play Fortnite          01:05:09

2     on several different platforms.

3          Q.   And that includes different platforms in

4     terms of you can have the option of playing on a

5     console versus playing on a mobile versus playing          01:05:19

6     on tablet?

7          A.    Yes.   A Fortnite player can choose to

8     play on their phone in the morning and on a console

9     in the evening if that's what they so choose.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 137

1

2

3

4

5

6

7

8

9

10

11

12

13

14          MS. YANG:  All right.  For the record,

15   this is Defense Exhibit 29, which is the document          01:44:59

16   Bates-stamped EPIC_00033947.

17       Q.  (By Ms. Yang)  And once you've had a

18   chance to take a look, if you could confirm whether

19   you recognize this document.

20       A.  I see the email, and I have skimmed          01:46:49

21   through it.

22       Q.  Okay.  So this is another email between a

23   lot of people at Epic around August of 2018; is

24   that correct?

25       A.  That's correct.          01:47:00

Page 161

1          Q.    So looking at the second page of the --          01:47:04

2     the second page of the email, the page that ends

3     with Bates Number 948, in the middle of the page

4     there's an email from Arjan Brussee on August 8th,

5     2018, at 4:59 p.m.                                          01:47:15

6               Do you see that?

7          A.    I do.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 162

```
 1

 2        Q.    When was Metal first released?

 3        A.    I believe it was June 2014 when the first

 4   version of Metal was released.

 5

 6

 7

 8

 9

10        Q.    (By Mr. Even)  At the time was Metal a          04:42:18

11   developers' dream come true?

12        A.    No.

13                                        .

14        Q.    (By Mr. Even)  Back in 2014, did Apple

15   reach out to Epic and ask to collaborate on Metal?         04:42:30

16        A.    Apple approached Epic in early 2014 to --

17   to disclose that they were working on Metal and to

18   get our feedback on the API and what they were

19   doing and to help get -- or to get Unreal Engine

20   running on Metal so that they could understand how        04:42:57

21   the API works and performs with a -- with a AAA

22   console-style graphics workload.

23        Q.    What, if anything, has Epic done from

24   2014 through 2018 that contributed to Metal

25   becoming such a good platform by 2018?                     04:43:23
```

Page 243

1

2

3              THE DEPONENT:   Throughout the years

4    between -- from 2014 to 2018, Epic and Apple

5    collaborated to -- so on our side, we continued to          04:43:41

6    invest time and -- and engineering into supporting

7    new features on Metal to -- to improving and

8    optimizing the engine on Metal and investigating

9    bugs that we found that were unique to Metal that

10   were typically in the driver or in the                     04:44:05

11   implementation of Metal, and then working with

12   Apple to be able to provide the GPU software team

13   with repro cases and information about -- about

14   those issues so that they could fix those issues in

15   Metal.                                                     04:44:28

16

17

18

19

20

21

22

23

24

25

                                                      Page 244

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Mark Rein**
**(February 10, 2021)**

**Time**

| Apple Inc.'s Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s Designations<br><br>(Blue Highlight) |
|---|---|
| 14 minutes 53 seconds | 19 seconds |

```
1               UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    OAKLAND DIVISION
4
5    EPIC GAMES, INC.,
6         Plaintiff,
          Counter-defendant,
7
            vs.                Case No. 4:20-cv-05640
8                                   YGR
     APPLE INC.,
9
          Defendant,
10        Counterclaimant.
     _____
11
12   IN RE APPLE IPHONE         Case No. 4:11-cv-06714
     ANTITRUST LITIGATION            YGR
13   _____
14
15
16
17
18
19
20
21
22
23
24
25   (caption cont'd)

                                        Page 1
```

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1   DONALD R. CAMERON, et al.,

2        Plaintiffs,

3            vs.                Case No. 4:19-cv-03074

                                    YGR

4   APPLE INC.,

5        Defendant.

    _____

6

7

8

9

10

11    **HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

12            ZOOM DEPOSITION OF MARK REIN

13   (Reported Remotely via Video & Web Videoconference)

14         Ocala, Florida Deponent's location)

15           Wednesday, February 10, 2021

16                    Volume I

17

18

19

20

    STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

    California CSR No. 12546

22   Nevada CCR No. 827

    Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4453817

25   PAGES 1 - 161

                                        Page  2

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Q.   When did you join Epic Games, sir? | 09:15:46 |
| 21 | A.   Around early 1992. | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Q.   And you've been with the company ever | 09:16:04 |

Page 19

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

 1    since?                                              09:16:06

 2         A.    Yes.

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.    And are the things that you are involved

24     in today still in the arena of sales and marketing

25     and sales and marketing strategy?                    09:18:55

Page 21

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1      A.    Typically, yes.                                09:18:57

2

3

4

5

6

7

8            And do you currently sit on the board of

9    directors for Epic?

