UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant and Counterclaimant. | Case No. 20-cv-05640-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 493 |

    The parties have filed a joint discovery letter brief concerning Apple's clawback of three documents. The Court orders Apple to submit them for the Court's *in camera* review by emailing them to TSHpo@cand.uscourts.gov by 5p.m. today. The Court orders Apple to file any declarations in support of its claim of privilege by 11:59 p.m. today. Epic may file a response to these declarations by noon tomorrow.

    **IT IS SO ORDERED.**

Dated: April 27, 2021

THOMAS S. HIXSON
United States Magistrate Judge