| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092;<br>appearance *pro hac vice*)<br>  vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone:   214.698.3100<br>Facsimile:    214.571.2900 | MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No.<br>492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile:   202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:   415.393.8306<br><br>Attorneys for Defendant, APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff, Counter-defendant,<br><br>      v.<br><br>APPLE INC.,<br><br>            Defendant, Counterclaimant. | CASE No. 4:20-cv-05640-YGR-TSH<br><br>[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE<br><br>Trial Date: May 3, 2021<br>Time: 8:00 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO
COURTHOUSE – CASE NO. 4:20-cv-05640-YGR-TSH

**DEFENDANT'S REQUEST TO USE ELECTRONIC AND OTHER CERTAIN EQUIPMENT AT TRIAL**

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases paragraph 8(b) and the Court's Pretrial Order No. 3 paragraph (9), Defendant Apple Inc. hereby requests the Court permit Defendant to use the following equipment at trial:

1. Ten (10) headsets with built-in microphones;
2. Six (6) lapel microphones with digital encryption;
3. Four (4) computer monitors;
4. Two (2) HDMI switchboxes;
5. Two (2) mobile hotspot;
6. Two (2) laser pointers;
7. One (1) LCD projector;
8. One (1) projector screen;
9. One (1) printer;
10. One (1) external speaker;
11. One (1) 8-channel audio mixer;
12. Physical exhibits and demonstratives such as computers, gaming consoles, mobile devices and cellular phones;
13. Multiple cables (HDMI, USB, XLR, audio extension and power cables of various lengths);
14. Multiple laptop computers (with power supplies, external hard drives, peripherals, connection cables, extension cords and power strips);
15. Multiple cell phones;
16. Multiple iPads;
17. Four (4) rolling bookcases;
18. Four (4) whiteboards and various markers;
19. Two (2) tables;
20. Two (2) folding chairs;

Gibson, Dunn & Crutcher LLP

1
[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE – CASE NO. 4:20-cv-05640-YGR-TSH

21. Two (2) easels;

22. Gaffers tape.

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE – CASE NO. 4:20-CV-05640-YGR-TSH

**[PROPOSED] ORDER**

After reviewing Defendant's request to use electronic and other certain equipment at trial, the Court finds good cause to grant Defendant's request to bring the items listed therein into the courthouse and courtroom.  The request is therefore **GRANTED**.

**IT IS SO ORDERED.**

DATED: __April 27_____, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

3
[PROPOSED] ORDER AUTHORIZING THE ENTRY OF DEFENDANT APPLE INC.'S TRIAL EQUIPMENT INTO COURTHOUSE – CASE NO. 4:20-cv-05640-YGR-TSH