| | |
|---|---|
| PAUL R. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* | THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYE (*pro hac vice*)<br>vlewis@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant,*<br><br>vs.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY OF DOCUMENTS SUBMITTED WITH FOUR-HOUR DEPOSITION DESIGNATIONS**<br><br>Hon. Yvonne Gonzalez Rogers |

IT IS HEREBY STIPULATED: the parties, through their respective counsel, agree to the admission into evidence of the following documents described in the deposition designations submitted to the Court on April 27, 2021:

| | | | | |
|---|---|---|---|---|
| PX-0041 | PX-0251 | PX-0863 | DX-3393 | DX-3951 |
| PX-0042 | PX-0252 | PX-0864 | DX-3433 | DX-4010 |
| PX-0046 | PX-0253 | PX-0865 | DX-3437 | DX-4011 |
| PX-0047 | PX-0254 | PX-0869 | DX-3448 | DX-4018 |
| PX-0079 | PX-0255 | PX-0875 | DX-3451 | DX-4022 |
| PX-0080 | PX-0276 | PX-0877 | DX-3464 | DX-4072 |
| PX-0098 | PX-0403 | PX-0880 | DX-3467 | DX-4136 |
| PX-0099 | PX-0404 | PX-0882 | DX-3519 | DX-4249 |
| PX-0102 | PX-0406 | PX-0886 | DX-3536 | DX-4270 |
| PX-0104 | PX-0407 | PX-0888 | DX-3556 | DX-4304 |
| PX-0111 | PX-0408 | DX-3068 | DX-3582 | DX-4308 |
| PX-0113 | PX-0411 | DX-3069 | DX-3660 | DX-4322 |
| PX-0114 | PX-0413 | DX-3083 | DX-3657 | DX-4325 |
| PX-0115 | PX-0414 | DX-3094 | DX-3712 | DX-4333 |
| PX-0116 | PX-0415 | DX-3098 | DX-3743 | DX-4435 |
| PX-0119 | PX-0416 | DX-3129 | DX-3756 | DX-4463 |
| PX-0131 | PX-0417 | DX-3166 | DX-3764 | DX-4493 |
| PX-0140 | PX-0418 | DX-3193 | DX-3777 | DX-4519 |
| PX-0144 | PX-0420 | DX-3293 | DX-3782 | |
| PX-0176 | PX-0421 | DX-3359 | DX-3822 | |
| PX-0250 | PX-0438 | DX-3364 | DX-3901 | |

1   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3   Dated:  April 27, 2021               CRAVATH, SWAINE & MOORE LLP
                                                Christine A. Varney (*pro hac vice*)
                                                Katherine B. Forrest (*pro hac vice*)
4                                               Gary A. Bornstein (*pro hac vice*)
                                                Yonatan Even (*pro hac vice*)
5                                               Lauren A. Moskowitz (*pro hac vice*)
                                                M. Brent Byars (*pro hac vice*)
6
                                          FAEGRE DRINKER RIDDLE & REATH
7                                         LLP
                                                Paul J. Riehle
8

9                                         By:   /s/ *Katherine B. Forrest*
                                                Katherine B. Forrest
10                                              825 Eighth Avenue
                                                New York, New York 10019
11                                              Telephone: (212) 474-1000

12                                        *Attorneys for Plaintiff and
                                          Counter-defendant Epic Games, Inc.*
13

14
     Dated:  April 27, 2021               GIBSON, DUNN & CRUTCHER LLP
15                                              Theodore J. Boutrous Jr.
                                                Richard J. Doren
16                                              Daniel G. Swanson
                                                Jay P. Srinivasan
17                                              Mark A. Perry
                                                Veronica S. Moye
18                                              Cynthia E. Richman
                                                Jay P. Srinivasan
19

20                                        By:   /s/ *Mark A. Perry*
                                                Mark A. Perry
21                                              1050 Connecticut Avenue, N.W.
                                                Washington, DC 20036-5306
22                                              (202) 887-3667

23                                        *Attorneys for Defendant and
                                          Counterclaimant Apple Inc.*
24

25

26

27

28
                                          -3-
     STIPULATION REGARDING ADMISSIBILITY OF DOCUMENTS SUBMITTED WITH
                    FOUR-HOUR DEPOSITION DESIGNATIONS
                      Case No.: 4:20-cv-05640-YGR-TSH

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____        _____
                                                                 HON. YVONNE GONZALEZ ROGERS
                                                                 United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: April 27, 2021                    CRAVATH, SWAINE & MOORE LLP

By:  /s/ *Katherine B. Forrest*
       Katherine B. Forrest

*Attorneys for Plaintiff and
Counter-defendant Epic Games, Inc.*