Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Non-Party NVIDIA Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant/Counterclaimaint. | Case No. 4:20-CV-05640-YGR <br><br> **NOTICE OF APPEARANCE OF MARC DAVID PETERS FOR NON-PARTY NVIDIA CORPORATION** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Marc David Peters of Turner Boyd LLP, who is permitted to practice in this district, hereby appears as counsel of record for non-party NVIDIA Corporation with respect to the above-captioned action. His address, telephone, facsimile, and email are as follows:

>Marc David Peters (State Bar No. 211725)
>mdpeters@turnerboyd.com
>TURNER BOYD LLP
>702 Marshall Street, Suite 640
>Redwood City, California 94063
>Telephone: (650) 521-5930
>Facsimile: (650) 521-5931

Dated: April 27, 2021

Respectfully submitted,

TURNER BOYD LLP

*/s/ Marc David Peters*

Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 9063
Telephone: (650) 521-5930

*Attorneys for Non-Party NVIDIA Corporation*