THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
  Los Angeles, CA 90071-3197
  Telephone:  213.229.7000
  Facsimile:  213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201
Telephone:     214.698.3100
Facsimile:     214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:     202.955.8500
Facsimile:     202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. 4:11-cv-06714-YGR<br>CASE NO. 4:19-cv-03074-YGR |
| DONALD R. CAMERON, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant | **DECLARATION OF PHILLIP W. SCHILLER IN SUPPORT OF APPLE'S OPPOSITION TO EPIC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Hon. Yvonne Gonzalez Rogers<br>Hon. Thomas S. Hixson |

I, Phillip W. Schiller, declare as follows:

1. I make this declaration in support of Apple's Opposition to Epic's Motion to Compel Production of Documents. I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would competently testify hereto.

2. I am currently an Apple Fellow, and before assuming this position, I served as Apple's Senior Vice President, Worldwide Marketing for approximately 20 years. I was closely involved in Apple's creation and development of the Small Business Program announced in November 2020.

3. Throughout the process of considering, designing, decisioning, and rolling-out the Small Business Program, myself and other Apple executives and employees, including Tim Cook, Luca Maestri, Eddy Cue, and Carson Oliver, regularly sought legal advice from attorneys in Apple's Office of General Counsel and corporate legal department. These attorneys included Apple General Counsel Kate Adams, Apple Associate General Counsel Douglas Vetter, and Apple in-house attorneys Sean Cameron and Jason Cody. These attorneys advised the Apple business people regarding the potential legal implications and effects of this new Apple program, and also provided legal advice regarding the strategic decision-making, planning, and marketing related to this new Apple program.

4. Some of the legal risks that Apple attorneys advised me and other Apple business people on in connection with the Small Business Program included the following: competition (e.g., determining eligibility for the program and the potential legal implications of treating some developers differently than others), data privacy (e.g., opt in vs. automatic enrollment, as well as providing notice to and obtaining consent of developers), false advertising (e.g., Apple's communications with developers about the program), fraud (e.g., how some participants may try to obscure their finances or corporate structures to become or remain eligible for the program), and money laundering (e.g., the commission could not be zero because that could result in opportunities for developers to engage in money laundering). The regular advice and consistent support of these members of the Apple Legal team was critical to me and other executives in considering and implementing this program in a way that would be effective and also limit unnecessary legal risk.

5. The document produced with Bates-number APL-EG_09690033 is an email chain dated September 12, 2020. Each email in the chain is labeled "Privileged and Confidential" and/or "Attorney

Work Product." The bottom email is from Luca Maestri to me and Kate Adams, copying Tim Cook and Eddy Cue. The email chain between myself and Mr. Maestri describes various legal risks related to the Small Business Program, including some of the concerns identified in Paragraph 4, above. Ms. Adams was included on this email chain so that she could provide legal advice regarding these risks, and I discussed the substance of this email chain with Ms. Adams, and received legal advice from her on these topics, during contemporaneous meetings and telephone conversations regarding the Small Business Program.

6. The document produced with Bates-number APL-EG_09689923 is an email chain spanning August 18, 2020 to September 9, 2020. Each email in the chain is labeled "Privileged and Confidential" and/or "Attorney Work Product." The bottom email is from me to Carson Oliver and Douglas Vetter, copying Eddy Cue and Matt Fischer, and Eric Gray is later copied. The email chain between myself and Mr. Oliver describes various legal risks related to the Small Business Program, including some of the concerns identified in Paragraph 4, above. I sent this email to Mr. Vetter so that he could provide legal advice regarding these risks, and I discussed the substance of this email chain with Mr. Vetter, and received legal advice from him on these topics, during contemporaneous meetings and telephone conversations regarding the Small Business Program.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this declaration on the _April 26_, 2021 in _Cupertino_, California.

_____
Phillip W. Schiller

2
Declaration of Phillip W. Schiller in Support of Apple's Opposition to Epic's Motion to Compel Production of Documents

Gibson, Dunn & Crutcher LLP