| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>　tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>　rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>　dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>　jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)<br>　vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>　mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>　crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>　edettmer@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>　elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>　　　　*Plaintiff, Counter-defendant,*<br>　v.<br>APPLE INC.,<br>　　　　*Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF SUPPORTING MATERIALS CITED IN LETTER BRIEF REGARDING THE CLAWBACK OF DOCUMENTS**<br><br>Hon. Thomas S. Hixson |

Gibson, Dunn & Crutcher LLP

APPLE INC.'S NOTICE OF SUPPORTING MATERIALS CITED IN LETTER BRIEF REGARDING THE CLAWBACK OF DOCUMENTS
4:20-CV-05640-YGR-TSH

Please take notice that Defendant Apple Inc. ("Apple") hereby attaches the following documents cited in the Joint Letter Brief Regarding the Clawback of Documents, Dkt. 493.

1. Letter from Ethan Dettmer to Counsel for Plaintiffs regarding Clawback of Documents, dated February 10, 2021.

2. Letter from Ethan Dettmer to Counsel for Plaintiffs regarding Apple's Privilege Assertions, dated March 1, 2021.

3. Letter from Ethan Dettmer to Counsel for Plaintiffs regarding Apple's Privilege Assertions, dated March 15, 2021.

4. Email correspondence from Soolean Choy to Counsel for Plaintiffs regarding Apple's objections to Plaintiff's exhibits, dated April 2, 2021.

5. Email correspondence from Jin Niu to Counsel for Apple regarding Plaintiff's objections to Apple's exhibits, dated April 2, 2021.

6. Deposition testimony excerpts attached to Apple's Administrative Motion to Seal, filed concurrently herewith.

7. Email correspondence between counsel for Apple and counsel for Plaintiffs regarding the filing of the documents cited in the Joint Letter Brief Regarding the Clawback of Documents, dated April 27, 2021.

Dated: April 27, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Ethan D. Dettmer*
　　　Ethan D. Dettmer

Attorneys for Defendant Apple Inc.

Gibson, Dunn & Crutcher LLP

1

APPLE INC.'S NOTICE OF SUPPORTING MATERIALS CITED IN LETTER BRIEF REGARDING THE CLAWBACK OF DOCUMENTS
4:20-CV-05640-YGR-TSH