| | |
|---|---|
| **From:** | Choy, Soolean |
| **To:** | John Karin; Epic Mobile Apps |
| **Cc:** | *** GDC EpicLitTeam |
| **Subject:** | Epic v. Apple - Exchange of Deposition Counter-Designations/Objections and Exhibit List |
| **Date:** | Friday, April 2, 2021 11:51:44 PM |
| **Attachments:** | 2021.04.02 Epic Games Inc. v. Apple Inc. Epic Exhibit List - Apple Objections.xlsx |
| | 20210402 - Epic v Apple - Apple Tentative Exhibit List.xlsx |
| | QuickCard_SFTP Site - Essential Features CLIENT.DOCX |
| | Apple"s Counter Designations and Objections (2021-04-02).xlsx |

Counsel,

Pursuant to the March 21, 2021 Stipulation between Epic Games, Inc. and Apple Inc. (Dkt. No. 377) and the Court's Pretrial Order No. 2 (Dkt. No. 381) in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR (N.D. Cal.), Defendant Apple Inc. ("Apple") attaches its objections to Plaintiff Epic Games, Inc.'s ("Epic") exhibits.  Apple reserves its rights to revise and supplement its objections.  Moreover, Apple reserves its rights to raise additional objections and further reserves its right to object to and clawback any privileged documents inadvertently produced and included on Epic's exhibit list.

In addition and pursuant to the Stipulation between Epic and Apple and Amended Protective Order, entered on January 21, 2021 by the Court, Apple attaches its revised list of trial exhibits including Apple's responsive exhibits.  Apple provides electronic copies of the exhibit list and responsive exhibits via the below SFTP site in accordance with the Court's pretrial orders and the parties' agreements.  The password information will be sent separately via email.  Instructions for the SFTP site are attached for reference.

| | |
|---|---|
| **host:** | sftp.gibsondunn.com |
| **username:** | EpicTrial |
| **port:** | 22 |

Apple reserves its rights to revise and supplement its tentative exhibit list.

Also attached please find Apple's counter-designations and objections to Epic's deposition designations.  Apple reserves all rights.

Best,
Soolean


**Soolean Choy**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5329 • Fax +1 650.849.5029
SChoy@gibsondunn.com • www.gibsondunn.com