| | |
|---|---|
| **From:** | Jin Niu |
| **To:** | *** GDC EpicLitTeam |
| **Cc:** | Epic Mobile Apps |
| **Subject:** | Epic v. Apple - Exchange of Responsive Exhibits and Designation Counters & Objections |
| **Date:** | Friday, April 2, 2021 11:23:22 PM |

[External Email]

Counsel,

Please find Epic's responsive exhibits, objections to Apple's exhibits, objections to deposition designations and counter-designations on the below FTP site.

Epic previously served the initial designations of Eddy Cue, Craig Federighi, Matthew Fischer, Scott Forstall, Eric Friedman, Eric Gray, C.K. Haun, Trystan Kosmynka, Ron Okamoto, Carson Oliver, Adrian Ong, Aashish Patel, Shaan Pruden, Mark Rollins and Phillip Shoemaker.  Epic hereby serves the counter-designations of Steven Allison, Joe Babcock, Scott Forstall, Andrew Grant, C.K. Haun, Marc Hutcheson, Thomas Ko, Joe Kreiner, Haseeb Malik, David Nikdel, Ron Okamoto, Adrian Ong, Aashish Patel, Nicholas Penwarden, Shaan Pruden, Mark Rein, Alec Shobin, Phillip Shoemaker, Tim Sweeney, Daniel Vogel and Matthew Weissinger.

Epic reserves all rights, including the right to use or to submit any testimony or exhibits designated by Apple.

GlobalScape URL = https://fileshare.cravath.com/
GlobalScape Username = 011926_00001_040221_01

The password will be sent in a separate email.

Best,
Jin

Jin Niu
Not Admitted in New York
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
(212) 474-1673
jniu@cravath.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.