THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   *Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>   *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DEPOSITION TESTIMONY IN SUPPORT OF APPLE INC.'S POSITION IN JOINT LETTER BRIEF REGARDING THE CLAWBACK OF DOCUMENTS**<br><br>Hon. Thomas S. Hixson |

APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DEPOSITION TESTIMONY IN SUPPORT OF APPLE INC.'S POSITION IN JOINT LETTER BRIEF REGARDING THE CLAWBACK OF DOCUMENTS
4:20-CV-05640-YGR-TSH

Gibson, Dunn & Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Apple Inc. ("Apple") moves the Court to partially seal the deposition testimony excerpts cited in the Joint Letter Brief Regarding the Clawback of Documents, Dkt. 493, and its Notice of Supporting Documents regarding the same filed concurrently herewith. Apple respectfully submits that sealing is appropriate to protect the confidentiality of specific knowledge about the workings of an important business program.

The deposition testimony to be sealed is limited to one part of one line, describing the number of developers that have signed up for the Small Business Program. If public, Apple's competitors could use that information to gain competitive advantage by giving them specific knowledge about the workings of an important business program. *See Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016) (finding there was a compelling reason for sealing when records contained business information that could be used to harm a litigant's competitive standing); *see also Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (acknowledging courts' "broad latitude" to "prevent disclosure of materials for many types of information, including, *but not limited to*, . . . confidential . . . commercial information").

Because this dispute does not implicate the merits of the case, the public will suffer no prejudice in its ability to follow the proceedings.

Apple therefore requests that the Court seal the following:

| Document | Redacted Material |
| --- | --- |
| Deposition Testimony Excerpts in Support of Joint Discovery Letter Brief Regarding the Clawback of Documents | All excerpted deposition testimony, including the following:<br>Cue Dep. at 133:13 |

Dated: April 27, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Ethan D. Dettmer*
            Ethan D. Dettmer

Attorneys for Defendant Apple Inc.