UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EPIC GAMES, INC., <br>       *Plaintiff, Counter-defendant* <br> v. <br> APPLE INC., <br>       *Defendant, Counter-claimant* | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER RE: MOTION TO SEAL** |
|---|---|

Apple Inc.'s April 27, 2021 motion to seal is granted. The following document will be partially sealed:

| Document | Redacted Material |
|---|---|
| Deposition Testimony Excerpts in Support of Joint Discovery Letter Brief Regarding the Clawback of Documents | Cue Dep. at 133:13 |

Dated: _____, 2021

                                               THOMAS S. HIXSON
                                               United States Magistrate Judge