# EXHIBIT A

**REDACTED - PUBLIC COPY**

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1    ** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **

2              UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                    OAKLAND DIVISION

5

6    _____

                                        )

7                                       )

     IN RE APPLE iPHONE TRUST           ) CIVIL ACTION NO.

8    LITIGATION                         ) 4:11-cv-06715YGR

                                        )

9    _____)

10

11

12

13              REMOTE PROCEEDINGS OF

14       VIDEOTAPED DEPOSITION OF CARSON OLIVER

15            VOLUME I, PAGES 1 - 255

16            TUESDAY, JANUARY 26, 2021

17

18

19

20

21

22

23   JOB NO. NY 4427922

24   REPORTED BY:   REAGAN EVANS, RPR, RMR, CRR, CCRR,

25               CLR, CRC, CA CSR NO. 8176

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 77

```
 1    the store related to subscriptions, including the
 2    expansion to do categories and additional features
 3    and functionality for developers and subscribers.
 4            So as a member of the business management
 5    team, I was responsible for leveraging those changes
 6    in my work with the developer community.
 7    BY MS. MOSKOWITZ:
 8       Q    And one of the additional changes was to
 9    the commission for subscriptions?
10       A    Correct.
11       Q    And the change that was made was in lieu of
12    30 percent across the board; it would be 30 percent
13    for the first year and then 15 percent thereafter?
14       A    So yes and no.
15            The application of the year 2, 15 percent
16    commission is for -- at a per user level or per
17    subscriber level.
18            So it is correct to say after a user has
19    passed one year of subscription service with an
20    individual app, then they would be shifted to the
21    reduced commission; correct?
22       Q    And we'll talk about that a little bit
23    more.
24            Other than the change in commission for
25    subscriptions that was part of Subscriptions 2.0,
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 78

1   what other changes to the 30 percent were you

2   involved in during your time at Apple?

3        A   So I was involved with the development and

4   launch of the small business program.

5        Q   And we'll spend time on that as well.

6            Was that, over time, also referred to as

7   the "New Developer Program"?

8            MR. LO:   Vague.

9            THE WITNESS:   So I'm not sure if I recall

10  that specific name, but the idea is one that we

11  incubated over a number of years.

12           And so it may have been referred to as

13  multiple things over that time period.

14  BY MS. MOSKOWITZ:

15       Q   And the general idea behind that program

16  over -- which evolved over time was that a developer

17  would be charged commission depending on how many --

18  how much billings was brought in.

19           Is that generally fair?

20           Withdrawn.   Let me -- I'll ask it a

21  different way.

22           Was the idea behind that program and the

23  earlier iterations that a developer would not be

24  charged a commission until it hit a threshold amount

25  of billings that would be determined by the program?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 79

1          MR. LO:   Vague.   Compound.

2          THE WITNESS:   I don't think -- so because

3     the idea was incubated over a number of different

4     time periods, it evolved.   And there were what

5     you -- what you described may be one of the

6     iterations that we looked at, at some point.

7     BY MS. MOSKOWITZ:

8          Q    And is that what was actually implemented

9     in the small business program as it was rolled out?

10         A    I'm sorry.   Can you repeat the initial

11    question because I just want to make sure that I

12    understand the logic that you initially posed.

13         Q    Is the small business program -- under the

14    small business program, a developer is not charged a

15    commission on its first $1 million of billings;

16    correct?

17         A    That is incorrect.

18         Q    Incorrect.   Okay.

19              What is the small business program?

20         A    For the small business program, the

21    developers that are generally below $1 million in

22    proceeds, which is defined as their billings net of

23    commission paid to Apple, they would qualify for a

24    reduced 15 percent commission.

25              And I do want to caveat that there are

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 80

1  additional details related to eligibility for that

2  program.  So that is a very broad definition.

3      Q   So until the developer had actually made

4  net of commissions, a million dollars, it will only

5  be paying 15 percent subject to additional

6  qualifications?

7      A   So the answer to that is it depends.  And

8  the reason it depends is that the program can apply

9  both to new and existing developers.  And those

10  developers qualify differently based on that factor.

11      Q   For a new developer with a new app, they

12  are not charged -- they are charged 15 percent until

13  they have taken home net of Apple's commission a

14  million dollars; is that right?

15      A   That is -- that is generally true; however,

16  a developer would need to enroll into the program

17  before they would receive the benefit of the reduced

18  15 percent commission.

19      Q   Okay.

20          But assuming they have enrolled, what I

21  recited is true for a new developer with a new app?

22      A   Yes.

23      Q   And for that same set of assumptions,

24  they've enrolled, they're a new developer, new app,

25  after they have taken home a million dollars, the

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 81

1    commission goes up from 15 to 30 percent going

2    forward; is that right?

3        A    It depends.

4        Q    What does it depend on?

5        A    So the commission will be adjusted to the

6    developer's standard rate after the point which

7    they -- with which they pass the million dollar

8    threshold.

9            That standard rate is not always 30 percent

10   depending on their business model.

11       Q    Okay.

12           So what are the various options or

13   potential standard rates for developers depending on

14   the model?

15           MR. LO:   Vague.

16           THE WITNESS:   So, for example, a developer

17   who is a subscription developer and has users who

18   are year 2 or beyond subscribers with a reduced

19   15 percent commission, for those customers would be

20   moved to a blended commission rate, which accounts

21   for those specific subscribers with the lower

22   commission.

23   BY MS. MOSKOWITZ:

24       Q    Just to -- you said reduce 10 percent

25   commission or 15 percent commission?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 82

1        A    I said, "reduced 15 percent."

2        Q    Okay.

3             So I think the record is just unclear.  So

4   let's just -- let's go back.

5             A developer who is a subscription developer

6   and has users in the year 2 would be charged a

7   15 percent commission for those users; right?

8        A    Correct.

9             They would revert effectively to the rate

10  that they would have been -- they would have had

11  outside of the small business program treatment.

12       Q    So let's just set aside the small business

13  program completely for a second.

14            I just want to walk through the various --

15  you used the term sort of standard rate that

16  developers may be subject to depending on what their

17  model is.  So I want to walk through those.

18            One thing is the subscription model, which

19  we've talked about; right?

20       A    Correct.

21       Q    And the rate that you're charged depends on

22  where your user is in their time as a subscriber;

23  right?

24       A    Correct.

25       Q    So other than the subscription, the

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 254

1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES )    ss.

3

4        I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,

5    CSR No. 8176, in and for the State of California, do

6    hereby certify:

7        That prior to being examined, the witness named

8    in the foregoing deposition was by me duly sworn to

9    testify to the truth, the whole truth, and nothing

10   but the truth;

11       That said remote deposition was taken down by me

12   in shorthand at the time and place therein named and

13   thereafter reduced to typewriting under my

14   direction, and the same is a true, correct, and

15   complete transcript of said proceedings;

16       That if the foregoing pertains to the original

17   transcript of a deposition in a federal case, before

18   completion of the proceedings, review of the

19   transcript {xx} was { } was not required.

20       I further certify that I am not interested in

21   the event of the action.

22       Witness my hand this 27th day of January, 2021.

23

24   _____

     Certified Shorthand Reporter

25       for the State of California

Page 256

1          ** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **

2                  UNITED STATES DISTRICT COURT

3            FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                       OAKLAND DIVISION

5    _____

                                      )

6                                     )

     IN RE APPLE iPHONE TRUST         ) CIVIL ACTION NO.

