Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Non-Party NVIDIA Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant/Counterclaimaint. | Case No. 4:20-CV-05640-YGR<br><br>**DECLARATION OF MARC DAVID PETERS IN SUPPORT OF NON-PARTY NVIDIA'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS AND TESTIMONY** |

I, Marc David Peters, declare as follows:

1. I am an attorney at the law firm of Turner Boyd LLP, counsel to NVIDIA Corporation, which is not a party to the above-captioned case, and a member in good standing of the State Bar of California. I am familiar with the facts set forth herein and, if called to testify, could and would competently testify thereto under oath.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of NVIDIA's Administrative Motion to Seal Portions of Trial Exhibits and Testimony.

3. On Monday, April 26, 2021, I spoke with counsel for Epic Games regarding NVIDIA's motion. Epic's counsel stated that Epic does not oppose the NVIDIA's motion to seal information regarding NVIDIA's non-public future plans or specific, non-public numbers regarding GeForce NOW costs, server capacities, and user base (such as that identified in PX-2480/DX-3554, PX-0729, and PX-0728) and to close the courtroom for the limited time if or when such detailed information is elicited from Mr. Aashish Patel at trial.

4. On Tuesday, April 27, 2021, I spoke with counsel for Apple regarding NVIDIA's motion. Apple's counsel stated that Apple could not say at this time whether it would oppose NVIDIA's motion. Given that trial in this matter is set to begin in six days, I thought it prudent to file the motion to bring the issue to the Court's attention as soon as possible, knowing that Apple will have the opportunity to file an opposition, if any, within the time allotted by Civil Local Rule 7-11(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 27th day of April, 2021 in Mountain View, California.

*/s/ Marc David Peters*
Marc David Peters