1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant/Counterclaimaint. | Case No. 4:20-CV-05640-YGR <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY NVIDIA'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF TRIAL EXHIBITS AND TESTIMONY** |

1    WHEREAS, NVIDIA Corporation has filed an administrative motion for an order to seal
2 portions of trial exhibits and testimony containing its confidential information;
3    Having considered said motion, and for the compelling reasons shown, the Court GRANTS
4 NVIDIA's motion and ORDERS that the portions of the trial exhibits below be sealed and not
5 disclosed to the public:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| PX-2480/DX-3554 Page 3 (portion) | Patel Declaration ¶¶ 3, 6-7 | |
| PX-2480/DX-3554 Page 4 (portions) | Patel Declaration ¶¶ 3, 6-7 | |
| PX-2480/DX-3554 Page 6 | Patel Declaration ¶¶ 3, 6-7 | |
| PX-2480/DX-3554 Page 7 | Patel Declaration ¶¶ 3, 6-7 | |
| PX-2480/DX-3554 Page 8 (portions) | Patel Declaration ¶¶ 3, 6-7 | |
| PX-2480/DX-3554 Page 9 (portion) | Patel Declaration ¶¶ 3, 6-7 | |
| PX-2480/DX-3554 Page 10 (portion) | Patel Declaration ¶¶ 3, 6-7 | |
| PX-0729 Page 2 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0729 Page 3 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0729 Page 4 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0729 Page 5 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0729 Page 6 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0729 Page 7 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0729 Page 8 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0729 Page 9 | Patel Declaration ¶¶ 4, 6-7 | |
| PX-0728 (portion) | Patel Declaration ¶¶ 5-7 | |

1    The Court further ORDERS that the portions of Mr. Aashish Patel's testimony that discloses
2  NVIDIA's non-public future plans or specific, non-public numbers regarding GeForce NOW costs,
3  server capacities, and user base shall be sealed and not disclosed to the public. The parties and
4  NVIDIA shall coordinate to cluster Mr. Patel's testimony so that the courtroom need be cleared for
5  the shortest amount of time and minimize disruption to the proceedings.

**IT IS SO ORDERED.**

Dated: _____          _____
                                    The Honorable Yvonne Gonzalez Rogers
                                    United States District Judge