# Patel Exhibit A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Exhibit 203

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   NVIDIA-EPIC-APPLE00000001

# AGENDA

Cyberpunk Bump

Fortnite iOS Safari Launch Plan

2021 Pricing Plan

2021 Capacity Plan

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                NVIDIA-EPIC-APPLE00000002

# CYBERPUNK BUMP
**REDACTED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000003



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY	NVIDIA-EPIC-APPLE00000004

# 1H21 PRICE PLAN
## EOL Founders and Intro Premium
### Encourage Commitment to Longer Term to Reduce Churn
### Increase Pricing to Help Fund Expansion






**Feb-Jul 2020** — Free & Monthly Founders

**Aug-Dec 15 2020** — Added 6 Month SKU

**Dec 15 - Feb 9** — 6 Month Only, Post Cyberpunk

**Feb 9+** — EOL a/k Founders* $24.95, Intro Premium $9.99

* Existing Founders (400K) grandfathered for 2021

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000005

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000006

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000007

## COMPETITIVE PRICING

| Competitive Plan | 12 Months | 6 Months | 3 Months | 1 Month | Notes |
|---|---|---|---|---|---|
| GFN Founders | | $ 24.99 | | $ 4.99 | EOL February |
| Amazon Luna | | | | $ 5.99 | Early Access Price |

**REDACTED**

| Competitive Plan | 12 Months | 6 Months | 3 Months | 1 Month | Notes |
|---|---|---|---|---|---|
| PlayStation Now | $ 59.99 | | $ 24.99 | $ 9.99 | Includes 500+ games |
| Stadia Pro | | | | $ 9.99 | Includes 30+ games |
| Blade Shadow | $ 143.88 | | | $ 14.99 | |
| Xbox Game Pass Ultimate | | | | $ 14.99 | Includes 100+ games |
| Xbox Series X | $ 166.33 | | | $ 19.99 | Implied Value |

**REDACTED**

| Competitive Plan | 12 Months | 6 Months | 3 Months | 1 Month | Notes |
|---|---|---|---|---|---|
| Xbox Series X + Game Pass Ultimate | | | | $ 34.98 | Console, Games & Streaming |

# COST DATA

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000009

REDACTED

2021 CAPACITY PLAN

nvidia

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NVIDIA-EPIC-APPLE00000010



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              NVIDIA-EPIC-APPLE00000011