# Patel Exhibit B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED





# GEFORCE NOW™

Work Week 40 KPIs
(9/29 Fri - 10/05 Thu)

**Exhibit PX729**
Patel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   NVIDIA-EPIC-APPLE00000104

**REDACTED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Week 40 KPI

NVIDIA-EPIC-APPLE00000105

Week 40 KPI

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000106

REDACTED

Week 40 KPI

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000107

REDACTED

Week 40 KPI

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Week 40 KPI

NVIDIA-EPIC-APPLE00000109

REDACTED

Week 40 KPI

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000110

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Week 40 KPI

NVIDIA-EPIC-APPLE00000111

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-EPIC-APPLE00000112



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
NVIDIA-EPIC-APPLE00000113