# Patel Exhibit C

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

REDACTED

WORKSHEET NAME:
New Visualization - 2021-01-27T



Exhibit PX728
Patel