UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEPOSITION DESIGNATIONS** |

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEPOSITION DESIGNATIONS, 4:20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Administrative Motion to Partially Seal Deposition Designations (the "Motion"). In support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel S. Brass.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** to the extent noted below, and **DENIED** in all other respects. Accordingly,

The portions of the deposition designations noted below shall be admitted under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Deposition of Eddy Cue, 109:4–110:17 | Brass Decl. ¶¶ 6–8 | |
| Deposition of Eddy Cue, 190:4–192:16 | Brass Decl. ¶¶ 6–8 | |
| Deposition of Joe Kreiner, 32:13–14 | | |
| Deposition of Joe Kreiner, 32:25–33:4 | | |
| Deposition of Joe Kreiner, 35:20–36:6 | | |
| Deposition of Joe Kreiner, 37:4–8, 37:14 | | |
| Deposition of Joe Kreiner, 39:11–13 | | |
| Deposition of Joe Kreiner, 40:2–41:9 | | |
| Deposition of Joe Kreiner, 41:21–42:8 | | |
| Deposition of Joe Kreiner, 42:21–23 | | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEPOSITION DESIGNATIONS, 4:20-CV-05640-YGR

| | | |
|---|---|---|
| Deposition of Joe Kreiner, 47:20–48:3 | | |
| Deposition of Joe Kreiner, 48:20–49:13 | | |
| Deposition of Joe Kreiner, 51:12–52:19, 52:23–53:14 | | |
| Deposition of Joe Kreiner, 54:15–16 | | |
| Deposition of Joe Kreiner, 57:10–16 | | |
| Deposition of Joe Kreiner, 60:18–61:11 | | |
| Deposition of Joe Kreiner, 64:3–4, 64:10–14 | | |
| Deposition of Joe Kreiner, 75:9–12, 75:15–76:8 | | |
| Deposition of Joe Kreiner, 77:6–78:6 | | |
| Deposition of Joe Kreiner, 80:1–2 | | |
| Deposition of Joe Kreiner, 80:9–12 | | |
| Deposition of Joe Kreiner, 81:6–83:22 | | |
| Deposition of Joe Kreiner, 85:13–86:21 | | |
| Deposition of Joe Kreiner, 87:6–21 | | |
| Deposition of Joe Kreiner, 88:14–15, 88:25–89:1 | | |
| Deposition of Joe Kreiner, 91:1–19 | | |
| Deposition of Joe Kreiner, 92:9–93:1 | | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEPOSITION DESIGNATIONS, 4:20-CV-05640-YGR

| | | | |
|---|---|---|---|
| Deposition of Joe Kreiner, 93:7–22 | | | |
| Deposition of Joe Kreiner, 94:23–95:20 | | | |
| Deposition of Joe Kreiner, 96:7–11 | | | |
| Deposition of Joe Kreiner, 96:22–97:1 | | | |
| Deposition of Joe Kreiner, 97:13–98:4 | | | |
| Deposition of Joe Kreiner, 107:15–108:12 | | | |
| Deposition of Joe Kreiner, 114:15–115:8 | | | |
| Deposition of Joe Kreiner, 116:16–25 | | | |
| Deposition of Joe Kreiner, 130:11–12 | | | |
| Deposition of Joe Kreiner, 136:21–137:17 | | | |
| Deposition of Joe Kreiner, 137:24–138:3 | | | |
| Deposition of Joe Kreiner, 138:7–10 | | | |
| Deposition of Joe Kreiner, 138:13–16 | | | |
| Deposition of Joe Kreiner, 140:15–19, 141:5–142:3 | | | |
| Deposition of Joe Kreiner, 168:7, 11–20 | | | |
| Deposition of Joe Kreiner, 191:20–23 | | | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEPOSITION DESIGNATIONS, 4:20-CV-05640-YGR

| | | |
|---|---|---|
| Deposition of Joe Kreiner, 215:7–23 | | |
| Deposition of Joe Kreiner, 229:7–17 | | |
| Deposition of Joe Kreiner, 229:19–23 | | |
| Deposition of Joe Kreiner, 260:17–18 | | |
| Deposition of Joe Kreiner, 267:4–25 | | |
| Deposition of Haseeb Malik, 158:21–25 | | |
| Deposition of Haseeb Malik, 181:10–20 | | |
| Deposition of Mark Rein, 101:8–20 | | |
| Deposition of Mark Rein, 102:14–20 | | |
| Deposition of Mark Rein, 105:2–14 | | |
| Deposition of Mark Rein, 107:6–7 | | |
| Deposition of Mark Rein, 108:2–109:1 | | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEPOSITION DESIGNATIONS, 4:20-CV-05640-YGR