UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff <br><br> v. <br><br> APPLE INC., <br><br> Defendant | Case No. 4:20-cv-05640-YGR <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION PURSUANT TO CIVIL L.R. 7-11 & 79.5** |

On April 27, 2021, Non-Party Google LLC ("Google") filed an Administrative Motion to Seal Confidential Information Pursuant to Civil Local Rule 7-11 and 79.5. Through its Motion, Google moves to seal the following:

| Exhibit | Information sought to be sealed | Ruling |
|---|---|---|
| DX-4172<br>DX-4910<br>DX-5325 | Highlighted portions of the following pages:<br>GOOG-APPL-00125069<br>GOOG-APPL-00125071<br>GOOG-APPL-00125075<br>GOOG-APPL-00125084<br>GOOG-APPL-00125085<br>GOOG-APPL-00125086<br>GOOG-APPL-00125087<br>GOOG-APPL-00125088<br>GOOG-APPL-00125090<br>GOOG-APPL-00125092<br>GOOG-APPL-00125093<br>GOOG-APPL-00125095 | |
| DX-3558 | Highlighted portions of the following pages:<br>GOOG-APPL-00044923<br>GOOG-APPL-00044925<br>GOOG-APPL-00044926<br>GOOG-APPL-00044929<br>GOOG-APPL-00044930<br>GOOG-APPL-00044931<br>GOOG-APPL-00044932<br>GOOG-APPL-00044933<br>GOOG-APPL-00044934<br>GOOG-APPL-00044936<br>GOOG-APPL-00044938<br>GOOG-APPL-00044939<br>GOOG-APPL-00044940<br>GOOG-APPL-00044941<br>GOOG-APPL-00044942<br>GOOG-APPL-00044943<br>GOOG-APPL-00044944<br>GOOG-APPL-00044945<br>GOOG-APPL-00044946<br>GOOG-APPL-00044947<br>GOOG-APPL-00044948<br>GOOG-APPL-00044949<br>GOOG-APPL-00044950 | |

| Exhibit | Information sought to be sealed | Ruling |
|---|---|---|
|  | GOOG-APPL-00044951 |  |
|  | GOOG-APPL-00044952 |  |
|  | GOOG-APPL-00044954 |  |
|  | GOOG-APPL-00044956 |  |
|  | GOOG-APPL-00044957 |  |
|  | GOOG-APPL-00044958 |  |
|  | GOOG-APPL-00044962 |  |
|  | GOOG-APPL-00044964 |  |
|  | GOOG-APPL-00044965 |  |
|  | GOOG-APPL-00044967 |  |
|  | GOOG-APPL-00044968 |  |
|  | GOOG-APPL-00044969 |  |
|  | GOOG-APPL-00044970 |  |
|  | GOOG-APPL-00044973 |  |
|  | GOOG-APPL-00044974 |  |
|  | GOOG-APPL-00044975 |  |
|  | GOOG-APPL-00044977 |  |
|  | GOOG-APPL-00044979 |  |
| DX-4303 | Highlighted portions of the following pages: GOOG-APPL-00005399 GOOG-APPL-00005411 GOOG-APPL-00005412 GOOG-APPL-00005413 GOOG-APPL-00005414 GOOG-APPL-00005415 GOOG-APPL-00005416 GOOG-APPL-00005417 GOOG-APPL-00005418 GOOG-APPL-00005419 GOOG-APPL-00005422 GOOG-APPL-00005425 GOOG-APPL-00005426 GOOG-APPL-00005427 GOOG-APPL-00005428 GOOG-APPL-00005429 GOOG-APPL-00005430 GOOG-APPL-00005431 GOOG-APPL-00005432 GOOG-APPL-00005433 GOOG-APPL-00005434 GOOG-APPL-00005435 GOOG-APPL-00005436 GOOG-APPL-00005437 GOOG-APPL-00005438 |  |

