PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF WRITTEN DIRECT TESTIMONY OF EXPERT WITNESSES** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF WRITTEN DIRECT TESTIMONY OF
EXPERT WITNESSES
Case No. 4:20-cv-05640-YGR-TSH

PLEASE TAKE NOTICE that Epic Games, Inc. hereby submits, pursuant to paragraph 5 of Pretrial Order No. 3 (ECF No. 389), the written direct testimony of the following expert witnesses:

| Exhibit | Submission | Word Count |
|---|---|---|
| Ex. Expert 1 | Written Direct Testimony of Dr. David S. Evans | 30,200 |
| Ex. Expert 2 | Written Direct Testimony of Ned S. Barnes, CPA | 3,472 |
| Ex. Expert 3 | Written Direct Testimony of Peter E. Rossi, Ph.D. | 4,596 |
| Ex. Expert 4 | Written Direct Testimony of Dr. Susan Athey | 7,468 |
| Ex. Expert 5 | Written Direct Testimony of Dr. James W. Mickens | 13,724 |
| Ex. Expert 13 | Rebuttal Written Direct Testimony of Michael I. Cragg, Ph.D. | 14,135 |
| Ex. Expert 14 | Rebuttal Written Direct Testimony of Dr. Nancy A. Mathiowetz | 4,782 |
| Ex. Expert 15 | Rebuttal Written Direct Testimony of Dr. Wenke Lee | 10,965 |
| Ex. Expert 16 | Rebuttal Written Direct Testimony of Dr. David S. Evans | 10,517 |
| | **Total** | 99,859 |

Dated: April 27, 2021

CRAVATH, SWAINE & MOORE LLP

Christine Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars

Respectfully submitted,

By: */s/ M. Brent Byars*
     M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*