PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1    I, M. Brent Byars, declare as follows:

2    1.    I am a Senior Attorney at Cravath, Swaine & Moore LLP, counsel to Epic
3  Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court
4  *pro hac vice*.

5    2.    I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this
6  declaration are based on my personal knowledge.

7    3.    Epic's Expert Written Direct Examinations contain materials that Apple or third
8  parties have designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the
9  Protective Order entered in this Court. Epic is serving its Motion and Declaration on the
10 affected third parties pursuant to Civil Local Rule 79-5(e). The following Table shows each
11 affected third party and the corresponding portion of written direct testimony that may contain
12 information provided by each party.

| Expert Written Direct Paragraph or Footnote Number | Affected Party |
|---|---|
| Barnes Opening 2 | Apple |
| Barnes Opening 4 | Apple |
| Barnes Opening 5 | Apple |
| Barnes Opening 6 | Apple |
| Barnes Opening 7 | Apple |
| Barnes Opening 8 | Apple |
| Barnes Opening 9 | Apple |
| Barnes Opening 10 | Apple |
| Barnes Opening 11 | Apple |
| Barnes Opening 12 | Apple |
| Barnes Opening 13 | Apple |
| Barnes Opening 14 | Apple |
| Barnes Opening FN1 | Apple |

| | |
|---|---|
| Barnes Opening 15 | Apple |
| Barnes Opening 16 | Apple |
| Barnes Opening 17 | Apple |
| Barnes Opening 18 | Apple |
| Barnes Opening 19 | Apple |
| Barnes Opening 20 | Apple |
| Barnes Opening 21 | Apple |
| Barnes Opening 25 | Apple |
| Barnes Opening 27 | Apple |
| Evans Opening 43 | IDC |
| Evans Opening FN3 | Apple, IDC |
| Evans Opening 51 | Samsung |
| Evans Opening FN5 | Samsung |
| Evans Opening 53 | App Annie |
| Evans Opening 74 | IDC |
| Evans Opening 79 | IDC |
| Evans Opening 80 | App Annie |
| Evans Opening 81 | IDC |
| Evans Opening 88 | Google |
| Evans Opening FN27 | Google |
| Evans Opening 107 | Microsoft |
| Evans Opening 141 | Apple |
| Evans Opening 149 | Apple |
| Evans Opening FN46 | Apple |
| Evans Opening Table 3 | Apple |
| Evans Opening 153 | Apple |

| | |
|---|---|
| Evans Opening FN47 | Apple |
| Evans Opening FN48 | Apple |
| Evans Opening FN49 | Apple |
| Evans Opening FN50 | Apple |
| Evans Opening Figure 2 | Apple |
| Evans Opening 154 | Apple |
| Evans Opening FN51 | Apple |
| Evans Opening FN52 | Apple |
| Evans Opening 172 | Valve |
| Evans Opening 173 | Valve |
| Evans Opening FN65 | Valve |
| Evans Opening 177 | Microsoft |
| Evans Opening 177 | Valve |
| Evans Opening 182 | Apple |
| Evans Opening 183 | Apple |
| Evans Opening 184 | Apple |
| Evans Opening FN74 | Apple |
| Evans Opening Figure 3 | Apple |
| Evans Opening 188 | Apple |
| Evans Opening Table 7 | Apple |
| Evans Opening 189 | Apple |
| Evans Opening FN77 | Apple |
| Evans Opening Figure 4 | Apple |
| Evans Opening FN105 | Apple |
| Evans Opening 229 | Apple |
| Evans Opening Figure 5 | Apple |

