UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SEAL** Judge: Hon. Yvonne Gonzalez Rogers |

Having considered Epic Games, Inc.'s Administrative Motion to Seal Portions of its Expert Written Direct Examinations, Attachment A to Epic Games, Inc.'s Administrative Motion to Seal Portions of its Expert Written Direct Examinations, the Declaration in Support of the Administrative Motion, and any declaration by Apple Inc. or any third party submitted in response, pursuant to Local Rules 7-11 and 79-5(d) and (e);

IT IS HEREBY ORDERED:

| Expert Written Direct Paragraph or Footnote Number | Affected Party | Ruling |
|---|---|---|
| Barnes Opening 2 | Apple | |
| Barnes Opening 4 | Apple | |
| Barnes Opening 5 | Apple | |
| Barnes Opening 6 | Apple | |
| Barnes Opening 7 | Apple | |
| Barnes Opening 8 | Apple | |
| Barnes Opening 9 | Apple | |
| Barnes Opening 10 | Apple | |

| | | |
|---|---|---|
| Barnes Opening 11 | Apple | |
| Barnes Opening 12 | Apple | |
| Barnes Opening 13 | Apple | |
| Barnes Opening 14 | Apple | |
| Barnes Opening FN1 | Apple | |
| Barnes Opening 15 | Apple | |
| Barnes Opening 16 | Apple | |
| Barnes Opening 17 | Apple | |
| Barnes Opening 18 | Apple | |
| Barnes Opening 19 | Apple | |
| Barnes Opening 20 | Apple | |
| Barnes Opening 21 | Apple | |
| Barnes Opening 25 | Apple | |
| Barnes Opening 27 | Apple | |
| Evans Opening 43 | IDC | |
| Evans Opening FN3 | Apple, IDC | |
| Evans Opening 51 | Samsung | |
| Evans Opening FN5 | Samsung | |
| Evans Opening 53 | App Annie | |
| Evans Opening 74 | IDC | |
| Evans Opening 79 | IDC | |
| Evans Opening 80 | App Annie | |
| Evans Opening 81 | IDC | |
| Evans Opening 88 | Google | |
| Evans Opening FN27 | Google | |
| Evans Opening 107 | Microsoft | |

| | | |
|---|---|---|
| Evans Opening 141 | Apple | |
| Evans Opening 149 | Apple | |
| Evans Opening FN46 | Apple | |
| Evans Opening Table 3 | Apple | |
| Evans Opening 153 | Apple | |
| Evans Opening FN47 | Apple | |
| Evans Opening FN48 | Apple | |
| Evans Opening FN49 | Apple | |
| Evans Opening FN50 | Apple | |
| Evans Opening Figure 2 | Apple | |
| Evans Opening 154 | Apple | |
| Evans Opening FN51 | Apple | |
| Evans Opening FN52 | Apple | |
| Evans Opening 172 | Valve | |
| Evans Opening 173 | Valve | |
| Evans Opening FN65 | Valve | |
| Evans Opening 177 | Microsoft | |
| Evans Opening 177 | Valve | |
| Evans Opening 182 | Apple | |
| Evans Opening 183 | Apple | |
| Evans Opening 184 | Apple | |
| Evans Opening FN74 | Apple | |
| Evans Opening Figure 3 | Apple | |
| Evans Opening 188 | Apple | |
| Evans Opening Table 7 | Apple | |
| Evans Opening 189 | Apple | |

