PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-
defendant Epic Games, Inc.*

[Additional counsel appear on signature
page]

THEODORE J. BOUTROUS JR. (SBN
132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and
Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br>       *Plaintiff, Counter-defendant,* <br><br>       vs. <br><br> APPLE INC., <br><br>       *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DIRECT TESTIMONY** <br><br> Hon. Yvonne Gonzalez Rogers |

WHEREAS, on March 30, 2021 the Court issued its Pretrial Order No. 3 (Dkt. 389);

WHEREAS, in Pretrial Order No. 3, the Court directed that "Epic Games Inc. shall serve, but not file, its written direct testimony on Apple by **April 20, 2021**.  Apple shall serve, but not file, its written direct testimony on Epic Games by **April 23, 2021**.  The parties shall then file and serve the final written direct testimony by **Tuesday, April 27, 2021**";

WHEREAS, in Pretrial Order No. 3, the Court directed that "[e]ach written testimony submission shall bear the Exhibit marking 'Ex. Expert [insert number]' and repeat with consecutive numbering";

WHEREAS, in Pretrial Order No. 3, the Court directed the parties to "file one joint stipulation requesting that the Court admit the exhibits for all written testimony so that they will become part of the trial record.  The stipulation shall be submitted with the written testimony submissions.  Further the list shall include the exhibit number, the name of the witness, the word count and the summation of the collective word counts";

WHEREAS, Epic Games Inc. served the written direct testimony of its experts on April 20, 2021, and Apple served the written direct testimony on of its experts on April 23, 2021;

WHEREAS, Epic Games Inc. will timely serve the written direct testimony of its rebuttal experts on April 27, 2021, but Apple will not have time to review that rebuttal testimony before this stipulation is due to be filed;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that, subject to the approval of the Court:

(1)      the written direct testimony identified in the table below (Exs. Expert 1–12, inclusive) is admitted, with the exception of the paragraphs specifically identified as not stipulated to;

(2)      the parties will file a further stipulation regarding the admission of (and any objections to) Epic's rebuttal written direct testimony by April 28, 2021; and

1        (3)     each objecting party will file by April 28, 2021 a statement explaining the bases for

2    its objections regarding the paragraphs specifically identified as not stipulated to, and each

3    sponsoring party will file a responsive statement by 10:00 a.m. on April 30, 2021.

| Witness | Exhibit No. | Paragraphs Not Stipulated To | Word Count |
|---|---|---|---|
| **Epic's Written Direct Testimony** | | | |
| Dr. David S. Evans | Ex. Expert 1 | N/A | 30,200 |
| Ned S. Barnes, CPA | Ex. Expert 2 | N/A | 3,472 |
| Peter E. Rossi, Ph.D. | Ex. Expert 3 | N/A | 4,596 |
| Dr. Susan Athey | Ex. Expert 4 | ¶¶ 86–96 | 7,468 |
| James W. Mickens, Ph.D | Ex. Expert 5 | ¶ 94 | 13,724 |
| | | | **Total**: 59,460 |
| **Apple's Written Direct Testimony** | | | |
| Lorin M. Hitt, Ph.D. | Ex. Expert 6 | ¶ 180; Figure 5 | 25,626 |
| Francine LaFontaine, Ph.D. | Ex. Expert 7 | N/A | 11,718 |
| Richard Schmalensee, Ph.D. | Ex. Expert 8 | N/A | 18,009 |
| Daniel L. Rubinfeld | Ex. Expert 9 | N/A | 9,168 |
| Dominique Hanssens, Ph.D. | Ex. Expert 10 | N/A | 8,109 |
| Aviel D. Rubin, Ph.D. | Ex. Expert 11 | ¶¶ 7, 82, 84 | 16,253 |
| James E. Malackowski | Ex. Expert 12 | N/A | 7,355 |
| | | | **Total**: 96,238 |

STIPULATION AND [PROPOSED] ORDER REGARDING
EXPERT DIRECT TESTIMONY
Case No.: 4:20-cv-05640-YGR-TSH

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 27, 2021

CRAVATH, SWAINE & MOORE LLP
    Christine A. Varney (*pro hac vice*)
    Katherine B. Forrest (*pro hac vice*)
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:  */s/ Gary A Bornstein*
    Gary A. Bornstein
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000

*Attorneys for Plaintiff and
Counter-defendant Epic Games, Inc.*

Dated:  April 27, 2021

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Jay P. Srinivasan
    Mark A. Perry
    Veronica S. Moye
    Cynthia E. Richman
    Jay P. Srinivasan

By:  */s/ Richard J. Doren*
    Richard J. Doren
    333 South Grand Avenue
    Los Angeles, CA  90071
    (213) 229-7000

*Attorneys for Defendant and
Counterclaimant Apple Inc.*

1   **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**
2   **ORDERED.**

3

4   DATED: _____          _____

5                                                    HON. YVONNE GONZALEZ ROGERS
                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated:  April 27, 2021                    CRAVATH, SWAINE & MOORE LLP

By:   */s/ Gary A. Bornstein*
          Gary A. Bornstein

          *Attorneys for Plaintiff and*
          *Counter-defendant Epic Games, Inc.*