1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| EPIC GAMES, INC., | ) | Case Nos. 4:20-CV-05640-YGR |
| Plaintiff, | ) | |
| | ) | CLASS ACTION COMPLAINT |
| v. | ) | |
| | ) | PROPOSED ORDER RE NON-PARTY APP ANNIE'S ADMINISTRSTIVE MOTION TO SEAL |
| APPLE INC., a California corporation, | ) | |
| Defendant. | ) | |

On April 28, 2021, Non-Party App Annie Inc. ("App Annie") filed an Administrative Motion to Seal ("Administrative Motion") setting forth the reasons it believes the below information should be maintained under seal.

Upon review and consideration of the Administrative Motion, it is hereby:

ORDERED that the Administrative Motion is GRANTED; and it is further

ORDERED that compelling reasons exist to seal the below Exhibits in their entirety. Specifically, the Exhibits to be sealed are:

    (a)    Exhibit DX-5408: Store Product Level Estimate Data.

    (b)    Exhibit DX-5409: Product ID Estimate Data.

    (c)    Exhibit DX-5410: Category ID Estimate Data.

    (d)    Exhibit DX-5411: Unified Category ID Estimate Data.

    (e)    Exhibit DX-3591: Bulk API Documentation.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE