| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>    tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>    rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>    dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>    jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:  213.229.7000<br>Facsimile:  213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)<br>    vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone:  214.698.3100<br>Facsimile:  214.571.2900 | MARK A. PERRY, SBN 212532<br>    mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>    crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone:  202.955.8500<br>Facsimile:  202.467.0539<br><br>ETHAN DETTMER, SBN 196046<br>    edettmer@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>    elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE** |

1   I declare I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. in this case.

On April 28, 2021, I caused to be served via electronic transmission unredacted versions of Defendant Apple Inc.'s Administrative Motion Seal PX-2339 and the accompanying declaration and exhibit to the attorneys of record in the above-captioned case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 28, 2021 at San Francisco, California.

/s/ *Rachel S. Brass*
Rachel S. Brass