UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>         Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br>         Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR <br><br> **[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM DURING PRESENTATION OF CERTAIN CONFIDENTIAL MATERIAL AT TRIAL** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM DURING PRESENTATION OF CERTAIN CONFIDENTIAL MATERIAL AT TRIAL

1  Defendant Apple Inc. has filed an Administrative Motion to Seal the Courtroom During
2  Presentation of Certain Confidential Material at Trial.  Having considered the Motion, all associated
3  declarations, and any argument of counsel,

4  **IT IS HEREBY ORDERED** that the Motion is **GRANTED**; it is further

5  **ORDERED** that the courtroom shall be **CLOSED** during the testimony of Epic's expert
6  accountant Mr. Barnes, during any testimony from other expert witnesses adopting or responding to
7  Mr. Barnes' opinion, and during any testimony from fact witnesses addressing Mr. Barnes' opinions
8  or the documents on which he relied; it is further

9  **ORDERED** that Epic is directed not to refer to Mr. Barnes' opinions in its opening statement
10  or in any demonstratives made available on the public record; and it is further

11  **ORDERED** that any exhibits admitted into evidence on this subject be and remain redacted.
12  **IT IS SO ORDERED.**

14  DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM DURING PRESENTATION OF CERTAIN CONFIDENTIAL MATERIAL AT TRIAL