JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Non-Party Sony Interactive Entertainment LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant,*<br><br>    v.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF DON SECHLER PURSUANT TO LOCAL RULE 79-5(e)(1) IN SUPPORT OF NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION TO SEAL** |

I, Don Sechler, declare as follows:

1. I am the Vice President and Global Head of Global Partner Development and Relations Business Operations, Planning & Strategy at Sony Interactive Entertainment LLC ("SIE"). I am more than eighteen years of age. Based on my experience with SIE, I am familiar with SIE's protection of its trade secrets and other confidential and proprietary business information and the documents I discuss below. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I make this declaration pursuant to Civil Local Rule 79-5, in support of SIE's motion to seal three of the documents that SIE produced in this litigation, which have been designated DX-3520, DX-4354, and DX 4357 on Apple's exhibit list, because the public disclosure of these documents would reveal SIE trade secrets and cause competitive harm to SIE.

3. As described in more detail below, these documents reflect different aspects of SIE's confidential policies and procedures with respect to the development, pricing and marketing of games and related products on the PlayStation platform. Some of these policies and procedures are incorporated by reference in our contracts with game developers. The creation and sale of games and related products by third-party game developers is a critical element in competition in our industry, and SIE's policies and procedures with regard to game developers are tightly held as a competitively-sensitive trade secret. If this information were made public, SIE would suffer competitive harm because it would enable SIE's competitors to gain valuable insight into SIE's business, which SIE has invested significant resources developing, including through trial and error, and better position themselves in any future competition with SIE. These documents were produced with the designation "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the governing protective order.

4. DX-4354 (SONY-EPvAPP-00002 through SONY-EPvAPP-00005) contains detailed pricing information, including pricing formulas, for products offered through the PlayStation Store, products associated with merchandise sales, and products offered via PlayStation's subscription service. This information is proprietary and confidential and is held as a

trade secret. The public disclosure of this information would provide SIE's competitors with valuable insight into SIE's business and its competitive processes and is likely to cause competitive harm to SIE.

5. DX-3520 (SONY-EPvAPP-00012 through SONY-EPvAPP-00020) discloses SIE's detailed policies and procedures for developers with regard to the provision of virtual currency on SIE PlayStation platforms. Again, these policies and procedures are proprietary and confidential to SIE and held as a trade secret by SIE. The public disclosure of this information would provide SIE's competitors with valuable insight into SIE's business and its competitive processes, specifically its approach to virtual currency, and is likely to cause competitive harm to SIE.

6. DX-4357 (SONY-EPvAPP-00006 through SONY-EPvAPP-00011) discloses important aspects of SIE's processes for developers in setting their wholesale prices and performing the other steps necessary to make their products available in the PlayStation Content Pipeline. The public disclosure of this information could provide SIE's competitors with valuable insight into SIE's business and its competitive processes that may cause competitive harm to SIE.

7. Because of the competitive sensitivity of these materials, SIE maintains strict confidentiality protection for these policies and procedures. No developer can access these documents without executing an agreement to maintain the confidentiality of these materials and then only for the purpose of developing and marketing games on the PlayStation platform. Only when they have executed such an agreement are developers provided with access credentials necessary to review these materials. Similarly, access to these materials is strictly limited within SIE to those with a business need for these documents.

8. I note that, on its exhibit list, Apple described two of the exhibits (DX-4354 and DX-4357) as "available at" website URLs. To be clear, these documents (as well as DX-3520) are not available to the public at that or any other location. The identified URLs lead to a password-protected, secure website, access to which is limited to authorized developers who have been approved by SIE and executed the strict confidentiality agreements described above.

///

///

9. As the entirety of the above-described documents describe SIE's confidential policies, processes, and procedures, the request to seal them is narrowly tailored.

10. I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 28th day of April, 2021.

*/s/ Don Sechler*

DON SECHLER