JOHN F. COVE, JR. (SBN 212213)
john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF JOHN F. COVE, JR. IN SUPPORT OF NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

I, John F. Cove, Jr., declare as follows:

1. I am a partner at the law firm of Shearman & Sterling LLP and represent non-party Sony Interactive Entertainment LLC ("SIE") in connection with this litigation. I am a member in good standing of the Bars of the States of New York and California, and a member of the Bar of this Court. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of SIE's Administrative Motion to Keep Competitively Sensitive Informative Under Seal.

3. On Wednesday, April 28, 2021, I reached out to counsel for plaintiff Epic Games, Inc. ("Epic"), informed her that SIE intended to move to seal the documents described below, and asked whether Epic intended to oppose the motion. Epic's counsel stated that Epic would not oppose SIE's motion.

4. On Wednesday, April 28, 2021, I reached out to counsel for defendant Apple Inc. ("Apple"), informed him that SIE intended to move to seal the documents described below, and asked whether Apple intended to oppose the motion. Apple's counsel stated that Apple could not take a position until after it had reviewed SIE's motion.

5. Attached hereto as Exhibit A is a true and correct copy of a document produced by SIE in response to subpoenas from Apple and Epic, bearing bates numbers SONY-EPvAPP-00002 – SONY-EPvAPP-00005, which Apple has listed on its trial exhibit list as DX-4354. This document was designated by SIE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the governing protective order.

6. Attached hereto as Exhibit B is a true and correct copy of a document produced by SIE in response to subpoenas from Apple and Epic, bearing bates numbers SONY-EPvAPP-00012 – SONY-EPvAPP-00020, which Apple has listed on its trial exhibit list as DX-3520. This document was designated by SIE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the governing protective order.

7. Attached hereto as Exhibit C is a true and correct copy of a document produced by SIE in response to subpoenas from Apple and Epic, bearing bates numbers SONY-EPvAPP-00006

1 – SONY-EPvAPP-00011, which Apple has listed on its trial exhibit list as DX-4357.  This document was designated by SIE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the governing protective order.

8. The accompanying Declaration of Don Sechler explains the factual basis for sealing these documents.

9. I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 28, 2021, in the Northern District of California.

/s/ John F. Cove, Jr.
John F. Cove, Jr.