# Exhibit A (DX-4354)

(SONY-EPvAPP-00002 – SONY-EPvAPP-00005)

REDACTED IN ITS ENTIRETY