# Exhibit B (DX-3520)

(SONY-EPvAPP-00012 – SONY-EPvAPP-00020)

REDACTED IN ITS ENTIRETY