# Exhibit C (DX-4357)

(SONY-EPvAPP-00006 – SONY-EPvAPP-00011)

REDACTED IN ITS ENTIRETY