JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        *Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>        *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Having considered non-party Sony Interactive Entertainment LLC's ("SIE") Administrative Motion to Keep Competitively Sensitive Information Under Seal, and the accompanying Declaration of Don Sechler in Support, and any argument of counsel, and finding sufficiently compelling reasons to seal the non-party material described below, it is hereby **ORDERED** that:

The following trial exhibits of Defendant Apple Inc. (Dkt. No. 453) shall be sealed:

1. DX-3520 (SONY-EPvAPP-00012 through SONY-EPvAPP-00020).
2. DX-4354 (SONY-EPvAPP-00002 through SONY-EPvAPP-00005).
3. DX-4357 (SONY-EPvAPP-00006 through SONY-EPvAPP-00011).

**SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE