UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>              Plaintiff, Counter-defendant<br><br>   v.<br><br>APPLE INC.,<br><br>              Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL OBJECTIONS TO SEAL EXPERT TESTIMONY** |

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL OBJECTIONS TO EXPERT TESTIMONY,
4:20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Administrative Motion to Seal Objections to Expert Testimony (the "Motion").

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **DENIED.** Accordingly, the unredacted versions of the document sought to be sealed by the Motion shall be filed on the public docket.

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Defendant Apple Inc.'s Objections to Expert Testimony, 3:4–5, 7–10, 12–15 | | |
| Deposition of Dr. Susan A. Athey | | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL OBJECTIONS TO EXPERT TESTIMONY,
4:20-CV-05640-YGR