# Exhibit 1

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Document Filed Entirely Under Seal

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED