# Exhibit 1

# Document Filed Entirely Under Seal