# Exhibit 2

**CRAVATH, SWAINE & MOORE LLP**

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

—

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

JOHN W. WHITE
EVAN R. CHESLER
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
DAVID L. PORTILLA
RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS

JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG
MICHAEL L. ARNOLD
HEATHER A. BENJAMIN
MATTHEW J. BOBBY
DANIEL J. CERQUEIRA
ALEXANDRA C. DENNING
HELAM GEBREMARIAM
MATTHEW G. JONES
MATTHEW M. KELLY
DAVID H. KORN
BRITTANY L. SUKIENNIK
ANDREW M. WARK

—

PARTNER EMERITUS

SAMUEL C. BUTLER

—

OF COUNSEL

MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1084

WRITER'S EMAIL ADDRESS
GBornstein@cravath.com

April 27, 2021

*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640

Dear Mark:

    I write in response to your letter dated April 26, 2021, regarding the written direct testimony of Professor Susan Athey and Professor James W. Mickens.

    Your claim that Professors Athey and Mickens have "improperly attempted to supplement their disclosed opinions with new opinions and written testimony that relies on materials not previously disclosed or relied upon" is incorrect. Neither witness is expressing new opinions in their direct testimony, and neither has relied on the evidence that is the subject of your letter in forming his or her opinions, which both witnesses timely disclosed in their expert reports.

    With respect to Professor Athey, the evidence at issue cited in her testimony was not available to her until after she had finished drafting her report and after her deposition. Her written testimony made clear that "[w]hen formulating [her] opinions, [she] could not consult confidential Apple documents, pursuant to the Protective Order in this matter." (Athey Written Testimony ¶ 86.) It was only after Apple recently withdrew its confidentiality designations that she could review them. (*Id.*) Thus, it was not possible for Professor Athey to have seen these documents until now. It is entirely proper for her to have reviewed newly available evidence. But as her testimony states, Professor Athey "did not rely on these documents to form [her] opinions". (*Id.* ¶ 87.) They also do not change her opinions in any way. The cited documents simply confirm her existing opinions. (*Id.*) Therefore, her discussion of these documents does not run afoul of either the Federal Rules or the parties' stipulation. Accordingly, Epic will not withdraw paragraphs 86-96 of Professor Athey's written testimony.

    As to Professor Mickens, his February 16, 2021 expert report originally referred to the public version of Apple's Platform Security document from Spring of

2020 for the language that currently appears in paragraph 94 of his testimony. This document appeared in Appendix A ("Materials Relied Upon") of Professor Mickens's expert report. (*See* PX2888.64.) Apple subsequently withdrew the confidentiality designation for an earlier, non-public version of its Platform Security document (PX461), which Epic had marked as an intended trial exhibit, and which was used in fact depositions. Paragraph 94 of Professor Mickens's written testimony used the intended trial exhibit version of the document in place of the previously cited public version. This was purely for convenience and efficiency. Among other things, Epic cites PX461 in its Proposed Findings of Fact. For reference, we have attached the Spring 2020 version of Apple's Platform Security document referenced in Professor Mickens's expert report (the quoted language can be found on pg. 6 of the document). The information Professor Mickens references is the same in both documents and there is no possible prejudice that Apple could argue. Accordingly, Epic will not withdraw paragraph 94 of Professor Mickens's written testimony.

Sincerely,

*/s/ Gary A. Bornstein*
Gary A. Bornstein

Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306