PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant*, <br><br> vs. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING REBUTTAL EXPERT DIRECT TESTIMONY** <br><br> Hon. Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED] ORDER REGARDING
REBUTTAL EXPERT DIRECT TESTIMONY
Case No.: 4:20-cv-05640-YGR-TSH

1       WHEREAS, on March 30, 2021 the Court issued its Pretrial Order No. 3 (Dkt. 389);

2       WHEREAS, in Pretrial Order No. 3, the Court directed that "Epic Games Inc. shall serve, but not file, its written direct testimony on Apple by **April 20, 2021**.  Apple shall serve, but not file, its written direct testimony on Epic Games by **April 23, 2021**.  The parties shall then file and serve the final written direct testimony by **Tuesday, April 27, 2021**";

      WHEREAS, in Pretrial Order No. 3, the Court directed that "[e]ach written testimony submission shall bear the Exhibit marking 'Ex. Expert [insert number]' and repeat with consecutive numbering";

      WHEREAS, in Pretrial Order No. 3, the Court directed the parties to "file one joint stipulation requesting that the Court admit the exhibits for all written testimony so that they will become part of the trial record.  The stipulation shall be submitted with the written testimony submissions.  Further the list shall include the exhibit number, the name of the witness, the word count and the summation of the collective word counts";

      WHEREAS, Epic Games Inc. served the written direct testimony of its experts on April 20, 2021, and Apple served the written direct testimony on of its experts on April 23, 2021;

      WHEREAS, Epic Games Inc. served the written direct testimony of its rebuttal experts on April 27, 2021, but Apple did not have time to review that rebuttal testimony before the parties' April 27, 2021 stipulation was due to be filed;

      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that, subject to the approval of the Court:

    (1)    the written direct testimony identified in the table below (Exs. Expert 13–16, inclusive) is admitted, with the exception of the paragraphs specifically identified as not stipulated to; and

    (2)    the parties will address their positions regarding any paragraphs specifically identified as not stipulated to in the statements to be filed pursuant to the schedule set forth in Paragraph (3) of the stipulation, dated April 27, 2021, filed at ECF No. 510.

| Witness | Exhibit No. | Paragraphs Not Stipulated To | Word Count |
|---|---|---|---|
| **Epic's Rebuttal Written Direct Testimony** | | | |
| Michael I. Cragg, Ph.D. | Ex. Expert 13 | ¶¶ 26, 38–39, 55–56, 58–59, 66–68, 72, 97–104 | 14,135 |
| Dr. Nancy A. Mathiowetz | Ex. Expert 14 | N/A | 4,782 |
| Dr. Wenke Lee | Ex. Expert 15 | ¶¶ 19, 76–77, 80, 103–04 | 10,965 |
| Dr. David S. Evans | Ex. Expert 16 | ¶¶ 39, 48–50 | 10,517 |
| | | **Rebuttal Total**: | 40,399 |
| | | **Epic Games, Inc. Total:** | **99,859** |

1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 28, 2021

CRAVATH, SWAINE & MOORE LLP
 Christine A. Varney (*pro hac vice*)
 Katherine B. Forrest (*pro hac vice*)
 Gary A. Bornstein (*pro hac vice*)
 Yonatan Even (*pro hac vice*)
 Lauren A. Moskowitz (*pro hac vice*)
 M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
 Paul J. Riehle

By:  */s/ Gary A. Bornstein*
 Gary A. Bornstein
 825 Eighth Avenue
 New York, New York 10019
 Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated:  April 28, 2021

GIBSON, DUNN & CRUTCHER LLP
 Theodore J. Boutrous Jr.
 Richard J. Doren
 Daniel G. Swanson
 Jay P. Srinivasan
 Mark A. Perry
 Veronica S. Moye
 Cynthia E. Richman
 Jay P. Srinivasan

By:  */s/ Richard J. Doren*
 Richard J. Doren
 333 South Grand Avenue
 Los Angeles, CA  90071
 (213) 229-7000

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____        _____
                                HON. YVONNE GONZALEZ ROGERS
                                United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: April 28, 2021                     CRAVATH, SWAINE & MOORE LLP

                                          By:   */s/ Gary A. Bornstein*
                                                Gary A. Bornstein

                                          *Attorneys for Plaintiff and*
                                          *Counter-defendant Epic Games, Inc.*