Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640
Facsimile:    (888) 775-0898

Jonathan Kanter, D.C. Bar No. 473286
(pro hac vice pending)
jonathan@kanterlawgroup.com
Brandon Kressin, D.C. Bar. No. 1002008
(pro hac vice pending)
brandon@kanterlawgroup.com
THE KANTER LAW GROUP, PLLC
1717 K Street N.W., #900
Washington, D.C. 20006
Telephone: (202) 792-3037

Attorney for Third-Party Respondent
Yoga Buddhi Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>  Plaintiff and Counter-Defendant, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant and Counterclaimant. | Case No. 4:20-cv-05640-YGR <br> Case No. 4:11-cv-06714-YGR <br> Case No. 4:19-cv-03074-YGR <br><br> **DECLARATION OF BENJAMIN SIMON PURSUANT TO CIVIL LOCAL RULE 79-5(d)(1)(A) IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AT TRIAL PURSUANT TO CIVIL LOCAL RULE 79-5(E)** |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | |

## DECLARATION OF BENJAMIN SIMON

I, Benjamin Simon, declare as follows:

1. I am Chief Executive Officer and Co-Founder at Yoga Buddhi Co. In this position, I oversee Yoga Buddhi Co.'s subscription fitness and wellness apps, which I will collectively refer to as Down Dog. Yoga Buddhi Co. is a non-party in the three above-captioned actions.

2. I have been employed by Yoga Buddhi Co. since 2015. Through the course of my employment with Yoga Buddhi Co., I have become familiar with its treatment of proprietary business information, such as that discussed in this declaration. I make this declaration pursuant to Northern District of California Civil Local Rule 79-5(e)(1) and in support of Yoga Buddhi Co.'s Administrative Motion to File Under Seal Portions of Proposed Findings of Fact and Conclusions of Law ("Motion to Seal"). I know the facts stated herein based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. I have reviewed Yoga Buddhi Co.'s Motion to Seal and understand that parties in this litigation have identified trial exhibits which implicate the personally identifying information of Yoga Buddhi Co.'s users. Specified portions of the exhibits should remain under seal for the reasons stated in this declaration.

4. I was deposed in the above-captioned actions on April 23, 2021. I understand that, during my deposition, counsel for Yoga Buddhi requested that my deposition testimony be designated Highly Confidential pursuant to protective orders entered in the above-captioned actions.

5. I have reviewed Exhibit A to my declaration, designated as Exhibit PX-2395 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on May 12, 2020. It contains the user's personally identifying information. Specifically, it contains identifying information in the email signature lines and email address lines on pages 1 and 2 of the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

6.    I have reviewed Exhibit B to my declaration, designated as Exhibit PX-2396 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on June 22, 2020. It contains the user's personally identifying information. Specifically, it contains identifying information in the email signature lines, portions of the email text, the salutations within the emails, and the email address lines on pages 1 and 2 of the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

7.    I have reviewed Exhibit C to my declaration, designated as Exhibit PX-2397 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on January 8, 2021. It contains the user's personally identifying information. Specifically, it contains identifying information in the email address lines in the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

8.    I have reviewed Exhibit D to my declaration, designated as Exhibit PX-2398 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on July 23, 2020. It contains the user's personally identifying information. Specifically, it contains identifying information in the email signature line and email address lines in the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

9.    I have reviewed Exhibit E to my declaration, designated as Exhibit PX-2399 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on January 2, 2021. It contains the user's personally identifying information. Specifically, it contains identifying information in the email address line in the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be

injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

10. I have reviewed Exhibit F to my declaration, designated as Exhibit PX-2404 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on December 6, 2018. It contains the user's personally identifying information. Specifically, it contains identifying information in the salutations and email address lines on pages 1 and 2 of the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

11. I have reviewed Exhibit G to my declaration, designated as Exhibit PX-2405 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on November 26, 2018. It contains the user's personally identifying information. Specifically, it contains identifying information in the email signature lines, the salutations, and the email address lines on pages 1 through 5 of the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

12. I have reviewed Exhibit H to my declaration, designated as Exhibit PX-2406 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on November 24, 2018. It contains the user's personally identifying information. Specifically, it contains identifying information in the email signature lines, the salutations, portions of the body of the email text, and the email address lines on pages 1 and 2 of the document. Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

13. I have reviewed Exhibit I to my declaration, designated as Exhibit PX-2407 by Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on October 4,

1  2018. It contains the user's personally identifying information. Specifically, it contains identifying
2  information in the email signature lines, the salutations, portions of the body of the email text, and
3  the email address lines on pages 1 and 2 of the document. Disclosing this information would place
4  the user at risk of invasions of privacy. Yoga Buddhi Co. and its users would be injured by
5  unnecessarily exposing its users' private information. Yoga Buddhi Co. seeks redaction of this
6  personally identifying customer information in the Exhibit.

7   14.   I have reviewed Exhibit J to my declaration, designated as Exhibit PX-2409 by
8  Epic. This document is an email between a user and employee of Yoga Buddhi Co initiated on
9  January 2, 2017. It contains the user's personally identifying information. Specifically, it contains
10 identifying information in the email salutations and email address lines on pages 1 of the document.
11 Disclosing this information would place the user at risk of invasions of privacy. Yoga Buddhi Co.
12 and its users would be injured by unnecessarily exposing its users' private information. Yoga
13 Buddhi Co. seeks redaction of this personally identifying customer information in the Exhibit.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. This declaration was executed this 29 day of April 2021, in San Francisco, California.

_____
BENJAMIN SIMON