1  Douglas J. Dixon, State Bar No. 275389
   ddixon@hueston.com
2  HUESTON HENNIGAN LLP
   620 Newport Center Drive, Suite 1300
3  Newport Beach, CA 92660
   Telephone:    (949) 229-8640
4  Facsimile:    (888) 775-0898

5  Jonathan Kanter, D.C. Bar No. 473286
   (admitted pro hac vice)
6  jonathan@kanterlawgroup.com
   Brandon Kressin, D.C. Bar. No. 1002008
7  (admitted pro hac vice)
   brandon@kanterlawgroup.com
8  THE KANTER LAW GROUP, PLLC
   1717 K Street N.W., #900
9  Washington, D.C. 20006
   Telephone: (202) 792-3037
10
   Attorney for Third-Party Respondent
11 Yoga Buddhi Co.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| 16       Plaintiff and Counter-Defendant, | Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR |
| 17    vs. | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(e)** |
| 18 APPLE INC., | |
| 19       Defendant and Counterclaimant. | |
| 20 | |
| 21 IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| 22 | |
| 23 DONALD R. CAMERON, et al., | |
| 24       Plaintiffs, | |
| 25    vs. | |
| 26 APPLE INC., | |
| 27       Defendant. | |

28

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5, Non-Party Yoga Buddhi Co. has filed an Administrative Motion to seal documents contained in Apple's and Epic's trial exhibit lists.

Having consider the Motion, all associated declaration, and any argument of counsel, and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly,

1) The unredacted version of the documents sought to be sealed by the Motion shall remain under seal; and

2) If the following exhibits are admitted at trial, they shall be admitted under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| PX-2395 (as redacted) | Simon Declaration ¶ 5 | |
| PX-2396 (as redacted) | Simon Declaration ¶ 6 | |
| PX-2397 (as redacted) | Simon Declaration ¶ 7 | |
| PX-2398 (as redacted) | Simon Declaration ¶ 8 | |
| PX-2399 (as redacted) | Simon Declaration ¶ 9 | |
| PX-2404 (as redacted) | Simon Declaration ¶ 10 | |
| PX-2405 (as redacted) | Simon Declaration ¶ 11 | |
| PX-2406 (as redacted) | Simon Declaration ¶ 12 | |
| PX-2407 (as redacted) | Simon Declaration ¶ 13 | |
| PX-2409 (as redacted) | Simon Declaration ¶ 14 | |

DATED: _____, 2021

_____
Honorable Yvonne Gonzales Rogers.
United States District Judge