# Exhibit A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Printed by: Ben Simon*
*Tags: Inbox*

*Date: Saturday, May 16th 2020, 12:24:02 AM -07:00 PDT*
*Subject: Re: 33% off subscription*
*From:* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
*To: <refundhelp@downdogapp.com>*

I tried. No such luck.
Thanks for the clarification!

**Groet,**
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓

Op 16 mei 2020 om 02:36 heeft refundhelp@downdogapp.com het volgende geschreven:

the only way to get a refund is to reach out to apple, it's completely out of our hands.  cancelling alone won't give you a refund.  However that'll stop you from being charged the expensive price next year

—
Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

On May 15, 2020, 3:50 AM PDT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

I'm really grateful for your e-mail. I wasn't expecting such a blunt reaction from a yoga app. So thank you for this.

If I cancel the subscription will I get the refund then? I think I'm with these guys for the rest of the year right?

Or do I cancel and pay for the, amazing, apps on your website?

**Groet,**
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓

CONFIDENTIAL                                                           DOWNDOG-EPIC_00051

Op 15 mei 2020 om 08:10 heeft refundhelp@downdogapp.com het volgende geschreven:

Apple does not allow us to point people to the website explicitly for the cheaper price, because they take a 30% cut from in app purchases. That's why we offer cheap prices through the website, where there's no large cut from Apple. We tell everyone via email/community group that it's cheaper through the website. We would prefer everyone pays through the website; it's cheaper for you and we can refund people in cases like this. Apple doesn't even give us the ability to refund you. It's a horrible system that we don't agree with, but our mission is to provide high quality fitness at home, and to have an app in the Apple store, we need to follow their rules.

We're sorry this happened to you! You should cancel your membership so that you aren't charged the higher price next year, here's some instructions for that: https://support.apple.com/en-us/HT202039.

—

Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

On May 12, 2020, 10:25 PM PDT ag3pz9tiziq@downdogapp.com wrote:

Hi guys,

After enjoying the free yoga excercises so much, I decided to purchase the app today. When this morning I wasn't able to login anymore. I bought it through the app When I started Down Dog.

A friend of mine told me about the mail she received. Which offered her the 33% discount. Seeing we're still in a lockdown.

Is there a way I in which I could benefit from the discount.

Hope you can help me out.

Sincerely,



--
You received this message because you are subscribed to the Google Groups "refundhelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to refundhelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit https://groups.google.com/a/downdogapp.com/d/msgid/refundhelp/010001720c7ec37b-1034da96-931c-4010-a66a-77401d9bf168-000000%40email.amazonses.com.

--
You received this message because you are subscribed to the Google Groups "refundhelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to refundhelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit https://groups.google.com/a/downdogapp.com/d/msgid/refundhelp/BAA16F38-B474-4449-A5ED-0BC187E93337%40gmail.com.

--
You received this message because you are subscribed to the Google Groups "refundhelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to refundhelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit https://groups.google.com/a/downdogapp.com/d/msgid/refundhelp/831D545F-D503-4408-A1E7-602A4C480FC4%40gmail.com.

CONFIDENTIAL                                                                                                    DOWNDOG-EPIC_00053