# Exhibit B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Printed by:* Ben Simon
*Tags:* Inbox

*Date:* Monday, June 22nd 2020, 01:47:06 PM -07:00 PDT
*Subject:* Re: Incorrect subscription price
*From:* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
*To:* <contact@downdogapp.com>

Well thank you very much! My husband and I share this iPad, so it may be under mine. ▮▮▮▮▮▮▮▮▮▮ You're making me happy.

I have told so many others about your wonderful app and yoga.

▮▮▮▮▮▮▮▮▮▮▮▮ is my husband's email which I'm using to send this because that's where I started this conversation, and I thought was where I ordered the yoga from.

I appreciate you trying mine.   Again - ▮▮▮▮▮▮▮▮▮▮▮.
▮▮▮▮▮▮. (Retired)

Sent from my iPad

On Jun 22, 2020, at 2:57 PM, Ben Simon <contact@downdogapp.com> wrote:

Apple won't even let us put a link to the website in the app. I can extend your membership an additional year, but it doesn't look like this is the email you use to log into Down Dog.

Thanks,
Ben

On June 22, 2020, 11:52 AM PDT ▮▮▮▮▮▮▮▮▮▮ wrote:

It sure was hard to try purchasing it while on your site. Must of been how I ended up looking for it and thought it was your yoga app still. Maybe I can ask for an additional year? I would not have ordered it at that price. It was very deceiving. Sorry and thanks.

Sent from my iPad

On Jun 22, 2020, at 2:47 PM, Ben Simon <contact@downdogapp.com> wrote:

Hi ▮▮▮▮,

As stated in that email, the promotion only applied to purchases made through our website. Apple does not allow us to issue refunds (one of the reason we prefer users to pay through our website) so unfortunately there is nothing we can do. You can contact Apple customer support but they typically only honor refund requests within 24 hours of the purchase.

Thanks,
Ben

CONFIDENTIAL

DOWNDOG-EPIC_00056

On June 22, 2020, 10:47 AM PDT ▮▮▮▮▮▮▮▮ wrote:

While starting the app on May 25, It said that the free time period had ended. I tried following to the purchase area/app which took quite a while but got a Memorial Day sale of $23.99 (approx). I was surprised when receiving my card statement in the mail that I had been charged $59.99. Can you please correct this to the sale price I had selected on that Memorial Day sale. Thanks.

Sent from my iPad

--
To unsubscribe from this group and stop receiving emails from it, send an email to contact+unsubscribe@downdogapp.com.


--
To unsubscribe from this group and stop receiving emails from it, send an email to contact+unsubscribe@downdogapp.com.

--
To unsubscribe from this group and stop receiving emails from it, send an email to contact+unsubscribe@downdogapp.com.

CONFIDENTIAL

DOWNDOG-EPIC_00057