# Exhibit C

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

0

*Printed by: Ben Simon*
*Tags: Inbox*

*Date: Friday, January 8th 2021, 09:13:01 AM -08:00 PST*
*Subject: Original : Charged wrong for Black Friday deal*
*From: <aa2hy9t6n1m@downdogapp.com>*
*To: <billinghelp@downdogapp.com>*

Hey I bought my app with the Black Friday deal of 60% off so it was supposed to be like $23 something but I was reviewing my charges and I got charged the full price of $59.99.

--
You received this message because you are subscribed to the Google Groups "billinghelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to billinghelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit
https://groups.google.com/a/downdogapp.com/d/msgid/billinghelp/01000176e2fcb281-942184ab-1a36-48b5-8429-c054639c756a-000000%40email.amazonses.com.

*Date: Monday, January 11th 2021, 04:32:36 PM -08:00 PST*
*Subject: Re: Original : Charged wrong for Black Friday deal*
*From: Alexis Salomone via billinghelp@downdogapp.com <billinghelp@downdogapp.com>*
*To:* ████████████

Hi there!

Thanks for reaching out and I apologize for the trouble. Our payment options are either through our website or through the app stores for Apple or Google. Because Apple and Google charge hefty commission fees, the prices there will always be more expensive. Additionally we cannot offer sales through the apps stores. It sounds like you got an email advertising our deal but subscribed through your app rather than by clicking the link. I am very sorry for your trouble - I know it can be confusing. Unfortunately we are unable to offer refunds or cancel memberships for purchases through the Apple Store, so I recommend being in touch with them to cancel your membership and request a refund. If you are able to do that, you can take advantage of our even better deal of $14.99. Just be sure to purchase that through this link: www.downdogapp.com/purchase. Does this help? Please let us know if you need more assistance.

- Alexis and the Down Dog team

—
Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

CONFIDENTIAL

DOWNDOG-EPIC_00060