# Exhibit D

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Printed by: Ben Simon*
*Tags: Inbox*

*Date: Tuesday, July 28th 2020, 03:15:29 PM -07:00 PDT*
*Subject: RE: Original : Cobrança*
*From:* ████
*To: <billinghelp@downdogapp.com>*

I talked to apple service, and they informed me that they will not make a refund. how can we solve this problem? I'm extremely upset to have paid for your app, and now it's free.

---

**De:** billinghelp@downdogapp.com <billinghelp@downdogapp.com>
**Enviado:** quinta-feira, 23 de julho de 2020 22:21
**Para:** ████
**Assunto:** Re: Original : Cobrança

you can tell them we are absolutely 100% ok with the refund

--
Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

On July 23, 2020, 6:11 PM PDT ████ wrote:

so is it possible to extend the subscription until December 2021?
because apple won't give me a refund if it's not authorized by yours

████

**De:** billinghelp@downdogapp.com <billinghelp@downdogapp.com>
**Enviado:** Thursday, July 23, 2020 4:51:30 PM
**Para:** there ████
**Assunto:** Re: Original : Cobrança

we would love to refund you but apple doesn't let us refund in app purchases, you'll need to reach out to them and ask for a refund

--
Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

On July 23, 2020, 12:40 PM PDT a87fy9ft0tm@downdogapp.com wrote:

Hello, I saw that until January 1 the application will be free. And who made the annual subscription? Will you get a refund of those months for free? Or will it extend for another year after January 1?
Because it didn't seem fair to me who paid the annual fee and now it's free.

--original text in Portuguese--
Olá, eu vi que até 1 de janeiro o aplicativo será gratuito. E quem fez a assinatura anual? Terá reembolso desses meses de graça? Ou se estenderá por mais um ano após 1 de janeiro?
Pois não me pareceu justo com quem pagou anual e agora é gratuito.

--
You received this message because you are subscribed to the Google Groups "billinghelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to billinghelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit https://groups.google.com/a/downdogapp.com/d/msgid/billinghelp/010001737d30ae7b-3c4fa456-8144-499c-9f65-dc5c327dda53-000000%40us-east-1.amazonses.com.

--
You received this message because you are subscribed to the Google Groups "billinghelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to billinghelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit
https://groups.google.com/a/downdogapp.com/d/msgid/billinghelp/BYAPR11MB375216BC56EE557ABCF35C8A86770%40BYAPR11MB3752.namprd11.prod.outlook.

--
You received this message because you are subscribed to the Google Groups "billinghelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to billinghelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit
https://groups.google.com/a/downdogapp.com/d/msgid/billinghelp/BYAPR11MB3752C9DF8574015AECEFAEB986730%40BYAPR11MB3752.namprd11.prod.outlook.c