# Exhibit E

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Printed by: Ben Simon*
*Tags: Inbox*

*Date: Saturday, January 2nd 2021, 10:49:34 PM -08:00 PST*
*Subject: Original : Month free but still charged*
*From: <axymp9al8bm@downdogapp.com>*
*To: <billinghelp@downdogapp.com>*

Hi

I was charged the full monthly fee on 2nd Jan, however the update said it should be free until 1 Feb.

I contacted Apple and they said to raise this with you. Could you please confirm who should refund me?

Thanks!

--
You received this message because you are subscribed to the Google Groups "billinghelp" group.
To unsubscribe from this group and stop receiving emails from it, send an email to billinghelp+unsubscribe@downdogapp.com.
To view this discussion on the web visit https://groups.google.com/a/downdogapp.com/d/msgid/billinghelp/01000176c7021b5d-d6f66825-e1a4-4dcb-8eb8-819508600997-000000%40email.amazonses.com.

---

*Date: Sunday, January 3rd 2021, 04:20:56 PM -08:00 PST*
*Subject: Re: Original : Month free but still charged*
*From: Alexis Salomone via billinghelp@downdogapp.com <billinghelp@downdogapp.com>*
*To:*

Hi there!

Thanks for reaching out and I apologize for any confusion. The free app offer does not automatically cancel any existing memberships, so that is why you were charged. Unfortunately we are unable to offer refunds for purchases through the Apple Store, so I recommend being in touch with them and requesting a refund for this month. Then you will be able to sign in and practice for free through the end of January. If you get a pop-up asking you to pay, you can just X out of that and practice as usual.

If you would like to resubscribe after the free time, we recommend purchasing directly through our website for the lowest rate currently available.

Does this help? Please let us know if you need more assistance.

- Alexis and the Down Dog team

—
Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

CONFIDENTIAL

DOWNDOG-EPIC_00068