# Exhibit F

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Printed by: Ben Simon*
*Tags: Inbox*

*Date: Monday, December 10th 2018, 10:42:45 AM -08:00 PST*
*Subject: Re: Form Submission from Juliana Aconito*
*From: Sam Dooman via help@downdogapp.com <help@downdogapp.com>*
*To:* ███████████████████████████████

Hi ██████

Sorry for the confusion, I interpreted you saying "I will not contact apple to do this" as you not reaching out to Apple for the refund. If you did go through Apple for the refund, then there will be some delay in that refund appearing on your bank statements, although we don't know how long that will be since we're in the dark on Apple's internal refund review process.

Sam

—

Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

On December 9, 2018, 9:48 AM PST ███████████████████████ wrote:

Hi I'm not sure you read my email but I did go through apple to do so. Shouldn't your response be perhaps that there is some time that needs to pass before seeing refund on my card??

So again, I did everything to process the refund through apple as clearly instructed.

Is this making sense?

> On Fri, Dec 7, 2018, 4:34 PM <help@downdogapp.com> wrote:
>
> Hi ██████
>
> Since Apple is the one that processed this payment, they are the ones you would need to reach out to for a refund. It's frustrating for us too, we don't want to charge you for a membership you don't want! Apple just straight up does not let us issue refunds directly, it's a really bad system. That's why we prefer that people buy memberships directly through our website, because then we have direct control over the process and can issue refunds without going through a third party.
>
> The best I can do is enable your account after you cancelled so that if you decide to keep using the app, you'll still have Pro access.
>
> Sorry for the inconvenience, but you need to go through Apple to get a refund.
>
> Sam
>
> —
>
> Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
> Follow us on Instagram
> Join our Facebook Community

CONFIDENTIAL
DOWNDOG-EPIC_00238

On December 7, 2018, 2:33 AM PST ███████████ wrote:

I processed the refund through my apple account as per the specific instructions listed. I will not contact apple to do this. Why would they refund a random person just because they claim "you (downdog) are okay with it"? The communication needs to come from down dog.

I received nothing. The account was active for a matter of less then two hours. I want my refund.

On Thu, Dec 6, 2018, 6:17 PM <help@downdogapp.com> wrote:
> Hi :D,
>
> Unfortunately, Apple doesn't let us manage subscriptions that are purchased in-app. Here's some instructions from Apple on how to do that -> https://support.apple.com/en-us/HT202039.
>
> If you'd like a refund, you should email Apple support and let them know that we're ok with the refund.
>
> Hope this helps!
>
> —
> Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
> Follow us on Instagram
> Join our Facebook Community
>
> On December 6, 2018, 4:07 AM PST server@downdogapp.com wrote:
>
>> Down Dog Pro was purchsased in error and cancelled immediately after. When will the refund be processed on my credit card? I also sent a communication through with a general question about the app and never received a reply. A response would be much appreciated. Thank you.

CONFIDENTIAL