# Exhibit G

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

0

Printed by: Ben Simon
Tags: Inbox

Date: Tuesday, November 27th 2018, 11:33:43 AM -08:00 PST
Subject: RE: Pro
From: ▮
To: <help@downdogapp.com>

Yes. Although they did not say this directly I contested a monthly auto renew charge relatively recently. I am a lawyer in the space so trust me if the language had been clear I would have noticed. I got a refund of $7.

So I guess I am a 'bad player' – I noticed the error immediately last night based on the rate I did agree to – but I did not access the app and called them within 10 hours to say I purchased in error and they will not give a refund.

I have many other subscriptions I have never contested of course. Not to mention tons of apple products. I am pissed.

I am a pissed consumer but now have yoga to calm my pissed off brain! 😊

▮

Lisa B. Dubrow, J.D., CIPP/US, CIPP/E, CIPM l355 Riverside Drive, Suite 3E, New York N.Y. 10025 | www.lisadubrow.com

Office Tel: 212.865.0200 | Cell: 917.952.5593 | Fax 212.932.2843 | Only admitted to Practice in NY

The information contained in this email is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If you have received this transmission in error, your review, dissemination or copying of this message is unauthorized so please delete the copy you received and notify me immediately by reply email. Thank you.

**From:** Ben Simon <help@downdogapp.com>
**Sent:** Tuesday, November 27, 2018 2:17 PM
**To:** Lisa Dubrow ▮
**Subject:** RE: Pro

CONFIDENTIAL                                                                                       DOWNDOG-EPIC_00254

Hi ███

I'm really sorry to hear that. Did they explain why?

I agree that you should contest the charge. Either way, you'll continue to have access for the next year, so no need to resubscribe.

Thanks,

Ben

Tue, Nov 27 at 11:12 AM, ███████████████ wrote:

Apple wont give me a refund. I have cancelled the subscription but not getting a refund. Not sure what to do now. I am probably contesting the charge but wont buy another sub. Thanks .

███

*The information contained in this email is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If you have received this transmission in error, your review, dissemination or copying of this message is unauthorized so please delete the copy you received and notify me immediately by reply email. Thank you.*

**From:** Ben Simon <help@downdogapp.com>
**Sent:** Tuesday, November 27, 2018 1:34 PM
**To:** ███████████████████████
**Subject:** Re: Pro

We'll be disabling it in a few hours! You can use this link: https://www.downdogapp.com/membership?userId=A4CK0R1TA8E

Thanks,

Ben

On November 27, 2018, 10:21 AM PST ~~~~~~~~~~ wrote:

Too late for the discount I would assume?

■

The information contained in this email is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If you have received this transmission in error, your review, dissemination or copying of this message is unauthorized so please delete the copy you received and notify me immediately by reply email. Thank you.

**From:** Ben Simon <help@downdogapp.com>
**Sent:** Tuesday, November 27, 2018 1:16 PM
**To:**
**Subject:** Re: Pro

No, I don't see any website purchases.

Thanks,

CONFIDENTIAL

DOWNDOG-EPIC_00256

Ben

On November 27, 2018, 9:58 AM PST ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Did I join via your website too? I was redirected I think.

The information contained in this email is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If you have received this transmission in error, your review, dissemination or copying of this message is unauthorized so please delete the copy you received and notify me immediately by reply email. Thank you.

**From:** Ben Simon <help@downdogapp.com>
**Sent:** Tuesday, November 27, 2018 12:57 PM

**Subject:** Re: Pro

Hi ▮▮▮

It looks like you subscribed via iTunes. However, the Black Friday discount only applied to purchases made via our website. Apple doesn't give us any way to refund purchases made through them, so you'll have to contact Apple customer support if you'd like a refund.

Thanks,

Ben

On November 26, 2018, 7:32 PM PST ▮▮▮▮▮▮▮▮▮▮ wrote:

Was I charged twice? ▮▮▮▮▮▮▮▮

Sent from my iPhone

▮▮▮▮▮▮▮

CONFIDENTIAL                                                                                                                     DOWNDOG-EPIC_00258