# Exhibit H

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Printed by:* Ben Simon
*Tags:* Inbox

*Date:* Tuesday, November 27th 2018, 03:15:04 PM -08:00 PST
*Subject:* Re: Request to cancel subscription
*From:* Carlos Ormachea via help@downdogapp.com <help@downdogapp.com>
*To:* ▮

I know - we wish that Apple let us cancel on your behalf and they won't. It looks like you've already cancelled then. If you want to get a refund you'll have to reach out to Apple Support - you can tell them we're totally fine with the refund.

—

Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

On November 27, 2018, 1:48 PM PST ▮ wrote:

Hi,
I have been to the instructions page. What I just showed you was that there was no option to cancel.

This is quite a situation where one could have such difficulty getting a refund.

▮

On Tue, Nov 27, 2018 at 4:46 PM, <help@downdogapp.com> wrote:
Here's some instructions from Apple on how to do that -> https://support.apple.com/en-us/HT202039

—

Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

On November 27, 2018, 1:45 PM PST ▮ wrote:

Hi,

I've been to the app but there is no option to cancel, only to resubscribe.

Please help. Thanks.

On Tue, Nov 27, 2018 at 4:40 PM, <help@downdogapp.com> wrote:
Hi ▮

Unfortunately, Apple doesn't let us manage your subscriptions that are purchased using Apple Pay. Here's some instructions from Apple on how to do that -> https://support.apple.com/en-us/HT202039

CONFIDENTIAL
DOWNDOG-EPIC_00259

—
Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
Follow us on Instagram
Join our Facebook Community

> On November 27, 2018, 4:19 AM PST [redacted] wrote:
>
> Hi,
>
> Can you please advise when you will process the refund?
>
> Thanks.
>
> [redacted]
>
>> On Nov 25, 2018, at 5:38 PM, [redacted] wrote:
>>
>> Hi,
>>
>> Thank you for your reply.
>>
>> Can you please arrange to refund me?
>>
>> The email that I use to log into the app is [redacted]
>>
>> Thank you.
>>
>> [redacted]
>>
>>> On Nov 25, 2018, at 5:37 PM, help@downdogapp.com wrote:
>>>
>>> Hi [redacted]! You have to buy through our website for the discount. I'm happy to refund you, but do you know what email use you to log into the app? If not, you should contact us through the app so I can find your account info much more easily.
>>>
>>> To contact us through the app, get to the Menu by swiping all the way to the right, then tap Contact.
>>>
>>> —
>>> Use Down Dog on your laptop or desktop or chromecast at www.downdogapp.com
>>> Follow us on Instagram
>>> Join our Facebook Community
>>>
>>>> On November 24, 2018, 3:49 PM PST taytingfang@gmail.com wrote:
>>>>
>>>> Hi,
>>>>
>>>> I saw an offer for a 60% discount for Black Friday and proceeded to purchase the annual subscription fo $49.99.
>>>>
>>>> However when I made the payment, the discount did not apply and I was charged $49.99 + tax.

CONFIDENTIAL                                                                 DOWNDOG-EPIC_00260

I proceeded to then cancel the subscription IMMEDIATELY, which I thought would have voided the transaction.

My subscription on the app was cancelled. However, I still received an invoice of $49.99 + tax, totalling $53.30.

I am unsure why the offer did not work but this experience was disappointing.

Can you please kindly refund the full amount of $53.30? Thank you.

Regards,
█

CONFIDENTIAL DOWNDOG-EPIC_00261