# Exhibit I

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Printed by: Ben Simon*
*Tags: Inbox*

*Date: Friday, October 5th 2018, 10:36:47 AM -07:00 PDT*
*Subject: Re: Your receipt from Apple.*
*From: Ben Simon via help@downdogapp.com <help@downdogapp.com>*
*To:* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hi ▓▓▓▓▓,

There's no way for me to refund the Apple charge, but I can refund the $29.99 charge made through our website. Let me know if you'd like me to do that, as well as which email you'd like to use for your account going forward.

You can follow these instructions to cancel your subscription through Apple: https://support.apple.com/en-us/HT202039

Thanks,
Ben

> On Fri, Oct 5, 2018 at 09:19 am, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>
> Hi Ben,
>
> Thanks for your help!
>
> I wrote to apple and they said that 'my purchase is NOT available for refund'.
>
> Sooo could I get a refund for the purchase I made under my ▓▓▓▓▓▓▓▓▓▓▓▓ account?
>
> Thanks for your help with this!
>
> ▓
>
>> On Oct 4, 2018, at 7:47 PM, Ben Simon <help@downdogapp.com> wrote:
>>
>> Hi ▓▓▓▓▓
>>
>> It looks like you accidentally created two accounts - one under this email and one with the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The Apple subscription was purchased while logged in with your hotmail account, and the promo was purchased with your @me.com account.
>>
>> Unfortunately Apple gives us no way to manage or refund purchases made through them, so you'll have to contact Apple customer support to get a refund. I can also merge your two Down Dog accounts if you let me know which email address you prefer.
>>
>> Thanks,
>> Ben
>>
>>> On Thu, Oct 4, 2018 at 11:40 am, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
>>>
>>> hi
>>>
>>> i got charged twice for renewing my subscription.
>>>
>>> meaning you were running a 'pro-mo' to renew at $30 (i think that was the price) so i renewed early ..

And then this morning i got the email that i had been charged AGAIN.

please tell me how to resolve this!

i really love your app and use it almost daily !

thank u !!

Begin forwarded message:

**From:** Apple <no_reply@email.apple.com>
**Date:** October 3, 2018 at 20:47:42 EDT
**To:**
**Subject: Your receipt from Apple.**



CONFIDENTIAL                                                                                                       DOWNDOG-EPIC_00264



Apple ID Summary · Terms of Sale · Privacy Policy

Copyright © 2018 Apple Inc.
All rights reserved

CONFIDENTIAL

DOWNDOG-EPIC_00265