# Exhibit J

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Benjamin Simon <ben@downdogapp.com>

## New Years Sale: Over 60% Off!

**Benjamin Simon <ben@downdogapp.com>**      Mon, Jan 2, 2017 at 3:23 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Down Dog App <contact@downdogapp.com>

Hi 

We're only offering this deal through our website because Apple takes a significant cut and also makes it harder for us to manage memberships (e.g. we can't issue refunds or cancel subscriptions).

Sorry to disappoint,
Ben

> On Mon, Jan 2, 2017, 3:07 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>
> Hi guys
> I would like to buy this sale membership. I noticed it can't be bought at this price through the app?? The link in the email only allows credit card purchase not iTunes acc ??
>
> Is there a way to purchase via iTunes at this price?
>
> Cheers
>
> 
>
> Sent from my iPhone
>
> On 2 Jan 2017, at 11:29 PM, Down Dog App <contact@downdogapp.com> wrote:
>
> 
>
> Happy New Year, Yogis!
>
> This week only, you can purchase a membership for just $14.99 (over 60% off the in-app price)!
>
> Click to join for $14.99/year
>
> A membership unlocks every feature in the app - adjust the speed of your practice, change the music style, or "boost" to focus on a specific practice area or body part. We have even more member features coming your way in 2017!
>
> This year, over 100,000 people completed a practice with Down Dog. Our goal for 2017 is to reach 1 million and we'd love to have your help getting there. If you have any friends who you think might be interested in developing a yoga practice, it would mean so much if you could share Down

CONFIDENTIAL      DOWNDOG-EPIC_00288

Dog with them.

As always, if there's anything we can do better, please let us know.
- The Down Dog Team

Questions? Visit our website or email us at
contact@downdogapp.com

You are receiving this email because you are a registered Down Dog user.
Click here to unsubscribe from all future emails.

------------------------
This email was scanned by BitDefender.