PATRICK HAMMON (255047)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     (408) 279-8700
Facsimile:     (408) 279-3244
Email:         phammon@mcmanislaw.com

Attorneys for Non-Party,
ROBLOX INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | Case No.:   4:20-cv-05640-YGR |
| Plaintiff, Counter-Defendant | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| APPLE INC. | |
| Defendant, Counterclaimant | |

1 **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Patrick Hammon of McManis Faulkner, joins this matter as counsel of record for Non-Party, Roblox Inc.

DATED:  April 29, 2021

McMANIS FAULKNER

/s/ Patrick Hammon
PATRICK HAMMON

Attorneys for Non-Party,
ROBLOX INC