PATRICK HAMMON (255047)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:    phammon@mcmanislaw.com

Attorneys for Non-Party,
ROBLOX INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　　　Plaintiff, Counter-Defendant<br><br>　　vs.<br><br>APPLE INC.<br><br>　　　　　Defendant, Counterclaimant | Case No.:   4:20-cv-05640-YGR<br><br>**DECLARATION OF HANS GUNAWAN PURSUANT TO LOCAL RULE 79-5(e)(1) IN SUPPORT OF ROBLOX INC.'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Hans Gunawan, declare as follows:

1. I am the Vice President of Finance for Roblox Corporation ("Roblox"). I am over eighteen years of age. I make this declaration based on my personal knowledge and pursuant to Civil Local Rule 79-5 in support of Roblox's motion to maintain the information described below under seal. If called as a witness, I could and would testify competently to all facts stated herein as follows:

2. Apple Inc.'s ("Apple") Exhibit DX-3879 discloses Roblox's highly sensitive, confidential, competitively valuable information, the public disclosure of which would likely have the effect of causing Roblox substantial competitive harm. Roblox restricts dissemination of this information and takes steps to preserve its confidentiality to protect competitive advantage with regard to key distribution platforms.

3. DX-3879 is a spreadsheet which in the aggregate contains highly competitively sensitive information regarding Roblox's pricing, revenues, and user data. Tab 1.E of the spreadsheet contains pricing information that is no longer publicly available. Tabs 1.F and 2.A of DX-3879 contain data related to Roblox's annual revenues for key distribution platforms from 2015 to 2020. Roblox does not share this revenue information with any third parties, except as required by applicable law, unless such third parties are bound by a written confidentiality agreement. The disclosure of the annual revenue data would provide an advantage to competitors, who could use it to target distribution platforms that are key to Roblox's business.

4. Tab 2.F of DX-3879 tracks detailed information regarding Roblox's users. Roblox protects the confidentiality of this information and does not share it with any third party unless such party is bound by a written confidentiality agreement. The disclosure of this user information would provide an advantage to competitors, who could use it to target distribution platforms that are key to Roblox's business.

///
///
///
///

6. The information reflected in DX-3879 has significant competitive value. Roblox does not normally disclose this information to the public, and, as described, the company makes substantive efforts to preserve its confidentiality. If the information were made public, Roblox would suffer competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29 day of April, 2021

/s/ Hans Gunawan
Hans Gunawan

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the signatory above.

DATED: April 29, 2021

McMANIS FAULKNER

/s/ Patrick Hammon
PATRICK HAMMON

Attorneys for Non-Party,
ROBLOX INC