1  PATRICK HAMMON (255047)
   McMANIS FAULKNER
2  a Professional Corporation
   50 West San Fernando Street, 10th Floor
3  San Jose, California 95113
   Telephone:    (408) 279-8700
4  Facsimile:    (408) 279-3244
   Email:        phammon@mcmanislaw.com
5
   Attorneys for Non-Party,
6  ROBLOX INC.

7

8                     **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **OAKLAND DIVISION**

11

12 | EPIC GAMES, INC.                        | Case No.:   4:20-cv-05640-YGR |
   |                                         |                                |
13 |            Plaintiff, Counter-Defendant | **[PROPOSED] ORDER GRANTING**  |
   |                                         | **NON-PARTY ROBLOX INC.'S**    |
14 |     vs.                                 | **ADMINISTRATIVE MOTION TO KEEP** |
   |                                         | **COMPETITIVELY SENSITIVE**    |
15 | APPLE INC.                              | **INFORMATION UNDER SEAL**     |
   |                                         |                                |
16 |            Defendant, Counterclaimant   |                                |
   |                                         |                                |
17 |                                         | Judge: Hon. Yvonne Gonzalez Rogers |

In consideration of non-party Roblox Inc.'s ("ROBLOX") Administrative Motion to Keep Competitively Sensitive Information Under Seal, it is hereby ORDERED that:

| Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| DX-3879 | Gunawan Declaration ¶¶ 1-6 | |

**IT IS SO ORDERED.**

Dated:

                                        HON. NATHANAEL M. COUSINS
                                        United States Magistrate Judge

Dated:

                                        Honorable Judge Yvonne Gonzalez Rogers
                                        UNITED STATES DISTRICT JUDGE