1  PATRICK HAMMON (255047)
   McMANIS FAULKNER
2  a Professional Corporation
   50 West San Fernando Street, 10th Floor
3  San Jose, California 95113
   Telephone:    (408) 279-8700
4  Facsimile:    (408) 279-3244
   Email:        phammon@mcmanislaw.com
5
   Attorneys for Non-Party,
6  ROBLOX INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          **OAKLAND DIVISION**

11

12 | EPIC GAMES, INC. | Case No.:  4:20-cv-05640-YGR |
13 | Plaintiff, Counter-Defendant | **CERTIFICATE OF SERVICE** |
14 | vs. | |
15 | APPLE INC. | Judge: Hon. Yvonne Gonzalez Rogers |
16 | Defendant, Counterclaimant | |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, CA 95113. My email address is acervantes@mcmanislaw.com.

On April 29, 2021, I served the following documents:

**NOTICE OF APPEARANCE OF COUNSEL**

**NON-PARTY ROBLOX INC.'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL**

**DECLARATION OF HANS GUNAWAN PURSUANT TO LOCAL RULE 79-5(e)(1) IN SUPPORT OF ROBLOX INC.'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL**

**[PROPOSED] ORDER GRANTING NON-PARTY ROBLOX INC.'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL**

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) and courtesy copies sent via electronic mail addressed as follows:

| | |
|---|---|
| Benjamin Hans Diessel | bdiessel@wiggin.com |
| Christine A Varney | cvarney@cravath.com |
| Gary Andrew Bornstein | gbornstein@cravath.com |
| Katherine B. Forrest | kforrest@cravath.com |
| Michael Brent Byars | mbyars@cravath.com |
| Robert Seth Hoff | rhoff@wiggin.com |
| Yonatan Even | yeven@cravath.com |
| Christina Norma Barreiro | cbarreiro@cravath.com |
| Darin P. McAtee | dmcatee@cravath.com |
| Hector J Valdes | hvaldes@cravath.com |
| Joe Wesley Earnhardt | wearnhardt@cravath.com |
| John I Karin | jkarin@cravath.com |
| Justin C Clarke | jcclarke@cravath.com |
| Lauren Ann Moskowitz | lmoskowitz@cravath.com |
| Nathan E Denning | ndenning@wiggin.com |
| Omid H. Nasab | onasab@cravath.com |
| Samuel Adams Stuckey | sstuckey@cravath.com |
| Vanessa A. Lavely | vlavely@cravath.com |
| Paul Jeffrey Riehle | paul.riehle@faegredrinker.com |

*Attorneys for Plaintiff Counter Defendant Epic Games, Inc.*

| | |
|---|---|
| Jason C Lo | jlo@gibsondunn.com |
| Jessica E Phillips | jphillips@paulweiss.com |
| Karen Leah Dunn | kdunn@paulweiss.com |

| | |
|---|---|
| Meredith Richardson Dearborn | mdearborn@paulweiss.com |
| Peter John Sacripanti | psacripanti@mwe.com |
| William A. Isaacson | wisaacson@paulweiss.com |
| Anna L Casey | acasey@gibsondunn.com |
| Anna Tryon Pletcher | apletcher@omm.com |
| Bethany Marvin Stevens | bstevens@wscllp.com |
| Betty X Yang | BYang@gibsondunn.com |
| Cynthia Richman | crichman@gibsondunn.com |
| Daniel Glen Swanson | dswanson@gibsondunn.com |
| David R. Eberhart | deberhart@omm.com |
| E. Joshua Rosenkranz | jrosenkranz@orrick.com |
| Elena Zarabozo | ezarabozo@omm.com |
| Elizabeth Andrea Rodd | erodd@mwe.com |
| Ethan D. Dettmer | edettmer@gibsondunn.com |
| Evan R Kreiner | evan.kreiner@skadden.com |
| Evan N Schlom | eschlom@omm.com |
| Hannah Cannom | hcannom@wscllp.com |
| Jagannathan P Srinivasan | jsrinivasan@gibsondunn.com |
| John J. Calandra | jcalandra@mwe.com |
| Karen Hoffman Lent | karen.lent@skadden.com |
| Katrina Marie Robson | krobson@omm.com |
| Mark A. Perry | mperry@gibsondunn.com |
| Michelle S Lowery | mslowery@mwe.com |
| Nicole Lauren Castle | ncastle@mwe.com |
| Rachel S. Brass | rbrass@gibsondunn.com |
| Richard Joseph Doren | rdoren@gibsondunn.com |
| Scott A Schaeffer | sschaeffer@omm.com |
| Theodore J. Boutrous, Jr. | tboutrous@gibsondunn.com |
| Veronica Smith Moye | VLewis@gibsondunn.com |
| William F Stute | wstute@orrick.com |
| Zainab Ahmad | ZAhmad@gibsondunn.com |

*Attorneys for Defendant, Counterclaimaint Apple Inc.*

☒   **(ELECTRONIC MAIL)**
By electronically serving the document(s) listed above via CM/ECF on the recipients designed on the Transaction Receipt located on the CM/ECF website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2021, at San Jose, California.

/s/ Ana Cervantes
ANA CERVANTES

3
CERTIFICATE OF SERVICE; Case No.: 4:20-cv-05640-YGR