Gavin W. Skok (WA SBN 29766)
gskok@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708

Jaemin Chang (SBN 232612)
jchang@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    415.364.5540
Facsimile:    415.391.4436

Attorneys for non-party Valve Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                 Plaintiff, Counter-Defendant,<br><br>        v.<br><br>APPLE INC.,<br><br>                 Defendant, Counterclaimant. | Case Nos.        4:20-CV-05640-YGR<br><br>**DECLARATION OF KARL QUACKENBUSH IN SUPPORT OF NON-PARTY VALVE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS OF DEFENDANT APPLE, INC.** |

I, Karl Quackenbush, declare and state as follows in support of Valve Corporation's ("Valve") Administrative Motion to Seal Certain Trial Exhibits of Defendant Apple, Inc. ("Motion"):

1.    I am General Counsel for Valve.  I am competent to testify, and have personal knowledge of the facts stated below.

2.    Valve is a private company headquartered in Bellevue, Washington with approximately 350 employees that develops PC video games.  Valve also operates Steam, an online platform that lets users purchase and play PC games on their laptops and desktops.  Over 30,000+ PC games are available on Steam, over 99% of which were made by third parties other

-1-

than Valve.  Third party developers that offer their games on Steam set  prices for their games. Valve collects the purchase price from Steam users and remits the proceeds to the third party developer net of taxes and a revenue share to Valve.

3.      Valve is a privately held company with no outside shareholders or lenders.  It is not subject to public regulatory reporting and auditing requirements.  Valve does not publicly disclose its sales and revenue information and projections or its business strategies.      Valve derives a significant value from the confidentiality of such information.  In addition, because third party games are available on Steam, Valve has a large amount of confidential third-party sales and revenue information, which Valve does not publicly disclose in order to protect the third parties' confidentiality. Our agreements with these third parties require us to keep this information confidential.

4.      In response to Defendant Apple, Inc.'s subpoena, Valve produced responsive documents (1,524 pages of business records), including documents containing confidential, highly sensitive, and competitively-valuable information.  These documents include confidential business strategies, contractual terms, and other competitively sensitive information.  Some of the information produced was not created or kept in the form requested in the ordinary course of business by Valve.  Instead, Valve was required to specially query and combine information from various internal Valve sources to compile it.  All such information is proprietary to Valve, with restricted and controlled access (including through password protection) within Valve to preserve the confidentiality of the information they contain.

5.      Valve's Motion seeks to seal the following trial exhibits from Apple's exhibit list:

| Ex. No. | Description |
|---|---|
| DX-3585 | Agreement titled "Valve Corporation, Steam Distribution Agreement - Online Version" (VALVE 000028) |
| DX-5333 | Valve – "Steam Distribution Agreement – Online Version" (VALVE 000050) |
| DX-3931 | Agreement titled "Valve Corporation, Steam Distribution Agreement, Amendment No. 1" between Valve Corporation and Epic Games Inc., effective December 15, 2008 (VALVE 000085) |
| DX-4202 | Distribution Agreement between Epic Games, Inc. and a Company (VALVE 000090) |

| DX-4388 | "Steam Rev Share - Group Update" (VALVE 000617) |
|---|---|
| DX-3746 | Slide deck titled "Steam Rev Share - Group Update" (VALVE 000628) |
| DX-3868* | Slide deck titled "Steam Rev Share - Group Update" (VALVE 000650) |
| DX-4514 | Document titled "Steam Cross Play" (VALVE 000664) |
| DX-4200* | Email from DJ Powers to Steam SWAT Release re Epic Games Store, subject "Talking points from recent trip," dated January 27, 2019 (VALVE 000669) |
| DX-5322* | Presentation re "Steam Rev Share- Group Update" (VALVE 000650) |
| DX-5321 | Technical document titled "Steam Cross Play" (VALVE 000664) |
| DX-5320 | Valve Corporation, "Net Steam Sales, Partner Revenue Share Payments and Net to Value" (VALVE 000677) |
| DX-5365* | Email from DJ Powers to Steam SWAT Release, "Epic Games Store – Talking points from recent trip" (VALVE 000669) |

*\* Apple included duplicative exhibits: DX-3868 and DX-5322 are duplicates, as are DX-4200 and DX-5365.*

6.      Valve produced Exhibits DX-4388, DX-3746, DX-3868, DX-4514, DX-4200, DX-5322, DX-5321, DX-5320, and DX-5365 with "Highly Confidential-Attorney's Eyes Only" designations under the protective order in this case.  The remaining exhibits were produced with "Confidential" designations.

7.      Exhibits DX-4388, DX-3746, DX-3868, DX-4514, DX-4200, DX-5322, DX-5321, DX-5320, and DX-5365 contain highly confidential information about sales and revenues (both for Valve and third parties that sell their games on Steam), Valve's revenue sharing strategies and details, utilization of online platform features, business contacts, confidential business strategies and contractual terms pertaining to specific partners. Valve does not distribute or disclose any of these documents or the highly confidential information they contain outside the company, particularly to any competitors.

8.      In particular, Exhibit DX-5320 contains highly confidential internal financial information—specifically, detailed sales and revenue figures for a six year period (2015-2020) through Valve's three main sales channels, with revenue share payments to third parties for all three channels, along with the net to Valve from all such sales.  Valve has never publicly disclosed this information or publicly distributed it outside the company, despite numerous requests from the media and others to do so.  Valve has chosen to stay private in part to avoid the intrusiveness

1   and competitive harm that would come from publicly disclosing and reporting exactly this type

2   of information.  Internally, the information on this document is stored on secure servers that are

3   password protected and accessible only to a limited group of Valve employees and officers that

4   have a specific need to access this information—Valve treats this information as a valuable trade

5   secret, because it is.  Disclosure of the highly confidential financial information on this document

6   to the public would provide competitors a valuable snapshot into Valve's internal operations and

7   finances. Valve derives a significant value from the confidentiality of this information and

8   zealously protects its confidentiality and the confidentiality of our partners' information.

9   9.   Exhibits DX-3585 and DX-5333 contain confidential information consisting of

10   Valve's Steam Distribution Agreement governing its relationship with third parties who offer

11   their games on Steam, which includes among other things provisions regarding payment terms,

12   revenue share, licensing and IP rights, and a confidentiality agreement.  Valve does not publicly

13   distribute or disclose these documents or the confidential information outside the company except

14   to developers who agree to the Steam Distribution Agreement, including its confidentiality

15   provision (Section 13.1 of the Steam Distribution Agreement expressly says the terms of the

16   Steam Distribution Agreement are confidential).  While Valve treats the entire Steam Distribution

17   as confidential (and expects counterparties to do so as well), Sections 1-7 largely define the

18   business terms of the parties' relationship.  In particular, Section 6 regarding the agreed revenue

19   share arrangement between Valve and third parties is particularly confidential and sensitive, as it

20   specifies the financial terms of the relationship.  Valve derives significant value from keeping

21   this information confidential.

22   10.   Similarly, DX-3931, and DX-4202 contain confidential information consisting of

23   the specific contract terms between Valve and Plaintiff Epic Games, Inc. ("Epic") and payment

24   terms, including but not limited to the type of contract terms in DX-3585 and DX-5333.  Valve

25   does not publicly distribute or disclose these documents or the confidential information outside

26   the company, and Sections 1-6 of DX-4202 are particularly sensitive for the reasons discussed

27   above with respect to DX-3585 and DX-5333.

28

11.    Exhibits DX-4388, DX-3746, DX-3868, and DX-5322 are internal Valve documents created as part of internal strategy discussions among a limited group of Valve employees regarding how Valve manages its business, potential changes to the Steam revenue sharing program and contractual terms with third parties, and include analysis of potential effects of changes on third-party sales and other revenues.  Valve does not distribute or disclose these documents or the confidential information they contain outside the company, and derives a significant value from keeping this information and its internal strategy discussions confidential.

12.    Exhibits DX-4200 and DX-5365 (duplicate exhibits) are internal Valve emails with highly confidential detailed discussion of Valve's strategy for competing with the Epic Games Store. Among other things, these emails discuss changes in the market, various tactics and steps taken by Epic to compete with Valve, the impact of such actions, and potential actions by Valve in response.  These emails were circulated to a limited group of people inside Valve with a specific need to know such information and to participate in these strategy discussions.  These emails and the information they contain is kept confidential by Valve and not publicly disclosed or disseminated.  Valve derives economic and competitive value from the confidentiality of such information.

13.    Exhibits DX-4514 and DX-5321 (duplicate exhibits) is an internal Valve document analyzing the potential use of Steam features on other platforms.  In addition to detailed information and analysis about numerous third party products, these exhibits include internal status updates on discussions with third parties and information about the status and plans for product development.  This document and the information it contains is kept confidential by Valve and not publicly disclosed or disseminated.  Valve derives economic and competitive value from the confidentiality of such information.

14.    Disclosure of any of the above non-public financial and proprietary information would harm Valve's competitive standing as it would give significant and unfair insight into Valve's strategic decision-making, strategic plans, operations and financials.  If disclosed, others could gain unfair competitive advantage by using this information to develop competing products

-5-

1   and features, undercut pricing, or negotiate different contract terms. Valve would face substantial

2   harm to its competitive standing and to its business operations.

3         15.     Valve has expended significant resources and implemented strict measures to

4   prevent disclosure of the confidential information contained in the subject trial exhibits, including

5   by storing such information under password protection on internal Valve servers, limiting access

6   to certain of the information as described above to certain Valve employees with a specific need

7   to know, and not making such information publicly available (including to any outside investors

8   or lenders, which Valve does not have). Moreover, even with respect to the information Valve

9   shares with third parties who sell their games on Steam (DX-3585, DX-5333, DX-3931, DX-

10   4202), Valve contractually requires its partners and developers to keep such information

11   confidential. The confidential information in the trial exhibits would not be available in the

12   ordinary course of business to Valve's competitors or the public.

Declaration of Karl Quackenbush ISO Valve's Administrative Motion to Seal Certain Trial Exhibits
122059755.v6

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.  Executed on April 29, 2021 at Bellevue, Washington.

Karl Quackenbush

Declaration of Karl Quackenbush ISO Valve's Administrative Motion to Seal Certain Trial Exhibits
122059755.v6