Gavin W. Skok (WA SBN 29766)
gskok@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708

Jaemin Chang (SBN 232612)
jchang@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    415.364.5540
Facsimile:     415.391.4436

Attorneys for non-party Valve Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case Nos.    4:20-CV-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY VALVE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS OF DEFENDANT APPLE, INC.** |

On April 29, 2020, Non-Party Valve Corporation ("Valve") filed its administrative motion to seal certain proposed trial exhibits of Defendant Apple, Inc.  Valve's motion moves to seal the exhibits as outlined in the below chart.

IT IS HEREBY ORDERED THAT:

Based on the good cause shown in Valve's motion, the Court grants the motion and the confidential information listed below, including the unredacted versions of these exhibits shall remain under seal.

The courtroom, including the virtual courtroom, shall be closed to the public (including the media) and to the parties' witnesses, employees or in-house counsel (those that do not qualify as persons who can receive confidential or highly confidential information under the protective order in place in this action) for any testimony regarding these exhibits or the information they contain, and the parties are directed not to refer to this information in opening statements, closing argument or any demonstratives made available on the public record.

| Ex. No. | Description | Ruling |
|---|---|---|
| DX-3585 | Highlighted portions of Agreement titled "Valve Corporation, Steam Distribution Agreement - Online Version" (VALVE 000028) | |
| DX-5333 | Highlighted portions of Valve – "Steam Distribution Agreement – Online Version" (VALVE 000050) | |
| DX-3931 | Highlighted portions of Agreement titled "Valve Corporation, Steam Distribution Agreement, Amendment No. 1" between Valve Corporation and Epic Games Inc., effective December 15, 2008 (VALVE 000085) | |
| DX-4202 | Highlighted portions of Distribution Agreement between Epic Games, Inc. and a Company (VALVE 000090) | |
| DX-4388 | Highlighted portions of "Steam Rev Share - Group Update" (VALVE 000617) | |
| DX-3746 | Highlighted portions of Slide deck titled "Steam Rev Share - Group Update" (VALVE 000628) | |
| DX-3868* | Highlighted portions of Slide deck titled "Steam Rev Share - Group Update" (VALVE 000650) | |
| DX-4514 | Highlighted portions of Document titled "Steam Cross Play" (VALVE 000664) | |
| DX-4200* | Highlighted portions of Email from DJ Powers to Steam SWAT Release re Epic Games Store, subject "Talking points from recent trip," dated January 27, 2019 (VALVE 000669) | |
| DX-5322* | Highlighted portions of Presentation re "Steam Rev Share-Group Update" (VALVE 000650) | |
| DX-5321 | Highlighted portions of Technical document titled "Steam Cross Play" (VALVE 000664) | |

| Ex. No. | Description | Ruling |
|---|---|---|
| DX-5320 | Entire document - Valve Corporation, "Net Steam Sales, Partner Revenue Share Payments and Net to Value" (VALVE 000677) | |
| DX-5365* | Highlighted portions of Email from DJ Powers to Steam SWAT Release, "Epic Games Store – Talking points from recent trip" (VALVE 000669) | |

*Apple included duplicative exhibits: DX-3868 and DX-5322 are duplicates, as are DX-4200 and DX-5365.*

IT IS SO ORDERED

Dated: _____, 2021

_____
Hon. Yvonne Gonzalez-Rogers
United States District Court Judge