Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

Attorney for Third-Party Respondent
Match Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>APPLE INC.,<br><br>    Defendant and Counterclaimant. | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE DOCUMENTS CONDITIONALLY UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(e)** |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>    Defendant. | |

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE DOCUMENTS
CONDITIONALLY UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(e)

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5, Non-Party Match Group, Inc. has filed an Administrative Motion to seal documents contained in Apple's and Epic's trial exhibit lists.

Having consider the Motion, all associated declaration, and any argument of counsel, and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly,

1) The unredacted version of the documents sought to be sealed by the Motion shall remain under seal; and

2) If the following exhibits are admitted at trial, they shall be admitted under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| DX-4129 | Ong Declaration ¶ 4 | |
| DX-4537 (as redacted) | Ong Declaration ¶ 5 | |
| PX-0864 (as redacted) | Ong Declaration ¶ 6 | |
| PX-0865 (as redacted) | Ong Declaration ¶ 7 | |
| PX-2122 (as redacted) | Ong Declaration ¶ 8 | |
| PX-2237 (as redacted) | Ong Declaration ¶ 9 | |
| PX-2271 (as redacted) | Ong Declaration ¶ 10 | |
| PX-0863 | Ong Declaration ¶ 11 | |

DATED: April __, 2021

_____
Honorable Yvonne Gonzales Rogers.
United States District Judge