# Exhibit B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

0

| **TINDER** | |
|---|---|
| *INFORMATION REQUESTS* | |
| **Dates of availability** | 2012 to present. |
| **Distribution channels** | <ul><li>iOS App Store</li><li>Google Play Store</li><li>Huawei App Gallery</li><li>Samsung Galaxy App Store</li><li>Xiaomi Mi Store</li><li>Oppo Store</li></ul> |
| **Operating systems** | <ul><li>iOS</li><li>Android</li><li>Web-based</li></ul> |
| **Monetization** | The Tinder app is free to download on both iOS and Android devices. Tinder offers a free, ad-supported service as well as three paid tiers that unlock additional features and functionality for users. The three paid tiers are:<ul><li>Tinder Plus</li><li>Tinder Gold</li><li>Tinder Platinum</li></ul> |
| **Monthly active users (AVG US December 2020)** | ■■■ |

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY