# Exhibit C

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Carson Oliver (carson_oliver@apple.com)
**To:** Adrian Ong (adrian.ong@match.com)
**CC:**
**BCC:**
**Subject:** Re: Follow up
**Attachments:**
**Sent:** 01/26/2019 05:09:08 AM 0000 (GMT)

Hey Adrian,

Agree with you that we should find another time to talk next week. Are you free at 3pm PT on Tuesday or 12:30pm PT on Wednesday?

Carson

On Jan 24, 2019, at 1:42 PM, Adrian Ong < Adrian.Ong@match.com > wrote:

> Hey Carson
>
> We've got a call scheduled on Tuesday at noon with Michael and Tom but not sure that's the best audience for a rev share discussion.
>
> Also just to prep you for Tuesday, I've got two new issues that have been brought to my attention:
>
> 1. Tinder app being rejected for asking users who signed up using Facebook for phone numbers (this is the new primary auth method): an appeal (that contains our reasoning) has been submitted 2 weeks ago but the Tinder team has not heard back
>
> 2. We launched a new app called Ablo that allows users around the world to talk to other users in any language. It was rejected for 2 reasons:
> i) Asking for phone number and email on sign up
> ii) Asking for gender cannot be required (I believe bc default search results were not gender specific - however there's an option to filter by gender ... which won't work if we don't have gender)
>
> Let me know if we should setup a separate time to discuss the rev share topic. I'm actually quite open on Tuesday so we can do it anytime before or after our 12pm meeting.
>
> Thanks
> -AO
>
> On Jan 24, 2019, at 3:30 PM, Carson Oliver < carson_oliver@apple.com > wrote:
>
>> Hi Adrian,
>>
>> Nice to hear from you. I'm traveling this week but we should find time to talk about this topic early next week.
>>
>> Please let me know what times work best for you.
>>
>> Thanks,
>> Carson
>>
>>> On Jan 24, 2019, at 10:41 AM, Adrian Ong < Adrian.Ong@match.com > wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PX-0864.1
APL-APPSTORE_06147190

Hi Carson,

I'd like to pick up on the below thread I had opened up with Sheree – specifically on rev share.

In the last couple of weeks, it has come to my attention that Netflix and Apple had an agreed upon rev share deal at 15% (but obviously they're no longer using in-app billing for new customers – an interesting approach that more of us are pondering for our strongest brands).  Can you confirm if this is true?  The main point and why we feel strongly about discussing rev share is that we're driving almost 100% of the revenue growth for you and that we're episodic and therefore never truly benefit from the 15% terms for subscribers > 1 year (vs companies like Netflix that were probably achieving roughly an 18% rev share assuming the 30% based on avg customer retention).

I think this would also go a long way to alleviate the revenue impact from the rate card issue and make it less of an issue for our executive team.

Thanks
-AO

---

**From:** Adrian Ong
**Sent:** Thursday, June 7, 2018 6:11 PM
**To:** 'shereechang@apple.com' <shereechang@apple.com>
**Subject:** Follow up

Hi Sheree

Pleasure to meet you and the team in Cupertino and my team looks forward to working with you all.

I wanted to follow up on several topics that we touched on during our meeting / dinner:

- IAP reconciliation
    - We need to ensure we have a way to reconcile the transactions we see our end and payments you make to us
    - As discussed, our figures from Apple for just our Tinder business can be off as much as ~$1M at any time during the year which is a concern
    - According to Erin, this is brought up frequently by other partners
    - Can we identify next steps and dates to ensure we are seeing traction on this?  FYI We do not have this issue on Android
- Rev share
    - As discussed over dinner and per our presentation, we drove [redacted] in rev share revenue for Apple, up [redacted] and we expect to continue our solid growth
        - Apple drove minimal new discovery ([redacted]) while the majority were users organically looking for our apps ([redacted])
        - Our new product features such as Tinder Gold drove subscriber growth resulting in the app shooting up the top grossing charts to #1 outside of games last year
        - Therefore, while we understand the value of the platform historically, we are the ones driving the YoY growth and incremental value add - not Apple (i.e. this wasn't from increased phone sales or features you offered) while your platform reaps the benefit.  This feels somewhat one-sided.
    - Dating as a category is episodic
        - The average subscriber stays only 4-5 months
        - As a top grossing partner, we never are able to take advantage of the 15% rev share since the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PX-0864.2
APL-APPSTORE_06147191

- intent of our apps is to actually have people meet and leave our apps
              - § Other top grossing partners such as our colleagues at Ne  lix have an average subscriber length of 43 months, which means their average rev share works out to be approximately 18% - much closer to the 15% than the 30% commissions we pay
       - o Channel op  miza  on
              - § Historically, Tinder grew up as an app first business and never had their own payment system.  Therefore, they had no choice but to u  lize IAP on both IOS and Android.  Late last year, Tinder launched an interna  onal web product and its own payment system.
              - § None of the Match Group brands u  lize IAP on Android except for Tinder – however this is likely to change
              - § Therefore looking forward at channels, user acquisi  on and conversion – Apple becomes the only business that charges 30% and the least a  rac  ve since 30% ROI just to break-even is a high hurdle to cross (either from a conversion and/or reten  on perspec  ve) rela  ve to our other pla  orm op  ons.  In the spirit of a true and effec  ve partnership, we should be u  lizing your pla  orm and driving growth based purely on its effec  veness – rather than because we have to and/or looking at other channels due to your legacy rules around the 30% and ROI impact.  All of this would lead to more app downloads and growth.
              - § Being in the payments space for a very long   me, we also know that the 30% rate is arbitrary since i) we know that other categories are not forced to use IAP and ii) the cost of accep  ng payments is only <2-5%
       - o I don't know if you've already discussed the above with Ma   per our discussion at dinner, but I'd like to get the dialogue going about poten  ally modifying our rev share given that we're a top grossing partner and especially because of the episodic nature of our business.  I'd like to propose that the da  ng category and/or other similar episodic categories are either a) included in the exclusion list (since our subscribers are with us for such a short period of   me + this may be easier since an exclusion list already exists for physical goods, etc) or b) we define a separate category for da  ng that is able to take advantage of the 15% immediately due to the short term and episodic nature of our businesses
   - · 2-factor Authen  ca  on (new topic)
       - o Does Apple have a solu  on for 2-factor authen  ca  on for its apps?  We're looking at introducing this func  onality for several of our brands.
       - o I spoke to an old colleague who now works at Hilton and they informed me about Business Chat via Messages.  Is it possible and/or do some apps use Business Chat for 2FA or do you have an alterna  ve solu  on?  The other op  on is obviously to engage a third party like a Nexmo or Twilio.

I look forward to collabora  ng with you and the team on this partnership and these are the large   cket items on the top of my mind right now.  As I men  oned during our mee  ng, we could have an extremely beneficial rela  onship where we share best prac  ces and work together to drive growth for both our businesses.  I believe we can provide a lot of value given that we've been running subscrip  on / recurring / auto-renewal businesses for longer than almost any digital goods + services business out there today and so whether it's around payment / conversion op  miza  on to reten  on to auto-renewal best prac  ces, we can assist.

Look forward to hearing from you and I propose we get something on the calendar to touch base at least once a month.

Best,
-AO

Adrian Ong
SVP, Opera  ons
match group

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PX-0864.3
APL-APPSTORE_06147192

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PX-0864.4
APL-APPSTORE_06147193