# Exhibit F

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Sean Cameron (sean_cameron@apple.com) |
| To: | Matt Fischer (matt.fischer@apple.com) |
| CC: | Sheree Chang (shereechang@apple.com), Erin Polgreen (polgreen@apple.com), Alston Cheek (alston@apple.com) |
| BCC: | |
| Subject: | Re: Follow up |
| Attachments: | |
| Sent: | 06/12/2018 11:47:42 PM 0000 (GMT) |

Privileged and Confidential

> Attorney Client Privilege

Sean Cameron | Senior Counsel, App Store | Apple Inc. | One Apple Park Way, MS 169-4ISM, Cupertino, California 95014 | O (408) 862-9280 | M (408) 464-4161

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law.

On Jun 12, 2018, at 4:15 PM, Matt Fischer <matt.fischer@apple.com> wrote:

Privileged and Confidential

Sheree,

Get rid of this sentence

> Our rev share structure is based on a uniform policy across the App Store ecosystem.

And change this sentence

> The App Store offers developers access to hundreds of millions of paying customers across 155 countries, a range of payment methods, customer care, and various analytic tools.

to this

The App Store offers developers access to hundreds of millions of paying customers across 155 countries, worldwide payment processing, a wide array of payment methods, customer care, analytics tools, and much more.

Otherwise, looks fine to me.

Thanks,
Matt

> On Jun 12, 2018, at 3:13 PM, Sheree Chang <shereechang@apple.com> wrote:

CONFIDENTIAL                                                                                                         APL-APPSTORE_09522297

Privileged and Confidential

> Attorney Client Privilege

Best,
Sheree

> Begin forwarded message:
>
> **From:** Ayman Khalil <ayman.khalil@apple.com>
> **Subject: Re: Follow up**
> **Date:** June 11, 2018 at 4:21:13 PM PDT
> **To:** Carson Oliver <carson_oliver@apple.com>
> **Cc:** Erin Polgreen <polgreen@apple.com>, Sean Cameron <sean_cameron@apple.com>, Matt Fischer <matt.fischer@apple.com>, Sheree Chang <shereechang@apple.com>, Smokey Fontaine <sfontaine@apple.com>, Alston Cheek <alston@apple.com>
>
>> - @Ayman - Have we ever modeled out the difference in Apple's cumulative revenue take if we were to apply 85/15 for users based on their cumulative time as an active subscriber rather than the continuous time that's currently used?
>
> We never did a cumulative time model but can revisit if you want to setup time to review.
>
>> On Jun 11, 2018, at 4:08 PM, Carson Oliver <carson_oliver@apple.com> wrote:
>>
>> Privileged and Confidential

CONFIDENTIAL                                                                 APL-APPSTORE_09522298

A couple of notes/questions on this topic:

- We should run an A/B test in relevant markets to validate the incremental value of our featuring for Match, as well as to help optimize the editorial programs that Erin's working on. Beyond initial subscription starts, we should also look at the incremental impact to subscription winbacks since that's significant to their business. (I believe the 5% of downloads only applies to new accounts.) @Erin - can you please speak with Steph/Caroline to get that on the A/B testing schedule.
- @Ayman - Have we ever modeled out the difference in Apple's cumulative revenue take if we were to apply 85/15 for users based on their cumulative time as an active subscriber rather than the continuous time that's currently used?

Thanks,
Carson

> On Jun 8, 2018, at 6:42 PM, Erin Polgreen <polgreen@apple.com> wrote:
>
> Privileged and Confidential
>
> Thanks, Matt. We'll brief Tinder in on the grace period trial.
>
> Regarding the IAP reconciliation issue, Kristi Gillis' team is looking into solutions, but no commitments yet. Sounds like it's a high LOE project. I'll discuss options with Kristi next week and will keep you informed.
>
> Erin
>
> ☐ Erin Polgreen |polgreen@apple.com | developer.apple.com/app-store | 408 709 0802
>
>> On Jun 8, 2018, at 5:26 PM, Matt Fischer <matt.fischer@apple.com> wrote:
>>
>> Privileged and Confidential
>>
>> I don't see any reason why we wouldn't want them to participate in the Grace Period trial program.
>>
>>> On Jun 8, 2018, at 5:05 PM, Erin Polgreen <polgreen@apple.com> wrote:
>>>
>>> Privileged and Confidential
>>>
>>> Sheree, no problem. I'll ask about Google Play.
>>>
>>> Matt and Carson, we were also going to ask Tinder to participate in the Grace Period trial program during Monday's meet. Can you confirm that we are still OK to do so in light of this email?
>>>
>>> I'm for it, as it's a good way to show we're actively investing in subscriptions and committed to a collaborative relationship with Tinder, but want to make sure this doesn't raise any red flags.
>>>
>>> Thanks, all.
>>> Erin
>>>
>>> ☐ Erin Polgreen |polgreen@apple.com | developer.apple.com/app-store | 408 709 0802

> On Jun 8, 2018, at 3:38 PM, Sheree Chang <shereechang@apple.com> wrote:
>
> **Privileged and Confidential**
>
> Regarding Tinder's rev share with Google Play, I'm not certain but I believe it's ▇. More importantly, Google differs from us in that they allow developers the ability to handle payments themselves and keep all the revenue. That's why in the email below, Adrian alludes to their plan to move Tinder off Google's payment system in favor for their own system they launched late last year.
>
> Erin - could you pls verify all this with the Tinder team on Monday?
>
>> On Jun 8, 2018, at 3:35 PM, Ayman Khalil <ayman.khalil@apple.com> wrote:
>>
>>> Ayman - please see if their claims around discovery are accurate. I would be shocked if 94% of their downloads really came from users "looking for our apps" aka search.
>>
>> This is an accurate representation of what's happening. We see App Store Browse contribute an average of ▇ of Tinder downloads and a ▇ across the last 90 days. They have this data in the App Analytics tool.
>>
>>> On Jun 8, 2018, at 1:37 PM, Erin Polgreen <polgreen@apple.com> wrote:
>>>
>>> **Privileged and Confidential**
>>>
>>> > Attorney Client Privilege
>>>
>>> —**Tinder** was part of our Valentine's Day coverage , with a story on several couples who found true love on the platform. Currently, the UK is also working on stories focused on building a good profile, the US is working on a story about an upcoming major product update, and Gheed also regularly syncs with Tinder for social opportunities.
>>>
>>> —We're running a story on **OkCupid** tomorrow as a part of Pride, with another on in the early stages focused on some upcoming product updates. OKC was also a part of Valentine's Day coverage on App Store Social and Today focused on building a great profile for a dating app, which we coordinated to correspond with the launch of their new brand campaign.
>>>
>>> —Nao Asami is meeting with the CEO of **Pairs** next week; she and I are beginning to work on a featuring strategy for dating apps in Japan.
>>>
>>> Best,
>>> Erin
>>>
>>> ☐ Erin Polgreen |polgreen@apple.com | developer.apple.com/app-store | 408 709 0802

On Jun 8, 2018, at 11:58 AM, Matt Fischer <matt.fischer@apple.com> wrote:

Privileged and Confidential

+ Sean, Ayman, Smokey, Carson

Attorney Client Privilege

Might be good to remind them that we give them access to hundreds of millions of paying customers across 155 countries, worldwide payment processing, etc. Do we know if they have a different rev share on Google Play for Tinder?

Ayman - please see if their claims around discovery are accurate. I would be shocked if ▮ of their downloads really came from users "looking for our apps" aka search.

Smokey - have we done any stories about Tinder or any of the other Match properties? I see we did a "Meet Someone New" list ( https://itunes.apple.com/us/story/id1254092472), but it might make sense to explore doing a story or two about Tinder and/or Match when they have new features to talk about.

Thoughts?

Best,
Matt

On Jun 7, 2018, at 6:25 PM, Erin Polgreen <polgreen@apple.com> wrote:

Thanks, Sheree.

Matt, in addition to Sheree's comments, I wanted to share a few additional details:

First up, as an FYI, the agenda for my Monday Tinder meeting is focused on business operations:

- Refunds (Tinder's refunds have grown since the launch of Gold)
- Billing processes (Discuss billing retry impacts and potential grace period/snapback trial)
- Post-WWDC business operations sync

Secondly, Mark Hickner and Connor have been tracking the IAP Reconciliation issue since February across several subscription developers. As a refresher, this issue is an accounting pain point for subscription developers. They cannot accurately close their monthly books using Sales and Trends or Financial Reports since the two don't sync, and they often see a lot of variance. I've asked Mark and Connor for a status update and will share on this thread once I have it.

Erin

☐ Erin Polgreen |polgreen@apple.com | developer.apple.com/app-store | 408 709 0802

On Jun 7, 2018, at 6:14 PM, Sheree Chang <shereechang@apple.com> wrote:

Matt,

> Attorney Client Privilege

In regards to the other topics raised, Erin can provide them with an update on IAP reconciliation and Alston can work with them on 2 factor authentication. Also as an FYI, Erin will be meeting with Tinder in LA on Monday regarding some other operational issues.

> Begin forwarded message:
>
> **From:** Adrian Ong <Adrian.Ong@match.com>
> **Subject: Follow up**
> **Date:** June 7, 2018 at 4:11:21 PM PDT
> **To:** "shereechang@apple.com" <shereechang@apple.com>
>
> Hi Sheree
>
> Pleasure to meet you and the team in Cupertino and my team looks forward to working with you all.
>
> I wanted to follow up on several topics that we touched on during our meeting / dinner:
>
> - IAP reconciliation
>   - We need to ensure we have a way to reconcile the transactions we see our end and payments you make to us
>   - As discussed, our figures from Apple for just our Tinder business can be off as much as ~$1M at any time during the year which is a concern
>   - According to Erin, this is brought up frequently by other partners
>   - Can we identify next steps and dates to ensure we are seeing traction on this? FYI We do not have this issue on Android
> - Rev share
>   - As discussed over dinner and per our presentation, [redacted] rev share revenue for Apple, [redacted] and we expect to continue our solid growth
>     - Apple drove minimal new discovery [redacted] while the majority were users organically looking for our apps [redacted]
>     - Our new product features such as Tinder Gold drove subscriber growth resulting in the app shooting up the top grossing charts to #1 outside of games last year
>     - Therefore, while we understand the value of the platform historically, we are the ones driving the YoY growth and incremental value add - not Apple (i.e. this wasn't from increased phone sales or features you offered) while your platform reaps the benefit. This feels somewhat one-sided.
>   - Dating as a category is episodic
>     - The average subscriber stays only 4-5 months
>     - As a top grossing partner, we never are able to take advantage of

CONFIDENTIAL                                                                                                                         APL-APPSTORE_09522302

- the 15% rev share since the intent of our apps is to actually have people meet and leave our apps
      - § Other top grossing partners such as our colleagues at Netflix have an average subscriber length of 43 months, which means their average rev share works out to be approximately 18% - much closer to the 15% than the 30% commissions we pay
    - o Channel optimization
      - § Historically, Tinder grew up as an app first business and never had their own payment system. Therefore, they had no choice but to utilize IAP on both IOS and Android. Late last year, Tinder launched an international web product and its own payment system.
      - § None of the Match Group brands utilize IAP on Android except for Tinder – however this is likely to change
      - § Therefore looking forward at channels, user acquisition and conversion – Apple becomes the only business that charges 30% and the least attractive since 30% ROI just to break-even is a high hurdle to cross (either from a conversion and/or retention perspective) relative to our other platform options. In the spirit of a true and effective partnership, we should be utilizing your platform and driving growth based purely on its effectiveness – rather than because we have to and/or looking at other channels due to your legacy rules around the 30% and ROI impact. All of this would lead to more app downloads and growth.
      - § Being in the payments space for a very long time, we also know that the 30% rate is arbitrary since i) we know that other categories are not forced to use IAP and ii) the cost of accepting payments is only <2-5%
    - o I don't know if you've already discussed the above with Matt per our discussion at dinner, but I'd like to get the dialogue going about potentially modifying our rev share given that we're a top grossing partner and especially because of the episodic nature of our business. I'd like to propose that the dating category and/or other similar episodic categories are either a) included in the exclusion list (since our subscribers are with us for such a short period of time + this may be easier since an exclusion list already exists for physical goods, etc) or b) we define a separate category for dating that is able to take advantage of the 15% immediately due to the short term and episodic nature of our businesses
  - 2-factor Authentication (new topic)
    - o Does Apple have a solution for 2-factor authentication for its apps? We're looking at introducing this functionality for several of our brands.
    - o I spoke to an old colleague who now works at Hilton and they informed me about Business Chat via Messages. Is it possible and/or do some apps use Business Chat for 2FA or do you have an alternative solution? The other option is obviously to engage a third party like a Nexmo or Twilio.

I look forward to collaborating with you and the team on this partnership and these are the large ticket items on the top of my mind right now. As I mentioned during our meeting, we could have an extremely beneficial relationship where we share best practices and work together to drive growth for both our businesses. I believe we can provide a lot of value given that we've been running subscription / recurring /

CONFIDENTIAL

auto-renewal businesses for longer than almost any digital goods + services business out there today and so whether it's around payment / conversion optimization to retention to auto-renewal best practices, we can assist.

Look forward to hearing from you and I propose we get something on the calendar to touch base at least once a month.

Best,
-AO

Adrian Ong
SVP, Operations
match group

Sheree Chang | App Store | 1 Apple Park Way, MS: 923-4APP, Cupertino, CA 95014 | shereechang@apple.com

Sheree Chang | App Store | 1 Apple Park Way, MS: 923-4APP, Cupertino, CA 95014 | shereechang@apple.com

Sheree Chang | App Store | 1 Apple Park Way, MS: 923-4APP, Cupertino, CA 95014 | shereechang@apple.com

CONFIDENTIAL                                                                                                                              APL-APPSTORE_09522304

CONFIDENTIAL

APL-APPSTORE_09522305