PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>              Plaintiff, Counter-defendant,<br>                           v.<br>APPLE INC.,<br><br>              Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial:  May 3, 2021 |

I declare that I am a Senior Attorney with the law firm of Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York.  I am Counsel of Record for Epic Games, Inc. in this case.

I declare that on April 28, 2021, I caused to be served via electronic transmission Epic's Motion to Seal Portions of its Expert Written Direct Examinations and the Declaration of M. Brent Byars submitted therewith to Apple Inc. and certain affected third parties.  I also declare that on April 28, 2021, I cause to be served via electronic transmission Apple's Administrative Motion to Partially Seal Expert Written Direct Examinations and the Declaration of R. Brass submitted therewith to certain affected third parties.

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case.  I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED:  April 29, 2021

*/s/ M. Brent Byars*
M. Brent Byars