KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Reporters Committee for Freedom of the Press and 18 Media Organizations*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant/Counter-Claimant.* | Case No. 4:20-cv-05640 <br><br> **PRESS POOL SCHEDULE FOR WEEK OF MAY 3, 2021** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

In accordance with the Court's Pre-Trial Order No. 5, ECF No. 485, the Reporters Committee for Freedom of the Press, The Associated Press, The Atlantic Monthly Group LLC, Bloomberg L.P., The Center for Investigative Reporting (d/b/a Reveal), Dow Jones & Company, Inc., The E.W. Scripps Company, Gannett Co., Inc., The Information, KPIX-TV, MLex, National Journal Group LLC, National Press Club Journalism Institute, The National Press Club, The New York Times Company, POLITICO LLC, The Seattle Times Company, TEGNA Inc., and Vox Media, LLC, (collectively the "Media Coalition"), hereby submits the press pool schedule for trial coverage in the above-captioned matter for the week of May 3, 2021.

| Trial Day | Designated Pool Reporters |
|---|---|
| Monday, May 3, 2021 | 1. Leah Nylen, *POLITICO* <br> 2. Erin Griffith, *The New York Times* |
| Tuesday, May 4, 2021 | 1. Stephen Nellis, *Reuters* <br> 2. Michael Acton, *MLex* |
| Wednesday, May 5, 2021 | 1. Leah Nylen, *POLITICO* <br> 2. Joshua Sisco, *The Information* |
| Thursday, May 6, 2021 | 1. Dorothy Atkins, *Law360* <br> 2. Leah Nylen, *POLITICO* |
| Friday, May 7, 2021 | 1. Kellen Browning, *The New York Times* <br> 2. Elizabeth Lopatto, *The Verge* |

Dated: April 30, 2021

/s/ *Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE
   FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically served the foregoing document via ECF upon all counsel of record and via email to the Court's Media Liaison, Nicholas Jackson.

Dated: April 30, 2021

/s/ Katie Townsend
Katie Townsend
REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*