Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

*Interim Lead Class Counsel in* Cameron, et. al
v. Apple Inc., *Case No. 4:19-cv-03074-YGR*

Rachele R. Byrd (190634)
Brittany N. DeJong (258766)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
dejong@whafh.com

Mark C. Rifkin (*pro hac vice*)
Matthew M. Guiney (*pro hac vice*)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer
Plaintiffs in* In re Apple iPhone Antitrust Litig.
*Case No. 4:11-cv-06714-YGR*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-Defendant | **CLASS PLAINTIFFS' SCHEDULE RE: IN-PERSON ATTENDANCE AT TRIAL, WEEK OF MAY 3, 2021** |
| v. | |
| APPLE INC., | |
| Defendant, Counterclaimant. | |

1      Pursuant to the Court's Pretrial Order No. 5 in *Epic Games, Inc. v. Apple Inc.*, N.D. Cal. No.

2    4:20-cv-05640-YGR, counsel for the developer class plaintiffs in *Cameron v. Apple Inc.*, N.D. Cal.

3    No. 4:19-cv-03074-YGR, and counsel for the consumer class plaintiffs in *In re Apple iPhone*

4    *Antitrust Litig.*, N.D. Cal. No. 4:11-cv-06714-YGR, hereby provide the Court with the names of the

5    specific individual attorneys that will attend each day during Week 1 of the *Epic v. Apple* trial (May

6    3rd through May 7th):

| Trial Dav | Designated Counsel |
|---|---|
| Monday, May 3, 2021 | Alberto Rodriguez *Sperling & Slater, P.C.* |
| Tuesday, May 4, 2021 | Alberto Rodriguez *Sperling & Slater, P.C.* |
| Wednesday, May 5, 2021 | Alberto Rodriguez *Sperling & Slater, P.C.* |
| Thursday, May 6, 2021 | Betsy Manifold *Wolf Haldenstein Adler Freeman & Herz LLP* |
| Friday, May 7, 2021 | Betsy Manifold *Wolf Haldenstein Adler Freeman & Herz LLP* |

17    DATED: April 30, 2021                    Respectfully submitted,

18

19                                                      By:   */s/ Steve W. Berman*
                                                              STEVE W. BERMAN (*pro hac vice*)

20                                                      Robert F. Lopez (*pro hac vice*)
                                                        HAGENS BERMAN SOBOL SHAPIRO LLP
21                                                      1301 Second Ave., Suite 2000
                                                        Seattle, WA 98101
22                                                      Telephone: (206) 623-7292
                                                        Facsimile:  (206) 623-0594
23                                                      steve@hbsslaw.com
                                                        robl@hbsslaw.com
24

25                                                      Shana E. Scarlett (SBN 217895)
                                                        Benjamin J. Siegel (SBNN 260260)
26                                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                                        715 Hearst Avenue, Suite 202
27                                                      Berkeley, CA 94710

28

CLASS PLAINTIFFS' SCHEDULE  RE: IN-PERSON
ATTENDANCE AT TRIAL, WEEK OF MAY 3, 2021
Case No.: 4:20-cv-05640-YGR-TSH                                    -1-

1

Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

2

3

4

***Interim Lead Class Counsel* in
Cameron, et al. v. Apple Inc.,
*Case No. 4:19-cv-03074-YGR***

5

6

7

By:   */s/ Rachele R. Byrd*

8

Rachele R. Byrd (190634)
Brittany N. DeJong (258766)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
dejong@whafh.com

9

10

11

12

13

14

Mark C. Rifkin (*pro hac vice*)
Matthew M. Guiney (*pro hac vice)*
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

15

16

17

18

19

20

***Interim Class Counsel for the Consumer Plaintiffs* in
In re Apple iPhone Antitrust Litig.,
*Case No. 4:11-cv-06714-YGR***

21

22

23

24

25

26

27

28

CLASS PLAINTIFFS' SCHEDULE  RE: IN-PERSON
ATTENDANCE AT TRIAL, WEEK OF MAY 3, 2021
Case No.: 4:20-cv-05640-YGR-TSH

1

**E-FILLING ATTTESTATION**

2

    I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

3

document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

4

identified above has concurred in this filing.

5

By:   */s/ Steve W. Berman*

           STEVE W. BERMAN (*pro hac vice*)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28