UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant,<br><br>vs.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PROPOSED TRIAL TESTIMONY PURSUANT TO CIVIL L.R. 7-11 & 79.5** |

On April 30, 2021, Non-Party Google LLC ("Google") filed the declaration of Andrew Rope supporting various Administrative Motion to Seal Portions of Proposed Trial Testimony Pursuant to Civil Local Rule 7-11 and 79.5 (Docket Nos. 489, 491, 505, and 509). Google seeks to seal the following:

| Testimony | Information sought to be sealed | Ruling |
|---|---|---|
| Written Direct Testimony of David S. Evans | ¶88, line 2, between "Around" and "of iPhone" and line 3, between "about" and "--of the installed." | |
| Written Direct Testimony of Lorin Hitt | ¶184, last line after "increased by" to the end of the sentence. | |
| Written Direct Testimony of Lorin Hitt | Figure 46 in its entirety. | |
| Written Direct Testimony of Lorin Hitt | ¶209, after "Another study conducted for Google found that" to the end of the sentence. | |
| Written Direct Testimony of Lorin Hitt | ¶210, line 2, after "Dr. Evans also found that" to the end of the sentence. | |
| Written Direct Testimony of Lorin Hitt | ¶211, after "In Fact" to the end of the sentence. | |
| Written Direct Testimony of Lorin Hitt | ¶213, after "in one survey of iPhone owners who" to the end of the sentence. | |
| Written Direct Testimony of Francine Lafontaine | ¶100, between "on Google Play increased" and "from 2013 to 2018." | |
| Written Direct Testimony of Aviel Rubin | ¶57, between "Unlike Apple's App Review process, which performs human review for every app and app update approved for distribution through the App Store," and "The Google Play Store, which utilizes a less." | |

Having considered the Motion(s) and supporting declaration,

1 | IT IS HEREBY ORDERED THAT the Motion(s) is/are GRANTED as to the information listed in the table above and that such information be sealed. The unredacted version of each of the above written testimonies shall remain under seal.

IT IS SO ORDERED.

Dated: _____, 2021

                                                    Honorable Yvonne Gonzalez-Rogers
                                                    United States District Judge
                                                    Northern District of California