| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*<br><br>[Additional counsel appear on signature page] | THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYE (*pro hac vice*)<br>vlewis@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            *Plaintiff, Counter-defendant*,<br><br>vs.<br><br>APPLE INC.,<br><br>            *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**SUPPLEMENTAL STIPULATION AND PROPOSED ORDER RE TRIAL STIPULATIONS**<br><br>Trial Date: May 3, 2021<br>Time: 8:00 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

SUPPLEMENTAL STIPULATION AND PROPOSED ORDER RE TRIAL STIPULATIONS
Case No.: 4:20-cv-05640-YGR-TSH

1  Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases and Pretrial Order No. 2 (ECF No. 381), Plaintiff and Counter-defendant Epic Games, Inc. ("Epic"), and Defendant and Counterclaimant Apple Inc. ("Apple"), together, the "Parties", by and through their undersigned counsel, hereby agree and stipulate that the following notice procedures will apply unless the Court for good cause shown directs otherwise:

1. Exhibits and demonstratives to be used in connection with a Party's examination of a witness within its control, or of a third-party witness called by the Party, and demonstratives to be used during arguments, will be exchanged via email by 1:30 p.m. PT of the calendar day before use.  The other Party will by 7:00 p.m. PT that day (a) indicate which objections, if any, it intends to maintain as to the identified exhibits, and (b) articulate any objections, questions or other issues regarding the identified demonstratives.  The Parties will meet and confer by 8:30 p.m. PT of the same day to discuss and resolve any remaining objections.  Individuals with authority to resolve disputes will join the meet and confer discussions.  The Parties will present any unresolved objections to the Court for resolution on the day of use, either at the beginning of the day or when the relevant exhibit or demonstrative is offered or used.[1]

2. The Court's Pretrial Order No. 1 ¶ 8 (ECF No. 371) provides in part that "The party presenting evidence shall give the other party 24 hours *written* notice of the witnesses to be called unless otherwise agreed upon by the parties themselves.  For witnesses on a Monday, written notice shall be provided by the prior Saturday at noon."  The Parties agree to modify this language as follows:  "The party presenting evidence in its case-in-chief shall give the other party written notice by 7:30 a.m. PT of the witnesses to be called on the trial day that begins 48 hours later, as well as the order in which such witnesses will testify on that day.  Epic shall give Apple written notice by 7:30 a.m. PT of any rebuttal witnesses to be called on the trial day that begins 24 hours later, as well as the order in which such witnesses will testify on that day."

---

[1] For the avoidance of doubt, this ¶ 1 supersedes the Parties' prior agreement that the "Parties will exchange demonstratives at least 24 hours before use (including use during arguments and witness testimony)".  (ECF No. 377, No. 1.)

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3  Dated:  April 30, 2021        CRAVATH, SWAINE & MOORE LLP
                                        Christine A. Varney (*pro hac vice*)
                                        Katherine B. Forrest (*pro hac vice*)
4                                         Gary A. Bornstein (*pro hac vice*)
                                        Yonatan Even (*pro hac vice*)
5                                         Lauren A. Moskowitz (*pro hac vice*)
                                        M. Brent Byars (*pro hac vice*)
6

7                                       FAEGRE DRINKER RIDDLE & REATH LLP
                                        Paul J. Riehle
8

9                                      By:  /s/  *Katherine B. Forrest*
10                                             Katherine B. Forrest
                                            825 Eighth Avenue
11                                             New York, New York 10019
                                            Telephone: (212) 474-1000
12

13                                      *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

14

15 Dated:  April 30, 2021        GIBSON, DUNN & CRUTCHER LLP
                                        Theodore J. Boutrous Jr.
16                                         Richard J. Doren
                                        Daniel G. Swanson
17                                         Mark A. Perry
                                        Veronica S. Moye
18                                         Cynthia E. Richman
                                        Jay P. Srinivasan
19                                         Ethan D. Dettmer
                                        Eli M. Lazarus
20

21                                      By:  /s/  *Richard J. Doren*
                                            Richard J. Doren
22                                             333 South Grand Avenue
                                            Los Angeles, CA 90071
23                                             Telephone: (213) 229-7000

24                                      *Attorneys for Defendant and Counterclaimant Apple Inc.*

25

26

27

28

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____          _____
                                  HON. YVONNE GONZALEZ ROGERS
                                  United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: April 30, 2021					CRAVATH, SWAINE & MOORE LLP

						By:   /s/  *Katherine B. Forrest*
						         Katherine B. Forrest

						*Attorneys for Plaintiff and
						Counter-defendant Epic Games, Inc.*