UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>        Plaintiff, Counter-defendant <br><br>  v. <br><br> APPLE INC., <br><br>        Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR <br><br> **[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

1   Pursuant to Civil Local Rule 79-5, Defendant Epic Games, Inc. filed an Administrative Motion to Portions of Its Expert Written Direct Examinations (the "Administrative Motion").  In response, Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel S. Brass.

Having considered the Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED IN PART.** Accordingly,

(1)   The unredacted versions of the documents sought to be sealed by the Administrative Motion shall remain under seal;

(2)   The public shall have access only to the versions of the documents sought to be sealed by the Administrative Motion in which portions of the following pages have been redacted:

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Evans Opening ¶ 141 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 149 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 151 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 153 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 154 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 182 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 183 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Evans Opening ¶ 184 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 188 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 189 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 229 | Contains confidential information that could be used to evade Apple's security protocols / Brass Decl. ¶¶ 14–15 | |
| Evans Opening ¶ 270(i) | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 288 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening ¶ 295 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–11 | |
| Evans Opening n. 3 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–11 | |
| Evans Opening n. 46 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Evans Opening n. 47 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening n. 48 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening n. 49 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Evans Opening n. 50 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening n. 51 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening n. 52 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening n. 74 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening n. 77 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening n. 105 | Contains confidential information that could be used to evade Apple's security protocols / Brass Decl. ¶¶ 14–15 | |
| Evans Opening n. 108 | Contains confidential information that could be used to evade Apple's security protocols / Brass Decl. ¶¶ 14–15 | |
| Evans Opening n. 126 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–11 | |
| Evans Opening Figure 2 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening Figure 3 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening Figure 4 | Contains confidential information that could be used to evade Apple's security protocols / Brass Decl. ¶¶ 14–15 | |
| Evans Opening Figure 5 | Contains confidential information that could be used to evade Apple's security protocols / Brass Decl. ¶¶ 14–15 | |
| Evans Opening Table 3 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Evans Opening Table 4 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening Table 7 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Opening Table 8 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Barnes Opening ¶ 2 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 4 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 5 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 6 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 7 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 8 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 9 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 10 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Barnes Opening ¶ 11 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 12 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 13 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 14 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 15 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 16 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 17 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 18 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 19 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 20 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 21 | Contains non-public financial information that, if disclosed, would put Apple at a competitive | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| | disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 25 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening ¶ 27 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening n. 1 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening graphic on page 3 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening graphic on page 5 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening graphic on page 9 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening graphic on page 11 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening Table 1 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening Table 2 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Barnes Opening Table 3 | Contains non-public financial information that, if disclosed, would put Apple at a competitive | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
|  | disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 |  |
| Rossi Opening ¶ 49 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal ¶ 56 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal Figure 4 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal ¶ 57 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal ¶ 94 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal Figure 18 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal ¶ 95 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal ¶ 99 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal Figure 21 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal ¶ 100 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal Figure 22 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |
| Cragg Rebuttal ¶ 102 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 |  |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Cragg Rebuttal Figure 23 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Cragg Rebuttal ¶ 103 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Cragg Rebuttal Figure 24 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Cragg Rebuttal ¶ 105 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Cragg Rebuttal Figure 25 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal Table of Contents | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 2 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 34 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal n. 38 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 36 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 40 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 42 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 43 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Evans Rebuttal ¶ 44 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 45 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal n. 50 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal n. 52 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal n. 54 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 46 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage and potentially mislead the investing public / Brass Decl. ¶¶ 8–10, 12 | |
| Evans Rebuttal ¶ 47 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 49 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal n. 58 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal n. 59 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 64 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Evans Rebuttal ¶ 71 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Evans Rebuttal ¶ 74 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Lee Rebuttal ¶ 35 | Contains confidential information that could be used to evade Apple's security protocols / Brass Decl. ¶¶ 14–15 | |
| Lee Rebuttal n. 18 | Contains confidential information that could be used to evade Apple's security protocols / Brass Decl. ¶¶ 14–15 | |
| Mathiowetz Rebuttal ¶ 12 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Mathiowetz Rebuttal ¶ 70 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Mathiowetz Rebuttal ¶ 71 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Mathiowetz Rebuttal n. 9 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |
| Mathiowetz Rebuttal n. 10 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 8–10 | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS EXPERT WRITTEN DIRECT EXAMINATIONS