1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 12  EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| 13          Plaintiff, Counter-defendant, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DX-3891** |
| 14      v. | |
| 15  APPLE INC., | |
| 16          Defendant, Counterclaimant. | |
| 17 | |
| 18 | |

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER**

Having considered Apple Inc.'s Administrative Motion to Seal DX-3891 and the Declaration of Brian Sims submitted by non-party PayPal, Inc. in support of the motion, IT IS HEREBY ORDERED THAT the following information in DX-3891 be sealed:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Highlighted Portions in DX-3891 at 15-16, 21-24, 26-28, and 31. | Declaration of Brian Sims ¶¶ 2-6 | |

**IT IS SO ORDERED.**

DATED:

_____
Honorable Yvonne Gonzalez Rogers
United Sates District Judge