IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL DX-3891** |

**PROPOSED ORDER**

Having considered Apple Inc.'s Administrative Motion to Seal DX-3891 and the Declaration of Brian Sims submitted by non-party PayPal, Inc. in support of the motion, IT IS HEREBY ORDERED THAT the following information in DX-3891 be sealed:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Highlighted Portions in DX-3891 at 15-16, 21-24, 26-28, and 31. | Declaration of Brian Sims ¶¶ 2-6 | |

**IT IS SO ORDERED.**

DATED:

_____
Honorable Yvonne Gonzalez Rogers
United Sates District Judge