# EXHIBIT 1
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Leo Olebe [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=803AE2C6AA924A1BA9ECC93563E1A951] |
| Sent: | 7/11/2017 6:53:03 PM |
| To: | Sean Ryan [sdr@fb.com] |
| CC: | Ash Jhaveri [ashj@fb.com]; Aruna Bharathi [aruna@fb.com]; Stephanie Shum [sshum@fb.com] |
| Subject: | Sun Valley IG Ask |
| Attachments: | image001.png |

Sean –

Here is the brief we put together for Dan's Apple mtg. @ Sun Valley.

Leo

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>..

# Apple / FB Messenger Instant Games

## Background

In late 2016 Apple approved Facebook to move forward with putting "Instant Games" in Messenger and the FB Blue App. Phil Schiller pulled out an email from 2011 which memorialized an agreement we made allowing FB to stream HMTL5 games as long as we don't create an app store or do in-app payments. FB is allowed to stream HMTL5 games as long as we don't create an app store or do in-app payments. Specifically - a list of games in-thread is ok, but a categorized, or ranked list based on popularity or anything that vaguely looks AppStore-like is not.

At WWDC this year, Apple formalized their stance on HTML5 web games into an official guideline. Most notably, the guideline states that HTML5 game experiences are only permitted when a) they are not offered in a store or store-like interface, and b) third party developers are registered as a part of the Apple Developer Program, and c) all purchases must utilize IAP.

## Challenge

Recently Apple has been taking an aggressive stance on their interpretation of their new Instant Games guidelines, forcing revisions to previously approved features and blocking the launch of critical features that have nothing to do with creating a "store" experience.

Timeline:
- 6/5 (WWDC): Apple institutes new guideline for Instant Games in their App Store Review Guidelines.
- 6/7: Apple references new guideline and asks when Instant Games developers will be registered as Apple Developers
- 6/28: Apple reaches out stating that the "Latest Releases" bar in Instant Games is a violation of their new guidelines preventing "store-like" discovery of HTML5 games. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- 7/9: Apple rejected the "suggested friends" sub-section under each game, stating that we can only use a simple list and that the subsection was "app-store like." *They seem to be sticking to a very aggressive interpretation of the new guideline, so anything touching the "Games" tab experience will likely be difficult to put in (incl. search/alpha sorting).*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                              EGFB-000264

- 

## Ask

Apple is rejecting any change that we try to implement - including features that focus on games that people are or should be playing with their friends. While we understand that we can't implement any "store-like" features, **we'd like clarification and guidance on how we should proceed, with the desired outcome of being able to have flexibility with how we organize the list of games.**

*APPENDIX FYI*



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 EGFB-000265