# EXHIBIT 3
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From**: | Jim Gerber [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=66FD60AD7E1240D68B30756D0895B19B-JIMGERBER] |
| **Sent**: | 10/18/2020 9:52:25 PM |
| **To**: | Marina Shilman [mshilman@fb.com]; Marc Shedroff [mshedroff@fb.com] |
| **CC**: | David Jakubowicz [davidizek@fb.com] |
| **Subject**: | Re: Prep for Apple meeting |

Thanks Marina.

**From:** Marina Shilman <mshilman@fb.com>
**Sent:** Sunday, October 18, 2020 8:37 PM
**To:** Marc Shedroff <mshedroff@fb.com>; Jim Gerber <jimgerber@fb.com>
**Cc:** David Jakubowicz <davidizek@fb.com>
**Subject:** Re: Prep for Apple meeting

Hi Marc, Jim

Hope you had a nice weekend.

To prep for this week's call with Apple,  below is a list of things we want from Apple (and have been already asking them multiple times). The first two seem most relevant to Ron and his org



1. ▮
2. ▮
3. ▮
4. ▮
5. ▮

Thanks,
marina

**From:** Marc Shedroff <mshedroff@fb.com>
**Date:** Wednesday, October 14, 2020 at 8:46 AM
**To:** Marina Shilman <mshilman@fb.com>, Jim Gerber <jimgerber@fb.com>
**Cc:** David Jakubowicz <davidizek@fb.com>
**Subject:** Re: Prep for Apple meeting

[minus Robby and Katie]

Ash replied in a later email that he will join the Ron meeting; I will join the internal prep.

@Marina Shilman can you compile a list of the things we want from Apple? You likely already have one, but it will be good to have handy. ████████████████████████████████
████████████████████████████

Thx
Marc

---

**From:** Marina Shilman <mshilman@fb.com>
**Date:** Wednesday, October 14, 2020 at 8:35 AM
**To:** Marc Shedroff <mshedroff@fb.com>, Jim Gerber <jimgerber@fb.com>, Katie McCabe <mccabek@fb.com>, Robby Stein <robby@fb.com>
**Cc:** David Jakubowicz <davidizek@fb.com>
**Subject:** Re: Prep for Apple meeting

The meeting with Apple is next Wednesday, 10/21 at 10:30am. I'll add you to it Marc.
Now that Ron is joining, we might want to use their high interest to our advantage.
Let discuss in a prep meeting once scheduled.

thanks,
marina

---

**From:** Marc Shedroff <mshedroff@fb.com>
**Sent:** Wednesday, October 14, 2020 6:11 AM
**To:** Jim Gerber <jimgerber@fb.com>; Katie McCabe <mccabek@fb.com>; Robby Stein <robby@fb.com>
**Cc:** Marina Shilman <mshilman@fb.com>; David Jakubowicz <davidizek@fb.com>
**Subject:** Re: Prep for Apple meeting

Yes, I'd like to join too, if Ron is joining. When is the meeting, and what are we planning to say? Pls add me to the prep too. I also should flag to Ash. Will do that now.
Marc

---

**From:** Robby Stein <robby@fb.com>
**Sent:** Tuesday, October 13, 2020 11:40:37 PM
**To:** Jim Gerber <jimgerber@fb.com>; Katie McCabe <mccabek@fb.com>
**Cc:** Marina Shilman <mshilman@fb.com>; David Jakubowicz <davidizek@fb.com>; Marc Shedroff <mshedroff@fb.com>
**Subject:** Re: Prep for Apple meeting

+Katie

Glad to do a quick chat to prep. Talk soon

---

**From:** Jim Gerber <jimgerber@fb.com>
**Sent:** Tuesday, October 13, 2020 7:52 PM
**To:** Robby Stein
**Cc:** Marina Shilman; David Jakubowicz; Marc Shedroff
**Subject:** Prep for Apple meeting

Hello Robby,

Thanks for the willingness to engage with Apple on their interest in IG and their updated Mac/iPad compatibility. It would be useful for us to synch briefly ahead of that meeting.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                EGFB-002074

Can we find a few minutes to connect?

Let me know and Adriana can find time prior to the meeting next Wednesday.

Thanks,
Jim

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  EGFB-002075