# EXHIBIT 4

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# DOCUMENT FILED ENTIRELY UNDER SEAL

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED