ALTO LITIGATION, PC
  Ellen London (Bar No. 325580)
  ellen@altolit.com
  Bess Ibtisam Hanish (Bar No. 325938)
  bess@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Non-Party Lyft, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-Defendant, | **NOTICE OF APPEARANCE OF ELLEN LONDON ON BEHALF OF NON-PARTY LYFT, INC.** |
| v. | |
| APPLE, INC., | The Hon. Yvonne Gonzalez Rogers |
| Defendant, Counterclaimant. | Trial: May 3, 2021 |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ellen London of Alto Litigation PC hereby enters an appearance as counsel for Non-Party Lyft, Inc. in the above-referenced action.

>Ellen London
>4 Embarcadero Center, Suite 1400
>San Francisco, CA 94111
>Tel: (415) 779-2586
>Fax: (415) 306-8744
>ellen@altolit.com

Dated: April 30, 2021                              Alto Litigation PC

By: */s/ Ellen London*
Ellen London

*Attorneys for Non-Party
Lyft, Inc.*

---

1
NOTICE OF APPEARANCE OF ELLEN LONDON ON BEHALF OF NON-PARTY LYFT, INC.