ALTO LITIGATION, PC
  Ellen London (Bar No. 325580)
  ellen@altolit.com
  Bess Ibtisam Hanish (Bar No. 325938)
  bess@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Non-Party Lyft, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-Defendant, | **DECLARATION OF MOJIN CHEN IN SUPPORT OF NON-PARTY LYFT, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF TRIAL EXHIBITS** |
| v. | |
| APPLE, INC., | |
| Defendant, Counterclaimant. | The Hon. Yvonne Gonzalez Rogers |
| | Trial: May 3, 2021 |

I, Mojin Chen, declare as follows:

1. I am a Product Management Lead for Lyft, Inc.'s ("Lyft") Membership Program. I am familiar with the facts set forth herein and, if called to testify, could and would competently testify thereto under oath.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Lyft's Administrative Motion to Seal Portions of Trial Exhibits.

3. PX-0201, PX-2061, and PX-2240 are attached to this declaration as Exhibits A, B, and C, respectively. I understand that the motion explains why these are partially redacted.

4. I have reviewed the exhibits. Page 4 of Exhibit A, pages 4–5 of Exhibit B, and pages 4–5 of Exhibit C contain non-public information about Lyft's business strategy; specifically, the exhibits contain information about past iterations of Lyft's subscription plans, and how Lyft has valued aspects of these plans financially. Lyft considers this information to be confidential and highly valuable.

5. This information is maintained as confidential at Lyft, and certainly would never be shared with competitors. The financial performance of Lyft's subscription and membership programs is kept confidential internally at Lyft, and is only made available to certain employees within Lyft.

6. The information was provided to Apple solely for the purpose of negotiations with Apple, with an understanding that the information would be kept confidential.

7. Lyft would face competitive harm should the relevant excerpts of the exhibits be made public. These excerpts contain information about strategy, revenues, and decision-making. If made public, competitors could use this non-public and confidential information about Lyft's business strategies to harm Lyft in the marketplace and in negotiations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 30, 2021 in San Francisco, California.

By: _____
Mojin Chen