ALTO LITIGATION, PC
  Ellen London (Bar No. 325580)
  ellen@altolit.com
  Bess Ibtisam Hanish (Bar No. 325938)
  bess@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (866) 654-7207

Attorneys for Non-Party Lyft, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-Defendant,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY LYFT, INC.'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION PURSUANT TO CIVIL L.R. 7-11 & 79.5**<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>Trial: May 3, 2021 |

On April 30, 2021, Non-Party Lyft, Inc. ("Lyft") filed an Administrative Motion to Seal Confidential Information Pursuant to Civil Local Rule 7-11 and 79.5. Through its Motion, Lyft moves to seal the following:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| PX-0201: highlighted portions of the pages bates stamped PX-0201.4 and PX-0201.5 | Chen Declaration ¶¶ 4–7 | |
| PX-2061: highlighted portions of the pages bates stamped APL-APPSTORE_02019821 and APL-APPSTORE_02019822 | Chen Declaration ¶¶ 4–7 | |
| PX-2240: highlighted portions of the pages bates stamped APL-APPSTORE_09529101 and APL-APPSTORE_09529102 | Chen Declaration ¶¶ 4–7 | |

Having considered Lyft's Motion and supporting declaration,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the information listed in the table above be sealed.

IT IS SO ORDERED.


Dated: _____, 2021


By: _____
Honorable Yvonne Gonzalez-Rogers
United States District Judge
Northern District of California