# EXHIBIT B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Carson Oliver (carson_oliver@apple.com)
**To:** Matt Fi cher (matt fi cher@apple com)
**CC:** Sheree Chang (shereechang@apple.com)
**BCC:**
**Subject:** Re: need Membership Subscriptions update for Phil and Eddy
**Attachments:** Membership Subscriptions.pdf;
**Sent:** 08/20/2018 04:49:05 PM 0000 (GMT)

Hi Matt,

Please find an update on existing and potential candidates for membership subscriptions attached below. (Editable version is [here](.).)

Let u  know if you have any que tion  or want u  to make any change  to the attached document

Thanks,
Carson

CONFIDENTIAL
APL-APPSTORE_02019818

# Memberships Subscriptions

Executive Update, 8/20/2018

## Overview

- There is a rising trend of physical goods and services developers selling membership subscriptions that provide access to various benefits (e.g. unlimited free deliveries, discounts, exclusive access). Amazon Prime is a classic example.

- Multiple apps have launched or are planning to launch memberships programs, where the purchase of the membership is de-coupled from the purchase of the actual product or service. For example, Uber and Lyft are currently testing various subscription models ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and will likely launch in market later this year.

- The Business Management team has introduced a framework for monetizing memberships subscriptions using in-app purchase. We believe Membership Subscriptions can become a key lever to drive revenue from some of our most popular free apps.

- In addition to the apps that currently offer membership subscriptions (e.g. Postmates, Costco, and Instacart), there are many additional apps that could benefit from a membership subscription (e.g. Nordstrom, Alibaba, Ticketmaster). Our team would like to begin proactively pitching these partners to offer membership subscriptions and to discuss the benefits of IAP, once the App Store policy is finalized.

## Details by Category and App

**Ride Sharing**



1



2



**Lyft**

- **Membership Subscription Offer**: Lyft is current testing ▇ membership models:



- **Status of Membership Subscription**: In testing. Expecting to launch nationwide by end of 2018.

- **Apple Pay Partner?**: Yes

- **ERB Decision**: Not directly, but we assume the Uber decision would also apply to Lyft.

3

CONFIDENTIAL

- **Communication with developer on Membership Subscriptions:**

  - Spring 2018: After learning that Lyft was testing membership subscriptions, the Business Management team engaged with them to learn about the offerings.

  - July 12, 2018: The Business Management team met with Lyft and notified that the proposed subscription may need to use in-app purchase. Lyft expressed concern about Apple's commission and stated that their subscription programs ▓▓▓▓▓▓▓▓▓▓

  - July 19, 2018: The Business Management and AMP Operations team met with Lyft to discuss the benefits of using Apple's in-app purchase system and to answer their operational questions regarding fraud, enhanced receipts, promoted IAPs and other topics.

  - July 19, 2018: Matt, Carson and Sheree had a call with Logan, the CEO of Lyft, and the topic of membership subscriptions came up  Matt told Logan that IAP would be required for subscription offerings so long as the subscription was not for a prepaid set of ride. Logan expressed his concern with Apple's commission and ask for clarification about the policy, which he felt was confusing. For example, he asked whether subscriptions that offered a fixed discount on all rides as well as limited number of pre-paid rides would require the use of IAP. We told him that each subscription offering would need to be address on a case by case basis.

- **Concerns from Developer**:

  - Apple's 30% Commission: Lyft expressed significant concern with the 30% commission since they stated that the memberships ▓▓▓▓▓▓▓▓▓▓



4



5

CONFIDENTIAL

APL-APPSTORE_02019823



CONFIDENTIAL APL-APPSTORE_02019824

- ███████

  ████████████████████████████████

███████

  ████████████████████████████████
  ████████

  ██████████████████████

  ████████████

  ████████

  ████████████████████████████

███████

  

  ████████████████████████

  ████████████

  ████████████████████████████
  █

  ████████████████████████████
  ████████████████████████████
  ████████

  ███

  ████████████████████████████
  ████████████████████████████
  ████████████

7



8

CONFIDENTIAL

APL-APPSTORE_02019826