1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND DIVISION
11
12  EPIC GAMES, INC.,                    Case No. 4:20-CV-05640-YGR
13              Plaintiff, Counter-      **[PROPOSED] ORDER GRANTING NON-
                Defendant                PARTY MICROSOFT CORPORATION'S
14                                       ADMINISTRATIVE MOTION TO SEAL
        v.                               PORTIONS OF TRIAL EXHIBITS**
15
    APPLE, INC.,
16
                Defendant,
17              Counterclaimant.
18
19
20
21
22
23
24
25
26
27
28

1    WHEREAS, Microsoft Corporation has filed an administrative motion for an order to seal
2 portions of trial exhibits containing its confidential information;
3    Having considered the motion, the declarations filed in support, and for the compelling
4 reasons shown, the Court GRANTS Microsoft's motion and ORDERS that the portions of the
5 trial exhibits below be sealed and not disclosed to the public:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| DX 3110 / DX 5402<br><br>Spreadsheet titled "Microsoft Outlook"<br><br>Portions of Page 1 | Los Decl. ¶¶ 4-6 | |
| DX 3110 / DX 5402<br>Portions of Page 2 | Los Decl. ¶ 7 | |
| DX 3918<br><br>"Spreadsheet with sheets titled in part 'Minecraft Gross Sales Revenue' and 'Minecraft Sales Units.'" | Louie Decl. ¶¶ 5-8 | |
| PX 2475 / DX 5521<br><br>PowerPoint re: Gaming Content & Platform Partnerships Deep Dive<br><br>Portions of Page 5 | Williams Decl. ¶ 6 | |
| PX 2475 / DX 5521<br>Portions of Pages 8 & 16 | Williams Decl. ¶ 7 | |
| PX 2475 / DX 5521<br>Portions of Page 9 | Williams Decl. ¶ 8 | |
| PX 2475 / DX 5521<br>Portions of Page 10 | Williams Decl. ¶ 9 | |
| PX 2475 / DX 5521<br>Portions of Page 11 | Williams Decl. ¶ 10 | |
| PX 2475 / DX 5521 | Williams Decl. ¶ 11 | |

| | | |
|---|---|---|
| Portions of Pages 13 & 14 | | |
| PX 2475 / DX 5521<br><br>Portions of Page 15 | Williams Decl. ¶ 12 | |
| PX 2475 / DX 5521<br><br>Portions of Page 18 | Williams Decl. ¶ 13 | |
| PX 2475 / DX 5521<br><br>Portions of Page 19 | Williams Decl. ¶ 14 | |
| PX 2475 / DX 5521<br><br>Portions of Page 20 | Williams Decl. ¶ 15 | |
| PX 2475 / DX 5521<br><br>Portions of Page 21-22 | Williams Decl. ¶ 16 | |
| PX 2476 / DX 5522<br><br>GGPD Portfolio Team Executive Portfolio Update<br><br>Portions of: Pages 3, 4, & 7 | Williams Decl. ¶ 17 | |
| PX 2476 / DX 5522<br><br>Portions of Page 6 | Williams Decl. ¶ 18 | |
| DX-3437 / DX-3587<br><br>Independent Developers Publishing Program on Xbox One Title Licensing Agreement (dated May 8, 2017)<br><br>Portions of Page 2 (Paragraph 2.5.2), Page 7 (Paragraph 8.1.2), and Page 11 (the first two paragraphs of Schedule A) | Williams Decl. ¶ 19 | |
| DX-3764<br><br>Amendment #1 to Xbox One Title Licensing Agreement<br><br>Portions of Page 1 (Section 3, subsection 5.11(a)) | Williams Decl. ¶ 20 | |
| PX 2477 / DX 5523<br><br>CY2019 Gaming Industry Profit | | |

| | | |
|---|---|---|
| Portions of Pages 3, 13-14, 16-17, 27, 31-32, 37, 39, 50-52 | Hampton Decl. ¶¶ 5, 6a | |
| PX 2477 / DX 5523<br>Portions of Pages 23, 25-26, 50-51, 58-60, and 65 | Hampton Decl. ¶¶ 5, 6b | |
| PX 2477 / DX 5523<br>Portions of Pages 3, 6-9, 10-11, 13-14, 16-17, 31-32, 52-55 and 57 | Hampton Decl. ¶¶ 5, 6c | |
| PX 2477 / DX 5523<br>Portions of Pages 37, 40, and 41 | Hampton Decl. ¶¶ 5, 7 | |
| PX 2478 / DX 5528<br><br>Microsoft Store Policies & App Store Principles<br><br>Portions of Pages 2-3 | Holzer Decl. ¶ 5 | |
| PX 2478 / DX 5528<br>Pages 7, 9-12 | Holzer Decl. ¶ 6 | |
| PX 2478 / DX 5528<br>Page 8 | Holzer Decl. ¶ 7 | |
| PX 2478 / DX 5528<br>Page 14 | Holzer Decl. ¶ 8 | |

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge