David P Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7076
Facsimile: 415.344.7050

Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys for Non-Party
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-Defendant<br><br>　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR<br><br>**DECLARATION OF DAVID P. CHIAPPETTA IN SUPPORT OF NON-PARTY MICROSOFT'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PROPOSED TRIAL EXHIBITS** |

1   I, David Chiappetta, declare as follows:

2   1.   I am a partner at the law firm Perkins Coie LLP and counsel to Microsoft Corporation, which is not a party to the above-captioned case, and a member in good standing of the State Bar of California. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

3   2.   Pursuant to Local Rule 79-5, I submit this declaration in support of Microsoft's Administrative Motion to Seal Portions of Trial Exhibits.

4   3.   We understand the parties intend to introduce exhibits at trial that reflect Microsoft's confidential information. They have identified those documents to us, some as recently as this morning.

5   4.   On Friday, April 30, 2021, I spoke with counsel for Epic Games regarding Microsoft's motion. Epic has communicated it consents to and supports Microsoft's motion to seal.

6   5.   On Thursday, April 29, 2021, I spoke with counsel for Apple regarding Microsoft's motion. Apple has communicated it consents to and supports Microsoft's motion to seal.

7   6.   Given that the parties have not filed motions to seal third-party materials that have been designated as trial exhibits, Microsoft is making this motion to protect its interests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of April 2021 in Fresno, California.

/s/ David Chiappetta
David Chiappetta

DECLARATION OF DAVID P. CHIAPPETTA          -2-          CASE NO. 4:20-cv-05640-YGR
152359314.1