# EXHIBIT A

## Redacted Version of Document Sought to be Sealed



Picture is non-editable

© Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

For Discussion

# Principles for the Microsoft Store on Windows

Public statement from President CELA

For software developers, app stores have become a critical gateway to some of the world's most popular digital platforms. We and others have raised questions and, at times, expressed concerns about app stores on other digital platforms. However, we recognize that we should practice what we preach. So, today, we are adopting 10 principles – building on the ideas and work of the Coalition for App Fairness (CAF) – to promote choice, ensure fairness and promote innovation on Windows 10, our most popular platform, and our own Microsoft Store on Windows 10:

10 principles for
the Microsoft Store
on Windows

1. Developers will have the freedom to choose whether to distribute their apps for Windows through our app store. We will not block competing app stores on Windows.
2. We will not block an app from Windows based on a developer's business model or how it delivers content and services, including whether content is installed on a device or streamed from the cloud.
3. We will not block an app from Windows based on a developer's choice of which payment system to use for processing purchases made in its app.
4. We will give developers timely access to information about the interoperability interfaces we use on Windows, as set forth in our Interoperability Principles.
5. **Every developer will have access to our app store as long as it meets objective standards and requirements, including those for security, privacy, quality, content and digital safety.**
6. Our app store will charge reasonable fees that reflect the competition we face from other app stores on Windows and will not force a developer to sell within its app anything it doesn't want to sell.
7. Our app store will not prevent developers from communicating directly with their users through their apps for legitimate business purposes.
8. **Our app store will hold our own apps to the same standards to which it holds competing apps.**
9. Microsoft will not use any non-public information or data from its app store about a developer's app to compete with it.
10. Our app store will be transparent about its rules and policies and opportunities for promotion and marketing, apply these consistently and objectively, provide notice of changes and make available a fair process to resolve disputes.

Microsoft Confidential

## Policies for the Microsoft Stores

Redacted

**10.1.2:** Your app must be fully functional

**10.1.5:** Your app may promote or distribute SW only through the Store

**10.2.4:** Products may depend on 3rd party SW to deliver functionality, but that dependent SW **must be disclosed and be available in the Store**

**10.8.1:** Use of our billing platform

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Policies for the Microsoft Stores

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY MSFT_ EPIC_00000098

# APPENDIX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Picture is non-editable

© Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Store Policy Session Overview
Session Purpose
Provide an overview of both Microsoft Store Standard Fees and Revenue Share and Policy exceptions provided to Redacted Partners ranked by gross sales Redacted
Desired Outcome
Understand Partner-types that Store provides exceptions for and why.
Understand the key Policy exceptions provided and why.
Strategic questions being addressed
Why does Store provide Policy exceptions to select few partners?
What are and why does Store provide other contractual 'gives' to select partners?
Microsoft Confidential

# Microsoft Store Standard Fees & Revenue Share Overview

Across All Storefronts*

| Microsoft Store on Windows 10 | Microsoft Store Revenue Share |
| --- | --- |
| **Applications** | |
| All transactions (one-time app purchase, subscriptions, in-app digital content) | **15%** |
| **Games** | |
| All transactions (one-time game purchase, subscriptions, in-app digital content) | **30%** (today) |
| All games will move to 88/12 in CY21 | **12%** (H1 CY21) |
| **Microsoft Store on Xbox** | **Microsoft Store Revenue Share** |
| **Applications** | |
| One-time app purchase/In-app purchase of non-subscription based digital content | **30%** |
| **App Subscriptions** | |
| Any recurring fee paid to access / consume app services. | **15%** |
| **Games** | |
| All transactions (one-time game purchase, subscriptions, in-app digital content) | **30%** |
| All games will move to 88/12 in CY21 | **12%** (H1 CY21) |

*The ADA also addresses the Windows 8 legacy platform as well as Store for Business and Education. When we made the update to reduce Microsoft rev share for apps from 30% to 15%, there were technical constraints preventing us from updating the rev share model for transactions on those platforms/Storefronts, hence the carve-out in the ADA. Redacted

Microsoft Confidential



Store Policy Exception Summary – Redacted
Redacted
Current Exceptions Overview
Redacted have one or more policy exceptions:
Redacted
Redacted have Policy exceptions for both billing and standard rev share fees paid to MSFT *
Redacted a standard rev share fee exception.
Redacted have standard rev share fee exceptions.
Policy Exception Categories:
Subscription Billing Redacted
Redacted
Redacted
Standard Rev Share Fee Redacted
Policy Exception Rationale:
Redacted
Other Contractual Gives to Top Partners:
Redacted
* Standard Store Apps Rev Share Fee: 70/30 for transactions on Xbox, 85/15 for transactions on PC as well as on subscription price, recurring monthly on PC and Xbox
Microsoft Confidential

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY MSFT_ EPIC_00000103



## Store Policy Exceptions – Redacted

| | Partner App / Company | Platform | FY20 Est. Gross Sales* | FY20 Net Sales | Policy Exception Provided | Contractual Rev Share** | Contractual Billing | MSFT Store. Apps Category Contractual Gives |
|---|---|---|---|---|---|---|---|---|
| 1 | | Redacted | | | Billing & Rev Share | Redacted | Leveraging own subscription billing | Redacted |
| 2 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 3 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 4 | | | | | Rev Share | | Leveraging MSFT transactional billing | |
| 5 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 6 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 7 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 8 | | | | | Rev Share | | Leveraging MSFT transactional billing | |
| 9 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 10 | | | | | N/A | | Leveraging MSFT subscription billing | |
| 11 | | | | | N/A | | Leveraging MSFT subscription billing | |
| 12 | | | | | N/A | | Free app, no billing integration | |
| 13 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 14 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 15 | | | | | N/A | | Leveraging MSFT transactional billing | |
| 16 | | | | | N/A | | Free app, no billing integration | |
| 17 | | | | | Billing & Rev Share | | Leveraging own subscription billing | |
| 18 | | | | | Rev Share | | Leveraging MSFT subscription billing | |
| 19 | | | | | N/A | | Leveraging MSFT subscription billing | |
| Totals | | | Redacted | | | | | |

Redacted

**Standard Store Apps Rev Share Fee: 70/30 for transactions on Xbox, 85/15 for transactions on PC as well as on subscription price, recurring monthly on PC and Xbox

Microsoft Confidential

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000104

## Store Policy Exception Summary – Top Games by Sales

PC Gaming Partners accounting for 100% of gross revenue

The PC Games category is achieving healthy organic growth in the Casual Games segment (free cross-mobile games like [Redacted] without contractual incentives other than short-term Store merchandising during a game's launch for Top 200 mobile games that come to W10.

- Redacted
- There is a proposal currently under Gaming Leadership Team consideration to adopt 88/12 as a public PC games revenue share for *all games* in exchange for the grant of streaming rights to Microsoft.
- Redacted Redacted Redacted Redacted
- The business model of advertising a game in other games via middleware ad platforms (Vungle, IronSource) is a pillar of the iOS and Google mobile gaming ecosystems. As a result, in lieu of policy and payment terms exceptions, the PC Gaming category team, has effectively used this co-op marketing approach with partners to accelerate growth in the category.

Microsoft Confidential



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Store Policy Exceptions – Top PC Games Publishers

| | Partner App / Company | % Gross / % Net Revenue | Platform | Annualized Oct '20 Revenue (Oct x 12) | Annualized Oct '20 Net Revenue (Oct x12) | Policy Exception Provided | Contractual Rev Share* | Contractual Billing | MSFT Store, Games Category Contractual Gives |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Redacted | PC | Redacted | | | | Redacted | |
| 2 | | | PC | | | Redacted | | Standard Commerce API | Redacted |
| 3 | | | PC | | | | | Standard Commerce API | |
| 4 | | | PC | | | | | Standard Commerce API | |
| 5 | | | PC | | | | | Standard Commerce API | |
| 6 | | | PC | | | | | Standard Commerce API | |
| 7 | | | PC | | | | | Standard Commerce API | |
| 8 | | | PC | | | | | Standard Commerce API | |
| 9 | | | PC | | | | | Standard Commerce API | |
| 10 | | | PC | | | | | Standard Commerce API | |
| 11 | | | PC | | | | | Standard Commerce API | |
| 12 | | | PC | | | | | Standard Commerce API | |
| 13 | | | PC | | | | | Standard Commerce API | |
| 14 | | | PC | | | | | Standard Commerce API | |
| 15 | | | PC | | | | | Standard Commerce API | |
| 16 | | | PC | | | | | Standard Commerce API | |
| 17 | | | PC | | | | | Standard Commerce API | |
| 18 | | | PC | | | | | Standard Commerce API | |
| 19 | Rest of Catalog(6% of Revenue) | | PC | | | | | Standard Commerce API | |
| Total | | | | | | | | | |

*Standard W10 PC Games revenue share is 70/30. Redacted

** Redacted

Microsoft Confidential



## Microsoft Movies & TV - Rental programs

**Key questions:**

- How effective are VOD sales at driving new users?
- Which price point drove more new users?
- What are the behaviors of these new users after they participate on discounted VOD?

REVISE:

- Look at LIFT comparatively in .99c, we need to justify why we need to get .99c, look at
- Look at quality type of users from
- Percentage of difference from each tier, think from revenue to units to price point

**Determine what price attracts the most quality new users, First Time Purchasers "this will do no harm" aggressive discounts // significant // pulsing different sigiginit / we use rental sale to attract most number of new users, attracting new users that continue to come in and by. Keep in mind, .99c good way to keep people**

© Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

**in but better quality keep – quality purchasers**
**Going forward, 1.99 / .99**

**Potential different hypothesis:**

- Aggressive rental discounts will attract First-time purchasers to MMTV platform
- Aggressive rental discounts will attract quality First Time purchasers to MMTV platform
- .99c & 1.99c rental sale campaigns will attract quality First Time purchasers to MMTV platform
- Aggressive rental sale discounts on demo content with elevated merchandising will attract quality First-time purchasers into MMTV platform
- Aggressive .99c rental discounts of on demo content will attract quality First-time purchasers to MMTV versus 1.99c rental discounts of off demo content

- MMTV Rental Programs are effective new user drivers with .99c deals on new release AAA titles vs. MMTV .99c or 1.99 rental single SKU spotlight promotions
- MMTV Rental Programs with .99c deals are more effective than 1.99c deals in new user acquisition

______

**More misc notes:**

- XX% sale participants bought $X.X VOD price point & $X.X EST price point
- XX% or # sale participants bought more than one rental & EST purchase

__________

Store Policy Exceptions – Theatrical Release Strategies are Fragmented
Studios have broken the traditional release windows during C19 to optimize for their individual growth needs.
Microsoft agreements have been amended to align with new business models.
Microsoft Confidential

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY MSFT_ EPIC_00000109