# EXHIBIT B

**Redacted Version of Document Sought to be Sealed**



Picture is non-editable

© Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000095

## Principles for the Microsoft Store on Windows
### Public statement from President CELA

For Discussion

For software developers, app stores have become a critical gateway to some of the world's most popular digital platforms. We and others have raised questions and, at times, expressed concerns about app store on other digital platforms. However, we recognize that we should practice what we preach. So, today, we are adopting 10 principles – building on the ideas and work of the Coalition for App Fairness (CAF) – to promote choice, ensure fairness and promote innovation on Windows 10, our most popular platform, and our own Microsoft Store on Windows 10:



10 principles for the Microsoft Store on Windows

1. Developers will have the freedom to choose whether to distribute their apps for Windows through our app store. We will not block competing app stores on Windows.

2. We will not block an app from Windows based on a developer's business model or how it delivers content and services, including whether content is installed on a device or streamed from the cloud.

3. We will not block an app from Windows based on a developer's choice of which payment system to use for processing purchases made in its app.

4. We will give developers timely access to information about the interoperability interfaces we use on Windows, as set forth in our Interoperability Principles.

5. **Every developer will have access to our app store as long as it meets objective standards and requirements, including those for security, privacy, quality, content and digital safety.**

6. Our app store will charge reasonable fees that reflect the competition we face from other app stores on Windows and will not force a developer to sell within its app anything it doesn't want to sell.

7. Our app store will not prevent developers from communicating directly with their users through their apps for legitimate business purposes.

8. **Our app store will hold our own apps to the same standards to which it holds competing apps.**

9. Microsoft will not use any non-public information or data from its app store about a developer's app to compete with it.

10. Our app store will be transparent about its rules and policies and opportunities for promotion and marketing, apply these consistently and objectively, provide notice of changes and make available a fair process to resolve disputes.

Microsoft Confidential

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Policies for the Microsoft Stores
Redacted

---

**10.1.2:**   Your app must be fully functional

**10.1.5:**   Your app may promote or distribute SW only through the Store

**10.2.4:**   Products may depend on 3rd party SW to deliver functionality, but that dependent SW **must be disclosed and be available in the Store**

**10.8.1:**   Use of our billing platform

3

MSFT_ EPIC_00000097

## Policies for the Microsoft Stores



4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APPENDIX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000099