# EXHIBIT A

# Redacted Version of Document Sought to be Sealed

## Microsoft Outlook

| | |
|---|---|
| **Dates of availability** | - iOS: February 2015 – Present<br>- Android: January 2015 – Present |
| **Monetization strategy** | Consumer users in Outlook Mobile apps are monetized in two ways: advertising and subscription revenue.<br><br>Users with a Microsoft 365 Family or Personal subscription do not see ads in the app. We offer these Microsoft 365 consumer subscriptions via an upgrade button in our settings screen, with current prices in the US of $6.99/mo for Personal or $9.99/mo for Family. Prices vary by region. The subscriptions can also be purchased via other Microsoft apps or on the web and grant broad benefits that go well beyond the Outlook app.<br><br>For users without a subscription, advertisements are shown at the top of the "Other" inbox. These ads are provided by our advertising partners including Facebook, Xandr, TripleLift, and others. Ad eligibility includes checks for age and compliance with GDPR and other regional regulations. Redacted<br><br>**Redacted**<br><br>Note that for users with any corporate email account (Microsoft/Office 365 or Exchange on-premises) we do not treat these users as consumers and they are excluded from the strategy explained here. |
| **Explanation for monetization strategy** | The dual strategy of subscriptions and advertising allows us to offer our app free to users who don't want to pay for a subscription, while providing additional benefits to users who opt in to our premium subscription offering. Users receive the same subscription benefits regardless of where they purchase their subscription. |
| **Payment processor(s) for in-app payments** | In-app purchases of Microsoft 365 subscriptions are processed exclusively through Apple's App Store on iOS. On Android, we currently only offer subscription purchases in-app in the US using a Microsoft-owned web-based purchase flow. However, due to changes in Google policy we will be integrating with the Google payment processing in the first half of 2021. We will integrate with other 3rd party payment processing and use web-based flows in the future where Google's services are not available. |

## Annual Revenue – US Only

| | iOS | | | | | Android | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | App purchases | IAPs* | Ads | External products | Other | App purchases | IAPs | Ads | External products | Other |
| 2015 | n/a | n/a | Redacted | n/a | n/a | n/a | n/a | Redacted | n/a | n/a |
| 2016 | n/a | n/a | | n/a | n/a | n/a | n/a | | n/a | n/a |
| 2017 | n/a | n/a | | n/a | n/a | n/a | n/a | | n/a | n/a |
| 2018 | n/a | $48.5k | | n/a | n/a | n/a | n/a | | n/a | n/a |
| 2019 | n/a | $271k | | n/a | n/a | n/a | n/a | | n/a | n/a |
| 2020 | n/a | $597k | | n/a | n/a | n/a | ** | | n/a | n/a |

*Estimated proceeds from App Store Connect portal.
**Android IAP revenue has not been separated from overall consumer subscription revenue on our books, so this information is unavailable. Our IAP flow in 2020 did not use the Google Play payment platform.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000009

**Annual Downloads and Usage**

|  | iOS | | Android | |
| --- | --- | --- | --- | --- |
|  | Downloads | Usage (mins) | Downloads | Usage (mins. |
| **2015** | 5,991,758 |  | 6,225,416 |  |
| **2016** | 7,384,910 |  | 7,885,721 |  |
| **2017** | 9,370,212 |  | 10,507,350 |  |
| **2018** | 10,508,349 |  | 11,027,814 |  |
| **2019** | 10,926,899 |  | 12,568,451 |  |
| **2020** | 13,007,871 |  | 25,303,255 |  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY