# EXHIBIT A

# Redacted Version of Document Sought to be Sealed

**Minecraft Gross Sales Revenue USD (in millions)**

| | iOS (Gross) | | Android (Gross) | | Amazon (Gross) | | Windows Phone (Gross) | | Samsung (Gross) | Win10 (Gross) | | | Java (Gross *) | | Sony (Gross) | | | Xbox (Gross) | | | Nintendo (Gross) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | App purchases | IAPs | App purchases | IAPs | App purchases | IAPs | App purchases | IAPs | App purchases | App purchases | IAPs | Bundles | App purchases | IAPs | App purchases | IAPs | Bundles | App purchases | IAPs | Bundles | Bundles | IAPs |
| 2015 | | | | | | | | | | | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | | | | | | | | | | | |

\* Redacted

Key:
| | |
|---|---|
| App purchases | Base Game only |
| IAPs | Virtual Currency, Subscripions, Add-Ons |
| Bundles | Base Game + IAP |

**Minecraft Sales Units (in millions)**

| | iOS | Android | Amazon | Windows Phone | Samsung | Win10 | | Java | Sony | | Xbox | | Nintendo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Downloads (App) | Downloads (App) | Downloads (App) | Downloads (App) | Downloads (App) | Downloads (App) | Downloads (Bundle) | Downloads (App) | Downloads (App) | Downloads (Bundle) | Downloads (App) | Downloads (Bundle) | Downloads (Bundle) |
| 2015 | | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | |
| 2017 | | | | | Redacted | | | | | | | | |
| 2018 | | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | | |

Key:

| | |
|---|---|
| App purchases | Base Game only |
| Bundles | Base Game + IAP |