# EXHIBIT A

**Redacted Version of Document Sought to be Sealed**



# Gaming Content & Platform Partnerships Deep Dive

August 12, 2020

Microsoft Highly Confidential 2020

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000014

# Topics
# for
# Today

01  **The role** of Content and Platform partnerships in reaching our Gaming ambition

02  The Content & Platform partner **landscape**

03  GEO Content & Platform partnership **teams & priorities**

 XBOX

Microsoft Highly Confidential 2020

2

MSFT_ EPIC_00000015

# Gaming Ambition

**Reach everyone on the planet**
to play, watch, communicate and
create together

 XBOX

Microsoft Highly Confidential 2020

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GEO Mission

## Empower game creators to realize their dreams

With Xbox                    On any device

Globally powered by Microsoft

 XBOX

Microsoft Highly Confidential 2020                    4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Gaming Content & Platform Partnership Goals

## Gamers

Offer gamers the very best gaming content and experiences that attract and keep them playing on our platforms

## Publishers & Developers

Bring players to their games, increase engagement, drive monetization and grow franchises

## Platforms

Redacted



Microsoft Highly Confidential 2020

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Content and Platform Partner Landscape

## Publishers

Create &
Publish Content

| Large | Medium | Small |
|-------|--------|-------|
|  |  | |

## Developers

Create
Content

| Service provider | Co-dev | End to end game |
|------------------|--------|-----------------|
| Art, QA, UI/UX... |  |  |



## Platforms

End Points,
Distribution, Engines

| HW Platforms | Store Platforms | Middleware |
|--------------|-----------------|------------|
|  |   |   |





 XBOX

Microsoft Highly Confidential 2020

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000019

# Two Levels of Content Partnership

## Strategic
Partnerships on Strategic Initiatives

Select Titles
**~450 titles/year**

## Platform
Xbox Platform Agreement(s)

All Content Partners
**~3000 partners/Generation**

 XBOX

Microsoft Highly Confidential 2020

7

MSFT_ EPIC_00000020



# Xbox Platform Agreement Framework

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000021

# 1PP & 2PP Business Development Team



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000022

# 1PP/2PP BD

## Redacted

## Redacted

- Secure necessary partnerships to support Xbox Game Studios FRANCHISE GROWTH (i.e. ports, franchise expansion, licensing in & out)

- Provide title/franchise LIFE-CYCLE DEAL SUPPORT from start of development through initial release and on to franchise management    **Redacted**

## Redacted

- ADAPT, EVOLVE and GROW deal structures and terms to align the needs of the business with the industry

### Be the best partner team in Gaming for our internal and external PARTNERS

- Serve as TRUSTED advisors to our internal XGS partners and other stakeholders

- COLLABORATE with partner teams across Finance, Corp Dev, Production, CELA and Engineering to ensure priorities are aligned in deal making

- SUSTAIN, BUILD & GROW external networks to drive opportunities

- Leverage external partner INSIGHTS to inform opportunities and impact deal terms and strategy

- Shepherd external partners through engagement with XGS and Xbox to help ensure their SUCCESS



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000023

# Project Examples for 1PP/2PP

Redacted



Game Pass / D@XBox Highlights

- Bishop / Fatshark — Redacted
- The Gunk / Thunderful — Redacted
- Scorn / Ebb Software — Redacted
- Redacted
- Drake Hollow / The Molasses Flood — Redacted
- Spiritfarer / Thunder Lotus — Redacted
- World War Z / Mad Dog Games — Redacted
- Dead Cells / Motion Twin — Redacted
- Echo Generation / Cococucumber — Redacted
- Redacted
- Redacted
- Ooblets / Glumberland — Redacted



11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000024

# Platform Agreements & the Content Partner Landscape



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000025

# Content Curation & Programs

## ID@Xbox





Karen Mitchell    David Ashbrenner    Becca Waters

## Global Portfolio Team






Damon Baker    Jon katz    Nick Zuclich    Mike Mace

### Redacted Fund








Amanda Lui

### 2PP / Global Partner Publishing





Nico Bihary    Paul Murphy    Sarah Conde

Microsoft Highly Confidential 2020    13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Content Curation & Programs

## ID@Xbox

- Manage self-publishing and dev evangelism for digital-first developers
- Breadth manage > 4000 studios making games for Xbox, partner with Agos team for Redacted management of Redacted "D" / "G" partners
- Coordinate onboarding and launch, maintain dev education portal
- Work with Marketing, PR, other partners to maximize dev success
- 2000 releases since 2014, ~$2B revenue
- Redacted
- Relies on breadth management tools, CRM, and established product truth in order to efficiently serve developers
- Manage indie deal pipeline and content fund with a goal to securing properties for Game Pass and exclusivity as well as signing early stage games w/ full XGP option rights

## Redacted Fund

Redacted

## Global Portfolio Team

- The Xbox Curators
- Provides concept review for full Xbox Portfolio, including flagging and managing GeoPol response to problematic content
- Game coverage for deals and promotions
- Monthly executive portfolio updates
- Develops game evaluation relationship with strategic partners
- Manages Third Party event planning from a content perspective, including as key stakeholders in all-up event planning
- Partners closely with marketing on product evals
- Evaluates new content and helps bring new partners into Xbox fold

## 2PP / Global Partner Publishing

- Redacted
- This is Microsoft publishing, but not Xbox Studios
- Games are not required to be Redacted enabling more flexibility to allow publishing of games that fit Xbox strategic objectives
- Example games: Rise of the Tomb Raider, CrossFire X, Redacted
- Focus is on Game Pass adoption and exclusivity

XBOX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Things to remember

# Redacted

 XBOX

Microsoft Highly Confidential 2020

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000028



# 3PP Content Partnerships Team



Ada Duan







| Bill Hurwitz | Ago Simonetta | Kevin McKeon | Mark Maslowicz | Rod Chang |
|---|---|---|---|---|
| Global Business Development, Policy, Contracts | Global Strategic Partner Management, ID@Xbox | Strategic Partner Management, N & S Americas | Strategic Partner Management, EMEA | Strategic Partner Management, Asia |

 XBOX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 3PP Content Partnerships Priorities

**Scarlett**
Garner broad support for Scarlett (signed PLA/TLAs), identify
and secure partnerships and evangelize Scarlett showcases &
essentials to help deliver the best games for Scarlett

Redacted

**Xbox Game Pass**
Continue to delivers quality content on console and PC for
Game Pass to maintain a strong and diverse portfolio for the
service

**Project xCloud**
Secure partner commitment for Project xCloud public
preview and ensure a strong consumer launch portfolio

Redacted



Microsoft Highly Confidential 2020

18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Partnership Initiatives



**Priorities**

# Redacted

Console Hardware Team



19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_ EPIC_00000032



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Looking Forward: continue, start, stop

- Redacted
  - Scarlett – Launch and beyond (next Holiday)
  -
  - Redacted
  -
  - Adapt WFH business rhythm, e.g. publisher portfolio reviews

- Redacted

- Redacted
  - Manage program tracking of PC Game Pass title readiness
  - Redacted
  -

 XBOX

Microsoft Highly Confidential 2020

21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Looking Forward: Discussion / Asks of GEO LT

- Redacted

- What are the core priorities & key success metrics for GEO?

- Redacted

- Prioritize developer education globally

- How best to work with GEO teams to engage Redacted partners

 XBOX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Microsoft Highly Confidential 2020

23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY