# EXHIBIT B

# Redacted Version of Document Sought to be Sealed

# GGPD PORTFOLIO TEAM
# *EXECUTIVE PORTFOLIO UPDATE*



**AUGUST 2020 EDITION**

| GGPD | Damon Baker |
| PORTFOLIO | Mike Mace |
| TEAM | Nick Zuclich |
| | Jon Katz |

LAYOUT OPTIMIZED FOR FULL SCREEN VIEWING.
PRESS **F5** TO VIEW FULL SCREEN.

MICROSOFT CONFIDENTIAL – DO NOT DISTRIBUTE – PLEASE TAKE CAREFUL NOTE OF TITLES THAT ARE MARKED AS "UNANNOUNCE TITLES."

## TITLE DETAILS

### THE LAST OF US PART II



**PUBLISHER**
Sony computer entertainment

**DEVLOPER**
Naughty dog

**PLATFORM**
PS4 (and presumably PS5)

**RELEASE DATE**
JUNE 19, 2020

**PLAYTHROUGH DETAILS**
Both Mike and Jon completed the game.

**METACRITIC SCORE: 94**
50+ Scores of "100"

**SALES RESULTS**
Sony announced that the game had sold through more than 4 million copies as of June 21, the first week of the game's release.

The *Last of Us Part II*, like its predecessor, is first and foremost a narrative-adventure game. This is unlike Naughty Dog's other key franchise *Uncharted*, where the narrative, while very well told, is there more to service the action-adventure gameplay.

While there is plenty of stealth action gameplay in *The Last of Us Part II*, the game's primary purpose is to immerse the player in the interactive narrative. The game pushes this idea even further than its predecessor by incorporating a number of extended "walking simulator" style narrative chapters. These play out much like the first game's stand-alone expansion chapter *Left Behind*. While these may not be what many gamers are expecting, they are exceptionally well done and really show what other games, especially pure narrative adventure games, should be aspiring to accomplish with their character dialogue, presentation and voice acting.

In order to achieve the detail and believability of the character interaction and dialogue in the game Naughty Dog has made a clear choice to sacrifice much of the player's agency in the story in favor of fixed outcomes in order to achieve the highest production values. That the player doesn't have the ability to greatly influence or determine the outcome of the narrative might prove anathema to many players and how they view *their role* in the video game experience. However, we would argue that not every video game *must* be about the player roleplaying their character's story. The medium of interactive entertainment also needs games that drive stories where you are partici-pating more in the capacity of an active "observer," just like other mediums of enter-tainment, otherwise we're going to be locked into a limited number of stories to tell.

The game's narrative attempts to tell an emotionally relevant story of revenge and its moral and emotional impact on the lives of the people involved, while at the same time trying to create a consistently engaging interactive experience. The player proceeds through two separate, fully realized campaigns; one as Ellie, and another completely different campaign as Abby – the woman Ellie has sworn to kill. Other games that have tried this in the past have stumbled by not letting players play as the "hero characters" they care about. But *The Last of Us* franchise doesn't really have "heroes", just survivors. Both Ellie and Abby are well realized and relatable characters and playing through both of their stories does a tremendous job of showing how otherwise decent people can become trapped in a vicious cycle of horrifying violence.

The gameplay in *The Last of Us Part II* is an expansion and notable improvement upon the previous game, which gave players little freedom of choice in the moment-to-moment gameplay. Most levels in the first game played out like little "combat puzzle boxes" where there was a narrow predetermined "right way" to finish the mission, which made the effective strategy feel forced upon you. In this new game the combat areas are significantly larger, the enemy AI greatly improved, and the number of ways you can clear a space (or just avoid it altogether) are greatly enhanced. That said, Naughty Dog still can't seem to make decent gun combat in any of their games, and this one is no exception. Luckily for them it fits in with the game's overall theme and pushes the player toward using stealth over head-on.

One big gripe about the moment-to-moment gameplay was really with the game's inventory system. The inputs for weapon switching are all located on the d-pad, and there was no "quick switch" between current and previous weapons. So unless you've got an additional thumb on your left hand, then you're going to have to take your thumb off the movement controls on the left stick in order to switch weapons, which was notably frustrating during the more frenetic combat sequences.

The visual quality and attention to detail in *The Last of Us Part II* is absolutely best-in-class in basically every area, and the overall presentation is significantly ahead of any-thing that other teams have been producing on console and PC. We were frequently stunned by the quality of the game's visuals, something that sadly seldom happens these days. It's even more impressive considering that the game feature two separate player characters with different groups of allies, in different locations, along with flashback sequences taking place years before. It features a shockingly wide variety of environments, weather, and day cycles in locations ranging from Wyoming to California.

Players certainly have every right to their subjective feelings and opinions on the game's narrative, on Naughty Dog's choice to make players play as diametrically opposed protagonists, or in the game's final contentious outcome. But as someone who cares deeply about the evolution and expansion of what storytelling in interactive enter-tainment CAN BE, those things ultimately matter less than how incredibly well Naughty Dog have crafted and delivered the story that THEY wanted to tell. Not every game's designs can support the level of visual detail they produce, and not every team has the money or talent needed to produce it, but this game sets a new bar for what we should hope to be able to achieve going into a new generation of consoles.

*The Last of Us Part II* is the exceedingly rare video game where what it accomplishes in moving forward the art of narrative storytelling in video games as a medium ultimately outweighs whether or not everyone "likes" it or even if everyone has "fun" playing it. That said we loved it, had a great time playing it, and find ourselves still thinking about its characters and stories even after finishing the playthrough.

| | LAUNCH DAY | THROUGH 2020 | THROUGH 2021 | NOTES |
|---|---|---|---|---|
| Gen-8 -> Gen-9 | 28 (+2) | 43 (+3) | Redacted | Gen-8 released previously |
| Sim Ship | 14 (-5) | 51 (-2) | | Both Gen-8 and Gen-9 versions releasing together |
| Gen-9 Only | 4 | 12 | | Titles that only run on Gen-9 |
| **Total Gen-9 Portfolio** | **46** (-3) | **106** (+1) | | PLEASE NOTE: (+x) or (-x) indicate changes since last month. |



MICROSOFT CONFIDENTIAL – DO NOT DISTRIBUTE

## THIRD QUARTER CY 2020

**BATTLETOADS**
August 2020 | Xbox Game Studios | US/EU/AS/LA | XB1/PC

**MADDEN NFL 21**
August 2020 | Electronic Arts | US/EU/AS/LA | XB/XB1/PS4/PC (XB version at Launch)

**PGA TOUR 2K21**
August 2020 | Take-Two| US/EU/AS/LA | XB1/PS4/NS/PC

**TELL ME WHY**
August 2020 | Xbox Game Studios | US/EU/AS/LA | XB1/PC (Episodic)

**UFC 4**
August 2020 | Electronic Arts | US/EU/AS/LA | XB1/PS4

**WASTELANDS 3**
August 2020 | Deep Silver | US/EU/AS/LA | XB1/PS4/PC

*Redacted*

**MARVEL'S AVENGERS**
September 2020 | Square Enix | US/EU/AS/LA | XB/XB1/PS4/PC (XB version at Launch)

**NBA 2K21**
September 2020 | Take-Two | US/EU/AS/LA | XB/XB1/PS4/NS/PC (XB version at Launch)

**TONY HAWK'S PRO SKATER 1+2**
September 2020 | Activision | US/EU/AS/LA | XB1/PS4/NS/PC

**WWE 2K BATTLEGROUNDS**
September 2020 | Take-Two | US/EU/LA | XB1/PS4/NS/PC

NOTE: "**XB**" is used to denote Project Scarlett enabled titles.

The "➔" symbol next to the month indicates there is a strong possibility that the title will change its release date.

MICROSOFT CONFIDENTIAL – DO NOT DISTRIBUTE

## FOURTH QUARTER CY 2020

**CRASH BANDICOOT – IT'S ABOUT TIME**
October 2020 | Activision | US/EU/JP/AS/LA | XB1/PS4/NS/PC

**FIFA 21**
October 2020 | Electronic Arts | US/EU/AS/LA | XB1/PS4/NS/PC (XB version post launch)

**STAR WARS: SQUADRONS**
October 2020 | Electronic Arts | US/EU/AS/LA | XB1/PS/PC

**WATCH DOGS: LEGION**
October 2020 | Ubisoft | US/EU/AS/JP/LA | XB/XB1/PC/PS4/PS5 (XB version at Launch)

**ASSASSIN'S CREED VALHALLA**
November 2020 | Ubisoft | US/EU/AS/JP/LA | XB/XB1/PC/PS4/PS5

**CALL OF DUTY: BLACK OPS – COLD WAR** (UNANNOUNCED)
November 2020 | Activision | US/EU/AS/JP/LA | XB/XB1/PC/PS4/PS5

**CYBERPUNK 2077**
November 2020 | CD Projekt Red | US/EU/JP/AS/LA | XB1/PS4/PC (XB version next year)

**GEARS TACTICS** (XBOX ONE RELEASE)
November 2020 | Xbox Game Studios | US/EU/AS/JP/LA | XB/XB1/PC

**HALO INFINITE**
November 2020 | Xbox Game Studios | US/EU/AS/JP/LA | XB/XB1/PC

**THE MEDIUM** ➔
November 2020 | Xbox Game Studios | US/EU/AS/JP/LA | XB/XB1/PC

**DESTINY 2 – BEYOND THE LIGHT**
November 2020 | Xbox Game Studios | US/EU/AS/JP/LA | XB/XB1/PS4/PS5/PC

**OUTRIDERS**
November 2020 | Square Enix | US/EU/AS/JP/LA | XB/XB1/PC/PS4/PS5

*Redacted*

**YAKUZA 7: LIKE A DRAGON**
November 2020 | Sega | US/EU/AS/JP/LA | XB/XB1/PC/PS4/PS5

*Redacted*

## FIRST QUARTER CY 2021

*Redacted*

**MLB- THE SHOW 21** ➔
February 2020 | MLB Media/Sony San Diego | US/JP/LA | XB/XB1/PS4/PS5

*Redacted*

**BALAN WONDERLAND** ➔
March 2020 | Square Enix | US/EU/AS/JP/LA | XB/XB1/PC/PS4/NS

*Redacted*

**PLEASE NOTE:** Release dates for Q1 2020 are based on the current information we have from our publishing partners; however we expect significant movement during this quarter. Q1 tends to see a lot of title movement every year, but it remains to be seen what impact the COVID-19 situation will have on development and publishing plans going into the new year.

## ID@XBOX GAME PASS DEALS







**S.T.A.L.K.E.R. 2** (GSC Game World)

**Game Pass Day & Date | 3 Month Console Exclusive**
**Estimated release: Q4 2021**

The Chernobyl Exclusion Zone is a unique, dangerous and ever-changing environment. It promises a lot — the artifacts of unbelievable value can be yours if you dare to claim them. The price you may pay, on the other hand, is no less than your own life.

VIDEO LINK

**TETRIS EFFECT: CONNECTED** (Enhance)

**Game Pass Day & Date  | 6 Months Exclusivity on Connected Updates**
**Estimated release: Q4 2020**

A single player journey of discovery through an ancient world of wonders. Full of puzzles, secrets and obstacles to overcome, where the power of a lost civilization will carry you through forests, deserts and tundra's - even to the clouds.

VIDEO LINK

**THE GUNK** (Image & Form)

**Game Pass Day & Date | Exclusive in Perpetuity**
**Estimated release: Q3 2021**

From the creators of Steamworld, The Gunk stars a duo of gritty space haulers, struggling to make a buck as they chance upon an untouched planet brimming with life. They've come to gather alien plants and other valuable resources, and it looks like they've hit the jackpot…

VIDEO LINK

## PLAYSTATION 5 LAUNCH

**ASTRO'S PLAYROOM**
TBD | Sony | SIE Japan Studios | PS5 Pack-In Title

**BUGSNAX ➔**
TBD | Young Heroes | Digital Release

**DESTRUCTION ALL-STARS ➔**
TBD | Sony | Lucid | Retail Release

**GODFALL ➔**
TBD | Gearbox Software | Counterplay Games | Retail Release

**GOODBYE VOLCANO HIGH ➔**
TBD | KO_OP | Digital Release

**LITTLE DEVIL INSIDE ➔**
TBD | Neostream | Digital Release

**MARVEL'S SPIDER-MAN: MILES MORALES**
TBD | Sony | Insomniac | Retail Release

**RETURNAL ➔**
TBD | Sony | House Marque | Digital Release

**SACKBOY – A BIG ADVENTURE ➔**
TBD | Sony | Sumo Digital | Retail Release

**SOLAR ASH ➔**
TBD | Heart Machine | Digital Release

**STRAY ➔**
TBD | Annapurna Interactive | Blue 12 | Digital Release

**PLEASE NOTE:** Sony has not yet provided solid details publicly regarding launch titles for PS5.

*Astro's Playroom* was mentioned as a pack-in title during their June PS5 event, and *Marvel's Spider-man* was the first title they've shown off with new PS5 game packaging.

**Redacted**

Obviously, a lot of this is *very likely* to change, but is our best guess as of July 2020.

## PLAYSTATION 5 CY 2020-21

**DEATHLOOP ➔**
TBD | Bethesda | Arkane Lyon | Retail Release

**DEMON'S SOULS ➔**
TBD | Sony | Blue Point / SIE Japan Studios | Retail Release

**GRAN TURISMO 7**
TBD | Sony | Polyphony Digital | Retail Release

**GHOST WIRE TOKYO ➔**
TBD | Bethesda | Tango Gameworks | Retail Release

**HORIZON FORBIDDEN WEST ➔**
TBD | Sony | Guerilla Games | Retail Release

**KENA: BRIDGE OF SPIRITS ➔**
TBD | Sony | Insomniac | Retail Release

**PROJECT ATHIA ➔**
TBD | Square Enix | Luminous Productions | Retail Release

**RATCHET & CLANK: RIFT APART ➔**
TBD | Sony | Insomniac | Retail Release

## NINTENDO SWITCH CY 2019-20

**PIKMIN 3 DELUXE**
October 2020 | Nintendo | Retail Release

**BRAVELY DEFAULT II ➔**
TBD | Square Enix | Retail Release

**NEW POKÉMON SNAP ➔**
TBD | Nintendo | Retail Release

**NO MORE HEROES 3 ➔**
TBD | Grasshopper Manufacture | Retail Release

**SHIN MEGAMI TENSEI V ➔**
TBD | Atlus | Retail Release

**BAYONETTA 3 ➔**
TBD | Nintendo | Platinum Games | Retail Release

**METROID PRIME 4 ➔**
TBD | Nintendo | Retro Studios | Retail Release

**LEGEND OF ZELDA – BREATH OF THE WILD 2 ➔**
TBD | Nintendo | Nintendo | Retail Release

## COMPETETIVE STORES/SERVICES

**WATCH DOGS: LEGION**
November 2020 | Ubisoft | Epic Store PC-Timed Exclusive

**CHIVALRY: MEDIEVAL WAR 2**
TBD 2020 | Tripwire | Epic Store PC-Exclusive

**ODDWORLD: SOULSTORM**
TBD 2020 | Oddworld Inhabitants | Epic Store PC-Exclusive

**OUTCASTERS**
TBD 2021 | Splash Damage | Google Stadia Exclusive

The "➔" symbol next to the month indicates there is a strong possibility that the title slip/change its release date.

MICROSOFT CONFIDENTIAL – DO NOT DISTRIBUTE

# ALL PLATFORMS | HIGH PROFILE RELEASES AT A GLANCE (Q3/Q4)

## Q3 CY 2020

| XBOX / WIN 10 | MULTIPLATFORM | MULTIPLATFORM | XBOX / WIN 10 |
|---|---|---|---|
|  |  |  |  |
| **BATTLETOADS** AUGUST 20, 2020 | **MADDEN NFL 21** AUGUST 25, 2020 | **PGA TOUR 2K21** AUGUST 21, 2020 | **TELL ME WHY** AUGUST 27, 2020 |

| XBOX GP FOR PC | MULTIPLATFORM | MULTIPLATFORM | |
|---|---|---|---|
|  |  |  | Redacted |
| **MICROSOFT FLIGHT SIMULATOR** AUGUST 18, 2020 | **UFC 4** AUGUST 14, 2020 | **WASTELAND 3** AUGUST 28, 2020 | |

| MULTIPLATFORM | MULTIPLATFORM | MULTIPLATFORM |
|---|---|---|
|  |  |  |
| **MARVEL'S AVENGERS** SEPTEMBER 4, 2020 | **NBA 2K21** SEPTEMBER 4, 2020 | **TONY HAWK'S PRO SKATER 1+2** SEPTEMBER 4, 2020 |

## Q4 CY 2020

| MULTIPLATFORM | MULTIPLATFORM | MULTIPLATFORM | MULTIPLATFORM | MULTIPLATFORM | MULTIPLATFORM |
|---|---|---|---|---|---|
|  |  |  |  |  | |
| **CRASH BANDICOOT: ABOUT TIME** OCTOBER 2, 2020 | **FIFA 21** OCTOBER 9, 2020 | **STAR WARS SQUADRONS** OCTOBER 2, 2020 | **WATCH DOGS LEGIONS** OCTOBER 29, 2020 | **ASSASSIN'S CREED VALHALLA** NOVEMBER 17, 2020 | **CALL OF DUTY BLACK OPS: COLD WAR** NOVEMBER 2020 |

| MULTIPLATFORM | MULTIPLATFORM | PS5 EXCLUSIVE | XBOX | XBOX / WIN 10 | PS5 EXCLUSIVE |
|---|---|---|---|---|---|
|  |  |  |  | |  |
| **CYBERPUNK 2077** NOVEMBER 19, 2020 | **DESTINY 2 BEYOND LIGHT** NOVEMBER 10, 2020 | **DESTRUCTION ALLSTARS** NOVEMBER 2020 | **GEARS TACTICS** NOVEMBER 2020 | **HALO INFINITE** NOVEMBER 2020 | **MARVEL'S SPIDER-MAN: MILES MORALES** NOVEMBER 2020 |

| XBOX / WIN 10 | MULTIPLATFORM | PS5 EXCLUSIVE | MULTIPLATFORM |
|---|---|---|---|
|  |  |  |  |
| **THE MEDIUM** NOVEMBER 2020 | **OUTRIDERS** NOVEMBER 2020 | **SACKBOY A BIG ADVENTURE** NOVEMBER 2020 | **YAKUZA LIKE A DRAGON** NOVEMBER 2020 |

**PLEASE NOTE:** PS5 releases we've included in Q4 2020 are speculative, as Sony has not yet provided solid details publicly regarding launch titles for PS5.

MICROSOFT CONFIDENTIAL – DO NOT DISTRIBUTE