# EXHIBIT E

# Redacted Version of Document Sought to be Sealed

## Independent Developers Publishing Program on Xbox One
## Title Licensing Agreement

### AMENDMENT #1

This is an Amendment #1 (the **"Amendment"**) to all Title Licensing Agreements between Microsoft Corporation, a Washington corporation (**"Microsoft"**), and Epic Games Inc. (**"You"** or **"Your"**) that were executed prior to May 1, 2020 (**"TLA(s)"**). All capitalized terms are either defined herein or in the TLA(s). This Amendment shall be effective on September 1, 2020 (the **"Effective Date"**). Some versions of Your TLA(s) may have section numbers that differ from those referenced in this Amendment. In such cases, the amendments set forth herein apply to the corresponding section number(s) in Your TLA(s).

You and Microsoft agree to amend the TLA(s) as follows:

1. **Scope.** Your TLA(s) are hereby expanded in scope to cover both Xbox One and Microsoft's next generation game and entertainment system hardware and its hardware-based successors and variants **("Xbox Series")**. Xbox One and Xbox Series are collectively referred to herein as **"Xbox Console(s)"**. Accordingly, all references to Xbox One in Your TLA(s) shall be replaced with Xbox Console(s).

2. **Game Development Kits.** Section 1 of the TLA(s) (Xbox Development Kit and Developer Account) shall also apply to the Microsoft Game Development Kits (GDKs) that are licensed to You and the associated GDK License Agreements executed by You.

3. **Multiple Generation Xbox Console Support.** The following new Section 5.11 shall be added to the TLA(s):

    5.11 **Multiple Generation Xbox Console Support.** You agree that the rights granted to Microsoft in Section 5.4 (Game License Rights) also include the following rights in support of multiple-generational Xbox Console support:

    a. 

    b. Microsoft may make the Game and Online Game Features playable on Xbox One (including from prior Xbox generations authorized by You to play on Xbox One) available for purchase for access and use on Xbox Series.

    c. Additional requirements for multiple generation Xbox Console support may be included in the Certification Requirements.

    d. You grant Microsoft the right to conduct testing of the Game and Online Game Features that are playable on Xbox One to ensure compatibility and playability on Xbox Series.

DocuSign Envelope ID: 723CE6BC-BA57-46D1-B5AD-C31858C792C1

e. You have obtained and will maintain all third-party rights, consents, and licenses necessary to meet Your commitments and obligations in this Section 5.11.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed and effective as of the Effective Date.

| Microsoft Corporation | Epic Games Inc. |
|---|---|
| Signature: *Christopher Charla* (DocuSigned, DA5704FA38D7457...) | Signature: *David Nell* (DocuSigned, CEC2B9B4493E4A0...) |
| Name: Christopher Charla | Name: David Nell |
| Title: Senior Director | Title: Controller |
| Date: 8/6/2020 | Date: 8/5/2020 |

Title Licensing Agreement Amendment #1 (May 2020)
Microsoft Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    EPIC_04503664