1  David P. Chiappetta, Bar No. 172099
   DChiappetta@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA  94105-3204
   Telephone:  415.344.7076
4  Facsimile:  415.344.7050

5  Attorneys for Non-Party
   Nintendo of America, Inc.

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

12  EPIC GAMES, INC.,                    Case No. 4:20-CV-05640-YGR

13                  PLAINTIFF and        **NOTICE OF APPEARANCE OF DAVID P.**
                    COUNTER-             **CHIAPPETTA FOR NON-PARTY**
14                  DEFENDANT,           **NINTENDO OF AMERICA INC.**

15       V.

16  APPLE, INC.,

17                  DEFENDANT and
                    COUNTER-
18                  CLAIMANT.

19

20

21

22

23

24

25

26

27

28

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT David P. Chiappetta of Perkins Coie LLP, who is

permitted to practice in this district, hereby appears as counsel of record for non-party Nintendo

of America Inc. with respect to the above-captioned action.  His address, telephone, facsimile and

email are as follows:

> David P. Chiappetta, Bar No. 172099
> DChiappetta@perkinscoie.com
> PERKINS COIE LLP
> 505 Howard Street, Suite 1000
> San Francisco, CA  94105-3204
> Telephone:  415.344.7076
> Facsimile:  415.344.7050

DATED:  April 30, 2021

s/*David P. Chiappetta*
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7076
Facsimile:  415.344.7050

Attorneys for Non-Party
Nintendo of America Inc.

NOTICE OF APPEARANCE OF DAVID P. CHIAPPETTA FOR NON-PARTY NINTENDO OF AMERICA, INC.