MARC E. MAYER (SBN 190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Non-Party Kabam, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | CASE NO. 4:20-CV-05640-YGR |
|     Plaintiff, Counter-Defendant, | Honorable Yvonne Gonzalez Rogers |
| v. | **NOTICE OF APPEARANCE OF MARC E. MAYER ON BEHALF OF NON-PARTY KABAM, INC.** |
| APPLE INC., | |
|     Defendant, Counterclaimant. | |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Marc E. Mayer of Mitchell Silberberg & Knupp, LLP hereby enters an appearance as counsel for Non-Party Kabam, Inc. in the above-referenced action.

    Marc E. Mayer
    Mitchell Silberberg & Knupp LLP
    2049 Century Park East, 18th Floor
    Los Angeles, CA 90067-3120
    Telephone: (310) 312-2000
    Facsimile: (310) 312-3100
    mem@msk.com

Mitchell
Silberberg &
Knupp LLP

13138242.1

4:20-CV-05640-YGR

**NOTICE OF APPEARANCE**

1    DATED:  April 30, 2021              MITCHELL SILBERBERG & KNUPP LLP

2

3                                        By:   /s/ Marc E. Mayer
                                              Marc E. Mayer (SBN 190969)
4                                             Attorneys for Non-Party Kabam, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13138242.1

**NOTICE OF APPEARANCE**