1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> PLAINTIFF and COUNTER-DEFENDANT, <br><br> V. <br><br> APPLE, INC., <br><br> DEFENDANT and COUNTER-CLAIMANT. | Case No. 4:20-CV-05640-YGR <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DX-4075** |

On April 30, 2021, Non-Party Nintendo of America Inc. ("NOA") filed an Administrative Motion to Seal Portions of DX-4075. Through its Motion, NOA moves to seal the portions of DX-4075 (Exhibit 1 to the Motion) that are highlighted in the unredacted (sealed) version submitted to the Court and redacted from the public version submitted to the Court.

Having considered NOA's Motion and supporting declaration,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the information highlighted in the unredacted (sealed) version of DX-4075 (Exhibit 1 to the Motion) is sealed and shall remain under seal.

IT IS SO ORDERED.

Dated: _____, 2021

Honorable Yvonne Gonzalez-Rogers
United States District Judge
Northern District of California