MARC E. MAYER (SBN 190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Non-Party Kabam, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-Defendant,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ERICK CHANG IN SUPPORT OF NONPARTY KABAM, INC.'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS OF PLAINTIFF EPIC GAMES, INC.** |

I, Erick Chang, declare as follows:

1.     I am Legal Counsel for Kabam Games, Inc., a wholly-owned subsidiary of Kabam, Inc. ("Kabam").  I am over eighteen years of age. I make this declaration based on my personal knowledge and pursuant to Civil Local Rule 79-5 in support of Kabam's motion to maintain the information described below under seal. If called as a witness, I could and would testify competently to all facts stated herein as follows:

2.     Epic Games, Inc.'s Exhibits PX0067 and PX2204 contain highly sensitive, and competitively-valuable information, including, *inter alia*, internal

2. Epic Games, Inc.'s Exhibits PX0067 and PX2204 contain highly sensitive, and competitively-valuable information, including, *inter alia*, internal business strategies and analysis regarding Kabam's user transactions, confidential financial data, as well as private information relating to Kabam's strategic partnerships, the release of which would harm Kabam, a non-party.

3. Specifically, the documents:

   a. reflect confidential, internal proprietary efforts by Kabam to combat fraudulent transactions and future strategies to be implemented regarding same (*see, e.g.*, PX0067, PX2204);

   b. provide confidential details regarding products produced by Kabam that have not yet been publicly launched (*see, e.g.*, PX0067);

   c. reference sensitive and confidential business information, including financial data relating to customer purchases and accounting issues (*see, e.g.*, PX0067, PX2204);

   d. reveal the details of Kabam's strategic partnerships, which could cause harm both to Kabam and its parent company, Netmarble Corp. (*see, e.g.*, PX0067, PX2204); and

   e. contain highly-sensitive gross revenue data, which can be easily calculated by reverse-engineering certain figures therein (*see, e.g.*, PX0067).

4. The public disclosure of Exhibits PX0067 and PX2204 would likely have the effect of causing Kabam substantial competitive harm, and could potentially thwart its efforts to combat fraud, significantly damage its business relationships, and allow public access to some of its most sensitive, propriety data.

5. Kabam restricts dissemination of this information and takes steps to preserve its confidentiality to protect competitive advantage with regard to key distribution platforms.

1    6.    I declare under penalty of perjury that the foregoing is true and
2 correct. This declaration was executed this 30th day of April 2021, in Vancouver,
3 Canada.

                                                                                                Erick Chang