MARC E. MAYER (SBN 190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Non-Party Kabam, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | CASE NO. 4:20-CV-05640-YGR |
| | Honorable Yvonne Gonzalez Rogers |
| Plaintiff, Counter-Defendant, | **[PROPOSED] ORDER GRANTING NONPARTY KABAM, INC.'S ADMINISTRATIVE MOTION TO SEAL CERTAIN TRIAL EXHIBITS OF PLAINTIFF EPIC GAMES, INC.** |
| v. | |
| APPLE INC., | |
| Defendant, Counterclaimant. | |

On April 30, 2021, Non-Party Kabam, Inc. ("Kabam") filed its administrative motion to seal certain proposed trial exhibits of Plaintiff-Counter-Defendant Epic Games, Inc.  Kabam's motion moves to seal exhibits PX-0067 and PX-2204.

IT IS HEREBY ORDERED THAT:

Based on the good cause shown in Kabam's motion, the Court grants Kabam's motion to seal exhibits PX-0067 and PX-2204.

The courtroom, including the virtual courtroom, shall be closed to the public (including the media) and to the parties' witnesses, employees or in-house counsel (those that do not qualify as persons who can receive confidential or highly

1   confidential information under the protective order in place in this action) for any

2   testimony regarding exhibits PX-0067 and PX-2204 or the information they

3   contain, and the parties are directed not to refer to this information in opening

4   statements, closing argument or any demonstratives made available on the public

5   record.

6        IT IS SO ORDERED.

7

8    Dated: _____, 2021

9

10                                    _____
                                      Hon. Yvonne Gonzalez-Rogers
11                                    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28