PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　　Plaintiff, Counter-defendant,<br>　　v.<br>APPLE INC.,<br><br>　　　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF REDACTED VERSION OF WRITTEN DIRECT TESTIMONY OF NED S. BARNES, CPA (EX. EXPERT 2)**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial:  May 3, 2021 |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 79-5(f)(3), Epic Games, Inc. hereby submits for the public record a revised redacted version of the Written Direct Testimony of Ned S. Barnes, CPA (Ex. Expert 2), in accordance with Pretrial Order No. 8 (ECF No. 548).  This submission replaces the filings originally made at ECF Nos. 508-2 and 509-6.

Dated: April 30, 2021

CRAVATH, SWAINE & MOORE LLP

> Christine Varney
> Katherine B. Forrest
> Gary A. Bornstein
> Yonatan Even
> Lauren A. Moskowitz
> M. Brent Byars

Respectfully submitted,

By:  */s/ M. Brent Byars*
     M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*