Steven L. Holley (*pro hac vice* pending)
(holleys@sullcrom.com)
Shane M. Palmer (SBN 308033)
(palmersh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Attorneys for Non-Party Spotify USA Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>           Plaintiff, <br><br>      v. <br><br> APPLE INC. <br><br>           Defendant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **NOTICE OF APPEARANCE OF BRENDAN P. CULLEN ON BEHALF OF NON-PARTY SPOTIFY USA INC.** |

1  To the Clerk of the Court and all parties of record:

2  I hereby certify that I am a member in good standing of the bar of this Court, and I
3  appear in this case as counsel for Non-Party Spotify USA Inc.

5  Dated: April 30, 2021

/s/ Brendan P. Cullen
Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700
Email:    cullenb@sullcrom.com

*Attorney for Non-Party Spotify USA Inc.*