| | |
|---|---|
| 1 | Steven L. Holley (*pro hac vice* pending) |
|   | (holleys@sullcrom.com) |
| 2 | Shane M. Palmer (SBN 308033) |
|   | (palmersh@sullcrom.com) |
| 3 | SULLIVAN & CROMWELL LLP |
|   | 125 Broad Street |
| 4 | New York, New York  10004 |
|   | Telephone:     (212) 558-4000 |
| 5 | Facsimile:      (212) 558-3588 |
| 6 | Brendan P. Cullen (SBN 194057) |
|   | (cullenb@sullcrom.com) |
| 7 | SULLIVAN & CROMWELL LLP |
|   | 1870 Embarcadero Road |
| 8 | Palo Alto, California  94303 |
|   | Telephone:     (650) 461-5600 |
| 9 | Facsimile:      (650) 461-5700 |
| 10 | *Attorneys for Non-Party Spotify USA Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EPIC GAMES, INC., | ) | Case No. 4:20-cv-05640-YGR-TSH |
|  | ) |  |
| Plaintiff, | ) | **NOTICE OF APPEARANCE OF SHANE** |
|  | ) | **M. PALMER ON BEHALF OF** |
| v. | ) | **NON-PARTY SPOTIFY USA INC.** |
|  | ) |  |
| APPLE INC. | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

To the Clerk of the Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Non-Party Spotify USA Inc.

Dated:  April 30, 2021

    /s/ Shane M. Palmer
Shane M. Palmer
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588
Email: palmersh@sullcrom.com

*Attorney for Non-Party Spotify USA Inc.*