1   Steven L. Holley (*pro hac vice* pending)
    (holleys@sullcrom.com)
2   Shane M. Palmer (SBN 308033)
    (palmersh@sullcrom.com)
3   SULLIVAN & CROMWELL LLP
    125 Broad Street
4   New York, New York  10004
    Telephone:     (212) 558-4000
5   Facsimile:     (212) 558-3588

6   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
7   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
8   Palo Alto, California  94303
    Telephone:     (650) 461-5600
9   Facsimile:     (650) 461-5700

10  *Attorneys for Non-Party Spotify USA Inc.*

11
12                     **UNITED STATES DISTRICT COURT**
13                     **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, | **DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY USA INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS DX-4491 AND DX-4641** |
| v. | |
| APPLE INC. | |
| Defendant. | |

SULLIVAN & CROMWELL LLP

DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:20-CV-05640-YGR-TSH

I, Shane M. Palmer, declare as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, and counsel to non-party Spotify USA Inc. ("Spotify"). I am a member in good standing of the Bars of the States of New York and California and a member of the Bar of this Court. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. I submit this declaration pursuant to Local Rule 79-5(d) in support of Spotify's Administrative Motion to Seal Exhibits DX-4491 and DX-4641, submitted concurrently herewith.

3. Exhibits DX-4491 and DX-4641 were produced by Spotify to Apple Inc. ("Apple") and Epic Games, Inc. ("Epic"), in response to subpoenas that Apple and Epic served on Spotify in this action pursuant to Federal Rule of Civil Procedure 45 on December 2, 2020, and December 8, 2020, respectively (the "Subpoenas").

4. Spotify originally produced Exhibits DX-4491 and DX-4641 to Apple and Epic as Excel spreadsheets. Exhibit DX-4491 was produced bearing production number SPOT-EPIC-00001451. Attached hereto as Exhibit 1 to my Declaration is a copy of the document produced by Spotify as SPOT-EPIC-00001451 that has been converted into PDF format for filing. Exhibit DX-4641 was produced bearing production number SPOT-EPIC-00001448. Attached hereto as Exhibit 2 to my Declaration is a copy of the document produced by Spotify as SPOT-EPIC-00001448 that has been converted into PDF format for filing.

5. Prior to producing any documents to Apple and Epic in response to the Subpoenas, I spoke with counsel for Apple and Epic and indicated that certain information sought by the Subpoenas constitutes Spotify's trade secrets. I explained to counsel for Apple and Epic that Spotify would not produce documents containing its proprietary, competitively sensitive business information except pursuant to a supplemental protective order that would ensure additional protections for Spotify's information and prohibit Apple and Epic from sharing Spotify's documents with their employees or in-house counsel.

6. At Spotify's request, on February 4, 2021, Apple and Epic jointly filed a Stipulated Supplemental Protective Order Governing Discovery from Spotify ("Supplemental

SULLIVAN
&
CROMWELL LLP

1

DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:20-CV-05640-YGR-TSH

1  Protective Order") (Dkt. No. 320).  The Court entered this Supplemental Protective Order, as
2  modified by the Court, on February 11, 2021 (Dkt. No. 334).

3        7.     On February 24, 2021, Spotify made a production of documents to Apple
4  and Epic in response to the Subpoenas, which included the two documents produced by Spotify as
5  SPOT-EPIC-00001448 and SPOT-EPIC-00001451 and that Apple later identified on its Trial
6  Exhibit List as Exhibits DX-4491 and DX-4641 (*see* Dkt. No. 481, at 141, 155).  When it produced
7  these documents to Apple and Epic, Spotify properly designated them as "SPOTIFY HIGHLY
8  CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to Section C of the
9  Supplemental Protective Order.

10        8.     On Friday, April 23, 2021, I received an email from counsel for Apple,
11  informing me that Exhibits DX-4491 and DX-4641 were on Apple's exhibit list for the trial in this
12  action, scheduled to start on May 3, 2021.  In that email, Apple's counsel proposed that Spotify
13  file a motion in support of sealing these exhibits if Spotify wanted to maintain them under seal.

14        9.     On Monday, April 26, 2021, I spoke with counsel for Epic and requested
15  Epic's consent to the relief Spotify is seeking in this Motion.  On Tuesday, April 27, 2021, I
16  received an email from Epic's counsel confirming that Epic does not object to Spotify seeking to
17  seal Exhibits DX-4491 and DX-4641.

18        10.    On Monday, April 26, 2021, I also spoke with counsel for Apple and
19  requested Apple's consent to the relief Spotify is seeking in this Motion.  On April 29, 2021, I
20  received an email from Apple's counsel indicating that Apple takes no position with respect to
21  Spotify's motion to seal at this time.

22       I declare under penalty of perjury that the foregoing is true and correct.  Executed
23  this April 30, 2021, at Brooklyn, New York.

24

25                          /s/ Shane M. Palmer
26                          Shane M. Palmer

27

28

Sullivan & Cromwell LLP

2

DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:20-CV-05640-YGR-TSH

**ATTESTATION**

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated: April 30, 2021                                /s/ Brendan P. Cullen
                                                      Brendan P. Cullen

Sullivan & Cromwell LLP

DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:20-CV-05640-YGR-TSH