QUINN EMANUEL URQUHART & SULLIVAN, LLP
Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Non-Party
Samsung Electronics Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EPIC GAMES, INC.,<br><br>          Plaintiff, Counter-Defendant,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant, Counterclaimant. | CASE NO. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SAMSUNG ELECTRONICS CO. LTD.'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBITS** |
|---|---|

This matter is before the Court on Non-Party Samsung Electronics Co. Ltd.'s ("SEC") Administrative Motion to Seal Trial Exhibits. The Court, having considered all of the papers submitted by the parties and the relevant authorities, hereby GRANTS SEC's Motion. The following trial exhibits and trial materials shall remain under seal and shall not be disclosed to the public during trial in this matter or thereafter.

| **Number** | **Trial Exhibit Number** |
|---|---|
| 1. | DX-3048 |
| 2. | DX-3300 |
| 3. | DX-3472 |
| 4. | DX-3620 |
| 5. | DX-3662 |
| 6. | DX-3721 |
| 7. | DX-4236 |
| 8. | DX-4322 |
| 9. | DX-4335 |
| 10. | DX-4370 |
| 11. | DX-4428 |
| 12. | DX-4457 |
| 13. | DX-4524 |
| 14. | DX-4800 |
| 15. | PX-2447 |
|  | **Other Documents** |
| 16. | Written Direct Testimony of Lorin M. Hitt Ph.D. Paragraph 164 and Figure 37 |
| 17. | Deposition of Joe Kreiner at 141:5-142:3 |

**IT IS SO ORDERED.**

DATED: _____     _____

Hon. Yvonne Gonzalez Rogers
United States District Judge