| | |
|---|---|
| 1 | BETSY C. MANIFOLD (182450) |
| 2 | RACHELE R. BYRD (190634)<br>BRITTANY N. DEJONG (258766)<br>**WOLF HALDENSTEIN ADLER** |
| 3 |   **FREEMAN & HERZ LLP**<br>750 B Street, Suite 1820 |
| 4 | San Diego, CA  92101<br>Telephone: 619/239-4599 |
| 5 | Facsimile: 619/234-4599<br>manifold@whafh.com |
| 6 | byrd@whafh.com<br>dejong@whafh.com |

*Interim Class Counsel for the Consumer Plaintiffs in In re Apple iPhone Antitrust Litig., Case No. 4:11-cv-06714-YGR*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Yvonne Gonzalez Rogers |
| DONALD R. CAMERON, et al.,<br>    Plaintiffs,<br>    v.<br>APPLE INC.<br>    Defendant. | No. 4:19-cv-03074-YGR |
| EPIC GAMES, INC.,<br>    Plaintiff, Counter-defendant,<br>    v.<br>APPLE INC.,<br>    Defendant, Counterclaimant. | No. 4:20-cv-05640-YGR-TSH |

# CERTIFICATE OF SERVICE

I, Alexandra Loutsenhizer, hereby certify that I am a citizen of the United States, over the age of eighteen, and not a party to the within action. I hereby certify that on April 30, 2021, I delivered the foregoing documents:

**CONSUMER PLAINTIFFS' ADMINISTRATIVE MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDERS**

**DECLARATION OF BRITTANY N. DEJONG IN SUPPORT OF CONSUMER PLAINTIFFS' ADMINISTRATIVE FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDERS**

**[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER GOVERNING DISCOVERY FROM THE WALT DISNEY COMPANY**

**[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER GOVERNING DISCOVERY FROM ELECTRONIC ARTS INC.**

**[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER GOVERNING DISCOVERY FROM NIANTIC, INC.**

**[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER GOVERNING DISCOVERY FROM ZYNGA, INC.**

via electronic mail to the following counsel of record for the following Third-Parties:

| | |
|---|---|
| **KEKER, VAN NEST & PETERS LLP**<br>CODY S. HARRIS<br>L. NICOLE ALLAN<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>charris@keker.com<br>nallan@keker.com<br><br>*Counsel for Third-Party The Walt Disney Company, Hulu, LLC, & ESPN Productions, Inc.* | **KEKER, VAN NEST & PETERS LLP**<br>R. ADAM LAURIDSEN<br>GREGORY WASHINGTON<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>alauridsen@keker.com<br>gwashington@keker.com<br><br>*Counsel for Third-Party Electronic Arts Inc.* |

| | |
|---|---|
| **DAVIS POLK & WARDWELL LLP** | **ROSEN BIEN GALVAN & GRUNFELD LLP** |
| NEAL A. POTISCHMAN | JEFFREY BORNSTEIN |
| LINDSAY SCHARE | MARC SHINN-KRANTZ |
| MICAYLA HARDISTY | REKHA ARULANANTHAM |
| 1600 El Camino Real | 101 Mission St., Sixth Floor |
| Menlo Park, California 94025 | San Francisco, CA 94105 |
| Telephone: (650) 752-2000 | (415) 433-6830 (telephone) |
| Facsimile: (650) 752-2111 | (415) 433-7104 (fax) |
| neal.potischman@davispolk.com | jbornstein@rbgg.com |
| lindsay.schare@davispolk.com | mshinn-krantz@rbgg.com |
| micayla.hardisty@davispolk.com | rarulanantham@rbgg.com |
| *Counsel for Third-Party Niantic, Inc.* | *Counsel for Third-Party Zynga, Inc.* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30th day of April 2021 at San Diego, California.

By: _____
ALEXANDRA LOUTSENHIZER

APPLE2: 26011