| | |
|---|---|
| PAUL R. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* | THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYE (*pro hac vice*)<br>vlewis@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant,*<br><br>    vs.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ACCESS TO SEALED PORTIONS OF TRIAL TESTIMONY**<br><br>Trial Date: May 3, 2021<br>Time: 8:00 a.m.<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

1  WHEREAS, pursuant to the Court's Pretrial Order No. 4 (ECF No. 468), the Court provided "the [P]arties and their attorneys" with access to "the audio of the trial through the Zoom link so that they can hear any sealed proceedings and not encumber one of the telephone lines".

4  WHEREAS, the Parties have advised the Court that they will create a protocol to ensure that individuals who do not have access under the protective order to the content of certain sealed proceedings will disengage from the Zoom platform during those sealed portions of the trial to which they do not have access. (April 21, 2021 Pretrial Conference Tr. at 9.)

8  IT IS HEREBY STIPULATED by the Parties, through their respective counsel, that any individual who does not have access under the protective order to the content of certain sealed proceedings will exit the Zoom platform during the duration of any sealed testimony to which they do not have access under the protective order. Those individuals may rejoin the Zoom platform after the conclusion of such sealed testimony.

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3  Dated: April 30, 2021                    CRAVATH, SWAINE & MOORE LLP
                   Christine A. Varney (*pro hac vice*)
                   Katherine B. Forrest (*pro hac vice*)
4                    Gary A. Bornstein (*pro hac vice*)
                   Yonatan Even (*pro hac vice*)
5                    Lauren A. Moskowitz (*pro hac vice*)
                   M. Brent Byars (*pro hac vice*)
6

7                 FAEGRE DRINKER RIDDLE & REATH LLP
                   Paul J. Riehle
8

9                 By:  /s/ *Katherine B. Forrest*
10                    Katherine B. Forrest
                   825 Eighth Avenue
                   New York, New York 10019
11                    Telephone: (212) 474-1000

12                 *Attorneys for Plaintiff and*
13                 *Counter-defendant Epic Games, Inc.*

14

15  Dated: April 30, 2021                    GIBSON, DUNN & CRUTCHER LLP
                   Theodore J. Boutrous Jr.
16                    Richard J. Doren
                   Daniel G. Swanson
17                    Jay P. Srinivasan
                   Mark A. Perry
18                    Veronica S. Moye
                   Cynthia E. Richman
19                    Jay P. Srinivasan

20                 By:  /s/ *Richard J. Doren*
21                    Richard J. Doren
                   333 South Grand Avenue
22                    Los Angeles, CA 90071-3197
                   (213) 229-7038
23

24                 *Attorneys for Defendant and*
                *Counterclaimant Apple Inc.*

25

26

27

28

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____       _____
                                HON. YVONNE GONZALEZ ROGERS
                                United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: April 30, 2021

CRAVATH, SWAINE & MOORE LLP

By: /s/ *Katherine B. Forrest*
 Katherine B. Forrest

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*