THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
vmoyé@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jennifer Rho of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 254312) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  Her address, telephone, facsimile and email are as follows:

> JENNIFER RHO, SBN 254312
> jrho@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071
> Telephone:  213.229.7000
> Facsimile:  213.229.7520

DATED:  May 2, 2021                                   GIBSON, DUNN & CRUTCHER LLP


By:     /s/ Jennifer Rho
                Jennifer Rho

*Attorneys for Defendant Apple Inc.*

104565498.1

---

1
DEFENDANT'S NOTICE OF APPEARANCE
CASE NO. 20-CV-05640-YGR