Molly N. Tullman (CA State Bar No. 244928)
James Howard
Ramie O. Snodgrass
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: MollyTullman@dwt.com

Attorneys for Nonparty
Amazon.com Services LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **EPIC GAMES, INC.**,<br><br>  Plaintiff, Counter-Defendant,<br><br>vs.<br><br>**APPLE INC.**,<br><br>  Defendant, Counterclaimant. | **Case No. 4:20-cv-05640-YGR**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PX-2339 AND NON-PARTY AMAZON.COM SERVICES LLC'S JOINDER** |

Having considered Defendant Apple Inc.'s Administrative Motion to Seal PX-2339 (the "Motion to Seal," Dkt. No. 514) and Nonparty, Amazon.com Services LLC's ("Amazon") Joinder of the Motion to Seal (the "Joinder," Dkt. No. ___), seeking to seal the portions of PX-2339 that contain Amazon's trade secrets and highly confidential proprietary information, and having considered all materials filed in support thereof,

**[PROPOSED] ORDER GRANTING MOTION TO SEAL AND JOINDER** - 1
4814-1407-0247v.3 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS HEREBY ORDERED that the Motion to Seal and Joinder are GRANTED as follows:

| Exhibit | Information Sought to be Sealed | Ruling |
|---|---|---|
| **PX-2339** | **Preamble** <br> **Signature Blocks** <br> **Paragraph 2.2** <br> **Paragraph 4.2** <br> **Paragraph 5.1** <br> **Paragraph 8.3** <br> **Paragraph 8.5** <br> **Paragraph 9.4** <br> **Paragraph 11.2** <br> **Paragraph 14.1** | |

The unredacted version of PX-2339 is SEALED, but a copy of PX-2339 redacted in accordance with this order may be admitted into evidence at trial.

IT IS SO ORDERED.

DATED: _____, 2021.

_____
Honorable Yvonne Gonzalez-Rogers
United States District Judge
Northern District of California

**[PROPOSED] ORDER GRANTING MOTION TO SEAL AND JOINDER** - 2
4814-1407-0247v.3 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax