1  PATRICK HAMMON (255047)
   McMANIS FAULKNER
2  a Professional Corporation
   50 West San Fernando Street, 10th Floor
3  San Jose, California 95113
   Telephone:  (408) 279-8700
4  Facsimile:  (408) 279-3244
   Email:      phammon@mcmanislaw.com
5
   Attorneys for Non-Party,
6  ROBLOX INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **OAKLAND DIVISION**

11

12 | EPIC GAMES, INC. | Case No.: 4:20-cv-05640-YGR |

13 | Plaintiff, Counter-Defendant | **DECLARATION OF MARK BARBOLAK IN SUPPORT OF APPLE INC.'S AND EPIC GAMES, INC.'S MOTIONS TO SEAL CERTAIN EXPERT TESTIMONY** |

14 | vs. | |

15 | APPLE INC. | |

16 | Defendant, Counterclaimant | Judge: Hon. Yvonne Gonzalez Rogers |

17

18

19

20

21

22

23

24

25

26

27

28

I, Mark Barbolak, declare as follows in support of Apple's Administrative Motion to Partially Seal Expert Written Direct Testimony (the "Apple Motion") (Dkt. No 489) and Epic Games, Inc.'s Administrative Motion to Seal Portions of its Expert Written Direct Examinations (the "Epic Motion") (Dkt. No. 509):

1. I am Associate General Counsel of Roblox Corporation ("Roblox"). If called as a witness, I could and would testify competently to all facts stated herein as follows:

2. I have reviewed the Apple and Epic Motions, which seek, *inter alia*, to keep Figure Five of the Written Direct Testimony of Lorin M. Hitt ("Figure 5") under seal.

3. Figure 5 is a pie chart reflecting data contained in Apple Inc.'s Exhibit DX-3879 ("DX-3879"). Roblox moved to seal DX-3879 (the "Roblox Administrative Motion," Dkt. 525) because DX-3879 contains highly sensitive, confidential, competitively valuable information about active users of the Roblox platform. Roblox expends significant effort to keep this information confidential. This information is not shared with a third party unless such party is bound by a written confidentiality agreement.

4. Roblox would likely suffer competitive harm were this information to be made public. The disclosure of user information would provide actionable intelligence to competitors who could use it to focus their efforts on particular distribution platforms in order to gain a competitive advantage over Roblox. In order to prevent precisely such anticipated competitive harm, the above information was designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, pursuant to the Stipulated and Amended Protective Order dated January 21, 2021 (the "Protective Order") (Dkt. No. 274), when Roblox produced DX-3879 to Apple in response to its subpoena to Roblox in this litigation.

///
///
///
///
///
///

5. This Court granted Roblox's motion to seal DX-3879. Dkt. 547. Since Figure 5 represents visually the data from DX-3879 that the Court has already ordered sealed, Figure 5 should remain under seal as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of May, 2021

/s/ Mark Barbolak
Mark Barbolak

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the signatory above.

DATED: May 3, 2021

McMANIS FAULKNER

/s/ Patrick Hammon
PATRICK HAMMON

Attorneys for Non-Party,
ROBLOX INC