PATRICK HAMMON (255047)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:   phammon@mcmanislaw.com

Attorneys for Non-Party,
ROBLOX INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　　Plaintiff, Counter-Defendant<br><br>　　vs.<br><br>APPLE INC.<br><br>　　　　Defendant, Counterclaimant | Case No.:  4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY ROBLOX INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL WRITTEN DIRECT TESTIMONY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

In consideration of non-party Roblox Inc.'s ("ROBLOX") Administrative Motion to Partially Seal Written Direct Testimony, it is hereby ORDERED that:

| Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Figure 5 of the Written Direct Testimony of Lorin M. Hitt | Gunawan Declaration ¶¶ 1-6 | |

**IT IS SO ORDERED.**

Dated:

                                    Honorable Judge Yvonne Gonzalez Rogers
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING NON-PARTY ROBLOX INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL WRITTEN DIRECT TESTIMONY; Case No.: 4:20-cv-05640-YGR