# Exhibit B

## Filed Under Seal in its Entirety