# Exhibit C

Filed Under Seal in its Entirety