# Exhibit E

Filed Under Seal in its Entirety