# Exhibit F

## Filed Under Seal in its Entirety