# Exhibit H

## Filed Under Seal in its Entirety