1 | JOHN F. COVE, JR. (SBN 212213)
    john.cove@shearman.com
2 | MATTHEW BERKOWITZ (SBN 310426)
    matthew.berkowitz@shearman.com
3 | SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
4 | San Francisco, CA  94105-2997
Telephone:   415.616.1100
5 | Facsimile:    415.616.1199

6 | *Attorneys for Sony Interactive Entertainment LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION TO KEEP COMPETITIVELY SENSITIVE INFORMATION UNDER SEAL** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Having considered non-party Sony Interactive Entertainment LLC's ("SIE") Administrative Motion to Keep Competitively Sensitive Information Under Seal, and the accompanying Declarations of Don Sechler and John F. Cove Jr., and any argument of counsel, and finding sufficiently compelling reasons to seal the non-party material described below, it is hereby **ORDERED** that:

The portions of the following trial exhibits of Defendant Apple Inc. (Dkt. No. 453), as identified in the exhibits to the Declaration of John F. Cove, shall be sealed:

1. DX-3660 (Ex. A to Cove Declaration);
2. DX-3865 (Ex. B to Cove Declaration);
3. DX-3988 (Ex. C to Cove Declaration);
4. DX-4425 (Ex. D to Cove Declaration);
5. DX-4493 (Ex. E to Cove Declaration);
6. DX-4519 (Ex. F to Cove Declaration);
7. DX-3094 (Ex. G to Cove Declaration);
8. DX-3125 (Ex. H to Cove Declaration);
9. DX-3433 (Ex. I to Cove Declaration); and
10. DX-3582 (Ex. J to Cove Declaration);

The following deposition testimony of Joe Kreiner (Dkt. No. 489) shall be sealed: 35:20–36:6; 37:4–14; 40:2–41:9; 41:21–42:8; 47:20–48:3; 48:20–49:13; 51:12–52:19; 52:23–53:14; 77:6–78:6; and 215:14–23.

The following written direct testimony of Apple's expert, Lorin M. Hitt, Ph.D. (Dkt. No. 505), shall be sealed: Figure 4, and Paragraphs 114–15 and 163, as they pertain to SIE.

**SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE