JOHN F. COVE, JR. (SBN 212213)
john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| *Plaintiff, Counter-defendant,* | |
| v. | **CERTIFICATE OF SERVICE** |
| APPLE INC., | |
| *Defendant, Counterclaimant.* | Judge:  Hon. Yvonne Gonzalez Rogers |

I, Christina Urhausen, declare as follows:

I am an attorney at the law firm of Shearman & Sterling LLP, counsel to non-party Sony Interactive Entertainment LLC in connection with this litigation. I am a member in good standing of the Bar of the State of California, and a member of the Bar of this Court.

On May 3, 2021, I caused to be served via electronic transmission, on counsel for plaintiff Epic Games, Inc. and defendant Apple, Inc., unredacted versions of the exhibits to the Declaration of John F. Cove, Jr. in support of Non-Party Sony Interactive Entertainment LLC's Administrative Motion to Keep Competitively Sensitive Information Under Seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 3, 2021, at San Francisco, California.

*/s/ Christina Urhausen*

Christina Urhausen