UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

1    Defendant Apple Inc. has filed a Motion to Partially Seal Portions of the Parties' Trial
2  Exhibits and Live Trial Testimony Related Thereto (the "Motion"). In support, Defendant Apple Inc.
3  ("Apple") filed the supporting declaration of Rachel S. Brass.
4    Having considered the Motion, all associated declarations, exhibits, and any argument of
5  counsel, and for good cause appearing:
6    **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly:
7    (1)   To the extent the documents sought to be sealed by the Motion are introduced into
8  evidence at trial, those documents shall remain under seal, for reasons articulated in the table below;
9    (2)   the Court shall temporarily limit public access to the trial proceedings to those present
10 live in the courtroom while sealable information related to trial exhibits is being discussed; and
11    (3)   portions of the transcript related to such sealable information are additionally ordered
12 sealed.

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| DX-3122 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-3137 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-3174 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-3248 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| DX-3323 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-3377 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| DX-3381 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-3446 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-3447 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-3465 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-3479 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-3516 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-3685 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| DX-3773 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-3789 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-3820 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| DX-3896 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-3911 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-4089 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-4094 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| DX-4149 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-4170 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| DX-4178 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| DX-4199 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-4214 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| DX-4312 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-4495 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| DX-4611 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| DX-5525 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| DX-5338 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0059 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0092 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0191[1] | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-0201 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-0302 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |

---

[1] Apple moved to provisionally seal PX-0191 which implicates Amazon's business. Apple provided notice of the motion to Amazon so that it may support sealing of such documents if it so chooses.

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-0303 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-0314 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-0413 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0414 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0432 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0462 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-0469 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-0514 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-0520 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-0602 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0603 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0604 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-0605 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-0606 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-0607 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-0608 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-0611 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-0612 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-0747 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 14-17. | |
| PX-0750 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 14-17. | |
| PX-0850 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 14-17. | |
| PX-2006 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. | |
| PX-2051 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. | |
| PX-2061 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2075 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2089 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 14-17. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-2090 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. | |
| PX-2102 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. | |
| PX-2108 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2116 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2121 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2126[2] | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2134 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. | |
| PX-2140 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2142 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. | |
| PX-2143 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage.  Brass Decl. ¶¶ 18-19. | |
| PX-2165 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-2167 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |

---

[2] Apple moved to provisionally seal PX-2126 which implicates Amazon's business.  Apple is provided notice of the motion to Amazon so that it may support sealing of such documents if it so chooses.

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-2168 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-2171 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-2172 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2174 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| PX-2201 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| PX-2237 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2240 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2245 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| PX-2248 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| PX-2262 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2272 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2295 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2297 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-2302 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-2303 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2306 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. | |
| PX-2308 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2309 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2311 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2313 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2326 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2327 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2328 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2331 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| PX-2332 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-2333 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2336 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| PX-2337 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2340 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2342 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2343 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2350 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 10-13. | |
| PX-2355 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2359 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. | |
| PX-2360 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2361 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2363 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. Contains confidential competitively sensitive information that, if | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
|  | disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. |  |
| PX-2364 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. |  |
| PX-2366 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. |  |
| PX-2367 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. |  |
| PX-2369 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. |  |
| PX-2376 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. |  |
| PX-2377 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. |  |
| PX-2378 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. |  |
| PX-2379 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. |  |
| PX-2380 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. |  |
| PX-2382 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 8-9. Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 14-17. |  |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-2385 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-2387 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 10-13. | |
| PX-2389 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 14-17. | |
| PX-2390 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 14-17. | |
| PX-2391 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-2392 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |
| PX-2897 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2907 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2913 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2914 | Contains confidential third-party information that, if disclosed, would put innocent third parties at a competitive disadvantage. Brass Decl. ¶¶ 18-19. | |
| PX-2928 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 8-9. | |

**IT IS SO ORDERED.**

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO