# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
CORRECTED**
### BENCH TRIAL CIVIL MINUTES

| **Date:** 5/3/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME: 8:00AM:** began today at 8:45am-10:39am; 10:57am-12:32pm; 1:14pm-3:15pm

**Attorney for Plaintiff:** Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn

**Deputy Clerk:** Frances Stone         **Court Reporter:** DIANE SKILLMAN

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel. Plaintiff Epic attorney Katherine Forrest Opening Statement.
Defendant Apple attorney Karen Dunn Opening Statement. Recess. Defendant Dunn resumes Opening Statement. Plaintiff attorney Katherine Forrest calls **witness Tim Sweeney** for Direct. Recess. Plaintiff attorney Forrest resumes Direct of witness Sweeney. Defendant attorney Richard Doren Cross of witness Sweeney. Recess.

**Further Bench Trial Tuesday, 5/4/2021 at 8:00am**

**EXHIBITS ADMITTED IN EVIDENCE:**

Plaintiff: 2455, 2456, 2463, 2777, 2778, 2776, **4477****

Defendant: 5535, 4457, 3620