KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Reporters Committee for Freedom of the Press and 18 Media Organizations*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640 |
| *Plaintiff/Counter-Defendant,* | **REQUEST TO MODIFY LIST OF PRE-AUTHORIZED POOL REPORTERS BY MEDIA COALITION** |
| v. | |
| APPLE INC., | Judge: Hon. Yvonne Gonzalez Rogers |
| *Defendant/Counter-Claimant.* | |

The Reporters Committee for Freedom of the Press ("Reporters Committee"), and 18 media organizations (the "Media Coalition"[1]), hereby submit the following request to modify the list of pre-authorized reporters providing pool coverage of the bench trial in the above-captioned matter.

On April 23, 2021, the Media Coalition provided the Court a list of 12 reporters from nine news organizations who agreed to provide pool coverage on a rotating basis for the duration of the trial.  ECF No. 475.  National Public Radio has now requested to join the pool.  Accordingly, the Media Coalition respectfully requests that Bobby Allyn, a San Francisco-based technology reporter with National Public Radio's Business Desk, be added to the list of reporters pre-authorized to enter the courthouse when serving as a designated pool reporter.

With the addition of Mr. Allyn, the list of designated pool reporters would be as follows:

- Mike Acton and Amy Miller, *MLex*
- Bobby Allyn, *National Public Radio*
- Dorothy Atkins, *Law360*
- Kellen Browning and Erin Griffith, *The New York Times*
- Paresh Dave and Stephen Nellis, *Reuters*
- Sebastian Herrera, *The Wall Street Journal*
- Mike Liedtke, *Associated Press*
- Elizabeth Lopatto, *The Verge*

---

[1] The media coalition is The Associated Press, The Atlantic Monthly Group LLC, Bloomberg L.P., The Center for Investigative Reporting (d/b/a Reveal), Dow Jones & Company, Inc., The E.W. Scripps Company, Gannett Co., Inc., The Information, KPIX-TV, MLex, National Journal Group LLC, National Press Club Journalism Institute, The National Press Club, The New York Times Company, POLITICO LLC, The Seattle Times Company, TEGNA Inc., and Vox Media, LLC.

- Leah Nylen, *POLITICO*
- Josh Sisco, *The Information*

If permitted by the Court, Mr. Allyn will provide pool coverage, along with other members of the press pool, on a rotating basis beginning on Monday, May 10, 2021, in accordance with and in compliance with the Court's Pre-Trial Order No. 5 (ECF No. 485).

Dated: May 4, 2021

/s/ Katie Townsend
Katie Townsend
REPORTERS COMMITTEE
 FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I electronically served the foregoing document via ECF upon all counsel of record and via email to the Court's Media Liaison, Nicholas Jackson.

Dated: May 4, 2021

/s/ Katie Townsend
Katie Townsend
REPORTERS COMMITTEE
   FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*