UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

      *Plaintiff, Counter-Defendant,*

v.

APPLE INC.,

      *Defendant, Counter-Claimant.*

Case No. 4:20-cv-05640-YGR

**[PROPOSED] ORDER GRANTING MEDIA COALITION'S REQUEST TO MODIFY LIST OF PRE-AUTHORIZED POOL REPORTERS**

    Pending before the Court is the Media Coalition's Request to Modify List of Pre-Authorized Pool Reporters.

    After considering the request, the Court hereby **ORDERS**:

1.    Bobby Allyn of National Public Radio is **AUTHORIZED** to enter the Ronald V. Dellums Federal Building & United States Courthouse and the specific courtroom (Courtroom 1) in which the above-captioned trial is taking place, beginning May 10, 2021, in accordance with the pool schedule timely provided to the Court. Mr. Allyn shall comply with all relevant provisions of the Court's Pretrial Order No. 5 (Dkt. No. 485).

Entered this __ Day of _____, 2021.

_____

Hon. Yvonne Gonzalez Rogers