THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071 Telephone: 213.229.7000 Facsimile:
213.229.7520
VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W. Washington,
DC 20036 Telephone: 202.955.8500 Facsimile:
202.467.0539
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al., <br>     Plaintiffs, <br> v. <br> APPLE INC. <br>     Defendant. | No. 4:19-cv-03074-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CONSUMER PLAINTIFFS' ADMINISTRATIVE MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDERS** |
| EPIC GAMES, INC., <br>     Plaintiff and Counter-defendant, <br> v. <br> APPLE INC., <br>     Defendant and Counterclaimant. | The Honorable Yvonne Gonzalez Rogers <br><br> No. 4:20-cv-05640-YGR-TSH |

1  WHEREAS the Consumer Plaintiffs and Apple Inc. have agreed, pursuant to Local Rule 6-2, to extend the time within which to answer or otherwise respond to the Consumer Plaintiffs' Administrative Motion for Entry of Supplemental Protective Orders to May 5, 2021;

WHEREAS there have been no previous time modifications relating to this Administrative Motion for Entry of Supplemental Protective Orders and this requested time modification will not alter the schedule for this case;

IT IS HEREBY STIPULATED that the deadline for responding to the Consumer Plaintiffs' Administrative Motion for Entry of Supplemental Protective Orders be modified as described above.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 4, 2021

GIBSON, DUNN & CRUTCHER LLP
Jay P. Srinivasan
Ethan Dettmer
Rachel Brass

By */s/ Ethan Dettmer*

Ethan Dettmer

Attorneys for Defendant APPLE INC.

Dated: May 4, 2021

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

Betsy C. Manifold
Rachele R. Byrd
Brittany N. DeJong

By */s/ Brittany DeJong*

Brittany N. DeJong

Attorneys for Consumer Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May ___, 2021

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 4, 2021

GIBSON, DUNN & CRUTCHER LLP
Jay P. Srinivasan
Ethan Dettmer
Rachel Brass

By /s/ Ethan Dettmer

Ethan Dettmer

Attorneys for Defendant APPLE INC.