THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071 Telephone: 213.229.7000 Facsimile: 213.229.7520
VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W. Washington, DC 20036 Telephone: 202.955.8500 Facsimile: 202.467.0539
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al., Plaintiffs, v. APPLE INC. Defendant. | No. 4:19-cv-03074-YGR  **DECLARATION OF ETHAN DETTMER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CONSUMER PLAINTIFFS' ADMINISTRATIVE MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDERS** |
| EPIC GAMES, INC., Plaintiff, Counter-defendant, v. APPLE INC., Defendant, Counterclaimant. | The Honorable Yvonne Gonzalez Rogers  No. 4:20-cv-05640-YGR-TSH |

I, Ethan Dettmer, hereby declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel to Apple Inc. I am licensed to practice law in the State of California, and am a member of the Bar of this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.

2. I submit this declaration in support of Stipulation and [Proposed] Order Extending Time to Respond to Consumer Plaintiffs' Administrative Motion for Entry of Supplemental Protective Orders, filed pursuant to Civil Local Rules 6-1 and 6-2.

3. Consumer Plaintiffs filed an Administrative Motion for Entry of Supplemental Protective Orders on April 30, 2021. The deadline to file a response is set at May 4, 2021.

4. The parties have stipulated to extend Apple's deadline to respond to May 5, 2021 to allow Apple a further opportunity to meet and confer with the four third parties seeking entry of supplemental protective orders.

5. There have been no previous time modifications relating to this Administrative Motion for Entry of Supplemental Protective Orders and this time modification will not alter the schedule for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2021, in Oakland, California.

      */s/ Ethan Dettmer*
      Ethan Dettmer