| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>jsrinivasan@gibsondunn.com<br>JASON C. LO, SBN 219030<br>jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071-3197 Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)<br>vmoyé@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN DETTMER, SBN 196046<br>edettmer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Anthony Doc Bedel of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 324065) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  His address, telephone, facsimile and email are as follows:

>ANTHONY DOC BEDEL, SBN 324065
>tbedel@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>555 Mission Street, Suite 3100
>San Francisco, CA 94105
>Telephone: 415.393.8200
>Facsimile:  415.393.8306

DATED: May 4, 2021                               GIBSON, DUNN & CRUTCHER LLP


By:     /s/ Anthony Doc Bedel
              Anthony Doc Bedel

*Attorneys for Defendant Apple Inc.*

104565290.1