1  MATTHEW A. MACDONALD (State Bar No. 255269)(*admission pending*)
   Matthew.Macdonald@mto.com
2  LAUREN M. HARDING (State Bar No. 308029)
   Lauren.Harding@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
5  Facsimile:    (213) 687-3702

6  Attorneys for Non-Party Netflix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF LAUREN M. HARDING AS COUNSEL FOR NON-PARTY NETFLIX, INC.** |
| vs. | |
| APPLE, INC., | Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

1   TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles &

3   Olson LLP hereby appears as an attorney of record on behalf of Non-Party Netflix, Inc.

4         LAUREN M. HARDING (SBN 308029)
      MUNGER, TOLLES & OLSON LLP
5         350 South Grand Avenue, 50th Floor
      Los Angeles, California 90071
6         Telephone:   (213) 683-9100
      Facsimile:    (213) 687-3702
7         Email: lauren.harding@mto.com

9   DATED: May 4, 2020            MUNGER, TOLLES & OLSON LLP

11             By:   */s/ Lauren M. Harding*
12                LAUREN M. HARDING
              Attorney for Non-Party Netflix, Inc.