MATTHEW A. MACDONALD (State Bar No. 255269) (*admission pending*)
Matthew.Macdonald@mto.com
LAUREN M. HARDING (State Bar No. 308029)
Lauren.Harding@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Non-Party Netflix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>APPLE, INC.,<br><br>            Defendant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF NON-PARTY NETFLIX, INC. TO SEAL TRIAL EXHIBITS**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Trial:  May 3, 2021 |

Before the Court is an Administrative Motion by non-party Netflix, Inc. to seal information in two exhibits included on the trial exhibit list of Plaintiff Epic Games, Inc. pursuant to Civil. Local Rule 79-5.  Having considered the Administrative Motion, along with the declaration of Rob Caruso and Netflix's proposed redactions to the Exhibits, the Court finds that there are "compelling reasons" for granting the motion to seal and hereby GRANTS Netflix's Administrative Motion.  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (citation omitted).

The Court hereby ORDERS the following information to be filed under seal:

| Portion of Documents To Be Sealed | Reason and Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| **PX-0197** [APL-APPSTORE-06015804] – Discussion of sensitive financial and business information of Netflix. | Contains competitively sensitive and confidential financial and business information of non-party Netflix.  Caruso Decl. ¶ 3-4. | |
| **PX-2140** [APL-APPSTORE-06737767] – Two slides showing sensitive financial and business information of Netflix. | Contains competitively sensitive and confidential financial and business information of non-party Netflix.  Caruso Decl. ¶ 3-4. | |

IT IS SO ORDERED.

DATED: _____, 2021

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge