| | |
|---|---|
| 1 | MATTHEW A. MACDONALD (State Bar No. 255269)(*admission pending*) |
| | Matthew.Macdonald@mto.com |
| 2 | LAUREN M. HARDING (State Bar No. 308029) |
| | Lauren.Harding@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, Fiftieth Floor |
| 4 | Los Angeles, California 90071-3426 |
| | Telephone:    (213) 683-9100 |
| 5 | Facsimile:    (213) 687-3702 |
| 6 | Attorneys for Non-Party Netflix, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EPIC GAMES, INC. | | Case No. 4:20-cv-05640-YGR |
| | Plaintiffs, | **PROOF OF SERVICE** |
| vs. | | |
| APPLE, INC., | | Hon. Yvonne Gonzalez Rogers |
| | Defendants. | |

Case No. 4:20-cv-05640-YGR

PROOF OF SERVICE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On May 4, 2021, I served true copies of the following documents described as:

(1)   Unredacted Version of Exhibit A to Administrative Motion of Non-Party Netflix, Inc. to Seal Trial Exhibits PX-0197 and PX-2140; and

(2)   Unredacted Version of Exhibit B to Administrative Motion of Non-Party Netflix, Inc. to Seal Trial Exhibits PX-0197 and PX-2140

on the following counsel in this action as follows:

> Nicole Castle (*ncastle@mwe.com*)
> McDermott Will and Emery
>
> Samuel Stuckey (*sstuckey@cravath.com*)
> Cravath, Swaine and Moore LLP

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the documents to be sent from e-mail address cynthia.soden@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2021, at Los Angeles, California.

*/s/ Cynthia S. Soden*
Cynthia S. Soden