1  MATTHEW A. MACDONALD (State Bar No. 255269)
   Matthew.Macdonald@mto.com
2  LAUREN M. HARDING (State Bar No. 308029)
   Lauren.Harding@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  Attorneys for Non-Party Netflix, Inc.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | EPIC GAMES, INC.                | Case No. 4:20-cv-05640-YGR
12 |          Plaintiffs,            | **NOTICE OF APPEARANCE OF MATTHEW A. MACDONALD AS COUNSEL FOR NON-PARTY NETFLIX, INC.**
13 |     vs.                         |
14 | APPLE, INC.,                    |
15 |          Defendants.            |

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-05640-YGR
NOTICE OF APPEARANCE OF MATTHEW A. MACDONALD

1   TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles &

3   Olson LLP hereby appears as an attorney of record on behalf of Non-Party Netflix, Inc.

4       MATTHEW A. MACDONALD (State Bar No. 255269)
    MUNGER, TOLLES & OLSON LLP

5       350 South Grand Avenue, 50th Floor
    Los Angeles, California 90071

6       Telephone:   (213) 683-9100

7       Facsimile:   (213) 687-3702
    Email: matthew.macdonald@mto.com

8

9   DATED: May 5, 2020         MUNGER, TOLLES & OLSON LLP

10

11       By:   */s/ Matthew A. Macdonald*

12          MATTHEW A. MACDONALD
    Attorney for Non-Party Netflix, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-    Case No. 4:20-cv-05640-YGR
NOTICE OF APPEARANCE OF MATTHEW A. MACDONALD