# Exhibit A

**Exhibit A**

| Ex. No./ Dep. Tr. | Page(s) | Reason for Sealing |
|---|---|---|
| DX-3294 | EPIC_03354542-43 | Non-public document setting forth confidential third-party financial information. |
| DX-3301 | EPIC_02029657 | Non-public document setting forth confidential third-party financial information. |
| DX-3310 | EPIC_04058761 | Detailed non-public information about unannounced future projects with third parties. |
| DX-3376 | Entire document | Detailed non-public pricing and terms of commercial agreements with third parties. |
| DX-3399 | EPIC_00126967-68, EPIC_00127007-08, EPIC_00127011-16, EPIC_00127027, EPIC_00127030, EPIC_00127061, EPIC_00127065-66, EPIC_00127070-71, EPIC_00127084, EPIC_00127090, EPIC_00127093, EPIC_00127096, EPIC_00127098 & EPIC_00127117 | Detailed non-public information about unannounced future projects with third parties. |
| DX-3461 | EPIC_00019303, EPIC_00019305-09, EPIC_00019311, EPIC_00019313, EPIC_00019315 & EPIC_00019318 | Detailed non-public pricing and terms of commercial agreements with third parties. |
| DX-3608 | EPIC_04537100 | Non-public document setting forth confidential third-party financial information. |
| DX-3619 | EPIC_03356505-06 | Detailed non-public pricing and terms of commercial agreements with third parties. |
| DX-3631 | Entire document | Detailed non-public pricing and terms of commercial agreements with third parties. |
| DX-3753 | EPIC_00127261-63, EPIC_00127271-72, EPIC_00127274 & EPIC_00127276 | Non-public document setting forth confidential third-party financial information.  Detailed non-public pricing and terms of commercial agreements with third parties. |
| DX-3818 | EPIC_03028500-01 | Non-public document setting forth confidential third-party financial information. |

| DX-3838 | EPIC_00546368 | Non-public and sensitive business information about future collaboration project with third parties. |
|---|---|---|
| DX-3947 | Entire document | Detailed non-public pricing and terms of commercial agreements with third parties. |
| DX-3955 | EPIC_00127304-06, EPIC_127308-12, EPIC_127314-15& EPIC_127321 | Non-public and sensitive business information about unannounced future projects with third parties.  Non-public document setting forth confidential third-party financial information. |
| DX-3993 | EPIC_00127235, EPIC_00127241, EPIC_00127245, EPIC_00127248-50 & EPIC_00127257 | Non-public document setting forth confidential third-party financial information. |
| DX-4059 | Entire document | Agreement with a third-party, which discloses competitively sensitive terms and conditions. |
| DX-4085 | EPIC_04028155-57 & EPIC_04028158-61 | Non-public document setting forth confidential third-party financial information.  Non-public and sensitive third-party business information about unannounced future projects. |
| DX-4100 | Entire document | Non-public and sensitive business information about unannounced future project with third parties. |
| DX-4133 | EPIC_00127933 & EPIC_00127943-44 | Non-public document setting forth confidential third-party financial information. |
| DX-4153 | Entire document | Non-public and sensitive business information about unannounced future project with third parties. |
| DX-4363 | Entire document | Agreement with a third-party, which discloses competitively sensitive terms and conditions. |
| DX-4365 | Entire document | Non-public document setting forth confidential third-party financial information. |
| DX-4485 | EPIC_00007623 | Non-public document setting forth confidential third-party financial information. |
| DX-4531 | EPIC_00011435 | Non-public document setting forth confidential third-party financial information. |
| DX-4544 | EPIC_04541992 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| DX-4606 | EPIC_00007620 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| DX-4633 | EPIC_00126286-87 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |

| | | |
|---|---|---|
| DX-5493 | EPIC_00089598 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2423 | EPIC_00012333 & EPIC_00012339 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2424 | EPIC_00016482-84 & EPIC_00016499 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2426 | EPIC_00021743 & EPIC_00021749 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2438 | EPIC_00086819 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2439 | EPIC_00087876 & EPIC_00087882 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2442 | EPIC_00126824, EPIC_00126829-32 & EPIC_00126834-37 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2451 | Entire document | Non-public document setting forth confidential third-party financial information.  Detailed non-public pricing and terms of commercial agreements with third parties. |
| PX-2455 | EPIC_02019148, EPIC_02019150 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2456 | EPIC_02030347, EPIC_02030355 & EPIC_02030363 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2462 | EPIC_03342926, EPIC_03342932, EPIC_03342966, EPIC_03342930, EPIC_03342973 & EPIC_03342974 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |

4

| | | |
|---|---|---|
| PX-2463 | EPIC_03349864, EPIC_03349870 & EPIC_03349875 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2464 | EPIC_03355982-83 & EPIC_03355994-95 | Detailed non-public pricing and terms of commercial agreements with third parties. Non-public document setting forth confidential third-party financial information. |
| PX-2465 | EPIC_03682186, EPIC_03682192 & EPIC_03682211 | Non-public document setting forth confidential third-party financial information. |
| PX-2466 | EPIC_03694106, EPIC_03694111 & EPIC_03694116 | Non-public document setting forth confidential third-party financial information. |
| PX-2469 | EPIC_03967175-76, EPIC_03967198, EPIC_03967200 & EPIC_03967223 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public and sensitive third-party business information about unannounced future projects. |
| PX-2473 | EPIC_04044751, EPIC_04044752, EPIC_04044781 & EPIC_04044827 | Non-public document setting forth confidential third-party financial information. |
| Allison Dep. Tr. | 96:1-97:25 | Non-public document setting forth confidential third-party financial information. |
| Weissinger Dep. Tr. | 236:4-20, 242:9-23 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public and sensitive information about future collaboration project with third parties. |