# Exhibit B

**Exhibit B**

| Ex. No. | Page(s) | Reason for Sealing |
|---|---|---|
| DX-3542 | EPIC_01308344 | Contains confidential hashed payment information that if disclosed could allow hackers to analyze the information and commit fraud. |
| DX-3756 | EPIC_01919578 | Contains information identifying specific Epic confidential fraud controls. |
| DX-3776 | EPIC_02222908-12, EPIC_02222914 & EPIC_02222916-18 | Includes confidential Purchase ID and Order ID information. If disclosed, this information could allow bad actors to identify information that Epic uses in its verification processes, and work around Epic's anti-cheat and anti-fraud mechanisms. |
| DX-4191 | EPIC_01495201 | Includes information identifying specific Epic confidential anti-cheat controls. |
| DX-4266 | EPIC_00009962 | Includes information identifying specific Epic confidential fraud controls. |
| DX-4334 | EPIC_02462831 | Includes information identifying how to submit clawback requests to Epic as a trusted third party, which if disclosed could be used by bad actors to commit fraud; Page 2 includes information identifying specific Epic confidential fraud detection mechanisms. |
| DX-4362 | EPIC_00428916-18 | Includes information identifying specific Epic confidential anti-cheat controls. |
| DX-4472 | EPIC_03345156-58 & EPIC_03345163-64 | Includes information identifying specific Epic fraud detection and mitigation controls. |