UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL LIMITED PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND ANY REFERENCES AT TRIAL TO THE INFORMATION SOUGHT TO BE SEALED**<br><br>Date: May 3, 2021<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Having considered the Administrative Motion to Seal Pursuant to Civil L.R. 7-11 and 79-5 ("Motion") and supporting materials filed by Epic Games, Inc. ("Epic"), the Court finds that there are compelling reasons for granting the request to file documents under seal. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). Accordingly, the Court **GRANTS** Epic's Motion to File Under Seal and ORDERS:

    (1) To the extent the information sought to be sealed by the Motion are introduced into evidence at trial, that information shall remain under seal, for reasons articulated in the table below;

    (2) The Court shall temporarily limit public access to the trial proceedings to those present live in the courtroom while sealable information related to trial exhibits is being discussed; and

    (3) Portions of the transcript related to such sealable information are additionally ordered sealed.

| Trial Ex. No./ Dep. Tr. | Page(s) | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|---|
| DX-3294 | EPIC_03354542-43 | Non-public document setting forth confidential third-party financial information. | |
| DX-3301 | EPIC_02029657 | Non-public document setting forth confidential third-party financial information. | |
| DX-3310 | EPIC_04058761 | Detailed non-public information about unannounced future projects with third parties. | |
| DX-3376 | Entire document | Detailed non-public pricing and terms of commercial agreements with third parties. | |
| DX-3399 | EPIC_00126967-68, EPIC_00127007-08, EPIC_00127011-16, EPIC_00127027, EPIC_00127030, EPIC_00127061, EPIC_00127065-66, EPIC_00127070-71, EPIC_00127084, EPIC_00127090, EPIC_00127093, EPIC_00127096, EPIC_00127098 & EPIC_00127117 | Detailed non-public information about unannounced future projects with third parties. | |
| DX-3461 | EPIC_00019303, EPIC_00019305-09, EPIC_00019311, EPIC_00019313, EPIC_00019315 & EPIC_00019318 | Detailed non-public pricing and terms of commercial agreements with third parties. | |
| DX-3608 | EPIC_04537100 | Non-public document setting forth confidential third-party financial information. | |
| DX-3619 | EPIC_03356505-06 | Detailed non-public pricing and terms of commercial agreements with third parties. | |
| DX-3631 | Entire document | Detailed non-public pricing and terms of commercial agreements with third parties. | |

| | | | |
|---|---|---|---|
| DX-3753 | EPIC_00127261-63, EPIC_00127271-72, EPIC_00127274 & EPIC_00127276 | Non-public document setting forth confidential third-party financial information. Detailed non-public pricing and terms of commercial agreements with third parties. | |
| DX-3818 | EPIC_03028500-01 | Non-public document setting forth confidential third-party financial information. | |
| DX-3838 | EPIC_00546368 | Non-public and sensitive business information about future collaboration project with third parties. | |
| DX-3947 | Entire document | Detailed non-public pricing and terms of commercial agreements with third parties. | |
| DX-3955 | EPIC_00127304-06, EPIC_127308-12, EPIC_127314-15 & EPIC_127321 | Non-public and sensitive business information about unannounced future projects with third parties. Non-public document setting forth confidential third-party financial information. | |
| DX-3993 | EPIC_00127235, EPIC_00127241, EPIC_00127245, EPIC_00127248-50 & EPIC_00127257 | Non-public document setting forth confidential third-party financial information. | |
| DX-4059 | Entire document | Agreement with a third-party, which discloses competitively sensitive terms and conditions. | |
| DX-4085 | EPIC_04028155-57 & EPIC_04028158-61 | Non-public document setting forth confidential third-party financial information. Non-public and sensitive third-party business information about unannounced future projects. | |
| DX-4100 | Entire document | Non-public and sensitive business information about unannounced future project with third parties. | |
| DX-4133 | EPIC_00127933, & EPIC_00127943-44 | Non-public document setting forth confidential third-party financial information. | |
| DX-4153 | Entire document | Non-public and sensitive business information about unannounced future project with third parties. | |
| DX-4363 | Entire document | Agreement with a third-party, which discloses competitively sensitive terms and conditions. | |

[PROPOSED] ORDER GRANTING EPIC'S ADMINISTRATIVE MOTION TO SEAL     - 3 -     CASE NO. 4:20-cv-05640-YGR-TSH

| Exhibit | Bates | Reason |
|---|---|---|
| DX-4365 | Entire document | Non-public document setting forth confidential third-party financial information. |
| DX-4485 | EPIC_00007623 | Non-public document setting forth confidential third-party financial information. |
| DX-4531 | EPIC_00011435 | Non-public document setting forth confidential third-party financial information. |
| DX-4544 | EPIC_04541992 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| DX-4606 | EPIC_00007620 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| DX-4633 | EPIC_00126286-87 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| DX-5493 | EPIC_00089598 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2423 | EPIC_00012333 & EPIC_00012339 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2424 | EPIC_00016482-84 & EPIC_00016499 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |
| PX-2426 | EPIC_00021743 & EPIC_00021749 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. |

| | | | |
|---|---|---|---|
| PX-2438 | EPIC_00086819 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. | |
| PX-2439 | EPIC_00087876 & EPIC_00087882 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. | |
| PX-2442 | EPIC_00126824, EPIC_00126829-32 & EPIC_00126834-37 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. | |
| PX-2451 | Entire document | Non-public document setting forth confidential third-party financial information.  Detailed non-public pricing and terms of commercial agreements with third parties. | |
| PX-2455 | EPIC_02019148 & EPIC_02019150 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. | |
| PX-2456 | EPIC_02030347 & EPIC_02030355 & EPIC_02030363 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. | |
| PX-2462 | EPIC_03342926, EPIC_03342932, EPIC_03342966, EPIC_03342930, EPIC_03342973 & EPIC_03342974 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. | |
| PX-2463 | EPIC_03349864, EPIC_03349870 & EPIC_03349875 | Detailed non-public pricing and terms of commercial agreements with third parties.  Non-public document setting forth confidential third-party financial information. | |
| PX-2464 | EPIC_03355982-83 & EPIC_03355994-95 | Detailed non-public pricing and terms of commercial agreements with third parties. Non-public document setting forth confidential third-party financial information. | |

| | | | |
|---|---|---|---|
| PX-2465 | EPIC_03682186, EPIC_03682192, EPIC_03682211 | Non-public document setting forth confidential third-party financial information. | |
| PX-2466 | EPIC_03694106, EPIC_03694111 & EPIC_03694116 | Non-public document setting forth confidential third-party financial information. | |
| PX-2469 | EPIC_03967175-76, EPIC_03967198, EPIC_03967200 & EPIC_03967223 | Detailed non-public pricing and terms of commercial agreements with third parties. Non-public and sensitive third-party business information about unannounced future projects. | |
| PX-2473 | EPIC_04044751, EPIC_04044752, EPIC_04044781 & EPIC_04044827 | Non-public document setting forth confidential third-party financial information. | |
| Allison Dep. Tr. | 96:1-97:25 | Non-public document setting forth confidential third-party financial information. | |
| Weissinger Dep. Tr. | 236:4-20, 242:9-23 | Detailed non-public pricing and terms of commercial agreements with third parties. Non-public and sensitive information about future collaboration project with third parties. | |
| DX-3542 | EPIC_01308344 | Contains confidential hashed payment information that if disclosed could allow hackers to analyze the information and commit fraud. | |
| DX-3756 | EPIC_01919578 | Contains information identifying specific Epic confidential fraud controls. | |
| DX-3776 | EPIC_02222908-12, EPIC_02222914 & EPIC_02222916-18 | Includes confidential Purchase ID and Order ID information. If disclosed, this information could allow bad actors to identify information that Epic uses in its verification processes, and work around Epic's anti-cheat and anti-fraud mechanisms. | |
| DX-4191 | EPIC_01495201 | Includes information identifying specific Epic confidential anti-cheat controls | |
| DX-4266 | EPIC_00009962 | Includes information identifying specific Epic confidential fraud controls. | |

| DX-4334 | EPIC_02462831 | Includes information identifying how to submit clawback requests to Epic as a trusted third party, which if disclosed could be used by bad actors to commit fraud; Page 2 includes information identifying specific Epic confidential fraud detection mechanisms. | |
|---|---|---|---|
| DX-4362 | EPIC_00428916-18 | Includes information identifying specific Epic confidential anti-cheat controls. | |
| DX-4472 | EPIC_03345156-58 & EPIC_03345163-64 | Includes information identifying specific Epic fraud detection and mitigation controls. | |

**IT IS SO ORDERED.**

Dated:

X _____

Hon. Yvonne Gonzalez Rogers
United States District Judge

**CERTIFICATE OF SERVICE**

Pursuant to L.R. 5-5, the undersigned certifies that on May 5, 2021, the foregoing motion is being filed and served electronically via the Court's CM/ECF system and served manually on Defendant.

*/s/ M. Brent Byars*