ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
EMILY C. CURRAN-HUBERTY (State Bar
No. 293065)
Emily.Curran-Huberty@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

*Attorneys for Third-Party Respondent
Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>       Plaintiffs Counter-defendant,<br><br>    v.<br><br>APPLE INC.,<br><br>       Defendant,<br>       Counterclaimant, | Case No. 4:20-cv-05640-YGR-TSH<br><br>**ADMINISTRATIVE MOTION OF NON-PARTY FACEBOOK, INC. FOR CLARIFICATION RE: TRIAL ORDER NO. 1 [ECF 594]**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Trial: May 3, 2021 |

1    Non-party Facebook, Inc. ("Facebook") hereby moves for clarification to aid its

2    compliance with the Court's Trial Order No. 1 Re: Stipulations, Media Request, and Remaining

3    Third Party Administrative Motions to Seal (ECF 594).  Page 3, line 17 of the Court's Order

4    states: "EGFB-001160: The redaction at the bottom of the page in the email sent on March 2, 2020

5    at 6:25PM shall be unredacted. The remainder of the page shall be unsealed."  Facebook

6    respectfully seeks to clarify whether the intent of the Court is that all of EGFB-001160 shall be

7    unredacted *except* the redaction at the bottom of the page in the email sent on March 2, 2020 at

8    6:25PM; if the Court intends that the bottom of the page in the email sent on March 2, 2020 at

9    6:25PM shall be *unredacted* while the remainder of the redactions on the page shall remain sealed;

10   or if the Court intends that the entire page remain unredacted.

11

12   DATED:  May 6, 2021                              Respectfully submitted,

13                                                    MUNGER, TOLLES & OLSON LLP

14                                                    By:  _____*/s/ Emily Curran-Huberty*_____

15                                                         EMILY C. CURRAN-HUBERTY
                                                         Attorneys for Third-Party Respondent
16                                                       FACEBOOK, INC.

17

18

19

20

21

22

23

24

25

26

27

28