## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## BENCH TRIAL CIVIL MINUTES

| Date: 5/5/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games  v.  Apple Inc. | |

**TIME:  8:00AM -10:15AM; 10:38AM-12:36PM; 1:15PM-3:18PM**

**Attorney for Plaintiff**:  Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone            **Court Reporter:** DIANE SKILLMAN AND PAM HEBEL

BENCH TRIAL BEGAN**: 5/3/2021**

### PROCEEDINGS
Case called. Discussion with counsel.

**The Court lists exhibits that have been admitted into Evidence as of end of day yesterday (see pages 2 and 3 of Minutes** )

  Motions to Strike re written testimony of Experts- Hearing held and submitted.
Plaintiff attorney: Yonatan Evan and Defendant attorney: Betty Yang

Defendant Apple attorney Jay Srinivasan resumes Cross **of Witness Aashish Patel**.
Plaintiff Epic attorney Wes Earnhardt Redirect of Patel. Re-cross.
Plaintiff Epic Attorney Earnhardt calls **witness Lori Wright** for Direct. Defendant Apple Attorney Srinivasan Cross of witness Wright.  Redirect. Re-cross. RECESS.
Redirect of Witness Wright. Re-cross. Witness Wright excused from stand.
Plaintiff Epic Attorney Katherine Forrest calls **witness Andrew Grant**. RECESS.
Plaintiff Epic Attorney Forrest resumes Direct of Witness Grant.
Defendant Apple Attorney Richard Doren Cross of Witness Grant. Redirect. Witness excused from stand.
Discussion with counsel.  RECESS FOR THE DAY.
**Further Bench Trial Thursday, 5/6/2021 at 8:00am**

**EXHIBITS ADMITTED IN EVIDENCE: partial list- SEE PAGE TWO:**

**Plaintiff:  PX 2476  PX 2311  PX 2618 PX 2619  PX 2621 PX 2622**

**Defendant: DX  3815  DX 5523  DX 5518  DX 5363  DX 4119  DX 4022  DX 4561**

CONTINUED ON PAGE TWO >>>>>>>>>>>>>

**PAGE TWO**

## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/5/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games  v.  Apple Inc. | |

**THE COURT STATES ON THE RECORD TRIAL EXHIBITS THAT HAVE BEEN ADMITTED IN EVIDENCE AS OF 5/4/2021:**

41  42  46  47  79  80  98  99

102  104  111 113  114  115  116  119  131  140  144  176

250  251  252  253  254  255  276

403  404  406  407  408  411  413  414  415  416  417  418  420  421  438

721

863  864  865  869  875  877  880  882  886  888

2374  2421  2455  2456  2456  2463

2776  2777  2778  2790

3068  3069  3083  3094  3098

3125  3129  3166  3193  3199 3293

3359  3364  3393

3433  3437  3448  3451  3464  3467  3478

3519  3536 3556  3582

3620  3657  3660

3712  3724 3743  3756  3764  3768  3774  3777  3782

3818  3822

3901  3951
4010 4011 4018  4022 **4036** 4072

CONTINUED ON PAGE THREE>>>>>>>>

**PAGE THREE**

## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/5/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**THE COURT STATES ON THE RECORD TRIAL EXHIBITS THAT HAVE BEEN ADMITTED IN EVIDENCE AS OF 5/4/2021:**

4136  4142  4149   4270

4304  4308 4322  4325  4033 4061

4419  4435  4457  4463  4477 4493

4519  4579

5535