ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
EMILY C. CURRAN-HUBERTY (State Bar No. 293065)
Emily.Curran-Huberty@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Third-Party Respondent Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiffs Counter-defendant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant, | Case No. 4:20-cv-05640-YGR-TSH<br><br>**ADMINISTRATIVE MOTION OF NON-PARTY FACEBOOK, INC. FOR CLARIFICATION RE: TRIAL ORDER NO. 1 [ECF 594]**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Trial: May 3, 2021 |

1  Non-party Facebook, Inc. ("Facebook") hereby moves for clarification to aid its
2  compliance with the Court's Trial Order No. 1 Re: Stipulations, Media Request, and Remaining
3  Third Party Administrative Motions to Seal (ECF 594).  Page 3, line 17 of the Court's Order
4  states: "EGFB-001160: The redaction at the bottom of the page in the email sent on March 2, 2020
5  at 6:25PM shall be unredacted. The remainder of the page shall be unsealed."  Facebook
6  respectfully seeks to clarify whether the intent of the Court is that all of EGFB-001160 shall be
7  unredacted *except* the redaction at the bottom of the page in the email sent on March 2, 2020 at
8  6:25PM; if the Court intends that the bottom of the page in the email sent on March 2, 2020 at
9  6:25PM shall be *unredacted* while the remainder of the redactions on the page shall remain sealed;
10 or if the Court intends that the entire page remain unredacted.

DATED:  May 6, 2021

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:      */s/ Emily Curran-Huberty*
         EMILY C. CURRAN-HUBERTY
Attorneys for Third-Party Respondent
FACEBOOK, INC.