1  THEODORE J. BOUTROUS JR., SBN 132099
      tboutrous@gibsondunn.com
2  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
3  DANIEL G. SWANSON, SBN 116556
      dswanson@gibsondunn.com
4  JAY P. SRINIVASAN, SBN 181471
      jsrinivasan@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
6  Los Angeles, CA 90071
   Telephone:  213.229.7000
7  Facsimile:  213.229.7520

8  VERONICA S. MOYÉ (Texas Bar No.
   24000092; *pro hac vice*)
9     vmoye@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
10 2100 McKinney Avenue, Suite 1100
   Dallas, TX 75201
11 Telephone:  214.698.3100
   Facsimile:  214.571.2900

MARK A. PERRY, SBN 212532
   mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

ETHAN DETTMER, SBN 196046
   edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
   elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING** |

This matter is before the Court on Defendant and Counterclaimant Apple Inc.'s Motion for an Adverse Credibility Finding. Upon consideration of the parties' briefs and the relevant authorities cited therein, the Court finds that Lori Wright failed to make a sufficient production of relevant documents to Apple prior to her deposition or even prior to trial. The Court previously stated that failure to "adequately and timely produce such documents" could result in an adverse credibility finding. Dkt. 437 at 4. Therefore, the Court finds Ms. Wright's testimony not to be credible.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                        YVONNE GONZALEZ ROGERS
                                                        UNITED STATES DISTRICT JUDGE