# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# BENCH TRIAL CIVIL MINUTES

| Date: 5/6/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**TIME:  8:00AM -10:15AM; 10:39AM-12:36PM; 1:15PM-3:21PM**

**Attorney for Plaintiff**:  Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone                **Court Reporter:** DIANE SKILLMAN AND PAM HEBEL

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel.
Plaintiff Epic attorney Brent Byars calls **Witness Thomas Ko** for Direct.  Defendant Apple attorney  Jay Srinivasan Cross of Witness Ko. Discussion with counsel.
Plaintiff Epic attorney Katherine Forrest  **calls witness Matthew Fischer** for Direct.  RECESS. Plaintiff  Epic attorney Forrest resumes direct of witness Fischer.  Defendant Apple attorney Srinivasan Cross of witness Fischer.  Redirect. RECESS. Resume Redirect of Fischer.  Witness Excused.  Plaintiff Epic attorney Lauren Miskowitz **calls witness Trystan Kosmynka** for Direct. Witness excused for the day.  Discussion with counsel.
RECESS for the day.
**Further Bench Trial Friday, May 7, 2021 at 8:00 AM.**

**EXHIBITS ADMITTED IN EVIDENCE:**

**Plaintiff:**
**006**
**0052**
**0060**
**0061**
**0072**
**0112**
**0827**
**0854**

**PX 6**
**PX56**
**PX 57**
*CONTINUED ON PAGE TWO>>>>>>>*

## PAGE TWO
## BENCH TRIAL CIVIL MINUTES

| Date: 5/6/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games Inc. v. Apple Inc. | |

**EXHIBITS ADMITTED IN EVIDENCE:**

**PX 58**
**PX 59**
**PX 63**
**PX 64**
**PX 66**

**PX 146**
**PX 174**
**PX 197**
**PX 198**

**PX 257**

**PX 300**
**PX 301**
**PX 305**
**PX 314**

**PX 413**
**PX 422**
**PX 452**

**PX 858**

**PX 2052**
**PX 2062**

**PX 2173**
**PX 2190**
**PX 2197**

**PX 2284**

**PX 2451 – provisionally admitted**

*CONTINUED ON PAGE THREE>>>>>*

**PAGE THREE**
**BENCH TRIAL CIVIL MINUTES**

| **Date:** 5/6/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games Inc. v. Apple Inc. | |

**EXHIBITS ADMITTED IN EVIDENCE:**

**Plaintiff:**
PX 2951
PX 2952
PX 2953


**Defendant:**

DX 4373
DX 4496
DX 3472
DX 4178
DX 3422

**PAGE TWO**

## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/5/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |