Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

*Interim Lead Class Counsel in* Cameron, et. al
v. Apple Inc., *Case No. 4:19-cv-03074-YGR*

Rachele R. Byrd (190634)
Brittany N. DeJong (258766)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
dejong@whafh.com

Mark C. Rifkin (*pro hac vice*)
Matthew M. Guiney (*pro hac vice*)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer
Plaintiffs in* In re Apple iPhone Antitrust Litig.
*Case No. 4:11-cv-06714-YGR*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

EPIC GAMES, INC.,

                Plaintiff, Counter-Defendant

       v.

APPLE INC.,

          Defendant, Counterclaimant.

Case No. 4:20-cv-05640-YGR-TSH

**CLASS PLAINTIFFS' SCHEDULE RE: IN-PERSON ATTENDANCE AT TRIAL, WEEK OF MAY 10, 2021**

1    Pursuant to the Court's Pretrial Order No. 5 in *Epic Games, Inc. v. Apple Inc.*, N.D. Cal. No.

2   4:20-cv-05640-YGR, counsel for the developer class plaintiffs in *Cameron v. Apple Inc.*, N.D. Cal.

3   No. 4:19-cv-03074-YGR, and counsel for the consumer class plaintiffs in *In re Apple iPhone*

4   *Antitrust Litig.*, N.D. Cal. No. 4:11-cv-06714-YGR, hereby provide the Court with the names of the

5   specific individual attorneys that will attend each day during Week 2 of the *Epic v. Apple* trial (May

6   10th through May 14th, 2021):

| Trial Dav | Designated Counsel |
|---|---|
| Monday, May 10, 2021 | Brittany N. DeJong<br>*Wolf Haldenstein Adler Freeman & Herz LLP* |
| Tuesday, May 11, 2021 | Mark C. Rifkin<br>*Wolf Haldenstein Adler Freeman & Herz LLP* |
| Wednesday, May 12, 2021 | Mark C. Rifkin<br>*Wolf Haldenstein Adler Freeman & Herz LLP* |
| Thursday, May 13, 2021 | Ben Harrington<br>*Hagens Berman Sobol Shapiro LLP* |
| Friday, May 14, 2021 | Benjamin J. Siegel<br>*Hagens Berman Sobol Shapiro LLP* |

DATED: May 7, 2021                          Respectfully submitted,


By:    */s/ Steve W. Berman*
        STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBNN 260260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

1  shanas@hbsslaw.com
2  bens@hbsslaw.com

3  **_Interim Lead Class Counsel_ in**
   **Cameron, et al. v. Apple Inc.,**
4  **_Case No. 4:19-cv-03074-YGR_**

5

   By:   ___/s/ Rachele R. Byrd_____
6

7  Rachele R. Byrd (190634)
   Brittany N. DeJong (258766)
8  WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
9  750 B Street, Suite 1820
   San Diego, CA 92101
10 Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
11 byrd@whafh.com
   dejong@whafh.com
12

13 Mark C. Rifkin (*pro hac vice*)
   Matthew M. Guiney (*pro hac vice*)
14 WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
15 270 Madison Avenue
   New York, NY 10016
16 Telephone: (212) 545-4600
   Facsimile: (212) 686-0114
17 rifkin@whafh.com
   guiney@whafh.com
18

19 **_Interim Class Counsel for the Consumer Plaintiffs_ in**
   **In re Apple iPhone Antitrust Litig.,**
20 **_Case No. 4:11-cv-06714-YGR_**

21

22

23

24

25

26

27

28

## **E-FILLING ATTTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

By:   */s/ Steve W. Berman*
STEVE W. BERMAN (*pro hac vice*)