THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
vmoyé@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 20-CV-05640-YGR <br><br> **NOTICE RE SAMSUNG REQUEST TO SEAL MAY 4, 2021 TRIAL TRANSCRIPT** <br><br> The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the parties have conferred regarding sealing the May 4, 2021 trial transcript, as directed by the Court, and have also communicated with Samsung on the same topic. The parties and Samsung hereby submit different proposals for sealing:

Epic does not object to the redactions proposed by Apple or Samsung.

Apple proposes sealing:

- the specific numerals referenced at page 203, lines 16, 20, and 21; page 205, line 16; and page 211, line 18;
- following the comma in page 209, line 13 through line 16;
- page 209, lines 21-22 in their entirety;
- following "that" in page 210, line 5 through line 7; and
- page 211, line 8 in its entirety.

Samsung proposes sealing:

- the specific numerals referenced at page 203, lines 1, 16, 20, and 21; page 205, line 16; and page 211, line 18;
- page 203, line 18 in its entirety;
- following the comma in page 204, line 25 through line 2;
- following the comma in page 205, line 3 through line 4;
- following the comma in page 209, line 13 through line 16;
- page 209, lines 18-22 in their entirety;
- following "that" in page 210, line 5 through line 7;
- following the comma in page 211, line 5 through line 9; and
- following "disclosed" in page 211, line 10 until "correct" in line 11.

Attached as Exhibit A is the related correspondence between counsel for Samsung and counsel for Apple on this issue.

Respectfully submitted,

DATED: May 9, 2021                      GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Ethan Dettmer
            Ethan Dettmer

*Attorneys for Defendant Apple Inc.*