PAGES 1 - 17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE**

EPIC GAMES, INC., )
)
PLAINTIFF, ) NO. C-20-5640 YGR
)
VS. )
)
APPLE, INC., ) OAKLAND, CALIFORNIA
)
DEFENDANT. ) BENCH TRIAL
______________________________)
APPLE, INC., )
) VOLUME 1 - 16
COUNTERCLAIMANT, )
VS. ) PAGES 1 - 4193
)
EPIC GAMES, INC., ) MASTER INDEX
)
COUNTER-DEFENDANT. )
______________________________)

**MASTER INDEX OF PROCEEDINGS**

(APPEARANCES LISTED ON EACH VOLUME)

REPORTED BY: DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
PAMELA BATALO-HEBEL, CSR 3593, RMR, FCRR
RAYNEE MERCADO, CSR 8258 RMR, CRR, FCRR

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

| DATE | PAGE | VOL. |
|---|---|---|
| MONDAY, MAY 3, 2021 | 1 - 214 (202- 212 SEALED) | 1 |
| TUESDAY, MAY 4, 2021 | 215 - 480 (481 - 486 SEALED) | 2 |
| WEDNESDAY, MAY 5, 2021 | 486 - 777 (586 -588 SEALED) | 3 |
| THURSDAY, MAY 6, 2021 | 778 - 1052 (824 - 828 SEALED) | 4 |
| FRIDAY, MAY 7, 2021 | 1053 - 1318 | 5 |
| MONDAY, MAY 10, 2021 | 1319 - 1583 | 6 |
| TUESDAY, MAY 11, 2021 | 1584 - 1826 (1729 - 1741 SEALED) | 7 |
| WEDNESDAY, MAY 12, 2021 | 1827 - 2098A | 8 |
| THURSDAY, MAY 13, 2021 | 2097 - 2346 (2335 - 2346 SEALED) | 9 |
| FRIDAY, MAY 14, 2021 | 2347 - 2610 (2438 - 2450 SEALED) | 10 |
| MONDAY, MAY 17, 2021 | 2612 - 2905 | 11 |
| TUESDAY, MAY 18, 2021 | 2906 - 3209 | 12 |
| WEDNESDAY, MAY 19, 2021 | 3219 - 3511 | 13 |
| THURSDAY, MAY 20, 2021 | 3512 - 3826 | 14 |
| FRIDAY, MAY 21, 2021 | 3827 - 4052 (3998 - 4014 SEALED) | 15 |
| MONDAY, MAY 22, 2021 | 4053 - 4192 | 16 |
| | | |
| OPENING STATEMENT - MS. FORREST | 11 | 1 |
| OPENING STATEMENT - MS. DUNN | 49 | 1 |
| CLOSING ARGUMENT | | 16 |

| **PLAINTIFF'S WITNESSES:** | **PAGE** | **VOL.** |
|---|---|---|
| **ALLISON, STEVEN** | | |
| DIRECT EXAMINATION BY MR. CLARKE | 1194 | 5 |
| CROSS-EXAMINATION BY MS. DUNN | 1235 | 5 |
| REDIRECT EXAMINATION BY MR. CLARKE | 1274 | 5 |
| RECROSS-EXAMINATION BY MS. DUNN | 1280 | 5 |
| FURTHER REDIRECT EXAMINATION BY MR. CLARKE | 1284 | 5 |
| **ATHEY, SUSAN** | | |
| DIRECT EXAMINATION BY MR. EVEN | 1749 | 7 |
| CROSS-EXAMINATION BY MS. DUNN | 1793 | 7 |
| CROSS-EXAMINATION BY MS. DUNN (RESUMED) | 1836 | 8 |
| REDIRECT EXAMINATION BY MR. EVEN | 1864 | 8 |
| **EVANS, DAVID** | | |
| DIRECT EXAMINATION BY MR. BORNSTEIN | 1448 | 6 |
| DIRECT EXAMINATION BY MR. BORNSTEIN (RESUMED) | 1595 | 7 |
| CROSS-EXAMINATION BY MR. SWANSON | 1610 | 7 |
| REDIRECT EXAMINATION BY MR. BORNSTEIN | 1702 | 7 |
| (SEALED PROCEEDINGS) | | |
| CROSS-EXAMINATION BY MR. SWANSON | 1730 | 7 |
| REDIRECT EXAMINATION BY MR. BORNSTEIN | 1737 | 7 |
| RECROSS-EXAMINATION BY MR. SWANSON | 1738 | 7 |
| FURTHER REDIRECT EXAMINATION BY MR. BORNSTEIN | 1741 | 7 |
| (OPEN COURT PROCEEDINGS) | | |
| EXAMINATION BY THE COURT | 1742 | 7 |
| FURTHER REDIRECT EXAMINATION BY MR. BORNSTEIN | 1744 | 7 |

| PLAINTIFF'S WITNESSES: | PAGE | VOL. |
|---|---|---|
| **EVANS, DAVID** (RESUMED) | | |
| FURTHER RECROSS-EXAMINATION BY MR. SWANSON | 1744 | 7 |
| FURTHER REDIRECT EXAMINATION BY MR. BORNSTEIN | 1745 | 7 |
| **FISCHER, MATTHEW** | | |
| DIRECT EXAMINATION BY MS. FORREST | 833 | 4 |
| CROSS-EXAMINATION BY MR. SRINIVASAN | 920 | 4 |
| REDIRECT EXAMINATION BY MS. FORREST | 960 | 4 |
| **GRANT, ANDREW** | | |
| DIRECT EXAMINATION BY MS. FORREST | 660 | 3 |
| CROSS-EXAMINATION BY MR. DOREN | 738 | 3 |
| REDIRECT EXAMINATION BY MS. FORREST | 769 | 3 |
| **KO, THOMAS** | | |
| DIRECT EXAMINATION BY MR. BYARS | 797 | 4 |
| CROSS-EXAMINATION BY MR. SRINIVASAN | 813 | 4 |
| CROSS-EXAMINATION BY MR. SRINIVASAN (SEALED) | 824 | 4 |
| **KOSMYNKA, TRYSTAN** | | |
| DIRECT EXAMINATION BY MS. MOSKOWITZ | 981 | 4 |
| CROSS-EXAMINATION BY MS. MOYE | 1031 | 4 |
| CROSS-EXAMINATION BY MS. MOYE (RESUMED) | 1070 | 5 |
| REDIRECT EXAMINATION BY MS. MOSKOWITZ | 1125 | 5 |
| RECROSS-EXAMINATION BY MS. MOYE | 1179 | 5 |
| FURTHER REDIRECT EXAMINATION BY MS. MOSKOWITZ | 1192 | 5 |

| **PLAINTIFF'S WITNESSES:** | **PAGE** | **VOL.** |
| --- | --- | --- |
| **PATEL, AASHISH** | | |
| DIRECT EXAMINATION BY MR. EARNHARDT | 421 | 2 |
| CROSS-EXAMINATION BY MR. SRINIVASAN | 452 | 2 |
| (SEALED PROCEEDINGS) | | |
| REDIRECT EXAMINATION BY MR. EARNHARDT | 481 | 2 |
| RECROSS-EXAMINATION BY MR. SRINIVASAN | 485 | 2 |
| (OPEN COURT PROCEEDINGS) | | |
| CROSS-EXAMINATION BY MR. SRINIVASAN (RESUMED) | 522 | 3 |
| REDIRECT EXAMINATION BY MR. EARNHARDT | 527 | 3 |
| RECROSS-EXAMINATION BY MR. SRINIVASAN | 532 | 3 |
| **SIMON, BENJAMIN** | | |
| DIRECT EXAMINATION BY MR. EARNHARDT | 349 | 2 |
| CROSS-EXAMINATION BY MS. DEARBORN | 397 | 2 |
| REDIRECT EXAMINATION BY MR. EARNHARDT | 412 | 2 |
| EXAMINATION BY THE COURT | 416 | 2 |
| **SWEENEY, TIMOTHY** | | |
| DIRECT EXAMINATION BY MS. FORREST | 87 | 1 |
| CROSS-EXAMINATION BY MR. DOREN | 159 | 1 |
| CROSS-EXAMINATION BY MR. DOREN (RESUMED) | 225 | 2 |
| REDIRECT EXAMINATION BY MS. FORREST | 303 | 2 |
| RECROSS-EXAMINATION BY MR. DOREN | 342 | 2 |
| EXAMINATION BY THE COURT | 345 | 2 |

| **PLAINTIFF'S WITNESSES:** | **PAGE** | **VOL.** |
|---|---|---|
| **WEISSINGER, MATTHEW** | | |
| DIRECT EXAMINATION BY MS. MOSKOWITZ | 1286 | 5 |
| DIRECT EXAMINATION BY MS. MOSKOWITZ (RESUMED) | 1331 | 6 |
| CROSS-EXAMINATION BY MR. DOREN | 1352 | 6 |
| REDIRECT EXAMINATION BY MS. MOSKOWITZ | 1437 | 6 |
| RECROSS-EXAMINATION BY MR. DOREN | 1444 | 6 |
| **WRIGHT, LORI** | | |
| DIRECT EXAMINATION BY MR. EARNHARDT | 533 | 3 |
| CROSS-EXAMINATION BY MR. SRINIVASAN | 579 | 3 |
| (SEALED PROCEEDINGS) | | |
| DIRECT EXAMINATION BY MR. EARNHARDT | 586 | 3 |
| (OPEN COURT PROCEEDINGS) | | |
| CROSS-EXAMINATION BY MR. SRINIVASAN (RESUMED) | 589 | 3 |
| REDIRECT EXAMINATION BY MR. EARNHARDT | 648 | 3 |
| RECROSS-EXAMINATION BY MR. SRINIVASAN | 658 | 3 |

| PLAINTIFF'S EXHIBITS: | PAGE | VOL. |
|---|---|---|
| 0006 | 1001 | 4 |
| 0052 | 832 | 4 |
| 0056 | 985/989 | 4 |
| 0056A | 2979 | 12 |
| 0057 | 836 | 4 |
| 0058 | 838/1582 | 4/6 |
| 0059 | 862 | 4 |
| 0060 | 832 | 4 |
| 0061 | 832 | 4 |
| 0063 | 894 | 4 |
| 0064 | 900 | 4 |
| 0066 | 892 | 4 |
| 0072 | 832 | 4 |
| 0089 | 3854 | 15 |
| 0101 | 2998 | 12 |
| 0108 | 3001 | 12 |
| 0112 | 832 | 4 |
| 0131 | 1170 | 5 |
| 0146 | 844 | 4 |
| 0197 | 846 | 4 |
| 0198 | 846 | 4 |
| 0202 | 991 | 4 |
| 0257 | 1019 | 4 |
| 0300 | 1023 | 4 |

| **PLAINTIFF'S EXHIBITS:** | **PAGE** | **VOL.** |
|---|---|---|
| 0301 | 1004 | 4 |
| 0305 | 1012 | 4 |
| 0314 | 988 | 4 |
| 0315 | 1179 | 5 |
| 0326 | 1136 | 5 |
| 0335 | 1122 | 5 |
| 0364 | 1164 | 5 |
| 0365 | 1168 | 5 |
| 0371 | 1163 | 5 |
| 0372 | 1160 | 5 |
| 0422 | 847 | 4 |
| 0442 | 1146 | 5 |
| 0446 | 1147 | 5 |
| 0452 | 3335 | 13 |
| 0464 | 3490 | 13 |
| 0465 | 3487 | 12 |
| 0505 | 2975 | 12 |
| 0625 | 3341 | 13 |
| 0634 | 3329 | 13 |
| 0721 | 444 | 2 |
| 0741 | 3486 | 13 |
| 0827 | 832 | 4 |
| 0842 | 2987 | 12 |
| 0854 | 834 | 4 |

| PLAINTIFF'S EXHIBITS: | PAGE | VOL. |
| --- | --- | --- |
| 0856 | 3334 | 13 |
| 0858 | 1030 | 4 |
| 0879 | 2971 | 12 |
| 0890 | 2969 | 12 |
| 0897 | 3128 | 12 |
| 1085-1092 | 2505 | 10 |
| 1182 | 3716 | 14 |
| 1183 | 3716 | 14 |
| 1220 | 3494 | 13 |
| 1667 | 3976 | 15 |
| 1677 | 3894 | 15 |
| 1678 | 3943 | 15 |
| 1701 | 3958 | 15 |
| 1703 | 3983 | 15 |
| 1709 | 3960 | 15 |
| 1714 | 3985 | 15 |
| 1813 | 3193 | 12 |
| 1815 | 3194 | 12 |
| 1817 | 2964 | 12 |
| 1818 | 3191 | 12 |
| 1849 | 3103 | 12 |
| 1854 | 3137 | 12 |
| 1855 | 3138 | 12 |
| 1856 | 3138 | 12 |

| **PLAINTIFF'S EXHIBITS:** | **PAGE** | **VOL.** |
|---|---|---|
| 1883 | 3118 | 12 |
| 1890 | 3016 | 12 |
| 1891 | 2946 | 12 |
| 1893 | 2945 | 12 |
| 1894 | 3014 | 12 |
| 1895 | 3013 | 12 |
| 1896 | 3043 | 12 |
| 1897 | 3048 | 12 |
| 1899 | 3069 | 12 |
| 1901 | 3057 | 12 |
| 1906 | 3035 | 12 |
| 1907 | 3030 | 12 |
| 1908 | 3029 | 12 |
| 1909 | 3070 | 12 |
| 1910 | 3068 | 12 |
| 1913 | 3052 | 12 |
| 1914 | 3050 | 12 |
| 1916 | 3032 | 12 |
| 1917 | 3027 | 12 |
| 1922 | 3041 | 12 |
| 1932 | 3024 | 12 |
| 1937 | 3003 | 12 |
| 1938 | 3005 | 12 |
| 1939 | 3008 | 12 |

| PLAINTIFF'S EXHIBITS: | PAGE | VOL. |
|---|---|---|
| 1940 | 3008 | 12 |
| 1941 | 3010 | 12 |
| 1947 | 3011 | 12 |
| 1948 | 3012 | 12 |
| 1949 | 3010 | 12 |
| 1950 | 3012 | 12 |
| 1978 | 3083 | 12 |
| 2029 | 1159 | 5 |
| 2052 | 995 | 4 |
| 2057 | 3135 | 12 |
| 2060 | 856 | 4 |
| 2062 | 886 | 4 |
| 2084 | 1156 | 5 |
| 2125 | 3324 | 13 |
| 2173 | 918 | 4 |
| 2185 | 858 | 4 |
| 2190 | 899 | 4 |
| 2194 | 3114 | 12 |
| 2197 | 895 | 4 |
| 2202 | 3095 | 12 |
| 2235 | 1133 | 5 |
| 2273 | 3123 | 12 |
| 2274 | 3133 | 12 |
| 2284 | 879 | 4 |

| PLAINTIFF'S EXHIBITS: | PAGE | VOL. |
|---|---|---|
| 2303 | 3062 | 12 |
| 2311 | 573 | 3 |
| 2316 | 2977 | 12 |
| 2338 | 3034 | 12 |
| 2356 | 2983 | 12 |
| 2362 | 3327 | 13 |
| 2366 | 3093 | 12 |
| 2371 | 1173 | 5 |
| 2374 | 340 | 2 |
| 2385 | 2497 | 10 |
| 2386 | 3489 | 13 |
| 2389 | 3054 | 12 |
| 2390 | 4003 | 15 |
| 2421 | 341 | 2 |
| 2435 | 1344 | 6 |
| 2451 (PROVISIONALLY ADMITTED) | 810 | 4 |
| 2455 | 115 | 1 |
| 2456 | 115 | 1 |
| 2463 | 115 | 1 |
| 2469 | 1217 | 5 |
| 2476 | 544 | 3 |
| 2545 | 2505 | 10 |
| 2547 | 2505 | 10 |
| 2618 | 721 | 3 |

| PLAINTIFF'S EXHIBITS: | PAGE | VOL. |
|---|---|---|
| 2619 | 721 | 3 |
| 2621 | 722 | 3 |
| 2622 | 723 | 3 |
| 2624 | 1582 | 6 |
| 2776 | 142 | 1 |
| 2777 | 142 | 1 |
| 2778 | 142 | 1 |
| 2783 | 1314 | 5 |
| 2790 | 361 | 2 |
| 2943 | 3298 | 13 |
| 2951 | 972/973 | 4 |
| 2953 | 974 | 4 |
| 5547 | 3716 | 14 |

| DEFENDANT'S EXHIBITS: | PAGE | VOL. |
|---|---|---|
| 2282 | 3478 | 13 |
| 2519 | 3419 | 13 |
| 2624 | 411 | 2 |
| 3060 | 3099 | 12 |
| 3098 | 251 | 2 |
| 3125 | 235 | 2 |
| 3134 | 3628 | 14 |
| 3199 | 256 | 2 |
| 3222 | 1398 | 6 |
| 3233 | 1392 | 6 |

| DEFENDANT'S EXHIBITS: | PAGE | VOL. |
|---|---|---|
| 3254 | 1404 | 6 |
| 3297 | 1421 | 6 |
| 3305 | 3523 | 14 |
| 3370 | 3716 | 14 |
| 3399 | 1244 | 5 |
| 3422 | 930 | 4 |
| 3426 | 2721 | 11 |
| 3427 (SEALED) | 826 | 4 |
| 3457 | 1396 | 6 |
| 3462 | 2923 | 12 |
| 3478 | 296 | 2 |
| 3620 (SEALED) | 213 | 1 |
| 3636 | 946 | 4 |
| 3641 | 1418 | 6 |
| 3647 | 934 | 4 |
| 3661 | 3262 | 13 |
| 3681 | 1268 | 5 |
| 3724 | 301 | 2 |
| 3734 | 4192 | 16 |
| 3758 | 3256 | 13 |
| 3768 | 247 | 2 |
| 3774 | 301 | 2 |
| 3815 | 526 | 3 |
| 3933 | 1417 | 4 |

| DEFENDANT'S EXHIBITS: | PAGE | VOL. |
|---|---|---|
| 3955 | 1282 | 5 |
| 3993 | 1261 | 5 |
| 4022 | 758 | 3 |
| 4036 | 344 | 2 |
| 4080 | 3624 | 14 |
| 4119 | 752 | 3 |
| 4138 | 1426 | 6 |
| 4167 | 1422 | 6 |
| 4177 | 1417 | 6 |
| 4178 | 860 | 4 |
| 4192 | 2783 | 11 |
| 4235 | 4025 | 15 |
| 4287 | 2756 | 11 |
| 4327 | 3254/4045 | 13/15 |
| 4361 | 279 | 2 |
| 4374 | 1038/1582 | 4/6 |
| 4399 | 1139 | 5 |
| 4400 | 3074 | 12 |
| 4419 | 284 | 2 |
| 4457 (SEALED) | 206 | 1 |
| 4477 | 151 | 1 |
| 4561 | 766 | 3 |
| 4566 | 2731 | 11 |
| 4579 | 292 | 2 |

| DEFENDANT'S EXHIBITS: | WITHDRAWN | PAGE | VOL. |
|---|---|---|---|
| 4608 | | 2846 | 11 |
| 4638 | | 1252 | 5 |
| 4652 | | 1437 | 6 |
| 4876 | | 3624 | 14 |
| 4880 | | 3719 | 14 |
| 5338 | 4052 | 4047 | 15 |
| 5363 | | 644 | 3 |
| 5441 | 4192 | | 16 |
| 5447 | | 4192 | 16 |
| 5467 | | 1047 | 4 |
| 5492 | | 3454 | 13 |
| 5505 | | 411/1582 | 2/6 |
| 5518 | | 627 | 3 |
| 5528 | | 560 | 3 |
| 5532 | | 657 | 3 |
| 5535 | | 194 | 1 |
| 5536 | | 1245 | 5 |
| 5539 | | 1365 | 6 |
| 5540 | | 1381 | 6 |
| 5541 | | 1361 | 6 |
| 5544 | | 1373 | 6 |
| 5547 | 4192 | | 16 |
| 5548 | | 1877 | 8 |
| 5549 | | 1625 | 7 |

| DEFENDANT'S EXHIBITS: | WITHDRAWN | PAGE | VOL. |
|---|---|---|---|
| 5550 | | 1626 | 7 |
| 5551 | | 1676 | 7 |
| 5555 | | 2830 | 11 |
| 5561 | | 2666 | 11 |
| 5562 | | 2649 | 11 |
| 5568 | | 3158 | 12 |
| 5573 | | 3887 | 15 |
| 5627 | | 2826 | 11 |

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC