# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/7/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME:  8:00AM -10:15AM; 10:35AM-12:34PM; 1:15PM-3:17PM**

**Attorney for Plaintiff**:  Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone                **Court Reporter:** DIANE SKILLMAN AND PAM HEBEL

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel.
Court lists on the record exhibits admitted in evidence up to today. [SEE PAGES 2 through 4 ]

Defendant Apple attorney Veronica Moye resumes Cross of witness Trystan Kosmynka. Plaintiff Epic attorney Lauren Moskowitz Redirect of Kosmynka. Re-Cross. Redirect. Plaintiff Epic Attorney Justin Clark calls witness  Steve Allison for Direct.  RECESS.  Plaintff Epic attorney Clark resumes Direct of witness Allison.  Defendant Apple Attorney Karen Dunn Cross of witness Allison. Redirect. Re-Cross. Redirect. Plaintiff Epic Attorney Moskowitz calls witness Matthew Weissinger for Direct.
Witness excused for the day. Discussion with counsel. RECESS for the day.

**Further Bench Trial Monday , May 10, 2021 at 8:00 AM.**

**EXHIBITS ADMITTED IN EVIDENCE:**

**Plaintiff:**
**PX** 335  PX 2235  PX 326  PX 442  PX 446  PX 2084 PX 2029  PX 372  PX 371  PX 364  PX 365  PX 131  PX 2371  PX 315  PX 2783  PX 2469

**Defendant:**
DX 3399 DX 5536  DX 4638  DX 3993  DX 3681  DX 3955[portion subject to sealing]


**\*\*SEE PAGES 2 AND 3 FOR LIST OF EXHIBITS ADMITTED IN EVIDENCE ON THE RECORD UP TO 5/7/2021 DATE**

*CONTINUED ON PAGE TWO>>>>>>>*

## PAGE TWO
## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/7/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games Inc. v. Apple Inc. | |

**EXHIBITS ADMITTED IN EVIDENCE AS STATED ON THE RECORD BY THE COURT:**

**EXHIBITS ADMITTED ON 5/5/2021:**
3815
2476
5523
2311
5578
5532
2618
2619
2621
2622
4119
2622
4119
4022
4561
5363

[Exhibit 4036 was admitted on 5/4/21 and is listed on page 3 of the Minutes Dkt. No. 600 ]

**EXHIBITS ADMITTED ON 5/6/2021:**
2451
2452
4496
3472
06
52
60
61
72
112
201
202
827
854
57     CONTINUED ON PAGE THREE>>>>>>>

**PAGE THREE**
**BENCH TRIAL CIVIL MINUTES**

| **Date:** 5/7/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games Inc. v. Apple Inc. | |

**EXHIBITS ADMITTED ON 5/6/2021:**
146
197
198
422
2185
2281
4178
59
57
2060
4496
3472
2284
2062
66
63
2197
2190
64
174
2717
2016
2173
3422
3642
3636
2951
2952
2953
202
314
56
2052
6
305
257

**CONTINUED ON PAGE FOUR >>>>>**

**PAGE FOUR**
**BENCH TRIAL CIVIL MINUTES**

| Date: 5/7/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games Inc.  v.  Apple Inc. | |

300
858
4374
5467

64
**PENDING:**   63  67  744