|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | OAKLAND DIVISION | |
| 11 | | |
| 12 | EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR |
| 13 | PLAINTIFF and COUNTER-DEFENDANT, | **[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DX-3464** |
| 15 | V. | |
| 16 | APPLE, INC., | |
| 17 | DEFENDANT and COUNTER-CLAIMANT. | |

1   On May 10, 2021, Non-Party Nintendo of America Inc. ("NOA") filed an Administrative Motion to Seal Portions of DX-3464.  Through its Motion, NOA moves to seal material in the portion of DX-3464 labeled EPIC_04503637-62 (Exhibit 1 to the Motion) that is highlighted in the unredacted (sealed) version submitted to the Court and redacted from the public version submitted to the Court.

Having considered NOA's Motion and supporting declaration,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the information highlighted in the unredacted (sealed) version of the portion of DX-3464 labeled EPIC_04503637-62 (Exhibit 1 to the Motion) is sealed and shall remain under seal.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Honorable Yvonne Gonzalez-Rogers
United States District Judge
Northern District of California