1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                            OAKLAND DIVISION
11

| | |
|---|---|
| 12 EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR |
| 13                 PLAINTIFF and | **[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC.'S** |
| 14                 COUNTER-DEFENDANT, | **NOTICE OF MOTION AND MOTION FOR LEAVE TO SEEK** |
| 15        V. | **RECONSIDERATION REGARDING SEALING PORTIONS OF THE KREINER** |
| 16 APPLE, INC., | **DEPOSITION** |
| 17                 DEFENDANT and | |
| 18                 COUNTER-CLAIMANT. | |

19
20
21
22
23
24
25
26
27
28

1  On May 10, 2021, Non-Party Nintendo of America Inc. ("NOA") filed a Notice of Motion

2  and Motion for Leave to Seek Reconsideration Regarding Sealing Portions of the Kreiner

3  Deposition.  Through its Motion, NOA seeks leave to request reconsideration of the Court's

4  decision not to seal Kreiner Deposition 82:14-83:3 and 83:12-16.

5  Having considered NOA's Motion and supporting declaration,

6  IT IS HEREBY ORDERED THAT the Motion is GRANTED.

7  IT IS SO ORDERED.

8

9  Dated: _____, 2021

10  _____

    Honorable Yvonne Gonzalez-Rogers
11  United States District Judge
    Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC.'S NOTICE OF MOTION
AND MOTION FOR LEAVE