FILED
May 10 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

    *Plaintiff, Counter-defendant*

v.

APPLE INC.,

    *Defendant, Counter-claimant*

Case No. 4:20-cv-05640-YGR-TSH

[PROPOSED] ORDER RE: MOTION TO SEAL

Apple Inc.'s April 27, 2021 motion to seal is granted. The following document will be partially sealed:

| Document | Redacted Material |
|---|---|
| Deposition Testimony Excerpts in Support of Joint Discovery Letter Brief Regarding the Clawback of Documents | Cue Dep. at 133:13 |

Dated:  5/10/2021    , 2021

THOMAS S. HIXSON
United States Magistrate Judge

Gibson, Dunn &
Crutcher LLP