DocuSign Envelope ID: 7430788F-E573-43FF-9CB2-1C0BCE78D1FC

YI (EVA) YANG (BAR NO. 306215)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
eva.yang@nortonrosefulbright.com

Attorney For Non-Party
PAYPAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>           Plaintiff, Counter-defendant,<br><br>     v.<br><br>APPLE INC.,<br><br>           Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF BRIAN SIMS IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL** |

# DECLARATION OF BRIAN SIMS

I, Brian Sims, declare as follows:

1. I am the Senior Director and Associate General Counsel of PayPal, Inc. I am over 18 years of age and am competent to testify to the matters set forth herein. I am familiar with PayPal's policies and procedures regarding its protection and treatment of highly sensitive, confidential, and proprietary business information. As such, I have personal knowledge of the matters set forth herein, and, if called upon, would testify competently and truthfully to the matters set forth herein.

2. I make this declaration in partial support of Epic Games, Inc.'s Administrative Motion to Seal Limited Portions of the Parties' Trial Exhibits and Any References at Trial to the Information Sought To Be Sealed ("Motion"), and specifically, with regard to Exhibit No. PX-2451. As stated below and identified in the accompanying Proposed Order, PayPal only seeks to seal and redact limited portions ("Redacted Information") of Exhibit PX-2451 ("Response to RFP") to protect PayPal's confidential and competitively sensitive and/or proprietary information.

3. The Response to RFP is a business proposal to Epic concerning PayPal's payment processing services. It contains PayPal's specific answers to questions posed by Epic, certain support and escalation contacts, and a custom-made presentation deck outlining an overview of PayPal's services that are specially offered to Epic.

4. The Redacted Information on page 15, 16, and 38 contains information regarding PayPal's "Gateway Uptime" used to measure the contractual commitments made to its merchant partners as the minimum level of service. This information is competitively sensitive as it directly reflects PayPal's confidential business strategy and decisions regarding its service commitment.

5. PayPal also seeks to redact the number of Latam users by region on page 3. PayPal only seeks to redact the number of Latam users as such information is kept confidential and PayPal does not disclose or release this information publicly. If such information were made public, it would cause competitive harm to PayPal as it reflects recent metrics of PayPal's growth and business strategy in a specific region.

6. PayPal further seeks to redact personal identifying information of certain PayPal

employees. The confidential identifying information of PayPal employees contain their phone numbers and e-mail addresses, which are not publicly available to protect their privacy. PayPal is not seeking to seal the names of these employees.

7. PayPal expends significant efforts to keep the Redacted Information confidential. The Redacted Information is not available to the public and, as evident by Epic's pending Motion, Epic understands and acknowledges that it is to keep the information confidential. If the Redacted Information were to be made public, PayPal's competitors and/or other parties would gain first-hand knowledge to proprietary information, which would cause PayPal competitive harm. Competitors can use this information to gain an unfair competitive advantage, or otherwise try to put themselves in an advantageous position using PayPal's proprietary information. Furthermore, certain PayPal employees would be harmed by exposing their personal identifying information to the public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May, 2021, at Baltimore County, Maryland.



Brian Sims

DOCUMENT PREPARED ON RECYCLED PAPER

102312702.1 - 3 - 4:20-cv-05640-YGR-TSH
DECLARATION OF BRIAN SIMS IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL