**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
Epic Games, Inc. v. Apple Inc.
Ex. No.  **PX-2451**
Date Entered _____
By _____

| | |
|---|---|
| **From:** | "Ball, Janet" <██████████████████> |
| **Sent:** | Thu, 2 Apr 2020 04:01:57 +0000 (UTC) |
| **To:** | Thomas Ko <thomas.ko@epicgames.com>; Alex Doroftei<alex.doroftei@epicgames.com>; Wen-Jen Chang <wenjen.chang@epicgames.com> |
| **Cc:** | Julie LoBean <julie.lobean@epicgames.com>; "Horwitz, Miye"<██████████████████>; "Dunning, Kevin" <████████████████ GCP TI>; "Johnson, Micah" <████████████████████>; "Webster, Jason" <███████████>; "Drourat, Albert" <███████████████>; "Bruce, Chelsea"<██████████████> |
| **Subject:** | PayPal RFP Submission for Epic Games |
| **Attachments:** | EPIC_RFP_Final 04012020.xlsx;RFP response 15a PayPal Team and Escalation.pdf;RFP response 14 Perfomance.pdf;Epic Games Processing RFP overview final_032720.pdf |

Hi Epic Games team,

Thank you for including us in this RFP process. We've answered as best we can in the format and trust you know we are available and welcome any questions or conversations about the content we've provided.

We also want to try and briefly address some of the technical questions raised during the meeting last Friday. So, specific to that, we want you to know that unlike other companies in our industry we are anti-black box in our approach of helping our largest customers optimize their payments. The team at Braintree takes the time to analyze and get to know the business model and transaction lifecycle of our customers to come up with tailored strategies. Via Routing Optimization, Braintree can identify issues such as a merchant using multiple merchant accounts across multiple regions and mismatching currencies for a single order to authorize and settle an order.   This resulted in many issuers seeing this as fraudulent activity.   By aligning the verifications and the processing of the transaction into a single region (US) and ensuring that the currencies used were the same we were able to produce better results. We have found that many merchants who have had their payments stacks grow organically over time have potential inconsistencies which our deep analysis will surface.

In addition to Routing Optimization, our analytics can review things such as the Merchant Category Code, Approval Rates at the Order Level, and Detailed Decline codes by Issuer.   Examples of how each can be used to improve the auth rate include:
- Testing if other MCCs were better for their business, and once proven successful, the changes were implemented on 100% of their volume.
- Implemented tracking at the order level to see if customers were able to complete orders with alternative payment methods and adjust the configuration so that we didn't use $0-authorizations for some specific issuers who were unable to process these transactions.
- During a deep dive of a merchant integration it was discovered that a merchant was trying to collect data (AVS or CVV) where it did not help in the approval rate, so recommendations were made to adjust their integration accordingly.
- Working with key Issuers to alert them that a merchant was migrating subscriptions of long-standing customers to a new acquirer (PayPal), and assisting with the design of retry-strategy during the migration.

Like all our approaches these are bespoke and merchant specific but brought together all the expertise, technology and relationships that we could drive results.

Please let us know questions as they arise and we welcome the next steps.

Stay well, all!

PX-2451.1

*Janet*

Janet Ball
Senior Account Executive



2211 North First Street
San Jose, CA 95131
USA

www.PayPal.com

PX-2451.2

EPIC_00437425

| PAYMENT PARTNER QUESTIONS | |
|---|---|
| EPIC- CONFIDENTIAL | |

*Instructions:  Please answer all questions.  Please do not add or delete any rows or columns,  amend the formatting or convert from the Excel format.*

**Company Information**

| 1 | Company Information | |
|---|---|---|
| *Potential Bidders must meet the following mandatory requirements upon award of this contract. Inability to meet any of the following requirements may be cause for elimination from the bid process.* | | |
| *Please answer the questions with a "yes" or "no".  If you answer "no" to any of the below please explain why you should still be considered.* | | |
| a | Please provide the full name, address and phone number of your corporate headquarters and the individual who is the primary contact for this proposal. | The address of our principal executive offices is PayPal Holdings, Inc., 2211 North First Street, San Jose, California 95131. Our website is located at www.paypal.com, and our investor relations website is located at http://investor.paypal-corp.com. Janet Ball, Senior Account Executive is the primary contact and can be reached at ███████████ |
| b | Describe the company's experience in Latam online payment processing and the number of years it has been in this field of business. | We have been in LATAM for 12+ years and PayPal is one of the largest payment processors in the region with over ██████████.  PayPal has a dedicated service team to provide customer support in Spanish or Portuguese based on the location and preference of the customer.  In Brazil and Mexico, we have the capability to process in local currency, but in the rest of LATAM we process in USD.  Presentment currencies are available for select currencies, find full list in appendix of RFP Overview presentation dated 3.27.2020. Braintree / PayPal are regulated entities in Brazil and Mexico. PayPal has made a significant investment in PPro which recently acquired Allpago. |
| c | Describe your growth and/or expansion strategy. | We believe that now is the time to reimagine money and to democratize financial services so that managing and moving money is a right for all, not just the affluent. We believe every person has the right to participate fully in the global economy. We have an obligation to empower people to exercise this right and improve financial health. As a leader in Financial Technology, we believe in providing simple, affordable, secure and reliable financial services and digital payments that enable the hopes, dreams and ambitions of millions of people around the world. It is our duty and privilege to be Customer Champions. We have a fundamental commitment to put our customers at the center of everything we do. We must be bold and innovative and execute flawlessly against our immediate goals, with our eyes always on the future.<br><br>Our ability to grow revenue is affected by, among other things, consumer spending patterns, merchant and consumer adoption of digital payment methods, the expansion of multiple commerce channels, the growth of mobile devices and merchant and consumer applications on those devices, the growth of consumers globally with internet and mobile access, the pace of transition from cash and checks to digital forms of payment, our share of the digital payments market, and our ability to innovate and bring new products and services that merchants and consumers value.<br><br>Our strategy to drive growth in our business includes the following:<br>• Growing our core business: through expanding our global capabilities, customer base and scale, increasing our customers' use of our products and services by better addressing their everyday needs related to accessing, managing and moving money, and expanding the adoption of our solutions by new merchants and consumers; Expanding our value proposition for customers: by focusing on trust and simplicity, providing risk management and insights from our two-sided Payments Platform, and being technology and platform agnostic;<br>• Extending through strategic partnerships: by building new strategic partnerships to provide better experiences for our customers, offering greater choice and flexibility, acquiring new customers, and reinforcing our role in the ecosystem; and<br>• Seeking new areas of growth: organically and through acquisitions in our existing and new international markets around the world and focusing on innovation both in the digital and physical world. |

| d | Describe any partnerships or alliances you have in place that may benefit EPIC. | In early 2020, PayPal announced a strategic partnership with China Union Pay to accelerate growth for both networks.PayPal previously gained entry  into the vast China market when Peoples Bank of China licensed its 70% stake in Guofubao Information Technology or GoPay. The transaction makes PayPal the first foreign firm to gain licensure to operate a payment platform in China. Braintree, an online payment gateway for merchants, was acquired in 2013, including Venmo which has become one of the world's dominant peer to peer payments platforms. PayPal acquired Xoom Corporation in 2015. The purchase was significant, as it gives PayPal an entry into the $700 billion global remittance market. iZettle, purchased in 2018 for gives PayPal cutting edge e-commerce tools across Europe and Latin America. PayPal's 2019 investment  into MercadoLibre (NASDAQ:MELI) provides a foothold in Latin America, and a combined 500 million users create enormous consumer clout. <br><br>PayPal will continue to position itself to take full advantage of the complicated global financial landscape and will continue to actively search for unique technologies and partnerships through PayPal Ventures to augment our business's strategic advantages. |
| e | Detail any previous external acquisition of technology and solution components relevant to this RFP | Our Payments Platform utilizes a combination of proprietary and third-party technologies and services intended to efficiently and securely facilitate transactions between millions of merchants and consumers worldwide across different channels, markets, and networks. Our Payments Platform connects with financial service providers around the world and allows consumers to make purchases using a wide range of payment methods, regardless of where a merchant is located. Consumers who use our Payments Platform can send payments in more than 200 markets around the world and in more than 100 currencies, withdraw funds to their bank accounts in 56 currencies and hold balances in their PayPal accounts in 25 currencies. <br><br>A transaction on our Payments Platform can involve multiple participants in addition to us, including a merchant, a consumer, and the consumer's funding source provider. We have developed intuitive user interfaces, customer tools, transaction completion database, and network applications on our Payments Platform that help our customers utilize our suite of products and services. Our Payments Platform, open application programming interfaces, and developer tools are designed to enable developers to innovate with ease and offer robust applications to our global ecosystem of merchants and consumers, while at the same time maintaining the security of our customers' financial information. <br><br>The technology infrastructure supporting our Payments Platform simplifies the storage and processing of large amounts of data and facilitates the deployment and operation of large-scale global products and services in both our own data centers and cloud computing. Our technology infrastructure is designed around industry best practices intended to reduce downtime in the event of outages or catastrophic occurrences. Our Payments Platform incorporates multiple layers of protection for business continuity and system redundancy purposes and to help address cybersecurity risks. We have a comprehensive cybersecurity program designed to protect our technology infrastructure and Payments Platform against these challenges, including regularly testing our systems to identify and address potential vulnerabilities. We strive to continually improve our technology infrastructure and Payments Platform to enhance the customer experience and to increase efficiency, scalability, and security. <br><br>Specific acquisitions of technology and solution components include:<br>Braintree:  https://www.ebayinc.com/stories/news/paypal-acquires-global-payments-innovator-braintree/ |
| f | Indicate the total number of employees | 21,800 globally |

PX-2451.4

| g | Describe your core product and service lines. | PayPal Holdings, Inc. provides the PayPal Commerce Platform which enables digital and mobile payments on behalf of consumers and merchants worldwide. It provides a simpler and safer way for businesses of all sizes to accept payments from merchant websites, mobile devices and applications, and at offline retail locations through a range of payment solutions. It also facilitates person to person payments through PayPal, Venmo, and Xoom.<br><br>For large enterprises we provide a single platform that can power your entire payments ecosystem of partners, leveraging a single integration and providing unmatched flexibility, scalability and reach.  Our platform provides differentiated services which can be used to create payment solutions for Epic Games, your customers and your various business lines. |
| h | Provide product roadmap – the solutions in this RFP and others in your portfolio | Our Product & Engineering teams follow a Product Development Framework to embody a discovery-driven delivery approach. All functionality and capability build (new and changes) go through an extensive discovery approach to ensure we have strong understanding and alignment on the problem statement and the solution design/approach to address the business needs. As part of the solution discovery, work effort sizing and delivery milestones are defined and shared with our partners for joint alignment. Once accepted, the work effort is accordingly prioritized across development teams. Post discovery signoff, all functionality enhancements go through the Execution phase with clear milestones leading up to test readiness. As part of the testing procedures, all enhancements go through unit testing as part of the execution followed by QA testing across regression, stress and load testing. Post QA, we go through user acceptance testing in close partnership with our merchant partner to ensure there is joint alignment and signoff. Once signoff is received, the code is promoted to production to drive adoption and ramp. As part of end to end Product Delivery, milestones are closely tracked across teams at each stage of the development lifecycle to keep our partners informed at all times around testing progress.<br><br>Partner requests are accommodated as part of our quarterly roadmap reviews. Partners can route their specific requests during MBR/QBR with the assigned Global Sales Director, Customer Success Manager, or designated Product Managers. Since we release multiple product updates and capabilities multiple times a month, releases can be isolated to a single merchant request or can contain enhancements and features that apply to multiple partners. |
| i | Describe your R&D investment by product/function in prior years and planned going forward. | Total research and development expense was $2.09 billion in 2019, $1.1 billion, $953 million and $834 million in 2018, 2017 and 2016, respectively. PayPal owns and continuously procures various types of IP protection, including patents, trademarks, copyrights, domain names, and trade secrets to protect its research and development, brands, original work, and web addresses, in various jurisdictions around the world.  A non-exhaustive listing of patents in the US related to PayPal products, services, platforms, and/or features can be accessed at https://www.paypal.com/us/webapps/mpp/ua/patent-page?locale.x=en_US.  PayPal owns a large portfolio of trademarks around the world.  PayPal will continue |
| j | How many current clients do you have? | We operate a global, two-sided network at scale that connects merchants and consumers with 305 million active accounts (consisting of 281 million consumer active accounts and 24 million merchant active accounts) across more than 200 markets. |
| k | How many online transactions and total $ flow did you process on average per month in 2019? | We process on average more than 20,000 transactions per minute (873.6 million/month). In 2019 PayPal processed $712 Billion in total payment volume ($59.3 Billion / month) |
| m | Please list your 3 largest online gaming references for payment processing | We are happy to make introductions to relevant representatives at participating clients and partners to provide a more personal level of reference. |
| p | Who are you 3 main competitors? | PayPal competes and partners with many companies in many different segments of digital commerce. As a global, world class payments platform, Braintree stands alone in many areas but also competes versus traditional bank offerings like BAMs and Chase Paymentech as well as newer, venture funded platforms like Stripe and Ayden. |
| s | List your current licenses. Do you comply with SAS70/SOC1? | We are compliant globally with all applicable laws and regulations. Specifically, we are a Level 1 service provider and complete annual PCI DSS assessment. In addition, we complete SOX, SOC1 and SOC2 assessments. |

| t | Please take this opportunity to suggest to us what makes your company different from other providers and why EPIC should select you to provide these services. | Only PayPal has the power to partner with Epic Games on innovative payments solutions and enable speed to market on a solid foundation of 20+ years of online payments experience and the stability of a billion+ dollar balance sheet.<br><br>Our business is built on a strong foundation designed to drive growth and differentiate us from our competitors. We believe that our competitive strengths include the following:<br> · Two-sided Platform:  our platform connecting merchants and consumers enables PayPal to offer unique end-to-end product experiences while gaining valuable insights into customer behavior through our data. Our platform provides for digital, mobile, and in-store transactions while being both technology and platform agnostic.<br>· Scale:  our global scale allows us to drive organic growth. As of December31, 2019, we had 305 million active accounts, consisting of 281 million consumer active accounts and 24 million merchant active accounts in more than 200 markets around the world. In 2019, we processed $712 billion in total payment volume.<br>· Brands:  we have built well-recognized and trusted brands. Our marketing efforts across multiple demographic groups play an important role in building brand visibility, usage, and overall preference among customers.<br>· Risk Management:  our risk management system and use of tokenization are designed to help keep customer information secure, and to help ensure we process legitimate transactions around the world, while identifying and minimizing illegal, high-risk, or fraudulent transactions.<br>· Regulatory:  we believe that our regulatory licenses, which enable us to operate in markets around the world, are a distinct advantage and help support business growth.<br><br>Additionally, please refer to RFP Overview presentation dated 03.27.2020, and additional supporting documentation provided with this RFP. |
|---|---|---|
| **2** | **Financial Stability** | |
| *Note: Proof of your companies financial position will be requested within the RFP submission documentation.  Please provide the documentation requested.* | | |
| a | Provide last audited Financials | https://investor.paypal-corp.com/financial-information/annual-reports |
| b | If you are awarded this business what percentage of your companies revenue will it account for? | Assuming $3 Billion in processing is awarded, it will account for less than 1% of our total payment volume. |
| **3** | **References** | |
| *Please provide three client references, preferably of similar size and structure to EPIC.  The references should be current customers who had or have accounts which are similar in nature to those proposed herein.* | | |
| *Please include name, title, phone number and email address of the reference contact.* | | |
| a | Reference 1 | We are happy to make introductions to relevant representatives at participating clients and partners to provide a more personal level of reference. |
| b | Reference 2 | |
| c | Reference 3 | |
| | **Portfolio** | |
| **4** | **Foot Print** | |
| a | List all the payment instruments  you support today per Country, and their key characteristics<br>List products that are live and not products from your current roadmap | See Additional Tab below - "Response to Sec 4 - Footprint" |
| b | List which combinations are processed domestically or regionally (vs. international) and detail<br><br>      Observed benefits (product reach, auth rates, cost savings, etc.)<br>      Limitations (local entity requirement, fund repatriation, withheld taxes, etc.) | See Additional Tab below - "Response to Sec 4 - Footprint" |

| | | |
|---|---|---|
| c | Detail where you are directly connected to the card schemes, act as an ISO (list sponsors) and/or a gateway (list acquirers) | Non-US Domiciled: Adyen, AIBMS, BNZ, Braintree Australia (K2), Braintree Brazil, First Data (APAC), Moneris, NAB, Omni Pay, SEB Ambora, UnionPay, Worldpay<br>US Domiciled: Chase Salem, Heartland, Merchant eSolutions, TSYS SignaPay, Vantiv Litle, Wells Fargo and BankCard Cardnet<br>Global: Amex Direct, Payflow Connector, PayPal Express Checkout. |
| f | Roadmap | |
| | 12-month roadmap per country | PayPal is focused on expanding its payment processing capability globally by prioiritsing our roadmap informed by merchant led requirements . Over the next 12 months we have a dedicated roadmap focused on unlocking key markets witin LATAM, Inida and APAC.  We are currently planning on releasing Brazil, India, and planning for a 2021 release of Japan.  We are actively working with our largest merchants to ramp their localized  card processing ` and aggresively drive down transactional costs, while achieving improved authorization levels in Brazil and India in 2020. In addition to our card acquiring roadmap, PayPal has a dedicated product and commercial team that are actively opening up new payment methods and local card schemes to enable optimised consumer coverage in key territories. |
| | 3-year roadmap (incl. corporate strategy) | Included in above response. |
| **5** | **Set up** | |
| | List products and services that | |
| a | Require a local or regional entity and/or bank account | See Additional Tab below - "Response to Sec 4 - Footprint" |
| b | Require a contract with a 3rd party | See Additional Tab below - "Response to Sec 4 - Footprint" |
| c | Present local regulatory issues | See Additional Tab below - "Response to Sec 4 - Footprint" |
| d | Incur withheld taxes | See Additional Tab below - "Response to Sec 4 - Footprint" |
| e | Require 3D/VbV | See Additional Tab below - "Response to Sec 4 - Footprint" |
| f | Have any other specific requirement/implication | See Additional Tab below - "Response to Sec 4 - Footprint" |
| **6** | **Services** | |
| *When a service is available, list applicable payment methods/products. Specify where you are using 3rd parties. Provide their names. List where additional charge to user applies.* | | |
| a | $0.00 authorizations | Yes: DCC |
| b | Dynamic descriptors | Yes: DCC, PayPal |
| c | DCC (list supported base and converted currencies) | Yes.  Currency list found here: https://articles.braintreepayments.com/get-started/currencies |
| d | Delayed settlement | Yes: DCC, PayPal |
| e | Void/Cancel authorization | Yes: DCC, PayPal |
| f | Pre-orders | Yes: This is done by vaulting DCC or PayPal payment methods |

PX-2451.7





| | Card Types | | | | | | | | | Alterntive Payment Methods | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attributes | Visa | MasterCard | Maestro | Amex | Discover | JCB | Diners | UnionPay | PayPal | ApplePay | GooglePay | Visa Checko | MasterPass | SamsungPay | Venmo | ACH |
| [redacted] | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N |
| [redacted] | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | N | N | Y | Y |
| [redacted] | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| [redacted] | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | N |
| [redacted] | N | N | N | N | N | N | N | N | N | N | N | Y | Y | Y | N | N |
| [redacted] | Y | Y | N | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | N |
| [redacted] | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |

| Attributes | iDEAL | Bancontact | GiroPay | EPS | SEPA DD | MyBank | Sofort | Alipay | WeChatPa | Klarna | Paynova | Boleto | Hipercard | Elo | Oxxo | SPEI | Via Baloto | PSE | Naranja | RapiPago | PagoFacil | Red Compra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | Y | Y | Y | Y | N | Y | Y | Y | Y | Y | Y | N | Y | Y | N | Y | N | Y | Y | N | N | Y |
| [redacted] | N | N | N | N | Y | N | N | Y | N | N | N | N | Y | Y | N | N | N | N | Y | N | N | Y |
| [redacted] | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | Y | Y | N | N | N | N | Y | N | N | Y |
| [redacted] | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | Y | Y | N | Y | N | Y | Y | N | N | Y |
| [redacted] | Y | Y | Y | Y | Y | Y | Y | Y | Y | N | N | Y | N | N | Y | Y | N | N | N | N | N | N |
| [redacted] | N | N | N | N | N | N | N | N | N | N | N | N | N | Y | N | N | N | N | N | N | N | N |
| [redacted] | N | N | N | N | N | N | N | N | N | Y | Y | N | N | N | N | N | N | N | N | N | N | N |

| Country | Visa | MasterCard | Maestro | Amex | Discover | JCB | Diners | UnionPay | PayPal | ApplePay | GooglePay | Visa Checko | MasterPass | SamsungPay | Venmo | ACH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andorra | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Argentina | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | | | | | | | |
| Australia | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | - | - | - | - | - | - | |
| Brazil | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | - | - | - | - | - | - | |
| Austria | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | ✓ | - | - | - | - | |
| Belgium | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| Bulgaria | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Canada | ✓ | ✓ | - | ✓ | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | |
| Chile | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | | | | | | | |
| Colombia | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | | | | | | | |
| Croatia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | ✓ | - | - | - | - | |
| Cyprus | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Czech Republic | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| Denmark | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| Estonia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Finland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| France | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| Germany | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| Gibraltar | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Greece | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Guernsey | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | |
| Hong Kong | ✓ | ✓ | - | ✓ | - | - | - | - | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| Hungary | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Iceland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Ireland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| India | ✓ | ✓ | | ✓ | - | - | - | - | ✓ | ✓ | ✓ | - | - | - | - | |
| Isle of Man | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | |
| Italy | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| Jersey | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | |
| Latvia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Liechtenstein | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Lithuania | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Luxembourg | ✓ | ✓ | - | ✓ | - | - | - | - | ✓ | - | - | - | - | - | - | |
| Malaysia | ✓ | ✓ | - | ✓ | - | - | - | - | ✓ | - | - | ✓ | - | - | - | |
| Mexico | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | | | | | | | |
| Malta | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Monaco | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | |
| Netherlands | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| New Zealand | ✓ | ✓ | - | ✓ | - | - | - | - | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| Norway | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| Peru | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | | | | | | | |
| Poland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| Portugal | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Romania | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| San Marino | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | |
| Singapore | ✓ | ✓ | - | ✓ | - | - | - | - | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| Slovakia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | ✓ | - | - | - | - | |
| Slovenia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | |
| Spain | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| Sweden | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | |
| Switzerland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | |
| UK | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - | |
| United States | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| Country | iDEAL | Bancontact | GiroPay | EPS | SEPA DD | MyBank | Sofort | Alipay | WeChatPa | Klarna | Paynova | Boleto | Hipercard | Elo | Oxxo | SPEI | Via Baloto | PSE | Naranja | RapiPago | PagoFacil | Red Compr | Reseller Model (Y/N) | Local Entity (Y/N | Repatriation of Funds | Withholding Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andorra | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Argentina | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | | Y | N | Offshore and Local | N |
| Australia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Brazil | | | | | | | | | | | | ✓ | ✓ | ✓ | | | | | | | | | Y | Y | Offshore and Local | N |
| Austria | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Belgium | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Bulgaria | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Canada | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Chile | | | | | | | | | | | | | | | | | | | | | | ✓ | Y | N | Offshore and Local | N |
| Colombia | | | | | | | | | | | | | | | | | ✓ | ✓ | | | | | Y | N | Offshore and Local | N |
| Croatia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Cyprus | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Czech Republic | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Denmark | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Estonia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Finland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| France | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Germany | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Gibraltar | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Greece | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Guernsey | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Hong Kong | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Hungary | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Iceland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Ireland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| India | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Isle of Man | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Italy | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Jersey | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Latvia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Liechtenstein | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Lithuania | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Luxembourg | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Malaysia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Mexico | | | | | | | | | | | | | | | ✓ | ✓ | | | | | | | Y | N | Offshore and Local | N |
| Malta | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Monaco | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Netherlands | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| New Zealand | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Norway | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Peru | | | | | | | | | | | | | | | | | | | | | | | Y | N | Offshore and Local | N |
| Poland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Portugal | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Romania | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| San Marino | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Singapore | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Slovakia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Slovenia | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Spain | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Sweden | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | N | Y | Local Funding Only | N |
| Switzerland | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | N | Y | Local Funding Only | N |
| UK | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | N | Y | Local Funding Only | N |
| United States | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | N | Y | Local Funding Only | N |

# PayPal/Braintree Support and Escalation Contacts

# For

1

PX-2451.9

CONFIDENTIAL

Updated 4/1/2020

## PayPal/Braintree Support roles defined:

### Customer Success Manager:

The Customer Success Manager (CSM) will be your primary point of contact for issue resolution and all day-to-day operational queries.

### Account Executive:

The Account Executive (AE) will be your primary point of contact for the overall relationship including but not limited to commercial negotiations and the evolution of the relationship.

### Solutions Engineer:

The Solutions Engineer (SE) will be your primary point of contact for creating a custom solution, designed specifically to your needs through the integration process.  This would include understanding the merchant's technical landscape and how PayPal's platform would best be connected.

### Engagement Manager:

The Engagement Manager (EM) will be your primary point of contact for project and technical assistance with the integration.  They ensure the project stays on track and gets the merchant and user experience certified and live.

### Technical Account Manager:

The Technical Account Manager (TAM) will be your primary point of contact for any technical issues that impact your ability to process payments.

2

PX-2451.10

EPIC_00437428

**PayPal**™

## PayPal support contacts

| Description | Information |
|---|---|
| **Customer Success Manager:**<br><br><br>**Business hours:**<br><br>Monday to Friday 8am – 5pm   CST<br><br><br>**Outside business hours:**<br><br>For urgent to critical technical issues please reference the TAM escalation path below. | **1st escalation point:**<br><br>**Name:**   Kevin Dunning<br><br>*Title:* Customer success Manager, NA Merchant Services<br><br>**Direct:** ▮▮▮▮▮▮▮▮▮▮<br><br>**Mobile:** ▮▮▮▮▮▮▮▮▮▮<br><br>**Email:**   ▮▮▮▮▮▮▮▮▮▮▮▮<br><br>**Backup Customer Success Manager:**<br><br>**Name:** Greg George<br><br>**Title:** Customer Success Manager, NA Merchant Services<br><br>**Mobile:** ▮▮▮▮▮▮▮▮▮▮<br><br>**Email:** ▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>**2nd escalation point:**<br><br>**Name:**  Rick Hermanek<br><br>**Title:** Head of Customer Success, NA Merchant Services<br><br>**Phone:** ▮▮▮▮▮▮▮▮▮▮<br><br>**Mobile:** ▮▮▮▮▮▮▮▮▮▮<br><br>**Email:**   ▮▮▮▮▮▮▮▮▮▮▮▮ |

3

PX-2451.11

**PayPal**™

| Description | Information |
|---|---|
| **Account Executive:** | **1st  escalation point:** |
|  | **Name:** Janet Ball |
| **Business Hours:** | **Mobile:** ▮▮▮▮▮▮ |
| Monday to Friday 8am – 5pm CST | **Email:** ▮▮▮▮▮▮ |
|  | **2nd escalation point:** |
| **Outside business hours:** | **Name:** Miye Horwitz |
| For urgent to critical technical issues please reference the TAM escalation path below. | **Title:** Director, NA Enterprise Sales |
|  | **Mobile:** ▮▮▮▮▮ |
|  | **Email:** ▮▮▮▮▮▮ |
|  | **ROW Escalation point:** |
|  | **Name:** Linda Smith |
|  | **Title:** Customer Success Manager, Ire/BeNeLux Merchant Services |
|  | **Direct:** ▮▮▮▮▮ |
|  | **Mobile:** ▮▮▮▮▮ |

4

PX-2451.12

CONFIDENTIAL

**PayPal**™

| Description | Information |
|---|---|
| **Technical Account Managers (TAM)**<br><br><br>**Business hours:**<br><br>Monday to Friday 8am – 5:00 pm   CST<br><br><br>**On-Call Technical Support**<br><br>**Used when there is an urgent issue preventing the merchant from processing payments.** When a merchant or CSM/AE contacts the on-call line, they'll be asked to leave a voicemail with their contact information and a description of the issue. From here, Pager Duty will notify TS that there's an issue via email, phone, and text message. If an issue isn't acknowledged after 30 minutes, the On-Call Manager is notified to assist. | **Escalation point:**<br><br>**Technical Account Managers, Professional Services**<br><br>Your technical support team can be reached at ▮▮▮▮▮▮▮▮▮▮ 24 hours a day, 7 days a week.<br><br>**Live Site Status:**  https://www.paypal-status.com<br><br>**Critical issues**<br><br> 24/7/365 Phone Support:<br><br>US:  855-489-0340<br><br>**Braintree Technical and Emergency Support**<br><br>**Technical Support Email** – support@braintreepayments.com<br><br>5am to 12am CDT, Monday through Thursday<br>5am to 8pm CDT, Friday<br><br>**Technical Support Phone** – 877.434.2894<br><br>8am to 7pm CDT, Monday through Thursday<br>8am to 5pm CDT, Friday<br><br>**Braintree Status Site**<br><br>https://status.braintreepayments.com/<br><br>**Braintree Emergency Email**<br><br>Outside of normal business hours, you may use our Emergency Support form to page an on-call rep, *only if you are unable to process payments.* |

5

CONFIDENTIAL

EPIC_00437431

*PayPal*

## PayPal technical email notifications

To ensure you have the latest technical information on planned site maintenances, unplanned events, and site changes, we have developed a new notification portal at **https://www.paypal-status.com**. Here are some of the features you will find on this new portal site:

- Self-subscribe and manage email notifications you receive.
- Search notifications by product-type
- Calendar of previous and upcoming scheduled technical events.

The URL address for the new portal is: **https://www.paypal-status.com**

Please make sure IT, Finance & Customer Service Team leaders are also included if any unplanned events occur. It's important that all contacts are on file and up-to-date.

6

CONFIDENTIAL

## Section 14:  Additional detail on Peformance SLAs

While Braintree does not provide SLA guarantees, we have a target availability of ████ or greater over one calendar month and we regularly reach ████ availability during any given month. We are happy to provide historical availability statistics at your request.

### Gateway Uptime

Gateway Uptime is used to measure the contractual commitments we have made to our merchant partners as the minimum level of service we must provide. It's important that our systems and availability can support these Service Levels so that we can maintain strong merchant customer experience and relationships. Gateway Uptime is used to reflect performance of systems within Braintree's control.

**Calculation:** (Total # of Secs in measurement period - GW Downtime) / Total # of secs in measurement period

- After incident resolution, the Incident Management team determines most responsible party
- If an incident was wholly caused by Braintree (e.g. hardware failure) count against Gateway Uptime
- If an incident was caused by a third party (e.g. ISP, processor) do not count against Gateway Uptime
- Our target Gateway Uptime is ████ i.e. at least ████ (internally)
- ████████████████████████████████████████████████████████████████

**GW Downtime:** If an incident partially impacts ████ of merchants, GW Downtime is ████ of incident duration. If an incident fully impacts ████ of merchants, GW Downtime is ████ of incident duration. If in doubt, we use ████ of incident duration.

**Please see following page for 2020 & 2019 Uptime Measurements**

PX-2451.15

CONFIDENTIAL

EPIC_00437433

## 2020 GW Uptime Measurements

| Time Period | GW Uptime |
|---|---|
| January | ██████ |
| February | ██████ |

ˇ 2019 GW Uptime Measurements

| Time Period | GW Uptime |
|---|---|
| January | ██████ |
| February | |
| March | |
| **Q1** | |
| April | |
| May | |
| June | |
| **Q2** | |
| July | |
| August | |
| September | |
| **Q3** | |
| October | |
| November | |
| December | |
| **Q4** | |
| **Year** | ██████ |

PX-2451.16

CONFIDENTIAL

EPIC_00437434



# Processing RFP Overview

March 27, 2020

PX-2451.17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437435



# Agenda

Shared Vision

Positive Business Outcomes

Required Capabilities

Why Braintree

ROI Impact

Commercial Terms

Next Steps

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.18

EPIC_00437436

# Shared Vision

**Tim Sweeney's vision is to**
Democratize gaming by
helping to create the
**metaverse: "a real**-time,
3D social medium where
people can create and
engage in shared experiences
as equal participants of
an open economy with
**societal impact"**







We believe that
PayPal is uniquely positioned
to support Epic Games with
our mission to democratize
financial services for all,
leveraging a flexible platform,
global footprint, and the
**agility to help bring Epic's**
vision to life while delivering
growth and efficiencies today

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437437

# What else we heard :

Epic Games wants to optimize and expand your global payments ecosystem to increase profitability while maximizing operational efficiencies.

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437438

# We understand where you are

- Complex ecosystem
- Siloed information
- Tech debt
- Barriers to expansion
- Persistent threats

Missed Revenue Opportunities

Innovation Lag

Operational Inefficiencies

Growth Obstacles

Increased Exposure to Risk

© 2020 PayPal Inc. Confidential and proprietary.



PX-2451.21

EPIC_00437439

# We understand where you want to be

- Flexible, scalable, global platform
- Right mix of technical capabilities
- Fill in the gaps
- Leverage payments innovation
- Deliver tangible, positive outcomes



Optimized payments processing

Accelerated innovation

Reduction of costs, integration complexity and roadmap disruption

New customers, markets and revenue streams

Respond with agility to changing market conditions

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437440

# Epic Games requires these capabilities to drive the desired business outcomes





## Increase Profitability

- Robust, global processing capabilities
- Efficient customer acquisition
- Increased global payments penetration
- Reduced cost of payments

## Maximize Operational Efficiencies

- Reduced risk and compliance burden
- Tokenized subscriptions
- Flexible fraud capabilities
- Speed to market
- Streamlined back office functions



## Deliver on the Vision

- Innovative platform
- Partnership enablement
- Payments agnostic
- Platform agnostic
- Strategic partnership

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.23

EPIC_00437441

# It all starts with the platform.

Powered by trillions of transaction insights  and global relationships, Braintree is uniquely positioned to optimize processing and generate the highest approval rates on the first try, without compromising security or user experience.



## Optimized Processing Engine

### Unparalleled Global Network

- Trillions of transaction data points
- Expansive two-sided network with 305M+ consumers and 23M+ businesses
- Deep global banking relationships
- Direct links to card networks

### Fresh Vault

- Batch Account Updater
- Real-time Account Updater
- Verifications
- Network Tokenization*

### Adaptive Processing

- Real-time Decisioning & Retries*
- Robust Risk Filters
- Merchant Advisory
- Ongoing Monitoring and Alerts

* In development

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437442

# We offer a suite of tools that, when combined uniquely for your business, can orchestrate your best authorization rates globally

## THE PROCESS IS THE PRODUCT



**Core Technology**
- Low latency
- Gateway design
- Gateway uptime
- Gateway features

**Interface and Network Connectivity**
- Clean and optimized messaging
- Tokenization
- Real time account updater
- Flexibility / depth of platform

**Data Insights**
- Routing Optimization
- Issuer relationships
- Custom strategies
- Proprietary Data
- Consumer strategy
- Order-level tracking

What would

~2%

improvement in authorization rates mean for you?

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437443

## STRATEGIES WE EMPLOY



Core
Technology

Interface and Network
Connectivity

Data
Insights

Low latency

Gateway design

Clean and optimized messaging

Tokenization

Routing Optimization

Issuer relationships

Custom strategies

Gateway uptime

Gateway features

Real time account updater

Flexibility / depth of platform

Proprietary Data

Consumer strategy

Order level tracking

What would

~2%

improvement in authorization rates mean for you?

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437444

OUTCOME

# Routing customization reduces declines

Our Business Intelligence & Analytics team can provide the support you need to make sure that you have the best routing possible.

In practice, this led to a 1.17 increase in authorization approvals for a US large online retailer.



© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437445

## STRATEGIES WE EMPLOY



Core
Technology

Interface and Network
Connectivity

Data
Insights

Low
latency

Gateway
design

Clean and
optimized
messaging

Tokenization

Routing
Optimization

Issuer
relationships

Custom
strategies

Gateway
uptime

Gateway
features

Real-time
account
updater

Flexibility /
depth of
platform

Proprietary
Data

Consumer
strategy

Order-level
tracking

What would

~2%

improvement in
authorization rates
mean for you?

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437446

OUTCOME

# Platform, Data Analysis and Execution

Combining the unique assets we have to deliver real results for subscription merchants. From configuration, to transaction flagging, to transaction routing we provided bespoke recommendations that delivered results.



### Recent 2019 Merchant Engagements

**Decline Rate**

Merchant A: 5.50%, 3.50%
Merchant B: 7.69%, 6.72%

Actions taken:

- MCC optimization and testing (Testing transactions on different MCCs)
- Detailed decline code analysis, with issuer – identified specific technical errors associated to certain issuers and BINs.
- Detailed decline code analysis to surface approval performance and specific declines at the order and user level in order to enable targeted user notifications.

- Checkout flow and checkout page review - Front end A/B testing recommendations (e.g. CVV, AVS)
- Modified back end configuration for BINs to eliminate errors and some risk related declines. (Flagging, transaction messaging, routing, verification flow)

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437447

# STRATEGIES WE EMPLOY



Core Technology

Interface and Network Connectivity

Data Insights

Low latency

Gateway design

Clean and optimized messaging

Tokenization

Routing Optimization

Issuer relationships

Custom strategies

Gateway uptime

Gateway features

Real time account updater

Flexibility / depth of platform

Proprietary Data

Consumer strategy

Order level tracking

What would

~2%

improvement in authorization rates mean for you?

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437448

OUTCOME

# Retry customization reduces declines

Our platform can be configured with multiple partners allowing Epic Games to execute any retry strategy:

- 1st time real-time retries
- Retries with Network Tokens
- Retry logic with RTAU
- Advice on retry strategy according to issuer and BIN decline patterns
- Advice on retry strategy according to grace periods
- User and order level approval analysis to help improve User experience and support

## Multi-Partner Retry

Partner 1 — Partner 2 — Partner 1 + 2

Incremental Retry Success

© 2020 PayPal Inc. Confidential and proprietary.



PX-2451.31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437449



# STRATEGIES WE EMPLOY

**Core Technology**

**Interface and Network Connectivity**

**Data Insights**

Low latency

Gateway design

Clean and optimized messaging

Tokenization

Routing Optimization

Issuer relationships

Custom strategies

Gateway uptime

Gateway features

Real time account updater

Flexibility / depth of platform

Proprietary Data

Consumer strategy

Order level tracking

What would ~2% improvement in authorization rates mean for you?

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.32

EPIC_00437450

OUTCOME

# Through issuer partnership to back-test old auth decisions with new data sets, we uncovered ~2% in auth approval opportunity

### Fraud loss coverage v. authorization decline rate

3DS – March/April 2019



Using only two data elements on a limited dataset the issuer displayed the ability to move authorization rates up.

The value of new data points will be a **"game changer"** for Issuers and Merchants

- Customer info (email, account changes)
- Skipping information
- SKU level information
- Partner risk scores
- IP Address

- Device ID
- Device Location
- Payment Account Age
- Browser details

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.33

EPIC_00437451

INTERFACE / NETWORK CONNECTIVITY

# Tokenized account data reduces your declines

We are an industry leader in network tokenization, offering you unparalleled benefits without the growing pains of an evolving ecosystem.

OUR TOKENIZATION CAPABILITIES

| Bulk Tokenization | Low latency configurations | Scalable ecosystem | Risk scoring tokens |

We continuously invest in our **"Fresh Vault"** capabilities so that you have the most cutting-edge ways to keep consumer information current, including batch and real-time account updater.

Updated consumer data means fewer issuer declines. Always keep your consumer data fresh with real time, automatic account **updates, supported by one of the world's largest tokenized vaults.**



After the launch of real-time account updater, we saw:

**50%** reduction in issuer declines in North America

**25%** reduction in issuer declines in EMEA

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437452



# We identify, we analyze, and we make actionable

## Implementation

We work with you and our development teams to implement changes to flagging/processing parameters to resolve issues.

## Communication / Confirmation

Based on root causes Braintree will communicate with scheme, issuers, acquirers, merchants to plan strategies or fixes to issues.

## Transaction Variance Reporting

Dedicated team creates set of automated insight reports to identify badly performing banks, MCCs, markets, etc.

## Analysis / Testing / Root Cause

Team performs deeper analysis of identified issues, including coordinating with scheme and issuer teams and SMEs inside company and partners.



© 2020 PayPal Inc. Confidential and proprietary.



PX-2451.35

We constantly innovate on our toolset **–** enabling the best outcomes for our customers around the globe

## What we're working on



© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.36



# Increase Profitability

## Robust processing platform

**Braintree's flexible, scalable** platform will be configured to meet your unique strategic and operational needs.

- Redundancy built in to automatically flip over to another processor in case of a failure
- Proactive scalability to meet demand

## Acquire new customers

Create new opportunities to buy & do more with your payments data with Venmo and Braintree Extend

## Reduce transaction and fx costs

A more comprehensive partnership enables economies of scale. Only PayPal can deliver cost savings on this large part of your business with lower rates, multicurrency withdrawal and micropricing on small transactions

## Expand Payments

50 countries & over 130 currencies with flexible APIs to fill in the gaps of your current global payments ecosystem

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437455



# Maximize Operational Efficiencies

## Risk Mitigation

Superior processing & infrastructure supports more than 20,000 transactions per minute with █████ uptime

## Tokenized Subscriptions

PCI compliant way to securely store and update payment methods for repeat purchases

## Easily Integrate New Payment Methods

Customizable checkout UI that passes card data securely while allowing you to stand-up additional payment methods with ease

## Flexible Fraud Capabilities

**Leverage PayPal's** 20+ years of transaction data powered with AI for better fraud decisioning or easily connect to another provider(s); Kount Custom features an adaptive rule engine, machine learning, cardholder verifications, rule simulations and an analytics dashboard

## Consolidated Reporting

Get the transaction insights you need to effectively run your business all in one report

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.38

EPIC_00437456



# Deliver on the Vision

## Innovative, future enabling platform

Many of the fastest growing companies in the world rely on Braintree, staking their reputations on our stability and scalability

## Partnership enablement

Braintree extend easily enables partnerships of today and tomorrow with Grant API, Forward API and Network Tokenization capabilities

## Payments agnostic

Braintree already enables the most popular and relevant alternative and local payment methods and our roadmap is set for payments of the future

## Support across platforms and channels

We help you optimize for xBox, PlayStation, et al as well as mobile, desktop and emerging gaming platforms

## Strategic, proactive, future-focused partner

Only PayPal has the power to partner on innovative payments solutions and enable speed to market on a solid foundation of 20+ years of online payments experience and the stability of a billion dollar+ balance sheet.

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Savings Summary

## PayPal & Venmo Proposal

| Region | Micro pricing fees ($12 or less) | Standard Transaction Fee ($12.01+) |
|--------|----------------------------------|-------------------------------------|
| EU | 2.5% +.05 EUR | 1.85% + .20 EUR |
| US | 2.5% + .05USD | 1.95% + .20 USD |

## Processing Proposal

| Tier | DCC Volume | Transaction Fee |
|------|------------|-----------------|
| 1 | $0 – $500M | IC + .00% + .02 local |
| 2 | $500M+ | IC + .00% + .01 local |

## Total Annualized Savings

## $1.5MM

## Pricing Summary

- Competitive, tiered IC+ pricing to set up Epic Games for long term growth, billed on settled transactions, not authorizations
- Exclusive discount on PayPal pricing = $1.5mm savings
- PayPal multi-currency withdrawal on all supported currencies
- PayPal Micro-pricing on all transactions $12 or less

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.40

EPIC_00437458

# Commercial Terms



## DCC Processing

- 90% addressable global processing threshold
- 3-year agreement

## Venmo

- 2020 launch via BT SDKs
- Premier site placement for Venmo & PayPal

## Incentive

- $250k rebated fees in 2020 if DCC processing + Venmo launched and fully ramped by 6.30.2020

## Timing

- Under contract by 5.1.202 or offer expires

© 2020 PayPal Inc. Confidential and proprietary.



PX-2451.41

EPIC_00437459



# Next Steps

| Step | Responsible Party | Date* |
|---|---|---|
| PayPal Proposal | PayPal | 03/27/2020 |
| Begin technical conversations | PayPal / Epic Games | 04/06/2020 |
| Begin underwriting, account set-up and contract process | PayPal / Epic Games | 04/06/2020 |
| Discuss Go Live Strategy | PayPal / Epic Games | 04/13/2020 |
| Begin Sandbox Testing | Epic Games | 04/13/2020 |
| Complete Sandbox Testing | Epic Games | 05/06/2020 |
| Go Live | Epic Games | 06/08/2020 |

* This is a draft roadmap – we'll align on timing and next steps to meet your launch goals.

© 2020 PayPal Inc. Confidential and proprietary.

PayPal

PX-2451.42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437460

# The platform that powers some of the world's
## most forward-looking brands




















© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.43

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437461



A partnership to grow, simplify & create the future, together

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437462

# Appendix

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.45

EPIC_00437463

# PayPal Presentment
# 77 supported currencies

| Country | Currency | Currency Code |
|---|---|---|
| Albania | Albanian Lek | ALL |
| Algeria | Algerian Dinar | DZD |
| Angol | Angolan Kwanza | AOA |
| Aruba | Aruban Florin | AWG |
| Bahamas | Bahamian Dollar | BSD |
| Barbados | Barbadian Dollar | BBD |
| Bermuda | Bermudian Dollar | BMD |
| Bhutan | Bhutanese Ngultrum | BTN |
| Bolivia | Bolivian Boliviano | BOB |
| Bosnia and Herzegovina | Bosnia and Herzegovina Convertible Mark | BAM |
| Bulgaria | Bulgarian Lev | BGN |
| Burundi | Burundian Franc 1 | BIF |
| Brunei | Brunei Dollar | BND |
| Cape Verde | Cape Verdean Escudo | CVE |
| Cayman Islands | Cayman Islands Dollar | KYD |
| Chad, Congo, Equatorial Guinea, Gabon, Central Africa | Central African Cfa Franc 1 | XAF |
| Chile | Chilean Peso 1 | CLP |
| Colombia | Colombian Peso | COP |
| Comoros | Comorian Franc 1 | KMF |
| Democratic Republic of Congo | Congolese Franc | CDF |
| Costa Rica | Costa Rican Colón | CRC |
| Croatia | Croatian Kuna | HRK |
| Djibouti | Djiboutian Franc 1 | DJF |
| Dominican Republic | Dominican Republic Peso | DOP |
| Antigua and Barbuda, Dominica, Granada, Saint Kitts and Nevis, Saint Lucia, Saint Vincent and the Granadines, Anguilla (UK Territory), and Montserrat (UK Territory) | East Caribbean Dollar | XCD |

| Country | Currency | Currency Code |
|---|---|---|
| Egypt | Egyptian Pound | EGP |
| Ethiopia | Ethiopian Birr | ETB |
| Falkland Islands | Falkland Pound | FKP |
| Fiji | Fijian Dollar | FJD |
| Gambia | Gambian Dalasi | GMD |
| Gibraltar | Gibraltar Pound | GIP |
| Guatemala | Guatemalan Quetzal | GTQ |
| Republic of Guinea | Guinean Franc 1 | GNF |
| Guyana | Guyanese Dollar | GYD |
| Honduras | Honduran Lempira | HNL |
| Iceland | Icelandic Króna1 | ISK |
| Indonesia | Indonesian Rupiah | IDR |
| Jamaica | Jamaican Dollar | JMD |
| Keyna | Kenyan Shilling | KES |
| Laos | Lao Kip 1 | LAK |
| Macedonia | Macedonian Denar | MKD |
| Madagascar | Malagasy Ariary | MGA |
| Maldives | Maldivian Rufiyaa | MVR |
| Mauritania | Mauritanian Ouguiya | MRO |
| Mauritius | Mauritian Rupee | MUR |
| Mongolia | Mongolian Tögrög | MNT |
| Moldova | Moldavian Leu | MDL |
| Nicaragua | Nicaraguan Córdoba | NIO |
| Papa New Guinea | Papua New Guinean Kina | PGK |
| Paraguay | Paraguayan Guaraní 1 | PYG |

| Country | Currency | Currency Code |
|---|---|---|
| Peru | Peruvian Nuevo Sol | PEN |
| Qatar | Qatari Riyal | QAR |
| Romania | Romanian Leu | RON |
| Saint Helen | Saint Helenian Pound | SHP |
| Samoa | Samoan Tala | WST |
| Saudi Arabia | Saudi Riyal | SAR |
| Serbia | Serbian Dinar | RSD |
| Seychelles | Seychellois Rupee | SCR |
| Sierra Leone | Sierra Leonean Leone | SLL |
| Solomon Islands | Solomon Islands Dollar | SBD |
| Somalia | Somali Shilling | SOS |
| South Korea | South Korean Won 1 | KRW |
| Sri Lanka | Sri Lankan Rupee | LKR |
| Suriname | Surinamese Dollar | SRD |
| Swazi Land | Swazi Lilangeni | SZL |
| Tajikistan | Tajikistani Sonomi | TJS |
| Tanzania | Tanzanian Shilling | TZS |
| Tonga | Tongan Pa'anga | TOP |
| Trinidad and Tobago | Trinidad and Tobago Dollar | TTD |
| UAE | United Arab Emirates Dirham | AED |
| Uruguay | Uruguayan Peso | UYU |
| Vanuatu | Vanuatu Vatu | VUV |
| Vietnam | Vietnamese Đồng 1 | VND |
| Yeman | Yemeni Rial | YER |

© 2020 PayPal Inc. Confidential and proprietary.



PX-2451.46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437464

# PayPal Multi-Currency Withdrawal
# Available in 46 Countries

| APAC |
| --- |
| Australia |
| Hong-Kong |
| Indonesia |
| Japan |
| Korea |
| New Zealand |
| Philippines |
| Singapore |
| Taiwan |
| Thailand |
| Vietnam |

| EMEA | | |
| --- | --- | --- |
| Austria | Iceland | Slovakia |
| Belgium | Ireland | Slovenia |
| Bulgaria | Israel | Spain |
| Croatia | Italy | Sweden |
| Cyprus | Latvia | Switzerland |
| Czech Republic | Luxembourg | United Kingdom |
| Denmark | Malta | |
| Estonia | Monaco | |
| Finland | Netherlands | |
| France | Norway | |
| Germany | Poland | |
| Greece | Portugal | |
| Hungary | Romania | |

| North America |
| --- |
| United States |
| Canada |

| LATAM |
| --- |
| Mexico |

Back to functionality details

© 2020 PayPal Inc. Confidential and proprietary.



PX-2451.47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437465

# PayPal Multi-Currency Withdrawal
## 20 supported withdrawal currencies

| Currency | Currency Title |
| --- | --- |
| AUD | Australia Dollars |
| GBP | British Pounds |
| CAD | Canadian Dollars |
| DKK | Danish Kroner |
| EUR | Euros |
| HKD | Hong-Kong Dollars |
| NOK | Norwegian Kroner |
| SGD | Singapore Dollars |
| SEK | Swedish Kroner |
| CHF | Swiss Francs |

| Currency | Currency Title |
| --- | --- |
| USD | U.S. Dollars |
| JPY | Japanese (Yen) |
| PLN | Polish Zloty |
| HUF | Hungarian Forint |
| CZK | Czech Koruna |
| ILS | Israel Shekel |
| NZD | New-Zealand Dollar |
| PHP | Philippine Peso |
| THB | Thai Baht |
| TWD | Taiwan Dollar |



## Important Notes

- Merchants will need to receive finance approval for each currency.
- Merchants can add either a local or non-local domiciled currency bank accounts in the regions shown on the previous slide.
- Not all regions will offer the full list if currencies, this is dependent on regional business approval.

\* Expanded currencies

Back to functionality details

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437466

# Presentment Reporting

Transactions made with a presentment currency appear in PayPal reports as a general currency **conversion from the presentment currency to the merchant's primary holding currency.**

| | CH | Transaction ID | Invoice ID | PayPal Reference ID | PayPal Refer | Transaction | Transac | Transactic | Transaction | Gross Transaction | Gross Trans | Fee Debit o | Fee Amount | Fee Currenc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | | | | | | | |
| 5 | SB | 9E386793SF6838225 | | | | T0006 | #### | ###### | CR | 16011 | AED | DR | 814 | AED |
| 6 | SB | 2SR87268SR4868937 | | 9E386793SF6838225 | TXN | T0200 | #### | ###### | DR | 15197 | AED | | | |
| 7 | SB | 6HS81826AJ5022918 | | 9E386793SF6838225 | TXN | T0200 | #### | ###### | CR | 4030 | USD | | | |

In this example a transaction was made for 16011 AED and PayPal converted and deposited 4030 USD **into the merchant's account.**

- First record: **PayPal credited the merchant's account with** 16011 AED, minus a debit of 814 AED (the fee)

- Second record: **PayPal then debited the merchant's account** 15197 AED

- Third record: **PayPal then credited the merchant's account with** 4030 USD (converting from the **presentment currency to the merchant's primary holding currency)**

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437467

# Global reach



Braintree card acquiring

Braintree card roadmap

Braintree Extend reach

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437468





© 2020 PayPal Inc. Confidential and proprietary.



PX-2451.51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437469

# Three pillars for growth.
# One flexible integration to get there.



## PayPal Commerce Platform

| AVS | Kount | Drop-in UI & Custom UI |
| CVV | Real-time analytics | Braintree Vault |
| Risk Threshold Rules | Artificial Intelligence | Secure Payment Methods |
| 3D Secure | Device Fingerprinting | Active Monitoring |
| | Proxy Piercing | |

© 2020 PayPal Inc. Confidential and proprietary.

PX-2451.52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00437470