PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        *Plaintiff, Counter-defendant*,<br><br>        vs.<br><br>APPLE INC.,<br><br>        *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TESTIMONY SUBMITTED WITH FOUR-HOUR DEPOSITION DESIGNATIONS**<br><br>Hon. Yvonne Gonzalez Rogers |

-1-
STIPULATION REGARDING TESTIMONY SUBMITTED WITH FOUR-HOUR DEPOSITION
DESIGNATIONS
Case No.: 4:20-cv-05640-YGR-TSH

1    IT IS HEREBY STIPULATED: the Parties, through their respective counsel, agree to the
2    admission into evidence of the testimony identified in the following witnesses' deposition
3    designations submitted to the Court on April 27, 2021 and jointly lodged with the Court with the
4    exhibit stamps identified below:

1. Joe Babcock (Apple Ex. Depo. 1)
2. Joe Kreiner (Apple Ex. Depo. 2)
3. Haseeb Malik (Apple Ex. Depo. 3)
4. David Nikdel (Apple Ex. Depo. 4)
5. Nicholas Penwarden (Apple Ex. Depo. 5)
6. Mark Rein (Apple Ex. Depo. 6)
7. Alec Shobin (Apple Ex. Depo. 7)
8. Daniel Vogel (Apple Ex. Depo. 8)
9. Adrian Ong (Epic Ex. Depo. 1)
10. Phillip Shoemaker (Epic Ex. Depo. 2; Apple Ex. Depo. 10)
11. Eddy Cue (Epic Ex. Depo. 3)
12. Scott Forstall (Epic Ex. Depo. 4; Apple Ex. Depo. 9)
13. C.K. Haun (Epic Ex. Depo. 5)
14. Eric Friedman (Epic Ex. Depo. 6)
15. Ron Okamoto (Epic Ex. Depo 7)

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 10, 2021

CRAVATH, SWAINE & MOORE LLP
   Christine A. Varney (*pro hac vice*)
   Katherine B. Forrest (*pro hac vice*)
   Gary A. Bornstein (*pro hac vice*)
   Yonatan Even (*pro hac vice*)
   Lauren A. Moskowitz (*pro hac vice*)
   M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
   Paul J. Riehle

By:  /s/ *Lauren A. Moskowitz*
   Lauren A. Moskowitz
   825 Eighth Avenue
   New York, New York 10019
   Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated: May 10, 2021

GIBSON, DUNN & CRUTCHER LLP
   Theodore J. Boutrous Jr.
   Richard J. Doren
   Daniel G. Swanson
   Jay P. Srinivasan
   Mark A. Perry
   Veronica S. Moye
   Cynthia E. Richman
   Jay P. Srinivasan

By:  /s/ *Mark A. Perry*
   Mark A. Perry
   1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
   (202) 887-3667

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____       _____
                               HON. YVONNE GONZALEZ ROGERS
                               United States District Court Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 10, 2021                              GIBSON, DUNN & CRUTCHER LLP

                                                 By:   /s/ *Mark A. Perry*
                                                         Mark A. Perry

                                                 *Attorney for Defendant and*
                                                 *Counterclaimant Apple Inc.*