Karen L. Dunn (DC SBN 1002520; *pro hac vice*)
Jessica E. Phillips (DC SBN 991072; *pro hac vice*)
Arpine S. Lawyer (SBN 313671)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
alawyer@paulweiss.com

Meredith R. Dearborn (SBN 268312)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
943 Steiner St.
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
mdearborn@paulweiss.com

*Counsel for Defendant*
Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 4:20-cv-05640-YGR <br><br> **NOTICE OF APPEARANCE OF ARPINE S. LAWYER** <br><br> The Honorable Yvonne Gonzalez Rogers |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that attorney Arpine S. Lawyer of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, a member of the State Bar of California, and admitted to practice before this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendant Apple Inc.

Dated: May 11, 2021                             Respectfully submitted,

                                        By:     /s/ Arpine S. Lawyer
                                                ARPINE S. LAWYER (SBN 313671)
                                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                                2001 K Street NW
                                                Washington, D.C. 20006-1047
                                                Telephone: (202) 223-7300
                                                Facsimile: (202) 223-7420
                                                alawyer@paulweiss.com

                                                *Attorney for Defendant*
                                                Apple Inc.