| | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | | | COURT USE ONLY DUE DATE: |
|---|---|---|---|---|---|---|

**1a. CONTACT PERSON FOR THIS ORDER**
Miguel de Icaza

**2a. CONTACT PHONE NUMBER**
617-216-7076

**3. CONTACT EMAIL ADDRESS**
miguel.de.icaza@gmail.com

**1b. ATTORNEY NAME (if different)**

**2b. ATTORNEY PHONE NUMBER**

**3. ATTORNEY EMAIL ADDRESS**

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
1 Memorial Drive, 15th floor
Cambridge, MA, 02142

**5. CASE NAME**
Epic Games, Inc. v. Apple Inc.

**6. CASE NUMBER**
20-cv-05640

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☒ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Diane Skillman

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  b. SELECT FORMAT(S)  c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/2021 | TSH | Trial | | ● | O | O | O | O | O | O | O | O | O | ● | O |
| 05/05/2021 | TSH | Trial | | ● | O | O | O | O | O | O | O | O | O | ● | O |
| 05/06/2021 | TSH | Trial | | ● | O | O | O | O | O | O | O | O | O | ● | O |
| 05/07/2021 | TSH | Trial | | ● | O | O | O | O | O | O | O | O | O | ● | O |
| 05/03/2021 | TSH | Trial | | ● | O | O | O | O | O | O | O | O | O | ● | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Miguel de Icaza

**12. DATE** 05/10/2021

Clear Form                                                Save as new PDF