PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant*, <br><br> vs. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant*. | No. 4:20-CV-05640-YGR-TSH <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING MATERIALS RELIED UPON BY EXPERTS** <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's correspondence of May 8, 2021, directing that "[w]here the parties agree on the admissibility of documents associated with each expert's testimony, please prepare a written list of those documents for the court and the clerk of the court which will allow for the efficient admission of the same," IT IS HEREBY STIPULATED, subject to the approval of the Court:

The exhibits listed in the table below are admitted into evidence in connection with the opinion(s) offered by the expert(s) identified, subject to: (a) the Court's standing orders on hearsay and other evidentiary matters; (b) appropriate confidentiality designations, as proposed by the parties on a per-exhibit basis; (c) the understanding that Rule 1006 summaries admitted in connection with expert opinions provide a basis for those opinions and the parties will not object to Rule 1006 summaries on the basis that the underlying materials have not been admitted into evidence separately; and (d) the understanding that Drs. Evans, Athey, Hitt and Schmalensee may rely on information not admitted into the record, consistent with Rule 703, and that the parties will not object to those experts' reliance on such unadmitted materials within the scope of Rule 703 except as otherwise expressly set forth herein.

Apple reserves the right to object pursuant to Rule 703 to testimony by Dr. Evans in reliance on the following sources:

1. Korea Bizwire, "Korean App Market ONE Store Eyes Global Alliance to Compete with Google," December 1, 2019, http://koreabizwire.com/korean-app-market-one-store-eyes-global-alliance-to-compete-with-google/148739

2. Korea JoongAng Daily, "One Store gains ground in local Android app market," December 2, 2020, https://koreajoongangdaily.joins.com/2020/12/02/business/industry/One-Store-app-market-Google/20201202175300439.html

| Expert | Exhibit | Subject to sealing order or motion |
|---|---|---|
| Schmalensee | DX-4626 | N/A |

| | | |
|---|---|---|
| Schmalensee | DX-3513 | N/A |
| Schmalensee | DX-3122 | Apple intends to request sealing |
| Schmalensee | DX-3258 | N/A |
| Schmalensee | DX-4335 | The Court has deferred consideration of sealing this document (Dkt. 564) |
| Schmalensee | DX-3067 | N/A |
| Schmalensee | DX-3585 | N/A |
| Schmalensee | DX-3746 | Partially sealed (Dkt. 547) |
| Schmalensee | DX-3456 | N/A |
| Schmalensee | DX-3390 | N/A |
| Schmalensee | DX-3734 | Partially sealed (Dkt. 564) |
| Schmalensee | DX-4094 | Apple intends to request sealing |
| Schmalensee | DX-4275 | N/A |
| Schmalensee | DX-3465 | Apple intends to request sealing |
| Schmalensee | DX-4526 | N/A |
| Schmalensee | DX-4089 | Apple intends to request sealing |
| Schmalensee | DX-3800 | N/A |
| Schmalensee | DX-3781 | N/A |
| Schmalensee | DX-4623 | N/A |
| Schmalensee | DX-4192 | N/A |
| Schmalensee | DX-3900 | N/A |
| Schmalensee | DX-3256 | N/A |
| Schmalensee | DX-3905 | N/A |
| Schmalensee | DX-4855 | N/A |
| Schmalensee | DX-4856 | N/A |
| Schmalensee | DX-4857 | N/A |

| | | |
|---|---|---|
| Schmalensee | DX-4858 | N/A |
| Schmalensee | DX-4859 | N/A |
| Schmalensee | DX-4861 | N/A |
| Schmalensee | DX-3796 | N/A |
| Schmalensee | DX-4389 | N/A |
| Schmalensee | DX-3202 | N/A |
| Schmalensee | DX-3298 | N/A |
| Schmalensee | DX-4922 | N/A |
| Schmalensee | DX-3583 | N/A |
| Schmalensee | DX-4434 | N/A |
| Schmalensee | DX-3463 | N/A |
| Schmalensee | DX-3505 | N/A |
| Schmalensee | DX-3512 | N/A |
| Schmalensee | DX-3055 | N/A |
| Schmalensee | DX-4614 | N/A |
| Hitt | DX-3084 | N/A |
| Hitt | DX-3120 | N/A |
| Hitt | DX-3174 | Apple intends to request sealing |
| Hitt | DX-3221 | N/A |
| Hitt | DX-3248 | Apple intends to request sealing |
| Hitt | DX-3584 | Sealed in full (Dkt. 547) |
| Hitt | DX-3598 | Partially sealed (Dkt. 547) |
| Hitt | DX-3732 | N/A |
| Hitt | DX-3814 | N/A |
| Hitt | DX-3867 | N/A |

| | | | |
|---|---|---|---|
| 1 | Hitt | DX-3879 | Sealed in full, Dkt. 547 |
| 2 | Hitt | DX-3918 | Partially sealed (Dkt. 564) |
| 3 | Hitt | DX-4170 | Apple intends to request sealing |
| 4 | Hitt | DX-4199 | Apple intends to request sealing |
| 5 | Hitt | DX-4217 | N/A |
| 6 | Hitt | DX-4303 | Partially sealed (Dkt. 547) |
| 7 | Hitt | DX-4310 | Partially sealed (Dkt. 547) |
| 8 | Hitt | DX-4363 | Epic intends to request sealing (Dkt. 596) |
| 9 | Hitt | DX-4389 | N/A |
| 10 | Hitt | DX-4558 | N/A |
| 11 | Hitt | DX-4641 | Sealed in full (Dkt. 594) |
| 12 | Hitt | DX-4661 | N/A |
| 13 | Hitt | DX-4757 | N/A |
| 14 | Hitt | DX-4758 | N/A |
| 15 | Hitt | DX-4759 | N/A |
| 16 | Hitt | DX-4760 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| 17 | Hitt | DX-4761 | N/A |
| 18 | Hitt | DX-4763 | N/A |
| 19 | Hitt | DX-4765 | N/A |
| 20 | Hitt | DX-4766 | N/A |
| 21 | Hitt | DX-4767 | N/A |
| 22 | Hitt | DX-4769 | N/A |
| 23 | Hitt | DX-4770 | N/A |
| 24 | Hitt | DX-4771 | N/A |
| 25 | Hitt | DX-4773 | N/A |

| | | |
|---|---|---|
| Hitt | DX-4774 | N/A |
| Hitt | DX-4775 | N/A |
| Hitt | DX-4777 | N/A |
| Hitt | DX-4780 | N/A |
| Hitt | DX-4782 | N/A |
| Hitt | DX-4786 | N/A |
| Hitt | DX-4787 | N/A |
| Hitt | DX-4792 | N/A |
| Hitt | DX-4793 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| Hitt | DX-4794 | Apple intends to request sealing |
| Hitt | DX-4795 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| Hitt | DX-4796 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| Hitt | DX-4797 | Apple intends to request sealing |
| Hitt | DX-4798 | N/A |
| Hitt | DX-4800 | Partially sealed (Dkt. 564); Epic intends to request sealing |
| Hitt | DX-4802 | N/A |
| Hitt | DX-4803 | N/A |
| Hitt | DX-4806 | N/A |
| Hitt | DX-4807 | Apple intends to request sealing |
| Hitt | DX-4808 | N/A |
| Hitt | DX-4809 | Apple intends to request sealing |
| Hitt | DX-4810 | N/A |
| Hitt | DX-4811 | N/A |
| Hitt | DX-4812 | N/A |
| Hitt | DX-4813 | N/A |

| | | | |
|---|---|---|---|
| 1 | Hitt | DX-4815 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| 2 | Hitt | DX-4816 | N/A |
| 3 | Hitt | DX-4817 | N/A |
| 4 | Hitt | DX-4818 | N/A |
| 5 | Hitt | DX-4819 | N/A |
| 6 | Hitt | DX-4822 | N/A |
| 7 | Hitt | DX-4823 | N/A |
| 8 | Hitt | DX-4824 | N/A |
| 9 | Hitt | DX-5322 | Partially sealed (Dkt. 547) |
| 10 | Hitt | DX-5326 | Partially sealed (Dkt. 547) |
| 11 | Hitt | DX-5335 | N/A |
| 12 | Evans | DX-3877 | N/A |
| 13 | Evans | DX-3922 | N/A |
| 14 | Evans | DX-4024 | N/A |
| 15 | Evans | DX-4200 | Partially sealed (Dkt. 526) |
| 16 | Evans | DX-4649 | N/A |
| 17 | Evans | PX-0133 | N/A |
| 18 | Evans | PX-0428 | N/A |
| 19 | Evans | PX-0523 | N/A |
| 20 | Evans | PX-0526 | Apple intends to request sealing |
| 21 | Evans | PX-0747 | Apple intends to request sealing |
| 22 | Evans | PX-1047 | Apple intends to request sealing |
| 23 | Evans | PX-1049 | Apple intends to request sealing |
| 24 | Evans | PX-1050 | Apple intends to request sealing |
| 25 | Evans | PX-1054 | N/A |

| | | |
|---|---|---|
| Evans | PX-1055 | N/A |
| Evans | PX-1056 | N/A |
| Evans | PX-1057 | N/A |
| Evans | PX-1059 | N/A |
| Evans | PX-1061 | N/A |
| Evans | PX-1066 | Apple intends to request sealing |
| Evans | PX-1069 | N/A |
| Evans | PX-1070 | N/A |
| Evans | PX-1074 | N/A |
| Evans | PX-1075 | N/A |
| Evans | PX-1076 | N/A |
| Evans | PX-1077 | Apple intends to request sealing |
| Evans | PX-1078 | N/A |
| Evans | PX-1079 | N/A |
| Evans | PX-1080 | N/A |
| Evans | PX-1084 | N/A |
| Evans | PX-2001 | N/A |
| Evans | PX-2031 | N/A |
| Evans | PX-2048 | N/A |
| Evans | PX-2065 | N/A |
| Evans | PX-2093 | N/A |
| Evans | PX-2109 | N/A |
| Evans | PX-2116 | Apple intends to request sealing |
| Evans | PX-2123 | N/A |
| Evans | PX-2126 | Apple intends to request sealing |

| | | | |
|---|---|---|---|
| 1 | Evans | PX-2142 | Apple intends to request sealing |
| 2 | Evans | PX-2176 | Apple intends to move to seal |
| 3 | Evans | PX-2189 | N/A |
| 4 | Evans | PX-2217 | N/A |
| 5 | Evans | PX-2218 | N/A |
| 6 | Evans | PX-2280 | N/A |
| 7 | Evans | PX-2296 | N/A |
| 8 | Evans | PX-2300 | N/A |
| 9 | Evans | PX-2325 | N/A |
| 10 | Evans | PX-2326 | Apple intends to request sealing |
| 11 | Evans | PX-2328 | Apple intends to request sealing |
| 12 | Evans | PX-2333 | Apple intends to request sealing |
| 13 | Evans | PX-2365 | N/A |
| 14 | Evans | PX-2385 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 548) |
| 15 | Evans | PX-2392 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| 16 | Evans | PX-2477 | Partially sealed (Dkt. 564) |
| 17 | Evans | PX-2557 | N/A |
| 18 | Evans | PX-2558 | N/A |
| 19 | Athey | PX-0405 | N/A |
| 20 | Athey | PX-0892 | N/A |

-9-
STIPULATION REGARDING MATERIALS RELIED UPON BY EXPERTS
Case No.: 4:20-cv-05640-YGR-TSH

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 11, 2021                          CRAVATH, SWAINE & MOORE LLP
                                                                        Christine A. Varney (*pro hac vice*)
                                                                        Katherine B. Forrest (*pro hac vice*)
                                                                        Gary A. Bornstein (*pro hac vice*)
                                                                        Yonatan Even (*pro hac vice*)
                                                                        Lauren A. Moskowitz (*pro hac vice*)
                                                                        M. Brent Byars (*pro hac vice*)

                                             FAEGRE DRINKER RIDDLE & REATH LLP
                                                      Paul J. Riehle

                                           By:  /s/  Justin C. Clark
                                                             Justin C. Clark
                                                             825 Eighth Avenue
                                                             New York, New York 10019
                                                             Telephone: (212) 474-1000

                                             *Attorneys for Plaintiff and*
                                             *Counter-defendant Epic Games, Inc.*

Dated: May 11, 2021                          GIBSON, DUNN & CRUTCHER LLP
                                                                   Theodore J. Boutrous Jr.
                                                                   Richard J. Doren
                                                                   Daniel G. Swanson
                                                                   Jay P. Srinivasan
                                                                   Mark A. Perry
                                                                   Veronica S. Moye
                                                                   Cynthia E. Richman
                                                                   Jay P. Srinivasan

                                           By:  /s/  Rachel S. Brass
                                                             Rachel S. Brass
                                                             555 Mission Street, Suite 3000
                                                             San Francisco, CA 94105-0921
                                                             (415) 393-8200

                                             *Attorneys for Defendant and*
                                             *Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 11, 2021          GIBSON, DUNN & CRUTCHER LLP

By:   /s/  Rachel S. Brass
         Rachel S. Brass

*Attorney for Defendant and Counterclaimant Apple Inc.*