# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# BENCH TRIAL CIVIL MINUTES

| Date: 5/10/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**TIME:** 8:00AM -10:15AM; 10:35AM-12:32PM; 1:10PM-3:30PM

**Attorney for Plaintiff:** Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

| **Deputy Clerk:** Frances Stone | **Court Reporter:** DIANE SKILLMAN AND PAM HEBEL |
|---|---|

BENCH TRIAL BEGAN: **5/3/2021**

### PROCEEDINGS

Case called. Discussion with counsel.
Plaintiff Epic attorney Lauren Moskowitz resumes Direct **of witness Matthew Weissinger**.
Defendant Apple attorney Richard Doren Cross of witness Weissinger. RECESS.
Defendant Apple attorney Doren resumes Cross of witness Weissinger. Plaintiff attorney Moskowitz Redirect of witness Weissinger. Re-cross. Witness excused from the stand.
Plaintiff Epic attorney Gary Bornstein **calls witness Dr. David Evans for Direct**.
RECESS. Plaintiff Epic attorney Bornstein resumes Direct of witness Evans.
Witness excused for the day and to return tomorrow.
Discussion with counsel. RECESS for the day.

**Further Bench Trial Tuesday, May 11, 2021 at 8:00 AM.**

**EXHIBITS ADMITTED IN EVIDENCE :**

**Plaintiff: PX 2435**

**Defendant:**
**DX 3254**
**DX 5541 (video)**
**DX 5539**
**DX 3069**
**DX 5544**
**DX 5540**
**DX 5542**
**DX 3233** *CONTINUED ON PAGE TWO* >>>>>>>>>

# PAGE TWO  BENCH TRIAL CIVIL MINUTES

| Date: 5/10/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**EXHIBITS ADMITTED IN EVIDENCE :**

**DX 3457**
**DX 3297**
**DX 3641**
**DX 4177**
**DX 3933**
**DX 3254**
**DX 3222**
**DX 4652**
**DX 4167**

**COURT LISTS ON THE RECORD:**
**EXHIBITS ADMITTED IN EVIDENCE ON 5/7/2021:**

335
2235
326
4399
442
446
2084
2029
372
371
364
365
2371
315
2469 [sealing issue as to portion]
3399 [sealing issue as to portion]
5536 [sealing issue as to portion]
4638
3993 [sealing issue as to portion]
3681
2783
3642
3955      *CONTINUED ON PAGE THREE>>>>>>>>>>*

# PAGE THREE  BENCH TRIAL CIVIL MINUTES

| Date: 5/10/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**COURT LISTES ON THE RECORD EXHIBIT ADMITTED IN EVIDENCE ON 5/10/2021:**
2435
5541
5539
5544
5540
3233
3457
3222
3254
5542
3933
4177
3641
3297
4167
4148
4653

**EXHIBITS ADMITTED: 58   5505   4374   2624**

 **\*\*CORRECTION ON PAGE 3 OF MINUTES 5/6/21 at Dkt. No. 603:
Defendant:**
**\*\*DX 4374 admitted (not 4373)**