| | |
|---|---|
| PAUL R. RIEHLE (SBN 115199) | THEODORE J. BOUTROUS JR. (SBN 132099) |
| paul.riehle@faegredrinker.com | tboutrous@gibsondunn.com |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | RICHARD J. DOREN (SBN 124666) |
| Four Embarcadero Center | rdoren@gibsondunn.com |
| San Francisco, CA 94111 | DANIEL G. SWANSON (SBN 116556) |
| Telephone: (415) 591-7500 | dswanson@gibsondunn.com |
| Facsimile: (415) 591-7510 | JAY P. SRINIVASAN (SBN 181471) |
| | jsrinivasan@gibsondunn.com |
| CHRISTINE A. VARNEY (*pro hac vice*) | **GIBSON, DUNN & CRUTCHER LLP** |
| cvarney@cravath.com | 333 South Grand Avenue |
| KATHERINE B. FORREST (*pro hac vice*) | Los Angeles, CA 90071-3197 |
| kforrest@cravath.com | Telephone: 213.229.7000 |
| GARY A. BORNSTEIN (*pro hac vice*) | Facsimile: 213.229.7520 |
| gbornstein@cravath.com | |
| YONATAN EVEN (*pro hac vice*) | VERONICA S. MOYE (*pro hac vice*) |
| yeven@cravath.com | vlewis@gibsondunn.com |
| LAUREN A. MOSKOWITZ (*pro hac vice*) | **GIBSON, DUNN & CRUTCHER LLP** |
| lmoskowitz@cravath.com | 2100 McKinney Avenue, Suite 1100 |
| M. BRENT BYARS (*pro hac vice*) | Dallas, TX 75201 |
| mbyars@cravath.com | Telephone: 214.698.3100 |
| **CRAVATH, SWAINE & MOORE LLP** | Facsimile: 214.571.2900 |
| 825 Eighth Avenue | |
| New York, New York 10019 | CYNTHIA E. RICHMAN (*pro hac vice*) |
| Telephone: (212) 474-1000 | crichman@gibsondunn.com |
| Facsimile: (212) 474-3700 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 1050 Connecticut Avenue, N.W. |
| *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* | Washington, DC 20036-5306 |
| | Telephone: 202.955.8500 |
| | Facsimile: 202.467.0539 |
| [Additional counsel appear on signature page] | |
| | *Attorneys for Defendant and Counterclaimant Apple Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | No. 4:20-CV-05640-YGR-TSH |
| *Plaintiff, Counter-defendant*, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING APP STORE APP CATEGORIES** |
| APPLE INC., | Hon. Yvonne Gonzalez Rogers |
| *Defendant, Counterclaimant*. | |

1  Pursuant to the Court's direction at trial on May 7 regarding the categories of apps
2  available on the App Store, *see* Trial Tr. 1191:7–25, IT IS HEREBY STIPULATED, that the
3  parties, through their respective counsel, agree to the admission into evidence of DX-5552, a
4  screenshot of the webpage available at the URL https://developer.apple.com/app-store/categories/
5  as of May 10, 2021.

1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 11, 2021

CRAVATH, SWAINE & MOORE LLP
    Christine A. Varney (*pro hac vice*)
    Katherine B. Forrest (*pro hac vice*)
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:  /s/  John I. Karin
    John I. Karin
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated: May 11, 2021

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Jay P. Srinivasan
    Mark A. Perry
    Veronica S. Moye
    Cynthia E. Richman
    Jay P. Srinivasan

By:  /s/  Veronica S. Moye
    Veronica S. Moye
    2001 Ross Avenue, Suite 2100
    Dallas, TX 75201-6912
    (214) 698-3100

*Attorneys for Defendant and Counterclaimant Apple Inc.*

-4-

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 11, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
Rachel S. Brass

*Attorney for Defendant and Counterclaimant Apple Inc.*