1  Steven L. Holley (*pro hac vice* pending)
   (holleys@sullcrom.com)
2  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   125 Broad Street
4  New York, New York  10004
   Telephone:     (212) 558-4000
5  Facsimile:     (212) 558-3588

6  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California  94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10 *Attorneys for Non-Party Spotify USA Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| EPIC GAMES, INC., | ) | Case No. 4:20-cv-05640-YGR-TSH |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY USA INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL SPOT-EPIC-00000932** |
| v. | ) | |
| APPLE INC. | ) | |
| Defendant. | ) | |

SULLIVAN & CROMWELL LLP

DECL. OF SHANE M. PALMER IN SUPP. OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO PARTIALLY SEAL SPOT-EPIC-00000932
CASE NO. 4:20-CV-05640-YGR-TSH

I, Shane M. Palmer, declare as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, and counsel to Non-Party Spotify USA Inc. ("Spotify"). I am a member in good standing of the Bars of the States of New York and California and a member of the Bar of this Court. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. I submit this declaration pursuant to Local Rule 79-5(d) in support of Spotify's Administrative Motion to Seal SPOT-EPIC-00000932, submitted concurrently herewith.

3. Spotify produced the document bearing Bates numbers SPOT-EPIC-00000932 through SPOT-EPIC-00000943 to Apple Inc. ("Apple") and Epic Games, Inc. ("Epic"), in response to subpoenas that Apple and Epic served on Spotify in this action pursuant to Federal Rule of Civil Procedure 45 on December 2, 2020, and December 8, 2020, respectively (the "Subpoenas").

4. Prior to producing any documents to Apple and Epic in response to the Subpoenas, I spoke with counsel for Apple and Epic and indicated that certain information sought by the Subpoenas constitutes Spotify's trade secrets. I explained to counsel for Apple and Epic that Spotify would not produce documents containing its proprietary, competitively sensitive business information except pursuant to a supplemental protective order that would ensure additional protections for Spotify's information and prohibit Apple and Epic from sharing Spotify's documents with their employees or in-house counsel.

5. At Spotify's request, on February 4, 2021, Apple and Epic jointly filed a Stipulated Supplemental Protective Order Governing Discovery from Spotify ("Supplemental Protective Order") (Dkt. No. 320). The Court entered this Supplemental Protective Order, as modified by the Court, on February 11, 2021 (Dkt. No. 334).

6. On February 16, 2021, Spotify made a production of documents to Apple and Epic in response to the Subpoenas, which included the document produced by Spotify bearing Bates numbers SPOT-EPIC-00000932 through SPOT-EPIC-00000943. When it produced this document to Apple and Epic, Spotify properly designated it as "SPOTIFY HIGHLY

SULLIVAN & CROMWELL LLP

1

DECL. OF SHANE M. PALMER IN SUPP. OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO PARTIALLY SEAL SPOT-EPIC-00000932
CASE NO. 4:20-CV-05640-YGR-TSH

CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to Section C of the Supplemental Protective Order.

7. On May 9, 2021, I received an email from counsel for Apple, informing me that "in connection with upcoming expert testimony estimated to begin on Wednesday, May 12, Apple intends to disclose Spotify's Response to Information Request From the JFTC, produced in this litigation by Spotify at Bates SPOT-EPIC-00000932 through SPOT-EPIC-00000943." On May 11, 2021, I emailed Apple's counsel to ask whether Apple consents to Spotify's filing of a motion to seal the contents of this document, to the extent that it is used or discussed at trial. Apple's counsel informed me later on May 11 that Apple consents to Spotify's motion to seal this document.

8. Also on May 11, 2021, I emailed counsel for Epic to ask whether Epic consents to Spotify's filing of a motion to seal the contents of the document bearing Bates numbers SPOT-EPIC-00000932 through SPOT-EPIC-00000943, to the extent that it is used or discussed at trial. Epic's counsel informed me later on May 11 that Epic consents to Spotify's motion to seal this document.

9. True and correct copies of the document that Spotify produced to Apple and Epic bearing Bates numbers SPOT-EPIC-00000932 through SPOT-EPIC-00000943 are attached hereto as Exhibit A, in both redacted and unredacted form. The unredacted version of Exhibit A has been highlighted to indicate the portions of the document that Spotify is seeking to seal in the instant Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this May 11, 2021, at Brooklyn, New York.

/s/ Shane M. Palmer
Shane M. Palmer

SULLIVAN & CROMWELL LLP

2

DECL. OF SHANE M. PALMER IN SUPP. OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO PARTIALLY SEAL SPOT-EPIC-00000932
CASE NO. 4:20-CV-05640-YGR-TSH

**ATTESTATION**

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated: May 11, 2021                    /s/ Brendan P. Cullen
                                       Brendan P. Cullen

Sullivan & Cromwell LLP

Decl. of Shane M. Palmer in Supp. of Non-Party Spotify's Admin. Mot. to Partially Seal      SPOT-EPIC-00000932
Case No. 4:20-cv-05640-YGR-TSH