1  Steven L. Holley (*pro hac vice* pending)
   (holleys@sullcrom.com)
2  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   125 Broad Street
4  New York, New York  10004
   Telephone:     (212) 558-4000
5  Facsimile:     (212) 558-3588

6  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California  94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10 *Attorneys for Non-Party Spotify USA Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| EPIC GAMES, INC., | ) | Case No. 4:20-cv-05640-YGR-TSH |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER RE NON-PARTY SPOTIFY USA INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL SPOT-EPIC-00000932** |
| v. | ) | |
| APPLE INC. | ) | |
| Defendant. | ) | |

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER RE NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL SPOT-EPIC-00000932
CASE NO. 4:20-CV-05640-YGR-TSH

On May 11, 2021, Non-Party Spotify USA Inc. ("Spotify") filed an Administrative Motion to Partially Seal a document Spotify produced to Apple Inc. and Epic Games, Inc. bearing Bates numbers SPOT-EPIC-00000932 through SPOT-EPIC-00000943, if that documents is admitted into evidence or if the sealable portions of the document are discussed during the trial of this action.  Through its Administrative Motion to Seal Partially Seal SPOT-EPIC-00000932, Spotify moves to seal the following portions of this document:

| Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Response to Request 1, pages SPOT-EPIC-00000932 – '0934 | Declaration of Benjamin Kung ¶¶ 10–11, 16 | |
| Response to Request 3, page SPOT-EPIC-00000935 | Declaration of Benjamin Kung ¶¶ 10, 16 | |
| Response to Request 4(3), page SPOT-EPIC-00000938 | Declaration of Benjamin Kung ¶¶ 12–16 | |

Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party "establishes that the document[s], or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b).  A party seeking to seal a document must submit "narrowly tailored" requests, *id.*, and overcome the "strong presumption in favor of access" that applies to court documents other than those that are traditionally kept secret. *Kamakana* v. *City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citation omitted).  A party attempting to seal "evidence at trial must [] articulate 'compelling reasons' in favor of sealing." *United States* v. *Bazaarvoice, Inc.*, 2014 WL 11297188, at *1 (N.D. Cal., 2014) (quoting *Kamakana*, 447 F.3d at 1178–79).

Compelling reasons exist to seal the information requested by Spotify for the reasons set forth in the Declaration of Benjamin Kung, which Spotify filed in support of its Administrative Motion to Partially Seal SPOT-EPIC-00000932.

Having considered Spotify's Administrative Motion and supporting declaration, IT IS HEREBY ORDERED THAT Spotify's Administrative Motion to Partially Seal SPOT-EPIC-00000932 is GRANTED.  Accordingly, the unredacted version of the document

SULLIVAN
&
CROMWELL LLP

1

[PROPOSED] ORDER RE NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL SPOT-EPIC-00000932
CASE NO. 4:20-CV-05640-YGR-TSH

sought to be sealed by the Motion shall remain under seal, and the public shall have access only to the version of this document that has been redacted to remove the sealable portions of the document, as in the redacted version of Exhibit A to the Declaration of Shane M. Palmer in Support of Spotify's Administrative Motion to Partially Seal SPOT-EPIC-00000932.

**IT IS SO ORDERED.**

Dated: _____, 2021

                                      Honorable Yvonne Gonzalez Rogers
                                      United States District Judge
                                      Northern District of California

Sullivan & Cromwell LLP

2

[Proposed] Order Re Non-Party Spotify's Administrative Motion to Partially Seal SPOT-EPIC-00000932
Case No. 4:20-cv-05640-YGR-TSH