# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# BENCH TRIAL CIVIL MINUTES

| **Date:** 5/11/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME:** 8:00AM -10:16AM; 10:36AM-12:34PM; 1:15PM-3:15PM

**Attorney for Plaintiff**: Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone             **Court Reporter:** DIANE SKILLMAN AND PAM HEBEL

BENCH TRIAL BEGAN**: 5/3/2021**

### PROCEEDINGS

Case called. Discussion with counsel.
Plaintiff Epic attorney Gary Bornstein **resumes Direct of Witness Dr. David Evans.**
RECESS. Defendant Apple attorney Dan Swanson Cross of Witness Evans.
Plaintiff Epic attorney Bornstein Redirect of Evans. Court questions for witness Evans.
Redirect. Re-cross. Redirect. Discussion with counsel. RECESS. Plaintiff Epic attorney Yonathan Even **calls witness Dr. Susan Athey for Direct**. Defendant Apple Attorney Karen Dunn Cross of Witness Athey. Witness excused for the day. RECESS for the day.

**Further Bench Trial  Wednesday , May 12, 2021 at 8:00 AM.**

**EXHIBITS ADMITTED IN EVIDENCE :**

**Defendant;  DX 5549 and DX 5550**