PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant*,<br><br>vs.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MATERIALS RELIED UPON BY EXPERTS**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's correspondence of May 8, 2021, directing that "[w]here the parties agree on the admissibility of documents associated with each expert's testimony, please prepare a written list of those documents for the court and the clerk of the court which will allow for the efficient admission of the same," IT IS HEREBY STIPULATED, subject to the approval of the Court:

The exhibits listed in the table below are admitted into evidence in connection with the opinion(s) offered by the expert(s) identified, subject to: (a) the Court's standing orders on hearsay and other evidentiary matters; (b) appropriate confidentiality designations, as proposed by the parties on a per-exhibit basis; (c) the understanding that Rule 1006 summaries admitted in connection with expert opinions provide a basis for those opinions and the parties will not object to Rule 1006 summaries on the basis that the underlying materials have not been admitted into evidence separately; and (d) the understanding that Drs. Barnes, Cragg, Hitt, Lafontaine, and Rubinfeld may rely on information not admitted into the record, consistent with Rule 703, and that the parties will not object to those experts' reliance on such unadmitted materials within the scope of Rule 703 except as otherwise expressly set forth herein.

| Expert | Exhibit | Subject to sealing order or motion |
|---|---|---|
| Barnes | PX-0432 | Apple intends to request sealing |
| Barnes | PX-0602 | Apple intends to request sealing |
| Barnes | PX-0603 | Apple intends to request sealing |
| Barnes | PX-0604 | Apple intends to request sealing |
| Barnes | PX-0605 | Apple intends to request sealing |
| Barnes | PX-0606 | Apple intends to request sealing |
| Barnes | PX-0607 | Apple intends to request sealing |
| Barnes | PX-0608 | Apple intends to request sealing |
| Barnes | PX-0609 | |
| Barnes | PX-0610 | Apple intends to request sealing |
| Barnes | PX-0611 | Apple intends to request sealing |
| Barnes | PX-0612 | Apple intends to request sealing |
| Barnes | PX-0756 | |
| Barnes | PX-1000 | Apple intends to request sealing |
| Barnes | PX-1001 | Apple intends to request sealing |
| Barnes | PX-1002 | |
| Barnes | PX-1003 | Apple intends to request sealing |
| Barnes | PX-1004 | |
| Barnes | PX-1005 | |
| Barnes | PX-1006 | |

| | | |
|---|---|---|
| Barnes | PX-1007 | |
| Barnes | PX-1008 | |
| Barnes | PX-2385 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 548) |
| Barnes | PX-2391 | Apple intends to request sealing as this exhibit reflects sealed material |
| Barnes | PX-2392 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| Barnes | PX-2567 | |
| Barnes | PX-2568 | |
| Barnes | PX-2569 | |
| Barnes | PX-2570 | |
| Barnes | PX-2575 | |
| Barnes | PX-2576 | |
| Barnes | PX-2577 | |
| Barnes | PX-2578 | |
| Barnes | PX-2579 | |
| Barnes | PX-2581 | |
| Barnes | PX-2582 | |
| Barnes | PX-2583 | |
| Barnes | PX-2584 | |
| Barnes | PX-2585 | |
| Barnes | PX-2587 | |
| Barnes | PX-2588 | |
| Barnes | PX-2589 | |
| Barnes | PX-2590 | |
| Barnes | PX-2591 | |
| Barnes | PX-2598 | |
| Barnes | PX-2599 | |
| Barnes | PX-2600 | |
| Barnes | PX-2601 | |
| Barnes | PX-2602 | |
| Barnes | PX-2603 | |
| Barnes | PX-2668 | |
| Cragg | PX-1009 | |
| Cragg | PX-1010 | |
| Cragg | PX-1011 | |
| Cragg | PX-1012 | |
| Cragg | PX-1017 | |
| Cragg | PX-1022 | |
| Cragg | PX-1023 | |
| Cragg | PX-1024 | |
| Cragg | PX-1025 | Apple intends to request sealing |
| Cragg | PX-1026 | Apple intends to request sealing |

| | | |
|---|---|---|
| Cragg | PX-1027 | |
| Cragg | PX-1030 | |
| Cragg | PX-1032 | |
| Cragg | PX-1034 | |
| Cragg | PX-1035 | |
| Cragg | PX-1036 | Apple intends to request sealing |
| Cragg | PX-1037 | |
| Cragg | PX-1045 | |
| Cragg | PX-2946 | |
| Hitt | DX-3411 | |
| Hitt | DX-5469 | Apple intends to request sealing |
| Lafontaine | DX-3115 | |
| Lafontaine | DX-3248 | Apple intends to request sealing |
| Lafontaine | DX-3256 | |
| Lafontaine | DX-3363 | |
| Lafontaine | DX-3421 | |
| Lafontaine | DX-3441 | |
| Lafontaine | DX-3584 | Sealed in full (Dkt. 547) |
| Lafontaine | DX-3598 | Partially sealed (Dkt. 547) |
| Lafontaine | DX-3629 | |
| Lafontaine | DX-3695 | |
| Lafontaine | DX-3710 | |
| Lafontaine | DX-3760 | |
| Lafontaine | DX-3814 | |
| Lafontaine | DX-4002 | |
| Lafontaine | DX-4096 | |
| Lafontaine | DX-4168 | |
| Lafontaine | DX-4172 | Partially sealed (Dkt. 547) |
| Lafontaine | DX-4200 | Partially sealed (Dkt. 547) |
| Lafontaine | DX-4217 | |
| Lafontaine | DX-4312 | Apple intends to request sealing |
| Lafontaine | DX-4362 | Epic intends to request sealing |
| Lafontaine | DX-4425 | Subject to Sony motion to seal (Dkt. 576) |
| Lafontaine | DX-4495 | Apple intends to request sealing |
| Lafontaine | DX-4632 | |
| | | |
| Lafontaine | DX-4920 | |
| Lafontaine | DX-4931 | |
| Lafontaine | DX-5338 | Apple intends to request sealing |
| Lafontaine | DX-5546 | |
| Rubinfeld | DX-3176 | |
| Rubinfeld | DX-3177 | |

-5-

| | |
|---|---|
| Rubinfeld | DX-3305 |
| Rubinfeld | DX-3419 |
| Rubinfeld | DX-3483 |
| Rubinfeld | DX-3679 |
| Rubinfeld | DX-4316 |
| Rubinfeld | DX-4623 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 12, 2021

CRAVATH, SWAINE & MOORE LLP
　Christine A. Varney (*pro hac vice*)
　Katherine B. Forrest (*pro hac vice*)
　Gary A. Bornstein (*pro hac vice*)
　Yonatan Even (*pro hac vice*)
　Lauren A. Moskowitz (*pro hac vice*)
　M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
　Paul J. Riehle

By:　/s/  Justin C. Clarke
　　　Justin C. Clarke
　　　825 Eighth Avenue
　　　New York, New York 10019
　　　Telephone: (212) 474-1000

*Attorneys for Plaintiff and
Counter-defendant Epic Games, Inc.*

Dated: May 12, 2021

GIBSON, DUNN & CRUTCHER LLP
　Theodore J. Boutrous Jr.
　Richard J. Doren
　Daniel G. Swanson
　Jay P. Srinivasan
　Mark A. Perry
　Veronica S. Moye
　Cynthia E. Richman

By:　/s/  Rachel S. Brass
　　　Rachel S. Brass
　　　555 Mission Street, Suite 3000
　　　San Francisco, CA 94105-0921
　　　(415) 393-8200

*Attorneys for Defendant and
Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____  _____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 12, 2021                                GIBSON, DUNN & CRUTCHER LLP

                                                                By:   /s/  Rachel S. Brass
                                                                         Rachel S. Brass

                                                                *Attorney for Defendant and Counterclaimant Apple Inc.*