| | |
|---|---|
| PAUL R. RIEHLE (SBN 115199) | THEODORE J. BOUTROUS JR. (SBN 132099) |
| paul.riehle@faegredrinker.com | tboutrous@gibsondunn.com |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | RICHARD J. DOREN (SBN 124666) |
| Four Embarcadero Center | rdoren@gibsondunn.com |
| San Francisco, CA 94111 | DANIEL G. SWANSON (SBN 116556) |
| Telephone: (415) 591-7500 | dswanson@gibsondunn.com |
| Facsimile: (415) 591-7510 | JAY P. SRINIVASAN (SBN 181471) |
| | jsrinivasan@gibsondunn.com |
| CHRISTINE A. VARNEY (*pro hac vice*) | **GIBSON, DUNN & CRUTCHER LLP** |
| cvarney@cravath.com | 333 South Grand Avenue |
| KATHERINE B. FORREST (*pro hac vice*) | Los Angeles, CA 90071-3197 |
| kforrest@cravath.com | Telephone: 213.229.7000 |
| GARY A. BORNSTEIN (*pro hac vice*) | Facsimile: 213.229.7520 |
| gbornstein@cravath.com | |
| YONATAN EVEN (*pro hac vice*) | VERONICA S. MOYE (*pro hac vice*) |
| yeven@cravath.com | vlewis@gibsondunn.com |
| LAUREN A. MOSKOWITZ (*pro hac vice*) | **GIBSON, DUNN & CRUTCHER LLP** |
| lmoskowitz@cravath.com | 2100 McKinney Avenue, Suite 1100 |
| M. BRENT BYARS (*pro hac vice*) | Dallas, TX 75201 |
| mbyars@cravath.com | Telephone: 214.698.3100 |
| **CRAVATH, SWAINE & MOORE LLP** | Facsimile: 214.571.2900 |
| 825 Eighth Avenue | |
| New York, New York 10019 | CYNTHIA E. RICHMAN (*pro hac vice*) |
| Telephone: (212) 474-1000 | crichman@gibsondunn.com |
| Facsimile: (212) 474-3700 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 1050 Connecticut Avenue, N.W. |
| *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* | Washington, DC 20036-5306 |
| | Telephone: 202.955.8500 |
| | Facsimile: 202.467.0539 |
| [Additional counsel appear on signature page] | *Attorneys for Defendant and Counterclaimant Apple Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | |
| *Plaintiff, Counter-defendant*, | No. 4:20-CV-05640-YGR-TSH |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING MATERIALS RELIED UPON BY EXPERTS** |
| APPLE INC., | Hon. Yvonne Gonzalez Rogers |
| *Defendant, Counterclaimant.* | |

Pursuant to the Court's correspondence of May 8, 2021, directing that "[w]here the parties agree on the admissibility of documents associated with each expert's testimony, please prepare a written list of those documents for the court and the clerk of the court which will allow for the efficient admission of the same," IT IS HEREBY STIPULATED, subject to the approval of the Court:

The exhibits listed in the table below are admitted into evidence in connection with the opinion(s) offered by the expert(s) identified, subject to: (a) the Court's standing orders on hearsay and other evidentiary matters; (b) appropriate confidentiality designations, as proposed by the parties on a per-exhibit basis; (c) the understanding that Rule 1006 summaries admitted in connection with expert opinions provide a basis for those opinions and the parties will not object to Rule 1006 summaries on the basis that the underlying materials have not been admitted into evidence separately; and (d) the understanding that Drs. Barnes, Cragg, Hitt, Lafontaine, and Rubinfeld may rely on information not admitted into the record, consistent with Rule 703, and that the parties will not object to those experts' reliance on such unadmitted materials within the scope of Rule 703 except as otherwise expressly set forth herein.

| Expert | Exhibit | Subject to sealing order or motion |
|---|---|---|
| Barnes | PX-0432 | Apple intends to request sealing |
| Barnes | PX-0602 | Apple intends to request sealing |
| Barnes | PX-0603 | Apple intends to request sealing |
| Barnes | PX-0604 | Apple intends to request sealing |
| Barnes | PX-0605 | Apple intends to request sealing |
| Barnes | PX-0606 | Apple intends to request sealing |
| Barnes | PX-0607 | Apple intends to request sealing |
| Barnes | PX-0608 | Apple intends to request sealing |
| Barnes | PX-0609 | |
| Barnes | PX-0610 | Apple intends to request sealing |
| Barnes | PX-0611 | Apple intends to request sealing |
| Barnes | PX-0612 | Apple intends to request sealing |
| Barnes | PX-0756 | |
| Barnes | PX-1000 | Apple intends to request sealing |
| Barnes | PX-1001 | Apple intends to request sealing |
| Barnes | PX-1002 | |
| Barnes | PX-1003 | Apple intends to request sealing |
| Barnes | PX-1004 | |
| Barnes | PX-1005 | |
| Barnes | PX-1006 | |

| | | |
|---|---|---|
| Barnes | PX-1007 | |
| Barnes | PX-1008 | |
| Barnes | PX-2385 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 548) |
| Barnes | PX-2391 | Apple intends to request sealing as this exhibit reflects sealed material |
| Barnes | PX-2392 | Apple intends to request sealing as this exhibit reflects sealed material (Dkt. 614) |
| Barnes | PX-2567 | |
| Barnes | PX-2568 | |
| Barnes | PX-2569 | |
| Barnes | PX-2570 | |
| Barnes | PX-2575 | |
| Barnes | PX-2576 | |
| Barnes | PX-2577 | |
| Barnes | PX-2578 | |
| Barnes | PX-2579 | |
| Barnes | PX-2581 | |
| Barnes | PX-2582 | |
| Barnes | PX-2583 | |
| Barnes | PX-2584 | |
| Barnes | PX-2585 | |
| Barnes | PX-2587 | |
| Barnes | PX-2588 | |
| Barnes | PX-2589 | |
| Barnes | PX-2590 | |
| Barnes | PX-2591 | |
| Barnes | PX-2598 | |
| Barnes | PX-2599 | |
| Barnes | PX-2600 | |
| Barnes | PX-2601 | |
| Barnes | PX-2602 | |
| Barnes | PX-2603 | |
| Barnes | PX-2668 | |
| Cragg | PX-1009 | |
| Cragg | PX-1010 | |
| Cragg | PX-1011 | |
| Cragg | PX-1012 | |
| Cragg | PX-1017 | |
| Cragg | PX-1022 | |
| Cragg | PX-1023 | |
| Cragg | PX-1024 | |
| Cragg | PX-1025 | Apple intends to request sealing |
| Cragg | PX-1026 | Apple intends to request sealing |

| | | |
|---|---|---|
| Cragg | PX-1027 | |
| Cragg | PX-1030 | |
| Cragg | PX-1032 | |
| Cragg | PX-1034 | |
| Cragg | PX-1035 | |
| Cragg | PX-1036 | Apple intends to request sealing |
| Cragg | PX-1037 | |
| Cragg | PX-1045 | |
| Cragg | PX-2946 | |
| Hitt | DX-3411 | |
| Hitt | DX-5469 | Apple intends to request sealing |
| Lafontaine | DX-3115 | |
| Lafontaine | DX-3248 | Apple intends to request sealing |
| Lafontaine | DX-3256 | |
| Lafontaine | DX-3363 | |
| Lafontaine | DX-3421 | |
| Lafontaine | DX-3441 | |
| Lafontaine | DX-3584 | Sealed in full (Dkt. 547) |
| Lafontaine | DX-3598 | Partially sealed (Dkt. 547) |
| Lafontaine | DX-3629 | |
| Lafontaine | DX-3695 | |
| Lafontaine | DX-3710 | |
| Lafontaine | DX-3760 | |
| Lafontaine | DX-3814 | |
| Lafontaine | DX-4002 | |
| Lafontaine | DX-4096 | |
| Lafontaine | DX-4168 | |
| Lafontaine | DX-4172 | Partially sealed (Dkt. 547) |
| Lafontaine | DX-4200 | Partially sealed (Dkt. 547) |
| Lafontaine | DX-4217 | |
| Lafontaine | DX-4312 | Apple intends to request sealing |
| Lafontaine | DX-4362 | Epic intends to request sealing |
| Lafontaine | DX-4425 | Subject to Sony motion to seal (Dkt. 576) |
| Lafontaine | DX-4495 | Apple intends to request sealing |
| Lafontaine | DX-4632 | |
| Lafontaine | DX-4920 | |
| Lafontaine | DX-4931 | |
| Lafontaine | DX-5338 | Apple intends to request sealing |
| Lafontaine | DX-5546 | |
| Rubinfeld | DX-3176 | |
| Rubinfeld | DX-3177 | |
| Rubinfeld | DX-3305 | |

| | | |
|---|---|---|
| Rubinfeld | DX-3419 | |
| Rubinfeld | DX-3483 | |
| Rubinfeld | DX-3679 | |
| Rubinfeld | DX-4316 | |
| Rubinfeld | DX-4623 | |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  May 12, 2021

CRAVATH, SWAINE & MOORE LLP
　　Christine A. Varney (*pro hac vice*)
　　Katherine B. Forrest (*pro hac vice*)
　　Gary A. Bornstein (*pro hac vice*)
　　Yonatan Even (*pro hac vice*)
　　Lauren A. Moskowitz (*pro hac vice*)
　　M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
　　Paul J. Riehle

By:   /s/  Justin C. Clarke
　　　Justin C. Clarke
　　　825 Eighth Avenue
　　　New York, New York 10019
　　　Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated:  May 12, 2021

GIBSON, DUNN & CRUTCHER LLP
　　Theodore J. Boutrous Jr.
　　Richard J. Doren
　　Daniel G. Swanson
　　Jay P. Srinivasan
　　Mark A. Perry
　　Veronica S. Moye
　　Cynthia E. Richman

By:   /s/  Rachel S. Brass
　　　Rachel S. Brass
　　　555 Mission Street, Suite 3000
　　　San Francisco, CA 94105-0921
　　　(415) 393-8200

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____  _____
                                        HON. YVONNE GONZALEZ ROGERS
                                        United States District Court Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 12, 2021                                    GIBSON, DUNN & CRUTCHER LLP

                                                       By:    /s/  Rachel S. Brass
                                                              Rachel S. Brass

                                                       *Attorney for Defendant and Counterclaimant Apple Inc.*