```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5   EPIC GAMES, INC.,
 6        Plaintiff,
          Counter-defendant,
 7
             vs.                 Case No. 4:20-cv-05640
 8                                 YGR
     APPLE INC.,
 9
          Defendant,
10        Counterclaimant.
     _____
11
12   IN RE APPLE IPHONE         Case No. 4:11-cv-06714
     ANTITRUST LITIGATION               YGR
13   _____
     (caption cont'd)
14
15
16    *HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY*
17            ZOOM DEPOSITION OF LORI WRIGHT
18   (Reported Remotely via Video & Web Videoconference)
19      Palo Alto, California (Deponent's location)
20               Friday, April 16, 2021
21                    Volume I
22
23
24   JOB NO. 4544487
25   PAGES 1 - 290
```

                                              Page 1

```
 1   DONALD R. CAMERON, et al.,

 2        Plaintiffs,

 3             vs.                Case No. 4:19-cv-03074
                                          YGR
 4   APPLE INC.,

 5        Defendant.

     _____

 6

 7

 8

 9

10    *HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY*

11            ZOOM DEPOSITION OF LORI WRIGHT

12   (Reported Remotely via Video & Web Videoconference)

13      Palo Alto, California (Deponent's location)

14               Friday, April 16, 2021

15                    Volume I

16

17

18

19

20

     STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4544487

25
```

Page 2

```
1    remove the spotlight, and then someone keeps          09:20:50

2    resending me on spotlight.

3            CONCIERGE TECHNICIAN:  Actually, what we

4    would want to do is go up to the top right where it

5    says "View" and hit "Gallery View."                   09:20:59

6            (Technical comments off the stenographic

7    record.)

8       Q.   (By Mr. Calandra)  So did you -- did you

9    get that set?

10      A.   Yes.  Thank you.                               09:21:26

11      Q.   I know.  No worries.

12           In connection with your preparation, did

13   anyone show you documents that refreshed your

14   recollection?

15      A.   There was a set of emails that I looked        09:21:38

16   through to -- that I had sent personally to -- to

17   recall some of the dialogues that had gone back and

18   forth.

19      Q.   Sent personally to Apple, or to other

20   folks?                                                 09:21:55

21      A.   Sent personally by me to Apple.

22      Q.   Okay.  Did they help refresh your

23   recollection?

24      A.   They did.

25      Q.   What -- what emails were they that you         09:22:05
```

Page 25

```
1    recall?                                        09:22:09

2        A.    There were several.

3              There was an email that I sent following

4    our first meeting with Apple to propose some

5    solutions to the issues that we had raised in the    09:22:23

6    meeting.

7              There was an email -- there were multiple

8    emails with me going back and forth with Apple

9    proposing solutions to how we thought we could have

10   a workable solution.                            09:22:44

11             And other email that I recall in that

12   would be just correspondence on arranging various

13   meetings with Apple.

14       Q.    And -- and these emails all relate to the

15   issue of xCloud?                                09:23:08

16       A.    Correct.

17       Q.    Okay.  Did you look at any -- did any

18   documents refresh your recollection that did not

19   relate to xCloud?

20       A.    No.                                    09:23:18

21       Q.    Okay.  I think you already told us that

22   you didn't communicate with anyone, other than

23   Microsoft or Microsoft's lawyers, in preparation

24   for the deposition.

25             Was that a -- am I correct in that      09:23:32
```

Page 26

| 1 | however, they do not allow for catalogs to be | 09:35:23 |
| 2 | published without individually breaking out every | |
| 3 | game as a separate binary containing the streaming | |
| 4 | technology within each and every game. | |
| 5 | Q.   Apple's main objection, to you, was that | 09:35:39 |
| 6 | they wanted to make sure that each binary had been | |
| 7 | submitted for App Store approval, right? | |
| 8 | MR. CHIAPPETTA:  Objection.  Foundation. | |
| 9 | THE DEPONENT:  Apple did not give us | |
| 10 | reasons why they wanted -- what they had asked for. | 09:35:58 |
| 11 | What they had asked for was for us to | |
| 12 | deconstruct our catalog and take a product that we | |
| 13 | had built that represented where gaming is going, | |
| 14 | similar to where music and movies had gone, to | |
| 15 | aggregate a catalog and have that as a single | 09:36:23 |
| 16 | application and be able to access that as a single | |
| 17 | catalog.  Apple did not tell us why they told us | |
| 18 | that we must deconstruct that, which would be | |
| 19 | similar to asking Netflix to deconstruct its | |
| 20 | catalog and have a separate app for every music -- | 09:36:40 |
| 21 | or every move and every TV show, or asking Spotify | |
| 22 | to deconstruct and have an application for every | |
| 23 | song. | |
| 24 | Q.   (By Mr. Calandra)  Did -- did Apple | |
| 25 | explain to you what its security concerns were with | 09:36:50 |

Page 36

1   your preferred construct?                                        09:36:54

2       A.   Apple did not explain why.  We asked on

3   several occasions.  It was not the -- in any

4   conversation we had, there was not a clear

5   explanation, other than to say we are software and   09:37:10

6   they are not.

7       Q.   "They" -- "they" being?

8       A.   Netflix, Spotify, any other form of media

9   and entertainment.

10      Q.   Okay.  We are going to come back to that      09:37:24

11  in some emails a little bit later.

12           Do you have an understanding as to

13  whether or not an Epic victory would impact a

14  developer's ability to distribute apps on -- on

15  the iOS platform without paying Apple a             09:37:41

16  commission, meaning through some means other than

17  through the App Store?

18           MR. CHIAPPETTA:  Same objections.

19           THE DEPONENT:  Can you repeat the

20  question, please.                                    09:37:53

21      Q.   (By Mr. Calandra)  Yeah.

22           Do you have an understanding that an Epic

23  victory may result in -- in developers avoiding

24  paying Apple commissions through the App Store?

25           MR. CHIAPPETTA:  Same objections.           09:38:05

Page 37

1      Q.  Well, I -- I assume that Epic has some        10:37:39

2  apps that it -- that it distributes on the

3  Microsoft Store, right?  Fair enough?

4      A.  I believe that to be true, yes.

5      Q.  Okay.  You are not sure if that's true?     10:37:54

6      A.  No, I'm sure -- I believe that to be

7  true.

8      Q.  Okay.  Well, so what other relationships

9  exist?  So we have a relationship of Microsoft

10  being, essentially, a digital marketplace and --   10:38:05

11  and Epic being, essentially, a developer of apps

12  that will put on its market.

13          Any other relationships, other than that

14  developer, sort of store relationship?

15          MR. CHIAPPETTA:  Compound.  Also        10:38:20

16  foundation.

17          THE DEPONENT:  I -- as I stated earlier,

18  I don't manage the Epic partnership or

19  relationship.

20      Q.  (By Mr. Calandra)  Okay.  So do you --    10:38:33

21  does that mean you have no dealings professionally

22  with Epic?

23      A.  That's accurate.

24      Q.  Okay.  And fair to say, then, you haven't

25  spoken to anybody at Epic about its commissions?   10:38:48

Page 78

```
1        A.   I have not.                              10:38:55

2        Q.   Okay.  So let me just be -- make sure the

3   record is completely clear.

4            Have you had any communications at all

5   with Epic?                                         10:39:04

6        A.   I have had one communication with Epic

7   unrelated to anything regarding commissions or any

8   of the topics we are discussing right now.

9        Q.   Okay.  Well, what was it relating to,

10  then?                                              10:39:33

11       A.   It was relating to an outreach by Epic

12  who was offering us an opportunity, as part of

13  their fundraising round, to consider investing

14  because they had offered the same to a -- our -- a

15  competitor of ours, Sony, in which case Sony       10:40:02

16  invested and we declined.

17       Q.   Who made that outreach to you?

18       A.   It was not an outreach to me

19  specifically.  It was an outreach to -- through

20  sources I am not entirely clear on because I       10:40:23

21  sometimes look at investment decisions.  I was

22  copied.  I was pulled into one conversation, and I

23  had no further conversations on it.

24       Q.   And around when did that occur?

25       A.   I don't remember the dates or when.      10:40:40
```

Page 79

```
 1    look at the Epic Store as a place where Epic is        10:56:22

 2    building up a place for their games to have

 3    transactions in a storefront, and it's not -- it's

 4    just not part of my thinking on who's competing in

 5    which storefront.                                      10:56:44

 6        Q.   Okay.  What about the Apple App Store; do

 7    you -- do you consider that a competitor of the

 8    Microsoft X store -- or the Microsoft Store for

 9    Xbox?

10            MR. CHIAPPETTA:  Objection.  Assumes           10:56:58

11    facts not in the evidence.

12            THE DEPONENT:  I do not.

13        Q.   (By Mr. Calandra)  Why not?

14        A.   Because I think about it as an

15    alternative place where you purchase a subset of      10:57:13

16    our games for mobile, but it is not a place where

17    we meaningfully compete for transactions.

18        Q.   Do you compete at all, leaving aside the

19    extent to which you compete?

20            MR. CHIAPPETTA:  Objection.  Foundation.       10:57:30

21    Vague.

22            THE DEPONENT:  In -- in any -- none of

23    the conversations that I am in do we look at the

24    Apple App Store as a competing store.

25        Q.   (By Mr. Calandra)  All right.  But your       10:57:46
```

                                                    Page 92

1   "the download."                                          11:01:07

2        Q.   (By Mr. Calandra)   And my example was

3   Fortnite.

4            MR. CHIAPPETTA:   Same objection.

5            THE DEPONENT:   We don't view them as          11:01:19

6   mutually exclusive, in many cases.   We hope that

7   customers will play Xbox on consoles and get

8   Fortnite from Microsoft in order to play on the

9   Xbox console.   We don't have a preference on

10  whether they also go and get Fortnite on mobile         11:01:39

11  when they could.

12           And, like, it feels that -- from my

13  perspective, that, yes, we want people to play

14  Fortnite on consoles, and we are working hard to

15  attract people to play on our platform, on our          11:02:02

16  console, and believe that they will have the best

17  experience in doing that when it comes to consoles.

18  So we hope they will play it on our console instead

19  of Sony.

20       Q.   (By Mr. Calandra)   Okay.   So you are        11:02:18

21  competing with Sony's console platform to try to

22  get players to play it on your -- your platform,

23  correct?

24       A.   Correct.

25       Q.   But you are saying that you are not           11:02:27

Page 96

1    competing to try to get players to play on your          11:02:29

2    platform instead of or in lieu of a mobile

3    operating system platform like Android or iOS?

4         A.   That's correct.

5         Q.   And why is it that you don't -- why is it      11:02:40

6    that you are agnostic in the case of a mobile

7    platform; whereas, you are not agnostic in the case

8    of, say, Sony's platform?

9         A.   Because if you are choosing Sony's

10   platform, you are probably playing it on Sony and       11:02:59

11   not and Xbox.  If you are playing it on Xbox, you

12   are probably playing it on the Xbox plus mobile.

13        Q.   Okay.  So the -- the people who play

14   on -- on, say, iOS's platform, on the App Store,

15   are -- are, in your mind, likely to also be playing    11:03:21

16   on a console platform that might well be Sony; it

17   might be well Xbox?

18        A.   Correct.

19        Q.   Okay.  Do you have a sense of whether

20   they're more inclined to be playing on a console       11:03:33

21   platform, or are -- are they more inclined to be

22   playing on their mobile platform?

23             MR. CHIAPPETTA:  Objection.  Vague.

24             THE DEPONENT:  I don't have an

25   inclination.                                            11:03:47

                                                    Page 97

```
 1            MR. CHIAPPETTA:  Vague and compound.        11:39:34

 2            THE DEPONENT:  Insomuch as a wall is a

 3     barrier, then, yes, that control allows you to keep

 4     things out.

 5        Q.   (By Mr. Calandra)  Okay.  We have been      11:39:48

 6     using the word "walled garden," but sometimes

 7     people refer to it as a "closed system."

 8            Have you ever used the word "closed

 9     system"?

10        A.   We do not ever use the words "closed" --    11:40:01

11     I do not use the words -- I cannot speak on what

12     others use.  I don't refer to it as a "closed

13     system."  I refer to our console environment as a

14     "special purpose gaming ecosystem."

15        Q.   What -- what do you mean by "special         11:40:27

16     purpose gaming ecosystem"?

17        A.   I mean that our hardware and services are

18     designed to promote a special purpose gaming

19     environment whereby the hardware is important

20     insomuch as it's the delivery mechanism for the      11:40:54

21     content.  We build the hardware so that consumers

22     can consume the software.

23        Q.   You think of the iPhone as a delivery

24     mechanism to deliver apps?

25        A.   I --                                         11:41:16
```

Page 114

```
 1    demanded to use their own payment system on the        12:04:34

 2    Xbox store?

 3         A.   Not to my knowledge.

 4         Q.   Okay.  Has -- has Microsoft, to your

 5    knowledge, allow- -- ever allowed any developer to     12:04:42

 6    use their own payment system on the Xbox store?

 7         A.   I don't know.

 8         Q.   Not to your knowledge?

 9         A.   Not to my knowledge.

10         Q.   Okay.  Currently, Microsoft's taken a        12:04:53

11    30 percent commission from developers for all game

12    purchases made on the Microsoft Store for Xbox,

13    right?

14              MR. CHIAPPETTA:  Objection.  Compound.

15    Foundation.                                            12:05:03

16              THE DEPONENT:  We do take that to

17    subsidize our hardware, yeah.

18         Q.   (By Mr. Calandra)  Okay.  And -- and how

19    did this 30 percent commission get set?  Why -- why

20    not some other rate?                                   12:05:11

21              MR. CHIAPPETTA:  Objection.  Foundation.

22              THE DEPONENT:  I don't know.

23         Q.   (By Mr. Calandra)  Do you know when the

24    30 percent rate commission was established?

25         A.   I don't.  I know that it is not always       12:05:21
```

Page 134

```
 1    competition, the -- the commission to the platform        12:11:38
 2    holders certainly decreases, and it's something
 3    that we are seeing in our own PC store where there
 4    is, you know, very real, strong competition for
 5    stores on PC, and, as a result, we are in the            12:11:56
 6    process of changing our store fees because of that
 7    competition.
 8         Q.   (By Mr. Calandra)  Do you think the
 9    30 percent commission is a fair commission rate?
10              MR. CHIAPPETTA:  Objection.  Vague.            12:12:14
11              THE DEPONENT:  A fair commission rate on
12    PC today, no, which is why we are changing it.
13         Q.   (By Mr. Calandra)  Yeah, let me -- thank
14    you.  On Xbox store.
15              Do you think the -- the -- the 30 percent      12:12:23
16    commission rate on the Xbox store is a fair
17    commission rate?
18              MR. CHIAPPETTA:  Objection.  Vague.
19    Foundation.
20              THE DEPONENT:  I think it's necessary          12:12:31
21    based off -- ▇▇▇▇▇▇▇▇▇▇Redacted▇▇▇▇▇▇▇▇▇▇
22    based off of us subsidizing the hardware and
23    building a special purpose gaming device, yes.
24              MR. CHIAPPETTA:  Make sure I have time to
25    get my objections out.                                  12:12:41
```

                                                    Page 139

```
 1    deals with the App Store and the Play Store, and I        12:18:43

 2    have not been involved in deals with Nintendo.

 3         Q.   Okay.  Did you ever recommend to

 4    Microsoft that it ought to change its commission

 5    rates on the Xbox store?                                   12:18:57

 6         A.   No.

 7         Q.   Okay.  Do you know if anybody internally

 8    has made that recommendation?

 9         A.   I know there's a conversation on whether

10    we should.                                                12:19:15

11         Q.   Okay.  People are talking about, but has

12    anybody, to your knowledge, at Microsoft actually

13    recommended it?  Gone on record and said, "I think

14    we should change"?

15         A.   Not --                                          12:19:27

16              MR. CHIAPPETTA:  Objection --

17              THE DEPONENT:  -- to my knowledge.

18              MR. CHIAPPETTA:  -- vague.

19         Q.   (By Mr. Calandra)  Not to your knowledge?

20         A.   Not to my knowledge.  Sorry.  No.              12:19:31

21              MR. CALANDRA:  I'm going to show you a

22    document, which is Tab 4 in my binder, but that

23    doesn't mean anything to you.  Hold on one second.

24              This is a document that I would like to

25    show you.  It's called "Microsoft Store Policies &        12:19:52
```

Page 146

```
 1    App Store Principles, January 2021."  It seems to      12:19:52
 2    be some sort of Microsoft deck, Bates-stamped as
 3    -95 range through -109.
 4            Let's mark that as the next exhibit in
 5    sequence, which I think would make it                  12:20:09
 6    Defendant's 617.
 7            (Exhibit 617 was marked for
 8    identification by the court reporter and is
 9    attached hereto.)
10            THE DEPONENT:  I'm looking at the              12:20:34
11    document.  Would you like me to look through it?
12       Q.  (By Mr. Calandra)  Yeah, 'cuz my first
13    question is simply:  Have you seen the document
14    before?
15       A.  I have not.                                     12:20:40
16       Q.  I'm going to give you a little bit more
17    time to look through it, and then I will ask you
18    the question.
19            Okay?
20       A.  Deal.                                           12:20:48
21       Q.  Let me know when you are ready.
22       A.  Okay.
23            Okay.  There's a lot here.
24       Q.  No doubt.
25            So have you seen this document before?         12:25:32
```

```
 1        Q.   (By Mr. Calandra)  There was a double         12:29:58

 2   negative.  I was just trying to eliminate it.

 3            All right.  Policy No. 2:  "We will not

 4   block an app from Windows based on a developer's

 5   business model or how it delivers content and           12:30:06

 6   services, including whether content is installed on

 7   a device or streamed from the cloud."

 8            Now, that is not a policy that has been

 9   adopted for the Xbox store, correct?

10        A.   That's correct.                               12:30:32

11        Q.   Okay.  And why has it not been adopted

12   for the Xbox store?

13        A.   I have no foundation in that.

14        Q.   Okay.  I have the same question if you go

15   back to the Micro- -- the Policy No. 1:                 12:30:43

16   Develop- -- "Developers will have the freedom to

17   choose whether to distribute their apps for Windows

18   through our app store."

19            Now, I know you just said that was not

20   adopted for the Xbox store.  My question is:  Why       12:30:55

21   not?

22            MR. CHIAPPETTA:  Asked and answered.

23            THE DEPONENT:  I -- I feel like I

24   answered this earlier when discussing the logic of

25   our hardware subsidy in order to make a special         12:31:10
```

Page 153

```
 1    purpose device.                                    12:31:15

 2          When we're looking at the Windows'

 3    ecosystem system MPCs, this is a general purpose

 4    platform, and they have very different uses.  They

 5    have very different numbers of users, and,          12:31:31

 6    therefore, the policies would not apply because

 7    they are very different devices.

 8        Q.   (By Mr. Calandra)  Is that --

 9             MR. CHIAPPETTA:  Counsel --

10        Q    (By Mr. Calandra)  Is that the only --     12:31:44

11             MR. CHIAPPETTA:  -- can you -- Counsel, I

12    just wanted to alert you to the fact that it's

13    after 12:30 here on the West Coast, and you said we

14    could take lunch then, but feel free to finish this

15    question.                                           12:31:51

16             MR. CALANDRA:  What I would like to do is

17    finish this document, and then we'll take lunch,

18    okay?

19             MR. CHIAPPETTA:  Can you do so in the

20    next few minutes?                                   12:31:57

21             MR. CALANDRA:  Up to the witness.

22             MR. CHIAPPETTA:  Sorry?

23        Q    (By Mr. Calandra)  Let's -- let me -- let

24    me ask you to do this:  Look at principles 3

25    through 10.  We've looked at 1 to 2.                12:32:05
```

Page 154

```
 1    that we are hearing "Can we do this on mobile?"        02:08:44

 2         Q.   Okay.  So your customers -- there is

 3    demand from your customers on Xbox to -- to have

 4    streaming available on mobile, including iOS?

 5         A.   That's correct.                              02:08:57

 6

 7

 8

 9

10                                                           02:09:11

11

12

13         Q.   (By Mr. Calandra)  Have you been involved

14    in them?

15         A.   I have not.                                  02:09:24

16         Q.   Who -- who's involved in those

17    discussions?

18         A.   Primarily the Game Pass content team and

19    other members of the gaming leadership team.

20         Q.   So -- so I'm just curious:  What -- what    02:09:43

21    about your job has you involved in the discussions

22    to put streaming available on Apple, on iOS, but

23    not -- doesn't have you also involved with regard

24    to the

25         A.                                                02:09:55
```

Page 199



02:09:57

02:10:10

02:10:22

02:10:40

02:10:50

02:11:06

Page 200

```
 1        A.   Correct.                                    02:52:02

 2        Q.   The

 3   no-third-party-content-publishable-in-the-catalog

 4   problem has been resolved?

 5        A.   Correct.                                    02:52:12

 6        Q.   As I understand it, there were two

 7   remaining problems to doing the plan that you

 8   proposed on the mobile app.

 9             One was they would not be able to review

10   each game before it was made available, and the     02:52:21

11   second was that you didn't want to use the IAP

12   payment platform that Apple otherwise required; am

13   I right?

14             MR. CHIAPPETTA:  Misstates testimony.

15             THE DEPONENT:  That is not accurate.        02:52:36

16        Q.   (By Mr. Calandra)  Okay.  Why?

17        A.   The --

18        Q.   Go ahead.

19        A.   The -- the remaining problem was not that

20   they would need to review individually.  The         02:52:42

21   remaining problem was that they wanted individual

22   app binaries for every game that also included the

23   streaming stack within each and every game and to

24   have those separately listed in the App Store.

25             What that --                                02:53:11
```

Page 216

```
 1        Q.   Did you --                              02:53:12

 2        A.   -- means is that our product -- we could

 3   not effectively offer a catalog -- well, let me

 4   back up.

 5            You -- the -- the product that we        02:53:23

 6   envisioned, the product that other -- every other

 7   media, entertainment company has been able to

 8   deliver is you sign up for a subscription service;

 9   you can move between content.

10            In the way that they had asked us to do  02:53:43

11   it, you could not easily navigate between the

12   content.  You would also have a file size that was

13   five times the size of what it needed to be because

14   it would effectively have to have the streaming

15   stack in it because they would not allow us to have 02:54:04

16   a reference app, which was another thing we should

17   go through on what we had proposed.

18            And so with the streaming stack in it,

19   you have this huge file that, every time you make

20   an update to the cloud streaming service, the       02:54:19

21   result would be each and every game would have to

22   have an update, so if you had ten games or 100

23   games sitting on your phone, you are going to see

24   them all updating at the exact same time, even

25   though the game itself has no update happening to   02:54:36
```

Page 217

```
 1    it.                                                      02:54:38

 2            And then, as content leaves -- the game

 3    has catalogs.  Just as content leaves Netflix --

 4    you would have a dead app sitting on your device

 5    that you would have to go and remove or it just         02:54:52

 6    wouldn't work.  And the whole product is about this

 7    notion of content that's fresh, curated, relevant

 8    being available.

 9            So the fundamental thing they had

10    proposed was technically problematic, a very bad        02:55:11

11    user experience, and commercially unviable.

12        Q.   If we were taking Netflix as an

13    example -- and because you are in California, I'm

14    going to use The Terminator as the movie.

15            If -- if -- if The Terminator was on           02:55:27

16    Netflix, that -- that content is fixed.  That

17    doesn't change, right?  Nobody changes it, unless

18    you change the ending.  The Terminator content is

19    fixed.

20            However, your game content on your             02:55:37

21    streaming changes all the time; am I right?

22        A.   I don't think that's the right analogy.

23    There are -- no.  Our game content -- the games

24    stay the same, for the most part.  I'm not aware of

25    where those are -- they -- the analogy is that new      02:56:00
```

Page 218

```
 1     plumbed into IAP.                              02:58:52

 2              MR. CALANDRA:  I would like to take a

 3     look at what I will mark as Defendants'

 4     Exhibit 618.  It's Tab 9.

 5              (Exhibit 618 was marked for            02:58:59

 6     identification by the court reporter and is

 7     attached hereto.)

 8              MR. CALANDRA:  This is a document

 9     produced by Microsoft called "Project xCloud -

10     User experience for game streaming on iOS," and 02:59:04

11     it's Bates-stamped -8073 to -8099.

12         Q.   (By Mr. Calandra)  Let me know when you

13     have that document in front of you.

14         A.   I have it in front of me.  I'm reviewing

15     it.                                            02:59:47

16         Q.   Okay.  First question is:  Have you seen

17     it before?

18         A.   Yes, I have seen this document.

19         Q.   Okay.  And then my next question is:

20     What is this document?                         03:00:00

21         A.   Do you have a date on this document?

22         Q.   I do not.

23         A.   I will need to review it to put in

24     context from a timeline perspective.

25         Q.   Sure.                                 03:00:27
```

Page 221

```
 1    payment-processing system that was not the IAP that      03:21:45

 2    Apple used, correct?

 3         A.   Not fully correct, no.

 4         Q.   Well, in what sense is it not fully

 5    correct?  I -- I have seen a number of emails            03:22:02

 6    where -- where Microsoft was saying, "We don't want

 7    to use your IAP processing system; we want to use

 8    our own."

 9         A.   We also said we can use IAP if we can

10    aggregate transactions at Game Pass and not at the       03:22:15

11    individual game level.

12         Q.   Okay.  But at one -- at some point in

13    time, the -- the initial proposal from Microsoft

14    was:  We don't want to use Apple, your IAP

15    processing system.  We want to use our own.             03:22:29

16              MR. CHIAPPETTA:  Objection --

17         Q.   (By Mr. Calandra)  At some point in time

18    Microsoft said that, correct?

19              MR. CHIAPPETTA:  -- asked and answered.

20              THE DEPONENT:  That is accurate --           03:22:36

21              MR. CALANDRA:  Okay.

22              THE DEPONENT:  -- but we asked that

23    for -- not for commission reasons.

24         Q.   (By Mr. Calandra)  Whatever, but

25    Microsoft doesn't allow anyone on its X- -- Xbox        03:22:43
```

Page 237

```
 1              MR. EARNHARDT:  Just let me -- let me        03:57:42

 2    just go ahead log an objection that this is an

 3    incomplete exhibit.

 4              MR. CALANDRA:  Okay.

 5              MR. CHIAPPETTA:  Join.                        03:57:47

 6         Q.   (By Mr. Calandra)  So -- so picking up on

 7    the first full paragraph of the page in question,

 8    it says, second sentence, "Xbox chief marketing of

 9    Yusuf Mehdi" -- M-E-H-D-I -- "spoke to

10    GamesIndustry about the margins they'll be making    03:58:02

11    on the Xbox One at launch, and there's little room

12    for error."

13              And then here's the quote from -- from

14    Xbox chief marketing officer.  It says, quote:

15    "'We're looking to break even or low margin at       03:58:13

16    worse,' he said.  'As'" you -- "'As we can

17    cost-reduce our box as we've done 360, we'll

18    continue to price reduce and get even more

19    competitive with our offering.  You've seen us over

20    the years constantly be focused on profitability     03:58:29

21    and improving year over year.  If you look at 360

22    that platform lasted for seven or eight years and

23    it's going to go for another three years.  It's

24    incredibly profitable now in the tail.'"

25              Do you agree with the statement here that   03:58:49
```

Page 256

| | | |
|---|---|---|
| 1 | the Xbox 360 console is incredibly profit -- | 03:58:50 |
| 2 | profitable now in the tail? | |
| 3 | MR. CHIAPPETTA:  Objection.  Vague. | |
| 4 | Calls for speculation. | |
| 5 | You can answer if you know what that | 03:59:07 |
| 6 | means. | |
| 7 | THE DEPONENT:  This is a seven-, | |
| 8 | eight-year-old document that I suspect -- I think | |
| 9 | this is going to the fact the business model in | |
| 10 | this closed gaming ecosystem we subsidize the | 03:59:34 |
| 11 | consoles, we invest in content, and, in the end, | |
| 12 | the content pays for the subsidy that we have to | |
| 13 | incur on making the hardware. | |
| 14 | Q.   (By Mr. Calandra) So do you -- do you | |
| 15 | not agree that the console, while maybe making a | 03:59:58 |
| 16 | loss in the original period because the costs are | |
| 17 | high, eventually the costs come down, and then the | |
| 18 | console becomes incredibly profitable in the later | |
| 19 | years? | |
| 20 | A.   I don't agree with that. | 04:00:13 |
| 21 | MR. CHIAPPETTA:  Misstates testimony. | |
| 22 | Q.   (By Mr. Calandra)  Okay.  And what's your | |
| 23 | basis for disagreeing? | |
| 24 | A.   I don't believe the precise words are | |
| 25 | accurate.  I -- the console does not become | 04:00:26 |

Page 257

| | | |
|---|---|---|
| 1 | Q.   So you would agree with me it's -- | 04:42:14 |
| 2 | Microsoft has paid some significant amount of money | |
| 3 | to Apple in -- in commissions in -- on the | |
| 4 | App Store, correct? | |
| 5 | A.   Sure.  I don't know that, though. | 04:42:26 |
| 6 | MR. CALANDRA:  Okay.  I want to go back | |
| 7 | to a couple more documents and ask you, you know, | |
| 8 | if you have seen them before. | |
| 9 | Hang on.  Oh, here they are. | |
| 10 | Okay.  The first one is -- hold on -- is | 04:42:41 |
| 11 | dated August 12th, 2020. | |
| 12 | This is, Lizzy, Tab 20.  It begins with | |
| 13 | Microsoft Bates stamp -14.  This will be | |
| 14 | Exhibit 621. | |
| 15 | (Exhibit 621 was marked for | 04:43:56 |
| 16 | identification by the court reporter and is | |
| 17 | attached hereto.) | |
| 18 | MR. CALANDRA:  And for the record, it's | |
| 19 | called "Gaming Content & Platform Partnerships Deep | |
| 20 | Dive." | 04:44:17 |
| 21 | THE DEPONENT:  Okay. | |
| 22 | Q.   (By Mr. Calandra)  My first question is | |
| 23 | simply:  Have you seen this document before? | |
| 24 | A.   I don't believe so. | |
| 25 | Q.   This is not a document that you would | 04:44:40 |

Page 278

```
 1        A.    Okay.                                      04:46:23

 2        Q.    -- it says "Xbox Platform Agreement

 3   Framework."

 4              Do you know what -- do you have an

 5   understanding of what this is depicting?            04:46:29

 6        A.    Take a moment to review it.

 7              MR. CHIAPPETTA:  Calls for speculation.

 8        Q.    (By Mr. Calandra)  Well, let me ask the

 9   question:  Does -- does what's being depicted on

10   page 16 come within your job responsibilities, or  04:47:26

11   is this somebody else's department?

12        A.    Somebody else's department.

13        Q.    Okay.  So -- so would you be speculating

14   if you were to explain to me what's actually being

15   depicted on page 16?                                04:47:39

16        A.    Yes, I would be.

17        Q.    Okay.  That's fair.

18              Let me see if I have any more questions

19   on the document.  Hang on.

20              MR. CHIAPPETTA:  Still calls for         04:47:54

21   speculation, by the way.

22              MR. CALANDRA:  Okay.  You can put this

23   document down.

24              THE DEPONENT:  Okay.

25              MR. CALANDRA:  Okay.  I'm going to show  04:48:08
```

Page 280

| | | |
|---|---|---|
| 1 | you another document.  This is one is called "GGPD | 04:48:08 |
| 2 | Portfolio Team - Executive Portfolio Update."  It's | |
| 3 | dated August 2020, and we'll mark this Exhibit 622. | |
| 4 | Tab 21. | |
| 5 | (Exhibit 622 was marked for | 04:48:24 |
| 6 | identification by the court reporter and is | |
| 7 | attached hereto.) | |
| 8 | THE DEPONENT:  Okay. | |
| 9 | Q.   (By Mr. Calandra)  All right.  Have you | |
| 10 | ever seen this document before? | 04:48:34 |
| 11 | A.   Let me take a moment to flip through it. | |
| 12 | Okay.  I have looked at it. | |
| 13 | Q.   Have you seen -- | |
| 14 | A.   Was there a question? | |
| 15 | Q.   Have you seen this document before today? | 04:49:30 |
| 16 | A.   I have not. | |
| 17 | Q.   Okay.  It did not come from your files, | |
| 18 | as far as you know? | |
| 19 | A.   It did not. | |
| 20 | Q.   Okay.  And you had nothing to do with its | 04:49:39 |
| 21 | drafting, I assume? | |
| 22 | A.   I did not. | |
| 23 | Q.   Okay.  I assume you have no emails that | |
| 24 | relate to this document, right? | |
| 25 | A.   I did not state that.  This document | 04:50:02 |

Page 281

```
 1     could exist in my email and -- but I don't know.        04:50:04

 2         Q.   Okay.  Well, to the extent you don't

 3     remember seeing this document before, do you

 4     remember seeing any emails relating to this

 5     document before?                                          04:50:14

 6         A.   I do not.

 7             MR. CALANDRA:  Okay.  You can put this

 8     document down, too.

 9             All right.  Let's take a look at Tab 22,

10     which, this is another document.  We'll mark it as,      04:50:30

11     I think -- what are we up to, 627?

12             MR. CHIAPPETTA:  -3.

13             MR. CALANDRA:  I'm sorry, 623.  Thank

14     you.

15             This is a document called "CY2009 Game           04:50:39

16     Industry Profit - Gaming Business Planning &

17     Strategy Team May 2020."  It does not have a Bates

18     stamp on it.

19             (Exhibit 623 was marked for

20     identification by the court reporter and is              04:50:51

21     attached hereto.)

22         Q.   (By Mr. Calandra)  You can flip through

23     it and take your time.  My first question is:  Have

24     you seen this document before?

25         A.   Okay.  I'm ready.                                04:52:11
```

```
 1        Q.   Have you seen this document before?              04:52:13

 2        A.   I have seen this document before.

 3        Q.   In -- in connection with what have you

 4   seen this document?

 5        A.   In connection with my day-to-day business        04:52:19

 6   role.

 7        Q.   Have you prepared this document?

 8        A.   I have not.

 9        Q.   Okay.  Was it prepared at your direction?

10        A.   It was not.                                      04:52:31

11        Q.   Okay.  Who prepared it, do you know?

12        A.   If I look at the title, it looks like the

13   Gaming Business Planning & Strategy Team.

14        Q.   This is a different team than your --

15   than -- that -- that team doesn't fall within your         04:52:47

16   area of responsibility?

17        A.   They do not.

18        Q.   Okay.  Now, did they -- did they, in the

19   ordinary course, provide this document to you to

20   take a look at?                                            04:52:58

21        A.   Yes, they would have.

22        Q.   Okay.  And did you provide any comments

23   on this document?

24        A.   Not that I'm aware of or recall.

25        Q.   Did you meet and talk to anybody about          04:53:09
```

Veritext Legal Solutions
866 299-5127

```
 1    the preparation of this document?                    04:53:10

 2        A.   I did not.

 3        Q.   Okay.  Do you know where the information

 4    on this document, the financial information, came

 5    from?                                                04:53:19

 6             MR. CHIAPPETTA:  Compound.

 7             THE DEPONENT:  I don't know how to answer

 8    that because there's a lot of data in this

 9    document.

10        Q.   (By Mr. Calandra)  Well, I can take you    04:53:33

11    to different pages, if you want.

12        A.   Okay.

13        Q.   Let's take a look at page 23 of the

14    document.  This is -- this is the one -- the title

15    on top says "CY2019 Reported SW&S Revenue vs.        04:53:42

16    Profit Margin by Company (1 of 2)."

17             Do you know how the information -- do you

18    know where the information on this document came

19    from?

20        A.   I do not.                                   04:54:04

21        Q.   Do you have any understanding as to

22    whether the information on this document is correct

23    and reliable?

24             MR. CHIAPPETTA:  Objection.  Are you

25    talking about this page still?                       04:54:15
```

                                                    Page 284

```
 1              MR. CALANDRA:  On this page.  I'm sorry.      04:54:17

 2   On page 23, I think.

 3              THE DEPONENT:  I have no knowledge of

 4   whether this is correct or reliable, no.

 5       Q.   (By Mr. Calandra)  Okay.  Did -- do you        04:54:24

 6   rely upon the information contained in this

 7   document to do your business?

 8              MR. CHIAPPETTA:  Objection.  Compound.

 9              MR. CALANDRA:  The entire document.  I am

10   talking about the entire exhibit.                       04:54:33

11              MR. CHIAPPETTA:  Same objection.

12              THE DEPONENT:  No, I do not rely on this

13   document to do my business.

14       Q.   (By Mr. Calandra)  Have you used

15   Exhibit 623 in any way in -- in performing your         04:54:42

16   duties for Microsoft?

17       A.   No, I have not.

18       Q.   Okay.  And you have had no discussions

19   with anyone about this doc- -- the content of this

20   document?                                               04:54:56

21              MR. CHIAPPETTA:  Other than to the extent

22   you had any conversations with counsel.

23              THE DEPONENT:  I don't recall any depth

24   conversation on this document.  There are lots of

25   documents like this that come up.  They get            04:55:10
```

Page 285

```
 1   produced, and whether or not I had conversations on      04:55:14

 2   this one specifically, I don't recall.

 3       Q.   (By Mr. Calandra)   Okay.  You haven't had

 4   any conversations with Epic's counsel about

 5   document 623, correct?                                    04:55:27

 6       A.   To repeat:  I have not had any

 7   conversations with Epic's counsel.

 8            MR. CALANDRA:  Okay.  All right.

 9   Let's -- let's go off the record for about

10   ten minutes.  I'm going to see -- I'm pretty much         04:55:41

11   at the end, but I want to just see if I have a few

12   more follow-up questions.

13            THE VIDEOGRAPHER:  We are going off the

14   record.  The time is 4:55.

15            (Recess taken.)                                  04:55:55

16            THE VIDEOGRAPHER:  We are at five hours

17   and 49 minutes on the record.  We are going back on

18   the record.  The time is 5:03.

19            MR. CALANDRA:  Yeah, are we all back?  I

20   don't see Wes.  Wes is -- is Wes on?                      05:04:00

21            THE VIDEOGRAPHER:  He's not in the

22   breakout room -- oh, actually, they are in the Epic

23   room.

24            (Discussion off the stenographic record.)

25            MR. CALANDRA:  So I -- I am done with my         05:04:27
```

Page 286

```
 1    questioning, so unless you guys have questions, and      05:04:28

 2    then I'll reserve my right to come back and ask

 3    more questions.  Other than that, I'm done.

 4           MR. EARNHARDT:  Yeah, we don't -- we

 5    don't have anything.                                     05:04:40

 6           MR. CHIAPPETTA:  Earlier, we had

 7    agreed -- earlier, I believe that we all agreed --

 8    well, maybe we didn't all agree, but both Epic's

 9    counsel and we requested this be designated in its

10    entirety as "Highly Confidential."                      05:04:49

11           MR. CALANDRA:  Okay.

12           MS. LEE:  "Outside Attorneys' Eyes Only,"

13    please.

14           MR. CALANDRA:  Okay.

15           (Court Reporter asks for clarification.)         05:05:05

16           MR. CALANDRA:  All right.  Well, thank

17    you, Ms. Wright.  I really appreciate your time,

18    and I'm glad we finished at a decent hour.

19           THE DEPONENT:  You as well.  Have a good

20    weekend.                                                 05:05:14

21           MR. CALANDRA:  You too.

22           THE VIDEOGRAPHER:  We are off the record

23    at 5:05 p.m., and this concludes today's testimony

24    given by Lori Wright.  The total number of media

25    units used was one and will be retained by              05:05:23
```

Page 287