Michelle Lowery (302882)
mslowery@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*Attorneys for Defendant Apple Inc.*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

EPIC GAMES, INC.,

*Plaintiff, Counter-defendant,*

v.

APPLE INC.,

*Defendant, Counterclaimant.*

Case No. 4:20-cv-05640-YGR

**DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)**

Judge: Hon. Yvonne Gonzalez Rogers

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)

Case No. 4:20-CV-05640-YGR

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, Defendant Apple Inc. ("Apple") hereby attaches the following declarations of authenticity:

1. Attached hereto as Exhibit A is Microsoft Corporation's Declaration of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11) & 902(14);

2. Attached hereto as Exhibit B is App Annie Inc.'s Declaration of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11) & 902(14);

3. Attached hereto as Exhibit C is Google, LLC's Declaration of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11) & 902(14); and

4. Attached hereto as Exhibit D Roblox Inc.'s Declarations of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11) & 902(14).

Dated: May 1, 2021

By: */s/ Michelle Lowery*

Michelle Lowery
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
(310) 277 4110
Email: mslowery@mwe.com

Mark A. Perry
Cynthia Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, DC 20036
(202) 887-3722
Email: mperry@gibsondunn.com
crichman@gibsondunn.com

Theodore J. Boutrous, Jr.
Richard J. Doren
Daniel Glen Swanson

- 2 -

DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)

Case No. 4:20-CV-05640-YGR

Jagannathan P. Srinivasan
Jason C. Lo
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7340
Email: tboutrous@gibsondunn.com
rdoren@gibsondunn.comj
dswanson@gibsondunn.com
jsrinivasan@gibsondunn.com
jlo@gibsondunn.com

Veronica Smith Moye
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 1100
Dallas, TX 75201
(214) 698-3100
Email: VMoye@gibsondunn.com

Ethan Dettmer
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
(415) 393-8200
Email: edettmer@gibsondunn.com

Katrina Robson
Evan Schlom
Elena M. Zarabozo
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
(202) 383-5300
Email: krobson@omm.com
eschlom@omm.com
ezarabozo@omm.com

Scott Schaeffer
O'MELVENY & MYERS LLP
Plaza 66, Tower 1, 37th Floor
1266 Nanjing Road West
Shanghai 200040, China
86-21-2307-7000

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)

Case No. 4:20-CV-05640-YGR

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

Email: sschaeffer@omm.com

David Eberhart
Anna T. Pletcher
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700
Email: deberhart@omm.com
apletcher@omm.com

Peter J. Sacripanti
John J. Calandra
Nicole L. Castle
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5400
Email: psacripanti@mwe.com
jcalandra@mwe.com
ncastle@mwe.com

Elizabeth A. Rodd
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street
Boston, MA 02116
617-535-4000
Email: erodd@mwe.com

William F. Stute
E. Joshua Rosenkranz
ORRICK, HERRINGTON AND SUTCLIFFE LLP
1152 15th St, NW
Washington, DC 20005
(202) 339-8400
Email: wstute@orrick.com
jrosenkranz@orrick.com

Karen Hoffman Lent
Evan R. Kreiner
SKADDEN ARPS SLATE MEAGHER FLOM LLP
One Manahttan West
New York, NY 10001

- 4 -

DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)

Case No. 4:20-CV-05640-YGR

(212) 735-3000
Email: Karen.lent@skadden.com
Evan.Kreiner@skadden.com

Meredith Dearborn
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
943 Steiner St.
San Francisco, CA 94117
(202) 223-7300
Email: mdearborn@paulweiss.com

*Attorneys for Defendant Apple Inc.*

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

- 5 -

DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)

Case No. 4:20-CV-05640-YGR

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2021, I served true and correct copies of Defendant Apple Inc.'s Notice of Declarations of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11) & 902(14) via electronic mail to the following counsel of record in this action:

Paul Jeffrey Riehle
Paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
(415) 591-7500
(415) 591-7510 (fax)

Benjamin Hans Diessel
bdiessel@wiggin.com
Wiggin and Dana LLP
One Century Tower
PO Box 1832
New Haven, CT 06508-1832
(203)498-4400

Nathan E. Denning
ndenning@wiggin.com
Wiggin and Dana LLP
437 Madison Ave
35th Floor
New York, NY 10022
212-551-2630

Christine A. Varney
cvarney@cravath.com
Katherine B. Forrest
kforrest@cravath.com
Gary Andrew Bornstein
gbornstein@cravath.com
Yonatan Even
yeven@cravath.com
J. Wesley Earnhardt
wearnhardt@cravath.com
Lauren Ann Moskowitz
lmoskowitz@cravath.com

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)

Case No. 4:20-CV-05640-YGR

Vanessa A. Lavely
vlavely@cravath.com
Michael Brent Byars
mbyars@cravath.com
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
United States
(212) 474-1000
(212) 474-3700 (fax)

*Counsel for Plaintiff Epic Games, Inc.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2021, at Dover, Massachusetts.

*/s/ Elizabeth A. Rodd*
Elizabeth A. Rodd

DM_US 179383816-1.061481.0035

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

- 7 -

DEFENDANT APPLE INC.'S NOTICE OF DECLARATIONS OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)

Case No. 4:20-CV-05640-YGR

# Exhibit A

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

EPIC GAMES, INC.,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 4:20-CV-05640-YGR

**DECLARATION OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14)**

I, Kayleigh Klinzman, declare under penalty of perjury as follows:

1. I am employed by Microsoft Corporation, and my official title is Litigation Paralegal.

2. I am familiar with Microsoft's record-keeping system, including its electronic record-keeping system. I have experience in the preservation and retrieval of electronic data from Microsoft's computer systems.

3. On November 6, 2020, Microsoft received a subpoena for documents in the above captioned action (the "Subpoena").

4. On February 15, 2021, Microsoft responded to the Subpoena by producing, *inter* alia, the following records and data:

a. Spreadsheet with sheets titled in part "Minecraft Gross Sales Revenue" and "Minecraft Sales Units", bates labeled MSFT_ EPIC_00000013;

b. Microsoft Strategy Presentation, "Xbox LIVE Games Marketplace – Guiding Principles, Mission and Vision," June 2011 Interactive Entertainment Business, bates labeled MSFT_EPIC_00000298; and

c. Microsoft Strategy Presentation, "Xbox LIVE Marketplace – Future Strategy," Interactive Entertainment Business, bates labeled MSFT_EPIC_00000299.

5. Each of the above-listed records is a true and correct duplicate of the original record, was made or transmitted by a person with knowledge of the contents at or near the time of the information recorded, was kept in the course of Microsoft's regularly conducted business activities, and creation of the records is a regular practice of Microsoft's business activities.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on April 30, 2021 in Redmond, Washington.

Kayleigh Klinzman (CELA)

Litigation Paralegal

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

DECLARATION OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) & 902(14) - 2 - (Case Nos. 4:20-cv-05640-YGR)