PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES INC.'S TENTATIVE INITIAL WITNESS LIST** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

1  Pursuant to Pretrial Order No. 1 (ECF No. 371) and the Court's Standing Order re: Pretrial
2  Instructions in Civil Cases, Plaintiff and Counter-Defendant Epic Games, Inc. ("Epic") serves its
3  tentative, initial list of trial witnesses, other than for impeachment or rebuttal, reserving its rights
4  to supplement or amend its list for good cause or in response to Apple Inc.'s ("Apple") witness list
5  and other pre-trial disclosures. Epic also reserves the right to substitute deposition designations
6  for live testimony, and vice versa, including based on the availability or non-availability of any
7  witness to appear at trial. Pursuant to Pretrial Order No. 1, Apple shall serve on or before March
8  16, 2021, together with its tentative witness list, an annotated version of Epic's initial tentative list
9  showing Apple's estimated time of cross-examination and whether any listed witnesses under its
10 control will be testifying in person or will be requesting leave to testify remotely.

DATE: March 12, 2021

**CRAVATH, SWAINE & MOORE LLP**

*/s/   Katherine B. Forrest*
       Katherine B. Forrest

**FAEGRE DRINKER BIDDLE & REATH LLP**
PAUL J. RIEHLE (SBN 115199)
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
paul.riehle@faegredrinker.com

**CRAVATH, SWAINE & MOORE LLP**
CHRISTINE A. VARNEY (*pro hac vice*)
KATHERINE B. FORREST (*pro hac vice*)
GARY A. BORNSTEIN (*pro hac vice*)
YONATAN EVEN (*pro hac vice*)
LAUREN A. MOSKOWITZ (*pro hac vice*)
M. BRENT BYARS (*pro hac vice*)
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
cvarney@cravath.com
kforrest@cravath.com
gbornstein@cravath.com
yeven@cravath.com
lmoskowitz@cravath.com
mbyars@cravath.com

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**Fact Witnesses**

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Epic Witnesses | | | | | |
| Andrew Grant, Engineering Fellow* | Epic's membership in the Apple Developer Program; engineering and development of Epic's products for various platforms; Epic Direct Payment on iOS | 1 hour | | | Live, in person |
| Thomas Ko, Senior Director, Head of Online Business Strategy and Operations | Epic's payment processing services; Apple's payment processing services; Epic Direct Payment on iOS | 30 minutes | | | Live, in person |

(* Primary witness and not included as precautionary)

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Tim Sweeney, Founder and Chief Executive Officer* | Epic's history and business; Epic's business discussions with Apple and Google; Epic Direct Payment on iOS; App Store policies and practices; Epic's marketing and promotional activities; Epic's efforts to compete in app distribution and in-app payment processing | 4 hours | | | Live, in person |
| Matthew Weissinger, Vice President, Marketing* | Epic's marketing and promotional activities; marketing and promotional support services offered by video game consoles and mobile operating system providers, including Apple | 1 hour | | | Live, in person |
| Document custodian | Admission of business records and other documents in Epic's possession, as necessary | 20 minutes | | | Live, in person or may request leave to appear remotely. |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Apple Witnesses ||||||
| Matt Fischer, Vice President, App Store | App Store business strategy; App Store financial performance; App Store policies and practices; Apple's market power over iOS developers; and/or the subjects of designated testimony | 2 hours | | | Live or by Deposition Designation |
| Trystan Kosmynka, Senior Director, App Review | App Store review policies and practices; iOS and macOS engineering, security and privacy issues; and/or the subjects of designated testimony | 1 hour | | | Live or by Deposition Designation |
| Document custodian | Admission of business records and other documents in Apple's possession, as necessary | 20 minutes | | | Live |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Eddy Cue, Senior Vice President, Internet Software and Services | The subjects of designated testimony, which include: lack of competition among mobile devices and mobile operating system software; App Store business strategy; App Store financial performance; current and historical App Store policies and practices; Apple's prior antitrust violations | Deposition Designation | | | Deposition Designation |
| Craig Federighi, Senior Vice President, Software Engineering | The subjects of designated testimony, which include: iOS and macOS engineering, security, privacy and competition issues; App Store policies and practices | Deposition Designation | | | Deposition Designation |
| Scott Forstall, Senior Vice President, iOS Software (former) | The subjects of designated testimony, which include: iOS and macOS engineering, security, privacy and competition issues; historical App Store policies and practices; Apple's in-app purchasing function | Deposition Designation | | | Deposition Designation |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Eric Friedman, Head of Fraud Engineering, Algorithms, and Risk | The subjects of designated testimony, which include: App Store review process; fraud and other abuse in Apple's ecosystem | Deposition Designation | | | Deposition Designation |
| Eric Gray, Director, Commerce & Payments | The subjects of designated testimony, which include: inefficiencies and lack of integration of Apple's payment processing services; app pricing and inelasticity of demand; fraud and other abuse in Apple's ecosystem | Deposition Designation | | | Deposition Designation |
| C.K. Haun, Senior Director, Developer Technical Services | The subjects of designated testimony, which include: App Store review policies and practices; iOS and macOS engineering, security and privacy issues | Deposition Designation | | | Deposition Designation |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Ron Okamoto, Vice President, Worldwide Developer Relations (former) | The subjects of designated testimony, which include: benefits Apple receives from other software developers, including Epic; Apple's market power over iOS developers | Deposition Designation | | | Deposition Designation |
| Shaan Pruden, Senior Director of Partnership Management and Worldwide Developer Relations | The subjects of designated testimony, which include: benefits that Apple receives from other software developers, including Epic | Deposition Designation | | | Deposition Designation |
| Mark Rollins, Finance Manager | The subjects of designated testimony, which include: Apple financials; App Store profit and loss statements | Deposition Designation | | | Deposition Designation |
| Phillip Shoemaker, Technology Director, App Review (former) | The subjects of designated testimony, which include: historical App Store review policies and practices | Deposition Designation | | | Deposition Designation |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Third-Party Witnesses ||||||
| Vivek Sharma, Vice President, Gaming, Facebook, Inc.* | App distribution; Apple restrictions on iOS app distribution; App Store review process; interactions with Apple | 45 minutes | | | Mr. Sharma is expected to request to appear remotely. |
| Lori Wright, Vice President, Xbox Business Development, Microsoft Corporation* | Distribution of software; Xbox video game console business and operations; Xbox cloud gaming, including xCloud and Game Pass; interactions with Apple | 90 minutes | | | Intends to appear live and in person, but may request leave to appear remotely. |
| Benjamin Simon, Founder and Chief Executive Officer, Yoga Buddhi Co.* | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 45 minutes | | | Intends to appear live and in person, but may request leave to appear remotely. |
| Shelley Gould, President, Co-Founder, Neuro-Fin Inc. d/b/a SmartStops* | App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple | 30 minutes | | | Intends to appear live and in person, but may request leave to appear remotely. |

| Witness | Epic's Brief Statement of Substance of Testimony | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Adrian Ong, Senior Vice President of Operations, Match Group* | The subjects of designated testimony, which include: App distribution; participation in the Apple Developer Program; App Store review process; interactions with Apple; differences between native apps and web experiences; Match Group's payment processing capabilities; effects of Apple's 30% fee on Match Group and its users; user acquisition | Deposition Designation | | | Deposition Designation |

**Expert Witnesses**

| Witness | Summary of Theory and Conclusions and Bases Therefor and CV | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| Susan Athey, Economics of Technology Professor, Stanford University Graduate School of Business* | See expert disclosure served February 16, 2021 | 1 hour / 40 minutes (with potential written direct) | | | Live, in person |
| Ned S. Barnes, Managing Director, Berkeley Research Group* | See expert disclosure served February 16, 2021 | 30 minutes / 15 minutes (with potential written direct) | | | Live, in person |
| David Evans, Chairman, Global Economics Group* | See expert disclosure served February 16, 2021 | 5 hours / 3 hours (with potential written direct) | | | Live, in person |
| Wenke Lee, Chair, College of Computing, Georgia Institute of Technology* | See expert disclosure served February 16, 2021 | 1 hour / 30 minutes (with potential written direct) | | | Live, in person |

| Witness | Summary of Theory and Conclusions and Bases Therefor and CV | Estimated Length of Direct Examination | Estimated Length of Cross-Examination | Estimated Length of Re-Direct Examination | Appearance |
|---|---|---|---|---|---|
| James Mickens, Professor of Computer Science, Harvard University* | See expert disclosure served February 16, 2021 | 1 hour 30 minutes / <br><br> 1 hour 30 minutes (with potential written direct) | | | Intends to appear live and in person, but may request leave to appear remotely. |
| Peter E. Rossi, Professor of Marketing, Economics and Statistics, UCLA* | See expert disclosure served February 16, 2021 | 40 minutes / <br><br> 15 minutes (with potential written direct) | | | Live, in person |

## CERTIFICATE OF SERVICE

I, John I. Karin, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned a resident of the County of New York, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 825 Eighth Avenue, New York, NY 10019.

2. That on March 12, 2021, declarant served the foregoing:

**EPIC GAMES, INC.'S TENTATIVE INITIAL WITNESS LIST**

by electronic mail to the counsel listed on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of March 2021, at New York, New York.

*/s/      John I. Karin*
JOHN I. KARIN

## Service List

Theodore J. Boutrous, Jr.
Richard J. Doren
Daniel G. Swanson
Jay P. Srinivasan
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
tboutrous@gibsondunn.com
rdoren@gibsondunn.com
dswanson@gibsondunn.com
jsrinivasan@gibsondunn.com

Cynthia E. Richman
Harry R. S. Phillips
Mark A. Perry
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
crichman@gibsondunn.com
hphillips2@gibsondunn.com
mperry@gibsondunn.com

Veronica S. Lewis
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vlewis@gibsondunn.com

1  Eli M. Lazarus
   Ethan Dettmer
2  **GIBSON, DUNN & CRUTCHER LLP**
   555 Mission Street, Suite 3000
3  San Francisco, CA 94105
   Telephone: (415) 393-8200
4  Facsimile: (415) 393-8306
5  elazarus@gibsondunn.com
   edettmer@gibsondunn.com
6

7  *Counsel for Defendant and Counterclaimant Apple Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28