CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-CV-05640-YGR-TSH <br><br> **[PROPOSED] ORDER DENYING APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING** <br><br> The Honorable Yvonne Gonzalez Rogers |

|   |   |
|---|---|
| 1 | This matter is before the Court on Defendant and Counterclaimant Apple Inc.'s Motion for an Adverse Credibility Finding.  Upon consideration of the parties' briefs and the relevant authorities cited therein, the Court **DENIES** Apple's Motion for an Adverse Credibility Finding. |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

[PROPOSED] ORDER DENYING APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING

2

CASE NO. 4:20-CV-05640-YGR-TSH