Steven L. Holley (appearance *pro hac vice*)
(holleys@sullcrom.com)
Shane M. Palmer (SBN 308033)
(palmersh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Non-Party Spotify USA Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> APPLE INC. <br><br>        Defendant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY USA INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SPOT-EPIC-00000925 AND SPOT-EPIC-00001023** |

SULLIVAN & CROMWELL LLP

DECL. OF SHANE M. PALMER IN SUPP. OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO SEAL PORTIONS OF DOCUMENTS
CASE NO. 4:20-CV-05640-YGR-TSH

I, Shane M. Palmer, declare as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, and counsel to Non-Party Spotify USA Inc. ("Spotify"). I am a member in good standing of the Bars of the States of New York and California and a member of the Bar of this Court. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. I submit this declaration pursuant to Local Rule 79-5(d) in support of Spotify's Administrative Motion to Seal Portions of SPOT-EPIC-00000925 and SPOT-EPIC-00001023, submitted concurrently herewith.

3. Spotify produced the documents bearing Bates numbers SPOT-EPIC-00000925 through SPOT-EPIC-00000929, and SPOT-EPIC-00001023 through SPOT-EPIC 00001025, to Apple Inc. ("Apple") and Epic Games, Inc. ("Epic") in response to subpoenas that Apple and Epic served on Spotify in this action pursuant to Federal Rule of Civil Procedure 45 on December 2, 2020, and December 8, 2020, respectively (the "Subpoenas").

4. Prior to producing any documents to Apple and Epic in response to the Subpoenas, I spoke with counsel for Apple and Epic and indicated that certain information sought by the Subpoenas constitutes Spotify's trade secrets. I explained to counsel for Apple and Epic that Spotify would not produce documents containing its proprietary, competitively sensitive business information except pursuant to a supplemental protective order that would ensure additional protections for Spotify's information and prohibit Apple and Epic from sharing Spotify's documents with their employees or in-house counsel.

5. At Spotify's request, on February 4, 2021, Apple and Epic jointly filed a Stipulated Supplemental Protective Order Governing Discovery from Spotify ("Supplemental Protective Order") (Dkt. No. 320). The Court entered this Supplemental Protective Order, as modified by the Court, on February 11, 2021 (Dkt. No. 334).

6. On February 16, 2021, Spotify made a production of documents to Apple and Epic in response to the Subpoenas, which included the documents produced by Spotify bearing Bates numbers SPOT-EPIC-00000925 through SPOT-EPIC-00000929, and SPOT-EPIC-00001023 through SPOT-EPIC-00001025. When it produced these documents to

SULLIVAN & CROMWELL LLP

1

DECL. OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO SEAL PORTIONS OF DOCUMENTS
CASE NO. 4:20-CV-05640-YGR-TSH

Apple and Epic, Spotify properly designated them as "SPOTIFY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to Section C of the Supplemental Protective Order.

7. On May 11, 2021, counsel for Epic informed me by email that Epic may use SPOT-EPIC-00000925 and SPOT-EPIC-00001023 at trial. Epic's counsel indicated to me by email that Epic does not object to Spotify's filing of a motion to seal those documents.

8. On May 12, 2021, I emailed counsel for Apple to ask whether Apple consents to Spotify's filing of a motion to seal SPOT-EPIC-00000925 and SPOT-EPIC-00001023. Apple's counsel confirmed by email that Apple consents to Spotify's filing of a motion to seal those documents.

9. True and correct copies of the document that Spotify produced to Apple and Epic bearing Bates numbers SPOT-EPIC-00000925 through SPOT-EPIC-00000929 are attached hereto as Exhibit A, in both redacted and unredacted form. True and correct copies of the document that Spotify produced to Apple and Epic bearing Bates numbers SPOT-EPIC-00001023 through SPOT-EPIC-00001025 are attached hereto as Exhibit B, in both redacted and unredacted form. The unredacted version of Exhibits A and B have been highlighted to indicate the portions of the documents that Spotify is seeking to seal in the instant Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this May 12, 2021, at Brooklyn, New York.

/s/ Shane M. Palmer
Shane M. Palmer

SULLIVAN & CROMWELL LLP

2

DECL. OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY'S ADMIN. MOT. TO SEAL PORTIONS OF DOCUMENTS
CASE NO. 4:20-CV-05640-YGR-TSH

## ATTESTATION

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated: May 12, 2021

/s/ Brendan P. Cullen
Brendan P. Cullen

Sullivan & Cromwell LLP

Decl. of Shane M. Palmer in Support of Non-Party Spotify's Admin. Mot. to Seal Portions of Documents
Case No. 4:20-cv-05640-YGR-TSH