1  Steven L. Holley (appearance *pro hac vice*)
   (holleys@sullcrom.com)
2  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   125 Broad Street
4  New York, New York  10004
   Telephone:     (212) 558-4000
5  Facsimile:     (212) 558-3588

6  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California  94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10  *Attorneys for Non-Party Spotify USA Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, | **[PROPOSED] ORDER RE NON-PARTY SPOTIFY USA INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SPOT-EPIC-00000925 AND SPOT-EPIC-00001023** |
| v. | |
| APPLE INC. | |
| Defendant. | |

[PROPOSED] ORDER RE NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DOCUMENTS
CASE NO. 4:20-CV-05640-YGR-TSH

SULLIVAN & CROMWELL LLP

On May 12, 2021, Non-Party Spotify USA Inc. ("Spotify") filed an Administrative Motion to Seal portions of documents Spotify produced to Apple Inc. and Epic Games, Inc. bearing Bates numbers SPOT-EPIC-00000925 through SPOT-EPIC-00000929, and SPOT-EPIC-00001023 through SPOT-EPIC-00001025, if those documents are admitted into evidence or if the sealable portions of the documents are discussed during the trial of this action. Through its Administrative Motion to Seal Portions of SPOT-EPIC-00000925 and SPOT-EPIC-00001023, Spotify moves to seal the following portions of the documents:

| Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Highlighted portions on page SPOT-EPIC-00000926 | Declaration of Benjamin Kung ¶¶ 11–12, 16 | |
| Highlighted portions on pages SPOT-EPIC-00001023 through '1025 | Declaration of Benjamin Kung ¶¶ 13–16 | |

Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party "establishes that the document[s], or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). A party seeking to seal a document must submit "narrowly tailored" requests, *id.*, and overcome the "strong presumption in favor of access" that applies to court documents other than those that are traditionally kept secret. *Kamakana* v. *City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citation omitted). A party attempting to seal "evidence at trial must [] articulate 'compelling reasons' in favor of sealing." *United States* v. *Bazaarvoice, Inc.*, 2014 WL 11297188, at *1 (N.D. Cal., 2014) (quoting *Kamakana*, 447 F.3d at 1178–79).

Compelling reasons exist to seal the information requested by Spotify for the reasons set forth in the Declaration of Benjamin Kung, which Spotify filed in support of its Administrative Motion to Seal Portions of SPOT-EPIC-00000925 and SPOT-EPIC-00001023.

Having considered Spotify's Administrative Motion and supporting declaration, IT IS HEREBY ORDERED THAT Spotify's Administrative Motion to Seal Portions of SPOT-EPIC-00000925 and SPOT-EPIC-00001023 is GRANTED. Accordingly, the unredacted versions of the documents sought to be sealed by the Motion shall remain under seal, and the public

Sullivan & Cromwell LLP

1

[Proposed] Order Re Non-Party Spotify's Administrative Motion to Seal Portions of Documents
Case No. 4:20-cv-05640-YGR-TSH

shall have access only to the versions of these documents that have been redacted to remove the sealable portions of the documents, as in the redacted versions of Exhibits A and B to the Declaration of Shane M. Palmer in Support of Spotify's Administrative Motion to Seal Portions of SPOT-EPIC-00000925 and SPOT-EPIC-00001023.

**IT IS SO ORDERED.**

Dated: _____, 2021

                                               Honorable Yvonne Gonzalez Rogers
                                               United States District Judge
                                               Northern District of California

SULLIVAN & CROMWELL LLP

2

[PROPOSED] ORDER RE NON-PARTY SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DOCUMENTS
CASE NO. 4:20-CV-05640-YGR-TSH