1   Steven L. Holley (appearance *pro hac vice*)
    (holleys@sullcrom.com)
2   Shane M. Palmer (SBN 308033)
    (palmersh@sullcrom.com)
3   SULLIVAN & CROMWELL LLP
    125 Broad Street
4   New York, New York  10004
    Telephone:     (212) 558-4000
5   Facsimile:     (212) 558-3588

6   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
7   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
8   Palo Alto, California  94303
    Telephone:     (650) 461-5600
9   Facsimile:     (650) 461-5700

10  *Attorneys for Non-Party Spotify USA Inc.*

11

                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  EPIC GAMES, INC.,                          Case No. 4:20-cv-05640-YGR-TSH

15                     Plaintiff,              **REDACTED EXHIBIT B TO**
                                               **DECLARATION OF SHANE M. PALMER**
16        v.                                   **IN SUPPORT OF NON-PARTY SPOTIFY**
                                               **USA INC.'S ADMINISTRATIVE**
17  APPLE INC.                                 **MOTION TO SEAL PORTIONS OF**
                                               **SPOT-EPIC-00000925 AND**
18                     Defendant.              **SPOT-EPIC-00001023**

19                                             **REDACTED VERSION OF DOCUMENT**
                                               **SOUGHT TO BE SEALED**
20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

STRICTLY CONFIDENTIAL - CONTAINS BUSINESS SECRETS

16th November 2020

## Information Request from the JFTC

### Spotify's response

1.  **Results of Spotify's experiment of December 2018**

    **We would be grateful if you could submit the results of Spotify's experiment of December 2018 (extracted below)** 

SPOTIFY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

STRICTLY CONFIDENTIAL - CONTAINS BUSINESS SECRETS
16th November 2020



SPOTIFY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

STRICTLY CONFIDENTIAL - CONTAINS BUSINESS SECRETS
16th November 2020

█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████, Apple's
anti-competitive restrictions not only prevent users from directly subscribing to its Premium service from the app, but also prevent Spotify from effectively using in-app advertising to promote its Premium service, and in Spotify's experience in-app advertising is the most effective form of advertising as the user is engaging with Spotify's service and trying to access a Premium service.

***

SPOTIFY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                    SPOT-EPIC-00001025