CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>*Plaintiff, Counter-defendant*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant, Counterclaimant.* | Case No. 4:20-CV-05640-YGR-TSH<br><br>**DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

I, J. Wesley Earnhardt, declare as follows:

1. I am an attorney licensed to practice in the State of New York and admitted to appear before this Court *pro hac vice* in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR-TSH.  I am a partner at the law firm of Cravath, Swaine & Moore LLP and am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned action.

2. I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-(e) in support of Epic's Administration Motion to File Under Seal Supporting Exhibits B, H, and I to J. Wesley Earnhardt's Declaration In Support of Epic's Opposition to Apple Inc.'s Motion for an Adverse Credibility Finding.  The contents of this declaration are based on my personal knowledge.

3. Epic moves to seal Supporting Exhibits H and I and portions of Supporting Exhibit B, which contain information that non-party Microsoft Corporation has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order entered in *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112.  With respect to Exhibit B, Epic moves to seal only those portions of the excerpted deposition transcript for which Microsoft has not agreed to remove its "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 12, 2021 in Westchester County, New York.

*/s/ J. Wesley Earnhardt*
J. Wesley Earnhardt