```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5   EPIC GAMES, INC.,
 6        Plaintiff,
          Counter-defendant,
 7
              vs.              Case No. 4:20-cv-05640
 8                                  YGR
     APPLE INC.,
 9
          Defendant,
10        Counterclaimant.
     _____
11
12   IN RE APPLE IPHONE          Case No. 4:11-cv-06714
     ANTITRUST LITIGATION              YGR
13   _____
     (caption cont'd)
14
15
16    *HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY*
17            ZOOM DEPOSITION OF LORI WRIGHT
18   (Reported Remotely via Video & Web Videoconference)
19      Palo Alto, California (Deponent's location)
20               Friday, April 16, 2021
21                    Volume I
22
23
24   JOB NO. 4544487
25   PAGES 1 - 290
```

Veritext Legal Solutions
866 299-5127

```
 1   DONALD R. CAMERON, et al.,

 2        Plaintiffs,

 3             vs.                    Case No. 4:19-cv-03074
                                              YGR
 4   APPLE INC.,

 5        Defendant.

     _____

 6

 7

 8

 9

10     *HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY*

11            ZOOM DEPOSITION OF LORI WRIGHT

12   (Reported Remotely via Video & Web Videoconference)

13      Palo Alto, California (Deponent's location)

14               Friday, April 16, 2021

15                   Volume I

16

17

18

19

20

     STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4544487

25
```

```
 1    remove the spotlight, and then someone keeps          09:20:50

 2    resending me on spotlight.

 3            CONCIERGE TECHNICIAN:  Actually, what we

 4    would want to do is go up to the top right where it

 5    says "View" and hit "Gallery View."                   09:20:59

 6            (Technical comments off the stenographic

 7    record.)

 8        Q.   (By Mr. Calandra)  So did you -- did you

 9    get that set?

10        A.   Yes.  Thank you.                              09:21:26

11        Q.   I know.  No worries.

12            In connection with your preparation, did

13    anyone show you documents that refreshed your

14    recollection?

15        A.   There was a set of emails that I looked       09:21:38

16    through to -- that I had sent personally to -- to

17    recall some of the dialogues that had gone back and

18    forth.

19        Q.   Sent personally to Apple, or to other

20    folks?                                                 09:21:55

21        A.   Sent personally by me to Apple.

22        Q.   Okay.  Did they help refresh your

23    recollection?

24        A.   They did.

25        Q.   What -- what emails were they that you        09:22:05
```

```
 1   recall?                                          09:22:09

 2        A.    There were several.

 3              There was an email that I sent following

 4   our first meeting with Apple to propose some

 5   solutions to the issues that we had raised in the   09:22:23

 6   meeting.

 7              There was an email -- there were multiple

 8   emails with me going back and forth with Apple

 9   proposing solutions to how we thought we could have

10   a workable solution.                                09:22:44

11              And other email that I recall in that

12   would be just correspondence on arranging various

13   meetings with Apple.

14        Q.    And -- and these emails all relate to the

15   issue of xCloud?                                    09:23:08

16        A.    Correct.

17        Q.    Okay.  Did you look at any -- did any

18   documents refresh your recollection that did not

19   relate to xCloud?

20        A.    No.                                      09:23:18

21        Q.    Okay.  I think you already told us that

22   you didn't communicate with anyone, other than

23   Microsoft or Microsoft's lawyers, in preparation

24   for the deposition.

25              Was that a -- am I correct in that       09:23:32
```

Page 26

```
 1    however, they do not allow for catalogs to be          09:35:23

 2    published without individually breaking out every

 3    game as a separate binary containing the streaming

 4    technology within each and every game.

 5        Q.    Apple's main objection, to you, was that     09:35:39

 6    they wanted to make sure that each binary had been

 7    submitted for App Store approval, right?

 8            MR. CHIAPPETTA:  Objection.  Foundation.

 9            THE DEPONENT:  Apple did not give us

10    reasons why they wanted -- what they had asked for.    09:35:58

11            What they had asked for was for us to

12    deconstruct our catalog and take a product that we

13    had built that represented where gaming is going,

14    similar to where music and movies had gone, to

15    aggregate a catalog and have that as a single          09:36:23

16    application and be able to access that as a single

17    catalog.  Apple did not tell us why they told us

18    that we must deconstruct that, which would be

19    similar to asking Netflix to deconstruct its

20    catalog and have a separate app for every music --     09:36:40

21    or every move and every TV show, or asking Spotify

22    to deconstruct and have an application for every

23    song.

24        Q.    (By Mr. Calandra)  Did -- did Apple

25    explain to you what its security concerns were with    09:36:50
```

Page 36

1    your preferred construct?                              09:36:54

2         A.   Apple did not explain why.  We asked on

3    several occasions.  It was not the -- in any

4    conversation we had, there was not a clear

5    explanation, other than to say we are software and    09:37:10

6    they are not.

7         Q.   "They" -- "they" being?

8         A.   Netflix, Spotify, any other form of media

9    and entertainment.

10        Q.   Okay.  We are going to come back to that     09:37:24

11   in some emails a little bit later.

12             Do you have an understanding as to

13   whether or not an Epic victory would impact a

14   developer's ability to distribute apps on -- on

15   the iOS platform without paying Apple a              09:37:41

16   commission, meaning through some means other than

17   through the App Store?

18             MR. CHIAPPETTA:  Same objections.

19             THE DEPONENT:  Can you repeat the

20   question, please.                                     09:37:53

21        Q.   (By Mr. Calandra)  Yeah.

22             Do you have an understanding that an Epic

23   victory may result in -- in developers avoiding

24   paying Apple commissions through the App Store?

25             MR. CHIAPPETTA:  Same objections.           09:38:05

                                                     Page 37

```
 1          Q.   Well, I -- I assume that Epic has some        10:37:39

 2     apps that it -- that it distributes on the

 3     Microsoft Store, right?  Fair enough?

 4          A.   I believe that to be true, yes.

 5          Q.   Okay.  You are not sure if that's true?       10:37:54

 6          A.   No, I'm sure -- I believe that to be

 7     true.

 8          Q.   Okay.  Well, so what other relationships

 9     exist?  So we have a relationship of Microsoft

10     being, essentially, a digital marketplace and --        10:38:05

11     and Epic being, essentially, a developer of apps

12     that will put on its market.

13               Any other relationships, other than that

14     developer, sort of store relationship?

15               MR. CHIAPPETTA:  Compound.  Also              10:38:20

16     foundation.

17               THE DEPONENT:  I -- as I stated earlier,

18     I don't manage the Epic partnership or

19     relationship.

20          Q.   (By Mr. Calandra)  Okay.  So do you --        10:38:33

21     does that mean you have no dealings professionally

22     with Epic?

23          A.   That's accurate.

24          Q.   Okay.  And fair to say, then, you haven't

25     spoken to anybody at Epic about its commissions?        10:38:48
```

Page 78

```
 1        A.   I have not.                              10:38:55

 2        Q.   Okay.  So let me just be -- make sure the

 3   record is completely clear.

 4             Have you had any communications at all

 5   with Epic?                                         10:39:04

 6        A.   I have had one communication with Epic

 7   unrelated to anything regarding commissions or any

 8   of the topics we are discussing right now.

 9        Q.   Okay.  Well, what was it relating to,

10   then?                                              10:39:33

11        A.   It was relating to an outreach by Epic

12   who was offering us an opportunity, as part of

13   their fundraising round, to consider investing

14   because they had offered the same to a -- our -- a

15   competitor of ours, Sony, in which case Sony       10:40:02

16   invested and we declined.

17        Q.   Who made that outreach to you?

18        A.   It was not an outreach to me

19   specifically.  It was an outreach to -- through

20   sources I am not entirely clear on because I       10:40:23

21   sometimes look at investment decisions.  I was

22   copied.  I was pulled into one conversation, and I

23   had no further conversations on it.

24        Q.   And around when did that occur?

25        A.   I don't remember the dates or when.      10:40:40
```

Page 79

```
 1    look at the Epic Store as a place where Epic is          10:56:22

 2    building up a place for their games to have

 3    transactions in a storefront, and it's not -- it's

 4    just not part of my thinking on who's competing in

 5    which storefront.                                        10:56:44

 6         Q.   Okay.  What about the Apple App Store; do

 7    you -- do you consider that a competitor of the

 8    Microsoft X store -- or the Microsoft Store for

 9    Xbox?

10            MR. CHIAPPETTA:  Objection.  Assumes            10:56:58

11    facts not in the evidence.

12            THE DEPONENT:  I do not.

13         Q.   (By Mr. Calandra)  Why not?

14         A.   Because I think about it as an

15    alternative place where you purchase a subset of        10:57:13

16    our games for mobile, but it is not a place where

17    we meaningfully compete for transactions.

18         Q.   Do you compete at all, leaving aside the

19    extent to which you compete?

20            MR. CHIAPPETTA:  Objection.  Foundation.        10:57:30

21    Vague.

22            THE DEPONENT:  In -- in any -- none of

23    the conversations that I am in do we look at the

24    Apple App Store as a competing store.

25         Q.   (By Mr. Calandra)  All right.  But your       10:57:46
```

Page 92

1    "the download."                                          11:01:07

2         Q.   (By Mr. Calandra)   And my example was

3    Fortnite.

4              MR. CHIAPPETTA:   Same objection.

5              THE DEPONENT:   We don't view them as          11:01:19

6    mutually exclusive, in many cases.   We hope that

7    customers will play Xbox on consoles and get

8    Fortnite from Microsoft in order to play on the

9    Xbox console.   We don't have a preference on

10   whether they also go and get Fortnite on mobile         11:01:39

11   when they could.

12             And, like, it feels that -- from my

13   perspective, that, yes, we want people to play

14   Fortnite on consoles, and we are working hard to

15   attract people to play on our platform, on our          11:02:02

16   console, and believe that they will have the best

17   experience in doing that when it comes to consoles.

18   So we hope they will play it on our console instead

19   of Sony.

20        Q.   (By Mr. Calandra)   Okay.   So you are        11:02:18

21   competing with Sony's console platform to try to

22   get players to play it on your -- your platform,

23   correct?

24        A.   Correct.

25        Q.   But you are saying that you are not           11:02:27

                                                             Page 96

```
 1    competing to try to get players to play on your        11:02:29

 2    platform instead of or in lieu of a mobile

 3    operating system platform like Android or iOS?

 4         A.   That's correct.

 5         Q.   And why is it that you don't -- why is it     11:02:40

 6    that you are agnostic in the case of a mobile

 7    platform; whereas, you are not agnostic in the case

 8    of, say, Sony's platform?

 9         A.   Because if you are choosing Sony's

10    platform, you are probably playing it on Sony and      11:02:59

11    not and Xbox.  If you are playing it on Xbox, you

12    are probably playing it on the Xbox plus mobile.

13         Q.   Okay.  So the -- the people who play

14    on -- on, say, iOS's platform, on the App Store,

15    are -- are, in your mind, likely to also be playing    11:03:21

16    on a console platform that might well be Sony; it

17    might be well Xbox?

18         A.   Correct.

19         Q.   Okay.  Do you have a sense of whether

20    they're more inclined to be playing on a console      11:03:33

21    platform, or are -- are they more inclined to be

22    playing on their mobile platform?

23              MR. CHIAPPETTA:  Objection.  Vague.

24              THE DEPONENT:  I don't have an

25    inclination.                                           11:03:47
```

Page 97

```
 1              MR. CHIAPPETTA:  Vague and compound.          11:39:34

 2              THE DEPONENT:  Insomuch as a wall is a

 3      barrier, then, yes, that control allows you to keep

 4      things out.

 5          Q.   (By Mr. Calandra)  Okay.  We have been      11:39:48

 6      using the word "walled garden," but sometimes

 7      people refer to it as a "closed system."

 8              Have you ever used the word "closed

 9      system"?

10          A.   We do not ever use the words "closed" --    11:40:01

11      I do not use the words -- I cannot speak on what

12      others use.  I don't refer to it as a "closed

13      system."  I refer to our console environment as a

14      "special purpose gaming ecosystem."

15          Q.   What -- what do you mean by "special        11:40:27

16      purpose gaming ecosystem"?

17          A.   I mean that our hardware and services are

18      designed to promote a special purpose gaming

19      environment whereby the hardware is important

20      insomuch as it's the delivery mechanism for the     11:40:54

21      content.  We build the hardware so that consumers

22      can consume the software.

23          Q.   You think of the iPhone as a delivery

24      mechanism to deliver apps?

25          A.   I --                                        11:41:16
```

                                        Page 114

```
 1    demanded to use their own payment system on the        12:04:34

 2    Xbox store?

 3         A.   Not to my knowledge.

 4         Q.   Okay.  Has -- has Microsoft, to your

 5    knowledge, allow- -- ever allowed any developer to     12:04:42

 6    use their own payment system on the Xbox store?

 7         A.   I don't know.

 8         Q.   Not to your knowledge?

 9         A.   Not to my knowledge.

10         Q.   Okay.  Currently, Microsoft's taken a        12:04:53

11    30 percent commission from developers for all game

12    purchases made on the Microsoft Store for Xbox,

13    right?

14              MR. CHIAPPETTA:  Objection.  Compound.

15    Foundation.                                            12:05:03

16              THE DEPONENT:  We do take that to

17    subsidize our hardware, yeah.

18         Q.   (By Mr. Calandra)  Okay.  And -- and how

19    did this 30 percent commission get set?  Why -- why

20    not some other rate?                                   12:05:11

21              MR. CHIAPPETTA:  Objection.  Foundation.

22              THE DEPONENT:  I don't know.

23         Q.   (By Mr. Calandra)  Do you know when the

24    30 percent rate commission was established?

25         A.   I don't.  I know that it is not always       12:05:21
```

Page 134

| | | |
|---|---|---|
| 1 | competition, the -- the commission to the platform | 12:11:38 |
| 2 | holders certainly decreases, and it's something | |
| 3 | that we are seeing in our own PC store where there | |
| 4 | is, you know, very real, strong competition for | |
| 5 | stores on PC, and, as a result, we are in the | 12:11:56 |
| 6 | process of changing our store fees because of that | |
| 7 | competition. | |
| 8 |     Q.  (By Mr. Calandra)  Do you think the | |
| 9 | 30 percent commission is a fair commission rate? | |
| 10 |        MR. CHIAPPETTA:  Objection.  Vague. | 12:12:14 |
| 11 |        THE DEPONENT:  A fair commission rate on | |
| 12 | PC today, no, which is why we are changing it. | |
| 13 |     Q.  (By Mr. Calandra)  Yeah, let me -- thank | |
| 14 | you.  On Xbox store. | |
| 15 |        Do you think the -- the -- the 30 percent | 12:12:23 |
| 16 | commission rate on the Xbox store is a fair | |
| 17 | commission rate? | |
| 18 |        MR. CHIAPPETTA:  Objection.  Vague. | |
| 19 | Foundation. | |
| 20 |        THE DEPONENT:  I think it's necessary | 12:12:31 |
| 21 | based off --        Redacted | |
| 22 | based off of us subsidizing the hardware and | |
| 23 | building a special purpose gaming device, yes. | |
| 24 |        MR. CHIAPPETTA:  Make sure I have time to | |
| 25 | get my objections out. | 12:12:41 |

Page 139

| | | |
|---|---|---|
| 1 | deals with the App Store and the Play Store, and I | 12:18:43 |
| 2 | have not been involved in deals with Nintendo. | |
| 3 | Q.   Okay.  Did you ever recommend to | |
| 4 | Microsoft that it ought to change its commission | |
| 5 | rates on the Xbox store? | 12:18:57 |
| 6 | A.   No. | |
| 7 | Q.   Okay.  Do you know if anybody internally | |
| 8 | has made that recommendation? | |
| 9 | A.   I know there's a conversation on whether | |
| 10 | we should. | 12:19:15 |
| 11 | Q.   Okay.  People are talking about, but has | |
| 12 | anybody, to your knowledge, at Microsoft actually | |
| 13 | recommended it?  Gone on record and said, "I think | |
| 14 | we should change"? | |
| 15 | A.   Not -- | 12:19:27 |
| 16 | MR. CHIAPPETTA:  Objection -- | |
| 17 | THE DEPONENT:  -- to my knowledge. | |
| 18 | MR. CHIAPPETTA:  -- vague. | |
| 19 | Q.   (By Mr. Calandra)  Not to your knowledge? | |
| 20 | A.   Not to my knowledge.  Sorry.  No. | 12:19:31 |
| 21 | MR. CALANDRA:  I'm going to show you a | |
| 22 | document, which is Tab 4 in my binder, but that | |
| 23 | doesn't mean anything to you.  Hold on one second. | |
| 24 | This is a document that I would like to | |
| 25 | show you.  It's called "Microsoft Store Policies & | 12:19:52 |

Page 146

| | | |
|---|---|---|
| 1 | App Store Principles, January 2021."  It seems to | 12:19:52 |
| 2 | be some sort of Microsoft deck, Bates-stamped as | |
| 3 | -95 range through -109. | |
| 4 | Let's mark that as the next exhibit in | |
| 5 | sequence, which I think would make it | 12:20:09 |
| 6 | Defendant's 617. | |
| 7 | (Exhibit 617 was marked for | |
| 8 | identification by the court reporter and is | |
| 9 | attached hereto.) | |
| 10 | THE DEPONENT:  I'm looking at the | 12:20:34 |
| 11 | document.  Would you like me to look through it? | |
| 12 | Q.   (By Mr. Calandra)  Yeah, 'cuz my first | |
| 13 | question is simply:  Have you seen the document | |
| 14 | before? | |
| 15 | A.   I have not. | 12:20:40 |
| 16 | Q.   I'm going to give you a little bit more | |
| 17 | time to look through it, and then I will ask you | |
| 18 | the question. | |
| 19 | Okay? | |
| 20 | A.   Deal. | 12:20:48 |
| 21 | Q.   Let me know when you are ready. | |
| 22 | A.   Okay. | |
| 23 | Okay.  There's a lot here. | |
| 24 | Q.   No doubt. | |
| 25 | So have you seen this document before? | 12:25:32 |

Page 147

1        Q.   (By Mr. Calandra)   There was a double        12:29:58

2    negative.   I was just trying to eliminate it.

3            All right.   Policy No. 2:  "We will not

4    block an app from Windows based on a developer's

5    business model or how it delivers content and        12:30:06

6    services, including whether content is installed on

7    a device or streamed from the cloud."

8            Now, that is not a policy that has been

9    adopted for the Xbox store, correct?

10       A.   That's correct.                              12:30:32

11       Q.   Okay.   And why has it not been adopted

12   for the Xbox store?

13       A.   I have no foundation in that.

14       Q.   Okay.   I have the same question if you go

15   back to the Micro- -- the Policy No. 1:              12:30:43

16   Develop- -- "Developers will have the freedom to

17   choose whether to distribute their apps for Windows

18   through our app store."

19            Now, I know you just said that was not

20   adopted for the Xbox store.   My question is:   Why   12:30:55

21   not?

22            MR. CHIAPPETTA:   Asked and answered.

23            THE DEPONENT:   I -- I feel like I

24   answered this earlier when discussing the logic of

25   our hardware subsidy in order to make a special      12:31:10

```
 1    purpose device.                                    12:31:15

 2           When we're looking at the Windows'

 3    ecosystem system MPCs, this is a general purpose

 4    platform, and they have very different uses.  They

 5    have very different numbers of users, and,          12:31:31

 6    therefore, the policies would not apply because

 7    they are very different devices.

 8        Q.   (By Mr. Calandra)  Is that --

 9             MR. CHIAPPETTA:  Counsel --

10        Q    (By Mr. Calandra)  Is that the only --     12:31:44

11             MR. CHIAPPETTA:  -- can you -- Counsel, I

12    just wanted to alert you to the fact that it's

13    after 12:30 here on the West Coast, and you said we

14    could take lunch then, but feel free to finish this

15    question.                                           12:31:51

16             MR. CALANDRA:  What I would like to do is

17    finish this document, and then we'll take lunch,

18    okay?

19             MR. CHIAPPETTA:  Can you do so in the

20    next few minutes?                                   12:31:57

21             MR. CALANDRA:  Up to the witness.

22             MR. CHIAPPETTA:  Sorry?

23        Q    (By Mr. Calandra)  Let's -- let me -- let

24    me ask you to do this:  Look at principles 3

25    through 10.  We've looked at 1 to 2.                12:32:05
```

Page 154

```
 1    that we are hearing "Can we do this on mobile?"         02:08:44

 2         Q.   Okay.  So your customers -- there is

 3    demand from your customers on Xbox to -- to have

 4    streaming available on mobile, including iOS?

 5         A.   That's correct.                                02:08:57

 6

 7

 8

 9

10                                                             02:09:11

11

12

13         Q.   (By Mr. Calandra)  Have you been involved

14    in them?

15         A.   I have not.                                    02:09:24

16         Q.   Who -- who's involved in those

17    discussions?

18         A.   Primarily the Game Pass content team and

19    other members of the gaming leadership team.

20         Q.   So -- so I'm just curious:  What -- what       02:09:43

21    about your job has you involved in the discussions

22    to put streaming available on Apple, on iOS, but

23    not -- doesn't have you also involved with regard

24    to the

25         A.                                                  02:09:55
```

Page 199



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

02:09:57

02:10:10

02:10:22

02:10:40

02:10:50

02:11:06

Page 200

```
 1       A.    Correct.                              02:52:02

 2       Q.    The

 3   no-third-party-content-publishable-in-the-catalog

 4   problem has been resolved?

 5       A.    Correct.                              02:52:12

 6       Q.    As I understand it, there were two

 7   remaining problems to doing the plan that you

 8   proposed on the mobile app.

 9            One was they would not be able to review

10   each game before it was made available, and the    02:52:21

11   second was that you didn't want to use the IAP

12   payment platform that Apple otherwise required; am

13   I right?

14            MR. CHIAPPETTA:  Misstates testimony.

15            THE DEPONENT:  That is not accurate.      02:52:36

16       Q.    (By Mr. Calandra)  Okay.  Why?

17       A.    The --

18       Q.    Go ahead.

19       A.    The -- the remaining problem was not that

20   they would need to review individually.  The        02:52:42

21   remaining problem was that they wanted individual

22   app binaries for every game that also included the

23   streaming stack within each and every game and to

24   have those separately listed in the App Store.

25            What that --                              02:53:11
```

                                          Page 216

```
 1        Q.   Did you --                                 02:53:12

 2        A.   -- means is that our product -- we could

 3   not effectively offer a catalog -- well, let me

 4   back up.

 5             You -- the -- the product that we          02:53:23

 6   envisioned, the product that other -- every other

 7   media, entertainment company has been able to

 8   deliver is you sign up for a subscription service;

 9   you can move between content.

10             In the way that they had asked us to do    02:53:43

11   it, you could not easily navigate between the

12   content.  You would also have a file size that was

13   five times the size of what it needed to be because

14   it would effectively have to have the streaming

15   stack in it because they would not allow us to have  02:54:04

16   a reference app, which was another thing we should

17   go through on what we had proposed.

18             And so with the streaming stack in it,

19   you have this huge file that, every time you make

20   an update to the cloud streaming service, the        02:54:19

21   result would be each and every game would have to

22   have an update, so if you had ten games or 100

23   games sitting on your phone, you are going to see

24   them all updating at the exact same time, even

25   though the game itself has no update happening to     02:54:36
```

Page 217

```
 1    it.                                               02:54:38

 2           And then, as content leaves -- the game

 3    has catalogs.  Just as content leaves Netflix --

 4    you would have a dead app sitting on your device

 5    that you would have to go and remove or it just    02:54:52

 6    wouldn't work.  And the whole product is about this

 7    notion of content that's fresh, curated, relevant

 8    being available.

 9           So the fundamental thing they had

10    proposed was technically problematic, a very bad    02:55:11

11    user experience, and commercially unviable.

12       Q.   If we were taking Netflix as an

13    example -- and because you are in California, I'm

14    going to use The Terminator as the movie.

15           If -- if -- if The Terminator was on        02:55:27

16    Netflix, that -- that content is fixed.  That

17    doesn't change, right?  Nobody changes it, unless

18    you change the ending.  The Terminator content is

19    fixed.

20           However, your game content on your          02:55:37

21    streaming changes all the time; am I right?

22       A.   I don't think that's the right analogy.

23    There are -- no.  Our game content -- the games

24    stay the same, for the most part.  I'm not aware of

25    where those are -- they -- the analogy is that new  02:56:00
```

Page 218

| | | |
|---|---|---|
| 1 | plumbed into IAP. | 02:58:52 |
| 2 | MR. CALANDRA:  I would like to take a | |
| 3 | look at what I will mark as Defendants' | |
| 4 | Exhibit 618.  It's Tab 9. | |
| 5 | (Exhibit 618 was marked for | 02:58:59 |
| 6 | identification by the court reporter and is | |
| 7 | attached hereto.) | |
| 8 | MR. CALANDRA:  This is a document | |
| 9 | produced by Microsoft called "Project xCloud - | |
| 10 | User experience for game streaming on iOS," and | 02:59:04 |
| 11 | it's Bates-stamped -8073 to -8099. | |
| 12 | Q.   (By Mr. Calandra)  Let me know when you | |
| 13 | have that document in front of you. | |
| 14 | A.   I have it in front of me.  I'm reviewing | |
| 15 | it. | 02:59:47 |
| 16 | Q.   Okay.  First question is:  Have you seen | |
| 17 | it before? | |
| 18 | A.   Yes, I have seen this document. | |
| 19 | Q.   Okay.  And then my next question is: | |
| 20 | What is this document? | 03:00:00 |
| 21 | A.   Do you have a date on this document? | |
| 22 | Q.   I do not. | |
| 23 | A.   I will need to review it to put in | |
| 24 | context from a timeline perspective. | |
| 25 | Q.   Sure. | 03:00:27 |

Page 221

```
 1    payment-processing system that was not the IAP that        03:21:45

 2    Apple used, correct?

 3         A.   Not fully correct, no.

 4         Q.   Well, in what sense is it not fully

 5    correct?  I -- I have seen a number of emails             03:22:02

 6    where -- where Microsoft was saying, "We don't want

 7    to use your IAP processing system; we want to use

 8    our own."

 9         A.   We also said we can use IAP if we can

10    aggregate transactions at Game Pass and not at the        03:22:15

11    individual game level.

12         Q.   Okay.  But at one -- at some point in

13    time, the -- the initial proposal from Microsoft

14    was:  We don't want to use Apple, your IAP

15    processing system.  We want to use our own.             03:22:29

16              MR. CHIAPPETTA:  Objection --

17         Q.   (By Mr. Calandra)  At some point in time

18    Microsoft said that, correct?

19              MR. CHIAPPETTA:  -- asked and answered.

20              THE DEPONENT:  That is accurate --            03:22:36

21              MR. CALANDRA:  Okay.

22              THE DEPONENT:  -- but we asked that

23    for -- not for commission reasons.

24         Q.   (By Mr. Calandra)  Whatever, but

25    Microsoft doesn't allow anyone on its X- -- Xbox          03:22:43
```

```
 1              MR. EARNHARDT:  Just let me -- let me        03:57:42

 2     just go ahead log an objection that this is an

 3     incomplete exhibit.

 4              MR. CALANDRA:  Okay.

 5              MR. CHIAPPETTA:  Join.                        03:57:47

 6        Q.   (By Mr. Calandra)  So -- so picking up on

 7     the first full paragraph of the page in question,

 8     it says, second sentence, "Xbox chief marketing of

 9     Yusuf Mehdi" -- M-E-H-D-I -- "spoke to

10     GamesIndustry about the margins they'll be making    03:58:02

11     on the Xbox One at launch, and there's little room

12     for error."

13              And then here's the quote from -- from

14     Xbox chief marketing officer.  It says, quote:

15     "'We're looking to break even or low margin at       03:58:13

16     worse,' he said.  'As'" you -- "'As we can

17     cost-reduce our box as we've done 360, we'll

18     continue to price reduce and get even more

19     competitive with our offering.  You've seen us over

20     the years constantly be focused on profitability     03:58:29

21     and improving year over year.  If you look at 360

22     that platform lasted for seven or eight years and

23     it's going to go for another three years.  It's

24     incredibly profitable now in the tail.'"

25              Do you agree with the statement here that    03:58:49
```

Page 256

```
 1    the Xbox 360 console is incredibly profit --        03:58:50

 2    profitable now in the tail?

 3              MR. CHIAPPETTA:  Objection.  Vague.

 4    Calls for speculation.

 5              You can answer if you know what that       03:59:07

 6    means.

 7              THE DEPONENT:  This is a seven-,

 8    eight-year-old document that I suspect -- I think

 9    this is going to the fact the business model in

10    this closed gaming ecosystem we subsidize the       03:59:34

11    consoles, we invest in content, and, in the end,

12    the content pays for the subsidy that we have to

13    incur on making the hardware.

14         Q.   (By Mr. Calandra) So do you -- do you

15    not agree that the console, while maybe making a    03:59:58

16    loss in the original period because the costs are

17    high, eventually the costs come down, and then the

18    console becomes incredibly profitable in the later

19    years?

20         A.   I don't agree with that.                  04:00:13

21              MR. CHIAPPETTA:  Misstates testimony.

22         Q.   (By Mr. Calandra)  Okay.  And what's your

23    basis for disagreeing?

24         A.   I don't believe the precise words are

25    accurate.  I -- the console does not become         04:00:26
```

Page 257

```
1          Q.   So you would agree with me it's --          04:42:14

2     Microsoft has paid some significant amount of money

3     to Apple in -- in commissions in -- on the

4     App Store, correct?

5          A.   Sure.  I don't know that, though.          04:42:26

6               MR. CALANDRA:  Okay.  I want to go back

7     to a couple more documents and ask you, you know,

8     if you have seen them before.

9               Hang on.  Oh, here they are.

10              Okay.  The first one is -- hold on -- is    04:42:41

11    dated August 12th, 2020.

12              This is, Lizzy, Tab 20.  It begins with

13    Microsoft Bates stamp -14.  This will be

14    Exhibit 621.

15              (Exhibit 621 was marked for                04:43:56

16    identification by the court reporter and is

17    attached hereto.)

18              MR. CALANDRA:  And for the record, it's

19    called "Gaming Content & Platform Partnerships Deep

20    Dive."                                               04:44:17

21              THE DEPONENT:  Okay.

22         Q.   (By Mr. Calandra)  My first question is

23    simply:  Have you seen this document before?

24         A.   I don't believe so.

25         Q.   This is not a document that you would      04:44:40
```

Page 278

```
 1        A.   Okay.                                      04:46:23

 2        Q.   -- it says "Xbox Platform Agreement

 3   Framework."

 4             Do you know what -- do you have an

 5   understanding of what this is depicting?            04:46:29

 6        A.   Take a moment to review it.

 7             MR. CHIAPPETTA:  Calls for speculation.

 8        Q.   (By Mr. Calandra)  Well, let me ask the

 9   question:  Does -- does what's being depicted on

10   page 16 come within your job responsibilities, or   04:47:26

11   is this somebody else's department?

12        A.   Somebody else's department.

13        Q.   Okay.  So -- so would you be speculating

14   if you were to explain to me what's actually being

15   depicted on page 16?                                04:47:39

16        A.   Yes, I would be.

17        Q.   Okay.  That's fair.

18             Let me see if I have any more questions

19   on the document.  Hang on.

20             MR. CHIAPPETTA:  Still calls for          04:47:54

21   speculation, by the way.

22             MR. CALANDRA:  Okay.  You can put this

23   document down.

24             THE DEPONENT:  Okay.

25             MR. CALANDRA:  Okay.  I'm going to show    04:48:08
```

Page 280

1   you another document.  This is one is called "GGPD          04:48:08

2   Portfolio Team - Executive Portfolio Update."  It's

3   dated August 2020, and we'll mark this Exhibit 622.

4   Tab 21.

5            (Exhibit 622 was marked for               04:48:24

6   identification by the court reporter and is

7   attached hereto.)

8            THE DEPONENT:  Okay.

9        Q.   (By Mr. Calandra)  All right.  Have you

10  ever seen this document before?                        04:48:34

11       A.   Let me take a moment to flip through it.

12            Okay.  I have looked at it.

13       Q.   Have you seen --

14       A.   Was there a question?

15       Q.   Have you seen this document before today?    04:49:30

16       A.   I have not.

17       Q.   Okay.  It did not come from your files,

18  as far as you know?

19       A.   It did not.

20       Q.   Okay.  And you had nothing to do with its    04:49:39

21  drafting, I assume?

22       A.   I did not.

23       Q.   Okay.  I assume you have no emails that

24  relate to this document, right?

25       A.   I did not state that.  This document         04:50:02

                                                      Page 281

```
 1    could exist in my email and -- but I don't know.        04:50:04

 2         Q.   Okay.  Well, to the extent you don't

 3    remember seeing this document before, do you

 4    remember seeing any emails relating to this

 5    document before?                                         04:50:14

 6         A.   I do not.

 7              MR. CALANDRA:  Okay.  You can put this

 8    document down, too.

 9              All right.  Let's take a look at Tab 22,

10    which, this is another document.  We'll mark it as,      04:50:30

11    I think -- what are we up to, 627?

12              MR. CHIAPPETTA:  -3.

13              MR. CALANDRA:  I'm sorry, 623.  Thank

14    you.

15              This is a document called "CY2009 Game          04:50:39

16    Industry Profit - Gaming Business Planning &

17    Strategy Team May 2020."  It does not have a Bates

18    stamp on it.

19              (Exhibit 623 was marked for

20    identification by the court reporter and is              04:50:51

21    attached hereto.)

22         Q.   (By Mr. Calandra)  You can flip through

23    it and take your time.  My first question is:  Have

24    you seen this document before?

25         A.   Okay.  I'm ready.                              04:52:11
```

                                                              Page 282

```
 1        Q.    Have you seen this document before?         04:52:13

 2        A.    I have seen this document before.

 3        Q.    In -- in connection with what have you

 4   seen this document?

 5        A.    In connection with my day-to-day business    04:52:19

 6   role.

 7        Q.    Have you prepared this document?

 8        A.    I have not.

 9        Q.    Okay.  Was it prepared at your direction?

10        A.    It was not.                                  04:52:31

11        Q.    Okay.  Who prepared it, do you know?

12        A.    If I look at the title, it looks like the

13   Gaming Business Planning & Strategy Team.

14        Q.    This is a different team than your --

15   than -- that -- that team doesn't fall within your     04:52:47

16   area of responsibility?

17        A.    They do not.

18        Q.    Okay.  Now, did they -- did they, in the

19   ordinary course, provide this document to you to

20   take a look at?                                         04:52:58

21        A.    Yes, they would have.

22        Q.    Okay.  And did you provide any comments

23   on this document?

24        A.    Not that I'm aware of or recall.

25        Q.    Did you meet and talk to anybody about      04:53:09
```

Page 283

| | | |
|---|---|---|
| 1 | the preparation of this document? | 04:53:10 |
| 2 | A.   I did not. | |
| 3 | Q.   Okay.  Do you know where the information | |
| 4 | on this document, the financial information, came | |
| 5 | from? | 04:53:19 |
| 6 | MR. CHIAPPETTA:  Compound. | |
| 7 | THE DEPONENT:  I don't know how to answer | |
| 8 | that because there's a lot of data in this | |
| 9 | document. | |
| 10 | Q.   (By Mr. Calandra)  Well, I can take you | 04:53:33 |
| 11 | to different pages, if you want. | |
| 12 | A.   Okay. | |
| 13 | Q.   Let's take a look at page 23 of the | |
| 14 | document.  This is -- this is the one -- the title | |
| 15 | on top says "CY2019 Reported SW&S Revenue vs. | 04:53:42 |
| 16 | Profit Margin by Company (1 of 2)." | |
| 17 | Do you know how the information -- do you | |
| 18 | know where the information on this document came | |
| 19 | from? | |
| 20 | A.   I do not. | 04:54:04 |
| 21 | Q.   Do you have any understanding as to | |
| 22 | whether the information on this document is correct | |
| 23 | and reliable? | |
| 24 | MR. CHIAPPETTA:  Objection.  Are you | |
| 25 | talking about this page still? | 04:54:15 |

Page 284

```
 1              MR. CALANDRA:  On this page.  I'm sorry.        04:54:17

 2   On page 23, I think.

 3              THE DEPONENT:  I have no knowledge of

 4   whether this is correct or reliable, no.

 5       Q.   (By Mr. Calandra)  Okay.  Did -- do you          04:54:24

 6   rely upon the information contained in this

 7   document to do your business?

 8              MR. CHIAPPETTA:  Objection.  Compound.

 9              MR. CALANDRA:  The entire document.  I am

10   talking about the entire exhibit.                        04:54:33

11              MR. CHIAPPETTA:  Same objection.

12              THE DEPONENT:  No, I do not rely on this

13   document to do my business.

14       Q.   (By Mr. Calandra)  Have you used

15   Exhibit 623 in any way in -- in performing your          04:54:42

16   duties for Microsoft?

17       A.   No, I have not.

18       Q.   Okay.  And you have had no discussions

19   with anyone about this doc- -- the content of this

20   document?                                                04:54:56

21              MR. CHIAPPETTA:  Other than to the extent

22   you had any conversations with counsel.

23              THE DEPONENT:  I don't recall any depth

24   conversation on this document.  There are lots of

25   documents like this that come up.  They get              04:55:10
```

Page 285

```
 1    produced, and whether or not I had conversations on        04:55:14

 2    this one specifically, I don't recall.

 3         Q.   (By Mr. Calandra)   Okay.   You haven't had

 4    any conversations with Epic's counsel about

 5    document 623, correct?                                      04:55:27

 6         A.   To repeat:  I have not had any

 7    conversations with Epic's counsel.

 8              MR. CALANDRA:   Okay.  All right.

 9    Let's -- let's go off the record for about

10    ten minutes.  I'm going to see -- I'm pretty much           04:55:41

11    at the end, but I want to just see if I have a few

12    more follow-up questions.

13              THE VIDEOGRAPHER:   We are going off the

14    record.  The time is 4:55.

15              (Recess taken.)                                   04:55:55

16              THE VIDEOGRAPHER:   We are at five hours

17    and 49 minutes on the record.  We are going back on

18    the record.  The time is 5:03.

19              MR. CALANDRA:   Yeah, are we all back?  I

20    don't see Wes.  Wes is -- is Wes on?                        05:04:00

21              THE VIDEOGRAPHER:   He's not in the

22    breakout room -- oh, actually, they are in the Epic

23    room.

24              (Discussion off the stenographic record.)

25              MR. CALANDRA:   So I -- I am done with my         05:04:27
```

Page 286

```
 1   questioning, so unless you guys have questions, and      05:04:28

 2   then I'll reserve my right to come back and ask

 3   more questions.  Other than that, I'm done.

 4            MR. EARNHARDT:  Yeah, we don't -- we

 5   don't have anything.                                     05:04:40

 6            MR. CHIAPPETTA:  Earlier, we had

 7   agreed -- earlier, I believe that we all agreed --

 8   well, maybe we didn't all agree, but both Epic's

 9   counsel and we requested this be designated in its

10   entirety as "Highly Confidential."                       05:04:49

11            MR. CALANDRA:  Okay.

12            MS. LEE:  "Outside Attorneys' Eyes Only,"

13   please.

14            MR. CALANDRA:  Okay.

15            (Court Reporter asks for clarification.)        05:05:05

16            MR. CALANDRA:  All right.  Well, thank

17   you, Ms. Wright.  I really appreciate your time,

18   and I'm glad we finished at a decent hour.

19            THE DEPONENT:  You as well.  Have a good

20   weekend.                                                 05:05:14

21            MR. CALANDRA:  You too.

22            THE VIDEOGRAPHER:  We are off the record

23   at 5:05 p.m., and this concludes today's testimony

24   given by Lori Wright.  The total number of media

25   units used was one and will be retained by              05:05:23
```

Page 287