1  CHRISTINE A. VARNEY (*pro hac vice*)
   cvarney@cravath.com
2  KATHERINE B. FORREST (*pro hac vice*)
   kforrest@cravath.com
3  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
4  J. WESLEY EARNHARDT (*pro hac vice*)
   wearnhardt@cravath.com
5  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
6  LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
7  **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
8  New York, New York 10019
   Telephone: (212) 474-1000
9  Facsimile: (212) 474-3700

10 PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
11 **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
12 San Francisco, California 94111
   Telephone: (415) 591-7500
13 Facsimile: (415) 591-7510

14 *Attorneys for Plaintiff and Counter-defendant
   Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
| *Plaintiff, Counter-defendant*, | **[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SUPPORTING EXHIBITS TO J. WESLEY EARNHARDT'S DECLARATION IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING** |
| v. | |
| APPLE INC., | |
| *Defendant, Counterclaimant*. | |
| | The Honorable Yvonne Gonzalez Rogers |

This matter comes before the Court on Epic Games, Inc. ("Epic")'s Administrative Motion to File Under Seal Supporting Exhibits to J. Wesley Earnhardt's Declaration In Support of Epic's Opposition to Apple Inc.'s Motion for an Adverse Credibility Finding because certain materials used or discussed therein contain information designated by Non-Party Microsoft Corporation ("Microsoft") as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in the above-captioned action.  (*Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH, ECF No. 112.)

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and for good cause appearing, the motion is **GRANTED**. Accordingly, the public shall only have access to the version of the Declaration of J. Wesley Earnhardt In Support of Epic's Opposition to Apple Inc.'s Motion for an Adverse Credibility Finding in which the following exhibits have been redacted:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Exhibit B at page 139, line 21 | [Microsoft Declaration] | |
| Exhibit B at page 199, lines 6-12, 24-25 | [Microsoft Declaration] | |
| Exhibit B at page 200, lines 1-25 | [Microsoft Declaration] | |
| Exhibit H | [Microsoft Declaration] | |
| Exhibit I | [Microsoft Declaration] | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL        2        CASE NO. 4:20-CV-05640-YGR-TSH