**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**BENCH TRIAL CIVIL MINUTES**

| **Date:** 5/12/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME:  8:00AM -10:15AM; 10:36AM-12:36PM; 1:15PM-3:16PM**

**Attorney for Plaintiff**: Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone

**Court Reporter:**
 DIANE SKILLMAN (1:15 PM)
 AND PAM HEBEL (10:35AM)
 RAYNEE MERCADO (8:00AM)

BENCH TRIAL BEGAN**: 5/3/2021**

**PROCEEDINGS**

Case called. Discussion with counsel.

Defendant Apple attorney Karen Dunn  Cross of **Witness Dr. Susan Athey**.  Plaintiff Epic attorney Yonatan Even Redirect of Witness Athey. Witness excused from stand.  Defendant Apple attorney Daniel Swanson **calls witness Richard Schmalensee** for Direct. Plaintiff attorney Gary Bornstein Cross of witness Schmalensee. RECESS.  Plaintiff Epic attorney Bornstein resumes Cross of witness Schmalensee. Defendant Apple attorney Swanson redirect of witness
Schmalensee. Plaintiff Re-cross.  Court questions of witness. Witness excused from stand.
Defendant Apple attorney Karen Dunn calls **witness Francine LaFontaine for Direct**. RECESS.
Defendant Apple attorney Dunn resumes Direct of witness LaFontaine. Plaintiff Epic attorney Bornstein Cross of witness LaFontaine.
Defendant Apple attorney Cynthia Richman calls **witness Lorin M. Hitt for Direct**. Witness excused from stand and to return tomorrow. RECESS FOR THE DAY.

**Further Bench Trial  Thursday , May 13, 2021 at 8:00 AM.**

**EXHIBITS ADMITTED IN EVIDENCE :**

**Defendant;  DX 5548 and DX 5546**