# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### BENCH TRIAL CIVIL MINUTES

| Date: 5/13/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**TIME:** 8:00AM -10:15AM; 10:36AM-12:36PM; 1:15PM-3:16PM

**Attorney for Plaintiff:** Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

| **Deputy Clerk:** Frances Stone | **Court Reporter:** PAM HEBEL (8:00AM)  DIANE SKILLMAN (10:15 AM)  RAYNEE MERCADO (1:15PM) |
|---|---|

BENCH TRIAL BEGAN**: 5/3/2021**

### PROCEEDINGS

Case called. Discussion with counsel.
Defendant Apple attorney Cynthia Richman resumes Direct of **witness Lorin M. Hitt .**
Plaintiff Epic attorney Yonatan Even Cross of witness Hitt.  RECESS(20 minutes). Plaintiff Epic attorney Even resumes Cross of witness Hitt. Defendant attorney Richman Redirect of witness Hitt. Re-cross. Redirect. Witness excused from the stand.  Plaintiff Epic  attorney Even calls **witness Michael Cragg for Direct.** RECESS(40 minutes). Plaintiff  Epic attorney Even Resumes Direct of witness Cragg.  Defendant Apple attorney Dan Swanson Cross of witness Michael Cragg . Discussion with counsel.
Witness excused from stand.  RECESS FOR THE DAY.

**Further Bench Trial  Friday , May 14, 2021 at 8:00 AM.**