| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Rachele R. Byrd (190634) |
| Robert F. Lopez (*pro hac vice*) | Brittany N. DeJong (258766) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 1301 Second Ave., Suite 2000 | 750 B Street, Suite 1820 |
| Seattle, WA 98101 | San Diego, CA 92101 |
| Telephone: (206) 623-7292 | Telephone: (619) 239-4599 |
| Facsimile: (206) 623-0594 | Facsimile: (619) 234-4599 |
| steve@hbsslaw.com | byrd@whafh.com |
| robl@hbsslaw.com | dejong@whafh.com |
| | |
| Shana E. Scarlett (SBN 217895) | Mark C. Rifkin (*pro hac vice*) |
| Benjamin J. Siegel (SBN 256260) | Matthew M. Guiney (*pro hac vice*) |
| 715 Hearst Avenue, Suite 202 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| Berkeley, CA 94710 | 270 Madison Ave |
| Telephone: (510) 725-3000 | New York, NY 10016 |
| Facsimile: (510) 725-3001 | Telephone: (212) 545-4600 |
| shanas@hbsslaw.com | Facsimile: (212) 686-0114 |
| | rifkin@whafh.com |
| | guiney@whafh.com |

*Interim Lead Class Counsel in* Cameron, et. al v. Apple Inc., *Case No. 4:19-cv-03074-YGR*

*Interim Class Counsel for the Consumer Plaintiffs in* In re Apple iPhone Antitrust Litig. *Case No. 4:11-cv-06714-YGR*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-Defendant | **CLASS PLAINTIFFS' SCHEDULE RE: IN-PERSON ATTENDANCE AT TRIAL, WEEK OF MAY 17, 2021** |
| v. | |
| APPLE INC., | |
| Defendant, Counterclaimant. | |

Pursuant to the Court's Pretrial Order No. 5 in *Epic Games, Inc. v. Apple Inc.*, N.D. Cal. No. 4:20-cv-05640-YGR, counsel for the developer class plaintiffs in *Cameron v. Apple Inc.*, N.D. Cal. No. 4:19-cv-03074-YGR, and counsel for the consumer class plaintiffs in *In re Apple iPhone Antitrust Litig.*, N.D. Cal. No. 4:11-cv-06714-YGR, hereby provide the Court with the names of the specific individual attorneys that will attend each day during Week 3 of the *Epic v. Apple* trial (May 17th through May 21st, 2021):

| Trial Day | Designated Counsel |
|---|---|
| Monday, May 17, 2021 | Travis L. Manfredi<br>*Saveri & Saveri, Inc.* |
| Tuesday, May 18, 2021 | Travis L. Manfredi<br>*Saveri & Saveri, Inc.* |
| Wednesday, May 19, 2021 | Travis L. Manfredi<br>*Saveri & Saveri, Inc.* |
| Thursday, May 20, 2021 | Betsy C. Manifold<br>*Wolf Haldenstein Adler Freeman & Herz LLP* |
| Friday, May 21, 2021 | Betsy C. Manifold<br>*Wolf Haldenstein Adler Freeman & Herz LLP* |

DATED: May 14, 2021                    Respectfully submitted,

By:   */s/ Steve W. Berman*
         STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBNN 260260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

shanas@hbsslaw.com
bens@hbsslaw.com

*Interim Lead Class Counsel* in
Cameron, et al. v. Apple Inc.,
*Case No. 4:19-cv-03074-YGR*


By:   */s/ Rachele R. Byrd*

Rachele R. Byrd (190634)
Brittany N. DeJong (258766)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
dejong@whafh.com

Mark C. Rifkin (*pro hac vice*)
Matthew M. Guiney (*pro hac vice*)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs* in
In re Apple iPhone Antitrust Litig.,
*Case No. 4:11-cv-06714-YGR*

**E-FILLING ATTTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

By:   */s/ Steve W. Berman*
         STEVE W. BERMAN (*pro hac vice*)