KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Reporters Committee for Freedom of the Press and 18 Media Organizations*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant/Counter-Claimant.* | Case No. 4:20-cv-05640<br><br>**PRESS POOL SCHEDULE FOR WEEK OF MAY 17, 2021**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

In accordance with the Court's Pre-Trial Order No. 5, ECF No. 485, the Reporters Committee for Freedom of the Press, The Associated Press, The Atlantic Monthly Group LLC, Bloomberg L.P., The Center for Investigative Reporting (d/b/a Reveal), Dow Jones & Company, Inc., The E.W. Scripps Company, Gannett Co., Inc., The Information, KPIX-TV, MLex, National Journal Group LLC, National Press Club Journalism Institute, The National Press Club, The New York Times Company, POLITICO LLC, The Seattle Times Company, TEGNA Inc., and Vox Media, LLC, (collectively the "Media Coalition"), hereby submits the press pool schedule for trial coverage in the above-captioned matter for the week of May 17, 2021.

| Trial Day | Designated Pool Reporters |
|---|---|
| Monday, May 17, 2021 | 1. Erin Griffith, The New York Times<br>2. Elizabeth Lopatto, Verge |
| Tuesday, May 18, 2021 | 1. Bobby Allyn, NPR<br>2. Joshua Sisco, The Information |
| Wednesday, May 19, 2021 | 1. Joshua Sisco, The Information<br>2. Bobby Allyn, NPR |
| Thursday, May 20, 2021 | 1. Elizabeth Lopatto, Verge<br>2. Amy Miller, MLex |
| Friday, May 21, 2021 | 1. Michael Acton, MLex<br>2. Dorothy Atkins, Law360 |

Dated: May 14, 2021

/s/ Katie Townsend
Katie Townsend
REPORTERS COMMITTEE
 FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005

Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically served the foregoing document via ECF upon all counsel of record and via email to the Court's Media Liaison, Nicholas Jackson.

Dated: May 14, 2021

/s/ Katie Townsend
Katie Townsend
REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*