UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                Plaintiff, Counter-defendant<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL APPLE'S BRIEF RE: MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY** |

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL APPLE'S BRIEF RE: MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY

Gibson, Dunn & Crutcher LLP

Defendant Apple Inc. has filed an Administrative Motion to Seal Apple's Brief Re: Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg Regarding Foreign Regulatory Submissions of a Non-Party (the "Motion").

Having considered the Motion, any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly:

(1) The Court shall seal discussion of PX-1152 in the Motion which relates to the portions of those documents which the Court ordered to be sealed on May 12, 2021, *see* Dkt. 643, in response to Spotify's Administrative Motion to Seal, *see* Dkt. 638.

(2) The Court shall seal discussion of PX-1153 in the Motion which is the subject of a pending motion to seal. *See* Dkt. 649.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL APPLE'S BRIEF RE: MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY