THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

              Plaintiff, Counter-
              defendant

     v.

APPLE INC.,

              Defendant,
              Counterclaimant.

Case No. 4:20-cv-05640-YGR-TSH

**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF BRIEF RE: MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY**

Gibson, Dunn &
Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF BRIEF RE: MOTION TO STRIKE WRITTEN AND
ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A
NON-PARTY, 4:20-cv-05640-YGR

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1       I hereby declare as follows:

2       1.      I am an attorney licensed to practice in the State of California, and a member of the Bar

3   of this Court.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for

4   Defendant Apple Inc. ("Apple") in this case.  I have personal knowledge of the facts stated below and,

5   if called as a witness, I could and would testify competently thereto.

6       2.      Following trial on May 13, 2021, I directed Gibson Dunn attorneys working under my

7   supervision to search the files produced by Spotify in this litigation to determine whether the document

8   entitled "An economic assessment of the effects of Apple's License Agreement with Spotify,"

9   referenced in PX-1152 and PX-1153, was produced by Spotify.

10      3.      That search revealed that a document bearing a similar title— ███████████████

11   ████████████████████████████████████████████ —and dated after PX-1152 was

12   produced by Spotify.  Based on my review, the document appears to reference only data collected in

13   ████████, and not any of the ████████████ discussed in PX-1152 and PX-1153.

14      4.      The attorneys working under my supervision did not find in their search any documents

15   matching the description of the study referenced in PX-1152 and PX-1153.

16      I declare under penalty of perjury under the laws of the United States that the foregoing is true

17   and correct and that this Declaration was executed on May 14, 2021 at San Francisco, California.

18

19                                      /s/ *Rachel S. Brass*
                                        Rachel S. Brass
20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF BRIEF RE: MOTION TO STRIKE WRITTEN AND
ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A
NON-PARTY, 4:20-CV-05640-YGR
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED