UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

1   Defendant Apple Inc. has filed an Administrative Motion to Partially Seal Portions of the
2   Parties' Trial Exhibits and Live Trial Testimony Related Thereto (the "Motion"). In support,
3   Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel S. Brass.
4   Having considered the Motion, all associated declarations, exhibits, and any argument of
5   counsel, and for good cause appearing:
6   **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly:
7   (1) To the extent the documents sought to be sealed by the Motion are introduced into
8   evidence at trial, those documents shall remain under seal, for reasons articulated in the table below;
9   (2) the Court shall temporarily limit public access to the trial proceedings to those present
10  live in the courtroom while sealable information related to trial exhibits is being discussed; and
11  (3) portions of the transcript related to such sealable information are additionally ordered
12  sealed.

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| Cragg Direct Demonstrative | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| DX-3122 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| DX-3174 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| DX-3248 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| DX-3465 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| DX-4089 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| DX-4094 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. Contains non-public financial information that, if | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| | disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| DX-4170 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| DX-4199 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |
| DX-4312 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16. | |
| DX-4495 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16. | |
| DX-4760 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| DX-4793 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| DX-4794 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| DX-4795 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| DX-4796 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| DX-4797 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| DX-4800 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| DX-4807 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| DX-4809 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| DX-4815 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| DX-5338 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PDX-0041 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0432 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0526 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 9-12. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| PX-0602 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0603 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0604 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0605 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0606 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0607 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-0608 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0609 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0610 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0611 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0612 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-0747 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| PX-1000 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-1001 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-1003 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-1026 | Contains confidential competitively sensitive information that, if disclosed, would out Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| PX-1036 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-1049 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-1050 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-1066 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| PX-1077 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |
| PX-2126 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| PX-2142 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 9-12. | |
| PX-2176 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |
| PX-2326 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| PX-2328 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| PX-2385 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |
| PX-2391 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |
| PX-2392 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |

**IT IS SO ORDERED.**

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO