1  CHRISTINE A. VARNEY (*pro hac vice*)
   cvarney@cravath.com
2  KATHERINE B. FORREST (*pro hac vice*)
   kforrest@cravath.com
3  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
4  J. WESLEY EARNHARDT (*pro hac vice*)
   wearnhardt@cravath.com
5  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
6  LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
7  JUSTIN C. CLARKE (*pro hac vice*)
   jcclarke@cravath.com
8  M. BRENT BYARS (*pro hac vice*)
   mbyars@cravath.com
9  **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
10 New York, New York 10019
   Telephone: (212) 474-1000
11 Facsimile: (212) 474-3700

12 PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
13 **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
14 San Francisco, California 94111
   Telephone: (415) 591-7500
15 Facsimile: (415) 591-7510

16 *Attorneys for Plaintiff and Counter-defendant*
   *Epic Games, Inc.*
17

18                           **UNITED STATES DISTRICT COURT**

19                           **NORTHERN DISTRICT OF CALIFORNIA**

20                                    **OAKLAND DIVISION**

21 EPIC GAMES, INC.,                          No. 4:20-CV-05640-YGR-TSH

22                Plaintiff, Counter-defendant,   **DECLARATION OF JOSEPH**
                                                  **KREINER IN SUPPORT OF EPIC'S**
23         v.                                     **MOTION TO SEAL**

24 APPLE INC.,                                The Honorable Yvonne Gonzalez Rogers

25                Defendant, Counterclaimant.

26

27

28

DECLARATION OF JOSEPH KREINER                              CASE NO. 4:20-CV-05640-YGR-TSH

I, Joseph Kreiner, declare as follows:

1. I am Vice President of Business Development at Epic Games, Inc. ("Epic"). I joined Epic in 2011. In my role, I am responsible for Epic's relationships with third parties and have awareness of the anti-cheat measures we employ.

2. Certain trial exhibits contain sensitive third-party confidential business information entrusted to and shared with Epic by its partners. Our agreements with those partners require Epic to treat such third-party information as confidential; Epic takes those responsibilities seriously and protects this information as it would its own confidential business information.

3. Some of the exhibits contain confidential and highly sensitive third-party business information. If revealed, this information would negatively impact those third parties' competitive standing. For example, certain exhibits disclose the non-public sales, revenue, and other financial information of Epic's partners.

4. The other trial exhibit Epic seeks to seal describes key details relating to anti-cheat mechanisms within Fortnite. This internal document contains highly sensitive information that if made public could be used to defraud our customers or allow cheaters to ruin the game experience for our players. Epic takes substantial steps to prevent harm to its community including from cheating. Keeping our anti-cheat mechanisms confidential is essential to their effectiveness. Disclosure of the identified information would allow bad actors to circumvent our anti-cheat measures. For example, if cheat creators knew which anti-cheat mechanisms Epic employs, they will refocus their efforts to circumvent those mechanisms and avoid detection. The public release of this information would cause severe harm to the Epic community.

5. A list of the trial exhibits that Epic seeks to seal, with the reasons for each request, is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 14, 2021, in Cary, North Carolina.

DocuSigned by:

Joseph Kreiner

**FILER'S ATTESTATION**

I, Justin C. Clarke, am the ECF User whose ID and password are being used to file this Declaration of Joseph Kreiner in Support of Epic's Motion to Seal. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

By:     */s/ Justin C. Clarke*

Justin C. Clarke

DECLARATION OF JOSEPH KREINER     4     CASE NO. 4:20-CV-05640-YGR-TSH