# Exhibit A

| Trial Ex. No. | Page(s) | Reason for Sealing |
|---|---|---|
| DX-3233 | EPIC_00126265 & EPIC_00126273 | Non-public document setting forth confidential third-party financial information. |
| DX-3297 | EPIC_02897552 | Detailed non-public pricing and terms of commercial agreements with third party. |
| DX-4362 | EPIC_00428916-18 | Includes information identifying specific Epic confidential anti-cheat controls. |
| DX-4800 | | Confidential pricing and terms of commercial agreements with third parties. |
| Hitt Direct Demonstratives | Slide 12 | Confidential pricing and terms of commercial agreements with third parties. |
| PX-2456 | EPIC_02030347, EPIC_02030355, & EPIC_02030363 | Confidential third-party revenue and financial information. |
| PX-2469 | EPIC_03967162 & EPIC_03967173 | Confidential third-party revenue, cost and financial information. |