REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

United States District Court
Northern District of California

DEFENDANT

Case No. 4:20-cv-05640-YGR
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. DX-3233
Date Entered_____
Susan Y. Soong, Clerk
By: _____, Deputy Clerk

APR 2019

# FORTNITE

## North America
## Publishing Update

April 2019



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3233.001

EPIC_00126263

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

APR 2019

# FORTNITE 2018 - BY THE NUMBERS



52 Content Updates



125M Battle Passes Sold



Over 17M StW Players

## CCU HIGHS



**Rocket: 7.5M**
( JUNE )



**Playground: 6.2M**
( JUNE )



**Season 5: 7.3M**
( JULY )



**Butterfly: 8.3M**
( NOVEMBER )



**Christmas: 7.1M**
( DECEMBER )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126264

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

APR 2019

# FORTNITE 2018 - BY THE NUMBERS



**MARCH/AUGUST:**
iOS/Android - 45M New Players



**SEPTEMBER:**
High Stakes - 2.7M Units Sold



**MAY:**
Thanos LTM - Over 30M DAU



**JUNE:**
Competitive - 38M Players LTD



**DECEMBER:**
Creative - Over 10M DAU



**JUNE:**
Switch - 10M New Players LTD



**DECEMBER:**
Frozen Legends - 4.9M Units Sold

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126265

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



**Fortnite 2018 Console Penetration**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3233.004

EPIC_00126266



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126267



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126268

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

APR 2019

# Influencers are Important for Teens



**Who are they following?**

**13-17:**
friends [92%]
family [78%]
online celebrities/creators [63%]
people who share their interest [49%]
musicians [49%]
Hollywood celebrities [46%]
meme accounts [43%]
artists [33%]
athletes/sports accounts [27%]
big brands [26%]

**18-36:**
friends [85%]
family [77%]
co-workers [49%]
people who share their interest [47%]
musicians [46%]
online celebrities/creators [43%]
chefs/restaurants [41%]
Hollywood celebrities [40%]
small businesses [38%]
artists [38%]



**TOP 5 DEVICES THEY PLAN TO BUY IN 2019**

| 13-17 males | 13-17 females |
|---|---|
| smartphone [29%] | smartphone [31%] |
| headphones [24%] | headphones [30%] |
| gaming console [19%] | laptop/netbook [13%] |
| smart speaker [18%] | gaming console [11%] |
| TV streaming device [18%] | fitness tracker [8%] |

| 18-36 males | 18-36 females |
|---|---|
| smartphone [31%] | smartphone [24%] |
| gaming console [22%] | headphones [16%] |
| HD/4K TV [20%] | laptop/netbook [16%] |
| smartwatch [20%] | smartwatch [9%] |
| tablet [20%] | gaming console [8%] |

# Consoles are More Important to Males...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126269

# ...But Mobile Drives Female Players

| Month | Male | | | | | | | Female | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 13-17 | 18-24 | 25-34 | 35-44 | 45-54 | 55+ | Total | 13-17 | 18-24 | 25-34 | 35-44 | 45-54 | 55+ |
| Mar-19 | 77% | 26% | 28% | 16% | 4% | 2% | 2% | 23% | 7% | 8% | 6% | 2% | 1% | 1% |
| Feb-19 | 77% | 26% | 28% | 16% | 4% | 2% | 2% | 23% | 7% | 8% | 5% | 2% | 1% | 1% |
| Jan-19 | 77% | 26% | 28% | 16% | 4% | 2% | 2% | 22% | 7% | 8% | 5% | 2% | 1% | 1% |
| Dec-18 | 78% | 27% | 28% | 16% | 4% | 2% | 2% | 22% | 7% | 8% | 5% | 2% | 0% | 1% |
| Nov-18 | 77% | 27% | 28% | 15% | 4% | 2% | 2% | 22% | 7% | 8% | 5% | 2% | 0% | 1% |
| Oct-18 | 78% | 26% | 29% | 16% | 4% | 2% | 2% | 22% | 7% | 8% | 5% | 2% | 0% | 1% |
| Sep-18 | 79% | 27% | 30% | 16% | 3% | 2% | 2% | 21% | 7% | 7% | 5% | 1% | 0% | 0% |
| Aug-18 | 79% | 27% | 30% | 15% | 3% | 2% | 2% | 21% | 7% | 7% | 5% | 1% | 0% | 0% |
| Jul-18 | 79% | 27% | 30% | 15% | 3% | 1% | 2% | 20% | 7% | 7% | 4% | 1% | 0% | 0% |
| Jun-18 | 79% | 26% | 31% | 16% | 3% | 1% | 2% | 21% | 6% | 8% | 5% | 1% | 0% | 0% |
| May-18 | 79% | 25% | 31% | 16% | 3% | 1% | 1% | 21% | 6% | 8% | 5% | 1% | 0% | 0% |
| Apr-18 | 80% | 26% | 32% | 16% | 3% | 1% | 2% | 20% | 6% | 7% | 4% | 1% | 0% | 0% |
| Mar-18 | 81% | 27% | 33% | 16% | 2% | 1% | 2% | 18% | 6% | 7% | 4% | 1% | 0% | 0% |
| Feb-18 | 83% | 27% | 34% | 17% | 2% | 1% | 2% | 16% | 6% | 6% | 3% | 1% | 0% | 0% |
| Jan-18 | 84% | 27% | 34% | 17% | 2% | 1% | 2% | 15% | 5% | 6% | 3% | 1% | 0% | 0% |
| Dec-17 | 85% | 27% | 35% | 17% | 2% | 1% | 2% | 15% | 5% | 6% | 3% | 1% | 0% | 0% |
| Nov-17 | 85% | 27% | 35% | 17% | 2% | 1% | 2% | 14% | 5% | 6% | 3% | 1% | 0% | 0% |
| Oct-17 | 86% | 26% | 35% | 19% | 3% | 2% | 2% | 13% | 4% | 5% | 3% | 1% | 0% | 0% |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126270

REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED

# EUROPE      NORTH AMERICA





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126271

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# EUROPE

# NORTH AMERICA





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3233.010

EPIC_00126272



*REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED*

APR 2019

# NA Fans Love Global YouTube Content





Fortnite YouTube VOD Broadcasters/Viewership

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3233.012

EPIC_00126274



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126275



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**APR 2019**

# Fortnite 2019 - North America

## Attach to New Hardware

## New Opportunities on Mobile (Fortlite)

## Amplify Partnership Beats

## More Creative Mode Collaborations

## Expand Influencer Outreach - Support-A-Creator

## Fortnite 2.0: New Users + Re-Engagement

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3233.015

EPIC_00126277



THANK YOU!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00126278

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

