

Confidential

EXHIBIT A

# Epic Games, Inc.

# Statement of Work Attachment

This Statement of Work, effective August 1, 2020, summarizes the agreement reached between Epic Games, Inc. ("Epic") and The Messina Group ("Consultant") and is an attachment to, and governed by that certain Consulting Services Agreement by and between the parties, dated August 1, 2020.

## PROJECT SCOPE DESCRIPTION

Consultant will work as directed by Matthew Weissinger, or Epic personnel so designated, to provide the following services in connection with the Liberty project.

**Coalition creation**
Consultant will set up a separate organization that will give the member companies a combined platform, leverage opposition research, put opponents on the defensive, and ultimately discredit their narratives and practices. Specifically, this coalition ("Coalition") will operate as a 501(c)(4) that is separate and independent from Epic. The Coalition will define the opposition aggressively—who they are, what they do and their motives while proactively positioning the campaign focus. The Coalition will pitch local and national press, influence conversations on social media, and engage in other earned media efforts.
- Internal infrastructure: The day-to-day operations will be managed by the Consultant with direct reporting into Epic's head of marketing and will lead regular campaign meetings with the appropriate Coalition stakeholders.
- Research: Consultant will organize thorough research both nationally and in target media markets to both test the most effective campaign messaging as well as identify themes with the most impact on opponents. This research would be subcontracted out to a research firm that specializes in message testing and opposition weakness identification.
- Campaign planning: Consultant will identify the top media markets, outlets, and media verticals for setting precedent and influencing opinion change.
- Messaging: In consultation with Epic, the Coalition founding members, and the research vendor, Consultant will develop all messaging materials including talking points, press materials, FAQ, and rapid response tools for use by both the Coalition and its membership.
- Digital asset development: Consultant will develop and launch a digital content hub and action platform that will serve as the primary repository for online messaging, organizing, and supporter activation Components of the digital program will include but not be limited to:
  - Branding: Create naming, tagline(s), and supporting extensions that will comprise the digital brand platform, including identity/logo, domain names, subdomains, hashtags, and more.
  - Website: Establish a flexible, scalable site that allows for featured content, a primary blog, community/advocacy actions, email signup, and supporter data collection.
  - Social channels: Stand up branded social channels as advisable across the most critical mediums and establish a baseline audience through partners and passionate supporters.
  - Email communications: Establish primary voices and construct an email communications calendar that will serve to announce new initiatives, highlight engagement opportunities, and recruit new supporters.
  - Supporter database: Pool supporter data and compile a custom supporter database that harvests all online actions including email behavior, advocacy actions, social following, and engagement. Consultant will build the email data base by both, purchasing existing databases of targeted supporters while also organically building the database through earned and paid media.
  - Specialty media: Beyond normal content flow, Consultant will identify options for feeding channels with multimedia content relevant to the audiences most likely to be supportive of the membership (i.e., gamers).

Confidential

- Action platform: Consultant will build out an action platform that rests on the Coalition website that can be used to activate supporters via email, text, or other digital campaigns.

**Membership Recruitment**

Consultant will assist in the direct recruitment of Coalition membership. Reputable, knowledgeable and strategic third parties bring legitimacy to the Campaign and show widespread support across different product verticals. By joining the Coalition as member, these third parties credibly defend claims about the Coalition narratives and broadly show the impact beyond just Epic, the founding Coalition members and our customers. They serve as go-to experts with press, participants in Coalition initiatives, and validators for our issues.

- Membership pitch: Consultant will develop blogs, letters, manifestos and talking points that detail the Coalition's ideological opposition to the app tax and other fundamental issues, and shares examples of how consumers and creators are being harmed. This narrative will end with the call to action of joining the Coalition.
- Founding member targets and approach: Every Coalition starts with its founding membership. This typically consists of contemporaries who have at a minimum a professional friendship with a member of the leadership team at Epic or the other founding members. Consultant will assist with the steps involved:
    - Identify 3-5 target founding members from relevant industry sectors and verticals.
    - Identify who within founding membership has relationship(s) at the target companies.
    - Prepare the founding members to make the pitch with relevant talking points and ask.
    - Provide follow-up materials and/or documentation for potential member.
    - Once recruited, Consultant will take the lead on engaging with the member regarding the Campaign
- Membership roll-up: Once the founding members are on board, Consultant will help to round out the membership roster to include small and mid-size companies from the target categories. Epic, with additional support by the founding members, will recommend to the Coalition (and when warranted make introductions) small and mid-size companies for the Coalition to pitch membership. The Coalition will also develop an independent target list to ensure the roster is fully built, with the goal of adding 100+ of these small and mid-size companies.

**Coalition Launch**

The proven and tested Coalition formula is as follows: established to correct a wrong + media interest + sustained public attacks = success. Thus, for the Coalition to be effective, Consultant will help to establish a reason for it to exist (either organic or manufactured), and introduce the campaign with a widespread media and marketing attention moment followed by a long tail of recurring media interest inflection points.

- Pre-launch initiatives: Consultant will help develop a narrative and messaging that supports the reason for the Coalition to exist, to be used with the media, regulators, and industry stakeholders.
- Manufactured inflection point: Consultant will help guide Epic and the founding members through its launch inflection point, a Consultant determined tactic.
- Launch: Consultant will assist with the campaign launch event, which may include:
    - A press conference in front of the opponent's office attended by the CEO's of the founding members in which they outline the harm caused by the opponents and introduce the Coalition and its mission.
    - Exclusive story in a major daily news outlet followed by a day of story pitching and media interviews, all participated in remotely by a select group of member CEO's.

**Coalition Campaign**

The Coalition is managed and operated by Consultant, with oversight from the founding members, and charged with generating continuous media and campaign tactic pressure on the opponents in parallel to our litigation efforts. Once it has been launched, the Coalition will be completely focused on keeping our issues in the news and continuing to grow a supporter base of the public/member company customers. The tactics employed will be determined based on budget, the campaign plan, and the aggression tolerance of the founding members. Tactics will fall into the following categories:

- Earned media: Traditional public relations where Consultant use the press to apply pressure and drive

support. External communications will follow a two-week cadence where Consultant create news through an inflection point every 2 weeks, and then generate continued press on that point through a 14-day tail. With this strategy Consultant build momentum to impactful crescendo moments.
- The communications strategy focuses on, exhausts, and moves on with 3 distinct audiences—press, consumers, and policy maker—to influence the groups most likely to have an impact on the opponents.
- Owned media: Each of the member companies have channels for directly communicating with their customers, audience, and supporters. It's an incredible tool for communicating pointed messaging but is challenged by a somewhat limited reach, so it's critical it's done in coordination with other tactics.
- Paid media: Influencing the general public on an issue as well as building a game-changing supporter list requires consistent marketing targeted at likely supporters and opponent detractors.
- Petition: The most effective way to demonstrate consumer support on an issue (and the fastest way to get consumers to act) is to direct them to sign a petition. Consultant will target out digital advertising to both function as a push/pressure campaign and elicit participation on the petition. Reaching significant petition signers, hundreds of thousands to millions is entirely based on the length of the marketing campaign and reach of the spend.
- Public affairs: From events to op-eds to digital tactics, all tested and proven campaign tactics should be available.
- Initiatives: Advocacy must be followed by action that demonstrates the seriousness of the players and issue. Most large campaigns are won by first building momentum through many small wins.

**Corporate Advisory**
Consultant's staff will be on-call and available for the length of the engagement—either via email, phone, or in-person for Epic campaign, communications, strategy, and general consulting needs not defined in the scope of engagement above.

## PROJECT PAYMENT AND TERMS

For the above services, upon delivery to Epic's satisfaction, Epic agrees to pay Consultant ▓▓▓▓▓▓ per month for 6 months. The maximum budget under this Statement of Work is ▓▓▓▓▓▓ All Work shall be completed by February 2, 2021. Consultant shall work offsite.

All Epic preapproved business related expenses (travel, hotel, and meals) will be reimbursed by Epic upon the receipt of an itemized invoice and appropriate documentation.

Epic may provide Consultant with certain hardware to perform the services hereunder and in such event Consultant shall return such hardware to Epic at the conclusion of the term of this Statement of Work.

Consultant shall invoice Epic on a monthly basis and Epic's payment terms are Net 30 from invoice receipt.

ANY THIRD-PARTY CONTENT -- INCLUDING BUT NOT LIMITED TO AUDIOVISUAL CONTENT (E.G., IMAGES, TEXTURES, ANIMATIONS, ASSETS, MUSIC, ETC.), TRADEMARKS, COPYRIGHTED CONTENT, COMPUTER SOFTWARE CODE (E.G., SOURCE CODE, DLLS, LIBRARIES, SDK'S, ETC.), OR OTHER MATERIAL -- NOT WRITTEN, CONCEIVED OR DEVELOPED INTERNALLY BY CONSULTANT SPECIFICALLY IN CONNECTION WITH THE SERVICES CONTRACTED BY EPIC UNDER THIS SOW MUST FIRST BE APPROVED BY EPIC BEFORE CONSULTANT CAN INCORPORATE IT INTO ANY DELIVERABLE TO EPIC.  PLEASE ESCALATE ANY SUCH THIRD-PARTY CONTENT TO YOUR CONTACT AT EPIC FOR REVIEW AND APPROVAL.

This Statement of Work and the Consulting Services Agreement, as applicable, constitute the entire agreement between the parties with respect to the subject matter hereof and supersede all prior agreements and understandings between the parties with respect to the subject matter hereof, whether oral or written.

[Signature Page Follows]

Confidential

IN WITNESS WHEREOF, the parties hereby execute this Statement of Work Attachment by and through their respective and duly authorized representatives.

| **The Messina Group** | **Epic Games, Inc.** |
|---|---|
| Signed:_____ | Signed:_____ |
| Printed Name:_____ | Printed Name:_____ |
| Title:_____ | Title:_____ |