# Hitt Rebuttal Expert Report – Exhibit 44: Epic commission rate to third party platforms and distributors

| | Platform | Commission rate |
|---|---|---|
| | **Fortnite** | |
| 1. | Microsoft | 30% |
| 2. | Sony[1] | 30% |
| 3. | Nintendo Co., Ltd. | 30% |
| 4. | Apple Inc. | 30% |
| 5. | Gearbox Software, LLC[2] | ■ |
| 6. | Samsung Electronics Co., Ltd | ■ |
| 7. | Google Inc | 30% |
| | **Rocket League** | |
| 8. | Microsoft | 30% |
| 9. | Valve Corporation | 30% |
| 10. | Sony | 30% |
| 11. | Nintendo Co., Ltd. | 30% |
| 12. | Other | 30% |
| | ■ | |
| | **Paragon [Retired]** | |
| 15. | Sony | 30% |
| 16. | Microsoft | 30% |
| | **Unreal Tournament** | |
| 17. | Valve Corporation | 30% |
| | **Battle Breakers** | |
| 18. | Apple Inc. | 30% |
| | **Infinity Blade** | |
| 19. | Apple Inc. | 30% |

Source: EPIC_03848271 (dated December 2, 2020); Sony Cross-Platform Policy Agreement; Addendum to Sony Cross-Platform Policy Agreement, "PlayStation 4 Cross-Platform Policy Schedule to the PlayStation Global Developer and Publisher Agreement," September 6, 2019, EPIC_03848141 – 49 at EPIC_03848143, 45, 47; and Epic Games, Inc.'s Responses and Objections to Apple Inc.'s Second Set of Interrogatories, Epic Games, Inc., v. Apple Inc., January 29, 2021 at pp. 12–13 Note:
[1] Sony and Epic agreed to allocate revenue generated from cross-platform commerce to PS4 using a revenue sharing model. As a result, under certain conditions, Epic's commission rate to Sony could exceed ■.
[2] Gearbox is the distributor of Fortnite gift cards to retailers and Gearbox's commission rate is based on a blended average depending on the platform the gift cards are redeemed on. Epic pays a commission rate of between ■ ■ to Gearbox.