REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

4:20-cv-05640-YGR

# *Epic Games, Inc., v. Apple Inc.*

Expert Testimony of Professor Lorin Hitt

May 12, 2021

Hitt   1

# Professor Lorin Hitt

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED




**B.S. and M.S. in Electrical Engineering,**
Brown University


**Ph.D. in Management**,
MIT Sloan School of Management


**Zhang Jindong Professor of Operations,
Information and Decisions,**
University of Pennsylvania, Wharton School

**Research Focus:**
Economics of information technology industry and
related industries; emphasis on internet-based commerce

# Data Used to Analyze Competitive Effects

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

App Store transaction data on all initial downloads and in-app purchases

Industry and third-party data on other transaction platforms

Monthly Epic data on Fortnite play time and spending for all accounts on all platforms

Hitt  3

# Output Growth

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



App Store game transactions: 
App Store launch–FY2019
**1,200%**

Developer revenue from App
Store game transactions: 
2010–2018
**2,600%**

All U.S. consumer spending
on digital game transactions: 
2010–2018
**448%**

All App Store transactions: 
Launch of IAP–FY2019
**500%**

Developer revenue from
all App Store transactions: 
Launch of IAP–FY2019
**3,700%**



Hitt Written Direct Testimony, Figure 55, ¶ 185; DX-4810 (summarizing DX-5338); DX-4811 (summarizing DX-5338);
DX-4808; DX-4812 (summarizing DX-5338); DX-4813 (summarizing DX-5338)

# App Store Game Transactions and Developer Revenue Growth

  **App Store Game Transactions**



Transactions (in millions)

**1,200%**

Figure 43
*App Store initial game downloads and in-app purchases (July 10, 2008–September 30, 2019)*

 **App Store Game Developer Revenue**



Developer revenue (in millions)

**2,600%**

Figure 44
*Developer revenue from App Store initial game downloads and in-app purchases (July 10, 2008–September 30, 2019)*

DX-4810 (summarizing DX-5338); DX-4811 (summarizing DX-5338)

Hitt  5

# U.S. Consumer Spending on Digital Game Transactions



Figure 45
*Amount spent by U.S. consumers on digital game transactions (2010–2018)*

# App Store All App Transaction and Developer Revenue Growth




## App Store All App Transactions

Transactions (in millions)



**500%**

Figure 53
*App Store initial downloads and in-app purchases
(July 10, 2008–September 30, 2019)*

DX-4812 (summarizing DX-5338); DX-4813 (summarizing DX-5338)



## App Store All App Developer Revenue

Developer revenue (in millions)



**3,700%**

Figure 54
*Developer revenue from App Store initial downloads and in-app purchases
(July 10, 2008–September 30, 2019)*

Hitt  7

# App Store All App Transaction and Developer Revenue Growth

  **App Store All App Transactions**

Transactions (in millions)



Figure 53
*App Store initial downloads and in-app purchases*
*(July 10, 2008–September 30, 2012)*

  **App Store All App Developer Revenue**

Developer revenue (in millions)



Figure 54
*Developer revenue from App Store initial downloads and in-app purchases*
*(July 10, 2008–September 30, 2012)*

# Price Analysis

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Apple's commission rates

Competitors' commission rates

Epic's partners' commission rates

Apple's effective commission rates

Hitt  9

Case 4:20-cv-05640-YGR Document 630-1 Filed 05/14/21 Page 10 of 32
REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Original rate:
**30%**



New rate:
**15%**



**Affected Developers:**

- 2016: Developers offering subscriptions

- 2016: Developers in Video Partner Program

- 2021: Small Business Developers—earning < $1M/year on the App Store

Hitt Written Direct Testimony, ¶¶ 159, 166

# Apple's Commission Rate Relative to Other Platforms



# Commission Rates Epic Pays

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



# Free App Store Transactions: Fiscal Year 2019

Case 4:20-cv-05640-YGR Document 390-64 Filed 05/07/21 Page 13 of 32
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## 91%
### Free to download games

## 76%
### Totally free games

## 83%
### Totally free apps

# App Store Games by Monetization Type



Figure 38
*Percent of App Store game apps by monetization type*
*(July 10, 2008–September 30, 2019)*

Paid-download apps predominated

Majority is now free-to-download without in-app purchases

— Free-to-download game app with in-app purchase
— Free-to-download game app without in-app purchase
— Paid-download game

# Average Apple Commission Rate on Game Downloads

Case 4:20-cv-05640-YGR   Document 560-4   Filed 04/28/21   Page 15 of 32



Figure 39
***Average commission rate for App Store initial game downloads (July 10, 2008–September 30, 2019)***

DX-4803 (summarizing DX-5338)

Hitt  15

# Commissions and Prices for App Store In-Game Purchases



Figure 40
*Average commission and prices from App Store in-game purchases (July 1, 2009–September 30, 2019)*

# Epic's Prices for App Store In-Game Purchases



Figure 42
*Average and median in-game purchase price for Epic apps through the App Store over time (December 21, 2010–September 30, 2019)*

DX-4757 (summarizing DX-5338)

Hitt 17

# App Store Effective Commission Rate: 2019

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



# Measures of Quality Improvement of App Store Game Transactions

Case 4:20-cv-05640-YGR Document 408-5 Filed 05/07/21 Page 19 of 22



**Quantitative**

Volume of game transactions

Developers' ability to generate revenue

**Qualitative**

Expansion of available game types

iOS ecosystem innovations

# Gaming Streaming Services

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED









# Consumers and Developers Have Choices for Game Transactions

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



# Developers Have Choices for Game Transactions

Case 4:20-cv-05640-YGR-TSH   Document 1031-18   Filed 05/14/25   Page 22 of 32



**Developers**

- Potential customers

- Tools

- Services

- Technology

- Cost

# Consumers Have Choices for Game Transactions



**Developers**

- Potential customers
- Tools
- Services
- Technology
- Cost

**Game Transaction Platforms**

**Consumers**

- Many platforms
- Multi-homing even for the same game
- Consumers switch

# Multi-Platform Fortnite User Accounts

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

| Platform | Total users (in millions) | Percent of users that are multi-platform users |
|---|---|---|
| iOS | 115 | 35.9% |
| PlayStation 4 | 104 | 32.1% |
| PC/Mac | 90 | 42.4% |
| Xbox One | 53 | 33.0% |
| Android | 31 | 53.7% |
| Nintendo Switch | 31 | 34.7% |
| Google | 8 | 54.4% |

# Purchasing Behavior of iOS Fortnite Users

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Figure 15
*Purchasing behavior of worldwide user accounts that access Fortnite through iOS (January 2020–July 2020)*

DX-4769 (summarizing DX-5339)

Hitt   25

# Hours Played and Revenue for iOS Fortnite User Accounts

Case 4:20-cv-05640-YGR-TSH Document 660-1 Filed 05/02/21 Page 26 of 32

| Platform | Hours played (in millions) | | Revenue (in millions) | |
|---|---|---|---|---|
| | Hours | Percent | Revenue | Percent |
| iOS | 2,752 | 10.2% | $745 | 13.2% |
| Other platforms | 24,219 | 89.8% | $4,890 | 86.8% |
| **Total** | **26,971** | **100.0%** | **$5,635** | **100.0%** |

Figure 14
*Percent of worldwide time played and revenue by user accounts that accessed Fortnite through iOS (March 2018–July 2020)*

DX-4763 (summarizing DX-5339)

Hitt   26

# Empirical Analyses Showing Consumer Substitution

REDACTED VERSION OF DOCUMENT SUBJECT TO PENDING MOTION TO SEAL
Case 4:20-cv-05640-YGR Document 891 Filed 05/13/22 Page 27 of 32

**1** Analysis of switching after the Hotfix

**2** Introduction of Nintendo Switch

**3** Console and PC gaming companion app analysis

**4** Spotify subscriptions

**5** Netflix subscriptions

# Switching After the Hotfix

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



- Expected iOS spending that moved to other platforms:

  - 22%–51% for all iOS users

  - 22%–38% for iOS-only users

**81%–88% of Fortnite spending by iOS users was retained**

Hitt Written Direct Testimony, Figure 20; DX-4824 (summarizing DX-5339)

# Consumers Substitute Spending Away From App Store

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED



Figure 18
*Worldwide Fortnite iOS revenue from user accounts that accessed Fortnite on an iOS device in June 2018 (March 2018–March 2019)*

DX-4823 (summarizing DX-5339, Nintendo, "Fortnite")

Hitt  29

# Console and PC Gamers Substitute Spending Away From App Store



Figure 16
**Comparison of growth rates in iOS game spending between 2017 and 2019**

# Portability of Top Apps in the App Store

| App Category | Offer single sign on | Offer full or partial portability |
|---|:---:|:---:|
| **All Apps** | | |
| Top 25 by revenue | 96% | 92% |
| Top 25 by downloads | 80% | 84% |
| **Game Apps** | | |
| Top 25 by revenue | 92% | 84% |
| Top 25 by downloads | 32% | 32% |

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

4:20-cv-05640-YGR

# *Epic Games, Inc., v. Apple Inc.*

Expert Testimony of Professor Lorin Hitt

May 12, 2021