UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**[PROPOSED] ORDER GRANTING EPIC'S ADMINISTRATIVE MOTION TO SEAL LIMITED PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND ANY REFERENCES AT TRIAL TO THE INFORMATION SOUGHT TO BE SEALED**<br><br>Hon. Yvonne Gonzalez Rogers |

  Having considered the Administrative Motion to Seal Pursuant to Civil L.R. 7-11 and 79-5 ("Motion") and supporting materials filed by Epic, the Court finds that there are compelling reasons for granting the request to file documents under seal. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Accordingly, the Court **GRANTS** Epic's Motion to Seal and ORDERS:

  (1) To the extent the information sought to be sealed by the Motion are introduced into evidence at trial, that information shall remain under seal, for reasons articulated in the table below;

  (2) The Court shall temporarily limit public access to the trial proceedings to those present live in the courtroom while sealable information related to trial exhibits is being discussed; and

  (3) Portions of the transcript related to such sealable information are additionally ordered sealed.

| Trial Ex. No./ Dep. Tr. | Page(s) | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|---|
| DX-3233 | EPIC_00126265 & EPIC_00126273 | Non-public document setting forth confidential third-party financial information. Kreiner Declaration ¶¶ 2-3. | |
| DX-3297 | EPIC_02897552 | Detailed non-public pricing and terms of commercial agreements with third party. Kreiner Declaration ¶¶ 2-3. | |
| DX-4362 | EPIC_00428916-18 | Includes information identifying specific Epic confidential anti-cheat controls. Kreiner Declaration ¶ 4. | |
| DX-4800 | | Confidential pricing and terms of commercial agreements with third parties. Kreiner Declaration ¶¶ 2-3. | |
| DX-5549 | Entire document | Information of third-party client of Epic's expert witness. | |
| DX-5550 | Entire document | Information of third-party client of Epic's expert witness. | |
| Hitt Direct Demonstratives | Slide 12 | Confidential pricing and terms of commercial agreements with third parties. Kreiner Declaration ¶¶ 2-3. | |
| PX-2456 | EPIC_02030347, EPIC_02030355, & EPIC_02030363 | Confidential third-party revenue and financial information. Kreiner Declaration ¶¶ 2-3. | |
| PX-2469 | EPIC_03967162 & EPIC_03967173 | Confidential third-party revenue, cost and financial information. Kreiner Declaration ¶¶ 2-3. | |

**IT IS SO ORDERED.**

Dated:

X _____

Hon. Yvonne Gonzalez Rogers
United States District Judge