JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　*Plaintiff, Counter-defendant,*<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　*Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S RENEWED ADMINISTRATIVE MOTION SEAL COMPETITIVELY SENSITIVE INFORMATION**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Having considered non-party Sony Interactive Entertainment LLC's ("SIE") Renewed Administrative Motion to Seal Competitively Sensitive Information, and the accompanying Declarations of Don Sechler and Patrick Colsher, and any argument of counsel, and finding sufficiently compelling reasons to seal the non-party material described below, it is hereby **ORDERED** that:

The portions of the following trial exhibits of Defendant Apple Inc., as identified in the exhibits to the Declaration of Patrick Colsher, shall be sealed:

1. DX-3660 (Ex. A to Colsher Declaration);
2. DX-3865 (Ex. B to Colsher Declaration);
3. DX-3988 (Ex. C to Colsher Declaration);
4. DX-4425 (Ex. D to Colsher Declaration);
5. DX-4493 (Ex. E to Colsher Declaration);
6. DX-4519 (Ex. F to Colsher Declaration);
7. DX-3094 (Ex. G to Colsher Declaration);
8. DX-3125 (Ex. H to Colsher Declaration);
9. DX-3433 (Ex. I to Colsher Declaration); and
10. DX-3582 (Ex. J to Colsher Declaration);

**SO ORDERED.**

Dated: _____                _____
                                                                  Hon. Yvonne Gonzalez Rogers
                                                                  UNITED STATES DISTRICT JUDGE