1  JOHN F. COVE, JR. (SBN 212213)
   john.cove@shearman.com
2  MATTHEW BERKOWITZ (SBN 310426)
   matthew.berkowitz@shearman.com
3  SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
4  San Francisco, CA  94105-2997
   Telephone:   415.616.1100
5  Facsimile:    415.616.1199

6  *Attorneys for Sony Interactive Entertainment LLC*

7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10                                **OAKLAND DIVISION**

11

12  EPIC GAMES, INC.,                          Case No. 4:20-cv-05640-YGR

13          *Plaintiff, Counter-defendant,*

14          v.                                 **CERTIFICATE OF SERVICE**

15  APPLE INC.,

16          *Defendant, Counterclaimant.*      Judge:  Hon. Yvonne Gonzalez Rogers

17

I, Alexander P. Sanyshyn, declare as follows:

    I am an attorney at the law firm of Shearman & Sterling LLP, counsel to non-party Sony Interactive Entertainment LLC in connection with this litigation. I am a member in good standing of the Bars of the States of New York and California, and a member of the Bar of this Court.

    On May 14, 2021, I caused to be served via electronic transmission, on counsel for plaintiff Epic Games, Inc. and defendant Apple, Inc., unredacted versions of the exhibits to the Declaration of Patrick Colsher in support of Non-Party Sony Interactive Entertainment LLC's Renewed Administrative Motion to Seal Competitively Sensitive Information.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 14, 2021, at Oakland, California.

    */s/ Alexander P. Sanyshyn*
    Alexander P. Sanyshyn