THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| EPIC GAMES, INC.,<br><br>                    Plaintiff, Counter-defendant<br><br>      v.<br><br>APPLE INC.,<br><br>                    Defendant,<br>Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**NOTICE OF FILING OF DEFENDANT APPLE INC.'S DEPOSITION DESIGNATIONS PURSUANT TO TRIAL ORDER NO. 2** |

1       PLEASE TAKE NOTICE that Apple Inc. hereby files the following deposition designations

2  pursuant to Trial Order No. 2, which granted in part and denied in part Apple's motion to file portions

3  of the below deposition designations under seal:

4      1.    Joe Kreiner

5      2.    Haseeb Malik

       3.    Mark Rein

Dated:  May 14, 2021          Respectfully submitted,

                    GIBSON, DUNN & CRUTCHER LLP

                    By:    */s/ Rachel S. Brass*
                            Rachel S. Brass

                    Attorney for Defendant Apple Inc.

NOTICE OF FILING OF DEFENDANT APPLE INC.'S DEPOSITION DESIGNATIONS PURSUANT TO TRIAL
ORDER NO. 2, 4:20-CV-05640-YGR

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Joe Kreiner**
**(February 5, 2021)**

**Time**

| Apple Inc.'s Designations (Yellow Highlight) | Epic Games, Inc.'s Designations (Blue Highlight) |
|---|---|
| 1 hour 13 minutes 25 seconds | 5 minutes 44 seconds |

United States District Court
Northern District of California

Case No. **4:20-cv-05640-YGR**
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. **Depo. 2**
Date Entered _____
Susan Y. Soong, Clerk
By: _____, Deputy Clerk

△ DEFENDANT △



1           UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              OAKLAND DIVISION

4

5    EPIC GAMES, INC.,

6         Plaintiff,

          Counter-defendant,

7

           vs.                   Case No. 4:20-cv-05640

8                                YGR

     APPLE INC.,

9

          Defendant,

10        Counterclaimant.

     _____

11

12   IN RE APPLE IPHONE           Case No. 4:11-cv-06714

     ANTITRUST LITIGATION         YGR

13   _____

14

15

16

17

18

19

20

21

22

23

24

25   (caption cont'd)

                                         Page 1

United States District Court
Northern District of California

Case No. **4:20-cv-05640-YGR**
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No.
Depo. 2
Date Entered_____

Susan Y. Soong, Clerk
By: _____, Deputy Clerk

1   DONALD R. CAMERON, et al.,

2       Plaintiffs,

3           vs.                    Case No. 4:19-cv-03074

                                           YGR

4   APPLE INC.,

5       Defendant.

    _____

6

7

8

9                 **HIGHLY CONFIDENTIAL**

10  ZOOM DEPOSITION OF JOE KREINER & EPIC GAMES, INC'S

11          30(b)(6) CORPORATE REPRESENTATIVE

12  (Reported Remotely via Video & Web Videoconference)

13     Raleigh, North Carolina (Deponent's location)

14               Friday, February 5, 2021

15                      Volume I

16

17

18

19

20

    STENOGRAPHICALLY REPORTED BY:

21  REBECCA L. ROMANO, RPR, CSR, CCR

    California CSR No. 12546

22  Nevada CCR No. 827

    Oregon CSR No. 20-0466

23  Washington CCR No. 3491

24  JOB NO. 4450721

25  PAGES 1 - 297

                                                Page  2

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17            THE COURT REPORTER:   If you could raise

18   your right hand for me, please.

19            THE DEPONENT:   (Complies.)

20            THE COURT REPORTER:   You do solemnly          12:22:22

21   state, under penalty of perjury, that the testimony

22   you are about to give in this deposition shall be

23   the truth, the whole truth and nothing but the

24   truth?

25            THE DEPONENT:   I do.                          12:22:22
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8                          EXAMINATION

9     BY MR. SRINIVASAN:

10          Q.    Good morning, Mr. Kreiner.  For the                09:21:26

11    record, can you state your full name and spell --

12    spell it for us, please.

13          A.    Sure.  It's Joseph Kreiner.  My last name

14    is spelled K-R-E-I-N-E-R.

15

16

17

18

19

20

21

22

23

24

25

Page 19

HIGHLY CONFIDENTIAL

```
1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          Did you join Epic in 2011?

24     A.   Yes.

25     Q.   Okay.  And can you kind of briefly give        09:25:40
```

Page 23

HIGHLY CONFIDENTIAL

1    us an overview of what you did when you started at        09:25:43

2    Epic, what roles you had, and building up to the

3    role you currently have?

4         A.    Sure.   I joined Epic in 2011 as business

5    development for Unreal Engine.   Over time my             09:25:55

6    current role is vice president of business develop.

7    That includes business development for the

8    Epic Games Store, business development for Epic

9    Online Services, and managing first-party relations

10   with Sony, Microsoft, and Nintendo.                      09:26:15

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  24

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          (Exhibit 0068 was marked for

17     identification by the court reporter and is

18     attached hereto.)

19

20

21

22

23

24

25

Page  26

HIGHLY CONFIDENTIAL

```
1

2

3

4

5

6

7

8        Q.   Okay.  And, Mr. Kreiner, we can -- I'm

9    just going to ask you a question.  And if you need

10   to look at it more -- the document more, you can do        09:31:58

11   that.

12            Have you seen this document before?

13       A.   I don't believe so.

14       Q.   Okay.  So this is a notice that Apple

15   served on your company, Epic, asking for testimony         09:32:09

16   on behalf of the company on several topics.  So I'm

17   just going to ask you about a subset of these.

18   There are 40 topics -- 43 topics, actually.  And

19   you're -- through your counsel, we understood that

20   there are about a half dozen that you are -- have          09:32:32

21   been designated for.

22            So maybe -- let me just direct you to the

23   ones that are relevant to you, and you can let me

24   know that you're ready -- hopefully, that you are

25   prepared to testify about them.                            09:32:46
```

HIGHLY CONFIDENTIAL

1        So if you can turn to page 6, the first          09:32:48

2  number on page 6 is 8.  And I'll just read that.

3        "Distribution (whether online, through

4  brick-and-mortar stores, or through online stores

5  such as Amazon.com) of each of your apps, web apps,   09:33:05

6  in-app products, and software, the commissions,

7  fees, costs, and expenses paid in connection with

8  each such distribution channel, and the margins and

9  net profits received by you relative to prices

10  charged."                                             09:33:22

11        We understood, Mr. Kreiner, that you

12  would be testifying on this topic with respect to

13  consoles and gift cards.  Are you prepared to do

14  that?

15     A.   Yes.                                          09:33:33

16     Q.   Okay.  And then No. 10 -- I'm just going

17  to cover all of them so we can take care of this at

18  once.

19        Topic No. 10 -- rather than read it out

20  loud, maybe for the sake of efficiency here, if you  09:33:43

21  take a look at No. 10, are you prepared to testify

22  about No. 10?

23     A.   Yes.

24

25

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9        Q.   (By Mr. Srinivasan)  So is that -- so

10   with that clarification in mind, Mr. Kreiner, are          09:34:18

11   you ready to testify about 10 through 13?

12        A.   Yes.

13        Q.   Okay.  And if you can flip to or scroll

14   down to -- the next topic is on page 9, which is

15   Topic 28, which is "Agreements or contracts                09:34:36

16   relating to providing or directing your apps, web

17   apps, in-app products, software, or app

18   marketplace, including any relating to distribution

19   on an exclusive basis."

20             And, again, I understand that you were           09:34:53

21   designated for this topic with respect to consoles?

22        A.   Yes.

23        Q.   And then if you can scroll to the next

24   one, No. 32, Topic 32, again restricted to

25   consoles.  Is that something you're ready to               09:35:10

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   testify about?                                         09:35:12

2        A.   Yes.

3        Q.   And one last one on the next page,

4   Topic 40, Epic's "effort to bundle its digital

5   products, app, web apps, software, in-app products     09:35:26

6   with any hardware devices," is that something that

7   you are ready to -- to testify about today?

8        A.   Yes.  That's correct.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7        Q.   (By Mr. Srinivasan)  So, Mr. Kreiner,

 8   take a look at Exhibit 71 if you would.  And let me

 9   know when you've had a chance to skim it.

10           For the record, Exhibit 71 was produced       09:38:35

11   by Epic bearing Bates number 1983020 through

12   1983026.  It is a document dated May 31st, 2017,

13   with the title "Exclusivity and Comarketing

14   Agreement for 'Fortnite' on PlayStation 4."

15           Mr. Kreiner, this is a letter agreement       09:39:05

16   addressed to you.

17           Do you recall this agreement?

18      A.   Yes.

19           MR. CLARKE:  Jay, can I just clarify.  I

20   think this is Exhibit 69.  You might have misspoken   09:39:13

21   and said 71.

22           MR. SRINIVASAN:  Okay.  Thank you for

23   that.  Yes, it is Exhibit 69.  And thanks for that

24   clarification.

25        Q.   (By Mr. Srinivasan)  And so, Mr. Kreiner,   09:39:23
```

Veritext Legal Solutions
866 299-5127

1    was this an agreement between Epic and Sony        09:39:25

2    regarding distribution of Fortnite on

3    PlayStation 4?

4        A.    That's correct.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  33



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



25        Q.    (By Mr. Srinivasan)    Okay.    And in                                    09:45:25

Page 36

HIGHLY CONFIDENTIAL



1    looking at Section 2.3 here, though, when they do          09:45:27

2    say -- you know, it's in -- it's in the page with

3    the number that ends in 22.   The provision says,

4    quote/unquote -- well, sorry.   ███████████████

5    ██████████████████████████████████   ████████

6    ██████████████████████████████████

7    ███████████████████████████████

8    ███████████████

9         And so I guess I'll just ask you just

10   about that quote I just read specifically.   What      09:46:05

11   did that mean in terms of Epic's obligation?

12        A.   The intent there was to have the cost of

13   digital goods and Fortnite to be equivalent across

14   ██████████████████████████████████

15

16

17

18

19

20

21

22

23

24

25

Page 37

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          (Exhibit 0070 was marked for

22     identification by the court reporter and is

23     attached hereto.)

24

25

Page 38

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9      Q.   Terrific.   And for the record, while you

10     review it, Exhibit 70 is a letter agreement dated          09:49:49

11     March 15th, 2018, with the title "Amendment #1 to

12     the Exclusivity and Co-Marketing Agreement for

13     'Fortnite' on PlayStation 4."

14            Mr. Kreiner, do you recall this

15     agreement?                                                  09:50:10

16     A.   Yes.

17

18

19

20

21

22

23

24     Q.   Okay.   And I want to take you to 2.3.3,

25     which is the one that says "Reporting."   And is it        09:50:44



1    your understanding that this provision requires          09:50:54

Page 40



14          THE DEPONENT:   It was my general

15   understanding that, yes, those players would spend          09:52:29

16   more money.

17        Q.   (By Mr. Srinivasan)   Okay.   And if you

18   can -- and turning back to Exhibit 70 here.   If --

19   if you look at 2.3.2, is -- is 2.3.2 -- what is

20   your understanding of provision 2.3.2, which is          09:52:50

Page 41

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10

11

12

13        (Exhibit 0071 was marked for

14    identification by the court reporter and is

15    attached hereto.)                          09:53:47

16

17

18

19        So Exhibit 71 for the record is another

20    letter agreement, this one dated September 18th,    09:54:13

21    2018, titled "Amendment #2 to the Exclusivity and

22    Co-Marketing Agreement for 'Fortnite' on

23    PlayStation 4."

24        Mr. Kreiner, again, this is a letter

25    agreement dated -- sorry -- addressed to you.    09:54:27

Page 42

1          Do you recall this agreement?                09:54:31

2     A.   Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 47





Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12       Q.   Okay.  Is your understanding that they

13   receive a 30 percent commission of whatever the

14   purchase is by the consumer on the Sony platform?

15       A.   It is my understanding it's legally        10:05:31

16   defined as much more complicated than that, but in

17   general it is 30 percent.

18       Q.   Okay.  And this provision then coming

19   back to Section 3 of -- of Exhibit 71, this

20   addresses potentially additional compensation that   10:05:45

21   Sony might receive for distributing Fortnite; is

22   that correct?

23       A.   Yes.  In the context of a user who is

24   actively cross-playing and using cross-progression

25   and purchasing outside of the PlayStation            10:06:00

Page 51

HIGHLY CONFIDENTIAL

1    ecosystem, we were agreeing to compensate Sony.          10:06:04

2         Q.    Okay.   So in addition to the 30 percent

3    commission, Sony potentially could receive even

4    more compensation from Epic for distributing

5    Fortnite?                                                 10:06:19

6         A.    Correct.

7         Q.    And it sounds like to me -- and let me

8    know if you can answer this question -- that there

9    was a set of conditions that had to occur in order

10   for this additional compensation to trigger.   Is       10:06:27

11   that fair?

12        A.    That's -- yes, that's fair.

13        Q.    And can you describe generally how this

14   worked? what does conditions were?

15        A.    It was a fairly complicated calculation,      10:06:39

16   but the net effect was, if a primary PlayStation

17   user shifted their purchasing activity to another

18   platform, we would compensate PlayStation for --

19   for that.

20

21

22

23        Q.    Okay.   And do you have an understanding

24   of how frequently that occurred?

25        A.    I believe we were required to pay this         10:07:14

Page 52

1    quarterly, and if I remember correctly, it happened        10:07:17

2    maybe three or four times.

3         Q.   Okay.  Three or four times since the

4    inception of this agreement in -- I should say

5    three or four quarters since the inception of this        10:07:29

6    agreement in September 2018?

7         A.   Yes.  Subsequent agreements loosened the

8    payment responsibilities and, my understanding,

9    ceased to pay Sony at some point.

10        Q.   Okay.  And do you know how much that        10:07:46

11   additional compensation was at -- at any of those

12   quarters?

13        A.   Yeah.  It was relatively small.  Maybe a

14   million to 3 or 4 million per quarter.

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

```
1

2              (Exhibit 0072 was marked for

3      identification by the court reporter and is

4      attached hereto.)

5

6

7

8

9

10

11

12

13        Q.   (By Mr. Srinivasan)  So, for the record,

14     Exhibit 72 is a PowerPoint deck titled

15     "Cross-Platform Policy Requirements and Process,"      10:09:43

16     August of 2019.  And this -- Mr. Kreiner, I'll just

17     represent that this came from your files.

18              And so, first of all, do you -- do you

19     recognize this deck?

20        A.   I remember receiving it, yeah.               10:10:02

21

22

23

24

25
```

Page 54

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7          (Exhibit 0073 was marked for

8     identification by the court reporter and is

9     attached hereto.)

10          MR. SRINIVASAN:  And for the record,          10:13:25

11     while you review that, Mr. Kreiner, Exhibit 73 is

12     a -- an agreement that is titled "PlayStation 4

13     Cross-Platform Policy Schedule to the PlayStation

14     Global Developer and Publisher Agreement."

15          And it bears Bates number ending in 141,          10:13:44

16     goes through Bates number ending in 149, and is

17     signed by Joe Babcock for Epic and Phillip

18     Rosenberg for Sony.

19     Q.   (By Mr. Srinivasan)  Mr. Kreiner, do you

20     recall this agreement?          10:14:07

21     A.   Yes.

22     Q.   Okay.  And what is your understanding of

23     what this agreement -- the -- what is your

24     understanding of the purpose of this agreement?

25     A.   Yeah, this agreement is Sony PlayStation          10:14:19

Page  57

HIGHLY CONFIDENTIAL

1   refining the requirements around supporting                10:14:23

2   cross-play.  And, you know, cross-play was a new --

3   a new feature.  And those previous letters were

4   kind of the first of its kind for Sony.  This is a

5   more formal agreement that's meant to go out to a          10:14:40

6   wider developer base than just Epic.

7        Q.   Got it.

8             And do you recall when this agreement was

9   executed?

10       A.   Offhand, no.                                     10:15:08

11       Q.   I'm sorry.  I'll just direct you to it.

12  It says in the third line there that it's effective

13  as of September 2019.

14            Does that roughly comport with your

15  understanding?                                             10:15:18

16       A.   Yes.

17

18

19

20

21

22

23

24

25

Page  58

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          Q.    Okay.   And then if we could go to

19     Section 6, which is titled "Product Submission and

20     Technical Requirements," that very first sentence

21     says, "Prior to making any cross-platform features

22     available on PS4, publishers will submit a written

23     request to enable cross-platform features within a

24     licensed product to SIE group companies for

25     approval via DevNet in order for SIE group

HIGHLY CONFIDENTIAL

1    companies to ensure the licensed product complies

2    with the technical requirements set forth in

3    Exhibit 1."

4            Did I read that right, sir?

5        A.    Yes.   This is a requirement from the                10:18:44

6    previous PowerPoint, yeah.

7        Q.    And this requirement essentially requires

8    Epic to first receive permission from Sony before

9    enabling some new aspect of cross-platform play; is

10   that right?                                                     10:19:01

11       A.    Yes.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 61

HIGHLY CONFIDENTIAL

1

2

3        Q.   Okay.   And do you know why Xbox wasn't

4    included in the original agreement that authorized

5    cross-platform play with a PC?                          10:19:54

6        A.   Sony was very concerned about giving Xbox

7    a competitive edge by allowing it.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 62

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19      Q.   (By Mr. Srinivasan)   Okay.   Great.   Let's

20   look at the next exhibit, which will be 74.                10:22:07

21          (Exhibit 0074 was marked for

22   identification by the court reporter and is

23   attached hereto.)

24      Q.   (By Mr. Srinivasan)   I don't think it's

25   up yet.   Okay.   74 should be up.                          10:22:26

Page 63

HIGHLY CONFIDENTIAL

1          And while you're taking a look at that,          10:22:33

2      Mr. Kreiner, for the record, Exhibit 74 is an

3      agreement entitled "PlayStation Global Developer &

4      Publisher Agreement."  And it spans several pages

5      that starts with Bates number ending in 810 and          10:22:56

6      going through Bates number ending in 856.

7          And, Mr. Kreiner, do you recall seeing

8      this agreement before?

9          A.    Yes, I've seen this before.

10         Q.    And is this agreement which -- is it okay          10:23:19

11     if I call this the -- the -- well, it's the global

12     developer and publisher agreement.  Is that how you

13     refer to it as?

14         A.    Yes, abbreviated as the GDPA.

15

16

17

18

19

20

21

22

23

24

25

Page 64

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24            Do these agreements cover just Fortnite,

25    or do they cover all digital products distributed            10:48:55

Page 74

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | by Epic on the PlayStation? | 10:48:59 |
| 2 | | |
| 3 | THE DEPONENT:  The GDPA is a generic | |
| 4 | document that would cover all submitted games by | |
| 5 | Epic.  The letters that we've been looking at were | 10:49:11 |
| 6 | specific to Fortnite. | |
| 7 | Q.  (By Mr. Srinivasan)  Okay.  Thank you. | |
| 8 | And let's focus on -- let's focus on | |
| 9 | Fortnite.  So if I understand it correctly, Epic is | |
| 10 | paying a 30 percent commission, sometimes maybe a | 10:49:26 |
| 11 | little bit more, to distribute Fortnite on | |
| 12 | PlayStation.  Is that accurate? | |
| 13 | A.  That would be accurate, yes. | |
| 14 | Q.  Okay.  And that Epic is subject to | |
| 15 | complying with Sony's guidelines under the GDPA to | 10:49:42 |
| 16 | be able to distribute its products on PlayStation. | |
| 17 | Is that accurate? | |
| 18 | A.  Yes. | |
| 19 | Q.  Okay.  And that Epic is required to | |
| 20 | distribute its products through the PSN, the | 10:49:58 |
| 21 | PlayStation Network, to reach Sony's users on | |
| 22 | PlayStation.  Is that accurate? | |
| 23 | A.  Yes. | |
| 24 | Q.  And I didn't ask you this question | |
| 25 | before, but does Epic have an opportunity to recoup | 10:50:15 |

Page 75

HIGHLY CONFIDENTIAL

1   payment for its products on the PlayStation Network        10:50:19

2   through its own means, or is it required to do it

3   through Sony?

4        A.    We use the Sony-provided payment flow.

5        Q.    Okay.   And is Epic required to use the        10:50:32

6   Sony-provided payment flow to distribute its

7   products on PlayStation?

8        A.    That's my understanding.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 76

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6        Q.   (By Mr. Srinivasan)   Okay.   And are you

 7   required -- is Epic required to provide certain

 8   in-game content that's not available to other

 9   platforms?

10           THE DEPONENT:   That's correct.   We          10:52:12

11   provide quarterly in-game drops that are available

12   to PS Plus members.

13        Q.   (By Mr. Srinivasan)   And PS Plus members,

14   only, correct?

15        A.   Correct.                                     10:52:23

16        Q.   And then as far as cross-platform play,

17   to the extent that Epic would like to broaden that

18   to additional platforms, you are required to get

19   Sony's permission to do so, correct?

20        A.   Via DevNet, correct.                         10:52:36

21        Q.   What does that mean, via DevNet? if you

22   can explain that, please.

23        A.   Sony has a support forum that's available

24   to anyone that is a publisher on the PlayStation

25   platform.   It's a forum they use to respond to       10:52:51
```

Page 77

1      support questions.                                          10:52:54

2          Q.    Okay.   And then as far as pricing, Sony

3      requires Epic to price Fortnite, any content

4      associated with Fortnite, at a price no higher than

5      that what it's pricing at other platforms, correct?       10:53:06

6          A.    Correct.

7

8

9

10

11

12

13

14             (Exhibit 0077 was marked for

15      identification by the court reporter and is             10:53:32

16      attached hereto.)

17             MR. SRINIVASAN:   And while you take a

18      look at that, for the record Exhibit 77 is an

19      assignment and assumption agreement dated

20      June 28th, 2018.   It is -- has the first page as        10:54:06

21      the Bates number ending in 632 and goes all the way

22      to the page with Bates number ending in 662.

23          Q.   (By Mr. Srinivasan)   Mr. Kreiner, do you

24      recognize this agreement?

25          A.   I recognize the agreement that's attached       10:54:34

Page 78

1    to Exhibit A.                                           10:54:36

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21        Q.   (By Mr. Srinivasan)  Okay.  As you noted,

22    Mr. Kreiner, let's go to -- I guess it's the

23    Exhibit A to this agreement, which starts on page

24    number ending in 637.  And this part of the

25    agreement, which is -- well, I'll say it for the      10:56:16

1    record.   It's titled "Nintendo Switch Content                10:56:17

2    License and Distribution Agreement."

3            Do you recognize this agreement?

4        A.   Yes.

5

6

7

8

9        Q.   And do you understand this agreement as

10   the one that governs Epic's distribution of its         10:56:41

11   games on the Nintendo Switch platform?

12       A.   Yes.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 80

HIGHLY CONFIDENTIAL

1

2

3

4

5

6          Q.   Okay.   Okay.   So turning to the Exhibit A

7     agreement itself.   If we can go to Section 3.6.

8              And 3.6 is entitled "Guidelines."   And

9     I'll just quote that first sentence.   It says,

10    "Content provider will ensure that the content and          10:58:34

11    marketing material comply with all the

12    guidelines -- with all the guidelines applicable to

13    the respective items."

14             Do you see that?

15         A.   Yes.                                              10:58:51

16         Q.   And do you understand that to mean that

17    Epic is required to comply with Nintendo's

18    guidelines to -- in order to abide by the

19    agreement?

20         A.   Yes.                                              10:59:02

21         Q.   Let's scroll down to 3.9.   3.9 is

22    entitled "Currency," and it says, "Content provider

23    will ensure that the content does not permit the

24    end user to obtain currency within the content,

25    including but not limited to, for the purpose of          10:59:21

Page 81

HIGHLY CONFIDENTIAL

1   gifting, exchange, redemption, transfer, use as a          10:59:25

2   premium, or purchasing anything whether within or

3   outside of the content for the Nintendo network."

4           Do you see that?

5       A.   Yes.                                              10:59:38

6       Q.   And do you know what that provision is --

7   is meant to address?

8       A.   It essentially is making the wallet for

9   the Switch platform to be isolated from any other

10  platform.                                                  10:59:57

11      Q.   I see.   So any V-Bucks bought on the

12  Nintendo platform would not be usable if the player

13  is using a different platform later?   Is that fair?

14      A.   Yeah, that's fair, but this also is a

15  little bit more broad.   And, for instance, it             11:00:13

16  mentions gifting.   And later Nintendo has given us

17  an exception to allow gifting inside of Fortnite.

18           And, additionally, we have permission

19  from them to have cross-progressions.   So anything

20  purchased on the Nintendo Switch platform inside of        11:00:38

21  a user's account would transfer if they logged in

22  from another platform.

23      Q.   Okay.   And that's -- that's about, like,

24  if they buy a dance or an outfit, if they bought it

25  on a Nintendo platform and they were playing on a          11:00:52

Page  82

| | | |
|---|---|---|
| 1 | different platform, they would have access to those | 11:00:54 |
| 2 | things; is that right? | |
| 3 | A.   Correct. | |
| 4 | Q.   But if they purchased a certain amount of | |
| 5 | V-Bucks and had a V-Bucks balance on the Nintendo | 11:01:01 |
| 6 | platform and then played on a different platform, | |
| 7 | that balance would not be accessible to them; is | |
| 8 | that right? | |
| 9 | A.   In effect, yes. | |
| 10 | Q.   Okay.   And that's still true today? | 11:01:11 |
| 11 | A.   It is. | |
| 12 | Q.   So just so I understand it, the | |
| 13 | cross-progression aspect is -- is allowed on | |
| 14 | Nintendo, but the cross-wallet is not.   Is that | |
| 15 | correct? | 11:01:24 |
| 16 | A.   That's correct. | |
| 17 | Q.   Okay.   If we can look at 3.10, just below | |
| 18 | there, and that says "Submission of the Content." | |
| 19 | Is it your understanding that this | |
| 20 | provision requires Epic to submit its content to | 11:01:38 |
| 21 | Nintendo in advance for approval? | |
| 22 | A.   Yes, in effect. | |
| 23 | | |
| 24 | | |
| 25 | | |

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13      Q.   Yeah.   So 657.   And just to be clear for

14  the record, the top of the page is "Schedule 1:

15  Nintendo Shop Sale Schedule to Nintendo Switch          11:04:22

16  Content License and Distribution Agreement."

17           So specifically, Mr. Kreiner, it's that

18  first section there, 1.1 "Nintendo as Commission

19  Agent."

20      A.   Uh-huh.                                        11:04:37

21      Q.   And is it your understanding that this

22  provision appoints Nintendo as Epic sales

23  commission agent to perform the sale and

24  distribution of Epic's products to end users in the

25  Nintendo shop?                                          11:04:51

HIGHLY CONFIDENTIAL

1        A.    So rather lengthy paragraph, but that        11:04:53

2   appears to be correct.

3        Q.    And so the idea here, then, is that Epic

4   sells its products on the Nintendo platform solely

5   through this means described in 1.1, correct?        11:05:06

6        A.    Correct.

7        Q.    If we then can go to Exhibit B to this

8   document which is on the page -- it's the very last

9   page of the document, actually, 662.

10       And right about a quarter of the way        11:05:29

11   down, there's a heading that says, "Exhibit B to

12   Schedule 1:   Commission."

13       And I'll just read it.   It says,

14   "30 percent of the amount Nintendo entity actually

15   received for each sale from end users, net of any        11:05:41

16   transaction taxes."

17       And is it your understanding that

18   Nintendo requires Epic to pay a commission of

19   30 percent of the amount received from each sale

20   from end users to Nintendo?        11:05:56

21       A.    That's correct.

22

23

24

25

Page 86

HIGHLY CONFIDENTIAL

1

2

3

4

5

6          Q.    Okay.   Great.   And unlike Sony, you guys

7     kept it simple with Nintendo.   So this is the only

8     Nintendo document.

9              Just so I understand it, Nintendo

10    requires Epic to pay 30 percent commission on sales          11:06:39

11    of its products, correct?

12         A.    Correct.

13         Q.    And Nintendo requires Epic to follow its

14    guidelines and that its following its guidelines is

15    a requirement for Epic to continue to distribute on          11:06:55

16    Nintendo's platform, correct?

17         A.    That's correct.

18         Q.    And that Nintendo also requires Epic to

19    go through Nintendo to -- to process the payment,

20    correct?                                                     11:07:08

21         A.    Correct.

22

23

24

25

Page 87

HIGHLY CONFIDENTIAL

1

2

3

4          (Exhibit 0078 was marked for

5     identification by the court reporter and is          11:07:43

6     attached hereto.)

7

8

9

10        Q.    (By Mr. Srinivasan)  So Exhibit 78 is up,    11:08:20

11    Mr. Kreiner, if you want to take a look at that.

12        A.    Okay.

13        Q.    Exhibit 78, for the record, is a document

14    entitled "Independent Developers Publishing Program

15    on Xbox One Title Licensing Agreement."              11:08:35

16             And it looks to be dated in May of 2017

17    between Microsoft and Epic Games, and it starts

18    with page -- Bates number ending in 372 and goes to

19    page with the Bates number ending in 383.

20             And, Mr. Kreiner, do you recognize this      11:09:00

21    document?

22        A.    Yes.

23        Q.    Okay.  How would you describe -- what is

24    this document?

25        A.    This is the distribution agreement for      11:09:09

HIGHLY CONFIDENTIAL

1    launching a product on the Microsoft Xbox.            11:09:11

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1          Q.   Okay.  And, as far as this agreement, is          11:11:29

2     it still in force?  By "this," I mean the

3     Exhibit 78 we're looking at here.

4          A.   Yes, that's my understanding.

5          Q.   Okay.  And is Epic distributing other          11:11:41

6     titles on Xbox One right now?

7          A.   I don't believe so.

8          Q.   Okay.  Okay.  So if we can go to

9     Section 2 of this agreement.  It's titled "Game

10    Approval, Certification and Release."          11:11:59

11          And do you understand that Section 2

12    generally requires Epic to go through an approval

13    process for Microsoft before the game can be

14    distributed on the Xbox platform?

15          A.   Yes, that's correct.          11:12:15

16          Q.   And it looks like Epic must actually

17    receive a certification before it can distribute on

18    the Xbox platform?

19          A.   That's correct.

20

21

22

23

24

25



Page 92

HIGHLY CONFIDENTIAL



1   Redacted

2

3

4

5

6

7        Q.    Okay.   And then if you scroll down a bit

8   more to that 2.6 there, it says "Publisher Guide."

9   And it says that "Microsoft has developed a guide

10  containing ID@Xbox programwide requirements and        11:14:44

11  information."   And then it goes on to describe what

12  those details are.   And the last sentence says,

13  "Each game must comply with the Publisher Guide."

14            And is it your understanding that -- that

15  the Epic product has to comply with Microsoft         11:15:00

16  Publisher Guide?

17       A.    Yes, that's my understanding, noting that

18  the Publisher Guide changes and is a living

19  document.

20       Q.    And you're required to comply with the      11:15:11

21  guide as it changes, correct?

22       A.    Correct.

23

24

25

Page  93

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.    Okay.   If you can look at 5.1 the "Sale

24     of In-Game Content," it says very simply, "You may

25     sell in-game content and you must use Microsoft's

Page 94

HIGHLY CONFIDENTIAL

1    commerce engine.  All purchases made through your

2    game are subject to the terms of this TLA and the

3    Xbox Games Store policies."

4           Do you see that?

5       A.   Yes.                                          11:17:07

6       Q.   By that do you understand that Microsoft

7    requires Epic to use Microsoft's mechanism to sell

8    its -- any aspect of its content on the Xbox

9    platform?

10      A.   That's correct.                               11:17:18

11      Q.   And then lastly, if we scroll down to

12   Section 8.1.  And 8.1 is broadly titled "Royalty

13   Fee," and there's -- there's, you know, some

14   language in there.

15           But is the upshot of this that Microsoft     11:17:40

16   requires Epic to pay a 30 percent royalty -- or

17   30 percent commission for distributing its products

18   on the Xbox?

19      A.   It's safe to summarize all of this as

20   that, yes.                                            11:17:53

21

22

23

24

25

Page  95

HIGHLY CONFIDENTIAL

```
 1              (Exhibit 0079 was marked for              11:18:05
 2      identification by the court reporter and is
 3      attached hereto.)
 4              MR. SRINIVASAN:  Okay.  Sorry.  It's
 5      loading a little slower.                          11:18:29
 6          Q.   (By Mr. Srinivasan)  Exhibit 79 is a
 7      document entitled "Independent Developers
 8      Publishing Program on Xbox One, Title Licensing
 9      Agreement, Amendment 1."
10              And, sir, do you recognize this document?  11:18:43
11          A.   Yes.
12
13
14
15
16
17
18
19
20
21
22          Q.   Okay.  And, again, just so I understand,
23      then, in terms of Epic's distribution of Fortnite
24      on the Xbox platform, Microsoft requires Epic to
25      undergo an approval process, correct?             11:19:33
```

Page 96

HIGHLY CONFIDENTIAL

1        A.    Yes.                                              11:19:36

2

3

4

5

6

7

8

9

10

11

12

13        Q.    Okay.  And that Microsoft reserves the

14   right to disable or remove any game or other

15   content of Epic's if Epic breaches the TLA or        11:20:23

16   otherwise deviates from the guidelines, correct?

17        A.    And doesn't cure it, yes.

18        Q.    Okay.  And that to sell in-game content,

19   Microsoft requires Epic to use Microsoft's commerce

20   engine, correct?                                     11:20:42

21        A.    That's correct.

22        Q.    And I think I may have asked this at the

23   beginning -- and I apologize, but just in case --

24   that Microsoft requires Epic to pay a 30 percent

25   royalty or commission on all sales regarding its     11:20:50

Page 97

HIGHLY CONFIDENTIAL

1    games, right?                                          11:20:53

2         A.   The legal language is a little bit more

3    complicated; but, yes, in fact, it is a 30 percent

4    royalty.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7          (Exhibit 0081 was marked for

 8    identification by the court reporter and is

 9    attached hereto.)

10       Q.   (By Mr. Srinivasan)  Okay.  81 is there.        11:23:27

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  99

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19        Q.   Yeah.   So you mentioned -- before we get

20   to GeForce Now, I'm just going to ask about one          11:33:22

21   other service, which is Microsoft's xCloud.   Do

22   you know if -- if Fortnite is available through

23   that service?

24        A.   It is not.

25        Q.   Okay.   And was that a decision -- a          11:33:32

Page 106

HIGHLY CONFIDENTIAL

1   deliberate decision made by Epic not to offer it on       11:33:34

2   that service?

3          A.    Yes.

4          Q.    And what was the basis for that decision?

5          A.    We viewed Microsoft's efforts with          11:33:44

6   xCloud to be competitive with our PC offerings.

7

8

9

10

11

12

13

14

15          Q.    And can you -- can you explain what you      11:34:16

16   mean when you say that the Microsoft xCloud

17   service competes with Epic's PC offering?

18          A.    Yeah.   So the way xCloud works is, when

19   you submit the Xbox version of a game to Microsoft,

20   if -- if you allow Microsoft to include your game      11:34:35

21   in the service, any -- any PC player would be able

22   to also play the game and only transact inside of

23   the Microsoft ecosystem.

24          So using Microsoft's commerce engine in

25   the game would be offering Fortnite playable on PC      11:34:55

Page 107

HIGHLY CONFIDENTIAL

1   but with Microsoft's in-game payment system.          11:34:58

2        Q.   I see.  So if they were playing on the

3   Microsoft -- if a user was playing on the Microsoft

4   xCloud service and to the extent that they made

5   any purchases, the -- Epic would have to pay a          11:35:08

6   30 percent commission on those to Microsoft?

7        A.   Yeah.  Well, Microsoft would withhold

8   that 30 percent, yes.

9        Q.   Understood.  Whereas if it was, of

10  course, played directly on the Epic Games via PC,        11:35:22

11  you're not paying a commission to anybody, right?

12       A.   Correct.

13       Q.   Okay.  Now, you mentioned GeForce Now.

14  Can you describe what GeForce Now is?

15       A.   Yes.  It -- it operates as a cloud gaming    11:35:35

16  PC rental service.  So a player subscribes to

17  GeForce Now.  They get access to a high-end gaming

18  PC that exists in -- in a cloud environment, and

19  then can log into their existing digital

20  storefronts like -- like Steam or the Epic Games        11:35:59

21  Store.

22

23

24

25

HIGHLY CONFIDENTIAL

1

2

3

4          Q.    And what GeForce Now -- by the way, do

5    you know who -- what company distributes GeForce          11:36:31

6    Now?

7          A.    It's Nvidia.

8          Q.    So Nvidia -- essentially, you would --

9    you would log in with your low-performance machine;

10   but, through the cloud, you would essentially be --       11:36:43

11   you would have access to a high-performance machine

12   to play your games.   Is that the idea?

13         A.    Yes.   That's my understanding.

14         Q.    Okay.   And I think you mentioned that

15   Fortnite is available on GeForce Now.   Is that --        11:36:56

16   did I get that right?

17         A.    That's correct in that a user using that

18   service has access to their library of games on

19   multiple storefronts.

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

1

2      Q.   Okay.  And did -- did you partner with

3  somebody to do the actual physical distribution?

4      A.   Yes.  We partnered with multiple

5  companies to do physical distribution.                    11:43:02

6      Q.   And what were the names of those

7  companies?

8      A.   It would have been Gearbox for physical

9  Fortnite, and Warner Bros. for the more recent

10 physical offerings that are code in a box.                11:43:15

11     Q.   Got it.  And we'll break those apart.  So

12 Gearbox was the only company that actually

13 distributed the game on disk for you?

14     A.   That's correct.

15     Q.   Okay.  And did -- did you pay a           11:43:27

16 commission, or how else -- or did you otherwise

17 compensate Gearbox for that?

18     A.   Yes.

19     Q.   And what -- was it a commission?

20     A.   Yes.                                             11:43:39

21     Q.   And do you recall what that commission

22 amount was?

23     A.   I don't remember the precise financial

24 calculation for that.

25     Q.   Okay.  Was it more than 30 percent?  Do          11:43:49

Page 114

HIGHLY CONFIDENTIAL

1    you know?                                        11:43:53

2         A.    Not directly to Gearbox, but if you would

3    include the entirety of the way physical

4    distribution occurs, it is money that goes to the

5    retailers.   There's money that goes to distributors  11:44:06

6    such as Gearbox.   And then the first parties also

7    get a cut.   So the net effect, it would have been

8    more than 30 percent.

9

10

11

12         Can you explain the process of physical

13    distribution and what the various parties in the

14    chain are?

15         A.    Sure.   So and -- and this is minorly --   11:44:35

16    well, it's different per platform.   But, in

17    general, the way this works is, for a physical

18    disk, the first party -- or in the case of the

19    Nintendo Switch, the cartridge -- the first party

20    requires those to be created at one of their        11:44:54

21    locations.   And they typically take a fixed

22    per-disk fee that -- that is charged and collects,

23    at which then gearbox pays that fee in -- in this

24    particular case in -- on behalf of Epic and passes

25    the cost through to us.                             11:45:18

Page 115

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | And then Gearbox arranges with the -- the | 11:45:20 |
| 2 | retailers to purchase the disks at a wholesale | |
| 3 | price.  The retailers mark it up and make a profit | |
| 4 | off of that. | |
| 5 | Q.   Okay.   And is the way Epic is | 11:45:33 |
| 6 | compensated, is it related to the retail price | |
| 7 | that's ultimately set by the retailer?  Is there -- | |
| 8 | how does Epic get compensated for a physical | |
| 9 | product? | |
| 10 | A.   It would be the wholesale price minus the | 11:45:51 |
| 11 | platform fee minus the Gearbox fee. | |
| 12 | Q.   Okay.   And do you have a sense of what -- | |
| 13 | like an estimate of what the percentage would be | |
| 14 | that Epic would receive compared to what the retail | |
| 15 | price would be? | 11:46:09 |
| 16 | A.   I'd have to look to -- to the financial | |
| 17 | reporting that we received from Gearbox to -- to | |
| 18 | give you an accurate estimation of -- of the -- | |
| 19 | what the actual net percentage was.  But it's -- it | |
| 20 | would be more than 30 percent. | 11:46:26 |
| 21 | Q.   Okay.   Meaning more than 30 percent that | |
| 22 | Epic is giving to somebody else -- meaning you | |
| 23 | would be getting less than 70 percent of the retail | |
| 24 | value? | |
| 25 | A.   Correct. | 11:46:41 |

Page 116

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9        Q.    Okay.   And flipping back, then, to the

10    digital side of it, have you ever attempted to              12:04:25

11    negotiate a reduction in that 30 percent commission

12    that you are paying to the console folks?

13        A.    No.

14        Q.    So that's never been anything you've

15    engaged in at all?                                          12:04:40

16        A.    I might have, you know, joked in passing

17    to -- to a member of -- of, you know, Sony,

18    Microsoft, or Nintendo that we would like it to be

19    less, but it was never pursued at any length.

20

21

22

23

24

25
```

Page 130

HIGHLY CONFIDENTIAL

1

2      Q.   Okay.  And what is it that they do for

3  you that you feel like 30 percent is a fair number?

4      A.   In particular those three platforms, we

5  have weekly marketing meetings with them to discuss          12:05:38

6  merchandising Fortnite in the best way possible.

7           We are a significant revenue generator

8  for all three of those platforms, probably in the

9  top five, you know, revenue sources for them.  So

10  they have a vested interest in promoting Fortnite.          12:05:56

11           We receive significant store placement

12  that we do not have to pay for.  We do pay for

13  some, but we receive significant free placement.

14           The marketing teams between Epic and the

15  first parties coordinates events and social media.          12:06:14

16           So we see that as an ongoing relationship

17  that is driving value for Epic.

18

19

20

21

22

23

24

25

                                                         Page 131

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14        Q.   Have you ever succeeded in negotiating an

15   exception to any of the -- of the requirement that        12:10:08

16   you have to go through the Microsoft commerce

17   engine?

18        A.   No.

19        Q.   Have you tried to do that?

20        A.   No.                                              12:10:17

21        Q.   Okay.  Have you tried to negotiate around

22   the requirement that you have to go through

23   Microsoft to make your products available on the

24   Xbox?

25        A.   No.  But let me go back to the previous          12:10:27

Page 134

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21      Q.   So in terms of distributing on the

22   PlayStation itself, your games and Fortnite, have

23   you been able to negotiate around the requirement

24   that you have to distribute through the PSN?

25      A.   No.                                    12:13:20

Page 136

HIGHLY CONFIDENTIAL

1      Q.   And have you been able to negotiate          12:13:21

2   around the requirement that the payment is

3   processed from Sony?

4      A.   No, we've not engaged in those

5   conversations.                                        12:13:30

6      Q.   Okay.   Have you taken the position, by

7   the way, with Sony in these discussions that the

8   payment processing aspect of it is a separate

9   product?

10     A.   Can you repeat the question.                  12:13:42

11     Q.   Yeah.

12          In -- in -- in thinking about the payment

13   processing function, for instance, that was

14   dictated in the Sony agreement, have you ever taken

15   the position with Sony that it's a separate product  12:13:51

16   to which Epic -- that Epic should not be required

17   to, quote/unquote, be subject to?

18

19          THE DEPONENT:   It's not my understanding

20   that we have made.                                   12:14:02

21     Q.   (By Mr. Srinivasan)   Okay.   What about

22   for Microsoft?

23     A.   No.

24     Q.   Or for Nintendo?

25     A.   With Nintendo, there have been              12:14:10

Page 137

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | discussions about a direct Epic payment method, but | 12:14:12 |
| 2 | they're very early discussions and haven't really | |
| 3 | gone anywhere. | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Q.   Okay.  And with Nintendo did you take the | |
| 8 | position that requiring Epic to use the Nintendo | |
| 9 | payment system was tantamount to requiring Epic to | |
| 10 | take on a separate product? | 12:14:34 |
| 11 | | |
| 12 | | |
| 13 | Q.   (By Mr. Srinivasan)  Yeah.  Did you | |
| 14 | describe payment processing as a separate product | |
| 15 | that Nintendo was forcing you to buy? | 12:14:42 |
| 16 | A.   No. | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 138

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9              So I want to go to Exhibit 80, and that

10    was the one that was too small to read.  So I think        01:07:28

11    the -- there we go.  It's going -- it's going to

12    get shared on the screen.  And so hopefully you can

13    see it.  It's still pretty small.

14

15

16

17

18

19

20

21

22

23

24              And, Mr. Kreiner, have -- this relates to

25    the issue of the -- the terms of the various        01:08:37

Page 139

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | agreements that Apple -- excuse me -- that Epic | 01:08:40 |
| 2 | has.  And I know you're here just for the consoles. | |
| 3 | So my question to you, sir, is, first of all, have | |
| 4 | you seen this chart before? | |
| 5 | A.   Not at any length, no. | 01:08:56 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Q.   And right next to it there's a next | 01:09:07 |
| 11 | column right over that says "Platform Fee | |
| 12 | Percentage." | |
| 13 | Do you see that? | |
| 14 | A.   Yes. | |
| 15 | Q.   And would you agree with me that, for | 01:09:15 |
| 16 | Microsoft, Sony, and Nintendo, which are the first | |
| 17 | three listed there, their -- the percentage is | |
| 18 | 30 percent? | |
| 19 | A.   That's correct. | |
| 20 | Q.   And that's consistent with what your | 01:09:28 |
| 21 | testimony was earlier this morning, correct? | |
| 22 | A.   That's correct. | |
| 23 | Q.   Okay.  And, by the way, it goes on -- and | |
| 24 | I should scroll down because there's a few more | |
| 25 | games for -- listed also.  That first three entries | 01:09:42 |

Page 140

HIGHLY CONFIDENTIAL

1      were for Fortnite?                                                01:09:46

2          A.    Uh-huh.

3          Q.    There's then a separate entry for Rocket

4      League and "Third Party Publishing - Dauntless" and

5      Paragon and for -- you know, the 30 percent is          01:09:55

6      listed again for the console makers with respect to

7      all three of those games, correct?

8          A.    That's correct.

9          Q.    Okay.   And my question also, if you see

10     that entire list of percentages, they're all            01:10:12

11     30 percent except for Gearbox Software is

12     40 percent and Samsung Electronics Co., Ltd., is

13     ▌▌▌▌▌▌▌▌▌▌▌▌▌

14              Focusing on the 40 percent Gearbox, is

15     Gearbox the entity that you identified as the           01:10:27

16     company that used to distribute your -- that used

17     to distribute Fortnite via disk?

18         A.    That's correct.

19         Q.    And -- and Gearbox is not the company

20     that's distributing the -- I think you called it        01:10:40

21     code in a box.   They just did the disks, right?

22         A.    Correct.

23         Q.    Does this 40 percent number refresh your

24     recollection in any way as -- as to whether this

25     was the commission that you were -- that Epic was        01:10:52

Page 141

HIGHLY CONFIDENTIAL

1   paying Gearbox?                                        01:10:55

2       A.   I would assume, if this document is from

3   Epic finance, that that's the correct number.

4

5

6

7

8           MR. SRINIVASAN:   And Exhibit 81, for the

9   record, while the technical folks blow this up, is

10  from the same document we just discussed, which is    01:11:46

11  Epic Bates Number 03848271, but it is a PDF of the

12  second tab on this Excel sheet which is financials.

13      Q.   (By Mr. Srinivasan)   And in -- and,

14  Mr. Kreiner, if you can see on Exhibit 81, there --

15  first of all, it's titled "Epic Games Non-GAAP        01:12:12

16  Consolidated Financials."

17          Do you see that?

18      A.   Yes.

19      Q.   And, again, this is something we

20  received.   It's the same file that we just looked    01:12:20

21  at from Epic.   You can see -- I just want to direct

22  you to the -- the -- the part that says "Fortnite."

23          And under it, it lists the three

24  consoles -- PS4, Xbox One, Switch -- then PC, and

25  then the two mobile platforms, iOS and Android.       01:12:37



1             Do you see that?                    01:12:43

2        A.   Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 143

HIGHLY CONFIDENTIAL

1          I think we -- you testified that the          01:19:32

2     revenue numbers for Apple in terms of 2018 in terms

3     of its relative share of overall revenue coming in

4     for Fortnite was about 6 to 7 percent.

5          Would you agree with that?          01:19:48

6     A.    Yes, that's what you said, and I agreed

7     to it.

8     Q.    And would you -- would you agree that

9     that percentage seems to carry forward for 2019 as

10    well?          01:20:00

11    A.    I'm not doing the math in my head, but it

12    does appear that's the case.

13    Q.    And same for 2020?

14    A.    Yeah.

15

16

17

18

19

20

21

22

23

24

25

Page 149

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          But, on the other hand, you know, is          01:25:14

21   there any other way in which Epic has distributed

22   its products on the internet, you know, separate

23   and apart from a store like the Steam store or the

24   Epic Games Store?

25          A.    Yes.   We would sell our retail products          01:25:32

Page 153

HIGHLY CONFIDENTIAL

1   on retailer websites; so, you know, BestBuy.com,        01:25:34

2   Walmart.com, GameStop.com, Amazon.com.

3        Q.   Okay.   And so in those cases you're

4   talking about either the physical disk back when

5   you were selling physical disks or the -- the        01:25:48

6   code-in-a-box-type concept; is that right?

7        A.   You're correct.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 154

HIGHLY CONFIDENTIAL

```
 1              (Exhibit 0083 was marked for          01:38:05

 2    identification by the court reporter and is

 3    attached hereto.)

 4              MR. SRINIVASAN:   So, Mr. Kreiner, I think

 5    it's Exhibit 83 in the folder, when you get a      01:38:13

 6    chance.

 7              And while you're taking a look at that,

 8    I'll just say for the record Exhibit 83 is an email

 9    chain involving Mr. Kreiner, Danny Block, and

10    others at Epic from July of 2019, with the subject  01:38:27

11    line "Fortnite Card Economics."   And the Bates

12    number ends on the first page 567, and it carries

13    over into a second page ending in 568.

14         Q.   (By Mr. Srinivasan)   So, Mr. Kreiner, I

15    don't know if -- have you had a chance to look at   01:38:46

16    this email?

17         A.   Yes.

18

19

20

21

22

23

24

25
```

Page 164

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17      Q.   And the economics, then, are described

18   here, right, where he goes through the different

19   layers that take their various pieces of the cut.

20   And I think, if you roll it up to the top of the          01:40:00

21   email, you know, it's -- it's somewhere about --

22   looks like -- as you -- as Danny says there, looks

23   closer to 36.5 percent.

24           And -- and, again, is that sort of

25   consistent with the interrogatory response where          01:40:15

Page 165

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you talked about Epic receiving 70 to -- 60 to | 01:40:18 |
| 2 | 70 percent? | |
| 3 | A.   Yes. | |
| 4 | Q.   Okay.  Okay.  And so would you -- is it | |
| 5 | fair to say that this email reflects sort of the | 01:40:27 |
| 6 | broad economics of how the gift card/POSA card | |
| 7 | process works at Epic? | |
| 8 | A.   Yes. | |

Page 166

HIGHLY CONFIDENTIAL

1

2          Q.    Okay.   And then how do you account for

3     those bundles?   In other words, is it just the same

4     as the card that we just described, or is there a

5     different set of economics for that?                    01:43:03

6          A.    It's a different set of economics.   So in

7     this case Microsoft, Sony, and Nintendo don't

8     charge Epic for generating those codes.   Typically,

9     these bundles are done as a marketing exercise and

10    Epic's not compensated.   There have been a few       01:43:20

11    instances where we are.   So some of the early

12    console bundles that we did with Microsoft, they

13    ████████████████████████████████████████████████

14    ████████████████████████████████████████████████

15    ███████████████                                        01:43:37

16              ████████████████████████████████████

17    ████████████████████████████   █████████████

18    ████████████████████████████████████████

19    ████████████████████████████████████

20    ██████████████████████████████████                     01:43:50

21          Q.    Can you get into why that's the case?   In

22    other words, why were you getting compensated early

23    on and then aren't getting compensated anymore?

24    You know, one might think it would intuitively go

25    the other way.   Is there -- is there a reason for     01:44:07

Page 168

HIGHLY CONFIDENTIAL

1    that?                                                    01:44:10

2        A.    I think our initial discussions with

3    Microsoft and Nintendo and Sony, all of those

4    parties are just used to paying for these kind of

5    bundles.   They're coming from the more traditional     01:44:21

6    game development world where you're bundling the

7    game that someone pays up front for.   And, you

8    know, even early on in Fortnite, you were buying

9    Save the World.

10            As the game progressed, it became more         01:44:36

11   about Battle Royale.   It's a free-to-play game.   So

12   we were more interested in being distributed to new

13   users.   Someone's buying a console; they're a new

14   user in that ecosystem.   You'd rather them get

15   exposed to Fortnite immediately.                        01:44:54

16            So we just declined to pursue financial

17   gain, and the first parties were happy to oblige

18   us.

19

20

21

22

23

24

25

                                                    Page 169

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10            Do you think Epic should pay less than        01:48:28

11   30 percent to the consoles as far as the

12   commission?

13        A.   No.   I feel like they generate

14   significant user acquisition and revenue for us,

15   that they're a primary venue for us to generate     01:48:43

16   revenue, and that they earn their 30 percent.

17        Q.   And -- and so you're -- if I understand

18   it, you don't think it's -- you don't think they

19   should pay less because they are generating a big

20   volume.  Is that -- you're sort of tying it to the   01:48:57

21   amount of the volume of revenue they bring in?

22        A.   Certainly that.  But also we have a very

23   good working relationship with those platforms.

24   They do a lot of networking and marketing on Epic's

25   behalf.                                              01:49:13
```

Page 172

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11        Q.   (By Mr. Srinivasan)   Okay.   And do you

12   understand that the 30 percent commission that

13   you're paying is actually just for payment

14   processing alone?

15

16            THE DEPONENT:   No, it's not.   They do

17   quite a bit more than just process payments.

18

19

20

21

22        Q.   Okay.   I think you mentioned earlier this

23   morning, you know, the -- the additional things

24   that they do.   And I'm going to read some.   I'm

25   just -- if I got this right, I try to write --          01:52:24

Page 175

HIGHLY CONFIDENTIAL

1   write this down -- they had weekly meetings that          01:52:27

2   they were a significant revenue generator, that

3   they gave you store placement, that -- free store

4   placement in addition to what you were advertising,

5   marketing terms of -- around events and social            01:52:43

6   media.  And -- and I think that's all I got.

7           First of all, was that an accurate list

8   of what you had said earlier?

9        A.   Yes.  They do more than that.

10       Q.   Okay.  And, please, what else do they do,       01:52:56

11  in your mind, to merit the 30 percent commission?

12       A.   They have marketed Fortnite at physical

13  events, like PAX or, you know, trade shows.  They

14  take out retail ads for -- for Fortnite on

15  occasion.  Social media posts, focused blog posts        01:53:20

16  on Fortnite content.  They retweet many of Epic's

17  social media posts surrounding content in Fortnite.

18           And we also get -- have done things like

19  dash callouts inside of PlayStation.  When a user

20  logs in, they get notified Fortnite's got a new         01:53:45

21  content drop.

22

23

24

25

                                                    Page 176

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9          Q.    Okay.  And you had testified earlier that

10    all three consoles do not allow Epic to set up its

11    own payment mechanism, correct?

12

13             THE DEPONENT:  Correct.

14          Q.    (By Mr. Srinivasan)  I'm sorry.  I

15    didn't -- correct.  Yeah.                      01:54:40

16             So do you view that as being unfair in

17    any way that they won't let you process your own

18    payment -- they won't let Epic process its own

19    payment?

20          A.    No, I don't think that's unfair.   01:54:54

21

22

23

24

25          Q.    So it's -- it's typically -- would you  01:55:08
```

Page 177

1    agree that it's typically something that users      01:55:11

2    prefer, that they're able to deal with the console

3    on a global basis rather than having to enter their

4    information for every vendor?

5         A.   I don't know about preferred, but it's      01:55:22

6    the standard practice.

7         Q.   Okay.  And do you -- do you agree that it

8    makes it easier for users to handle it that way?

9         A.   Yes.

10        Q.   Okay.  What about the idea of having your     01:55:34

11   own direct distribution option on these platforms.

12   You testified earlier that the consoles won't allow

13   you, for instance, to distribute directly on them,

14   correct?

15        A.   Correct.                                     01:55:55

16        Q.   Do you -- do you view that as unfair that

17   they won't let you do that?

18        A.   No.

19

20

21

22

23

24

25

Page 178

HIGHLY CONFIDENTIAL

1    said you can't price elsewhere lower than what you          01:56:29

2    price on -- on my platform, correct?

3         A.   Yes.   They impose significant

4    restrictions on us.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19         Q.   Sure.   Do you -- you had said earlier

20    that each one of the three consoles mandates that          01:57:10

21    Epic provide, you know, basically best pricing

22    on -- on their respective consoles, correct?

23         A.   Uh-huh.   Yes.

24         Q.   And, in other words, you're not -- Epic

25    is not free to price Fortnite differently on Xbox          01:57:22

Page 179

HIGHLY CONFIDENTIAL

1   versus the PlayStation, correct?                    01:57:27

2       A.   That's correct.

3       Q.   And do you view that restriction as

4   anticompetitive?

5       A.   My personal opinion is it can be a little   01:57:36

6   anticompetitive; but given the way we operate

7   Fortnite on all seven platforms, it's a way to

8   prevent players from jumping around on platforms

9   and having a bad experience.

10      Q.   How would they -- how would they have a     01:57:59

11  bad experience -- how would a player have a bad

12  experience if a certain platform, you know, priced

13  the digital products differently?

14      A.   Well, you would see lots of arbitrage

15  between platforms.  You'd have users, you know,      01:58:14

16  buying one to use on another.  It causes a lot of

17  users logging in and logging out.  It's the --

18  while -- while they would look like they're, you

19  know, potentially saving money, it's just a bad

20  experience.  You would feel bad for somebody that   01:58:33

21  had purchased something on PlayStation and then see

22  that it's available for less money on Xbox.

23

24

25

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          (Exhibit 0084 was marked for

23     identification by the court reporter and is

24     attached hereto.)

25          THE DEPONENT:  Is that Exhibit 84?          02:09:54

Page 189

HIGHLY CONFIDENTIAL

1        Q.    (By Mr. Srinivasan)   Yeah, it'll be          02:09:55

2     Exhibit 84.

3              And so while you look at this,

4     Mr. Kreiner, Exhibit 84 is an email chain involving

5     Mr. Kreiner and others, including a Phil Rosenberg      02:10:16

6     at Sony.   It is dated February -- the top email is

7     dated February 20th, 2018.   It has the subject line

8     "Fortnite cross-play."   And it's a Bates number

9     ending in 199.

10             So, Mr. Kreiner, do you recall this email      02:10:35

11    exchange?

12        A.    Vaguely, sure.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 190

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q.   Okay.  But -- but -- is the overall gist        02:12:12

21  of this email part of your efforts to convince Sony

22  that cross-play would be beneficial to Sony?

23      A.   Absolutely.

24

25

Page 191

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6            (Exhibit 0088 was marked for

 7    identification by the court reporter and is

 8    attached hereto.)

 9         Q.   (By Mr. Srinivasan)  So, Mr. Kreiner,

10    we'll get a new document up.  While it's coming          02:42:37

11    up -- I don't know if it's up yet.  It will be

12    Exhibit 88.  But I don't know if it's populated

13    yet.  I guess it has.

14         A.   Yes, it has.

15         Q.   Okay.  Great.  Let me introduce the            02:42:52

16    exhibit, and I'll ask you some questions about it.

17            Exhibit 88 is a one-page email chain with

18    the top email being from Mr. Kreiner to Danny Block

19    sent on September 12th, 2018, with the subject line

20    "Cross-wallet."                                          02:43:08

21

22

23

24

25
```

Page 204

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          Emu Servais wrote to you with -- with a

22    summary, it looks like, of a table that, at least

23    as of September 2018, gives the state of play for

24    cross-wallet and cross-play for the various

25    platforms.                                    02:44:53

Page 205

HIGHLY CONFIDENTIAL

1          Would you agree with that?                    02:44:53

2     A.   Yes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 206

HIGHLY CONFIDENTIAL

1

2

3      Q.   And then the next one is PS4.   And as of

4   September 2018, there is no -- this reflects that

5   there's no cross-wallet and there's cross-play but          02:46:05

6   only with PCs, Macs, and mobile, correct?

7      A.   That's what this indicates, yes.

8

9

10

11

12

13

14

15

16      Q.   In this chart.   And then you have

17   Nintendo, which is no for cross-wallet but yes for

18   cross-play.

19           Is that consistent with your

20   recollection?                                               02:46:48

21      A.   Yes, that's correct.   And that's still

22   the case today.

23

24

25

                                                    Page 207

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          (Exhibit 0090 was marked for

17      identification by the court reporter and is

18      attached hereto.)

19

20

21

22

23

24

25

Page 214

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7              I want to direct your attention to the

8      bottom email.  This is from -- so the email is on

9      the second page, and it bleeds into the third page.

10     It's the one from Mr. Silva to you on March 2nd,        02:57:20

11     2018.

12              Do you see that?

13         A.   Yes.

14         Q.   He says at the beginning of that email,

15     "Joe, As discussed in person, we are willing to        02:57:27

16     move forward with adding cross-play with mobile in

17     Fortnite with the following implanted in exchange,"

18     and then he describes in details.

19              Now, is this Mr. Kreiner part of the

20     requirements with Sony that, if you wanted to add      02:57:44

21     cross-play on new platforms, you had to get their

22     permission?

23         A.   Yes.

24

25

Page 215

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6              (Exhibit 0091 was marked for

 7     identification by the court reporter and is

 8     attached hereto.)

 9         Q.   (By Mr. Srinivasan)  So, Mr. Kreiner, I

10     think we have available now Exhibit 91.  Exhibit 91      03:03:14

11     is a -- again, I think it's maybe a text exchange

12     between a Devin Winterbottom and yourself on

13     September 25th, 2018.  And it's -- it's a single

14     page, and it's Bates number ending in 676.

15              So, Mr. Kreiner, first of all, is this a      03:03:41

16     text exchange, if you recognize this format?

17         A.   I don't recognize this format; so I don't

18     know.

19         Q.   Okay.  Have you -- do you text as part of

20     your work functions ever?                              03:03:53

21         A.   On occasion.

22         Q.   Okay.  And is -- is Mr. Winterbottom

23     somebody who you work with?

24         A.   Yes.

25         Q.   Would it surprise you if you had texted      03:04:03
```

Page 220

HIGHLY CONFIDENTIAL

1   him in the September 2018 time frame?                    03:04:06

2        A.   No, it would not.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          (Exhibit 0092 was marked for

22   identification by the court reporter and is

23   attached hereto.)

24          MR. SRINIVASAN:  Okay.  So the next

25   exhibit is Exhibit 92.  And 92 is a two-page email          03:10:38

Page 225

1    chain, again mostly -- almost all the substances is          03:10:41

2    on page 1.   The top email is from Joe Kreiner to

3    Ed Zobrist and some others at Epic Games sent on

4    April 24th, 2020, with the subject line "Your POV

5    on possible payment options."   And the first page        03:11:01

6    ends with Bates number -- or ends with the Bates

7    number ending in 047.

8         Q.   (By Mr. Srinivasan)   Mr. Kreiner, do you

9    recall this email exchange?

10        A.   Yes.                                            03:11:16

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 226

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12          Did -- is this a discussion of what

13    ultimately happened on mobile, where the direct

14    payment option dropped the price of V-Bucks

15    compared to what it used -- what it was before?          03:12:53

16          A.   No.   This is proposing charging -- or

17    providing 18 percent more V-Bucks if someone used

18    Epic payment services versus a lower price.

19          Q.   Got it.   So here the price would be the

20    same, but you would get 18 percent more V-Bucks for          03:13:13

21    that same dollar value; is that right?

22          A.   Correct.

23          Q.   Okay.   And that's what was being

24    considered here.   And you respond and say, "We did

25    agree to keep identical pricing across all          03:13:26

Page 227

HIGHLY CONFIDENTIAL

```
 1    platforms with Microsoft, Sony, and Nintendo."          03:13:31

 2            And then -- but you say, "That being

 3    said, all they care about is that we are not using

 4    arbitrage to direct sales away from their

 5    platform."  And then you say, "They are entirely      03:13:41

 6    self-serving; so making mobile less attractive

 7    would likely work for them."

 8            Do you know what you meant by that?

 9        A.   Yeah.  I was giving Ed my interpretation

10    of what Sony, Microsoft, and Nintendo would --        03:13:54

11    would say to us if we decided to implement this

12    strategy.

13        Q.   And you're saying, though, initially that

14    they would be okay with something like this,

15    correct?                                              03:14:06

16        A.   That's my supposition here.  I'm not sure

17    if that actually would have been correct.

18        Q.   Well, I mean, he then -- he then says, "I

19    think the idea is for the exact same purchase price

20    a mobile player would get 18 percent more V-Bucks      03:14:18

21    if they chose our payment system versus the Apple

22    or Google payment system."  And to which you

23    respond, "Making it more advantageous to buy on

24    mobile than on console is not an option."

25            Do you see that?                              03:14:32
```

Page 228

HIGHLY CONFIDENTIAL

1        A.    Yes.                                        03:14:33

2        Q.    Is that your final sort of opinion on

3   this, that once you understood that this was -- a

4   way in which mobile pricing might give you more

5   value would not be okay with the consoles?         03:14:43

6        A.    Yes, that was my opinion.



18            MR. CLARKE:   Objection.

24        Q.    (By Mr. Srinivasan)   You had -- did you

25   ever have a discussion with any of these console      03:15:44

                                              Page 229

HIGHLY CONFIDENTIAL

1    folks about this idea, or this was just your --        03:15:46

2    your supposition?

3         A.    This was just my supposition.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21      Q.   And, now, is that 12 percent commission

22   for payment processing alone?

23      A.   No.   That is for using the Epic Games

24   payment flow.

25

Page 241

HIGHLY CONFIDENTIAL

```
 1

 2

 3

 4

 5

 6

 7

 8

 9        Q.   Well, I'm saying, you know, somebody

10   might ask you, you know, "Joe, you're charging me          03:32:28

11   12 percent on -- on every sale on your store.

12   What -- what are you charging me for?   My payment

13   processing doesn't cost 12 percent.   What are you

14   charging me for?"

15        A.   Sure.   The services we provide game            03:32:41

16   developers are CDN hosting, player support,

17   marketing of their games, and handling of refunds.

18        Q.   Anything else?

19        A.   I'm -- I mean, there's lots of technical

20   support.   We also waive on Unreal Engine royalties       03:33:02

21   if the game is using Unreal Engine, which are

22   typically 5 percent.   So there's a benefit to game

23   developers for shipping the games if they're using

24   Unreal Engine on the Epic Games Store.

25        Q.   What else do you provide for developers?        03:33:25
```

HIGHLY CONFIDENTIAL

1    Or is that a pretty compressive list?                    03:33:27

2         A.   No.   We also have a supporter/creator

3    marketing program where currently Epic pays

4    influencers a 5 percent-of-sales fee if they

5    successfully refer a paying customer into our         03:33:39

6    ecosystem to go buy a game or in-app transactions.

7            And then we also do social -- you know

8    social media for game launches, video promotions.

9    We've done featuring at physical events, such as

10   E3.   And we do sponsorships of the video games --    03:34:03

11   the video games awards as well as other events

12   where we feature games that are available on the

13   Epic Games Store.

14        Q.   So --

15        A.   So significant marketing interaction.        03:34:21

16        Q.   So the 12 percent is not limited to just

17   a payment processing fee?

18        A.   Correct.

19        Q.   And it sounds like it -- it's tied into

20   these broader ecosystem benefits that you provide     03:34:31

21   to your developers?

22        A.   That's correct.

23

24

25

Page 243

HIGHLY CONFIDENTIAL

1

2        Q.    Okay.  Is -- is the Epic Games Store

3    profitable at a 12 percent commission?

4        A.    It's not profitable today because we're

5    in growth mode and focused on acquiring users.  So          03:35:07

6    we're spending significant amounts of money

7    acquiring exclusive content and giving free games

8    away.  So those -- those investment costs are

9    significant.  I would expect, eventually, for us to

10   be able to turn a profit.                                    03:35:28

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 244

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          (Exhibit 0095 was marked for

25     identification by the court reporter and is          04:02:37

Page 252

HIGHLY CONFIDENTIAL

1    attached hereto.)                                    04:02:37

2          MR. SRINIVASAN:  This will be Exhibit 95.

3          THE DEPONENT:  Okay.

4          MR. SRINIVASAN:  Okay.  Sorry.  My

5    computer is little slower than yours.  Go ahead and   04:03:06

6    take a look at Exhibit 95, Mr. Kreiner, and I'll

7    read it into the record, and then we can talk about

8    it.

9          Exhibit 95 is a PowerPoint deck titled

10   "Epic Games Store, Review of Performance and          04:03:24

11   Strategy, October 25th, 2019."  It starts with

12   Bates number ending in 277 and goes through Bates

13   number ending in 297.

14      Q.   (By Mr. Srinivasan)  And the -- the --

15   the page that I'd like to direct your attention to,   04:03:48

16   Mr. Kreiner, it's numbered 17; it's Slide 17.  And

17   the Bates number, the control number there at the

18   bottom, ends in 293.

19      A.   Okay.

20      Q.   And the title is "5 Year P&L and User        04:04:02

21   Forecast."

22          And, you know, I -- first of all, do you

23   recall this deck in particular?

24      A.   Not in particular.  This is a -- a common

25   format that we use on a recurring basis.             04:04:17

Page 253

1        Q.    Okay.   So this is the type of deck that          04:04:20

2    you would commonly receive?

3        A.    Yeah.

Page 254

HIGHLY CONFIDENTIAL

1

2

3          So current -- let's take a look at this

4     model -- first of all, the document we're looking

5     at from October of 2019 indicates that at the                    04:06:57

6     current business model at a 12 percent commission

7     the -- the Epic Games Store was not projecting to

8     make any money five years out under either model,

9     correct?

10        A.   Yes, although that's based on a                         04:07:12

11    pessimistic model of recouping minimum guarantees.

12        Q.   Okay.  And, currently, I think you

13    testified already that the game -- that the game

14    store, as it stands today in early 2021, is still

15    not making money, correct?                                       04:07:29

16        A.   That's my understanding.

17        Q.   Okay.  And in -- and if -- and is it your

18    testimony, then, that there will be more current

19    versions of this document at Epic that would show

20    a -- a different story?                                          04:07:41

21        A.   Yes.

22

23

24

25

                                                      Page 256

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Okay.  What has changed about the | 04:07:56 |
| 2 | projections, to the extent that you know, to | |
| 3 | suggest that, you know, that the picture is not | |
| 4 | as -- is not what's portrayed here on this slide? | |
| 5 | A.   We have been more successful at | 04:08:12 |
| 6 | recovering our minimum guarantees with more recent | |
| 7 | launches.  We're much farther ahead in user | |
| 8 | acquisition than these models assumed. | |
| 9 | You know, in 2020 we had a very | |
| 10 | significant user acquisition event in giving away | 04:08:29 |
| 11 | Grand Theft Auto V, and that reset a lot of the | |
| 12 | expectations because we have many more people | |
| 13 | coming to the store purchasing games. | |

Page 257

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10            (Exhibit 0096 was marked for                    04:12:02

11    identification by the court reporter and is

12    attached hereto.)

13            MR. SRINIVASAN:  96 is a email chain of

14    several pages.  The top chain is from Scott Adams

15    at Epic Games to a number of folks, including       04:12:30

16    Mr. Kreiner.  The top email is dated May 1st, 2019.

17    The subject line is "Fraud update for the week of

18    April 14th."

19            The first page has a Bates number ending

20    in 569, and it goes through -- the final page has a  04:12:46

21    Bates number ending in 577.

22       Q.   (By Mr. Srinivasan)  Mr. Kreiner, do

23    you -- first of all, have you had a chance to look

24    at this email?

25       A.   Yes.                                         04:13:00

1        Q.    And do you recall this email chain from        04:13:07

2    when you received it?

3        A.    Yes, I do.

4

5

6

7

8

9        Q.    And what was the issue here?   Do you

10   recall?                                               04:13:37

11       A.    Yes.   In particular, this is related to

12   Ubisoft.   And what was occurring -- yeah.   What was

13   occurring was hackers had identified that, if you

14   purchased an Ubisoft game via the Epic Games Store,

15   The Division 2 and Anno 17 -- or 1800, in this        04:14:04

16   particular case, if you refunded it via our

17   automated refund system, Ubisoft was not

18   recognizing the refund.

19            So you could create a bunch of Epic

20   accounts, purchase the Ubisoft games, refund them,    04:14:23

21   and then hackers were selling the accounts in the

22   gray market as containing those games because

23   Ubisoft was not -- not removing the games from the

24   user's account in a timely fashion.

25

                                                    Page 261

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          (Exhibit 0097 was marked for

25     identification by the court reporter and is          04:17:27

Page 263

1    attached hereto.)                                04:17:27

2            MR. SRINIVASAN:  This will be

3    Exhibit 99 -- or 97.

4            THE DEPONENT:  I'm sorry.  Are you

5    skipping exhibits or --                          04:17:51

6        Q.   (By Mr. Srinivasan)  No.  I think I

7    just -- I screwed up the number.  Yes, it's 97.

8        A.   Okay.

9            Yes.  I remember this email.

10       Q.   Yeah.  Okay.                             04:18:01

11           MR. SRINIVASAN:  So just for the record,

12   Exhibit 97 is a, you know, single-page email chain.

13   The top email is from Tim Sweeney to Joe Kreiner

14   and Steve Allison dated May 11th, 2019.  Subject

15   "Apology - Epic Games Store woes."                04:18:17

16       Q.   (By Mr. Srinivasan)  And so, Mr. Kreiner,

17   you've anticipated my question.  You do recall this

18   email, correct?

19       A.   Yes.

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Q.   (By Mr. Srinivasan)   Do you recall that

24    the rate of fraud was surpassing 70 percent and

25    approaching 90 percent, first of all?                    04:19:36

Page 265

HIGHLY CONFIDENTIAL

1         A.    Specifically, I don't remember the         04:19:40

2    numbers.   But this email states it; so I would

3    imagine that's correct.

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19              (Exhibit 0098 was marked for

20      identification by the court reporter and is          04:23:10

21      attached hereto.)

22              MR. SRINIVASAN:   And Exhibit 98 is a

23      two-page email chain.   The originating email is

24      from Hector Sanchez to various people, including

25      Mr. Kreiner.   It was sent on September 9th, 2019,   04:23:42

Page 268

HIGHLY CONFIDENTIAL

1    with the subject line "Epic Key sales."                04:23:46

2         Q.   (By Mr. Srinivasan)   Mr. Kreiner, do you

3    remember this email chain?

4         A.   Not really, but it was definitely sent to

5    me.                                                     04:24:02

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 269

***Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)**

**Deposition Designation of Haseeb Malik**
**(February 12, 2021)**

**Time**

| Apple Inc.'s Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s Designations<br><br>(Blue Highlight) |
|---|---|
| 9 minutes 14 seconds | 1 minute 31 seconds |



** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
1              UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  OAKLAND DIVISION

4

5    _____
                                    )
6    IN RE APPLE iPHONE TRUST        ) Case No. 4:11-cv-06715YGR

                                    ) 4:11-cv-06714-YGR and
7    LITIGATION                      ) 4:19-cv-03074-YGR
     _____)

8

9

10

11

12    ** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

13        REMOTE VIDEOTAPED DEPOSITION OF HASEEB MALIK

14                Friday, February 12, 2021

15                      Volume I

16

17

18

19    Reported by:

      NADIA NEWHART

20    CSR No. 8714

21    Job No. 4453673

22    PAGES 1 - 198

23

24

25
                                              Page 1
```

United States District Court
Northern District of California
Case No.   4:20-cv-05640-YGR
Case Title Epic Games, Inc. v. Apple, Inc.
Exhibit No.   Depo. 3
Date Entered_____
Susan Y. Soong, Clerk
By:_____, Deputy Clerk

DEFENDANT

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2

3

4

5

6

7

8

9

10

11

12

13

14      While you were at Epic Games, what was your

15   position?                                          09:22:04

16      A   Director of mobile publishing.

17

18

19

20

21

22

23

24

25

Page  20

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1

 2          (Exhibit 506 was marked for identification

 3       and is attached hereto.)

 4  BY MR. DOREN:

 5     Q   And, Mr. Malik, the next exhibit will be        10:56:37

 6  Exhibit 506.  It's a multipage document bearing

 7  Bates numbers EPIC_00407322 through 332.  And it is

 8  a series of -- it looks like a text string between

 9  you and Mr. Payne on -- from Saturday, August 3,

10  2019.                                                  10:57:06

11          Just wait for that to come up, and please

12  take the time you need to review it.

13          MS. MOSKOWITZ:  It's not a text chain.  I

14  think this would have been a Hangouts in the

15  production format.                                     10:57:19

16          MR. DOREN:  Thank you.

17

18

19

20

21

22

23

24

25
```

Page 86

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **



```
 1

 2

 3

 4

 5

 6

 7          First of all, Mr. Malik, do you -- have you

 8     had a chance to review Exhibit 506?

 9       A   Yeah, for the -- yeah, I -- I tried to go

10     through the 11 pages as quick as I could.          11:02:48

11       Q   Yeah.   And to the extent you need more time

12     with the document along the way, you just tell me.

13          Now, do you recognize this as a Hangout

14     exchange between yourself and Mr. Payne from

15     August 2019?                                        11:03:06

16       A   Yes.

17       Q   And what is a Hangout?

18       A   It's Google's chat client.

19

20

21

22

23

24

25
```

Page 87

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15      Q      And your next entry -- entry says (as read):      11:11:46

16             "And for God's sake, why do we hate

17             Apple?"

18             And that was a question you had on August 3,

19      2019, correct?

20

21             THE WITNESS:  I -- yeah.  As you can tell by

22      my tonality in this conversation, I appear quite

23      frustrated as a new employee not being able to

24      figure out how to effectively do my job.  And so I

25      am wondering why we are struggling with the           11:12:22
```

Page 95

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1    platforms I'm supposed to work on.

2    BY MR. DOREN:

3        Q    And your perception at the time was that Epic

4    hated Apple, correct?

5        A    The language I'm using here is me trying to          11:12:32

6    figure out why the relationship is not the same as

7    what I'm used to at other companies.

8        Q    With Apple?

9        A    With -- with Apple, uh-huh.

10       Q    And what you wrote was (as read):                     11:12:44

11            "And for God's sake, why do we hate

12            Apple," correct?

13       A    That's what I wrote.

14       Q    And that was the question you had as of that

15    date, correct?                                                11:12:56

16

17

18

19

20

21

22

23

24       A    Yeah.  So look, I -- so as I mentioned, I was

25    having a pretty tough time at this period of being           11:13:09

Page 96

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1    there for a few months and not understanding why we

2    were having some of the challenges we were having

3    with mobile coming -- that I am coming from a -- a

4    pretty strong mobile background, and this felt

5    different to me for the world's largest game.        11:13:27

6        Q    And -- and what challenges did you believe

7    that the company was having with mobile after --

8    once you had been at the company for three months?

9        A    So the Android ones which were, as I

10   mentioned, numerous steps imposed by the operating   11:13:39

11   system to -- to scale the game -- so you have to

12   remember, if my -- if my job performance is -- is

13   based on growing the mobile -- mobile users but I'm

14   running into these hurdles, it's quite frustrating.

15          And then regarding Apple, by this time, I've   11:13:58

16   already encountered a number of delays and so on in

17   the review process.  And so I am trying to figure

18   out through talking to this colleague on why we're

19   having all of these delays through the review

20   process and -- and so on with Apple.                 11:14:12

21       Q    And what review process are you talking

22   about?

23       A    So sometimes it takes a long time to get a --

24   a Fortnite build -- or it took a long time to get a

25   Fortnite build through the review process at Apple    11:14:26

                                                    Page  97

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1   relative to the speed in which the same builds would

2   go through on the other platforms.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1

 2

 3

 4

 5

 6

 7      Q    And if you go down further at 8- -- or sorry,

 8    13:58:21, Mr. Payne says (as read):

 9          "I don't have the impression that

10          our relationship is regularly                    11:34:19

11          antagonistic.  Epic has been

12          on-stage in several big Apple

13          presentations in the last couple of

14          years."

15          Do you see that?                                 11:34:27

16      A    Uh-huh, yes, I see that.

17      Q    And you -- and you understand that to mean

18    that Epic had made -- created opportunities for Epic

19    to present at Apple events, correct?

20      A    From my understanding, the company had been     11:34:41

21    invited to share games in the past on -- at

22    worldwide developer conference.  So that's where I

23    was -- this is all sort of coming from, and it -- it

24    should be better than the way it is.

25
```

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20      Q    Hi, Mr. Malik.  We are preparing the next        11:58:14

21   exhibit in order, which will be Exhibit 507, which

22   is a deck entitled "Fortnite Mobile Adam Sussman

23   Onboarding - January 2020."

24          And it -- it -- the first page bears your

25   name and Brian Chu's name.  The document is Bates    11:58:39
```

Page 126

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1    numbers EPIC_00126433 through 487.

2         So once that comes up, take the time to

3    familiarize yourself with it, but to the extent I

4    have specific questions, I will direct you to the --

5    the places that I have questions about.          11:59:01

6

7

8

9

10        (Exhibit 507 was marked for identification     11:59:15

11        and is attached hereto.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 127

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2

3    Q   Mr. Malik, have you had an opportunity to

4  review Exhibit 507?

5    A   Yes.            12:02:49

6    Q   And this document is entitled "Adam Sussman

7  Onboarding - January 2020."

8       Do you recall this document?

9    A   Yes, I -- I do.

10    Q   And what is it?       12:03:02

11    A   This was a collection of slides that

12  leadership asked us to pull together to be shared

13  with Adam Sussman when he joined the company.

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2

3

4

5

6

7

8

9 (Exhibit 508 was marked for identification

10 and is attached hereto.)  12:31:27

11 BY MR. DOREN:

12 Q Mr. Malik, you were presented with

13 Exhibit 508, which is a document bearing Bates

14 numbers EPIC_00385868 through 902.

15 It begins with an email from you to 12:31:41

16 Devin Winterbottom with attachments, "Mobile

17 Business Update - March 2020," and it does indeed

18 include or is followed by a deck entitled "Mobile

19 Business Update - March 2020."

20 Can you please just take a moment to 12:32:05

21 familiarize yourself with this document.  And as

22 with the last deck, I will point you to specific

23 areas of interest.

24 A Okay.

25

Page 150

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **



1

2

3

4

5

6

7

8

9

10

11    Q    And have you had an opportunity to review

12  Exhibit 508?

13    A    Yes.   This looks like the mobile business --

14    Q    Let me ask, let me ask, let me ask.

15         And do you recognize this document?              12:33:35

16    A    Yes, I recognize this document.

17    Q    And what is it?

18    A    This is the mobile business update dated

19  March 2020.

20    Q    And what was -- why was this document          12:33:46

21  created?

22    A    As far as I recall, I believe this was to be

23  presented to (technical difficulty.)

24

25

Page 151

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1

2

3      A    I believe this presentation was put together

4   to be presented to Adam Sussman.

5      Q    And who prepared this -- this presentation?      12:34:24

6      A    All of the people on that -- on -- which was

7   the mobile team at Epic.  So you're number 5870, all

8   the people on this slide participated in putting

9   this presentation together.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

1

2

3

4

5

6

7

8

9

10

11

12          (Exhibit 510 was marked for identification

13          and is attached hereto.)

14   BY MR. DOREN:

15      Q    Mr. Malik, you have in front of you                    12:44:56

16   Exhibit 510, which is a three-page document bearing

17   Bates numbers EPIC_00428883 through 885.

18          If you could please take a moment to review

19   this email string.

20      A    Okay.                                                   12:45:51

21      Q    Mr. Malik, is this an email string from

22   September 2019 that -- in -- in which you are

23   included regarding scoping Fortnite build for Google

24   Play?

25      A    Yes.                                                    12:46:08

Page 158



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18    Q    And who was the source of that information to

19    you?

20    A    So again, like I had mentioned before,        01:52:41

21    these -- me carrying out these things was under the

22    direction of Epic leadership and the people that

23    were above me.   So Ed Zobrist, Matt Weissinger and

24    so on.

25    Q    You were just following orders?              01:53:00

Page 176

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

1        A    Just following orders.

2

3

4

5

6

7

8

9

10

11            (Exhibit 511 was marked for identification

12        and is attached hereto.)

13    BY MR. DOREN:

14        Q    Exhibit 511 is another email string.  It

15    begins on EPIC_00431657 to 659.  And the top email        01:53:30

16    on the first page of Exhibit 511 is from

17    Adam Sussman to you, dated Friday the 24th of

18    January of 2020.

19            Can you please take a moment, please, and

20    review Exhibit 511.                                        01:53:50

21        A    Okay.

22

23

24

25

Page  177

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22       Q    Okay.   Then on January 23rd, at 1:48 p.m.,

23   you send this string -- you forward this string to

24   Adam Sussman, correct?

25       A    Yes.   I was asked to catch Adam up on all            01:58:11

Page 180

** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

```
 1    things mobile, and so I started forwarding different

 2    emails.  This was one of them.

 3        Q   Okay.  And you tell him that (as read):

 4            "For background, we had submitted a

 5            build of Google Play that included          01:58:25

 6            Epic payment only," correct?

 7        A   Yes, that is what I wrote there, uh-huh.

 8        Q   And that was an accurate statement?

 9        A   Yes.

10        Q   And then you say (as read):                 01:58:38

11            "Initially, we were flagged for two

12            violations.  One was for appearing

13            to direct players to our sideload

14            experience on web and the second for

15            not including Google Play payment           01:58:45

16            services.  We submitted a second

17            build which was cleared of the 1st

18            violation but still blocked due to

19            violation of their payment policy.

20            This is where we stand now."                01:58:56

21            And that's an accurate statement as of

22    January 23rd, 2020?

23        A   Yes.  I summarize what had happened in a few

24    short paragraphs for the new executives to join.

25
```

Veritext Legal Solutions
866 299-5127

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Mark Rein**
**(February 10, 2021)**

**Time**

| Apple Inc.'s Designations<br><br>(Yellow Highlight) | Epic Games, Inc.'s Designations<br><br>(Blue Highlight) |
|:---:|:---:|
| 14 minutes 53 seconds | 19 seconds |

United States District Court
Northern District of California

Case No.  **4:20-cv-05640-YGR**
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. **Depo. 6**
Date Entered_____
　　　　　　　Susan Y. Soong, Clerk
By:_____, Deputy Clerk

251



1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    OAKLAND DIVISION

4

5    EPIC GAMES, INC.,

6        Plaintiff,

         Counter-defendant,

7

         vs.                    Case No. 4:20-cv-05640

8                               YGR

     APPLE INC.,

9

         Defendant,

10       Counterclaimant.

     _____

11

12   IN RE APPLE IPHONE          Case No. 4:11-cv-06714

     ANTITRUST LITIGATION        YGR

13   _____

14

15

16

17

18

19

20

21

22

23

24

25   (caption cont'd)

                                        Page 1

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

```
 1    DONALD R. CAMERON, et al.,
 2         Plaintiffs,
 3              vs.              Case No. 4:19-cv-03074
                                          YGR
 4    APPLE INC.,
 5         Defendant.
      _____
 6
 7
 8
 9
10
11     **HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**
12              ZOOM DEPOSITION OF MARK REIN
13     (Reported Remotely via Video & Web Videoconference)
14          Ocala, Florida Deponent's location)
15             Wednesday, February 10, 2021
16                     Volume I
17
18
19
20
      STENOGRAPHICALLY REPORTED BY:
21    REBECCA L. ROMANO, RPR, CSR, CCR
      California CSR No. 12546
22    Nevada CCR No. 827
      Oregon CSR No. 20-0466
23    Washington CCR No. 3491
24    JOB NO. 4453817
25    PAGES 1 - 161
```

                                              Page  2

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   Q.   When did you join Epic Games, sir?      09:15:46

21   A.   Around early 1992.

22

23

24

25   Q.   And you've been with the company ever      09:16:04

Page 19

1   since?                                                    09:16:06

2        A.   Yes.

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          Q.    And are the things that you are involved

24     in today still in the arena of sales and marketing

25     and sales and marketing strategy?                    09:18:55

Page 21

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1        A.    Typically, yes.                          09:18:57

2

3

4

5

6

7

8              And do you currently sit on the board of

9     directors for Epic?

10       A.    Yes.                                      09:19:21

11       Q.    And how long have you been on the board?

12       A.    Since we created the board.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                               Page  22

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6              And in the course of your

7    responsibilities or your job function, have you had

8    dealings with Apple?

9        A.    Yes.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 24

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          Q.    Well, while Fortnite was on the

23    App Store, did Apple offer marketing and

24    promotional support for it?

25          A.    Yes.                                    09:51:51

Page  48

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1   Q.   Okay.   And what sort of marketing and           09:51:51

2   promotional support did Apple provide?

3   A.   Apple would feature your app occasionally

4   when you had something important going on.

5   Q.   You mean --                                      09:52:08

6   A.   Sorry.   Apple would feature Fortnite

7   occasionally when we had something important going

8   on.

9   Q.   And what does that mean in the context of

10  an App Store to feature it?                           09:52:15

11  A.   It means they would give it a prominent

12  placement on one of the pages of the App Store.

13

14

15

16  Q.   What other sorts of promotion and

17  marketing did Apple provide for Fortnite?

18  A.   One time they put us up on stage and they

19  demonstrated Fortnite at one of their -- I can't

20  remember if it was a developer conference or a       09:52:54

21  product launch.

22

23

24

25

Page  49

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6

7      Q.   Did Apple and Epic collaborate

8   effectively on the marketing and promotional

9   efforts that you do recall?

10      A.   I think so.                                09:53:43

11      Q.   And did the marketing and promotion

12   provided by Apple benefit Epic?

13      A.   I -- I think it did.

14      Q.   How?

15      A.   Through more people being aware of the     09:54:00

16   game.

17      Q.   No matter which platform they ultimately

18   played it on?

19      A.   Well, the marketing would have been

20   targeted at iOS users.                             09:54:14

21      Q.   One of the significant elements of

22   Fortnite is cross-platform play, correct?

23      A.   Yes.

24

25

Page  50

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          (Exhibit 188 was marked for

24     identification by the court reporter and is

25     attached hereto.)                              09:56:03

Page 51

1        Q.    (By Mr. Doren)   Mr. Rein, while you                09:56:08

2    review that, I will describe for the record that

3    this Exhibit 188 is a two-page document which

4    contains an email string, and the first page of the

5    exhibit is EPIC_00010165.                                     09:56:18

6            Please take a moment and review that

7    document.

8            THE DEPONENT:   Yup.   I've reviewed it.

9        Q.    (By Mr. Doren)   Thank you very much, sir.

10            First of all, do you recognize this as an            09:57:02

11    email chain in which you participated including

12    various Epic colleagues on January -- from

13    January 17th, 2018?

14        A.    Yes.

15

16

17

18

19

20

21

22

23

24

25

                                                          Page 52

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8      Q.   In 2019 Epic hosted a virtual concert

9   with the DJ named Marshmello, correct?

10      A.   I believe it was in 2019, yes.          10:18:54

11      Q.   But you recall the event, correct?

12      A.   I recall the event.  I don't recall the

13   exact date.

14      Q.   Thank you.

15          And can you describe what the event was,   10:19:02

16   please.

17      A.   The Marshmello concert was an in-game

18   event where we had the Marshmello character doing a

19   show and to Marshmello music.

20      Q.   And for those of us that aren't quite as   10:19:20

21   hip as others, what is Marshmello?  Or who is

22   Marshmello?

23      A.   He's a famous DJ artist.

24      Q.   And did Epic consider this to be a major

25   event?                                            10:19:36

Page 65

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1      A.   Yes, I believe we did.                    10:19:38

2      Q.   And when you say it was "an in-game

3   experience," was it within Fortnite?

4      A.   It was within Fortnite.

5      Q.   And was it available on all platforms?    10:19:47

6      A.   Yes, I believe it was.

7      Q.   Meaning mobile and consoles and PCs?

8      A.   Yes, whatever -- within Fortnite.

9   Wherever you played it.

10     Q.   Was it available on the web-based         10:20:07

11  versions of Fortnite?

12     A.   What web-based versions of Fortnite?

13     Q.   Those available, for example, through

14  GeForce?

15     A.   It should have been, yes.                 10:20:22

16     Q.   Thank you.

17          And did viewers purchase tickets to

18  attend that event?

19     A.   No.

20     Q.   It was free?                              10:20:30

21     A.   It was a free event.

22     Q.   And did Apple offer marketing support for

23  the Marshmello event?

24     A.   I believe they did.

25     Q.   And do you recall what it was?            10:20:47

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1      A.   I believe they did some sort of featuring                10:20:52

2    on the store.

3      Q.   And when you say featuring on the store,

4    what do you mean?

5      A.   I think they wrote a story about it or                   10:21:01

6    placed a Fortnite imagery in -- in -- in a featured

7    location on App Store.

8      Q.   And do you recall any other marketing or

9    promotion that Apple did with Epic around the

10   event?                                                          10:21:19

11     A.   Apple Music did some advertising, some

12   outdoor advertising, I believe.

13     Q.   Do you recall?

14     A.   And featured -- and featured music from

15   the event in Apple Music.                                       10:21:32

16     Q.   And did you consider that to be a benefit

17   to Epic's profile?

18

19

20          THE DEPONENT:   I -- it helped get more                  10:21:49

21   people to listen to the music that was from the

22   Fortnite Marshmello concert, perhaps.

23     Q.   (By Mr. Doren)  And do you consider that

24   to be a good thing?

25     A.   If you like that kind of music, it's a                   10:22:02

Page 67

Veritext Legal Solutions
866 299-5127

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1    good thing, yes.                                    10:22:04

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12          Exhibit 190 is a multipage email string,

13     the first page of which begins with an email from

14     Edward Zobrist to you and others sent on

15     January 30th, 2019.  The document bears numbers          10:44:09

16     EPIC_00193236 through 40.

17

18

19

20

21

22          Q.   Mr. Rein, have you had an opportunity to

23     review Exhibit 190?

24          A.   Yes.

25          Q.   And do you recognize it as an email chain          10:47:57

Page 69

1    among various Epic employees, including yourself,        10:48:01

2    from January of 2019?

3         A.    Yes.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  70

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10          You then go on and state:  "With                11:02:07

11   controller support and if Apple gets behind

12   promoting that, we could see huge growth on iOS."

13          Do you see that?

14       A.    Yes.   I wrote that.

15       Q.    What did you mean by that statement?           11:02:18

16       A.    I think I mean what it said.   With

17   control and support and if Apple gets behind

18   promoting, we could see huge growth on iOS.

19

20

21

22

23

24

25

Page  82

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2          And you mentioned that -- and why is it a

3     good thing to have Apple advertise your product?

4          A.   Any -- almost any advertising for your

5     product is a good thing.                          11:08:18

6          Q.   And Apple is a -- a well-known brand?

7          A.   Yes.

8          Q.   And a highly regarded brand?

9          A.   Yes.

10         Q.   And being affiliated with Apple is       11:08:28

11    beneficial to Epic?

12         A.   I believe it's beneficial to Fortnite

13    when they are marketing Fortnite.

14

15

16

17

18

19

20

21

22

23

24

25

Page 87

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          MR. DOREN:  Sarah, let's, please, look at          11:26:55

Veritext Legal Solutions
866 299-5127

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | Tab 34, which is a document previously marked as | 11:26:56 |
| 2 | Exhibit 35. | |
| 3 | THE DEPONENT:  I'm looking at it. | |
| 4 | Q.  (By Mr. Doren)  Great. | |
| 5 | And, Mr. Rein, we will be talking about | 11:27:35 |
| 6 | the last paragraph in your email on page 1, and I'm | |
| 7 | going to be asking you some questions about the | |
| 8 | deck attached that relates to Project Storm.  But | |
| 9 | look at as much as the document as you need to and | |
| 10 | if in the course of our discussion you feel to need | 11:27:56 |
| 11 | to look at it further, you may do so. | |
| 12 | A.  I looked through it. | |
| 13 | Q.  Thank you. | |
| 14 | Mr. Rein, Exhibit 35 begins with an email | |
| 15 | from you to Daniel Vogel with copies to various | 11:32:09 |
| 16 | Epic Games personnel.  There's then a string of | |
| 17 | emails, and the document ends with what appears to | |
| 18 | be a deck entitled "Project Storm" dated | |
| 19 | March 2019, and the document bears Bates numbers | |
| 20 | EPIC_89876 through 889. | 11:32:27 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 101

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

```
 1

 2

 3

 4

 5

 6      Q.   (By Mr. Doren)   The first page of the

 7   exhibit begins with an April 15th, 2019, email from

 8   Mr. Rein.

 9           Mr. Rein, you've had an opportunity to

10   review Exhibit 35?                              11:33:06

11      A.   Yes.

12

13

14      Q.   Do you remember the deck related to

15   Project Storm that is part of Exhibit 35?       11:33:16

16      A.   I remember meeting with Walmart and them

17   giving the deck, and this looks like it.

18      Q.   And what was Project Storm?

19      A.   It was a -- Walmart's proposed cloud

20   gaming service.                                 11:33:36

21

22

23

24

25
```

Page 102

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3      Q.   We've discussed earlier GeForce as -- as

4   a web -- as a source for a web-accessible version

5   of Fortnite, correct?                          11:34:16

6      A.   GeForce is a cloud streaming service that

7   has Fortnite on it.

8      Q.   And --

9      A.   Or does now.  Sorry.

10      Q.   Thank you.                             11:34:27

11         And we have in front of us documents

12   discussing an initiative at Walmart called Project

13   Storm back in April 2019, correct?

14      A.   Yes.

15

16

17

18

19

20

21

22

23

24

25

Page 103

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**



1

2

3

4

5

6

7

8

9        Q.    Is that a trend in gaming, the

10    cloud-based streaming?                            11:35:47

11        A.    I don't know if I'd say it's a trend.

12    There are companies attempting to do it.

13        Q.    Do you consider that to be the future of

14    gaming?

15        A.    Not really.                              11:36:02

16

17

18

19

20

21

22

23

24

25

Page 104

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2      Q.   Are you in negotiations with Amazon on

3   its cloud-based service?

4      A.   We're talking to them about it.

5      Q.   What is the status -- what's the status        11:36:45

6   of those negotiations?

7      A.   We're still in discussions.

8      Q.   Has Epic provided a version of Fortnite

9   to Amazon for testing?

10      A.   Well, Amazon's cloud service runs -- can       11:37:00

11   run anything that's on the Epic Games Store, so

12   they don't -- we don't need to provide it to them.

13   They're able to do it.  But we have been working

14   with them.

15

16

17

18

19

20

21

22

23

24

25

Page 105

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4        Q.   (By Mr. Doren)   Looking, please, at the

5    first page of Exhibit 35.   And in the third                    11:38:59

6    paragraph, you state:   "I played Walmart's demo on

7    an Android phone with an Xbox controller."

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.   (By Mr. Doren)   It was -- it was what

24    they had to offer as -- as of April 15 as their

25    streaming service for you to try out; is that fair?        11:40:04

Page 107

1      A.    What I played in our office that date.          11:40:07

2      Q.    And you played Walmart's demo on an

3   Android phone with an Xbox controller, and the

4   experience felt like playing on PS4 and superior to

5   playing on Android or iOS.                              11:40:22

6           Do you recall that experience?

7      A.    Vaguely.

8      Q.    And do you recall believing that it felt

9   like playing on PS4?

10     A.    That's what I said in this email.              11:40:35

11     Q.    And what about the experience made

12  playing on the Android phone with an Xbox

13  controller feel like playing on a PlayStation 4?

14     A.    I just remember it felt very solid, and

15  it was the -- the graphics were very high           11:40:52

16  resolution and all the -- the details were PC-like

17  and felt like being on a more powerful platform

18  than a mobile platform.

19     Q.    And then you go on to say it felt

20  superior to playing on Android or iOS.              11:41:06

21          And what did you mean by that?

22     A.    I -- I just answered that.

23     Q.    Okay.   It felt like you were playing on

24  something more powerful than a mobile platform?

25     A.    It felt like I was playing on a PC or      11:41:19

1    PlayStation 4.                                    11:41:22
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 109

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

1

2

3

4        Q.   Do you know what factors went into

5   setting the 12 percent commission level?          11:42:45

6        A.   Yes.

7        Q.   What do you know about that?

8        A.   The -- the cost of operating the service

9   went into -- was one of the factors in deciding

10   what was a fair amount to charge.          11:43:05

11        Q.   And when you say cost of operating the

12   service, what service are you referring to?

13        A.   The service of -- that we provide to --

14   to games that are sold in the Epic Games Store.

15        Q.   You mean the payment processing service          11:43:22

16   or do you mean something more than that?

17        A.   I'm -- payment processing would be one of

18   the costs.

19        Q.   What other costs went into it?

20        A.   Some of the others could be the -- the          11:43:36

21   actual distribution cost, the internet bandwidth

22   cost, the -- you know, the -- the cost of

23   maintaining it.

24        Q.   Maintaining the store?

25        A.   Yes.          11:43:54

Veritext Legal Solutions
866 299-5127

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          (Exhibit 198 was marked for

23    identification by the court reporter and is

24    attached hereto.)

25        Q    (By Mr. Doren) Mr. Rein, you are          12:23:32

Page 129

**HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | presented with Exhibit 198, which is a three-page | 12:23:35 |
| 2 | document which contains an email chain.  The first | |
| 3 | email on the document at the top of the first page | |
| 4 | is dated March 14th, 2018 from Canon Pence to | |
| 5 | Daniel Vogel, with cc's to others, including | 12:23:59 |
| 6 | yourself.  The document bears Bates | |
| 7 | No. EPIC_01919888, et cetera. | |
| 8 | Please take a moment and review this | |
| 9 | document. | |
| 10 | A.   Okay.  I reviewed it. | 12:24:57 |
| 11 | Q.   Mr. Rein, you had an opportunity to | |
| 12 | review Exhibit 198? | |
| 13 | A.   Yes. | |
| 14 | Q.   And is this an email string that you | |
| 15 | received on March 14th, 2018 from Mr. Pence? | 12:25:05 |
| 16 | A.   It appears to be, yes. | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 130