PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff, Counter-defendant,<br>　　　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF REDACTED VERSION OF ITS FOUR-HOUR DEPOSITION DESIGNATIONS**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial: May 3, 2021 |

EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF REDACTED VERSION OF ITS FOUR-
HOUR DEPOSITION DESIGNATIONS
Case No. 4:20-cv-05640-YGR-TSH

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 79-5(f)(3), Epic Games, Inc. hereby submits for the public record a revised redacted version of its Four-Hour Deposition Designations, in accordance with Trial Order No. 2 (ECF No. 609). This submission replaces the filings originally made at ECF Nos. 491 and 492.

Dated: May 14, 2021        CRAVATH, SWAINE & MOORE LLP

  Christine Varney
  Katherine B. Forrest
  Gary A. Bornstein
  Yonatan Even
  Lauren A. Moskowitz
  M. Brent Byars

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle

Respectfully submitted,

By: *M. Brent Byars*
    M. Brent Byars
    *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF REDACTED VERSION OF ITS FOUR-HOUR DEPOSITION DESIGNATIONS
Case No. 4:20-cv-05640-YGR-TSH