PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant, v. | **EPIC GAMES, INC.'S FOUR-HOUR DEPOSITION DESIGNATION** |
| APPLE INC., | |
| Defendant, Counterclaimant. | Judge: Hon. Yvonne Gonzalez Rogers |

EPIC GAMES, INC.'S FOUR-HOUR
DEPOSITION DESIGNATION
4:20-cv-05640-YGR-TSH

1          Epic Games, Inc. respectfully submits the four-hour deposition designations

2    attached herein.

3

4
     Dated: April 27, 2021                    CRAVATH, SWAINE & MOORE LLP
5
                                              Christine Varney
6                                             Katherine B. Forrest
                                              Gary A. Bornstein
7                                             Yonatan Even
                                              Lauren A. Moskowitz
8                                             M. Brent Byars

9
                                              Respectfully submitted,
10
                                              By:   */s/ Katherine B. Forrest*
11                                                    Katherine B. Forrest

12                                                 *Attorneys for Plaintiff and Counter-defendant*
                                                   *Epic Games, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Epic Games., Inc.'s Four-Hour Deposition Designation

Table of Contents

1.   Ong, Adrian ................................................................................................. 3
2.   Shoemaker, Phillip B. .................................................................................. 24
3.   Cue, Eddy ................................................................................................... 48
4.   Forstall, Scott.............................................................................................. 65
5.   Haun, CK .................................................................................................... 88
6.   Friedman, Eric ............................................................................................ 97
7.   Okamoto, Ron............................................................................................ 114
8.   Transcription Errors .................................................................................. 121



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v. Apple Inc.*
**Ex. Depo. 01**
Date Entered _____
By __ _____

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

### Deposition Designation of Adrian Ong
### (February 24, 2021)

### Time

| Epic Games, Inc.'s Designations (Blue Highlight) | Apple Inc.'s Designations (Yellow Highlight) |
|---|---|
| 1 hour 2 minutes 19 seconds | 1 minute 17 seconds |

**Ong, Adrian (Vol. 01) - February 24, 2021**                    1 CLIP  (RUNNING 01:03:32.737)

79 SEGMENTS  (RUNNING 01:03:32.737)

**1.  PAGE 9:10 TO 9:12  (RUNNING 00:00:04.121)**

```
10        Q.    Can you please state your full name for
11   the record?
12        A.    Yes.  Adrian Ong.
```

**2.  PAGE 9:15 TO 9:18  (RUNNING 00:00:05.141)**

```
15        Q.    Are you currently employed?
16        A.    I am.
17        Q.    By whom?
18        A.    Match Group.
```

**3.  PAGE 9:22 TO 10:12  (RUNNING 00:00:49.908)**

```
22        Q.    What position do you hold at Match
23   Group?
24        A.    I am the senior vice president of
25   operations for Match Group.
00010:01        Q.    What are your responsibilities as senior
02   vice president of operations at Match Group?
03        A.    So I provide oversight to our portfolio
04   brands on various operational areas, whether or not
05   it's payments, customer service, fraud or various
06   initiatives that they're working on.
07               I'm also in charge of negotiating a
08   lot of our partnerships across the brands.
09   Especially those which are common across multiple
10   brands or across some of our largest brands, and
11   that has included in the past, you know, our Apple
12   and Google relationship.
```

**4.  PAGE 12:09 TO 13:25  (RUNNING 00:02:36.396)**

```
09        Q.    Just stepping back, what is Match Group?
10        A.    Match Group is a portfolio company that
11   owns, you know, most of the largest dating brands,
12   online dating brands.
13        Q.    What were some examples of Match Group's
14   current products?
15        A.    Tinder, Hinge, match.com, OkCupid.
16        Q.    Again, what types of products are those;
17   what do they do?
18        A.    They're introducing singles to each
19   other.  So, essentially, an online dating platform.
20        Q.    How can consumers access those products?
21        A.    They can access them through apps.  So
22   iOS app, Android app, and then through the web.  So
23   mobile web or the desktop.
24        Q.    Are any of Match Group's dating service
25   products available on gaming consoles, such as the
00013:01   Nintendo Switch, the Xbox or the PlayStation?
02        A.    Not that I'm aware of.
03        Q.    Okay.  Why is that?
04        A.    It's -- I just don't see it being a good
05   fit.  Number one, it's about audience.  You know,
06   I'm sure there's lots of singles who are gamers,
07   but -- you know, I would -- I wouldn't say every --
08   you know, there's a large -- I wouldn't say all
```

4

```
09  single folks are gamers.
10              And so -- and we just find that, you
11  know, majority of the audience and distribution is
12  on the mobile device.  And so, you know, most people
13  have their mobile devices with them all the time,
14  which means they're able to find matches anytime
15  they want.  You've got push notifications.  And so
16  they're receiving alerts and messages that, you
17  know, they've got new matches or they've received
18  new messages from people.
19              Also, our apps are designed to be
20  location-based.  And so they're not really -- it's
21  not really convenient to carry your gaming console
22  around with you.  And so while people are on the
23  move, whether or not it's traveling from home to
24  work or wherever they are, they're able to find new
25  singles in their area.
```

**5.  PAGE 17:03 TO 17:15  (RUNNING 00:00:43.317)**

```
03      Q.     Well, just in general, how does Match
04  Group make money from its products?
05      A.     Gotcha.  Gotcha.
06             Yeah.  We sell subscriptions, and
07  what we call our consumables or our products.
08      Q.     Do you also offer in-app purchases?
09      A.     Yes.
10      Q.     Can you describe for me first, what are
11  subscriptions?
12      A.     Yes.  Subscriptions are essentially
13  renewable, paid memberships that allow you to access
14  additional premium features, and they can be
15  single-month or multi-month in length.
```

**6.  PAGE 17:22 TO 18:25  (RUNNING 00:01:34.618)**

```
22  more details, but just in general, what are in-app
23  purchases from a Match Group perspective?
24      A.     In-app purchases can be either
25  subscriptions or consumables that are purchased via
00018:01  the -- within the app.
02      Q.     So what are some examples of Match
03  Group's, what you're calling consumables, in-app
04  purchases?
05      A.     Things such as a Super Like that you can
06  purchase on Tinder.  Or a Boost.  You know,
07  essentially, a Boost will expose you to and give you
08  more exposure to additional people for a fixed
09  period of time.
10      Q.     What is a Super Like?
11      A.     Super Like is essentially letting
12  someone else know that you're interested in them,
13  but it's -- it provides more emphasis on it so that
14  you can be differentiated.
15      Q.     If a Tinder user would like to purchase
16  a Super Like or a Boost, like, how does that work in
17  the app?
18      A.     Essentially, they can -- when they --
19  they can go into the app, decide that they want to
20  boost themselves for a period of time, click on the
21  button, you know, essentially, they will be
22  presented with the option for the Boost.
23             You can purchase, the in-app window
24  will pop up, and then touch your thumbprint, touch
25  ID, and you can go through with it.
```

**7. PAGE 20:15 TO 20:22 (RUNNING 00:00:21.737)**

```
15        Q.     In your role as senior vice president of
16  operations, are you familiar with Match Group's data
17  analytics work?
18        A.     Yes.  I'm -- I receive reports from them
19  on a regular basis.
20        Q.     Do you use those reports in making
21  decisions in your job?
22        A.     I do.
```

**8. PAGE 21:23 TO 21:25 (RUNNING 00:00:07.238)**

```
23               Do you have in front of you the
24  exhibit that we've marked as Exhibit PX-863?
25        A.     Yes.
```

**9. PAGE 22:10 TO 23:05 (RUNNING 00:01:14.411)**

```
10        Q.     Do you recognize the entirety of Exhibit
11  PX-863?
12        A.     Yes.
13        Q.     What is it?
14        A.     It's Tinder US.  It's Tinder US data on
15  downloads and revenue and unique users.
16        Q.     Does Match Group collect data of this
17  type during the ordinary course of its business?
18        A.     Yes.
19        Q.     Does Match Group compile data of this
20  type during the ordinary course of its business?
21        A.     Yes.
22        Q.     Do you use information of this type in
23  the ordinary course of conducting your business for
24  Match Group?
25        A.     I do.
00023:01        Q.     Does the information in this sheet, to
02  the best of your understanding, accurately reflect
03  Tinder's data as it is collected in the ordinary
04  course of business?
05        A.     Yes.
```

**10. PAGE 23:09 TO 23:17 (RUNNING 00:00:41.315)**

```
09               How can users access Tinder today?
10        A.     Through the iOS app, through the Android
11  app, and also through web, so mobile web and desktop
12  web.
13        Q.     When Tinder was initially launched in
14  2012, could users access it through the web?
15        A.     No.
16        Q.     When was Tinder launched on the web?
17        A.     Roughly 2017.
```

**11. PAGE 24:17 TO 25:05 (RUNNING 00:00:46.769)**

```
17        Q.     So what, if anything, did Match do to
18  attempt to grow Tinder through the web once it was
19  launched in 2017?
20        A.     There was PR.  There was quite a fair
21  bit of PR around it.  There was marketing campaign
22  pushes, et cetera, so...
23        Q.     Did Match do anything with the price of
24  Tinder through the web in order to attempt to
25  attract users?
00025:01        A.     It is cheaper than what it is in the app
02  stores.
03        Q.     Is Tinder through the web cheaper today
04  than Tinder through the app stores?
05        A.     Yes.
```

**12.  PAGE 25:14 TO 26:05  (RUNNING 00:01:08.980)**

```
        14          Q.     Has Tinder through the web been
        15   successful?
        16          A.     In the sense that it launched, not in
        17   the sense of real numbers relative to the app sales.
        18          Q.     What do you mean "not in the sense of
        19   real numbers relative to" --
        20          A.     The app sales just dominate.  I mean,
        21   that's where the audience is.  That's -- you know,
        22   the majority of our revenue continues to be driven
        23   by the app sales, through the app sales.
        24          Q.     So Tinder Online has been available
        25   since 2017.
   00026:01               Since that time, has the app version
        02   of Tinder been increasingly successful, the same
        03   level of success, or has it seen diminishing
        04   success?
        05          A.     It's seen increasing success.
```

**13.  PAGE 28:09 TO 28:22  (RUNNING 00:01:18.435)**

```
        09          Q.     So what percentage of Tinder revenue in
        10   2020 came from the web version of Tinder?
        11   ███        ███   █████████  .
        12          Q.     Then what proportion of Tinder's revenue
        13   in 2020 came from the mobile app version of Tinder,
        14   irrespective of the particular platform?
        15   ███        ███   █████████
        16          Q.     In 2020, for how many years had the web
        17   version of Tinder been available, roughly?
        18          A.     Three, three years.
        19          Q.     Had the web -- was the -- is the price
        20   of Tinder on the web cheaper, more expensive or the
        21   same than the version of Tinder through the app?
        22          A.     It is cheaper.
```

**14.  PAGE 28:24 TO 30:25  (RUNNING 00:03:02.239)**

```
        24               Has Match Group seen meaningful
        25   switching from Tinder on mobile to Tinder on the
   00029:01   web?
        02          A.     No.
        03          Q.     Do you have a view as to why not?
        04          A.     Yeah.  I mean, that the apps just have
        05   persistence; meaning, they're always on the phone.
        06   You know, typically, on the homepage or, ideally, on
        07   the homepage, which means you're going to access
        08   it -- you know, I think that persistence is
        09   important because, to me, it's out of sight, out of
        10   mind.  And so, you know, I could be going to -- I
        11   may be thinking about checking my messages, and if I
        12   see the Tinder app there, I may think about clicking
        13   on it even though that wasn't my original intention
        14   for, you know, unlocking my phone.  Through that,
        15   it's also able to push notifications to you, if
        16   you've got new matches, you've got new messages.
        17               Again, you've got native swiping,
        18   which we invented and which became famous on Tinder.
        19   And then, obviously, you've got -- you know, our --
        20   our apps are location-based.  And so that's a lot
        21   smoother if you try to do things like swiping.  In a
        22   browser, you can accidentally go back in the
        23   browser, things like that.  It's just not smooth.
        24               So, ultimately, that's just where
        25   our audience is and so we've sort of pushed the
   00030:01   efforts on web, and we'd love to see more sort of
        02   traffic and usage there, it's just not the same as
```

7

```
03  having an app.
04      Q.     One of the features you mentioned was
05  geolocation on the mobile app.
06              Can you explain why that feature of
07  mobile devices is important to users of a service
08  like Tinder?
09      A.     Yeah.
10              So we don't ask users for a fixed
11  location.  So back in the day of sort of websites,
12  you would typically ask -- you know, I would say,
13  I'm from Dallas, Texas.  The way that they work
14  today, most of the time, is that they don't
15  necessarily have to collect that information unless
16  it's for billing purposes.
17              And so the way the app works is it
18  will deliver singles in the area that you're in,
19  which means it also works when you are traveling,
20  when you are on the go, and so it's key for its
21  functionality.
22      Q.     You also testified that push
23  notifications are an important feature of mobile
24  app --
25      A.     Yes.
```

**15.  PAGE 31:22 TO 31:24 (RUNNING 00:00:14.074)**

```
22      Q.     So the question is, can you please
23  explain why push notification is important to Match
24  for its product Tinder?
```

**16.  PAGE 32:01 TO 32:07 (RUNNING 00:00:21.645)**

```
00032:01      A.     Yes, it will notify -- it will notify
02  the user if they have -- it's the main mechanism to
03  notify users if they have new messages, new matches,
04  essentially, like, telling you, you've got a new
05  text message or a new voicemail.
06      Q.     Why is that important for users of a
07  dating app like Tinder?
```

**17.  PAGE 32:10 TO 32:22 (RUNNING 00:00:45.483)**

```
10      A.     It essentially increases activity on the
11  app, and ensures that, you know, users are
12  responsive and increasingly active.
13      Q.     Changing topics a bit.
14              For what types of mobile devices are
15  Match Group's app available?
16      A.     What types of mobile devices?  IOS and
17  Android devices.
18      Q.     In your capacity as senior vice
19  president of operations, are you involved with
20  Match Group's distribution of apps on both iOS and
21  Android?
22      A.     Yes.
```

**18.  PAGE 33:08 TO 33:16 (RUNNING 00:00:29.241)**

```
08      Q.     How does Match Group distribute its app
09  on the iOS operating system?
10      A.     Through the App Store.
11      Q.     How else?
12      A.     The app itself, no other way.  That's
13  it.
14      Q.     Why is that?
15      A.     There's no other option.
16      Q.     Why is there no other option?
```

**19. PAGE 33:18 TO 34:07  (RUNNING 00:01:15.461)**

```
        18        A.      Apple doesn't give you a choice.  You
        19   have to use the App Store.
        20        Q.      If it were permitted, would Match Group
        21   consider distributing its apps to iOS users in some
        22   other way?
        23        A.      Yes, we -- we would explore that.
        24        Q.      What benefits to Match would there be of
        25   distributing Match Group's apps to consumers
00034:01   directly, and not through the App Store?
        02        A.      We wouldn't have to use in-app payments,
        03   or IAP, and I think that part is key.  Obviously,
        04   that would -- you know, that depends what the
        05   alternative would be, but that would result in, you
        06   know, better margins.  It would allow us to price
        07   our products cheaper, like we do on the web.
```

**20. PAGE 34:14 TO 37:07  (RUNNING 00:03:47.190)**

```
        14                Does the requirement that Match
        15   Group sell its apps through the App Store permit
        16   Match Group to transact directly with the end users?
        17        A.      We are not able to transact -- users are
        18   not able to transact directly with us.
        19        Q.      Would there be benefits to Match Group
        20   from being able to transact directly with the end
        21   users of your products?
        22        A.      Yes.
        23        Q.      What would some of those benefits be?
        24        A.      Again, we would not pay the margins of
        25   the 30 percent to Apple, which in turn would result
00035:01   in lower prices for customers.  Roughly, it costs
        02   less than 5 percent, you know, to manage payments,
        03   refunds, all of that.
        04                If you look at PayPal, it's under
        05   2 percent to use PayPal.  And the App Store, in-app
        06   payments, PayPal is an option there, so I'm not sure
        07   why we're paying 30 percent when it costs us less
        08   than 2 percent to use exactly the same payment
        09   method.
        10                It's important also from a customer
        11   relationship standpoint.  You know, customers are
        12   used to approaching a brand directly for any of
        13   their concerns.
        14                So I would say, paying customers are
        15   our priority.  So it's extremely strange and
        16   abnormal for customers to have to reach out to the
        17   main company for all general customer inquiries, and
        18   then have to reach out to another company as it
        19   pertains to the -- their paid experience.
        20                So, you know, for example, we -- if
        21   we -- if a user is contacting us and they're having
        22   a poor experience, we're not able to issue them a
        23   refund.  We have to point them to Apple.  If they
        24   can't get a refund from Apple and they complain to
        25   us, there's nothing we can do about it.
00036:01                And we've seen, you know -- we've
        02   seen one-star ratings in the App Store because they
        03   had a poor refund experience with Apple, which kind
        04   of seems to be unfair because, you know, not only do
        05   you have a poor customer experience, but, you know,
        06   typically, what that means is if you have a poor
        07   customer experience, you associate it directly with
        08   that product, right.
        09                So even if the product is working
        10   100 percent and working great, if I have a poor
        11   customer experience, I'm just going to think that
```

```
     12   brand as a whole -- I'm just going to have negative
     13   connotations with that brand.
     14               In that case, it seems to be unfair
     15   because we didn't manage that customer experience,
     16   right.  When it came to the payment, we have no
     17   choice.
     18               So as a result -- and then we get a
     19   negative one-star rating -- you know, we get a
     20   run-star rating on the Apple App Store for something
     21   which we have no control.  So I think, you know,
     22   managing that customer relationship is going to be
     23   important.
     24               And then one other thing that we do,
     25   when we manage the payment, we also use that
00037:01   information to provide additional checks which are
     02   relevant in our category.  So we will run, for
     03   example, a registered sex offender check for using
     04   some of that billing information, and because when
     05   we process users through IAP, we don't receive that
     06   information, so we don't run registered sex offender
     07   checks for iOS users.
```

**21.  PAGE 37:25 TO 38:11  (RUNNING 00:00:37.861)**

```
     25        Q.    Just to local sense, so does Match Group
00038:01   process customer purchases of either subscriptions
     02   or in-app purchases for its iOS apps?
     03        A.    Not directly, no.
     04        Q.    So who does that?
     05        A.    Apple does that.
     06        Q.    Who else?
     07        A.    No one else.
     08        Q.    Why is that?
     09        A.    So for products such as ours, we are
     10   forced to use Apple's in-app payment system.
     11        Q.    Forced how?
```

**22.  PAGE 38:13 TO 39:02  (RUNNING 00:00:45.619)**

```
     13        A.    If we -- if we don't do it, you know,
     14   our app will not get approved.  If we are not using
     15   in-app payments, our app will not get approved.
     16        Q.    When you say "not get approved," you
     17   mean not get approved by Apple; correct?
     18        A.    Correct.
     19        Q.    Does Match Group pay a fee to Apple in
     20   connection with this in-app payment processing?
     21        A.    Yes.
     22        Q.    How much?
     23        A.    It's 30 percent for subscribers under a
     24   year, and it's 15 percent after a year, but
     25   essentially, it equates to 30 percent because most
00039:01   daters are not subscribed to the app for longer than
     02   that.
```

**23.  PAGE 39:16 TO 39:24  (RUNNING 00:00:32.729)**

```
     16        Q.    Assume that Apple imposed no
     17   restrictions; what would Match do with respect to
     18   payment processing within iOS?
     19        A.    We would offer our own payment system.
     20   We would run registered sex offender checks.  We
     21   would reduce pricing, if users paid that through
     22   that method.  And essentially, we would direct
     23   customers, if they had refunds, directly to our
     24   customer service.
```

**24.** **PAGE 41:12 TO 42:09  (RUNNING 00:01:23.496)**

```
       12        Q.     In one of your earlier answers, you
       13  mentioned that Match Group would prefer to use its
       14  own payment processor on iOS; correct?
       15        A.     Correct.
       16        Q.     How do you know that Match Group could
       17  successfully create its own payment processor?
       18        A.     I mean, we've run -- I mean, I've done
       19  payment processing and Match has and we've done it
       20  for subscriptions for -- we've managed it for over
       21  20 years now; probably longer than almost anyone out
       22  there as it pertains to digital subscriptions.
       23               We've launched it on Google Play,
       24  and I was part of that project.  But, you know, we
       25  worked on -- we started rolling out, I believe,
00042:01  in -- around 2017, 2018, and that's been a success.
       02        Q.     You just testified that we launched it
       03  on Google Play in 2017 or 2018.
       04               What did you launch on Google Play
       05  in 2017 or 2018?
       06        A.     We launched an option for users to pay
       07  directly using Tinder's payment system.  So I should
       08  clarify.  It's on Android -- I should say, on
       09  Android versus Google Play.
```

**25.** **PAGE 43:04 TO 44:19  (RUNNING 00:02:23.632)**

```
       04        Q.     Mr. Ong, you just testified that
       05  Match Group had developed its own payment processor
       06  for Tinder for use on Android; correct?
       07        A.     That's correct.
       08        Q.     Is that payment processor currently in
       09  use?
       10        A.     Yes.
       11        Q.     Can you explain how it works?
       12        A.     Yes.  Essentially, users will select
       13  what subscription package or what product they want
       14  to purchase, and then they would be presented an
       15  option to pay using Tinder's payment system or using
       16  Google Play.
       17        Q.     What price does Match Group charge for
       18  purchases made through its payment processor on
       19  Android, as compared to the price to consumers of
       20  using Google Play?
       21        A.     The same.
       22        Q.     Why is that?
       23        A.     Google requires us to have pricing
       24  parity.
       25        Q.     How does the sign-up process for using
00044:01  Tinder's payment processor on Android compare to
       02  using Google's payment processor on Android?
       03        A.     When you say the "sign-up process," you
       04  mean the process of entering in the payment
       05  information?
       06        Q.     I'm just trying to get at from a user's
       07  perspective, which requires more steps.  To use the
       08  Tinder payment processor, or to use the Google
       09  Android processor?
       10        A.     If the user hasn't transacted before
       11  using Tinder's payment system, they have to complete
       12  more fields.  They have to fill in their credit card
       13  or debit card information.
       14               So, you know, that's -- yeah, it's
       15  quite a few fields versus clicking on Google Play.
       16        Q.     So you charge the same price as Google,
       17  and at least for the initial sign-up, it's more
       18  difficult for the user to use Tinder's payment
```

```
    19  processor than Google.
```

**26.  PAGE 45:01 TO 46:10  (RUNNING 00:02:02.142)**

```
00045:01                   Has your payment processor been
    02  successful on Android?
    03        A.     Yes.
    04        Q.     Are -- is Match Group able to analyze
    05  which payment option users select?
    06        A.     Yes.
    07        Q.     How does it do that; does it do it by
    08  user account basis?
    09        A.     We can look at the user account, and we
    10  can see what payment option they picked,
    11  essentially, yes.
    12        Q.     Do you track that data?
    13        A.     Yes.
    14        Q.     What does it show?
    ██████████████████████████████████████████████████
    17        Q.     If you turn back to Exhibit PX-863, and
    18  if you turn to the page ending in MATCH-40, MATCH
    19  4-0.
    20        A.     Yeah.
    21        Q.     Does this document describe the revenue
    22  that Match has received from the Google Play option
    23  and also the Tinder payment processing option?
    24        A.     Yes.
    25        Q.     Can you explain what it shows?
00046:██████████████████████████████████████████████████
    03  through Tinder's payment.
    04        Q.     You're focusing on the year 2020;
    05  correct?
    06        A.     Correct.
    07        Q.     When did Match begin offering its own
    08  payment system for Tinder through Android?
    09        A.     I guess it was fully rolled out in --
    10  well, starting to be rolled out in 2019.
```

**27.  PAGE 46:13 TO 46:15  (RUNNING 00:00:11.743)**

```
    13                   Do you believe that Tinder's own
    14  payment processor has been successful on Android?
    15        A.     Yes.
```

**28.  PAGE 46:17 TO 47:07  (RUNNING 00:01:05.129)**

```
    17        Q.     To what, if anything, do you attribute
    18  that success?
    19        A.     I think users just -- I mean, you know,
    20  giving users choice.  Users also like to interact
    21  directly with the brand.  You know, they don't
    22  think -- when they are using a Tinder app, they
    23  don't think of that -- you know, they don't -- they
    24  think they're interacting with Tinder.  They don't
    25  think they're interacting with Google, or they're --
00047:01  you know, they're on the Android device, so from
    02  that perspective, they know that if they have any
    03  customer issues, as a subscriber, they can contact
    04  us, and we can resolve the issue.
    05        Q.     Have there been any security problems
    06  with Tinder's payment processor on Android?
    07        A.     No.
```

**29.  PAGE 47:15 TO 48:01  (RUNNING 00:00:34.157)**

```
    15        Q.     Between using Tinder Pay directly and
    16  the -- compared to when the platform is controlling
```

```
17  the payment processing, have there been any security
18  improvements from using the direct method as opposed
19  to the platform?
20      A.    I don't know about security improvements
21  because I don't have full insight into the
22  platform's payment system.
23              I know from a safety perspective, we
24  can run the registered sex offender check and
25  explore avenues similar to that when we are
00048:01 controlling the payment system.
```

**30. PAGE 48:04 TO 48:10  (RUNNING 00:00:18.129)**

```
04              Who handles customer transactions
05  for Match Group's apps on iOS?
06      A.    Apple does.
07      Q.    Who provides customer service with
08  respect to billing and subscription issues from
09  Match Group's iOS users?
10      A.    Apple.
```

**31. PAGE 48:14 TO 48:19  (RUNNING 00:00:16.556)**

```
14      Q.    Does Match have its own customer service
15  group?
16      A.    Yes.
17      Q.    What restrictions does Apple impose on
18  Match's ability to provide customer service to users
19  on iOS?
```

**32. PAGE 48:21 TO 51:06  (RUNNING 00:03:16.127)**

```
21      A.    We're unable to provide refunds, and we
22  don't have any visibility into Apple's refund
23  policy.  So, you know, just -- just to clarify a
24  bit, you know, Match is -- you know, if you look at
25  our brands, we're very focused on customer
00049:
03              So we have full flexibility when we
04  are in control of the payment system.  We have full
05  refunds.  We have prorated refunds.  We can comp and
06  give free days to people.
07              What is -- you know, what is crucial
08  in that is that, you know, in order to provide a
09  refund, you need to be able to assess that
10  customer's activity and their profile.  So, you
18  experience.  We want to make sure that that person
19  is taken care of so that they will try the app
20  again.
21              You know, people -- there's a lot of
22  singles who date for -- you know, might be in a
23  relationship for a year, but then, you know, that --
24  that relationship ends, and they come back again.
25              So there's a lot of repeat behavior
00050:01 until, you know, that person eventually gets
02  married.
03              So it's -- you know, there's a
04  cyclical nature to this, and so it's important that
05  they have a good customer experience because even --
06  we want them to be successful, and if they are
```

```
07  successful, we want them to come back, you know, if,
08  let's say, that relationship falls out, so...
09        Q.      Again, how does Apple's restrictions
10  prevent Match from doing the things that you just
11  mentioned?
12        A.      We -- we can't -- we can't provide the
13  refund, nor does Apple when they're assessing
14  whether or not that person should get a refund or
15  not, be able to see any of that information to
16  determine that.
17        Q.      If an iOS user of Tinder would like to
18  cancel his or her subscription, who handles that
19  cancelation request?
20        A.      So they can either cancel it themselves
21  through Apple settings, and not through the app, or
22  they have to contact Apple's customer service.  We
23  have users contacting us to -- you know, to try to
24  get refunds.  We just have to direct them to Apple,
25  or if they don't get a good result, or they don't
00051:01  get any -- you know, a good customer service
02  experience or the refund that they wanted, they'll
03  try to contact us, and we'll have to --
04  unfortunately, we have to tell them there's not much
05  we can do, and we have to redirect them back to
06  Apple again.
```

**33.  PAGE 56:03 TO 56:04  (RUNNING 00:00:06.953)**

```
03        Q.      In your experience, does the Apple App
04  Store drive users to Match Group's products?
```

**34.  PAGE 56:06 TO 57:01  (RUNNING 00:01:16.500)**

```
06        A.      It's been a minimal contribution.
07                I've -- we've looked at data
08  historically, and typically it's in the ████
09  digits.  So it's less than -- let's just say less
10  than ██ percent has been driven through Apple either
11  featuring the apps, but, you know, some of it comes
12  through things like rankings, which I don't really
13  sort of -- would say it's Apple's contribution
14  because obviously as we do -- as we become more
15  popular, we go higher up the rankings, so there's
16  effort on our part, but about ██ percent or
17  potentially more -- it depends by brand.  ██ percent
18  of users are using the App Store as a vehicle to
19  search for the app, meaning they're going to the App
20  Store, typing in "Tinder."  So they already know
21  what they're looking for.  They just have to go
22  through the App Store in order to download the app.
23                So they're typing it in, finding the
24  app, and then downloading it, which essentially
25  means, we're driving users to the App Store, not the
00057:01  other way around.
```

**35.  PAGE 57:20 TO 57:22  (RUNNING 00:00:09.283)**

```
20        Q.      I'm showing you a document that's
21  marked -- well, it's Bates stamped Apple App Store
22  06147190.
```

**36.  PAGE 58:08 TO 58:10  (RUNNING 00:00:08.483)**

```
08        Q.      Now, do you see there's an e-mail from
09  you to someone at Apple dated June 7, 2018?
10        A.      I do.
```

**37. PAGE 58:20 TO 59:16  (RUNNING 00:01:07.213)**

```
         20      Q.    Okay.  If you look at the second bullet
         21 in your e-mail that says, "Rev share."
         22           You see that?
         23      A.    Yeah.  Yes.
         24      Q.    The second sub-bullet under that reads,
         25 "Apple drove minimal new discovery, approximately ▮
00059:01 percent, while the majority were users organically
         02 looking for our apps, approximately ▮ percent."
         03           Do you see that?
         04      A.    Yes.
         05      Q.    What did you mean when you wrote that?
         06      A.    I meant that ▮ percent of our users
         07 were typing in the brand, meaning Tinder, Match.
         08 They weren't typing in "dating."  They were
         09 specifically looking for the brand.  And so, you
         10 know, essentially, we were driving users to the App
         11 Store and Apple was only driving new users -- or
         12 driving users to our app, and that contribution was
         13 ▮ percent during that period.
         14      Q.    So when Match Group drives users to
         15 Apple's App Store, what impact does that have on
         16 Apple?
```

**38. PAGE 59:18 TO 60:18  (RUNNING 00:01:21.123)**

```
         18      A.     Well, if a -- I think there's a couple
         19 of ways.
         20           One is when they go to the App
         21 Store, typically, what we'll see is we'll see
         22 competitors -- you know, if someone types in
         23 "Tinder," for example, within the App Store, they'll
         24 see our app, but Apple is actually -- sells
         25 advertising space just above that.  And so sometimes
00060:01 you will see our competitors.  I believe we've seen
         02 sites like Ashley Madison, for example, be
         03 advertised above -- so even though the user typed in
         04 "Tinder," was looking for Tinder, they're first
         05 presented with an ad, potentially, of a competitor,
         06 and I've seen Ashley Madison there before, before
         07 they can even download Tinder.  So they'll monetize
         08 ads for other apps, you know, before the user can
         09 even download the app.
         10           Once the user downloads the apps,
         11 obviously, if we're pushing users to the App Store,
         12 they have to use in-app payments, and so they'll
         13 take roughly 30 percent of any revenue gained from
         14 that.
         15      Q.    Okay.  Once the user has downloaded the
         16 app onto iOS, what role does Apple play in
         17 generating in-app purchases through a product like
         18 Tinder?
```

**39. PAGE 60:20 TO 60:23  (RUNNING 00:00:10.335)**

```
         20      A.    Nothing.
         21      Q.    What percentage of the price that a user
         22 pays for in-app purchases in a product like Tinder
         23 does Apple take?
```

**40. PAGE 60:25 TO 61:04  (RUNNING 00:00:13.926)**

```
         25      A.    Majority of the time in our use case, 30
00061:01 percent.
         02      Q.    When Match Group innovates and drives
         03 more in-app purchases on a product like Tinder, what
         04 impact does that have on Apple?
```

**41. PAGE 61:06 TO 61:18 (RUNNING 00:01:00.318)**

```
06        A.     Apple takes 30 percent of those revenue
07  gains.
08        Q.     Have you raised this issue with Apple?
09        A.     We have.
10        Q.     What was Apple's response?
11        A.     It's just the way our rules work, and
12  this is -- these are our policies, and it's --
13  it's very hard to change them.  But I don't believe
14  that's the case, because we've seen recent changes
15  for digital goods and subscriptions in the recent --
16  just even in the past 12 months where virtual
17  one-on-one classes were paying 30 percent and now
18  they're not, so...
```

**42. PAGE 62:03 TO 62:05 (RUNNING 00:00:07.010)**

```
03        Q.     In your view, does Apple's developer
04  support justify it charging the 30 percent
05  commission it takes?
```

**43. PAGE 62:07 TO 62:16 (RUNNING 00:00:31.719)**

```
07        A.     No.
08        Q.     Why not?
09        A.     Because it provides support to apps who
10  are not paying the 30 percent.  Again, you know, a
11  lot of the time, they are promoting new features
12  that they're releasing that they want us to utilize.
13  A lot of the time, they're not features that we can
14  utilize, so...
15        Q.     What has been your experience with
16  Apple's App Review process?
```

**44. PAGE 62:18 TO 63:03 (RUNNING 00:00:43.755)**

```
18        A.     I think it's been an inconsistent
19  experience in terms of their guidelines and rules,
20  which they state are clear, but they clearly are
21  not.  And then, you know, it's just been time -- and
22  because of that, it's just been time-consuming for
23  us in terms of operating a business.  We've gone
24  back and forth multiple times on various app review
25  issues.  Many, many cycles, there have been times
00063:01  when it has last months, so...
02        Q.     Do you perceive Apple's app review
03  process to be a benefit to Match Group?
```

**45. PAGE 63:05 TO 64:16 (RUNNING 00:01:57.455)**

```
05        A.     I would say, majority of the time,
06  they're hindering us from releasing new changes and
07  slowing us down.
08        Q.     Can you give some specific examples of
09  what you identified as inconsistencies in the app
10  review process?
11        A.     Sure.
12               So they have released new policies
13  without informing us in advance.  So, basically, we
14  have no notice.  And then after the fact, we worked
15  with their team -- this was specific to some rate
16  card changes, basically the display of pricing and
17  products on our brands.
18               And the way we worked with them was,
19  essentially, we sent them a mock-up or a design in
20  advance.  So after this was sort of rolled out, we
21  sent a design or mock-up, just so that we wouldn't
22  have multiple iterations.  And we didn't actually
```

```
     23  have to send it through app review yet, but we went
     24  through their app business management team.
     25              We then sent it to app review and
00064:01  reviewed it with app review.  And they said, this
     02  design will be okay, you can proceed with your
     03  engineering and development work and design work, so
     04  that's what we did.  And we did it across multiple
     05  brands because we had been provided the guidance
     06  from Apple that this was looking good, and we had --
     07  and they had reviewed it with multiple teams
     08  including app review.
     09              And, ultimately, when we submitted
     10  it in full review, we then got rejected.  And so
     11  there was a lot of back and forth, and a lot of it
     12  was because their guidelines were not clear and
     13  concise and, actually, subjective and up for
     14  interpretation.
     15              And so what you're -- what went over
     16  for several months was --
```

**46.  PAGE 65:01 TO 65:17  (RUNNING 00:00:56.870)**

```
00065:01              What we saw was -- again, I don't --
     02  I don't know who's in app review, but we saw
     03  approvals from certain app reviewers for the same
     04  design, and then rejections.  We've seen
     05  historically an app or a certain page be approved
     06  more than five times by the app review -- app review
     07  team, and then let's say on review eight of the same
     08  page, which has not changed at all, suddenly get
     09  rejected.
     10              And then -- and so, you know, I
     11  think there's even disagreement within the app
     12  review team because, you know, there's -- the
     13  guidelines were written in such a way where they
     14  were opened up for subjective interpretation, so...
     15       Q.    What impact, if any, does that process
     16  have on Match Group's incentive to innovate within
     17  the iOS ecosystem?
```

**47.  PAGE 65:19 TO 65:25  (RUNNING 00:00:23.324)**

```
     19       A.    I mean, it slows us down.  It doesn't
     20  get our product -- our new features out to users as
     21  quickly.  You know, and we end up burning
     22  engineering and design cycles and product cycles
     23  going back and forth on something that Apple itself
     24  can't even agree on, versus getting new features
     25  out.
```

**48.  PAGE 66:01 TO 66:04  (RUNNING 00:00:10.544)**

```
00066:01              So you can imagine, you know,
     02  that's -- essentially, we wasted a subset of
     03  resources for -- I don't know, for essentially a
     04  quarter.
```

**49.  PAGE 66:12 TO 66:24  (RUNNING 00:00:42.460)**

```
     12              Is Match Group able to tell through
     13  which mobile platform users access Match Group's
     14  apps like Tinder?
     15       A.    Yes.
     16       Q.    Have you -- has -- have you looked at
     17  that?
     18       A.    Yes.
     19       Q.    What, if anything, have you learned
     20  about how often Tinder's current iOS users use
     21  Tinder on Android devices?
```

```
          22       A.     The majority of people do not -- you
          23   know, if their main device is an iOS device, they're
          24   not using an Android device as well.
```

**50. PAGE 67:15 TO 67:19  (RUNNING 00:00:14.774)**

```
          15       Q.     Just to get it -- again, I don't expect
          16   you to know the exact percentage necessarily, but as
          17   an order of magnitude, more or less than 5 percent
          18   of users who are on Tinder iOS and then log on to
          19   Tinder on Android?
```

**51. PAGE 67:22 TO 67:22  (RUNNING 00:00:02.562)**

```
          22       A.     I don't know the answer to that.
```

**52. PAGE 67:23 TO 68:05  (RUNNING 00:00:22.710)**

```
          23       Q.     Have you reached any conclusion about
          24   whether Android is a substitute for iOS for
          25   Match Group's products?
00068:01       A.     It is not a substitute.
       02       Q.     Have you reached any conclusions about
       03   whether web browsers are a substitute for iOS's --
       04   for iOS for Match Group's products?
       05       A.     It's not a substitute.
```

**53. PAGE 69:17 TO 69:21  (RUNNING 00:00:22.470)**

```
          17       Q.     So in 2020, what percentage of total
          18   Tinder revenue was attributable to iOS?
          19       A.     ██    percent.
          20       Q.     Could Match Group simply abandon iOS and
          21   develop its products solely for other platforms?
```

**54. PAGE 69:23 TO 70:09  (RUNNING 00:00:41.245)**

```
          23       A.     No.
          24       Q.     Why not?
          25       A.     As you can see, it's got the majority of
00070:01   the distribution, and for a dating platform, that
       02   would be -- that would be extremely destructive,
       03   because essentially, it would be a negative
       04   experience in terms of you wouldn't have those
       05   users -- for the Android users to find as well.
       06       Q.     Well, couldn't users just switch back
       07   and forth between Android apps and iOS apps so they
       08   could reach the total dating pool; couldn't users do
       09   that?
```

**55. PAGE 70:11 TO 70:15  (RUNNING 00:00:13.697)**

```
          11       A.     Well, they don't switch between Android
          12   and the -- the majority do not switch between the
          13   Android and iOS.  There's nuances to each platform,
          14   and I think once people become comfortable, they
          15   stick to the one.
```

**56. PAGE 72:07 TO 72:10  (RUNNING 00:00:08.841)**

```
          07       Q.     Does the majority of Match Group's
          08   revenues come from its iOS apps as opposed to
          09   Android apps or websites?
          10       A.     Yes.
```

**57. PAGE 73:01 TO 73:04  (RUNNING 00:00:12.493)**

```
00073:01       Q.     Is there a brand operated by Match Group
       02   that has same subscription price between mobile apps
       03   and a website?
       04       A.     I'm not -- I'm not sure.
```

**58.** PAGE 73:12 TO 73:14  (RUNNING 00:00:12.096)

```
    12        Q.     Between iOS apps and Android apps for
    13 the same brand, are the prices different?
    14        A.     Usually, they are the same.
```

**59.** PAGE 73:23 TO 74:07  (RUNNING 00:00:32.353)

```
    23        Q.     When you say "competitive pricing," what
    24 our products are you comparing Match Group's
    25 products against?
 00074:01       A.     There's plenty of competitors.  We've
    02 got Bumble.  We've got eHarmony.  We've got the apps
    03 within Spark networks.  There's plenty of others.
    04 Obviously, within our own portfolio as well, we have
    05 to reference -- I mean, technically, they're
    06 competing against each other as well for the
    07 attention of the user.
```

**60.** PAGE 74:08 TO 74:10  (RUNNING 00:00:13.076)

```
    08        Q.     For pricing of products offered on iOS
    09 native apps, did Apple's commission on internet
    10 purchases affect Match Group's pricing decisions?
```

**61.** PAGE 74:12 TO 74:12  (RUNNING 00:00:00.872)

```
    12        A.     Yes.
```

**62.** PAGE 84:01 TO 84:03  (RUNNING 00:00:09.421)

```
 00084:01       Q.     Without Apple's 30 percent commission,
    02 would Tinder have been able to offer its products at
    03 a lower price than its current prices?
```

**63.** PAGE 84:05 TO 84:06  (RUNNING 00:00:04.948)

```
    05        A.     If Apple allowed it, Tinder would be
    06 able to do that.
```

**64.** PAGE 84:22 TO 85:03  (RUNNING 00:00:12.596)

```
    22        Q.     So if Apple didn't require pricing
    23 parity --
    24        A.     Yeah.  That's correct.
    25        Q.     -- Tinder could have offered lower
 00085:01 prices without having to share 30 percent of its
    02 revenue with Apple?
    03        A.     Correct.
```

**65.** PAGE 85:05 TO 85:07  (RUNNING 00:00:05.227)

```
    05        Q.     Same answer as to in-app purchases;
    06 correct?
    07        A.     Yes.  Yes.
```

**66.** PAGE 120:12 TO 120:13  (RUNNING 00:00:07.334)

```
    12        Q.     The question was, there are portable
    13 gaming devices in existence; is that correct?
```

**67.** PAGE 120:16 TO 120:21  (RUNNING 00:00:15.582)

```
    16        A.     I don't think they work once you leave
    17 the house unless it's got a SIM card in it, or
    18 unless you automatically transfer to another WiFi
    19 network.
    20        Q.     Right.  But the question was portable
    21 gaming devices exist; correct?
```

**68.** PAGE 120:24 TO 120:25  (RUNNING 00:00:04.919)

```
    24        A.     I think portable is one thing.  Mobile
```

```
         25  is completely different.
```

**69.** PAGE 121:02 TO 121:04 (RUNNING 00:00:08.747)

```
         02      A.      I don't think I can use a Nintendo
         03  Switch and maintain connectivity while I'm driving
         04  from one place to the next -- to another.
```

**70.** PAGE 152:04 TO 152:23 (RUNNING 00:01:37.081)

```
         04      Q.      So let's go back to Plaintiff's Exhibit
         05  865.
         06      A.      8-6-5.
         07              Okay.
         08      Q.      So on the e-mail with Sheree Chang,
         09  under the second topic, revenue share, there's a
         10  bullet point that begins, "Apple drove minimal new
         11  discovery, approximately █ percent."
         12              Do you see that?
         13      A.      Yes.  Yes.
         14      Q.      The rest of this sentence reads, "While
         15  the majority were users organically looking for
         16  apps, approximately █ percent"; is that correct?
         17      A.      That's right.
         18      Q.      Where did that data come from?
         19      A.      It came from a combination of Apple's
         20  own analytics and, I believe, App Annie data.
         21      Q.      How do you know that?
         22      A.      It was -- I was informed by the
         23  analytics team who pulled that information.
```

**71.** PAGE 158:04 TO 159:14 (RUNNING 00:03:06.126)

```
         04      Q.      How does Match Group inform users of the
         05  option to purchase content outside of the -- of the
         06  iOS app, if at all?
         07      A.      Yeah.  I mean, the user essentially has
         08  to know about it.  The user has to essentially know
         09  about it because Apple doesn't let us send push
         10  notifications or do any marketing by the app.
         11              I mean, I think the guideline states
         12  directly or indirectly.  So the user would
         13  essentially have to know about it.
         14      Q.      Has Tinder ever tried to communicate
         15  with Apple about the possibility of communicating
         16  the purchase option outside of the iOS app?
         17      A.      I've had conversations with Apple about
         18  that.
         19      Q.      So you have tried to communicate with
         20  Apple about the possibility of communicating with
         21  users about the purchase option outside of the iOS
         22  app?
         23      A.      Yes, but I was misinformed during that
         24  conversation, or what I recall of that conversation
         25  because I believe we were told we could e-mail users
00159:01  because it was outside of the app, but when I read
         02  the guidelines and we requested -- when we clarified
         03  with app business management, they told us you could
         04  not e-mail them if you collected that e-mail address
         05  via Apple.
         06              So if the user signed up via the iOS
         07  app, which the majority did have, then you would not
         08  be able to use that information because it was
         09  collected during the iOS sign-up process.
         10              So essentially, what that means is
         11  we could stick up a bunch of billboards, we could
         12  spend millions on TV commercials, but we can't send
         13  e-mails, and we can't send push notifications
```

```
        14  because that would be within the app, so...
```

**72.** PAGE 162:03 TO 162:22  (RUNNING 00:01:11.091)

```
        03                   Have you had conversations with
        04  Apple about whether users are entitled to refunds?
        05       A.    I've had conversations flagging the
        06  concern that we're not able to refund the users
        07  effectively, that people are complaining about not
        08  getting refunds, and that, really, Apple doesn't --
        09  number one, doesn't have the information to make
        10  that decision, because they don't have customer data
        11  that we have, or the customer profile, or the
        12  customer behavior that they've exhibited.
        13                   And for us, I think -- you know, we
        14  have policies that are extremely lenient.  We can do
        15  all sorts of different -- we can offer prorated
        16  refunds.  We can offer compensation.  We can give
        17  free add-ons or consumables.
        18                   We can do a lot of things to ensure
        19  that we retain the customer, but we don't have full
        20  control of our customer relationship.
        21                   I've communicated that fact to Apple
        22  on multiple occasions.
```

**73.** PAGE 167:01 TO 167:04  (RUNNING 00:00:19.844)

```
  00167:01       Q.    My question is:  Could Tinder provide a
        02  coupon, a gift card, or some other valuable
        03  consideration to customers who have asked for
        04  refunds?
```

**74.** PAGE 167:06 TO 167:20  (RUNNING 00:00:49.032)

```
        06       A.    Again, in order to send out a gift card,
        07  we would need to collect some of the customer's
        08  information, and Apple's got data minimization
        09  policies that prevent us from collecting some of
        10  that information.
        11                   If Apple wants to collect that
        12  payment -- Apple collected the payment credentials
        13  from the user -- collect the payment from the user,
        14  did not refund the user, or refused to refund that
        15  user, and then somehow you're asking the developer
        16  to somehow issue a coupon of some sort after the
        17  customer has already been frustrated by Apple not
        18  providing the refund in the first place.
        19                   I think the onus is on Apple,
        20  especially when you're charging 30 percent.
```

**75.** PAGE 169:24 TO 170:08  (RUNNING 00:00:40.959)

```
        24       Q.    Okay.  Now, earlier you discussed sex
        25  offender screening; correct?
  00170:01       A.    Correct.
        02       Q.    The Match Group brands use credit card
        03  payment processing on Android; is that correct?
        04       A.    Many of them do, yes.
        05       Q.    Does Tinder?
        06       A.    Yes, in addition to Google Play.
        07       Q.    Does Match?
        08       A.    Yes.
```

**76.** PAGE 170:10 TO 170:19  (RUNNING 00:00:36.703)

```
        10                   So for those customers that use the
        11  Android credit card purchasing system, does Match
        12  Group screen for sex offenders using that
        13  information?
        14       A.    Using Google Play or using Tinder's
```

```
15  payment credit card system on Android?
16      Q.      Does Match Group screen for sex offender
17  risk using information collected from the credit
18  card purchasing process via Android?
19      A.      Yes, we do.
```

**77.  PAGE 171:14 TO 172:16  (RUNNING 00:02:03.542)**

```
14          Q.      Have you ever asked Apple whether they
15  would share with you credit card data for the
16  purpose of sex offender screening?
17          A.      Yes.  And also for age verification
18  because we have users who are under 18 who are able
19  to download the Tinder app, even though Apple has a
20  date of birth, which is under 18.
21                  So both age verification issues and
22  registered sex offenders, we have discussed with
23  Apple.
24          Q.      And who at Apple did you discuss this
25  with?
00172:01    A.      We discussed it with multiple folks.
02  There was more than five people from the Apple side,
03  but there was Chip on the app business management
04  team.  I believe last name Canter.
05                  Who else?  Folks from app business
06  management, and then some of the other folks were
07  developers or product folks from Apple, but I can't
08  I can't -- I can't recall their names.
09          Q.      When did this conversation take place?
10          A.      We've had it multiple times.  We've had
11  it recently as within the last year.  And there have
12  been multiple conversations about that, but we've
13  brought it up in private conversations to that as
14  well.
15                  But I think there have been more
16  conversations about it in the last 12 months.
```

**78.  PAGE 172:18 TO 173:06  (RUNNING 00:01:01.544)**

```
18                  What did these individuals from
19  Apple tell you during these conversations?
20          A.      They see our concerns.  They see -- they
21  feel that it's a good point, but they have to be --
22  they have to think about that Apple payment system,
23  and how it potentially could affect other developers
24  as a whole, and, again, you know, this is -- this is
25  a story about Apple's payment system needing to be a
00173:01  one-size-fits-all for the developers that feels it
02  needs to charge -- feels it needs to force to use
03  IAP, whereas if we were to manage our own payment
04  system or at least were given that option, we're
05  building payment systems and safety-related systems
06  that are relevant for our users.
```

**79.  PAGE 182:20 TO 183:25  (RUNNING 00:01:38.542)**

```
20          Q.      You testified that on Tinder's iOS app,
21  the price of the basic subscription is $9.99 per
22  month.
23                  At which price is that same
24  subscription offered through the web browser
25  currently in the United States?
00183:01    A.      At what price?
02          Q.      Yes.
03          A.      I don't recall the specific price, but
04  it could be -- it varies by market, so they can be
05  priced -- I've seen instances where it's 10 percent
06  cheaper.  I've seen instances where it's 15 percent
```

07  cheaper.  I've seen instances where it's 20
08  percent-plus cheaper, but I don't recall -- I don't
09  recall the US-specific web price.
10      Q.     When you say it depends on the markets,
11  you're talking about the different countries, not
12  within regional markets within the same country;
13  correct?
14      A.     That's correct.
15      Q.     Same question, just in case you know off
16  the top of your head.  You testified that on
17  Tinder's iOS app, the price of the Gold subscription
18  is $29.99 per month.
19             To your knowledge, at what -- which
20  price is that same subscription offered through the
21  web browser currently in the United States?
22      A.     Yeah.  Same answer as I had prior.  I
23  don't recall the specific, but I know that by market
24  or by country, it can vary anywhere between 10 to,
25  you know, 20 percent-plus, I've seen.

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Phillip Shoemaker (Volume 1 & 2)**
**(January 12, 2021)**
**(January 14, 2021)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
| --- | --- |
| 41 minutes 22 seconds | 16 minutes 41 seconds |





<u>Shoemaker, Phillip B. (Vol. 01) - January 12, 2021</u>                    1 CLIP  (RUNNING 00:46:50.303)

### 76 SEGMENTS  (RUNNING 00:46:50.303)

**1. PAGE 19:13 TO 19:15  (RUNNING 00:00:02.505)**

```
    13                 THE VIDEOGRAPHER:  Will the reporter please
    14    swear in the witness.
    15                 Thank you.
```

**2. PAGE 19:17 TO 19:21  (RUNNING 00:00:11.132)**

```
    17                 PHILLIP B. SHOEMAKER,
    18    having been first duly sworn by the reporter, was
    19                 examined and testified as follows:
    20
    21                 THE WITNESS:  Yes, I do.
```

**3. PAGE 20:08 TO 20:09  (RUNNING 00:00:05.125)**

```
    08                 Please state your full name for the record.
    09          A   My name is Phillip Burton Shoemaker.
```

**4. PAGE 28:24 TO 29:01  (RUNNING 00:00:07.143)**

```
    24          Q   And it says that you worked at Apple
    25    beginning at March 2009; is that right?
 00029:01          A   That's correct.
```

**5. PAGE 31:03 TO 31:05  (RUNNING 00:00:06.347)**

```
    03          Q   And what was your job description, as
    04    explained to you at the time?
    05          A   To build the App Store Review team.
```

**6. PAGE 35:22 TO 36:01  (RUNNING 00:00:16.825)**

```
    22          Q   And what were the qualifications of the
    23    then existing reviewers?
    24          A   Qualifications were they could breathe,
    25    they could think, and typically they came from the
 00036:01    App Store -- or sorry, the Apple genius stores.
```

**7. PAGE 36:02 TO 37:05  (RUNNING 00:01:30.290)**

```
    02    They were ex-Apple geniuses that we'd pull into the
    03    team.
    04          Q   And what kind of training did they have for
    05    their role as reviewers?
    06          A   We did a -- once they joined the company,
    07    we put them through a multi-month process of them
    08    learning the tools that we used to review apps, and
    09    then go through the Wiki or knowledge base, if you
    10    will, of what we allow in apps and what we don't
    11    allow in apps.
    12                 And then a lot of the process focused on
    13    who to send the app to when you have questions, who
    14    to send the app to when you've done reviewed it and
    15    you're happy and you want to approve it, and who to
    16    send the app to when you're unhappy with the app and
    17    want to reject it.
    18                 So it came a lot around understanding what
    19    Apple would tolerate and what they wouldn't tolerate
    20    with regards to features within the app.
    21          Q   Okay.
```

```
        22          And you mentioned a multi-month process and
        23     a Wiki, et cetera.  Was all that in place already
        24     when you arrived, or are these things that you
        25     instituted?
00037:01          A   Some of it was in place.  I refined most of
        02     that over time.  The multi-month process became a
        03     two-week process under my helm, and we put out
        04     guidelines rather than us having to guess at what's
        05     allowed and what's not allowed.
```

**8.  PAGE 37:24 TO 38:07  (RUNNING 00:00:27.317)**

```
        24          Q   And what were the hiring criteria for new
        25     team members?
00038:01          A   That they understood how to use a Mac, that
        02     they understood how to use an iPhone, that they
        03     understood a little about the Apple brand.  In that
        04     first year, we were literally only hiring people
        05     that had iPhones, had Macs, and came out of
        06     somewhere within Apple, whether it was the Apple
        07     stores or Apple corporate.
```

**9.  PAGE 38:08 TO 38:18  (RUNNING 00:00:31.740)**

```
        08          Q   And have those criteria changed over time?
        09          A   Yes.  They changed over time because we
        10     found that people outside of Apple could understand
        11     how to protect the Apple brand.  We didn't have to
        12     rely on people that had drunk the Kool-aid, so to
        13     speak.
        14          And we wanted to make sure that -- that
        15     there were people that we could bring from all walks
        16     of life to be able to review apps.  It wasn't just
        17     an Apple employee thing.  It's something we could
        18     roll out to a larger audience.
```

**10.  PAGE 44:03 TO 44:05  (RUNNING 00:00:09.501)**

```
        03          Q   How many times were you deposed in your
        04     capacity as an Apple employee?
        05          A   Roughly, I believe, about five times.
```

**11.  PAGE 44:17 TO 44:20  (RUNNING 00:00:10.379)**

```
        17          Q   And do you recall generally what topics
        18     were you asked by Apple to be deposed as, as Apple's
        19     representative?
        20          A   Always App Store related.
```

**12.  PAGE 45:24 TO 46:02  (RUNNING 00:00:09.578)**

```
        24          Fair to say that your understanding is that
        25     during your tenure, Apple considered you a trusted
00046:01     representative of the company?
        02          A   Yes, that is correct.
```

**13.  PAGE 56:13 TO 56:17  (RUNNING 00:00:15.988)**

```
        13          How long does the human review process
        14     typically take?
        15          A   The numbers we've quoted in the past are
        16     about 13 minutes per app when it's a new app.  About
        17     six minutes per app when it's an updated app.
```

**14.  PAGE 57:05 TO 57:06  (RUNNING 00:00:04.030)**

```
        05          I have been gone for five years.  Right.
        06     So a lot may have changed.
```

**15.** **PAGE 63:22 TO 63:24  (RUNNING 00:00:13.946)**

```
        22              MR. EVEN:  So I would like to introduce
        23   Exhibit 98.  That's Tab 36, Amal.
        24              And Exhibit 99.  That's Tab 37.
```

**16.** **PAGE 64:01 TO 64:12  (RUNNING 00:00:22.341)**

```
    00064:01              (Whereupon Shoemaker Exhibit 98 was
        02              marked for identification and
        03              attached hereto.)
        04              (Whereupon Shoemaker Exhibit 99 was
        05              marked for identification and
        06              attached hereto.)
        07   BY MR. EVEN:
        08         Q   So while Amal is making that available to
        09   you, the first article I'm referring to is an
        10   article from December 2017 named, "A Modern Content
        11   Store."
        12              Is that an article that you wrote?
```

**17.** **PAGE 64:13 TO 64:20  (RUNNING 00:00:25.971)**

```
        13         A   Yes, it is.
        14         Q   In this article, one of the predicates of
        15   it, you begin by saying that there's been no radical
        16   innovation in the way app stores operate over the
        17   past 10 to 20 years.
        18              Has there been any radical innovation in
        19   app stores since 2017?
        20         A   I don't believe so.
```

**18.** **PAGE 66:01 TO 66:24  (RUNNING 00:01:31.341)**

```
    00066:01              And is this a correct copy of your
        02   December 2017 article?
        03         A   It appears to be, yeah.
        04         Q   And if you look at the end of the first
        05   paragraph and the beginning of the second paragraph,
        06   after you point out that there has been no radical
        07   innovation, you say (as read and/or reflected:)
        08              Today we are in dire need of a
        09              revolution.  We need digital stores
        10              that service multiple platforms,
        11              et cetera.
        12              Do you see that?
        13         A   Yes, I do.
        14         Q   And you wrote that?
        15         A   Yes, I did.
        16         Q   In your view, and based on your experience,
        17   how would a content store or an app store servicing
        18   both iOS and Android, for example, which I get is
        19   what you say by "multiple platforms," affect
        20   competition between Apple and Google?
        21         A   Well, I think the first thing is that this
        22   would give us an alternate app store, which we can
        23   download apps for our devices.  Right now there's
        24   only one for iOS.
```

**19.** **PAGE 66:25 TO 67:04  (RUNNING 00:00:16.010)**

```
        25              For Android, there's numerous, but for iOS,
    00067:01   there's only one.
        02              I'm not sure how that would change or
        03   affect competition between the two platforms.  I'm
        04   not really certain.
```

**20.** **PAGE 67:06 TO 67:09  (RUNNING 00:00:11.118)**

```
        06              Could a Multiplatform App Store at least
```

```
       07   make switching between the two platforms easier for
       08   users?
       09       A   Yes, I believe it would.
```

**21.  PAGE 69:20 TO 70:03  (RUNNING 00:00:26.616)**

```
       20       Q   If we go to page 3 of this article, at the
       21   top you write (as read and/or reflected:)
       22               Over time I realized that the
       23            rules were often arbitrary,
       24            arguable, and created by middle
       25            aged white man ...
   00070:01         Which you are one, as am I.  So ...
       02           Turning to arbitrary first, which rules did
       03   you consider to be arbitrary?
```

**22.  PAGE 71:12 TO 71:24  (RUNNING 00:00:45.684)**

```
       12           At the time a good one is App
       13   Recommendation Apps.  Right.  Apple was fine for the
       14   first five years of their life of the App Store life
       15   with having app -- an app list apps that they
       16   recommend for you to download.
       17           But Apple got tired of that space because
       18   it was driving more volume than their own App Store
       19   was, their App Store charts, and decided to remove
       20   that whole category of apps.
       21           And many companies went out of business
       22   because of that change.  They built entire company
       23   around this feature that Apple decided to change.
       24           So that was another arbitrary decision.
```

**23.  PAGE 72:01 TO 72:15  (RUNNING 00:00:40.350)**

```
   00072:01         You also called the rules arguable.
       02           What did you mean by that?
       03       A   Well, it's objectionable material.  Right.
       04   If you look at what's porn.  Right.  I'll see when
       05   I -- I'll know it when I see it.  Those were a lot
       06   of the guidelines.  If you look at the guidelines
       07   and you read them, you'll see that most are written
       08   in a gray, a very subjective manner.
       09           And developers read them one way, create
       10   time, spend time, spend money to build an app and
       11   submit it and we reject it because we interpret that
       12   line differently.
       13           When they're arguable, they're really
       14   difficult to enforce, and it gets -- it breeds a lot
       15   of anger, hence, my numerous death threats.
```

**24.  PAGE 72:17 TO 73:20  (RUNNING 00:01:42.660)**

```
       17           Is there a reason why Apple, to your
       18   understanding, have you heard discussions as to why
       19   Apple moderates content on the App Store but not on
       20   the phone more generally through, for instance,
       21   Safari?
       22       A   Well, I mean, it's tough.  The
       23   content -- when you're in Safari, you don't say,
       24   okay, Apple has vetted all the content I can find
       25   out on the Internet.  Right.  They -- that would be
   00073:01   ludicrous.  Right.  You can't do that.
       02           On the App Store, Apple from Day 1 says, we
       03   want to protect our customers.  And so they will
       04   moderate content that goes through the App Store.
       05   Apple has control of that.  Apple has no control
       06   over what websites are created and what content is
       07   going to be put on them.
       08           Now, sure they could do some of these
```

```
09    ridiculous services that turn everything Disneyesque
10    that you can find on your iPhone, but that will
11    eliminate a large percentage of the population.
12         I think the Internet is intended to be free
13    to some extent, whereas, the App Store is about --
14    one of the key things we learned building the App
15    Store is that approving something that makes Apple
16    look really bad hurts.
17         It hurts Apple.  It hurts their stock
18    price.  It hurts the shareholders.  It can be very
19    bad.  So the App Store is a vetted, curated store,
20    whereas, the Internet is not curated by anyone.
```

**25.  PAGE 73:21 TO 74:05  (RUNNING 00:00:29.477)**

```
21         Q   And so if I understand you correctly, what
22    you're saying is that Apple believes anything that
23    goes through the Apple App Store essentially has the
24    impromptu of Apple on it because of the approval
25    process?
00074:01   A   That is correct.
02         Q   Okay.
03         And would the same impromptu attach to an
04    app downloaded from a different store?
05         A   No.  I can't imagine it would.
```

**26.  PAGE 75:14 TO 77:02  (RUNNING 00:02:02.262)**

```
14         Is that an article that you've penned
15    around late March 2019?
16         A   Yes, it is.
17         Q   If you go to page 5.  At the penultimate
18    paragraph, you see it begins with (as read and/or
19    reflected:)
20              Over the years, Apple has
21              struggled with using the App Store
22              as a weapon against competitors.
23         A   Yes, I see that.
24         Q   What did you mean by that?
25         A   Yeah.  Interesting line, in retrospect.
00076:01   The App Store was -- for a while was one of
02    those places that everyone wanted to purchase space,
03    everyone wanted to have an app from the App Store.
04    And we saw that through the review process, the
05    number of submissions, et cetera.
06         There were times when competing apps, apps
07    that we could arguably say compete with Apple in
08    some way or another, like Google Voice or
09    Rhapsody -- or Rhapsody Music subscription, faced a
10    lot of barriers in getting approved.
11         And, to me, that was, you know, it was
12    curious.  Other apps didn't have this problem, but
13    we spent a lot of time thinking on what the slippery
14    slope implications were of approving an app like
15    Google Voice.
16         Does that mean that people will stop using
17    the phone as a phone?
18         Will your phone number disappear?
19         Will the iPhone disappear, right, in guise
20    of a Google phone or something like that?
21         There was always a lot of talk and
22    conjecture about that internally.
23         But Google Voice and Rhapsody faced
24    daunting -- Google Voice took a year to approve.  A
25    year.  And I had to call the developer every couple
00077:01   of weeks, or get an angry phone call from the
02    developer every couple of weeks.
```

**27. PAGE 78:13 TO 78:24 (RUNNING 00:00:31.039)**

```
13        Q   On page 6 you note that Apple Arcade is the
14   type of app that Apple has consistently disallowed
15   on the store.
16             Do you see that?
17        A   Yes, I do.
18        Q   What is the guideline that Apple Arcade
19   violates, in your view?
20        A   A store within a store.  It was an
21   overarching rule that Apple had for many years, you
22   could not have a store within a store.  An app that
23   made other apps available within it was absolutely
24   not allowed.
```

**28. PAGE 79:13 TO 80:10 (RUNNING 00:01:08.107)**

```
13             Going to page 8 under the heading (as read
14   and/or reflected:)
15                  Apple needs to play fair.
16             You write (as read and/or reflected:)
17                  With the App Store being the
18             only way to install apps on the
19             iPhone and iPad, Apple has complete
20             and unprecedented power over their
21             customers' devices.
22             Do you see that?
23        A   Yes, I do.
24        Q   What are the options of a developer that's
25   unhappy with Apple to just leave the iOS platform
00080:01   and move to another platform?
02        A   They can move to Android.  That's
03   80 percent of the devices in the world.  Right.  I
04   mean, that's one alternative is to just pull
05   everything out of iOS and put it entirely on
06   Android.  That gets the majority of the world's
07   apps.  Right.
08        Q   In your experience, did most app developers
09   consider that a viable option for them?
10        A   No.  No, they didn't.
```

**29. PAGE 80:20 TO 81:01 (RUNNING 00:00:29.753)**

```
20        Q   Have you ever heard of developer
21   considering leaving iOS to move to a game console?
22        A   No, I have not.
23        Q   Did there come a time when you were
24   interviewed by congressional staffers as part of an
25   investigation by U.S. Congress?
00081:01   A   I recall.
```

**30. PAGE 84:16 TO 85:08 (RUNNING 00:01:14.294)**

```
16        Q   The report also states that you recalled an
17   instance when an app developer's compliant
18   application was rejected from the App Store, and
19   then the technology was appropriated by Apple for
20   its own offerings.
21             Do you recall saying that to the staffers?
22        A   The technology wasn't appropriated.  The
23   idea was appropriated.  The technology was still
24   inherent in the app, but Apple released a feature, a
25   similar feature about a year later.
00085:01   Q   And your understanding was that that
02   rejection from the App Store was not justified under
03   the guidelines?
04        A   That is correct.
05        Q   And so this would be an example of Apple
06   making sure it has a first-mover advantage through
```

```
07    the review process?
08         A    Yeah, I think so.
```

**31.   PAGE 88:02 TO 88:08  (RUNNING 00:00:30.521)**

```
02              Do you remember when you thought that Apple
03    executives found reasons you thought were pretextual
04    for the non-approval of apps, the rejection of apps?
05         A    Yes.
06         Q    Can you give me an example of an app that
07    you thought was rejected on pretextual grounds?
08         A    Google Voice.
```

**32.   PAGE 88:09 TO 88:10  (RUNNING 00:00:08.180)**

```
09         Q    Any others?
10         A    That's the only one I can remember.
```

**33.   PAGE 100:15 TO 100:18  (RUNNING 00:00:09.760)**

```
15         Q    What were the numbers by the time you left
16    Apple?
17         A    By the time I left Apple, we were reviewing
18    about 100,000 apps per week.
```

**34.   PAGE 101:03 TO 101:10  (RUNNING 00:00:18.913)**

```
03         Q    And you also say that this leads to an
04    increased number of mistakes being made.
05              Do you see that?
06         A    Yes, I do.
07         Q    And mistakes are when apps are being
08    approved that should be rejected?
09         A    Apps that are being approved that should be
10    rejected and rejected that should be approved, yes.
```

**35.   PAGE 108:10 TO 110:07  (RUNNING 00:02:47.800)**

```
10         Q    Why does the review team need a set of
11    rules that are not open to the developers?
12         A    We crafted the guidelines to be very
13    subjective.  So we did not -- so we allowed
14    developers to try stuff, right, to push the
15    envelope, to try to show us something that's
16    allowable.  And we learned over the years that
17    developers will try interesting things, some of
18    which we like, and some of which we don't like.
19              But if we had very black and white rules,
20    developers would not have typically pushed the
21    envelope and tried to get interesting things into
22    the store.
23              So we wanted the guidelines to be
24    subjective for a while in order to see what type of
25    content, what type of apps we were going to get.
00109:01        Now, having said that, look, one of the
02    very first apps that we had an issue with was called
03    "Baby Shaker."  It was in the first three weeks of
04    my hiring.  And for all intents and purposes, that
05    didn't violate any guidelines, and three sets of
06    eyes.
07              This is when three reviewers would review
08    it.  They approved it.  Apple stock went down.  I
09    got a call from Steve.  I got a call from Al Gore's
10    office.  We got -- we had people picketing outside
11    of Apple because of one app approval that should not
12    have been approved.
13              And it was about quieting a baby by gently
14    shaking the phone, but if you shook it really hard,
15    you killed the baby.
16              And so that is the reason why we needed to
```

```
17    have more refined guidelines internally because
18    reviewers, they don't see the forest for the trees.
19    This was a dumb app.
20         If you shook it, it put X's over
21    the baby -- a picture of the baby's eyes.  No baby
22    was harmed in the making of this app.
23         But perception was that Apple's okay with
24    shaking babies.  So we'd have to reject -- or so we
25    got picketed.  And so we got a lot of bad press from
00110:01    that.  That's why we needed something a little more
02    defined than just the guidelines because the
03    guidelines are subjective.
04         Q   Is one of the goals of the review process
05    to protect -- to protect Apple's goodwill?
06         A   Yes.  It's to protect Apple's brand for
07    sure.
```

**36.  PAGE 117:01 TO 117:19  (RUNNING 00:00:49.499)**

```
00117:01         Q   In Marketing Text, there's a guideline
02    about cross-platform information.
03         Do you see that?
04         A   Yes, I do.
05         Q   What is the goal of this guideline?
06         A   Well, for the guideline specifically, I can
07    address some points of it.  Not -- it won't be
08    complete.
09         But one of the issues that we always had is
10    that developers that create a cross-platform app
11    like to put in the marketing text for the App Store,
12    iOS App Store, they want to tell them -- tell you
13    about the features in their Android app.  It made no
14    sense.
15         So we didn't want that kind of information
16    in the iOS App Store.
17         Q   Did you have any list of bad words that
18    were searched for, such as Android or Windows?
19         A   I'm sure we did.
```

**37.  PAGE 117:20 TO 117:22  (RUNNING 00:00:08.196)**

```
20         Q   And were apps generally prohibited from
21    pointing to their availability on other platforms?
22         A   Yes, they were.
```

**38.  PAGE 124:17 TO 124:22  (RUNNING 00:00:18.446)**

```
17         Q   If you turn to Exhibit 102.  This is a
18    document dated March 13, 2009.
19         (Whereupon Shoemaker Exhibit 102
20         was marked for identification and
21         attached hereto.)
22         MR. EVEN:  It's APL-APPSTORE_01964696-707.
```

**39.  PAGE 125:02 TO 125:15  (RUNNING 00:00:44.859)**

```
02         Q   Do you recall writing this document titled,
03    "My iPhone Developer Experience"?
04         A   Barely.  Vaguely.  Yes.
05         Q   Let me take a step back.  Did you write
06    this document; right?
07         A   Yes, I did.  Yes, I did.
08         Q   And you wrote it as part of your general
09    ordinary course of duties at Apple?
10         A   Yes.  I started on March 9th, 2009.  This
11    was four days later.  I was asked by Ron to write up
12    my developer experience working with the App Store
13    because -- because that's part of the reason they
14    hired me is what did I go through to get onto the
```

```
          15    App Store.
```

**40.  PAGE 126:20 TO 126:23  (RUNNING 00:00:11.750)**

```
          20        Q   How often did you hear developers
          21    complaining about Apple's criteria being unclear
          22    while you were at Apple?
          23        A   Every day probably.
```

**41.  PAGE 133:20 TO 134:19  (RUNNING 00:01:23.257)**

```
          20        Q   You mentioned earlier that you believed
          21    that in your later years at Apple, the accuracy of
          22    the review or the error rate went down.
          23            Do you remember that?
          24        A   Yes, I do.
          25        Q   And do you recall quoting to your
   00134:01    executives numbers around the 15 percent error rate
          02    around the 2015-16 time frame?
          03        A   Yes, I do.
          04        Q   And you mentioned earlier that you reviewed
          05    about, I think you said, 100,000 apps a week; is
          06    that right?
          07        A   Yes.
          08        Q   So that would still mean about 15,000
          09    mistakes each week; correct?
          10        A   That is correct.
          11        Q   If you turn to Exhibit 104.
          12            (Whereupon Shoemaker Exhibit 104
          13            was marked for identification and
          14            attached hereto.)
          15    BY MR. EVEN:
          16        Q   That is an e-mail exchange, dated
          17    January 4, 2006.  The top e-mail -- the last e-mail
          18    is from you.  And it bears Bates
          19    APL-APPSTORE_00058136-1838.
```

**42.  PAGE 135:01 TO 138:03  (RUNNING 00:03:36.626)**

```
   00135:01        Q   Is this an e-mail that you wrote around
          02    early 2016?
          03        A   It looks to be.
          04        Q   And it's an e-mail that you wrote as part
          05    of your ongoing business and employment at Apple; is
          06    that right?
          07        A   Yes, that's correct.
          08        Q   And you are forwarding an e-mail from a
          09    Mr. Sasser to Mr. Schiller, dated the same day,
          10    January 4th, 2016.
          11            Do you see that?
          12        A   I do see that.
          13        Q   Who is Mr. Sasser?
          14        A   I don't recall.  A developer from Panic.
          15    Panic was a popular developer or a developer that
          16    had popular apps on the store.
          17        Q   Okay.
          18            And they had apps for both iOS and Mac; is
          19    that right?
          20        A   I believe so.  Yes.
          21        Q   And the review process applied both to the
          22    Mac Store and the iOS Store; is that right?
          23        A   Yes.  My team reviewed apps for the Watch,
          24    for the App Store and for the Mac Store, that's
          25    correct.
   00136:01        Q   If you turn to the second page of the
          02    document, at the bottom do you see that Mr. Sasser
          03    is saying that -- and this is underlined (as read
          04    and/or reflected:)
```

```
        05            The app store takes parts --
        06        sorry -- of our job that we're
        07        already extremely good at -- like
        08        customer support, quick updates,
        09        easy refunds -- and makes them all
        10        more stressful and difficult, in
        11        exchange for giving Apple
        12        30 percent of our revenue.
        13        Do you see that?
        14    A    Yes, I do.
        15    Q    What's your understanding as to how the App
        16 Store made customer support more difficult for a
        17 developer like Panic?
        18    A    Well, if you look at the way the App Store
        19 works, technically Panic doesn't have any users.
        20 Apple has users.  Right.  Apple has customers.
        21        And those customers are able to purchase
        22 access to an app like Panic, but Panic doesn't get
        23 to know who they are.  They don't know their name.
        24 They don't have the credit card billing details.
        25 They don't know really anything about them.
00137:01            So it's a level of indirection.  And it's
        02 very difficult for a company like Panic to know, you
        03 know, if I write to Panic directly, say I bought
        04 your app, they can basically say, prove it.  I don't
        05 have any record of you buying my app.
        06            They have to go through the Apple channel
        07 to make that happen.  It's very difficult to connect
        08 the dots once you're running into customer
        09 service-related issues.
        10    Q    Okay.
        11            And if somebody wants to give a 1 star
        12 rating to Panic, can Panic do anything about it,
        13 talk directly to the customer, explain to them what
        14 they're not understanding about the app or anything
        15 like that?
        16    A    No, not directly.
        17    Q    How does the App Store make easy refunds
        18 more difficult for developers?
        19    A    Well, giving a refund from Apple is real
        20 easy.  You just go up to the app -- you just request
        21 a refund through a standard channel with Apple Care.
        22            The problem is that the developer doesn't
        23 really know about it.  Right.  I mean, if somebody
        24 requests -- if they go directly to Panic, in this
        25 instance, and say, I want a refund, Panic can't do
00138:01 it.  They say you have to go to Apple to get the
        02 refund.  And so they can get a refund from Apple.
        03            But it's another level of indirection.
```

**43. PAGE 138:04 TO 138:07  (RUNNING 00:00:10.190)**

```
        04            But I think -- I'm not sure what he means
        05 by that because honestly I've never had problems
        06 with getting a refund out of Apple on the App Store,
        07 but it's difficult for them to know.
```

**44. PAGE 138:18 TO 138:21  (RUNNING 00:00:08.049)**

```
        18    Q    And fair to say that this created another
        19 level of friction between developers and their
        20 users?
        21    A    Yeah, I would say so.
```

**45. PAGE 144:10 TO 144:23  (RUNNING 00:00:46.869)**

```
        10    Q    Did Apple have a policy against the
        11 disclosure to consumers of the 30 percent commission
```

```
12    that developers were paying?
13        A   I never saw anything in writing in the
14    guidelines, but, yes, that is an accurate statement.
15    We did not like to see that in the marketing text.
16        Q   And when you say did not like to see it,
17    that means that an app could get rejected for
18    putting something like that in the marketing text or
19    in an app itself?
20        A   Yes.  If an app were to say the monthly
21    subscription is 6.99, that's an extra 30 percent
22    because of Apple or something like that, yes.  We
23    would absolutely have them remove that.
```

**46.  PAGE 149:12 TO 149:14  (RUNNING 00:00:12.811)**

```
12        Q   Have you ever heard anybody voice concerns
13    about the security of other in-app purchase APIs?
14        A   I have not.
```

**47.  PAGE 149:15 TO 150:05  (RUNNING 00:00:52.440)**

```
15        Q   Based on your understanding, is IAP, in
16    fact, safer than, for instance, PayPal?
17        A   I believe it is, but I don't have any data
18    to back that up.  It just feels like it would be
19    more secure.
20        Q   And why do you think it feels more secure?
21        A   Because when you use in-app purchase,
22    you're using services that are built in on the phone
23    versus a third-party library that may or may not
24    have malware in it.  Right.
25            People can use infected libraries to give
00150:01    you third-party functionality.  And then your
02    password and user name are out there.
03            Whereas, I know if it's using the built-in
04    services of the iPhone, people can't be tracking
05    that information.  They can't be capturing it.
```

**48.  PAGE 150:22 TO 151:06  (RUNNING 00:00:33.090)**

```
22        Q   Has the functionality of IAP involved
23    during your time at Apple in any material way?
24        A   It evolved in a variety of ways, including
25    things like extra protections in place so people
00151:01    could not make accidental purchases.  Right.  Or
02    their children making accidental purposes so -- or
03    purchases.
04            Requiring the password to be reentered
05    after 15 minutes.  Certain features like that
06    changed over time.
```

**49.  PAGE 151:09 TO 151:18  (RUNNING 00:00:30.470)**

```
09        Q   You mentioned earlier that there came a
10    time when you and maybe others thought that maybe 30
11    percent was too high.
12            Do you remember that?
13        A   I do remember that.
14        Q   When was that discussion?
15        A   I would probably say late in my time at
16    Apple, 2015, 2016, developers were complaining about
17    the 30 percent.  I started hearing more and more
18    complaint about it.
```

**50.  PAGE 171:14 TO 173:21  (RUNNING 00:02:25.040)**

```
14        Q   We talked earlier about a store within a
15    store.
16            Do you remember that?
17        A   Yes, I do.
```

```
      18         Q   And you said that Apple had a general
      19   policy not allowing that; right?
      20         A   That's correct.
      21         Q   And that was for some time in a more
      22   internal policy that became more explicit and public
      23   facing over time; is that fair?
      24         A   That is correct.
      25         Q   And do you -- what's your understanding of
00172:01   the rationale for the prohibition on a store within
      02   a store?
      03         A   Apple always believed in -- well, there
      04   were multiple rationales.  One is that App Store was
      05   to be the only way that you could install apps
      06   into -- onto the iPhone.  Right.
      07             And there was technological reasons for it.
      08   There was privacy reasons, et cetera, but the only
      09   way to get an app onto your phone was through the
      10   App Store.
      11             So that was issue No. 1.  Right.  We didn't
      12   want anyone else to pretend that they were
      13   downloading an app, et cetera.  And we didn't want
      14   them to use other things like the enterprise
      15   guidelines or enterprise certificates and
      16   side-loading certificates.  They could only do it
      17   through this one.
      18             The other one was a little different.  It
      19   was about meritocracy.
      20             So the idea for the App Store has always
      21   been that the best apps will rise to the top because
      22   of reviews, ratings, and downloads.  Right.  The
      23   apps that tend to get a lot of downloads, they'll
      24   chart; right.
      25             And if they are getting a lot of downloads,
00173:01   it's trending.  It means it's got some value.  And
      02   those will rise up the charts because people, you
      03   know, especially now when there's 2 million apps in
      04   the store, it's very difficult to find apps.
      05             And so you know what the hot ones are by
      06   watching the charts and things that rise in the
      07   charts.
      08             Now, when you have a store in a store or
      09   these app recommendation apps, you have third
      10   parties meddling with that and people can pay to
      11   place.
      12             So let's say I go to one of these app
      13   recommendation apps and I say I'll give you $10,000
      14   put me at the top of your list, they'll put you at
      15   the top of their list and suddenly that terrible app
      16   is trending.
      17             And that app is changing the Apple charts
      18   and people are downloading this piece of garbage
      19   over and over and over.
      20             That was kind of the reason.  Those are the
      21   two reasons that I recall.
```

**51.  PAGE 175:04 TO 175:13  (RUNNING 00:00:27.216)**

```
      04             Let me introduce Exhibit 111.  That's an
      05   e-mail chain, Bates stamped APL-APPSTORE_09425339.
      06             (Whereupon Shoemaker Exhibit 111
      07             was marked for identification and
      08             attached hereto.)
      09   BY MR. EVEN:
      10         Q   That's another e-mail chain you wrote in
      11   the ordinary course as part of your job at Apple;
      12   right?
      13         A   Yes, it is.
```

**52. PAGE 175:14 TO 175:16 (RUNNING 00:00:08.003)**

```
        14          Q   And you're given here ERB meeting notes.
        15              Do you see that?
        16          A   Yes, I do.
```

**53. PAGE 175:17 TO 176:07 (RUNNING 00:00:36.129)**

```
        17          Q   And do you see at the top of the second
        18     page there's an app name called The Web Store,
        19     discover the top fun and useful or whatever from
        20     developer Orange?
        21              Do you see that?
        22          A   Yes, I do.
        23          Q   And you say it's rejected.  And in the
        24     comment you say (as read and/or reflected:)
        25                  We do not want apps that
 00176:01              replace our store with web apps.
        02              Do you see that?
        03          A   Yes, I do.
        04          Q   What was the rationale for not wanting a
        05     web app store?
        06          A   I think the comments sum that up.  They
        07     don't want to replace the store with web apps.
```

**54. PAGE 180:22 TO 181:03 (RUNNING 00:00:28.489)**

```
        22          Q   So while this is updating, let me introduce
        23     Exhibit 113.  That's a document dated November 23,
        24     2011.
        25          A   Okay.
 00181:01          Q   Again, an e-mail chain and it's
        02     APL-APPSTORE_05267651.
        03              If you can take a look at that.
```

**55. PAGE 181:04 TO 181:12 (RUNNING 00:00:11.455)**

```
        04          A   Okay.  I see it.
        05              (Whereupon Shoemaker Exhibit 113
        06              was marked for identification and
        07              attached hereto.)
        08     BY MR. EVEN:
        09          Q   This is another e-mail that you wrote and
        10     received as part of your ordinary course of
        11     employment at Apple; right?
        12          A   Yes, it is.
```

**56. PAGE 181:13 TO 181:23 (RUNNING 00:00:17.800)**

```
        13          Q   And on the second page, the very first
        14     e-mail in the chain, you're saying, (as read and/or
        15     reflected:)
        16                  I'm removing the Big Fish
        17              games app immediately.  I have no
        18              guideline to remove their app, but
        19              have been asked by the ERB to hide
        20              it.  I will be doing so
        21              immediately.
        22              Do you see that?
        23          A   Yes, I do.
```

**57. PAGE 181:24 TO 182:01 (RUNNING 00:00:07.250)**

```
        24          Q   What do you mean by "hide it"?
        25          A   It means remove it.  Just remove it from
 00182:01     the App Store so nobody can see it.
```

**58. PAGE 182:23 TO 183:09 (RUNNING 00:00:32.380)**

```
        23              What do you mean by (as read and/or
        24     reflected:)
```

```
         25                I have no guideline to remove
00183:01        their app On.
         02     A   I don't recall.
         03     Q   Doesn't it mean that there is no guideline
         04 that actually supports the ERB's decision that you
         05 can point to and say to the developer, here's the
         06 problem?
         07     A   That's how it reads, but it's 2011.  I
         08 figured there were guidelines at the time that
         09 disallowed this.  Maybe not.  I don't recall.
```

**59. PAGE 184:07 TO 184:11  (RUNNING 00:00:17.311)**

```
         07         Q   So let's turn to Exhibit 114.  Let me
         08 introduce it.
         09            That's a November 23, which is the same
         10 date, November 23, 2011, and it's e-mails from you.
         11 This is APL-APPSTORE_05267654.
```

**60. PAGE 184:12 TO 184:18  (RUNNING 00:00:05.409)**

```
         12            (Whereupon Shoemaker Exhibit 114
         13            was marked for identification and
         14            attached hereto.)
         15 BY MR. EVEN:
         16     Q   That's another e-mail that you wrote in the
         17 ordinary course of your employment at Apple; right?
         18     A   Yes.
```

**61. PAGE 184:19 TO 185:20  (RUNNING 00:00:53.936)**

```
         19     Q   And it's a little more lively in its
         20 language?
         21     A   Yes, it is.
         22     Q   And Mr. Neumayr -- I hope I'm not
         23 butchering his name -- says (as read and/or
         24 reflected:)
         25            If we clearly said to them "we
00185:01        removed it because we do not allow
         02        app stores in an app inside the App
         03        Store."
         04        Which is a quote from your e-mail that
         05 we've just seen.
         06     A   Yeah.
         07     Q   (As read and/or reflected:)
         08            Why wouldn't we also say this
         09        publicly as a statement?
         10        Do you see that?
         11     A   Yes, I do.
         12     Q   And you respond (as read and/or reflected:)
         13            Because it's chicken shit.  We
         14        don't have a guideline for this.
         15        Do you see that?
         16     A   Yes, I do.
         17     Q   Fair to say that at the time you thought
         18 that there was no guideline that supported this
         19 decision?
         20     A   I -- yes.  I would trust what I said then
```

**62. PAGE 185:21 TO 185:22  (RUNNING 00:00:05.130)**

```
         21 about the guidelines then than I would now.  I don't
         22 remember those guidelines.
```

**63. PAGE 185:24 TO 185:24  (RUNNING 00:00:01.497)**

```
         24            So if we turn to 115.
```

**64.** **PAGE 185:25 TO 186:15  (RUNNING 00:00:58.977)**

```
        25    ///
00186:01             (Whereupon Shoemaker Exhibit 115
      02             was marked for identification and
      03             attached hereto.)
      04             THE WITNESS:  Okay.
      05    BY MR. EVEN:
      06        Q   Now we're jumping two years forward.  So
      07    this is a February 5, 2013 e-mail.
      08    APL-APPSTORE_07087422-4224.
      09             That's another e-mail exchange that you had
      10    as part of your ordinary course of employment at
      11    Apple; is that right?
      12        A   Yes, it is.
      13        Q   And this is, again, concerning Big Fish; is
      14    that right?
      15        A   Yes.
```

**65.** **PAGE 186:24 TO 187:04  (RUNNING 00:00:13.814)**

```
        24        Q   And that's about some other iOS application
        25    that Big Fish submitted; correct?
00187:01        A   That is correct.
      02        Q   Not the one that was removed back in 2011;
      03    right?
      04        A   That's correct.  Yes.
```

**66.** **PAGE 188:10 TO 188:25  (RUNNING 00:00:33.098)**

```
        10        Q   Going all the way to the top, you write
        11    again (as read and/or reflected:)
        12             Big Fish Unlimited is seen as
        13             a game store within an app.  This
        14             is not allowed.  Phil and Eddy have
        15             been adamant about this, despite my
        16             protests.  We have no clear
        17             guidelines around this.
        18             Do you see this?
        19        A   Yes, I do.
        20        Q   And this is now February 2013 and still
        21    there are no guidelines; correct?
        22        A   So it appears, yes.
        23        Q   And Phil and Eddy are Phil Schiller and
        24    Eddy Cue; correct?
        25        A   Yes, that is correct.
```

**67.** **PAGE 189:07 TO 189:11  (RUNNING 00:00:14.280)**

```
        07        Q   And so as of February 2013, you thought
        08    that a game subscription is a promising business
        09    model that should be allowed?
        10        A   Personal belief, probably -- yes, that is
        11    correct.
```

**68.** **PAGE 195:09 TO 195:11  (RUNNING 00:00:00.031)**

```
        09             (Whereupon Shoemaker Exhibit 116
        10             was marked for identification and
        11             attached hereto.)
```

**69.** **PAGE 195:16 TO 195:22  (RUNNING 00:00:18.916)**

```
        16        Q   This is an e-mail dated July 18, 2011.
        17             Is this another e-mail that you wrote
        18    during your employment at Apple?
        19        A   I believe so.  Yes, it looks like it.
        20        Q   And it was part of the ordinary course of
        21    fulfilling of your duties at Apple?
        22        A   Yes.
```

**70. PAGE 196:10 TO 196:25  (RUNNING 00:00:33.925)**

```
10        Q   And Ms. Doerr writes in the second sentence
11   (as read and/or reflected:)
12              The system is not perfect and
13              scams can still perpetuate in the
14              App Store where reviews can be
15              gamed in short term and even
16              possibly long-term monetary gains
17              can be made by unscrupulous
18              developments.
19        Do you see that?
20        A   Yes, I do.
21        Q   Do you agree that that's a correct
22   statement?  The system was never perfect and scams
23   did still perpetuate the App Store from time to
24   time?
25        A   Sure.  Yes.
```

**71. PAGE 204:02 TO 204:10  (RUNNING 00:00:26.803)**

```
02              Was there anything about the App Review
03   process that was not susceptible to replication by
04   another App Store should another App Store decide to
05   do it?
06        A   No, I don't think so.
07        Q   It was just a matter of investing the money
08   and taking the time and thinking about the problem
09   and addressing it?
10        A   That's right.
```

**72. PAGE 214:23 TO 215:02  (RUNNING 00:00:17.520)**

```
23        Q   Would you agree with me that there were
24   instances that malware got onto iPhones?
25        A   Yes, I agree with that.
00215:01  Q   And malware got onto the App Store?
02        A   Yes.
```

**73. PAGE 216:03 TO 216:14  (RUNNING 00:00:41.402)**

```
03        Q   Do you recall an instance where a foreign
04   government had managed to put some malware into the
05   App Store?
06        A   Yes, I do.
07        Q   What was that instance?
08        A   A researcher from a university in China
09   submitted an app that when you played the game, it
10   would randomly go into your contact list and replace
11   all the phone numbers with 8s.  8888888.
12              And Chinese government brought that to our
13   attention to say -- to criticize us for our review
14   process.
```

**74. PAGE 229:20 TO 229:23  (RUNNING 00:00:22.715)**

```
20              MR. EVEN:  If you turn to Exhibit 119.
21        Q   And scroll to page 367.  This document is
22   even bigger than the Wiki, I believe.
23        A   Yeah.  Yeah, it is.
```

**75. PAGE 230:03 TO 231:03  (RUNNING 00:01:14.277)**

```
03        Q   At the top of the page, there's a paragraph
04   starting with (as read and/or reflected:)
05              Subcommittee staff learned
06              that Apple has engaged in conduct
07              to exclude rivals ...
08        Do you see that?
09        A   Yes, I do.
```

```
        10        Q   And do you see that it says (as read and/or
        11   reflected:)
        12                 For example, Mr. Shoemaker
        13             explained that Apple's senior
        14             executives would find pretextual
        15             reasons to remove apps from the App
        16             Store, particularly when those apps
        17             competed with Apple services.
        18        A   Yes, I do.
        19        Q   Do you recall sharing those views with the
        20   staffers?
        21        A   Not in so many words, but I had a lot of
        22   conversations with them.  I -- I do recall saying
        23   that -- yes.  I guess, yes, I did have that
        24   conversation with them.
        25        Q   And we saw some examples of instances like
  00231:01   that today about Google Voice and some of the Big
        02   Fish situation and things like that; is that fair?
        03        A   Yes.
```

**76.**  **PAGE 248:13 TO 251:04  (RUNNING 00:03:16.905)**

```
        13   are listening, what is the difference between a web
        14   app and an iOS app for the App Store?
        15        A   So an iOS app is an application that has
        16   been written in a specific programming language like
        17   Objective-C and Swift.
        18             And you write it on a Mac -- on a Mac or
        19   other type of computer.  And you access specific
        20   APIs to do the functionality that you want.
        21             You want to put buttons on the screen.  You
        22   do that with Objective-C or Swift.
        23             If you want to get access to the contacts
        24   or access to any of the deeper functionality in iOS,
        25   you use an app for that.
  00249:01             Now -- I'm sorry.  You use an API for that
        02   to access it within your app.
        03             So you can have a lot of functionality,
        04   full integration with the hardware device, access to
        05   the camera, access to the screen, drawing pixels on
        06   the screen, creating games, et cetera.  And it's a
        07   full, robust type of development environment on
        08   which you develop.  And that's available on iOS.
        09             When you go to the web and you do a web
        10   app, you're creating what's called "lowest common
        11   denominator functionality."  You're now creating an
        12   app -- an app with HTML and JavaScript.
        13             So, first of all, you have much slower
        14   processing.  It's a slower app because it's the same
        15   stuff you see on a website.  It's the HTML and
        16   JavaScript.  So you have limited functionality where
        17   you can put a pixel on the screen.  It's not as
        18   powerful.
        19             You don't have access to all of those APIs
        20   built into the underlying operating system because
        21   your lowest common denominator.  You want it to run
        22   on iOS.  You want it to run on windows.  You want it
        23   to run on Mac, and you want it to run on Android.
        24   So suddenly you're eliminating a lot of
        25   functionality for that.
  00250:01             Now, these operating systems can expose a
        02   little stuff that can be -- expose some of these
        03   deeper APIs to be used by web apps, but doing so
        04   also opens up security problems, a way, a back door
        05   into getting to the code.
        06             You want to expose as little as you can to
        07   these web apps because web apps don't go through a
```

41

```
08   review process.  Websites don't go through a review
09   process.
10           If you launch a website and it can access
11   underlying functionality like maybe your contacts,
12   suddenly every website you go to has the potential
13   of stealing your information.  Stealing your data.
14   And that's something that we want to disallow.
15           So a web app essentially is a website that
16   you say make a web app version of this.  And all
17   that does is it takes all of these files, these
18   HTML, these JavaScript files, and puts it into a
19   small container, and it lives on the springboard, on
20   the home screen, if you will, of your iOS device.
21           It looks like an app.  It's an icon.  But
22   it's a web app.  You're not going to have a lot of
23   functionality there.  You click it.  It's just like
24   saving a Safari link on your desktop and launching
25   an app.  So there's a lot of limited functionality.
00251:01   You can't do as much there.
02       Q   So at bottom, would you say that a web app
03   is no substitute for a true iOS app?
04       A   Yes, I would.
```

<u>Shoemaker, Phillip (Vol. 02) - January 14, 2021</u>                    1 CLIP  (RUNNING 00:11:37.692)

                                   20 SEGMENTS  (RUNNING 00:11:37.692)

1. **PAGE 356:05 TO 356:13  (RUNNING 00:00:13.228)**

        05              THE REPORTER:  Raise your right hand,
        06   please.
        07
        08              PHILLIP BURTON SHOEMAKER,
        09   recalled as a witness by counsel for Plaintiff, being
        10   first duly sworn, testified as follows:
        11
        12              THE WITNESS:  Yes, I do.
        13              THE REPORTER:  Thank you.

2. **PAGE 452:09 TO 452:15  (RUNNING 00:00:24.733)**

        09              And this is Bates Stamp 04 -- 00424815.
        10   Exhibit 176.  It is an e-mail from you,
        11   Mr. Shoemaker, to Peter stone.  It is dated
        12   March 6th, 2013.  New app process.
        13              Is this an e-mail that you would have sent
        14   in the course of your employment at Apple?
        15        A.  Yes.

3. **PAGE 452:19 TO 452:25  (RUNNING 00:00:24.269)**

        19        Q.  And this is a discussion about whether the
        20   apps were reviewed for viruses.
        21              And according to this e-mail, the apps are
        22   reviewed for -- are reviewed -- are scanned -- I'm
        23   sorry.  Are scanned with the Norton iAntivirus and
        24   the ClamXAV; is that correct?
        25        A.  That is correct.

4. **PAGE 453:17 TO 454:04  (RUNNING 00:00:34.895)**

        17        Q.  Okay.  And do you know how iTunes scanned
        18   for viruses, other than through the Norton and the
        19   ClamXAV?
        20        A.  No.  I did not.
        21        Q.  So do you know if they did a scan for the
        22   .exes?
        23        A.  Yes.
        24              Before I left, I know they were scanning the
        25   binaries for anything inside of the .zip file, which
   00454:01   is also an app.  They would scan those.  Whether they
        02   had .exes or .dlls in there, they would scan them for
        03   viruses -- well-known viruses using tools like Norton
        04   antivirus.

5. **PAGE 480:07 TO 480:15  (RUNNING 00:00:31.532)**

        07              So yesterday you mentioned an instance where
        08   Apple rejected an app and then released a similar
        09   feature on a tone.
        10              Do you recall that?
        11        A.  Yes.
        12        Q.  And what was the feature in question?
        13        A.  It was wireless syncing of -- of data.
        14        Q.  Wireless syncing between which devices?
        15        A.  iPhone and your Mac.

**6.** PAGE 484:20 TO 485:17 (RUNNING 00:01:40.097)

```
        20        Q.  You mentioned yesterday that there were
        21   generally no viruses on iOS; is that correct?
        22        A.  That is correct.
        23        Q.  And I think you have stated that that is
        24   because unlike Windows and, to some extent, Mac OS,
        25   iOS is a more modern OS; is that right?
 00485:01        A.  Yes.  That is correct.
        02        Q.  And I think you said that -- one aspect that
        03   is relevant to the issue of susceptibility to viruses
        04   was that iOS has what you called a sandbox model; is
        05   that right?
        06        A.  Yes.  That is correct.
        07        Q.  And sandbox model, if I understand
        08   correctly, it that essentially each application
        09   remains in its own little compartment and can't reach
        10   out of that unless the user or app allows it; is that
        11   right?
        12        A.  Yes.  That is correct.
        13        Q.  And if I understand in your answers then
        14   when it comes to malware, iPhones are -- are, you
        15   know, super safe because iOS in the sandbox model are
        16   very robust.
        17        A.  That is correct.
```

**7.** PAGE 487:06 TO 487:11 (RUNNING 00:00:24.101)

```
        06             And so what you are telling me is that for
        07   viruses, sandbox -- a sandbox model is very effective
        08   and human review is not.  And for malware, really,
        09   neither one is very effective because it is just very
        10   hard to catch.  It is just a real problem.
        11        A.  I would agree with that.
```

**8.** PAGE 488:02 TO 488:11 (RUNNING 00:00:30.522)

```
        02        Q.  Now, Apple does allow other app stores on
        03   Mac OS; is that right?
        04        A.  Yes, they do.
        05        Q.  And Apple does allow direct download of
        06   applications, what is called siloing onto Mac
        07   computer; right?
        08        A.  Yes, they do.
        09        Q.  And an iOS, even though it is more secure,
        10   Apple does not allow app stores for siloing; right?
        11        A.  That is correct.
```

**9.** PAGE 488:12 TO 488:16 (RUNNING 00:00:27.722)

```
        12        Q.  So would you agree with me that to extend --
        13   to the extent anyone claims that Apple needs a close
        14   guard on iOS to prevent viruses, for instance, that
        15   is just not true?
        16        A.  For viruses, yes.  That is correct.
```

**10.** PAGE 490:13 TO 490:19 (RUNNING 00:00:25.029)

```
        13        Q.  You mentioned yesterday that there were some
        14   dumb decisions made by some reviewers who put certain
        15   apps on halt.
        16             Do you recall that?
        17        A.  Yes, I do.
        18        Q.  And that was with respect to apps that
        19   supported a competing watch; right?
```

**11.** PAGE 490:20 TO 491:07 (RUNNING 00:00:42.115)

```
        20        A.  Yes.
        21        Q.  And so we covered yesterday that competing
```

```
        22    apps sometimes faced issues at the ERB because of
        23    positions taken by your superiors; is that right?
        24         A.  Yes.
        25         Q.  And based on the story of this competing
00491:01    watch, I understand that competing apps also
        02    sometimes faced problems with the review process
        03    because of your -- of your underlings, the people who
        04    reported to you.
        05         Is that fair?
        06         A.  Yes.  Overzealous reviewers, yes.  That is
        07    correct.
```

**12. PAGE 491:11 TO 491:21  (RUNNING 00:00:26.310)**

```
        11         They are they are overzealous in protecting
        12    Apple; right?
        13         A.  I would say they are more overzealous in
        14    protecting themselves and their job.  They were
        15    afraid they would get fired if they did something
        16    incorrect.
        17         Q.  Okay.  And they thought that they might get
        18    fired because they thought that Apple would not want
        19    to approve things that are competing against Apple;
        20    is that right?
        21         A.  That is my understanding, yes.
```

**13. PAGE 510:01 TO 510:12  (RUNNING 00:00:32.890)**

```
00510:01         Q.  Okay.  And would a jail broken iPhone still
        02    have sandboxing as part of its iOS?
        03         A.  No.  It would not.
        04         Q.  Okay.  So again, you had spoken earlier with
        05    Mr. Even about how sandboxing was the be all/end all
        06    safeguard against viruses.
        07         But would that safeguard exist in jail
        08    broken iPhones?
        09         A.  It would not, no.
        10         Q.  And how seriously did Apple, during your
        11    time there, take the threat of jail breaking?
        12         A.  Very seriously.
```

**14. PAGE 517:21 TO 518:15  (RUNNING 00:01:02.276)**

```
        21         Q.  And did Apple or the App Store review
        22    process ever make changes or modifications in
        23    response to developer feedback?
        24         A.  Yes.
        25         Q.  And how frequently did that occur?
00518:01         A.  A lot of things changed based on feedback.
        02    As far as the process was concerned, we were
        03    continually refining the process based on feedback.
        04    The guidelines were -- were one of the clearest forms
        05    of -- of feedback causing changes at Apple.  When
        06    developers would complain about one of our
        07    guidelines, the executives, the ERB, we would all get
        08    together and discuss those guidelines and ultimately
        09    make changes to them if we found they were warranted
        10    or not if we didn't, and we would release those
        11    guidelines -- updated versions of those guidelines;
        12    so that -- that happened -- those guidelines changed
        13    probably twice a year, but that was -- that was just
        14    one of the ways in which we would -- we would change
        15    based on feedback.
```

**15. PAGE 551:12 TO 552:10  (RUNNING 00:01:04.607)**

```
        12         Q.  Going back to the question, Mr. Shoemaker.
        13         Why were you concerned that there would be
        14    an exodus of developers from iOS to Android?
```

```
      15        A.  The -- the Apple App Store was -- was built
      16   for our customers, our consumers, the people
      17   downloading apps.  And we never had -- you know, we
      18   never had consumers complaining about -- about the
      19   app review process; right?
      20             Consumers never did that.  That was
      21   developers.
      22             But -- but my concern was if we didn't
      23   improve the app review process, developers might
      24   start pulling out and then making their games or
      25   their apps only available on the -- the Android
00552:01   store.  It was just a -- to me, it was always -- you
      02   know, it was always the concern.  You always want to
      03   strive to be better than you were the day before.
      04   And so, for me, I was always concerned about that,
      05   and I didn't want to be the reason why something like
      06   that happened.
      07        Q.  And did developers ever threaten to take
      08   their apps off of iOS and move exclusively to
      09   Android?
      10        A.  Yes.
```

**16.  PAGE 555:02 TO 555:13  (RUNNING 00:00:27.350)**

```
      02        Q.  Okay.  And speaking of it being heated,
      03   I note that on the bottom of this e-mail on page
      04   there he concludes by saying:
      05             "If Apple keeps treating developers that
      06             way, all of the small and medium developers
      07             will run away to other platforms.  The
      08             developers are the future of Apple."
      09             Is this a complaint that you heard -- or
      10   a threat, I should say, that you heard from other
      11   developers?
      12        A.  Yes.  We -- we -- I had heard this threat
      13   before.
```

**17.  PAGE 562:14 TO 562:19  (RUNNING 00:00:09.507)**

```
      14             MS. AHMAD:  Nineteen, yes.
      15             MR. PHILLIPS:  Okay.
      16             (Defense Exhibit Number DX-19
      17             was marked for identification.)
      18   BY MS. AHMAD:
      19        Q.  Mr. Shoemaker, will you pull up Exhibit 19?
```

**18.  PAGE 562:21 TO 563:08  (RUNNING 00:00:45.486)**

```
      21        Q.  So this is an e-mail exchange between you,
      22   P.B. Shoemaker direct, and Zenus Song at Apple.
      23             Is this an exchange that you had in the
      24   regular course of your work for Apple?
      25        A.  Okay.  Yes, it is.
00563:01        Q.  And who are you writing to when you address
      02   it team and send it to P.B. Shoemaker direct?
      03        A.  So those were my direct reports; so my
      04   managers in my organization.
      05        Q.  All right.  And I wanted to -- well, take
      06   a look at the e-mail and tell me if you recall
      07   generally the subject matter that you recount here.
      08        A.  Yes.  I do -- I do recall this.
```

**19.  PAGE 565:07 TO 565:10  (RUNNING 00:00:10.008)**

```
      07        Q.  Well, what was your understanding from these
      08   conversations with Android users as to why they had
      09   more concerns on Android than they would have had on
      10   an iOS?
```

**20.** **PAGE 565:13 TO 565:25 (RUNNING 00:00:41.015)**

```
13              THE WITNESS:  Because the users -- I'm
14   sorry.  Because -- because Android didn't -- I'm
15   sorry.  Google did no checks.  If you submit an app
16   to the -- the store, it basically made it onto the
17   store after going through some of the automation
18   stuff, but malware and privacy apps would get in
19   pretty easily -- private -- I'm sorry.  When I say
20   privacy, I mean apps that can affect your privacy,
21   that would take information, et cetera, would often
22   make it into the store.  There are hundreds of news
23   articles about those kinds of apps.  And we felt our
24   users felt it was much more comfortable doing that on
25   the App Store.
```


PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v. Apple Inc.*
**Ex. Depo. 03**
Date Entered _____
By _

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

### Deposition Designation of Eddy Cue
### (February 8, 2021)

#### Time

| Epic Games, Inc.'s Designations (Blue Highlight) | Apple Inc.'s Designations (Yellow Highlight) |
|---|---|
| 33 minutes 13 seconds | 1 minute 40 seconds |

Cue, Eddy (Vol. 01) - February 8, 2021                    1 CLIP  (RUNNING 00:34:52.201)

**94 SEGMENTS  (RUNNING 00:34:52.201)**

**1. PAGE 24:12 TO 24:14  (RUNNING 00:00:07.380)**

```
12        Q   Mr. Cue, what's your job title at present?
13        A   I'm the senior vice president of Internet
14   services and software at Apple.
```

**2. PAGE 25:13 TO 25:19  (RUNNING 00:00:33.399)**

```
13            What are your job responsibilities at
14   present?
15        A   I manage a lot of Apple services, examples
16   being Maps, iCloud, along with our media, which is
17   Apple TV+, Apple Music.  I manage an engineering
18   team for Apple Arcade.  I manage Apple Pay, Apple
19   Card.
```

**3. PAGE 26:12 TO 27:17  (RUNNING 00:01:39.583)**

```
12            Have you had any job responsibilities that
13   related to the App Store at all since you became
14   vice president of Internet services in approximately
15   the mid 2005ish time frame?
16        A   I did.
17        Q   And what were those responsibilities at
18   that time?
19            So we're going back now approximately to
20   sort of around 2005, 2007, in that time.
21        A   Yeah.
22            Well, let's just start from the beginning
23   of the App Store, which is roughly around that time.
24   I don't know the exact dates, but when the App Store
25   was started, my team did the engineering work of
00027:01  creating the App Store, the back-end parts of the
02   App Store.
03            And then we also were programming the App
04   Store.  What I mean by "programming" is which apps
05   were featured when you opened certain pages.
06            And those were my two primary
07   responsibilities.
08        Q   Did those responsibilities for the App
09   Store change at all over time?
10        A   They have.
11        Q   And in what ways have they changed?
12        A   The responsibility for managing the
13   features and what I would call running the store on
14   a day-to-day basis are managed by Phil Schiller.
15            I still manage all of the engineering
16   components, meaning the engineers that do the work
17   for creating it and maintaining it.
```

**4. PAGE 45:11 TO 45:14  (RUNNING 00:00:06.240)**

```
11        Q   And one of the things that makes the iPhone
12   attractive to users is a robust set of apps.
13            Would you agree with that?
14        A   I do.
```

**5. PAGE 47:15 TO 47:19  (RUNNING 00:00:08.456)**

```
    15         Q    At the time that the iPhone was launched,
    16    there weren't native apps that were being written
    17    for the iPhone by third-party developers; is that
    18    right?
    19         A    That's correct.
```

**6. PAGE 61:25 TO 62:01  (RUNNING 00:00:03.605)**

```
    25         Q    Would Android -- do Android apps work on
00062:01    the iOS platform?
```

**7. PAGE 62:03 TO 62:05  (RUNNING 00:00:06.220)**

```
    03              THE WITNESS:  Again, Android is something
    04    completely different and wouldn't work.  So I don't
    05    understand.
```

**8. PAGE 63:05 TO 63:06  (RUNNING 00:00:03.442)**

```
    05              Is it the case that Android apps do not
    06    work on the iOS platform?
```

**9. PAGE 63:08 TO 63:09  (RUNNING 00:00:05.606)**

```
    08              THE WITNESS:  Again, the Android app itself
    09    is written to the Android SDK and wouldn't run.
```

**10. PAGE 63:10 TO 63:12  (RUNNING 00:00:08.083)**

```
    10              But many Android app developers build iOS
    11    apps using RSDK, and so many of the apps are
    12    available on both platforms.
```

**11. PAGE 64:03 TO 64:04  (RUNNING 00:00:05.409)**

```
    03              Let's take a look at PX 403.  PX 403, if
    04    the witness has it.
```

**12. PAGE 64:07 TO 64:12  (RUNNING 00:00:10.186)**

```
    07              This is a document, single-page document
    08    that is dated 3 January 2010, bearing the Bates
    09    number at the bottom -00120802.
    10              (Whereupon Cue Exhibit 403 was
    11              marked for identification and
    12              attached hereto.)
```

**13. PAGE 65:13 TO 65:18  (RUNNING 00:00:11.694)**

```
    13              And do you see that you are a cc on this
    14    document?
    15         A    I do.
    16         Q    And do you believe that you received it on
    17    or about 3 January 2010?
    18         A    I'm sure I did.
```

**14. PAGE 67:13 TO 67:19  (RUNNING 00:00:28.815)**

```
    13         Q    Let's turn to PX 404, if you have that,
    14    Mr. Cue.  I'll identify it for the record.
    15              It's a document, two-page document, from
    16    Mr. Cue to Mr. Cook and Mr. Schiller, subject:  Back
    17    to School next year, bearing the Bates number at the
    18    bottom -09114427 through -28, dated 15 February
    19    2013.
```

**15. PAGE 67:23 TO 67:23  (RUNNING 00:00:01.034)**

```
    23              THE WITNESS:  I do have that.
```

**16.  PAGE 68:01 TO 68:02  (RUNNING 00:00:02.315)**

```
00068:01              Let me know when you've had an opportunity
     02   to review the document.
```

**17.  PAGE 68:03 TO 68:13  (RUNNING 00:00:22.384)**

```
     03        A   Okay.  I have.
     04        Q   All right.
     05            Do you see that in the first paragraph, you
     06   say (as read and/or reflected:)
     07                 Getting customers using our
     08            stores (iTunes, App and iBookstore)
     09            is one of the best things we can do
     10            to get people hooked to the
     11            ecosystem.
     12            Do you see that?
     13        A   I do.
```

**18.  PAGE 70:15 TO 70:20  (RUNNING 00:00:19.121)**

```
     15        Q   And so is it fair to say that part of what
     16   you're saying here is that in order for a consumer
     17   to buy a Samsung, they might have to spend hundreds
     18   of additional dollars in order to have the same
     19   content on a new Samsung device as they already had
     20   on their iPhone?
```

**19.  PAGE 70:22 TO 70:25  (RUNNING 00:00:08.155)**

```
     22            THE WITNESS:  Yes.  In the case of, it's --
     23   if they were buying a Samsung phone, they would have
     24   to buy some of these things again if they wanted to
     25   have the exact same thing there.
```

**20.  PAGE 79:04 TO 79:06  (RUNNING 00:00:08.867)**

```
     04            Now, the App Store, do you believe it's
     05   been financially successful since it was first
     06   introduced?
```

**21.  PAGE 79:08 TO 79:11  (RUNNING 00:00:04.700)**

```
     08            THE WITNESS:  To whom?
     09   BY MS. FORREST:
     10        Q   To Apple.
     11        A   Yes.
```

**22.  PAGE 84:01 TO 84:09  (RUNNING 00:00:30.836)**

```
00084:01            Would you agree with me that there are
     02   different ways in which the App Store has been able
     03   to create revenue streams?
     04            For instance, through subscriptions --
     05        A   Oh --
     06        Q   -- or IAP or ad search, things like that.
     07        A   Yes.  We have come up with different ways
     08   over time to allow developers to charge customers in
     09   different ways.
```

**23.  PAGE 85:10 TO 85:12  (RUNNING 00:00:08.453)**

```
     10        Q   Does Apple obtain revenue through IAP?
     11        A   There is a commission revenue share with
     12   in-app purchase, yes.
```

**24.  PAGE 85:16 TO 85:17  (RUNNING 00:00:14.330)**

```
     16            Does Apple make revenue through the
     17   subscription sales that developers are able to make?
```

**25.  PAGE 85:19 TO 85:22  (RUNNING 00:00:09.036)**

```
        19            THE WITNESS:  In addition to -- in addition
        20    to in-app purchase, developers are able to sell
        21    digital subscriptions in which there is a rev share
        22    of commission as well.
```

**26.  PAGE 87:23 TO 88:06  (RUNNING 00:00:29.991)**

```
        23            When a search -- when a user enters a
        24    search query in the App Store --
        25       A   Yes.
00088:01         Q   -- the first result that is now returned is
        02    a monetized ad; correct?
        03       A   If an ad is available, that's correct.
        04       Q   And Apple obtains revenue from the
        05    monetization of those ads; is that correct?
        06       A   That's correct.
```

**27.  PAGE 89:01 TO 89:05  (RUNNING 00:00:09.391)**

```
00089:01         Would you agree with me that Apple has made
        02    over a billion dollars in revenue from the
        03    monetization from the first search result in the App
        04    Store?
        05       A   I do.
```

**28.  PAGE 89:13 TO 89:21  (RUNNING 00:00:17.467)**

```
        13            So PX 406 is from Mr. Cue to Mr. Schiller,
        14    dated 15th July 2009.  And it bears the Bates number
        15    at the bottom -06216718.
        16            (Whereupon Cue Exhibit 406 was
        17            marked for identification and
        18            attached hereto.)
        19    BY MS. FORREST:
        20       Q   And if you would let me know, Mr. Cue, when
        21    you have had an opportunity to review this document.
```

**29.  PAGE 89:22 TO 90:07  (RUNNING 00:00:24.138)**

```
        22       A   I have.
        23       Q   Okay.
        24            And is this a document that you wrote to
        25    Mr. Schiller on or about the 15th of July 2009?
00090:01         A   It is.
        02       Q   Okay.
        03            And the second e-mail below yours is from
        04    Mr. Schiller to you -- actually to Mark, which I
        05    take it as Mark Donnelly, who is indicated as a cc
        06    on this document?
        07       A   That's correct.
```

**30.  PAGE 90:09 TO 91:13  (RUNNING 00:00:58.863)**

```
        09            And it says (as read and/or reflected:)
        10            Mark, Steve has asked if we
        11            could send him the data for the App
        12            Store financial model.  He wants to
        13            understand the profits and costs
        14            (the assumption is that it is at
        15            best slightly positive given all
        16            the free apps, which is fine).
        17            Thanks, Phil.
        18            Do you see that?
        19       A   I do.
        20       Q   Do you -- to the best of your -- did you
        21    understand the Steve here to be Steve Jobs?
        22       A   That's what I believed.
        23       Q   Okay.
```

```
         24              And you respond, quote (as read and/or
         25    reflected:)
00091:01                    We are definitely making money
         02         so we are fine and Mark can send
         03         you the data.
         04         Is that right?
         05    A    That's correct.
         06    Q    Okay.
         07         And when you said, "We are definitely
         08    making money," what did you mean?
         09    A    Again, we were taking high-level business
         10    models of the amount of revenue coming in versus
         11    some of the costs associated with running the store.
         12    And it wasn't -- it was -- it was not in the red.
         13    It was in the positive.
```

**31. PAGE 91:17 TO 91:20  (RUNNING 00:00:17.047)**

```
         17              Do you remember a point in time when there
         18    was a debate as to whether or not iMessage should be
         19    opened to Android, and Android users would be able
         20    to utilize iMessage on an Android platform?
```

**32. PAGE 91:22 TO 92:09  (RUNNING 00:00:35.118)**

```
         22              THE WITNESS:  I remember the time of
         23    wanting to do an iMessage app on Android ourselves
         24    so that you could -- on Android Talk to iMessage.
         25    So we would do the app.
00092:01    BY MS. FORREST:
         02    Q    So that would be Apple writing on the
         03    Android platform an iMessage app?
         04    A    That's correct.
         05    Q    Would there have been -- in that version,
         06    would there have been cross-compatibility with the
         07    iOS platform so that users of both platforms would
         08    have been able to exchange messages with one another
         09    seamlessly?
```

**33. PAGE 92:11 TO 92:12  (RUNNING 00:00:04.212)**

```
         11              THE WITNESS:  That was certainly the
         12    discussion and the view that I had.
```

**34. PAGE 92:13 TO 92:16  (RUNNING 00:00:12.055)**

```
         13              That wouldn't be the case over time because
         14    of the features that were added to Messages, but at
         15    that time, I think we could have made a version on
         16    Android that worked with iOS.
```

**35. PAGE 92:17 TO 93:01  (RUNNING 00:00:21.741)**

```
         17    BY MS. FORREST:
         18    Q    And there were several individuals,
         19    including Mr. Schiller, who disagreed with you; is
         20    that right?
         21    A    That's correct.
         22    Q    And Mr. Schiller's view prevailed; is that
         23    right?
         24    A    Yeah.  I mean, you can say -- I mean,
         25    obviously he didn't think we should do it, and we
00093:01    didn't do it, so you could say he prevailed.  But I
```

**36. PAGE 93:02 TO 93:02  (RUNNING 00:00:03.147)**

```
         02    don't think he was instrumental in the decision.
```

**37. PAGE 96:07 TO 96:21  (RUNNING 00:00:40.051)**

```
         07              PX 407 is a document that is dated 8 April
```

```
08   2013, from Mr. Federighi, F-e-d-e-r-i-g-h-i, to
09   Mr. Cue, copying Mr. Schiller and Mr. Cook.  It's a
10   document that bears the Bates numbers -09702122
11   through -23.
12            (Whereupon Cue Exhibit 407 was
13            marked for identification and
14            attached hereto.)
15       MS. FORREST:  Exhibit 408 is a document
16   from Mr. Schiller to Mr. Cue, copying Mr. Federighi
17   and Mr. Cook, dated 8 April 2013, bearing the Bates
18   numbers -09702116 through -118.
19            (Whereupon Cue Exhibit 408 was
20            marked for identification and
21            attached hereto.)
```

**38. PAGE 97:08 TO 97:11 (RUNNING 00:00:12.710)**

```
08            Do you recognize, first, what's been marked
09   as PX 407, which is the 8 April 2013 document from
10   you to Mr. Federighi -- I'm sorry -- from
11   Mr. Federighi to you?
```

**39. PAGE 97:12 TO 97:12 (RUNNING 00:00:00.771)**

```
12       A   I do.
```

**40. PAGE 97:14 TO 99:23 (RUNNING 00:01:56.198)**

```
14            And do you see in the middle of the page
15   there, there's a message from you dated April 7,
16   2013, where you said (as read and/or reflected:)
17                We really need to bring
18            iMessage to Android.  I have had a
19            couple of people investigating this
20            but we should go full speed and
21            make this an official project.
22            Do you see that?
23       A   I do.
24       Q   Okay.
25            And was that a belief that you held at that
00098:01   time in April of 2013?
02       A   That was, yes.
03       Q   Okay.
04            And then above that at 10:04 p.m. on the
05   same day, you say (as read and/or reflected:)
06                Do we want to lose one of the
07            most important apps in a mobile
08            environment to Google?  They have
09            search, mail, free video and
10            growing quickly in browsers.  We
11            have the best messaging app and we
12            should make it the industry
13            standard.  I don't know what ways
14            we can monetize it but it doesn't
15            cost us a lot to run.
16            Do you see that?
17       A   I do.
18       Q   And did you believe that statement when you
19   wrote it?
20       A   I did.
21       Q   Okay.
22            Then Mr. Federighi writes to you and he
23   says (as read and/or reflected:)
24                Do you have any thoughts on
25            how we would make switching to
00099:01            iMessage (from WhatsApp) compelling
02            to masses of Android users who
03            don't have a bunch of iOS friends?
```

```
04              iMessage is a nice app/service, but
05              to get users to switch social
06              networks we'd need more than a
07              marginally better app.  (This is
08              why Google is willing to pay
09              $1 billion--for the network, not
10              for the app).
11              And then it goes on (as read and/or
12   reflected:)
13                   In the absence of a strategy
14              to become the primary messaging
15              service for to bulk of cell phone
16              users -- that's a mistake in the
17              text -- I am concerned the iMessage
18              on Android would simply serve to
19              remove an obstacle to iPhone
20              families giving their kids Android
21              phones.
22              Do you see that?
23          A   I do.
```

**41. PAGE 100:17 TO 101:04  (RUNNING 00:00:41.916)**

```
17          Q   Let's turn to PX 408.  And this is another
18   series of texts.
19              This one, if you look at the bottom of the
20   page, the first page of PX 408, you'll see that it's
21   the continuation of the discussion that's just been
22   left behind in PX 407.
23              And you'll see that Mr. Schiller is writing
24   to you, and he says (as read and/or reflected:)
25                   iMessage was created as a
00101:01             feature of iOS that brings value to
02              our iPhone users.
03              Do you see that?
04          A   I do.
```

**42. PAGE 102:20 TO 102:23  (RUNNING 00:00:18.766)**

```
20          Q   Do you -- in your view, do you believe that
21   not having iMessage on Android has created an
22   obstacle to families giving their kids Android
23   phones?
```

**43. PAGE 102:25 TO 102:25  (RUNNING 00:00:01.439)**

```
25              THE WITNESS:  No, not at all.
```

**44. PAGE 109:04 TO 109:18  (RUNNING 00:00:45.516)**



**45. PAGE 109:19 TO 110:17  (RUNNING 00:01:21.644)**





**46. PAGE 114:14 TO 114:19 (RUNNING 00:00:22.575)**

```
        14           MS. FORREST:  PX 416 is a two-page document
        15   that is dated 4 March 2016 from Mr. Cook to Mr. Cue
        16   and Mr. Federighi.  And it bears the Bates numbers
        17   at the bottom -02970610 through -11.
        18        Q   Tell me when you've had an opportunity to
        19   review this document, Mr. Cue.
```

**47. PAGE 114:20 TO 115:02 (RUNNING 00:00:14.418)**

```
        20        A   I've reviewed it.
        21        Q   All right.
        22            Did you receive this document on or about
        23   the 4th of March 2016?
        24        A   I did.
        25        Q   And did you receive it in connection with
  00115:01   your duties and responsibilities at Apple?
        02        A   I did.
```

**48. PAGE 115:17 TO 116:08 (RUNNING 00:00:49.309)**

```
        17            PX 413 is a document that is from Sanjay,
        18   S-a-n-j-a-y, Mathur, M-a-t-h-u-r, to Eddy Cue and
        19   Mr. Schiller, dated 14 November 2020.  It bears the
        20   Bates numbers at the bottom -05589233, running
        21   consecutively through -240.
        22            (Whereupon Cue Exhibit 413 was
        23            marked for identification and
        24            attached hereto.)
        25   ///
  00116:01   BY MS. FORREST:
        02        Q   And the next document is PX 414, which is
        03   from Todd Teresi, T-e-r-e-s-i, to Mr. Cue and
        04   Mr. Schiller, dated 2 September 2019, bearing the
        05   Bates numbers at the bottom -09654732 through -746.
        06            (Whereupon Cue Exhibit 414 was
        07            marked for identification and
        08            attached hereto.)
```

**49. PAGE 117:13 TO 117:19 (RUNNING 00:00:15.560)**

```
        13        Q   And did you receive PX 413 on or about the
        14   14th of November 2020?
        15        A   Yes.
        16        Q   And you received it in connection with your
```

```
        17   duties and responsibilities at Apple?
        18       A   Yes.
        19       Q   And if we turn to PX 414, this is for an
```

**50.  PAGE 117:24 TO 118:01  (RUNNING 00:00:10.190)**

```
        24           Is this also one of those same weekly
        25   reports relating to search ads?
   00118:01       A   Yes, it is.
```

**51.  PAGE 120:20 TO 121:01  (RUNNING 00:00:18.759)**

```
        20           Did you receive a copy of Exhibit 80 with
        21   Exhibit 79 on or about the 20th of June 2013?
        22       A   I did.
        23       Q   And did you receive that -- those materials
        24   in connection with your duties and responsibilities
        25   at Apple?
   00121:01       A   I did.
```

**52.  PAGE 126:20 TO 126:25  (RUNNING 00:00:13.211)**

```
        20       Q   Let me just sort of try the question again.
        21           Putting aside the reasons why, did you ever
        22   try to move your library of movies and filmed
        23   entertainment from an iPhone to an Android?
        24       A   I did not because I know that that doesn't
        25   work.
```

**53.  PAGE 128:07 TO 128:25  (RUNNING 00:00:44.325)**

```
        07           So Exhibit 415 is a document from Mr. Cue
        08   to a number of individuals, the first of whom is
        09   Mr. Jeff Robbin, R-o-b-b-i-n; it's dated 3 September
        10   2013.  Subject (as read and/or reflected:)
        11               9 smart and useful features of
        12               Apple's iPhone ecosystem that make
        13               it hard to switch-tech news and
        14               analysis.
        15               Bearing the Bates numbers at the bottom
        16   -09184163 through -66.
        17           (Whereupon Cue Exhibit 415 was
        18           marked for identification and
        19           attached hereto.)
        20   BY MS. FORREST:
        21       Q   My first question to you, Mr. Cue, when
        22   you've had an opportunity to review this is whether
        23   you recognize it.
        24       A   Again, I don't recall, but I'm sure I sent
        25   it.
```

**54.  PAGE 135:08 TO 136:14  (RUNNING 00:01:42.311)**

```
        08           How was the 30 percent arrived at?
        09       A   Back when we started the App Store, we
        10   wanted to look at what the markets were for
        11   distributing software and what the commission rates
        12   were at those times.
        13           And so we looked at the industry that was
        14   out there selling mainly hard goods of software.
        15   There wasn't really any kind of App Store.  Again,
        16   we were -- something that was brand-new that was
        17   created by us, but there were other ways to
        18   distribute software before us.
        19           And so we looked at those models, and they
        20   all tended to be anywhere from 40 to 50 percent,
        21   plus there was some significant cost in returns and
        22   other things that wouldn't happen in our App Store.
        23           And so looking at the different market, we
        24   came up with 30 percent, which was a huge decrease
```

```
        25   to what everyone was paying at the time.  And we
00136:01   thought we'd get developers really excited about
        02   participating in the platform.
        03        Q   Who were the individuals who were involved
        04   in the decision as to what percentage commission to
        05   charge in that regard?
        06        A   I believe the primary members, as I recall,
        07   was myself and Steve.
        08        Q   And you say "Steve," you mean Steve Jobs?
        09        A   Sorry.  Yes.  I meant Steve Jobs.
        10        Q   Anyone else?
        11        A   Again, I think that the decision, I'm sure,
        12   was made by myself and Steve.  There were -- there
        13   could have been others that participated in it, but
        14   I think the decision was left to the two of us.
```

**55. PAGE 137:23 TO 138:14  (RUNNING 00:00:48.648)**

```
        23        Q   Do you recall whether or not the costs of
        24   development of the SDKs, for instance, that
        25   developers were going to be using to write apps
00138:01   figured into the choice of the 30 percent
        02   commission?
        03        A   I don't recall.  I don't know.
        04        Q   Do you know whether or not the costs of any
        05   tools were used as part of the decision-making
        06   process as to what level of commission to charge?
        07        A   Again, I don't recall, it may have been,
        08   but, again, wasn't the primary vehicle we used.
        09        Q   Do you recall whether any additional
        10   developer services and the cost of those services
        11   was factored into the selection of the amount of the
        12   commission?
        13        A   Again, it may have but wasn't the primary
        14   vehicle.
```

**56. PAGE 139:05 TO 139:14  (RUNNING 00:00:25.670)**

```
        05   piece.  I am sure that somebody from finance would
        06   look or decide whether that price was -- we would
        07   lose a lot of money.  So I'm sure that that was
        08   viewed as a price that would lose a lot of money
        09   from that viewpoint.
        10            But, again, I don't recall it from that
        11   point.  We wanted to do something that was highly
        12   competitive so that developers would join.
        13            And so we wanted it to be cheap compared to
        14   anything that they had experienced before.
```

**57. PAGE 141:13 TO 141:20  (RUNNING 00:00:25.501)**

```
        13            So I guess what I'm trying to figure out is
        14   between the time that you and Steve Jobs came up
        15   with the 30 percent commission until today, have you
        16   been involved in any discussions where people have
        17   exchanged either through in-person meetings or
        18   e-mail exchanges, here's our breakdown as to why we
        19   need the 30 percent cost or the 30 percent
        20   commission?
```

**58. PAGE 141:22 TO 142:09  (RUNNING 00:00:31.597)**

```
        22            THE WITNESS:  Sorry.  If you phrased in
        23   that way, the answer would be no.  The discussions
        24   that would have taken place, and, again, I -- not my
        25   primary thing so I wouldn't have paid attention to
00142:01   it.
        02            We obviously monitor our costs and what our
        03   costs are in running Apple at different points and
```

```
    04   different locations and different pieces of it.  So
    05   I'm sure there are people that are looking at the
    06   cost of doing things around it.
    07         As it relates to the 30 percent of, like,
    08   here's our justification for doing that, no, I don't
    09   recall having a conversation like that.
```

**59.** **PAGE 143:25 TO 144:06  (RUNNING 00:00:18.722)**

```
    25         So we've marked as Plaintiffs' Exhibit 417
00144:01   a document from Mr. Schiller to Mr. Cue, dated 28
    02   July 2011, bearing the Bates numbers at the bottom
    03   -00138494 through -97.
    04         (Whereupon Cue Exhibit 417 was
    05         marked for identification and
    06         attached hereto.)
```

**60.** **PAGE 145:06 TO 145:13  (RUNNING 00:00:20.866)**

```
    06         Did you receive this document on or about
    07   the 28th of July 2011?
    08      A   I did.
    09      Q   And did you receive it in connection with
    10   your duties and responsibilities at Apple?
    11      A   I did.
    12      Q   Do you recall receiving this document?
    13      A   I don't, but seeing it now, I'm sure I did.
```

**61.** **PAGE 150:05 TO 150:12  (RUNNING 00:00:19.396)**

```
    05      Q   So at you sit here today, because I want to
    06   make sure I move away from what might be possible to
    07   what you can actually recall, are you aware of any
    08   developers who have said that they would not launch
    09   a native iOS app because of the 30 percent
    10   commission structure?
    11      A   Yes.  I'm aware that some developers have
    12   said that.
```

**62.** **PAGE 151:18 TO 152:12  (RUNNING 00:00:48.257)**

```
    18         So let's take a look at PX 418.  I'll
    19   identify it while you take a look at it.
    20         It's to Eddy Cue from Matt Fischer, dated 7
    21   March 2011, bearing the Bates number at the bottom
    22   -45793 through -45794.
    23         (Whereupon Cue Exhibit 418 was
    24         marked for identification and
    25         attached hereto.)
00152:01   BY MS. FORREST:
    02      Q   If you could let me know when you've had an
    03   opportunity to look at this, I would be
    04   appreciative.
    05      A   I've looked at it.
    06      Q   Okay.
    07         Did you receive a copy of what's been
    08   marked as PX 418 on or about the 7th of March 2011?
    09      A   I do.
    10      Q   And you received that in connection with
    11   your job at Apple?
    12      A   I did.
```

**63.** **PAGE 153:23 TO 154:02  (RUNNING 00:00:13.769)**

```
    23         So you -- the document indicates that Kazaa
    24   was not going to launch a native iOS app because of
    25   the 30 percent commission, but the only information
00154:01   you have about that is what's contained in this
    02   document, which is PX 418; is that right?
```

**64.  PAGE 154:04 TO 154:04  (RUNNING 00:00:01.722)**

```
04              THE WITNESS:  That's all I recall, yes.
```

**65.  PAGE 154:07 TO 154:12  (RUNNING 00:00:21.732)**

```
07              Are you aware that there was a time when
08   Netflix ran a series of experiments to determine
09   whether or not IAP was, in fact, increasing the
10   number of subscribers it was obtaining in various
11   geographies?
12       A   I am.
```

**66.  PAGE 154:25 TO 155:03  (RUNNING 00:00:17.650)**

```
        25          And do you recall that Netflix indicated to
00155:01   Apple that IAP customers had much shorter
        02   subscription lives due to voluntary churn than
        03   non-IAP customers?
```

**67.  PAGE 155:05 TO 155:05  (RUNNING 00:00:01.471)**

```
05              THE WITNESS:  Sorry.  I'm aware of that.
```

**68.  PAGE 163:11 TO 163:15  (RUNNING 00:00:21.798)**

```
11       Q   Are you aware of anyone, as you sit here
12   today, who has switched from using an iPhone to an
13   Android because of the -- a particular availability
14   of an app on Android that was not available on iOS?
15       A   Again, I can't name somebody, no.
```

**69.  PAGE 164:03 TO 164:19  (RUNNING 00:00:53.045)**

```
03              Are you aware that there was a point in
04   time in August of 2020 when Epic Games began to
05   include an additional payment processing method
06   within the Fortnite app?
07       A   Yeah.  Let me -- just to make sure we agree
08   on terminology here, they came up with a new
09   payment -- a direct payment method to them.
10              I -- when you say "payment processing,"
11   it's whatever, I don't know what you mean by that.
12              But, again, they provided a direct payment
13   mechanism to them.  So I am aware of that.
14       Q   Okay.
15              Are you aware of any studies that have
16   occurred or analyses as to whether or not there were
17   any security vulnerabilities introduced onto any
18   iPhone as a result of that direct payment method
19   from Epic?
```

**70.  PAGE 164:21 TO 164:21  (RUNNING 00:00:02.138)**

```
21              THE WITNESS:  I don't recall anything.
```

**71.  PAGE 168:07 TO 168:18  (RUNNING 00:00:22.438)**

```
07              You are aware of apps which have sold
08   things to customers, and the customers have claimed
09   they have been defrauded by those apps; correct?
10       A   Correct.
11       Q   Okay.
12       A   Correct.
13       Q   And that has occurred from time to time
14   since the beginning of apps that were available to
15   sell things to consumers; is that right?
16       A   Since we've built our App Store, you mean?
17       Q   Yeah.
18       A   Yes.
```

**72. PAGE 169:01 TO 169:04 (RUNNING 00:00:09.475)**

```
00169:01            There have been apps which have been in the
      02    App Store, which you have received complaints from
      03    time to time, have been defrauding customers; is
      04    that right?
```

**73. PAGE 169:06 TO 169:09 (RUNNING 00:00:12.822)**

```
      06            THE WITNESS:  We have had apps in the store
      07    that have defrauded customers that have potentially
      08    taken their data, you know, all kinds of security
      09    and privacy issues.
```

**74. PAGE 169:12 TO 169:15 (RUNNING 00:00:10.377)**

```
      12            And when Apple learns of those issues,
      13    Apple attempts to take action, responsive action, to
      14    eliminate those issues; is that right?
      15        A   That's correct.
```

**75. PAGE 170:09 TO 170:12 (RUNNING 00:00:10.878)**

```
      09            Are you aware of an instance in which a
      10    direct payment method has resulted in specific
      11    software changes that have introduced a security
      12    vulnerability?
```

**76. PAGE 170:14 TO 170:14 (RUNNING 00:00:01.854)**

```
      14            THE WITNESS:  I'm not sure.
```

**77. PAGE 171:23 TO 172:01 (RUNNING 00:00:14.751)**

```
      23            Are you aware of any of the credit card
      24    platforms that you have used as having introduced
      25    particular security vulnerabilities onto the iPhone
00172:01    hardware?
```

**78. PAGE 172:03 TO 172:09 (RUNNING 00:00:15.357)**

```
      03            THE WITNESS:  No.  I don't think that would
      04    be possible.
      05    BY MS. FORREST:
      06        Q   And how about for PayPal?  Are you aware of
      07    the utilization of PayPal in connection with IAP in
      08    any way as having introduced a security
      09    vulnerability onto the hardware?
```

**79. PAGE 172:11 TO 172:12 (RUNNING 00:00:03.099)**

```
      11            THE WITNESS:  Again, onto the hardware
      12    itself, I don't believe that's possible.
```

**80. PAGE 173:05 TO 173:09 (RUNNING 00:00:13.514)**

```
      05        Q   As you sit here today, can you recall any
      06    studies or analyses that Apple has done that
      07    examines potential performance differences between
      08    Web apps and native apps?
      09        A   Again, I don't recall.
```

**81. PAGE 188:02 TO 188:09 (RUNNING 00:00:18.726)**

```
      02            But you're aware that consumers from time
      03    to time spend money on both apps and in-app
      04    purchases, aren't you?
      05        A   Yes, I am.
      06        Q   Okay.
      07            Do you have any information that indicates
      08    to you what the average consumer spends on apps over
      09    the life cycle of an iPhone?
```

**82. PAGE 188:11 TO 188:13 (RUNNING 00:00:04.977)**

```
11             THE WITNESS:  No, I don't recall.  But
12     there may have been something published, but I don't
13     recall, no.
```

**83. PAGE 188:25 TO 189:03 (RUNNING 00:00:12.150)**

```
25             Are you aware of any marketing material
00189:01     that Apple publishes that indicates how much the
02     average consumer can expect to spend on apps over
03     the life cycle of a phone?
```

**84. PAGE 189:05 TO 189:05 (RUNNING 00:00:01.775)**

```
05             THE WITNESS:  Again, I don't know.
```

**85. PAGE 189:18 TO 189:22 (RUNNING 00:00:11.361)**

```
18             So as you sit here today, you're unaware of
19     any analyses within Apple that look at the amount
20     that the average consumer would spend on apps; is
21     that right?
22        A   Correct.  I don't recall any.
```

**86. PAGE 190:04 TO 192:16 (RUNNING 00:02:32.040)**

```
04             MS. FORREST:  Exhibit 420 is from Mr. Peter
05     Stern to Mr. Phil Schiller and Mr. Eddy Cue,
06     subject:  Netflix, dated July 25th, 2018.  And it
07     bears the Bates number -02026598.
08             (Whereupon Cue Exhibit 420 was
09             marked for identification and
10             attached hereto.)
11             MS. FORREST:  And PX 421 is a two-page
12     document from Mr. Stern to Mr. Schiller, copying
13     Mr. Cue and Mr. Fischer, subject:  Timely (Netflix),
14     July 30th, 2018.  And it bears the Bates numbers
15     -02026861 through -62.
16             (Whereupon Cue Exhibit 421 was
17             marked for identification and
18             attached hereto.)
19     BY MS. FORREST:
20        Q   We'll start with PX 420, Mr. Cue.
21             Do you recognize this document?
22        A   I do.
23        Q   And did you receive it on or about
24     July 25th, 2018, in connection with your duties and
25     responsibilities at Apple?
00191:01     A   I did.
02        Q   Okay.
03             It says, in the beginning (as read and/or
04     reflected:)
05                 Phil and Eddy,
06                 Matt and I met with Bill
07             Holmes from Netflix (among others)
08             today to hear the results of their
09             IAP tests in ten countries.  Here
10             were their takeaways as they
11             conveyed them.
12                 The good news:  Netflix saw
13             significant incremental volume from
14             IAP:  37 percent of subscribers we
15             captured were incremental to what
16             they would have captured via Web
17             alone.
18                 The bad news:  Apple IAP
19             customers have much shorter lives
20             due to voluntary churn than non-IAP
```

```
        21              customers - resulting in our
        22              incremental customers being worth
        23              30 percent as much as subscribers
        24              they capture themselves.
        25              Do you see that?
00192:01        A    I do.
        02        Q    Okay.
        03              And we spoke very briefly about this
        04      earlier today.
        05              And my question is whether Apple conducted
        06      its own study to determine whether or not the
        07      statement here that Apple IAP customers have much
        08      shorter lives due to voluntary churn than non-IAP
        09      customers was accurate or not.
        10        A    Yes.  That -- "study" is the wrong word.
        11      We didn't do any study that I'm aware of, but we
        12      looked at other developers or had conversations with
        13      other developers, and we discovered some things that
        14      we were doing in the process of subscriptions that
        15      were not what I would call best in the industry
        16      practices.
```

**87. PAGE 192:17 TO 192:22  (RUNNING 00:00:19.796)**

```
        17              And so in reality, this e-mail was actually
        18      good news, good news, because the bad news was
        19      something we could correct.  And over time we have
        20      corrected it and actually have a much higher rate
        21      of -- or I should say a much lower rate of voluntary
        22      churn based on all of the changes that we've made.
```

**88. PAGE 194:18 TO 194:20  (RUNNING 00:00:09.791)**

```
        18              Let's turn to PX 421.  And let me ask if
        19      you've received this document on or about July 30th,
        20      2018, in connection with your job at Apple?
```

**89. PAGE 194:21 TO 194:21  (RUNNING 00:00:01.037)**

```
        21        A    Yes.
```

**90. PAGE 201:24 TO 201:25  (RUNNING 00:00:07.524)**

```
        24        Q    Is there any plan right now to allow Web
        25      apps to be offered in the Apple Arcade?
```

**91. PAGE 202:02 TO 202:03  (RUNNING 00:00:03.158)**

```
        02              THE WITNESS:  I don't think so.  I haven't
        03      heard of any.
```

**92. PAGE 247:15 TO 247:20  (RUNNING 00:00:15.950)**

```
        15        Q    Do you know -- well, has Apple, to your
        16      knowledge, conducted any studies as to the relative
        17      pricing of apps on the App Store vis-a-vis the
        18      Google Play Store?
        19        A    I'm not aware of any study that I can
        20      recall.
```

**93. PAGE 248:13 TO 248:20  (RUNNING 00:00:29.905)**

```
        13              Are you aware of anyone who has ever
        14      switched from an iPhone to an Android because they
        15      perceived there to be some difference in the pricing
        16      of apps across the two platforms?
        17        A    I don't recall ever hearing that.
        18        Q    Is that something that Apple has studied,
        19      to your knowledge?
        20        A    No.  I don't recall ever seeing that.
```

**94. PAGE 333:16 TO 334:09 (RUNNING 00:01:07.276)**

```
16            MS. MANIFOLD:  Let's look at Exhibit 438,
17    which is an exhibit dated February 6, 2011.  It's
18    from Mr. Jobs to you.  It's called Mag- -- easy for
19    me to say -- "Magazine subscription write-up."  It's
20    Bates stamped APL-APPSTORE_07175768.
21            (Whereupon Cue Exhibit 438 was
22            marked for identification and
23            attached hereto.)
24    BY MS. MANIFOLD:
25        Q   I'll give you a minute to look at it, but
00334:01    my main question to you, is this an exchange that
02    you had with Mr. Jobs in or about February 6th of
03    2011?
04        A   It is.
05        Q   And did you receive this exchange in the
06    ordinary course of business as part of your duties
07    and -- did you receive this document as part of your
08    duties and responsibilities at Apple?
09        A   I did.
```

_**Epic Games, Inc. v. Apple Inc.**_, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Scott Forstall (Volume 1 & 2)**
**(March 8, 2021)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
|:---:|:---:|
| 36 minutes 12 seconds | 32 minutes 5 seconds |





**Forstall, Scott (Vol. 01) - March 8, 2021**                    1 CLIP  (RUNNING 01:03:58.057)

<hr>

**82 SEGMENTS  (RUNNING 01:03:58.057)**

**1.** `PAGE 13:13 TO 13:15  (RUNNING 00:00:03.000)`

```
    13                    SCOTT FORSTALL,
    14  having been administered an oath, was examined and
    15  testified as follows:
```

**2.** `PAGE 14:05 TO 14:06  (RUNNING 00:00:04.273)`

```
    05          Please state your full name for the record.
    06      A.   Scott James Forstall.
```

**3.** `PAGE 22:02 TO 22:05  (RUNNING 00:00:09.750)`

```
    02      Q.   And so going back to the date I mentioned
    03  earlier, your departure from Apple was publicly
    04  announced in late October 2012; is that right?
    05      A.   Correct.
```

**4.** `PAGE 37:23 TO 38:01  (RUNNING 00:00:07.715)`

```
    23      Q.   Understood.  So let me clarify.  Was Xcode
    24  an integrated development environment when it was
    25  released in 2003?
00038:01      A.   Yes.
```

**5.** `PAGE 38:06 TO 38:08  (RUNNING 00:00:09.027)`

```
    06      Q.   And was Xcode used internally at Apple to
    07  develop applications for the Mac?
    08      A.   Yes.
```

**6.** `PAGE 40:08 TO 40:09  (RUNNING 00:00:03.915)`

```
    08          Did Apple ever charge third party developers
    09  for OS X?
```

**7.** `PAGE 40:12 TO 40:15  (RUNNING 00:00:18.096)`

```
    12          So while I was there, you're asking was the
    13  IDE a free download?
    14      Q.   Yes, that's what I'm asking.
    15      A.   Yes, I believe it was.
```

**8.** `PAGE 40:24 TO 41:04  (RUNNING 00:00:23.060)`

```
    24      Q.   And you understood at the time that the
    25  more -- the better applications that developers could
00041:01  offer for Mac, that would help Apple make its
    02  customers, its Mac customers, happier and hopefully
    03  enlarge the number of Mac -- Mac customers that Apple
    04  has, correct?
```

**9.** `PAGE 41:06 TO 41:13  (RUNNING 00:00:24.598)`

```
    06          THE WITNESS:  Having more robust platform
    07  with nominal applications from Apple and third party
    08  developers is good for the platform, the customers
    09  and the developers.
    10  BY MR. EVEN:
    11      Q.   And when you say it's good for the platform,
    12  it's good for Apple it's going to sell more
    13  computers, right?
```

**10.**  **PAGE 41:15 TO 41:18  (RUNNING 00:00:07.937)**

```
15          THE WITNESS:  It would likely sell more
16  computers.  It also may make customers who've already
17  bought a computer happier because they have that
18  application.
```

**11.**  **PAGE 52:21 TO 53:23  (RUNNING 00:02:05.600)**

```
21      Q.   When did you become involved with
22  development of the iPhone?
23      A.   You're asking when I became or when Apple
24  started or the year, part of the project, what --
25      Q.   I'm asking when you became, that was my
00053:01  question.  When did you become involved?
02      A.   Well, I helped start the project itself.  So
03  from day one.
04      Q.   And what year was that?
05      A.   I think it would -- it's hard to capture
06  exactly when you consider the iPhone piece of it,
07  'cause we actually started by developing for a tablet
08  and then we shifted to developing a phone and put the
09  tablet on hold and then came back and developed the
10  iPad post iPhone.
11          I think it was around 2003, 2004, when that
12  work began.
13      Q.   When you say "that work began," you're
14  referring to the early work on a tablet?
15      A.   Correct.
16      Q.   And when did that work morph into a work --
17  into work on a phone?
18      A.   2004, 2005, I think.
19      Q.   And were you tasked with creating the
20  operating system for that phone?
21      A.   Yes.  I was tasked with creating the
22  operating system and the user interface for all the
23  software.
```

**12.**  **PAGE 54:06 TO 54:13  (RUNNING 00:00:44.285)**

```
06      Q.   And was macOS 10 used as the basis for that
07  operating system that you oversaw building?
08      A.   Broadly speaking, yes.  There's many aspects
09  of macOS 10.  Some of those code bases were modified
10  to be used as the basis of iPhone OS 1.0.  Some of
11  the code bases were cleaved.  Some of the code bases
12  were replaced.  It was on a functionality and module
13  basis.
```

**13.**  **PAGE 57:02 TO 57:05  (RUNNING 00:00:11.899)**

```
02      Q.   And who was the main proponent of using the
03  macOS 10 as the basis for the operating system for
04  the phone?
05      A.   I was.
```

**14.**  **PAGE 58:07 TO 58:17  (RUNNING 00:00:50.406)**

```
07          What did you view as the main advantage of
08  using macOS 10 as the basis for a phone operating
09  system?
10      A.   We built macOS 10 specifically to be a
11  modern operating system as different from, as we
12  talked earlier, macOS 7, macOS 8, macOS 9.  So many
13  of the facilities for protected memory, preemption
14  are available in macOS 10.
15          So it had exactly the modern operating
16  system facilities we would want to use in any
17  project.
```

**15.  PAGE 62:11 TO 62:14  (RUNNING 00:00:09.940)**

```
11       Q.   Mr. Forstall, let me mark as Exhibit 869 a
12  document Bates stamped APL-EG_00422472.
13            (Exhibit 869 was marked for identification
14       and is attached hereto.)
```

**16.  PAGE 63:02 TO 63:05  (RUNNING 00:00:17.341)**

```
02       Q.   Mr. Forstall, do you see this is a December
03  31, 2006 e-mail from Ms. Meriko Borogove to you and
04  copying some others?
05       A.   Yes.
```

**17.  PAGE 64:19 TO 64:21  (RUNNING 00:00:12.623)**

```
19       Q.   Was the ultimate phone released with an
20  operating system that's based on macOS 10?
21       A.   Yes.
```

**18.  PAGE 65:18 TO 66:10  (RUNNING 00:01:04.590)**

```
18            Who was Ms. Borogove?
19       A.   She was an engineering manager in my team.
20       Q.   And she writes in the second paragraph
21  (as read):
22               Our security model around
23            preventing third parties from
24            installing and running their own
25            code ...
00066:01            And she continues.  Do you see that
02  sentence?
03       A.   I do.
04       Q.   And so at that time, the security approach
05  taken by Apple was to not allow any third party apps
06  to be installed on the phone, correct?
07            MS. MOYE:  Object to the form.
08            THE WITNESS:  Our plan for the first release
09  of the iPhone was not to enable native compiled third
10  party apps to install and run on the iPhone.
```

**19.  PAGE 66:12 TO 66:20  (RUNNING 00:00:50.833)**

```
12       Q.   And Ms. Borogove then described some of the
13  steps that were taken by Apple to make sure that
14  native compiled apps cannot be installed on the
15  phone, correct?
16       A.   Correct.
17       Q.   And Apple needed to take many steps to
18  prevent such installation because macOS 10 was built
19  in part to allow native compiled applications to be
20  installed on it, correct?
```

**20.  PAGE 66:22 TO 66:23  (RUNNING 00:00:09.042)**

```
22            THE WITNESS:  MacOS 10 enabled developers to
23  compile, install, and run applications.
```

**21.  PAGE 77:16 TO 77:20  (RUNNING 00:00:28.671)**

```
16            And so my question was:  With respect to
17  third party applications, was there a difference of
18  view among executives at Apple as to whether Apple
19  will or will not open the iPhone for such
20  applications after it had released the first iPhone?
```

**22.  PAGE 77:22 TO 77:23  (RUNNING 00:00:04.390)**

```
22            THE WITNESS:  On this particular question,
23  it's a great example where the specificity matters.
```

**23.  PAGE 77:24 TO 78:12  (RUNNING 00:00:58.365)**

```
         24  There were executives at Apple that thought we should
         25  never release the ability for third parties to do any
00078:01  natively compiled applications.
         02         There were executives who thought -- and
         03  they thought we should just have web applications
         04  and -- and then websites running with web standards
         05  inside of the browser or browsers on the platform,
         06  the browser.
         07         There were executives who thought we should
         08  have a hybrid model of some web technologies and some
         09  native abilities.  And then there were executives who
         10  thought we should provide a platform to enable third
         11  parties to build fully native applications on the
         12  platforms.
```

**24.  PAGE 78:16 TO 79:06  (RUNNING 00:01:08.107)**

```
         16         Who are the executives who fell into the
         17  first bucket that you mentioned that felt that Apple
         18  should never open up the platform to third party
         19  native applications?
         20     A.   Steve Jobs was the most prominent of those.
         21  I don't remember specifically who else argued that
         22  point.  But Steve -- Steve thought that we should not
         23  enable third party app development at all, as needed
         24  app development.
         25     Q.   And is it fair to say that you stood on the
00079:01  other side of this, the other send of the spectrum on
         02  that particular issue?
         03     A.   I was probably the -- the most vocal
         04  advocate for enabling third party app development in
         05  an App Store, and this is discussions Steve and I had
         06  multiple times, heated ways.
```

**25.  PAGE 81:02 TO 84:06  (RUNNING 00:05:25.230)**

```
         02     Q.   And you believed that native apps are going
         03  to, as you say here, provide a better experience for
         04  iPhone users, correct?
         05     A.   Correct.
         06     Q.   And looking back 15 years later, do you have
         07  any doubt that you were right at the time?
         08     A.   No.
         09     Q.   And why did you think that native apps will
         10  provide a better experience?
         11     A.   There are many, many reasons.  If you build
         12  a native app, you get to use the built-in frameworks
         13  as they were intended, as they were designed for a
         14  touch interface.  You have all the facilities
         15  built to quickly build, iterate, debug these native
         16  applications.
         17         I mean, I can go on and on and on for the
         18  benefits of native application versus a web
         19  application, and they are voluminous.  They -- they
         20  are faster.  They use less memory.  They can take
         21  advantage of the native graphics, libraries, in a way
         22  that is either not available or would have to be
         23  shoehorned in for a web app or a different kind of
         24  application.
         25         So you can go -- you can go through and we
00082:01  can go through for hours the advantages, but I would
         02  say the most telling reason is when we were building
         03  the original iPhone, we were building most of the
         04  built-in apps as native apps.  So mail, calendar, we
         05  were building these as native apps.  And they
         06  performed fantastically, the behavior felt right.
```

```
07  They loaded quickly.  They -- you could switch
08  between applications quickly.  It was an exceptional
09  experience.
10          We wanted web applications, because Steve
11  had not agreed with me to enable third party apps in
12  the first version, I still had the team building it
13  as a platform so that we could quickly enable third
14  party apps.  This was part of my direction to the
15  team the whole time, even though Steve had said no.
16          But we wanted to make it so third party apps
17  that were based on web technologies and would be
18  enabled in version 10 would work as -- as best as we
19  could possible make them, because I still wanted
20  these to be a good experience, the best experience
21  they could be.
22          So we built a few of our own apps.  I think
23  it was like weather, stocks, maybe the calculator, I
24  think there was like three of those that we built as
25  web technology apps, and they were similar to what a
00083:01  third party could have built when we shipped.
02          And, in fact, in January of 2007 when we had
03  the keynote and launched the iPhone, those were
04  web-based apps at the time of that launch, and they
05  did not perform well.  We could tell using it that
06  they were not as good as performing as the built-in
07  apps.
08          Now, you can always through software start
09  to try to improve things, make its launch a little
10  better, use a little less memory, get a faster
11  processor, get more memory in the next iteration of
12  the iPhone.  You can do things to try to make it can
13  better.
14          But because of the architecture, it sits as
15  an extra layer on top of the native layer, and
16  therefore, it's never going to be faster than the
17  native layer.  There might be some advantages about
18  how the code loads in a modular fashion or something
19  else.  But it just, for us, it wasn't as good as the
20  native ones.
21          And therefore, after we announced the iPhone
22  and demonstrated the iPhone between that and June 29,
23  we rewrote all those apps as native apps and they --
24  they shipped as native apps on the first version of
25  the iPhone.
00084:01          So even though there are arguments people
02  can and did make for using web technologies as the
03  sole way for third parties to build apps, my
04  experience was very clear that those apps would not
05  be as good as native apps, and I wanted to have the
06  best possible apps in the platform we could.
```

**26. PAGE 85:01 TO 85:09  (RUNNING 00:00:42.650)**

```
00085:01          Q.   Fair to say that pretty quickly after the
02  launch of the iPhone, it became pretty clear that
03  there was huge demand from developers for the ability
04  to build native apps for the iPhone?
05          A.   Yes.
06          Q.   And one of the ways that this became clear
07  was that third party developers approached you and
08  asked whether they could do that; is that right?
09          A.   Yes.
```

**27. PAGE 85:19 TO 85:24  (RUNNING 00:00:28.145)**

```
19          Q.   And was one indicator that there were
20  constant attempt by hackers to essentially remove all
21  the protections that Ms. Borogove presented to us
```

```
22  awhile -- in the e-mail we read a little bit ago and
23  start loading third party applications, native
24  applications on to jail broken phones?
```

**28.  PAGE 86:01 TO 86:05  (RUNNING 00:00:21.761)**

```
00086:01           THE WITNESS:  After we shipped, developers
      02  started jailbreaking phones and writing native
      03  applications and I took that as an indication of
      04  their passion to build applications, native
      05  applications, for the iPhone.
```

**29.  PAGE 87:13 TO 88:14  (RUNNING 00:02:10.071)**

```
      13      Q.   Fair to say that at the time you understood
      14  that the attempts to block this tsunami of attempt
      15  of -- of third party obligations was futile and
      16  better for Apple to join in, rather than fight these
      17  attempts?
      18           MS. MOYE:  Object to the form.
      19           THE WITNESS:  So I would not say it that
      20  way.
      21  BY MR. EVEN:
      22      Q.   How would you --
      23      A.   I would say we were very concerned about
      24  people building viruses or malware for the phone, and
      25  so any activity that I saw that involved jailbreaking
00088:01  and then trying to create malicious code, we would
      02  vigilantly respond to and were not concerned, even if
      03  it were a tsunami that we would give up on that.
      04           We were going to be vigilant for all time as
      05  protecting people in the security and the privacy of
      06  their phones.  I thought as I'd argued a year earlier
      07  and -- and beyond that, that we should be creating a
      08  platform and both enable and encourage developers to
      09  build native apps for the phones.
      10           So I did not see this as a bad thing that
      11  developers wanted to dedicate their time and energy
      12  and lives to building something cool for our
      13  platform.  If that cool thing was not malware or a
      14  virus or something problematic.
```

**30.  PAGE 89:02 TO 89:25  (RUNNING 00:01:32.960)**

```
      02      Q.   And one concern with jailbreaking I take it
      03  was that just like the mechanisms that Ms. Borogove
      04  wrote about that were not discriminating between
      05  malware and so-called good applications, once a phone
      06  is jail broken, all third party applications can go
      07  on it without any distinguishing between malware or
      08  malicious applications and good applications,
      09  correct?
      10           MS. MOYE:  Object to the form.
      11           THE WITNESS:  The danger with jailbreaking
      12  is, it breaks down, depending on how it's done,
      13  potentially all of the consumer protections build
      14  into the operating system.
      15           Now, jailbreaking in general like this can't
      16  be done accidentally.  So consumers are still
      17  protected in general, but if you do these certain
      18  things which involve plugging into a computer and --
      19  and going through a set of machinations, it does not
      20  only allow maybe some positives the consumer might
      21  believe or the developer might perceive of installing
      22  an application, a game in this case, but it has the
      23  very dangerous and significant downsides for
      24  consumers of opening their phone up to potential
      25  viruses or malware.
```

31. **PAGE 90:19 TO 90:22  (RUNNING 00:00:09.891)**

```
19     Q.   Got it.  What was your official title at the
20  time?
21     A.   Senior vice-president of software, iPhone
22  software something.
```

32. **PAGE 98:15 TO 103:15  (RUNNING 00:09:40.910)**

```
15     Q.   Mr. Forstall, let me mark as Exhibit 873 a
16  document Bates stamped APL-EG_00460878, and this is
17  an October 1 chain between yourself and Mr. Lamiraux,
18  if I'm pronouncing that right, and the subject is:
19  Re:  Cocoa Touch apps.
20          (Exhibit 873 marked for identification and is
21      attached hereto.)
22  BY MR. EVEN:
23     Q.   My first question is, is this an e-mail
24  chain you exchanged with Mr. Lamiraux in early
25  October 2007 in the ordinary course of your work at
00099:01  Apple?
02     A.   Give me a minute to look it over.
03     Q.   Sure.
04     A.   Okay.  Yes, this is an e-mail I received
05  during the normal course of business.
06     Q.   This is an e-mail you received and an e-mail
07  that you sent, right, it's an exchange of e-mails
08  between you and Mr. Lamiraux, correct?
09     A.   There is an e-mail that I sent to Henri and
10  there is his response as well.
11     Q.   So let's start with the subject.  What is
12  Cocoa Touch?
13     A.   Cocoa Touch is a name we used for the frame
14  works, notably normally the high level frame works
15  for Cocoa on the iPhones, the native frame works.
16          Now, it's used in multiple ways, sometimes
17  it's used to mean all the frame works, sometimes it's
18  used just to mean the user interface level.
19     Q.   Okay.  And when you wrote here:  Cocoa Touch
20  apps as the subject of your e-mail, that pertains to
21  native apps, third party apps on the iPhone, correct?
22     A.   Right.  I'm distinguishing here between web
23  apps which we had and continue to have and this is
24  talking about natively compiled iPhone apps for third
25  parties using the Cocoa Touch frame works.
00100:01  Q.   And -- you're writing (as read):
02          I'm trying to capture the issues
03          with taking Cocoa Touch public.
04          What am I missing.
05          Do you see that?
06     A.   I do.
07     Q.   And so -- and below, you try to capture the
08  issues with, that you've identified with opening up
09  the -- the iPhone for third party native apps,
10  correct?
11     A.   Correct.
12     Q.   And what was the role of Mr. Lamiraux?
13     A.   Henri led the team, the engineering team, he
14  was an engineering director, reporting directly to
15  me.  He was responsible for some of the native
16  frameworks and many of the native apps.
17     Q.   When you say "the native apps" you mean
18  Apple developed native apps, correct?
19     A.   The apps that shipped on the iPhone as part
20  of iPhone OS, correct.
21     Q.   And first you point to several risks in
22  making Cocoa Touch public, correct?
23     A.   Correct.
```

```
         24      Q.   And you say, for example, the risks of
         25   viruses.  That's one you identify, correct?
00101:01         A.   Correct.
         02      Q.   Another one is:  Harder to switch
         03   processors.
         04           Why is it harder to switch processors?
         05      A.   Yeah, this is a really big deal.  When you
         06   have a native app, it is compiled into the
         07   instruction set of a specific processor.  For
         08   instance, if you're on a Windows machine now-a-days,
         09   it's probably compiled into an Intel instruction set.
         10           And what we had found when I -- you know,
         11   I've worked at NeXT and we had actually switched
         12   processors and then at Apple we had switched
         13   processors again, if you have natively compiled apps
         14   out there, that native binary will not just run on
         15   your new processor.  You have multiple options for
         16   this.
         17           And so we talked earlier about this when we
         18   brought up macOS 10 that we had, you know, like
         19   Classic, but that's this, this blue box Classic
         20   emulation mode that tries to take those processor
         21   instructions and convert them into one that can run
         22   on the new processor.
         23           So in this case when I'm talking about was a
         24   risk, well, if Apple is building only natively
         25   compile applications and third parties are building
00102:01   web applications, a huge advantage to those third
         02   parties of those web apps is no matter what Apple
         03   does with the processor, those keep running, because
         04   they're interpreted.
         05           So each time you get a new, if Apple
         06   switches iPhone -- this is true today.  If Apple
         07   switches to a new processor those web apps have this
         08   big advantage that they just keep running going
         09   forward, because interpreted on the -- on the
         10   processor.
         11           And if Apple is running all -- all native
         12   apps come from Apple, then to introduce a new phone
         13   with a new processor, all you need to do is Apple
         14   will recompile every one of those apps, the source
         15   code to those apps, to the new processor and
         16   release it.
         17           The liability here is if you now have third
         18   party natively compiled apps and you want to bring
         19   out a new processor which you think will be faster,
         20   more security, whatever, and there will be advantages
         21   this new processor might have, and there are third
         22   party native apps in the marketplace that customers
         23   are relying upon, you have to find some solution for
         24   those customers.
         25           The solution could be convince the
00103:01   developers to take that source code and recompile it
         02   for the new processor.  Which might work.  But if
         03   that, let's say that company is out of business or no
         04   longer is staffing that app any more, doesn't want to
         05   put in the amount of money and time and effort it
         06   would take to recompile that, you get stuck.
         07           So then you -- look, do you simulate it also
         08   or do you have customers now who are left not being
         09   able to buy a new iPhone because doing so would then
         10   disable functionality in the form third party apps
         11   they've come to rely upon for their business.
         12      Q.   So essentially you get breakage with some of
         13   the third party apps potentially if you switch
         14   processors?
         15      A.   Correct?
```

**33.** **PAGE 108:22 TO 108:24  (RUNNING 00:00:10.324)**

```
22      Q.    Let me now mark Exhibit 875, APL-EG_0098292.
23            (Exhibit 875 was marked for identification
24      and is attached hereto.)
```

**34.** **PAGE 109:12 TO 109:23  (RUNNING 00:00:30.342)**

```
12      Q.    First question was, what is "MacOS X
13  Embedded"?
14      A.    I think the authors of this document took it
15  to mean iPhone OS which would be used on the iPhone
16  and it was to be used to iPod Touch at the time, but
17  I think they're taking it to mean the same thing.
18      Q.    Okay.  And is this a document you had
19  received in the ordinary course of your work at
20  Apple?
21      A.    Likely.  I mean, I don't see a e-mail trail
22  anything, but this -- I would have expected to have
23  received this document.
```

**35.** **PAGE 110:08 TO 110:13  (RUNNING 00:00:15.971)**

```
08      Q.    And the document is prepared by three
09  people, Mitch Adler, John Wright, and Dallas
10  De Atley.
11            Do you see that?
12      A.    Well, it says "et al."  So it's prepared by
13  more than just them, but three named authors.
```

**36.** **PAGE 111:02 TO 111:09  (RUNNING 00:00:33.826)**

```
02      Q.    And were they -- was part of their -- was
03  part of their job to oversee security?
04      A.    Part of their job was to oversee security.
05      Q.    And did they oversee security on both
06  macOS 10 and iPhone or just one of them?
07      A.    I believe they were in groups that oversaw
08  security on both platforms and I do believe they
09  oversaw security on both platforms.
```

**37.** **PAGE 111:10 TO 112:20  (RUNNING 00:02:19.911)**

```
10      Q.    So going to the first page, do you see that
11  the document begins by saying (as read):
12            The transition from a closed
13            system to one with a more open
14            developer model demands answers to
15            questions of control and security.
16            Do you see that?
17      A.    I do.
18      Q.    Going further down under applications, they
19  say they assume the (as read):
20            Existence of a robust sandbox to
21            contain applications and developers.
22            Do you see that?
23      A.    By the way, I would not have characterized
24  the way they characterized that first statement, for
25  the record.
00112:01       So what's your second question.
02      Q.    What do you mean by you would not have
03  characterized the way they characterized, sorry?
04      A.    The statement you read said:  The transition
05  from a closed system to one with more open
06  developer -- a more open developer model demands
07  answers to questions of control and security.
08      Q.    Got it.
09      A.    And I would characterize ours as not a
10  closed system, because we did have both a web
```

```
11  browser.  So all web applications ran, and we
12  supported these web apps.  I don't remember if the
13  web apps by this time could be placed on the home
14  screen as well, which I thought was important enough
15  that I think I'm the lead patent holder on that
16  patent.  So that was an important thing.
17          So -- so calling it a closed system, which
18  is their words, not mine, I would not say that.  I
19  would say that we were going to a -- more developer
20  opportunities with native apps.
```

**38. PAGE 117:13 TO 117:18  (RUNNING 00:00:09.016)**

```
13      Q.   And they say (as read):
14           Distribution through the web
15           should be supported, but Apple will
16           provide no transfer protection.
17           Do you see that?
18      A.   I do.
```

**39. PAGE 117:25 TO 118:02  (RUNNING 00:00:09.934)**

```
        25      Q.   And "through the web" here means through a
00118:01  website operated by the developer or through a store
     02   operated by a third party, correct?
```

**40. PAGE 118:04 TO 118:05  (RUNNING 00:00:05.019)**

```
04      THE WITNESS:  Well, it doesn't say, but it
05  would be through a mechanism that is not iTunes.
```

**41. PAGE 118:07 TO 118:08  (RUNNING 00:00:06.753)**

```
07      Q.   And not the App Store, correct?
08      A.   And not the App Store.  The Apple App Store.
```

**42. PAGE 118:25 TO 119:17  (RUNNING 00:00:53.803)**

```
        25      Q.   And if you go to appendix C, developer
00119:01  scenarios, the first one is:  Guy in his basement.
     02           Do you see that?
     03      A.   I do.
     04      Q.   And I gather this is their speak for small
     05  time developers, stand alone developer, correct?
     06      A.   Yes.
     07      Q.   And under 3:  Decide you have final version
     08  to deploy, do you see that they say what the
     09  developer needs to do, A -- or 3.1, sorry (as read):
     10           Submit to Apple for signing and
     11           then get signed image and deploy as
     12           you wish.
     13           Do you see that?
     14      A.   I do.
     15      Q.   And deploy as you wish here again, means
     16  distribute in whichever way you believe best serves
     17  your interests, correct?
```

**43. PAGE 119:19 TO 119:24  (RUNNING 00:00:14.296)**

```
19      THE WITNESS:  I could define it as you wish,
20  but you get assigned image and you deploy it
21  yourself.
22  BY MR. EVEN:
23      Q.   And "deploy" here means distribute, correct?
24      A.   Correct.
```

**44. PAGE 125:12 TO 125:12  (RUNNING 00:00:01.979)**

```
12  Exhibit 877.  And tab 877 -- sorry, PX877 is
```

**45. PAGE 125:13 TO 125:15 (RUNNING 00:00:05.791)**

```
13  APL-EG_01025133.
14         (Exhibit 877 was marked for identification
15      and is attached hereto.)
```

**46. PAGE 127:03 TO 127:08 (RUNNING 00:00:34.474)**

```
03     Q.   And this, too, came from your files, fair to
04  assume that this, too, is a document that you would
05  have received back in 2007?
06     A.   If you're correct about the date it was
07  created, I would have received it sometime around
08  when it was created, I'll expect.
```

**47. PAGE 129:08 TO 129:24 (RUNNING 00:00:49.273)**

```
08     Q.   Under Distribution Method, on page 2 you see
09  that it says (as read):
10            We will distribute third party
11            applications through the iTunes
12            Music Store.  However, our model
13            will allow for third parties to
14            distribute their own applications
15            and for enterprise customers to
16            deploy to their own devices.
17            Do you see that?
18     A.   I do.
19     Q.   And do you recall that there was a time
20  around October or November of -- of 2007, sorry,
21  where that was the plan of record at Apple, that
22  third parties could sign their applications as we've
23  seen before and then distribute as they wish, as this
24  last document we saw --
```

**48. PAGE 130:05 TO 131:12 (RUNNING 00:01:28.868)**

```
05            THE WITNESS:  Let me start with the first.
06  This statement says (as read):
07            We will distribute third party
08            applications through the iTunes
09            Music Store.
10            Okay.  Second sentence says (as read):
11              However, our model will allow for
12            third parties to distribute their
13            own applications ...
14            It does not say our policy is to allow that.
15  This is a technical document from a technical team
16  who is building the security infrastructure, and so
17  their statement here is that the model -- the
18  technical infrastructure they're building will allow
19  for other distribution mechanisms.
20  BY MR. EVEN:
21     Q.   Good.  Thank you.
22            And then it goes -- if you go further below,
23  do you see it says (as read):
24              Signing does not imply a specific
25            distribution method, and it's left
00131:01          as a policy decision as to whether
02            Apple signed application are posted
03            to the online store, or we allow
04            developers to distribute on their
05            own.
06            Do you see that?
07     A.   I do.
08     Q.   And do you recall that there was a time
09  around October or November 2007 when that policy
10  decision has not yet been made, it is up in the air?
11     A.   There was a time when that decision had not
```

```
          12  yet been made.
```

**49. PAGE 142:24 TO 145:08  (RUNNING 00:05:36.701)**

```
          24       Q.   Do you recall that there was a debate within
          25  Apple about whether Apple should allow distribution
00143:01  only through the App Store or whether it should allow
          02  developers to distribute native apps through other
          03  means?
          04       A.   So there were discussions about what the
          05  distribution mechanisms could be, and as you pointed
          06  out in one of the white papers we looked at, it
          07  talked about potential mechanisms in the operating
          08  system for how to make each of these secure in
          09  different ways.
          10           And then there were discussions about how
          11  effective those different mechanisms could be and
          12  what mechanisms we should enable for our customers.
          13       Q.   Fair to say that there was a contingent
          14  within Apple that thought that developers should be
          15  able to distribute their apps through a different
          16  mechanism than the App Store?
          17           MS. MOYE:  Objection to the form.
          18           THE WITNESS:  There were discussions about
          19  how we could enable developers to distribute their
          20  apps, one being the App Store, another being
          21  distribute them sort of directly the way, say, people
          22  do on Windows.  Although, I think Windows might have
          23  an App Store also now.  But distribute, you know,
          24  through Windows.  Back in the day, you had to
          25  distribute through shrink wrap at a physical store.
00144:01           So we had discussions about the merits and
          02  dangers of distributing in different ways, within a
          03  company, and then beyond the company.
          04  BY MR. EVEN:
          05       Q.   And you don't recall arguments about whether
          06  Apple should or should not allow distribution through
          07  the web, for example?
          08       A.   I remember going through the various
          09  options.  I can't point to a specific conversation
          10  about some of these mechanisms, but I can recall my
          11  thinking on the reasons for doing certain ways and
          12  why certain mechanisms might be better or worse than
          13  others, and why we came to the conclusion that we
          14  did.
          15           And I'm certain there were people giving
          16  input and opinions on the merits for each of these
          17  different mechanisms, and that's just responsible to
          18  consider different mechanisms and the pros and cons
          19  of them.
          20           MR. EVEN:  Jessica, can you bring up 478,
          21  please.
          22       Q.   Who were the main proponents of distribution
          23  only through the App Store?
          24       A.   Sorry.  Is there a document I'm supposed to
          25  be looking at?
00145:01       Q.   Nope.
          02       A.   Okay.  Sorry.  I thought you said -- who
          03  were the proponents?  After we had gone through the
          04  discussion, I think basically all of the execs were
          05  proponents of the App Store, plus our enterprise
          06  distribution models as being the two best mechanisms
          07  to protect our mutual customers and get wide
          08  distribution for developers.
```

**50. PAGE 161:20 TO 162:04  (RUNNING 00:00:42.406)**

```
          20       Q.   Do you recall you gave a presentation, I
```

```
        21  think we discussed that earlier, in March 2008,
        22  introducing the SDKs for the iPhone?
        23      A.   In 2008, we had an event where we launched
        24  and publicly announced the iPhone SDK, in App Store.
        25      Q.   And you personally presented in that -- in
00162:01  that event and specifically the portion about the
        02  SDK, correct?
        03      A.   Correct.
        04      Q.   If you look at Exhibit 880.
```

**51. PAGE 162:05 TO 162:12 (RUNNING 00:00:18.729)**

```
        05           (Exhibit 880 was marked for identification
        06      and is attached hereto.)
        07  BY MR. EVEN:
        08      Q.   Do you recognize this as a transcript
        09  prepared by Apple of the event on March 6, 2008,
        10  launching the iPhone SDK?
        11      A.   Yeah.  This appears to be a transcript of
        12  that event.
```

**52. PAGE 162:13 TO 162:16 (RUNNING 00:00:12.098)**

```
        13      Q.   After you were done introducing the SDKs,
        14  you turned the -- the baton over to Mr. Jobs to
        15  present the App Store; is that right?
        16      A.   Yes.
```

**53. PAGE 163:14 TO 164:11 (RUNNING 00:01:17.544)**

```
        14      Q.   If you go to the page ending in 075.
        15      A.   Okay.
        16      Q.   And you see that in the fourth paragraph
        17  beginning:  "Now, developers."
        18           Do you see that paragraph?
        19      A.   I do.
        20      Q.   And in the middle of the paragraph, Mr. Jobs
        21  says (as read):
        22              When we sell the app through the
        23           App Store, the developer gets
        24           70 percent of the revenues right off
        25           the top.  We keep 30 to pay for
00164:01           running the App Store.
        02           Do you see that?
        03      A.   I do.
        04      Q.   And going to the next paragraph he says,
        05  second full sentence after the second question mark
        06  (as read):
        07              So when a developer wants to
        08           distribute their app for free, there
        09           is no charge for free apps at all.
        10           Do you see that?
        11      A.   Followed by "applause."  Yep.
```

**54. PAGE 164:12 TO 164:25 (RUNNING 00:00:36.304)**

```
        12      Q.   And do you see that in the next paragraph,
        13  Mr. Jobs said -- talks about some apps that will not
        14  be allowed.  And then he says (as read):
        15              ... we have exactly the same
        16           interest as the vast majority of our
        17           developers, which is to get a ton of
        18           apps out there for the iPhone and we
        19           think we've invented an incredibly
        20           great way to do it ...
        21           Do you see that?
        22      A.   Yes.
        23      Q.   You were there and heard all that being said
        24  at the time, right?
```

```
       25      A.   Yes.
```

**55. PAGE 165:01 TO 166:14  (RUNNING 00:02:04.050)**

```
00165:01      Q.   Now, if you go to the page ending in 079.
       02      A.   Okay.
       03      Q.   And Mr. Jobs is being asked what sorts of --
       04  the bottom half of the page (as read):
       05            What sorts of safeguards have you
       06            built in to make sure that all these
       07            apps and applications that are going
       08            to be coming on to the iPhone are
       09            secure?
       10            Do you see that?
       11      A.   I do.
       12      Q.   And Mr. Jobs says how are we going to do
       13  that, and first he explains the way we're going to do
       14  it is that developers have to register with us, and
       15  for that $99 that they paid to join the program they
       16  actually get an electronic certificate, and that
       17  tells us who they are, and so if they write a
       18  malicious app we can track them down, we can tell
       19  their parents.
       20            Do you see that?
       21            (Reporter clarification.)
       22  BY MR. EVEN:
       23      Q.   Do you see that?
       24      A.   I do.
       25      Q.   And that is a version of the same signing
00166:01  mechanism that we have discussed now over multiple
       02  documents, correct?
       03      A.   That is part of this, yes.
       04      Q.   And then on the next page, Mr. Jobs says
       05  (as read):
       06            The other thing we can do since
       07            the distribution of their
       08            applications is going to be through
       09            the App Store, if we're alerted to a
       10            malicious app that we didn't catch,
       11            we'll turn off the spigots so no
       12            more people download it.
       13            Do you see that?
       14      A.   Yes.
```

**56. PAGE 171:05 TO 171:16  (RUNNING 00:00:37.901)**

```
       05      Q.   So let's look at that question, and that's
       06  on page 081.  And the question is at the top third --
       07  third sort of bullet, third paragraph (as read):
       08            Isn't the fact that Apple is
       09            going to be the exclusive
       10            distributor for all these
       11            applications raise some questions
       12            about monopolies and so forth?  What
       13            if a developer doesn't want to
       14            distribute through the App Store?
       15            Do you see that question?
       16      A.   I do.  I didn't realize that you attended
```

**57. PAGE 173:05 TO 174:07  (RUNNING 00:01:25.966)**

```
       05      Q.   Mr. Forstall, going down the page, you see
       06  that there's some back and forth, and then Mr. Jobs
       07  said (as read):
       08            Also, just to make it a little
       09            clearer, we don't intend to make
       10            money off the App Store.
       11            Do you see that statement?
```

```
12      A.   I see that statement on the page.
13      Q.   And do you see that then Mr. Jobs then
14 explained that Apple doesn't make a lot of money off
15 of iTunes.  Do you see that?
16      A.   I do.
17      Q.   And then he says -- I'm reading (as read):
18               ... in the case of the iTunes
19           Music Store, we give all the money
20           to the content owners and we are
21           basically giving all the money to
22           the developers here and if that 30
23           percent of it pays for running the
24           store, well that will be great.
25           Do you see -- did I read that correctly?
00174:01      A.   Yes.
02      Q.   And the 30 percent that Mr. Jobs is alluding
03 to is the 30 percent commission that Apple keeps when
04 there's a distribution of a paid app through the
05 store, correct?
06      A.   It's 30 percent of the gross revenue of an
07 app through the App Store.
```

**58.** PAGE 174:08 TO 174:10  (RUNNING 00:00:12.992)

```
08      Q.   You understand that for the past decade or
09 so, the 30 percent that Apple keeps does much more
10 than pay for running the store, correct?
```

**59.** PAGE 174:12 TO 174:13  (RUNNING 00:00:06.450)

```
12               THE WITNESS:  I understand that app -- the
13 30 percent is making Apple a profit.
```

**60.** PAGE 183:22 TO 184:01  (RUNNING 00:00:12.132)

```
22      Q.   So with that, Mr. Forstall, if you can go to
23 Exhibit 882, which is APL-EG_00260094.
24           (Exhibit 882 was marked for identification
25      and is attached hereto.)
00184:01      MR. EVEN:  This document is a e-mail
```

**61.** PAGE 184:02 TO 184:07  (RUNNING 00:00:21.793)

```
02 correspondence between Mr. Forstall and Mr. Schiller,
03 dated January 21, 2008.
04      Q.   Mr. Forstall, is this an e-mail chain that
05 you sent and received as part of the ordinary course
06 of your employment at Apple?
07      A.   Yes.
```

**62.** PAGE 187:21 TO 188:07  (RUNNING 00:00:42.051)

```
21      Q.   Okay.  And I think you mentioned earlier
22 today when talking about, for instance, something
23 like HTML5, you mentioned that HTML5 is sort of
24 agnostic to the underlying processor because you --
25 the developers write for HTML5, right?  And so HTML5
00188:01 is a cross-platform platform in that sense?
02      A.   HTML5 standards are interpreted code so they
03 are agnostic to the specific processor on which they
04 run.
05      Q.   And in that sense they serve as a
06 cross-platform platform for web app developers,
07 correct?
```

**63.** PAGE 188:09 TO 188:12  (RUNNING 00:00:12.655)

```
09               THE WITNESS:  For web app developers and web
10 developers in general, they can serve as a
11 cross-platform development platform, which sometimes
```

```
        12  can work very well.
```

**64.** PAGE 188:13 TO 189:03  (RUNNING 00:01:00.060)

```
        13        Now, they run inside of a browser generally,
        14  and browsers have been built up with an enormous
        15  amount of security over time.  I mean, even though
        16  you see viruses sometimes come through web browsers,
        17  but the more mature ones are getting better and
        18  better at it.
        19        Just as an aside, sometimes that works
        20  really great and it's interesting like today we're
        21  doing this deposition and we are using a native app,
        22  which is Zoom so we can see each other, and then
        23  we're using a web app to exchange documents.
        24        Well, those documents, you know, that's an
        25  important way to go and they're secure and that's
  00189:01  being done through an app inside of a web browser,
        02  too, HTML5 and beyond standards, so both mechanisms
        03  of building can work well.
```

**65.** PAGE 189:21 TO 190:08  (RUNNING 00:00:27.436)

```
        21     Q.   And so back then, too, you thought that what
        22  they're planning is really a cross-platform platform
        23  as you called it?
        24     A.   Yes.
        25     Q.   And you then say (as read):
  00190:01          While I would prefer developers
        02          use web standards -- you mention a
        03          couple -- or go native if they want
        04          more, I'm not sure we shouldn't take
        05          the high ground and let them build
        06          it and complete.
        07          Do you see that?
        08     A.   I do.
```

**66.** PAGE 192:23 TO 193:02  (RUNNING 00:00:17.436)

```
        23     Q.   And Mr. Schiller has taken -- upon hearing
        24  it has taken the initial opposite view to yours,
        25  correct?
  00193:01     A.   It sounds like his initial opinion is very
        02  different from mine.
```

**67.** PAGE 193:03 TO 194:08  (RUNNING 00:01:23.379)

```
        03     Q.   And at the end of the day, Mr. Schiller also
        04  says (as read):
        05          In the grand scheme of things --
        06          of APIs we could choose to support
        07          beyond our own, if we ever did
        08          support another (which I don't
        09          recommend), Yahoo's Widget API is
        10          not even close to the most important
        11          one we would pick, some of the other
        12          ones I listed above (like Flash) are
        13          way more important ...
        14          Do you see that?
        15     A.   I do.
        16     Q.   Flash was another cross-platform platform?
        17     A.   In some ways.  I mean, Flash is a pretty big
        18  conversation in and of itself.
        19     Q.   I understand.  I'm not trying to hear the
        20  entire Flash story.
        21     A.    Well, there's a long Flash story in here
        22  which is -- I mean, yeah.  'Cause we tried to work
        23  with them also.  Yes.  Flash can be used as a
        24  cross-platform platform as well.
```

```
          25      Q.   And then Mr. Schiller (as read):
00194:01                Besides, we have a way to do
          02            Widgets that competes with theirs,
          03            so who cares?
          04            Do you see that?
          05      A.   I do.
          06      Q.   And did Apple end up supporting the Yahoo
          07  widget engine?
          08      A.   We did not.
```

**68.  PAGE 194:09 TO 194:20  (RUNNING 00:00:44.060)**

```
          09      Q.   Did you end up supporting Flash?
          10      A.   We did not ship Flash.  We tried to make
          11  Flash work.  We helped Adobe.  We -- we definitely
          12  were interested.  Again, this is one where I thought
          13  if we could help make it work, this could be great.
          14  Flash has been such a problem because it -- the way
          15  that it hooks into systems, it's been a virus
          16  nightmare on -- on Windows, even on the Mac.
          17            And when we got it running on iOS, the
          18  performance was just abysmal and embarrassing and it
          19  could never get to something which would be consumer
          20  value add.
```

**69.  PAGE 194:21 TO 194:22  (RUNNING 00:00:03.632)**

```
          21      Q.   And so you never shipped with Flash either?
          22      A.   We did not.
```

**70.  PAGE 195:01 TO 195:10  (RUNNING 00:00:26.039)**

```
00195:01      Q.   Did you support Java?
          02      A.   We did not.
          03      Q.   And he also mentioned Adobe's Air.  Do you
          04  support Adobe Air?
          05      A.   I do not believe so.
          06      Q.   What about Microsoft Silverlight?
          07      A.   We did not support that.  I don't even know
          08  if that exists anymore, but we did not support that.
          09      Q.   And Qualcomm's Brew?
          10      A.   We did not support that.
```

**71.  PAGE 195:22 TO 196:03  (RUNNING 00:00:26.779)**

```
          22      Q.   I wasn't suggesting that.  I asked whether
          23  you recall that there were cross-compilers available
          24  from third parties that allowed people to develop
          25  apps that would run on iOS.
00196:01      A.   I think people were trying to create
          02  cross-compilers.  I don't remember if any of those
          03  were used in the real world.
```

**72.  PAGE 196:04 TO 196:07  (RUNNING 00:00:14.590)**

```
          04      Q.   Do you recall that Apple at some point
          05  decided to ban the use of cross-compilers for
          06  developing apps for the -- for iOS?
          07      A.   Yes.
```

**73.  PAGE 198:10 TO 198:14  (RUNNING 00:00:14.132)**

```
          10      Q.   Cross-compilers are used for cross-platform
          11  development, right?
          12      A.   In general they can be used for a couple
          13  things, but yes, they can be used for cross-platform
          14  development.
```

**74.  PAGE 206:14 TO 206:21  (RUNNING 00:00:12.042)**

```
          14            (Exhibit 886 was marked for identification
```

```
      15      and is attached hereto.)
      16  BY MR. EVEN:
      17      Q.  Do you see this is an e-mail from Philip
      18  Schiller to yourself, copying Mr. Jobs on July 16,
      19  2011?
      20      A.  Give me a minute.  There's a lot of e-mails
      21  in here, so I'm going to scan through it briefly.
```

**75. PAGE 207:01 TO 207:06  (RUNNING 00:00:14.197)**

```
00207:01      Q.  Mr. Forstall, is this an e-mail that you
      02  received?
      03      A.  Yes.
      04      Q.  And is in an e-mail that you received as
      05  part of the ordinary course of your work at Apple?
      06      A.  Yes.
```

**76. PAGE 208:02 TO 208:03  (RUNNING 00:00:03.628)**

```
      02          And Mark here again is Mr. Zuckerberg?
      03      A.  Yep.
```

**77. PAGE 208:04 TO 208:06  (RUNNING 00:00:18.353)**

```
      04      Q.  And so Facebook wanted to have either an
      05  embedded web view or links to web apps in its iPad
      06  native app, correct?
```

**78. PAGE 208:08 TO 208:15  (RUNNING 00:00:23.502)**

```
      08          THE WITNESS:  Facebook was looking in their
      09  iPad app to enable embedded apps with inside of that
      10  app.
      11  BY MR. EVEN:
      12      Q.  And you told them they can't do that,
      13  correct?
      14      A.  We said they should not include embedded
      15  apps inside of the native app.
```

**79. PAGE 209:25 TO 210:11  (RUNNING 00:00:57.300)**

```
      25      Q.  And the concern is that if Facebook did
00210:01  this, if it did include these links, then it would
      02  operate as a storefront for web apps, correct?
      03          MS. MOYE:  Objection to the form.
      04          THE WITNESS:  The idea is if they were doing
      05  this -- I mean, there's many issues, it could be very
      06  confusing to users if they're making it appear to be
      07  an app store, but it's not taking you to the native
      08  apps you can download on to a platform.  It's unclear
      09  exactly what the point of that directory of links
      10  with inside of an application would -- would present
      11  itself as.
```

**80. PAGE 211:08 TO 212:01  (RUNNING 00:01:07.900)**

```
      08      Q.  Mr. Forstall, what you told Mr. Zuckerberg
      09  is not to include embedded apps in the Facebook iPad
      10  app either in an embedded web view or as a directory
      11  of links that would redirect to Safari.  This speaks
      12  to HTML5 web apps, correct?
      13      A.  No --
      14          MS. MOYE:  Objection to the form.
      15          THE WITNESS:  This speaks to what Facebook
      16  would do in its native iPad app.  Facebook when using
      17  HTML, HTML5, all web standards, as a website which
      18  is, you know, how you probably access Facebook when
      19  you're sitting on your Windows machine or your Mac,
      20  that uses web standards and works exactly how they
      21  built Facebook from day one.
```

```
        22          This is talking about what do they do in the
        23  native iPhone or iOS app and iPad app, in this case.
        24  BY MR. EVEN:
        25       Q.   I understand that, but that wasn't my
  00212:01  question, Mr. Forstall.
```

**81. PAGE 212:02 TO 212:04  (RUNNING 00:00:15.815)**

```
        02          My question was:  You told Mr. Zuckerberg
        03  that Facebook should not embed or link to HTML5 apps
        04  from its native app, correct?
```

**82. PAGE 212:06 TO 212:09  (RUNNING 00:00:19.344)**

```
        06          THE WITNESS:  I said -- the message that I
        07  delivered was that Facebook in their native app
        08  should not redirect to links that would take you to
        09  Safari in this directory.
```

**Forstall, Scott (Vol. 02) - March 8, 2021**                    1 CLIP  (RUNNING 00:07:40.616)

**13 SEGMENTS  (RUNNING 00:07:40.616)**

**1. PAGE 230:05 TO 230:11  (RUNNING 00:00:44.125)**

```
05  Q.   Mr. Forstall, do you recall that after the
06  App Store opened, there were developers who deployed
07  mechanisms for collection of payments within their app;
08  for instance, through opening an embedded web app,
09  collect payment, things of that nature?
10  A.   I remember there was some sort of payment thing.
11  I don't remember the specifics.  I remember generally.
```

**2. PAGE 230:16 TO 230:18  (RUNNING 00:00:16.143)**

```
16  Q.   Okay, but you were aware that developers found
17  ways to -- to make sales within their app, and collect
18  payment for those sales?
```

**3. PAGE 230:20 TO 230:22  (RUNNING 00:00:08.518)**

```
20           THE WITNESS:  I remember a general concept
21  that some developers were trying to collect payment
22  through their apps.
```

**4. PAGE 230:24 TO 231:02  (RUNNING 00:00:18.824)**

```
24  Q.   And do you recall there came a time when Apple
25  decided to offer its own payment mechanism for
00231:01  applications that sold digital content?
02  A.   Yes.
```

**5. PAGE 231:06 TO 231:08  (RUNNING 00:00:12.291)**

```
06  Q.   And applications that sold physical goods remained
07  free to use whatever other mechanism they wanted.
08  They couldn't use the Apple mechanism.  Correct?
```

**6. PAGE 231:15 TO 231:19  (RUNNING 00:00:18.786)**

```
15           THE WITNESS:  Apps could not use Apple's
16  in-app purchase for the sale of physical goods.
17  BY MR. EVEN:
18  Q.   But they could use other mechanisms.  Correct?
19  A.   Yes.
```

**7. PAGE 232:05 TO 232:07  (RUNNING 00:00:17.530)**

```
05  Q.   But apps that sold digital content were required
06  to do so using the IAP API.  Correct?
07  A.   Correct.
```

**8. PAGE 234:08 TO 234:08  (RUNNING 00:00:02.128)**

```
08  Q.   If you look at Exhibit 888, Exhibit 888 is Bates
```

**9. PAGE 234:09 TO 234:17  (RUNNING 00:00:43.244)**

```
09  stamped APL-APPSTORE_10080247.  And it's a cover
10  email attaching a -- what appears to be a slide deck,
11  with the tagline "App Commerce Models."  Do you see
12  that?
13  A.   I do.
14  Q.   And is that an email that you received together
15  with its -- with its attachment on 11 December 2008 in
```

```
16  the ordinary course of your work at Apple?
17  A.   Yeah.
```

**10.  PAGE 252:06 TO 252:13  (RUNNING 00:00:29.053)**

```
06  Q.   Okay.  We discussed earlier that there were some
07  apps on the App Store prior to the release of IAP
08  that were using their own payment mechanisms for
09  different kinds of purchases made in the app.  Correct?
10  A.   Correct.
11  Q.   And some of those then needed to switch over to
12  IAP once IAP was released.  Correct?
13  A.   At some time frame.
```

**11.  PAGE 252:16 TO 254:10  (RUNNING 00:03:25.791)**

```
16       Do you recall, without divulging any legal advice,
17  all the reasons why Apple decided to require that all
18  digital sales must use API [sic]?
19       MS. MOYE:  Do you mean to say "IAP"?
20       MR. EVEN:  IAP.  Sorry.
21       THE WITNESS:  I mean, there are a number of
22  reasons we added IAP.  It was to make it easier for
23  developers to sell digital goods.
24       If you're a game developer and you have an extra
25  level that you'd like to sell, but the customer has to
00253:01  enter a credit card, that could be a huge impediment to
02  the customer buying that extra level; whereas if it
03  just says, "Hey, click this button, and, for 99 cents,
04  you get another level," the user is much more likely to
05  click it.  And Apple already has your credit card on
06  file, so it -- it really streamlines it.  And it's a
07  huge win for the developer to have an easy mechanism
08  built in to -- to sell goods inside the app.  So that
09  was -- that was the main reason we did it:  To make it
10  much, much easier for developers to have another
11  revenue stream.
12       And, as the App Store -- as apps matured, we
13  just learned a lot more about different mechanisms for
14  how to help developers make money.
15  BY MR. EVEN:
16  Q.   Any other reasons that you recall, without
17  divulging any legal advice?
18  A.   Any other reasons for what?
19  Q.   For requiring the use of IAP for in-app sales of
20  digital goods.
21  A.   Well, another reason was to make it consistent
22  everywhere.  So if users were to see a consistent
23  panel, they'd be more likely to accept that.
24       If, again, everything's different every time,
25  users might be afraid to click, you know, one -- one
00254:01  place and not another place, because they might think
02  they're going to get a credit-card form added.  And so
03  if you had a standard panel across everything, that was
04  another.
05       Another was we did have this 70:30 revenue split
06  in the store for sales.  And it was to avoid apps from
07  trying to basically circumvent that by having a free
08  download that wasn't actually free.  It was -- Apple
09  would pay for everything for the download, and then
10  they would charge the customer.
```

**12.  PAGE 254:11 TO 254:13  (RUNNING 00:00:06.133)**

```
11  Q.   Any other reason?
12  A.   I'm sure there are more that I'm not thinking of
13  right now.
```

**13. PAGE 255:18 TO 256:02 (RUNNING 00:00:38.050)**

```
18      Do you recall the year that the App Store was
19  launched?
20  A.   2008.
21  Q.   And in 2008 what were your -- from a high level,
22  what were your general duties and responsibilities at
23  Apple?
24  A.   I ran all software for the iPhone OS, so iOS,
25  plus I was responsible for macOS 10 releases, and all
00256:01  design of software user interface design, and a set of
02  other things.
```



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v. Apple Inc.
Ex. Depo. 05
Date Entered _____
By _____

### *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of C.K. Haun (Vol. 1 & 2)**
**(January 13, 2021)**
**(January 14, 2021)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
|---|---|
| 21 minutes 46 seconds | 1 minute 49 seconds |

**32 SEGMENTS  (RUNNING 00:21:43.256)**

**1. PAGE 6:17 TO 6:19  (RUNNING 00:00:07.775)**

```
17                        C.K. Haun
18              having been first duly sworn, was
19              examined and testified as follows:
```

**2. PAGE 11:01 TO 11:05  (RUNNING 00:00:15.464)**

```
00011:01        So now I want to go to your starting to
02    work at Apple.  You gave me the exact date although
03    I think I forgot to write it down, but January 15,
04    and that was 1980?
05        A.   1990.
```

**3. PAGE 13:01 TO 14:05  (RUNNING 00:02:43.333)**

```
00013:01        Q.   Tell me about your career from then until
02    around the period when Apple launched its App Store.
03    Take me through the roles you played between that
04    period and the time when Apple launched App Store.
05        A.   I was a developer technical support engineer
06    until 1994.  At that point I moved into the Macintosh
07    system software engineering team and wrote and
08    applied software fixes to various portions of the Mac
09    operating system.
10         In late 1995, I briefly left the company to
11    join a startup; Be Incorporated.  It is B as in
12    baker, E as in echo, incorporated.
13         I worked there for roughly six months, left
14    that company, returned to Apple.  At that point I was
15    given responsibility for the engineering side of the
16    Mac OS 8 system software release, so I managed the
17    software engineering team for that operating system
18    release.
19         When that operating system release was
20    completed, I worked on some of the design and
21    foundational pieces of what would become Mac OS X,
22    and in 1998 I was approached by the management of the
23    Apple developer organization to take the director's
24    job of developer technical support.  I accepted and I
25    have had that role since then.
00014:01        Q.   What did that role entail?
02        A.   My responsibilities at that point were to
03    direct the team of developer technical support
04    engineers in the appropriate areas to focus to assist
05    our third-party developer community.
```

**4. PAGE 16:10 TO 16:19  (RUNNING 00:00:37.630)**

```
10        Q.   In your work and in Apple's work to support
11    developers, it supports both iOS developers and Mac
12    developers; is that correct?
13        A.   Yes.
14        Q.   Your team in particular provides support
15    both for Mac OS developers and iOS developers; is
16    that correct?
17        A.   Yes.
18        Q.   Has your team grown since App Store opened?
19        A.   No.
```

**5. PAGE 17:13 TO 17:24  (RUNNING 00:00:41.803)**

```
13      Q.   I'll move on.  So you're saying the work --
14 so the work to support an iOS developer is similar
15 to the work to support a Mac OS developer?
16      A.   Yes.
17      Q.   So over the time since App Store has
18 opened, the number of apps and the revenue Apple has
19 generated from the App Store has grown
20 substantially; is that correct?
21      A.   Yes.
22      Q.   But over that time, your team didn't grow
23 in size, correct?
24      A.   Yes.
```

**6. PAGE 18:08 TO 18:11  (RUNNING 00:00:14.671)**

```
08      Q.   Your team provides the same level of
09 support for a Mac OS developer that it provides for
10 an iOS developer?
11      A.   They are substantially identical efforts.
```

**7. PAGE 25:01 TO 25:12  (RUNNING 00:01:05.810)**

```
00025:01      Q.   Is there a process of signing Mac OS
02 applications?
03      A.   Yes.
04      Q.   How does that work?
05      A.   The process is again substantially similar
06 to the iOS process.  When a developer determines it's
07 in their desire to produce a Mac application, they
08 request a Mac developer identification certificate.
09 It is issued to them from our developer portal.  Then
10 during the process of building their Mac application,
11 that application is signed by our development tools
12 with that developer I.D. certificate.
```

**8. PAGE 25:23 TO 26:05  (RUNNING 00:00:42.372)**

```
23      Q.   What is the something I've heard referred
24 to as Mac OS notarization; how does that work?
25      A.   Notarization is a process where a Mac
00026:01 developer creates his or her application, signs it
02 with their developer I.D. certificate, and then
03 chooses to take an additional step of having Apple
04 software analyze and sign the application for
05 distribution outside of the Mac App Store.
```

**9. PAGE 27:09 TO 27:13  (RUNNING 00:00:25.497)**

```
09 by an app reviewer.  How long does an app reviewer
10 review an application?
11      A.   A typical review of a typical application
12 provided for consideration for distribution in our
13 online collection of apps takes minutes.
```

**10. PAGE 28:21 TO 29:01  (RUNNING 00:00:21.126)**

```
21      Q.   Is there a fee to be a member of the app
22 developer program?
23      A.   There is a fee to be a member of the Apple
24 Developer Program.
25      Q.   What's that fee?
00029:01      A.   Currently it is $99 in U.S. dollars.
```

**11. PAGE 29:18 TO 30:03  (RUNNING 00:00:48.139)**

```
18      Q.   In terms of technical support, there is
19 certain technical support benefits they receive as a
20 result of being a member?
21      A.   Yes.
```

```
        22      Q.   And what are those benefits?
        23      A.   The specific technical benefits are provided
        24  by my organization.  A developer, as part of their
        25  annual membership, receives the opportunity for no
 00030:01  additional fee to consult with my engineers on two
        02  specific technical areas that they would like
        03  assistance, guidance or otherwise.
```

**12.  PAGE 31:12 TO 31:15  (RUNNING 00:00:12.314)**

```
        12      Q.   There is an opportunity to get additional
        13  support, there is a payment they can make to get
        14  additional support; is that correct?
        15      A.   Yes.
```

**13.  PAGE 32:06 TO 32:07  (RUNNING 00:00:07.675)**

```
        06      Q.   What is the charge for those additional --
        07      A.   $99 per incident.
```

**14.  PAGE 32:16 TO 32:24  (RUNNING 00:00:26.998)**

```
        16      Q.   But all this support provided to members
        17  that develop native iOS apps are also provided to
        18  Mac OS developers, correct?
        19      A.   Substantially similar.  The technologies may
        20  be different.
        21      Q.   And it's provided even if the Mac OS
        22  developer distributes predominantly or even
        23  exclusively outside of the Mac App Store?
        24      A.   Correct.
```

**15.  PAGE 32:25 TO 33:17  (RUNNING 00:01:31.167)**

```
        25      Q.   Why does Apple support developers who are
 00033:01  developing apps that aren't distributed through the
        02  App Store?
        03      A.   Earlier in our conversation I described my
        04  understanding of the benefits of a third-party
        05  developer community to Apple.  The answer to your
        06  current question is similar to the answer I provided
        07  then.
        08           Distribution of Mac applications on other
        09  platforms, other distribution mechanisms, provides
        10  goods and services that consumers or businesses may
        11  choose to use.
        12      Q.   What's the benefit to Apple of that again?
        13      A.   The benefit to Apple is to have goods and
        14  services that a customer would like to use which
        15  encourages a customer to consider Apple products as
        16  products that they would choose to use in their
        17  business or personal lives.
```

**16.  PAGE 36:09 TO 36:19  (RUNNING 00:01:10.465)**

```
        09      Q.   And what's the -- why does Apple provide
        10  for notarization of Mac iOS apps?  What's it trying
        11  to address?
        12      A.   One of the primary goals of application
        13  notarization is to provide our customers with
        14  information that Apple has done some level of
        15  inspection of a Mac application and we are
        16  communicating to that customer that we did not detect
        17  any flaws or potential privacy or security-related
        18  issues in that application, to the best of our
        19  ability at the time.
```

**17.  PAGE 37:05 TO 37:13  (RUNNING 00:00:51.979)**

```
        05      Q.   Could Apple use a notarization system in
```

```
06  iOS?
07      A.   The technologies associated with a
08  notarization system -- I'm sorry, it's difficult to
09  answer that question because I'm not -- are you
10  asking if the software technology that we apply can
11  be applied to an iOS application?
12      Q.   Yes.
13      A.   Yes.  The answer is yes.
```

**18.  PAGE 142:20 TO 142:23  (RUNNING 00:00:10.156)**

```
20          Exhibit 131 is an e-mail, and you're copied
21  on one of the e-mails in the chain and it addresses
22  the presence of a school shooting game on the App
23  Store.
```

**19.  PAGE 143:07 TO 143:13  (RUNNING 00:00:34.177)**

```
07      Q.   Exhibit 131 describes the internal reaction
08  after certain individuals at Apple learned that
09  there was a school shooting game on the App Store
10  that had been posted soon after the Parkland
11  shooting, correct?
12      A.   I don't know if it was soon after Parkland
13  or not, but I agree with your other characterization.
```

**20.  PAGE 145:10 TO 145:16  (RUNNING 00:00:15.800)**

```
10      Q.   The second sentence says:  "So far all the
11  evidence points to Armin was going too fast and
12  missed all the signs to reject these apps for 1.1 or
13  at least escalate."
14          Do you see that?
15      A.   It says "signals," not "signs," and I do see
16  that.
```

**21.  PAGE 146:03 TO 146:05  (RUNNING 00:00:07.576)**

```
03      Q.   And it states it took a total of 32 seconds
04  to approve both apps.  Do you see that?
05      A.   I do see that.
```

**22.  PAGE 147:21 TO 147:25  (RUNNING 00:00:13.689)**

```
21      Q.   Do you remember this incident involving
22  this school shooting app on the App Store?
23      A.   As I mentioned when you first brought it up,
24  I have a vague memory of it but not an in-depth
25  understanding.
```

**23.  PAGE 168:22 TO 169:14  (RUNNING 00:00:45.217)**

```
22      Q.   What other devices other than the Mac do
23  you play games on, if any?
24      A.   A PlayStation 4 and an Xbox, whatever the
25  generation right before the one they just put out.  I
00169:01  can never remember Xbox's naming them schemes.
02      Q.   What about mobile devices; do you play
03  games on mobile devices?
04      A.   On my iPad.  Sorry, I forgot to mention
05  that.
06      Q.   Sounds like you have multiple game
07  consoles; is that right?
08      A.   Yes.
09      Q.   You also have a Mac on which you can play
10  games?
11      A.   Yes.
12      Q.   Why do you have multiple devices on which
13  to play games?
14      A.   Each device has different capabilities.
```

**24. PAGE 170:13 TO 170:20 (RUNNING 00:00:24.903)**

```
13        Q.   What about mobile devices; do they have any
14   capabilities compared with the other platforms?
15        A.   The definition of the platform, as you just
16   made, introduces the primary benefit, which is the
17   mobility.
18        Q.   So you view mobility as a reason why you
19   would have a mobile device to play games?
20        A.   Yes.
```

**25. PAGE 170:23 TO 172:08 (RUNNING 00:01:45.229)**

```
23             Is it important to you to have a device in
24   which you can play games that are mobile?
25        A.   Yes.
00171:01   Q.   Why is that important to you?
02        A.   There are times in my day-to-day life when I
03   would like to either clear my mind or enjoy myself by
04   playing a game, and I may not have access to my Mac
05   PlayStation, Xbox.  I may only have a mobile device
06   with me and that allows me to satisfy that desire.
07        Q.   And so that would include circumstances in
08   which you are away from home and therefore away from
09   those gaming consoles?
10        A.   Yes.
11        Q.   You keep the gaming consoles at home,
12   right?
13        A.   Yes.
14        Q.   They've got to be hooked up to your TV in
15   your living room or some other room in your home,
16   right?
17        A.   They have to be hooked up to a monitor, yes.
18        Q.   What about your Mac; do you have a desktop
19   or laptop?
20        A.   I have a laptop.
21        Q.   What about a laptop; do you bring that with
22   you when you're going about your daily business away
23   from home?
24        A.   Sometimes, yes.
25        Q.   Do you ever pull out your laptop and play
00172:01   games while you're away from home?
02        A.   No.
03        Q.   Why don't do you that if you have it with
04   you?
05        A.   In my opinion, the experience of playing
06   games away from a desk and a surface where I am able
07   to manipulate a mouse correctly, in my opinion, for
08   gaming, does not exist.
```

**26. PAGE 185:12 TO 185:15 (RUNNING 00:00:07.352)**

```
12        Q.   So sandboxing, there are more aspects
13   implemented on iOS than Mac OS?
14        A.   Yes.
15        Q.   Why is that?
```

**27. PAGE 185:18 TO 186:09 (RUNNING 00:01:28.919)**

```
18             There have been behaviors that have become
19   part of Mac OS from '82 to now that in some cases are
20   difficult to change without understanding all the
21   ramifications, and the ramifications can be rather
22   broad, not from necessarily from the operating
23   system's perspective, but from the perspective of Mac
24   developers who have 30-some-odd years of history of
25   knowing how certain things work, whether that
00186:01   knowledge is accurate or not.
02             When we developed iPhone OS, we did not have
```

```
03  an established base of either developer knowledge or
04  existing software applications that this intimate
05  knowledge of what iOS or iPhone OS did, so we could
06  begin a new platform with some enhanced goals and in
07  this case enhanced security in sandboxing
08  infrastructure without disrupting anything that had
09  happened in the past.
```

**28.  PAGE 187:01 TO 187:13  (RUNNING 00:00:36.056)**

```
00187:01      Q.   Are there other benefits to sandboxing on
02  iOS?
03            A.   Obviously from a consumer focus, the
04  inability of application A to read the data created
05  by application B is a huge benefit to our customers.
06            Q.   So for example, my messenger app cannot
07  obtain data that my banking app may have; is that
08  right?
09            A.   That's correct.
10            Q.   That would be a problem because that might
11  compromise the safety of my personal information
12  that is stored by another app?
13            A.   Correct.
```

**29.  PAGE 188:09 TO 188:12  (RUNNING 00:00:18.836)**

```
09            Q.   Are there important aspects of sandboxing
10  that have been implemented on iOS and not on Mac OS?
11            A.   With the release of our latest version of
12  Mac OS, I don't believe that is the case.
```

**30.  PAGE 238:07 TO 238:10  (RUNNING 00:00:01.621)**

```
07            MS. COSCIA:  This is 140.
08            (The document referred to was marked as
09  Exhibit 140 for identification and is attached
10  hereto.)
```

**31.  PAGE 239:05 TO 239:08  (RUNNING 00:00:09.372)**

```
05            Q.   I want to start at the top of this e-mail.
06  You wrote: "We review, we do not test.  That's been
07  a guiding principal in App Review since we conceived
08  of it.
```

**32.  PAGE 239:17 TO 240:18  (RUNNING 00:02:20.135)**

```
17            Q.   Thank you, understood: "We review, we do
18  not test."   What's the difference between those?
19            A.   This is a particular -- as you can tell from
20  my emphasis in the first line of this e-mail, in the
21  software business, the word "test" has certain
22  implications to both software engineers, quality
23  assurance personnel and customers.
24            "Test" implies or outright infers that the
25  individual providing test has done a comprehensive
00240:01  use of the application, exercising most it not all of
02  the functionality of an application, and not only
03  testing all the functionality of the application, but
04  testing certainly much of the application under
05  different conditions with a different data and by
06  attempting to induce failure modes by, for example,
07  trying to run an application on a Windows PC that
08  does not have enough memory to do everything the
09  application wants and see how the application fares
10  under a test like that.  That's the commonly accepted
11  perception of what a test is.
12            Review as started by the iOS App Review team
13  is not testing.  As I've described earlier, we run
14  some automated tools on applications, and then a
```

15  reviewer will in general launch an app and do some
16  things with the app; not a comprehensive test.
17  That's why I made the emphasis here on that
18  differentiation.

**Haun, CK (Vol. 02) - January 14, 2021**                    1 CLIP  (RUNNING 00:01:52.196)

---

**4 SEGMENTS  (RUNNING 00:01:52.196)**

---

**1. PAGE 276:22 TO 276:25  (RUNNING 00:00:14.632)**

```
22      Q.   Okay.  When you were running the App Store,
23  on average how long did it take a reviewer to do the
24  human review for an app coming into the App Store?
25      A.   Typically three to seven minutes.
```

**2. PAGE 289:21 TO 289:22  (RUNNING 00:00:00.540)**

```
21           (Exhibit 144 was marked for identification
22      and is attached hereto.)
```

**3. PAGE 290:11 TO 291:07  (RUNNING 00:01:10.533)**

```
11           And you are shown as a recipient of at least
12  one of the e-mails in the thread?
13      A.   Yes.
14      Q.   Okay.  Does this refresh your recollection
15  that XcodeGhost became a problem sometime around
16  September 17th, 2015?
17      A.   Yes.
18      Q.   Okay.  And in it, in this thread, you are
19  asked by Craig Bradley (as read):
20           This all seems very technical to
21      me, but the comment that "infected
22      apps successfully passed app review
23      concerns me, is this something we
24      should worry about or actively scan
25      for during app review."
00291:01    Do you see where I'm reading?
02      A.   Yes.
03      Q.   Okay.  So first question:  Who is Mr.
04  Bradley?
05      A.   Craig Bradley manages our worldwide
06  developer relations activities in -- at that point,
07  the southeast Asia and China markets.
```

**4. PAGE 291:16 TO 291:20  (RUNNING 00:00:26.491)**

```
16      Q.   Well, both:  What is XcodeGhost?
17      A.   XcodeGhost was a exploit which fooled our
18  tool chain into including an inaccurate modified
19  version of some SDK, software development kit,
20  libraries.
```



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v Apple Inc.*
__Ex. Depo. 06__
Date Entered _____
By _____

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

### Deposition Designation of Eric Friedman (Vol. 1 & 2)
### (February 1, 2021)
### (February 2, 2021)

### Time

| Epic Games, Inc.'s Designations (Blue Highlight) | Apple Inc.'s Designations (Yellow Highlight) |
|---|---|
| 21 minutes 8 seconds | 15 minutes 22 seconds |

Friedman, Eric (Vol. 01) - February 1, 2021                    1 CLIP  (RUNNING 00:35:36.320)

62 SEGMENTS  (RUNNING 00:35:36.320)

**1.  PAGE 12:14 TO 12:16  (RUNNING 00:00:06.525)**

```
    14                    ERIC FRIEDMAN,
    15     having been first duly sworn, was examined and
    16                    testified as follows:
```

**2.  PAGE 38:21 TO 38:22  (RUNNING 00:00:07.005)**

```
    21     Q   When did you join Apple?
    22     A   July of 2012.
```

**3.  PAGE 39:05 TO 39:19  (RUNNING 00:00:39.430)**

```
    05     Q   Okay.  And what role did you have at Apple
    06  when you joined?
    07     A   Very briefly, software developer.
    08     Q   And what were you very briefly developing?
    09     A   commerce systems for at the time what was
    10  called the iTunes Store.
    11     Q   Okay.  At that time, the iTunes Store sold
    12  apps as well as movies and music; is that right?
    13     A   That's right.
    14     Q   Okay.  And you say you developed e-commerce
    15  systems.
    16         What would those systems do within the iTunes
    17  Store?
    18     A   Well, I was specifically responsible for the
    19  fraud engineering systems.
```

**4.  PAGE 49:13 TO 49:17  (RUNNING 00:00:09.651)**

```
    13     Q   Okay.  Has your role changed since then?
    14     A   Yes.
    15     Q   How has it changed?
    16     A   We took on responsibility for other kinds of
    17  abuse.
```

**5.  PAGE 50:01 TO 50:15  (RUNNING 00:01:12.569)**

```
 00050:01     Q   Okay.  What kind of -- what other kinds of
    02  abuse did you take the responsibility on for?
    03     A   Sure.  And so I'm not -- in my answer, I'm
    04  not going to distinguish between the things that
    05  came from iCloud and the things that came in account
    06  security.
    07         So there was an area of discovery abuse that
    08  we became responsible for.  I mentioned account
    09  security.  And then at a later point, iMessage spam;
    10  at a later point, mail spam, various other kinds of
    11  spam in the iCloud infra-system, you know, phishing
    12  virus, phishing in general, I should say.  We did a
    13  number of efforts that were -- it was broadly about
    14  identifying abuse of behavior across services and
    15  developer fraud.
```

**6.  PAGE 50:16 TO 51:08  (RUNNING 00:01:32.110)**

```
    16     Q   What is developer fraud?
    17     A   Sure.
    18     Q   Sorry.
```

```
        19     A    That's okay.   I was just about to answer that
        20 question, so good timing.   So there are several
        21 kinds, but broadly speaking, it comes down to
        22 knowing who we're doing business with and making
        23 sure that those purposes are -- are not -- the --
        24 the privileges are not being misused for illicit
        25 distribution and for illegal activity like money
00051:01 laundering.
        02         And then -- what was I going to say about
        03 developer fraud?   There are compliance elements to
        04 it referring to OFAC.   It -- with partners, extends
        05 it to the domains of malware and -- I think that's
        06 a -- a general view of the landscape.   I'm sure if
        07 you have more precise questions, we'll be able to
        08 delve into that.
```

**7.   PAGE 57:20 TO 58:09  (RUNNING 00:00:57.657)**

```
        20     Q    Let's talk about malware.   How -- what do you
        21 consider malware to be?
        22     A    I consider malware to be software which
        23 deceives an end user as to its function.
        24     Q    And how does Apple prevent customers from
        25 obtaining malware?
00058:01     A    So in my domain, what we focus on is
        02 preventing illicit distribution.
        03     Q    Well, what do you mean by illicit
        04 distribution?
        05     A    Illicit -- sorry, distribution outside of the
        06 App Store.
        07     Q    So do you perform any other function in order
        08 to prevent customers from obtaining malware?
        09     A    No.
```

**8.   PAGE 58:10 TO 58:13  (RUNNING 00:00:06.771)**

```
        10     Q    Okay.   What about Apple?   Does Apple perform
        11 any other function that prevents customers from
        12 obtaining malware?
        13     A    Yes.
```

**9.   PAGE 59:10 TO 59:19  (RUNNING 00:00:23.962)**

```
        10     Q    Okay.   Does your team have a name?
        11     A    Fraud engineering, algorithms and results --
        12 and risk.   I'm sorry, risk.   We like --
        13     Q    Is that sometimes abbreviated FEAR?
        14     A    That's right.
        15     Q    Do people pronounce it "fear" within Apple?
        16     A    They pronounce it "FEAR," uh-huh.
        17     Q    Okay.   And you -- are you the leader of that
        18 group?
        19     A    Yes, I am.
```

**10.  PAGE 63:06 TO 63:08  (RUNNING 00:00:10.520)**

```
        06     Q    In performing your role, have you had to
        07 interact with App Review within the App Store?
        08     A    Yes, I do interact with App Review.
```

**11.  PAGE 68:05 TO 68:14  (RUNNING 00:00:34.993)**

```
        05     Q    Okay.   Sorry.   Let's start with iOS first.
        06         How does your team prevent the illicit
        07 distribution of apps on iOS?
        08     A    Sure.   So we run several what we call
        09 crawling systems to identify illicit distribution
        10 activity.
        11     Q    Okay.   What are the systems crawling?
        12     A    The internet.
```

```
     13    Q   And what are they looking for?
     14    A   Distribution outside the App Store.
```

**12.  PAGE 77:11 TO 77:12  (RUNNING 00:00:00.915)**

```
     11        (Exhibit 250 was marked for identification
     12        and is attached hereto.)
```

**13.  PAGE 81:18 TO 81:25  (RUNNING 00:00:34.438)**

```
     18    Q   Are you aware of developers requesting
     19  five-star ratings?
     20    A   Yes.
     21    Q   Okay.  Is that considered abuse?
     22    A   Well, again, I am not responsible for -- for
     23  defining that exactly, but I refer to
     24  Mr. Shoemaker's message above where he says a
     25  request for five-star witness causes rejection.
```

**14.  PAGE 82:01 TO 82:04  (RUNNING 00:00:10.780)**

```
00082:01    Q   Okay.  So that's something that, in your
     02  understanding, should not have been permitted by App
     03  Review?
     04    A   Correct.
```

**15.  PAGE 82:05 TO 83:03  (RUNNING 00:00:56.576)**

```
     05    Q   And after Mr. Shoemaker emails you providing
     06  that information, you write an email starting with
     07  (as read):
     08        "Pedraum, when can we talk about
     09        this?"
     10    A   Uh-huh.
     11    Q   Who was -- was Pedraum that you're addressing
     12  there?
     13    A   Pedraum Pardehpoosh at the time was -- I
     14  don't remember the precise role, but he was on the
     15  business side of App Store and so was someone we
     16  conferred with about what the business rules should
     17  be for the discovery features we were attempting to
     18  protect --
     19    Q   Okay.
     20    A   -- discovery experiences.  Excuse me,
     21  experiences.
     22    Q   Understood.  You write (as read):
     23        "Pedraum, when can we talk about
     24        this?  App Review is bringing a
     25        plastic butter knife to a gun
00083:01        fight."
     02        Do you see that?
     03    A   I do.
```

**16.  PAGE 89:02 TO 89:05  (RUNNING 00:00:07.746)**

```
     02    Q   And, Mr. Friedman, if you could access
     03  Exhibit 251 and take a minute or two to read that,
     04  please, and let me know when you've finished.
     05    A   All right.
```

**17.  PAGE 93:13 TO 93:19  (RUNNING 00:00:22.224)**

```
     13    Q   You start "Regarding review processes,"
     14  colon.
     15        Do you see that?
     16    A   Uh-huh.
     17    Q   You're referring to App Review processes,
     18  right?
     19    A   Looking at the final sentence, yes.
```

**18. PAGE 94:09 TO 94:23 (RUNNING 00:00:32.897)**

```
09    Q    Let me -- let me repeat again (as read):
10         "Please don't ever believe that they
11         accomplish anything that would deter
12         a sophisticated attacker."
13         Do you see that?
14    A    I do.
15    Q    Is that an accurate assessment of App Review
16   by you at the time?
17    A    Well, I think I spoke generally about review
18   processes, but yes, this one is in the context of
19   App Review.
20    Q    Okay.  And you say (as read):
21         "I consider them a wetware rate
22         limiting service and nothing more."
23    A    Uh-huh.
```

**19. PAGE 95:07 TO 95:11 (RUNNING 00:00:09.070)**

```
07         Do you have an understanding of what wetware
08   is and -- and how you used it there?
09    A    Yeah, uh-huh.
10    Q    Okay.  What is it?
11    A    It's what's up here, the human brain.
```

**20. PAGE 97:04 TO 97:16 (RUNNING 00:00:20.159)**

```
04    Q    Okay.  You go on to say (as read):
05         "Yes, they sometimes catch things."
06         Do you see that?
07    A    Uh-huh.
08    Q    Implying sometimes they don't catch things;
09   is that -- isn't that right?
10    A    Yeah, I think that's correct.
11    Q    Okay.  (As read):
12         "But you should regard them as
13         little more than the equivalent of
14         the TSA at the airport."
15         Do you see that?
16    A    I do.
```

**21. PAGE 97:20 TO 97:25 (RUNNING 00:00:16.493)**

```
20         Is it fair to say you didn't have a very high
21   opinion of what the TSA at the airport could
22   accomplish?
23    A    I -- yeah, I think it's been proven that the
24   TSA at the airport is not able to deflect any --
25   deflect sophisticated attackers.
```

**22. PAGE 98:01 TO 98:09 (RUNNING 00:00:14.307)**

```
00098:01    Q    Okay.  You say --
02    A    And they are under pressure to move people
03   through.
04    Q    Understood, understood.  Much like App
05   Review, right?
06    A    (No audible response.)
07    Q    Is that a yes?  You --
08    A    Oh, I'm sorry.  I'm nodding.  Yes, much like
09   App Review, yes.
```

**23. PAGE 99:02 TO 99:24 (RUNNING 00:01:29.525)**

```
02    Q    Okay.  And I -- I asked you -- when I was
03   asking questions, I said we could focus first on
04   January 2016, but I would be interested to know how
05   things have changed since January 2016.
06         Could you describe that for me, please.
```

101

```
07    A   Well, as I mentioned, there have been a lot
08 of investments in tooling and systems and automation
09 to help them.  So, you know, the -- fundamentally,
10 the App Review is governing its activity according
11 to a set of guidelines and in transparency about
12 those guidelines, and they do catch a lot of abuse.
13 And their ability to catch abuse has been augmented
14 by -- by these investments.
15        And there have been innovations like the one
16 that I described -- App Attest and Device Check.
17 Perhaps those are the ones I'm thinking about right
18 now -- that exist in this instance to defend a
19 legitimate developer against someone who is -- is
20 abusing a customer -- deceiving the customer.
21    Q   Okay.
22    A   So it's a multi -- you know, a lot has
23 changed since -- in the last five years, and six
24 days.
```

**24. PAGE 100:07 TO 100:10  (RUNNING 00:00:09.539)**

```
07    Q   And, Mr. Friedman, if you could open what
08 we've marked as Exhibit 252, take a couple minutes
09 to read it, and then let me know when you've
10 finished.
```

**25. PAGE 100:11 TO 100:15  (RUNNING 00:00:13.893)**

```
11    A   Okay, Mr. Byars.
12    Q   Okay.  Who is the person you are exchanging
13 emails with in this chain?
14    A   Herve Sibert is on my team, and he runs the
15 FIRE team of which you asked earlier.
```

**26. PAGE 105:16 TO 105:25  (RUNNING 00:00:34.130)**

```
16    Q   Okay.  Is Mr. Sibert -- is he referring to an
17 app that appears to be a calculator when launched
18 but is actually -- performs some other function?
19    A   Well, I don't -- you know, the -- there's
20 what's said, and then there's what -- the referent
21 of what's said is.  And so I don't -- you know,
22 you'd have to ask Mr. Sibert what the referent was.
23 But since I don't recall it, I'm not -- I'm not able
24 to offer you an opinion about what that specific app
25 was or did.
```

**27. PAGE 106:01 TO 106:15  (RUNNING 00:00:46.148)**

```
00106:01   Q   Okay.  Sitting -- sitting here now, reading
02 this email, what do you understand him to be saying?
03        What kind of app is he describing?
04    A   Okay.  That's a question I can answer.  So --
05    Q   Okay.
06    A   -- as I understand this, what he's describing
07 is a pattern where an app is submitted to App Review
08 and its behavior changes after it has gone through
09 App Review and is being distributed.  And he is
10 specifically suggesting that such an app might be
11 one that you would not expect to draw a lot of
12 attention, a calculator.  You know, people have
13 calculators have -- on their phones already.  And
14 yet, the app draws tremendous attention, hence,
15 loads of downloads.
```

**28. PAGE 111:02 TO 111:12  (RUNNING 00:00:21.862)**

```
02    Q   Okay.  Thank you.  And just to finish this --
03 this email that we were just reading, you write or
04 wrote (as read):
```

```
05          "They are more like the pretty lady
06          who greets you with a lei at the
07          Hawaiian airport than the drug
08          sniffing dog who, well, never mind. ;)"
09          Do you see that?
10     A    I do.
11     Q    And by that, you mean App Review, right?
12     A    In this context, yes.
```

**29. PAGE 111:13 TO 111:24  (RUNNING 00:00:42.315)**

```
13     Q    Okay.  Is this consistent with your opinion
14 at the time that App Review was primarily designed
15 to welcome developers and their apps rather than to
16 keep harmful material out?
17     A    They are absolutely enforcing the guidelines
18 of the store to the best of their ability, and the
19 guidelines of the store prohibit the publication of
20 harmful material.  So they're absolutely concerned
21 with that and with investments from, you know, the
22 broad range of talent and expertise.  Around Apple,
23 they have gotten better, and they continue to get
24 better in fulfilling that function.
```

**30. PAGE 112:05 TO 112:09  (RUNNING 00:00:14.610)**

```
05     Q    -- which is, just looking at this sentence,
06 was this consistent with the opinion you held at the
07 time that App Review was more about welcoming
08 developers and their apps into the App Store than
09 about keeping out harmful material?
```

**31. PAGE 112:14 TO 112:16  (RUNNING 00:00:05.756)**

```
14          THE WITNESS:  Mr. Byars, there's a premise in
15 your statement that those two things are mutually
16 exclusive.  And they are not.
```

**32. PAGE 113:08 TO 114:19  (RUNNING 00:01:48.720)**

```
08     Q    Okay.  Well, if -- if App Review is enforcing
09 guidelines, is that more like a pretty lady who
10 greets you with a lei at the Hawaiian airport, or is
11 that more like a drug sniffing dog?
12     A    I think that that statement was glib and
13 unfair and not sufficiently nuanced to describe all
14 the functions that they perform.
15     Q    Okay.  So you've changed your opinion since
16 this email about -- about App Review?
17     A    Yes.
18     Q    Okay.
19     A    Certainly -- well, let me say this another
20 way.  Certainly that -- that analogy is not what I
21 consider to be the case about App Review.
22     Q    Sitting here today, this analogy you -- you
23 believe is no longer accurate, whether or not you
24 believed it was accurate at the time; is that
25 your --
00114:01   A    Correct.
02     Q    -- testimony?
03     A    That's correct.
04     Q    Okay.  When did you change your opinion?
05     A    I can't point you to a specific date but, you
06 know, as I've discussed more the investments that
07 have been made in supporting App Review, I think
08 that, you know, it's been a -- a journey for me and
09 reflects investments from Apple that, you know,
10 we've been able to participate in and support.
11     Q    And those investments have been made after
```

```
12   this email and after this chain of emails, which
13   means it would be in the last couple years, right?
14        A   Well, there are investments along the way at
15   every point.  So I don't know -- again, as I -- as I
16   said, it was a journey for me.  So at this time, I
17   may not have had full understanding of everything
18   that they're doing.  Even as of today, I don't have
19   full understanding of everything that they're doing.
```

**33. PAGE 115:05 TO 115:06  (RUNNING 00:00:05.950)**

```
05        Q   Mr. Friedman, I'm going to ask you to take a
06   look at what we've now marked as Exhibit 253.
```

**34. PAGE 115:15 TO 115:18  (RUNNING 00:00:22.994)**

```
15        Q   Okay.  Do you recall the purpose of creating
16   this attached document?
17        A   It appears to be to enable informed
18   decision-making on an identified abuse.
```

**35. PAGE 115:23 TO 116:12  (RUNNING 00:00:58.148)**

```
23        Q   Okay.  Great.  Do you recall what that abuse
24   was?
25        A   Yeah.  So there was a problem at the time --
00116:01   I guess the time frame is not one I have a lot of
02   precision about -- where there were ads showing up
03   in the store that were promoting virus detection
04   software on the iPhone, which is nonsensical.
05   There's no such -- you know, there's no need for
06   that.  There's no such thing as that.
07        And so I recall being asked about this by the
08   head of SEAR and -- and so, you know, we took a look
09   at that and, apparently, drafted some -- some
10   proposed mitigations so that an informed decision
11   can be made about that kind of deceptive user
12   visible information.
```

**36. PAGE 118:06 TO 119:09  (RUNNING 00:01:38.277)**

```
06        So I need to revise my earlier remarks.
07        Q   Okay.
08        A   So earlier, I spoke about the -- about the
09   virus -- a virus scanner issue, but the median
10   article actually covers a number of other abuses
11   that were -- that are described here.
12        And as I recall the specific -- I mean, the
13   virus is certainly covered in here, but the specific
14   thing that was associated with that was the -- on --
15   where did you say the pages are numbered?
16        Q   At the bottom.  You can use --
17        A   Oh, I see.
18        Q   -- what we call a Bates number.
19        A   Is that in the lower right-hand corner?
20        Q   That's right.
21        A   Okay.  So if I look at the page ending in
22   7762 --
23        Q   Uh-huh.
24        A   -- there's an "Article highlights."
25        Q   Uh-huh.
00119:01        A   So the thing that was specifically behind the
02   $80,000 business was in the second-from-right column
03   where you see the "Touch ID High value in-app
04   purchase."
05        So that -- that aspect caught attention, and
06   then these other items emerged, so...
07        Q   So that developer was offering a subscription
08   to something for 99.99, right?
```

```
         09     A   Every seven days.
```

**37.  PAGE 120:02 TO 120:03  (RUNNING 00:00:04.649)**

```
         02     Q   And if I could please direct your attention
         03  to the page ending in 763.
```

**38.  PAGE 120:11 TO 120:14  (RUNNING 00:00:09.056)**

```
         11     Q   Okay.  So -- and -- and is this your -- in
         12  your understanding, is this sort of a summary of
         13  what happened with this app that this presentation
         14  is discussing?
```

**39.  PAGE 120:15 TO 120:21  (RUNNING 00:00:27.603)**

```
         15     A   I don't know if this is what this specific
         16  app did.
         17     Q   Okay.  What is the timeline laid out here if
         18  not about a specific app?
         19     A   It may be an overlay of the things that one
         20  could do to achieve this kind of abuse without
         21  necessarily having to do all of them.
```

**40.  PAGE 120:22 TO 121:23  (RUNNING 00:00:48.907)**

```
         22     Q   Okay.  So, for example, number 1 says (as
         23  read):
         24         "Developer submits app with
         25         prohibited terms, rejected twice."
  00121:01         Do you see that?
         02     A   Uh-huh.
         03     Q   Are you aware of apps having been submitted
         04  more than once for App Review and having been
         05  rejected repeatedly?
         06     A   Yes.
         07     Q   Okay.  Then it says (as read):
         08         "Developer removes" -- I'm looking
         09         at number 2 now.
         10         (As read):
         11         "Developer removes problem terms,
         12         passes review but with problematic
         13         content."
         14         Are you aware of examples of a developer
         15  resubmitting a previously rejected app including
         16  remaining problematic content?  Are you aware of
         17  that happening before?
         18     A   Yes.
         19     Q   And there have been circumstances under which
         20  the app has, in fact, passed review after having
         21  been previously rejected for having problematic
         22  content?
         23     A   Yes.
```

**41.  PAGE 121:24 TO 122:06  (RUNNING 00:00:13.714)**

```
         24     Q   Okay.  Is that a big problem in your view?
         25     A   I don't have any metrics about that.
  00122:01     Q   I'm sorry.  You cut -- you cut out very
         02  briefly.
         03     A   Oh.
         04     Q   If you wouldn't mind repeating the answer.
         05     A   Sure.  I don't have any metrics about that
         06  with which to tell you whether it's a big problem.
```

**42.  PAGE 122:21 TO 123:23  (RUNNING 00:01:03.522)**

```
         21         Number 4 says (as read):
         22         "Users gulled into subscribing with
         23         aggressive call to action."
```

```
         24        Do you see that?
         25     A   Uh-huh.
00123:01        Q   That's what we were just referring to.  I
         02  think you said -- I'm sorry.  Remind me of the term
         03  you used.
         04     A   Misleading subscriptions or misleading subs.
         05     Q   Okay.  That's -- that's referring to -- to
         06  that number 4, right?
         07     A   Yes.
         08     Q   Okay.  And then it says, number 5 (as read):
         09        "Conversion rate sufficient to enter
         10        Top Grossing chart."
         11        Do you see that?
         12     A   I do.
         13     Q   What does this mean by conversion rate?
         14     A   So from discovery to -- through to purchase.
         15     Q   So this refers to the rate of people who
         16  actually subscribed to that subscription?
         17     A   Download and subscribe.
         18     Q   Okay.  And then number 5 is saying the rate
         19  was so high, this app was one of the top grossing
         20  apps in the store, right?
         21     A   The terminology in there is a little -- is a
         22  little confusing, but the app generated enough
         23  revenue that it became top grossing.
```

**43. PAGE 123:24 TO 124:16  (RUNNING 00:00:48.460)**

```
         24     Q   Okay.  It made so much money that it was one
         25  of the top grossing apps in the store, right?
00124:01     A   So as I said earlier, I don't know if this
         02  is -- is true of that specific app, whether it
         03  actually showed up in top grossing or not.  But as
         04  the article says, it's $80,000 in some -- some time
         05  period.  It definitely made, you know, significant
         06  revenue.  I can't tell you --
         07     Q   Okay.
         08     A   Oh, yeah, it was position X in the top
         09  grossing chart.  I -- I don't have that information.
         10     Q   Are you aware of there being -- putting this
         11  one -- this example aside, other fraudulent subs
         12  that generated a lot of money?
         13     A   Define a lot of.
         14     Q   Well, significant amounts.
         15     A   You and I may have different opinions about
         16  what a significant amount is.
```

**44. PAGE 134:25 TO 135:01  (RUNNING 00:00:03.595)**

```
         25        MR. BYARS:  Thank you.  And for the record,
00135:01  this is marked as Exhibit 254.
```

**45. PAGE 136:02 TO 136:18  (RUNNING 00:00:36.097)**

```
         02     Q   Okay.  Let's look at the email that's next
         03  up, the -- the most immediate email, that starts
         04  with --
         05     A   8:44 a.m.?
         06     Q   That's right.
         07     A   Okay.
         08     Q   So you say (as read):
         09        "Yes, the ability to pay for
         10        promotion would be awesome."
         11        So are you referring there to developers
         12  paying Apple for promotion within the App Store?
         13     A   Yes.
         14     Q   You say (as read):
         15        "We've floated it several times as
```

```
    16          the way to end chart gaming."
    17          Do you see that?
    18     A    Uh-huh.
```

**46. PAGE 136:19 TO 137:07  (RUNNING 00:00:34.410)**

```
    19     Q    To whom had you floated this proposal several
    20  times?
    21     A    I definitely don't remember that.
    22     Q    Okay.  You don't recall ever floating
    23  developer's ability to pay for promotion in the App
    24  Store?
    25     A    That's not what I said.  I don't remember to
00137:01  whom or --
    02     Q    Okay.  Do you --
    03     A    -- if I floated it.
    04     Q    Okay.  But do you remember floating that
    05  proposal?
    06     A    Well, clearly, I said that -- that we've done
    07  it, but I don't remember doing it.
```

**47. PAGE 137:11 TO 137:17  (RUNNING 00:00:21.312)**

```
    11          Chart gaming, what does that mean?
    12     A    Manipulation of inputs to the charting level
    13  for them to appear more popular.
    14     Q    Okay.  And that was that kind of abuse that
    15  you said that your team was tasked with identifying
    16  and -- and preventing, right?
    17     A    That's right.
```

**48. PAGE 138:18 TO 138:24  (RUNNING 00:00:07.935)**

```
    18     Q    Okay.  You say (as read):
    19          "If people are willing to pay
    20          'marketing companies' (bot nets) to
    21          gain position, why don't we just let
    22          them pay us to gain position?"
    23          Do you see that?
    24     A    Uh-huh.
```

**49. PAGE 138:25 TO 139:09  (RUNNING 00:00:34.460)**

```
    25     Q    So are you proposing that instead of
00139:01  developers paying bot nets to engage in chart abuse,
    02  they instead just give that money to Apple to gain
    03  position on the charts?
    04     A    No.  I'm suggesting that we make a -- a
    05  clearer distinction between incentivized placement
    06  and -- and organic placement, which, you know,
    07  there's a fairly common -- fairly commonly
    08  distinction made in search.  If you've used major
    09  search engines, I'm sure you're aware of them.
```

**50. PAGE 140:01 TO 140:11  (RUNNING 00:00:38.304)**

```
00140:01     Q    Okay.  At this time, users of the App Store
    02  couldn't rely on organic placement to determine
    03  which apps were popular, right?
    04     A    That's a very sweeping statement.  I -- I
    05  don't think I can answer yes or no to that.  I think
    06  that in some context where we had a -- where we
    07  missed a signal, where we were behind on adaptation,
    08  then -- then there might have been -- there -- there
    09  can be periods of unreliability, but, you know, it's
    10  something that we actively fought and continue to
    11  fight.
```

**51.** **PAGE 140:15 TO 141:10  (RUNNING 00:01:08.011)**

```
        15         Were you at a period of unreliability around
        16  the time of this email?
        17      A   I don't think I used the word
        18  "unreliability."
        19      Q   You said there can be periods of
        20  unreliability.
        21         Were you in such a period at this time?
        22      A   I don't -- I wouldn't describe it as a period
        23  so much as, you know, particular attacks.  A new
        24  attack vector or an adaptation comes up, and then
        25  we -- we adjust that.  But, you know, it's a fast
00141:01  ecosystem, so it's not that the entire thing becomes
        02  tainted all at once.  You know, there might be an
        03  outbreak in a particular area --
        04      Q   Okay.  So --
        05      A   -- but in this conversation -- in this
        06  conversation, we're dialoguing about news from --
        07  from something in Google Play, which is not the same
        08  thing as -- which doesn't tell me that there was a
        09  moment right then where the chart problem was -- was
        10  flaring up anymore.
```

**52.** **PAGE 141:12 TO 142:03  (RUNNING 00:00:33.438)**

```
        12         The third paragraph of the email on the
        13  bottom of the page starts (as read):
        14         "I've actually" --
        15      A   On the penultimate page?  Oh, yeah, "I've
        16  actually."  Okay.
        17      Q   On the first page (as read):
        18         "I've actually managed to convince
        19         myself that our App Store charts
        20         aren't really a discovery tool at
        21         all.  Yes, they do drive some
        22         conversions, but that is (I suspect
        23         and haven't verified) mostly the
        24         bots and/or humans responding to
        25         incentivize" -- sorry, "incentives
00142:01         from promotional companies."
        02         Do you see that?
        03      A   Uh-huh.
```

**53.** **PAGE 142:04 TO 142:10  (RUNNING 00:00:28.040)**

```
        04      Q   So was it your view that the charts in App
        05  Store were not performing a discovery function
        06  around the time of this email?
        07      A   So my remarks here are actually not about
        08  whether there was a flog problem or not.  It's about
        09  whether in an app economy, a popularity chart is --
        10  is a really great way to discover content.
```

**54.** **PAGE 143:11 TO 144:22  (RUNNING 00:01:44.380)**

```
        11      Q   Okay.  So your testimony is that you did not
        12  think there was a problem of bots and/or humans
        13  responding to incentives that were influencing the
        14  app charts?
        15      A   That is not what I said.
        16      Q   Okay.
        17      A   You asked me --
        18      Q   Now what --
        19      A   You asked me to explain why I thought app
        20  charts aren't a -- aren't really a discovery tool at
        21  all.  And as I explained in the third and fourth
        22  sentence, I go on to say that a chart -- and this is
        23  independent of -- of whether there's fraud or not
```

```
          24   that puts YouTube and Flight Pilot Simulator 3D in
          25   the same list isn't useful to a human shopper.
00144:01        Sure, you might buy both, but that decision won't be
          02   motivated by their popularity relative to one
          03   another.
          04        So if I'm going in and I'm looking at a chart
          05   and it shows me YouTube and, oh, yeah cool, I can --
          06   I can, you know, watch videos, I'm not going to look
          07   at the fact that it's above or below a flight
          08   simulator in making my decision on whether to pick
          09   YouTube.  I want YouTube.
          10        So unlike a search where I'm interested in a
          11   category and I go in and I say, oh, I'm interested
          12   in photo editing apps and the -- and the recall of
          13   the algorithm comes back with all -- all of the
          14   photo editing apps.  And then I might be -- I might
          15   be influenced by what's more popular than another.
          16        But a chart which is primarily based off of
          17   purchases, sales activity makes a lot more sense in
          18   music where people are interested in what's the hot
          19   song of the summer.  But in my opinion, it doesn't
          20   make sense -- my opinion at the time, certainly, it
          21   doesn't make sense where people are being driven by
          22   function.
```

**55. PAGE 144:24 TO 145:11  (RUNNING 00:00:16.557)**

```
          24        I want to go to the -- the top email on the
          25   page.
00145:01   A   Okay.
          02   Q   It -- it starts (as read):
          03       "The devs would love it."
          04   A   Uh-huh.
          05   Q   (As read):
          06       "The problem is Tim" -- "the problem
          07       is that Tim is telling the world
          08       that we make great products without
          09       monetizing users."
          10       Who is the Tim there?
          11   A   Tim Cook.
```

**56. PAGE 145:12 TO 147:01  (RUNNING 00:02:01.282)**

```
          12   Q   Okay.  So in -- in your recollection, he had
          13   been conveying that message to people?
          14   A   I don't think he would use those words.  I
          15   don't think I recall him using those words.  That's
          16   my -- that's, apparently, how I summarized it.
          17   Q   Okay.  Fair enough.
          18   A   So --
          19   Q   Yep.  Then you say (as read):
          20       "Ads would be weirdly at odds with
          21       that."
          22       Why would ads be weirdly at odds with that?
          23   A   Well, I think we need to unpack what "that"
          24   is.
          25   Q   Are you -- are you not referring to the
00146:01   message that Mr. Cook was telling the world when you
          02   said (as read):
          03       "Ads would be weirdly at odds with
          04       that"?
          05   A   Well, again, this is -- this was my -- my
          06   opinion at the time, but as I read this, we -- you
          07   know, Apple absolutely and unequivocally has taken
          08   the stance that -- that we are -- you know, that we
          09   do not generate revenue off of -- off of our users.
          10        Our users are not the product, right?  The
          11   devices and software that we make is the product.
```

```
    12   And so -- hmmm, I'm thinking about this.
    13        I don't think I would -- I would view this in
    14   the same way today as the statement looks -- looks
    15   now, because if I look at this today, the question
    16   is, to me, does ad platforms enable developers and
    17   users to find one another?
    18        And I think that it does, because there's
    19   transparency that this appears to be relevant to
    20   what you're seeking and was paid for.  So it's
    21   transparent that -- that it was done in exchange
    22   for -- for compensation.  So, in other words, I
    23   would --
    24   Q   Okay.
    25   A   Not write this.  I -- I consider what I wrote
00147:01   here to be incorrect.
```

**57.  PAGE 148:01 TO 148:11  (RUNNING 00:00:26.216)**

```
00148:01   Q   I want to talk about a concept and see if you
    02   understand what I'm saying, black market app stores.
    03   A   Uh-huh.
    04   Q   Is that a concept you're familiar with?
    05   A   It is.
    06   Q   Okay.  What are those?  Could you describe
    07   them.
    08   A   Yeah, it's a -- a center for illicit
    09   distribution.  We have several different names that
    10   we use for them, but it's a vehicle for achieving
    11   illicit distribution.
```

**58.  PAGE 148:12 TO 148:23  (RUNNING 00:00:56.470)**

```
    12   Q   Okay.  And how are you aware of these black
    13   market app stores?
    14   A   How am I aware of them?  Well, we see them in
    15   our -- in our program to curtail illicit
    16   distribution.  They, at various times, have been --
    17   well, they're -- they're readily visible on the
    18   internet when -- when our crawlers find them.
    19        Some of them have very public profiles.
    20   In -- in China, for example, I've heard about them
    21   in the news.  Some of them have -- I lost my train
    22   of thought -- yeah, anyway, let's stop there.
    23   They're -- you know, they're not hiding.
```

**59.  PAGE 148:24 TO 149:15  (RUNNING 00:01:05.829)**

```
    24   Q   Okay.  Fair enough.  Do you know why a user
    25   might choose to use a black market app store rather
00149:01   than the legitimate Apple App Store?
    02   A   Sure, to obtain illicit -- illicit content.
    03   Q   Is that the only reason somebody might use a
    04   black market app store?
    05   A   Well, I can tell you that at least one of
    06   the -- oh, yeah, sorry.  Another reason would be
    07   historically -- not really the case anymore -- that
    08   in China, when we first started looking at this
    09   problem, the black market app stores had a couple of
    10   things going wrong.
    11        One had to do with performance that appeared
    12   to be advantageous, and the other had to do with
    13   that they had better -- better penetration of -- of
    14   payment instruments that were popular with Chinese
    15   customers at that time.
```

**60.  PAGE 155:05 TO 155:06  (RUNNING 00:00:02.560)**

```
    05        MR. BYARS:  And for the record, this is
    06   Exhibit 255.
```

**61. PAGE 155:25 TO 156:09 (RUNNING 00:00:16.918)**

```
        25      Q    So you -- you write in your first email (as
00156:01  read):
        02             "Hi Ben, I'm kicking up a lot of
        03             dust over here about the black
        04             market app stores, having plotted
        05             the amount of usage data for them
        06             versus the usage of the real app
        07             store.  It's not a pretty picture."
        08             Do you see that?
        09      A    I do see that.
```

**62. PAGE 157:04 TO 158:08 (RUNNING 00:00:45.930)**

```
        04      Q    And the -- the penultimate paragraph, not the
        05  little tiny short paragraph but the one before that,
        06  it says, "I took" --
        07      A    "I took four days," uh-huh.
        08      Q    Yes, that's right.
        09      A    Yep.
        10      Q    (As read):
        11             "I took four days of data and
        12             measured the difference between the
        13             real AppStore and 'some' of the
        14             confirmed pirate app stores."
        15      A    Uh-huh.
        16      Q    And then there's a list in parenthesis.
        17             Are those some of the -- what I was calling
        18  black market app stores?
        19      A    That's right.
        20      Q    Okay.  (As read):
        21             "At this point, in China," you
        22             write, "it appears that the Black
        23             Market is the market."
        24      A    Uh-huh.
        25      Q    (As read):
00158:01             "The legit business is a rounding
        02             error."
        03             Do you see that?
        04      A    Uh-huh.
        05      Q    Rounding error, of course, means that it was
        06  a very small amount, right?
        07      A    Yeah.  Probably hyperbole in this context,
        08  but I don't have the data in front of me, so...
```

<u>Friedman, Eric (Vol. 02) - February 2, 2021</u>                     1 CLIP  (RUNNING 00:02:00.417)

---

4 SEGMENTS  (RUNNING 00:02:00.417)

---

**1.  PAGE 346:19 TO 346:24  (RUNNING 00:00:14.142)**

```
19        Q   Okay.  Exhibit 276 is a chat between you and
20   Herve Sibert, correct?
21        A   Yes.
22        Q   And it was a chat on February 14th, 2020,
23   correct?
24        A   Yes.
```

**2.  PAGE 347:06 TO 347:11  (RUNNING 00:00:11.686)**

```
06        Q   You state (as read):
07            "Which is why we," meaning Apple,
08            "are the greatest platform for
09            distributing child porn, et cetera,"
10            correct?
11        A   I see that statement.
```

**3.  PAGE 347:15 TO 348:07  (RUNNING 00:00:43.043)**

```
15        Q   Okay.  Herve responds at 15:25 (as read):
16            "Really?  I mean, there's a lot of
17            this in our ecosystem?  I thought
18            there were even more opportunities
19            for bad actors on other filing" --
20            "file sharing systems," right?
21        A   Yes.
22        Q   And you respond (as read):
23            "Yes," correct?
24        A   Yes.
25        Q   And then you're continuing on the next page
00348:01   within Exhibit 276, the Bates at -- 15:25 GMT (as
02   read):
03            "But -- and here's the key -- we
04            have chosen not to know in enough
05            places where we really cannot say."
06            correct?
07        A   Yes.
```

**4.  PAGE 348:15 TO 349:14  (RUNNING 00:00:51.546)**

```
15            "The NY Times published a bar graph
16            showing how companies are doing in
17            this area.  We are on it, but I
18            think it's an underreport," correct?
19        A   Yes.
20        Q   You wrote at 15:27 (as read):
21            "Also, we KNOW that developers on
22            our platform are running social
23            media integrations that are
24            inherently unsafe.  We can do things
25            in our ecosystem to help that.  For
00349:01   example 'ask to chat' is a feature
02   we could require developers to adopt
03            and use for U13 accounts."
04            Do you see that?
05        A   Yes.
06        Q   Herve responded (as read):
07            "There are also lots of rapidly
```

```
08          changing trends in public focus,"
09          correct?
10      A   Yes.
11      Q   And you responded (as read):
12          "Let the parents make a decision,"
13          correct?
14      A   Yes.
```



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v. Apple Inc.*
**Ex. Depo. 07**
Date Entered _____
By _

*Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)

**Deposition Designation of Ron Okamoto (Vol. 1 & 2)**
**(December 16, 2020)**
**(December 17, 2020)**

**Time**

| Epic Games, Inc.'s Designations<br><br>(Blue Highlight) | Apple Inc.'s Designations<br><br>(Yellow Highlight) |
|---|---|
| 11 minutes 19 seconds | N/A |

**Okamoto, Ron (Vol. 01) – December 16, 2020**                    1 CLIP  (RUNNING 00:00:28.367)

---

### 4 SEGMENTS  (RUNNING 00:00:28.367)

**1.  PAGE 16:05 TO 16:07  (RUNNING 00:00:06.374)**

```
05            Would you please state just for the record
06  your name and address?
07      A.   Ron Okamoto.
```

**2.  PAGE 44:12 TO 44:15  (RUNNING 00:00:13.648)**

```
12      Q.   Okay.  So from 2001 to date, your title
13  would be vice-president developer relations, correct?
14      A.   I believe the formal title is vice president
15  worldwide developer relations.
```

**3.  PAGE 64:03 TO 64:05  (RUNNING 00:00:06.812)**

```
03      Q.   And is it correct that the app reviewers
04  typically review in each review, 15 to 100 apps per
05  day?
```

**4.  PAGE 64:07 TO 64:07  (RUNNING 00:00:01.533)**

```
07            THE WITNESS:  In general, yes.
```

Okamoto, Ron (Vol. 02) – December 17, 2020                1 CLIP  (RUNNING 00:10:57.740)

34 SEGMENTS  (RUNNING 00:10:57.740)

**1. PAGE 273:15 TO 273:18  (RUNNING 00:00:11.834)**

```
15      Q.   Okay.  And Apple doesn't think its unsafe to
16  use a Mac, does it?
17      A.   No.  We don't think it's unsafe to use a
18  Mac.
```

**2. PAGE 274:02 TO 274:04  (RUNNING 00:00:08.139)**

```
02      Q.   Okay.  So it's fair to say that using a Mac
03  is not insecure, right?
04      A.   Yes, I believe so.
```

**3. PAGE 277:19 TO 277:22  (RUNNING 00:00:13.416)**

```
19          Have you ever heard of a developer
20  withdrawing their app from the App Store because they
21  can create a web app?
22      A.   No, I can't name anything in specific.
```

**4. PAGE 279:07 TO 279:09  (RUNNING 00:00:13.918)**

```
07      Q.   Have you ever heard anybody at Apple say
08  that the macOS is a less secure platform than iOS?
09      A.   No, I haven't.
```

**5. PAGE 289:19 TO 289:21  (RUNNING 00:00:07.908)**

```
19      Q.   So I'd like actually to mark an exhibit
20  which I believe will be 41.  I'll tell you when I've
21  done so.
```

**6. PAGE 291:12 TO 291:14  (RUNNING 00:00:07.149)**

```
12      Q.   Okay.  Do you have any reason to doubt that
13  you received this e-mail?
14      A.   No, I do not.
```

**7. PAGE 291:15 TO 291:19  (RUNNING 00:00:11.498)**

```
15      Q.   Okay.  You see the first paragraph of this
16  e-mail says (as read):
17          Attached is a study we conducted
18          on App Store developers?
19      A.   Yes.
```

**8. PAGE 295:01 TO 295:06  (RUNNING 00:00:13.352)**

```
00295:01          Developers were randomly selected
02          from the App Store Analytics team's
03          database and invited to participate
04          in a 15-minute web survey.
05          Do you see that?
06      A.   Yes.
```

**9. PAGE 305:21 TO 305:22  (RUNNING 00:00:07.759)**

```
21      Q.   If you would please navigate with me to page
22  Bates ending in -- sorry, Bates ending in 55.
```

10. **PAGE 306:12 TO 306:23  (RUNNING 00:00:24.163)**

```
    12        Q.   And do you see the bottom left there's a
    13   small gray text that says (as read):
    14             Base:  Develops apps for
    15             non-Apple OS and platforms?
    16             Do you see that?
    17        A.   Yes.
    18        Q.   And the question is (as read):
    19             What other operating systems and
    20             platforms does your company develop
    21             apps for?
    22             Do you see that?
    23        A.   Yes, I do.
```

11. **PAGE 307:21 TO 308:02  (RUNNING 00:00:28.903)**

```
    21             And in the U.S. column it says:  86 percent.
    22   Is it consistent with your understanding that a lot
    23   of iOS developers also program apps for Android?
    24        A.   I would say it's consistent with my
    25   understanding that many do.
 00308:01        Q.   Okay.  And why do many developers program
    02   for both iOS and Android?
```

12. **PAGE 308:04 TO 308:21  (RUNNING 00:00:54.997)**

```
    04             THE WITNESS:  Because by being on both iOS
    05   and Android a developer can get to the broadest
    06   customer set possible.
    07   BY MR. BYARS:
    08        Q.   And when you say "customer set," are you
    09   referring to the users of devices running those
    10   operating systems?
    11        A.   Yes.
    12        Q.   If you would look at the row near the
    13   bottom, it says:  Game consoles.
    14             Do you see that?
    15        A.   Yes.
    16        Q.   And it says:  3 percent.  Do you see that
    17   under the U.S. column?
    18        A.   Yes.
    19        Q.   Is it consistent with your understanding to
    20   say that most Apple developers do not program for
    21   game consoles?
```

13. **PAGE 308:23 TO 308:24  (RUNNING 00:00:04.744)**

```
    23             THE WITNESS:  In my dealings with developers
    24   I've run across very few that do.
```

14. **PAGE 309:15 TO 310:03  (RUNNING 00:00:43.148)**

```
    15        Q.   So, Mr. Okamoto, I'd like you to navigate to
    16   Exhibit 42, which I've marked.  It's a document, the
    17   Bates stamp on the first page is -- ends in 320915.
    18             Let me know when you have that exhibit
    19   pulled up.
    20        A.   Yes, I have it.
    21        Q.   AND there's an e-mail starting in the middle
    22   of the page, says (as read):
    23             Eshwar Vangala wrote.
    24             Do you see that?
    25        A.   Yes.
 00310:01        Q.   Mr. Vangala is one of the direct reports
    02   that we were talking about earlier, right?
    03        A.   That's correct.
```

**15. PAGE 311:23 TO 312:09  (RUNNING 00:00:32.112)**

```
         23    Q.   And he says (as read):
         24         Many developers claim to "test
         25    market" on Android as they feel they
00312:01       can build a buzz for their app on
         02    Android and then monetize on iOS.
         03    Do you see that?
         04    A.   Yes, I do.
         05    Q.   Have you heard developers indicate that they
         06    would publish on Android first before publishing on
         07    iOS?
         08    A.   There's been occasions where developers have
         09    mentioned that to me.
```

**16. PAGE 312:16 TO 312:18  (RUNNING 00:00:05.355)**

```
         16    Q.   Why would they choose to prototype on
         17    Android rather than another operating system such as
         18    iOS?
```

**17. PAGE 312:20 TO 312:25  (RUNNING 00:00:19.888)**

```
         20         THE WITNESS:  It depended on the developer.
         21    I think in some cases, you know, they had said that
         22    it was easier and quicker for them to do it.  And
         23    other cases they wanted to try things out on the
         24    Android platform with respect to the technology and
         25    then see if that works and then put it into iOS.
```

**18. PAGE 320:04 TO 320:10  (RUNNING 00:00:22.552)**

```
         04         Let's look at the next to last bullet.  The
         05    penultimate bullet, it says (as read):
         06         iOS consistently is the
         07    monetization platform of choice.
         08    Have you heard from developers that iOS is
         09    the monetization platform of choice?
         10    A.   Yes, I have.
```

**19. PAGE 320:14 TO 320:22  (RUNNING 00:00:28.508)**

```
         14    Q.   Did they explain why they viewed iOS that
         15    way?
         16    A.   Yes, they did.
         17    Q.   What did they explain?
         18    A.   They explained when they took a look at a
         19    title, the similar title that was on Android and that
         20    was on iOS in general, users spent more money on the
         21    iOS application than they did on the Android
         22    application.
```

**20. PAGE 324:04 TO 324:13  (RUNNING 00:00:45.186)**

```
         04    Q.   Has Apple ever wanted Epic to create
         05    products for the iOS platform?
         06    A.   Yes.
         07    Q.   Why did Apple want Epic Games to do that?
         08    A.   Because when the iOS platform first came
         09    out, one of the things that we highlighted was what a
         10    great gaming device the iPhone with iOS was.  Epic is
         11    a very well-known developer that had some very strong
         12    titles on it and we thought it would be great if they
         13    would offer them on the iOS platform.
```

**21. PAGE 324:20 TO 325:01  (RUNNING 00:00:23.884)**

```
         20    Q.   And is that because doing so would attract
         21    users to the iOS platform?
         22    A.   Yes.  If the popular games they're playing
         23    from developers and titles that they love were on
```

```
        24  iOS, we think it would be attractive for our users.
        25       Q.   And if you made it attractive for users, you
00325:01  would sell more iOS devices, right?
```

**22.** PAGE 325:03 TO 326:06  **(RUNNING 00:00:08.807)**

```
        03           THE WITNESS:  If we made it attractive to
        04  users, we would definitely make the platform more
        05  attractive to everybody, and therefore, hope that
        06  they would come to it.
```

**23.** PAGE 325:08 TO 325:10  **(RUNNING 00:00:06.326)**

```
        08       Q.   By "come to it," you mean buy devices, buy
        09  iOS devices?
        10       A.   Yes.
```

**24.** PAGE 349:02 TO 349:03  **(RUNNING 00:00:03.712)**

```
        02       Q.   Okay.  So I'm looking at Exhibit 46.  Can
        03  you pull that up for me.
```

**25.** PAGE 349:08 TO 349:10  **(RUNNING 00:00:13.088)**

```
        08       Q.   Is this an e-mail chain between you and
        09  Phillip Schiller and Eddie Cue?
        10       A.   Yes.
```

**26.** PAGE 349:14 TO 349:23  **(RUNNING 00:00:26.956)**

```
        14       Q.   It begins (as read):
        15               Phil and Eddy,
        16               I spoke to Eric Wilfred today
        17            about this week's internal meeting
        18            for the next office launch.
        19            Do you see that?
        20       A.   Yes.
        21       Q.   Who is Eric Wilfred?
        22       A.   At the time Eric Wilfred was one of our
        23  contacts at Microsoft.
```

**27.** PAGE 350:16 TO 351:04  **(RUNNING 00:00:48.839)**

```
        16       Q.   All right.  If you would look at the third
        17  bullet or the third dash, there's a paragraph that
        18  says (as read):
        19               They want us to think about an
        20            idea they have to handle signing up
        21            for subscriptions for Office from
        22            within their iOS app.
        23            Do you see that?
        24       A.   I'm sorry, you said the third bullet or the
        25  third --
00351:01       Q.   It's the third large paragraph, the third
        02  bullet, the third hyphen, they want us to think
        03  about.
        04       A.   Okay, I see it.
```

**28.** PAGE 351:12 TO 351:20  **(RUNNING 00:00:15.449)**

```
        12       Q.   Okay.  The paragraph says (as read):
        13               Instead of using IAP --
        14            I'm reading the second sentence now
        15  (as read):
        16               Instead of using IAP, they would
        17            like to send users out to their
        18            "sign-up for Office website."
        19            Do you see that?
        20       A.   Yes.
```

**29.** **PAGE 352:02 TO 352:08 (RUNNING 00:00:12.195)**

```
02    Q.   It continues (as read):
03              They would then give us
04         percentage of the revenue for each
05         user that signs up for an account
06         that comes from our devices.
07         Do you see that?
08    A.   Yes, I do.
```

**30.** **PAGE 352:18 TO 352:24 (RUNNING 00:00:16.334)**

```
18    Q.   (As read):
19              The rationale is that they want
20         to be able to have a consistent
21         experience for signing up users.
22         I'm in the next paragraph.
23         Do you see that?
24    A.   Yes, I do.
```

**31.** **PAGE 353:07 TO 353:15 (RUNNING 00:00:31.153)**

```
07    Q.   Okay.  Have you ever heard any developer say
08   they wanted to have a consistent experience for
09   signing up users?
10    A.   Yes, I have.
11    Q.   Why -- had the developers explained why they
12   want that?
13    A.   The developers that I have spoken to said
14   that they have existing what they call sign up flows,
15   and they wanted to maintain those sign up flows.
```

**32.** **PAGE 358:18 TO 358:19 (RUNNING 00:00:04.503)**

```
18    A.   Mr. Byars, are we opening Exhibit 47?
19    Q.   Yes, that's right.
```

**33.** **PAGE 358:24 TO 359:01 (RUNNING 00:00:09.381)**

```
24              The first e-mail at the top of the document
25   is from you; is that right?
00359:01    A.   Yes, it is.
```

**34.** **PAGE 359:21 TO 360:09 (RUNNING 00:00:32.580)**

```
21    Q.   In that third paragraph Mr. Schiller says
22   (as read):
23              If PayPal were to announce a
24         mechanism for iPhone developers that
25         helps them to enable features or
00360:01   functionality of iPhone applications
02         with payments handled by PayPal, we
03         would need to communicate with our
04         developers, telling them that such
05         use would be a violation of the
06         iPhone developer agreement terms.  I
07         hope that does not become the case.
08         You see that?
09    A.   Yes, I do.
```

***Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR-TSH (N.D. Cal.)**
**Transcription Errors**

DATE OF DEPOSITION:  February 24, 2021
NAME OF DEPONENT:  Ong, Adrian

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 74 | 9 | "internet" | "in-app" | Transcription Error |

DATE OF DEPOSITION:  January 12, 2021
NAME OF DEPONENT:  Shoemaker, Phillip (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 73 | 24 | "impromptu" | "imprimatur" | Transcription Error |
| 74 | 3 | "impromptu" | "imprimatur" | Transcription Error |
| 134 | 17 | "2006" | "2016" | Transcription Error |

DATE OF DEPOSITION:  January 14, 2021
NAME OF DEPONENT:  Shoemaker, Phillip (Vol. 2)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 488 | 6 | "siloing" | "sideloading" | Transcription Error |
| 488 | 10 | "siloing" | "sideloading" | Transcription Error |

DATE OF DEPOSITION:  March 8, 2021
NAME OF DEPONENT: Forstall, Scott (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 41 | 7 | "nominal" | "phenomenal" | Transcription Error |

DATE OF DEPOSITION:  January 13, 2021
NAME OF DEPONENT: Haun, CK (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 185 | 1 | "Max" | "Mac" | Transcription Error |

DATE OF DEPOSITION:  February 1, 2021
NAME OF DEPONENT:  Friedman, Eric (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 50 | 11 | "Infra-system" | "Eco-system" | Transcription Error |

DATE OF DEPOSITION:  December 16, 2020
NAME OF DEPONENT:  Okamoto, Ron (Vol. 1)

| Page | Line(s) | Original | Correction | Comment |
|------|---------|----------|------------|---------|
| 64 | 4 | "15" | "50" | Transcription Error |