ASIM M. BHANSALI (SBN 194925)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: (415) 630-2350

Attorneys for Non-Party
Google, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF ASIM M. BHANSALI IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO (ECF 659)** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

I, Asim M. Bhansali, declare as follows:

1. I am a member of the State Bar of California and a partner with Kwun Bhansali Lazarus LLP, counsel of record for non-party Google, LLC. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them. I submit this declaration in support of sealing portions of proposed trial exhibit DX-4809 that is a subject of the Motion to Partially Seal Portions of the Parties' Trial Exhibits and Live Trial Testimony Related Thereto. filed by Apple Inc., ECF 659.

2. Exhibit DX-4809, at 4809.001, reflecting Exhibit 53 from the Hitt Rebuttal Report, contains non-public data on business revenues, including detailed non-public breakdowns of revenue based on internal classifications. Counsel for Apple has informed counsel for Google that this page contains information from a confidential document produced by Google in response to a subpoena, GOOG_APPL_00099394.

3. Google previously submitted a declaration from Andrew Rope, ECF 506-1 at ¶17, to seal the underlying document, GOOG_APPL_00099394, as DX-3584, which the Court granted. In that declaration, a copy of which is attached hereto as Exhibit A, Mr. Rope explained that this document contains non-public data on business revenues, including detailed non-public breakdowns of revenue based on internal classifications, which, if revealed to competitors and potential business counter-parties, could be used to disadvantage Google in marketing and in negotiations.

4. In its Pretrial Order No. 7, ECF 547, at p. 3, line 5, this Court granted in part Google's request to seal, including sealing GOOG_APPL_00099394, as DX-3584. A copy of the Court's order is attached hereto as Exhibit B.

5. For the reasons explained in the Rope Declaration, and consistent with the Court's Pretrial Order No. 7 granting Google's request to seal GOOG_APPL_00099394, Google respectfully submits that the Court should seal page 4809.001 of Exhibit DX-4809, which reflects data from GOOG_APPL_00099394 that the Court already has ruled should appropriately be sealed.

1  I declare under penalty of perjury that the foregoing is true and correct and that I executed
2  this declaration on May 15, 2021, in San Francisco, California.

*/s/ Asim M. Bhansali*
Asim M. Bhansali