**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>APPLE, INC., <br><br>　　　　Defendant. <br><br><br>AND RELATED COUNTERCLAIM | Case No. 4:20-cv-05640-YGR <br><br>**DECLARATION OF JONATHAN ROSS CHRISTIE IN SUPPORT OF MOTION TO SEAL CERTAIN DOCUMENTS** |

LA 51535638v3

## **DECLARATION OF JONATHAN ROSS CHRISTIE**

I, JONATHAN ROSS CHRISTIE, declare as follows:

1. I am a Vice President, Strategic Partnerships for American Express Company, which is not a party to this action. Specifically, I am employed by a subsidiary of American Express Company known as American Express Travel Related Services, Inc. ("American Express"). In my role, I oversee American Express' relationship with Apple, Inc. The facts set forth herein are true of my own personal knowledge, and, if called as a witness, I could and would testify competently hereto.

2. I am advised DX-3122 is an exhibit that contains the aggregated annual amounts of fees paid by Apple, Inc. to American Express for services relating to payment processing on a monthly basis from 2011 through the third quarter of 2020. American Express' agreements with Apple, Inc. are confidential and contain, among other things, competitively sensitive pricing information. The payments made by Apple, Inc. pursuant to these agreements are confidential to American Express and, if disclosed, may harm American Express. Accordingly, we respectfully request that such information remain under seal.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of May, 2021 at Old Greenwich, Connecticut.



Jonathan Ross Christie

5/14/2021                                                    AXP Internal                                                    1

**E-FILING ATTESTATION**

I, Rachel Brass, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

Dated: May 15, 2021

By:     */s/ Rachel Brass*
        Rachel Brass