JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Non-Party Sony Interactive Entertainment LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>      *Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>      *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF DON SECHLER PURSUANT TO LOCAL RULE 79-5(e)(1) IN SUPPORT OF PLAINTIFF EPIC GAMES' ADMINISTRATIVE MOTION TO SEAL PX-2456** |

I, Don Sechler, declare as follows:

1. I am the Vice President and Global Head of Global Partner Development and Relations Business Operations, Planning & Strategy at Sony Interactive Entertainment LLC ("SIE"). I am more than eighteen years of age. Based on my experience with SIE, I am familiar with SIE's protection of its trade secrets and other confidential and proprietary business information I discuss below. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I understand that on May 14, plaintiff Epic Games, Inc. ("Epic") notified SIE that it had identified PX-2456 as a trial exhibit that contained SIE confidential information. I also understand that Epic filed a motion to seal portions of PX-2456 (ECF 660), and I make this declaration in support of that motion. I have reviewed the information in PX-2456 that Epic has identified as relating to SIE and explain below why that information is sensitive and highly confidential information and would potentially cause harm to SIE if publicly released.

3. PX-2456 (EPIC_02030347 through EPIC_02030368) appears be an internal Epic email with attached board materials. It contains specific and competitively sensitive information regarding revenue associated with Epic's Fortnite game on the PlayStation platform. This information is found on the pages bates stamped EPIC_02030347, EPIC_02030355, and EPIC_02030363. SIE strictly restricts dissemination of this information and takes steps to preserve its confidentiality to protect its competitive position.

4. SIE does not share this sort of revenue information with any third parties (other than the relevant game partner itself), except as required by applicable law, because it is competitively sensitive. Specific revenue figures relating to a particular game publisher's games on our platform are shared only with that publisher because disclosure to a competitive platform or developer would cause competitive harm. This policy is memorialized in a strict non-disclosure agreement with Epic. The disclosure of this non-public revenue data to other game developers could adversely affect SIE in its negotiations with these developers by revealing details of the financial performance of competitive games on our platform. In addition, disclosure of the information could provide an unwarranted advantage to competitors, who could use it to better

1  understand SIE's business strategies and results and to target its own strategies and priorities to
2  take advantage of this information.

3      5.    Filed with my declaration are proposed redactions in redline to PX-2456 that redact
4  the disclosure of this competitively sensitive information. These three redactions (each of which
5  relates to the same information) are narrowly tailored to redact only SIE's competitively sensitive
6  revenue information.

7      6.    I declare under the penalty of perjury that the foregoing is true and correct.
8  Executed on this 15th day of May, 2021.

_____

DON SECHLER