**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v. Apple Inc.*
Ex. No. **PX-2456**
Date Entered
By

| | |
|---|---|
| **From:** | Joe Babcock |
| **Sent:** | Thu, 13 Feb 2020 20:37:18 +0000 (UTC) |
| **To:** | Tim Sweeney ; David Wallerstein ; Ben Feder Mark Rein ; Jay Wilbur |
| **Cc:** | Randy Gelber |
| **Subject:** | Epic Games – 4Q19 Business Report |
| **Attachments:** | Epic Games - 4Q19 Business Report.pdf;Epic Games - 4Q19 Business Report - Redacted.pdf |

Epic Board,

Epic generated $998 million of gross revenue in 4Q19 to reach $4.22 billion in 2019. *Fortnite* welcomed 11 million new players in December 2019, the highest monthly performance since December 2018 when 14 million new players joined the *Fortnite* ecosystem. *Fortnite* finished the year with 68 million MAUs in December 2019 and maintained that player base in January 2020. The Epic Game Store finished 2019 with 30 million life-to-date PC accounts (ex-*Fortnite*) and $233 million in gross revenue. We see 2020 as a year of investment across all core businesses and are taking the necessary steps to return *Fortnite* to growth mode towards the end of the year.

**Highlights:**

- **Total gross revenue in 4Q19 was $998 million, down 40% YoY.** Total gross revenue in 2019 was $4.22 billion, down 25% YoY.
- **Game revenue in 4Q19 was $849 million, 85% of total gross revenue.** Game revenue in 2019 was $3.81 billion, representing 90% of revenue.

    - *Fortnite* generated $805 million in revenue during the quarter – ████████████████████████████. Full year *Fortnite* revenue in 2019 was $3.71 billion.
    - *Rocket League* generated $41 million in gross revenue during the fourth quarter with $20 million in December alongside the launch of the Item Shop.

- **Engine revenue in 4Q19 was $36 million.** Engine revenue for 2019 was $97 million.

    - Engine License & Royalty revenue in 4Q19 was $31 million, 85% of total Engine. Royalty payments accounted for $8 million (27%), ████████████████████.
    - Engine Enterprise contributed $3 million in 4Q19, ████████████ Total 2019 enterprise revenue was $10 million.
    - Engine Marketplace recorded revenue of $2 million in 4Q19. Total Engine Marketplace revenue in 2019 was $8 million.

- **Epic Game Store generated $76 million in 4Q19.** The Epic Games Store ended December with 8 million MAUs. For the full 2019 year, Epic Game Store achieved $233 million in gross sales. More than 60 exclusive PC titles launched on the platform by the end of 2019 and the current portfolio has recouped 35% of $579 million in cumulative minimum guarantees, up from 21% six months ago. ████████████████ The Epic Game Store signed agreements in 4Q19 for 11 upcoming exclusive titles with $34 million in MGs, bringing the cumulative MG total to $1.12 billion for more than 100 titles (approximately half of that has already been paid out).
- **EBITDAB in 4Q19 was $198 million.** Full year 2019 EBITDAB was $1.26 billion. Gross margin for the quarter was 37%, behind 43% for the full year primarily driven by Epic Game Store costs and higher levels of UA spend around the holiday season. Operating expenses were $170 million for the quarter, while 2019 operating expenses were $576 million. EBITDA in 4Q19 was $101 million, reflecting $96 million in bonus-related compensation (~$20 million was M&A related). Full year 2019 EBITDA was $732 million.
- **Cash balance was $2.4 billion as of December 31st.** Accounts Receivable at quarter end was $413 million. Approximately 98% of cash is in US dollars with 63% held by Epic Games, Inc.

**2020 Outlook**

- **Fortnite** – Our key focus in 2020 is to return *Fortnite* to growth mode and evolve Battle Royale by offering new playing experiences. The release of *Chapter 2* and new features such as skill-based match-making, bots, and split-screen have enabled us to re-engage lapsed players and retain existing players, highlighted by our success in maintaining 68 million MAUs in January 2020 (equal to December 2019). We expect to do more brand integrations over the course of 2020 and evolve the game across multiple areas: new physics system; enhanced UI and storefront; an immersive, emergent, shared world; gameplay that feels real and maps to the physical world; a progression system; questing; PvE interactions, and an MMO-lite experience for the holidays.

- **Project Valkyrie** – In 2020, we are also focused on building out a suite of UE development tools within *Fortnite* to enable creators to generate new content. We expect Valkyrie to grow *Fortnite* Creative significantly from the 46 million MAUs at the end of 2019 and drive the next leg of growth for the platform.

- **Epic Game Store** – We plan to continue investing in the Epic Games Store in 2020 with fewer, bigger, better titles to minimize MG risk, along with shipping critical player and developer store features, and building out a 3rd-party publishing arm with 50/50 economics after we recoup full development and marketing expenses.

- **Engine** – Our priority in 2020 is to gain adoption in Enterprise and capture fair value with game licensing and royalties. We see the upcoming release of Unreal Engine 5 (to be announced at GDC 2020 in March)  in 2021 as a major catalyst for the business.

- We expect consolidated gross revenue to decline 9% to $3.85 billion in 2020 – Games: $3.29 billion, Engine: $100 million, Epic Game Store: $401 million, and Merchandise & Other: $60 million. We now expect EBITDA for 2020 to be $650 million, down 11% YoY, primarily reflecting a larger employee base.

- Our **Esports** strategy continues to evolve. We will not host a World Cup event in 2020. In addition to competitive payouts, we plan to drive influencer-led event opportunities, international regional events, and scholastic programs to appeal to a wider audience. We expect Esports cost to be $85 million in 2020, down from $214 million in 2019.

PX-2456.1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

While we continue to scale out our businesses, our hiring plans reflect a moderation in hiring and we expect an increase of 300 employees this year to reach 2,232 globally by the end of 2020.

PX-2456.2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030348



PX-2456.3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030349

## Epic Games – Monthly Income Statement, 4Q19A – 1Q20F

$ in millions

| | Actuals | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Oct-19A | Nov-19A | Dec-19A | 4Q19 | Jan-20F | Feb-20F | Mar-20F | 1Q20 | 2019A | 2020F |
| Fortnite | $272 | $193 | $340 | $805 | $181 | $225 | $154 | $560 | $3,709 | $3,036 |
| Other | 11 | 12 | 21 | 43 | 10 | 8 | 8 | 27 | 100 | 251 |
| Game Revenue | $283 | $205 | $361 | $849 | $191 | $233 | $163 | $587 | $3,810 | $3,287 |
| Game License & Royalties | $17 | $6 | $8 | $31 | $7 | $9 | $11 | $27 | $79 | $82 |
| Enterprise | 2 | 0 | 1 | 3 | 1 | 1 | 1 | 2 | 10 | 10 |
| UE Asset Marketplace | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 8 | 8 |
| Engine Revenue | $20 | $7 | $9 | $36 | $8 | $10 | $12 | $30 | $97 | $100 |
| Epic Game Store | $26 | $22 | $29 | $76 | $19 | $17 | $34 | $70 | $233 | $401 |
| Merchandise/Other | $0 | $5 | $32 | $38 | $0 | $0 | $7 | $7 | $82 | $60 |
| Total Net Revenue | $329 | $238 | $431 | $998 | $218 | $260 | $215 | $694 | $4,221 | $3,848 |
| Platform Royalties | ($79) | ($56) | ($98) | ($233) | ($52) | ($63) | ($44) | ($159) | ($1,067) | ($885) |
| Production/Hosting Costs | (29) | (24) | (27) | (80) | (24) | (23) | (22) | (69) | (290) | (281) |
| Player Support | (5) | (6) | (5) | (16) | (5) | (5) | (5) | (15) | (59) | (56) |
| SaC (Support-a-Creator) | (5) | (4) | (17) | (26) | (4) | (5) | (4) | (12) | (115) | (70) |
| Core UA, Marketing, IP, etc | (8) | (29) | (27) | (64) | (8) | (13) | (10) | (31) | (161) | (238) |
| UA | (13) | (34) | (43) | (90) | (12) | (17) | (14) | (43) | (276) | (307) |
| Payment Processing Fees | (3) | (2) | (2) | (7) | (2) | (2) | (2) | (6) | (28) | (34) |
| EGS/Marketplace Costs | (52) | (52) | (54) | (158) | (50) | (48) | (51) | (149) | (465) | (647) |
| Esports Costs | (2) | (6) | (38) | (46) | - | - | (15) | (15) | (214) | (85) |
| Cost of Sales | ($182) | ($180) | ($268) | ($630) | ($145) | ($159) | ($153) | ($457) | ($2,390) | ($2,295) |
| Gross Income | $147 | $58 | $163 | $368 | $73 | $101 | $62 | $237 | $1,831 | $1,554 |
| *Gross Margin* | *44.7%* | *24.5%* | *37.8%* | *36.9%* | *33.6%* | *38.9%* | *28.8%* | *34.1%* | *43.4%* | *40.4%* |
| People | ($28) | ($26) | ($32) | ($85) | ($28) | ($29) | ($29) | ($86) | ($275) | ($355) |
| Outsourcing | (12) | (13) | (13) | (38) | (13) | (13) | (13) | (39) | (110) | (152) |
| Events/Marketing | (5) | (4) | (5) | (14) | (4) | (3) | (10) | (18) | (59) | (53) |
| IT | (3) | (4) | (3) | (10) | (3) | (3) | (3) | (10) | (39) | (43) |
| Consulting | (1) | (1) | (1) | (3) | (1) | (1) | (1) | (4) | (14) | (15) |
| Legal & Accounting | (1) | (2) | (3) | (6) | (2) | (2) | (3) | (7) | (30) | (33) |
| Travel & Entertainment | (1) | (2) | (2) | (4) | (2) | (2) | (2) | (5) | (18) | (21) |
| Facilities | (1) | (2) | (2) | (5) | (2) | (2) | (2) | (5) | (17) | (22) |
| Other | (1) | (1) | (3) | (4) | (2) | (2) | (2) | (5) | (15) | (18) |
| Total Operating Expense | ($54) | ($54) | ($63) | ($170) | ($57) | ($57) | ($64) | ($178) | ($576) | ($722) |
| EBITDAB | $93 | $5 | $100 | $198 | $16 | $44 | ($2) | $58 | $1,255 | $831 |
| *EBIT excl. Bonus Margin* | *28.4%* | *2.0%* | *23.1%* | *19.8%* | *7.4%* | *17.1%* | *(1.1%)* | *8.4%* | *29.7%* | *21.6%* |
| Bonus | ($3) | ($8) | ($86) | ($96) | ($6) | ($44) | - | ($60) | ($523) | ($181) |
| EBITDA | $90 | ($3) | $14 | $101 | $11 | $0 | ($2) | $9 | $732 | $650 |
| *EBIT Margin* | *27.5%* | *(1.3%)* | *3.3%* | *10.2%* | *4.9%* | *0.1%* | *(1.1%)* | *1.2%* | *17.3%* | *16.9%* |
| Head Count | 1,847 | 1,908 | 1,932 | 1,932 | 1,962 | 1,977 | 1,992 | 1,992 | 1,932 | 2,232 |

PX-2456.4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030350

# Epic Games – Quarterly Income Statement, 2019A – 2020F

($ in millions)

| | Actuals | | | | 1Q20F | 2Q20F | 3Q20F | 4Q20F | 2019A | 2020F |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q19 | 2Q19 | 3Q19 | 4Q19 | | | | | | |
| Fortnite | $1,109 | $1,014 | $782 | $805 | $560 | $623 | $731 | $1,121 | $3,709 | $3,036 |
| Other | 0 | 13 | 43 | 43 | 27 | 34 | 96 | 94 | 100 | 251 |
| **Game Revenue** | **$1,109** | **$1,027** | **$825** | **$849** | **$587** | **$657** | **$827** | **$1,216** | **$3,810** | **$3,287** |
| Game License & Royalties | $12 | $21 | $15 | $31 | $27 | $23 | $15 | $18 | $79 | $82 |
| Enterprise | 2 | 1 | 3 | 3 | 2 | 2 | 2 | 4 | 10 | 10 |
| UE Asset Marketplace | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 8 | 8 |
| **Engine Revenue** | **$16** | **$25** | **$20** | **$36** | **$30** | **$27** | **$19** | **$23** | **$97** | **$100** |
| **Epic Game Store** | **$27** | **$35** | **$96** | **$76** | **$70** | **$92** | **$94** | **$145** | **$233** | **$401** |
| **Merchandise/Other** | **$10** | **$15** | **$20** | **$38** | **$7** | **$11** | **$15** | **$28** | **$82** | **$60** |
| **Total Net Revenue** | **$1,161** | **$1,102** | **$960** | **$998** | **$694** | **$787** | **$956** | **$1,412** | **$4,221** | **$3,848** |
| Platform Royalties | ($305) | ($292) | ($227) | ($233) | ($159) | ($178) | ($221) | ($327) | ($1,057) | ($885) |
| Production/Hosting Costs | (70) | (71) | (69) | (80) | (69) | (66) | (70) | (75) | (290) | (281) |
| Player Support | (13) | (15) | (15) | (16) | (15) | (14) | (13) | (13) | (59) | (56) |
| SaC (Support-a-Creator) | (57) | (17) | (15) | (26) | (12) | (14) | (17) | (26) | (115) | (70) |
| Core UA, Marketing, IP, etc | (42) | (29) | (26) | (64) | (31) | (31) | (50) | (75) | (161) | (238) |
| UA | (99) | (46) | (41) | (90) | (43) | (96) | (68) | (101) | (276) | (307) |
| Payment Processing Fees | (7) | (7) | (7) | (7) | (6) | (8) | (8) | (12) | (28) | (34) |
| EGS/Marketplace Costs | (48) | (71) | (188) | (158) | (149) | (198) | (145) | (156) | (465) | (647) |
| Esports Costs | (9) | (18) | (142) | (46) | (15) | (25) | (25) | (20) | (214) | (85) |
| **Cost of Sales** | **($549)** | **($521)** | **($690)** | **($630)** | **($457)** | **($584)** | **($550)** | **($704)** | **($2,390)** | **($2,295)** |
| **Gross Income** | **$612** | **$581** | **$270** | **$368** | **$237** | **$203** | **$406** | **$708** | **$1,831** | **$1,554** |
| *Gross Margin* | *52.7%* | *52.7%* | *28.1%* | *36.9%* | *34.1%* | *25.8%* | *42.5%* | *50.2%* | *43.4%* | *40.4%* |
| People | ($52) | ($60) | ($77) | ($85) | ($86) | ($88) | ($93) | ($99) | ($275) | ($365) |
| Outsourcing | (20) | (22) | (31) | (39) | (39) | (40) | (38) | (35) | (110) | (152) |
| Events/Marketing | (12) | (20) | (12) | (14) | (18) | (12) | (11) | (11) | (59) | (53) |
| IT | (10) | (7) | (12) | (10) | (10) | (11) | (11) | (11) | (39) | (43) |
| Consulting | (3) | (5) | (3) | (3) | (4) | (4) | (4) | (4) | (14) | (15) |
| Legal & Accounting | (6) | (10) | (8) | (6) | (7) | (8) | (8) | (9) | (30) | (33) |
| Travel & Entertainment | (4) | (4) | (5) | (4) | (5) | (5) | (5) | (5) | (16) | (21) |
| Facilities | (3) | (4) | (5) | (5) | (5) | (5) | (5) | (6) | (17) | (22) |
| Other | (3) | (4) | (4) | (4) | (5) | (5) | (5) | (5) | (15) | (18) |
| **Total Operating Expense** | **($114)** | **($135)** | **($156)** | **($170)** | **($178)** | **($178)** | **($182)** | **($185)** | **($576)** | **($722)** |
| **EBITDAB** | **$499** | **$445** | **$113** | **$198** | **$58** | **$25** | **$224** | **$524** | **$1,255** | **$831** |
| *EBIT excl Bonus Margin* | *42.9%* | *40.4%* | *11.8%* | *19.8%* | *8.4%* | *3.2%* | *23.5%* | *37.1%* | *29.7%* | *21.6%* |
| Bonus | ($180) | ($143) | ($103) | ($96) | ($50) | ($28) | ($38) | ($66) | ($523) | ($181) |
| **EBITDA** | **$318** | **$302** | **$10** | **$101** | **$9** | **($3)** | **$187** | **$458** | **$732** | **$650** |
| *EBIT Margin* | *27.4%* | *27.5%* | *1.1%* | *10.2%* | *1.2%* | *(0.3%)* | *19.5%* | *32.4%* | *17.3%* | *16.9%* |
| Head Count | 1,312 | 1,666 | 1,817 | 1,932 | 1,992 | 2,052 | 2,142 | 2,232 | 1,932 | 2,232 |

PX-2456.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030351

## Epic Games – Cash Flow Statement

| (in millions of US$) | 3 Months ended 12/31/2018 | 3 Months ended 12/31/2019 | 12 Months ended 12/31/2018 | 12 Months ended 12/31/2019 |
|---|---|---|---|---|
| **Cash flows from operating activities** | | | | |
| Net income | 766 | 138 | 2,843 | 642 |
| Non-cash flow adjustments | 5 | 12 | 20 | 43 |
| Net changes in working capital | (81) | (37) | (642) | 190 |
| Net cash provided by (used in) operating activities | 691 | 113 | 2,221 | 875 |
| **Cash flows from investing activities** | | | | |
| Purchase of property and equipment | (5) | (29) | (36) | (63) |
| Investment in affiliate | - | (8) | - | (10) |
| Business aquisitions, net of cash acquired | (35) | (43) | (34) | (661) |
| Net cash (used in) investing activities | (40) | (80) | (70) | (734) |
| **Cash Flows from financing activities** | | | | |
| Proceeds from line of credit | - | - | (15) | - |
| Distribution of dividends | (173) | - | (173) | - |
| Share buyback | (1,096) | - | (1,096) | (261) |
| Proceeds from stock issuance | 1,235 | - | 1,574 | - |
| Proceeds from exercise of stock options | - | - | 1 | - |
| Net cash provided by (used in) financing activities | (34) | - | 291 | (261) |
| Exchange differences on cash and cash equivalents | (0) | 1 | (0) | 2 |
| Net change in cash and cash equivalents | 617 | 34 | 2,442 | (118) |
| **Cash and cash equivalents (inclusive of marketable securities)** | | | | |
| Beginning of period | 1,921 | 2,386 | 97 | 2,538 |
| End of period | 2,538 | 2,420 | 2,538 | 2,420 |

PX-2456.6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030352

## Epic Games – Balance Sheet

| ($ in millions) | 12/31/2018 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | 2,538 | 2,774 | 2,275 | 2,386 | 2,420 |
| Accounts receivable | 767 | 490 | 458 | 372 | 413 |
| Income tax receivable | - | - | - | - | 4 |
| Prepaids and other current assets | 46 | 272 | 448 | 328 | 333 |
| **Total Current Assets** | 3,351 | 3,536 | 3,181 | 3,086 | 3,170 |
| **Non-Current Assets** | | | | | |
| Property and equipment, net | 61 | 74 | 93 | 109 | 112 |
| Goodwill | 41 | 148 | 780 | 767 | 666 |
| Intangible assets, net | 1 | 0 | 11 | 11 | 29 |
| CSV of life insurance | 3 | 3 | 3 | 3 | 3 |
| Investments | 1 | 1 | 3 | 3 | 10 |
| Deferred tax asset | 76 | 76 | 18 | 17 | 18 |
| Other assets | 2 | 1 | 4 | 10 | 15 |
| **Total Non-Current Assets** | 184 | 303 | 911 | 920 | 853 |
| **TOTAL ASSETS** | 3,536 | 3,839 | 4,093 | 4,006 | 4,023 |
| **LIABILITIES** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | 29 | 71 | 72 | 60 | 92 |
| Accrued expenses | 68 | 94 | 67 | 142 | 164 |
| Income tax Payable | 2 | 14 | 19 | 47 | - |
| Current portion of deferred revenue | 109 | 109 | 221 | 210 | 107 |
| **Total Current Liabilities** | 208 | 288 | 379 | 459 | 364 |
| **Long Term Liabilities** | | | | | |
| Deferred revenue, less current | 21 | 21 | 54 | 52 | 19 |
| Loan payable, long-term | 4 | 4 | 4 | 11 | 11 |
| Other liabilities | - | - | 7 | - | |
| **Total Long Term Liabilities** | 24 | 24 | 65 | 63 | 30 |
| **TOTAL LIABILITIES** | 232 | 312 | 443 | 522 | 394 |
| **EQUITY** | | | | | |
| Common stock | - | - | - | 0 | 1 |
| Additional paid-in-capital | 697 | 647 | 1,816 | 1,679 | 1,834 |
| Unrealized FX gain/loss | (1) | (0) | 1 | (0) | 1 |
| Retained earnings | 2,608 | 2,880 | 1,833 | 1,805 | 1,794 |
| **Total Equity** | 3,304 | 3,526 | 3,650 | 3,484 | 3,629 |
| **TOTAL LIABILITIES AND EQUITY** | 3,536 | 3,839 | 4,093 | 4,006 | 4,023 |

PX-2456.7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030353

## Epic Games – Headcount Summary

| | 2018 | 2019 | Δ | %Δ | % of '19 |
|---|---|---|---|---|---|
| Game | 541 | 890 | 349 | +65% | 46% |
| Engine | 251 | 564 | 313 | +125% | 29% |
| Corporate | 126 | 218 | 92 | +73% | 11% |
| Team Online | 93 | 173 | 80 | +86% | 9% |
| Epic Game Store | 52 | 87 | 35 | +67% | 5% |
| Total | 1,063 | 1,932 | 869 | +82% | 100% |

M&A represents
38% of 2019

| | 2018 | 2019 | Δ | %Δ | % of '19 |
|---|---|---|---|---|---|
| US | 770 | 1309 | 539 | +70% | 68% |
| Serbia | 0 | 117 | 117 | - | 6% |
| Canada | 39 | 115 | 76 | +195% | 6% |
| China | 79 | 94 | 15 | +19% | 5% |
| UK | 70 | 86 | 16 | +23% | 4% |
| Sweden | 10 | 50 | 40 | +400% | 3% |
| Finland | 29 | 43 | 14 | +48% | 2% |
| Germany | 23 | 41 | 18 | +78% | 2% |
| Korea | 23 | 24 | 1 | +4% | 1% |
| Japan | 12 | 20 | 8 | +67% | 1% |
| France | 0 | 15 | 15 | - | 1% |
| Other | 8 | 18 | 10 | +125% | 1% |
| | 1,063 | 1,932 | 869 | +82% | 100% |

## 2018 and 2019 Employee Summary



2018    2019

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030354

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Confidential*
*Epic Games Board Only*

**Epic Games – 4Q19 Business Report**

Epic Board,

Epic generated $998 million of gross revenue in 4Q19 to reach $4.22 billion in 2019. *Fortnite* welcomed 11 million new players in December 2019, the highest monthly performance since December 2018 when 14 million new players joined the *Fortnite* ecosystem. *Fortnite* finished the year with 68 million MAUs in December 2019 and maintained that player base in January 2020. The Epic Game Store finished 2019 with 30 million life-to-date PC accounts (ex-*Fortnite*) and $233 million in gross revenue. We see 2020 as a year of investment across all core businesses and are taking the necessary steps to return *Fortnite* to growth mode towards the end of the year.

**Highlights:**

- **Total gross revenue in 4Q19 was $998 million, down 40% YoY.** Total gross revenue in 2019 was $4.22 billion, down 25% YoY.

- **Game revenue in 4Q19 was $849 million, 85% of total gross revenue.** Game revenue in 2019 was $3.81 billion, representing 90% of revenue.

  - *Fortnite* generated $805 million in revenue during the quarter – ███████████████████ ████████████████████████████████████████████ Full year *Fortnite* revenue in 2019 was $3.71 billion.

  - *Rocket League* generated $41 million in gross revenue during the fourth quarter with $20 million in December alongside the launch of the Item Shop.

- **Engine revenue in 4Q19 was $36 million.** Engine revenue for 2019 was $97 million.

  - Engine License & Royalty revenue in 4Q19 was $31 million, 85% of total Engine revenue. Royalty payments accounted for $8 million (27%), ██████████████████████████ ███████████████████████████████████████

  - Engine Enterprise contributed $3 million in 4Q19, ██████████████████████ Total 2019 enterprise revenue was $10 million.

  - Engine Marketplace recorded revenue of $2 million in 4Q19. Total Engine Marketplace revenue in 2019 was $8 million.

- **Epic Game Store generated $76 million in 4Q19.** The Epic Games Store ended December with 8 million MAUs. For the full 2019 year, Epic Game Store achieved $233 million in gross sales. More than 60 exclusive PC titles launched on the platform by the end of 2019 and the current portfolio has recouped 35% of $579 million in cumulative minimum guarantees, up from 21% six months ago. ████████████ ████The Epic Game Store signed agreements in 4Q19 for 11 upcoming exclusive titles with $34 million in MGs, bringing the cumulative MG total to $1.12 billion for more than 100 titles (approximately half of that has already been paid out).

- **EBITDAB in 4Q19 was $198 million.** Full year 2019 EBITDAB was $1.26 billion. Gross margin for the quarter was 37%, behind 43% for the full year primarily driven by Epic Game Store costs and higher levels of UA spend around the holiday season. Operating expenses were $170 million for the quarter, while 2019 operating expenses were $576 million. EBITDA in 4Q19 was $101 million, reflecting $96 million in bonus-related compensation (~$20 million was M&A related). Full year 2019 EBITDA was $732 million.

- **Cash balance was $2.4 billion as of December 31st.** Accounts Receivable at quarter end was $413 million. Approximately 98% of cash is in US dollars with 63% held by Epic Games, Inc.

PX-2456.9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030355

*Confidential*
*Epic Games Board Only*

**2020 Outlook**

- **Fortnite** – Our key focus in 2020 is to return *Fortnite* to growth mode and evolve Battle Royale by offering new playing experiences. The release of *Chapter 2* and new features such as skill-based match-making, bots, and split-screen have enabled us to re-engage lapsed players and retain existing players, highlighted by our success in maintaining 68 million MAUs in January 2020 (equal to December 2019). We expect to do more brand integrations over the course of 2020 and evolve the game across multiple areas: new physics system; enhanced UI and storefront; an immersive, emergent, shared world; gameplay that feels real and maps to the physical world; a progression system; questing; PvE interactions, and an MMO-lite experience for the holidays.

- **Project Valkyrie** – In 2020, we are also focused on building out a suite of UE development tools within *Fortnite* to enable creators to generate new content. We expect Valkyrie to grow *Fortnite* Creative significantly from the 46 million MAUs at the end of 2019 and drive the next leg of growth for the platform.

- **Epic Game Store** – We plan to continue investing in the Epic Games Store in 2020 with fewer, bigger, better titles to minimize MG risk, along with shipping critical player and developer store features, and building out a 3rd-party publishing arm with 50/50 economics after we recoup full development and marketing expenses.

- **Engine** – Our priority in 2020 is to gain adoption in Enterprise and capture fair value with game licensing and royalties. We see the upcoming release of Unreal Engine 5 (to be announced at GDC 2020 in March) in 2021 as a major catalyst for the business.

- We expect consolidated gross revenue to decline 9% to $3.85 billion in 2020 – Games: $3.29 billion, Engine: $100 million, Epic Game Store: $401 million, and Merchandise & Other: $60 million. We now expect EBITDA for 2020 to be $650 million, down 11% YoY, primarily reflecting a larger employee base.

- Our **Esports** strategy continues to evolve. We will not host a World Cup event in 2020. In addition to competitive payouts, we plan to drive influencer-led event opportunities, international regional events, and scholastic programs to appeal to a wider audience. We expect Esports cost to be $85 million in 2020, down from $214 million in 2019.

- While we continue to scale out our businesses, our hiring plans reflect a moderation in hiring and we expect an increase of 300 employees this year to reach 2,232 globally by the end of 2020.

PX-2456.10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030356

**Confidential**
**Epic Games Board Only**

## Epic Games – Key KPIs

### Fortnite Revenue and MAU

### Fortnite Users – MAU, DAU, MAP

### Fortnite MARPPU

### Rocket League Revenue and MAU

### Epic Games Store Revenue and MAU

### Epic Games Store MG Summary

| Cumulative MG Commitments | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 |
|---|---|---|---|---|---|
| Released Titles MG | $23 | $158 | $277 | $427 | $579 |
| Pipeline Titles MG | $227 | $515 | $719 | $661 | $543 |
| **Total MG** | **$250** | **$673** | **$996** | **$1,088** | **$1,122** |
| MG Cash Payments | ($28) | ($213) | ($374) | ($434) | ($559) |
| **Outstanding MG Commitments** | **$222** | **$461** | **$621** | **$654** | **$563** |

| Quarterly MG Balance | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 |
|---|---|---|---|---|---|
| Beginning MG Balance | | $249 | $647 | $937 | $941 |
| MG Signed | $250 | $423 | $322 | $92 | $34 |
| Recoup | ($2) | ($25) | ($32) | ($88) | ($53) |
| MG Write-off | | | | | ($9) |
| **Ending MG Balance** | **$249** | **$647** | **$937** | **$941** | **$913** |

| LTD Recoup | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 |
|---|---|---|---|---|---|
| Released Titles MG | $23 | $158 | $277 | $427 | $579 |
| Cumulative Recoup | $2 | $27 | $58 | $147 | $200 |
| **% Recouped** | **7%** | **17%** | **21%** | **34%** | **35%** |

PX-2456.11

*Confidential*
*Epic Games Board Only*

## Epic Games – Monthly Income Statement, 4Q19A – 1Q20F

($ in millions)

| | Actuals | | | | Jan-20F | Feb-20F | Mar-20F | 1Q20 | 2019A | 2020F |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oct-19A | Nov-19A | Dec-19A | 4Q19 | | | | | | |
| Fortnite | $272 | $193 | $340 | $805 | $181 | $225 | $154 | $560 | $3,709 | $3,036 |
| Other | 11 | 12 | 21 | 43 | 10 | 8 | 8 | 27 | 100 | 251 |
| **Game Revenue** | **$283** | **$205** | **$361** | **$849** | **$191** | **$233** | **$163** | **$587** | **$3,810** | **$3,287** |
| Game License & Royalties | $17 | $6 | $8 | $31 | $7 | $9 | $11 | $27 | $79 | $82 |
| Enterprise | 2 | 0 | 1 | 3 | 1 | 1 | 1 | 2 | 10 | 10 |
| UE Asset Marketplace | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 8 | 8 |
| **Engine Revenue** | **$20** | **$7** | **$9** | **$36** | **$8** | **$10** | **$12** | **$30** | **$97** | **$100** |
| **Epic Game Store** | **$26** | **$22** | **$29** | **$76** | **$19** | **$17** | **$34** | **$70** | **$233** | **$401** |
| **Merchandise/Other** | **$0** | **$5** | **$32** | **$38** | **$0** | **$0** | **$7** | **$7** | **$82** | **$60** |
| **Total Net Revenue** | **$329** | **$238** | **$431** | **$998** | **$218** | **$260** | **$215** | **$694** | **$4,221** | **$3,848** |
| Platform Royalties | ($78) | ($56) | ($98) | ($233) | ($52) | ($63) | ($44) | ($159) | ($1,057) | ($885) |
| Production/Hosting Costs | (29) | (24) | (27) | (80) | (24) | (23) | (22) | (69) | (290) | (281) |
| Player Support | (5) | (6) | (5) | (16) | (5) | (5) | (5) | (15) | (59) | (56) |
| SaC (Support-a-Creator) | (5) | (4) | (17) | (26) | (4) | (5) | (4) | (12) | (115) | (70) |
| Core UA, Marketing, IP, etc | (8) | (29) | (27) | (64) | (8) | (13) | (10) | (31) | (161) | (238) |
| UA | (13) | (34) | (43) | (90) | (12) | (17) | (14) | (43) | (276) | (307) |
| Payment Processing Fees | (3) | (2) | (2) | (7) | (2) | (2) | (2) | (6) | (28) | (34) |
| EGS/Marketplace Costs | (52) | (52) | (54) | (158) | (50) | (48) | (51) | (149) | (465) | (647) |
| Esports Costs | (2) | (6) | (38) | (46) | - | - | (15) | (15) | (214) | (85) |
| **Cost of Sales** | **($182)** | **($180)** | **($268)** | **($630)** | **($145)** | **($159)** | **($153)** | **($457)** | **($2,390)** | **($2,295)** |
| **Gross Income** | **$147** | **$58** | **$163** | **$368** | **$73** | **$101** | **$62** | **$237** | **$1,831** | **$1,554** |
| *Gross Margin* | *44.7%* | *24.5%* | *37.8%* | *36.9%* | *33.6%* | *38.9%* | *28.8%* | *34.1%* | *43.4%* | *40.4%* |
| People | ($28) | ($26) | ($32) | ($85) | ($28) | ($29) | ($29) | ($86) | ($275) | ($365) |
| Outsourcing | (12) | (13) | (13) | (38) | (13) | (13) | (13) | (39) | (110) | (152) |
| Events/Marketing | (5) | (4) | (5) | (14) | (4) | (3) | (10) | (18) | (59) | (53) |
| IT | (3) | (4) | (3) | (10) | (3) | (3) | (3) | (10) | (39) | (43) |
| Consulting | (1) | (1) | (1) | (3) | (1) | (1) | (1) | (4) | (14) | (15) |
| Legal & Accounting | (1) | (2) | (3) | (6) | (2) | (2) | (3) | (7) | (30) | (33) |
| Travel & Entertainment | (1) | (2) | (2) | (4) | (2) | (2) | (2) | (5) | (18) | (21) |
| Facilities | (1) | (2) | (2) | (5) | (2) | (2) | (2) | (5) | (17) | (22) |
| Other | (1) | (1) | (3) | (4) | (2) | (2) | (2) | (5) | (15) | (18) |
| **Total Operating Expense** | **($54)** | **($54)** | **($63)** | **($170)** | **($57)** | **($57)** | **($64)** | **($178)** | **($576)** | **($722)** |
| **EBITDAB** | **$93** | **$5** | **$100** | **$198** | **$16** | **$44** | **($2)** | **$58** | **$1,255** | **$831** |
| *EBIT excl. Bonus Margin* | *28.4%* | *2.0%* | *23.1%* | *19.8%* | *7.4%* | *17.1%* | *(1.1%)* | *8.4%* | *29.7%* | *21.6%* |
| Bonus | ($3) | ($8) | ($86) | ($96) | ($6) | ($44) | - | ($50) | ($523) | ($181) |
| **EBITDA** | **$90** | **($3)** | **$14** | **$101** | **$11** | **$0** | **($2)** | **$9** | **$732** | **$650** |
| *EBIT Margin* | *27.5%* | *(1.3%)* | *3.3%* | *10.2%* | *4.9%* | *0.1%* | *(1.1%)* | *1.2%* | *17.3%* | *16.9%* |
| **Head Count** | **1,847** | **1,908** | **1,932** | **1,932** | **1,962** | **1,977** | **1,992** | **1,992** | **1,932** | **2,232** |

4

PX-2456.12

EPIC_02030358

*Confidential*
*Epic Games Board Only*

## Epic Games –  Quarterly Income Statement, 2019A – 2020F

($ in millions)

| | Actuals | | | | | | | | 2019A | 2020F |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20F | 2Q20F | 3Q20F | 4Q20F | 2019A | 2020F |
| Fortnite | $1,109 | $1,014 | $782 | $805 | $560 | $623 | $731 | $1,121 | $3,709 | $3,036 |
| Other | 0 | 13 | 43 | 43 | 27 | 34 | 96 | 94 | 100 | 251 |
| **Game Revenue** | **$1,109** | **$1,027** | **$825** | **$849** | **$587** | **$657** | **$827** | **$1,216** | **$3,810** | **$3,287** |
| Game License & Royalties | $12 | $21 | $15 | $31 | $27 | $23 | $15 | $18 | $79 | $82 |
| Enterprise | 2 | 1 | 3 | 3 | 2 | 2 | 2 | 4 | 10 | 10 |
| UE Asset Marketplace | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 8 | 8 |
| **Engine Revenue** | **$16** | **$25** | **$20** | **$36** | **$30** | **$27** | **$19** | **$23** | **$97** | **$100** |
| **Epic Game Store** | **$27** | **$35** | **$96** | **$76** | **$70** | **$92** | **$94** | **$145** | **$233** | **$401** |
| **Merchandise/Other** | **$10** | **$15** | **$20** | **$38** | **$7** | **$11** | **$15** | **$28** | **$82** | **$60** |
| **Total Net Revenue** | **$1,161** | **$1,102** | **$960** | **$998** | **$694** | **$787** | **$956** | **$1,412** | **$4,221** | **$3,848** |
| Platform Royalties | ($305) | ($292) | ($227) | ($233) | ($159) | ($178) | ($221) | ($327) | ($1,057) | ($885) |
| Production/Hosting Costs | (70) | (71) | (69) | (80) | (69) | (66) | (70) | (75) | (290) | (281) |
| Player Support | (13) | (15) | (15) | (16) | (15) | (14) | (13) | (13) | (59) | (56) |
| SaC (Support-a-Creator) | (57) | (17) | (15) | (26) | (12) | (14) | (17) | (26) | (115) | (70) |
| Core UA, Marketing, IP, etc | (42) | (29) | (26) | (64) | (31) | (81) | (50) | (75) | (161) | (238) |
| UA | (99) | (46) | (41) | (90) | (43) | (96) | (68) | (101) | (276) | (307) |
| Payment Processing Fees | (7) | (7) | (7) | (7) | (6) | (8) | (8) | (12) | (28) | (34) |
| EGS/Marketplace Costs | (48) | (71) | (188) | (158) | (149) | (198) | (145) | (156) | (465) | (647) |
| Esports Costs | (8) | (18) | (142) | (46) | (15) | (25) | (25) | (20) | (214) | (85) |
| **Cost of Sales** | **($549)** | **($521)** | **($690)** | **($630)** | **($457)** | **($584)** | **($550)** | **($704)** | **($2,390)** | **($2,295)** |
| **Gross Income** | **$612** | **$581** | **$270** | **$368** | **$237** | **$203** | **$406** | **$708** | **$1,831** | **$1,554** |
| *Gross Margin* | *52.7%* | *52.7%* | *28.1%* | *36.9%* | *34.1%* | *25.8%* | *42.5%* | *50.2%* | *43.4%* | *40.4%* |
| People | ($52) | ($60) | ($77) | ($85) | ($86) | ($88) | ($93) | ($99) | ($275) | ($365) |
| Outsourcing | (20) | (22) | (31) | (38) | (39) | (40) | (38) | (35) | (110) | (152) |
| Events/Marketing | (12) | (20) | (12) | (14) | (18) | (12) | (11) | (11) | (59) | (53) |
| IT | (10) | (7) | (12) | (10) | (10) | (11) | (11) | (11) | (39) | (43) |
| Consulting | (3) | (5) | (3) | (3) | (4) | (4) | (4) | (4) | (14) | (15) |
| Legal & Accounting | (6) | (10) | (8) | (6) | (7) | (8) | (8) | (9) | (30) | (33) |
| Travel & Entertainment | (4) | (4) | (5) | (4) | (5) | (5) | (6) | (5) | (18) | (21) |
| Facilities | (3) | (4) | (5) | (5) | (5) | (5) | (6) | (6) | (17) | (22) |
| Other | (3) | (4) | (4) | (4) | (5) | (5) | (5) | (5) | (15) | (18) |
| **Total Operating Expense** | **($114)** | **($135)** | **($156)** | **($170)** | **($178)** | **($178)** | **($182)** | **($185)** | **($576)** | **($722)** |
| **EBITDAB** | **$499** | **$445** | **$113** | **$198** | **$58** | **$25** | **$224** | **$524** | **$1,255** | **$831** |
| *EBIT excl. Bonus Margin* | *42.9%* | *40.4%* | *11.8%* | *19.8%* | *8.4%* | *3.2%* | *23.5%* | *37.1%* | *29.7%* | *21.6%* |
| Bonus | ($180) | ($143) | ($103) | ($96) | ($50) | ($28) | ($38) | ($66) | ($523) | ($181) |
| **EBITDA** | **$318** | **$302** | **$10** | **$101** | **$9** | **($3)** | **$187** | **$458** | **$732** | **$650** |
| *EBIT Margin* | *27.4%* | *27.5%* | *1.1%* | *10.2%* | *1.2%* | *(0.3%)* | *19.5%* | *32.4%* | *17.3%* | *16.9%* |
| **Head Count** | **1,312** | **1,666** | **1,817** | **1,932** | **1,992** | **2,052** | **2,142** | **2,232** | **1,932** | **2,232** |

PX-2456.13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030359

*Confidential*
*Epic Games Board Only*

## Epic Games – Cash Flow Statement

| (in millions of US$) | 3 Months ended 12/31/2018 | 3 Months ended 12/31/2019 | 12 Months ended 12/31/2018 | 12 Months ended 12/31/2019 |
|---|---:|---:|---:|---:|
| **Cash flows from operating activities** | | | | |
| Net income | 766 | 138 | 2,843 | 642 |
| Non-cash flow adjustments | 5 | 12 | 20 | 43 |
| Net changes in working capital | (81) | (37) | (642) | 190 |
| Net cash provided by (used in) operating activities | 691 | 113 | 2,221 | 875 |
| **Cash flows from investing activities** | | | | |
| Purchase of property and equipment | (5) | (29) | (36) | (63) |
| Investment in affiliate | - | (8) | - | (10) |
| Business aquisitions, net of cash acquired | (35) | (43) | (34) | (661) |
| Net cash (used in) investing activities | (40) | (80) | (70) | (734) |
| **Cash Flows from financing activities** | | | | |
| Proceeds from line of credit | - | - | (15) | - |
| Distribution of dividends | (173) | - | (173) | - |
| Share buyback | (1,096) | - | (1,096) | (261) |
| Proceeds from stock issuance | 1,235 | - | 1,574 | - |
| Proceeds from exercise of stock options | - | - | 1 | - |
| Net cash provided by (used in) financing activities | (34) | - | 291 | (261) |
| Exchange differences on cash and cash equivalents | (0) | 1 | (0) | 2 |
| Net change in cash and cash equivalents | 617 | 34 | 2,442 | (118) |
| **Cash and cash equivalents (inclusive of marketable securities)** | | | | |
| Beginning of period | 1,921 | 2,386 | 97 | 2,538 |
| End of period | 2,538 | 2,420 | 2,538 | 2,420 |

PX-2456.14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030360

*Confidential*
*Epic Games Board Only*

## Epic Games – Balance Sheet

| ($ in millions) | 12/31/2018 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | 2,538 | 2,774 | 2,275 | 2,386 | 2,420 |
| Accounts receivable | 767 | 490 | 458 | 372 | 413 |
| Income tax receivable | - | - | - | - | 4 |
| Prepaids and other current assets | 46 | 272 | 448 | 328 | 333 |
| **Total Current Assets** | 3,351 | 3,536 | 3,181 | 3,086 | 3,170 |
| **Non-Current Assets** | | | | | |
| Property and equipment, net | 61 | 74 | 93 | 109 | 112 |
| Goodwill | 41 | 148 | 780 | 767 | 666 |
| Intangible assets, net | 1 | 0 | 11 | 11 | 29 |
| CSV of life insurance | 3 | 3 | 3 | 3 | 3 |
| Investments | 1 | 1 | 3 | 3 | 10 |
| Deferred tax asset | 76 | 76 | 18 | 17 | 18 |
| Other assets | 2 | 1 | 4 | 10 | 15 |
| **Total Non-Current Assets** | 184 | 303 | 911 | 920 | 853 |
| **TOTAL ASSETS** | 3,536 | 3,839 | 4,093 | 4,006 | 4,023 |
| **LIABILITIES** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | 29 | 71 | 72 | 60 | 92 |
| Accrued expenses | 68 | 94 | 67 | 142 | 164 |
| Income tax Payable | 2 | 14 | 19 | 47 | - |
| Current portion of deferred revenue | 109 | 109 | 221 | 210 | 107 |
| **Total Current Liabilities** | 208 | 288 | 379 | 459 | 364 |
| **Long Term Liabilities** | | | | | |
| Deferred revenue, less current | 21 | 21 | 54 | 52 | 19 |
| Loan payable, long-term | 4 | 4 | 4 | 11 | 11 |
| Other liabilities | - | - | 7 | - | |
| **Total Long Term Liabilities** | 24 | 24 | 65 | 63 | 30 |
| **TOTAL LIABILITIES** | 232 | 312 | 443 | 522 | 394 |
| **EQUITY** | | | | | |
| Common stock | - | - | - | 0 | 1 |
| Additional paid-in-capital | 697 | 647 | 1,816 | 1,679 | 1,834 |
| Unrealized FX gain/loss | (1) | (0) | 1 | (0) | 1 |
| Retained earnings | 2,608 | 2,880 | 1,833 | 1,805 | 1,794 |
| **Total Equity** | 3,304 | 3,526 | 3,650 | 3,484 | 3,629 |
| **TOTAL LIABILITIES AND EQUITY** | 3,536 | 3,839 | 4,093 | 4,006 | 4,023 |

PX-2456.15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030361

*Confidential*
*Epic Games Board Only*

**Epic Games – Headcount Summary**

| | 2018 | 2019 | Δ | %Δ | % of '19 |
|---|---|---|---|---|---|
| Game | 541 | 890 | 349 | +65% | 46% |
| Engine | 251 | 564 | 313 | +125% | 29% |
| Corporate | 126 | 218 | 92 | +73% | 11% |
| Team Online | 93 | 173 | 80 | +86% | 9% |
| Epic Game Store | 52 | 87 | 35 | +67% | 5% |
| **Total** | **1,063** | **1,932** | **869** | **+82%** | **100%** |

M&A represents
36% of 2019

| | 2018 | 2019 | Δ | %Δ | % of '19 |
|---|---|---|---|---|---|
| US | 770 | 1309 | 539 | +70% | 68% |
| Serbia | 0 | 117 | 117 | - | 6% |
| Canada | 39 | 115 | 76 | +195% | 6% |
| China | 79 | 94 | 15 | +19% | 5% |
| UK | 70 | 86 | 16 | +23% | 4% |
| Sweden | 10 | 50 | 40 | +400% | 3% |
| Finland | 29 | 43 | 14 | +48% | 2% |
| Germany | 23 | 41 | 18 | +78% | 2% |
| Korea | 23 | 24 | 1 | +4% | 1% |
| Japan | 12 | 20 | 8 | +67% | 1% |
| France | 0 | 15 | 15 | - | 1% |
| Other | 8 | 18 | 10 | +125% | 1% |
| | 1,063 | 1,932 | 869 | +82% | 100% |



**2018 and 2019 Employee Summary**

PX-2456.16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030362

**Epic Games – 4Q19 Business Report**

Epic Board,

Epic generated $998 million of gross revenue in 4Q19 to reach $4.22 billion in 2019. *Fortnite* welcomed 11 million new players in December 2019, the highest monthly performance since December 2018 when 14 million new players joined the *Fortnite* ecosystem. *Fortnite* finished the year with 68 million MAUs in December 2019 and maintained that player base in January 2020. The Epic Game Store finished 2019 with 30 million life-to-date PC accounts (ex-*Fortnite*) and $233 million in gross revenue. We see 2020 as a year of investment across all core businesses and are taking the necessary steps to return *Fortnite* to growth mode towards the end of the year.

**Highlights:**

- **Total gross revenue in 4Q19 was $998 million, down 40% YoY.** Total gross revenue in 2019 was $4.22 billion, down 25% YoY.

- **Game revenue in 4Q19 was $849 million, 85% of total gross revenue.** Game revenue in 2019 was $3.81 billion, representing 90% of revenue.

  - *Fortnite* generated $805 million in revenue during the quarter – ███████████████████████████ ████████████████████████████████████████

    Full year *Fortnite* revenue in 2019 was $3.71 billion.

  - *Rocket League* generated $41 million in gross revenue during the fourth quarter with $20 million in December alongside the launch of the Item Shop.

- **Engine revenue in 4Q19 was $36 million**. Engine revenue for 2019 was $97 million.

  - Engine License & Royalty revenue in 4Q19 was $31 million, 85% of total Engine revenue.

  - Engine Enterprise contributed $3 million in 4Q19. Total 2019 enterprise revenue was $10 million.

  - Engine Marketplace recorded revenue of $2 million in 4Q19. Total Engine Marketplace revenue in 2019 was $8 million.

- **Epic Game Store generated $76 million in 4Q19.** The Epic Games Store ended December with 8 million MAUs. For the full 2019 year, Epic Game Store achieved $233 million in gross sales.

- **EBITDAB in 4Q19 was $198 million.** Full year 2019 EBITDAB was $1.26 billion. Gross margin for the quarter was 37%, behind 43% for the full year primarily driven by Epic Game Store costs and higher levels of UA spend around the holiday season. Operating expenses were $170 million for the quarter, while 2019 operating expenses were $576 million. EBITDA in 4Q19 was $101 million, reflecting $96 million in bonus-related compensation (~$20 million was M&A related). Full year 2019 EBITDA was $732 million.

- **Cash balance was $2.4 billion as of December 31st.** Accounts Receivable at quarter end was $413 million. Approximately 98% of cash is in US dollars with 63% held by Epic Games, Inc.

PX-2456.17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030363

**2020 Outlook**

- **Fortnite** – Our key focus in 2020 is to return *Fortnite* to growth mode and evolve Battle Royale by offering new playing experiences. The release of *Chapter 2* and new features such as skill-based match-making, bots, and split-screen have enabled us to re-engage lapsed players and retain existing players, highlighted by our success in maintaining 68 million MAUs in January 2020 (equal to December 2019). We expect to do more brand integrations over the course of 2020 and evolve the game across multiple areas: new physics system; enhanced UI and storefront; an immersive, emergent, shared world; gameplay that feels real and maps to the physical world; a progression system; questing; PvE interactions, and an MMO-lite experience for the holidays.

- **Project Valkyrie** – In 2020, we are also focused on building out a suite of UE development tools within *Fortnite* to enable creators to generate new content. We expect Valkyrie to grow *Fortnite* Creative significantly from the 46 million MAUs at the end of 2019 and drive the next leg of growth for the platform.

- **Epic Game Store** – We plan to continue investing in the Epic Games Store in 2020 with fewer, bigger, better titles to minimize MG risk, along with shipping critical player and developer store features, and building out a 3rd-party publishing arm with 50/50 economics after we recoup full development and marketing expenses.

- **Engine** – Our priority in 2020 is to gain adoption in Enterprise and capture fair value with game licensing and royalties. We see the upcoming release of Unreal Engine 5 (to be announced at GDC 2020 in March) in 2021 as a major catalyst for the business.

- We expect consolidated gross revenue to decline 9% to $3.85 billion in 2020 – Games: $3.29 billion, Engine: $100 million, Epic Game Store: $401 million, and Merchandise & Other: $60 million. We now expect EBITDA for 2020 to be $650 million, down 11% YoY, primarily reflecting a larger employee base.

- Our **Esports** strategy continues to evolve. We will not host a World Cup event in 2020. In addition to competitive payouts, we plan to drive influencer-led event opportunities, international regional events, and scholastic programs to appeal to a wider audience. We expect Esports cost to be $85 million in 2020, down from $214 million in 2019.

- While we continue to scale out our businesses, our hiring plans reflect a moderation in hiring and we expect an increase of 300 employees this year to reach 2,232 globally by the end of 2020.

PX-2456.18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030364

*Confidential*

## Epic Games – Key KPIs



Fortnite Revenue and MAU

Fortnite Users – MAU, DAU, MAP

Fortnite MARPPU

Rocket League Revenue and MAU

3

PX-2456.19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030365

*Confidential*

## Epic Games – Quarterly Income Statement, 2019A – 2020F

($ in millions)

| | Actuals | | | | | | | | 2019A | 2020F |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20F | 2Q20F | 3Q20F | 4Q20F | | |
| Fortnite | $1,109 | $1,014 | $782 | $805 | $560 | $623 | $731 | $1,121 | $3,709 | $3,036 |
| Other | 0 | 13 | 43 | 43 | 27 | 34 | 96 | 94 | 100 | 251 |
| **Game Revenue** | **$1,109** | **$1,027** | **$825** | **$849** | **$587** | **$657** | **$827** | **$1,216** | **$3,810** | **$3,287** |
| Game License & Royalties | $12 | $21 | $15 | $31 | $27 | $23 | $15 | $18 | $79 | $82 |
| Enterprise | 2 | 1 | 3 | 3 | 2 | 2 | 2 | 4 | 10 | 10 |
| UE Asset Marketplace | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 8 | 8 |
| **Engine Revenue** | **$16** | **$25** | **$20** | **$36** | **$30** | **$27** | **$19** | **$23** | **$97** | **$100** |
| **Epic Game Store** | **$27** | **$35** | **$96** | **$76** | **$70** | **$92** | **$94** | **$145** | **$233** | **$401** |
| **Merchandise/Other** | **$10** | **$15** | **$20** | **$38** | **$7** | **$11** | **$15** | **$28** | **$82** | **$60** |
| **Total Net Revenue** | **$1,161** | **$1,102** | **$960** | **$998** | **$694** | **$787** | **$956** | **$1,412** | **$4,221** | **$3,848** |
| Platform Royalties | ($305) | ($292) | ($227) | ($233) | ($159) | ($178) | ($221) | ($327) | ($1,057) | ($885) |
| Production/Hosting Costs | (70) | (71) | (69) | (80) | (69) | (66) | (70) | (75) | (290) | (281) |
| Player Support | (13) | (15) | (15) | (16) | (15) | (14) | (13) | (13) | (59) | (56) |
| SaC (Support-a-Creator) | (57) | (17) | (15) | (26) | (12) | (14) | (17) | (26) | (115) | (70) |
| Core UA, Marketing, IP, etc | (42) | (29) | (26) | (64) | (31) | (81) | (50) | (75) | (161) | (238) |
| UA | (99) | (46) | (41) | (90) | (43) | (96) | (68) | (101) | (276) | (307) |
| Payment Processing Fees | (7) | (7) | (7) | (7) | (6) | (8) | (8) | (12) | (28) | (34) |
| EGS/Marketplace Costs | (48) | (71) | (188) | (158) | (149) | (198) | (145) | (156) | (465) | (647) |
| Esports Costs | (8) | (18) | (142) | (46) | (15) | (25) | (25) | (20) | (214) | (85) |
| **Cost of Sales** | **($549)** | **($521)** | **($690)** | **($630)** | **($457)** | **($584)** | **($550)** | **($704)** | **($2,390)** | **($2,295)** |
| **Gross Income** | **$612** | **$581** | **$270** | **$368** | **$237** | **$203** | **$406** | **$708** | **$1,831** | **$1,554** |
| *Gross Margin* | *52.7%* | *52.7%* | *28.1%* | *36.9%* | *34.1%* | *25.8%* | *42.5%* | *50.2%* | *43.4%* | *40.4%* |
| People | ($52) | ($60) | ($77) | ($85) | ($86) | ($88) | ($93) | ($99) | ($275) | ($365) |
| Outsourcing | (20) | (22) | (31) | (38) | (39) | (40) | (38) | (35) | (110) | (152) |
| Events/Marketing | (12) | (20) | (12) | (14) | (18) | (12) | (11) | (11) | (59) | (53) |
| IT | (10) | (7) | (12) | (10) | (10) | (11) | (11) | (11) | (39) | (43) |
| Consulting | (3) | (5) | (3) | (3) | (4) | (4) | (4) | (4) | (14) | (15) |
| Legal & Accounting | (6) | (10) | (6) | (6) | (7) | (8) | (8) | (9) | (30) | (33) |
| Travel & Entertainment | (4) | (4) | (5) | (4) | (5) | (5) | (6) | (5) | (18) | (21) |
| Facilities | (3) | (4) | (5) | (5) | (5) | (5) | (6) | (6) | (17) | (22) |
| Other | (3) | (4) | (4) | (4) | (5) | (5) | (5) | (5) | (15) | (18) |
| **Total Operating Expense** | **($114)** | **($135)** | **($156)** | **($170)** | **($178)** | **($178)** | **($182)** | **($185)** | **($576)** | **($722)** |
| **EBITDAB** | **$499** | **$445** | **$113** | **$198** | **$58** | **$25** | **$224** | **$524** | **$1,255** | **$831** |
| *EBIT excl. Bonus Margin* | *42.9%* | *40.4%* | *11.8%* | *19.8%* | *8.4%* | *3.2%* | *23.5%* | *37.1%* | *29.7%* | *21.6%* |
| Bonus | ($180) | ($143) | ($103) | ($96) | ($50) | ($28) | ($38) | ($66) | ($523) | ($181) |
| **EBITDA** | **$318** | **$302** | **$10** | **$101** | **$9** | **($3)** | **$187** | **$458** | **$732** | **$650** |
| *EBITDA Margin* | *27.4%* | *27.5%* | *1.1%* | *10.2%* | *1.2%* | *(0.3%)* | *19.5%* | *32.4%* | *17.3%* | *16.9%* |
| **Head Count** | **1,312** | **1,666** | **1,817** | **1,932** | **1,992** | **2,052** | **2,142** | **2,232** | **1,932** | **2,232** |

PX-2456.20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030366

*Confidential*

| Epic Games – Cash Flow Statement |
| --- |

| (in millions of US$) | 3 Months ended 12/31/2018 | 3 Months ended 12/31/2019 | 12 Months ended 12/31/2018 | 12 Months ended 12/31/2019 |
| --- | --- | --- | --- | --- |
| **Cash flows from operating activities** | | | | |
| Net income | 766 | 138 | 2,843 | 642 |
| Non-cash flow adjustments | 5 | 12 | 20 | 43 |
| Net changes in working capital | (81) | (37) | (642) | 190 |
| Net cash provided by (used in) operating activities | 691 | 113 | 2,221 | 875 |
| | | | | |
| **Cash flows from investing activities** | | | | |
| Purchase of property and equipment | (5) | (29) | (36) | (63) |
| Investment in affiliate | - | (8) | - | (10) |
| Business aquisitions, net of cash acquired | (35) | (43) | (34) | (661) |
| Net cash (used in) investing activities | (40) | (80) | (70) | (734) |
| | | | | |
| **Cash Flows from financing activities** | | | | |
| Proceeds from line of credit | - | - | (15) | - |
| Distribution of dividends | (173) | - | (173) | - |
| Share buyback | (1,096) | - | (1,096) | (261) |
| Proceeds from stock issuance | 1,235 | - | 1,574 | - |
| Proceeds from exercise of stock options | - | - | 1 | - |
| Net cash provided by (used in) financing activities | (34) | - | 291 | (261) |
| | | | | |
| Exchange differences on cash and cash equivalents | (0) | 1 | (0) | 2 |
| | | | | |
| Net change in cash and cash equivalents | 617 | 34 | 2,442 | (118) |
| | | | | |
| **Cash and cash equivalents (inclusive of marketable securities)** | | | | |
| Beginning of period | 1,921 | 2,386 | 97 | 2,538 |
| End of period | 2,538 | 2,420 | 2,538 | 2,420 |

PX-2456.21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030367

*Confidential*

| Epic Games – Balance Sheet | | | | | |
|---|---|---|---|---|---|

| ($ in millions) | 12/31/2018 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | 2,538 | 2,774 | 2,275 | 2,386 | 2,420 |
| Accounts receivable | 767 | 490 | 458 | 372 | 413 |
| Income tax receivable | - | - | - | - | 4 |
| Prepaids and other current assets | 46 | 272 | 448 | 328 | 333 |
| **Total Current Assets** | 3,351 | 3,536 | 3,181 | 3,086 | 3,170 |
| **Non-Current Assets** | | | | | |
| Property and equipment, net | 61 | 74 | 93 | 109 | 112 |
| Goodwill | 41 | 148 | 780 | 767 | 666 |
| Intangible assets, net | 1 | 0 | 11 | 11 | 29 |
| CSV of life insurance | 3 | 3 | 3 | 3 | 3 |
| Investments | 1 | 1 | 3 | 3 | 10 |
| Deferred tax asset | 76 | 76 | 18 | 17 | 18 |
| Other assets | 2 | 1 | 4 | 10 | 15 |
| **Total Non-Current Assets** | 184 | 303 | 911 | 920 | 853 |
| **TOTAL ASSETS** | 3,536 | 3,839 | 4,093 | 4,006 | 4,023 |
| **LIABILITIES** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | 29 | 71 | 72 | 60 | 92 |
| Accrued expenses | 68 | 94 | 67 | 142 | 164 |
| Income tax Payable | 2 | 14 | 19 | 47 | - |
| Current portion of deferred revenue | 109 | 109 | 221 | 210 | 107 |
| **Total Current Liabilities** | 208 | 288 | 379 | 459 | 364 |
| **Long Term Liabilities** | | | | | |
| Deferred revenue, less current | 21 | 21 | 54 | 52 | 19 |
| Loan payable, long-term | 4 | 4 | 4 | 11 | 11 |
| Other liabilities | - | - | 7 | - | |
| **Total Long Term Liabilities** | 24 | 24 | 65 | 63 | 30 |
| **TOTAL LIABILITIES** | 232 | 312 | 443 | 522 | 394 |
| **EQUITY** | | | | | |
| Common stock | - | - | - | 0 | 1 |
| Additional paid-in-capital | 697 | 647 | 1,816 | 1,679 | 1,834 |
| Unrealized FX gain/loss | (1) | (0) | 1 | (0) | 1 |
| Retained earnings | 2,608 | 2,880 | 1,833 | 1,805 | 1,794 |
| **Total Equity** | 3,304 | 3,526 | 3,650 | 3,484 | 3,629 |
| **TOTAL LIABILITIES AND EQUITY** | 3,536 | 3,839 | 4,093 | 4,006 | 4,023 |

PX-2456.22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_02030368