JOHN F. COVE, JR. (SBN 212213)
john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| *Plaintiff, Counter-defendant,* | |
| v. | **CERTIFICATE OF SERVICE** |
| APPLE INC., | |
| *Defendant, Counterclaimant.* | Judge:  Hon. Yvonne Gonzalez Rogers |

I, Alexander P. Sanyshyn, declare as follows:

    I am an attorney at the law firm of Shearman & Sterling LLP, counsel to non-party Sony Interactive Entertainment LLC in connection with this litigation. I am a member in good standing of the Bars of the States of New York and California, and a member of the Bar of this Court.

    On May 15, 2021, I caused to be served via electronic transmission, on counsel for plaintiff Epic Games, Inc. ("Epic") and defendant Apple, Inc., an unredacted version of the exhibit to the Declaration of Don Sechler in support of Epic's administrative motion to seal portions of PX-2456.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 15, 2021, at Oakland, California.

                                                                        */s/ Alexander P. Sanyshyn*
                                                                         Alexander P. Sanyshyn