1  Steven L. Holley (appearance *pro hac vice*)
   (holleys@sullcrom.com)
2  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   125 Broad Street
4  New York, New York  10004
   Telephone:     (212) 558-4000
5  Facsimile:     (212) 558-3588

6  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California  94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10 *Attorneys for Non-Party Spotify USA Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, | **DECLARATION OF SHANE M. PALMER PURSUANT TO CIVIL LOCAL RULE 79-5(e)(1) AND IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO (DKT NO. 659)** |
| v. | |
| APPLE INC. | |
| Defendant. | |

SULLIVAN & CROMWELL LLP

DECLARATION OF SHANE M. PALMER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBITS
CASE NO. 4:20-CV-05640-YGR-TSH

I, Shane M. Palmer, declare as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, and counsel to Non-Party Spotify USA Inc. ("Spotify"). I am a member in good standing of the Bars of the States of New York and California and a member of the Bar of this Court. I submit this declaration pursuant to Local Civil Rule 79-5(e) in support of sealing certain trial exhibits that are the subject of an Administrative Motion to Seal filed by Apple Inc. ("Apple") on May 14, 2021 (Dkt. No. 659). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. On May 12, Apple's counsel informed me by email that Apple intends to use at trial four summary exhibits underlying—and that are depicted in—Figures 22, 23, 24, and 25 in Dr. Loren Hitt's written direct testimony, which Apple had labelled as Exhibits DX-4793, DX-4794, DX-4975, and DX-4796. Because Apple did not provide a copy of these four exhibits to Spotify, on May 13, 2021, I emailed Apple's counsel and asked Apple to clarify whether these four exhibits are identical to Figures 22, 23, 24, and 25 in Dr. Hitt's written direct testimony. Apple's counsel replied to my email on May 14, 2021, stating that "DX-4793, DX-4794, DX-4795, and DX-4796 are substantially identical to Figures 22, 23, 24, and 25, respectively, in Professor Hitt's written direct testimony."

3. On May 3, 2021, Spotify filed a declaration by Benjamin Kung, a Director in the Financial Planning & Analysis team at Spotify, providing the reasons that Spotify would be competitively harmed in its business if the information in Figures 22, 23, 24, and 25 of Dr. Hitt's written direct testimony were to become public. (*See* Dkt. No. 574.) The Court ruled on Spotify's requests to seal these figures in Dr. Hitt's written direct testimony on May 9, 2021, granting Spotify's requests to seal each of the four figures. (*See* Dkt. No. 614, at 10.)

4. Furthermore, according to Dr. Hitt's written direct testimony, Figures 23 and 25 summarize data contained in Exhibit DX-4641, which is a document that Spotify produced to Apple and Epic Games, Inc. ("Epic") in response to subpoenas that Apple and Epic served on Spotify in this action pursuant to Federal Rule of Civil Procedure 45 on December 2, 2020, and December 8, 2020, respectively. Spotify moved to seal Exhibit DX-4641 on April 30, 2021 (*see*

1

Sullivan & Cromwell LLP

Declaration of Shane M. Palmer in Support of Apple's Administrative Motion to Seal Trial Exhibits
Case No. 4:20-cv-05640-YGR-TSH

Dkt. No. 560), and the Court ruled on Spotify's motion on May 5, 2021, granting Spotify's request to seal DX-4641 (*see* Dkt. No. 594, at 6.)

5. Because Exhibits DX-4793, DX-4794, DX-4975, and DX-4796 are substantially identical to Figures 22, 23, 24, and 25 in Dr. Hitt's written direct testimony—which the Court has already ordered sealed—these four exhibits should also be sealed in their entirety. For the Court's reference, the chart below lists the paragraphs in Benjamin Kung's May 3, 2021 declaration (Dkt. No. 574) that state the reasons why Spotify would suffer harm if Figures 22, 23, 24, and 25 of Dr. Hitt's written direct testimony became public:

| Figure in Dr. Hitt's Written Direct Testimony | Corresponding Summary Exhibit | Evidence Offered in Support of Sealing |
|---|---|---|
| Figure 22 | DX-4793 | May 3, 2021 Declaration of Benjamin Kung (Dkt. No. 574) ¶¶ 7–10 |
| Figure 23 | DX-4794 | May 3, 2021 Declaration of Benjamin Kung (Dkt. No. 574) ¶¶ 11–15 |
| Figure 24 | DX-4795 | May 3, 2021 Declaration of Benjamin Kung (Dkt. No. 574) ¶¶ 7–10 |
| Figure 25 | DX-4796 | May 3, 2021 Declaration of Benjamin Kung (Dkt. No. 574) ¶¶ 11–15 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this May 15, 2021, at Brooklyn, New York.

/s/ Shane M. Palmer
Shane M. Palmer

Sullivan & Cromwell LLP

2

DECLARATION OF SHANE M. PALMER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBITS
CASE NO. 4:20-CV-05640-YGR-TSH

## **ATTESTATION**

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated: May 15, 2021  /s/ Brendan P. Cullen
Brendan P. Cullen