1  Steven L. Holley (appearance *pro hac vice*)
   (holleys@sullcrom.com)
2  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   125 Broad Street
4  New York, New York  10004
   Telephone:     (212) 558-4000
5  Facsimile:     (212) 558-3588

6  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California  94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10 *Attorneys for Non-Party Spotify USA Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, | **EXHIBITS TO DECLARATION OF BENJAMIN KUNG (DKT. NO. 680) PURSUANT TO CIVIL LOCAL RULE 79-5(e)(1) AND IN RESPONSE TO EPIC'S ADMINISTRATIVE MOTION TO SEAL LIMITED PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND ANY REFERENCES AT TRIAL TO THE INFORMATION SOUGHT TO BE SEALED (DKT. NO. 660)** |
| v. | |
| APPLE INC. | |
| Defendant. | |
| | **UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

Sullivan & Cromwell LLP

EXHIBITS TO DECLARATION OF BENJAMIN KUNG IN RESPONSE TO EPIC'S ADMIN. MOTION TO SEAL TRIAL EXHIBITS
CASE NO. 4:20-CV-05640-YGR-TSH