PAUL R. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant
Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | No. 4:20-CV-05640-YGR-TSH |
| *Plaintiff, Counter-defendant*, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING MATERIALS RELIED UPON BY EXPERTS** |
| APPLE INC., | Hon. Yvonne Gonzalez Rogers |
| *Defendant, Counterclaimant.* | |

-1-
STIPULATION REGARDING MATERIALS RELIED UPON BY EXPERTS
Case No.: 4:20-cv-05640-YGR-TSH

Pursuant to the Court's correspondence of May 8, 2021, directing that "[w]here the parties agree on the admissibility of documents associated with each expert's testimony, please prepare a written list of those documents for the court and the clerk of the court which will allow for the efficient admission of the same," IT IS HEREBY STIPULATED, subject to the approval of the Court:

The exhibits listed in the table below are admitted into evidence in connection with the opinion(s) offered by the expert(s) identified, subject to: (a) the Court's standing orders on hearsay and other evidentiary matters; (b) appropriate confidentiality designations, as proposed by the parties on a per-exhibit basis; (c) the understanding that Rule 1006 summaries admitted in connection with expert opinions provide a basis for those opinions and the parties will not object to Rule 1006 summaries on the basis that the underlying materials have not been admitted into evidence separately; and (d) the understanding that Drs. Hanssens, Hitt, Rubin, Rossi, Mathiowetz, Mickens, Lee, and Evans, and Mr. Malackowski may rely on information not admitted into the record, consistent with Rule 703, and that the parties will not object to those experts' reliance on such unadmitted materials within the scope of Rule 703 except as otherwise expressly set forth herein.

Epic reserves the right to object pursuant to Rule 703 to testimony by Mr. Malackowski in reliance on the following sources:  DX-3049, DX-3164, DX-3190, DX-3305, DX-3545, DX-3925, DX-3946, DX-3959, DX-4014, DX-4385, DX-4492, DX-4516, DX-4597, DX-4605, PX-2553 and PX-2882.

Further, the parties submit an errata regarding the sealing status of two exhibits from the parties' previous stipulation, Dkt. 635, and rescind certain requests for admission of evidence.

| Expert | Exhibit | Subject to sealing order or motion |
|---|---|---|
| Hanssens | PX-2302 | Apple intends to request sealing |
| Hanssens | DX-4662 | |
| Hanssens | DX-4663 | |
| Hanssens | DX-4665 | |
| Hanssens | DX-4669 | |
| Hanssens | DX-4671 | |
| Hanssens | DX-4672 | |
| Hanssens | DX-4674 | |
| Hanssens | DX-4679 | |
| Hanssens | DX-4680 | |
| Hanssens | DX-4713 | |
| Hanssens | DX-4714 | |

| | | |
|---|---|---|
| Hanssens | DX-4715 | |
| Hanssens | DX-4716 | |
| Hanssens | DX-4753 | |
| Hanssens | DX-4754 | |
| Hanssens | DX-4755 | |
| Hanssens | DX-4756 | |
| Hanssens | DX-4866 | |
| Hanssens | DX-4868 | |
| Hanssens | DX-4871 | |
| Hanssens | DX-4872 | |
| Hanssens | DX-4875 | |
| Hanssens | DX-5556 | |
| Hanssens | DX-5557 | |
| Hanssens | DX-5558 | |
| Hanssens | DX-5559 | |
| Hanssens | DX-5560 | |
| Hitt | DX-4131 | |
| Hitt | DX-4133 | Epic intends to request sealing |
| Hitt | DX-4447 | |
| Malackowski | DX-3052 | |
| Malackowski | DX-3055 | |
| Malackowski | DX-3072 | |
| Malackowski | DX-3077 | |
| Malackowski | DX-3131 | |
| Malackowski | DX-3133 | |
| Malackowski | DX-3134 | |
| Malackowski | DX-3138 | |
| Malackowski | DX-3140 | |
| Malackowski | DX-3150 | |
| Malackowski | DX-3152 | |
| Malackowski | DX-3161 | |
| Malackowski | DX-3177 | |
| Malackowski | DX-3179 | |
| Malackowski | DX-3197 | |
| Malackowski | DX-3198 | |
| Malackowski | DX-3229 | |
| Malackowski | DX-3241 | |
| Malackowski | DX-3242 | |
| Malackowski | DX-3243 | |
| Malackowski | DX-3255 | |
| Malackowski | DX-3269 | |
| Malackowski | DX-3287 | |

| | | |
|---|---|---|
| Malackowski | DX-3317 | |
| Malackowski | DX-3324 | |
| Malackowski | DX-3343 | |
| Malackowski | DX-3409 | |
| Malackowski | DX-3412 | |
| Malackowski | DX-3425 | |
| Malackowski | DX-3442 | |
| Malackowski | DX-3453 | |
| Malackowski | DX-3468 | |
| Malackowski | DX-3473 | |
| Malackowski | DX-3491 | |
| Malackowski | DX-3494 | |
| Malackowski | DX-3535 | |
| Malackowski | DX-3550 | |
| Malackowski | DX-3552 | |
| Malackowski | DX-3606 | |
| Malackowski | DX-3616 | |
| Malackowski | DX-3632 | |
| Malackowski | DX-3639 | |
| Malackowski | DX-3650 | |
| Malackowski | DX-3659 | |
| Malackowski | DX-3664 | |
| Malackowski | DX-3676 | |
| Malackowski | DX-3684 | |
| Malackowski | DX-3691 | |
| Malackowski | DX-3696 | |
| Malackowski | DX-3706 | |
| Malackowski | DX-3709 | |
| Malackowski | DX-3765 | |
| Malackowski | DX-3778 | |
| Malackowski | DX-3808 | |
| Malackowski | DX-3811 | |
| Malackowski | DX-3823 | |
| Malackowski | DX-3836 | |
| Malackowski | DX-3851 | |
| Malackowski | DX-3852 | |
| Malackowski | DX-3917 | |
| Malackowski | DX-3938 | |
| Malackowski | DX-3943 | |
| Malackowski | DX-3950 | |
| Malackowski | DX-3961 | |
| Malackowski | DX-3986 | |

| | | |
|---|---|---|
| Malackowski | DX-3989 | |
| Malackowski | DX-4013 | |
| Malackowski | DX-4015 | |
| Malackowski | DX-4028 | |
| Malackowski | DX-4063 | |
| Malackowski | DX-4069 | |
| Malackowski | DX-4088 | |
| Malackowski | DX-4114 | |
| Malackowski | DX-4115 | |
| Malackowski | DX-4116 | |
| Malackowski | DX-4120 | |
| Malackowski | DX-4121 | |
| Malackowski | DX-4128 | |
| Malackowski | DX-4154 | |
| Malackowski | DX-4174 | |
| Malackowski | DX-4231 | |
| Malackowski | DX-4278 | |
| Malackowski | DX-4282 | |
| Malackowski | DX-4285 | |
| Malackowski | DX-4301 | |
| Malackowski | DX-4329 | |
| Malackowski | DX-4344 | |
| Malackowski | DX-4348 | |
| Malackowski | DX-4371 | |
| Malackowski | DX-4384 | |
| Malackowski | DX-4403 | |
| Malackowski | DX-4407 | |
| Malackowski | DX-4411 | |
| Malackowski | DX-4424 | |
| Malackowski | DX-4433 | |
| Malackowski | DX-4449 | |
| Malackowski | DX-4468 | |
| Malackowski | DX-4469 | |
| Malackowski | DX-4488 | |
| Malackowski | DX-4489 | |
| Malackowski | DX-4497 | |
| Malackowski | DX-4499 | |
| Malackowski | DX-4521 | |
| Malackowski | DX-4530 | |
| Malackowski | DX-4564 | |
| Malackowski | DX-4569 | |
| Malackowski | DX-4581 | |

STIPULATION REGARDING MATERIALS RELIED UPON BY EXPERTS
Case No.: 4:20-cv-05640-YGR-TSH

| | | |
|---|---|---|
| Malackowski | DX-4586 | |
| Malackowski | DX-4595 | |
| Malackowski | DX-4610 | |
| Malackowski | DX-4619 | |
| Malackowski | DX-4627 | |
| Malackowski | DX-4650 | |
| Malackowski | DX-5471 | |
| Malackowski | DX-5472 | |
| Malackowski | DX-5473 | |
| Malackowski | DX-5474 | |
| Malackowski | DX-5475 | |
| Malackowski | DX-5476 | |
| Malackowski | DX-5477 | |
| Malackowski | DX-5478 | |
| Malackowski | DX-5479 | |
| Malackowski | DX-5480 | |
| Malackowski | DX-5481 | |
| Malackowski | DX-5482 | |
| Malackowski | DX-5483 | |
| Malackowski | DX-5484 | |
| Malackowski | DX-5485 | |
| Malackowski | DX-5486 | |
| Malackowski | DX-5487 | |
| Malackowski | DX-5488 | |
| Malackowski | PX-2756 | |
| Rubin | DX-3124 | |
| Rubin | DX-3216 | |
| Rubin | DX-3230 | |
| Rubin | DX-3308 | |
| Rubin | DX-3328 | |
| Rubin | DX-3332 | |
| Rubin | DX-3414 | |
| Rubin | DX-3559 | |
| Rubin | DX-3592 | |
| Rubin | DX-3679 | |
| Rubin | DX-3846 | |
| Rubin | DX-3913 | Partially sealed (Dkt. 547) |
| Rubin | DX-3968 | |
| Rubin | DX-4066 | |
| Rubin | DX-4162 | |
| Rubin | DX-4234 | |
| Rubin | DX-4356 | |

| | | |
|---|---|---|
| Rubin | DX-4401 | |
| Rubin | DX-4451 | |
| Rubin | DX-4555 | |
| Rubin | DX-4616 | |
| Rubin | DX-4637 | |
| Rubin | DX-4909 | Partially sealed (Dkt. 547) |
| Rubin | DX-4934 | |
| Rubin | DX-4956 | |
| Rubin | DX-4959 | |
| Rubin | DX-4962 | |
| Rubin | DX-4966 | |
| Rubin | DX-4969 | |
| Rubin | DX-4975 | |
| Rubin | DX-4976 | |
| Rubin | DX-4982 | |
| Rossi | PX-1085 | Apple intends to request sealing |
| Rossi | PX-1086 | |
| Rossi | PX-1087 | |
| Rossi | PX-1088 | |
| Rossi | PX-1089 | |
| Rossi | PX-1090 | |
| Rossi | PX-1091 | |
| Rossi | PX-1092 | |
| Rossi | PX-1918 | |
| Rossi | PX-1919 | |
| Rossi | PX-1920 | |
| Rossi | PX-2367 | Apple intends to request sealing |
| Rossi | PX-2545 | |
| Rossi | PX-2547 | |
| Mathiowetz | PX-1164 | |
| Mathiowetz | PX-1165 | |
| Mathiowetz | PX-2309 | Apple intends to request sealing |
| Mathiowetz | PX-2378 | Apple intends to request sealing |
| Mickens | PX-2519 | |
| Mickens | PX-2529 | |
| Mickens | PX-2531 | |
| Lee | PX-0009 | |
| Lee | PX-0101 | Apple intends to request sealing |
| Lee | PX-0741 | |
| Lee | PX-2090 | Apple intends to request sealing |
| Lee | PX-2118 | |
| Lee | PX-2174 | Apple intends to request sealing |

STIPULATION REGARDING MATERIALS RELIED UPON BY EXPERTS
Case No.: 4:20-cv-05640-YGR-TSH

| | | |
|---|---|---|
| Lee | PX-2337 | Apple intends to request sealing |
| Lee | PX-2350 | Apple intends to request sealing |
| Lee | PX-2500 | |
| Lee | PX-2508 | |
| Lee | PX-2534 | |
| Lee | PX-2535 | |
| Lee | PX-2826 | |
| Lee | DX-5492 | |
| Evans | PX-2302 | Apple intends to request sealing |
| Evans | PX-2367 | Apple intends to request sealing |

In addition, the parties amend their prior stipulation with respect to the following exhibits.

1. DX-4200 is included in the parties' stipulation and proposed order at Dkt. No. 635, and identified as partially sealed by Dkt. No. 526. In fact, the exhibit is subject to a motion to seal appearing at Dkt. No. 526. The Court deferred its decision on that exhibit, *see* Dkt. No. 547.

2. DX-3734 was listed for admission in the parties' stipulation at Dkt. No. 635 and identified as partially sealed by Dkt. No. 564. In fact, DX-3734 was not addressed by Dkt. No. 564. Apple intends to move to seal DX-3734.

3. DX-5338 was included in the parties' stipulation and proposed order at Dkt. Nos. 640 and 641. The parties have agreed to amend their requests for admission of evidence to remove DX-5338, and now request that DX-5338 not be admitted into evidence and be withdrawn from the trial record without prejudice.

4. Finally, DX-3176, DX-3177, DX-3305, DX-3419, DX-3483, DX-3679, DX-4316 and DX-4623 were included in the parties' stipulation and proposed order at Dkt. Nos. 640 and 641. The parties hereby agree to rescind those requests for admission of evidence and to withdraw these exhibits from the trial record without prejudice.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

1

2   Dated:  May 16, 2021

3

4

5

6

7

8

9

10

11

12

13   Dated:  May 16, 2021

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CRAVATH, SWAINE & MOORE LLP
    Christine A. Varney (*pro hac vice*)
    Katherine B. Forrest (*pro hac vice*)
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:    /s/  Justin C. Clarke
        Justin C. Clarke
        825 Eighth Avenue
        New York, New York 10019
        Telephone: (212) 474-1000

        *Attorneys for Plaintiff and*
        *Counter-defendant Epic Games, Inc.*

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Jay P. Srinivasan
    Mark A. Perry
    Veronica S. Moye
    Cynthia E. Richman

By:    /s/  Rachel S. Brass
        Rachel S. Brass
        555 Mission Street, Suite 3000
        San Francisco, CA 94105-0921
        (415) 393-8200

        *Attorneys for Defendant and*
        *Counterclaimant Apple Inc.*

1    **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

2

3    DATED: _____   _____
                                    HON. YVONNE GONZALEZ ROGERS
4                                    United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ECF SIGNATURE ATTESTATION**

2

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the

3

concurrence of the filing of this document has been obtained from the other signatory hereto.

4

Dated:  May 16, 2021                                GIBSON, DUNN & CRUTCHER LLP

5

6

By:     /s/  Rachel S. Brass
                Rachel S. Brass

7

*Attorney for Defendant and Counterclaimant*
*Apple Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28