# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/14/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME:** 8:00AM -10:16AM; 10:37AM-12:36PM; 1:15PM-3:22PM

**Attorney for Plaintiff**: Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

| **Deputy Clerk:** Frances Stone | **Court Reporter:** PAM HEBEL (8:00 AM) DIANE SKILLMAN (10:15 AM) RAYNEE MERCADO (1:15PM) |
|---|---|

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel.
Setting Monday, 5/24/2021 at 10am Oral presentation by counsel following evidentiary portion of this Bench Trial.
Plaintiff Epic Attorney Gary Bornstein recalls witness David Evans for Rebuttal Witness- Direct. Defendant Apple Attorney Dan Swanson Cross of witness Evans. Redirect. Cross. Witness excused from stand. RECESS.
Plaintiff Epic Attorney Brent Byars calls witness Ned S. Barnes for Direct. Defendant Apple attorney Veronica Moye Cross of witness Barnes. Redirect. Witness excused from stand.
Plaintiff Epic attorney Lauren Moskowitz calls witness Peter E. Rossi for Direct. RECESS. Defendant Apple attorney Moye cross of witness Rossi. Witness excused from the stand.
Plaintiff Epic attorney Justin Clarke calls witness James W. Mickens for Direct. RECESS FOR THE DAY.
 **Further Bench Trial  Monday , May 17, 2021 at 8:00 AM.**

**EXHIBITS ONLY PROVISIONALLY ADMITTED:**
**PX 2545**
**PX 2547**
**PX 1085(partially sealed)**
**PX 1086**
**PX 1087**
**PX 1088**
**PX 1089**
**PX 1090**
**PX 1091**
**PX 1092**