ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for The Gearbox Entertainment
Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.: 4:20-CV-05640-YGR<br><br>**DECLARATION OF JENNA HARDY FOR GEARBOX SOFTWARE IN SUPPORT OF PARTIES' ADMINISTRATIVE MOTIONS TO SEAL PORTIONS OF DX-4800 AND HITT DIRECT DEMONSTRATIVES (DKT. NOS. 659, 660)**<br><br>Date:<br>Time:<br>Courtroom 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

DECLARATION OF JENNA HARDY IN
SUPPORT OF ADMINISTRATIVE
MOTION TO SEAL
FW/12031358.5

Case No.: 4:20-CV-05640-YGR

I, Jenna Hardy declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Chief Financial Officer of The Gearbox Entertainment Company, Inc., which is the corporate parent of Gearbox Software, LLC, Gearbox Publishing, LLC, and Meezey, LLC (collectively "Gearbox Software"). I make this declaration on my own personal knowledge in support of Epic Games, Inc.'s ("Epic") and Apple Inc.'s ("Apple," and together with Epic, the "Parties") Administrative Motions to Seal Trial Exhibits and Live Trial Testimony (Dkt. Nos. 659 and 660). If called as a witness, I could and would competently testify to matters stated herein.

2. From my role as Chief Financial Officer of The Gearbox Entertainment Company, Inc., I am personally familiar with Gearbox Software's business and financial records and Gearbox Software's recordkeeping, including the sensitive and confidential nature of certain Gearbox Software information. From my employment with Gearbox Software since 2016, I am also familiar with Gearbox's business operations and strategies. Gearbox Software keeps financial and business information confidential to protect itself from competitive harm.

3. I understand that Apple has identified documents designated as DX-4800 (Dkt. No. 660-12; Dkt. No. 662-18) and slide 12 of the package of demonstrative exhibits used by Apple with Professor Lorin Hitt on May 12, 2021 (Dkt. No. 660-14 at 12) as trial exhibits in this case. I also understand that the Parties have filed motions to seal limited confidential information regarding commission rates paid to third parties in said documents (Dkt. Nos. 659, 660).

4. DX-4800 and the Hitt Direct Demonstratives reflect highly confidential and competitively sensitive information about commissions paid to Gearbox Software and/or its subsidiaries by Epic. Gearbox Software does not release the terms of its commercial agreements. Disclosure of the information contained in the aforementioned documents would cause significant injury to Gearbox Software and put it at a disadvantage against competitors, who would be armed with non-public knowledge of the structure and amount of commissions paid to Gearbox Software. Gearbox Software supports the Parties' requests in Dkt Nos. 659 and 660 to seal or redact the information relating to Gearbox Software in DX-4800 and the related slide 12 of the Hitt Direct Demonstratives to protect Gearbox Software from these harms.

DECLARATION OF JENNA HARDY IN
SUPPORT OF ADMINISTRATIVE
MOTION TO SEAL                                1                     Case No.: 4:20-CV-05640-YGR
FW/12031358.5

5. In addition, I understand that the Parties have previously filed documents reflecting additional Gearbox Software confidential information under seal. Gearbox Software requests that any and all documents containing confidential Gearbox Software information previously filed under seal remain under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2021

By:  _____
Jenna Hardy
Chief Financial Officer
The Gearbox Entertainment Company, Inc.

DECLARATION OF JENNA HARDY IN
SUPPORT OF ADMINISTRATIVE
MOTION TO SEAL
FW/12031358.5

2

Case No.: 4:20-CV-05640-YGR