# Exhibit B

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
 5    EPIC GAMES, INC.,
 6          Plaintiff,
            Counter-defendant,
 7
              vs.                Case No. 4:20-cv-05640
 8                                     YGR
      APPLE INC.,
 9
            Defendant,
10          Counterclaimant.
      _____
11
12    IN RE APPLE IPHONE          Case No. 4:11-cv-06714
      ANTITRUST LITIGATION              YGR
13    _____
      (caption cont'd)
14
15
16     *HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY*
17            ZOOM DEPOSITION OF LORI WRIGHT
18    (Reported Remotely via Video & Web Videoconference)
19       Palo Alto, California (Deponent's location)
20               Friday, April 16, 2021
21                   Volume I
22
23
24    JOB NO. 4544487
25    PAGES 1 - 290
```

                                                Page 1

```
 1    is used for the xCloud?                           10:08:30

 2        A.   No.

 3        Q.   Okay.  Do you have any company documents

 4    or emails that relate to the xCloud?

 5        A.   Yes.                                      10:08:40

 6        Q.   You have a lot of them, don't you?

 7        A.   Yes.

 8        Q.   Okay.  And some of them you reviewed in

 9    connection with this deposition, correct?

10        A.   I reviewed my own emails on the topic,    10:08:49

11    yes, that Apple also has, because all of them were

12    sent to Apple.

13        Q.   Well, you also have internal emails on

14    the xCloud, correct?

15        A.   Yes.                                      10:09:02

16        Q.   Okay.  You have a fair amount of internal

17    emails with regard to xCloud, I assume, right?

18        A.   I don't know what a "fair amount" is.

19        Q.   More than two dozen.

20        A.   I don't know.                             10:09:14

21        Q.   You don't know.

22             Did you review any internal emails with

23    regard to xCloud in preparation for this

24    deposition?

25        A.   Did I review -- I'm sorry, repeat it one  10:09:25
```

                                                    Page 64

```
 1         A.   The one that I saw for the first time        04:03:47
 2    today?  Yes.
 3         Q.   Okay.  So you hadn't -- okay.  That's
 4    fine.
 5              THE COURT REPORTER:  Hold on.  Hold on.        04:03:53
 6    Hold on.
 7              (Technical issues;
 8              Discussion off the stenographic record.)
 9         Q.   (By Mr. Calandra)  Fair enough to say you
10    haven't seen any communications with the Coalition       04:04:26
11    for App Fairness, I assume, right?
12         A.   That's accurate.
13         Q.   Okay.  Now, do you -- do you have --
14    maybe -- maybe you've answered this, but do you
15    have any communications in your files relating to        04:04:41
16    Epic?
17         A.   That's broad.  I don't -- maybe.
18         Q.   And -- and why would you -- why would you
19    have any communications in your files relating to
20    Epic?                                                    04:04:59
21              MR. CHIAPPETTA:  Calls for speculation.
22              THE DEPONENT:  I'm in the gaming
23    organization.  I'm a member of the gaming
24    leadership team.  Emails get sent.  I don't know.
25    Perhaps there's emails there.  I don't know.            04:05:19
```

Veritext Legal Solutions
866 299-5127