1  Steven L. Holley (appearance *pro hac vice*)
   (holleys@sullcrom.com)
2  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   125 Broad Street
4  New York, New York  10004
   Telephone:     (212) 558-4000
5  Facsimile:     (212) 558-3588

6  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California  94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10 *Attorneys for Non-Party Spotify USA Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| EPIC GAMES, INC., | ) | Case No. 4:20-cv-05640-YGR-TSH |
|---|---|---|
|         Plaintiff, | ) | **DECLARATION OF SHANE M. PALMER IN SUPPORT OF NON-PARTY SPOTIFY USA INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SPOT-EPIC-00001047** |
|     v. | ) | |
| APPLE INC. | ) | |
|         Defendant. | ) | |

SULLIVAN
&
CROMWELL LLP

DECL. OF SHANE M. PALMER IN SUPP. OF SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SPOT-EPIC-00001047
CASE NO. 4:20-CV-05640-YGR-TSH

I, Shane M. Palmer, declare as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, and counsel to Non-Party Spotify USA Inc. ("Spotify"). I am a member in good standing of the Bars of the States of New York and California and a member of the Bar of this Court. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. I submit this declaration pursuant to Local Rule 79-5(d) in support of Spotify's Administrative Motion to Seal Portions of SPOT-EPIC-00001047, submitted concurrently herewith.

3. Spotify produced the document bearing Bates numbers SPOT-EPIC-00001047 through SPOT-EPIC-00001066 to Apple Inc. ("Apple") and Epic Games, Inc. ("Epic") in response to subpoenas that Apple and Epic served on Spotify in this action pursuant to Federal Rule of Civil Procedure 45 on December 2, 2020, and December 8, 2020, respectively (the "Subpoenas").

4. Prior to producing any documents to Apple and Epic in response to the Subpoenas, I spoke with counsel for Apple and Epic and indicated that certain information sought by the Subpoenas constitutes Spotify's trade secrets. I explained to counsel for Apple and Epic that Spotify would not produce documents containing its proprietary, competitively sensitive business information except pursuant to a supplemental protective order that would ensure additional protections for Spotify's information and prohibit Apple and Epic from sharing Spotify's documents with their employees or in-house counsel.

5. At Spotify's request, on February 4, 2021, Apple and Epic jointly filed a Stipulated Supplemental Protective Order Governing Discovery from Spotify ("Supplemental Protective Order") (Dkt. No. 320). The Court entered this Supplemental Protective Order, as modified by the Court, on February 11, 2021 (Dkt. No. 334).

6. On February 16, 2021, Spotify made a production of documents to Apple and Epic in response to the Subpoenas, which included the document produced by Spotify bearing Bates numbers SPOT-EPIC-00001047 through SPOT-EPIC-00001066. When it produced this document to Apple and Epic, Spotify properly designated it as "SPOTIFY HIGHLY

Sullivan & Cromwell LLP

1

Decl. of Shane M. Palmer in Supp. of Spotify's Administrative Motion to Seal Portions of SPOT-EPIC-00001047
Case No. 4:20-cv-05640-YGR-TSH

1  CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" pursuant to Section C of the
2  Supplemental Protective Order.

3        7.    On May 13, 2021, counsel for Epic informed me by email that
4  SPOT-EPIC-00001047 was mentioned during a closed session in the trial of this action in response
5  to questioning by the Court, and that counsel understood the Court had requested a copy of the
6  document. In that email, Epic's counsel indicated to me that Epic has no objection to Spotify
7  seeking to seal SPOT-EPIC-00001047.

8        8.    On May 15, 2021, I emailed counsel for Apple to ask whether Apple
9  consents to Spotify's filing of a motion to seal the contents of SPOT-EPIC-00001047. Apple's
10 counsel replied to my email on May 17, 2021, indicating that Apple does not intend to oppose
11 Spotify's motion.

12       9.    True and correct copies of the document that Spotify produced to Apple and
13 Epic bearing Bates numbers SPOT-EPIC-00001047 through SPOT-EPIC-00001066 are attached
14 hereto as Exhibit A, in both redacted and unredacted form. The unredacted version of Exhibit A
15 has been highlighted to indicate the portions of the document that Spotify is seeking to seal in the
16 instant Motion.

17       I declare under penalty of perjury that the foregoing is true and correct. Executed
18 this May 17, 2021, at Brooklyn, New York.

19

20                             /s/ Shane M. Palmer
                               Shane M. Palmer

SULLIVAN & CROMWELL LLP

2

DECL. OF SHANE M. PALMER IN SUPP. OF SPOTIFY'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SPOT-EPIC-00001047
CASE NO. 4:20-CV-05640-YGR-TSH

## **ATTESTATION**

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated:  May 17, 2021                              /s/ Brendan P. Cullen
                                                                Brendan P. Cullen

Sullivan & Cromwell LLP

Decl. of Shane M. Palmer in Supp. of Spotify's Administrative Motion to Seal Portions of SPOT-EPIC-00001047
Case No. 4:20-cv-05640-YGR-TSH