UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO APPLE INC.'S MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

This matter comes before the Court on Epic Games, Inc. ("Epic")'s Administrative Motion to Seal Portions of Its Opposition to Apple Inc.'s Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg because certain materials used or discussed therein contain information designated by Non-Party Spotify USA Inc. as "SPOTIFY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" under the protective order in the above-captioned action. (*Epic Games, Inc. v. Apple Inc.*, No. 20- cv-05640-YGR-TSH, ECF No. 334.)

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and for good cause appearing, the motion is **GRANTED**. Accordingly, the public shall only have access to the version of the Epic's Opposition to Apple Inc.'s Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg in which the following portions of the Opposition have been redacted:

| Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Highlighted portions of page 1, lines 7, 12-13 | Spotify Declaration (ECF No. 649-1) | |
| Highlighted portions of page 2, lines 9, 21 | Spotify Declaration (ECF No. 649-1) | |
| Highlighted portions of page 4, lines 7-8, 13-14, 20, 21, 23 | Spotify Declaration (ECF No. 649-1); Spotify Declaration (ECF No. 692-1) | |

**IT IS SO ORDERED.**

DATED:

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE