PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| | Case No. 4:20-cv-05640-YGR-TSH |
| EPIC GAMES, INC., | |
| Plaintiff, Counter-defendant, | **CERTIFICATE OF SERVICE** |
| v. | |
| APPLE INC., | The Honorable Yvonne Gonzalez Rogers |
| Defendant, Counterclaimant. | |

1   I declare that I am a Partner with the law firm of Cravath, Swaine & Moore LLP,

2   located at Worldwide Plaza, 825 Eighth Avenue, New York, New York.  I am Counsel of

3   Record for Epic Games, Inc.

4   I declare that on May 17, 2021, I caused to be served via electronic transmission Epic's

5   Administrative Motion to File Under Seal Portions of Its Opposition to Apple Inc.'s Motion to

6   Strike Written and Oral Testimony of Dr. Michael I. Cragg to Apple Inc.

7   I hereby certify that I am a member of the State Bar of New York, admitted *pro hac*

8   *vice* to practice before the United States District Court for the Northern District of California

9   for this case.  I certify under penalty of perjury under the laws of the United States of America

10  that the foregoing information contained in the Certificate of Service is true and correct.

11

12  DATED:  May 17, 2021

13  */s/ Yonatan Even*
    Yonatan Even

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28