# Exhibit B

1  Michelle Lowery (302882)
   mslowery@mwe.com
2  **MCDERMOTT WILL & EMERY LLP**
   2049 Century Park East
3  Suite 3200
   Los Angeles, CA  90067-3206
4  Telephone:     +1 310 277 4110
   Facsimile:      +1 310 277 4730
5
   *Attorneys for Defendant Apple Inc.*
6
   *Additional Counsel Listed on Signature Page*
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

| | |
|---|---|
| 11 EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| 12 *Plaintiff, Counter-defendant*, | |
| 13 v. | |
| 14 APPLE INC., | |
| 15 *Defendant, Counterclaimant.* | |
| 16 | |
| 17 IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| 18 | |
| 19 DONALD R. CAMERON, et al., | Case No. 4:19-cv-03074-YGR |
| 20 *Plaintiffs*, | **NOTICE OF SUBPOENA** |
| 21 v. | Judge: Hon. Yvonne Gonzalez Rogers |
| 22 APPLE INC., | |
| 23 *Defendant*. | |

24  PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure,

25 Defendant will be serving a document subpoena upon (1) Basecamp, LLC; (2) Yoga Buddhi Co.; (3)

26 Spotify USA Inc. and (4) Scroll nonparties to this action (copies of which are attached hereto), for

27 the production of documents on the date, time, and at the location specified in the subpoena.

28

NOTICE OF SUBPOENA
Nos. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

| | | |
|---|---|---|
| Dated: December 7, 2020 | Respectfully submitted, | |
| | By: | */s/ Michelle Lowery* |
| | | Michelle Lowery |
| | | mslowery@mwe.com |
| | | MCDERMOTT WILL & EMERY LLP |
| | | 2049 Century Park East |
| | | Suite 3200 |
| | | Los Angeles, CA  90067-3206 |
| | | Telephone:  +1 310 277 4110 |
| | | Facsimile:   +1 310 277 4730 |
| | | |
| | | *Attorneys for Defendant Apple Inc.* |

Theodore J. Boutrous, Jr.
Anna L. Casey
Cynthia Richman
Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036
(202) 887-3722
Email: acasey@gibsondunn.com
       crichman@gibsondunn.com
       mperry@gibsondunn.com
       tboutrous@gibsondunn.com

Daniel Glen Swanson
Jagannathan P. Srinivasan
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7340
Fax: (213) 229-7520
Email: dswanson@gibsondunn.com
       jsrinivasan@gibsondunn.com

Veronica Smith Lewis
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue
Suite 1100
Dallas, TX 75201
(214) 698-3100
Fax: (214) 571-2936
Email: VLewis@gibsondunn.com

- 2 -

NOTICE OF SUBPOENA
No. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

1  William F. Stute
   Orrick, Herrington and Sutcliffe LLP
2  1152 15th St, NW
3  Washington, DC 20005
   (202) 339-8400
4  Email: wstute@orrick.com

5  David Eberhart
   Anna T. Pletcher
6  O'MELVENY & MYERS LLP
7  Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111
8  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
9  Email: deberhart@omm.com
            apletcher@omm.com
10

11 Katrina Robson
   Evan Schlom
12 Elena M. Zarabozo
   O'MELVENY & MYERS LLP
13 1625 Eye Street, N.W.
   Washington, DC 20006
14 Telephone: (202) 383-5300
15 Facsimile: (202) 383-5414
   Email: krobson@omm.com
16         eschlom@omm.com
           ezarabozo@omm.com
17

18 Scott Schaeffer
   O'MELVENY & MYERS LLP
19 Plaza 66, Tower 1, 37th Floor
20 1266 Nanjing Road West
   Shanghai 200040, China
21 Telephone: 86-21-2307-7000
   Facsimile: 86-21-2307-7300
22 Email: sschaeffer@omm.com

23 *Attorneys for Defendant Apple Inc.*

24

25

26

27

28

# PROOF OF SERVICE

I, Michelle Lowery, declare:

I am a resident of the State of California and over the age of eighteen, and not a party to the within action; my business address is 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206. On December 7, 2020, I served Apple Inc.'s Notice of Subpoena by electronic mail upon the following:

Paul Jeffrey Riehle
Paul.riehle@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
(415) 591-7500
(415) 591-7510 (fax)

*Counsel for Plaintiff Epic Games, Inc.*

Christine A. Varney
cvarney@cravath.com
Katherine B. Forrest
kforrest@cravath.com
Gary Andrew Bornstein
gbornstein@cravath.com
Yonatan Even
yeven@cravath.com
Lauren Ann Moskowitz
lmoskowitz@cravath.com
Michael Brent Byars
mbyars@cravath.com
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
United States
(212) 474-1000
(212) 474-3700 (fax)

*Counsel for Plaintiff Epic Games, Inc.*

Steve W. Berman
steve@hbslaw.com
Robert F. Lopez

NOTICE OF SUBPOENA
Nos. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

1  robl@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Second Avenue, Suite 2000
3  Seattle, WA 98101
   (206) 623-7292
4  (206) 623-0594 (fax)

5  *Interim Class Counsel for the Developer Plaintiffs*

6  Shana E. Scarlett
7  shanas@hbsslaw.com
   Benjamin Jacob Siegel
8  bens@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
9  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
10 (510) 725-3000
11 (510) 725-3001 (fax)

12 *Interim Class Counsel for the Developer Plaintiffs*

13 Rachele R. Byrd
   byrd@whafh.com
14 Brittany Nicole Dejong
   dejong@whafh.com
15 Francis M. Gregorek
16 gregorek@whafh.com
   Betsy Carol Manifold
17 manifold@whafh.com
   WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
18 SYMPHONY TOWERS
19 750 B Street, Suite 1820
   San Diego, CA 92101
20 (619) 239-4599
   (619) 234-4599 (fax)
21

22 *Interim Class Counsel for the Consumer Plaintiffs*

23 Matthew Moylan Guiney
   guiney@whafh.com
24 Mark Carl Rifkin
   Rikfin@whafh.com
25 WOLF HALDENSTEIN ADLER FREEMAN HERZ LLP
26 270 Madison Avenue
   New York, NY 10016
27 (212) 545-4600
   (212) 545-4600 (fax)
28

*Interim Class Counsel for the Consumer Plaintiffs*

Joseph M. Alioto, Sr.
jmalioto@aliotolaw.com
Jamie Lynne Miller
jmiller@aliotolaw.com
Theresa Driscoll Moore
tmoore@aliotolaw.com
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
(415) 434-8900
(415) 434-9200 (fax)

*Counsel for Plaintiff*

David C. Frederick
dfrederick@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
1615 M Street, NW Suite 400
Washington, DC 20036
(202) 326-7951

*Counsel for Plaintiff*

Michael Liskow
mliskow@calcaterrapollack.com
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
(212) 899-1761

*Counsel for Plaintiff*

Christopher A. Nedaeau
cnedeau@nedeaulaw.net
NEDEAU LAW PC
750 Battery Street, Seventh Floor
San Francisco, CA 94111
(415) 516-4010

*Counsel for Plaintiff*

Lawrence Genaro Papale
lgpapale@papalelaw.com
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building 1308 Main Street, Suite 117
St. Helena, CA 94574

- 6 -

NOTICE OF SUBPOENA
No. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

1   (707) 963-1704
    *Counsel for Plaintiff*
2

3   Jeffery Kenneth Perkins
    jefferykperkins@aol.com
4   LAW OFFICES OF JEFFERY KENNETH PERKINS
    1550-G Tiburon Blvd.
5   Suite 344 Tiburon, CA 94920
    (415) 302-1115
6   (415) 435-4053 (fax)

7
    *Counsel for Plaintiff*
8
    Alexander H. Schmidt
9   alex@alexschmidt.law
    ALEXANDER H. SCHMIDT, ESQ.
10  5 Professional Circle
    Suite 204
11  Colts Neck, NJ 07722
    (732) 226-0004
12  (732) 845-9087 (fax)

13
    *Counsel for Plaintiff*
14

15  Todd Anthony Seaver
    tseaver@bermantabacco.com
16  BERMAN TABACCO
    44 Montgomery Street, Suite 650
17  San Francisco, CA 94104
    (415) 433-3200
18

19  *Counsel for Plaintiff*

20  Thomas C. Willcox
    Tcw19law@gmail.com
21  THOMAS C. WILLCOX, ATTORNEY AT LAW
    1701 16th Street NW, Suite 211
22  Washington, DC 20009
23  (202) 338-0818

24  *Counsel for Plaintiff*

25  Brian Michael Hogan
    bhogan@fklmlaw.com
26  Douglas A. Millen
27  doug@fklmlaw.com
    FREED KANNER LONDON MILLEN LLC
28  2201 Waukegan Rd., Suite 130

- 7 -
NOTICE OF SUBPOENA
No. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Bannockburn, IL 60015
   (224) 632-4500
2  (224) 632-4521 (fax)

3  *Counsel for Plaintiff*

4
   Jonathan Marc Jagher
5  jjagher@fklmlaw.com
   Kimberly A Justice
6  kjustice@fkmlaw.com
7  FREED KANNER LONDON & MILLEN LLC
   923 Fayette Street
8  Conshohocken, PA 19428
   (610) 234-6487
9
10 *Counsel for Plaintiff*

11 Eamon Padraic Kelly
   ekelly@sperling-law.com
12 Joseph M. Vanek
   jvanek@sperling-law.com
13 SPERLING & SLATER P.C.
   55 West Monroe Street, Suite 3200
14 Chicago, IL 60603
15 (312) 641-3200

16 *Counsel for Plaintiff*

17 Guido Saveri
   guido@saveri.com
18 Richard Alexander
19 Saveri rick@saveri.com
   Sarah Jane Van Culin
20 sarah@saveri.com
   SAVERI & SAVERI, INC.
21 706 Sansome Street
22 San Francisco, CA 94111
   (415) 217-6810
23 (415) 217-6813 (fax)

24 *Counsel for Plaintiff*

25

26

27

28

- 8 -
NOTICE OF SUBPOENA
No. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

1   I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct.
3   Executed on December 7, 2020, at Los Angeles, CA.

*/s/ Michelle Lowery*
Michelle Lowery

- 9 -
NOTICE OF SUBPOENA
No. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR