**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER DENYING APPLE'S MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Apple Inc.'s Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg, filed on May 14, 2021, is denied.

**IT IS SO ORDERED.**

DATED:

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE