PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff, Counter-defendant,<br>　　v.<br>APPLE INC.,<br><br>　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF REDACTED VERSIONS OF EXPERT WRITTEN DIRECT TESTIMONY**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial:  May 3, 2021 |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5(f)(3), Epic Games, Inc. hereby submits for the public record lesser redacted versions of the following expert written direct testimony consistent with Trial Order No. 4 Re: (1) Administrative Motions to Seal; and (2) Partial Ruling on Expert Objections (ECF No. 614):

- Written Direct Testimony of Dr. David S. Evans (Ex. Expert 1), which replaces the filing originally made at ECF No. 508-1 and ECF No. 509-4;
- Rebuttal Written Direct Testimony of Michael I. Cragg, Ph.D. (Ex. Expert 13), which replaces the filing originally made at ECF No. 508-6 and ECF No. 509-10;
- Rebuttal Written Direct Testimony of Dr. Nancy A. Mathiowetz (Ex. Expert 14), which replaces the filing originally made at ECF No. 508-7 and ECF No. 509-12;
- Rebuttal Written Direct Testimony of Dr. Wenke Lee (Ex. Expert 15), which replaces the filing originally made at ECF No. 508-8 and ECF No. 509-14; and
- Rebuttal Written Direct Testimony of Dr. David S. Evans (Ex. Expert 16), which replaces the filing originally made at ECF No. 508-9 and ECF No. 509-16.

Dated: May 17, 2021

CRAVATH, SWAINE & MOORE LLP

Christine Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars

Respectfully submitted,

By:   */s/ M. Brent Byars*
         M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*