PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EX. EXPERT 1** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial:  May 3, 2021 |

1   Pursuant to Civil Local Rules 7-11 and 79-5(d) and (e), Plaintiff Epic Games, Inc.
2  ("Epic") hereby moves the Court to issue an administrative order on the filing under seal of
3  certain portions of Epic's Ex. Expert 1.  Apple has requested additional sealing not reflected in
4  Trial Order No. 4 Re: (1) Administrative Motions to Seal; and (2) Partial Ruling on Expert
5  Objections (ECF No. 614).  These additional portions sought to be sealed are highlighted in
6  blue, while the portions ordered sealed pursuant to ECF No. 614 remain highlighted in yellow.
7  In accordance with this Court's Local Rules, a public redacted version of the Expert Written
8  Direct Examinations has been filed using the ECF system for the Northern District of
9  California.

10  Subsection (e) of Civil Local Rule 79-5 sets forth procedures that apply when a party
11  seeks to file information designated as confidential by the opposing party.  Under
12  subsection (e), the submitting party's "declaration in support of the Administrative Motion to
13  File Under Seal must identify the document or portions thereof which contain the designated
14  confidential material and identify the party that has designated the material as confidential ('the
15  Designating Party')".  Pursuant to subsection (e)(1) of Local Rule 79-5, the Designating Party
16  then has 4 days to file a declaration establishing that all of the designated material is "sealable".
17  *See* Local Rule 79-5(e); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir.
18  2006).  Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a
19  party "establishes that the documents, or portions thereof, are privileged, protectable as a trade
20  secret or otherwise entitled to protection under the law".  Civ. L.R. 79-5(b).

21  The redacted portions, which are highlighted in the under seal version of the document
22  submitted herewith, quote or reproduce discovery materials that Apple has designated as
23  HIGHLY CONFIDENTIAL or CONFIDENTIAL pursuant to the Protective Order entered by
24  the Court, see Dkt. No. 274.  The corresponding portions of written examination are identified
25  in the Declaration of M. Brent Byars submitted herewith.  As required by Civil Local Rule 79-
26  5(e), Epic is serving Apple with this Motion and its Declaration so that it may submit the
27  required declaration establishing that the material is sealable.
28

Dated: May 17, 2021

CRAVATH, SWAINE & MOORE LLP

Christine Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars

Respectfully submitted,

By:  */s/ M. Brent Byars*
       M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*