1 | PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
2 | **FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
3 | 27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
4 | Facsimile: (415) 591-7510

5 | CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
6 | KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
7 | GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
8 | YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
9 | LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
10 | M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
11 | **CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
12 | New York, New York 10019
Telephone: (212) 474-1000
13 | Facsimile: (212) 474-3700

14 | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant,<br>v.<br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EX. EXPERT 1**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC'S ADMINISTRATIVE
MOTION TO SEAL PORTIONS OF EX. EXPERT 1
Case No. 4:20-cv-05640-YGR-TSH

I, M. Brent Byars, declare as follows:

1. I am a Senior Attorney at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

3. Epic's Ex. Expert 1 contains materials that Apple has designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the Protective Order entered in this Court. Epic is serving its Motion and Declaration on Apple pursuant to Civil Local Rule 79-5(e). The following Table shows the portions of Ex. Expert 1 that may contain Apple-designated material.

| Ex. Expert 1<br>Paragraph or Table Number | Affected Party |
|---|---|
| Paragraph 151 | Apple |
| Table 4 | Apple |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 17, 2021 in Oakland, California.

*/s/ M. Brent Byars*
M. Brent Byars