1

2

3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

4

**OAKLAND DIVISION**

5

6

EPIC GAMES, INC.,

Case No. 4:20-cv-05640-YGR-TSH

7

*Plaintiff*, *Counter-defendant,*

8

v.

**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SEAL**

9

APPLE INC.,

Judge: Hon. Yvonne Gonzalez Rogers

10

*Defendant*, *Counterclaimant.*

11

12

    Having considered Epic Games, Inc.'s Administrative Motion to Seal Portions of

13

Ex. Expert 1, the Declaration in Support of the Administrative Motion, and any declaration by

14

Apple Inc. submitted in response, pursuant to Local Rules 7-11 and 79-5(d) and (e);

15

    IT IS HEREBY ORDERED:

16

17

| Ex. Expert 1 Paragraph or Table Number | Affected Party | Ruling |
|---|---|---|
| Paragraph 151 | Apple | |
| Table 4 | Apple | |

18

19

20

    **IT IS SO ORDERED.**

21

22

DATED:

23

24

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

25

26

27

28

[PROPOSED] ORDER ON MOTION TO SEAL
Case No.: 4:20-cv-05640-YGR-TSH