# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# BENCH TRIAL CIVIL MINUTES

| **Date:** 5/17/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME:  8:00AM -10:15AM; 10:35AM-12:34PM; 1:15PM-3:20PM**

**Attorney for Plaintiff**: Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone

**Court Reporter:**
**PAM HEBEL (10:35 AM)**
**DIANE SKILLMAN (8:00 AM)**
**RAYNEE MERCADO (1:15PM)**

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel.
Plaintiff Epic attorney Justin Clarke passes witness James W. Mickens to Defense.
Defendant Apple attorney Jason Lo Cross of witness Mickens. Redirect. Re-cross.
Defendant Apple attorney Richard Doren calls witness Phil Schiller for DIRECT.
RECESS(20 minutes)
Defendant Apple attorney Doren resumes Direct of witness Schiller.
RECESS(until 1:15pm)
Defendant Apple attorney Doren resumes Direct of witness Schiller
RECESS FOR THE DAY.

**Further Bench Trial  Tuesday , May 18, 2021 at 8:00 AM.**

**EXHIBITS  ADMITTED IN EVIDENCE:**
**DX 5562 (for limited purpose)**
**DX 5561**
**DX 5562**
**DX 3426**
**DX 4566**
**DX 4192 (per ECF  Dkt. 685)**
**DX 5567**
**DX 5555**
**DX 4608**
**DX 5627**