UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>          Plaintiff, Counter-defendant <br><br>  v. <br><br>APPLE INC., <br><br>          Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR <br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL APPLE'S REPLY IN SUPPORT OF APPLE INC.'S MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY** |

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL APPLE'S REPLY IN SUPPORT OF APPLE INC.'S MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY

Gibson, Dunn & Crutcher LLP

Defendant Apple Inc. has filed an Administrative Motion to Seal Apple's Reply in Support of Apple Inc.'s Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg Regarding Foreign Regulatory Submissions of a Non-Party (the "Motion").

Having considered the Motion, any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly:

(1)     The Court shall seal discussion of PX-1152 in the Motion which relates to the portions of those documents which the Court ordered to be sealed on May 12, 2021, *see* Dkt. 643, in response to Spotify's Administrative Motion to Seal, *see* Dkt. 638.

(2)     The Court shall seal discussion of PX-1153 in the Motion which is the subject of a pending motion to seal. *See* Dkt. 649.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL APPLE'S REPLY IN SUPPORT OF APPLE INC.'S MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY