THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
 rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
 jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
 vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
 mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
 crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
 edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>               Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>               Defendant,<br>               Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE** |

1    I declare I am an attorney licensed to practice in the State of California, and a member of the

2    Bar of this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record

3    for Defendant Apple Inc. in this case.

4    On May 18, 2021, I caused to be served via electronic transmission unredacted versions of

5    Defendant Apple Inc.'s Administrative Motion to Seal Apple's Reply in Support of Apple Inc.'s

6    Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg Regarding Foreign Regulatory

7    Submissions of a Non-Party and supporting papers to the attorneys of record in the above-captioned

8    case.

9    I declare under penalty of perjury under the laws of the United States that the foregoing is true

10   and correct and that this Declaration was executed on May 18, 2021 at San Francisco, California.

12   /s/ *Rachel S. Brass*
     Rachel S. Brass

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

CERTIFICATE OF SERVICE, 4:20-CV-05640-YGR-TSH