THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff, Counter-defendant<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**SUPPLEMENTAL DECLARATION OF RACHEL S. BRASS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG REGARDING FOREIGN REGULATORY SUBMISSIONS OF A NON-PARTY** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STRIKE TESTIMONY OF DR. CRAGG, 4:20-cv-05640-YGR

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. Pursuant to the parties' schedule for exchanging exhibits to be used at trial, Apple timely objected to Epic's use of PX-1152 and PX-1153 with Dr. Cragg. During the parties' subsequent meet-and-confer, counsel for Epic told me that Epic would seek to have Dr. Cragg rely on PX-1152 and PX-1153 under Federal Rule of Evidence 703. I informed Epic that Apple objected to PX-1152 and PX-1153's use on that basis.

3. Attached hereto as **Exhibit A** is a true and correct copy of a Declaration of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11), 902(13) & 902(14) signed by John Ohle, Spotify's Senior Product Manager – Legal and Internal Audit Systems. Notice and a copy of this declaration was provided to counsel for Epic on May 12, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 18, 2021 at San Francisco, California.

/s/ *Rachel S. Brass*
Rachel S. Brass

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STRIKE TESTIMONY OF DR. CRAGG, 4:20-CV-05640-YGR