# Exhibit A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:20-CV-05640-YGR <br><br> **DECLARATION OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11), 902(13) & 902(14)** |

I, John Ohle, declare under penalty of perjury as follows:

1. I am employed by Spotify, and my official title is Senior Product Manager - Legal and Internal Audit Systems.

2. I am familiar with Spotify's record-keeping system, including its electronic record-keeping system. My team and I have experience in the preservation and retrieval of electronic data from Spotify's computer systems.

3. I am informed by Spotify counsel that Spotify received a subpoena from Apple Inc. for documents in the above captioned action on December 8, 2020, (the "Subpoena").

4. I am further informed that Spotify responded to the Subpoena by producing, inter alia, the following record and data on February 24, 2021:

    a. Spreadsheet, file name "MAU 2015-2020 by platform_os.xlsx", bates labeled SPOT-EPIC-00001448.

5. A data analyst on my team was personally involved in preparing the above spreadsheet, which consists of data extracted from an active, internal-use database. The database contains business critical data generated by company employees for the purpose of

DECLARATION OF AUTHENTICITY OF         - 1 -         (Case No. 4:20-cv-05640-YGR)
DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF
EVIDENCE 902(11), 902(13) & 902(14)

tracking monthly active users (MAU).  The database and the underlying data are kept in the course of Spotify's regularly conducted business activities, and recording the underlying data in the database is a regular practice of Spotify's business activities.

6. A data analyst on my team extracted the data presented in SPOT-EPIC-00001448 at my direction by querying the database for MAU (a 30-day rolling figure) at the first day of each month for the time period February 2015 through December 2020.  The data was further aggregated by platform ("platform_type") and operating system ("platform_os") and reflected the MAU figure maintained at the time of extraction.  As described above, SPOT-EPIC-00001448 was generated by an electronic process using SQL and the above-described process for generating SPOT-EPIC-00001448 produced an accurate result.  In other words, SPOT-EPIC-00001448 accurately reflects data maintained in the database and extracted per the query run by a data analyst on my team.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on May 12, 2021, in New York, New York.

*John Ohle*
John Ohle (May 12, 2021 10:19 EDT)

John Ohle

DECLARATION OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11), 902(13) & 902(14)     - 2 -     (Case No. 4:20-cv-05640-YGR)

# Spotify Business Record Authentication Declaration

Final Audit Report 2021-05-12

| | |
|---|---|
| Created: | 2021-05-12 |
| By: | Alison Holzheimer (alisonh@spotify.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAysRWtz4NvclO-NvfM-sNBTGhUWJrpBib |

## "Spotify Business Record Authentication Declaration" History

- Document created by Alison Holzheimer (alisonh@spotify.com)
  2021-05-12 - 1:57:34 PM GMT- IP address: 74.105.71.6

- Document emailed to John Ohle (johle@spotify.com) for signature
  2021-05-12 - 1:58:07 PM GMT

- Email viewed by John Ohle (johle@spotify.com)
  2021-05-12 - 2:19:02 PM GMT- IP address: 74.125.210.63

- Document e-signed by John Ohle (johle@spotify.com)
  Signature Date: 2021-05-12 - 2:19:39 PM GMT - Time Source: server- IP address: 38.34.113.91

- Agreement completed.
  2021-05-12 - 2:19:39 PM GMT

Adobe Sign