| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>jsrinivasan@gibsondunn.com<br>JASON C. LO, SBN 219030<br>jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071-3197 Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)<br>vmoyé@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN DETTMER, SBN 196046<br>edettmer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>              Plaintiffs,<br><br>      v.<br><br>APPLE INC.,<br><br>              Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**NOTICE OF WITHDRAWAL OF TRIAL EXHIBIT**<br><br>The Honorable Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that following his trial testimony on May 13, 2021, Professor Hitt re-reviewed his written testimony and back-up materials and determined that the data presented in Figure 3 of his Written Direct Testimony (Ex. Expert 6) were not adequately supported. Specifically, Professor Hitt determined that Figure 3 and accompanying text erroneously represented that certain identical games were made available by identical developers on both iOS and PC. Figure 3 has therefore been removed from Professor Hitt's written testimony and the associated text stricken or amended. Apple hereby withdraws the corresponding trial exhibit (DX-4775), which was entered into evidence pursuant to stipulation on May 12, 2021. (Dkt. 635, 643.) No other part of Professor Hitt's Written Direct Testimony, or the exhibits previously admitted, is affected by this change.

DATED: May 18, 2021                         GIBSON, DUNN & CRUTCHER LLP


                                            By:    /s/ *Richard J. Doren*
                                                      Richard J. Doren

                                            *Attorney for Defendant Apple Inc.*