1  David P. Chiappetta, Bar No. 172099
   DChiappetta@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA  94105-3204
   Telephone: 415.344.7076
4  Facsimile: 415.344.7050

5  Attorneys for Non-Party
   Nintendo of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR |
|---|---|
| PLAINTIFF and COUNTER-DEFENDANT, | NON-PARTY NINTENDO OF AMERICA INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF REDLINED CONTENT LICENSE AND DISTRIBUTION AGREEMENT |
| V. | |
| APPLE, INC., | |
| DEFENDANT and COUNTER-CLAIMANT. | |

Non-party Nintendo of America Inc. ("NOA") requests sealing of portions of a redlined version of Nintendo's Content License and Distribution Agreement ("CLDA"). Nintendo brings this motion pursuant to Civil Local Rules 7-11 and 79-5.

On May 12, 2021, the Court ordered Nintendo or Epic to "submit a redline between the generic version and the [Epic-]specific version" of Nintendo's CLDA to facilitate the Court's consideration of sealing issues. (Dkt. 643 at 6.) In compliance with that order, attached as Exhibit 1 are highlighted sealed and redacted public versions of a redlined copy of the CLDA that shows changes made to the generic CLDA to create the specific CLDA executed by Nintendo and Epic.

NOA previously submitted to the Court a version of the Epic-specific CLDA that includes highlighting to indicate portions of the document that it seeks to have sealed. (Dkt. 624-1.) NOA also filed an administrative motion to seal those portions of the document and a supporting declaration. (Dkt. 624; Dkt. 624-4.) NOA seeks to have the same portions of the redlined CLDA sealed for the same reasons as articulated in its previous motion.

In some limited circumstances, where Nintendo and Epic agreed on deletions from the generic CLDA, NOA has requested sealing small portions of the Epic-specific CLDA that are the same as the generic CLDA. That approach is intended to prevent a reviewing party from knowing the exact language that the parties agreed to delete. NOA adopted this approach for its sealing requests relating to the following portions of the Epic-specific CLDA: Section 14.2.2, Section 14.4, Exhibit A Section 1.8, Exhibit A Section 5.1, Schedule 1 Section 3.7, and Schedule 1 Section 7.

NOA respectfully requests that the Court grant this motion.

DATED: May 18, 2021

s/*David Chiappetta*
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com

Attorneys for Non-Party
Nintendo of America Inc.

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on May 18, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

*s/ David Chiappetta*
Attorney