1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

| 12 | EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR |
|---|---|---|
| 13 | PLAINTIFF and COUNTER-DEFENDANT, | **[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF REDLINED CONTENT LICENSE AND DISTRIBUTION AGREEMENT** |
| 15 | V. | |
| 16 | APPLE, INC., | |
| 17 | DEFENDANT and COUNTER-CLAIMANT. | |

On May 18, 2021, Non-Party Nintendo of America Inc. ("NOA") filed an Administrative Motion to Seal Portions of Redlined Content License and Distribution Agreement ("CLDA"). Through its Motion, NOA moves to seal material in the redlined CLDA (Exhibit 1 to the Motion) that is highlighted in the unredacted (sealed) version submitted to the Court and redacted from the public version submitted to the Court.

Having considered NOA's Motion and supporting declaration,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the information highlighted in the unredacted (sealed) version of the redlined CLDA (Exhibit 1 to the Motion) is sealed and shall remain under seal.

IT IS SO ORDERED.

Dated: _____, 2021

                                        Honorable Yvonne Gonzalez-Rogers
                                        United States District Judge
                                        Northern District of California