1  PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
3  27th Floor San Francisco, CA 94111
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  CHRISTINE A. VARNEY (*pro hac vice*)
   cvarney@cravath.com
6  KATHERINE B. FORREST (*pro hac vice*)
   kforrest@cravath.com
7  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
8  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
9  LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
10 M. BRENT BYARS (*pro hac vice*)
   mbyars@cravath.com
11 **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
12 New York, New York 10019
   Telephone: (212) 474-1000
13 Facsimile: (212) 474-3700

14 *Attorneys for Plaintiff and Counter-defendant*
   *Epic Games, Inc.*

15

16                     **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                              **OAKLAND DIVISION**

19                                              | Case No. 4:20-cv-05640-YGR-TSH

20

21  EPIC GAMES, INC.,

22                  Plaintiff, Counter-defendant,   **EPIC GAMES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG**
23              v.
    APPLE INC.,
24
                    Defendant, Counterclaimant.
25
26                                              The Honorable Yvonne Gonzalez Rogers

27

28

1   Pursuant to Civil Local Rule 7-11, Epic Games, Inc. ("Epic") hereby moves the Court for an administrative order granting it leave to file the sur-reply, supporting declaration and exhibit attached hereto as Exhibits A, B and C in order to address certain points raised for the first time in Apple Inc. ("Apple")'s Reply in Support of Its Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg Regarding Foreign Regulatory Submissions of a Non-Party (ECF No. 703)

Leave to file a sur-reply should be granted "in the interests of completeness and judicial efficiency." *In re: Cathode Ray Tube (CRT) Antitrust Litig.*, 2014 WL 7206620, at *1 n.2 (N.D. Cal. Dec. 18, 2014); *see, e.g.*, *Tounget v. Valley-Wide Recreation & Park Dist.*, 2020 WL 8410456, at *2 (C.D. Cal. Feb. 20, 2020) (citing cases and noting a sur-reply is proper "to consider evidence or arguments that give a more complete picture of the issues in need of resolution"). These interests of completeness and judicial efficiency are present here. As explained in Epic's proposed sur-reply, Apple's Reply in Support of Its Motion to Strike grossly mischaracterizes Dr. Cragg's trial testimony and accuses Dr. Cragg of making false representations to the Court—assertions that Apple did not make in its opening brief. Epic's sur-reply seeks to clarify Apple's mischaracterizations and rebut Apple's false claims about Dr. Cragg's testimony by offering additional context omitted by Apple.

For the foregoing reasons, Epic respectfully requests that the Court grant it leave to file the sur-reply, supporting declaration and exhibit attached hereto.

| | |
|---|---|
| Dated: May 18, 2021 | CRAVATH, SWAINE & MOORE LLP |
| | Christine Varney (*pro hac vice*) |
| | Katherine B. Forrest (*pro hac vice*) |
| | Gary A. Bornstein (*pro hac vice*) |
| | Yonatan Even (*pro hac vice*) |
| | Lauren A. Moskowitz (*pro hac vice*) |
| | M. Brent Byars (*pro hac vice*) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | Paul J. Riehle |
| | Respectfully submitted, |
| | By:   */s/ Yonatan Even* |
| |       Yonatan Even |
| | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |