PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG** <br><br> The Honorable Yvonne Gonzalez Rogers |

I, Yonatan Even declare as follows:

1. I am an attorney licensed to practice in the State of New York and admitted to appear before this Court *pro hac vice* in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR-TSH. I am a partner at the law firm of Cravath, Swaine & Moore LLP and am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned action.

2. I submit this declaration in support of Epic's Administrative Motion for Leave to File Sur-Reply in Response to Apple's Reply in Support of Its Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg. The contents of this declaration are based on my personal knowledge except as to matters stated on information and belief. As to those matters stated on information and belief, I am informed and believe them to be true. If called to be a witness, I could and would testify competently to the contents of this declaration.

3. On May 18, 2021, counsel for Epic contacted counsel for Apple seeking a stipulation agreeing to Epic filing a short sur-reply to Apple's reply in support of its Motion to Strike, filed on May 18, 2021, by the end of the same trial day. Counsel for Apple did not provide Apple's consent.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 18, 2021, in Oakland, California.

*/s/ Yonatan Even*
Yonatan Even