PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EPIC GAMES, INC.'S SUR-REPLY IN RESPONSE TO APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG**<br><br> The Honorable Yvonne Gonzalez Rogers |

█REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Epic Games, Inc. ("Epic") respectfully requests leave to submit this sur-reply solely to address Apple's gross mischaracterization of Dr. Cragg's trial testimony and the Compass Lexecon report Epic has provided to the Court, per the Court's request.[1]

Apple asserts that Dr. Cragg misrepresented to the Court that he reviewed the exact Compass Lexecon reports excerpted in the two JFTC submissions, instead of the variant of that report, discussing the very same experiment, that Epic submitted to the Court.  Not so.  When asked by Apple's counsel whether he reviewed the Compass Lexecon report excerpted in the two JFTC submissions, Dr. Cragg specifically testified that "I -- I don't remember the exact composition.  I have read **a** Compass Lexecon report that, for instance, ███████████ ████████████  Trial Tr. 2339:16-20 (emphasis added).  Counsel for Apple then asked Dr. Cragg whether he had the complete report "referred to here", without specifying whether he meant the report referred to in the document, or the one Prof. Cragg had "referred to" in the preceding question, to which Dr. Cragg replied "yes".  Later, when asked by the Court whether he believed the truth of the numbers contained in the Spotify JFTC submissions, Dr. Cragg again answered "there's **a** report from Compass Lexecon" that he reviewed that describes the same experiment described in the JFTC submissions.  Trial Tr. 2344:8-14 (emphasis added).

This testimony was all accurate and truthful, and Apple's attack on Dr. Cragg is misleading in the extreme.  Epic previously provided a copy of the Compass Lexecon report that Dr. Cragg discussed to the Court and is providing another copy with this sur-reply.  (Even Decl. Ex. A.)  That report describes a December 2018 experiment that is the same as that described in Spotify's two JFTC submissions.  ████████████████████████████████████ █████████████████████████████████████████████████ █████████████████████████  (Even Decl. Ex. A at 9.)  ██████████████████████ █████████████████████████████████████████████████████████ ████████████████████████████████████████████

---

[1] Epic disagrees with various other factual assertions and arguments presented in Apple Inc.'s ("Apple") reply in support of its motion to strike portions of Dr. Cragg's testimony and the supporting declaration, but does not believe these disagreements require a sur-reply.

EPIC'S SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION
STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG
Case No. 4:20-cv-05640-YGR-TSH

1   █████████████████████████████.  (*Id.*; PX-1152 at 2; PX-1153 at 2.)  The

2   report is exactly as Dr. Cragg described it, and supports his opinions for the reasons he testified

3   to.

4         For these reasons, as well as those laid out in Epic's initial opposition, Apple's motion

5   to strike should be denied.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EPIC'S SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION
STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG
Case No. 4:20-cv-05640-YGR-TSH

1

2   Dated: May 18, 2021                    CRAVATH, SWAINE & MOORE LLP

3
                                           Christine Varney (*pro hac vice*)
4                                          Katherine B. Forrest (*pro hac vice*)
                                           Gary A. Bornstein (*pro hac vice*)
5                                          Yonatan Even (*pro hac vice*)
                                           Lauren A. Moskowitz (*pro hac vice*)
6                                          M. Brent Byars (*pro hac vice*)

7                                          FAEGRE DRINKER BIDDLE & REATH LLP

8                                            Paul J. Riehle

9
                                           Respectfully submitted,
10
                                           By:   */s/ Yonatan Even*
11                                                 Yonatan Even

12                                         *Attorneys for Plaintiff and Counter-defendant*
                                           *Epic Games, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EPIC'S SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION
STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG
Case No. 4:20-cv-05640-YGR-TSH