**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Having considered Epic Games, Inc.'s Administrative Motion for Leave to File Sur-Reply in Response to Apple's Reply in Support of Its Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg, the Court hereby **GRANTS** the Motion and the Clerk of Court is directed to file Epic Games, Inc.'s Sur-Reply in Response to Apple's Reply in Support of Its Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg and supporting papers attached thereto in the record.

**IT IS SO ORDERED.**

DATED:

---
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG
4:20-cv-05640-YGR-TSH