PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF SAMUEL A. STUCKEY IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO ITS ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE WRITTEN AND ORAL TESTIMONY OF DR. MICHAEL I. CRAGG** <br><br> The Honorable Yvonne Gonzalez Rogers |

I, Samuel A. Stuckey, declare as follows:

1. I am an attorney licensed to practice in the State of New York and admitted to appear before this Court *pro hac vice* in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR-TSH. I am an associate at the law firm of Cravath, Swaine & Moore LLP and am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned action.

2. I submit this declaration pursuant to Civil Local Rules 7-11(a) and 79-5(d)-(e) in support of Epic's Administrative Motion to File Under Seal Exhibits to Its Administrative Motion for Leave To File Sur-Reply in Response to Apple's Reply in Support of Its Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg ("Administrative Motion for Leave to File Sur-Reply"). The contents of this declaration are based on my personal knowledge.

3. Epic moves to seal certain exhibits to its Administrative Motion for Leave to File Sur-Reply containing information that non-party Spotify USA Inc. ("Spotify") has designated as "SPOTIFY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY" under the supplemental protective order entered in the above-captioned case. Specifically, Epic moves to seal: (i) the portions of its Sur-Reply that reference PX-1152 (bearing Bates range SPOT-EPIC-00000932-0943) and PX-1153 (bearing Bates range SPOT-EPIC-00001023-1025), which are subject to pending motions to seal by Spotify (*see* ECF Nos. 638 and 649, respectively), as well as the document bearing Bates range SPOT-EPIC-00001047-1066, which is also subject to a pending motion to seal by Spotify (*see* ECF No. 692); (ii) the portions of its Sur-Reply that reference the trial testimony provided by Dr. Cragg during a closed session of Court on May 13, 2021 (Trial Tr. 2335:1-2346:15), during which Dr. Cragg referenced the aforementioned documents; and (iii) the document bearing Bates range SPOT-EPIC-00001047-1066 itself, which is attached as Exhibit A to the Declaration of Yonatan Even in Support of Epic's Sur-Reply, and which, as noted, is subject to a pending motion to seal by Spotify (*see* ECF No. 692).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 18, 2021, in Manhattan, New York.

*/s/ Samuel A. Stuckey*
Samuel A. Stuckey

**FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

*/s/ Yonatan Even*
Yonatan Even
