# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# BENCH TRIAL CIVIL MINUTES

| **Date:** 5/18/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME:  8:00AM -10:14AM; 10:35AM-12:35PM; 1:15PM-3:16PM**

**Attorney for Plaintiff**:  Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone

**Court Reporter:**
PAM HEBEL (8:00AM)
DIANE SKILLMAN (1:15 PM)
RAYNEE MERCADO (10:35AM)

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel.
Defendant Apple attorney Richard **Doren resumes Direct of witness Phil Schiller**.
Plaintiff Epic attorney Katherine **Forrest Cross of witness Phil Schiller**. RECESS (20 minutes).
Plaintiff Epic attorney Forrest resumes Cross of witness Phil Schiller.RECESS (until 1:15pm)
Plaintiff Epic attorney Forrest resumes Cross of witness Schiller. Defendant Apple attorney Doren Redirect of witness Schiller. Re-cross. Redirect.
Defendant Apple attorney Jay Srinivasan calls **witness Michael Schmid for Direct**.
**RECESS FOR THE DAY.**

 **Further Bench Trial  Wedesday , May 19, 2021 at 8:00 AM.**

**EXHIBITS  ADMITTED IN EVIDENCE:**
**Defendant: DX 4400**
    DX 3462(video)
    DX 3060
    DX 5568

**Plaintiff:   PX1899**
    PX 1909
    PX 2202
    PX 2366(subject to sealing- not into exhibit box yet)
    PX 1978
    PX 1910
    PX 1911
    PX 1901     *CONTINUED ON PAGE TWO>>>>>*

PAGE TWO

## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/18/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games  v.  Apple Inc. | |

**EXHIBITS ADMITTED INTO EVIDENCE:**
PX 2303(hold off putting into exhibit box)
PX 1932
PX 1917
PX 1908
PX 1893
PX 1891
PX 1817
PX 890
PX 879
PX 1907
PX 2338
PX 1922
PX 505
PX 2316
PX 56-A
PX 2356
PX 842
PX 1906
PX 1896
PX 1915
PX 1941
PX 101
PX 1937
PX 1938
PX 1939
PX 1940
PX 1897
PX 1914
PX 1949
PX 1947
PX 1950
PX 1895
PX 1894
PX 1890
PX 108
PX 2274
PX 1849
PX  1813      *CONTINUED ON PAGE THREE>>>>*

**PAGE THREE**

## BENCH TRIAL CIVIL MINUTES

| **Date:** 5/18/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**EXHIBITS ADMITTED IN EVIDENCE:**

**PX 1815**
**PX 2057**
**PX 897**
**PX 2194**
**PX 1818**
**PX 1855**
**PX 1854**
**PX 2273**
**PX 1883**
**PX 1913**