# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# BENCH TRIAL CIVIL MINUTES

| **Date:** 5/19/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**TIME:  8:00AM -10:17AM; 10:37AM-12:36PM; 1:15PM-3:37PM**

**Attorney for Plaintiff**:  Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone

**Court Reporter:**
PAM HEBEL (1:15PM)
DIANE SKILLMAN (10:35 AM)
RAYNEE MERCADO (8:00AM)

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel.
Defendant Apple attorney Jay Srinivasan resumes Direct of **witness Michael Schmid** . Plaintiff Epic attorney Lauren Moskowitz Cross of witness Schmid.  RECESS(20 minutes) Plaintiff Epic attorney Moskowitz resumes Cross of witness Schmid. Court questions for the witness. Plaintiff Epic attorney Moskowitz Re-cross of witness Schmid.  Witness excused from the stand.  Defendant Apple attorney Jason Lo **calls witness Craig Federighi for Direct**. RECESS ( until 1:15pm).  Defendant Apple attorney Lo resumes Direct of witness Federighi. Plaintiff Epic attorney Yonatan Even Cross of witness Federighi. Defendant Apple attorney Lo Redirect of witness Federighi. Re-Cross.  Witness excused from the stand.  Discussion with counsel.
**RECESS FOR THE DAY.**

 **Further Bench Trial  Thursday , May 20, 2021 at 8:00 AM.**

**EXHIBITS  ADMITTED IN EVIDENCE:**
**DEFENDANT:**
**DX 3427**
**DX 3758**
**DX 4239**
**DX 3661**
**DX 3958**
**DX 5492**

*CONTINUED ON PAGE TWO*

**PAGE TWO**
**BENCH TRIAL CIVIL MINUTES**

| **Date:** 5/19/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**EXHIBITS ENTERED IN EVIDENCE:**

**PLAINTIFF:**
**PX 2943**
**PX 2125**
**PX 2362**
**PX 4243**
**PX 634**
**PX 856**
**PX 452**
**PX 65**
**PX 2519**
**PX 2882**
**PX 464**
**PX 465**
**PX 2386**
**PX 1220**
**PX 714**