THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA   90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; appearance *pro hac vice*)
  vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:    214.698.3100
Facsimile:    214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:   202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:   415.393.8306

Attorneys for Defendant, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>              Plaintiff, Counter-defendant,<br><br>                     v.<br><br>APPLE INC.,<br><br>              Defendant, Counterclaimant. | CASE No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF JOHN CALANDRA IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOHN CALANDRA IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING, 4:20-CV-05640-YGR-TSH

I hereby declare as follows:

1. I am a partner at the law firm McDermott Will & Emery LLP, and I am one of the attorneys representing Apple Inc. ("Apple") in the above-captioned action. I submit this declaration in support of Apple's motion for an adverse credibility finding. I have personal knowledge of the facts stated below. If called to be a witness, I could and would testify competently thereto.

2. On April 23, 2021 and again the following week, I called Lori Wright's counsel, David Chiappetta, to discuss Ms. Wright and her potential appearance at trial. Mr. Chiappetta did not answer either of these calls, and I left a voicemail in each instance. As far as I am aware, Mr. Chiappetta never returned my calls.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 19, 2021 at New York, New York.

/s/ *John Calandra*
John Calandra

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOHN CALANDRA IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING, 4:20-CV-05640-YGR-TSH