THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
 rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
 jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092;
appearance *pro hac vice*)
 vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:    214.698.3100
Facsimile:    214.571.2900

MARK A. PERRY, SBN 212532
 mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
 crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

ETHAN D. DETTMER, SBN 196046
 edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
 elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | CASE No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF JAY SRINIVASAN IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR AN ADVERSE CREDIBILITY FINDING**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JAY SRINIVASAN IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR AN
ADVERSE CREDIBILITY FINDING, 4:20-CV-05640-YGR-TSH

1    I hereby declare as follows:

2       1.      I am a partner at the law firm Gibson, Dunn & Crutcher LLP, and I am one of the

3    attorneys representing Apple Inc. ("Apple") in the above-captioned action.    I submit this declaration

4    in support of Apple's motion for an adverse credibility finding.    I have personal knowledge of the

5    facts stated below.    If called to be a witness, I could and would testify competently thereto.

6       2.      When I spoke to Jonathan Kanter, counsel for Microsoft, a few days before trial was to

7    commence, he could not confirm that Lori Wright would appear at trial.    He indicated that he would

8    get back to me after he learned additional information but he never contacted me again.

9

10   I declare under penalty of perjury under the laws of the United States that the foregoing is true and

11   correct and that this Declaration was executed on May 19, 2021 at Oakland, California.

12

13                                    /s/ *Jay Srinivasan*
                                      Jay Srinivasan
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JAY SRINIVASAN IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR AN
ADVERSE CREDIBILITY FINDING, 4:20-CV-05640-YGR-TSH