| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099 | MARK A. PERRY, SBN 212532 |
| tboutrous@gibsondunn.com | mperry@gibsondunn.com |
| RICHARD J. DOREN, SBN 124666 | CYNTHIA E. RICHMAN (D.C. Bar No. |
| rdoren@gibsondunn.com | 492089; *pro hac vice*) |
| DANIEL G. SWANSON, SBN 116556 | crichman@gibsondunn.com |
| dswanson@gibsondunn.com | GIBSON, DUNN & CRUTCHER LLP |
| JAY P. SRINIVASAN, SBN 181471 | 1050 Connecticut Avenue, N.W. |
| jsrinivasan@gibsondunn.com | Washington, DC 20036-5306 |
| JASON C. LO, SBN 219030 | Telephone: 202.955.8500 |
| jlo@gibsondunn.com | Facsimile: 202.467.0539 |
| GIBSON, DUNN & CRUTCHER LLP | |
| 333 South Grand Avenue Los Angeles, CA | ETHAN DETTMER, SBN 196046 |
| 90071-3197 Telephone: 213.229.7000 | edettmer@gibsondunn.com |
| Facsimile: 213.229.7520 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street |
| VERONICA S. MOYÉ (Texas Bar No. | San Francisco, CA 94105-0921 |
| 24000092; *pro hac vice*) | Telephone: 415.393.8200 |
| vmoyé@gibsondunn.com | Facsimile: 415.393.8306 |
| GIBSON, DUNN & CRUTCHER LLP | |
| 2100 McKinney Avenue, Suite 1100 | |
| Dallas, TX 75201 | |
| Telephone: 214.698.3100 | |
| Facsimile: 214.571.2900 | |

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., | CASE NO. 20-CV-05640-YGR |
| Plaintiffs, | |
| v. | **NOTICE OF SUBMISSION OF AMENDED AND REDACTED VERSIONS OF EXPERT WRITTEN DIRECT TESTIMONY** |
| APPLE INC., | |
| Defendant. | The Honorable Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that Apple Inc. hereby submits for the public record amended and redacted versions of the following written direct testimony consistent with Trial Order No. 4 (Dkt. 614), Trial Order No. 5 (Dkt. 643), and the Court's emailed request of Saturday, May 8, 2021, that to the extent written direct testimony relies on facts yet to be proven, it be "redlined and redacted before it will be admitted as direct testimony":

- Written Direct Testimony of Professor Lorin Hitt (Ex. Expert 6), which replaces the filings originally made at Dkt. 489-3 and Dkt. 490-1;
- Written Direct Testimony of Professor Francine Lafontaine (Ex. Expert 7), which replaces the filings originally made at Dkt. 489-4 and Dkt. 490-2;
- Written Direct Testimony of Professor Richard Schmalensee (Ex. Expert 8), which replaces the filings originally made at ECF No. 489-5 and Dkt. 490-3.

Unredacted versions of the written direct testimony will be provided to the Court by email. Apple reserves the right to seek to admit an amended written testimony following the close of evidence.

DATED: May 19, 2021                          GIBSON, DUNN & CRUTCHER LLP


By:   /s/ *Richard J. Doren*
                Richard J. Doren

*Attorney for Defendant Apple Inc.*