UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No. 20-cv-05640-YGR  (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 714 |

The parties have a dispute concerning a document that Apple recently clawed back, APL-EG_09147370 – 378.  ECF No. 714.  The Court orders Apple to email that document to TSHpo@cand.uscourts.gov by 1:00 p.m. today for the Court's *in camera* review.  Apple may file any declarations in support of its claims of attorney-client privilege and work product by 1:00 p.m. today.  Epic may file any response to those declarations by 4:00 p.m. today.

**IT IS SO ORDERED.**

Dated: May 20, 2021

THOMAS S. HIXSON
United States Magistrate Judge