1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

EPIC GAMES, INC.,

Case No.  20-cv-05640-YGR   (TSH)

8

Plaintiff,

9

v.

**DISCOVERY ORDER**

Re: Dkt. No. 716

10

APPLE INC., et al.,

11

Defendants.

12
13          The Court's order at ECF No. 716 said:  "The parties have a dispute concerning a

14   document that Apple recently clawed back, APLEG_09147370 – 378. ECF No. 714.  The Court

15   orders Apple to **email** that document to TSHpo@cand.uscourts.gov by 1:00 p.m. today for the

16   Court's *in camera* review.  Apple may **file** any declarations in support of its claims of attorney-

17   client privilege and work product by 1:00 p.m. today.  Epic may **file** any response to those

18   declarations by 4:00 p.m. today."  (emphasis added)

19          Notwithstanding the Court's order, Apple emailed the Declaration of Kyle Andeer and

20   Epic emailed its response, so neither document is in the public record.  The Court orders Apple to

21   file the Andeer Declaration and orders Epic to file its response.

22          **IT IS SO ORDERED.**

23
24   Dated: May 20, 2021

25
26
THOMAS S. HIXSON
United States Magistrate Judge

27
28

United States District Court
Northern District of California