# Appendix A

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| ¶ 8 | ¶¶ 44-50, 51-60, 61 | <ul><li>Rachel Cericola, "Why Your Brand-New Smart Home Devices Won't Work, and How to Fix Them," December 15, 2019, https://www.nytimes.com/wirecutter/blog/smart-home-devices-wont-work-how-to-fix/, accessed February 14, 2021.</li><li>John Callaham, "Chase Mobile app will be removed from the Windows Phone Store on January 26, "Windows Central, January 20, 2015, https://www.windowscentral.com/chase-mobile-app-will-be-removed-windows-phone-store-jan-26, accessed February 10, 2021.</li><li>Tom Warren, "Windows Phone has a new app problem," The Verge, October 23, 2015, https://www.theverge.com/2015/10/23/ 9602350/microsoft-windows-phone-app-removal-windows-store, accessed February 13, 2021.</li><li>Stuart Dredge, "If Android is so popular, why are many apps still released for iOS first?," The Guardian, August 15, 2013, https://www.theguardian.com/technology/appsblog/2013/aug/15/android-v-ios-apps-apple-google, accessed February 7, 2021.</li><li>Annie Zheng, "After more than a decade of using iPhones, I finally switched to Android — but I only lasted 3 days before switching back," Business Insider, December 31, 2018, https://www.businessinsider.com/iphone-vs-android-imessage-ios-switch-2018-12, accessed February 12, 2021.</li><li>Google, "Transfer data from an iPhone to a Pixel," https://support.google.com/pixelphone/answer/7129740?hl=en, accessed February 11, 2021.</li><li>Apple, "How to cancel a subscription from Apple," January 28, 2021, https://support.apple.com/en-us/HT202039#subscriptions, accessed February 15, 2021.</li><li>Avenza Maps, "Moving subscriptions between devices," https://support.avenzamaps.com/hc/en-us/articles/360035184332-Moving-subscriptions-between-devices, accessed February 8, 2021.</li><li>Apple, "Apple celebrates the best apps and games of 2019," https://www.apple.com/newsroom/2019/12/apple-celebrates-the-best-apps-and-games-of-2019, accessed February 5, 2021.</li><li>Moleskine Studio, "Collaboration," https://moleskinestudio.com/support/flow/creating-with-flow/collaboration/ accessed February 05, 2021.</li><li>"Mobile Fact Sheet," Pew Research, 2019, https://www.pewresearch.org/internet/fact-sheet/mobile/, accessed February 9, 2021.</li><li>Bear, "Write beautifully on iPhone, iPad, and Mac," https://bear.app/, accessed February 11, 2021.</li><li>Bear, "Bear for web, Android, & Windows," https://bear.app/faq/What%20about%20Bear%20for%20web,%20Android,%20&%20Windows/, accessed February 11, 2021.</li></ul> | PX-79; PX-405; PX-407; PX-416; PX-892. |

1

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| | | • Ellen Lee, "The Best Apps for Managing Your Kid's Phone," Wirecutter, May 1, 2019, https://www.nytimes.com/wirecutter/reviews/best-apps-to-manage-your-kids-phone/, accessed February 11, 2021.<br>• Apple, "Share App Store, iTunes Store, and Apple Books purchases with Family Sharing," https://support.apple.com/en-us/HT201085, accessed February 14, 2021.<br>• Michael Simon, "iOS Screen Time vs. Android Digital Wellbeing: Which phone addiction fighter is best for you?," Macworld, August 8, 2018, https://www.macworld.com/article/3295880/android-digital-wellbeing-vs-ios-screen-time.html, accessed February 11, 2021.<br>• Apple, "Compare iPhone models," https://www.apple.com/iphone/compare/?device1=iphoneSE2ndgen&device2=iphone12&device3=iphone12mini, accessed February 11, 2021.<br>• Apple, "MacBook Pro," https://www.apple.com/shop/buy-mac/macbook-pro/13-inch, accessed February 11, 2021.<br>• Apple, "iPad," https://www.apple.com/ipad/, accessed February 11, 2021.<br>• Amazon, "Fire HD 8 tablet," https://www.amazon.com/Fire-HD-8-tablet/dp/B07TMJ1R3X, accessed February 14, 2021).<br>• Motorola, "Moto e (2020)," https://www.motorola.com/us/smartphones-moto-e-family, accessed February 11, 2021).<br>• Expert Report of David S. Evans, Section V. | |
| ¶ 9 | ¶¶ 61-64, 175, 178-82 | • House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.<br>• Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021.<br>• Expert Report of David S. Evans, Section V. | PX-405; PX-892. |
| ¶ 18 | ¶¶ 41-43 | • "The State of Mobile 2019," App Annie 2019, https://www.appannie.com/en/go/state-of-mobile-2019/, accessed February 15, 2021. | PX-314.005; Forstall Dep. Tr. 81:02-84:06; Pruden Dep. Tr. 330:17-21, 330:22-331:1. |

2

| **Objected-To Paragraph From Dr. Athey Written Direct** | **Dr. Athey Relevant Report Discussion** | **Supporting Material Cited in Relevant Report Discussion** | **Relevant Record Evidence** |
|---|---|---|---|
| | | • Jenna Wortham, "What Must-Have Apps Is Microsoft Missing?," New York Times, April 6, 2012, https://bits.blogs.nytimes.com/2012/04/06/what-must-have-apps-is-microsoft-missing/, accessed February 14, 2021.<br>• Sean Ludwig, "These are the top apps Windows Phone is still missing," Venture Beat, August 7, 2013 https://venturebeat.com/2013/08/07/these-are-the-top-apps-windows-phone-is-still-missing/, accessed February 15, 2021.<br>• Ben Fox Rubin, Roger Cheng, "Fire Phone one year later: Why Amazon's smartphone flamed out," CNET, July 24, 2015, https://www.cnet.com/news/fire-phoneone-year-later-why-amazons-smartphone-flamed-out/, accessed February 15, 2021. | |
| ¶ 20 | ¶¶ 44-50 | • John Callaham "Chase Mobile app will be removed from the Windows Phone Store on January 26, "Windows Central, January 20, 2015, https://www.windowscentral.com/chase-mobile-app-will-be-removed-windows-phone-store-jan-26, accessed February 10, 2021.<br>• Tom Warren, "Windows Phone has a new app problem," The Verge, October 23, 2015, https://www.theverge.com/2015/10/23/ 9602350/microsoft-windows-phone-app-removal-windows-store, accessed February 13, 2021.<br>• Stuart Dredge, "If Android is so popular, why are many apps still released for iOS first?," The Guardian, August 15, 2013, https://www.theguardian.com/technology/appsblog/2013/ aug/15/android-v-ios-apps-apple-google, accessed February 7, 2021.<br>• Annie Zheng, "After more than a decade of using iPhones, I finally switched to Android — but I only lasted 3 days before switching back," Business Insider, December 31, 2018, https://www.businessinsider.com/iphone-vs-android-imessage-ios-switch-2018-12, accessed February 12, 2021.<br>• Google, "Transfer data from an iPhone to a Pixel," https://support.google.com/pixelphone /answer/7129740?hl=en, accessed February 11, 2021.<br>• Apple, "How to cancel a subscription from Apple," January 28, 2021, https://support.apple.com/en-us/HT202039#subscriptions, accessed February 15, 2021.<br>• Avenza Maps, "Moving subscriptions between devices," https://support.avenzamaps.com/hc/en-us/articles/360035184332-Moving-subscriptions-between-devices, accessed February 8, 2021. | PX-79; PX-405; PX-407. |
| ¶ 21 | ¶ 45-46 | • John Callaham, "Chase Mobile app will be removed from the Windows Phone Store on January 26, "Windows Central, January 20, 2015, https://www.windowscentral.com/chase-mobile-app-will-be-removed-windows-phone-store-jan-26, accessed February 10, 2021. | PX-79; PX-416. |

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| | | - Tom Warren, "Windows Phone has a new app problem," The Verge, October 23, 2015, https://www.theverge.com/2015/10/23/9602350/microsoft-windows-phone-app-removal-windows-store, accessed February 13, 2021.<br>- Annie Zheng, "After more than a decade of using iPhones, I finally switched to Android — but I only lasted 3 days before switching back," Business Insider, December 31, 2018, https://www.businessinsider.com/iphone-vs-android-imessage-ios-switch-2018-12, accessed February 12, 2021.<br>- Apple, "Apple celebrates the best apps and games of 2019," https://www.apple.com/newsroom/2019/12/apple-celebrates-the-best-apps-and-games-of-2019, accessed February 05, 2021.<br>- Moleskine Studio, "Collaboration," https://moleskinestudio.com/support/flow/creating-with-flow/collaboration/ accessed February 5, 2021. | |
| ¶ 22 | ¶ 47, 93 | - JR Raphael, "iPhone to Android: The ultimate switching guide," Computerworld, February 7, 2020, https://www.computerworld.com/article/3218067/how-to-switch-from-iphone-to-android-ultimate-guide.html, accessed February 6, 2021. | PX-79; PX-405. |
| ¶ 23 | ¶ 48, 93 | - Google, "Transfer data from an iPhone to a Pixel," https://support.google.com/pixelphone/answer/7129740?hl=en, accessed February 11, 2021.<br>- Minecraft, "Transferring Minecraft license between mobile devices," February 11, 2021, https://help.minecraft.net/hc/en-us/articles/360035130651-Transferring-Minecraft-license-between-mobile-devices, accessed February 11, 2021. | PX-79; PX-405. |
| ¶ 24 | ¶ 49, 171 | - Apple, "How to cancel a subscription from Apple," January 28, 2021, https://support.apple.com/en-us/HT202039#subscriptions, accessed February 15, 2021.<br>- Avenza Maps, "Moving subscriptions between devices," https://support.avenzamaps.com/hc/en-us/articles/360035184332-Moving-subscriptions-between-devices, accessed February 8, 2021.<br>- Jason Fried, "Our CEO's take on Apple's App Store payment policies, and their impact on our relationship with our customers," HEY, June 19, 2020, https://hey.com/apple/iap/, accessed February 12, 2021. | PX-56 § 3.1.1; Simon Trial Tr. 353:2-11, 357:3-13; Schiller Trial Tr. 2803:20-2804:17. |
| ¶ 25 | ¶¶ 44-50, | - *See* rows for Written Direct ¶¶ 20-24 (*infra* at 3-4). | PX-405; PX-892. |
| ¶ 26 | ¶¶ 51-60 | - "Mobile Fact Sheet," Pew Research, 2019, https://www.pewresearch.org/internet/fact-sheet/mobile/, accessed February 9, 2021.<br>- Bear, "Write beautifully on iPhone, iPad, and Mac," https://bear.app/, accessed February 11, 2021.<br>- Bear, "Bear for web, Android, & Windows," https://bear.app/faq/What%20about%20Bear%20for%20web,%20Android,%20&%20Windows/, accessed February 11, 2021). | PX-407; PX-416. |

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| | | <ul><li>Ellen Lee, "The Best Apps for Managing Your Kid's Phone," Wirecutter, May 1, 2019, https://www.nytimes.com/wirecutter/reviews/best-apps-to-manage-your-kids-phone/, accessed February 11, 2021.</li><li>Apple, "Share App Store, iTunes Store, and Apple Books purchases with Family Sharing," https://support.apple.com/en-us/HT201085, accessed February 14, 2021.</li><li>Michael Simon, "iOS Screen Time vs. Android Digital Wellbeing: Which phone addiction fighter is best for you?," Macworld, August 8, 2018, https://www.macworld.com/article/3295880/android-digital-wellbeing-vs-ios-screen-time.html, accessed February 11, 2021.</li><li>Apple, "Compare iPhone models," https://www.apple.com/iphone/compare/?device1=iphone12promax&device2=iphone12&device3=iphone12mini, accessed February 11, 2021.</li><li>Apple, "MacBook Pro," https://www .apple.com/shop/buy-mac/macbook-pro/13-inch, accessed February 11, 2021.</li><li>Apple, "iPad," https://www.apple.com/ipad/, accessed February 11, 2021.</li><li>Amazon, "Fire HD 8 tablet," https://www.amazon.com/Fire-HD-8-tablet/dp/B07TMJ1R3X, accessed February 14, 2021).</li><li>Motorola, "Moto e (2020)," https://www.motorola.com/us/smartphones-moto-e-family, accessed February 11, 2021).</li></ul> | |
| ¶ 27 | ¶ 51-52 | <ul><li>"Mobile Fact Sheet," Pew Research, 2019, https://www.pewresearch.org/internet/fact-sheet/mobile/, accessed February 9, 2021.</li></ul> | Weissinger Trial Tr. 1346:12-14. |
| ¶ 28 | ¶ 51-52 | <ul><li>"Mobile Fact Sheet," Pew Research, 2019, https://www.pewresearch.org/internet/fact-sheet/mobile/, accessed February 9, 2021.</li></ul> | Weissinger Trial Tr. 1346:12-14, 1347:7-1348:1. |
| ¶ 29 | ¶ 53 | <ul><li>Bear, "Write beautifully on iPhone, iPad, and Mac," https://bear.app/, accessed February 11, 2021.</li><li>Bear, "Bear for web, Android, & Windows," https://bear.app/faq/What%20about%20Bear%20for%20web,%20Android,%20&%20Windows/, accessed February 11, 2021.</li></ul> | PX892; PX405; Schiller Trial Tr. 2862:14-2863:5, 2962:17-2963:17. |
| ¶ 30 | ¶ 54 | <ul><li>Bear, "Write beautifully on iPhone, iPad, and Mac," https://bear.app/, accessed February 11, 2021.</li><li>Bear, "Bear for web, Android, & Windows," https://bear.app/faq/What%20about%20Bear%20for%20web,%20Android,%20&%20Windows/, accessed February 11, 2021.</li><li>Avenza Maps, "Moving subscriptions between devices," https://support.avenzamaps.com/hc/en-us/articles/360035184332-Moving-subscriptions-between-devices, accessed February 8, 2021.</li></ul> | PX-79; PX-407; PX-416. |

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| | | • Moleskine Studio, "Collaboration," https://moleskinestudio.com/support/flow/creating-with-flow/collaboration/ accessed February 05, 2021. | |
| ¶ 31 | ¶¶ 55-56 | • Ellen Lee, "The Best Apps for Managing Your Kid's Phone," Wirecutter, May 1, 2019, https://www.nytimes.com/wirecutter/reviews/best-apps-to-manage-your-kids-phone/, accessed February 11, 2021.<br>• Apple, "Share App Store, iTunes Store, and Apple Books purchases with Family Sharing," https://support.apple.com/en-us/HT201085, accessed February 14, 2021.<br>• Michael Simon, "iOS Screen Time vs. Android Digital Wellbeing: Which phone addiction fighter is best for you?," Macworld, August 8, 2018, https://www.macworld.com/article/3295880/android-digital-wellbeing-vs-ios-screen-time.html, accessed February 11, 2021.<br>• Avenza Maps, "Moving subscriptions between devices," https://support.avenzamaps.com/hc/en-us/articles/360035184332-Moving-subscriptions-between-devices, accessed February 8, 2021.<br>• Moleskine Studio, "Collaboration," https://moleskinestudio.com/support/flow/creating-with-flow/collaboration/ accessed February 05, 2021.<br>• Minecraft, "Transferring Minecraft license between mobile devices," February 11, 2021, https://help.minecraft.net/hc/en-us/articles/360035130651- Transferring-Minecraft-license-between-mobile-devices, accessed February 11, 2021. | PX-79; PX-407; PX-416; Schiller Trial Tr. 2963:3-7. |
| ¶ 32 | ¶¶ 57-58 | • *See* sources for Written Direct ¶ 31 (above). | PX-407; PX-416; PX-892; Schiller Trial Tr. 2963:3-7. |
| ¶ 33 | ¶ 58 | • Apple, "Compare iPhone models," https://www.apple.com/iphone/compare/?device1=iphone12promax&device2=iphone12&device3=iphone12mini, accessed February 11, 2021.<br>• Apple, "Compare iPhone models," https://www.apple.com/iphone/compare/?device1=iphoneSE2ndgen&device2=iphone12&device3=iphone12mini, accessed February 11, 2021.<br>• Apple, "MacBook Pro," https://www.apple.com/shop/buy-mac/macbook-pro/13-inch, accessed February 11, 2021.<br>• Apple, "iPad," https://www.apple.com/ipad/, accessed February 11, 2021.<br>• Amazon, "Fire HD 8 tablet," https://www.amazon.com/Fire-HD-8-tablet/dp/B07TMJ1R3X, accessed February 14, 2021.<br>• Motorola, "Moto e (2020)," https://www.motorola.com/us/smartphones-moto-e-family, accessed February 11, 2021). | PX-405; PX-407; PX-416; PX-892. |
| ¶ 34 | ¶ 58-59 | • See rows for Written Direct ¶¶ 27-32 (*infra* at 5-6). | PX-79; PX-407; PX-416. |

| **Objected-To Paragraph From Dr. Athey Written Direct** | **Dr. Athey Relevant Report Discussion** | **Supporting Material Cited in Relevant Report Discussion** | **Relevant Record Evidence** |
|---|---|---|---|
| ¶ 35 | ¶ 61 | <ul><li>See row for Written Direct ¶ ¶ 8-9 (*infra* at 1-2).</li><li>House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.</li><li>Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021.</li></ul> | PX-405; PX-407; PX-416; PX-892; Simon Trial Tr. 394:2-7; Sweeney Trial Tr. 133:12-19. |
| ¶ 36 | ¶ ¶ 46, 61-64 175, 178-82 | <ul><li>See row for Written Direct ¶ ¶ 8-9 (*infra* at 1-2).</li><li>Stuart Dredge, "If Android is so popular, why are many apps still released for iOS first?," The Guardian, August 15, 2013, https://www.theguardian.com/technology/appsblog/2013/aug/15/android-v-ios-apps-apple-google, accessed February 7, 2021.</li><li>House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.</li><li>Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021.</li></ul> | PX405; PX892; Ong Dep. Tr. 69:20-21, 69:23-70:05; Simon Trial Tr. 391:19-21; Sweeney Trial Tr. 111:23-112:1; 131:1-5. |
| ¶ 37 | ¶ ¶ 46, 64 | <ul><li>Minecraft, "Transferring Minecraft license between mobile devices," February 11, 2021, https://help.minecraft.net/hc/en-us/articles/360035130651-Transferring-Minecraft-license-between-mobile-devices, accessed February 11, 2021.</li><li>JR Raphael, "iPhone to Android: The ultimate switching guide," Computerworld, February 7, 2020, https://www.computerworld.com/article/3218067/how-to-switch-from-iphone-to-android-ultimate-guide.html, accessed February 6, 2021.</li></ul> | Ong Dep. Tr. 69:17-21, 69:23-70:09, 70:11-15, 72:7-10; Sweeney Trial Tr. 111:13-112:17. |
| ¶ 39 | ¶ ¶ 66-67 | <ul><li>Amy Schade, "Don't Force Users to Register Before They Can Buy," Nielsen Norman Group, July 5, 2015, https://www.nngroup.com/articles/optional-registration/, accessed February 11, 2021</li><li>Raluca Budio, "Login Walls Stop Users in Their Tracks," Nielsen Norman Group, March 2, 2014, https://www.nngroup.com/articles/login-walls/, accessed February 7, 2021.</li></ul> | Grant Trial Tr. 662:6-11, 670:11-671:20, 681:18-25. |

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| | | • Barbara Krasnoff, "How to move all your data to your new iPhone," The Verge, September 20, 2019, https://www.theverge.com/2019/9/20/20871131/data-transfer-new-iphone-11-pro-max-ios-how-to, accessed February 9, 2021. | |
| ¶ 40 | ¶ 66 | • Amy Schade, "Don't Force Users to Register Before They Can Buy," Nielsen Norman Group, July 5, 2015, https://www.nngroup.com/articles/optional-registration/, accessed February 11, 2021.<br>• Raluca Budio, "Login Walls Stop Users in Their Tracks," Nielsen Norman Group, March 2, 2014, https://www.nngroup.com/articles/login-walls/, accessed February 7, 2021. | Grant Trial Tr. 662:6-11, 670:11-671:20, 681:18-25. |
| ¶ 41 | ¶ 66-67 | • Bear, "Bear for web, Android, & Windows," https://bear.app/faq/What%20about%20Bear%20for%20web,%20Android,%20&%20Windows/, accessed February 11, 2021. | Grant Trial Tr. 662:6-11, 670:11-671:20, 681:18-25. |
| ¶ 42 | ¶¶ 46, 68-69 | • Stuart Dredge, "If Android is so popular, why are many apps still released for iOS first?," The Guardian, August 15, 2013, https://www.theguardian.com/technology/appsblog/2013/aug/15/android-v-ios-apps-apple-google, accessed February 7, 2021. | PX-42; Grant Trial Tr. 670:11-671:20; Okamoto Dep. 320:4-10; 320:14-22; Ong Dep. Tr. 69:17-21, 69:23-70:09, 70:11-15, 72:7-10. |
| ¶ 43 | ¶¶ 68-69, 202-07, 208-15 | • Stuart Dredge, "If Android is so popular, why are many apps still released for iOS first?," The Guardian, August 15, 2013, https://www.theguardian.com/technology/appsblog/2013/aug/15/android-v-ios-apps-apple-google, accessed February 7, 2021.<br>• Geoffrey A. Fowler, "Amazon Fire Phone Review: Full of Gimmicks, Lacking Basics," The Wall Street Journal July 23, 2014, https://www.wsj.com/articles/amazon-fire-phone-review-full-of-gimmicks-lacking-basics-1406077565, accessed February 16th 2021.<br>• Amazon, "Switch to Fire Phone FAQ," https://www.amazon.com/gp/help/customer/display.html?nodeId=201562600, accessed February 14, 2021.<br>• Rachel Lerman, "Will the Fire Phone be Amazon's Zune?," Bizjournal, July 2 2014, https://www.bizjournals.com/seattle/blog/techflash/2014/07/will-the-fire-phone-be-amazons-zune.html.<br>• *See* all Microsoft-related articles in row below. | Grant Trial Tr. 670:11-671:20. |
| ¶ 44 | ¶¶ 202-07 | • Dan Nosowitz, "Microsoft Bribes Developers for a Solid Windows Phone 7 App Store Launch," Fast Company, July 15, 2010, https://www.fastcompany.com/1670443/microsoft-bribes-developers-solid-windows-phone-7-app-store-launch, accessed February 14, 2021. | PX-2309.178; PX-2378.12, .74; 5/20/21 Rough Trial Tr. (Hanssens) at 59-62. |

| **Objected-To Paragraph From Dr. Athey Written Direct** | **Dr. Athey Relevant Report Discussion** | **Supporting Material Cited in Relevant Report Discussion** | **Relevant Record Evidence** |
|---|---|---|---|
| | | <ul><li>Jacob Kastrenakes, "Microsoft reportedly paying developers $100,000 or more to build apps," The Verge, June 15, 2013, https://www .theverge.com/2013/6/15/4433082/microsoft-paying-companies-100k-windows-phone-apps, accessed February 14, 2021.</li><li>Alexandria Cheng, "Microsoft Lowers Barriers to Entry, Waits for Developers to Arrive," Wired, September 14, 2012, https://www .wired.com/2012/11/microsoft-lowers-barriers-to-entry-waits-for-developers-to-arrive/, accessed February 10, 2021.</li><li>Sean Ludwig, "These are the top apps Windows Phone is still missing," Venture Beat, August 7, 2013 https://venturebeat.com/2013/08/07/these-are-the-top-apps-windows-phone-is-still-missing/, accessed February 15, 2021.</li><li>David Pogue, "2 Underdogs Produce, but in Time?," New York Times, April 4, 2012, https://www .nytimes.com/2012/04/05/technology/personaltech/lumia-900-a-beautiful-phone-from-nokia-and-microsoft.html, accessed February 14, 2021.</li><li>Joshua Topolsky, "Lumia 900 Review," The Verge, April 3, 2012, https://www.theverge.com /2012/4/3/2921472/lumia-900-review, accessed February 14, 2021.</li><li>David Pogue, "2 Underdogs Produce, but in Time?," New York Times, April 4, 2012, https://www .nytimes.com/2012/04/05/technology/personaltech/lumia-900-a-beautiful-phone-from-nokia-and-microsoft.html, accessed February 14, 2021.</li><li>Jay Yarow, "Windows Phone Market Share Since Microsoft Partnered With Nokia," Business Insider, September 3, 2013, https://www.businessinsider.com/windows-phone-market-share-since-microsoft-partnered-with-nokia-2013-9, accessed February 14, 2021.</li><li>Mikael Ricknäs, "Microsoft hopes to attract more developers with Windows Phone 8," Computerworld, June 21, 2012, https://www.computerworld.com/article/2504750/microsoft-hopes-to-attract-more-developers-with-windows-phone-8.html, accessed February 14, 2021.</li><li>Tom Warren, "Windows Phone has a new app problem," The Verge, October 23, 2015, https://www .theverge.com/2015/10/23/9602350/microsoft-windows-phone-app-removal-windows-store, accessed February 13, 2021.</li><li>Tom Warren, "Microsoft to end Windows 10 Mobile updates and support in December," The Verge, January 18, 2019, https://www .theverge.com/2019/1/18/18188054/microsoft-windows-phone-windows-10-mobile-end-of-support-updates, accessed February 14, 2021.</li><li>Jessica Dolcourt, "Microsoft isn't making another Windows phone for one simple reason," CNET, October 5, 2019, https://www .cnet.com/news/microsoft-isnt-making-another-windows-phone-for-one-simple-reason/, accessed February 14, 2021.</li></ul> | |

| **Objected-To Paragraph From Dr. Athey Written Direct** | **Dr. Athey Relevant Report Discussion** | **Supporting Material Cited in Relevant Report Discussion** | **Relevant Record Evidence** |
|---|---|---|---|
| ¶ 45 | ¶ 72 | • *See* Microsoft and Amazon articles in above two rows. | PX-407; PX-416. |
| ¶ 46 | ¶¶ 68-71, 202-07, 208-15 | • *See* Microsoft and Amazon articles in above two rows.<br>• House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.<br>• Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021. | PX-405; PX-407; PX-416; PX-892. |
| ¶ 48 | ¶¶ 38, 61, 178 | • See rows for Written Direct ¶¶ 8-9 (*infra* at 1-2).<br>• Stuart Dredge, "If Android is so popular, why are many apps still released for iOS first?," The Guardian, August 15, 2013, https://www.theguardian.com/technology/appsblog/2013/aug/15/android-v-ios-apps-apple-google, accessed February 7, 2021.<br>• Expert Report of David S. Evans, Section V.<br>• House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.<br>• Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021. | PX-407; PX-416; PX-882. |
| ¶ 50 | ¶ 75 | • Steam, "Steam Documentation: Microtransactions (In-Game Purchases)," https://partner.steamgames.com/doc/features/microtransactions, accessed February 8, 2021.<br>• Steam, "Can I use my Steam account on other computers?," https://support.steampowered.com/kb_article.php?ref=8963-EIKC-3767#multiple, accessed January 31, 2021.<br>• Steam, "Can I use my Steam account on other computers?," https://support.steampowered.com/kb_article.php?ref=8963-EIKC-3767#multiple, accessed January 31, 2021. | Shoemaker Dep. Tr. 66:1-24; 66:25-67:4; 67:06-9. |

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| | | <ul><li>Steam Community, "Does buying a game on Steam let you download it on all of your computers?," November 21, 2014, https://steamcommunity.com/discussions/forum/1/624075566844517436/, accessed February 8 2021.</li><li>Steam, "The All New Steam Library is Here," https://store.steampowered.com/libraryupdate, accessed February 8, 2021.</li><li>Steam, "Steam Family Sharing," https://store.steampowered.com/promotion/familysharing, accessed February 8, 2021.</li><li>Steam, "Steam Chat," https://store.steampowered.com/mobile, accessed February 8, 2021</li><li>Epic Games, "Epic Games Store End User License Agreement," https://www.epicgames.com/store/en-US/eula, accessed February 6, 2021.</li><li>Epic Games, "How do I enable Cloud Saves in the Epic Games Launcher?," https://www.epicgames.com/help/en-US/epic-games-store-c73/launcher-support-c82/how-do-i-enable-cloud-saves-in-the- epic-games-launcher-a3600, accessed February 11, 2021.</li><li>Epic Games, "Stats Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/Stats/index.html?lang=ja, accessed February 6, 2021.</li><li>Epic Games, "Title Storage Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/TitleStorage/index.html, accessed February 6, 2021.</li><li>Epic Games, "Player Data Storage Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/PlayerDataStorage/index.html, accessed February 6, 2021.</li></ul> | |
| ¶ 52 | ¶¶ 178-81, 207, 215 | <ul><li>Jason Kincaid, "Apple Announces In-App Purchases for Free iPhone Applications," TechCrunch, October 15, 2009, https://techcrunch.com/2009/10/15/apple-announces-in-app-purchases-for-free-iphone-applications/, accessed February 8, 2021.</li><li>House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.</li><li>Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021.</li></ul> | Shoemaker Dep. Tr. 66:1-24; 66:25-67:4; 67:06-9. |
| ¶ 53 | ¶¶ 100-02, 137 | <ul><li>Steam, "Steamworks," https://partner.steamgames.com/, accessed January 31, 2021.</li><li>Steam, "Steamworks documentation," https://partner.steamgames.com/doc/features, accessed January 31, 2021.</li></ul> | Allison Trial Tr. 1224:4-1225:7. |

11

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
| | | • Sebastian Anthony, "Valve open-sources its DirectX to OpenGL translation software: Here come the SteamOS and Linux games?" March 11, 2014, https://www .extremetech.com/gaming/178276-valve-open-sources-its-directx-to-opengl-translation-software-here-come-the-steamos-and-linux-games, accessed February 8, 2021.<br>• OpenGL is a widely adopted 2D and 3D graphics API, see "Open GL Overview The Industry's Foundation for High Performance Graphics," https://www .opengl.org/about/, accessed February 14, 2021.<br>• Steam, "Game Servers," https://partner.steamgames.com/doc/features/multiplayer/game_servers, accessed February 9, 2021.<br>• "SteamInput Interface", https://partner.steamgames.com/doc/api/ISteamInput/, accessed February 14, 2021.<br>• Steam, "Web API Overview," https://partner.steamgames.com/doc/webapi_overview, accessed February 7, 2021. | |
| ¶ 54 | ¶ ¶ 100-02 | • *See* row above for articles re: Steam lowering developer costs.<br>• Epic Games, "Epic Online Services," https://dev.epicgames.com/en-US/services, accessed February 6, 2021).<br>• Epic Games, "Player Data Storage Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/PlayerDataStorage/index.html, accessed February 6, 2021.<br>• Epic Games, "Title Storage Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/TitleStorage/index.html, accessed February 6, 2021.<br>• Epic Games, "Auth Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/Auth/index.html, accessed February 6, 2021.<br>• Epic Games, "Connect Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/Connect/index.html, accessed February 6, 2021.<br>• Epic Games, "Ecom Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/Ecom/index.html, accessed February 6, 2021. | Allison Trial Tr. 1224:4-1225:7; Shoemaker Dep. Tr. 66:1-24; 66:25-67:4; 67:06-9. |
| ¶ 56 | ¶ ¶ 44-50, 103-111 | • See rows for Written Direct ¶ 8 (*infra* at 1-2). | PX-79; PX-405; PX-407; PX-416; PX-892. |
| ¶ 60 | ¶ ¶ 49, 103, 107, 119, 169, 171 | • Apple, "App Store Review Guidelines", § 3.1.1, https://web.archive.org/web/20210212090517/https://developer.apple.com/app-store/review/guidelines/, accessed February 15, 2021. | PX-56 at § 3.1.1; Ong Dep. 34:14-37:7; 48:4-10; 48:17-19, 48:21-25, 49:3-10, 49:18-51:06, 162:03-22; |

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
|  |  | • Jason Fried, "Our CEO's take on Apple's App Store payment policies, and their impact on our relationship with our customers," HEY, June 19, 2020, https://hey.com/apple/iap/, accessed February 12, 2021. | Simon Trial Tr. 355:5-12; 368:20-369:2; PX744. |
| ¶63 | ¶¶ 103-12, 178-79 | • Apple, "Apple introduces iCloud," June 6, 2011, https://www.apple.com/ca/newsroom/2011/06/06Apple-Introduces-iCloud/, accessed February 8, 2021. | PX-56 at §§ 3.1.1, 3.2.1; PX-114; PX-115; PX-407; PX-882; PX-886 PX-2619 §§ 3.2, 7, 7.6; |
| ¶ 67 | ¶¶ 103-06 | • Apple, "Apple introduces iCloud," June 6 2011, https://www.apple.com/ca/newsroom/2011/06/06Apple-Introduces-iCloud/, accessed February 8, 2021.<br>• Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021. | PX-2619 §§ 3.3.2, 3.4, 7. |
| ¶ 69 | ¶ 126 | • Steam, "Steamworks," https://partner.steamgames.com/, accessed January 31, 2021.<br>• Steam, "Steamworks documentation," https://partner.steamgames.com/doc/features, accessed January 31, 2021.<br>• Jason Evangelho, "From 0 to 6,000: celebrating one year of Proton, Valve's brilliant Linux Gaming Solution," Forbes, August 22, 2019, https://www.forbes.com/sites/jasonevangelho/2019/08/22/from-0-to-6000-celebrating-one-year-of-valves-genius-linux-gaming-solution/?sh=66eb17fc1eaa, accessed February 12, 2021. | Ex. Expert 3 (Schmalensee), ¶ 141 (citing "Microtransactions (In-Game Purchases)", *Steamworks*, available at https://partner.steamgames.com/doc/features/microtransactions, accessed on May 18, 2021). |
| ¶ 71 | ¶ 141 | • Epic Games, "Ecom Interface," https://dev.epicgames.com/docs/services/en-US/Interfaces/Ecom/index.html, accessed February 6, 2021. | Ko Trial Tr. 805:18-25. |
| ¶ 72 | ¶ 103-06, 120 | • See rows for Written Direct ¶ 8 (*infra* at 1-2). | PX2619 §§ 3.2(g), 3.2.1, 3.2.2, 3.3.2, 3.4, 7, 7.6. |
| ¶ 73 | ¶¶ 155-60 | • Sarah Perez, "GameClub brings its subscription-based gaming catalog to Android," TechCrunch, June 18, 2020, https://techcrunch.com/2020/06/18/gameclub-brings-its-subscription-based-gaming-catalog-to-android/, accessed February 14, 2021.<br>• "One of the lengthiest parts of the process involves tracking down the original game developers and convincing them to relinquish the rights to GameClub (the company has to own the rights in order to publish the game on the App Store." (Rachel Kaser, "GameClub is the Apple Arcade of classic iOS games (same price too)," TheNextWeb, October 25, 2019, https://thenextweb.com/gaming/2019/10/26/gameclub-launch-classic-ios-games/, accessed February 14, 2021). | PX2619 §§ 3.2(g), 3.2.1, 3.2.2, 3.3.2, 3.4, 7, 7.6. |

13

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
|  |  | • Mark Gurman, "Apple's App Store Rules Limit Rival Gaming Services While Arcade Runs Free," Bloomberg, March 25, 2020, https://www.bloombergquint.com/technology/google-stadia-nvidia-geforce-microsoft-xcloud-not-on-apple-ios, accessed February 14, 2021. |  |
| ¶ 75 | ¶¶ 155-60, 157 n. 119 | • *See* Gameclub-related articles in row above. | PX-2619 §§ 3.2(g), 3.2.1, 3.2.2, 3.3.2, 3.4, 7, 7.6; DX-5608; DX-5625; Fischer 900:21-901:6. |
| ¶ 76 | ¶¶ 172, 185-86 | • Jason Fried, "Our CEO's take on Apple's App Store payment policies, and their impact on our relationship with our customers," HEY, June 19, 2020, https://hey.com/apple/iap/, accessed February 12, 2021.<br>• House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021. | PX-56 at § 3.1.1, 3.1.3. |
| ¶ 78 | ¶¶ 120-132, 170-71 | • Jason Fried, "Our CEO's take on Apple's App Store payment policies, and their impact on our relationship with our customers," HEY, June 19, 2020, https://hey.com/apple/iap/, accessed February 12, 2021.<br>• House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021. | Ko Trial Tr. 801:23-802:10; Ong Dep. Tr. 34:14-37:7. |
| ¶ 80 | ¶ 174 | • Time to Play Fair, "A Timeline: How we got here," https://www.timetoplayfair.com/timeline/, accessed February 8, 2021. | PX-99; PX-139; PX-2188. |
| ¶ 81 | ¶¶ 175-86 | • House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.<br>• Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021. | PX-56 § 3.1.3(a). |

| Objected-To Paragraph From Dr. Athey Written Direct | Dr. Athey Relevant Report Discussion | Supporting Material Cited in Relevant Report Discussion | Relevant Record Evidence |
|---|---|---|---|
|  |  | - Section 11.14, Apple's February 2011 App Store Guidelines: "Apps that link to external mechanisms for purchasing content to be used in the app, such as a "buy" button that goes to a website to purchase a digital book, will be rejected."<br>- Lex Friedman, "iOS e-readers remove store links to comply with Apple rules," Macworld, July 25, 2011, https://www.macworld.com/article/1161325/kindle_drops_store_button_adds_periodicals.html, accessed February 14, 2021.<br>- David Carnoy, "Apple forces Amazon to alter Kindle app," CNET, July 25, 2011, https://www.cnet.com/news/apple-forces-amazon-to-alter-kindle-app/, accessed February 14, 2021.<br>- Dave Johnson, "How to buy and read Kindle books on your iPhone," Business Insider, September 4, 2019, https://www.businessinsider.com/how-to-buy-kindle-books-on-iphone, accessed February 14, 2021.<br>- US vs Apple, Inc, "Memorandum in Support of Plaintiff's Revised Proposed Injunction," August 23, 2013, pg. 90-93, https://www.justice.gov/atr/case-document/file/486656/download, accessed February 9, 2021. |  |
| ¶ 84 | ¶ 195 | - Verizon, "Streaming," https://www.verizon.com/info/definitions/streaming/, accessed February 6, 2021. | Patel Trial Tr. 423:1-25; Ex. Expert 1 (Hitt) ¶ 134. |
| ¶ 85 | ¶ 157 n. 117, 157, 178-86, 198-99 | - Mark Gurman, "Apple's App Store Rules Limit Rival Gaming Services While Arcade Runs Free," Bloomberg, March 25, 2020, https://www.bloomberg.com/news/articles/2020-03-25/google-stadia-nvidia-geforce-microsoft-xcloud-not-on-apple-ios, accessed 01/30/2021, accessed February 14, 2021. | PX-56 at § 4.9; Patel Trial Tr. 426:24-427:1. |
| ¶ 88 | ¶¶ 178-81 | - Expert Report of David S. Evans, ¶¶ 225-26, 250.<br>- House Committee on the Judiciary, "Apple e-mail thread w/ Steve Jobs, Philip Schiller, Eddy Cue re: in-app purchase requirements (1)," Documents from the Hearing on "Online Platforms and Market Power: Examining the Dominance of Amazon, Apple, Facebook and Google," https://judiciary.house.gov/uploadedfiles/014701.pdf, accessed February 9, 2021.<br>- Jay Peters, "Read Steve Jobs' emails about why you can't buy digital books in Amazon's apps," July 30, 2020, https://www.theverge.com/2020/7/30/21348130/apple-documents-steve-jobs-email-books-amazon-apps-antitrust-investigation-schiller, accessed February 9, 2021. | PX407; PX882; PX886; PX892. |