# Exhibit 4

```
                                                    VOLUME 11

                                                    Pages 2612 - 2905

                   UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

   Before The Honorable YVONNE GONZALEZ ROGERS, Judge

   EPIC GAMES, INC.,           )
                               )
        Plaintiff,             )    NO. C-20-5640 YGR
                               )
     vs.                       )    Monday, May 17, 2021
                               )
   APPLE, INC.,                )    Oakland, California
                               )
        Defendant.             )    BENCH TRIAL
   _____)
   APPLE, INC.,                )
                               )
        Counterclaimant,       )
     vs.                       )
                               )
   EPIC GAMES, Inc.,           )
                               )
        Counter-Defendant.     )
   _____)

             REPORTER'S TRANSCRIPT OF PROCEEDINGS

   APPEARANCES:

   For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                          825 Eighth Avenue
                          New York, New York 10019
                    BY:   KATHERINE B. FORREST, ESQUIRE
                          GARY A. BORNSTEIN, ESQUIRE
                          YONATAN EVEN, ESQUIRE
                       (Appearances continued.)

   Reported By:       Diane E. Skillman, CSR 4909, RPR, FCRR
                      Pamela Batalo-Hebel, CSR 3593, RMR, FCRR
                      Raynee Mercado, CSR 8258 RMR, CRR, FCRR

        TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

   For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                          825 Eighth Avenue
```

08:16:15 1          **MR. LO:**  With respect to Professor Athey, Your Honor,
08:16:17 2     this was a question that was raised during examination.
08:16:21 3         Professor Athey gave certain opinions about what consumers
08:16:25 4     think or what consumers do.  At the time of the objection, the
08:16:28 5     Court said you would consider whether there are factual
08:16:31 6     support for those types of statements essentially after the
08:16:34 7     facts have come in.
08:16:35 8         And now that Epic is either close or will be closing their
08:16:40 9     factual case, we are renewing that objection on the basis that
08:16:43 10    there have been no testimony on those underlying factors.
08:16:47 11         **THE COURT:**  Okay.  That probably requires more.  So
08:16:50 12    what I would need, I think, to resolve that is the factual
08:17:01 13    basis for Epic's position.  I don't know that I need a lot of
08:17:09 14    argument.  What I need to know is where the factual basis
08:17:12 15    comes from.
08:17:14 16         **MR. BORNSTEIN:**  Understood, Your Honor.
08:17:14 17         We would have, in our written submission, two other points
08:17:18 18    to make that I'll just foreshadow.  One being the parties
08:17:21 19    reached a stipulation under which Apple agreed not to make the
08:17:26 20    argument that they are making right now.  And the other being
08:17:29 21    that we believe that the opinions that are at issue in Apple's
08:17:35 22    objection here are proper under Rule 703 even as to facts that
08:17:41 23    are not admissible or admitted, but nevertheless within the
08:17:45 24    scope of facts on which an expert is permitted to rely under
08:17:50 25    the rule.

```
08:17:53  1              THE COURT:  Okay.  It doesn't sound like I need more
08:17:55  2    than four pages of briefing.  And then I'll take a look at
08:18:02  3    what the factual basis is.  And perhaps it also just means
08:18:06  4    that, as I will do with many of these things is, I need to
08:18:13  5    decide how much weight to give any opinion.  And it could be
08:18:17  6    little to a lot.
08:18:19  7        So, okay.  Just when you get it filed, I'll try to turn it
08:18:25  8    around.
08:18:26  9              MR. BORNSTEIN:  Would Your Honor like those
08:18:28 10    simultaneously?  If so, we can coordinate on a time.
08:18:31 11              THE COURT:  That would be preferable.  Thanks.
08:18:34 12              MR. BORNSTEIN:  Thank you, Your Honor.
08:18:35 13              MR. LO:  Thank you, Your Honor.
08:18:36 14              THE COURT:  Okay.  That's it from your side,
08:18:40 15    Ms. Forrest?
08:18:41 16              MS. FORREST:  Yes, Your Honor.
08:18:43 17              THE COURT:  Mr. Doren, how about from your side?
08:18:45 18              MR. DOREN:  That is it from our side, Your Honor.
08:18:48 19              THE COURT:  Okay.  Then let's call Professor Mickens
08:18:53 20    back to the stand.
08:19:15 21        Good morning, Professor.
08:19:16 22              THE WITNESS:  Good morning.
08:19:19 23              THE COURT:  Our weather this weekend was not as warm
08:19:21 24    as it was the prior weekend, so -- but maybe that reminds you
08:19:26 25    of Massachusetts.
```