PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF AMENDED AND REDACTED VERSIONS OF CERTAIN EXPERT WRITTEN DIRECT TESTIMONY AND WITHDRAWAL OF CERTAIN EXPERT WRITTEN DIRECT TESTIMONY** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

1    PLEASE TAKE NOTICE that Epic Games, Inc. hereby submits for the public record
2  amended and redacted versions of the following expert written direct testimony consistent with
3  Trial Order No. 4 Re: (1) Administrative Motions to Seal; and (2) Partial Ruling on Expert
4  Objections (ECF No. 614) and the Court's emailed request of Saturday, May 8, 2021 that, to
5  the extent the factual basis for each expert's testimony has not yet been admitted, "the written
6  direct testimony will have to be redlined and redacted before it will be admitted as direct
7  testimony":

- Written Direct Testimony of Dr. David S. Evans (Ex. Expert 1), which replaces the filing originally made at ECF No. 508-1 and ECF No. 509-4; and
- Rebuttal Written Direct Testimony of Dr. David S. Evans (Ex. Expert 16), which replaces the filing originally made at ECF No. 508-9 and ECF No. 509-16.

Epic refers the public to:

- ECF No. 556-1 for the Written Direct Testimony of Ned S. Barnes, CPA (Ex. Expert 2);
- ECF No. 508-3 for the Written Direct Testimony of Peter E. Rossi, Ph.D. (Ex. Expert 3); and
- ECF No. 508-5 for the Written Direct Testimony of Dr. James W. Mickens (Ex. Expert 5).

Unredacted versions of the written direct testimony will be provided to the Court by email.

Epic defers the filing of the Written Direct Testimony of Dr. Susan Athey (Ex. Expert 4) and the Rebuttal Written Direct Testimony of Michael I. Cragg, Ph.D. (Ex. Expert 13) pending the resolution of Apple Inc.'s ("Apple") objection concerning the Written Direct Testimony of Dr. Susan Athey (Trial Tr. 2627:1-2628:11) and Apple's Motion To Strike

Written and Oral Testimony of Dr. Michael I. Cragg Regarding Foreign Regulatory Submissions of a Non-Party (ECF No. 657), respectively.

Epic reserves the right to seek to admit amended written testimony following the close of evidence.

Epic hereby withdraws the Rebuttal Written Direct Testimony of Dr. Nancy A. Mathiowetz (Ex. Expert 14), ECF Nos. 508-7 and 509-12, and the Rebuttal Written Direct Testimony of Dr. Wenke Lee (Ex. Expert 15), ECF Nos. 508-8 and 509-16.

Dated: May 20, 2021                         CRAVATH, SWAINE & MOORE LLP

                                       Christine Varney
                                       Katherine B. Forrest
                                       Gary A. Bornstein
                                       Yonatan Even
                                       Lauren A. Moskowitz
                                       M. Brent Byars

Respectfully submitted,

By:  */s/ M. Brent Byars*
       M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*