| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* | THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYE (*pro hac vice*)<br>vlewis@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   *Plaintiff, Counter-defendant*,<br><br>   vs.<br><br>APPLE INC.,<br><br>   *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**NOTICE OF FILING PURSUANT TO STIPULATION GOVERNING OBJECTIONS TO DEPOSITION TESTIMONY**<br><br>Trial Date: May 3, 2021<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

WHEREAS, pursuant to Pretrial Order No. 4 (ECF No. 468), Plaintiff and Counter-defendant Epic Games, Inc., and Defendant and Counterclaimant Apple Inc. (together, the "Parties") presented to the Honorable Elizabeth D. Laporte (Ret.) objections to various deposition designations ("Deposition Objections") in the above-captioned action;

WHEREAS, Judge Laporte issued rulings on each of the Deposition Objections;

WHEREAS, pursuant to the Stipulation Concerning Objections to Deposition Testimony (ECF No. 465), which was approved by Judge Gonzalez Rogers in Pretrial Order No. 4 (ECF No. 468), formal written rulings of Judge Laporte are deemed adopted by the Court for all purposes and fully preserved for review on appeal;

**THEREFORE,** in order to create a record of all objections, the Parties' respective positions and Judge Laporte's written rulings, the Parties jointly file the attached Deposition Objections Chart and Rulings Thereon.

| | | |
|---|---|---|
| Dated:  May 20, 2021 | | CRAVATH, SWAINE & MOORE LLP |

    Christine A. Varney (*pro hac vice*)
    Katherine B. Forrest (*pro hac vice*)
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:  /s/ *Katherine B. Forrest*
    Katherine B. Forrest
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated:  May 20, 2021

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Mark A. Perry
    Veronica S. Moye
    Cynthia E. Richman
    Jay P. Srinivasan
    Ethan D. Dettmer
    Eli M. Lazarus

By:  /s/ *Ethan D. Dettmer*
    Ethan D. Dettmer
    333 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: (213) 229-7000

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 20, 2021        CRAVATH, SWAINE & MOORE LLP

By:   /s/  *Katherine B. Forrest*
          Katherine B. Forrest

*Attorneys for Plaintiff and
Counter-defendant Epic Games, Inc.*