| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>JUSTIN C. CLARKE (*pro hac vice*)<br>jcclarke@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*<br><br>[Additional counsel appear on signature page] | THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYE (*pro hac vice*)<br>vlewis@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff, Counter-defendant*,<br><br>    vs.<br><br>APPLE INC.,<br><br>    *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSION OF EXHIBITS AND DEPOSITION DESIGNATIONS**<br><br>Hon. Yvonne Gonzalez Rogers |

IT IS HEREBY STIPULATED: the Parties, through their respective counsel, agree to the admission into evidence of the following exhibits for non-hearsay purposes only, as well as the following deposition designations (Epic's time: 1 hour 16 minutes; Apple's time: 43 minutes), subject to the approval of the Court:

| No. | Exhibit | Subject to sealing order or motion |
|---|---|---|
| 1 | PX-0030 | |
| 2 | PX-0043 | |
| 3 | PX-0048 | |
| 4 | PX-0101 | Apple intends to request sealing |
| 5 | PX-0117 | |
| 6 | PX-0137 | |
| 7 | PX-0191 | Apple intends to request sealing |
| 8 | PX-0256 | |
| 9 | PX-0347 | |
| 10 | PX-0367 | |
| 11 | PX-0373 | |
| 12 | PX-0374 | |
| 13 | PX-0436 | |
| 14 | PX-0533 | |
| 15 | PX-0544 | |
| 16 | PX-0545 | |
| 17 | PX-0855 | |
| 18 | PX-0857 | |
| 19 | PX-0868 | |
| 20 | PX-0870 | |
| 21 | PX-0871 | |
| 22 | PX-0872 | |
| 23 | PX-0874 | |
| 24 | PX-0876 | |
| 25 | PX-0881 | |
| 26 | PX-0883 | |
| 27 | PX-0897 | |
| 28 | PX-0898 | |
| 29 | PX-2450 | |
| 30 | PX-2457 | |
| 31 | PX-2458 | |
| 32 | DX-3144 | |

| | | |
|---|---|---|
| 33 | DX-3460 | |
| 34 | DX-3750 | |
| 35 | DX-3906 | |
| 36 | DX-3932 | |
| 37 | DX-4074 | |
| 38 | DX-4140 | |
| 39 | DX-4376 | |
| 40 | DX-4480 | |
| 41 | DX-4600 | |
| 42 | DX-4918 | |
| 43 | Epic's Ex. Depo. 8, Eddy Cue (additional designations) | Apple intends to request sealing: 94:15-94:17, 94:19-94:22 |
| 44 | Epic's Ex. Depo. 9, Matthew Fischer | Apple intends to request sealing: 298:20-298:25 |
| 45 | Epic's Ex. Depo. 10, Scott Forstall (additional designations) | |
| 46 | Epic's Ex. Depo. 11, Eric Friedman (additional designations) | Apple intends to request sealing: 129:1-131:13 |
| 47 | Epic's Ex. Depo. 12, Eric Gray | Apple intends to request sealing: 79:24-80:3, 109:16-110:1, 110:2-110:7, 110:9-110:15, 112:18-112:19, 112:21-112:24, 113:2-113:11, 113:12-113:19, 113:21-114:2, 114:4-114:6, 114:9-114:10 |
| 48 | Epic's Ex. Depo. 13, C.K. Haun (additional designations) | Apple intends to request sealing: 200:14-201:18, 202:11-203:18 |
| 49 | Epic's Ex. Depo. 14, Trystan Kosmynka | |
| 50 | Epic's Ex. Depo. 15, Haseeb Malik | |
| 51 | Epic's Ex. Depo. 16, Ron Okamoto (additional designations) | |
| 52 | Epic's Ex. Depo. 17, Carson Oliver | |
| 53 | Epic's Ex. Depo. 18, Shaan Pruden | |
| 54 | Epic's Ex. Depo. 19, Mark Rollins | Apple intends to request sealing: 83:12-83:23, 129:10-129:15, 129:22-131:4, 139:5-140:14, 152:24-153:15, 154:15-155:12, 215:4-216:15, 216:17-217:1, 242:15-242:19, 242:22-243:1, 262:11-262:18, 262:21-263:7 |

| | |
|---|---|
| 55 | Epic's Ex. Depo. 20, Phillip Shoemaker (additional designations) |
| 56 | Apple's Ex. Depo. 9, Daniel Vogel (additional designations) |
| 57 | Apple's Ex. Depo. 10, Matthew Weissinger |
| 58 | Apple's Ex. Depo. 11, Alec Shobin (additional designations) |
| 59 | Apple's Ex. Depo. 12, Joe Babcock (additional designations) |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

-4-
STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSION OF EXHIBITS AND DEPOSITION DESIGNATIONS
Case No.: 4:20-cv-05640-YGR-TSH

| | | |
|---|---|---|
| Dated: May 20, 2021 | | CRAVATH, SWAINE & MOORE LLP |

            Christine A. Varney (*pro hac vice*)
            Katherine B. Forrest (*pro hac vice*)
            Gary A. Bornstein (*pro hac vice*)
            Yonatan Even (*pro hac vice*)
            Lauren A. Moskowitz (*pro hac vice*)
            Justin C. Clarke (*pro hac vice*)
            M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
            Paul J. Riehle

By:   /s/ *Justin C. Clarke*
            Justin C. Clarke
            825 Eighth Avenue
            New York, New York 10019
            Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated: May 20, 2021        GIBSON, DUNN & CRUTCHER LLP
            Theodore J. Boutrous Jr.
            Richard J. Doren
            Daniel G. Swanson
            Jay P. Srinivasan
            Mark A. Perry
            Veronica S. Moye
            Cynthia E. Richman

By:   /s/ *Rachel S. Brass*
            Rachel S. Brass
            555 Mission Street, Suite 3000
            San Francisco, CA 94105-0921
            (415) 393-8200

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: _____    _____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

## ECF SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: May 20, 2021　　　　　　　　CRAVATH, SWAINE & MOORE LLP

　　　　　　　　　　　　　　　　　By:   /s/  *Justin C. Clarke*
　　　　　　　　　　　　　　　　　　　　  Justin C. Clarke

　　　　　　　　　　　　　　　　　*Attorney for Plaintiff and Counter-defendant Epic Games, Inc.*