KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*Counsel for Reporters Committee for
Freedom of the Press and 18 Media
Organizations*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640 |
| *Plaintiff/Counter-Defendant,* | **PRESS POOL SCHEDULE FOR WEEK OF MAY 24, 2021** |
| v. | |
| APPLE INC., | Judge: Hon. Yvonne Gonzalez Rogers |
| *Defendant/Counter-Claimant.* | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In accordance with the Court's Pre-Trial Order No. 5, ECF No. 485, the Reporters Committee for Freedom of the Press, The Associated Press, The Atlantic Monthly Group LLC, Bloomberg L.P., The Center for Investigative Reporting (d/b/a Reveal), Dow Jones & Company, Inc., The E.W. Scripps Company, Gannett Co., Inc., The Information, KPIX-TV, MLex, National Journal Group LLC, National Press Club Journalism Institute, The National Press Club, The New York Times Company, POLITICO LLC, The Seattle Times Company, TEGNA Inc., and Vox Media, LLC, (collectively the "Media Coalition"), hereby submits the press pool schedule for trial coverage in the above-captioned matter for the week of May 24, 2021.

| Trial Day | Designated Pool Reporters |
|---|---|
| Monday, May 24, 2021 | 1. Dorothy Atkins, Law360<br>2. Elizabeth Lopatto, Verge |

Dated: May 21, 2021

*/s/ Katie Townsend*

Katie Townsend
REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005
Telephone: (202) 795-9303
Email: ktownsend@rcfp.org

*Counsel for the Reporters Committee for Freedom of the Press and 18 Media Organizations*

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on May 21, 2021, I electronically served the foregoing

4

document via ECF upon all counsel of record and via email to the Court's Media

5

Liaison, Nicholas Jackson.

6

Dated: May 21, 2021                                    /s/ Katie Townsend

7

Katie Townsend

8

REPORTERS COMMITTEE

9

   FOR FREEDOM OF THE PRESS

1156 15th St. NW, Ste. 1020

10

Washington, D.C. 20005

Telephone: (202) 795-9303

11

Email: ktownsend@rcfp.org

12

13

*Counsel for the Reporters*

*Committee for Freedom of the*

14

*Press and 18 Media*

*Organizations*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PRESS POOL SCHEDULE FOR WEEK OF MAY 24, 2021 (20-CV-05640)**