| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Betsy C. Manifold (182450) |
| Robert F. Lopez (*pro hac vice*) | Rachele R. Byrd (190634) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Brittany N. DeJong (258766) |
| 1301 Second Ave., Suite 2000 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| Seattle, WA 98101 | 750 B Street, Suite 1820 |
| Telephone: (206) 623-7292 | San Diego, CA 92101 |
| Facsimile: (206) 623-0594 | Telephone: (619) 239-4599 |
| steve@hbsslaw.com | Facsimile: (619) 234-4599 |
| robl@hbsslaw.com | byrd@whafh.com |
| | dejong@whafh.com |
| Shana E. Scarlett (SBN 217895) | |
| Benjamin J. Siegel (SBN 256260) | Mark C. Rifkin (*pro hac vice*) |
| 715 Hearst Avenue, Suite 202 | Matthew M. Guiney (*pro hac vice*) |
| Berkeley, CA 94710 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| Telephone: (510) 725-3000 | 270 Madison Ave |
| Facsimile: (510) 725-3001 | New York, NY 10016 |
| shanas@hbsslaw.com | Telephone: (212) 545-4600 |
| bens@hbsslaw.com | Facsimile: (212) 686-0114 |
| | rifkin@whafh.com |
| | guiney@whafh.com |
| *Interim Lead Class Counsel in* Cameron, et al. v. Apple Inc., *Case No. 4:19-cv-03074-YGR* | *Interim Class Counsel for the Consumer Plaintiffs in* In re Apple iPhone Antitrust Litig., *Case No. 4:11-cv-06714-YGR* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>      Plaintiff, Counter-Defendant<br><br>    v.<br><br>APPLE INC.,<br><br>      Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**CLASS PLAINTIFFS' SCHEDULE RE: IN-PERSON ATTENDANCE AT TRIAL, WEEK OF MAY 24, 2021** |

Pursuant to the Court's Pretrial Order No. 5 in *Epic Games, Inc. v. Apple Inc.*, N.D. Cal. No. 4:20-cv-05640-YGR, counsel for the developer class plaintiffs in *Cameron v. Apple Inc.*, N.D. Cal. No. 4:19-cv-03074-YGR, and counsel for the consumer class plaintiffs in *In re Apple iPhone Antitrust Litig.*, N.D. Cal. No. 4:11-cv-06714-YGR, hereby provide the Court with the names of the specific individual attorneys that will attend each day during Week 4 of the *Epic v. Apple* trial (May 24th through May 28th, 2021):

| Trial Day | Designated Counsel |
|---|---|
| Monday, May 24, 2021 | Betsy Manifold<br>*Wolf Haldenstein Adler Freeman & Herz LLP* |
| Tuesday, May 25, 2021<br>(if necessary) | Travis Manfredi<br>*Saveri & Saveri, Inc.* |

DATED: May 21, 2021                     Respectfully submitted,


By:   */s/ Steve W. Berman*
        STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBNN 260260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

***Interim Lead Class Counsel** in **Cameron, et al. v. Apple Inc., Case No. 4:19-cv-03074-YGR***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Rachele R. Byrd*

Betsy C. Manifold (182450)
Rachele R. Byrd (190634)
Brittany N. DeJong (258766)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
dejong@whafh.com

Mark C. Rifkin (*pro hac vice*)
Matthew M. Guiney (*pro hac vice*)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

***Interim Class Counsel for the Consumer Plaintiffs* in In re Apple iPhone Antitrust Litig.,**
***Case No. 4:11-cv-06714-YGR***

**E-FILLING ATTTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

By:   */s/ Steve W. Berman*
        STEVE W. BERMAN (*pro hac vice*)