UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO** |

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO, 4:20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP

1    Defendant Apple Inc. has filed a Motion to Partially Seal Portions of the Parties' Trial
2    Exhibits and Live Trial Testimony Related Thereto (the "Motion"). In support, Defendant Apple Inc.
3    ("Apple") filed the supporting declaration of Rachel S. Brass.
4    Having considered the Motion, all associated declarations, exhibits, and any argument of
5    counsel, and for good cause appearing:
6    **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly:
7    (1)    To the extent the documents and deposition designations sought to be sealed by the
8    Motion are introduced into evidence at trial, those documents and designations shall remain under
9    seal, for reasons articulated in the table below;
10   (2)    the Court shall temporarily limit public access to the trial proceedings to those present
11   live in the courtroom while sealable information related to trial exhibits is being discussed; and
12   (3)    portions of the transcript related to such sealable information are additionally ordered
13   sealed.

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| DX-4089A | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| PX-0101 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 9-12. | |
| PX-0191 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| PX-1085 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| PX-1896 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| PX-1901 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO, 4:20-CV-05640-YGR

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-1922 | Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| PX-2090 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 9-12. | |
| PX-2174 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 9-12. | |
| PX-2302 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |
| PX-2303 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16. | |
| PX-2309 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16. | |
| PX-2337 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16. | |
| PX-2350 | Contains confidential information that could be used to evade Apple's security protocols.  Brass Decl. ¶¶ 9-12.  Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16. | |
| PX-2366 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage.  Brass Decl. ¶¶ 17-18. | |
| PX-2367 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 13-16.  Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 7-8. | |

2
[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO, 4:20-CV-05640-YGR

Gibson, Dunn & Crutcher LLP

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-2378 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| PX-2389 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| PX-2390 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 13-16. | |
| Epic Ex. Depo 8 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| Epic Ex. Depo. 9 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |
| Epic Ex. Depo. 11 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 9-12. | |
| Epic Ex. Depo. 12 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 9-12. Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. Contains confidential third-party information that, if disclosed, would put third parties at a competitive disadvantage. Brass Decl. ¶¶ 17-18. | |
| Epic Ex. Depo. 13 | Contains confidential information that could be used to evade Apple's security protocols. Brass Decl. ¶¶ 9-12. | |
| Epic Ex. Depo. 19 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶¶ 7-8. | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____

Gibson, Dunn & Crutcher LLP

3

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO, 4:20-CV-05640-YGR

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

4

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND LIVE TRIAL TESTIMONY RELATED THERETO,
4:20-CV-05640-YGR