DocuSign Envelope ID: 24ACB6A7-E76A-4F5A-A39D-5E3007AE3328

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF JOSEPH KREINER IN SUPPORT OF EPIC'S MOTION TO SEAL** <br><br> The Honorable Yvonne Gonzalez Rogers |

I, Joseph Kreiner, declare as follows:

1. I am Vice President of Business Development at Epic Games, Inc. ("Epic"). I joined Epic in 2011. In my role, I am responsible for Epic's relationships with third parties and have awareness of the anti-cheat measures we employ.

2. Certain trial exhibits contain sensitive third-party confidential business information entrusted to and shared with Epic by its partners. Our agreements with those partners require Epic to treat such third-party information as confidential; Epic takes those responsibilities seriously and protects this information as it would its own confidential business information.

3. Some of the exhibits contain confidential and highly sensitive third-party business information. If revealed, this information would negatively impact those third parties' competitive standing. For example, certain exhibits disclose the non-public revenue, and other financial information of Epic's partners.

4. A list of the trial exhibits that Epic seeks to seal, with the reasons for each request, is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 21, 2021, in Cary, North Carolina.

*Joseph Kreiner*
Joseph Kreiner

DECLARATION OF JOSEPH KREINER        2        CASE NO. 4:20-CV-05640-YGR-TSH

**FILER'S ATTESTATION**

I, Justin C. Clarke, am the ECF User whose ID and password are being used to file this Declaration of Joseph Kreiner in Support of Epic's Motion to Seal. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

By:  */s/ Justin C. Clarke*

Justin C. Clarke