## Exhibit A

| Trial Ex. No. | Pages | Reason for Sealing |
|---|---|---|
| DX-4133 | EPIC_00127930-37, EPIC_00127939-40 & EPIC_00127943-44 | Confidential third-party revenue and financial information.  Kreiner Decl. ¶¶ 2-3. |