REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# PS4 CROSS-PLAY DATA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127929

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Engagement and Social Play is Heavily Correlated with Spending





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Xbox One Cross-Play Case Study



Enabling cross-play resulted in ███████████████

On Xbox One, "Friends Played With" ████████ and the number of friends per player, ████████

ARPU on Xbox One ████████

Note:
- Comparison time period is +/-30 days around cross-play being enabled between Xbox One and PC / iOS.
- The pre-cross-play time period includes the launch of Season 3, which is a big spike in revenue.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## PS4 ARPWAU by Cross-Play Cohort



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127932

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# PS4 Monthly Cross-Platform Data



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## Originating Platform vs. Spending (in May)



Out of ███ PS4 PAYers in the PS4 & PC cohort, ████████ originally started out playing on PC.

Of those, PAYers starting on PC spent ████ of their money on PC, whereof PAYers starting on PS4 spent ████ of their money on PS4.

████████████████████████████████████████████████

Overall spending much higher for both platforms (PC and PS4) - **everyone wins!**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127934

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



This chart shows PS4 ARPWAU of PS4 players that have started playing Fortnite after January 1st and spent > $50 on PS4 **prior to** the launch of mobile.

The blue line represents players that only ever played on PS4, and orange represents players that cross-progressed with iOS.



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



We dug into the cohort of PS4 players that started playing Fortnite after January 1st and had spent > $50 on PS4 **prior to** the launch of mobile.

Within the cohort, the ▮▮▮▮ PS4 PAYers that only played on PS4 spent on average ▮▮▮▮ on PS4 over the period from 01/01/2018 through 03/14/2018, and ▮▮▮ from 03/15/2018 through 06/17/2018.

The ▮▮▮ PS4 PAYers in the cohort that cross-progressed with iOS spent on average ▮▮▮ on PS4 over the period from 01/01/2018 through 03/14/2018, and ▮▮▮ from 03/15/2018 through 06/17/2018.

The spending difference between PS4-only players and players that cross-progressed with mobile ▮▮▮▮ from ▮▮▮▮ in the period prior to mobile launch to ▮▮▮▮ post mobile launch ▮▮▮▮

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Per Platform Spending of PS4 players



Battle Pass price/value is explicitly set to be a "must have" purchase that is disproportionally made on primary platform.

No cross-wallet. Purchased VBUCKS are tied to the platform they are purchased on. In the case of Battle Pass this means extra VBUCKS can only be spent on PS4.

Cosmetics spend tends to be about window of opportunity due to frequent store turnover.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127937

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Speaker Notes for Slide 9**

Battle Pass dominant spend on PS4

VBUCKS locked to purchasing platform

Big purchases like battle pass linked to playtime

Vbucks afterwards linked to platform

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
EPIC_00127938

# Playtime and Spending Trends of PS4 Players that Spent Money



Weekly Revenue and Playtime % - All

Dec 31   Jan 7   Jan 14   Jan 21   Jan 28   Feb 4   Feb 11   Feb 18   Feb 25   Mar 4   Mar 11   Mar 18   Mar 25   Apr 1   Apr 8   Apr 15   Apr 22   Apr 29   May 6   May 13   May 20   May 27   Jun 3   Jun 10   Jun 17
Week [2018]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Non-PS4 Playtime and Spending Trends



EPIC_00127940

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## Speaker Notes for Slide 11

Mobile dip due to battle pass

Mobile is atypical platform due to convenience and always in pocket

Mostly used by people used

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## Does a platform "win" Fortnite cross play?

The next charts provide more detail into Spend vs. Playtime proportions.

We consider the spending proportion <u>fair or neutral</u> if the % of money spent on PS4 ~= the % of time spent on PS4.

E.g. spending is considered "fair" if a player <u>plays</u> 80 hours on PS4 and 20 hours on PC and <u>spends</u> 80% of their money on PS4 and 20% on PC.

"Sony wins" if a higher % of money is spent on the PS4 than % of play time on the PS4.

"Sony loses" if a lower % of money is spent on the PS4 than % of play time.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



| Week of week | PlayStation Spending Fairness | | |
| --- | --- | --- | --- |
| | Higher Proportion of Spend vs. Playtime (Sony Wins) | Lower Proportion of Spend vs. Playtime (Sony Loses) | Proportional Playtime to Spend (Neutral) |
| January 7, 2018 | | | |
| January 14, 2018 | | | |
| January 21, 2018 | | | |
| January 28, 2018 | | | |
| February 4, 2018 | | | |
| February 11, 2018 | | | |
| February 18, 2018 | | | |
| February 25, 2018 | | | |
| March 4, 2018 | | | |
| March 11, 2018 | | | |
| March 18, 2018 | | | |
| March 25, 2018 | | | |
| April 1, 2018 | | | |
| April 8, 2018 | | | |
| April 15, 2018 | | | |
| April 22, 2018 | | | |
| April 29, 2018 | | | |
| May 6, 2018 | | | |
| May 13, 2018 | | | |
| May 20, 2018 | | | |
| May 27, 2018 | | | |
| June 3, 2018 | | | |
| June 10, 2018 | | | |
| Grand Total | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY