**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff, Counter-defendant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**[PROPOSED] ORDER GRANTING EPIC'S ADMINISTRATIVE MOTION TO SEAL LIMITED PORTIONS OF THE PARTIES' TRIAL EXHIBITS AND ANY REFERENCES AT TRIAL TO THE INFORMATION SOUGHT TO BE SEALED**<br><br>Hon. Yvonne Gonzalez Rogers |

Having considered the Administrative Motion to Seal Pursuant to Civil L.R. 7-11 and 79-5 ("Motion") and supporting materials filed by Epic, the Court finds that there are compelling reasons for granting the request to file documents under seal. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Accordingly, the Court **GRANTS** Epic's Motion to Seal and ORDERS:

(1) To the extent the information sought to be sealed by the Motion are introduced into evidence at trial, that information shall remain under seal, for reasons articulated in the table below;

(2) The Court shall temporarily limit public access to the trial proceedings to those present live in the courtroom while sealable information related to trial exhibits is being discussed; and

(3) Portions of the transcript related to such sealable information are additionally ordered sealed.

| Trial Ex. No./ | Pages | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|---|
| DX-4133 | EPIC_00127930-37, EPIC_00127939-40 & EPIC_00127943-44 | Confidential third-party revenue and financial information. Kreiner Decl. ¶¶ 2-3. | |

**IT IS SO ORDERED.**

Dated: _____X_____     _____
                                          Hon. Yvonne Gonzalez Rogers
                                          United States District Judge