CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
J. WESLEY EARNHARDT (*pro hac vice*)
wearnhardt@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

1           I declare that I am an associate with the law firm of Cravath, Swaine & Moore

2   LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York.  I am Counsel of

3   Record for Epic Games, Inc. ("Epic") in *Epic v. Apple*.

4           I declare that on May 21, 2021, I served via electronic transmission an unredacted

5   version of DX-4133 in connection with Epic's Administrative Motion to Seal Limited Portions of

6   the Parties' Trial Exhibits and any References at Trial to the Information Sought to be Sealed

7   (ECF No. 731) to counsel listed in the attached Service List.

8           I hereby certify that I am a member of the State Bar of New York, admitted *pro hac*

9   *vice* to practice before the United States District Court for the Northern District of California for

10  *Epic v. Apple*.  I certify under penalty of perjury under the laws of the United States of America

11  that the foregoing information contained in the Certificate of Service is true and correct.

12

  DATED:  May 21, 2021

13                                          */s/ John I. Karin*

14                                        John I. Karin

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                                        **Service List**

2    | Theodore J. Boutrous, Jr.
     | Richard J. Doren
3    | Daniel G. Swanson
     | Jay P. Srinivasan
4    | **GIBSON, DUNN & CRUTCHER LLP**
     | 333 South Grand Avenue
5    | Los Angeles, CA 90071-3197
     | Telephone: (213) 229-7000
6    | Facsimile: (213) 229-7520
     | tboutrous@gibsondunn.com
7    | rdoren@gibsondunn.com
     | dswanson@gibsondunn.com
8    | jsrinivasan@gibsondunn.com

9    | Cynthia E. Richman
     | Harry R. S. Phillips
10   | Mark A. Perry
     | **GIBSON, DUNN & CRUTCHER LLP**
11   | 1050 Connecticut Avenue, N.W.
     | Washington, DC 20036-5306
12   | Telephone: (202) 955-8500
     | Facsimile: (202) 467-0539
13   | crichman@gibsondunn.com
     | hphillips2@gibsondunn.com
14   | mperry@gibsondunn.com

15   | Veronica S. Lewis
     | **GIBSON, DUNN & CRUTCHER LLP**
16   | 2001 Ross Avenue, Suite 2100
     | Dallas, TX 75201
17   | Telephone: (214) 698-3100
     | Facsimile: (214) 571-2900
18   | vlewis@gibsondunn.com

19   | Eli M. Lazarus
     | Ethan Dettmer
20   | **GIBSON, DUNN & CRUTCHER LLP**
     | 555 Mission Street, Suite 3000
21   | San Francisco, CA 94105
     | Telephone: (415) 393-8200
22   | Facsimile: (415) 393-8306
     | elazarus@gibsondunn.com
23   | edettmer@gibsondunn.com

24   | *Counsel for Defendant Apple Inc.*

25

26

27

28
                                                        -2-