THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA   90071-3197
Telephone:    213.229.7000
Facsimile:     213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; appearance *pro hac vice*)
  vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:    214.698.3100
Facsimile:     214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendant, APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>      Plaintiffs, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>      Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE** |

1 | I declare I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.    I am an associate at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. in this case.

On May 21, 2021, I caused to be served via electronic transmission unredacted versions of the documents listed in Attachment 1 to the attorneys of record in the above-captioned case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 21, 2021, at Oakland, California.

/s/ *Eli M. Lazarus*
Eli M. Lazarus

# ATTACHMENT 1

(1) DX-4089A,
(2) PX-0101,
(3) PX-0191,
(4) PX-1085,
(5) PX-1086,
(6) PX-1901,
(7) PX-1922,
(8) PX-2090,
(9) PX-2174,
(10) PX-2302,
(11) PX-2303,
(12) PX-2309,
(13) PX-2337,

(14) PX-2350,
(15) PX-2366,
(16) PX-2367,
(17) PX-2378,
(18) PX-2389,
(19) PX-2390;
Epic Ex. Depo No. 8
Epic Ex. Depo No. 9
Epic Ex. Depo No. 11
Epic Ex. Depo No. 12
Epic Ex. Depo No. 13
Epic Ex. Depo No. 19