JOHN F. COVE, JR. (SBN 212213)
  john.cove@shearman.com
MATTHEW BERKOWITZ (SBN 310426)
  matthew.berkowitz@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            *Plaintiff, Counter-defendant,*<br><br>v.<br><br>APPLE INC.,<br><br>            *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR<br><br>**ADMINISTRATIVE MOTION OF NON-PARTY SONY INTERACTIVE ENTERTAINMENT FOR CLARIFICATION RE: TRIAL ORDER NO. 7 [ECF 715]**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

Non-party Sony Interactive Entertainment LLC ("SIE") respectfully moves for clarification to aid its compliance with the Court's Trial Order No. 7 Re: (1) Pending Stipulations; (2) Briefing Schedule re: Motion for Judgement on Partial Findings; and (3) Week 2 Sealing Requests (ECF No. 715). With respect to DX-3660, the Court's Order reads:

- Although this agreement was identified as one document that was inadvertently disclosed by the parties, the Court agrees to limited proposed redactions. Thus, the proposed redactions are sealed except as follows:
    - Section 1.2: The sentence defining "Competitive Platform" shall be unredacted. The remainder in this section is otherwise sealed.
    - The remainder of the document is otherwise appropriately unredacted.

SIE understands the second sub-bullet to mean that its proposed redactions other than to Section 1.2 were appropriate and should remain. However, as the issue is not free from doubt, and to ensure that SIE is correctly complying with the Court's order, SIE respectfully seeks to confirm the Court's intent with respect to the permitted scope of redactions for DX-3660. Specifically, SIE seeks to clarify whether the Court intended that with the exception of the definition of "Competitive Platform" in Section 1.2, the remainder of SIE's limited proposed redactions to this agreement would be accepted, including those to sections other than Section 1.2.

DATED: May 23, 2021                            SHEARMAN & STERLING LLP

By:   /s/ John F. Cove, Jr.

John F. Cove, Jr. (SBN 212213)
Matthew Berkowitz (SBN 310426)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Non-Party Sony Interactive Entertainment LLC*