THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>      Plaintiff, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>      Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT PX-1047 AND LIVE TRIAL TESTIMONY RELATED THERETO** |

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT PX-1047 AND LIVE TRIAL TESTIMONY RELATED THERETO
CASE NO. 4:20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Apple Inc. ("Apple") moves the Court to partially seal Exhibit PX-1047. This exhibit should be partially sealed because it reflects the same non-public Apple financial data that the Court has ordered sealed at Table 8 of the Opening Written Direct Testimony of Dr. David S. Evans.[1] *See* Dkt. 614 at 4 (order sealing Evans Opening Table 8 because it "contains Apple's confidential financial information"); *see also* Dkt. 540-2 at 71 (unredacted Evans Opening Table 8 containing same, now-sealed non-public Apple financial reflected in Exhibit PX-1047). Disclosure of the non-public financial information contained in Exhibit PX-1047 would put Apple at a competitive disadvantage, as stated in the concurrently-filed Declaration of Rachel S. Brass.

Dated: May 23, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Rachel S. Brass*
     Rachel S. Brass

Attorney for Defendant Apple Inc.

---

[1] Although PX-1047 cites to "Table VII-7" of the Evans Opening Expert Report, that table became Table 8 in the Evans Opening Written Direct Testimony.

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT PX-1047 AND LIVE TRIAL TESTIMONY RELATED THERETO
CASE NO. 4:20-CV-05640-YGR