UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT PX-1047 AND LIVE TRIAL TESTIMONY RELATED THERETO** |

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT PX-1047 AND LIVE TRIAL TESTIMONY RELATED THERETO,
4:20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP

Defendant Apple Inc. ("Apple") has filed an Administrative Motion to Seal Exhibit PX-1047 and Live Trial Testimony Related Thereto (the "Motion"). In support, Apple filed the supporting declaration of Rachel S. Brass.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly:

(1) For the reasons articulated in the table below, selected portions of Exhibit PX-1047 shall remain under seal;

(2) the Court shall temporarily limit public access to the trial proceedings to those present live in the courtroom while sealable information related to Exhibit PX-1047 is being discussed; and

(3) portions of the transcript related to such sealable information are additionally ordered sealed.

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-1047 | Contains confidential competitively sensitive information that, if disclosed, would put Apple at a competitive disadvantage. Brass Decl. ¶ 6; *see also* Dkt. 614 at 4 (order sealing Evans Opening Table 8 because it "contains Apple's confidential financial information"); Dkt. 540-2 at 71 (unredacted Evans Opening Table 8 containing same, now-sealed non-public Apple financial reflected in Exhibit PX-1047). | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT PX-1047 AND LIVE TRIAL TESTIMONY RELATED THERETO,
4:20-CV-05640-YGR