PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant*, <br><br> vs. <br><br> APPLE INC., <br><br> *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF EXHIBITS FROM EVIDENCE** <br><br> Hon. Yvonne Gonzalez Rogers |

IT IS HEREBY STIPULATED, subject to the approval of the Court:

The exhibits listed in the table below were admitted into evidence in connection with opinions to be offered by Epic rebuttal experts Drs. Mathiowetz and Lee.  (*See* ECF Nos. 682, 715.)  Epic did not call Drs. Mathiowetz or Lee to testify at trial and subsequently withdrew their written testimony, Ex. Expert 14 and Ex. Expert 15, respectively.  (*See* ECF No. 723.)  Accordingly, the parties hereby jointly agree to withdraw the following exhibits from the trial record.

| Exhibit |
| --- |
| PX-0009 |
| PX-1164 |
| PX-1165 |
| PX-2090 |
| PX-2118 |
| PX-2174 |
| PX-2309 |
| PX-2337 |
| PX-2350 |
| PX-2378 |
| PX-2500 |
| PX-2508 |
| PX-2534 |
| PX-2535 |
| PX-2826 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 23, 2021

CRAVATH, SWAINE & MOORE LLP
  Christine A. Varney (*pro hac vice*)
  Katherine B. Forrest (*pro hac vice*)
  Gary A. Bornstein (*pro hac vice*)
  Yonatan Even (*pro hac vice*)
  Lauren A. Moskowitz (*pro hac vice*)
  M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
  Paul J. Riehle

By: /s/ *Justin C. Clarke*
  Justin C. Clarke
  825 Eighth Avenue
  New York, New York 10019
  Telephone: (212) 474-1000

  *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

Dated: May 23, 2021

GIBSON, DUNN & CRUTCHER LLP
  Theodore J. Boutrous Jr.
  Richard J. Doren
  Daniel G. Swanson
  Jay P. Srinivasan
  Mark A. Perry
  Veronica S. Moye
  Cynthia E. Richman

By: /s/ *Rachel S. Brass*
  Rachel S. Brass
  555 Mission Street, Suite 3000
  San Francisco, CA 94105-0921
  (415) 393-8200

  *Attorneys for Defendant and Counterclaimant Apple Inc.*

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

2

3  DATED: _____        _____

4                                            HON. YVONNE GONZALEZ ROGERS
   United States District Court Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated:  May 23, 2021                         CRAVATH, SWAINE & MOORE LLP

                                              By:   /s/  *Justin C. Clarke*
                                                    Justin C. Clarke

                                              *Attorney for Plaintiff and Counter-defendant Epic Games, Inc.*