THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
vmoyé@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**NOTICE OF FILING OF FINAL VERSIONS OF EXPERT WRITTEN DIRECT TESTIMONY**<br><br>The Honorable Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that pursuant to the Court's instruction on May 21, 2021, Apple Inc. hereby submits for the public record final versions of the written direct testimony of its experts:

- Written Direct Testimony of Professor Lorin Hitt (Ex. Expert 6);
- Written Direct Testimony of Professor Francine Lafontaine (Ex. Expert 7);
- Written Direct Testimony of Professor Richard Schmalensee (Ex. Expert 8);
- Written Direct Testimony of Professor Dominique Hanssens (Ex. Expert 10);
- Written Direct Testimony of Dr. Aviel D. Rubin (Ex. Expert 11);
- Written Direct Testimony of James E. Malackowski (Ex. Expert 12).

Unredacted versions of the written direct testimony will be filed under seal and transmitted to the Court by email.

DATED: May 23, 2021                    GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Richard J. Doren*
              Richard J. Doren

*Attorney for Defendant Apple Inc.*