THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
vmoyé@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br>         Plaintiffs, <br><br>    v. <br><br> APPLE INC., <br><br>         Defendant. | CASE NO. 20-CV-05640-YGR <br><br> **NOTICE OF FILING OF UNREDACTED FINAL VERSIONS OF EXPERT WRITTEN DIRECT TESTIMONY** <br><br> The Honorable Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that pursuant to the Court's instruction on May 21, 2021, Apple Inc. hereby submits for the unredacted final versions of the written direct testimony of its experts:

- Written Direct Testimony of Professor Lorin Hitt (Ex. Expert 6);
- Written Direct Testimony of Professor Francine Lafontaine (Ex. Expert 7);
- Written Direct Testimony of Professor Richard Schmalensee (Ex. Expert 8);
- Written Direct Testimony of Dr. Aviel D. Rubin (Ex. Expert 11).

DATED: May 23, 2021                     GIBSON, DUNN & CRUTCHER LLP


By:   /s/ *Richard J. Doren*
                Richard J. Doren

*Attorney for Defendant Apple Inc.*