# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### BENCH TRIAL CIVIL MINUTES

| Date: 5/20/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**TIME:  8:00AM -10:17AM; 10:36AM-12:36PM; 1:16PM-3:23PM**

**Attorney for Plaintiff**:  Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone

**Court Reporter:**
PAM HEBEL (10:35AM)
DIANE SKILLMAN (8:00 AM)
RAYNEE MERCADO (1:15PM)

BENCH TRIAL BEGAN**: 5/3/2021**

### PROCEEDINGS

Case called. Discussion with counsel.
Defendant Apple attorney Veronica Moye calls **witness Dominique Hanssens** for Direct.
Plaintiff Epic attorney Lauren Moskowitz Cross of witness Hanssens. Redirect. Re-Cross.
Defendant Apple attorney Richard Doren calls **witness James Malackowski for Direct.**
**RECESS(20 minutes).** Defendant Apple attorney Doren resumes Direct of witness Malackowski. Plaintiff Epic attorney Moskowitz cross of witness Malackowski. Redirect. Witness excused from the stand.  Defendant Apple attorney Jason Lo calls **witness Aviel Rubin for Direct**.
**RECESS (until 1:15pm)**
Defendant Apple attorney Lo resumes Direct of witness Rubin. Plaintiff Epic attorney Brent Byars **Cross of witness Rubin**. Witness excused for the day and to return tomorrow 5/21/21. Discussion with counsel.
 Witness Tim Cook to be on the stand at 8:15am tomorrow 5/21/21.

**RECESS FOR THE DAY.**

 **Further Bench Trial  Friday , May 21, 2021 at 8:00 AM.**

**EXHIBITS  ADMITTED IN EVIDENCE:**
**PLAINTIFF :**
 **PX 1182**
**PX 2618**


CONTINUED ON PAGE TWO>>>>>>>

**PAGE TWO**
**BENCH TRIAL CIVIL MINUTES**

| **Date:** 5/20/2021 | **Time:** 8:00AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**DEFENDANT EXHIBITS ADMITTED IN EVIDENCE:**

**DX 4876**
**DX 3691**
**DX 3370**
**DX 3305**
**DX 4080**
**DX 3134**
**DX 4884**