THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
vmoyé@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant, APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>      Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>      Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**NOTICE OF ERRATA REGARDING FILING OF UNREDACTED FINAL VERSIONS OF EXPERT WRITTEN DIRECT TESTIMONY**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

NOTICE OF ERRATA REGARDING FILING OF UNREDACTED FINAL VERSIONS
OF EXPERT WRITTEN DIRECT TESTIMONY
CASE NO. 20-CV-05640-YGR

On May 23, 2021, Defendant Apple Inc. ("Apple") filed pursuant to the Court's instruction on May 21, 2021 unredacted final versions of the written direct testimony of its experts in the above-captioned case. The redline annotations were inadvertently omitted for the following two documents:

- Written Direct Testimony of Professor Lorin Hitt (Ex. Expert 6) (ECF 742-1)
- Written Direct Testimony of James E. Malackowski (Ex. Expert 12) (ECF 742-6).

Apple hereby replaces the previously filed versions of Ex. Expert 6 (ECF 742-1) and Ex. Expert 12 (ECF 742-6) with the enclosed versions.

DATED: May 24, 2021                         GIBSON, DUNN & CRUTCHER LLP


By:     /s/ *Rachel S. Brass*
              Rachel S. Brass

*Attorney for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

1
NOTICE OF ERRATA REGARDING FILING OF UNREDACTED FINAL VERSIONS
OF EXPERT WRITTEN DIRECT TESTIMONY
CASE NO. 20-CV-05640-YGR