THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiff, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS PX-1017 AND PX-2946** |

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Apple Inc. ("Apple") moves the Court to partially seal Exhibits PX-1017 and PX-2946. These exhibits should be partially sealed because they reflect non-public Apple financial and business information that the Court has already ordered sealed in Trial Order No. 4 RE: (1) Administrative Motions to Seal; and (2) Partial Ruling on Expert Objections. *See* Dkt. 614.

Specifically, PX-1017 reflects the same non-public Apple financial data that the Court has ordered sealed at Figure 25 of the Written Direct Rebuttal Testimony of Michael I. Cragg, Ph.D. *See id.* at 6 (order sealing Cragg Rebuttal Figure 25 because it "contains Apple's confidential financial information"); *see also* Dkt. 509-11 at 46 (unredacted Cragg Figure 25 containing same, now-sealed non-public Apple confidential financial information reflected in Exhibit PX-1017). Likewise, PX-2946 reflects the same non-public Apple financial data and business information that the Court has ordered sealed at Figure 4 of the Written Direct Rebuttal Testimony of Michael I. Cragg, Ph.D. *See* Dkt. 614 at 5 (order sealing Cragg Rebuttal Figure 4 because it "contains Apple's confidential business information"); *see also* Dkt. 509-11 at 17 (unredacted Cragg Figure 4 containing same, now-sealed non-public Apple confidential business information reflected in Exhibit PX-2946).

Disclosure of Apple's (already-sealed) confidential financial and business information contained in Exhibits PX-1017 and PX-2946 would put Apple at a competitive disadvantage, as stated in the concurrently-filed Declaration of Rachel S. Brass.

Dated: May 24, 2021                                  Respectfully submitted,

                                                     GIBSON, DUNN & CRUTCHER LLP


                                                     By:     */s/ Rachel S. Brass*
                                                             Rachel S. Brass


                                                     Attorney for Defendant Apple Inc.