UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>　　　　　Plaintiff, Counter-defendant <br><br>　　v. <br><br>APPLE INC., <br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS PX-1017 AND EXHIBIT PX-2946** |

1    Defendant Apple Inc. ("Apple") has filed an Administrative Motion to Seal Exhibits PX-1047
2    and PX-2946 (the "Motion").  In support, Apple filed the supporting declaration of Rachel S. Brass.
3    Having considered the Motion, all associated declarations, exhibits, and any argument of
4    counsel, and for good cause appearing:
5    **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  Accordingly:
6    For the reasons articulated in the table below, selected portions of Exhibits PX-1047 and PX-
7    2946 shall remain under seal.

| Trial Exhibit No. | Reason for Sealing and Evidence Offered in Support | Grant or Deny |
|---|---|---|
| PX-1017 | Contains non-public financial/business information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 6–7; *see also* Dkt. 614 at 6 (order sealing Cragg Rebuttal Figure 25 because it "contains Apple's confidential financial information"); Dkt. 509-11 at 46 (unredacted Cragg Figure 25 containing same, now-sealed non-public Apple confidential financial information reflected in Exhibit PX-1017). | |
| PX-2946 | Contains non-public financial/business information that, if disclosed, would put Apple at a competitive disadvantage.  Brass Decl. ¶¶ 6–7; *see also* Dkt. 614 at 5 (order sealing Cragg Rebuttal Figure 4 because it "contains Apple's confidential business information"); Dkt. 509-11 at 17 (unredacted Cragg Figure 4 containing same, now-sealed non-public Apple confidential business information reflected in Exhibit PX-2946). | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS PX-1017 AND PX-2946,
4:20-CV-05640-YGR