UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-cv-5640-YGR<br><br>**[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EX. EXPERT 1** |

Pursuant to Civil Local Rule 79-5, Defendant Epic Games, Inc. filed an Administrative Motion to Seal Portions of Ex. Expert 1 (the "Administrative Motion"). In response, Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel S. Brass.

Having considered the Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED.** Accordingly,

(1) The unredacted versions of the documents sought to be sealed by the Administrative Motion shall remain under seal;

(2) The public shall only have access to the versions of the documents sought to be sealed by the Administrative Motion in which portions of the following pages have been redacted, in addition to the redactions the Court already deemed appropriate in Trial Order 4:

| Document or Portion of Document Sought to be Sealed | Reason for Redaction / Evidence Offered In Support of Sealing | Ruling |
|---|---|---|
| Evans Opening ¶ 151 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 7–9 | |
| Evans Opening Table 4 | Contains non-public financial information that, if disclosed, would put Apple at a competitive disadvantage / Brass Decl. ¶¶ 7–9 | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge