## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## BENCH TRIAL CIVIL MINUTES

| Date: 5/21/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**TIME: 8:00AM -10:16AM; 10:35AM-12:26PM; 1:16PM-2:25PM**

**Attorney for Plaintiff**: Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

**Deputy Clerk:** Frances Stone                    **Court Reporter:**
                                                   **PAM HEBEL (8:00AM)**
                                                    **DIANE SKILLMAN (1:15 PM)**
                                                   **RAYNEE MERCADO (10:35 AM)**

BENCH TRIAL BEGAN**: 5/3/2021**

### PROCEEDINGS

Case called. Discussion with counsel.
 Counsel to submit final findings fact/conclusions of law by 5/28/2021 by 12:00 noon PDT.


Defendant Apple attorney Veronica Moye **calls witness Tim Cook for Direct**.
Plaintiff Epic attorney Gary Bornstein Cross of witness Tim Cook.
**RECESS (20 minutes)**
Plaintiff Epic attorney Bornstein resumes Cross of witness Cook.
Defendant Apple attorney Moye Redirect of witness Cook. Plaintiff Epic attorney Bornstein Re-cross of witness Cook.  Redirect.  Court questions to witness Cook. Redirect. Re-cross. Witness excused from stand.
**RECESS(until 1:15pm)**
Plaintiff Epic attorney Brent Byars resumes **Cross of witness Aviel Rubin**. Defendant Apple attorney Jason Lo Redirect of witness Rubin. Re-Cross. Witness excused from the stand.
**PLAINTIFF RESTS.**
**DEFENDANT RESTS,**
Discussion with counsel. The Court states on the record all exhibits that have been admitted into evidence.
**RECESS FOR THE DAY. Further Bench Trial  Monday , May 24, 2021 at 8:00 AM.**
**EXHIBITS  ADMITTED IN EVIDENCE:**
**DEFENDANT:**
**DX 3084-A**
**DX 5573 (subject to sealing)**


*Continued on Page Two>>>>>>>>>>>>>>*

**PAGE TWO**
**BENCH TRIAL CIVIL MINUTES**

| Date: 5/21/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games  v.  Apple Inc. | |

**PLAINTIFF :**
**PX0089**
**PX 1721-video clip**
**PX 1677-video clip**
**PX 1725-video clip**
**PX 1678**
**PX1701**
**PX 1709**
**PX 1813**
**PX 1703**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**COURT STATES ON THE RECORD ALL EXHIBITS THAT HAVE BEEN**
**ADMITTED IN EVIDENCE IN THIS CASE:**

**6**
**9**
**30**
**41**
**42**
**43**
**46**
**47**
**48**
**56-A**
**52**
**56**
**57**
**58**
**59**
**60**
**61**
**62**
**63**
**64**
**66**
**72**
**79**
**80**

**PAGE THREE   EXHBITS ADMITTED IN EVIDENCE;**

**89**
**98**
**99**

**101**
**102**
**104**
**108**
**110**
**111**
**112**
**113**
**114**
**115**
**116**
**117**
**119**
**131**
**133**
**137**
**140**
**144**
**146**
**174**
**176**
**191**
**197**
**198**

**201**
**202**
**250**
**251**
**252**
**253**
**254**
**255**
**256**
**257**
**276**

**PAGE FOUR EXHIBITS ADMITTED IN EVIDENCE:**

**300**
**301**
**305**
**314**
**315**
**326**
**335**
**347**
**364**
**365**
**367**
**371**
**372**
**373**
**374**

**403**
**404**
**405**
**406**
**407**
**408**
**411**
**413**
**414**
**415**
**416**
**417**
**418**
**420**
**421**
**422**
**428**
**432**
**436**
**438**
**442**
**446**
**452**
**464**
**465**

**PAGE FIVE EXHIBITS ADMITTED INTO EVIDENCE:**

505
523
526
533
544
545

602
603
604
605
606
607
608
609
610
611
612
625
634

721
741
744
747
756

827
842
845
855
856
857
858
863
864
865
868
869
870
871
872

**PAGE SIX EXHIBITS ADMITTED INTO EVIDENCE:**

**874**
**875**
**876**
**877**
**879**
**880**
**881**
**882**
**883**
**886**
**888**
**890**
**892**
**897**
**898**

**1000**
**1001**
**1002**
**1003**
**1004**
**1005**
**1006**
**1007**
**1008**
**1009**
**1010**
**1011**
**1012**
**1017**
**1022**
**1023**
**1024**
**1025**
**1026**
**1027**
**1030**
**1031**
**1032**
**1034**
**1035**
**1036**
**1037**
**1045**

**PAGE SEVEN  EXHIBITS ADMITTED INTO EVIDENCE:**
**1047**
**1049**
**1050**
**1054**
**1055**
**1056**
**1057**
**1059**
**1061**
**1066**
**1069**
**1070**
**1074**
**1075**
**1076**
**1077**
**1078**
**1079**
**1080**
**1084**
**1085**
**1086**
**1087**
**1088**
**1089**
**1090**
**1091**
**1092**

**1164**
**1165**
**1182**
**1183**

**1220**

**1677**
**1678**
**1667**

**1701**
**1703**
**1709**
**1714**
**1721**

**PAGE EIGHT EXHIBITS ADMITTED INTO EVIDENCE:**

**1725**
**1813**
**1815**
**1817**
**1818**
**1849**
**1854**
**1855**
**1856**
**1883**
**1890**
**1891**
**1893**
**1894**
**1895**
**1896**
**1897**
**1899**

**1901**
**1906**
**1907**
**1908**
**1909**
**1910**
**1913**
**1914**
**1915**
**1916**
**1917**
**1918**
**1919**
**1920**
**1922**
**1932**
**1937**
**1938**
**1939**
**1940**
**1941**
**1947**
**1948**
**1949**

**PAGE NINE EXHIBITS ADMITTED INTO EVIDENCE:**

**1950**
**1978**

**2001**
**2016**
**2017**
**2029**
**2031**
**2048**
**2052**
**2057**
**2060**
**2062**
**2065**
**2076**
**2084**
**2090**
**2093**

**2109**
**2116**
**2118**
**2123**
**2125**
**2126**
**2142**
**2173**
**2174**
**2176**
**2185**
**2189**
**2190**
**2194**
**2197**

**2202**
**2217**
**2218**
**2235**
**2273**
**2274**
**2280**
**2284**
**2296**

**PAGE TEN EXHIBITS ADMITTED INTO EVIDENCE:**

**2300**
**2302**
**2303**
**2309**
**2311**
**2316**
**2325**
**2326**
**2328**
**2333**
**2337**
**2338**
**2350**
**2356**
**2362**
**2365**
**2366**
**2367**
**2371**
**2374**
**2378**
**2385**
**2386**
**2389**
**2390**
**2391**
**2392**

**2421**
**2435**
**2450**
**2451**
**2452**
**2455**
**2456**
**2457**
**2458**
**2463**
**2469**
**2476**
**2477**

**PAGE ELEVEN EXHIBITS ADMITTED INTO EVIDENCE:**

**2500**
**2508**
**2519**
**2529**
**2531**
**2534**
**2535**
**2545**
**2547**
**2557**
**2558**
**2567**
**2568**
**2569**
**2570**
**2575**
**2576**
**2577**
**2578**
**2579**
**2581**
**2582**
**2583**
**2584**
**2585**
**2587**
**2588**
**2589**
**2590**
**2591**
**2598**
**2599**

**2600**
**2601**
**2602**
**2603**
**2618**

**PAGE TWELVE EXHIBITS ADMITTED INTO EVIDENCE:**

**2619**
**2621**
**2622**
**2624**
**2668**

**2756**
**2776**
**2777**
**2778**
**2733**
**2790**

**2826**
**2882**

**2943**
**2946**
**2951**
**2952**
**2953**

**3052**
**3055**
**3060**
**3066**
**3067**
**3068**
**3069**
**3072**
**3077**
**3083**
**3084**
**3084-A**
**3094**
**3098**

**3115**
**3120**
**3122**
**3124**
**3125**
**3129**
**3131**

**PAGE THIRTEEN EXHIBITS ADMITTED INTO EVIDENCE:**
**3133**
**3134**
**3138**
**3140**
**3144**
**3150**
**3152**
**3161**
**3166**
**3174**
**3177**
**3179**
**3193**
**3197**
**3198**
**3199**

**3202**
**3216**
**3221**
**3222**
**3229**
**3230**
**3233**
**3241**
**3242**
**3243**
**3248**
**3254**
**3255**
**3256**
**3258**
**3269**
**3287**
**3293**
**3297**
**3298**

**3305**
**3308**
**3317**
**3324**
**3328**
**3332**
**3343**

**PAGE FOURTEEN EXHIBITS ADMITTED INTO EVIDENCE:**

**3359**
**3363**
**3364**
**3370**
**3390**
**3393**
**3399**

**3409**
**3411**
**3412**
**3414**
**3421**
**3422**
**3425**
**3426**
**3427**
**3433**
**3437**
**3441**
**3442**
**3448**
**3451**
**3453**
**3456**
**3457**
**3460**
**3462**
**3463**
**3464**
**3465**
**3467**
**3468**
**3472**
**3473**
**3478**
**3491**
**3494**

**3505**
**3512**
**3513**
**3519**
**3535**

**PAGE FIFTEEN EXHIBITS ADMITTTED INTO EVIDENCE:**

**3536**
**3550**
**3552**
**3556**
**3559**
**3582**
**3583**
**3584**
**3585**
**3592**
**3598**

**3606**
**3616**
**3620**
**3629**
**3632**
**3636**
**3639**
**3641**
**3642**
**3650**
**3657**
**3659**
**3660**
**3661**
**3664**
**3676**
**3679**
**3681**
**3684**
**3691**
**3695**
**3696**

**3706**
**3709**
**3710**
**3712**
**3724**
**3732**
**3733**
**3734**
**3743**

**PAGE SIXTEEN EXHBITS ADMITTED INTO EVIDENCE:**
**3746**
**3750**
**3756**
**3758**
**3760**
**3764**
**3765**
**3768**
**3774**
**3777**
**3778**
**3781**
**3782**
**3796**

**3800**
**3808**
**3811**
**3814**
**3815**
**3818**
**3823**
**3822**
**3836**
**3846**
**3851**
**3852**
**3867**
**3877**
**3879**

**3900**
**3901**
**3905**
**3906**
**3913**
**3917**
**3918**
**3922**
**3932**
**3933**
**3938**
**3943**
**3950**

**PAGE SEVENTEEN EXHIBITS ADMITTED INTO EVIDENCE:**
**3951**
**3955**
**3961**
**3968**
**3986**
**3989**
**3993**

**4002**
**4010**
**4011**
**4013**
**4015**
**4018**
**4022**
**4024**
**4028**
**4036**
**4063**
**4066**
**4069**
**4072**
**4074**
**4080**
**4088**
**4089-A**
**4094**
**4096**

**4114**
**4115**
**4116**
**4119**
**4120**
**4121**
**4128**
**4131**
**4133**
**4136**
**4138**
**4140**
**4154**
**4162**
**4167**

**PAGE EIGHTEEN EXHIBITS ADMITTED INTO EVIDENCE:**
**4168**
**4170**
**4172**
**4174**
**4177**
**4178**
**4192**
**4199**

**4200**
**4217**
**4219**
**4233**
**4239**
**4249**
**4270**
**4275**
**4278**
**4282**
**4285**
**4287**
**4231**

**4301**
**4302**
**4304**
**4308**
**4310**
**4312**
**4322**
**4325**
**4327**
**4329**
**4330**
**4331**
**4332**
**4333**
**4334**
**4335**
**4344**
**4348**
**4356**
**4361**
**4362**

**PAGE NINETEEN EXHBITS ADMITTED INTO EVIDENCE:**
**4363**
**4371**
**4374**
**4376**
**4384**
**4389**
**4399**

**4400**
**4401**
**4403**
**4407**
**4411**
**4419**
**4424**
**4425**
**4433**
**4434**
**4435**
**4447**
**4449**
**4451**
**4457**
**4463**
**4468**
**4469**
**4477**
**4480**
**4488**
**4489**
**4493**
**4495**
**4496**
**4497**
**4499**

**4519**
**4520**
**4521**
**4526**
**4530**
**4555**
**4558**

**PAGE TWENTY EXHIBITS ADMITTED INTO EVIDENCE:**

**4561**
**4564**
**4566**
**4569**
**4579**
**4581**
**4586**
**4595**

**4608**
**4610**
**4614**
**4616**
**1419**
**4623**
**4626**
**4627**
**4632**
**4637**
**4638**
**4641**
**4649**
**4650**
**4652**
**4661**
**4662**
**4663**
**4665**
**4669**
**4671**
**4672**
**4674**
**4679**
**4680**

**4713**
**4714**
**4715**
**4716**
**4753**
**4754**
**4755**
**4756**
**4757**
**4758**

**PAGE TWENTY-ONE EXHIBTS ADMITTED IN EVIDENCE:**

**4759**
**4760**
**4761**
**4763**
**4765**
**4766**
**4767**
**4769**
**4770**
**4771**
**4773**
**4774**
**4777**
**4780**
**4782**
**4786**
**4787**
**4792**
**4793**
**4794**
**4796**
**4797**
**4798**

**4800**
**4802**
**4803**
**4806**
**4807**
**4808**
**4809**
**4810**
**4811**
**4812**
**4813**
**4815**
**4816**
**4817**
**4818**
**4819**
**4822**
**4823**
**4824**
**4855**

**PAGE TWENTY-TWO EXHIBTS ADMITTED IN EVIDENCE:**

4856
4857
4858
4859
4861
4866
4868
4871
4876
4872
4875
4876
4878
4880

4909
4918
4920
4922
4931
4934
4956
4959
4962
4966
4969
4975
4976
4982

5322
5326
5335
5363

5447
5467
5469
5471
5472
5473
5474
5475

**PAGE TWENTY-THREE EXHIBTS ADMITTED IN EVIDENCE:**
**5476**
**5477**
**5478**
**5479**
**5480**
**5481**
**5482**
**5483**
**5484**
**5485**
**5486**
**5487**
**5488**
**5492**

**5505**
**5518**
**5523**
**5532**
**5535**
**5536**
**5539**
**5540**
**5542**
**5544**
**5546**
**5548**
**5549**
**5550**
**5552**
**5555**
**5556**
**5557**
**5558**
**5559**
**5560**
**5561**
**5562**
**5567**
**5568**
**5573**

**5627**