# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Toni Alford |
| 2a. CONTACT PHONE NUMBER | (312) 494-4133 |
| 3. CONTACT EMAIL ADDRESS | Toni.Alford@BartlitBeck.com |
| 1b. ATTORNEY NAME (if different) | Karma M. Giulianelli |
| 2b. ATTORNEY PHONE NUMBER | (303) 592-3165 |
| 3. ATTORNEY EMAIL ADDRESS | Karma.Giulianelli@BartlitBeck.com |
| 4. MAILING ADDRESS | Bartlit Beck LLP, 1801 Wewetta St. Suite 1200, Denver, Colorado 80202 |
| 5. CASE NAME | Epic Games Inc. v. Apple |
| 6. CASE NUMBER | 4:20-cv-5640 |
| 7. COURT REPORTER NAME | Diane Skillman |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis
☑ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED:**

a. HEARING(S) — b. SELECT FORMAT(S) — c. DELIVERY TYPE

| DATE | JUDGE (initials) | TYPE | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/12/21 | YGR | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 5/13/21 | YGR | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 5/14/21 | YGR | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 5/17/21 | YGR | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 5/18/21 | YGR | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 5/19/21 | YGR | Trial | | ● | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Please send all daily transcripts going forward until the end of the trial.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Karma M. Giulianelli
12. DATE: 5/21/2021

Clear Form    Save as new PDF