# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### BENCH TRIAL CIVIL MINUTES

| Date: 5/24/2021 | Time: 8:00AM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-5640-YGR | Case Name: Epic Games v. Apple Inc. | |

**TIME:** 8:00AM -10:30AM; 10:47AM-11:50PM

**Attorney for Plaintiff:** Lead counsel: Katherine Forrest and Gary Bornstein

**Attorney for Defendant:** Lead counsel Richard Doren and Karen Dunn and Veronica Moye

| **Deputy Clerk:** Frances Stone | **Court Reporter:** DIANE SKILLMAN (8:00AM) PAM HEBEL(10:47AM) |
|---|---|

BENCH TRIAL BEGAN**: 5/3/2021**

## PROCEEDINGS

Case called. Discussion with counsel.

Oral Argument HELD.

**BENCH TRIAL ENDED 5/24/2021**