1 | PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
2 | **FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
3 | 27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
4 | Facsimile: (415) 591-7510

5 | CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
6 | KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
7 | GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
8 | YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
9 | LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
10 | M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
11 | **CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
12 | New York, New York 10019
Telephone: (212) 474-1000
13 | Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF FULL SET OF EXPERT WRITTEN DIRECT TESTIMONY** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

EPIC GAMES, INC.'S NOTICE OF SUBMISSION OF FULL SET OF EXPERT WRITTEN
DIRECT TESTIMONY
Case No. 4:20-cv-05640-YGR-TSH

PLEASE TAKE NOTICE that Epic Games, Inc. hereby submits, for the convenience of the Court and the public, a full set of its expert written direct testimony as follows:

- Written Direct Testimony of Dr. David S. Evans (Ex. Expert 1);
- Written Direct Testimony of Ned S. Barnes, CPA (Ex. Expert 2);
- Written Direct Testimony of Peter E. Rossi, Ph.D. (Ex. Expert 3);
- Written Direct Testimony of Dr. Susan Athey (Ex. Expert 4), subject to the Court's resolution of Epic Games, Inc.'s Brief Regarding Dr. Susan Athey's Written Direct Testimony (ECF No. 722) and Apple Inc.'s Motion To Strike Dr. Susan Athey's Written and Oral Expert Testimony (ECF No. 721);
- Written Direct Testimony of Dr. James W. Mickens (Ex. Expert 5);
- Rebuttal Written Direct Testimony of Michael I. Cragg, Ph.D. (Ex. Expert 13), subject to the Court's resolution of Apple Inc.'s Motion To Strike Written and Oral Testimony of Dr. Michael I. Cragg Regarding Foreign Regulatory Submissions of a Non-Party (ECF Nos. 657, 697, 703 and 706); and
- Rebuttal Written Direct Testimony of Dr. David S. Evans (Ex. Expert 16).

Unredacted versions of Exs. Expert 1, 2, 3, 13 and 16 will be filed under seal.

Dated: May 28, 2021

CRAVATH, SWAINE & MOORE LLP

Christine Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars

Respectfully submitted,

By: */s/ M. Brent Byars*
    M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*