PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
27th Floor San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

1    Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiff Epic Games, Inc. ("Epic")
2  hereby moves the Court to issue an administrative order on the filing under seal of certain
3  portions of Epic's Proposed Findings of Fact and Conclusions of Law.  In accordance with this
4  Court's Local Rules, a public redacted version of Epic's Proposed Findings of Fact and
5  Conclusions of Law has been filed using the ECF system for the Northern District of
6  California.
7    Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a
8  party "establishes that the documents, or portions thereof, are privileged, protectable as a trade
9  secret or otherwise entitled to protection under the law".  Civ. L.R. 79-5(b).  "A strong
10 presumption of access to judicial records applies fully to dispositive pleadings" and
11 "'compelling reasons' must be shown to seal judicial records attached to a dispositive motion".
12 *Kamakana v. City & Cnty. of Honolulu*, 447 F3d 1172, 1179 (9th Cir. 2006) (citations omitted).
13 Because "[f]indings of fact and conclusions of law may support a dispositive order",
14 compelling reasons are required here.  *Washington v. Franciscan Health Sys.*, No. C17-5690,
15 2019 WL 3494382, at *2 (W.D. Wash. Mar. 12, 2019).
16    The redacted portions, which are highlighted in the under seal version of the document
17 submitted herewith, quote or reproduce materials that the Court has ordered sealed in a prior
18 Trial Order or Pretrial Order or that are subject to a sealing request.  The affected portions are
19 identified in the Declaration of M. Brent Byars submitted herewith.

Dated: May 28, 2021                    CRAVATH, SWAINE & MOORE LLP

                                                    Christine Varney
                                                    Katherine B. Forrest
                                                    Gary A. Bornstein
                                                    Yonatan Even
                                                    Lauren A. Moskowitz
                                                    M. Brent Byars

                                          Respectfully submitted,

                                          By:   */s/ M. Brent Byars*
                                                   M. Brent Byars

                                          *Attorneys for Plaintiff and Counter-defendant*
                                          *Epic Games, Inc.*