1   PAUL J. RIEHLE (SBN 115199)
    paul.riehle@faegredrinker.com
2   **FAEGRE DRINKER BIDDLE & REATH LLP**
    Four Embarcadero Center
3   27th Floor San Francisco, CA 94111
    Telephone: (415) 591-7500
4   Facsimile: (415) 591-7510

5   CHRISTINE A. VARNEY (*pro hac vice*)
    cvarney@cravath.com
6   KATHERINE B. FORREST (*pro hac vice*)
    kforrest@cravath.com
7   GARY A. BORNSTEIN (*pro hac vice*)
    gbornstein@cravath.com
8   YONATAN EVEN (*pro hac vice*)
    yeven@cravath.com
9   LAUREN A. MOSKOWITZ (*pro hac vice*)
    lmoskowitz@cravath.com
10  M. BRENT BYARS (*pro hac vice*)
    mbyars@cravath.com
11  **CRAVATH, SWAINE & MOORE LLP**
    825 Eighth Avenue
12  New York, New York 10019
    Telephone: (212) 474-1000
13  Facsimile: (212) 474-3700

14  *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>　　　　Plaintiff, Counter-defendant, <br>　　v. <br>APPLE INC., <br><br>　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Trial: May 3, 2021 |

1  I, M. Brent Byars, declare as follows:

2  1. I am a Senior Attorney at Cravath, Swaine & Moore LLP, counsel to Epic
Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court
*pro hac vice*.

2. I submit this declaration pursuant to Civil Local Rule 79-5. The contents of this declaration are based on my personal knowledge.

3. Epic's Proposed Findings of Fact and Conclusions of Law quote or reproduce materials that the Court has ordered sealed in a prior Trial Order or Pretrial Order or that are subject to a sealing request. The following Table shows the affected portions and the corresponding Trial Order, Pretrial Order or sealing request.

| Proposed Findings of Fact and Conclusions of Law Paragraph or Footnote Number | Relevant Trial Order, Pretrial Order or Pending Sealing Request |
|---|---|
| Findings of Fact ¶ 16 | Dkt. No. 614 |
| Findings of Fact ¶ 36 | Sealed Trial Transcript (Evans) |
| Findings of Fact ¶ 37 | Dkt. No. 729 (pending) |
| Findings of Fact ¶ 48 | Dkt. No. 715 |
| Findings of Fact ¶ 53 | Dkt. No. 715 |
| Findings of Fact ¶ 73 n.2 | Dkt. No. 715 |
| Findings of Fact ¶ 120(b) | Dkt. No. 715 |
| Findings of Fact ¶ 120(c) | Dkt. No. 613 |
| Findings of Fact ¶ 121(a) | Dkt. No. 715 |
| Findings of Fact ¶ 121(b) | Dkt. No. 715 |
| Findings of Fact ¶ 129(e) | Dkt. Nos. 609, 729 (pending) |
| Findings of Fact ¶ 129(f) | Dkt. No. 609 |
| Findings of Fact ¶ 132(b) | Dkt. No. 614 |
| Findings of Fact ¶ 134 | Dkt. No. 729 (pending) |
| Findings of Fact ¶ 177(a) | Dkt. No. 609 |

| | |
|---|---|
| Findings of Fact ¶ 211(c) | Dkt. No. 715 |
| Findings of Fact ¶ 236 | Dkt. No. 715 |
| Findings of Fact ¶ 247(d) | Sealed Trial Transcript (Patel) |
| Findings of Fact ¶ 247(e) | Sealed Trial Transcript (Patel) |
| Findings of Fact ¶ 248(b) | Sealed Trial Transcript (Patel) |
| Findings of Fact ¶ 248(f) | Sealed Trial Transcript (Patel) |
| Findings of Fact ¶ 252(i) | Dkt. No. 577 |
| Findings of Fact ¶ 277 | Dkt. No. 715 |
| Findings of Fact ¶ 278 | Dkt. No. 715 |
| Findings of Fact ¶ 279 | Dkt. No. 715 |
| Findings of Fact ¶ 281 | Dkt. No. 715 |
| Findings of Fact ¶ 282 | Dkt. No. 715 |
| Findings of Fact ¶ 284 | Dkt. No. 715 |
| Findings of Fact ¶ 290 n.8 | Dkt. No. 614 |
| Findings of Fact ¶ 291(b) | Dkt. No. 613<br>Sealed Trial Transcript (Sweeney)<br>Sealed Trial Transcript (Evans) |
| Findings of Fact ¶ 291(c) | Sealed Trial Transcript (Wright) |
| Findings of Fact ¶ 291(d) | Sealed Trial Transcript (Evans) |
| Findings of Fact ¶ 291(e) | Sealed Trial Transcript (Evans) |
| Findings of Fact ¶ 293(b) | Dkt. No. 614 |
| Findings of Fact ¶ 293(d) | Dkt. No. 614 |
| Findings of Fact ¶ 295(e) | Dkt. No. 729 (pending) |
| Findings of Fact ¶ 295(h) | Dkt. No. 729 (pending) |
| Findings of Fact ¶ 297(g) | Sealed Trial Transcript (Wright) |
| Findings of Fact ¶ 298 | Dkt. No. 547 (deferred until trial) |

| | |
|---|---|
| Findings of Fact ¶ 300 | Dkt No. 614 |
| Findings of Fact ¶ 313(c) | Dkt. No. 613 |
| Findings of Fact ¶ 322(b) | Dkt. No. 609 |
| Findings of Fact ¶ 333(c) | Dkt. No. 715 |
| Findings of Fact ¶ 359(c) | Dkt. No. 594 |
| Findings of Fact ¶ 360(c) | Dkt. No. 609 |
| Findings of Fact ¶ 361(f) | Dkt. No. 609 |
| Findings of Fact ¶ 365 | Dkt. No. 738 (pending) |
| Findings of Fact ¶ 366(c) | Dkt. No. 738 (pending) |
| Findings of Fact ¶ 380 | Dkt. No. 729 (pending) |
| Findings of Fact ¶ 417 | Dkt. No. 715 |
| Findings of Fact ¶ 454(d) | Dkt. No. 564 |
| Findings of Fact ¶ 471 | Dkt. No. 609 |
| Findings of Fact ¶ 506 | Dkt. No. 715 |
| Findings of Fact ¶ 634 | Dkt. No. 738 (pending) |
| Findings of Fact ¶ 669 | Dkt. No. 738 (pending) |
| Findings of Fact ¶ 706 | Dkt. No. 738 (pending) |
| Findings of Fact ¶ 707 | Dkt. No. 613 |
| Findings of Fact ¶ 718 | Dkt. No. 738 (pending) |
| Conclusions of Law ¶ 18 | Dkt. No. 715 |
| Conclusions of Law ¶ 19 | Dkt. Nos. 609, 715, 729 (pending) |
| Conclusions of Law ¶ 60 | Dkt. No. 715 |
| Conclusions of Law ¶ 96 | Dkt. Nos. 609, 715, 729 (pending) |
| Conclusions of Law ¶ 119 | Dkt. No. 715 |
| Conclusions of Law ¶ 120 | Dkt. No. 715 |
| Conclusions of Law ¶ 123 | Dkt. No. 729 (pending) |

| Conclusions of Law ¶ 300 | Dkt. No. 715 |
| --- | --- |
| Conclusions of Law ¶ 338 | Dkt. No. 715 |
| Conclusions of Law ¶ 396 | Dkt. Nos. 547, 609 |
| Conclusions of Law ¶ 412 | Dkt. No. 729 (pending) |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 28, 2021 in Town of Brookhaven, New York.

                                      */s/ M. Brent Byars*
                                      M. Brent Byars