1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SEAL** Judge: Hon. Yvonne Gonzalez Rogers |

Having considered Epic Games, Inc.'s Administrative Motion to Seal Portions of its Proposed Findings of Fact and Conclusions of Law and the Declaration in Support of the Administrative Motion, pursuant to Local Rules 7-11 and 79-5(d);

IT IS HEREBY ORDERED:

| Proposed Findings of Fact and Conclusions of Law Paragraph or Footnote Number | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Findings of Fact ¶ 16 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 36 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 37 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 48 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 53 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 73 n.2 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 120(b) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 120(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 121(a) | Byars Declaration ¶ 3 | |

[PROPOSED] ORDER ON MOTION TO SEAL
Case No.: 4:20-cv-05640-YGR-TSH

| | | |
|---|---|---|
| Findings of Fact ¶ 121(b) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 129(e) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 129(f) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 132(b) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 134 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 177(a) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 211(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 236 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 247(d) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 247(e) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 248(b) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 248(f) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 252(i) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 277 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 278 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 279 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 281 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 282 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 284 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 290 n.8 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 291(b) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 291(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 291(d) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 291(e) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 293(b) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 293(d) | Byars Declaration ¶ 3 | |

| | | |
|---|---|---|
| Findings of Fact ¶ 295(e) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 295(h) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 297(g) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 298 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 300 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 313(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 322(b) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 333(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 359(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 360(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 361(f) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 365 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 366(c) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 380 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 417 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 454(d) | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 471 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 506 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 634 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 669 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 706 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 707 | Byars Declaration ¶ 3 | |
| Findings of Fact ¶ 718 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 18 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 19 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 60 | Byars Declaration ¶ 3 | |

| Conclusions of Law ¶ 96 | Byars Declaration ¶ 3 | |
| --- | --- | --- |
| Conclusions of Law ¶ 119 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 120 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 123 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 300 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 338 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 396 | Byars Declaration ¶ 3 | |
| Conclusions of Law ¶ 412 | Byars Declaration ¶ 3 | |

**IT IS SO ORDERED.**

DATED:

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE