THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW, 4:19-cv-03074-YGR

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 79-5, Defendant Apple Inc. ("Apple") moves the Court to partially seal its Proposed Findings of Fact and Conclusions of Law. Apple respectfully requests that the Court seal information from trial exhibits and other trial testimony which the Court has already ordered sealed. Apple's proposed redactions of that information are highlighted in [YELLOW] in the attached unredacted version. In addition, Apple has provisionally redacted information designated as confidential by Epic and third parties which the Court previously ordered sealed or is subject to a pending motion to seal. Provisional proposed redactions of that information are highlighted in [BLUE] in the attached unredacted version.

Federal Rule of Civil Procedure 26(c), generally, provides the "compelling reasons" standard for the purposes of sealing documents attached to a dispositive motion or presented at trial. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The test applied is whether a party has articulated compelling reasons "that outweigh the general history of access and the public policies favoring disclosure." *Id*. at 1178–79.

Here, Apple has met this standard by narrowly tailoring its sealing request to include only that Apple confidential information derived from trial exhibits and trial testimony which this Court previously ordered sealed. *See* Brass Decl. ¶ 8. Additionally, Apple's Findings of Fact and Conclusions of Law also includes information that the Court previously ordered sealed or that is subject to a pending motion to seal from Epic or a third party. *See* Brass Decl. ¶ 9. Apple takes no position on whether the Epic or third party information meets the standard for sealing at this time, but is filing the designated information under seal pursuant to the Court's orders. *Id*. Pursuant to Local Rule 79-5(e)(1), Epic and any third parties have four days to file a declaration establishing that the material is "sealable" (as defined in Local Rule 79-5(b)).

## CONCLUSION

For the foregoing reasons, Apple respectfully requests that the Court partially seal the identified information.

Gibson, Dunn & Crutcher LLP

1

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW, 4:19-CV-03074-YGR

Dated: May 28, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Rachel S. Brass*
      Rachel S. Brass

Attorney for Defendant Apple Inc.

Gibson, Dunn & Crutcher LLP

2

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW, 4:19-CV-03074-YGR