UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>        Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br>        Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR <br><br> **[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

1   Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Administrative Motion
2   to Partially Seal Its Findings of Fact and Conclusions of Law (the "Administrative Motion").  In
3   support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel Brass.
4   Having considered the Administrative Motion, all associated declarations, exhibits, and any
5   argument of counsel, and for good cause appearing:
6   **IT IS HEREBY ORDERED** that Defendant's Administrative Motion is **GRANTED.**
7   Accordingly,
8   (1)   The unredacted versions of the documents sought to be sealed by the Administrative
9   Motion shall remain under seal;
10  (2)   The public shall only have access to the versions of the documents sought to be sealed
11  by the Administrative Motion in which portions of the following pages have been redacted:

| Paragraph of Proposed Findings of Fact | Reason for Redaction | Grant or Deny |
|---|---|---|
| 118.1 | Previously ordered sealed.  *See* Dkt. 613. | |
| 138 | Previously ordered sealed.  *See* Dkt. 613. | |
| 225 | Previously ordered sealed.  *See* Dkt. 614. | |
| 343 | Previously ordered sealed.  *See* Dkt. 613, 614. | |
| 347 | Previously ordered sealed.  *See* Dkt. 715. | |
| 360 | Previously ordered sealed.  *See* Dkt. 715. | |
| 363 | Previously ordered sealed.  *See* Dkt. 715. | |
| 399.6 | Previously ordered sealed.  *See* Dkt. 715. | |
| 481 | Part of sealed trial transcript. | |
| 491 | Part of sealed trial transcript. | |
| 498 | Previously ordered sealed.  *See* Dkt. 614. | |
| 590 | Previously ordered sealed.  *See* Dkt. 715. | |
| 669 | Previously ordered sealed.  *See* Dkt. 614. | |
| 142 | Previously ordered sealed.  *See* Dkt. 614. | |
| 143 | Previously ordered sealed.  *See* Dkt. 614. | |
| 165.4 | Previously ordered sealed.  *See* Dkt. 715. | |
| 232 | Previously ordered sealed.  *See* Dkt. 564. | |
| 249.19.1 | Previously ordered sealed.  *See* Dkt. 715. | |
| 249.19.3 | Previously ordered sealed, s*ee* Dkt. 613 and 564, and part of sealed trial transcript. | |
| 267.1 | Previously ordered sealed.  *See* Dkt. 613. | |
| 271.2 | Part of sealed trial transcript. | |
| 273.1 | Part of sealed trial transcript. | |
| 332 | Information derived from DX-4909 which was previously ordered sealed.  *See* Dkt. 547. | |
| 344.1 | Previously ordered sealed.  *See* Dkt. 547. | |

| Paragraph of Proposed Findings of Fact | Reason for Redaction | Grant or Deny |
|---|---|---|
| 355.2 | Portions previously ordered sealed, *see* Dkt. 715, and portion related to DX-3437 which the Court indicated it was inclined to seal, *see* Dkt. 564. | |
| 356 | Samsung previously moved to seal DX- 4335, and portions of DX-4457 were previously ordered sealed. S*ee* Dkt. 564. | |
| 363 | Previously ordered sealed. *See* Dkt. 614. | |
| 372 | Epic previously moved to seal. *See* Dkt. 731. | |
| 380.1 | Previously ordered sealed, s*ee* Dkt. 547, and part of sealed trial transcript. | |
| 381 | Previously ordered sealed as to part, *see* Dkt. 547 and 715, Court indicated it was inclined to seal as to part, *see* Dkt. 547, and Epic or Third Party designation. | |
| 399.2 | The Court indicated it was inclined to seal. *See* Dkt. 547. | |
| 399.3 | The Court indicated it was inclined to seal. *See* Dkt. 547. | |
| 477 | Previously ordered sealed, s*ee* Dkt. 613, and part of sealed trial transcript. | |
| 505 | Previously ordered sealed. *See* Dkt. 547. | |
| 518.2 | Epic previously moved to seal. *See* Dkt. 731. | |
| 534.3 | Previously ordered sealed. *See* Dkt. 613. | |
| 536 | Previously ordered sealed. *See* Dkt. 547 | |
| 593 | Previously ordered sealed. *See* Dkt. 614. | |
| 657 | Part of sealed trial transcript. | |
| 697.1 | Previously ordered sealed, s*ee* Dkt. 613, and part of sealed trial transcript. | |
| **Paragraph of Conclusions of Law** | **Reason for Redaction** | **Grant or Deny** |
| 42 | Information derived from DX-3918 which was previously ordered sealed. *See* Dkt. 564. | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW

2