THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DEFENDANT APPLE INC.'S FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

The parties submitted their initial proposed findings of fact and conclusions of law on April 7, 2021, before trial began.  Dkt. 407 (Epic); Dkt. 410 (Apple).  The Court then heard 15 days of trial testimony between May 3 and May 21 (Trial Tr. 87:15–4027:16), received more than 10 hours of deposition designations (Dkts. 492, 495), and admitted more than 800 exhibits both in open court and on stipulation (*see* Dkt. 751).  The parties also filed written direct testimony from their respective experts.  Dkts. 490, 508.  And on May 24, 2021, the Court presided over a hearing at which counsel for each party responded to the Court's questions.  Trial Tr. 4061:8–4191:22.

At the close of evidence, the Court directed the parties to file final versions of their proposed findings of fact and conclusions of law by May 28, 2021.  As of the date of this submission, the Court has not ruled on four pending motions that could affect the matters set forth below.  *See* Dkt. 602 (Apple's Motion for an Adverse Credibility Finding); Dkt. 657 (Apple's Motion to Strike Written and Oral Testimony of Dr. Michael I. Cragg Regarding Foreign Regulatory Submissions of a Non-Party); Dkt. 708 (Apple's Motion for Judgment on Partial Findings); Dkt. 721 (Apple's Motion to Strike Dr. Susan Athey's Written and Oral Expert Testimony).

Accordingly, Apple Inc. respectfully submits its final proposed findings of fact and conclusions of law.

DATED:  May 28, 2021          By     */s/ Mark A. Perry*_____
                                            GIBSON, DUNN & CRUTCHER LLP
                                            Theodore J. Boutrous Jr.
                                            Richard J. Doren
                                            Daniel G. Swanson
                                            Mark A. Perry
                                            Veronica S. Moyé
                                            Cynthia E. Richman
                                            Jay P. Srinivasan
                                            Ethan D. Dettmer
                                            Rachel S. Brass

                                            *Attorneys for Apple Inc.*