| | |
|---|---|
| 1 | PAUL J. RIEHLE (SBN 115199) |
| | paul.riehle@faegredrinker.com |
| 2 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | Four Embarcadero Center |
| 3 | 27th Floor San Francisco, CA 94111 |
| | Telephone: (415) 591-7500 |
| 4 | Facsimile: (415) 591-7510 |
| 5 | CHRISTINE A. VARNEY (*pro hac vice*) |
| | cvarney@cravath.com |
| 6 | KATHERINE B. FORREST (*pro hac vice*) |
| | kforrest@cravath.com |
| 7 | GARY A. BORNSTEIN (*pro hac vice*) |
| | gbornstein@cravath.com |
| 8 | YONATAN EVEN (*pro hac vice*) |
| | yeven@cravath.com |
| 9 | LAUREN A. MOSKOWITZ (*pro hac vice*) |
| | lmoskowitz@cravath.com |
| 10 | M. BRENT BYARS (*pro hac vice*) |
| | mbyars@cravath.com |
| 11 | **CRAVATH, SWAINE & MOORE LLP** |
| | 825 Eighth Avenue |
| 12 | New York, New York 10019 |
| | Telephone: (212) 474-1000 |
| 13 | Facsimile: (212) 474-3700 |
| 14 | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **CERTIFICATE OF SERVICE** |
| v. | The Honorable Yvonne Gonzalez Rogers |
| APPLE INC., | Trial: May 3, 2021 |
| Defendant, Counterclaimant. | |

1    I declare that I am a Senior Attorney with the law firm of Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York. I am Counsel of Record for Epic Games, Inc.

I declare that on May 28, 2021, I caused to be served via electronic transmission Epic's Motion to Seal Portions of its Proposed Findings of Fact and Conclusions of Law submitted therewith to Apple Inc.

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for this case. I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED: May 28, 2021

*/s/ M. Brent Byars*
M. Brent Byars