QUINN EMANUEL URQUHART & SULLIVAN, LLP
Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Non-Party*
*Samsung Electronics Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                    Plaintiff, Counter-Defendant,<br><br>              v.<br><br>APPLE INC.,<br><br>                    Defendant, Counterclaimant. | CASE NO. 4:20-cv-05640-YGR<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL ITS FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

**DECLARATION OF VICTORIA MAROULIS**

I, Victoria F. Maroulis, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Samsung Electronics Co., Ltd. ("SEC") in the above-captioned action. I make this declaration pursuant to Northern District of California Civil Local Rule 79-5(e)(1) in support of Apple Inc.'s ("Apple") administrative motion to partially seal its findings of fact and conclusions of law. I know the facts stated herein based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On May 28, 2021, Apple filed an Administrative Motion to Seal, which sought to seal portions of its Final Proposed Findings of Fact and Conclusions of Law that referenced confidential SEC information. (ECF No. 778-4). The specific paragraphs containing SEC confidential information and referencing exhibits and trial transcripts that had been previously ordered sealed or requested to be filed under seal are: ¶ 249.19.3, ¶ 271.2, ¶ 273.1, ¶ 356 , ¶ 657, and ¶ 697.1.

3. Pursuant to this Court's prior sealing Orders and for the reasons previously stated in the April 30, 2021 Declaration of Kyu Sung Lee (ECF No. 561-1), SEC hereby respectfully requests that portions of the above paragraphs containing SEC confidential information highlighted in Apple's Final Proposed Findings of Fact and Conclusions of Law (Dkt. 778-4) remain under seal.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. This declaration was executed this 29th day of May 2021, in Palo Alto, California.

                                    */s/Victoria F. Maroulis*
                                    Victoria F. Maroulis