```
1   DWIGHT C. DONOVAN (SBN 114785)
    ddonovan@foxrothschild.com
2   FOX ROTHSCHILD LLP
    345 California Street, Suite 2200
3   San Francisco, California 94104
    Telephone:   415.364.5540
4   Facsimile:   415.391.4436

5   Attorneys for Non-Party Valve
    Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION, | Case No. 11-cv-06714-YGR (TSH) |
| DONALD R. CAMERON, et al., <br>         Plaintiffs, <br>   v. <br> APPLE INC., <br>         Defendant. | Case No. 19-cv-03074-YGR (TSH) |
| EPIC GAMES, INC., <br>   v. <br>         Plaintiff and Counter-Defendant, <br> APPLE INC., <br>         Defendant and Counterclaimant. | Case No. 20-cv-5640-YGR (TSH) <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Dwight C. Donovan of Fox Rothschild LLP hereby appears on behalf of non-party Valve Corporation in the above matter. Mr. Donovan's

///

///

1  contact information is set forth above and it is requested that he be added to the service
2  list.
3        Dated:  June 3, 2021.
4                                              FOX ROTHSCHILD LLP
5
6                                              By _____
7                                              DWIGHT C. DONOVAN
                                               Attorneys for Non-Party Valve Corporation