# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

COURT USE ONLY
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Karen Morris
**1b. ATTORNEY NAME (if different):**
**2a. CONTACT PHONE NUMBER:** (925) 725-8002
**2b. ATTORNEY PHONE NUMBER:**
**3. CONTACT EMAIL ADDRESS:** klmorris@qualcomm.com
**3. ATTORNEY EMAIL ADDRESS:**
**4. MAILING ADDRESS:** Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, CA 92121
**5. CASE NAME:** Epic Games, Inc. v. Apple Inc.
**6. CASE NUMBER:** 4:20-cv-05640
**7. COURT REPORTER NAME:** Diane Skillman
**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL  ☑ CIVIL

**9. TRANSCRIPT(S) REQUESTED:**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 05/03/2021 | YGR | Trial | |
| to | | | |
| 05/24/2021 | YGR | Trial | |

**b. SELECT FORMAT(S):** PDF (email) selected for both rows
**c. DELIVERY TYPE:** 3-DAY selected for 05/24/2021 row; (format column shows PDF marked)

**10. ADDITIONAL COMMENTS:** Requesting entire transcript of trial. Thank you.

**11. SIGNATURE:** /s/ Karen Morris
**12. DATE:** 06/01/2021