PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant*, vs. APPLE INC., *Defendant, Counterclaimant.* | No. 4:20-CV-05640-YGR-TSH **TRIAL TRANSCRIPT ERRATA** Trial Date: May 3, 2021 Courtroom: 1, 4th Floor Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the parties' discussion with the Court on Friday, May 21, 2021, and the parties' subsequent conferral, the parties submit the below list of errata to the daily trial transcripts.

| Trial Day (Date) | Page | Line | Original | Correction | Witness |
|---|---|---|---|---|---|
| Day 1 (5/3) | 94 | 5' | "enabled" | "enables" | Sweeney |
| Day 1 (5/3) | 108 | 18' | "game in which" | "game, which" | Sweeney |
| Day 2 (5/4) | 307 | 15' | "is" | "as" | Sweeney |
| Day 2 (5/4) | 427 | 8' | "Mac PC" | "Mac or PC" | Patel |
| Day 2 (5/4) | 427 | 12' | "access play games" | "access to play games" | Patel |
| Day 2 (5/4) | 433 | 20' | "destroying" | "displaying" | Patel |
| Day 2 (5/4) | 434 | 2' | "natural effects" | "network effects" | Patel |
| Day 2 (5/4) | 434 | 11-12' | "natural effects" | "network effects" | Patel |
| Day 2 (5/4) | 446 | 3' | "I've seen that as on some providers' websites." | "I've see that on some providers' websites." | Patel |
| Day 2 (5/4) | 453 | 8-10' | "I have retweeted others on what the complete text of that tweet was." | "I have retweeted others.  I'd have to look what the complete text of that tweet was." | Patel |
| Day 2 (5/4) | 456 | 12' | "process" | "processing" | Patel |
| Day 2 (5/4) | 461 | 18' | "relation's" | "relations" | Patel |
| Day 2 (5/4) | 462 | 4' | "Rainbow Seat 6" | "Rainbow Six Siege" | Patel |
| Day 2 (5/4) | 467 | 9' | "games" | "gamers" | Patel |
| Day 2 (5/4) | 469 | 22' | "substantive" | "subset of" | Patel |
| Day 2 (5/4) | 470 | 6' | "matrix" | "metrics" | Patel |
| Day 2 (5/4) | 474 | 16' | "services" | "service is" | Patel |
| Day 2 (5/4) | 475 | 9' | "in-App purchase" | "the browser" | Patel |

| Trial Day (Date) | Page | Line | Original | Correction | Witness |
|---|---|---|---|---|---|
| Day 3 (5/5) | 526 | 8' | "servers" | "service" | Patel |
| Day 3 (5/5) | 546 | 23' | "by" | "buy" | Wright |
| Day 3 (5/5) | 556 | 11' | "not" | "now" | Wright |
| Day 3 (5/5) | 565 | 17' | "screen internet" | "screen and internet" | Wright |
| Day 3 (5/5) | 571 | 6' | "wrote" | "were" | Wright |
| Day 3 (5/5) | 578 | 15' | "do" | "don't" | Wright |
| Day 3 (5/5) | 579 | 9' | "app stores" | "App Store" | Wright |
| Day 3 (5/5) | 606 | 14' | "are" | "aren't" | Wright |
| Day 3 (5/5) | 610 | 4' | "Shawn Pudden" | "Shaan Pruden" | Wright |
| Day 3 (5/5) | 610 | 6' | "Shawn" | "Shaan" | Wright |
| Day 3 (5/5) | 610 | 8' | "Shawn" | "Shaan" | Wright |
| Day 3 (5/5) | 617 | 22' | "Two" | "too" | Wright |
| Day 3 (5/5) | 617 | 23' | "Two" | "too" | Wright |
| Day 3 (5/5) | 725 | 8' | "Sionics" | "Psyonix" | Grant |
| Day 3 (5/5) | 725 | 15' | "Sionics" | "Psyonix" | Grant |
| Day 3 (5/5) | 730 | 10' | "want to fight" | "modify" | Grant |
| Day 3 (5/5) | 734 | 23' | "that's" | "that" | Grant |
| Day 3 (5/5) | 738 | 6' | "consent" | "content" | Grant |
| Day 4 (5/6) | 824 | 7-8' | "respect communications" | "respect to communications" | Ko |
| Day 4 (5/6) | 851 | 13' | "with an" | "within" | Fischer |
| Day 4 (5/6) | 860 | 16' | "do" | "to" | Fischer |
| Day 4 (5/6) | 889 | 13' | "the next the" | "the next" | Fischer |

| Trial Day (Date) | Page | Line | Original | Correction | Witness |
|---|---|---|---|---|---|
| Day 4 (5/6) | 895 | 14' | "2115" | "2015" | Fischer |
| Day 4 (5/6) | 898 | 7' | "lawer" | "launder" | Fischer |
| Day 4 (5/6) | 898 | 14' | "sawed" | "sought" | Fischer |
| Day 4 (5/6) | 898 | 16' | "sawed" | "sought" | Fischer |
| Day 4 (5/6) | 903 | 24' | "t" | "to" | Fischer |
| Day 4 (5/6) | 907 | 7' | "pays" | "Pay is" | Fischer |
| Day 4 (5/6) | 928 | 5' | "grade" | "great" | Fischer |
| Day 4 (5/6) | 948 | 8' | "role" | "roll" | Fischer |
| Day 4 (5/6) | 949 | 18' | "time" | "team" | Fischer |
| Day 4 (5/6) | 984 | 4' | "decisions, those" | "decides those" | Kosmynka |
| Day 4 (5/6) | 990 | 20' | "surrendering" | "rendering" | Kosmynka |
| Day 4 (5/6) | 992 | 7' | "An" | "And" | Kosmynka |
| Day 4 (5/6) | 1001 | 19' | "acknowledge" | "average" | Kosmynka |
| Day 4 (5/6) | 1007 | 16' | "sideline" | "guideline" | Kosmynka |
| Day 4 (5/6) | 1015 | 4' | "consent" | "content" | Kosmynka |
| Day 4 (5/6) | 1017 | 20' | "Iowa" | "iOS" | Kosmynka |
| Day 5 (5/7) | 1134 | 13'-1135 | "IAP" (every instance) | "API" (every instance) | Kosmynka |
| Day 5 (5/7) | 1150 | 21' | "Macs" | "Matt's" | Kosmynka |
| Day 5 (5/7) | 1163 | 12' | "AppThority" | "App Review" | Kosmynka |
| Day 5 (5/7) | 1165 | 16' | "AppThority" | "App Review" | Kosmynka |
| Day 5 (5/7) | 1174 | 1' | "toned up" | "tone deaf" | Kosmynka |
| Day 5 (5/7) | 1175 | 22' | "Donja" | "Ganja" | Kosmynka |

| Trial Day (Date) | Page | Line | Original | Correction | Witness |
|---|---|---|---|---|---|
| Day 5 (5/7) | 1188 | 22' | "MS. MOSKOWITZ" | "THE WITNESS" | Kosmynka |
| Day 5 (5/7) | 1195 | 6' | "Combat" | "Kombat" | Allison |
| Day 5 (5/7) | 1201 | 8' | "You Play" | "Uplay" | Allison |
| Day 5 (5/7) | 1202 | 2' | "Ralph's Store Steam" | "Valve's store, Steam" | Allison |
| Day 5 (5/7) | 1203 | 16' | "skew" | "SKU" | Allison |
| Day 5 (5/7) | 1216 | 15' | "sea level" | "C-level" | Allison |
| Day 5 (5/7) | 1301 | 16' | "Fortnite Group" | "Fortnite Crew" | Weissinger |
| Day 8 (5/12) | 2200 | 1' | "$15" | "15%" | Hitt |
| Day 10 (5/14) | 2466 | 1' | "they were 0their" | "their" | Barnes |
| Day 13 (5/19) | 3254 | 1' | "4327" | "3427" | Schmid |
| Day 13 (5/19) | 3335 | 6' | "Grinn" | "Grimm" | Schmid |
| Day 13 (5/19) | 3335 | 9' | "G-R-I-N-N." | "G-R-I-M-M." | Schmid |
| Day 14 (5/20) | 3583 | 4' | "RVC" | "RBC" | Hanssens |
| Day 14 (5/20) | 3584 | 11' | "RVC" | "RBC" | Hanssens |
| Day 14 (5/20) | 3584 | 15' | "RVC" | "RBC" | Hanssens |
| Day 14 (5/20) | 3647 | Header | "Malackowski - Direct / Doren" | "Malackowski - Cross/Moskowitz" | Malackowski |
| Day 14 (5/20) | 3660 | 3' | "ID" | "R&D" | Malackowski |
| Day 15 (5/21) | 3982 | 12' | "Mark Prudamo" | "Marc Prud'hommeaux" | Cook |

Dated: June 11, 2021

CRAVATH, SWAINE & MOORE LLP
    Christine A. Varney (*pro hac vice*)
    Katherine B. Forrest (*pro hac vice*)
    Gary A. Bornstein (*pro hac vice*)
    Yonatan Even (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    M. Brent Byars (*pro hac vice*)

FAEGRE DRINKER RIDDLE & REATH LLP
    Paul J. Riehle

By:  /s/ *Katherine B. Forrest*
    Katherine B. Forrest
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous Jr.
    Richard J. Doren
    Daniel G. Swanson
    Mark A. Perry
    Veronica S. Moye

 /s/ *Mark A. Perry*
    Mark A. Perry
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036-5306
    Telephone: (202) 887-3667

*Attorneys for Defendant and Counterclaimint Apple Inc.*

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated:  June 11, 2021　　　　　　　　　　CRAVATH, SWAINE & MOORE LLP

　　　　　　　　　　　　　　　　　　　By:　 /s/  *Katherine B. Forrest*
　　　　　　　　　　　　　　　　　　　　　　Katherine B. Forrest

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and*
　　　　　　　　　　　　　　　　　　　*Counter-defendant Epic Games, Inc.*