THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
vmoyé@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant, APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**APPLE INC.'S STATEMENT OF RECENT DECISION**<br><br>The Honorable Yvonne Gonzalez Rogers |

1   Pursuant to Civil Local Rule 7-3(d)(2), Apple Inc. hereby submits a decision by the United States Supreme Court in *National Collegiate Athletic Association v. Alston, et al.*, No. 20–512, 594 U.S. ___ (2021).  This decision was published on June 21, 2021—after the conclusion of the trial in this case and the parties' final submissions of their proposed findings of fact and conclusions of law. The Supreme Court's opinion provides guidance on several issues in this case, including the analysis of procompetitive business justifications, substantially less restrictive alternatives to challenged restraints, and remedies.

A true and correct copy of the decision is attached hereto as Exhibit 1.

DATED:  June 25, 2021                                GIBSON, DUNN & CRUTCHER LLP


By:    /s/ *Mark A. Perry*
              Mark A. Perry

*Attorney for Defendant Apple Inc.*