Peter J. Sacripanti
psacripanti@mwe.com
John J. Calandra
jcalandra@mwe.com
Nicole L. Castle
ncastle@mwe.com
Michael R. Huttenlocher
mhuttenlocher@mwe.com
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone:    +1 212 547-5400
Facsimile:    +1 212 547-5444

Michelle Lowery (302882)
mslowery@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

*Attorneys for Defendant Apple Inc.*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant*, v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al., *Plaintiffs*, v. APPLE INC., *Defendant.* | Case No. 4:19-cv-03074-YGR **NOTICE OF CHANGE OF ADDRESS** Judge: Hon. Yvonne Gonzalez Rogers |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the office address for Peter J. Sacripanti, John J. Calandra, Nicole L. Castle and Michael R. Huttenlocher has changed. The new contact information is as follows:

>Peter J. Sacripanti
>John J. Calandra
>Nicole L. Castle
>Michael R. Huttenlocher
>MCDERMOTT WILL & EMERY LLP
>One Vanderbilt Avenue
>New York, NY 10017

Dated: July 20, 2021                Respectfully submitted,

By:   */s/Nicole L. Castle*
      Nicole L. Castle
      ncastle@mwe.com
      MCDERMOTT WILL & EMERY LLP
      340 Madison Avenue
      New York, NY  10173
      Telephone:    +1 212 547-5400
      Facsimile:    +1 212 547-5444

      *Attorneys for Defendant Apple Inc.*

Theodore J. Boutrous, Jr.
Anna L. Casey
Cynthia Richman
Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036
(202) 887-3722
Email: acasey@gibsondunn.com
       crichman@gibsondunn.com
       mperry@gibsondunn.cL.om
       tboutrous@gibsondunn.com

- 2 -

NOTICE OF CHANGE OF ADDRESS
Nos. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Daniel Glen Swanson |
| 2 | Jagannathan P. Srinivasan |
| | Gibson, Dunn & Crutcher LLP |
| 3 | 333 South Grand Avenue |
| | Los Angeles, CA 90071 |
| 4 | (213) 229-7340 |
| | Fax: (213) 229-7520 |
| 5 | Email: dswanson@gibsondunn.com |
| 6 | jsrinivasan@gibsondunn.com |
| 7 | Veronica Smith Lewis |
| | Gibson, Dunn & Crutcher LLP |
| 8 | 2001 Ross Avenue |
| | Suite 1100 |
| 9 | Dallas, TX 75201 |
| 10 | (214) 698-3100 |
| | Fax: (214) 571-2936 |
| 11 | Email: VLewis@gibsondunn.com |
| 12 | |
| 13 | William F. Stute |
| | Orrick, Herrington and Sutcliffe LLP |
| 14 | 1152 15th St, NW |
| | Washington, DC 20005 |
| 15 | (202) 339-8400 |
| | Email: wstute@orrick.com |
| 16 | |
| 17 | David Eberhart |
| | Anna T. Pletcher |
| 18 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 19 | San Francisco, CA 94111 |
| | Telephone: (415) 984-8700 |
| 20 | Facsimile: (415) 984-8701 |
| 21 | Email: deberhart@omm.com |
| | apletcher@omm.com |
| 22 | |
| 23 | Katrina Robson |
| | Evan Schlom |
| 24 | Elena M. Zarabozo |
| | O'MELVENY & MYERS LLP |
| 25 | 1625 Eye Street, N.W. |
| | Washington, DC 20006 |
| 26 | Telephone: (202) 383-5300 |
| | Facsimile: (202) 383-5414 |
| 27 | Email: krobson@omm.com |
| | eschlom@omm.com |
| 28 | ezarabozo@omm.com |

- 3 -

NOTICE OF CHANGE OF ADDRESS
Nos. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

1
2   Scott Schaeffer
    O'MELVENY & MYERS LLP
3   Plaza 66, Tower 1, 37th Floor
    1266 Nanjing Road West
4   Shanghai 200040, China
    Telephone: 86-21-2307-7000
5   Facsimile: 86-21-2307-7300
    Email: sschaeffer@omm.com
6
7   *Attorneys for Defendant Apple Inc.*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -
NOTICE OF CHANGE OF ADDRESS
Nos. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

NOTICE OF CHANGE OF ADDRESS
Nos. 4:20-CV-05640-YGR, 4:11-CV-06714-YGR, 4:19-CV-03074-YGR