# Exhibit A

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Ethan Dettmer
Direct: +1 415.393.8292
Fax: +1 415.374.8444
EDettmer@gibsondunn.com

CONFIDENTIAL

May 31, 2021

VIA ELECTRONIC MAIL

Rachele R. Byrd
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101

Ben Siegel
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Ste. 202
Berkeley, CA 94710

Lauren Moskowitz
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475

Re:     *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR (N.D. Cal.); *Cameron v. Apple Inc.*, Case No. 4:19-cv-03074-YGR (N.D. Cal.); *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR (N.D. Cal.)

Dear Counsel:

With the conclusion of the trial in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR (N.D. Cal.), it is no longer appropriate to coordinate discovery efforts with Epic pursuant to the Court's Order Regarding Coordination of Discovery (the "Discovery Coordination Order"). Consumer ECF No. 194, Developer ECF No. 80. Apple expects the Consumer Plaintiffs in *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR (N.D. Cal.) and the Developer Plaintiffs in *Cameron v. Apple Inc.*, Case No. 4:19-cv-03074-YGR (N.D. Cal.) to continue to coordinate in compliance with the Discovery Coordination Order.

Sincerely,

*/s/ Ethan Dettmer*

Ethan Dettmer