# Exhibit B

| | |
|---|---|
| **From:** | Lazarus, Eli M. <ELazarus@gibsondunn.com> |
| **Sent:** | Thursday, June 3, 2021 7:35 PM |
| **To:** | Ben Harrington; Lauren Moskowitz; Epic Mobile Apps; byrd@whafh.com; dejong@whafh.com; rifkin@whafh.com; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; tedw@hbsslaw.com |
| **Cc:** | *** GDC EpicLitTeam; Dettmer, Ethan |
| **Subject:** | RE: App Store Antitrust -- Discovery Coordination |

External (elazarus@gibsondunn.com)

Report This Email  FAQ

Ben, Apple sees no reason or basis for Developer Plaintiffs to share their sealed class certification submission with Epic's counsel. We want to reiterate that Consumer and Developer Plaintiffs should not send any new materials to Epic's counsel as discovery and trial have already concluded in the Epic matter.
Regards,
Eli


**Eli Lazarus**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8340 • Fax +1 415.374.8496
ELazarus@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben Harrington <benh@hbsslaw.com>
**Sent:** Thursday, June 3, 2021 10:07 AM
**To:** Lazarus, Eli M. <ELazarus@gibsondunn.com>; LMoskowitz@cravath.com; epic-mobileapps@cravath.com; byrd@whafh.com; dejong@whafh.com; rifkin@whafh.com; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>; Dettmer, Ethan <EDettmer@gibsondunn.com>
**Subject:** RE: App Store Antitrust -- Discovery Coordination

[External Email]
Ethan & Eli:  Can you please get back to us regarding the message below.

Thanks,

Ben


Ben Harrington | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3034

---

**From:** Ben Harrington
**Sent:** Wednesday, June 2, 2021 10:50 AM
**To:** Lazarus, Eli M. <elazarus@gibsondunn.com>; lmoskowitz@cravath.com; epic-mobileapps@cravath.com;

1

byrd@whafh.com; dejong@whafh.com; rifkin@whafh.com; Steve Berman <Steve@hbsslaw.com>; Rob Lopez <robl@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Ted Wojcik <TedW@hbsslaw.com>
**Cc:** appleappstorediscovery@gibsondunn.com; edettmer@gibsondunn.com
**Subject:** RE: App Store Antitrust -- Discovery Coordination

Ethan & Eli:  We may need to further discuss the implications of the attached letter, but in the meantime, please confirm that Apple is not objecting to Developer Plaintiffs sharing their sealed class certification submissions with Epic.  We do not see a basis for objecting, given that Epic has access to the underlying materials, but wanted to be certain Apple is not contending otherwise.

Thanks,

Ben


Ben Harrington | **Hagens Berman Sobol Shapiro LLP** | Direct: (510) 725-3034

**From:** Lazarus, Eli M. <elazarus@gibsondunn.com>
**Sent:** Monday, May 31, 2021 11:06 AM
**To:** lmoskowitz@cravath.com; epic-mobileapps@cravath.com; byrd@whafh.com; dejong@whafh.com; rifkin@whafh.com; Steve Berman <Steve@hbsslaw.com>; Rob Lopez <robl@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Ted Wojcik <TedW@hbsslaw.com>
**Cc:** appleappstorediscovery@gibsondunn.com; edettmer@gibsondunn.com
**Subject:** App Store Antitrust -- Discovery Coordination

Counsel, please see the attached correspondence.
Regards,
Eli


**Eli Lazarus**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8340 • Fax +1 415.374.8496
ELazarus@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol

Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---