THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000 Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036 Telephone: 202.955.8500 Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
RACHEL BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff, Counter-defendant<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR<br>Case No. 4:11-cv-06714-YGR<br>Case No. 4:19-cv-03074-YGR<br><br>**DECLARATION OF JAY P. SRINIVASAN IN SUPPORT OF DEFENDANT APPLE INC.'S RESPONSE TO NON-PARTY EPIC GAMES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO ACCESS SEALED FILINGS IN RELATED CASES** |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Hon. Yvonne Gonzalez Rogers |
| DONALD R. CAMERON, *et al.*,<br><br>　　　　Plaintiffs<br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | |

DECLARATION OF JAY P. SRINIVASAN IN SUPPORT OF DEFENDANT APPLE INC.'S RESPONSE TO NON-PARTY EPIC GAMES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO ACCESS SEALED FILINGS IN RELATED CASES

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 7-5, I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Apple's Response to Non-Party Epic Games, Inc.'s ("Epic") Motion for Administrative Relief to Access Sealed Filings in Related Cases.

2. On July 15, 2021, I participated in a telephonic meet and confer with Epic's counsel regarding Epic's demands for access to sealed filings and continued productions of documents in the pending class actions. During that discussion, Epic's counsel stated that Epic may use any additional materials it receives to potentially admit additional exhibits to the record in the *Epic* case, to amend Epic's proposed findings of fact, or to challenge a judgment entered against it.

3. Epic is currently an opt-out plaintiff in *In Re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981. On August 20, 2021, Defendants Google LLC, Google Payment Corp., Google Ireland Ltd., Google Commerce Ltd., and Google Acia Pacific Pte. Ltd. (collectively, "Google") filed an emergency motion to stay an August 18, 2021 order of the court that denied motions to seal portions of the complaints filed in the litigation. A true and correct copy of Google's motion is attached to this declaration as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 24, 2021, at Los Angeles, California.

DATED: August 24, 2021            GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Jay P. Srinivasan
                Jay P. Srinivasan

*Attorney for Defendant Apple Inc.*

1

DECLARATION OF JAY P. SRINIVASAN IN SUPPORT OF DEFENDANT APPLE INC.'S RESPONSE TO NON-PARTY EPIC GAMES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO ACCESS SEALED FILINGS IN RELATED CASES