1  CHRISTINE A. VARNEY (*pro hac vice*)
   cvarney@cravath.com
2  KATHERINE B. FORREST (*pro hac vice*)
   kforrest@cravath.com
3  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
4  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
5  LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
6  JUSTIN C. CLARKE (*pro hac vice*)
   jcclarke@cravath.com
7  M. BRENT BYARS (*pro hac vice*)
   mbyars@cravath.com
8  **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
9  New York, New York 10019
   Telephone: (212) 474-1000
10 Facsimile: (212) 474-3700

11 PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
12 **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
13 San Francisco, California 94111
   Telephone: (415) 591-7500
14 Facsimile: (415) 591-7510

15 *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

16                **UNITED STATES DISTRICT COURT**

17               **NORTHERN DISTRICT OF CALIFORNIA**

18                      **OAKLAND DIVISION**

| | |
|---|---|
| 19 EPIC GAMES, INC., | No. 4:20-CV-05640-YGR-TSH |
| 20         Plaintiff, Counter-defendant, | **DECLARATION OF JOSEPH KREINER IN SUPPORT OF EPIC'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL LIMITED PORTIONS OF DX-3993 AND DX-4219** |
| 21         v. | |
| 22 APPLE INC., | |
| 23         Defendant, Counterclaimant. | The Honorable Yvonne Gonzalez Rogers |

24

25

26

27

28

DECLARATION OF JOSEPH KREINER                              CASE NO. 4:20-CV-05640-YGR-TSH

I, Joseph Kreiner, declare as follows:

1. I am Vice President of Business Development at Epic Games, Inc. ("Epic"). I joined Epic in 2011. I make this declaration on my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. In my role, I am responsible for managing Epic's relationships with third parties, such as content developers and platforms.

3. I have reviewed DX-3993 and determined that the unsealed portions of this exhibit that are the subject of Epic's motion contain sensitive third-party confidential business information entrusted to and shared with Epic by its partners. Our agreements with those partners require Epic to treat such third-party information as confidential; Epic takes those responsibilities seriously and protects this information as it would its own confidential business information. The third-party information at issue has not been disclosed publicly.

4. If revealed, this information would negatively impact those third parties' competitive standing. Specifically, the unsealed portions of DX-3993 that are the subject of Epic's motion contain third-parties' non-public business and revenue information.

5. I have reviewed DX-4219 and determined that it contains login information to internal Epic websites. Disclosure of the login information would expose Epic's naming conventions for its internal webpages, which bad actors could use for phishing and other social engineering attempts designed to extract sensitive and confidential information from Epic employees. Epic keeps the login information to internal Epic websites confidential and takes a number of security measures to protect its sensitive and confidential information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on August 26, 2021, in Cary, North Carolina.

*Joespeh Kreiner*

Joseph Kreiner

**FILER'S ATTESTATION**

I, Justin C. Clarke, am the ECF User whose ID and password are being used to file this Declaration of Joseph Kreiner in Support of Epic's Supplemental Administrative Motion to Seal Limits Portions of DX-3993 and DX-4219. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

By: */s/ Justin C. Clarke*

Justin C. Clarke