UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

        Plaintiff, Counter-defendant,

        v.

APPLE INC.,

        Defendant, Counterclaimant.

Case No. 4:20-CV-05640-YGR-TSH

**[PROPOSED] ORDER GRANTING EPIC'S SUPPLEMENTAL ADMINISTRATIVE MOTION TO SEAL LIMITED PORTIONS OF DX-3993 AND DX-4219**

Hon. Yvonne Gonzalez Rogers

        Having considered Epic's Supplemental Administrative Motion to Seal Limited Portions of DX-3993 and DX-4219 ("Motion") and supporting materials filed by Epic, the Court finds that there are compelling reasons for granting the request to seal DX-3993 and DX-4219 in part. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006). Accordingly, the Court **GRANTS** Epic's Motion and hereby ORDERS that the identified confidential information be sealed as follows:

| Trial Ex. No. | Pages | Reason for Sealing and Evidence Offered in Support | Ruling |
|---|---|---|---|
| DX-3993 | EPIC_00127235, EPIC_00127241-45, EPIC_00127248-50 & EPIC_00127257 | Confidential third-party revenue and financial information. Kreiner Decl. ¶¶ 3-4. | |
| DX-4219 | EPIC_03846402 | Confidential login information for internal Epic websites. Kreiner Decl. ¶ 5. | |

**IT IS SO ORDERED.**

Date: _____

                                                Hon. Yvonne Gonzalez Rogers
                                                United States District Judge