| | |
|---|---|
| 1 | CHRISTINE A. VARNEY (*pro hac vice*) |
|   | cvarney@cravath.com |
| 2 | KATHERINE B. FORREST (*pro hac vice*) |
|   | kforrest@cravath.com |
| 3 | GARY A. BORNSTEIN (*pro hac vice*) |
|   | gbornstein@cravath.com |
| 4 | YONATAN EVEN (*pro hac vice*) |
|   | yeven@cravath.com |
| 5 | LAUREN A. MOSKOWITZ (*pro hac vice*) |
|   | lmoskowitz@cravath.com |
| 6 | JUSTIN C. CLARKE (*pro hac vice*) |
|   | jcclarke@cravath.com |
| 7 | M. BRENT BYARS (pro hac vice) |
|   | mbyars@cravath.com |
| 8 | **CRAVATH, SWAINE & MOORE LLP** |
|   | 825 Eighth Avenue |
| 9 | New York, New York 10019 |
|   | Telephone: (212) 474-1000 |
| 10 | Facsimile: (212) 474-3700 |
| 11 | PAUL J. RIEHLE (SBN 115199) |
|   | paul.riehle@faegredrinker.com |
| 12 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 13 | Four Embarcadero Center |
|   | San Francisco, California 94111 Telephone: |
| 14 | (415) 591-7500 |
|   | Facsimile: (415) 591-7510 |
| 15 | |
| 16 | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
|     *Plaintiff, Counter-defendant,* | |
| v. | **CERTIFICATE OF SERVICE** |
| APPLE INC., | Judge: Hon. Yvonne Gonzalez Rogers |
|     *Defendant, Counterclaimant.* | |

I declare that I am an associate with the law firm of Cravath, Swaine & Moore LLP, located at Worldwide Plaza, 825 Eighth Avenue, New York, New York. I am Counsel of Record for Epic Games, Inc. ("Epic") in *Epic v. Apple*.

I declare that on August 27, 2021, I served via electronic transmission unredacted versions of DX-3993 and DX-4219 in connection with Epic's Supplemental Administrative Motion to Seal Limited Portions of DX-3993 and DX-4219 (ECF No. 810) to counsel listed in the attached Service List.

I hereby certify that I am a member of the State Bar of New York, admitted *pro hac vice* to practice before the United States District Court for the Northern District of California for *Epic v. Apple*. I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED: August 27, 2021

*/s/ John I. Karin*
John I. Karin

|    |                                                                                                 |
|----|-------------------------------------------------------------------------------------------------|
| 1  | **Service List**                                                                                |

Theodore J. Boutrous, Jr.
Richard J. Doren
Daniel G. Swanson
Jay P. Srinivasan
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
tboutrous@gibsondunn.com
rdoren@gibsondunn.com
dswanson@gibsondunn.com
jsrinivasan@gibsondunn.com

Cynthia E. Richman
Harry R. S. Phillips
Mark A. Perry
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
crichman@gibsondunn.com
hphillips2@gibsondunn.com
mperry@gibsondunn.com

Veronica S. Lewis
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vlewis@gibsondunn.com

Eli M. Lazarus
Ethan Dettmer
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
elazarus@gibsondunn.com
edettmer@gibsondunn.com

*Counsel for Defendant, Counterclaimant Apple Inc.*