# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc.v. Apple Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| **Yvonne Gonzalez Rogers** | Katherine Forrest and Gary Bornstein | Richard Doren and Veronica Moye |
| **BENCH TRIAL DATE:** **May 3, 2021** | **REPORTER(S):Diane Skillman and Pam Hebel and Raynee Mercado** | **CLERK:** Frances Stone |
| | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 5/3/2021 | | | **BENCH TRIAL: COURT REPORTER: DIANE SKILLMAN** | |
| | | 8:45am | | | **Case called. Discussion with counsel.** | |
| | | | | | **All documents listed in ECF dkt. 498 ADMITTED in evidence. Sealing at Dkt. 553 granted. Dkt. 538 granted.** | |
| | | 9:00am | | | **Plaintiff Epic Attorney Katherine Forrest Opening Statement** | |
| | | 9:057am | | | **Defendant Apple Attorney Karen Dunn Opening Statement.** | |
| | | 10:39am | | | **RECESS (20 min)** | |
| | | 10:57am | | | **Defendant Apple Attorney Dunn resumes Opening Statement** | |
| | | 11:27am | | | **Defendant Opening completed** | |
| | | 11:29am | | | **Plaintiff Epic Attorney Forrest calls witness Tim Sweeney for DIRECT** | P |
| PX 2455 | | | X | X | **Email** | |
| PX 2456 | | | X | X | **Email** | |
| PX 2463 | | | X | X | **Email** | |
| | | 12:32pm | | | **RECESS (until 1:15pm)** | |
| | | 1:14pm | | | **Plaintiff Epic Attorney Forrest resumes Direct of witness Sweeney** | |
| PX 2777 | | | X | X | **Exhibit: Device** | |
| PX 2778 | | | X | X | **Device: X Box** | |
| PX 2776 | | | X | X | **Device: Nintendo Switch** | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:35pm | | | Court has questions for witness | |
| | | 1:36pm | | | Plaintiff Epic Attorney Forrest Direct of witness Sweeney | |
| PX 4477 | | | X | X | Document | |
| | | 2:01pm | | | Defendant Apple Attorney Richard Doren Cross of  Witness Sweeney | |
| | | | | | Slide: Sony/Microsoft/Nintendo Chart | |
| | DX 5535 | | X | X | Email | |
| | | 2:55pm | | | Discussion with counsel | |
| | | 2:59pm | | | SEALED PORTION OF  TRIAL HELD | |
| | | 3:12pm | | | Sealed portion completed | |
| | | 3:12pm | | | Discussion with counsel | |
| | DX 4457 | | X | X | Email | |
| | DX 3620 | | X | X | Email | |
| | | 3:15pm | | | RECESS for the day. Further Bench Trial set Tuesday, 5/4/2021 at 8:00am. | |
| | | 5/4/2021 | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 8:04AM | | | Case called. Discussion with counsel. Counsel bring  up that there is a typo. as to one admitted Exhibit in Minutes of 5/3/2921: correct Exhibit number is PX 4477 | |
| | | 8:14am | | | Witness Tim Sweeney on the witness stand.  Defendant Apple Attorney Doren resumes cross of witness  Sweeney | |
| | DX 3125 | | X | X | Email 6/3/18 | |
| | DX 3768 | | X | X | Document " The Platform Wars" Video portion played in Courtroom re this document | |
| | DX 3098 | | X | X | Email | |
| | DX 4036 | | X | X | 1/9/18 Email | |
| | DX 3199 | | X | X | 3/21/19 Article | |
| | | 9:03am | | | Court question of the witness | |
| | | 9:04am | | | Defendant Apple Attorney Apple Cross of Witness Sweeney | |
| | DX 3818 | | X | X | Email | |
| | DX 4361 | | X | X | Document: Review of Performance | |
| | DX 4419 | | X | X | 5/11/2020 Email | |
| | DX 4477 | | X | X | Document | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | DX 3774 | | X | X | Project Liberty Presentation | |
| PX 2463 | | | X | X | Document | |
| | DX 4579 | | X | X | 8/5/2020 Email | |
| | DX 3478 | | X | X | Email 8/6/20 to 8/7/2020 re "Apple" | |
| PX 3724 | | | X | X | Document | |
| | | 10:07am | | | Plaintiff Epic attorney Forrest Redirect of Witness Sweeney | |
| | | 10:17am | | | RECESS (20 minutes) | |
| | | 10:35am | | | On the record. | |
| | | 10:36am | | | Plaintiff Epic Attorney Forrest Resumes Redirect of Witness Sweeney | |
| | | | | | Device: iPhone | |
| PX 2776 | | | X | X | Nintendo Switch | |
| PX | | | X | X | Device | |
| | DX 3818 | | X | X | Document | |
| | DX 3774 | | X | X | Document | |
| | DX 4477 | | X | X | Document | |
| | DX 4579 | | X | X | Document | |
| PX 2374 | | | X | X | Email | |
| PX 2421 | | | X | X | Email 1/5/18 | |
| | | 11:18am | | | Defendant Apple Attorney Doren Re-cross of witness Sweeney | |
| PX 2374 | | | | | Email | |
| | | 11:23am | | | No redirect. | |
| | | 11:23am | | | Court questions to witness Sweeney | |
| | | 11:27am | | | Plaintiff Epic Attorney J. Wesley Earnhardt calls witness Benjamin Simon for Direct | P |
| PX 2790 | | | X | X | App Store Guidelines | |
| PX 2790 | | | X | X | Page 2790.10 | |
| | | 12:32pm | | | RECESS (40 minutes) until 1:15pm | |
| | | 1:16pm | | | On the record | |
| | | | | | DX 3774     DX 3818 | |
| | | 1:18pm | | | Defendant Apple attorney Meredith Dearborn Cross of witness  Benjamin Simon | |
| PX 2624 | | | X | X | Down Dog  FAQ page 2624.1 | |
| | DX 5505 | | X | X | Document | |
| | | 1:34PM | | | Plaintiff Epic attorney  Earnhardt Redirect of witness Simon | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:39PM | | | No cross | |
| | | 1:39pm | | | Court questions for witness Simon | |
| | | 1:44pm | | | No further questions | |
| | | 1:44pm | | | Plaintiff Epic attorney Earnhardt calls witness Aashish Patel for Direct | P |
| | PX 2790 | | X | X | Page 18 Section 4.9.2 | |
| | PX 721 | | X | X | Document  GeForce | |
| | | 2:29pm | | | Defendant Apple attorney Jay Srinivasan Cross of witness Aashish Patel | |
| | DX 3815 | | X | | 3/4/2020 email | |
| | | 3:05pm | | | Discussion with counsel. Oral hearing on Motions to Strike as to Experts set 5/5/21 at 8:00am | |
| | | 3:07pm | | | Under Seal Portion | |
| | | 3:20pm | | | RECESS for the day.  Further Bench Trial on 5/5/2021 at 8:00AM | |
| | | 5/5/2021 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00am | | | Case called. Discussion with counsel.  The Court states on the record exhibits that have admitted in evidence. Motions to Strike – HELD. | |
| | | 8:48am | | | Defendant Apple attorney Srinivasan resumes Cross of witness Patel. | |
| | DX 3815 | | | | Document | |
| | | 8:54am | | | Plaintiff Epic attorney Earnhardt Redirect of witness Patel | |
| | | 9:00am | | | Defendant Apple attorney Sirinivasan Re-Cross of witness Patel | |
| | | 9:01am | | | Witness excused from stand | |
| | | 9:01am | | | Plaintiff Epic attorney Earnhardt calls witness Lori Wright for Direct | P |
| PX 2476 | | | X | X | Page  2476.6 | |
| | DX 5523 | | X | X | Slides 31, 17, 11 and 9 | |
| PX 2311 | | | X | X | 4/3/2020 Email | |
| | | 10:10am | | | Defendant Apple attorney Srinivasan Cross of witness Wright | |
| | | 10:15am | | | RECESS (20 minutes) | |
| | | 10:30am | | | UNDER SEAL SESSION | |
| | | 10:42am | | | Back to public session: Plaintiff attorney Srinivasan Cross of witness Wright | |
| | DX 5518 | | X | X | Slide deck  "Microsoft  Provides" ; page 2; "10 Principles" | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | DX 5523 |  | X | X | **Document "X-Box Live Marketplace; Future Strategy; slide 18 page 32; slide 37** |  |
|  | DX 5532 |  | X | X | **Form 10-K  Microsoft ; page 011** |  |
|  |  | 11:56am |  |  | **Plaintiff Epic attorney Earnhardt Redirect of Witness Wright** |  |
|  | DX 5523 |  | X | X | **Document; page 12** |  |
|  |  | 12:09pm |  |  | **Defendant Apple attorney Sirinivasan Re-Cross of witness Wright** |  |
|  |  | 12:10pm |  |  | **Witness excused from stand** |  |
|  |  | 12:11pm |  |  | **Plaintiff Epic attorney Forrest calls witness Andrew Grant for DIRECT** | P |
|  |  | 12:36PM |  |  | **RECESS (until 1:15pm)** |  |
|  |  | 1:15pm |  |  | **COURT REPORTER: DIANE SKILLMAN** |  |
|  |  | 1:15PM |  |  | **Plaintiff Epic attorney Forrest resumes Direct of witness Andres Grant** |  |
| PX 2618 |  |  | X | X | **Apple  Development Agreement** |  |
| PX 2619 |  |  | X | X | **License Agreement** |  |
| PX 2621 |  |  | X | X | **Schedule 2 Agreement** |  |
| PX 2622 |  |  | X | X | **Xcode and Apple SDKS** |  |
|  |  | 2:29pm |  |  | **Defendant Apple Attorney Richard Doren Cross of witness Grant** |  |
|  | DX 4119 |  | X | X | **6/3/19 Email** |  |
|  | DX 4022 |  | X | X | **Unreal Engine  License Agreement** |  |
|  | DX 4561 |  | X | X | **Presentation Project Liberty** |  |
|  |  | 3:05pm |  |  | **Plaintiff attorney Epic attorney Forrest Recdirect of witness  Grant.** |  |
|  |  | 3:07pm |  |  | **Witness excused from stand** |  |
|  |  | 3:07pm |  |  | **Discussion with counsel. Next witnesses: Ko, Fischer; Kosmynga, Allison Weissinger; then experts Evans, Athey, Schmalensee,  Hitt; La Fontaine; Rubinfeld; Cragg; Barnes, Mickens then Defendant Apple's case. Exhibits PX 0067 and PX 0201- see order at docket 594.** |  |
|  |  | 3:18pm |  |  | **RECESS FOR THE DAY. Further Bench Trial set for 5/6/2021 at 8:00am.** |  |
|  |  | 5/6/2021 |  |  | **COURT REPORTER: PAM HEBEL** |  |
|  |  | 8:00AM |  |  | **Case called. Discussion with counsel.** |  |
|  |  | 8:19am |  |  | **Plaintiff Epic attorney Brent Byars calls witness Thomas Ko for DIRECT** | P |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 2451 | | | X | X | 4/2/2020  Email- portions subject to sealing | |
| PX 2452 | | | X | X | 5/6/2020 Email | |
| | | 8:46am | | | Defendant Apple attorney  Srinivasan Cross of witness Ko | |
| | DX 4496 | | X | X | 12/25/19 Email | |
| | | 8:57am | | | No redirect | |
| | | 8:58am | | | UNDER SEAL PORTION | |
| | | 9:05am | | | Discussion with counsel | |
| | DX 3472 | | X | X | Document 8/9/18 | |
| | | | | | Discussion with counsel re exhibits to be admitted; a binder of exhibits given to the Court: PX 006  PX 0052  PX 0060  PX 0061  PX 0072 PX 0112 | |
| | | | | | Counsel are to WAIT as to PX 201 and 202 and these two exhibits are NOT to go into exhibit drop box yet. Court admitted: PX0827 and PX 0854 | |
| PX 006 | | | X | X | Document | |
| PX 0052 | | | X | X | Document | |
| PX 0060 | | | X | X | Document | |
| PX 0061 | | | X | X | Document | |
| PX 0072 | | | X | X | Document | |
| PX 0112 | | | X | X | Document | |
| PX 0827 | | | X | X | Document | |
| PX 854 | | | X | X | Document | |
| | | 9:10AM | | | Plaintiff Epic attorney Forrest calls witness Matthew Fischer for DIRECT | P |
| PX 57 | | | X | X | Email 4/11/2011 | |
| PX 53 | | | X | | 3/16/2011 Email | |
| PX 58 | | | X | X | Email | |
| PX  65 | | | X | | 7/27/18 Email | |
| PX 67 | | | X | | 3/26/2019 (Court reserves ruling) | |
| PX 146 | | | X | X | 8/27/13 Email | |
| PX 197 | | | X | X | 4/18/2018 Email | |
| PX 198 | | | X | X | 5/1/18 Email | |
| PX 422 | | | X | X | 7/20/2018 email | |
| PX 744 | | | X | | 1/4/2016 email (Court reserves ruling) | |
| PX 2060 | | | X | | 7/27/2018 Email | |
| PX 2185 | | | X | X | 11/11/2010 Email | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 2281 | | | X | | Document | |
| | DX 4178 | | X | X | Presentation 5/2018; pages 983 and 984 | |
| PX 59 | | | X | X | 10/6/19 (portion subject to sealing); pages 516-518 | |
| PX 414 | | | X | X | 9/2/19 Email | |
| PX 413 | | | X | X | 11/14/20 Email | |
| | DX 4178 | | X | X | 034 bates page number | |
| PX 2284 | | | X | X | 7/28/16 Email | |
| | | 10:13am | | | Witness steps off stand for the recess | |
| | | 10:13am | | | Discussion with counsel | |
| | | 10:15am | | | RECESS (until 10:35am) | |
| | | 10:39am | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 10:39am | | | Plaintiff Epic attorney Katherine Forrest resumes Direct of witness Fischer | |
| PX 2062 | | | X | X | 9/6/18 email; pages 842-846 | |
| PX 66 | | | X | X | Document 10/26/18 | |
| PX 63 | | | X | X | 2/10.12 Email | |
| PX 2197 | | | X | X | 9/21/15 Email | |
| PX 2190 | | | X | X | 7/22/2016 | |
| PX 64 | | | X | X | 10/18/18 Email | |
| PX 174 | | | X | X | 3/27/15 Email | |
| PX 2017 | | | X | X | 6/5/2012 | |
| PX 2076 | | | X | X | 1/9/16 Email | |
| PX 2173 | | | X | X | 9/29/15 Email | |
| | | 11:26am | | | Direct of witness Fischer completed. Discussion with counsel. | |
| | | 11:28am | | | Defendant Apple attorney Sirinivasan Cross of witness Fischer | |
| | DX 3422 | | X | X | 6/10/14 Email | |
| | DX 3642 | | X | X | Press release 6/5/17 | |
| | DX 3636 | | X | X | 4/3/20 Email | |
| PX 2062 | | | X | X | 9/16/18 Email | |
| PX 58 | | | X | X | Email | |
| PX 202 | | | X | | 12/12/18 Email | |
| | | 12:32pm | | | Plaintiff Epic attorney Forrest Redirect of witness Fischer | |
| | | 12:36pm | | | RECESS( until 1:15pm) | |
| | | 1:15pm | | | Plaintiff Epic Attorney Forrest resumes Redirct of witness Fischer | |
| PX 64 | | | X | X | 10/18/18 Email | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 2951 | | | X | X | HouseParty APP  Screenshot | |
| PX 2952 | | | X | X | Screenshot APP Store   Unreal Engine | |
| PX 2953 | | | X | X | Screenshot APP Store Unreal Engine 2 | |
| | DX 3781 | | X | | Developer Survey | |
| | DX 3800 | | X | | Developer Survey | |
| | DX 3922 | | X | | Developer Survey | |
| | DX 4044 | | X | | Developer Survey | |
| | | 1:39pm | | | Witness excused from stand | |
| | | 1:39pm | | | Plaintiff Epic attorney Lauren Moskowitz  calls witness Trystan Kosmynka for DIRECT | P |
| PX 56 | | | X | X | APP STORE GUIDELINES | |
| PX 314 | | | X | X | 6/30/2020 Document   page 314.5 | |
| PX 2052 | | | X | X | 9/22/15 Email | |
| PX 006 | | | X | X | 6/21/19 Email | |
| PX 301 | | | X | X | 3/21/18 | |
| PX 305 | | | X | X | 7/27/17 Email | |
| PX 257 | | | X | X | 12/14/17 Email | |
| PX 2114 | | | X | X | 12/19/17 Email | |
| PX 300 | | | X | X | 5/11/17 Email | |
| PX 2948 | | | X | X | Document: Apple's interrogatory answers | |
| PX 858 | | | X | X | 5/1/19 Email | |
| | | 2:51pm | | | Defendant Apple attorney Veronica Moye Cross of witness Kosmynka | |
| PX 2948 | | | X | X | Document | |
| | DX 4374 | | X | X | iOS Reviewed APPS Summary 11/20/2019 | |
| | DX 5467 | | X | X | APP Review Metrics Demonstrative No. 1 (summary) | |
| | | 3:14pm | | | Witness excused for the day.  Discussion with counsel. Court will go over the Exhibits first thing tomorrow morning on 5/7/2021.Discussion with counsel. | |
| | | 3:21pm | | | RECESS FOR THE DAY. Further Bench Trial on 5/7/2021 at 8:00AM. | |
| | | 5/7/2021 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00AM | | | Case called. Discussion with Counsel. | |
| | | | | | The Court states on the record Exhibits admitted on 5/5/21 and 5/6/21. | |
| | | 8:21am | | | Defendant Apple attorney Moye resumes Cross of witness Kosmynka | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | DX 5467 | | X | X | Demonstrative number 1 "App submission/rejection rates 2017-2019 | |
| PX 305 | | | X | X | Admitted in evidence | |
| | | | | | Slide App Review Team Slide no. 2 | |
| | | | | | Slide 3 App Review | |
| PX 2790 | | | X | X | Document | |
| PX 300 | | | X | X | IOS Apps Reviewed Summary | |
| | | | | | Demonstrative no. 5 App Review Process | |
| | | | | | Demonstrative no. 6 | |
| | | | | | Demonstrative no. 8 | |
| | | | | | Demonstrative no. 9 | |
| | | | | | Demonstrative no. 11 | |
| | DX 4374 | | X | X | Summary | |
| PX 335 | | | X | X | Email 9/30/15 | |
| | | | | | Demonstrative no. 13 | |
| | | 9:47am | | | Plaintiff Epic attorney Moskowitz Redirect of witness Kosmynka | |
| PX 300 | | | X | X | PAGE 6 | |
| PX 2235 | | | X | X | 10/31/18 Email | |
| PX 326 | | | X | X | Email 11/21/19 | |
| | DX 4399 | | X | X | Presentation "App Store" | |
| PX 56 | | | X | X | App Store Review Guidelines | |
| | | | | | Demonstrative no. 13  2020 App Store | |
| PX 56 | | | X | X | App Store Review Guidelines | |
| | | 10:15am | | | RECESS  (20 minutes) | |
| | | 10:35am | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 10:35am | | | On the record | |
| PX 442 | | | X | X | Email 2/14/18 | |
| PX 446 | | | X | X | 11/6/18 Email | |
| PX 335 | | | X | X | Email | |
| PX 2084 | | | X | X | 10/24/19 Email | |
| PX 2029 | | | X | X | 1/18/18 Email | |
| PX 372 | | | X | X | 3/7/19 | |
| PX 371 | | | X | X | 2/6/19 | |
| PX 364 | | | X | X | 11/30/16 Email | |
| PX 365 | | | X | X | 3/6/18 Email | |
| PX 131 | | | X | X | 5/30/18 Email | |
| PX2371 | | | X | X | 6/9/2020 Email | |

| PX 315 | | | X | X | Obj. Apps | |
| | | 11:25am | | | Defendant attorney Moye re-cross of witness Kosmynka | |
| PX131 | | | X | X | Email | |
| | | 11:31am | | | Plaintiff attorney Epic Moskowitz Redirect of witness Kosmynka | |
| | | 11:34am | | | Court asks questions of witness Kosmynka | |
| | | 11:43am | | | Plaintiff attorney Moskowitz Redirect of witness Kosmynka | |
| | | 11:44am | | | Witness excused from stand | |
| | | 11:45am | | | Plaintiff Epic attorney Justin Clark calls witness Steve Allison for Direct. | P |
| PX 2469 | | | X | X | 10/18/20 EGS plan (Epic) | |
| | | 12:34pm | | | RECESS until 1:15pm | |
| | | 1:15pm | | | COURT REPORTER: PAM HEBEL | |
| | | 1:15pm | | | On the record.  Plaintiff Epic attorney Clark resumes Direct of witness Steve Allison | |
| PX2469 | | | X | X | P&L and cash view | |
| | | 1:20pm | | | Defendant Apple attorney Dunn  Cross of witness Allison | |
| | DX 3399 | | X | X | Slide deck "Weekly Store Strategy" | |
| | DX 5536 | | X | X | 9/2/2020  "What is Fortnite " Beginner's guide | |
| | DX 4638 | | X | X | 8/3/19 Email | |
| | DX 3993 | | X | X | Presentation to Board of Directors 1/16/2020 | |
| | DX 3795 | | X | X | Epic Leadership Finance Presentation February 2020 | |
| | | | | | PX 2469(hold) DX 5526 and DX 3993-sealing issues | |
| PX 2469 | | | X | X | Page 8 | |
| | DX 3681 | | X | X | Document | |
| | | 2:08pm | | | Plaintiff Epic attorney Clark Redirect of witness Allison | |
| | DX 4638 | | X | X | Email | |
| | PX 2469 | | X | X | Document page 8 | |
| | DX 5536 | | X | X | Document | |
| | DX 3681 | | X | X | Document | |
| | | 2:18pm | | | Defendant Dunn Re-Cross of witness Allison | |
| | DX 3955 | | X | X | Presentation 8/13/19 (subject to sealing) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2:22pm | | | Plaintiff Epic attorney Direct of witness Allison | |
| | | 2:23pm | | | Court asks questions to witness Allison | |
| | | 2:24pm | | | Witness excused from stand | |
| | | 2:25pm | | | Plaintiff Epic attorney Moskowitz calls witness  Matthew Weissinger for Direct | P |
| PX 0067 | | 2:28pm | X | X | Video /Demonstrative played in courtroom at 2:28pm | |
| PX 0065 | | 2:40pm | X | X | Video/Demonstrative played in courtroom | |
| PX 2783 | | 3:10pm | X | X | Video played in courtroom at 3:10pm | |
| | | 3:12pm | | | Court has questions for witness | |
| | | 3:13pm | | | Discussion with counsel | |
| | | 3:15pm | | | Witness excused for the day and to return Monday, 5/10/21 at 8:00am. | |
| | | | | | Attorneys conferred  re  all business records PP 879 and 880 except emails PX 052 | |
| | | 3:17pm | | | RECESS FOR THE DAY. | |
| | | 5/10/21 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00AM | | | Case called. Discussion with counsel. Exhibits for the "box" for public not to be put in at 5:00pm each trial day. Discussion with counsel as to expert reports. | |
| | | 8:09am | | | Plaintiff attorney Lauren Moskowitz resumes direct of witness Weissinger | |
| PX 2435 | | | X | X | Document | |
| | | 8:42am | | | Defendant Apple attorney Doren Cross of witness Weissinger | |
| | | | | | Demonstratives 1, 2, 3, 4 | |
| | DX 5541 | 8:54am | X | X | "Trailer" played in courtroom  8:54am-8:55am | |
| | | | | | Screenshot (creative mode) | |
| | DX 5539 | | X | X | Creative mode view | |
| | DX 5544 | | X | X | Video /trailer (creative item) played in courtroom 9:09am | |
| | DX 5540 | | X | X | "Tweets" on pages | |
| | | | | | V bucks demonstrative screen | |
| | DX 3233 | | X | X | 7/20/20 email | |
| | | | | | 007 page/slide  4/19. Influences survey | |
| | DX 3457 | | X | X | 9/27/19 email | |
| | DX 3422 | | | | Exhibit  (admitted on 5/6) | |
| | | | | | | |

| | DX 3222 | | X | X | Declaration of Sweeney Exhibit B (86-2 ECF doc) | |
|---|---|---|---|---|---|---|
| | DX 5537 | | | | Document | |
| | DX 5542 | | X | X | Email 7/15/210 form Stolfus to Weissinger | |
| | DX3069 | | X | X | 9/27/19 Email | |
| | DX 3933 | | X | X | Presentation "Communications Overview" | |
| | DX 4177 | | X | X | Email 5/15/20 | |
| | DX 3641 | | X | X | 5/22/20 Email | |
| | DX 4167 | | X | X | Document | |
| | | 10:15am | | | RECESS (20 minutes) | |
| | | 10:36am | | | Defendant attorney Doren resumes cross of witness Weissinger | |
| | DX 4138 | | X | X | 8/4/2020 Email | |
| | DX 4072 | | X | X | 8/13/20 Email | |
| | DX 4652 | | X | X | Liberty console partner | |
| | | 10:54am | | | Plaintiff attorney Moskowitz Redirect of witness Weissinger | |
| | DX 3457 | | X | X | 9/27/19 Email | |
| | DX 2435 | | X | | Document | |
| | DX 3069 | | X | X | Email 9/27/19 | |
| PX2963 | | | X | X | Picture of figure "Peel" | |
| | | 11:03am | | | Defendant Apple attorney Doren Re-cross of witness Weossomger | |
| | | 11:05am | | | Witness excused from the stand | |
| | | 11:06am | | | Plaintiff Epic attorney Gary Bornstein calls witness Dr. David S. Evans for Direct | P |
| | | 11:07am | | | Discussion re "housekeeping matters" | |
| | | 11:09am | | | Plaintiff Epic attorney Bornstein  Direct of witness Evans | |
| | | 11:11am | | | Plaintiff attorney Bornstein offers witness Evans as Expert.  Court accepts as Expert as stated on the record | |
| | | 11:12am | | | Plaintiff Epic attorney Bornstein resumes Direct of witness Evans | |
| PDX 41 | | | | | On 4/28/21 written testimony of Dr.David S. Evans provisionally admitted by the Court | |
| | | | | | Slides from PDX 41: 41.4, 41.5, 41.8, 41.10, 41.9, 41.11 | |
| | DX 4883 | | | | Document | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | PDX 41 Slides: 41.12. 41.13, 41.15, 41.16. 41.17, 41.18. 41.19, 41.21 | |
| | | | | | Article by Evans- 42.30 | |
| PX2489 | | | | | Document | |
| | | 12:27pm | | | Court has questions for the witness. | |
| | | 12:32pm | | | RECESS until 1:15pm | |
| | | 1:10pm | | | Plaintiff Epic attorney  Bornstein resumes Direct of witness Evans | |
| PX 2873 | | | | | Slides 41.22 41.23 41.24 41.26 41.27 | |
| PX880 | | | | | Exhibit | |
| PDX41 | | | | | Exhibit | |
| PX147 | | | | | 41.32 41.33 Slides 30 and 32 | |
| | | | | | Slide DX3922  and PDX 41.35 | |
| PX2451 | | | X | X | Document – provisionally admitted | |
| | | | | | Slides 41.36 and 41.37 | |
| | | 3:17pm | | | Witness excused- Recess for the day | |
| | | 3:30pm | | | RECESS FOR THE DAY. Further Bench Trial 5/11/21 at 8:00am | |
| | | | | | | |
| | | 5/11/2021 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00am | | | Case called.  Discussion with counsel. | |
| | | 8:10am | | | Plaintiff Epic attorney Bornstein resumes Direct of witness Dr. David Evans | |
| PX2477 | | | X | X | Document: the same as Document DX 5523 | |
| | | | | | Slide 38: summary of opinions | |
| | | | | | 41.38  41.39 41.40 41.42 41.43 Slides | |
| | | 8:34am | | | Defendant Apple attorney Dan Swanson Cross of witness Evans | |
| | DX5549 | | X | X | Document | |
| | DX5550 | | X | X | 7/28/16 Slide deck slides 32-36 | |
| | | 10:11am | | | RECESS (20 minutes) | |
| | | 10:36am | | | Defendant Apple attorney Swanson resumes Cross of witness Evans | |
| | | | | | Slide 41.18  Duopoly Market | |
| | DX5551 | | X | | Amicus Brief (0410 case) pages 6-8 | |
| | | | | | Page 28 | |
| | DX5550 | | X | X | Slides 32 and 34 | |
| | | 11:26am | | | Plaintiff Epic attorney Bornstein Redirect of Evans | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 41.7 slide | |
| | | | | 41.37 slide | |
| | | 12:00pm | | Defendant Apple attorney Swanson Re-Cross of witness Evans | |
| | | | | SEALED COURTROOM. SEALED TESTIMONY | |
| | | | | Under Seal portion of exam of witness | |
| | | 12:17pm | | Plaintiff Epic attorney Bornstein Redirect of witness Evans. | |
| | | 12:19pm | | Defendant Apple attorney Swanson Re-Cross of witness Evans | |
| | DX5550 | | | Slide 34 | |
| | | 12:24pm | | UNDER SEAL PORTION OF EXAM OF WITESS | |
| | | 12:25pm | | Court asks questions of witness Evans | |
| | | 12:28pm | | Plaintiff Epic attorney Bornstein Redirect of witness Evans | |
| | | 12:29pm | | Defendant Apple attorney Swanson Re-Cross of witness Evans | |
| | | 12:32pm | | Discussion with counsel | |
| | | 12:34pm | | RECESS (40 minutes) | |
| | | 1:15pm | | Plaintiff Epic attorney Yonathan Even calls witness Dr. Susan Athey for Direct | P |
| | | | | Plaintiff moved into evidence written testimony of Athey into evidence. | |
| | | | | Slide 2: Qualification | |
| | | 1:22pm | | Plaintiff attorney Even offers Dr. Athey as expert witness; Court accepts as expert as stated on the record | |
| | | 1:23pm | | Plaintiff Epic attorney Even resumes direct of witness Dr. Athey | |
| | | | | Slide 5 :User switching costs; Slide 9 | |
| | | | | Slide 6, 9, 10, 11 and 15 | |
| PX405 | | | | 405.1 and 405.2 | |
| | | 2:28pm | | Defendant Apple attorney Karen Dunn Cross of witness Dr. Athey | |
| | DX5603 | | X | .001 10/22/2020 Presentation | |
| | DX5612 | | X | Article: Switching Guide  page 7 | |
| | DX5605 | | X | Page 3 | |
| | | 3:15pm | | Witness excused for the day | |
| | | 3:15pm | | RECESS FOR THE DAY. Further Bench Trial 5/12/21 at 8:00am | |
| | | | | | |
| | | 5/12/2021 | | COURT REPORTER: RAYNEE MERCADO | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 8:00am | | | Case Called. Discussion with counsel.  By 6:00pm Friday submission to Court re exhibits requested to be sealed. | |
| | | 8:06am | | | Defendant Apple attorney Karen Dunn resumes Cross of witness Dr. Athey | |
| | DX5621 | | X | | Document | |
| | DX5615 | | X | | Exhibit | |
| | DX 5614 | | X | | Exhibit | |
| | DX5613 | | X | | Exhibit | |
| | DX5617 | | X | | Screenshot | |
| | DX5622 | | X | | Document | |
| | DX5623 | | X | | Screenshot | |
| | DX5624 | | X | | Screenshot | |
| | DX5620 | | X | | Screenshot | |
| | DX5608 | | X | | Page 2 | |
| | | 8:45am | | | Plaintiff Epic attorney Yonathan Even Redirect of witness Dr.Athey | |
| | DX5613 | | | | Exhibit | |
| | DX5612 | | | | Document | |
| | DX5605 | | | | Document | |
| | | 9:02am | | | Defendant attorney Swanson calls witness Richard Schmalensee for Direct | D |
| | DX5548 | | X | X | Document | |
| | | 9:10am | | | Defendant Apple attorney Swanson offers Schmalensee as expert witness; Court accepts as Economist Expert as stated on the record | |
| | | 9:10am | | | Defendant Apple attorney Swanson resumes direct of witness Schmalensee | |
| | | 9:52am | | | Plaintiff Epic attorney Bornstein Cross of witness Schmalensee | |
| PX1997 | | | X | | Document | |
| | | 10:15am | | | RECESS (20 minutes) | |
| | | 10:35am | | | COURT REPORTER: PAM HEBEL | |
| | | 10:36am | | | Plaintiff attorney Bornstein  resumes Cross of witness Schmalensee | |
| | | | | | Stipulation at dkt. 635, 640 | |
| | | | | | Demonstrative: Slide 2 Chart | |
| | DX4861 | | | | .001 Slide Ex. 2 of Schmalensee Rebuttal report | |
| | | | | | Slide 13 Digital in-app purchases | |
| | | 12:04pm | | | Defendant Apple attorney Swanson Redirect of witness Schmalensee | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Article | |
| | | 12:06pm | | | Plaintiff Epic attorney Bornstein Re-Cross of witness Schmalensee | |
| PX1997 | | | X | | Article: An Instant Classic | |
| | | 12:09pm | | | Court asks questions of witness Schmalensee | |
| | | 12:15pm | | | Witness excused from the stand | |
| | | 12:16pm | | | Defendant Apple attorney Karen Dunn calls witness Francine LaFontaine for Direct | D |
| | DX5546 | | X | X | CV of LaFontaine | |
| | | | | | Slide 3 of LaFontaine | |
| | | 12:22pm | | | Defendant attorney Dunn offers witness LaFontaine as expert; Court accepts as expert as stated on the record | |
| | | 12:23pm | | | Defendant attorney Dunn resumes Direct of witness LaFontaine | |
| | | | | | Slide 6 | |
| | | 12:36pm | | | RECESS (40 minutes) | |
| | | 1:15pm | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 1:15pm | | | Defendant attorney Dunn resumes Direct of witness LaFontaine | |
| | | | | | Slides 7 , 8 and 9 | |
| | | 1:37pm | | | Plaintiff attorney Bornstein Cross of witness LaFontaine | |
| | | 2:35pm | | | No redirect | |
| | | 2:35pm | | | Discussion with counsel. | |
| | | 2:43pm | | | Defendant Apple Attorney Richman calls witness Lorin Hitt for Direct | D |
| | | 2:47pm | | | Defendant attorney Richman offers Hitt as expert; Court accepts witness Hitt as expert as stated on the record | |
| | | 2:48pm | | | Defendant Apple attorney Richman resumes Direct of witness Hitt | |
| | | | | | Slides 3,4,5,6,7,8,9,10,11,12,13,14,15 | |
| | | 3:15pm | | | RECESS FOR THE DAY. | |
| | | 3:16pm | | | FURTHER BENCH TRIAL 5/13/21 AT 8:00AM | |
| | | 5/13/21 | | | COURT REPORTER: PAM HEBEL | |
| | | 7:45AM | | | Sidebar with counsel off the record with lead counsel Forrest and Doren until 8:00am | |
| | | 8:05am | | | Case called.  Discussion with counsel | |

16

| | | 8:07am | | | Discussion with counsel re 3 case cites submitted by plaintiff re attorney/witness contact. | |
| | | 8:16am | | | Defendant Apple attorney Cynthia Richman resumes Direct of witness Lorin Hitt | |
| | DX4806 | | X | | Slides 4, 9, 53 16 | |
| | DX4757 | | X | | Summary document Slide 17 | |
| | DX5469 | | X | | Summary document Slide 18 | |
| | DX4758 | | X | | Slides 20-21 | |
| | DX 4767 | | X | | Slides 23 and 24 | |
| | DX4763 | | X | | Slides 25 and 26 | |
| | DX4824 | | X | | Slides 27 and 28 | |
| | DX4823 | | X | | Slide 29 | |
| | DX4792 | | X | | Slide 30 | |
| | DX4777 | | X | | Slide 31 | ` |
| | | 9:31am | | | Court asks questions of witness Hitt | |
| | | 9:32am | | | Plaintiff Epic attorney Even Cross of witness Lorin Hitt | |
| | | | | | Slide 17, 28, 13-Demonstrative; slide 25 | |
| | | | | | Exhibit 13 – one page shown on document camera | |
| | | 10:15am | | | RECESS(20 minutes) | |
| | | 10:35am | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 10:35am | | | Plaintiff Epic attorney Even resumes Cross of witness Lorin Hitt | |
| | | | | | Slide 1: average commission rate analysis | |
| | | | | | Slide 1 page 2 | |
| | DX4775 | | X | | Figure 3 Slide: Device availability | |
| PDX143 | | | | | Documents | |
| | | 11:41am | | | Defendant Apple attorney Richman Redirect of witness Hitt | |
| | DX4808 | | X | | Slide 6 | |
| | | 11:56am | | | Plaintiff Even Cross of witness Hitt | |
| | DX4808 | | X | | Slide 6 | |
| | | 12:05pm | | | Defendant attorney Richman Redirect of witness Hitt | |
| | DX4808 | | X | | Slide 6 | |
| | | 12:07pm | | | No recross | |
| | | 12:08pm | | | Witness excused. Discussion with counsel. | |

| | | | | | |
|---|---|---|---|---|---|
| | | 12:09pm | | | Plaintiff Epic attorney Even calls witness Michael I. Cragg for Direct | P |
| | | 12:09pm | | | Plaintiff attorney moves for written testimony of witness Cragg to be admitted; Court admits into evidence provisionally | |
| PDX111.2 | | | | | CV Cragg  Slide 1 | |
| | | 12:14pm | | | Plaintiff offers witness Cragg as expert; Court admits as expert as stated on record | |
| | | 12:15pm | | | Plaintiff attorney Even resumes Direct of witness Michael Cragg | |
| PDX111.3 | | | X | | Slide 2, 3, 4, 5 and figure 1 | |
| | | 12:35pm | | | RECESS ( 40 minutes) | |
| | | 1:15pm | | | COURT REPORTER: RAYNEE MERCADO | |
| | | 1:15PM | | | Discussion with counsel | |
| | | 1:17pm | | | Plaintiff Epic attorney Even resumes direct of witness Cragg | |
| | | | | | Slide 6, 111.7  PDX 111.7 , slide 7 ,8, 9,13, 12, Figures 2 and 18 and 5. Slide 14, figure 6, slide 15 PDX 111.6; 111.19 | |
| | | | | | Court reserves ruling on 45 | |
| | | 2:00pm | | | Defendant Apple attorney Swanson Cross of Cragg. | |
| | | 3:00pm | | | Plaintiff Epic attorney Even Redirect of witness Cragg. | |
| | | | | | No cross. | |
| | | 3:02pm | | | Discussion with counsel | |
| | | 3:06pm-3:22pm | | | UNDER SEAL PORTION | |
| | | 3:23PM | | | RECESS FOR THE DAY. FURTHER BENCH TRIAL SET 5/14/2021 AT 8:00AM | |
| | | 5/14/2021 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00AM | | | Case called. Discussion with counsel re oral argument at conclusion of evidence. | |
| | | 8:17am | | | Plaintiff Epic attorney Bornstein Re-calls witness Dr. David Evans  for Direct AS REBUTTAL WITNESS | P |
| | DX4767 | | | | Summary Slide 25 | |
| | | | | | Slide 28 PDX .043; PDX .043.8 | |
| | | 8:57am | | | Defendant Apple Attorney Swanson Cross of witness Evans. | |
| | | 10:08am | | | Plaintiff Epic attorney Bornstein Redirect of witness Evans. | |

18

| | PX56 | | X | | Document | |
|---|---|---|---|---|---|---|
| | | 10:16am | | | RECESS (20 minutes) | |
| | | 10:35am | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 10:35AM-10:55AM | | | SEALED PORTION OF BENCH TRIAL | |
| | | 10:58AM | | | Plaintiff attorney Bornstein Direct of witness Evans | |
| | | 10:59am | | | Defendant attorney Swanson  cross of witness Evans | |
| | | 11:02am | | | Witness excused from stand | |
| | | 11:03am | | | Plaintiff Epic attorney Brent Byars calls witness Ned Barnes for Direct | P |
| | | 11:04pm | | | Plaintiff offers Barnes as expert ; Court accepts as expert as stated on the record | |
| | | 11:07am | | | Plaintiff Epic attorney Byars resumes Direct of witness Barnes | |
| | | 11:23am | | | Defendant Apple attorney Veronica Moye Cross of witness Barnes | |
| PX602 | | | | | Exhibit | |
| PX608 | | | | | Exhibit | |
| | | 12:03pm | | | Plaintiff Epic Attorney Bornstein Redirect of witness Barnes | |
| PX2391 | | | X | | 12/18/19 document | |
| PX2385 | | | | | 2385.24 page | |
| | | 12:13pm | | | Court has questions for witness Barnes | |
| | | 12:14pm | | | Witness excused from stand | |
| | | 12:15pm | | | Plaintiff Epic attorney Moskowitz calls witness Peter Rossi for Direct | P |
| | | | | | Exhibits admitted in evidence; provisionally: | |
| PX2545 | | | X | | | |
| PX2547 | | | X | | | |
| PX1085 | | | X | | Partially sealed | |
| PX1086 | | | X | | | |
| PX1087 | | | X | | | |
| PX1088 | | | X | | | |
| PX1089 | | | X | | | |
| PX1090 | | | X | | | |
| PX1091 | | | X | | | |
| PX1092 | | | X | | | |
| | | 12:19PM | | | Plaintiff attorney Moskowitz Direct of Rossi. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Plaintiff attorney offers Rossi as expert; court accepts as expert as stated on record. Direct of witness Rossi resumes | |
| PDX0091.1 | | | | Slides | |
| | | | | 00901.3, 0091.4, 0091.5 Slides | |
| | | 12:36pm | | RECESS (40 minutes) resume at 1:15pm | |
| | | 1:15pm | | On the record.  Discussion with counsel | |
| | | | | Slide 0091.10 | |
| | | 1:22pm | | Defendant Apple attorney Veronica Moye Cross of witness Rossi | |
| PX2885 | | | X | Slide PX2885.32  Figure 9 | |
| PX2457.35 | | | | Slide | |
| PX2457.36 | | | | Slide | |
| | | 1:50PM | | Plaintiff attorney Moskowitz Redirect of witness Rossi | |
| | | 1:56pm | | Defendant attorney Moye Re-cross of witness Rossi. | |
| | | 1:57pm | | Court has questions for witness | |
| | | 1:58pm | | No further examination for witness. Witness excused from the stand | |
| | | 1:59pm | | Plaintiff Epic attorney Justin Clark calls witness Dr. James Mickens for Direct | P |
| PDX0081 | | | | Slide | |
| | | | | Plaintiff Clark offers witness Mickens as expert ; court accepts as expert as stated on the record. | |
| | | | | Written Testimony of Mickens is provisionally admitted | |
| PDX0081.2 | | | | Slide | |
| PDX0081.3 | | | | Slide | |
| PDX0081.4 | | | | Slide | |
| PDX0081.7 | | | | Slide | |
| PDX0081.10 | | | | Slide | |
| PDX0081.11 | | | | Slide | |
| PDX0081.18 | | | | Slide | |
| PDX0081.19 | | | | Slide | |
| | | 3:22PM | | RECESS FOR THE DAY. FURTHER BENCH TRIAL MONDAY 5/17/21 AT 8:00AM | |
| | | 5/17/2021 | | COURT REPORTER: DIANE SKILLMAN | |
| | | 8:00AM | | Case called.  Discussion with counsel. | |
| | | 8:18am | | Defendant Apple attorney Jason Lo Cross of witness Mickens | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PDX81.2 | | | | | Slide 10S App review | |
| | DX5562.001 | | | | Cover page of Book (2013 version) page 80 | |
| | | | | | Payouts for Mobiles-Zero Day vulnerability | |
| | DX5562 | | | | Admitted for limited purpose | |
| | DX5561 | | | | Exhibit (10) | |
| PDX0081.9 | | | | | Slide | |
| PDX81.3 | | | | | Slide | |
| | | 9:40am | | | Plaintiff Epic attorney Justin Clarke Redirect of witness Mickens | |
| PDX81.02 | | | | | Slide | |
| PDX81.1 | | | | | Summary of conclusions Slide | |
| PDX81.5 | | | | | Slide | |
| | | 10:03am | | | Defendant Apple attorney Lo re-cross of witness Mickens | |
| | | 10:07am | | | Court excuses witness.  No further witnesses for Plaintiff | |
| | | 10:09am | | | Defendant Apple attorney Doren calls witness Phillip Schiller for Direct | D |
| | | 10:15am | | | RECESS (20 minutes) | |
| | | 10:35am | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 10:35AM | | | Defendant Apple attorney Doren resumes Direct of witness Schiller | |
| | DX3426 | | X | X | Press announcement 1/9/07 | |
| | DX4566 | | X | X | Letter from Steve Jobs re SDK 10/17/07 | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX0880 | | | X | X | Page | |
| | DX4287 | | X | X | Screenshot of exhibit- one page SDK 2008 | |
| PX0882 | | | X | X | Slide-Apple Development Plant 1/2/08  email | |
| PX2618 | | | X | X | Apple Development agreement | |
| PX2622 | | | X | X | Document | |
| PX2619 | | | X | X | Document | |
| PX0888 | | | X | X | 12/11/08 email (admitted 5/3/21) | |
| | | | | | 88.3, 888.4, 888.5, 888.25, 888.17, 888.27, 888.29, 888.30 | |
| | DX4192 | | X | X | Admitted per ECF 685: page 02, 4192.003, 4192.004 | |
| | | 12:34pm | | | RECESS(until 1:15pm) | |
| | | 1:15pm | | | COURT REPORTER: RAYNEE MERCADO | |
| | | 1:15PM | | | Defendant Apple attorney Doren resumes Direct of witness Schiller | |
| | DX5627 | | X | X | Email 6/21/18 by Schiller | |
| PX2790 | | | X | X | Document | |
| | DX5567 | | X | X | Email of Fortnite signup | |
| | DX5555 | | X | X | Email re Fortnite  5555.02 | |
| PX0250 | | | X | X | Email 10/16/2013 | ` |
| | DX4608 | | X | X | Transcript "Keynote 9/9/2009"  4608.001 | |
| PX79 | | | X | X | 6/9/13 Report Switching  0079.03 | |
| PX0080 | | | X | X | 6/20/13 Email | |
| PX892 | | | X | X | 892.1 892.2 | |
| | | | | | Slide: Innovations and Investments Demonstratives | |
| | DX3462 | | X | | Video | |
| | | 3:10pm | | | Portion of video played in courtroom | |
| | | 3:11pm | | | Defendant Apple attorney Doren resumes Direct of witness Phil Schiller | |
| | | 3:16pm | | | Discussion with counsel | |
| | | 3:20pm | | | RECESS FOR DAY. FURTHER BENCH TRIAL 5/18/21 AT 8:00AM | |
| | | 5/18/21 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00AM | | | Case called. Discussion with counsel. | |
| | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
| | | | | | Discussion re PX1902 document | |
| | | 8:17am | | | Break in proceedings; Line 2 listen in line not working. | |
| | | 8:21am | | | Defendant Apple attorney Doren resumes Direct of witness Schiller | |
| | DX5567 | | X | X | Admitted 5/17/21 | |
| | DX3462 | | X | X | Video admitted | |
| | | | | | Arkit 2017 slide<br>Animal Safari AR | |
| | | | | | Slide: Innovations and Investments | |
| | | | | | Demonstrative slide  Core ML 2017 | |
| | | 8:36am | | | Plaintiff Epic attorney Katherine Forrest Cross of witness Schiller | |
| | | | | | Demonstrative slide Innovations and Investments | |
| PX2618 | | | X | X | Document: Apple Development Agreement | |
| PX2619 | | | X | X | Document section 9.2 | |
| PX2619 | | | X | X | .05 page | |
| PX1893 | | | X | X | Apple Open Source  1893.1 | |
| PX1891 | | | X | X | Legal notices | |
| | | | | | PX1891.9 page "attractive chaos" | |
| | | | | | PX1891.10, 1891.14, 1891.23, 1891.28, 1891.30, 1891.40, 1891.41 | |
| PX79 | | | X | X | Document-Goldman Sachs (switching report) | |
| PX80 | | | X | X | 6/20/13 email Goldman Sachs Switching report | |
| | | 9:07am | | | Video of witness played in Courtroom (Eddie Cue) | |
| PX1817 | | | X | X | Document – Movies to Buy in iTunes | |
| PX80 | | | X | X | Document | |
| PX417 | | | X | X | 7/28/11 | |
| PX882 | | | X | X | 1/21/08 | |
| PX890 | | | X | X | Email/document | |
| PX879 | | | X | X | Email 8/5/2008 | |
| PX505 | | | X | X | 10/10/08 Email re Google | |
| PX2316 | | | X | X | 11/20/09 Document | |
| PX56A | | | X | X | 2/11/11 APP Store Review Guidelines (2010 Last page) | |
| PX2356 | | | X | X | Email 10/10/16 | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX402 | | | X | X | Document re Eddie Cue 12/3/14 | |
| PX 842 | | | X | X | 12/1/19 Email | |
| | | | | | Demonstrative Page 2 "Remedy" | |
| | | | | | InApp Purchasing Opportunities | |
| | | | | | Demonstrative IAP | |
| PX101 | | | X | X | 4/21/2010 Email -cover re A.R. Guidelines | |
| | | | | | Bates #650 | |
| PX101 | | | X | X | Bates 673 page | |
| PX1937 | | | X | X | Document | |
| PX1938 | | | X | X | Document | |
| PX1939 | | | X | X | Document | |
| PX1940 | | | X | X | Document | |
| PX1941 | | | X | X | Document | |
| PX1949 | | | X | X | Document | |
| PX1947 | | | X | X | Document | |
| PX1950 | | | X | X | Document | |
| PX1895 | | | X | X | Document | |
| PX1894 | | | X | X | Document | |
| PX1890 | | | X | X | Document | |
| | | 10:14am | | | RECESS (20 minutes) | |
| | | 10:35am | | | COURT REPORTER: RAYNEE MERCADO | |
| | | 10:35am | | | Plaintiff attorney Epic Katherine Forrest resumes cross of witness Schiller | |
| PX417 | | | X | X | Document email | |
| PX406 | | | X | X | 7/15/09 | |
| PX1932 | | | X | X | Document : Apple Unveils all new App Store 6/15/17 Article | |
| PX1917 | | | X | X | Article | |
| PX1908 | | | X | X | Document | |
| PX1907 | | | X | X | Document FAS Investigation | |
| PX1916 | | | X | X | Press release 6/16/20 | |
| PX2338 | | | X | X | 6/17/20 Email  bates 941 | |
| PX1906 | | | X | X | 6/16 Article | |
| PX1922 | | | X | X | 6/21/2020 | |
| PX1898 | | | X | X | Article 6/26/2020 | |
| | DX4477 | | X | X | Admitted | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX1896 | | | X | X | Exhibit | |
| PX2019 | | | X | X | Exhibit | |
| PX1897 | | | X | X | Document 7/29/20 | |
| PX1915 | | | X | X | Article 7/29/20 | |
| PX1914 | | | X | X | 8/26/20 Article | |
| PX1903 | | | X | X | 9/3/2020 Article | |
| PX1913 | | | X | X | 9/8/2020 Article | |
| PX2339 | | | X | X | 9/9/2020 Document | |
| PX1901 | | | X | X | 9/13/2020 Document | |
| PX1912 | | | X | X | 10/6/2020 | |
| PX2752 | | | X | X | Article | |
| PX1904 | | | X | X | App Store document | |
| PX2303 | | | X | X | Document bates 222 | |
| PX1911 | | | X | X | 3/4/21 Article UK "CMA" | |
| PX1930 | | | X | | 4/1/2021 article from the Verge | |
| PX1910 | | | X | X | Article 4/21/2021 | |
| PX1899 | | | X | X | 4/27/21 article | |
| PX1909 | | | X | X | 4/28/21 Article | |
| | DX4400 | | X | X | App Store and Privacy pages 4400.001, .003 | |
| PX1978 | | | X | X | Document | |
| PX2366 | | | X | X | 9/18/20 Email search ADS | |
| PX2202 | | | X | X | Document 6/6/08 | |
| | | 12:05pm | | | Portion deposition of Forestal played in courtroom | |
| | DX3060 | | X | X | Press release | |
| PX108 | | | X | X | 12/22/10 email review IAP from Schiller | |
| PX1849 | | | X | X | 2/10/11 document to Cue | |
| PX2194 | | | X | X | 9/5/13 Email | |
| PX1883 | | | X | X | Pages | |
| | | 12:35pm | | | RECESS (until 1:15pm) | |
| | | 1:15pm | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 1:15pm | | | Plaintiff Epic attorney Forrest resumes Cross of Schiller | |
| PX1883 | | | X | X | Document | |
| PX2273 | | | X | X | 10/11/19 Email | |
| PX897 | | | X | X | 1/30/08 Email | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX2274 | | | X | X | 11/26/17 Email | |
| PX2057 | | | X | X | 12/6/14 Email | |
| PX1854 | | | X | X | Printouts from App store | |
| PX1855 | | | X | X | Document | |
| PX1856 | | | X | X | Document | |
| | | 1:43pm | | | Defendant Apple attorney Doren Redirect of witness Schiller | |
| PX897 | | | X | X | Document | |
| PX888 | | | X | X | Document | |
| PX2057 | | | X | X | Document | |
| PX5568 | | | X | X | Tik Tok Guidelines document | |
| PX2790 | | | X | X | Document | |
| PX 101 | | | X | X | Document | |
| PX842 | | | X | X | Document | |
| PX2316 | | | X | X | Email | |
| PX56A | | | X | X | Document | |
| PX0879 | | | X | X | 8/5/08 Email | |
| PX890 | | | X | X | Document | |
| PX505 | | | X | X | 10/10/08 email | |
| | | 2:50pm | | | Plaintiff attorney Epic Forrest re-cross of witness Schiller | |
| PX1818 | | | X | X | 2/23/09 document | |
| PX1813 | | | X | X | Email | |
| PX1815 | | | X | X | Document | |
| | | 2:56pm | | | Defendant Apple attorney Doren Redirect of witness Schiller | |
| PX1818 | | | X | X | Document | |
| | | 3:01pm | | | Court has questions for witness Schiller | |
| | | 3:03pm | | | No further examination by attorneys | |
| | | 3:03pm | | | Defendant Apple attorney Srinivasan calls witness Michael Schmid for Direct | D |
| | DX5552 | | X | X | Document -Categories of Apps | |
| | | 3:16pm | | | RECESS FOR DAY.  FURTHER BENCH TRIAL SET 5/19/21 AT 8:00AM | |
| | | 5/19/21 | | | COURT REPORTER: RAYNEE MERCADO | |
| | | 8:00AM | | | Case called.  Discussion with counsel. Discussion with counsel PX1904 | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:08AM | | | **Defendant Apple attorney Sirinivasan resumes Direct of witness Michael Schmid** | |
| | DX5552 | | X | | **Document** | |
| | | 8:22am | | | **Resume Direct of witness Schmid** | |
| | | | | | **Slide Demonstrative  Hearthstone** | |
| | | | | | **Slide demonstrative Candy Crush** | |
| | DX3427 | | X | | **3/27/19 Email** | |
| | DX3758 | | X | X | **10/31/19 Email** | |
| | DX4239 | | X | X | **8/1/19 Email** | |
| | DX3661 | | X | X | **5/16/20 Email** | |
| | DX3958 | | X | X | **iMessage** | |
| | | 9:06am | | | **Plaintiff Epic attorney Moskowitz Cross of witness Schmid** | |
| | | | | | **Video screen demonstrative** | |
| | DX5552 | | X | X | **Document** | |
| PX1846 | | | X | X | **Article** | |
| PX2943 | | | X | X | **3/31/21 Schedule 2  2943.9** | |
| PX2621 | | | X | X | **Agreement** | |
| PX2125 | | | X | X | **4/11/18 email** | |
| | DX4243 | | X | X | **12/20/18 email** | |
| PX2362 | | | X | X | **11/14/19 email** | |
| PX634 | | | X | X | **3/12/20 email** | |
| | | 10:17am | | | **RECESS (20 minutes)** | |
| | | 10:37am | | | **COURT REPORTER: DIANE SKILLMAN** | |
| | | 10:37am | | | **Plaintiff Epic attorney Moskowitz resumes Cross of witness Schmid** | |
| PX856 | | | X | X | **2/20/19 Document** | |
| PX452 | | | X | X | **3/3/20 Email** | |
| PX65 | | | X | X | **Email 7/27/18** | |
| | | 10:49am | | | **Defendant Apple attorney Srinivasan Redirect of Witness Schmid** | |
| | | | | | **Videos- demonstrative Candy Crush** | |
| PX625 | | | X | | **4/25/19 email** | |
| | | 10:56am | | | **Court has questions for witness Schmid** | |
| | | | | | **No redirect** | |
| | | 11:01am | | | **Plaintiff Epic attorney Moskowitz re-cross of witness Schmid** | |
| | | | | | | |
| | | | | | | |

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | |
|---|---|---|---|---|---|---|
| | | | | | No further examination of witness Schmid | |
| | | 11:03am | | | Witness excused from stand | |
| | | 11:03am | | | Defendant Apple attorney Jason Lo calls witness Craig Federighi for Direct | D |
| | | | | | Slide 2 Threat Model Considerations | |
| | | | | | Slide 3 | |
| | | | | | Slide 4 How attack works | |
| | | | | | Slide 5, slide 7, slide 8, slide 9, slide 10 | |
| PX741 | | | X | | Mac OS Security Document 741.5 page | |
| | | | | | Slide 11 | |
| | | | | | Slide 12 Privacy | |
| | | | | | Slide 13 , Slide 19 | |
| PX2519 | | | X | X | Enterprise Program/Apple eligibility | |
| | | 12:36pm | | | RECESS (until 1:15pm) | |
| | | 1:15pm | | | COURT REPORTER: PAM HEBEL | |
| | | 1:15pm | | | Defendant Apple attorney Jason Lo resumes direct of witness Federighi | |
| PX2519 | | | X | X | Admitted in evidence | |
| | | 1:31pm | | | Plaintiff Epic attorney Yonathan Even Cross of witness Federighi | |
| PX877 | | | X | X | 3RD Party application 11/2/20 | |
| | | | | | 877.2. 877.6. 877.3 | |
| | DX5492 | | X | X | Document | |
| PX2882 | | | X | X | Education (K-12) Apple | |
| PX741 | | | X | X | Exhibit | |
| PDX005 | | | X | | Slide "Steps" Demonstrative | |
| PX465 | | | X | X | 8/28/13 Email | |
| PX2386 | | | X | X | 12/24/15 Email | |
| PX464 | | | X | X | 8/22/17 Email | |
| PX1220 | | | X | X | Document | |
| | | 3:01pm | | | Defendant Apple Attorney Lo Redirect of witness Federighi | |
| PX877 | | | X | X | Document | |
| PX2882 | | | X | X | Document | |
| PX465 | | | X | X | Document | |
| | | 3:24pm | | | Plaintiff Epic attorney Even re-cross of witness Federighi | |
| | | 3:25pm | | | Witness excused from stand | |
| | | | | | | |

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | |
|--------|--------|-------------------|----|----|-------------|---|
| | | 3:25pm | | | Discussion with counsel regarding two experts Rubin and Lee | |
| | | 3:27pm | | | RECESS FOR THE DAY. FURTHER BENCH TRIAL 5/20/21 at 8:00AM | |
| | | 5/20/21 | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 8:00AM | | | Case called.  Discussion with counsel | |
| | | 8:09am | | | Defendant Apple attorney Veronica Moye calls witness Dominique Hanssens for Direct | D |
| | | 8:13am | | | Counsel offers Hanssens as expert witness. Court accepts as expert as stated on the record | |
| | | 8:13am | | | Defendant Apple attorney Moye resumes direct of witness Hanssens. | |
| | | | | | Slide | |
| | | | | | Demonstrative assignment (Surveys) | |
| | | | | | Slides : 2, 3,4,6,7,8, 9. 10, 11, 12 | |
| | | | | | PX 2547.35 | |
| | | | | | ECF documents 641 and 682 | |
| | | | | | Slide 13 | |
| | | 8:43am | | | Plaintiff Epic attorney Moskowitz Cross of witness Hanssens | |
| | | | | | Stipulations at dkt,. 641 and 682 granted;  as to exhibits | |
| | | | | | Demonstratives: PDX 0003.2; 0003.3; 0003.4 0003.5; 0003.7 Slides; slide 6. DX4754 | |
| | | 9:27am | | | Defendant Apple attorney  Moskowitz re-cross of witness Dominque Hanssens | |
| | | | | | No redirect | |
| | | 9:43am | | | Defendant Apple attorney Doren calls witness James Malackowski for Direct | |
| | | | | | Written Direct of Malackowski ADMITTED in evidence | |
| | | | | | Slide 2 | |
| | DX4876 | | X | X | CV of Malackowski | |
| | | | | | Defense offers as expert; Court accepts as expert as stated on the record. | |
| | | 9:51am | | | Defendant Apple attorney Richard Doren resumes Direct of witness Malackowski | |
| | DX3305 | | X | X | Antitrust Guidelines | |
| | | | | | Slide 3, overview of opinion; Slides 4-7 | |
| | DX4080 | | X | X | Document | |
| | | 10:17am | | | RECESS (20 minutes) | |
| | | | | | | |

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | |
|--------|--------|-------------------|----|----|-------------|---|
| | | 10:35am | | | **COURT REPORTER: PAM HEBEL** | |
| | DX3134 | | X | X | **Patent 10,726,604   Spence, et al.** | |
| | DX3052 | | X | X | **US Patent 8,620.272  Gamatra et al.** | |
| | | | | | **Slides 8, 10, 11, 12, 15** | |
| | DX3691 | | X | X | **Document** | |
| PX2618 | | | X | X | **Development Agreement** | |
| | DX3900 | | X | X | **Apple Development Program** | |
| | | 11:06am | | | **Plaintiff Epic attorney Moskowitz Cross of witness James Malackowski** | |
| PX1173 | | | X | X | **Document** | |
| PX1176 | | | X | X | **Document** | |
| | DX3370 | | X | X | **Document** | |
| PX1182 | | | X | X | **Document** | |
| | DX5447 | | X | X | **Document** | |
| PX1183 | | | X | X | **Document -Patent** | |
| | DX3370 | | X | X | **Document** | |
| | | 12:08pm | | | **Defendant Apple attorney Doren Cross of witness Malackowski** | |
| | DX3900 | | X | X | **Document** | |
| PX1182 | | | X | X | **Document** | |
| PX1183 | | | X | X | **Document** | |
| | | 12:24pm | | | **Plaintiff Epic attorney Moskowitz Cross of witness Malackowski** | |
| | | 12:25pm | | | **Defendant Apple attorney Doren Redirect of witness Malackowski** | |
| | | 12:26pm | | | **Witness excused from stand** | |
| | | 12:27pm | | | **Defendant Apple attorney Jason Lo calls witness Aviel Rubin for Direct** | D |
| | | | | | **Slide 2, 3, 4, 5** | |
| | DX4884 | | X | X | **CV of Rubin** | |
| | | | | | **Written Direct and exhibits of Rubin admitted into evidence** | |
| | | 12:36pm | | | **RECESS (until 1:15pm)** | |
| | | 1:15pm | | | **COURT REPORTER: RAYNEE MERCADO** | |
| | | 1:16pm | | | **Discussion with counsel** | |
| | | 1:27pm | | | **Defendant Apple attorney Jason Lo resumes direct of witness Aviel Rubin** | |
| | | | | | **Slides: 5,6,7,9,10.13,14, 15, 16, 24** | |
| | | | | | | |

30

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | |
|---|---|---|---|---|---|---|
| | DX4975 | | X | | Report | |
| | DX4934 | | X | | First page Risk IQ report, pages 1 and 6 | |
| | DX4956 | | X | | Purple Sec Statistics ; slide 4 and slide 3 | |
| | | 2:18PM | | | Plaintiff Epic attorney  Brent Byars Cross of witness Rubin | |
| | DX4975 | | X | | Report | |
| PX1239 | | | X | | Document | |
| | | 3:15PM | | | Witness excused from stand for the day and to return tomorrow | |
| | | 3:16pm | | | Discussion with counsel | |
| | | 3:23pm | | | RECESS | |
| | | 5/21/2021 | | | COURT REPORTER: PAM HEBEL | |
| | | 8:00AM | | | Case called.  Discussion with counsel.  All written expert direct admitted into evidence. Dkt. 725 re exhibits is ADMITTED. Final findings of fact submitted by Noon on 5/21/21. On Monday 5/24/21 Oral argument  set. | |
| | | 8:16am | | | Defendant Apple attorney Moye calls witness Tim Cook for Direct | D |
| PX0089 | | | X | X | 6/9/15 email | |
| PX4581 | | | X | X | Document | |
| | DX3084A | | X | X | Document | |
| PX0892 | | | X | X | Email  page 0892.2 page | |
| PX0416 | | | X | X | 3/4/16 email | |
| | DX4581 | | X | X | Document  page .022 | |
| PX2385 | | | X | X | 10/1/19 Email;pages 2385.08; 2385.14,2385.13 | |
| PX2392 | | | X | X | 2392.93 Profitability | |
| | DX5573 | | X | X | Document | |
| | | 9:26am | | | Plaintiff Epic attorney Bornstein Cross of witness Cook | |
| PX0089 | | | X | X | Email | |
| PX1721 | | | X | X | Video portion played in court | |
| PX1677 | | | X | X | Video clip played in courtroom | |
| PX2385 | | | X | X | Email  2385.12, 2385.13, 2385.18, 2385.24 | |
| PX2392 | | | X | X | Document | |
| PX2391 | | | X | X | 12/18/19 email | |
| PX1725 | | | X | X | Videoclip played in courtroom | |
| | | | | | | |
| | | | | | | |

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | |
|---|---|---|---|---|---|---|
| PX2943 | | | X | X | 3/31/21 Schedule 2, 7.1 paragraph ,page .09 | |
| | | 10:16am | | | RECESS (20 minutes) | |
| | | 10:35am | | | COURT REPORTER: RAYNEE MERCADO | |
| | | 10:35am | | | Plaintiff Epic attorney Bornstein resumes Cross of witness Cook | |
| | DX4400 | | X | X | Document | |
| PX1678 | | | X | X | iCloud Agreement with GCBD (Chinese government) | |
| PX1659 | | | X | X | Document | |
| PX1667 | | | X | X | Email | |
| PX1725 | | | X | X | Video clip played | |
| PX1701 | | | X | X | Document | |
| PX1709 | | | X | X | Document | |
| | | 11:16am | | | Defendant Apple attorney Moye Redirect of witness Cook | |
| PX2392 | | | X | X | Document | |
| PX2391 | | | X | X | Document | |
| PX2385 | | | X | X | Document | |
| PX2392 | | | X | X | Document | |
| PX2943 | | | X | X | Document | |
| PX1709 | | | X | X | Document | |
| PX1701 | | | X | X | Document | |
| PX1813 | | | X | X | 2/9/2001 Document   1813.03 page; 1813.02 page | |
| | DX5577 | | X | X | Publication 5/24/21 | |
| | | 11:35am | | | Plaintiff Epic attorney Bornstein re-cross of witness Cook | |
| PX1667 | | | X | X | Document | |
| PX2391 | | | X | X | Document  page 2391.86 | |
| PX1813 | | | X | X | Document page 1813.2 | |
| PX1703 | | | X | X | Document | |
| PX1714 | | | X | X | Document 11/2010 | |
| | | 11:46am | | | Defendant Apple attorney Moye redirect of witness Cook | |
| PX2391 | | | X | X | Page .104, 2391.104, 2391.105 | |
| | | 11:47am | | | Court has questions for witness Cook | |
| | | 12:02pm | | | Defendant Apple attorney Moye Redirect of witness cook | |
| | | | | | | |
| | | | | | | |

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | |
|--------|--------|-------------------|----|----|-------------|---|
| | | 12:03pm | | | **UNDER SEAL SESSION** | |
| | | 12:26pm | | | **Session completed** | |
| | | | | | | |
| | | 12:27pm | | | **RECESS (until 1:15pm)** | |
| | | 1:15pm | | | **COURT REPORTER: DIANE SKILLMAN** | |
| | | 1:16pm | | | **Plaintiff Epic attorney Byars resumes Cross witness Aviel Rubin** | |
| | DX4235 | | X | X | **1/30/19 email** | |
| | | 1:27pm | | | **Defendant Apple attorney Lo Redirect of witness Rubin** | |
| | DX4066 | | X | X | **Document** | |
| | | 1:29pm | | | **Plaintiff Epic attorney Byars re-cross of witness Rubin** | |
| | | 1:30pm | | | **Witness excused.** | |
| | | 1:30pm | | | **PLAINTIFF RESTS** | |
| | | 1:31pm | | | **DEFENSE RESTS** | |
| | | 1:33PM | | | **Discussion with counsel. List of exhibits admitted in evidence stated by the Court. See Minutes of 5/21/21 for list.** | |
| | | 2:25pm | | | **RECESS FOR DAY.  Oral argument  set for Monday, 5/24/2021 at 8:00am** | |
| | | 5/24/21 | | | **COURT REPORTER: DIANE SKILLMAN** | |
| | | 8:00AM | | | **Case called. Discussion with counsel.** | |
| | | 8:08am | | | **Plaintiff oral argument/closings** | |
| | | 10:30am | | | **RECESS (15 minutes)** | |
| | | 10:47am | | | **COURT REPORTER: PAM HEBEL** | |
| | | 10:47am | | | **Defense oral argument/closings** | |
| | | | | | **DX5447 Correct case number For exhibit (not 5547)   DX5441 corrected to DX5447** | |
| | DX3734 | | X | X | **Admitted** | |
| | DX5447 | | X | X | **Admitted** | |
| | | 11:50am | | | **RECESS. Bench Trial completed.** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |