THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Defendant Apple Inc. appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and order of permanent injunction entered on September 10, 2021 (Dkts. 813 & 816), as well as all rulings, orders, findings, and conclusions leading up to that judgment and order, including but not limited to those set forth in the Rule 52 Order After Trial on the Merits (Dkt. 812).

Plaintiff Epic Games, Inc. previously noticed an appeal from the same final judgment, which has been docketed as No. 21-16506 in the Ninth Circuit.

DATED: October 8, 2021        By    */s/ Mark A. Perry*
                                    GIBSON, DUNN & CRUTCHER LLP

                                    Mark A. Perry
                                    GIBSON, DUNN & CRUTCHER LLP
                                    1050 Connecticut Avenue, N.W.
                                    Washington, DC 20036
                                    Telephone: 202.955.8500
                                    Facsimile: 202.467.0539

                                    *Attorney for Apple Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP

Address: 333 S Grand Avenue Los Angeles, CA 90071

Telephone number(s): 213-229-7804

Email(s): tboutrous@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Gary Bornstein
CRAVATH, SWAINE & MOORE, LLP

Address: 825 8th Avenue  New York, NY 10019

Telephone number(s): 212-474-1000

Email(s): gbornstein@cravath.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:
Apple Inc.

Name(s) of counsel (if any):
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP

Address: 555 Mission Street  Suite 3000  San Francisco, CA 94105

Telephone number(s): 415-393-8293

Email(s): rbrass@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ◉ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
M. Brent Byars
CRAVATH, SWAINE & MOORE, LLP

Address: 825 8th Avenue  New York, NY 10019

Telephone number(s): 212-474-1000

Email(s): mbyars@cravath.com

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
Wes Earnhardt
CRAVATH, SWAINE & MOORE, LLP

Address: 825 8th Avenue  New York, NY 10019

Telephone number(s): 212-474-1000

Email(s): yeven@cravath.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                    2                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Richard J. Doren  GIBSON, DUNN & CRUTCHER LLP

Address: 333 S Grand Avenue  Los Angeles, CA 90071

Telephone number(s): 213-229-7038

Email(s): rdoren@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Katherine Forrest  CRAVATH, SWAINE & MOORE, LLP

Address: 825 8th Avenue  New York, NY 10019

Telephone number(s): 212-474-1000

Email(s): kforrest@cravath.com

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Paul J. Riehle  FAEGRE DRINKER BIDDLE & REATH LLP

Address: Four Embarcadero Center 27th Floor  San Francisco, CA 94111

Telephone number(s): 415-591-7521

Email(s): paul.riehle@faegredrinker.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                            2                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Karen L. Dunn  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Address: 2001 K Street NW  Washington, DC 20006

Telephone number(s): 202-223-7300

Email(s): kdunn@paulweiss.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Samuel Eckman  GIBSON, DUNN & CRUTCHER LLP

Address: 333 S Grand Avenue  Los Angeles, CA 90071

Telephone number(s): 484-354-8170

Email(s): seckman@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                           2                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Julian Kleinbrodt  GIBSON, DUNN & CRUTCHER LLP

Address: 555 Mission Street Suite 3000  San Francisco, CA 94105

Telephone number(s): 415-393-8382

Email(s): jkleinbrodt@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                         2                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Jason C. Lo  GIBSON, DUNN & CRUTCHER LLP

Address: 333 S Grand Avenue

Telephone number(s): 213-229-7000

Email(s): jlo@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**      2      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Mark A. Perry GIBSON, DUNN & CRUTCHER LLP

Address: 1050 Connecticut Avenue NW  Washington, DC 20036

Telephone number(s): 202-887-3667

Email(s): mperry@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                           2                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Cynthia Richman GIBSON, DUNN & CRUTCHER LLP

Address: 1050 Connecticut Avenue NW  Washington, DC 20036

Telephone number(s): 202-955-8234

Email(s): crichman@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                              2                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Jagannathan Srinivasan GIBSON, DUNN & CRUTCHER LLP

Address: 333 S Grand Avenue  Los Angeles, CA 90071

Telephone number(s): 213-229-7296

Email(s): jsrinivasan@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                    2                                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Daniel G. Swanson GIBSON, DUNN & CRUTCHER LLP

Address: 333 S Grand Avenue  Los Angeles, CA 90071

Telephone number(s): 213-229-7430

Email(s): dswanson@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Joshua M. Wesneski GIBSON, DUNN & CRUTCHER LLP

Address: 1050 Connecticut Avenue, NW  Washington, DC 20036

Telephone number(s): 213-887-3598

Email(s): jwesneski@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*