| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>JASON C. LO, SBN 219030<br>  jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; pro hac vice)<br>  vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>  Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsonnun.com<br>ELI M. LAZARUS, SBN 284082<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>*Attorneys for Defendant APPLE INC.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 20-cv-05640-YGR<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S MOTION FOR STAY OF INJUNCTION PENDING APPEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S
MOTION FOR STAY OF INJUNCTION PENDING APPEAL
No. 20-cv-05640-YGR

I, Mark A. Perry, declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel for Defendant Apple Inc. in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently hereto.

2. Attached as Exhibit A is a true and correct copy of a screenshot of a Tweet posted by Tim Sweeney on September 10, 2021.

3. Attached as Exhibit B is a true and correct copy of a screenshot of a Tweet posted by Tim Sweeney on September 11, 2021.

4. Attached as Exhibit C is a true and correct copy of an email Tim Sweeney sent to Phil Schiller on September 16, 2021.

5. Attached as Exhibit D is a true and correct copy of a letter I sent to counsel for Plaintiff Epic Games, Inc. on September 21, 2021.

6. Attached as Exhibit E is a true and correct copy of a press release Apple posted on its website on September 1, 2021, available at https://www.apple.com/newsroom/2021/09/japan-fair-trade-commission-closes-app-store-investigation/.

7. Attached as Exhibit F is a true and correct copy of an article posted on the Wired website on September 10, 2021, available at https://www.wired.com/story/epic-leaves-big-crack-in-apple-walled-garden/.

8. Attached as Exhibit G is a true and correct copy of an article posted by the CEO of Paddle.com on its website on October 1, 2021, available at https://paddle.com/blog/what-epic-vs-apple-means-for-saas/.

9. Attached as Exhibit H is a true and correct copy of an article posted on The Verge on October 7, 2021, available at https://www.theverge.com/2021/10/7/22714677/apple-in-app-payment-competitor-paddle-epic-ruling.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2021 at Washington, D.C..

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S
MOTION FOR STAY OF INJUNCTION PENDING APPEAL
No. 20-cv-05640-YGR

By:    */s/ Mark A. Perry*

Mark A. Perry

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S
MOTION FOR STAY OF INJUNCTION PENDING APPEAL
No. 20-cv-05640-YGR