# Exhibit B



**Tim Sweeney**
@TimSweeneyEpic

Replying to @Santiturtle1

Thinking much more about whether we're going to live in a world where two platform megacorps dictate software and world commerce to everyone or whether the digital world and the future metaverse will be a free world. Wouldn't trade that away to get Fortnite back on iOS.

12:17 AM · Sep 11, 2021 · Twitter for iPhone