# Exhibit C

From: **Tim Sweeney** <tim.sweeney@epicgames.com>
Date: Thu, Sep 16, 2021 at 5:01 PM
Subject: Fortnite and the App Store
To: Phil Schiller <▬▬▬▬▬▬▬▬▬>

Hi Phil,

I'm writing to provide clarity on where we stand.

Epic has appealed the court's decision in our suit over Apple's policies on In-App Purchase and competing stores. Though we can't update the Fortnite version that users still have on their iOS devices, we've disabled Epic payments server-side, and have paid Apple $6,000,000 as ordered by the court.

Epic has asked Apple to reactivate our Fortnite development account. Epic promises that it will adhere to Apple's guidelines whenever and wherever we release products on Apple platforms.

If we get the account back, we'll bring Fortnite back to Mac as soon as possible, and we'll reincorporate Fortnite for iOS in our Unreal Engine development and testing process, which will benefit all of our mutual developers.

Whether Epic chooses to bring Fortnite back to iOS consumers depends on whether and where Apple updates its guidelines to provide for a level playing field between Apple In-App Purchase and other methods of payment.

Epic will resubmit Fortnite to the App Store if you adhere to the plain language of the court order and allow apps to include buttons and external links that direct customers to other purchasing mechanisms without onerous terms or impediments to a good user experience.  In that case, our remaining dispute will be about competing stores, and I genuinely believe we could find common ground on the topic if Apple's position were based solely on user security and privacy rather than commercial interests.

As a provider of developer tools, Epic continues to support Apple platforms and our mutual developers wholeheartedly.

If you have any questions or thoughts, I'm happy to talk.

Tim Sweeney
Epic Games