# Exhibit E

Newsroom                                                                        Search Newsroom        Popular Topics

PRESS RELEASE
September 1, 2021

# Japan Fair Trade Commission closes App Store investigation

Apple will let developers of "reader" apps around the world link to an external website to set up or manage an account beginning early next year



**CUPERTINO, CALIFORNIA** — Apple today announced an update coming to the App Store that closes an investigation by the Japan Fair Trade Commission (JFTC). The update will allow developers of "reader" apps to include an in-app link to their website for users to set up or manage an account. While the agreement was made with the JFTC, Apple will apply this change globally to all reader apps on the store. Reader apps provide previously purchased content or content subscriptions for digital magazines, newspapers, books, audio, music, and video.

To ensure a safe and seamless user experience, the App Store's guidelines require developers to sell digital services and subscriptions using Apple's in-app payment system. Because developers of reader apps do not offer in-app digital goods and services for purchase, Apple agreed with the JFTC to let developers of these apps share a single link to their website to help users set up and manage their account.

Before the change goes into effect in early 2022, Apple will update its guidelines and review process to make sure users of reader apps continue to have a safe experience on the App Store. While in-app purchases through the App Store commerce system remain the safest and most trusted payment methods for users, Apple will also help developers of reader apps protect users when they link them to an external website to make purchases.

"Trust on the App Store is everything to us. The focus of the App Store is always to create a safe and secure experience for users, while helping them find and use great apps on the devices they love," said Phil Schiller, Apple Fellow who oversees the App Store. "We have great respect for the Japan Fair Trade Commission and appreciate the work we've done together, which will help

developers of reader apps make it easier for users to set up and manage their apps and services, while protecting their privacy and maintaining their trust."

This update follows a number of changes to the App Store announced last week, which give developers more flexibility and resources to reach their customers, tailor their price points, and grow their businesses. Last week, Apple also launched the News Partner Program to support local journalism and help news organizations on the App Store.

With the update announced today, the App Store continues to evolve to be an even better marketplace for users and developers alike. Already, Apple provides more than 30 million registered developers with all the tools, resources, and support they need to create and deliver software to over a billion customers around the world on Apple platforms.

Share article

Text of this article                                    Copy text



About Apple

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch, and Apple TV. Apple's five software platforms — iOS, iPadOS, macOS, watchOS, and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay, and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

Press Contacts

Fred Sainz
Apple
sainz@apple.com
(669) 227-0492

Peter Ajemian
Apple
pajemian@apple.com
(212) 822-9882

Apple Media Helpline
media.help@apple.com
(408) 974-2042

Latest News

UPDATE
Apple unveils new resources for elementary school coding and inclusive app design

Japan Fair Trade Commission closes App Store investigation - Apple



October 5, 2021

**UPDATE**

**Apple Watch Series 7 orders start Friday, October 8**

October 4, 2021



**PRESS RELEASE**

**Apple unveils new features in iWork suite of productivity apps**

September 28, 2021



# The latest news and updates, direct from Apple.

Read more ›

Newsroom    Japan Fair Trade Commission closes App Store investigation

**Shop and Learn**
Mac
iPad
iPhone
Watch
TV
Music
AirPods
HomePod
iPod touch
AirTag
Accessories
Gift Cards

**Services**
Apple Music
Apple TV+
Apple Fitness+
Apple News+
Apple Arcade
iCloud
Apple One
Apple Card
Apple Books
Apple Podcasts
App Store

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Store**
Find a Store
Shop Online
Genius Bar
Today at Apple
Apple Camp
Apple Store App
Refurbished and Clearance
Financing
Apple Trade In
Order Status
Shopping Help

**For Business**
Apple and Business
Shop for Business

**For Education**
Apple and Education
Shop for K-12
Shop for College

**For Healthcare**
Apple in Healthcare
Health on Apple Watch
Health Records on iPhone

**For Government**
Shop for Government
Shop for Veterans and Military

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Racial Equity and Justice
Supplier Responsibility

**About Apple**
Newsroom
Apple Leadership
Career Opportunities
Investors
Ethics & Compliance
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map     United States