1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

                    Plaintiff, Counter-
                    defendant

        v.

APPLE INC.,

                    Defendant,
                    Counterclaimant.

Case No. 4:20-cv-05640-YGR-TSH

**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S MOTION FOR STAY OF INJUNCTION PENDING APPEAL**

Defendant Apple Inc. ("Apple") has filed a Motion for Stay of Injunction Pending Appeal. Having considered the Motion, all associated briefs, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  Accordingly, the Court's Permanent Injunction of September 10, 2021 (Dkt. 813) and the relevant portion of the implementing judgment entered the same day (Dkt. 814) are hereby **STAYED** until the mandate of the Ninth Circuit issues.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge