| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>JUSTIN C. CLARKE (*pro hac vice*)<br>jcclarke@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counterdefendant Epic Games, Inc.*<br><br>[Additional counsel appear on signature page] | THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYE (*pro hac vice*)<br>vlewis@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>MARK A. PERRY, SBN 212532<br>mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (*pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff, Counter-defendant<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR APPLE INC.'S MOTION TO STAY THE INJUNCTION PENDING APPEAL** |

1    Pursuant to Civil Local Rule 6-2, Epic Games, Inc. ("Epic") and Apple Inc. ("Apple") by and through their respective counsel hereby agree as follows:

WHEREAS, on September 10, 2021, the Court entered a permanent injunction (Dkt. 813) and judgment (Dkt. 814) in this case;

WHEREAS, the injunction has an effective date of December 9, 2021;

WHEREAS, Epic noticed an appeal on September 12, 2021 (Dkt. 816) and Apple noticed an appeal on October 8, 2021 (Dkt. 820);

WHEREAS, on October 8, 2021, Apple filed a Motion for Stay of Injunction Pending Appeal ("Motion to Stay") (Dkt. 821);

WHEREAS, pursuant to the Local Rules, Apple noticed the Motion to Stay for hearing on November 16, 2021, with Epic's opposition due October 22, 2021, and Apple's reply due October 29, 2021;

WHEREAS, Apple requested to shorten the time for the hearing on Apple's Motion to Stay, and Epic does not object; and

WHEREAS, counsel for both parties are available for a November 9, 2021 hearing, a date on which the Court will be conducting its weekly civil law and motion calendar;

THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that Apple's Motion to Stay the Injunction Pending Appeal shall be heard on November 9, 2021, at 2:00 p.m. via the Zoom platform.

| | |
|---|---|
| Dated: October 12, 2021 | CRAVATH, SWAINE & MOORE LLP<br>    Christine A. Varney (*pro hac vice*)<br>    Katherine B. Forrest (*pro hac vice*)<br>    Gary A. Bornstein (*pro hac vice*)<br>    Yonatan Even (*pro hac vice*)<br>    Lauren A. Moskowitz (*pro hac vice*)<br>    Justin C. Clarke (*pro hac vice*)<br>    M. Brent Byars (*pro hac vice*)<br><br>FAEGRE DRINKER RIDDLE & REATH LLP<br>    Paul J. Riehle<br><br>By: /s/ *Gary A. Bornstein*<br>    Gary A. Bornstein<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |
| Dated: October 12, 2021 | GIBSON, DUNN & CRUTCHER LLP<br>    Theodore J. Boutrous Jr.<br>    Richard J. Doren<br>    Daniel G. Swanson<br>    Jay P. Srinivasan<br>    Mark A. Perry<br>    Veronica S. Moye<br>    Cynthia E. Richman<br><br>By: /s/ *Mark A. Perry*<br>    Mark A. Perry<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____                   _____
                                            YVONNE GONZALEZ ROGERS
                                            UNITED STATES DISTRICT JUDGE

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: October 12, 2021

GIBSON, DUNN & CRUTCHER LLP
By: /s/ Mark A. Perry
   Mark A. Perry

*Attorney for Defendant and Counterclaimant Apple Inc.*