1  Paul J. Riehle (SBN 115199)
   paul.riehle@faegredrinker.com
2  **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
3  San Francisco, California 94111
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Christine A. Varney (*pro hac vice*)
   cvarney@cravath.com
6  Katherine B. Forrest (*pro hac vice*)
   kforrest@cravath.com
7  Gary A. Bornstein (*pro hac vice*)
   gbornstein@cravath.com
8  Yonatan Even (*pro hac vice*)
   yeven@cravath.com
9  Lauren A. Moskowitz (*pro hac vice*)
   lmoskowitz@cravath.com
10 Justin C. Clarke (*pro hac vice*)
   jcclarke@cravath.com
11 M. Brent Byars (*pro hac vice*)
   mbyars@cravath.com
12 **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
13 New York, New York 10019
   Telephone: (212) 474-1000
14 Facsimile: (212) 474-3700

15 *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

16            **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

18            **OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff and Counter-defendant, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant and Counterclaimant. | No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF M. BRENT BYARS IN SUPPORT OF PLAINTIFF EPIC GAMES, INC.'S OPPOSITION TO DEFENDANT APPLE INC.'S MOTION FOR STAY OF INJUNCTION PENDING APPEAL** <br><br> Date: Nov. 16, 2021, 2 p.m. (noticed date) <br>       Nov. 9, 2021, 2 p.m. (stipulated date pending Court approval) <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez-Rogers |

I, M. Brent Byars, declare as follows:

1. I am an attorney at the law firm of Cravath, Swaine & Moore LLP, and am one of the attorneys representing Epic Games, Inc. ("Epic") in this action. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration in support of Epic's Opposition to Apple Inc.'s ("Apple") Motion for Stay of Injunction Pending Appeal. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

3. Attached as **Exhibit A** is a true and correct copy of an article by Chance Miller, *Apple describes Epic Games ruling as a 'resounding victory' for the App Store*, 9to5Mac (September 10, 2021), https://9to5mac.com/2021/09/10/apple-epic-games-ruling-statement/.

4. Attached as **Exhibit B** is a true and correct copy of an article by Adi Robertson and Zoe Schiffer, *Tim Cook tells Apple employees he's 'looking forward to moving forward' after Epic ruling*, The Verge (September 17, 2021), https://www.theverge.com/2021/9/17/22679724/tim-cook-epic-apple-antitrust-ruling-employee-meeting.

5. Attached as **Exhibit C** is a true and correct copy of a letter written by Gary A. Bornstein to Mark A. Perry dated September 14, 2021, with two redactions concerning sensitive information. The redactions that appear in this exhibit conceal solely Apple's bank account and routing numbers.

6. Attached as **Exhibit D** is a true and correct copy of a letter written by Gary A. Bornstein to Mark A. Perry dated September 12, 2021.

7. Attached as **Exhibit E** is a true and correct copy of an article written by Juli Clover, *Epic Games Asks Apple to Restore Fortnite in South Korea Following Ban on In-App Purchase Requirement*, MacRumors (September 9, 2021), https://www.macrumors.com/2021/09/09/epic-games-fortnite-south-korea/.

8. Attached as **Exhibit F** is a collection of true and correct screenshots of the App Store pages for *PlayerUnknown's Battlegrounds* ("*PUBG*"), *Mortal Kombat* and *Hello Neighbor*, which show in-app purchase options. The table below lists the respective page numbers for each in the Exhibit. The screenshots were taken on October 18, 2021 and October 19, 2021.

| App | Exhibit Pages |
|---|---|
| *PUBG* | 1-2 |
| *Mortal Kombat* | 3-4 |
| *Hello Neighbor* | 5-6 |

9. Attached as **Exhibit G** is an article by Chance Ivey, *Hello Neighbor Mod Kit Released, Mod Contest Announced*, Unreal Engine (October 6, 2017), https://www.unrealengine.com/en-US/blog/hello-neighbor-mod-kit-released-mod-contest-announced.

10. Attached as **Exhibit H** is a collection of true and correct screenshots of the App Store pages for *Unreal Remote*, *Unreal Remote 2*, *Unreal Match 3*, *Action RPG Game Sample*, *Live Link Face* and *Live Link VCAM*. The table below lists the respective page numbers for each in the Exhibit. The screenshots were taken on October 18, 2021.

| App | Exhibit Pages |
|---|---|
| *Unreal Remote* | 1-2 |
| *Unreal Remote 2* | 3-4 |
| *Unreal Match 3* | 5-6 |
| *Action RPG Game Sample* | 7-8 |
| *Live Link Face* | 9-10 |
| *Live Link VCAM* | 11-12 |

11. Attached as **Exhibit I** is an article by Kate Park, *Epic Games asks Apple to reinstate Fortnite in South Korea after new law*, TechCrunch (September 9, 2021), https://techcrunch.com/2021/09/09/epic-games-asks-apple-to-reinstate-fortnite-in-south-korea-after-new-law/.

12. Attached as **Exhibit J** is an article by Michael Potuck, *Spotify happy with Epic vs. Apple ruling but says more Apple legislation is 'urgent'*, 9to5Mac (September 10, 2021), https://9to5mac.com/2021/09/10/spotify-happy-epic-vs-apple-ruling-wants-more-apple-legislation/.

13. Attached as **Exhibit K** is a collection of tweets from Zach Shakked (@zachshakked) dated September 11, 2021, https://twitter.com/zachshakked/status/1436793258471051264, and from Denys Zhadanov (@DenZhadanov) dated September 10, 2021, https://twitter.com/DenZhadanov/status/1436462992028311584.

14. Attached as **Exhibit L** is an article by Joyce Lee, *S. Korea targets Apple over new app store regulation*, Reuters (October 15, 2021), https://www.reuters.com/technology/skorea-targets-apple-over-new-app-store-regulation-2021-10-15/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 22, 2021 in New York, New York.

*/s/ M. Brent Byars*
M. Brent Byars