# EXHIBIT F























