# EXHIBIT G

# Hello Neighbor Mod Kit Released, Mod Contest Announced

unrealengine.com/en-US/blog/hello-neighbor-mod-kit-released-mod-contest-announced

October 6, 2017

Community

News

By Chance Ivey

Hello Neighbor is the latest Unreal-powered game from tinyBuild and Dynamic Pixels heading to PC and Xbox One later this year. Working against game AI that adapts to actions taken, players are encouraged to break into their neighbor's house to uncover the juicy secrets they've been hiding in the basement. The Beta build of the game is available now for those that preorder the title via the Hello Neighbor website.

In preparation for the game's December 8 release, tinyBuild has released a mod kit for Hello Neighbor via the Epic Games launcher, bringing the community on board to create all-new content for the game.



Also, they've partnered with ModDB to launch the inaugural #hellomods competition, a mod contest with accompanying prizes consisting of both cash and games! Modders are invited to build total conversions, submit cosmetic changes to the game, replace aspects of gameplay, or simply create fan art and take part in the event.



The #hellomods competition runs from now until the December 8 launch, so head on over to the Modding tab of the launcher to start building your submission today with the Hello Neighbor Mod Kit. You can visit the official competition page on Mod DB for more information about the event.

Looking for help getting started? Check out Mod DB's Hello Neighbor tutorials page for resources. Don't have the Epic Games launcher? Download it here.