# EXHIBIT H














6













