# EXHIBIT J

# Spotify happy with Epic vs. Apple ruling but says more Apple legislation is 'urgent'

9to5mac.com/2021/09/10/spotify-happy-epic-vs-apple-ruling-wants-more-apple-legislation/

Michael Potuck                                                                                      September 10, 2021

The official ruling from the Epic Games vs. Apple lawsuit in the US has been delivered today and one of Epic's partners in the Coalition for App Fairness has shared its official statement on the matter. While Spotify is "pleased" with Judge Yvonne Gonzalez Rogers' verdict when it comes to anti-competitive practices used by Apple, the streaming audio service says more legislation aimed at Apple "has never been more urgent."

Spotify's Head of Global Affairs and Chief Legal Officer Horacio Gutierrez shared an official statement shortly after the ruling:

> We are pleased with Judge Yvonne Gonzalez Rogers' finding that Apple engaged in anti-competitive conduct and has permanently prohibited their anti-steering provisions. This and other developments around the world show that there is strong need and momentum for legislation to address these and many other unfair practices, which are designed to hurt competition and consumers. This task has never been more urgent.

The statement comes after Gutierrez and Spotify's CEO recently gave some positive feedback in response to recent App Store changes while also saying they weren't enough:

> Spotify CEO says Apple's App Store sign-up changes are the 'right direction' but still unfair

If you're still catching up on everything that's happened, Apple won 9 out of 10 rulings but lost a major one in that it will have to allow developers to send customers to alternate payment systems.

However, Apple won't necessarily have to allow Epic's Fortnite back on its App Store.

- Epic vs. Apple ruling revealed: Apple must allow App Store devs to redirect users to other payment systems
- Apple not required to let Fortnite back on the App Store despite Epic ruling [U]

For its part, Epic isn't pleased with the rulings and has announced it will appeal the case:

> Epic Games to appeal decision in Apple lawsuit case, as Apple calls it a 'huge win'

Meanwhile, Apple has held a briefing detailing its take on the case's rulings, calling it overall "a huge win for Apple" and a "resounding victory."

> Apple describes Epic Games ruling as a 'resounding victory' for the App Store

1/2

> Katherine Adams, Apple's Senior Vice President and General Counsel: "We are very pleased with the court's ruling and we consider this a huge win for Apple."
>
> — Chance Miller (@ChanceHMiller) September 10, 2021