# EXHIBIT K





**Zach**
@zachshakked

Preview!

 By Jack Nicas and Kellen Browning

Sept. 11, 2021   Updated 10:24 a.m. ET

Apple has taken to calling its iPhone App Store an "economic miracle," and it has pointed to developers like Zach Shakked as proof.

Mr. Shakked created an iPhone app that helps companies find trending hashtags on social media. Over the past 12 months, his sales have topped $5 million.

But one of Mr. Shakked's largest expenses is paying a cut to the world's richest company. In his case, Apple took nearly $1.5 million — its fee for letting him run his app on its devices.

Now, Mr. Shakked has hope that he could soon keep at least some of that money. On Friday, a federal judge ordered Apple to allow developers to steer their customers off their iPhone apps to pay for their goods or services, which Apple had banned. That is big news for developers like Mr. Shakked because sales completed outside Apple's payment systems are not subject to its commission of up to 30 percent.

d how you navigate our app. Now you can easily go back, comment, save and share articles from the **bottom of**

4:46 PM · Sep 11, 2021 · Twitter for iPad

← **Thread**

**Denys Zhadanov** ✓
@DenZhadanov

Some of my thoughts on Apple/ Epic rulings.

For context, at @Readdle we've built a sizeable business around Apple ecosystem from day one, grew to 230+ people, profitable, 175 million app downloads

6:54 PM · Sep 10, 2021 · Twitter Web App

**8** Likes

Tweet your reply    Reply

**Denys Zhadanov** ✓ @DenZhadanov · Sep 10
Replying to @DenZhadanov
More freedom and payment options are generally good, but every bit of freedom comes at a price. To view to situation, we have to look at the ecosystem overall, and understand what the new rules mean for users, developers and Apple

2        1

**Denys Zhadanov** ✓ @DenZhadanov · Sep 10
For developers:

1. AppStore took care of all the activities around payments, taxes, etc. That was super handy for smaller developers.

2. For mid sized developers, including ourselves, the new rules mean potentially extra revenue (millions of dollars)

1

**Denys Zhadanov** ✓ @DenZhadanov · Sep 10
3. Developers can create a better experience ( for example @SparkMailApp for Teams can now finally offer to subscribe via link) -> flexibility of the payment/ billing options, centralised payment options, etc, where the App Store billing system falls short

1