THEODORE J. BOUTROUS JR., SBN 132099
　tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
　rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
　dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
　jsrinivasan@gibsondunn.com
JASON C. LO, SBN 219030
　jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; pro hac vice)
　vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
　mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
　crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
　Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
　edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
　rbrass@gibsonnun.com
ELI M. LAZARUS, SBN 284082
　elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 20-cv-05640-YGR<br><br>**REPLY DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S MOTION FOR STAY OF INJUNCTION PENDING APPEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

REPLY DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S
MOTION FOR STAY OF INJUNCTION PENDING APPEAL
No. 20-cv-05640-YGR

I, Mark A. Perry, declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP and counsel for Defendant Apple Inc. in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently hereto.

2. Attached as Exhibit A is a true and correct copy of the October 22, 2021, update on Apple's Developer website entitled "App Store Review Guideline updates now available" (https://developer.apple.com/news/?id=4m3f5hbw).

3. Attached as Exhibit B is a true and correct copy of a screenshot of a Tweet posted by Tim Sweeney on September 10, 2021.

4. Attached as Exhibit C is a true and correct copy of excerpts from the transcript of trial in this case.

5. Attached as Exhibit D is a true and correct copy of excerpts from transcript of the September 28, 2020 hearing in this case.

6. Attached as Exhibit E is a September 1, 2021 press release entitled "Japan Fair Trade Commission closes App Store investigation" (https://www.apple.com/newsroom/2021/09/japan-fair-trade-commission-closes-app-store-investigation/).

7. Attached as Exhibit F is an October 7, 2021, article published by CNBC entitled "Developers are building ways to skirt Apple's cut of in-app purchases in preparation for new rules" (https://www.cnbc.com/2021/10/07/developers-building-ways-to-skirt-apples-cut-of-in-app-purchases.html).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2021 at Washington, D.C..

By:    */s/ Mark A. Perry*
     Mark A. Perry

1

REPLY DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S
MOTION FOR STAY OF INJUNCTION PENDING APPEAL
No. 20-cv-05640-YGR

Gibson, Dunn & Crutcher LLP