# EXHIBIT B

**Tim Sweeney**
@TimSweeneyEpic

Today's ruling isn't a win for developers or for consumers. Epic is fighting for fair competition among in-app payment methods and app stores for a billion consumers.



Mark Gurman ✓ @markgurman · Sep 10
Apple's response to Judge's ruling in Epic Case:

the Court has affirmed what we've known all along: t
ore is not in violation of antitrust law. As the Court
ized 'success is not illegal.' Apple faces rigorous
tition in every segment in which we do business, and
customers and developers choose us because our
ts and services are the best in the world. We remain
tted to ensuring the App Store is a safe and trusted
place that supports a thriving developer community
han 2.1 million U.S. jobs, and where the rules apply
yone.

9:47 AM · Sep 10, 2021 · Twitter Web App