# EXHIBIT E

**Newsroom**

PRESS RELEASE
September 1, 2021

# Japan Fair Trade Commission closes App Store investigation

Apple will let developers of "reader" apps around the world link to an external website to set up or manage an account beginning early next year



**CUPERTINO, CALIFORNIA** — Apple today announced an update coming to the App Store that closes an investigation by the Japan Fair Trade Commission (JFTC). The update will allow developers of "reader" apps to include an in-app link to their website for users to set up or manage an account. While the agreement was made with the JFTC, Apple will apply this change globally to all reader apps on the store. Reader apps provide previously purchased content or content subscriptions for digital magazines, newspapers, books, audio, music, and video.

To ensure a safe and seamless user experience, the App Store's guidelines require developers to sell digital services and subscriptions using Apple's in-app payment system. Because developers of reader apps do not offer in-app digital goods and services for purchase, Apple agreed with the JFTC to let developers of these apps share a single link to their website to help users set up and manage their account.

Before the change goes into effect in early 2022, Apple will update its guidelines and review process to make sure users of reader apps continue to have a safe experience on the App Store. While in-app purchases through the App Store commerce system remain the safest and most trusted payment methods for users, Apple will also help developers of reader apps protect users when they link them to an external website to make purchases.

"Trust on the App Store is everything to us. The focus of the App Store is always to create a safe and secure experience for users, while helping them find and use great apps on the devices they love," said Phil Schiller, Apple Fellow who oversees the App Store. "We have great respect for the Japan Fair Trade Commission and appreciate the work we've done together, which will help developers of reader apps make it easier for users to set up and manage their apps and services, while protecting their privacy and maintaining their trust."

This update follows a number of changes to the App Store announced last week, which give developers more flexibility and resources to reach their customers, tailor their price points, and grow their businesses. Last week, Apple also launched the News Partner Program to support local journalism and help news organizations on the App Store.

With the update announced today, the App Store continues to evolve to be an even better marketplace for users and developers alike. Already, Apple provides more than 30 million registered developers with all the tools, resources, and support they need to create and deliver software to over a billion customers around the world on Apple platforms.

## Share article



| Text of this article | Copy text |

**About Apple**

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch, and Apple TV. Apple's five software platforms — iOS, iPadOS, macOS, watchOS, and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay, and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

## Press Contacts

**Fred Sainz**
Apple
sainz@apple.com
(669) 227-0492

**Peter Ajemian**
Apple
pajemian@apple.com
(212) 822-9882

**Apple Media Helpline**
media.help@apple.com
(408) 974-2042

## Latest News



**PRESS RELEASE**
## Apple Reports Fourth Quarter Results
October 28, 2021



**PRESS RELEASE**
## Apple charges forward to 2030 carbon neutral goal
October 27, 2021



**UPDATE**
## Apple News expands local news offerings
October 26, 2021

## The latest news and updates, direct from Apple.
[Read more ›](#)

Newsroom    Japan Fair Trade Commission closes App Store investigation

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Apple Music | Find a Store | Apple and Business | Accessibility |
| Mac | Apple TV+ | Genius Bar | Shop for Business | Education |
| iPad | Apple Fitness+ | Today at Apple | | Environment |
| iPhone | Apple News+ | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | Apple Arcade | Apple Store App | Apple and Education | Privacy |
| AirPods | iCloud | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple One | Financing | Shop for College | Supplier Responsibility |
| iPod touch | Apple Card | Apple Trade In | | |
| AirTag | Apple Books | Order Status | **For Healthcare** | **About Apple** |
| Accessories | Apple Podcasts | Shopping Help | Apple in Healthcare | Newsroom |
| Gift Cards | App Store | | Health on Apple Watch | Apple Leadership |
| | | | Health Records on iPhone | Career Opportunities |
| | **Account** | | | Investors |
| | Manage Your Apple ID | | **For Government** | Ethics & Compliance |
| | | | Shop for Government | |

| | | |
|---|---|---|
| Apple Store Account | Shop for Veterans and Military | Events |
| iCloud.com | | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Legal   Site Map                                    United States