# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 11/9/2021 | **Time:** 19 minutes | **Judge:** Yvonne Gonzalez Rogers |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein
**Attorney for Defendant:** Mark Perry

**Deputy Clerk:** Frances Stone            **Court Reporter:** Raynee Mercado

# PROCEEDINGS

**Defendant Apple Inc's Motion to Stay Injunction Pending Appeal [Dkt. 821] Hearing – HELD via Zoom Video Webinar**

Arguments heard. The matter is taken under submission. The Court to issue written Order.