# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## DOCUMENT LOCATOR

Case Number: 20-cv-05640-YGR

Date Filed: December 8, 2021

Document:

( ) Reporter's Transcript:

(X) Trial Exhibits: Defendant's

( ) Lodged Documents:

( ) Sealed Documents:

( ) Declaration(s):

( ) Other:

Location:

( ) Expando File (Next to Case File)

( ) Overflow Shelf:

( ) Vault

(X) Other: Exhibit Room Row D – Shelves 2 and 3

Document Number: 838