**EPIC INC.  V APPLE INC  20-CV-5640-YGR  5/3/21-5/24/21   BENCH TRIAL**

### DEFENDANT EXHIBITS ADMITTED IN EVIDENCE

3052
3055
3060
3066
3067
3068
3069
3072
3077
3083
3084
3084-A
3094
3098

3115
3120
3122
3124
3125
3129
3131
3133
3134
3138
3140
3144
3150
3152
3161
3166
3174
3177
3179
3193
3197
3198
3199

3202
3216
3221
3222

**3229**
**3230**
**3233**
**3241**
**3242**
**3243**
**3248**
**3254**
**3255**
**3256**
**3258**
**3269**
**3287**
**3293**
**3297**
**3298**

**3305**
**3308**
**3317**
**3324**
**3328**
**3332**
**3343**
**3359**
**3363**
**3364**
**3370**
**3390**
**3393**
**3399**

**3409**
**3411**
**3412**
**3414**
**3421**
**3422**
**3425**
**3426**
**3427**
**3433**
**3437**
**3441**
**3442**
**3448**

**3451**
**3453**
**3456**
**3457**
**3460**
**3462**
**3463**
**3464**
**3465**
**3467**
**3468**
**3472**
**3473**
**3478**
**3491**
**3494**

**3505**
**3512**
**3513**
**3519**
**3535**
**3536**
**3550**
**3552**
**3556**
**3559**
**3582**
**3583**
**3584**
**3585**
**3592**
**3598**

**3606**
**3616**
**3620**
**3629**
**3632**
**3636**
**3639**
**3641**
**3642**
**3650**
**3657**
**3659**

**3660**
**3661**
**3664**
**3676**
**3679**
**3681**
**3684**
**3691**
**3695**
**3696**

**3706**
**3709**
**3710**
**3712**
**3724**
**3732**
**3733**
**3734**
**3743**
**3746**
**3750**
**3756**
**3758**
**3760**
**3764**
**3765**
**3768**
**3774**
**3777**
**3778**
**3781**
**3782**
**3796**

**3800**
**3808**
**3811**
**3814**
**3815**
**3818**
**3823**
**3822**
**3836**
**3846**
**3851**

**3852**
**3867**
**3877**
**3879**

**3900**
**3901**
**3905**
**3906**
**3913**
**3917**
**3918**
**3922**
**3932**
**3933**
**3938**
**3943**
**3950**
**3951**
**3955**
**3961**
**3968**
**3986**
**3989**
**3993**

**4002**
**4010**
**4011**
**4013**
**4015**
**4018**
**4022**
**4024**
**4028**
**4036**
**4063**
**4066**
**4069**
**4072**
**4074**
**4080**
**4088**
**4089-A**
**4094**
**4096**

4114
4115
4116
4119
4120
4121
4128
4131
4133
4136
4138
4140
4154
4162
4167
4168
4170
4172
4174
4177
4178
4192
4199

4200
4217
4219
4233
4239
4249
4270
4275
4278
4282
4285
4287
4231

4301
4302
4304
4308
4310
4312
4322

**4325**
**4327**
**4329**
**4330**
**4331**
**4332**
**4333**
**4334**
**4335**
**4344**
**4348**
**4356**
**4361**
**4362**
**4363**
**4371**
**4374**
**4376**
**4384**
**4389**
**4399**

**4400**
**4401**
**4403**
**4407**
**4411**
**4419**
**4424**
**4425**
**4433**
**4434**
**4435**
**4447**
**4449**
**4451**
**4457**
**4463**
**4468**
**4469**
**4477**
**4480**
**4488**
**4489**
**4493**
**4495**

**4496**
**4497**
**4499**

**4519**
**4520**
**4521**
**4526**
**4530**
**4555**
**4558**

**4561**
**4564**
**4566**
**4569**
**4579**
**4581**
**4586**
**4595**

**4608**
**4610**
**4614**
**4616**
**1419**
**4623**
**4626**
**4627**
**4632**
**4637**
**4638**
**4641**
**4649**
**4650**
**4652**
**4661**
**4662**
**4663**
**4665**
**4669**
**4671**
**4672**
**4674**
**4679**
**4680**

**4713**
**4714**
**4715**
**4716**
**4753**
**4754**
**4755**
**4756**
**4757**
**4758**
**4759**
**4760**
**4761**
**4763**
**4765**
**4766**
**4767**
**4769**
**4770**
**4771**
**4773**
**4774**
**4777**
**4780**
**4782**
**4786**
**4787**
**4792**
**4793**
**4794**
**4796**
**4797**
**4798**

**4800**
**4802**
**4803**
**4806**
**4807**
**4808**
**4809**
**4810**
**4811**
**4812**
**4813**

**4815**
**4816**
**4817**
**4818**
**4819**
**4822**
**4823**
**4824**
**4855**
**4856**
**4857**
**4858**
**4859**
**4861**
**4866**
**4868**
**4871**
**4876**
**4872**
**4875**
**4876**
**4878**
**4880**

**4909**
**4918**
**4920**
**4922**
**4931**
**4934**
**4956**
**4959**
**4962**
**4966**
**4969**
**4975**
**4976**
**4982**

**5322**
**5326**
**5335**
**5363**

**5447**
**5467**
**5469**
**5471**
**5472**
**5473**
**5474**
**5475**
**5476**
**5477**
**5478**
**5479**
**5480**
**5481**
**5482**
**5483**
**5484**
**5485**
**5486**
**5487**
**5488**
**5492**

**5505**
**5518**
**5523**
**5532**
**5535**
**5536**
**5539**
**5540**
**5542**
**5544**
**5546**
**5548**
**5549**
**5550**
**5552**
**5555**
**5556**
**5557**
**5558**
**5559**
**5560**
**5561**

**5562**
**5567**
**5568**
**5573**

**5627**