**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

# DOCUMENT LOCATOR

Case Number: 20-cv-05640-YGR

Date Filed: December 8, 2021

Document:

( ) Reporter's Transcript:

(X ) Trial Exhibits: Defendant's

( ) Lodged Documents:

( ) Sealed Documents:

( ) Declaration(s):

( ) Other:

Location:

( ) Expando File (Next to Case File)

( ) Overflow Shelf:

( ) Vault

(X ) Other: Exhibit Room Row A – Shelves 2 and 3

Document Number: 838

**EPIC INC. V APPLE INC 20-CV-5640-YGR 5/3/21-5/24/21 BENCH TRIAL**

**DEFENDANT EXHIBITS ADMITTED IN EVIDENCE**

**3052**
**3055**
**3060**
**3066**
**3067**
**3068**
**3069**
**3072**
**3077**
**3083**
**3084**
**3084-A**
**3094**
**3098**

**3115**
**3120**
**3122**
**3124**
**3125**
**3129**
**3131**
**3133**
**3134**
**3138**
**3140**
**3144**
**3150**
**3152**
**3161**
**3166**
**3174**
**3177**
**3179**
**3193**
**3197**
**3198**
**3199**

**3202**
**3216**
**3221**
**3222**

**3229**
**3230**
**3233**
**3241**
**3242**
**3243**
**3248**
**3254**
**3255**
**3256**
**3258**
**3269**
**3287**
**3293**
**3297**
**3298**

**3305**
**3308**
**3317**
**3324**
**3328**
**3332**
**3343**
**3359**
**3363**
**3364**
**3370**
**3390**
**3393**
**3399**

**3409**
**3411**
**3412**
**3414**
**3421**
**3422**
**3425**
**3426**
**3427**
**3433**
**3437**
**3441**
**3442**
**3448**

3451
3453
3456
3457
3460
3462
3463
3464
3465
3467
3468
3472
3473
3478
3491
3494

3505
3512
3513
3519
3535
3536
3550
3552
3556
3559
3582
3583
3584
3585
3592
3598

3606
3616
3620
3629
3632
3636
3639
3641
3642
3650
3657
3659

**3660**
**3661**
**3664**
**3676**
**3679**
**3681**
**3684**
**3691**
**3695**
**3696**

**3706**
**3709**
**3710**
**3712**
**3724**
**3732**
**3733**
**3734**
**3743**
**3746**
**3750**
**3756**
**3758**
**3760**
**3764**
**3765**
**3768**
**3774**
**3777**
**3778**
**3781**
**3782**
**3796**

**3800**
**3808**
**3811**
**3814**
**3815**
**3818**
**3823**
**3822**
**3836**
**3846**
**3851**

**3852**
**3867**
**3877**
**3879**

**3900**
**3901**
**3905**
**3906**
**3913**
**3917**
**3918**
**3922**
**3932**
**3933**
**3938**
**3943**
**3950**
**3951**
**3955**
**3961**
**3968**
**3986**
**3989**
**3993**

**4002**
**4010**
**4011**
**4013**
**4015**
**4018**
**4022**
**4024**
**4028**
**4036**
**4063**
**4066**
**4069**
**4072**
**4074**
**4080**
**4088**
**4089-A**
**4094**
**4096**

**4114**
**4115**
**4116**
**4119**
**4120**
**4121**
**4128**
**4131**
**4133**
**4136**
**4138**
**4140**
**4154**
**4162**
**4167**
**4168**
**4170**
**4172**
**4174**
**4177**
**4178**
**4192**
**4199**

**4200**
**4217**
**4219**
**4233**
**4239**
**4249**
**4270**
**4275**
**4278**
**4282**
**4285**
**4287**
**4231**

**4301**
**4302**
**4304**
**4308**
**4310**
**4312**
**4322**

**4325**
**4327**
**4329**
**4330**
**4331**
**4332**
**4333**
**4334**
**4335**
**4344**
**4348**
**4356**
**4361**
**4362**
**4363**
**4371**
**4374**
**4376**
**4384**
**4389**
**4399**

**4400**
**4401**
**4403**
**4407**
**4411**
**4419**
**4424**
**4425**
**4433**
**4434**
**4435**
**4447**
**4449**
**4451**
**4457**
**4463**
**4468**
**4469**
**4477**
**4480**
**4488**
**4489**
**4493**
**4495**

**4496**
**4497**
**4499**

**4519**
**4520**
**4521**
**4526**
**4530**
**4555**
**4558**

**4561**
**4564**
**4566**
**4569**
**4579**
**4581**
**4586**
**4595**

**4608**
**4610**
**4614**
**4616**
**1419**
**4623**
**4626**
**4627**
**4632**
**4637**
**4638**
**4641**
**4649**
**4650**
**4652**
**4661**
**4662**
**4663**
**4665**
**4669**
**4671**
**4672**
**4674**
**4679**
**4680**

**4713**
**4714**
**4715**
**4716**
**4753**
**4754**
**4755**
**4756**
**4757**
**4758**
**4759**
**4760**
**4761**
**4763**
**4765**
**4766**
**4767**
**4769**
**4770**
**4771**
**4773**
**4774**
**4777**
**4780**
**4782**
**4786**
**4787**
**4792**
**4793**
**4794**
**4796**
**4797**
**4798**

**4800**
**4802**
**4803**
**4806**
**4807**
**4808**
**4809**
**4810**
**4811**
**4812**
**4813**

**4815**
**4816**
**4817**
**4818**
**4819**
**4822**
**4823**
**4824**
**4855**
**4856**
**4857**
**4858**
**4859**
**4861**
**4866**
**4868**
**4871**
**4876**
**4872**
**4875**
**4876**
**4878**
**4880**

**4909**
**4918**
**4920**
**4922**
**4931**
**4934**
**4956**
**4959**
**4962**
**4966**
**4969**
**4975**
**4976**
**4982**

**5322**
**5326**
**5335**
**5363**

**5447**
**5467**
**5469**
**5471**
**5472**
**5473**
**5474**
**5475**
**5476**
**5477**
**5478**
**5479**
**5480**
**5481**
**5482**
**5483**
**5484**
**5485**
**5486**
**5487**
**5488**
**5492**

**5505**
**5518**
**5523**
**5532**
**5535**
**5536**
**5539**
**5540**
**5542**
**5544**
**5546**
**5548**
**5549**
**5550**
**5552**
**5555**
**5556**
**5557**
**5558**
**5559**
**5560**
**5561**

**5562**
**5567**
**5568**
**5573**

**5627**