OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

# DOCUMENT LOCATOR

Case Number:   20-cv-05640-YGR

Date Filed:   December 8, 2021

Document:

    ( )   Reporter's Transcript:

    (X)   Trial Exhibits:   Plaintiff's

    ( )   Lodged Documents:

    ( )   Sealed Documents:

    ( )   Declaration(s):

    ( )   Other:

Location:

    ( )   Expando File (Next to Case File)

    ( )   Overflow Shelf:

    ( )   Vault

    (X)   Other:   Exhibit Room Row A – Shelves 4, 5 and 6

Document Number:   839