**EPIC INC. V. APPLE INC.   20-CV-5640-YGR   5/3/21-5/24/21 BENCH TRIAL**

**PLAINTIFF BENCH TRIAL EXHIBITS ADMITTED IN EVIDENCE:**

6
9
30
41
42
43
46
47
48
56-A
52
56
57
58
59
60
61
62
63
64
66
72
79
80
89
98
99

101
102
104
108
110
111
112
113
114
115
116
117
119
131
133

**137**
**140**
**144**
**146**
**174**
**176**
**191**
**197**
**198**

**201**
**202**
**250**
**251**
**252**
**253**
**254**
**255**
**256**
**257**
**276**

**300**
**301**
**305**
**314**
**315**
**326**
**335**
**347**
**364**
**365**
**367**
**371**
**372**
**373**
**374**

**403**
**404**
**405**
**406**

**407**
**408**
**411**
**413**
**414**
**415**
**416**
**417**
**418**
**420**
**421**
**422**
**428**
**432**
**436**
**438**
**442**
**446**
**452**
**464**
**465**


**505**
**523**
**526**
**533**
**544**
**545**

**602**
**603**
**604**
**605**
**606**
**607**
**608**
**609**
**610**
**611**
**612**
**625**
**634**

**721**
**741**
**744**
**747**
**756**

**827**
**842**
**845**
**855**
**856**
**857**
**858**
**863**
**864**
**865**
**868**
**869**
**870**
**871**
**872**
**874**
**875**
**876**
**877**
**879**
**880**
**881**
**882**
**883**
**886**
**888**
**890**
**892**
**897**
**898**

**1000**
**1001**
**1002**
**1003**
**1004**
**1005**
**1006**
**1007**
**1008**

**1009**
**1010**
**1011**
**1012**
**1017**
**1022**
**1023**
**1024**
**1025**
**1026**
**1027**
**1030**
**1031**
**1032**
**1034**
**1035**
**1036**
**1037**
**1045**
**1047**
**1049**
**1050**
**1054**
**1055**
**1056**
**1057**
**1059**
**1061**
**1066**
**1069**
**1070**
**1074**
**1075**
**1076**
**1077**
**1078**
**1079**
**1080**
**1084**
**1085**
**1086**
**1087**
**1088**
**1089**
**1090**
**1091**

**1092**

**1164**
**1165**
**1182**
**1183**

**1220**

**1677**
**1678**
**1667**

**1701**
**1703**
**1709**
**1714**
**1721**
**1725**
**1813**
**1815**
**1817**
**1818**
**1849**
**1854**
**1855**
**1856**
**1883**
**1890**
**1891**
**1893**
**1894**
**1895**
**1896**
**1897**
**1899**

**1901**
**1906**
**1907**
**1908**
**1909**
**1910**
**1913**
**1914**

**1915**
**1916**
**1917**
**1918**
**1919**
**1920**
**1922**
**1932**
**1937**
**1938**
**1939**
**1940**
**1941**
**1947**
**1948**
**1949:**

**1950**
**1978**

**2001**
**2016**
**2017**
**2029**
**2031**
**2048**
**2052**
**2057**
**2060**
**2062**
**2065**
**2076**
**2084**
**2090**
**2093**

**2109**
**2116**
**2118**
**2123**
**2125**
**2126**
**2142**
**2173**
**2174**
**2176**

**2185**
**2189**
**2190**
**2194**
**2197**

**2202**
**2217**
**2218**
**2235**
**2273**
**2274**
**2280**
**2284**
**2296**

**2300**
**2302**
**2303**
**2309**
**2311**
**2316**
**2325**
**2326**
**2328**
**2333**
**2337**
**2338**
**2350**
**2356**
**2362**
**2365**
**2366**
**2367**
**2371**
**2374**
**2378**
**2385**
**2386**
**2389**
**2390**
**2391**
**2392**

**2421**
**2435**

**2450**
**2451**
**2452**
**2455**
**2456**
**2457**
**2458**
**2463**
**2469**
**2476**
**2477**

**2500**
**2508**
**2519**
**2529**
**2531**
**2534**
**2535**
**2545**
**2547**
**2557**
**2558**
**2567**
**2568**
**2569**
**2570**
**2575**
**2576**
**2577**
**2578**
**2579**
**2581**
**2582**
**2583**
**2584**
**2585**
**2587**
**2588**
**2589**
**2590**
**2591**
**2598**
**2599**

**2600**

**2601**
**2602**
**2603**
**2618**
**2619**
**2621**
**2622**
**2624**
**2668**

**2756**
**2776**
**2777**
**2778**
**2733**
**2790**

**2826**
**2882**

**2943**
**2946**
**2951**
**2952**
**2953**