# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## DOCUMENT LOCATOR

Case Number:   20-cv-05640-YGR

Date Filed:    December 8, 2021

Document:

    ( )   Reporter's Transcript:

    (X)   Trial Exhibits:   Plaintiff's and Defendant's

    ( )   Lodged Documents:

    ( )   Sealed Documents:

    ( )   Declaration(s):

    ( )   Other:

Location:

    ( )   Expando File (Next to Case File)

    ( )   Overflow Shelf:

    (X)   Vault   Under Seal Exhibit Location: SEALED ROOM EXHIBIT SHELF 2.

    ( )   Other:

Document Number:   840