20-cv-5640-YGR  UNDER SEAL BENCH TRIAL EXHIBITS

EPIC INC. V APPLE INC.    5/3/2021 TO 5/24/2021

PLAINTIFF UNDER SEAL BENCH TRIAL EXHIBITS:

PX-432

PX- 413

PX-414

Px-863

PX-1049

PX-1050

PX-2141

PX-2367

PX-2385

PX-2392