20-cv-5640-YGR  UNDER SEAL BENCH TRIAL EXHIBITS

EPIC INC. V APPLE INC.   5/3/2021 TO 5/24/2021

DEFENSE UNDER SEAL BENCH TRIAL EXHIBITS:

DX-3122

DX-3248

DX-3437

DX-3464

DX-3584

DX-3879

DX-3879

DX-4170

DX-4199

DX-4322

DX-4335

DX-4641

DX-4807