CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
JOHN I. KARIN (*pro hac vice*)
jkarin@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**EPIC'S ADMINISTRATIVE MOTION TO DEEM ADMITTED EXHIBITS ON BOX AS FILED ON THE DOCKET**<br><br>Hon. Yvonne Gonzalez Rogers |

**ADMINISTRATIVE MOTION TO DEEM ADMITTED EXHIBITS ON BOX AS FILED ON THE DOCKET**

Following a bench trial, this Court entered judgment on the complaint in favor of Plaintiff, Counter-defendant Epic Games, Inc. ("Epic") on the Tenth Count for violation of California's Unfair Competition Law and in favor of Defendant, Counterclaimant Apple Inc. ("Apple") on all other counts. On the counterclaims for breach of contract and declaratory relief, this Court entered judgment in favor of Apple. Both parties have appealed.

In connection with Epic's appeal, Epic intends to cite certain exhibits and deposition designations that were admitted at trial and considered by this Court, but are not yet filed with this Court and therefore are not included on this Court's electronic docket. Instead, the exhibits and deposition designations that Epic intends to cite are available on a publicly accessible Box account, per the parties' agreement and this Court's Pretrial Order No. 4. (Dkt. No. 468 at 3.)

Circuit Advisory Committee Note to Circuit Rule 27-14 provides that "the parties are encouraged during the course of the district court proceedings to file documentary exhibits electronically" so that they are included in the electronic district court docket and made accessible to the Court of Appeals.

Epic understands that the admitted trial exhibits and deposition designations are already part of the record on appeal. But for the avoidance of doubt, Epic hereby moves that the admitted exhibits and deposition designations on the publicly accessible Box account be deemed as filed on this Court's electronic docket.

| | |
|---|---|
| Dated: January 20, 2022 | Respectfully submitted, |
| | By:  /s/ *John I. Karin* |

**FAEGRE DRINKER BIDDLE & REATH LLP**
  Paul J. Riehle

**CRAVATH, SWAINE & MOORE LLP**
  Christine A. Varney
  Katherine B. Forrest
  Gary A. Bornstein
  Yonatan Even
  Lauren A. Moskowitz
  Justin C. Clarke
  M. Brent Byars
  John I. Karin

*Attorneys for Plaintiff and Counter-defendant*
**EPIC GAMES, INC.**