CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
JOHN I. KARIN (*pro hac vice*)
jkarin@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF JOHN I. KARIN IN SUPPORT OF EPIC'S ADMINISTRATIVE MOTION TO DEEM ADMITTED EXHIBITS ON BOX AS FILED ON THE DOCKET** <br><br> Hon. Yvonne Gonzalez Rogers |

DECLARATION OF JOHN I. KARIN
Case Nos. 4:20-cv-05640-YGR-TSH

I, John I. Karin, declare as follows:

1. I am an attorney licensed to practice in the State of New York and admitted to appear before this Court *pro hac vice* in *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR-TSH. I am an attorney at the law firm of Cravath, Swaine & Moore LLP and am one of the attorneys representing Epic Games, Inc. ("Epic") in the above-captioned action.

2. I submit this declaration in support of Epic's Administrative Motion To Deem Admitted Exhibits on Box as Filed on the Docket (the "Motion"). The contents of this declaration are based on my personal knowledge. If called to be a witness, I could and would testify competently to the contents of this declaration.

3. On January 19, 2022, I emailed counsel for Apple Inc. ("Apple"), requesting that Apple agree to a stipulation to file certain admitted trial exhibits and deposition designations on this Court's electronic docket because Epic intends to include those exhibits and designations in its appellate excerpts of record.

4. On January 20, 2022, I spoke with counsel for Apple, who agreed that admitted trial exhibits and deposition designations are part of the record on appeal, whether or not they are filed on this Court's docket. Counsel for Apple further indicated that Apple was considering Epic's proposed stipulation and would respond.

5. Given that Epic's appellate excerpts of record are due today, Epic has filed the Motion in the interests of time.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on January 20, 2022, in Geneva, Switzerland.

*/s/ John I. Karin*
John I. Karin

-1-
DECLARATION OF JOHN I. KARIN
Case Nos. 4:20-cv-05640-YGR-TSH