UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

        Plaintiff, Counter-defendant,

v.

APPLE INC.,

        Defendant, Counterclaimant.

Case No. 4:20-CV-05640-YGR-TSH

**[PROPOSED] ORDER GRANTING EPIC'S ADMINISTRATIVE MOTION TO DEEM ADMITTED EXHIBITS ON BOX AS FILED ON THE DOCKET**

Hon. Yvonne Gonzalez Rogers

        Having considered the Administrative Motion To Deem Admitted Exhibits on Box as Filed on the Docket (the "Motion") and supporting materials filed by Plaintiff, Counter-defendant Epic Games, Inc., the Court finds that there is good cause to grant the Motion.  *See* Cir. R. 27-14 & Circuit Advisory Committee Note thereto.  Accordingly, the Court **GRANTS** the Motion and ORDERS that the admitted exhibits and deposition designations on the publicly accessible Box account be deemed as filed on this Court's electronic docket.

        **IT IS SO ORDERED.**

Dated:  X _____

                              Hon. Yvonne Gonzalez Rogers
                              United States District Judge