UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>[PROPOSED] **ORDER GRANTING EPIC'S ADMINISTRATIVE MOTION TO DEEM ADMITTED EXHIBITS ON BOX AS FILED ON THE DOCKET**<br><br>Hon. Yvonne Gonzalez Rogers |

Having considered the Administrative Motion To Deem Admitted Exhibits on Box as Filed on the Docket (the "Motion") and supporting materials filed by Plaintiff, Counter-defendant Epic Games, Inc., the Court finds that there is good cause to grant the Motion. *See* Cir. R. 27-14 & Circuit Advisory Committee Note thereto. Accordingly, the Court **GRANTS** the Motion and ORDERS that the admitted exhibits and deposition designations on the publicly accessible Box account be deemed as filed on this Court's electronic docket.

**IT IS SO ORDERED.**

Dated: January 25, 2022

                                                           Hon. Yvonne Gonzalez Rogers
                                                         United States District Judge