1   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
2   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
3   Palo Alto, California  94303
    Telephone:    (650) 461-5600
4   Facsimile:    (650) 461-5700

5   Shane M. Palmer (SBN 308033)
    (palmersh@sullcrom.com)
6   SULLIVAN & CROMWELL LLP
    125 Broad Street
7   New York, New York  10004
    Telephone:    (212) 558-4000
8   Facsimile:    (212) 558-3588

9   *Attorneys for Non-Party Spotify USA Inc.*

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12

13  EPIC GAMES, INC.,                         )   Case No. 4:20-cv-05640-YGR-TSH
                                              )
14                          Plaintiff,        )   **NOTICE OF WITHDRAWAL OF**
                                              )   **APPEARANCE OF STEVEN L. HOLLEY**
15          v.                                )
                                              )   Judge:  Hon. Yvonne Gonzalez Rogers
16  APPLE INC.                                )
                                              )
17                          Defendant.        )
                                              )
18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

TO THE CLERK AND ALL PARTIES OF RECORD:  Please take notice that the undersigned requests that Steven L. Holley, who was admitted *pro hac vice* in the above-captioned action, be withdrawn as counsel of record for Spotify USA Inc. ("Spotify").  Spotify will continue to be represented in this action by attorneys of record Brendan P. Cullen and Shane M. Palmer of Sullivan & Cromwell LLP.


Dated:  March 18, 2022                          Respectfully submitted,

                                                /s/ Brendan P. Cullen
                                                Brendan P. Cullen
                                                SULLIVAN & CROMWELL LLP
                                                1870 Embarcadero Road
                                                Palo Alto, California  94303
                                                Telephone:   (650) 461-5600
                                                Facsimile:    (650) 461-5700
                                                Email:     cullenb@sullcrom.com

                                                Shane M. Palmer
                                                SULLIVAN & CROMWELL LLP
                                                125 Broad Street
                                                New York, New York  10004
                                                Telephone:   (212) 558-4000
                                                Facsimile:    (212) 558-3588
                                                Email:     palmersh@sullcrom.com

                                                *Attorneys for Non-Party Spotify USA Inc.*