| | |
|---|---|
| Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Telephone: (415) 591-7500 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*<br><br>[Additional counsel appear on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>              Plaintiff, Counter-defendant<br>      v.<br>APPLE INC.,<br>              Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1  TO THE CLERK AND ALL PARTIES OF RECORD: Please take notice that the undersigned requests that Katherine B. Forrest be withdrawn as counsel of record for Epic Games, Inc. ("Epic") in the above-captioned action. Epic will continue to be represented by other counsel of record in this action.

NOTICE OF WITHDRAWAL OF APPEARANCE     1     Case No. 4:20-cv-05640-YGR-TSH

| | |
|---|---|
| Dated: January 20, 2023 | Respectfully submitted,<br><br>By */s/ M. Brent Byars*<br>       M. Brent Byars<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>Paul J. Riehle<br>paul.riehle@faegredrinker.com<br><br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone:  (415) 591-7500<br>Facsimile:  (415) 591-7510<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Justin C. Clarke (*pro hac vice*)<br>jcclarke@cravath.com<br>M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com<br><br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |