| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* Please read instructions on next page. | COURT USE ONLY **DUE DATE:** |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Tony Bedel | **2a. CONTACT PHONE NUMBER** (415) 393-8354 | **3. CONTACT EMAIL ADDRESS** tbedel@gibsondunn.com |
| **1b. ATTORNEY NAME (if different)** Jay P. Srinivasan | **2b. ATTORNEY PHONE NUMBER** (213) 229-7000 | **3. ATTORNEY EMAIL ADDRESS** jsrinivasam@gibsondunn.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)** Gibson, Dunn & Crutcher LLP 333 South Grand Avenue Los Angeles, CA 90071 | **5. CASE NAME** Epic Games, Inc. v. Apple Inc. | **6. CASE NUMBER** 20-cv-05640 |
| **7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR** Raynee Mercado | **8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL  ☑ CIVIL    CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | YGR | Status | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Please deliver ASAP.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Tony Bedel

**12. DATE** 06/01/2023

Clear Form    Save as new PDF