| | |
|---|---|
| DAVID R. EBERHART (S.B.N. 195474)<br>deberhart@omm.com<br>ANNA T. PLETCHER (S.B.N. 239730)<br>apletcher@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 | SCOTT SCHAEFFER (S.B.N. 277102)<br>sschaeffer@omm.com<br>O'MELVENY & MYERS LLP<br>Plaza 66, Tower 1, 37th Floor<br>1266 Nanjing Road West<br>Shanghai 200040, China<br>Telephone: 86-21-2307-7000<br>Facsimile: 86-21-2307-7300 |

*Attorneys for Defendant*
*Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　　　　Plaintiffs.<br><br>　　v.<br><br>APPLE INC.<br><br>　　　　　　　　Defendant. | Case No.  4:20-cv-05640-YGR<br><br>**NOTICE OF WITHDRAWAL OF KATRINA M. ROBSON AS COUNSEL**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Katrina M. Robson is no longer affiliated with O'Melveny & Myers LLP and hereby withdraws as counsel for Defendant Apple Inc. in the above-captioned action. Apple Inc. will continue to be represented by O'Melveny & Myers LLP.

Dated: August 1, 2023                                          Respectfully submitted,

By:  /s/ David R. Eberhart
David R. Eberhart
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 985-8701
deberhart@omm.com

*Attorney for Defendant Apple Inc.*