# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 29, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Epic Games, Inc.
           v. Apple Inc.
           No. 23-337
           (Your No. 21-16506, 21-16695)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 27, 2023 and placed on the docket September 29, 2023 as No. 23-337.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst