# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 2, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Apple Inc.
           v. Epic Games, Inc.
           No. 23-344
           (Your No. 21-16506, 21-16695)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 28, 2023 and placed on the docket October 2, 2023 as No. 23-344.

                         Sincerely,

                         **Scott S. Harris**, Clerk

                         by

                         Angela Jimenez
                         Case Analyst