1  DWIGHT C. DONOVAN (SBN 114785)
   ddonovan@foxrothschild.com
2  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
3  San Francisco, California 94104
   Telephone:     415.364.5540
4  Facsimile:     415.391.4436

5  Attorneys for Non-Party Valve
   Corporation

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION, | CASE NO. 11-cv-06714-YGR (TSH) |
| DONALD R. CAMERON, et al., | CASE NO. 19-cv-03074-YGR (TSH) |
| Plaintiffs, | |
| v. | |
| APPLE INC., | |
| Defendant. | |
| EPIC GAMES, INC., | CASE NO. 20-cv-5640-YGR (TSH) |
| v. | **NOTICE OF CHANGE IN COUNSEL** |
| Plaintiff and Counter-Defendant, | |
| APPLE INC., | |
| Defendant and Counterclaimant. | |

1    PLEASE TAKE NOTICE that Gavin Skok of Fox Rothschild LLP hereby withdraws
2  as an attorney of record for non-party Valve Corporation in this action.  Dwight C. Do-
3  novan of Fox Rothschild LLP remains as counsel of record.

FOX ROTHSCHILD LLP

By s/DWIGHT C. DONOVAN
    DWIGHT C. DONOVAN

By s/GAVIN SKOK
    GAVIN SKOK
Attorneys for Non-Party Valve Corporation