DANIEL D. DOUGLAS (SBN 328280)
DDouglas@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104-2670
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436

Attorneys for Non-Party Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION, | CASE NO. 11-cv-06714-YGR (TSH) |
| DONALD R. CAMERON, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | CASE NO. 19-cv-03074-YGR (TSH) |
| EPIC GAMES, INC.,<br><br>   v.<br><br>   Plaintiff and Counter-Defendant,<br><br>APPLE INC.,<br><br>   Defendant and Counterclaimant. | CASE NO. 20-cv-5640-YGR (TSH)<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1  PLEASE TAKE NOTICE that Daniel D. Douglas of Fox Rothschild LLP, appearing
2  as counsel of record and substituting as counsel for Dwight Donovan for non-party Valve
3  Corporation in this action.

4  FOX ROTHSCHILD LLP

6  By s/DANIEL D. DOUGLAS
   DANIEL D. DOUGLAS
7
8  By s/DWIGHT C. DONOVAN
   DWIGHT C. DONOVAN

9  Attorneys for Non-Party Valve Corporation