THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
  mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice pending*)
  joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
  morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

MARK I. PINKERT (Fla. Bar No. 1003102; *pro hac vice pending*)
  mark.pinkert@weil.com
KATHERINE G. BLACK (Fla. Bar No. 1031465; *pro hac vice pending*)
  katie.black@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: 305.577.3100
Facsimile: 305.374.7159

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR <br><br> **DEFENDANT APPLE INC.'S NOTICE OF APPEARANCE OF MORGAN D. MACBRIDE** <br><br> Dept.: Courtroom 1 – 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

1     TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil Local Rule 5-1(c)(2)(A), Morgan D. MacBride, a member of the bar of this Court, hereby enters an appearance on behalf Defendant Apple Inc.  Mr. MacBride's contact information is below:

> Morgan D. MacBride (California State Bar No. 301248)
> Weil, Gotshal & Manges LLP
> 201 Redwood Shores Parkway, 4th Floor
> Redwood Shores, CA 94065
> Telephone: (650) 802-3000
> Facsimile: (650) 802-3100
> Email: morgan.macbride@weil.com

Please serve copies of all notices and documents issued by the Court and filed by the parties upon Mr. MacBride.

Dated: January 16, 2024

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:  */s/ Morgan D. MacBride*

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood City, CA 94065
Telephone:  650.802.3044
Facsimile:  650.802.3100