UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

Plaintiff(s),

v.

APPLE INC.,

Defendant(s).

Case No. 4:20-cv-05640-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Mark I. Pinkert__, an active member in good standing of the bar of __the State of Florida__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Apple Inc.__ in the above-entitled action. My local co-counsel in this case is __Morgan D. MacBride__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __301248__.

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL  33131<br>MY ADDRESS OF RECORD | Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway, 4th Floor<br>Redwood Shores, CA  94065<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 305-577-3100<br>MY TELEPHONE # OF RECORD | 650-802-3000<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mark.pinkert@weil.com<br>MY EMAIL ADDRESS OF RECORD | morgan.macbride@weil.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __1003102__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __January 16, 2024__

_____Mark I. Pinkert_____
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Mark I. Pinkert_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE