THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

JULIAN W. KLEINBRODT, SBN 302085
 JKleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
 crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)
 hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
 mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice pending*)
 joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF MARK A. PERRY REGARDING COMPLIANCE WITH UCL INJUNCTION**<br><br>The Honorable Yvonne Gonzalez Rogers |

I, Mark A. Perry, hereby declare as follows:

1. I am a partner in the law firm of Weil, Gotshal & Manges LLP, counsel to Apple Inc. in this action. My office is located at 2001 M Street NW, Suite 600, Washington, DC 20036.

2. I have personal knowledge of the facts testified to herein.

3. Attached as Exhibit 5 is a true and correct copy of this Court's Rule 52 Order After Trial on the Merits, Dkt. 812.

4. Attached as Exhibit 6 is a true and correct copy of this Court's Permanent Injunction, Dkt. 813.

5. Attached as Exhibit 7 is a true and correct copy of this Court's Order Denying Apple's Motion to Stay Injunction Pending Appeal, Dkt. 830.

6. Attached as Exhibit 8 is a true and correct copy of the Ninth Circuit's Order on Apple's Motion to Stay the Injunction Pending Appeal, C.A. Dkt. 27.

7. Attached as Exhibit 9 is a true and correct copy of the Ninth Circuit's Corrected Opinion, C.A. Dkt. 222.

8. Attached as Exhibit 10 is a true and correct copy of the Ninth Circuit's Order Denying Petitions for Rehearing, C.A. Dkt. 246.

9. Attached as Exhibit 11 is a true and correct copy of PX-2790, admitted as an exhibit during the trial on the merits in this case.

10. Attached as Exhibit 12 is a true and correct copy of the Declaration of Trystan Kosmynka, submitted in support of Apple's motion for a stay of the injunction pending appeal, Dkt. 821-10.

11. Attached as Exhibit 13 is a true and correct copy of the Stipulation of Settlement submitted by the parties in *Cameron v. Apple Inc.*, 19-cv-03074-YGR, Dkt. No. 451-1 (N.D. Cal. Nov. 5, 2021).

12. Attached as Exhibit 14 is a true and correct copy of this Court's Order Granting Motion for Final Approval of Class Action Settlement; Granting in Part and Denying in Part Motion for Attorney's Fees, Costs, and Service Award; and Judgment in *Cameron v. Apple Inc.*,

1  19-cv-03074-YGR, Dkt. No. 491 (N.D. Cal. June 10, 2022).

2      13.    Attached as Exhibit 15 is a true and correct copy of the StoreKit External Purchase Link Entitlement Addendum for Netherlands Dating Apps (to the Apple Developer Program License Agreement).

    14.    Attached as Exhibit 16 is a true and correct copy of the External Link Account Entitlement Addendum for Reader Apps (to the Apple Developer Program License Agreement).

    15.    Attached as Exhibit 17 is a true and correct copy of the publicly available version of the Consent Order and Administrative Complaint issued by the Federal Trade Commission against Epic Games, Inc., in File No. 192 3203.

    16.    Attached as Exhibit 18 is a true and correct copy of the publicly available version of the Consent Order and Complaint filed by the Federal Trade Commission against Epic Games, Inc., in Case No. 5:22-CV-00518-BO (E.D.N.C.).

    17.    Attached as Exhibit 19 is a true and correct copy of the Ninth Circuit's Order Granting Apple Inc.'s Motion to Stay Mandate Pending Writ of Certiorari, C.A. Dkt. 250.

    18.    Attached as Exhibit 20 is a true and correct copy of the January 16, 2024 order list of the Supreme Court of the United States.

    19.    Attached as Exhibit 21 is a true and correct copy of a public letter sent on July 19, 2023 by Yonatan Even on behalf of Epic Games, Inc. to Attorneys General of New York, Utah, California, and North Carolina related to litigation against Google regarding the Google Play Store.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of January, 2024, in Washington, DC.

                                                        _/s/ Mark. A Perry_
                                                        Mark A. Perry