THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
  mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice pending*)
  joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
  morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

MARK I. PINKERT (Fla. Bar No. 1003102; *pro hac vice pending*)
  mark.pinkert@weil.com
KATHERINE G. BLACK (Fla. Bar No. 1031465; *pro hac vice pending*)
  katie.black@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: 305.577.3100
Facsimile: 305.374.7159

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>  Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER RE: COUNTERCLAIMANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 79-5, Counterclaimant Apple Inc. ("Apple") has filed an Administrative Motion to Seal (the "Administrative Motion"). In support, Apple filed the accompanying declaration of Mark A. Perry.

Having considered the Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Counterclaimant's Administrative Motion is **GRANTED**. Accordingly,

(1)   The un-redacted versions of the documents sought to be partially sealed by the Administrative Motion shall remain under seal;

(2)   The entire version of the documents sought to be fully sealed by the Administrative Motion shall remain under seal;

(3)   The public shall only have access to the versions of the partially sealed documents sought to be sealed by the Administrative Motion in which portions the following sections have been redacted:

**Category 1:** Apple's Request as to Information that Reflects its Competitively Sensitive Internal Billing Policies, Processes, and Systems

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| 21:24–22:14 | Apple Inc.'s Motion For Entry Of Judgment On Its Indemnification Counterclaim ("Motion for Entry of Judgment") | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 26:11–14 | Motion for Entry of Judgment | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 26:20–22 | Motion for Entry of Judgment | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 27:3–6 | Motion for Entry of Judgment | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 1:23–3:15 | Declaration of Mark Rollins in Support of Apple Inc.'s Motion for Entry of Judgment | Reflects information regarding Apple's confidential, internal billing |

| | | | |
|---|---|---|---|
| | | on its Indemnification Counterclaim ("Rollins Declaration") | policies and procedures. |
| | 3:17–18 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 3:20–4:18 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 4:21–26 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 4:28–5:3 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 5:9–13 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 5:17 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 5:26 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 6:10 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 6:14–16 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 6:19–21 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 6:24–7:1 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 7:4–6 | Rollins Declaration | Reflects information |

| | | | |
|---|---|---|---|
| | | | regarding Apple's confidential, internal billing policies and procedures. |
| | 7:9–11 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 7:15–16 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 7:20–21 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 7:24–26 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 8:9 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 8:11–13 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 8:16–18 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 8:21–23 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 8:26–28 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 9:4–5 | Rollins Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| | 4:17 | Declaration of Carlyn Irwin in Support of Apple Inc.'s Motion for Entry of Judgment on its Indemnification Counterclaim ("Irwin | Reflects information regarding Apple's confidential, internal billing policies and procedures. |

| | Declaration") | |
|---|---|---|
| 6:13–14 | Irwin Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 7:14 | Irwin Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 7:25–8:3 | Irwin Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 8:10 | Irwin Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 8:13–16 | Irwin Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 8:25–27 | Irwin Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| Exhibit B, Footnotes 1–8 | Irwin Declaration, Exhibit B | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| Exhibit C, Footnotes 1–8 | Irwin Declaration, Exhibit C | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| Exhibit E | Irwin Declaration, Exhibit E | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 15:21 | Declaration of Richard M. Pearl in Support of Apple Inc.'s Motion for Entry of Judgment on its Indemnification Counterclaim ("Pearl Declaration") | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| Exhibit A, final two bullets in "Other" section | Pearl Declaration, Exhibit A | Reflects information regarding Apple's confidential, internal billing policies and procedures. |

**Category 2:** Apple's Request as to Information that Reflects its Negotiations With its Vendors

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| 3:3–4 | Irwin Declaration | Reflects confidential rate information that is the subject of negotiations between Cornerstone Research and Apple. |
| Exhibit B, "Amount Billed (USD)," "Write Off Amount (USD)," "Net Total Amount Paid (USD)," and "Adjusted Total (USD)" Columns | Irwin Declaration, Exhibit B | Reflects confidential rate and other non-public information that is the subject of negotiations between Apple and its vendors. |
| Exhibit C, "Amount Billed (USD)," "Write Off Amount (USD)," "Net Total Amount Paid (USD)," and "Adjusted Total (USD)" Columns | Irwin Declaration, Exhibit C | Reflects confidential rate and other non-public information that is the subject of negotiations between Apple and its vendors. |
| 7:8–10 | Pearl Declaration | Reflects confidential rate information that is the subject of negotiations between Apple and its vendors. |
| 7:12 | Pearl Declaration | Reflects confidential rate information that is the subject of negotiations between Apple and its vendors. |
| 8:9 | Pearl Declaration | Reflects confidential rate information that is the subject of negotiations between Apple and its vendors. |
| 8:22 | Pearl Declaration | Reflects confidential rate information that is the subject of negotiations between Apple and Gibson, Dunn & Crutcher LLP, and Apple and Weil, Gotshal & Manges LLP. |
| 9:2–3 | Pearl Declaration | Reflects confidential rate information that is the subject of negotiations between Apple and Gibson, Dunn & Crutcher LLP, and Apple and Weil, Gotshal & Manges LLP. |
| 9:7 | Pearl Declaration | Reflects confidential rate information that is the subject of negotiations between Apple and Gibson, Dunn & Crutcher LLP. |

**Category 3:** Apple's Request as to Information that Reflects Apple's Financial Information Relating to Costs Expended by Apple in the *Epic* Litigation

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Chart, 15:11–18 | Motion for Entry of Judgment | Reflects non-public financial information regarding Apple's aggregate costs for the principal categories of its litigation expenses for the *Epic* litigation. |
| 6:9 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for law firms for the *Epic* litigation. |
| 6:17 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Gibson, Dunn & Crutcher LLP for the *Epic* litigation. |
| 6:21 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Latham & Watkins LLP for the *Epic* litigation. |
| 7:2 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for McDermott Will & Emery for the *Epic* litigation. |
| 7:7 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for O'Melveny & Myers LLP for the *Epic* litigation. |
| 7:12 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Orrick, Herrington & Sutcliffe LLP for the *Epic* litigation. |
| 7:17 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Paul, Weiss, Rifkind, Wharton & Garrison LLP. |
| 7:22 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Skadden, |

| | | Arps, Slate, Meagher & Flom LLP for the *Epic* litigation. |
|---|---|---|
| 7:27 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Weil, Gotshal & Manges LLP for the *Epic* litigation. |
| 8:8 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for its vendors for the *Epic* litigation. |
| 8:14 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Consilio Holdings for the *Epic* litigation. |
| 8:19 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Open Text Inc. for the *Epic* litigation. |
| 8:24 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Compass Lexecon for the *Epic* litigation. |
| 9:1 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for Cornerstone Research for the *Epic* litigation. |
| Chart, 9:8–21 | Rollins Declaration | Reflects non-public financial information regarding Apple's aggregate costs for its litigation expenses in the *Epic* litigation. |
| 4:2 | Irwin Declaration | Reflects non-public financial information regarding Apple's aggregate costs for its litigation expenses in the *Epic* litigation. |
| 5:1–2 | Irwin Declaration | Reflects non-public financial information regarding Apple's aggregate costs for law firms for the *Epic* litigation. |
| Table 1, 5:4–17 | Irwin Declaration | Reflects non-public financial information regarding Apple's aggregate costs for law firms for the *Epic* litigation. |

| | | |
|---|---|---|
| 5:21–28 | Irwin Declaration | Reflects non-public financial information regarding Apple's aggregate costs for its litigation expenses for the *Epic* litigation. |
| 8:27 | Irwin Declaration | Reflects non-public financial information regarding Apple's write-offs for the *Epic* litigation. |
| Table 2, 9:9–14 | Irwin Declaration | Reflects non-public financial information regarding Apple's aggregate costs for the principal categories of its litigation expenses for the *Epic* litigation. |
| 15:8 | Pearl Declaration | Reflects non-public information regarding the number of hours Apple's law firms spent on the *Epic* litigation. |
| 16:2 | Pearl Declaration | Reflects non-public financial information regarding Apple's write-offs and billing adjustments for the *Epic* litigation. |
| 20:5 | Pearl Declaration | Reflects non-public financial information regarding Apple's aggregate costs for its litigation expenses for the *Epic* litigation. |

**IT IS SO ORDERED.**

Dated:_____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge
