| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>  jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>  mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice pending*)<br>  joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>  morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100<br><br>MARK I. PINKERT (Fla. Bar No. 1003102; *pro hac vice pending*)<br>  mark.pinkert@weil.com<br>KATHERINE G. BLACK (Fla. Bar No. 1031465; *pro hac vice pending*)<br>  katie.black@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Telephone: 305.577.3100<br>Facsimile: 305.374.7159 |

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　Plaintiff, Counter-defendant,<br>v.<br><br>APPLE INC.,<br><br>　　　Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR<br><br>**CERTIFICATE OF SERVICE**<br><br>Dept.:　　Courtroom 1 – 4th Floor<br>Judge:　　Hon. Yvonne Gonzalez Rogers |

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065 (hereinafter "WGM"). I am not a party to the within cause, I am over the age of eighteen years, and my email address is tricia.dresel@weil.com. I further declare that on January 16, 2024, I served a copy of the following documents:

1. UNREDACTED VERSION OF APPLE INC.'S MOTION FOR ENTRY OF JUDGMENT ON ITS INDEMNIFICATION COUNTERCLAIM

2. UNREDACTED VERSION OF THE DECLARATION OF MARK ROLLINS IN SUPPORT OF APPLE INC.'S MOTION FOR ENTRY OF JUDGMENT ON ITS INDEMNIFICATION COUNTERCLAIM

3. UNREDACTED VERSION OF THE DECLARATION OF CARLYN IRWIN IN SUPPORT OF APPLE INC.'S MOTION FOR ENTRY OF JUDGMENT ON ITS INDEMNIFICATION COUNTERCLAIM

4. UNREDACTED VERSION OF EXHIBIT B OF THE IRWIN DECLARATION

5. UNREDACTED VERSION OF EXHIBIT C OF THE IRWIN DECLARATION

6. UNSEALED VERSION OF EXHIBIT F OF THE IRWIN DECLARATION

7. UNREDACTED VERSION OF THE DECLARATION OF RICHARD M. PEARL IN SUPPORT OF APPLE INC.'S MOTION FOR ENTRY OF JUDGMENT ON ITS INDEMNIFICATION COUNTERCLAIM

8. UNREDACTED VERSION OF EXHIBIT A OF THE PEARL DECLARATION

**BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through WGM's electronic mail system to the email address(es) set forth in the service list below.

| *Attorneys for Plaintiff* |
|---|
| Gary Andrew Bornstein<br>Email: gbornstein@cravath.com |
| Yonatan Even<br>Email: yeven@cravath.com |
| Lauren Ann Moskowitz<br>Email: lmoskowitz@cravath.com |
| Paul Jeffrey Riehle<br>Email: paul.riehle@faegredrinker.com |

Executed on January 16, 2024, at Redwood Shores, California.  I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

_____
PATRICIA DRESEL