# EXHIBIT B

**REDACTED VERSION OF**

**DOCUMENT SOUGHT TO BE SEALED**

## Exhibit B: Net Total Amount Paid and Adjusted Total by Vendor
### 2020–2023[1]

| | Vendor Paid by Apple[2] | Vendor Billed Through[3] | Amount Billed (USD)[4] | Write Off Amount (USD)[5] | Net Total Amount Paid (USD)[6] | Adjusted Total (USD)[7] |
|---|---|---|---|---|---|---|
| 1 | Gibson, Dunn & Crutcher LLP | Direct | | | | |
| 2 | Cornerstone Research, Inc. | Cornerstone Research, Inc. / Gibson, Dunn & Crutcher LLP | | | | |
| 3 | Consilio Holdings Inc. | Direct | | | | |
| 4 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Direct | | | | |
| 5 | Open Text Inc. | Direct | | | | |
| 6 | Weil, Gotshal & Manges LLP | Direct | | | | |
| 7 | Analysis Group Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 8 | McDermott Will & Emery | Direct | | | | |
| 9 | Orrick, Herrington & Sutcliffe LLP | Direct | | | | |
| 10 | Compass Lexecon LLC | Compass Lexecon LLC / Gibson, Dunn & Crutcher LLP | | | | |
| 11 | Harbor Experts LLC | Gibson, Dunn & Crutcher LLP | | | | |
| 12 | Ocean Tomo LLC | Gibson, Dunn & Crutcher LLP | | | | |
| 13 | Oakland Marriott City | Gibson, Dunn & Crutcher LLP | | | | |
| 14 | Skadden, Arps, Slate, Meagher & Flom LLP | Direct | | | | |
| 15 | O'Melveny & Myers LLP | Direct | | | | |
| 16 | Expert Holdings LLC | Gibson, Dunn & Crutcher LLP | | | | |
| 17 | LMI Trial Services | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 18 | Veritext[8] | Gibson, Dunn & Crutcher LLP / McDermott Will & Emery / Paul, Weiss, Rifkind, Wharton & Garrison LLP / O'Melveny & Myers LLP | | | | |
| 19 | Eleven Canterbury LLC | Gibson, Dunn & Crutcher LLP | | | | |
| 20 | W 9 Microsolutions Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 21 | Vitalcheck Wellness Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 22 | Aquipt Inc. | Gibson, Dunn & Crutcher LLP / Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 23 | L & D Bistro and Catering Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 24 | The Levinson Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 25 | David Binder Research LLC | Gibson, Dunn & Crutcher LLP | | | | |
| 26 | Case Driven Technologies Inc. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 27 | Diane Skillman | Gibson, Dunn & Crutcher LLP / Skadden, Arps, Slate, Meagher & Flom LLP | | | | |
| 28 | Latham & Watkins LLP | Direct | | | | |
| 29 | Hatch Law Group, PC | Gibson, Dunn & Crutcher LLP | | | | |
| 30 | First Legal Network LLC | Gibson, Dunn & Crutcher LLP / McDermott Will & Emery / Skadden, Arps, Slate, Meagher & Flom LLP | | | | |
| 31 | Digital One Legal Solutions | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 32 | FedEx | Paul, Weiss, Rifkind, Wharton & Garrison LLP / Gibson, Dunn & Crutcher LLP | | | | |
| 33 | Western Messenger Service Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 34 | Strut Legal Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 35 | United Parcel Service Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 36 | Lawyers Travel | Skadden, Arps, Slate, Meagher & Flom LLP | | | | |
| 37 | Deluxe Delivery of DC Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 38 | Nationwide Legal LLC | O'Melveny & Myers LLP | | | | |
| 39 | Respectable Bird Shop | Gibson, Dunn & Crutcher LLP | | | | |
| 40 | Courtalert.com Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 41 | Omni-Invictus LLC | Gibson, Dunn & Crutcher LLP | | | | |
| 42 | Dalmatian Courier Inc. | Gibson, Dunn & Crutcher LLP | | | | |

| | Vendor Paid by Apple[2] | Vendor Billed Through[3] | Amount Billed (USD)[4] | Write Off Amount (USD)[5] | Net Total Amount Paid (USD)[6] | Adjusted Total (USD)[7] |
|---|---|---|---|---|---|---|
| 43 | Special Delivery Service Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 44 | HDLM Services Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 45 | Trustpoint Court Reporting | Weil, Gotshal & Manges LLP | | | | |
| 46 | First Legal Network Insurance Services | Gibson, Dunn & Crutcher LLP | | | | |
| 47 | World Courier | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 48 | Washington Express | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 49 | West Publishing Corporation | Gibson, Dunn & Crutcher LLP | | | | |
| 50 | Reprints Desk Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 51 | Ana M. Dub | Gibson, Dunn & Crutcher LLP | | | | |
| 52 | U.S. District Court For The Northern District Of California | Orrick, Herrington & Sutcliffe LLP / O'Melveny & Myers LLP | | | | |
| 53 | Page Vault Inc. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 54 | Lucky 2 Logistics dba Sds Global Logistics | Gibson, Dunn & Crutcher LLP | | | | |
| 55 | Office Depot Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 56 | Mendocino Farms Texas, LLC | Gibson, Dunn & Crutcher LLP | | | | |
| 57 | Ruth Levine Ekhaus | Gibson, Dunn & Crutcher LLP | | | | |
| 58 | Instacart | Gibson, Dunn & Crutcher LLP | | | | |
| 59 | University Of Wisconsin System | Gibson, Dunn & Crutcher LLP | | | | |
| 60 | Bloomberg Industry Group Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 61 | Western Attorney Services | Gibson, Dunn & Crutcher LLP | | | | |
| 62 | Pacer Service Center | Skadden, Arps, Slate, Meagher & Flom LLP | | | | |
| 63 | Ryder Truck Rental Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 64 | TransUnion Risk | McDermott Will & Emery | | | | |
| 65 | Bureau Of National Affairs | Skadden, Arps, Slate, Meagher & Flom LLP | | | | |
| 66 | Federal Arbitration Inc. | Gibson, Dunn & Crutcher LLP | | | | |
| 67 | Other Expenses | Gibson, Dunn & Crutcher LLP | | | | |
| 68 | PC Connection Sales Corporation | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | |
| 69 | Vicki Ellen Behringer | Gibson, Dunn & Crutcher LLP | | | | |
| | | **Total** | | | 82,971,401 | 81,560,362 |

Source: Epic Spend Report Cost Collection_APL2020021414.xlsx; Law Firm and Vendor Declarations