# EXHIBIT C

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# Exhibit C: Net Total Amount Paid and Adjusted Total by Vendor
## 2020–2023[1]

| # | Vendor Submitting Invoice[2] | Fees and Expenses[3] | Amount Billed (USD)[4] | Write Off Amount (USD)[5] | Net Total Amount Paid (USD)[6] | Adjusted Total (USD)[7] |
|---|---|---|---|---|---|---|
| 1 | Gibson, Dunn & Crutcher LLP | | | | | |
| 2 | | Law Firm Timekeeper Fees | | | | |
| 3 | | Cornerstone Research Inc. | | | | |
| 4 | | Analysis Group Inc. | | | | |
| 5 | | Harbor Experts LLC | | | | |
| 6 | | Ocean Tomo LLC | | | | |
| 7 | | Oakland Marriott City | | | | |
| 8 | | Expert Holdings LLC | | | | |
| 9 | | Veritext | | | | |
| 10 | | Eleven Canterbury LLC | | | | |
| 11 | | W 9 Microsolutions Inc. | | | | |
| 12 | | Compass Lexecon LLC | | | | |
| 13 | | Vitalcheck Wellness Inc. | | | | |
| 14 | | L & D Bistro and Catering Inc. | | | | |
| 15 | | Aquipt Inc. | | | | |
| 16 | | David Binder Research LLC | | | | |
| 17 | | Diane Skillman | | | | |
| 18 | | Hatch Law Group, PC | | | | |
| 19 | | First Legal Network LLC | | | | |
| 20 | | Western Messenger Service Inc. | | | | |
| 21 | | Strut Legal Inc. | | | | |
| 22 | | United Parcel Service Inc. | | | | |
| 23 | | Deluxe Delivery of DC Inc. | | | | |
| 24 | | Respectable Bird Shop | | | | |
| 25 | | Courtalert.com Inc. | | | | |
| 26 | | Omni-Invictus LLC | | | | |
| 27 | | Dalmatian Courier Inc. | | | | |
| 28 | | Federal Express Corporation | | | | |
| 29 | | Special Delivery Service Inc. | | | | |
| 30 | | HDLM Services Inc. | | | | |
| 31 | | First Legal Network Insurance Services | | | | |
| 32 | | West Publishing Corporation | | | | |
| 33 | | Reprints Desk Inc. | | | | |
| 34 | | Ana M. Dub | | | | |
| 35 | | Lucky 2 Logistics dba Sds Global Logistics | | | | |
| 36 | | Office Depot Inc. | | | | |
| 37 | | Mendocino Farms Texas, LLC | | | | |
| 38 | | Ruth Levine Ekhaus | | | | |
| 39 | | Instacart | | | | |
| 40 | | University Of Wisconsin System | | | | |
| 41 | | Bloomberg Industry Group Inc. | | | | |

| | Vendor Submitting Invoice[2] | Fees and Expenses[3] | Amount Billed (USD)[4] | Write Off Amount (USD)[5] | Net Total Amount Paid (USD)[6] | Adjusted Total (USD)[7] |
|---|---|---|---|---|---|---|
| 42 | | Western Attorney Services | | | | |
| 43 | | Ryder Truck Rental Inc. | | | | |
| 44 | | Law Firm Expenses | | | | |
| 45 | | Federal Arbitration Inc. | | | | |
| 46 | | Other Expenses | | | | |
| 47 | | Vicki Ellen Behringer | | | | |
| 48 | | **Total** | | | | |
| 49 | Cornerstone Research Inc. | | | | | |
| 50 | | **Total** | | | | |
| 51 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | | |
| 52 | | Law Firm Timekeeper Fees | | | | |
| 53 | | LMI Trial Services | | | | |
| 54 | | The Levinson Group | | | | |
| 55 | | Case Driven Technologies Inc. | | | | |
| 56 | | Law Firm Expenses | | | | |
| 57 | | Digital One Legal Solutions | | | | |
| 58 | | Aquipt Inc. | | | | |
| 59 | | FedEx | | | | |
| 60 | | World Courier | | | | |
| 61 | | Washington Express | | | | |
| 62 | | Page Vault Inc. | | | | |
| 63 | | Veritext | | | | |
| 64 | | PC Connection Sales Corporation | | | | |
| 65 | | **Total** | | | | |
| 66 | Consilio Holdings Inc. | | | | | |
| 67 | | **Total** | | | | |
| 68 | Open Text Inc. | | | | | |
| 69 | | **Total** | | | | |
| 70 | Weil, Gotshal & Manges LLP | | | | | |
| 71 | | Law Firm Timekeeper Fees | | | | |
| 72 | | Law Firm Expenses | | | | |
| 73 | | Trustpoint Court Reporting | | | | |
| 74 | | **Total** | | | | |
| 75 | McDermott Will & Emery | | | | | |
| 76 | | Law Firm Timekeeper Fees | | | | |
| 77 | | Veritext | | | | |
| 78 | | First Legal Network LLC | | | | |
| 79 | | TransUnion Risk | | | | |
| 80 | | Law Firm Expenses | | | | |
| 81 | | **Total** | | | | |
| 82 | Orrick, Herrington & Sutcliffe LLP | | | | | |
| 83 | | Law Firm Timekeeper Fees | | | | |
| 84 | | Law Firm Expenses | | | | |

| | Vendor Submitting Invoice[2] | Fees and Expenses[3] | Amount Billed (USD)[4] | Write Off Amount (USD)[5] | Net Total Amount Paid (USD)[6] | Adjusted Total (USD)[7] |
|---|---|---|---|---|---|---|
| 85 | | U.S. District Court For The Northern District Of California | | | | |
| 86 | | **Total** | | | | |
| 87 | Compass Lexecon LLC | | | | | |
| 88 | | **Total** | | | | |
| 89 | Skadden, Arps, Slate, Meagher & Flom LLP | | | | | |
| 90 | | Law Firm Timekeeper Fees | | | | |
| 91 | | Lawyers Travel | | | | |
| 92 | | Law Firm Expenses | | | | |
| 93 | | Pacer Service Center | | | | |
| 94 | | Diane Skillman | | | | |
| 95 | | First Legal Network LLC | | | | |
| 96 | | Bureau Of National Affairs | | | | |
| 97 | | **Total** | | | | |
| 98 | O'Melveny & Myers LLP | | | | | |
| 99 | | Law Firm Timekeeper Fees | | | | |
| 100 | | Veritext | | | | |
| 101 | | Nationwide Legal LLC | | | | |
| 102 | | Northern District of California | | | | |
| 103 | | Law Firm Expenses | | | | |
| 104 | | **Total** | | | | |
| 105 | Latham & Watkins LLP | | | | | |
| 106 | | Law Firm Timekeeper Fees | | | | |
| 107 | | **Total** | | | | |
| | | **Total** | | | 82,971,401 | 81,560,362 |

Source: Epic Spend Report Cost Collection_APL2020021414.xlsx; Law Firm and Vendor Declarations