# EXHIBIT A

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

# Documents Considered List

**Case Documents**

- Complaint for Injunctive Relief, *Epic Games, Inc., v. Apple, Inc.*, United States District Court, Northern District of California, Case No.: 4:20-cv-05640-YGR, August 13, 2020.

- Defendant and Counter-Claimant Apple Inc.'s Answer, Defenses, and Counterclaims in Reply to Epic Games, Inc.'s Complaint for Injunctive Relief, *Epic Games, Inc., v. Apple, Inc.*, United States District Court, Northern District of California, Case No.: 4:20-cv-05640-YGR, September 8, 2020.

- Epic Games, Inc.'s Answer to Apple Inc.'s Counterclaims, *Epic Games, Inc., v. Apple, Inc.*, United States District Court, Northern District of California, Case No.: 4:20-cv-05640-YGR, September 29, 2020.

- Findings of Fact and Conclusions of Law Proposed by Epic Games, Inc., *Epic Games, Inc., v. Apple, Inc.*, United States District Court, Northern District of California, Case No.: 4:20-cv-05640-YGR, May 3, 2021.

- Defendant Apple Inc.'s Final Proposed Findings of Fact and Conclusions of Law, *Epic Games, Inc., v. Apple, Inc.*, United States District Court, Northern District of California, Case No.: 4:20-cv-05640-YGR, May 28, 2021.

- Rule 52 Order After Trial on the Merits, *Epic Games, Inc., v. Apple, Inc.*, United States District Court, Northern District of California, Case No.: 4:20-cv-05640-YGR, September 10, 2021.

- Appeal from the United States District Court for the Northern District of California, *Epic Games, Inc., v. Apple, Inc.*, United States Court of Appeals for the Ninth Circuit, Case No.: 4:20-cv-05640-YGR, November 14, 2022.

- Motion for Preliminary Injunction, Reporter's Transcript of Zoom Webinar Proceedings, *Epic Games, Inc., v. Apple, Inc.*, United States District Court, Northern District of California, Case No.: 4:20-cv-05640-YGR, September 28, 2020.

**Legal Documents**

- Exhibit PX-2619, "Apple Developer Program License Agreement"
- Exhibit PX-2621, "Apple Developer Program License Agreement Schedule 2"
- Exhibit PX-2790, "App Store Review Guidelines"

**Data from Cornerstone**

- A list of all law firm timekeepers titled, "Total Fees by Law Firm Timekeeper Excluding Travel and Meal Expenses – Epic Apple Litigation – August 2020 – September 2023."

- A list titled, "Monthly Fees by Vendor Name – 2020-2023," dated November 28, 2023.

- A list titled, "Total Fees by Law Firms Epic-Apple Litigation – August 2020-September 2023."

- A list titled, "Invoices by Vendor Name – 2020-2023," dated October 24, 2023.

- A list titled, "Attorney, Paralegal, and Supporting Staff Billing Rates by Law Firm – 2020-2023," dated December 7, 2023.

- A list titled, "Attorney Billing Rates by Law Firm (Excluding Paralegals and Supporting Staff."

**Declaration Documents**

- Draft declaration of Carlyn Irwin, along with Exhibits B and C.

- Draft declaration of Mark Rollins.

- Apple's draft Motion for Entry of Judgment on its Indemnification Counterclaim.

**Other**

- Various invoices, CV's and declarations of Apple vendors retained for this case, as well as monthly and total amounts billed to these vendors and the amounts paid by Apple.

- *Monster, LLC, et al. v. Beats Elecs., LLC, et al.*, No. BC595235, Declaration of Philip Rawlinson in Support of Defendant and Cross-Complainant Beats Electronics, LLC's Motion for Attorneys' Fees and Costs (L.A. Cty. Sup. Ct. June 4, 2018).

- [redacted]

- [redacted]