# EXHIBIT C

## Exhibit C

- *Prison Legal News v. Ryan*, No. 19-17449, Dkt. No. 78, Order, 4 (9th Cir. Mar. 21, 2023);

- *Antoninetti v. Chipotle Mexican Grill, Inc.*, No. 08-55867, Dkt. No. 93, Order, 6, 11 (9th Cir. Dec. 26, 2012);

- *Prison Legal News v. Schwarzenegger*, 608 F.3d 446, 455 (9th Cir. 2010);

- *Roe v. SFBSC Mgmt. LLC*, No. 14-cv-03616-LB, 2022 U.S. Dist. LEXIS 215122, at *54 (N.D. Cal. Nov. 29, 2022);

- *Indep. Living Ctr. of S. Cal. v. Kent,* No. 2:08-CV-03315-CAS(MANx), 2020 U.S. Dist. LEXIS 13019, at *11 (C.D. Cal. Jan. 24, 2020);

- *Ridgeway v. Wal-Mart Stores, Inc.* , 269 F.Supp.3d 975, (N.D. Cal. 2017), *aff'd* 269 F.3d 1066 (9th Cir. 2020);

- *In re Transpacific Passenger Air Transportation Antitrust Litigation,* No. 3:07-cv-05634-CRB  2019 WL 6327363, at *3 (N.D. Cal. Nov. 26, 2019);

- *Beaver v. Tarsadia Hotels,* No. 11-cv-01842-GPC-KSC, 2017 U.S. Dist. LEXIS 160214, at *30 (S.D. Cal. Sept. 28, 2017);

- *Notter v. City of Pleasant Hill*, No. 16-CV-04412-JSC, 2017 WL 5972698, at *3, (N.D. Cal. Nov. 30, 2017);

- *Villalpando v. Excel Direct Inc*., Case 3:13-cv-03091-JCS , Dkt. No. 29, Order Granting Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs, 2 (N.D. Cal. Dec. 12, 2016);

- *State Compensation Insurance Fund v. Khan et al,* No. SACV 12-01072-CJC(JCGx), 2016 WL 6440138, at *7, (C.D. Cal. Jul. 6, 2016);

- *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 3:07-cv-5944 JST, (N.D. Cal. Jan. 28, 2016), *adopted in relevant part,* 2016 U.S. Dist. LEXIS 88665, (N.D. Cal. Jul. 7, 2016);

- *Gutierrez v. Wells Fargo Bank*, No. C 07-05923 WHA, 2015 U.S. Dist. LEXIS 67298, at *14, (N.D. Cal. May 21, 2015);

- *Holman v. Experian Information Solutions, Inc.*, No. 11-cv-0180 CW (DMR), 2014 U.S. Dist. LEXIS 173698, at *13, (N.D. Cal. Dec. 12, 2014);

- *In re TFT-LCD (Flat Panel) Antitrust Litig,* No. M 07-1827 SI, 2012 WL 13209696, at * 8, (N.D. Cal. Nov. 9, 2012), *supplemented sub nom. In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M: 07-CV-01827-SI, 2012 WL 12918720 (N.D. Cal. Dec. 18, 2012);

- *Walsh v. Kindred Healthcare*, No. C 11-00050 JSW, 2013 U.S. Dist. LEXIS 176319, at *8, (N.D. Cal. Dec. 16, 2013);

- *A.D. v. California Highway Patrol,* No. C 07-5483 SI, 2009 WL 3817478, at *4, (N.D. Cal. Nov. 10, 2009), *vacated sub nom. A.D. v. Markgraf*, 636 F.3d 555 (9th Cir. 2011), *opinion withdrawn*, 676 F.3d 868 (9th Cir. 2012), *and superseded sub nom. A.D. v. California Highway Patrol*, 712 F.3d 446 (9th Cir. 2013), and *rev'd and remanded*, 712 F.3d 446 (9th Cir. 2013);

- *Hajro v. United States Citizenship & Immigration Service* , 900 F.Supp.2d 1034, 1054, (N.D. Cal 2012);

- *Rosenfeld v. United States Dep't of Justice*, 904 F.Supp.2d 988, 1002, (N.D. Cal. 2012);

- *Stonebrae, L.P. v. Toll Bros., Inc.*, No. C-08-0221-EMC, 2011 WL 1334444, at *9, (N.D. Cal. Apr. 7, 2011) , *aff'd* 521 F. App'x 592 (9th Cir. 2013);

- *Armstrong v. Brown* , 805 F. Supp. 2d 918, 921 (N.D. Cal. 2011);

- *Lira v. Cate*, No. C 00-0905 SI, 2010 WL 727979, at *3, (N.D. Cal. Feb. 26, 2010);

- *Californians for Disability Rights, Inc. v. California Dep't of Transportation*, No. C 06-05125 SBA (MEJ), 2010 U.S. Dist. LEXIS 141030, at *12, (N.D. Cal. Dec. 13, 2010);

- *Nat'l Federation of the Blind v. Target Corp.* (N.D. Cal. 2009) 2009 U.S. Dist. LEXIS 67139;

- *Prison Legal News v. Schwarzenegger,* 561 F.Supp.2d 1095, 1106, (N.D. Cal. 2008);

- *Bancroft v. Trizechahn Corp.*, Case 2:02-cv-02373-SVW-FMO, Dkt. No. 278, Order Granting Plaintiffs Reasonable Attorneys' Fees and Costs in the Amount of $168,886.76 (C.D. Cal. Aug. 14, 2016);

- *Willoughby v. DT Credit Corp.*, Case No. CV 05-05907 MMM (CWx), Dkt. No. 65, Order Awarding Attorneys' Fees After Remand (C.D. Cal. July 17, 2006);

- *Oberfelder v. City of Petaluma*, No. C-98-1470 MHP, 2002 U.S. Dist. LEXIS 8635, at *5, (N.D. Cal. Jan. 29, 2002), *aff'd sub nom*. *Oberfelder v. Bertoli*, 67 F. App'x 408 (9th Cir. 2003);

- *Antelope Valley Groundwater Cases*, No. F083138, 2021 WL 3733015, at *17 (Cal. Ct. App. Aug. 24, 2021);

- *Sonoma Land Trust v. Thompson*, 63 Cal. App. 5th 978, 986, 278 Cal Rptr. 3d 324, 330 (2021);

- *Kerkeles v. City of San Jose*, 243 Cal.App.4th 88, 96, 196 Cal. Rptr. 3d 252, 258 (2015);

- *Kaku v. City of Santa Clara*, No. 17CV319862, 2019 WL 331053, at *3 (Cal.Super. Jan. 22, 2019);

- *Davis v. St. Jude Hosp.*, No. 30201200602596CUOECX, 2018 WL 7286170, at *4 (Cal.Super. Aug. 31, 2018);

- *Hartshorne v. Metlife, Inc.*, No. BC576608, 2017 WL 1836635, at *10 (Cal.Super. May 02, 2017);

- *Habitat and Watershed Caretakers v. City of Santa Cruz*, No. H040762, 2015 WL 5827045, at *2–3, *8 (Cal. Ct. App. Oct. 6, 2015), *as modified on denial of reh'g* (Oct. 27, 2015);

- *Laffitte v. Robert Half Int'l Inc.*, 180 Cal. Rptr. 3d 136, 152 (Ct. App. 2014), *as modified* (Nov. 21, 2014), *review granted and opinion superseded sub nom. Laffitte v. Robert Half Int'l*, 342 P.3d 1232 (Cal. 2015), and *aff'd*, 1 Cal. 5th 480, 376 P.3d 672 (2016);

- *In re Tobacco Cases I*, 216 Cal.App.4th 570, 584, 156 Cal. Rptr. 3d 755, 766 (2013), *as modified* (May 8, 2013);

- *Heritage Pacific Financial, LLC v. Monroy*, 215 Cal.App.4th 972, 1009, 156 Cal Rptr. 3d 26, 54 (2013);

- *Wilkinson v. South City Ford*, No. A125299, 2010 WL 4292631, at *9 (Cal. Ct. App. Oct. 29, 2010);

- *Children's Hosp. & Medical Center v. Bonta*, 97 Cal.App.4th 740, 781, 781 n.18, 118 Cal. Rptr. 2d 629, 660 (2002); and

- *Church of Scientology v. Wollersheim*, 42 Cal.App.4th 628, 639 (1996).