# EXHIBIT D

**Exhibit D**

**Rates Found Reasonable for San Francisco Bay Area Attorneys**

**2023 Rates**

- In *Prison Legal News v. Ryan,* United States Court of Appeal for the Ninth Circuit, Order filed March 21, 2023, the Appellate Commissioner found the following hourly rates reasonable for the Plaintiff-Appellee's appellate work:

| Firm | Title | Law School Grad. Year | Rate |
|------|-------|----------------------|------|
| **Rosen Bien Galvan & Grunfeld LLP** | | | |
| | Partner | 1962 | $1,350 |
| | Partner | 2006 | $850 |
| | Associate | 2016 | $575 |
| | Paralegal | NA | $400 |

**2022 Rates**

- In *Bronshteyn v. State of California*, Los Angeles County Superior Ct. No. 19SMCV00057, Order Granting Plaintiff's Motion for Statutory Attorneys' Fees and Costs filed March 30, 2023, an individual FEHA action brought by two Bay Area law firms (Levy, Vinick, Burrell & Hyams LLP and Law Offices of Wendy Musell, the court found the following 2022 hourly rates reasonable (before applying a 1.75 lodestar multiplier for work up to and through the verdict):

| Firm | Role | Law School Grad. Year | Rate |
|------|------|----------------------|------|
| **Levy, Vinick, Burrell & Hyams LLP** | | | |
| | Co-Lead at trial | 1989 | $1,100 |

1

| Firm | Role | Law School Grad. Year | Rate |
|---|---|---|---|
| | Attorney | 1982 | $1,000 |
| | Attorney | 1987 | $1,000 |
| | Attorney | 1995 | $1,000 |
| | Law Student | NA | $300 |
| | Paralegal/Legal Assistant | NA | $225 |
| **Law Offices of Wendy Musell** | | | |
| | Overall Lead and Co-Lead at trial | 1999 | $1,000 |
| | Senior Associate | 2000 | $850 |
| | Associate | 2021 | $425 |
| | Law Clerks | NA | $350 |
| | Paralegal | NA | $225 |

- In *Richmond Compassionate Care Collective v. Richmond Patient's Group et al,* Contra Costa Superior Ct. No. MSC16-01426, Order Granting Plaintiff RCCC's Motion for Attorneys' Fees etc., filed November 1, 2022, an antitrust case, as part of its lodestar cross-check, the court found that the following hourly rates billed by the prevailing Plaintiff's attorneys were reasonable:

| Firm | Title | Years of Experience | Rate |
|---|---|---|---|
| **Alioto Law Firm** | | | |
| | Joseph M. Alioto | 53 | $1,500 |
| **Foreman & Brasso** | | | |
| | Ronald D. Foreman | 48 | $1,050 |

2

**2021 Rates**

- In *Yo LLC v. Krucker,* Santa Clara Superior Ct. No. 17CV306261, Fee Order filed February 9, 2022, a contractual fee case involving a disputed lease, the court found that the following hourly rates billed by the prevailing Defendant's attorneys were reasonable:

| Firm | Title | Law School Grad. Year | Rate |
|---|---|---|---|
| **Cooley LLP** | | | |
| | Partner | 1994 | $1,275 |
| | Special Counsel | 1994 | $1,090 |
| | Associate (2020 rate) | 2009 | $1,010 |

- In *Kang v. Wells Fargo Bank NA,* 2021 U.S. Dist. LEXIS 235254, at *53 (N.D. Cal. Dec. 8, 2021), a consumer class action, the court found that plaintiffs' appellate attorneys' rates of $640 - $1,150 and trial counsel's rates of $325-$950 were "in line with other fee awards in this district for similarly experienced attorneys."

- In *Wit v. United Behavioral Health*, 578 F.Supp.3d 1060 (N.D. Cal. Jan. 5, 2022), the court found the following 2021 hourly rates reasonable:

| Firm | Title | Years of Experience | Rate |
|---|---|---|---|
| **Zuckerman Spaeder** | | | |
| | Partner | 35, 39 | $1,145 |
| | Partner | 24 | $1,040 |
| | Partner | 21 | $980 |
| | Associate | 6 | $595 |

3

| Firm | Title | Years of Experience | Rate |
|---|---|---|---|
| | Paralegals | | $250-390 |

- In *Andrews v. Equinox Holdings, Inc.,* N.D. Cal. No. 20-cv-00485-SK, Order on Motion for Attorney Fees and Costs filed November 9, 2021 (Doc. 110), an individual age discrimination case that settled by acceptance of the defendant's FRCP Rule 68 offer, the court found the following 2021 rates reasonable (before applying a 1.3 lodestar multiplier):

| Firm | Title | Law School Grad. Year | Rate |
|---|---|---|---|
| **Rosen Bien Galvan & Grunfeld LLP** | | | |
| | Partner | 1962 | $1,250 |
| | Partner | 1997 | $875 |
| | Senior Counsel | 2010 | $600 |
| | Associate | 2018 | $350 |
| | Summer Associates | NA | $300 |
| | Paralegals | NA | $240-$275 |

## 2020 Rates

- In *UFCW & Employers Benefit Trust et al v. Sutter Health, et al,* San Francisco County Superior Court, Case No. CGC-14-538451, consolidated with Case No. CGC-18-565398, Order re Plaintiffs' Counsel's Joint Motion for Attorneys' Fees, Costs, and Service Award, filed August 27, 2021, the court found the following rates reasonable as part of its lodestar-cross check:

**Pillsbury & Coleman**

| Title | Law School Graduation | Rate |
|---|---|---|
| Of Counsel | 1979 | $960 |
| Partner | 1976 | $675 |
| Associate | 2010 | $475 |
| Paralegal | N/A | $225 |

**Farella Braun + Martel**

| Title | Bar Admission | Rate |
|---|---|---|
| Partners | 2003 | $785 |
| | 1994 | $895 |
| | 1972 | $1250 |
| | 1980 | $975 |
| | 1985 | $935 |
| | 1982 | $925 |
| | 1991 | $795 |
| Associates | 2012 | $675 |
| | 2014 | $650 |
| | 2015 | $560 |
| | 2018 | $515 |
| | 2017 | $460 |
| Paralegals | NA | $355-$190 |
| Litigation Support | NA | $325-$285 |

**McCracken, Stemerman & Holsberry LLP**

| Title | Law School Graduation Year | Rate |
|---|---|---|
| Partners | 1975 | $850 |
| | 1983 | $850 |
| | 1990 | $800 |
| | 2008 | $750 |
| Associates | 2011 | $575 |

| Title | Law School Graduation Year | Rate |
|---|---|---|
| Associates | 2012 | $575 |
| | 2014 | $575 |
| | 2014 | $575 |
| | 2017 | $400 |
| | 2018 | $400 |
| | 2019 | $400 |

**Kellogg, Hansen, Todd, Figel & Frederick PLLC**

| Title | Bar Admission | Rate |
|---|---|---|
| Partners | 1995 | $1,095 |
| | 2005 | $890 |
| | 2011 | $890 |
| | 1997 | $890 |
| Of Counsel | 1988 | $835 |
| Associates | 2014 | $805 |
| | 2015 | $750 |
| | 2017 | $690 |
| | 2017 | $690 |
| | 2016 | $635 |
| | 2018 | $535 |
| Staff Attorneys | 2007 | $460 |
| | 2000 | $460 |
| | 1997 | $460 |
| | 2002 | $460 |
| | 1998 | $400 |
| | 1977 | $400 |
| | 1999 | $460 |
| | 1991 | $460 |
| | 2012 | $400 |
| Paralegal Director | N/A | $430 |
| Paralegals | N/A | $430-$275 |
| Summer Associates | N/A | $185 |
| Research Manager | N/A | $260 |

| Title | Bar Admission | Rate |
|---|---|---|
| Research Analyst | N/A | $160 |
| IT Director | N/A | $200 |
| Litigation Support | N/A | $145 |
| Trial Coordinator | N/A | $115 |

**Cohen Milstein Sellers & Toll PLLC**

| Title | Law School Graduation Year | Hourly Rate 2020* |
|---|---|---|
| Partners | 1975 | $975 |
| | 1983 | $995 |
| | 1986 | $975 |
| | 2005 | $720 |
| | 2007 | $680 |
| Of Counsel | 2003 | $725 |
| Associates | 2009 | $650 |
| | 2014 | $535 |
| Discovery Counsel | 2002 | $550 |
| Staff Attorneys | 1993 | $445 |
| | 2002 | $430 |
| | 2005 | $415 |
| | 2006 | $415 |
| Investigator | N/A | $515 |
| Paralegals | N/A | $325-$310 |

- In *Human Rights Defense Center v. County of Napa*, a prisoner rights action, the court found that Plaintiffs' counsel's 2020 hourly rates were reasonable, "plac[ing] significant weight on the opinion of Mr. Pearl . . . [who] has extensive experience in the area of attorney billing rates in this district and has been widely relied upon by both federal and state courts in Northern California (including the undersigned) in determining reasonable billing rates." Order Granting In Part And Denying In Part Motion For Attorneys' Fees, Costs And Expenses at 18, Doc. 50, No. 20-cv-01296 (N.D. Cal. March 28, 2021).

| Firm | Title | Law School Grad. Year | Rate |
|---|---|---|---|
| **Rosen Bien Galvan & Grunfeld LLP** | | | |
| | Partner | 1962 | $1,110 |
| | Partner | 1981 | $950 |
| | Senior Counsel | 2009 | $625 |
| | Senior Paralegal | NA | $350 |

- In *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, No. 16-CV-00236-WHO, 2020 WL 7626410 (N.D. Cal. Dec. 22, 2020), a RICO action challenging the defendants' invasive tactics, the court found that Plaintiffs' counsel's 2020 hourly rates were "reasonable given the scope and complexity of this case, as well as in light of rates approved in this District for partners, associates, and paralegals for similarly experienced counsel and staff at similar firms." *Id.* at *3, *3 n.4.

| Firm | Title | Bar Admission | Rate |
|---|---|---|---|
| Arnold & Porter Kaye Scholer LLP | | | |
| | Partner | 1974 | $1,280 |
| | Partner | 1993 | $1,150 |
| | Partner | 1990 | $1,085 |
| | Partner | 2005 | $1,015 |
| | Partner | 2002 | $925 |
| | Senior Associate | 2005 | $910 |
| | Senior Associate | 2012 | $910 |
| | Senior Associate | 2015 | $815 |
| | Associate | 2018 | $675 |
| | Staff Attorney | 2008 | $545 |
| | Paralegal | NA | $405 |
| | Paralegal | NA | $390 |
| Planned Parenthood | | | |

| Firm | Title | Bar Admission | Rate |
|------|-------|---------------|------|
|  | General Counsel | 1982 | $1,115 |
|  | Sr. Staff Attorney | 2012 | $910 |

- In *Schneider v. Chipotle Mexican Grill*, a consumer class action, the court found that counsel for the putative class's 2020 hourly rates were "on the high end, although in line with prevailing rates in this district for personnel of comparable experience, skill, and reputation." *Schneider v. Chipotle Mexican Grill, Inc.*, 336 F.R.D. 588, 601 (N.D. Cal. 2020).

| Firm | Title | Bar Admission | Rate |
|------|-------|---------------|------|
| **Kobre & Kim** |  |  |  |
|  | Partner | 1993 | $1,275 |
|  | Partner | 1987 | $1,275 |
|  | Partner | 1997 | $995 |
|  | Associate | 2011 | $695 |
|  | Analyst | NA | $495 |
|  | Legal Assistant | NA | $195 |
|  | Legal Assistant | NA | $195 |

- In *Lashbrook v. City of San Jose,* N.D. Cal. Case No. 20-cv-01236-NC, a disability access class action, the court found the following hourly rates reasonable:

| **Bar Admission Year** | **Rate** |
|------------------------|----------|
| 1987 | $945 |
| 1992 | $895 |
| 2006 | $750 |
| 2017 | $415 |
| Senior Paralegal | $325 |

9

| Paralegals | $265-285 |
|---|---|

- In *Lee One, LLC v. Facebook, Inc.*, N.D. Cal. No. 4:16-cv-06232-JSW, Order and Judgment Granting Motion for Final Approval of Class Action Settlement and Awarding Attorneys' Fees, Costs, and Service Awards, filed June 26, 2020 [Doc. 211], a class action challenging Facebook's systems for justifying the rates charged advertisers, the court approved a fee constituting 30% of the $40 million settlement fund, and in cross-checking that fee, found the following 2019 hourly rates reasonable (plus a 1.68 lodestar multiplier):

| Law Firm | Title | Bar Date | Rate |
|---|---|---|---|
| **Cohen Millstein Sellers & Toll** | | | |
| | Partners | 1983 | $940 |
| | | 2000 | $790 |
| | | 2004 | $740 |
| | Associates | 2012 | $545 |
| | | 2014 | $505 |
| | Staff Attorney | 2012 | $395 |
| | Contract Attorney | 2003 | $385 |
| | Law Clerk | 2019 | $290 |
| | Contract Attorneys | 2014 | $250 |
| | | 2017 | $250 |
| **Gibbs Law Group** | | | |
| | Partners | 1995 | $910 |
| | | 2000 | $750 |

|  |  | 2003 | $720 |
|---|---|---|---|
|  |  | 2007 | $710 |
|  | Associates | 2014 | $460 |
|  |  | 2016 | $430 |
| **Eglet Adams** |  |  |  |
|  | Partners | 1988 | $870 |
|  |  | 1998 | $800 |
|  |  | 1999 | $690 |
|  |  | 1999 | $650 |
|  | Associate | 2011 | $450 |
|  | Contract Attorney | 1998 | $200 |
|  | Investigator | -- | $490 |
|  | Paralegals | -- | $300-315 |

- In *Perez v. Rash Curtis & Associates*, N.D. Cal. No. 4:16-cv-03396-YGR, Order, *inter alia*, Granting in Part and Denying in Part Motion for an Award of Attorneys' Fees, Costs, and Expenses, filed April 17, 2020 [Doc. 427], a consumer protection action under both federal and state law resulting in a $267 million judgment, the court awarded counsel a percentage-based common fund fee of 25% of the fund, cross-checked against a lodestar-based fee comprised of a $634.48 blended rate, and a lodestar multiplier ranging from 13.42 to 18.15 depending on the number of hours eventually spent. The 2020 hourly rates from which the blended rate was derived were as follows:

| Admission to Bar | Rate |
|---|---|
| **PARTNERS**: | |
| 1997 | $1,000 |
| 2002 | $850 |
| 2006 | $750 |
| 2009 | $650 |
| 2013 | $550 |
| **ASSOCIATES:** | |
| 2010 | $550 |
| 2013 | $525 |
| 2016 | $400 |
| 2017 | $375 |
| 2019 | $325 |
| Law Clerk | $300 |
| Senior Litigation Support Spclist. | $275-300 |
| Litig. Support Spclist. | $200-250 |

- In *In re Wells Fargo & Company Shareholder Derivative Litigation*, N.D. Cal. No. 16-cv-05541-JST, Order Granting Motion for Final Approval and Motion for Attorneys' Fees, filed April 7, 2020 [Doc. 312], a shareholder derivative class action, the court found the following 2020 hourly rates reasonable:

| Lieff, Cabraser, Heimann & Bernstein LLP | Law School Graduation Year | Rate |
|---|---|---|
| | 1972 | $1,075 |
| | 1998 | $950 |
| | 1993 | $900 |
| | 1984 | $850 |
| | 2000 | $775 |
| | 2001-2002 | $700 |
| | 2005 | $650 |
| | 2007 | $590 |
| | 2008 | $560 |

| Lieff, Cabraser, Heimann & Bernstein LLP | Law School Graduation Year | Rate |
|---|---|---|
| | 2012 | $480-510 |
| | 2015 | $440 |
| | 2017 | $395 |
| | Law Clerk | $375-395 |
| | Paralegal/Clerk | $345-390 |
| | Litigation Support/Research | $345-495 |

- In *Moen v. Regents of Univ. of California,* Alameda County Superior Court No. RG10-530493, Order (1) Granting Final Approval of Class Settlement and (2) Granting Motion for Award of Fees and Costs, filed April 10, 2020, a class action to enforce contractual health care rights, the court approved the following hourly rates as reasonable (indicating in addition that a 1.5 multiplier would have been applied but for the parties' agreed ceiling):

| Law Firm | Law School Graduation | Rate |
|---|---|---|
| Law Offices of Dov Grunschlag | 1966 | $975 |
| Sinclair Law Office | 1976 | $875 |
| Calvo Fisher LLP | 1976 | $875 |
| | 1990 | $775 |
| | 2000 | $650 |
| | 2004 | $625 |
| | Senior Paralegal | $300 |
| | Paralegal | $225 |

## 2019 Rates

- In *In re National Collegiate Athletic Assn. Athletic Grant-In-Aid Antitrust Litigation*, an antitrust class action, the court found the

13

following 2019 "hourly rates are reasonable." *See* Order Granting in Part and Denying in Part Plaintiffs' Motion for Attorneys' Fees, Expenses, Service Awards, and Taxed Costs, Doc. 1259, at 4, No. 14-md-02541 (N.D. Cal. Dec. 6, 2019).

| Firm | Title | Bar Admission | Rate |
|---|---|---|---|
| **Winston & Strawn LLP** | | | |
| | Partner | 1978 | $1,515 |
| | Partner | 1985 | $1,245 |
| | Partner | 2002 | $1,105 |
| | Partner | 1996 | $1,025 |
| | Associate | 2012 | $825 |
| | Associate | 2016 | $660 |
| | Associate | 2017 | $615 |

- In an earlier decision in the same case, the court also found the following 2017 hourly rates were "in line with market rates in this District." *See id.* at Doc. 745 (N.D. Cal. Dec. 6, 2017).

| Firm | Title | Bar Admission | Rate |
|---|---|---|---|
| **Hagens Berman Sobol Shapiro LLP** | | | |
| | Partner | 1982 | $950 |
| | Associate | 1999 | $630 |
| | Associate | 2014 | $475 |
| | Contract Attorney | 2013 | $350 |
| | Contract Attorney | 2006 | $300 |
| **Pearson, Simon & Warshaw LLP** | | | |
| | Partner | 1983 | $1,035 |
| | Partner | 1981 | $1,035 |
| | Of Counsel | 2001 | $900 |
| | Associate | 2006 | $635 |

| Firm | Title | Bar Admission | Rate |
|------|-------|---------------|------|
|  | Associate | 2008 | $520 |

- In *Nevarez v. Forty Niners*, N.D. Cal. No. 5:16-cv-07013-LHK(SVK), Order Granting Motion for Final Approval of Class Action Settlement; Granting Motion for Service Awards; and Granting Motion for Attorney's Fees, Costs, and Expenses, filed July 23, 2020 [Doc. 416], a disability-access class action involving Levi's Stadium, the court found the following 2019 hourly rates reasonable:

| Schneider Wallace Cottrell Konecky LLP: | Law School Grad. | Rate |
|------|------|------|
|  | 1993 | $925 |
|  | 1977 | $875 |
|  | 1997 | $840 |
|  | 2015 | $680 |
|  | 2014 | $625-$680 |
|  | 2007 | $625 |
|  | 2017 | $575 |
|  | 2009 | $725 |
|  | Paralegal | $300 |
|  |  |  |
| Goldstein Borgen Dardarian & Ho |  |  |
|  | 1987 | $925 |
|  | 2006 | $710 |
|  | 2015 | $450 |
|  | 2008 | $595 |
|  | 2013 | $475 |
|  | 2017 | $400 |
|  | Law Student | $300 |
|  | Sr. Paralegals | $325 |
|  | Paralegals | $275-295 |

- In *National Federation of the Blind of California v. Uber Technologies, Inc.*, N.D. Cal. No. 14-cv-04086 NC Amended Order Granting in Part Plaintiffs' Motion for Attorneys' Fees and Costs, filed November 8, 2019 (Dkt. No. 203), a class action against Uber alleging that it violated federal antidiscrimination laws by allowing its drivers to refuse to accept service dogs, the court found the following 2019 hourly rates reasonable for monitoring Uber's

15

compliance with the settlement:

| **Rosen Bien Galvan & Grunfeld LLP Class** | **Rate** |
|---|---|
| 1997 | $800 |
| 2011 | $525 |
| 2016 | $400 |
| Senior Paralegal | $350 |
| Paralegals | $250-275 |

| **Disability Rights Advocates** | **Rate** |
|---|---|
| 1998 | $785 |
| 2014 | $470 |
| 2014 | $425 |
| Paralegals | $230-275 |

- In *Shaw et al v. AMN Service, LLC et al*, N.D. Cal. No. 3:16-cv-02816 JCS, Order Granting Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs, filed May 31, 2019 [Doc. 167], a wage and hour class action, based in part on my testimony the court found the following 2019 hourly rates reasonable, before applying a 2.4 lodestar multiplier:

| **BAR ADMISSION DATE** | **RATE** |
|---|---|
| 1996 | $835 |
| 2009 | $750 |
| 2014 | $675 |
| 1996 (Florida) | $600 |
| 2016 | $400 |
| 2017 | $380 |

## 2018 Rates

- In *Department of Fair Employment and Housing v. Law School Admission Council, Inc.,* N.D. Cal. No. 12-cv-08130-JCS, filed Nov. 5, 2018, reported at 2018 WL 5791869, 2018 U.S. Dist. LEXIS 189191, an action for civil contempt based on violation of

16

a consent decree, the court found the following 2018 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 35 | $850 |
| 5 and 6 | $425 |
| Law Clerk and 1st year | $290 |

- In *Cornell v. City & County of San Francisco*, San Francisco Superior Court No. CGC-11-509240, Fee Order filed Oct. 9, 2018 (on remand from *Cornell v. City & County of San Francisco* (2017) 17 Cal. App. 5th 766), an individual police misconduct/employment case, the trial court found the following 2018 hourly rates reasonable for appellate work, before applying a 1.25 multiplier:

| Years of Experience | Rates |
|---|---|
| 49 | $827 |
| 27 | $800 |
| 23 | $800 |
| 9 | $475 |
| 6 | $425 |

- In *Kaku v. City of Santa Clara,* Santa Clara Superior Court No. 17CV319862, Fee Order filed January 22, 2019, reported at 2019 WL 331053 (Cal. Super. 2019), a voting rights action under the California Voting Rights Act, the court found the following 2018 hourly rates reasonable, before applying a 1.4 multiplier:

| Goldstein, Borgen, Dardarian & Ho | |
|---|---|
| **Graduation Year** | **Rates** |
| 1970 | $875 |
| 1994 | $860 |
| 2013 | $450 |
| 2015 | $405 |
| 2016 | $375 |
| Law Clerk | $295 |

| Statistician & Senior Paralegal | $300 |
|---|---|
| Paralegal | $250 |

| Law Office of Robert Rubin | |
|---|---|
| **Graduation Year** | **Rates** |
| 1978 | $975 |
| 2013 | $615 |

| Asian Law Alliance | |
|---|---|
| **Graduation Year** | **Rates** |
| 1978 | $550 |
| 2009 | $375 |

## 2017 Rates

- In *Max Sound Corp. v. Google Inc.*, N.D. Cal. No. 14-cv-04412-EJD, Order Granting in Part and Denying in Part Defendants' Motion for Attorneys' Fees, filed October 11, 2017 (Dkt. No. 198), a patent infringement action awarding fees for defending a frivolous action pursuant to, *inter alia,* 35 U.S.C. § 285 and 28 U.S.C. § 1927, the court found the following hourly rates reasonable:

| **Bar Admission** | **Rates** |
|---|---|
| 2000 | $650-950 |
| 1995 | $905 |
| 2014 | $520-715 |
| 2007 | $504-608 |
| 2012 | $335-575 |

- In *May v. San Mateo County,* N.D. Cal. No. 3:16-cv-00252-LB, Stipulation and Order re Settlement filed Nov. 10, 2017 [Doc. No. 218], an individual police misconduct action, the court found the following hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 26 | $775 |
| 22 | $775 |
| 10 | $475 |
| 5 | $425 |
| 48 | $825 |
| Paralegal | $240 |

- In *Hoeper v. City & County of San Francisco*, No. CGC-15-543553, Order After Hearing Granting in Part and Denying in Part Plaintiff Joanne Hoeper's Motion for Attorney Fees, filed July 12, 2017, an individual whistleblower case under Government Code section 12653(b), the court found the following 2017 hourly rates reasonable, before applying a 1.35 lodestar multiplier:

| Bar | Rates |
|---|---|
| 1982 | $850-750 |
| 1979 | $750 |
| 2003 | $550 |
| Associate | $350 |
| Paralegal | $150-160 |

- In *Ridgeway v. Wal-Mart Stores, Inc.*, 269 F. Supp. 3d 975 (N.D. Cal. 2017), a wage and hour class action, the court issued a statutory fee award against Wal-Mart based on the following 2017 rates (plus a 2.0 multiplier), to partially offset a 25% common fund fee award payable by the class:

| Years of Experience | Rates |
|---|---|
| 46 | $900 |
| 40 | $890 |
| 38 | $870 |
| 36 | $850 |
| 34 | $830 |
| 20 | $730 |
| 37 (Senior | $700 |

19

| | |
|---|---|
| 29 (Senior | $670 |
| 19 (Senior | $610 |
| 11 | $500 |
| 7 | $450-500 |
| 6 | $425 |
| 3 | $355 |
| 4 | $330 |
| 1 | $300 |
| Senior Paralegal | $225 |
| Paralegal | $195 |
| Law Clerk | $225 |

- In *Huynh v. Hous. Auth. Of Santa Clara,* 2017 U.S. Dist. LEXIS 39138 (N.D. Cal. 2017), a tenant class action challenging the Housing Authority's policy regarding the accommodation of households with disabled family members, the court found the following 2017 hourly rates reasonable:

| Law Foundation of Silicon Valley | |
|---|---|
| **Graduation Year** | **Rates** |
| 1990 | $800 |
| 2001 | $660 |
| 2004 | $635 |
| 2007 | $545 |
| 2008 | $545 |
| 2010 | $415 |
| 2014 | $325 |
| 2015 | $325 |

| Fish & Richardson PC | |
|---|---|
| **Graduation Year** | **Rates** |
| 1996 | $862.07 |
| 2002 | $700 |
| 2005 | $676.75 |
| 2011 | $530 |
| 2007 | $475 |
| 2014 | $362.54 |

20

| 2015 | $329.09 |
|------|---------|
| 2016 | $330.11 |
| Paralegal | $236-275 |

- In *Armstrong v. Brown*, N.D. Cal. No. 4:94-cv-02307-CW, Stipulated Order Confirming Undisputed Attorneys' Fees and Costs for the Third Quarter of 2017, filed December 19, 2017 (Dkt. No. 2708), a prisoners' rights class action, the court approved the following 2017 hourly rates for monitoring the injunction in that matter:

| Years of Experience | Rates |
|---------------------|-------|
| 37 | $950 |
| 33 | $825 |
| 20 | $780 |
| 24 (Of Counsel) | $700 |
| 12 (Partner) | $650 |
| 9 (Associate) | $490 |
| 8 | $480 |
| 7 | $470 |
| 6 | $440 |
| Paralegal | $240-325 |

- In *Cotter et al. v. Lyft, Inc.*, N.D. Cal. No. 13-cv-04065- VC, Order Granting Final Approval of Settlement Agreement, filed March 16, 2017 (Dkt. No. 310), a class action against Lyft alleging Lyft underpaid its drivers by classifying them as independent contractors, the court approved the percentage-based fee award requested by plaintiffs based on the following 2017 hourly rates, plus a 3.18 multiplier:

| Graduation Year | Rates |
|-----------------|-------|
| 1996 | $800 |
| 2010 | $500 |
| 2014 | $325 |
| Paralegal | $200 |

- In *Dropbox, Inc. v. Thru, Inc.*, 2017 U.S. Dist. LEXIS 33325 (N.D. Cal. Mar. 8, 2017), a trademark action, the court found reasonable "rates ranging from $275/hr for a paralegal to $900 for a senior partner" and "rates of $365/hr and $420/hr" for mid-level associates.