10     A.    Yes.                                            09:19:21

11     Q.    And how long have you been on the board?

12     A.    Since we created the board.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page  22

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



```
1
2
3
4
5
6              And in the course of your
7    responsibilities or your job function, have you had
8    dealings with Apple?
9        A.   Yes.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22      Q.   Well, while Fortnite was on the

23   App Store, did Apple offer marketing and

24   promotional support for it?

25      A.   Yes.                                    09:51:51

Page 48

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1      Q.    Okay.   And what sort of marketing and        09:51:51

2   promotional support did Apple provide?

3      A.    Apple would feature your app occasionally

4   when you had something important going on.

5      Q.    You mean --                                    09:52:08

6      A.    Sorry.   Apple would feature Fortnite

7   occasionally when we had something important going

8   on.

9      Q.    And what does that mean in the context of

10  an App Store to feature it?                             09:52:15

11     A.    It means they would give it a prominent

12  placement on one of the pages of the App Store.

13

14

15

16     Q.    What other sorts of promotion and

17  marketing did Apple provide for Fortnite?

18     A.    One time they put us up on stage and they

19  demonstrated Fortnite at one of their -- I can't

20  remember if it was a developer conference or a         09:52:54

21  product launch.

22

23

24

25

Page  49



1

2

3

4

5

6

7        Q.   Did Apple and Epic collaborate

8    effectively on the marketing and promotional

9    efforts that you do recall?

10        A.   I think so.                               09:53:43

11        Q.   And did the marketing and promotion

12   provided by Apple benefit Epic?

13        A.   I -- I think it did.

14        Q.   How?

15        A.   Through more people being aware of the    09:54:00

16   game.

17        Q.   No matter which platform they ultimately

18   played it on?

19        A.   Well, the marketing would have been

20   targeted at iOS users.                             09:54:14

21        Q.   One of the significant elements of

22   Fortnite is cross-platform play, correct?

23        A.   Yes.

24

25

Page  50

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          (Exhibit 188 was marked for

24     identification by the court reporter and is

25     attached hereto.)                              09:56:03

Page 51

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

```
 1        Q.    (By Mr. Doren)  Mr. Rein, while you          09:56:08
 2   review that, I will describe for the record that
 3   this Exhibit 188 is a two-page document which
 4   contains an email string, and the first page of the
 5   exhibit is EPIC_00010165.                               09:56:18
 6            Please take a moment and review that
 7   document.
 8            THE DEPONENT:  Yup.  I've reviewed it.
 9        Q.    (By Mr. Doren)  Thank you very much, sir.
10            First of all, do you recognize this as an      09:57:02
11   email chain in which you participated including
12   various Epic colleagues on January -- from
13   January 17th, 2018?
14        A.    Yes.
15
16
17
18
19
20
21
22
23
24
25
```

Page 52

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8      Q.    In 2019 Epic hosted a virtual concert

9  with the DJ named Marshmello, correct?

10      A.    I believe it was in 2019, yes.          10:18:54

11      Q.    But you recall the event, correct?

12      A.    I recall the event.   I don't recall the

13  exact date.

14      Q.    Thank you.

15            And can you describe what the event was,   10:19:02

16  please.

17      A.    The Marshmello concert was an in-game

18  event where we had the Marshmello character doing a

19  show and to Marshmello music.

20      Q.    And for those of us that aren't quite as   10:19:20

21  hip as others, what is Marshmello?   Or who is

22  Marshmello?

23      A.    He's a famous DJ artist.

24      Q.    And did Epic consider this to be a major

25  event?                                            10:19:36

Page 65

1      A.   Yes, I believe we did.                    10:19:38

2      Q.   And when you say it was "an in-game

3   experience," was it within Fortnite?

4      A.   It was within Fortnite.

5      Q.   And was it available on all platforms?    10:19:47

6      A.   Yes, I believe it was.

7      Q.   Meaning mobile and consoles and PCs?

8      A.   Yes, whatever -- within Fortnite.

9   Wherever you played it.

10     Q.   Was it available on the web-based          10:20:07

11  versions of Fortnite?

12     A.   What web-based versions of Fortnite?

13     Q.   Those available, for example, through

14  GeForce?

15     A.   It should have been, yes.                 10:20:22

16     Q.   Thank you.

17          And did viewers purchase tickets to

18  attend that event?

19     A.   No.

20     Q.   It was free?                              10:20:30

21     A.   It was a free event.

22     Q.   And did Apple offer marketing support for

23  the Marshmello event?

24     A.   I believe they did.

25     Q.   And do you recall what it was?            10:20:47

Page 66

1      A.    I believe they did some sort of featuring          10:20:52

2  on the store.

3      Q.    And when you say featuring on the store,

4  what do you mean?

5      A.    I think they wrote a story about it or            10:21:01

6  placed a Fortnite imagery in -- in -- in a featured

7  location on App Store.

8      Q.    And do you recall any other marketing or

9  promotion that Apple did with Epic around the

10 event?                                                        10:21:19

11     A.    Apple Music did some advertising, some

12 outdoor advertising, I believe.

13     Q.    Do you recall?

14     A.    And featured -- and featured music from

15 the event in Apple Music.                                     10:21:32

16     Q.    And did you consider that to be a benefit

17 to Epic's profile?

18

19

20         THE DEPONENT:   I -- it helped get more             10:21:49

21 people to listen to the music that was from the

22 Fortnite Marshmello concert, perhaps.

23     Q.    (By Mr. Doren)   And do you consider that

24 to be a good thing?

25     A.    If you like that kind of music, it's a            10:22:02

Page 67

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1    good thing, yes.                                    10:22:04

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 68

1

2

3

4

5

6

7

8

9

10

11

12          Exhibit 190 is a multipage email string,

13      the first page of which begins with an email from

14      Edward Zobrist to you and others sent on

15      January 30th, 2019.  The document bears numbers          10:44:09

16      EPIC_00193236 through 40.

17

18

19

20

21

22      Q.   Mr. Rein, have you had an opportunity to

23      review Exhibit 190?

24      A.   Yes.

25      Q.   And do you recognize it as an email chain          10:47:57

Page 69

1    among various Epic employees, including yourself,        10:48:01

2    from January of 2019?

3         A.    Yes.

Page 70



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10           You then go on and state:  "With            11:02:07

11    controller support and if Apple gets behind

12    promoting that, we could see huge growth on iOS."

13           Do you see that?

14       A.   Yes.   I wrote that.

15       Q.   What did you mean by that statement?       11:02:18

16       A.   I think I mean what it said.   With

17    control and support and if Apple gets behind

18    promoting, we could see huge growth on iOS.

19

20

21

22

23

24

25
```

Page 82

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2          And you mentioned that -- and why is it a

3   good thing to have Apple advertise your product?

4          A.   Any -- almost any advertising for your

5   product is a good thing.                          11:08:18

6          Q.   And Apple is a -- a well-known brand?

7          A.   Yes.

8          Q.   And a highly regarded brand?

9          A.   Yes.

10         Q.   And being affiliated with Apple is      11:08:28

11   beneficial to Epic?

12         A.   I believe it's beneficial to Fortnite

13   when they are marketing Fortnite.

14

15

16

17

18

19

20

21

22

23

24

25

Page 87

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          MR. DOREN:  Sarah, let's, please, look at          11:26:55

Page 100



1   Tab 34, which is a document previously marked as    11:26:56

2   Exhibit 35.

3        THE DEPONENT:   I'm looking at it.

4      Q.   (By Mr. Doren)   Great.

5        And, Mr. Rein, we will be talking about    11:27:35

6   the last paragraph in your email on page 1, and I'm

7   going to be asking you some questions about the

21

22

23

24

25

Page 101



```
 1

 2

 3

 4

 5

 6        Q.   (By Mr. Doren)   The first page of the

 7   exhibit begins with an April 15th, 2019, email from

 8   Mr. Rein.

 9             Mr. Rein, you've had an opportunity to

10   review Exhibit 35?                                11:33:06

11        A.   Yes.

12

13

14

21

22

23

24

25

                                              Page 102
```

1

2

3        Q.   We've discussed earlier GeForce as -- as

4    a web -- as a source for a web-accessible version

5    of Fortnite, correct?                          11:34:16

6        A.   GeForce is a cloud streaming service that

7    has Fortnite on it.

8        Q.   And --

9        A.   Or does now.  Sorry.

10       Q.   Thank you.                             11:34:27

11            And we have in front of us documents

12   discussing an initiative at Walmart called Project

13   Storm back in April 2019, correct?

14       A.   Yes.

15

16

17

18

19

20

21

22

23

24

25

                                              Page 103

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9      Q.   Is that a trend in gaming, the

10     cloud-based streaming?                          11:35:47

11     A.   I don't know if I'd say it's a trend.

12     There are companies attempting to do it.

13     Q.   Do you consider that to be the future of

14     gaming?

15     A.   Not really.                                11:36:02

16

17

18

19

20

21

22

23

24

25

Page 104



Page 105

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



```
 1

 2

 3

 4        Q.    (By Mr. Doren)  Looking, please, at the

 5   first page of Exhibit 35.  And in the third          11:38:59

 6   ████████████████████   ██████████████████████

     ██████████████████████████████████████

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.    (By Mr. Doren)  It was -- it was what

24   they had to offer as -- as of April 15 as their

25   streaming service for you to try out; is that fair?    11:40:04
```

                                                    Page 107



1     A.     What I played in our office that date.          11:40:07

Page 108



Page 109

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4      Q.   Do you know what factors went into

5   setting the 12 percent commission level?              11:42:45

6      A.   Yes.

7      Q.   What do you know about that?

8      A.   The -- the cost of operating the service

9   went into -- was one of the factors in deciding

10   what was a fair amount to charge.                     11:43:05

11      Q.   And when you say cost of operating the

12   service, what service are you referring to?

13      A.   The service of -- that we provide to --

14   to games that are sold in the Epic Games Store.

15      Q.   You mean the payment processing service    11:43:22

16   or do you mean something more than that?

17      A.   I'm -- payment processing would be one of

18   the costs.

19      Q.   What other costs went into it?

20      A.   Some of the others could be the -- the    11:43:36

21   actual distribution cost, the internet bandwidth

22   cost, the -- you know, the -- the cost of

23   maintaining it.

24      Q.   Maintaining the store?

25      A.   Yes.                                        11:43:54

Page 110

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          (Exhibit 198 was marked for

23      identification by the court reporter and is

24      attached hereto.)

25          Q    (By Mr. Doren) Mr. Rein, you are          12:23:32

Page 129

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1    presented with Exhibit 198, which is a three-page          12:23:35

2    document which contains an email chain.  The first

3    email on the document at the top of the first page

4    is dated March 14th, 2018 from Canon Pence to

5    Daniel Vogel, with cc's to others, including          12:23:59

6    yourself.  The document bears Bates

7    No. EPIC_01919888, et cetera.

8              Please take a moment and review this

9    document.

10        A.   Okay.  I reviewed it.          12:24:57

11        Q.   Mr. Rein, you had an opportunity to

12   review Exhibit 198?

13        A.   Yes.

14        Q.   And is this an email string that you

15   received on March 14th, 2018 from Mr. Pence?          12:25:05

16        A.   It appears to be, yes.

17

18

19

20

21

22

23

24

25

Page 130

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Alec Shobin**
**(January 22, 2021)**

**Time**

| Apple Inc.'s<br>Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s<br>Designations<br><br>(Blue Highlight) |
|:---:|:---:|
| 10 minutes 26 seconds | 38 seconds |

```
1                  UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                     OAKLAND DIVISION
4
5    EPIC GAMES, INC.,
6         Plaintiff,
          Counter-defendant,
7
             vs.                  Case No. 4:20-cv-05640
8                                          YGR
     APPLE INC.,
9
          Defendant,
10        Counterclaimant.
     _____
11
12   IN RE APPLE IPHONE           Case No. 4:11-cv-06714
     ANTITRUST LITIGATION                  YGR
13   _____
14
15
16
17
18
19
20
21
22
23
24
25   (caption cont'd)

                                           Page 1
```

```
 1   DONALD R. CAMERON, et al.,
 2        Plaintiffs,
 3             vs.               Case No. 4:19-cv-03074
                                       YGR
 4   APPLE INC.,
 5        Defendant.
     _____
 6
 7
 8
 9
10            ZOOM DEPOSITION OF ALEC SHOBIN
11   (Reported Remotely via Video & Web Videoconference)
12      Raleigh, North Carolina (Deponent's location)
13               Friday, January 22, 2021
14                    Volume I
15
16
17
18
19
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 4422886
25   PAGES 1 - 259
```

                                            Page  2

```
1

2

3

4                    EXAMINATION

5

6

7

8

9

10

11            First, would you state and spell your

12   full name, please.

13       A.   Alec Shobin.  A-L-E-C, S-H-O-B-I-N.

14       Q.   Who is your current employer, Mr. Shobin?

15       A.   Epic Games.                        09:04:16

16       Q.   And what city and state do you live in?

17       A.   Raleigh, North Carolina.

18

19

20

21

22

23

24

25

                                              Page 16
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21      Q.   You began working at Epic Games in

22  January of 2019?

23      A.   That is correct.

24      Q.   What is your current title there?

25      A.   It should be marketing manager.                09:08:11

Page 18

1       Q.   Has that title changed during your time     09:08:16
2   at Epic?
3       A.   No.
4       Q.   What are your current responsibilities?
5       A.   I do Fortnite marketing.                     09:08:29
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 19



1

2

3

4

5

6

7

8

9

10    Q.    Okay.   In your participation in          10:24:59

11  Project Liberty, were you aware of any goals to

12  challenge the revenue share of the PlayStation or

13  Xbox platform?

14    A.    I wasn't aware of any kind of stated

15  goals by leadership in those regards.          10:25:21

16    Q.    Were you aware of any goals in

17  Project Liberty to challenge the revenue share of

18  Samsung's Galaxy platform?

19    A.    I was not aware of any goals of

20  Project Liberty that were intended to challenge          10:25:45

21  Samsung.

22

23

24

25

Page 56

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          Q.   You were -- you were averse to the risk

25     that as a result of what Epic did in                 10:30:56

Page 59

1    Project Liberty, Fortnite might be removed from the        10:31:01

2    App Store; is that accurate?

3         A.   I was -- I was averse to any possible

4    risk that would jeopardize Fortnite's availability

5    on the App Store.                                           10:31:14

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 60



1

2

3

4

5

6

7

8

9

10

11

12

13

14     Q.   What do you think you know that Sony

15  charges in commissions?                          10:59:51

16     A.   I heard previously it was around

17  30 percent.

18     Q.   Okay.   And you never questioned during

19  any Project Liberty meeting, why are we challenging

20  the Apple 30 percent but not the Sony 30 percent?   11:00:03

21     A.   I don't know if I questioned that during

22  a meeting.   I'm sure I brought that up casually

23  with a colleague.

24

25

Page  78

1

2

3

4

5      Q.   Okay.   And even though you didn't know          11:00:57

6   whether that information was accurate, you were

7   comfortable with the goals of Project Liberty to

8   challenge the 30 percent commission charged by

9   Apple and Google; is that accurate?

10      A.   I'm always in favor of helping developers        11:01:13

11   get better terms.

12      Q.   Well, then, why wouldn't you be in favor

13   of lowering the commission at Microsoft and at

14   Sony?

15      A.   My focus at that time was on mobile, so I        11:01:27

16   was focused on those platforms.

17      Q.   Well, but there were people on

18   Project Liberty whose focus was on Microsoft and

19   Sony, right?

20      A.   Yeah.   Some of those people sat in             11:01:44

21   meetings.

22      Q.   And they never raised their hand and

23   said, look, if we're going to make life better for

24   developers, we ought to challenge the Sony and

25   Microsoft commissions?   None of them raised that     11:01:53

1    issue?                                                    11:01:55

2          A.    I don't recall if that was raised in a

3    meeting.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 80

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20       Q.   And in the Project Liberty meetings, no          11:17:40

21   one asked what Samsung charges on the Galaxy store

22   in commission?

23       A.   I can't recall that coming up.

24       Q.   And in the Project Liberty meetings, no

25   one ever mentioned what Samsung charges for its          11:17:58

Page 89

1   Galaxy store?                                          11:18:00

2       A.   I don't recall.

3       Q.   In the Project Liberty meetings, no one

4   raised their hand and said, hey, while we're going

5   after these platforms, we should go after Samsung      11:18:14

6   too?

7       A.   I don't recall.

8       Q.   In the Project Liberty meetings, no one

9   raised their hand and said, hey, while we're trying

10  to lower the commission for all developers, maybe      11:18:27

11  we should look into what Samsung charges other

12  developers?

13      A.   I don't recall.

14      Q.   In the Project Liberty meetings, when

15  you're talking about the fairness or unfairness of     11:18:40

16  the Apple and Google commission, nobody thought to

17  compare that and say, well, what does Samsung

18  charge?

19      A.   I don't recall.

20      Q.   Is it your understanding the reason that     11:18:56

21  there were no discussions of Samsung was because

22  Mr. Sweeney was not interested in targeting

23  Samsung?

24      A.   I don't recall that either.

25

Page 90

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          We were talking about Project Liberty and

19    the team members.  You mentioned there are about

20    100 and 200 members.  To your knowledge -- well,          11:35:51

21    first, is -- is Project Liberty still a thing at

22    Epic?  Is that still a team at Epic?

23          A.   I mean, some of the -- some members

24    from -- that were involved in Project Liberty have

25    meetings.                                                  11:36:21

Page 94

1        Q.    So there are still Project Liberty          11:36:24

2    meetings ongoing?

3        A.    Yes, I believe so.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19        Q.    Since August 2020, has the subject of

20    Samsung's commission ever been raised at a          11:37:37

21    Project Liberty meeting?

22        A.    I don't recall that subject being raised.

23        Q.    Since August 2020, has the subject of

24    Microsoft's commission ever been raised at a

25    Project Liberty meeting?                             11:37:54

Page 95

1        A.   I don't recall that subject being raised          11:38:00

2    at a meeting.

3        Q.   And is it also correct that you don't

4    recall the subject of Sony's commission ever being

5    raised at a Project Liberty meeting since August        11:38:08

6    2020?

7        A.   I don't recall Sony's commission coming

8    up in a Project Liberty meeting since August 2020.

9        Q.   Have there been -- we talked about the

10   fact that one goal of Project Liberty was to            11:38:21

11   challenge the 30 percent commission charged by

12   Google and Apple.   Since August 2020, have there

13   been additional goals sought by Project Liberty?

14       A.   I don't believe any additional goals have

15   been discussed.                                         11:38:50

16

17

18

19

20

21

22

23

24

25

Page 96

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          Q.    (By Mr. Lo)   Exhibit 12 is now up, sir,

25     EPIC_00173272.   Take a look at that, and I'm going        04:21:55

Page 228

1    to be asking you about the exchange with Matthew    04:22:02

2    Bengston on the bottom of page 2.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18        Q.   It's an email from Mr. Bengston to you,

19    correct?

20        A.   It appears.  It's addressed to me.  I    04:26:35

21    think there are a number of people on this thread.

22

23

24        Q.   On his third point, last sentence on this

25    page, it says "our strategy."  And the full    04:26:58

Page 229

1    sentence is:  "Our strategy for releasing in iOS          04:27:00

2    first is mostly to disallow Google from having any

3    reasons for rejecting the app when we submit to the

4    Play Store, as it is likely they will know exactly

5    what we are doing here."                                   04:27:15

6            Do you see that sentence?

7        A.   I see that sentence.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 230

1

2

3

4

5

6

7

8

9

10

11        Q.   Have you developed an understanding that

12   if something is up on the Apple store, it is less

13   likely to be rejected by Google in its review

14   process?

15        A.   Like reading this, I am not -- I don't        04:29:09

16   think that's necessarily sound logic.

17

18

19

20

21

22

23

24

25

Page 231

```
 1

 2

 3

 4

 5

 6

 7

 8

 9        Q.   (By Mr. Lo)   Exhibit 13 is -- looks like

10   to be a PowerPoint presentation, EPIC_00126602.              04:34:53

11           My first question is actually going to be

12   do you know who created this document, and if you

13   don't, then I may not have any other questions for

14   you.

15

16

17

18        A.   Yeah, it looks familiar.

19

20

21

22

23

24

25
                                                    Page 234
```

1

2

3

4

5        Q.    This particular deck, was it created by        04:36:05

6    the Epic side or the Apple side or something else?

7        A.    This was created by Epic to update Apple

8    to the latest stuff in Fortnite.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 235

1

2      Q.   (By Mr. Lo)   Take a look at 14.   And

3  while you're doing that, Exhibit 14 is -- the top

4  email is from Andrew Grant to Mr. Shobin,

5  EPIC_00198749.                                04:42:09

6

7

8

9      Q.   All right.   The earliest email in this

10  chain is by you, and you were looking for        04:44:15

11  information on how quickly players migrate onto a

12  mobile update, correct?

13      A.   Yeah.   I wanted to understand how quickly

14  players were getting a new client update.

15      Q.   And the reason you were doing that was    04:44:35

16  you were anticipating that there would be an update

17  with the hot fix inside, yes?

18      A.   Yeah.   I believe we were trying to figure

19  out if -- how many people would get the -- the

20  build, I think 13.40.                          04:44:58

21      Q.   Right.

22           Because you wanted the -- you wanted to

23  maximize the number of players who had 13.40 before

24  you triggered implementation -- before Epic

25  triggered implementation of the hot fix, correct?  04:45:14

Page 239

1

2

3      Q.   (By Mr. Lo)   You were asking for this

4   information because Epic was trying to maximize the

5   number of users who had updated to 13.4 before Epic          04:45:25

6   implemented direct payments within 13.4?   That's

7   why you were asking for this information, correct?

8      A.

9            I don't -- I don't know if it is -- if I

10   was looking to -- or if anyone here is necessarily          04:45:58

11   looking to maximize.   I think there was an ask just

12   to like better understand how quickly players get a

13   new build so we had some kind of frame of

14   reference.

15

16

17

18

19

20

21

22

23

24

25

Page 240

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Daniel Vogel**
**(February 15, 2021)**

**Time**

| Apple Inc.'s Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s Designations<br><br>(Blue Highlight) |
|---|---|
| 4 minutes 49 seconds | N/A |

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4

 5   EPIC GAMES, INC.,

 6        Plaintiff,

          Counter-defendant,

 7            vs.              Case No. 4:20-cv-05640

                                    YGR

 8   APPLE INC.,

          Defendant,

 9        Counterclaimant.

     _____

10

     IN RE APPLE IPHONE        Case No. 4:11-cv-06714

11   ANTITRUST LITIGATION              YGR

12   _____

13

14

15

16

17

18

19

20

21

22

23

24

25   (caption cont'd)
```

                                            Page 1

```
 1   DONALD R. CAMERON, et al.,

 2        Plaintiffs,

 3              vs.                Case No. 4:19-cv-03074
                                        YGR
 4   APPLE INC.,

 5        Defendant.
     _____

 6

 7

 8

 9

10              **HIGHLY CONFIDENTIAL**

11      ZOOM DEPOSITION OF DANIEL VOGEL & EPIC GAMES,

12        INC.'S 30(b)(6) CORPORATE REPRESENTATIVE

13   (Reported Remotely via Video & Web Videoconference)

14        Cary, North Carolina (Deponent's location)

15              Monday, February 15, 2021

16                     Volume I

17

18

19

20   STENOGRAPHICALLY REPORTED BY:

     REBECCA L. ROMANO, RPR, CSR, CCR

21   California CSR No. 12546

     Nevada CCR No. 827

22   Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4453645

25   PAGES 1 - 265
```

                                                    Page  2

HIGHLY CONFIDENTIAL



1

2

3

4                    EXAMINATION

5

6

7

8        Q.    Could you please just state and spell

9    your full name, please.

10       A.    My name is Daniel Vogel.                    09:09:05

11

12

13

14

15

16       Q.    Who is your current employer?

17       A.    Epic Games.

18

19

20

21

22

23

24

25

                                        Page 18

HIGHLY CONFIDENTIAL

1

2

3

4

5

6                    (Exhibit 525 was marked for

7      identification by the court reporter and is

8      attached hereto.)

9                    MR. LO:  We have marked, as Exhibit 525,

10     the 30(b)(6) notice.                                09:11:55

11

12

13     confirm, I want to confirm that you understand you

14     are being designated on the following topics:  2,

15     6, 14, 18, 19, 32 as to mobile, 33, 34, 36, and 41.   09:12:15

16          Q    (By Mr. Lo)  Do I have that correct?

17          A.   I do not have a way to verify that.

18     Mr. Even would have to verify that.

19                    MR. LO:  I'm okay with counsel verifying

20     as well.                                            09:12:52

21                    MR. EVEN:  I believe that is correct,

22     subject to the limitations that the parties have

23     discussed over time.

24

25

Page  20

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13          (Exhibit 528 was marked for

14    identification by the court reporter and is

15    attached hereto.)                              10:35:55

16        Q    (By Mr. Lo)  Mr. Vogel, we've put up

17    Exhibit 528.  Go ahead and take a look at that, and

18    whenever you are ready, my first question is:  Is

19    this an email you received in the ordinary course

20    of your work at Epic?                           10:36:08

21        A.   Okay.  Let me take two minutes to read

22    it.

23        Q.   Please.

24        A.   I have skimmed the email.

25        Q.   All right.  Is this an email that you    10:38:23

Page 64

1    received in the cour- -- ordinary course of your          10:38:25

2    business at Epic?

3         A.   I -- I am on the cc, so I assume I

4    received the email.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 65

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22       (Exhibit 529 was marked for

23    identification by the court reporter and is

24    attached hereto.)

25       Q    (By Mr. Lo)  We've marked, as 529, an                11:10:27

Page 83

HIGHLY CONFIDENTIAL

1     email that you sent.                              11:10:36

2          Take a look at that, and when you are

3     ready, my first question is:  Is this an email that

4     you sent in August of 2018 in the ordinary course

5     of your work at Epic?                             11:10:45

6          A.   Okay.  Let me read it.

7               I have skimmed the email.

8          Q.   This email relates to the security flaw

9     that was in the initial launcher for Android,

10    correct?                                          11:15:12

11         A.   I believe this email covers the issue

12    reported by Google Project Zero.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                   Page 84

HIGHLY CONFIDENTIAL

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20      Q.   (By Mr. Lo)  By the way, you are the              11:29:31
21   chief operating officer currently; is that right?
22      A.   That is my title.
23      Q.   How long have you held that title?
24      A.   I want to say since somewhere in 2019.  I
25   might be off by a year.                                   11:29:52
```

Page 92

1

2          Q.    (By Mr. Lo)   Okay.   So prior to

3    August 2020, why didn't Epic lower the price of

4    V-Bucks for -- for people who were purchasing them

5    on the PC if the fee structure was lower for Epic        11:42:51

6    on PC?

7

8              THE DEPONENT:   Lowering the price of

9    V-Bucks unilaterally on a single platform would

10   result in arbitrage, and I believe there might be        11:43:13

11   other contractual requirements there, but I am not

12   sure.   But the main thing, definitely arbitrage.

13         Q.    (By Mr. Lo)   Okay.   But it -- why is

14   arbitrage -- why is arbitrage a concern?   Don't you

15   want your users to pay the least amount for V-Bucks      11:43:39

16   that they can?   Why is that a concern?

17

18              THE DEPONENT:   Arbitrage, generally, is a

19   concern to avoid, say, a Xbox player feeling forced

20   to purchase on PC to -- for a lower price, say,          11:44:01

21   hence identical pricing.

22         Q.    (By Mr. Lo)   Why is that -- I guess the

23   question is:   Why is that a bad thing if they can

24   get a lower price by going to a PC and then going

25   back to the Xbox to play?                                11:44:23

Page 102

HIGHLY CONFIDENTIAL

1        A.    It presumes having a PC.                    11:44:25

2        Q.    Okay.   And so for those don't have a PC,

3    then they just pay a little bit more.

4              What's -- what's the concern with that,

5    from Epic's perspective?                              11:44:36

6

7              THE DEPONENT:   And, again, this is me,

8    not talking about on behalf of Epic.   But it is my

9    understanding that we wanted to avoid arbitrage

10   on -- between platforms and having players,           11:44:57

11   therefore, purchase on the platform they are not

12   actually playing on.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 103