7    LITIGATION                       ) 4:11-cv-06715YGR

                                      )

8    _____)

9

10

11

12                  REMOTE PROCEEDINGS OF

13         VIDEOTAPED DEPOSITION OF CARSON OLIVER

14              VOLUME II, PAGES 256 - 471

15               MONDAY, FEBRUARY 1, 2021

16

17

18

19

20

21

22       JOB NO. NY 4438817

23       REPORTED BY:  REAGAN EVANS, RPR, RMR, CRR, CCRR,

24

25                  CLR, CRC, CA CSR NO. 8176

1        A    And I appreciate your clarification on the
2    line of questioning.
3            Again, my view is that commission changes
4    are a component of the policies of the App Store.
5            And throughout my time with the App Store,
6    I have been involved in discussions around changes
7    to the policies of the store.
8            One component of those has been the
9    potential changes to commission structures.
10       Q    Okay.
11           And did the discussions about changes to
12    the commission structures involve any particular
13    aspects of commissions?
14           For example, did it involve IAP as opposed
15    to the commission structure on the price for apps
16    that are sold at -- you know, other than for free?
17       A    I'm sorry.  I don't understand your
18    question specifically.
19       Q    Is your answer the same if I ask you now
20    specifically about the commission structure as it
21    pertains to IAP?  Has it always been your experience
22    that Apple has always been discussing changes to the
23    commission structure for IAP?
24           MR. LO:  Vague.
25           THE WITNESS:  I can think of specific

1    examples where Apple has looked at potential changes

2    to IAP commissions.

3    BY MR. RIFKIN:

4         Q    Okay.

5              And what times -- what points in time were

6    those discussions that you're now thinking of?

7         A    Sure.

8              One example is the change for the small

9    business program.

10        Q    When did that happen?  Not the change, but

11   the discussions.  When did those discussions happen?

12        A    Those have happened over a number of years.

13        Q    Beginning when and ending when?

14        A    I don't recall when they specifically

15   began, but it was within the first couple of years

16   of my tenure with the App Store.

17        Q    And what was being discussed specifically

18   as it relates to the small business initiative

19   within the first couple of years of your tenure at

20   Apple?

21        A    And, again, this was a number of years ago,

22   but if I remember, we looked at the potential to

23   change the commission rate for developers who were

24   smaller in size based on their business with the App

25   Store, or those who were newer to the App Store in

1    terms of time or duration that they had been

2    building and distributing apps on the store.

3         Q    When did those discussions end?

4         A    We launched the small business program in

5    January of this year.  So I would say they have

6    continued through the current period.

7         Q    Okay.

8              Now, during that entire period of time

9    you've just described, when you were involved in

10   discussions about changes to the commission

11   structure for IAP on the App Store, do you ever

12   recall any discussion about the costs associated

13   with running the App Store, the costs associated

14   with processing IAP or anything like that, any cost

15   component in those discussions that you just

16   described for us?

17        A    Not that I can think of.

18        Q    Okay.

19             Now, I would like to take that same

20   question, and then I'll broaden the scope of my

21   question.

22             Now, I'm not just talking about IAP, but

23   I'm talking about any discussion at Apple at any

24   point in time that you can remember relating to

25   changes to the commission structure.

Page 471

1    STATE OF CALIFORNIA    )
2    COUNTY OF LOS ANGELES )    ss.
3
4        I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,
5    CSR No. 8176, in and for the State of California, do
6    hereby certify:
7        That prior to being examined, the witness named
8    in the foregoing deposition was by me duly sworn to
9    testify to the truth, the whole truth, and nothing
10    but the truth;
11        That said remote deposition was taken down by me
12    in shorthand at the time and place therein named and
13    thereafter reduced to typewriting under my
14    direction, and the same is a true, correct, and
15    complete transcript of said proceedings;
16        That if the foregoing pertains to the original
17    transcript of a deposition in a federal case, before
18    completion of the proceedings, review of the
19    transcript {xx} was { } was not required.
20        I further certify that I am not interested in
21    the event of the action.
22        Witness my hand this 2nd day of February, 2021.
23
24    _____
                    Certified Shorthand Reporter
25                  for the State of California

Page 1

1        ** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **
2             ** PURSUANT TO PROTECTIVE ORDER **
3                  UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                      OAKLAND DIVISION
6
7        _____
                                         )
8                                        )
         IN RE APPLE iPHONE TRUST        ) CIVIL ACTION NO.
9        LITIGATION                      ) 4:11-cv-06715YGR
                                         )
10       _____)
11
12
13
14              REMOTE  PROCEEDINGS  OF
15          VIDEOTAPED DEPOSITION OF EDDY CUE
16             MONDAY, FEBRUARY 8, 2021
17
18
19
20
21
22
23       JOB NO. NY 4449723
24       REPORTED BY:  REAGAN EVANS, RPR, RMR, CRR, CCRR,
25                 CLR, CRC, CA CSR NO. 8176

Page 132

1              Are you familiar with something called The

2    Small Business Program?

3         A    I am.

4         Q    And what is The Small Business Program?

5         A    It's a way for Apple to help small            11:24:46

6    developers by lowering our commission primarily.  We

7    help small developers in a lot of other ways, but

8    particularly the commission part of it so that they

9    pay less so that they're able to hopefully invest

10   more in their company to grow.                          11:25:10

11        Q    And when was the small developer program --

12   I'm sorry.  Strike that.

13             When was The Small Business Program

14   implemented, to the best of your recollection?

15        A    I believe it was in early January.            11:25:21

16        Q    And is that early January 2020 or 2021?

17        A    2021.

18        Q    So that's just recently?

19        A    That's correct.

20        Q    Okay.                                         11:25:34

21             Does Apple have any internal projections as

22   to any increase in the number of apps that it

23   expects or projects will result from The Small

24   Business Program?

25        A    I don't know.                                 11:25:50

Page 133

1        Q    Do you -- have you received any reports in
2    the few weeks that The Small Business Program has
3    been active that there has been an uptick in the
4    number of apps, which have been submitted by
5    individuals within The Small Business Program?        11:26:06
6        A    Again, I don't recall seeing something -- I
7    think the reports that I've seen are related to the
8    number of developers that have signed up, but I
9    don't know how many apps they've submitted.
10       Q    And how many developers have signed up so     11:26:23
11   far, to the best of your recollection?
12       A    I believe the last time I looked was in the
13   ████████████, but, again, I'm not -- I would have to
14   look again.
15       Q    Are you familiar --                           11:26:40
16       A    I believe it was in that range.
17       Q    Are you familiar with any projections as to
18   whether or not Apple will lose revenue as a result
19   of The Small Business Program?
20       A    Yes.                                          11:26:59
21       Q    And what are those -- and what are you
22   aware of in that regard?
23       A    Again, I don't remember the exact amounts
24   or anything.  That wasn't part of it, but I remember
25   seeing a presentation at one point where it was      11:27:10

Page 134

1    discussed of what the -- some of these developers

2    that were at the 30 percent that would now go to 15

3    percent and what the delta was.

4        Q    Is it your expectation that the App Store

5    will remain profitable notwithstanding the              11:27:29

6    implementation of The Small Business Program?

7            MS. DEARBORN:   Objection to form.

8            THE WITNESS:   I would think so, yes.

9    BY MS. FORREST:

10       Q    Hold on one second.  I just have to grab      11:28:01

11   something.

12           There are these beautiful moments when

13   doing things from home causes one to have all kinds

14   of things on, things like one's lap, various --

15       A    Unfortunately, we're all too familiar with    11:28:32

16   that.

17       Q    Yeah.

18           Let me just get to the next document that I

19   know I want to go to.  Okay.

20           Do you recall discussions in 2011 -- strike    11:28:57

21   that.

22           The commission that Apple charges for

23   developers, not as part of the small business

24   program.  We're going to focus on developers who are

25   not part of that.                                       11:29:23

Page 237

```
 1        Q   And does the subscription -- I'm sorry.

 2            Does that discounted commission apply only

 3     to purchases on the app TV, or does it extend to the

 4     iOS platform as well?

 5            MS. DEARBORN:  Form.                        13:53:20

 6            THE WITNESS:  Again, when you say the

 7     discount, again, we don't look at it that way.  We

 8     don't communicate it that way.  And I don't think

 9     it's the way that the subscription partner or entity

10     looks at it, but, yes, the 15 percent that we have   13:53:37

11     is whether they sign up through an iPad, an

12     Apple TV, or an iPhone.

13     BY MR. HARRINGTON:

14        Q   Okay.  That's my question.  Thank you.

15            Now, previously today you were asked a few    13:53:57

16     questions about Apple's small business program.

17            Do you recall that?

18        A   I do.

19        Q   And I believe in one of your answers, and

20     correct me if I am wrong, you referenced the         13:54:05

21     presentation that you recall receiving regarding an

22     anticipated financial impact to the program?

23            MS. DEARBORN:  Objection to form.

24            THE WITNESS:  Yes, that's correct.

25     ///
```

Page 238

1    BY MR. HARRINGTON:

2         Q    This was a written presentation, an oral

3    presentation, or something else?

4         A    It was oral in the sense that it was live.

5    It wasn't an e-mail.  If that's the question.          13:54:28

6         Q    And was there a PowerPoint presentation

7    that was delivered along with the oral presentation?

8              MS. DEARBORN:   Form.

9              THE WITNESS:   I don't recall that.

10   BY MR. HARRINGTON:                                      13:54:47

11        Q    And do you recall who delivered the

12   presentation?

13        A    I don't recall, but it would have been

14   somebody from the finance team.

15        Q    Okay.                                         13:54:53

16             And do you recall approximately when the

17   presentation was made?

18        A    Probably November/October time frame but

19   not sure.

20        Q    October/November --                           13:55:11

21        A    Or could have been a little earlier.  It's

22   hard with the pandemic to pick dates now.

23   Everything all blends together.

24        Q    It does all blend together.

25             But you're referencing October or November   13:55:20

Page 239

1    of this year; correct?

2         A    Of last year.

3         Q    I'm sorry.  2020.

4         A    Counsel had corrected me before on dates.

5    2020.                                              13:55:30

6         Q    We've gotten that straightened out --

7    sorted out already.  All right.

8              So we've talked about the Apple

9    subscription program, the video partner program, and

10   the small business program.  Are there any other     13:55:40

11   programs offered by Apple that you're aware of that

12   offer developers a commission of anything other than

13   30 percent?

14        A    Other than the ones you just attested to?

15        Q    Other than those, yeah.                   13:55:59

16        A    No.  I don't believe I'm aware of anything.

17        Q    Are you aware of any individually

18   negotiated agreements in which an iOS app developer

19   has been offered a commission that is less than

20   30 percent?                                         13:56:16

21        A    Again, I'm not aware of anything that I can

22   recall.

23        Q    Do you think if such agreements had been

24   reached, you would be aware of them, given your role

25   at Apple?                                           13:56:31

Page 342

1    STATE OF CALIFORNIA    )
2    COUNTY OF LOS ANGELES )    ss.

3

4        I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,
5    CSR No. 8176, in and for the State of California, do
6    hereby certify:
7        That prior to being examined, the witness named
8    in the foregoing deposition was by me duly sworn to
9    testify to the truth, the whole truth, and nothing
10   but the truth;
11       That said remote deposition was taken down by me
12   in shorthand at the time and place therein named and
13   thereafter reduced to typewriting under my
14   direction, and the same is a true, correct, and
15   complete transcript of said proceedings;
16       That if the foregoing pertains to the original
17   transcript of a deposition in a federal case, before
18   completion of the proceedings, review of the
19   transcript {XX} was { } was not required.
20       I further certify that I am not interested in
21   the event of the action.
22       Witness my hand this 9th day of February, 2021.

23

24   _____

                            Certified Shorthand Reporter
25                          for the State of California

Page 1

1   ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3              UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                   OAKLAND DIVISION

6

7   _____

                                    )

8                                   )

    IN RE APPLE iPHONE TRUST        )Civil Action No.

9   LITIGATION                      )4:11-cv-06715YGR

                                    )

10                                  )

11

12

13            ZOOM VIDEOTAPED DEPOSITION OF

14             MATTHEW FISCHER, VOLUME I

15               Hillsboro, California

16             Friday, December 18, 2020

17

18

19

20

21

22

23

    Reported by:

24  LORI M. BARKLEY, CSR No. 6426

25  PAGES 1 - 215

1   is different than the -- the UK App Store, which is

2   different than the China App Store.

3   BY MS. FORREST:

4      Q.  Okay.  Let's talk about the Brazil App Store

5   for a moment.  You have responsibility for oversight

6   of the Brazil App Store?

7      A.  Organizationally the Brazil App Store is in

8   a different group, but I'm broadly responsible for

9   and viewed as the person responsible for the global

10   App Store business?

11      Q.  Are you aware that within the iOS Brazil App

12   Store, certain apps are allowed to have alternative

13   payment processing services.

14      A.  I'm not familiar with that.

15      Q.  Are you aware that there are certain

16   geographies where certain apps, iOS apps, are allowed

17   to have alternative payment processing for digital

18   goods consumed within the app?

19      A.  No.  I'm --

20      MS. RICHMAN:  Objection to form.

21      THE WITNESS:  -- I'm not aware of that.

22   BY MS. FORREST:

23      Q.  Now, are you familiar with something called

24   "the small business program"?

25      A.  Yes I am.

1      Q.   And generally speaking, is the small

2   business program a program that allows developers who

3   have up to or less than a million dollars in sales

4   receive a -- or pay a lower commission to Apple,

5   namely 15 percent?

6      A.   It's not up to $1,000,000 in sales.  It's

7   $1,000,000 in their earnings.

8      Q.   And is that gross earnings or net.

9      A.   So that is exclusive of Apple's commission.

10  So there are gross billings, which is the term that

11  we would use, would be up to more than $1,000,000.

12  So it's what they've been paid.

13     Q.   And when was that small business program

14  launched?

15     A.   Well, it has not launched officially yet.

16  It officially launches on January 1st of this coming

17  year of 2021, but we announced it recently.

18     Q.   And are you aware of any forecasts as to any

19  impact on sales of apps resulting from the

20  implementation of the small business program?

21          MS. RICHMAN:  Object to form.

22          THE WITNESS:  Yeah.  Could you repeat or

23  rephrase that question.  I wasn't quite understanding

24  what you were getting at.

25  BY MS. FORREST:

1      Q.   Yeah.   So you've got the small business

2   program that's been announced and hasn't been

3   implemented yet, it will be implemented about January

4   1st, 2021 so just coming up.

5           And what I'm asking is whether you're aware

6   of any forecasts relating to sales of apps directly

7   related to the implementation of that program?

8      A.   I have not seen any forecasts related to the

9   sale of apps due to the App Store small business

10   program that's going to launch in a few weeks.

11     Q.   Okay.   And let me ask it a different way.

12   Are you aware of any forecasts of increased sales

13   that Apple expects to result from the implementation

14   of the small business program?

15     A.   I don't recall seeing any forecasts of

16   increased sales that we expect to see as a result of

17   the small business program.

18     Q.   And now, let me ask about in-app purchases,

19   same questions.

20           Are you aware of any forecasts that are

21   projecting increased in-app purchases as a result of

22   the implementation of the small business program?

23     A.   No.   I have not seen any forecasts regarding

24   an increase of in-app purchase sales as a result of

25   the small business program.

1      Q.   And are you aware of any discussions or

2  communications about the quality of apps changing in

3  any way as a result of the implementation of the

4  small business program?

5           MS. RICHMAN:   Object to form.

6           THE WITNESS:   No.   I don't recall seeing

7  anything related to the quality of apps and how they

8  might change as a result of the program.

9  BY MS. FORREST:

10     Q.   Are you aware of any forecasts or

11  projections that the number of apps on the App Store

12  will increase as a result of the small business

13  program?

14     A.   That would be great if that happened.   But

15  no, I have not seen any -- any forecasts regarding

16  that.

17     Q.   All right.   So am I correct that you have

18  not seen any forecasts that project that there will

19  be an increase in the number of apps related to the

20  implementation of the small business program?

21     A.   Could you repeat that question, please?

22     Q.   Yes.   What I wanted to do was to just ask a

23  clean question and not have an introduction to it,

24  which is are you aware of any forecasts that project

25  an increase in the number of apps resulting or that

1   will result from the implementation from the small

2   business program?

3           MS. RICHMAN:  Object to form.

4           THE WITNESS:  No.  I have not seen any

5   forecasts of the number of apps that we might see as

6   a result of the App Store small business program.

7   BY MS. FORREST:

8       Q.   Now, earlier in your deposition you

9   mentioned that you had worked for a period of time

10  directly reporting to Mr. Cue and that your reporting

11  then changed to Mr. Schiller.

12          Do you recall that testimony way back at the

13  beginning?

14      A.   I do recall that, yes.

15      Q.   Okay.  Did the change in reporting structure

16  have anything to do with the removal of the App Store

17  from iTunes and its launch on its own?

18          MS. RICHMAN:  Object to form.

19          THE WITNESS:  No, it did not.

20  BY MS. FORREST:

21      Q.   Okay.  There was a period of time when the

22  App Store was a part of iTunes; is that right?

23      A.   There was a period of time starting with the

24  launch of the App Store, all the way back in July of

25  2008, where in addition to being available on the

Page 215

1   STATE OF CALIFORNIA        ) ss.

2   COUNTY OF LOS ANGELES      )

3

4           I, Lori M. Barkley, CSR No. 6426, do hereby

5   certify:

6           That the foregoing deposition testimony

7   taken before me at the time and place therein set

8   forth and at which time the witness was administered

9   the oath;

10          That the testimony of the witness and all

11  objections made by counsel at the time of the

12  examination were recorded stenographically by me, and

13  were thereafter transcribed under my direction and

14  supervision, and that the foregoing pages contain a

15  full, true and accurate record of all proceedings and

16  testimony to the best of my skill and ability.

17          I further certify that I am neither counsel

18  for any party to said action, nor am I related to any

19  party to said action, nor am I in any way interested

20  in the outcome thereof.

21          IN WITNESS WHEREOF, I have subscribed my

22  name this 21st day of December, 2020.

23

24  _____

25          LORI M. BARKLEY, CSR No. 6426

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

1   ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3              UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                  OAKLAND DIVISION

6

7   _____

                                      )

8                                     )

    IN RE APPLE iPHONE ANTITRUST      )Civil Action No.

9   LITIGATION                        )4:11-cv-06715YGR

                                      )

10                                    )

11

12

13            ZOOM VIDEOTAPED DEPOSITION OF

14             PHILIP SCHILLER, VOLUME I

15               Cupertino, California

16            Thursday, February 11, 2021

17

18

19

20

21

22

23   Reported by:

     LORI M. BARKLEY, CSR No. 6426

24

25   PAGES 1 - 318

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 117

1        We were growing when we did it already.  So

2   I wouldn't want to say whether that's the case or

3   not.

4        Q.   Do you know -- strike that.

5        Has Apple done any analysis as to whether or

6   not the 15 percent commission structure has had any

7   impact on the number of apps in the App Store?

8        A.   Oh, you're talking about subscriptions now

9   because we have the other business, the Small

10  Business Program as well.

11       Q.   Let's just I want to take it overall and

12  then I'll actually go exactly there, but let me just

13  sort of take it overall.  So let me ask the question

14  again so that we're clear.

15       Are you aware of any analysis within Apple

16  that has looked at whether a 15 percent commission

17  structure has resulted in additional apps in the App

18  Store?

19       A.   I am not aware of an analysis of that.

20       Q.   Now, let's talk about the Small Business

21  Program for a moment.  Are you aware of projections

22  that indicate that the Small Business Program will

23  increase the number of apps from small businesses in

24  the App Store?

25       A.   I do not recall at that.  I'm not aware of

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 118

1   an analysis of the number of apps that we have in the

2   App Store because of the Small Business Platform.

3        Q.   Okay.  Do you have a view one way or the

4   other as to whether or not, based upon your

5   experience, the Small Business Program will increase

6   the number of apps in the small developers?

7        A.   No, I do not.  That is -- go ahead.

8        Q.   And do you have a view as to whether or not

9   the 15 percent commission -- strike that.

10            Now, IAP utilizes a back end infrastructure

11   that where the transaction is ultimately consummated

12   by a third party, like for instance, PayPal or a

13   credit card company; is that right?

14            MR. DOREN:  Object to the form.

15            THE WITNESS:  Yeah.  I don't know about the

16   word "consummated."  But there are payment systems

17   involved in the App Store accounts that the user has,

18   whether it's your credit card or other billing

19   options.

20   BY MS. FORREST:

21        Q.   Okay.  So let's -- let's turn until we at

22   least have the same language and it's not my

23   language, it's your language, from paragraph 34 of

24   your declaration, which says in the last sentence

25   (as read):

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 160

1    iOS device.

2            Are you with me?

3        A.    Yes.

4        Q.    In that specific context, are you aware of

5    any security issues that have been introduced on to

6    an iOS device by virtue of the download of an

7    enterprise app?

8        A.    I'm not aware of any security issues as a

9    result of an enterprise, using enterprise certificate

10   program to distribute apps to their own employees.

11   In that specific use case, I'm not aware of.

12           There may be, I don't know, but I'm not

13   aware of it.

14       Q.    What is the rationale for the Small Business

15   Program?

16       A.    We want to provide an opportunity for small

17   businesses and new start-up businesses to be able to

18   have extra revenue to help invest in their employees

19   and the development of their apps for our users in

20   the App Store.

21           And for years, actually have been working on

22   this idea of coming up with some program to help the

23   smaller developers have more resources to invest in

24   their business.

25       Q.    All right.  Let's mark, if you could Sam

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 318

1    STATE OF CALIFORNIA        ) ss.

2    COUNTY OF LOS ANGELES      )

3

4            I, Lori M. Barkley, CSR No. 6426, do hereby

5    certify:

6            That the foregoing deposition testimony

7    taken before me at the time and place therein set

8    forth and at which time the witness was administered

9    the oath;

10           That the testimony of the witness and all

11   objections made by counsel at the time of the

12   examination were recorded stenographically by me, and

13   were thereafter transcribed under my direction and

14   supervision, and that the foregoing pages contain a

15   full, true and accurate record of all proceedings and

16   testimony to the best of my skill and ability.

17           I further certify that I am neither counsel

18   for any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21           IN WITNESS WHEREOF, I have subscribed my

22   name this 12th day of February, 2021.

23

24

25           LORI M. BARKLEY, CSR No. 6426

Page 1

1    ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3                UNITED STATES DISTRICT COURT

4           FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                    OAKLAND DIVISION

6

7    _____

                                      )

8                                     )

     IN RE APPLE iPHONE ANTITRUST     )Civil Action No.

9    LITIGATION                       )4:11-cv-06715YGR

                                      )

10                                    )

11

12

13            ZOOM VIDEOTAPED DEPOSITION OF

14              TIMOTHY COOK, VOLUME I

15               Cupertino, California

16             Friday, February 12, 2021

17

18

19

20

21

22

23   Reported by:

     LORI M. BARKLEY, CSR No. 6426

24

25   PAGES 1 - 275

1      Q.   And those remarks are also very carefully

2   reviewed by your colleagues at Apple before you

3   deliver them; is that right?

4           MS. LEWIS:  Object to the form.

5           THE WITNESS:  They would be thoroughly

6   reviewed.

7   BY MR. BORNSTEIN:

8      Q.   Can you tell me what the App Store Small

9   Business Program is, Mr. Cook?

10     A.   The Small Business Program, you mean the one

11   that we just announced?

12     Q.   My understanding is you announced something

13   that's titled an App Store Small Business Program in

14   the fourth quarter of 2020.

15     A.   Yeah.  And so essentially what it does is

16   for developers that are eligible, which are

17   developers that have revenues below a million

18   dollars, it lowers their commission rate to 15

19   percent so that they can invest even more into their

20   business and sort of whether the -- the COVID storm

21   that we're all under.

22     Q.   Is the Small Business Program intended to

23   sunset when the COVID situation improves?

24     A.   No.  We've decided to let it continue to

25   run.

1      Q.   Can you tell me what the purpose generally

2   of the Small Business Program is, beyond what you've

3   already testified?

4      A.   Well, our view was that people are going

5   through a very difficult time.  With the case counts

6   increasing, it changed a bit since then, but when the

7   case count was very much increasing at that time,

8   businesses were under pressure, we wanted to help the

9   small businesses that we do business with, which are

10  primarily small developers and so we thought this

11  would be a great way of doing that.

12      Q.   And how does it help those small developers?

13      A.   Well, their commission would be lowered from

14  30 percent to 15 percent and so that they would

15  either have more money for themselves or more money

16  to invest in their businesses.

17      Q.   Is it your view that the Small Business

18  Program would accelerate innovation among small

19  developers?

20           MS. LEWIS:  Object to the form.

21           THE WITNESS:  I think it's hard to predict

22  that.  You know, we just started in -- in January 1st

23  was the first day and so we've only been at this for

24  a few weeks.  So we're interested in seeing what's

25  going to happen.

Page 26

1    BY MR. BORNSTEIN:
2         Q.    Was accelerating innovation in small
3    developers one of Apple's goals in launching the
4    program?
5              MS. LEWIS:   Object to the form.
6              THE WITNESS:   We wanted to help the small
7    developer and a part of helping the small developer
8    would be allowing those that don't want to take the
9    money directly to invest in their businesses and
10   generally, more investment in businesses could mean
11   indirectly more innovation.
12   BY MR. BORNSTEIN:
13        Q.    And was it also intended to help small
14   developers take risks on new ideas that they might
15   have?
16             MS. LEWIS:   Object to the form.
17             THE WITNESS:   I don't remember discussing
18   that particular point in the process leading up to
19   the announcement.
20   BY MR. BORNSTEIN:
21        Q.    Well, do you -- as you sit here now, do you
22   believe that the Small Business Program will assist
23   small developers in taking risks on new ideas?
24             MS. LEWIS:   Object to the form.
25             THE WITNESS:   I'm not sure.   I -- I'm not

1    sure what will occur in the program other than I'm

2    sure that their earnings are going to increase and --

3    and then its up to them really to decide what to do

4    with -- with those increased earnings.

5    BY MR. BORNSTEIN:

6        Q.   Do you recall discussing internally at Apple

7    in considering the Small Business Program what you

8    believe the small developers would do with those

9    increased earnings?

10             MS. LEWIS:   Object to the form.

11             THE WITNESS:   Again, what I recall is

12    thinking about the COVID and the overhang of COVID

13    and how this would be a nice way to help the small

14    developer weather the storm and then -- and then

15    keeping it going and hoping it would have many

16    positive attributes.

17    BY MR. BORNSTEIN:

18        Q.   You've hit on my next question.

19             When did Apple make the determination to

20    have the program continue beyond the COVID period?

21        A.   We decided before we announced it,

22    obviously, because when we announced it, we didn't

23    put a sunset on it, but I don't recall the exact

24    time.

25        Q.   Why did Apple decide to have the program

1    continue beyond the COVID period?

2        A.    We thought it would be a good way to help

3    the small developer, even after COVID.  It would give

4    them higher earnings, give them more opportunity to

5    invest in their businesses, and hopefully grow more.

6        Q.    So now I'm going to try and see if we can

7    work those envelopes that you have to your right,

8    sir.

9        A.    Okay.

10       Q.    If you could look for the envelope which is

11   numbered tab 44.

12       A.    44.

13       Q.    44, yes, sir.  You can go ahead and open

14   that and simultaneously, we will make available to

15   counsel on the Exhibit Share platform, a document

16   which we will mark as PX 839.

17            (Exhibit 839 was marked for identification by

18       the court reporter and is attached hereto.)

19            MS. LEWIS:  It's not there yet so give it a

20   moment for it to populate.

21            Did you say 839?

22            MR. BORNSTEIN:  We're marking it as PX 839,

23   correct.

24            THE WITNESS:  Okay.  I've opened it.

25            Would you like me to read it?

Page 29

1    BY MR. BORNSTEIN:

2        Q.    Well first of all, can you tell me if you

3    recognize what that is, sir?

4        A.    Let me take a look.

5        Q.    While Mr. Cook is looking, I'll just state

6    for the record, the document is dated November 18,

7    2020, and it's titled "Press Release, Apple announces

8    App Store Small Business Program."

9              And I will represent that we downloaded the

10   document from Apple's website yesterday.

11       A.    It appears to be -- let me make sure it's

12   all here.

13             It appears to be the announcement of the

14   program that occurred in this November.

15       Q.    Great.  And did you review this document

16   prior to its issuance?

17       A.    Sitting here today, I don't recall reviewing

18   it.

19       Q.    Let me direct you to the second page of the

20   document, if I could.  Where you'll see a drawing of

21   a woman using iPad and --

22       A.    I --

23       Q.    Do you see that?

24       A.    I see the drawing.

25       Q.    Below the drawing there is a paragraph which

```
 1     has a quote from you.
 2               Do you see that?
 3        A.    Below.
 4        Q.    The paragraph begins (as read):
 5               Small businesses are the backbone
 6               of our global economy.
 7        A.    Oh, I -- that's on the previous page.
 8        Q.    That's not on --
 9        A.    It's on -- it looks like it's underneath a
10     woman with a MacIntosh.
11        Q.    Okay.  I had assumed it was iPad, that's my
12     bad.
13               It's on page 2 of 5.  Is that accurate?
14        A.    Yes, let's see.  Let me take a look at
15     the --
16               I've read the quote.
17        Q.    Very good.  And did you review this quote
18     before it was issued, sir?
19        A.    Again, I don't recall doing it today, but --
20     but I may have.
21        Q.    Would it be your practice to review quotes
22     that get placed on the website that are attributed to
23     you?
24        A.    Generally, yes.
25        Q.    And if you look at the last sentence of your
```

Page 31

```
 1    quote, it states (as read):
 2                    Our new program carries that
 3                progress forward - helping
 4                developers fund their small
 5                businesses, take risks on new ideas,
 6                expand their teams, and continue to
 7                make apps that enrich people's
 8                lives.
 9                Do you see that there?
10        A.    I do.
11        Q.    And do you continue to believe that's an
12    accurate description of a purpose of the Small
13    Business Program?
14                MS. LEWIS:  Object to the form.
15                THE WITNESS:  It's the -- it's a desire of
16    it.  What -- what happens with it, I'm -- my point
17    before was it's difficult to say, because we just
18    announced it.  And just went live with it in January.
19    BY MR. BORNSTEIN:
20        Q.    And one of the goals of the program, one of
21    your desires of the program, was to accelerate
22    innovation among small developers.  Is that accurate?
23                MS. LEWIS:  Object to the form.
24                THE WITNESS:  Yes.  We would like to
25    accelerate innovation among small developers.
```

1   BY MR. BORNSTEIN:

2       Q.   Through the Small Business Program as a

3   means of doing that, correct?

4       A.   Through the Small Business Program, and

5   through any other program that where we work with

6   them.

7       Q.   And to be clear, do you believe that the

8   Small Business Program will have the effect of

9   accelerating innovation amongst small developers?

10          MS. LEWIS:   Object to the form.

11          THE WITNESS:   I think it's going to be a big

12  help.   What exactly will occur, I think we need some

13  time to see what -- what occurred.

14  BY MR. BORNSTEIN:

15      Q.   What is the mechanism through which you

16  believe the Small Business Program will be a big help

17  to innovation among small developers?

18          MS. LEWIS:   Object to the form.

19          THE WITNESS:   I believe it gets them more

20  money to invest in their businesses.

21  BY MR. BORNSTEIN:

22      Q.   Anything else?

23      A.   In the period of COVID it also helps from

24  that point of view as well, in what might be a

25  difficult time for -- for some of them.

```
 1        Q.    Is there any other way in which you believe
 2   the Small Business Program will accelerate innovation
 3   among small developers?
 4             MS. LEWIS:  Object to the form.
 5             THE WITNESS:   I'm not sure what you're
 6   getting at.
 7             Can you rephrase for me?
 8   BY MR. BORNSTEIN:
 9        Q.    I'm not getting at anything other than
10   you -- just trying to understand.  You gave a couple
11   of reasons as to how you believe the Small Business
12   Program will help innovation among small developers
13   and I just want to make sure I've given you the
14   opportunity to give me all the reasons that you can
15   think of right now --
16             MS. LEWIS:  Object to the form.
17             MR. BORNSTEIN:  So I'll just for Ms. Lewis'
18   point I'll ask a clean question.
19        Q.    Are there any other reasons that you can
20   think of today as to how the Small Business Program
21   will help innovation among small developers?
22             MS. LEWIS:  Objection, same.
23             THE WITNESS:  For small developers, some of
24   them are -- have their development role as an on the
25   side job, you know, they may work a regular job and
```

1   then -- and then be a developer and in theory at

2   least, it would allocate them to allow consumer time

3   to development.

4   BY MR. BORNSTEIN:

5       Q.   Was the decision to launch the Small

6   Business Program influenced in any way by the

7   existence of this litigation that brings us here

8   today?

9           MS. LEWIS:   Object to that and instruct the

10  witness not to answer any questions that call for

11  privileged communications.   That calls for privileged

12  communications on its face.

13  BY MR. BORNSTEIN:

14      Q.   Mr. Cook, are you going to follow that

15  instruction?

16      A.   Yes, I am.

17      Q.   Mr. Cook, was the decision to launch the

18  Small Business Program influenced in any way by

19  legislative scrutiny of Apple's business?

20          MS. LEWIS:   Same objection.   Same

21  instruction.

22          All questions, Mr. Cook, that call for you

23  to reveal communications with your counsel on any

24  issue, you should decline to answer and leave out of

25  any responses that you have.

Page 35

1              Do you understand that, Mr. Cook?

2              THE WITNESS:  Yes, I do.

3    BY MR. BORNSTEIN:

4       Q.   Did you discuss among your colleagues at

5    Apple, other than your counsel, the effect that the

6    Small Business Program might have on legislative

7    scrutiny of Apple's App Store?

8              MS. LEWIS:  And, Mr. Cook, you can respond

9    to that question to the extent you had conversations

10   with no legal involvement.  That is no direct or

11   indirect legal involvement.

12             If your conversations with your colleagues

13   included advice and communications that originated

14   with counsel, then you should leave that out of your

15   answer.

16             Do you understand the instruction or do we

17   need to break to talk about this?

18             THE WITNESS:  No.  I understand the

19   instruction, and therefore, I would decline to

20   answer.

21             MR. BORNSTEIN:  Very good.  Mr. Cook's been

22   deposed several times, I think he doesn't need quite

23   so lengthy instructions to eat up more time on the

24   record.  So I'd ask you to refrain from doing that,

25   please.

Page 274

1   STATE OF CALIFORNIA        ) ss.

2   COUNTY OF LOS ANGELES      )

3

4           I, Lori M. Barkley, CSR No. 6426, do hereby

5   certify:

6           That the foregoing deposition testimony

7   taken before me at the time and place therein set

8   forth and at which time the witness was administered

9   the oath;

10          That the testimony of the witness and all

11  objections made by counsel at the time of the

12  examination were recorded stenographically by me, and

13  were thereafter transcribed under my direction and

14  supervision, and that the foregoing pages contain a

15  full, true and accurate record of all proceedings and

16  testimony to the best of my skill and ability.

17          I further certify that I am neither counsel

18  for any party to said action, nor am I related to any

19  party to said action, nor am I in any way interested

20  in the outcome thereof.

21          IN WITNESS WHEREOF, I have subscribed my

22  name this 15th day of February, 2021.

23

24  _____

25          LORI M. BARKLEY, CSR No. 6426