| Exhibit | Information sought to be sealed | Ruling |
|---|---|---|
|  | GOOG-APPL-00005439<br>GOOG-APPL-00005440<br>GOOG-APPL-00005444<br>GOOG-APPL-00005445<br>GOOG-APPL-00005447<br>GOOG-APPL-00005448<br>GOOG-APPL-00005456<br>GOOG-APPL-00005458<br>GOOG-APPL-00005459 |  |
| DX-4522 | Highlighted portions of the following pages:<br>GOOG-APPL-00042477<br>GOOG-APPL-00042482 |  |
| DX-3913 | Highlighted portions of the following pages:<br>GOOG-APPL-00114741<br>GOOG-APPL-00114742<br>GOOG-APPL-00114743<br>GOOG-APPL-00114744<br>GOOG-APPL-00114745<br>GOOG-APPL-00114746<br>GOOG-APPL-00114749<br>GOOG-APPL-00114751<br>GOOG-APPL-00114752<br>GOOG-APPL-00114759<br>GOOG-APPL-00114761<br>GOOG-APPL-00114762<br>GOOG-APPL-00114764<br>GOOG-APPL-00114768<br>GOOG-APPL-00114771<br>GOOG-APPL-00114772<br>GOOG-APPL-00114773<br>GOOG-APPL-00114774<br>GOOG-APPL-00114775<br>GOOG-APPL-00114776<br>GOOG-APPL-00114778 |  |
| DX-4046 | Highlighted portions of the following pages:<br>GOOG-APPL-00003389<br>GOOG-APPL-00003391<br>GOOG-APPL-00003392<br>GOOG-APPL-00003393<br>GOOG-APPL-00003394<br>GOOG-APPL-00003398<br>GOOG-APPL-00003400 |  |

| Exhibit | Information sought to be sealed | Ruling |
|---|---|---|
| | GOOG-APPL-00003406<br>GOOG-APPL-00003407<br>GOOG-APPL-00003409<br>GOOG-APPL-00003411 | |
| DX-3452<br>DX-5326 | Highlighted portions of the following pages:<br>GOOG-APPL-00111792<br>GOOG-APPL-00111793<br>GOOG-APPL-00111797<br>GOOG-APPL-00111798<br>GOOG-APPL-00111811 | |
| DX-3779 | Highlighted portions of the following pages:<br>GOOG-APPL-00106362<br>GOOG-APPL-00106365<br>GOOG-APPL-00106366<br>GOOG-APPL-00106367<br>GOOG-APPL-00106369<br>GOOG-APPL-00106370<br>GOOG-APPL-00106371<br>GOOG-APPL-00106372<br>GOOG-APPL-00106373<br>GOOG-APPL-00106374<br>GOOG-APPL-00106377<br>GOOG-APPL-00106380<br>GOOG-APPL-00106381<br>GOOG-APPL-00106382<br>GOOG-APPL-00106383<br>GOOG-APPL-00106384<br>GOOG-APPL-00106385<br>GOOG-APPL-00106386<br>GOOG-APPL-00106387<br>GOOG-APPL-00106388<br>GOOG-APPL-00106391<br>GOOG-APPL-00106393<br>GOOG-APPL-00106394<br>GOOG-APPL-00106396<br>GOOG-APPL-00106397<br>GOOG-APPL-00106399<br>GOOG-APPL-00106402<br>GOOG-APPL-00106405<br>GOOG-APPL-00106407<br>GOOG-APPL-00106409<br>GOOG-APPL-00106414<br>GOOG-APPL-00106415 | |

| Exhibit | Information sought to be sealed | Ruling |
|---|---|---|
| | GOOG-APPL-00106422 | |
| | GOOG-APPL-00106424 | |
| | GOOG-APPL-00106425 | |
| | GOOG-APPL-00106426 | |
| | GOOG-APPL-00106427 | |
| | GOOG-APPL-00106429 | |
| | GOOG-APPL-00106431 | |
| | GOOG-APPL-00106433 | |
| | GOOG-APPL-00106434 | |
| | GOOG-APPL-00106436 | |
| | GOOG-APPL-00106437 | |
| | GOOG-APPL-00106439 | |
| | GOOG-APPL-00106440 | |
| | GOOG-APPL-00106442 | |
| | GOOG-APPL-00106443 | |
| | GOOG-APPL-00106445 | |
| | GOOG-APPL-00106446 | |
| | GOOG-APPL-00106447 | |
| | GOOG-APPL-00106448 | |
| | GOOG-APPL-00106449 | |
| | GOOG-APPL-00106450 | |
| DX-3798 DX-4909 | Highlighted portions of the following pages: GOOG-APPL-00113903 GOOG-APPL-00113904 GOOG-APPL-00113905 GOOG-APPL-00113907 GOOG-APPL-00113910 GOOG-APPL-00113912 GOOG-APPL-00113914 GOOG-APPL-00113916 GOOG-APPL-00113917 GOOG-APPL-00113918 GOOG-APPL-00113920 GOOG-APPL-00113921 GOOG-APPL-00113924 GOOG-APPL-00113925 GOOG-APPL-00113927 GOOG-APPL-00113929 GOOG-APPL-00113930 GOOG-APPL-00113933 GOOG-APPL-00113934 GOOG-APPL-00113937 GOOG-APPL-00113938 GOOG-APPL-00113939 | |

| Exhibit | Information sought to be sealed | Ruling |
|---|---|---|
| | GOOG-APPL-00113940<br>GOOG-APPL-00113941<br>GOOG-APPL-00113942<br>GOOG-APPL-00113943<br>GOOG-APPL-00113945<br>GOOG-APPL-00113946<br>GOOG-APPL-00113947<br>GOOG-APPL-00113948<br>GOOG-APPL-00113949<br>GOOG-APPL-00113951<br>GOOG-APPL-00113961<br>GOOG-APPL-00113964<br>GOOG-APPL-00113965<br>GOOG-APPL-00113970<br>GOOG-APPL-00113971<br>GOOG-APPL-00113973<br>GOOG-APPL-00113975<br>GOOG-APPL-00113976<br>GOOG-APPL-00113980<br>GOOG-APPL-00113981<br>GOOG-APPL-00113982<br>GOOG-APPL-00113984 | |
| DX-3365 | Redacted in full:<br>GOOG-APPL-00099392 | |
| DX-3584 | Redacted in full:<br>GOOG-APPL-00099394 | |
| DX-3165 | Redactions in full for the following pages:<br>GOOG-APPL-00003567 – GOOG-APPL-00003608 | |
| DX-3250 | Redactions in full for the following pages:<br>GOOG-APPL-00042404 – GOOG-APPL-00042475 | |
| DX-3598 | Redactions in full for the following pages:<br>GOOG-APPL-00003610 – GOOG-APPL-00003656 | |
| DX-3942 | Redactions in full for the following pages:<br>GOOG-APPL-00003414 – GOOG-APPL-00003454 | |

| Exhibit | Information sought to be sealed | Ruling |
|---|---|---|
| DX-4001 | Redactions in full for the following pages: GOOG-APPL-00003523 – GOOG-APPL-00003565 | |
| DX-4310 | Redactions in full for the following pages: GOOG-APPL-00003482 – GOOG-APPL-00003521 | |
| DX-4478 | Highlighted portions of the following pages: GOOG-APPL-00114922 GOOG-APPL-00114934 | |
| PX-0506 | Highlighted portions of the following pages: APL-APPSTORE_02027040 APL-APPSTORE_02027041 | |

Having considered Google's Motion and supporting declaration,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the information listed in the table above be sealed. The unredacted version of each of these Exhibits shall remain under seal.

IT IS SO ORDERED.

Dated: _____, 2021

                                              Honorable Yvonne Gonzalez-Rogers
                                              United States District Judge
                                              Northern District of California