| | |
|---|---|
| Evans Opening FN108 | Apple |
| Evans Opening 241 | Match |
| Evans Opening 242 | Microsoft |
| Evans Opening 270 | Apple |
| Evans Opening Table 8 | Apple, App Annie |
| Evans Opening 288 | Apple |
| Evans Opening 295 | Apple |
| Evans Opening FN126 | Apple |
| Rossi Opening 49 | Apple |
| Cragg Rebuttal 9 | Spotify |
| Cragg Rebuttal 56 | Apple |
| Cragg Rebuttal Figure 4 | Apple |
| Cragg Rebuttal 57 | Apple |
| Cragg Rebuttal 65 | Spotify |
| Cragg Rebuttal 69 | Spotify |
| Cragg Rebuttal 70 | Spotify |
| Cragg Rebuttal Figure 8 | Spotify |
| Cragg Rebuttal 71 | Spotify |
| Cragg Rebuttal FN10 | Spotify |
| Cragg Rebuttal 94 | Apple |
| Cragg Rebuttal Figure 18 | Apple |
| Cragg Rebuttal 95 | Apple, App Annie |
| Cragg Rebuttal Figure 19 | App Annie |
| Cragg Rebuttal 99 | Apple |
| Cragg Rebuttal Figure 21 | Apple |
| Cragg Rebuttal 100 | Apple |

| | |
|---|---|
| Cragg Rebuttal Figure 22 | Apple |
| Cragg Rebuttal 102 | Apple |
| Cragg Rebuttal Figure 23 | Apple |
| Cragg Rebuttal 103 | Apple |
| Cragg Rebuttal Figure 24 | Apple |
| Cragg Rebuttal 105 | Apple |
| Cragg Rebuttal Figure 25 | Apple |
| Evans Rebuttal Table of Contents | Apple |
| Evans Rebuttal 2 | Apple |
| Evans Rebuttal FN11 | Samsung |
| Evans Rebuttal 34 | Apple, Google |
| Evans Rebuttal FN34 | Google |
| Evans Rebuttal FN 38 | Apple |
| Evans Rebuttal 36 | Apple |
| Evans Rebuttal 40 | Apple |
| Evans Rebuttal 42 | Apple |
| Evans Rebuttal 43 | Apple |
| Evans Rebuttal 44 | Apple |
| Evans Rebuttal 45 | Apple |
| Evans Rebuttal FN50 | Apple |
| Evans Rebuttal FN52 | Apple |
| Evans Rebuttal FN54 | Apple |
| Evans Rebuttal 46 | Apple |
| Evans Rebuttal 47 | Apple |
| Evans Rebuttal 49 | Apple |
| Evans Rebuttal FN58 | Apple |

| | |
|---|---|
| Evans Rebuttal FN59 | Apple |
| Evans Rebuttal 52 | Valve |
| Evans Rebuttal FN65 | Valve |
| Evans Rebuttal 64 | Apple |
| Evans Rebuttal 71 | Apple |
| Evans Rebuttal 74 | Apple |
| Lee Rebuttal 35 | Apple |
| Lee Rebuttal FN18 | Apple |
| Lee Rebuttal 63 | Apple |
| Lee Rebuttal FN30 | Apple |
| Lee Rebuttal 67 | Apple |
| Lee Rebuttal 68 | Apple |
| Lee Rebuttal FN37 | Apple |
| Lee Rebuttal FN38 | Apple |
| Lee Rebuttal FN39 | Apple |
| Lee Rebuttal 99 | Apple |
| Lee Rebuttal FN76 | Apple |
| Lee Rebuttal 119 | Apple |
| Lee Rebuttal FN89 | Apple |
| Mathiowetz Rebuttal 12 | Apple |
| Mathiowetz Rebuttal 70 | Apple |
| Mathiowetz Rebuttal 71 | Apple |

4. Epic will provide prompt notice to any third parties who may have confidentiality interests in information provisionally sealed in its Expert Written Direct

1 | Testimonies so that those third parties may determine whether to request sealing of such
2 | information by the Court.

4 |       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is
5 | true and correct and that I executed this declaration on April 27, 2021 in Oakland, California.

                                       */s/ M. Brent Byars*
                                       M. Brent Byars

DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS
Case No.: 4:20-cv-05640-YGR-TSH