| | | |
|---|---|---|
| Evans Opening FN77 | Apple | |
| Evans Opening Figure 4 | Apple | |
| Evans Opening FN105 | Apple | |
| Evans Opening 229 | Apple | |
| Evans Opening Figure 5 | Apple | |
| Evans Opening FN108 | Apple | |
| Evans Opening 241 | Match | |
| Evans Opening 242 | Microsoft | |
| Evans Opening 270 | Apple | |
| Evans Opening Table 8 | Apple, App Annie | |
| Evans Opening 288 | Apple | |
| Evans Opening 295 | Apple | |
| Evans Opening FN126 | Apple | |
| Rossi Opening 49 | Apple | |
| Cragg Rebuttal 9 | Spotify | |
| Cragg Rebuttal 56 | Apple | |
| Cragg Rebuttal Figure 4 | Apple | |
| Cragg Rebuttal 57 | Apple | |
| Cragg Rebuttal 65 | Spotify | |
| Cragg Rebuttal 69 | Spotify | |
| Cragg Rebuttal 70 | Spotify | |
| Cragg Rebuttal Figure 8 | Spotify | |
| Cragg Rebuttal 71 | Spotify | |
| Cragg Rebuttal FN10 | Spotify | |
| Cragg Rebuttal 94 | Apple | |
| Cragg Rebuttal Figure 18 | Apple | |

| | | |
|---|---|---|
| Cragg Rebuttal 95 | Apple, App Annie | |
| Cragg Rebuttal Figure 19 | App Annie | |
| Cragg Rebuttal 99 | Apple | |
| Cragg Rebuttal Figure 21 | Apple | |
| Cragg Rebuttal 100 | Apple | |
| Cragg Rebuttal Figure 22 | Apple | |
| Cragg Rebuttal 102 | Apple | |
| Cragg Rebuttal Figure 23 | Apple | |
| Cragg Rebuttal 103 | Apple | |
| Cragg Rebuttal Figure 24 | Apple | |
| Cragg Rebuttal 105 | Apple | |
| Cragg Rebuttal Figure 25 | Apple | |
| Evans Rebuttal Table of Contents | Apple | |
| Evans Rebuttal 2 | Apple | |
| Evans Rebuttal FN11 | Samsung | |
| Evans Rebuttal 34 | Apple, Google | |
| Evans Rebuttal FN34 | Google | |
| Evans Rebuttal FN 38 | Apple | |
| Evans Rebuttal 36 | Apple | |
| Evans Rebuttal 40 | Apple | |
| Evans Rebuttal 42 | Apple | |
| Evans Rebuttal 43 | Apple | |
| Evans Rebuttal 44 | Apple | |
| Evans Rebuttal 45 | Apple | |
| Evans Rebuttal FN50 | Apple | |

| | | |
|---|---|---|
| Evans Rebuttal FN52 | Apple | |
| Evans Rebuttal FN54 | Apple | |
| Evans Rebuttal 46 | Apple | |
| Evans Rebuttal 47 | Apple | |
| Evans Rebuttal 49 | Apple | |
| Evans Rebuttal FN58 | Apple | |
| Evans Rebuttal FN59 | Apple | |
| Evans Rebuttal 52 | Valve | |
| Evans Rebuttal FN65 | Valve | |
| Evans Rebuttal 64 | Apple | |
| Evans Rebuttal 71 | Apple | |
| Evans Rebuttal 74 | Apple | |
| Lee Rebuttal 35 | Apple | |
| Lee Rebuttal FN18 | Apple | |
| Lee Rebuttal 63 | Apple | |
| Lee Rebuttal FN30 | Apple | |
| Lee Rebuttal 67 | Apple | |
| Lee Rebuttal 68 | Apple | |
| Lee Rebuttal FN37 | Apple | |
| Lee Rebuttal FN38 | Apple | |
| Lee Rebuttal FN39 | Apple | |
| Lee Rebuttal 99 | Apple | |
| Lee Rebuttal FN76 | Apple | |
| Lee Rebuttal 119 | Apple | |
| Lee Rebuttal FN89 | Apple | |
| Mathiowetz Rebuttal 12 | Apple | |

| Mathiowetz Rebuttal 70 | Apple | |
| --- | --- | --- |
| Mathiowetz Rebuttal 71 | Apple | |

**IT IS SO ORDERED.**

DATED:

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE