# EXHIBIT E

**Exhibit E**

**Rates Charged by San Francisco Bay Area Law Firms**

| *Akin Gump Strauss Hauer & Feld LLP* | | |
|---|---|---|
| **2022 Rates** | **Graduation Year** | **Rate** |
| | 2001 | $1,115 |
| | 1986 | $1,175-1,345 |
| | 2007 | $965 |
| | 2019 | $535-$625 |

| *Alioto Law Firm* | | |
|---|---|---|
| **2022 Rate** | **Years of Experience** | **Rate** |
| | 53 | $1,500 |
| *Altshuler Berzon LLP* | | |
| **2022 Rates** | **Graduation Year** | **Rate** |
| | 1983 | $1.225 |
| | 1989 | $1,125 |
| | 2008 | $950 |
| | 2010 | $875 |
| | 2019 | $625 |
| **2021 Rates** | **Graduation Year** | **Rate** |
| | 1977 | $1,150 |
| **2018 Rates** | **Graduation Year** | **Rate** |
| | 1968-1983 | $940 |
| | 1985 | $920 |
| | 1989 | $900 |
| | 1991 | $885 |
| | 1992 | $875 |
| | 1994 | $835 |
| | 1998 | $795 |
| | 2000 | $740 |

|  | 2001 | $725 |
|---|---|---|
|  | 2008 | $540 |
|  | 2009 | $515 |
|  | 2010 | $485 |
|  | 2012 | $435 |
|  | 2013 | $415 |
|  | 2014 | $390 |
|  | 2015 | $365 |
|  | Law Clerks | $285 |
|  | Paralegals | $250 |
| **2017 Rates** | **Years of Experience/Level** | **Rates** |
|  | Senior Partners | $930 |
|  | Junior Partners (1991-2001) | $875-690 |
|  | Associates (2008-2013) | $510-365 |
|  | Paralegals | $250 |

| *Arnold Porter LLP* | | |
|---|---|---|
| **2021 Rates** | **Level** | **Rates** |
|  | Partners | $750-$1,150 |
|  | Senior Counsel | $910-$1,280 |
|  | Associates | $545-$910 |
|  | Paralegals | $390-$405 |
| *Boies Schiller & Flexner LLP* | | |
| **2017 Rates** | **Bar Admittance or Law School Graduation** | **Rates** |
|  | 1986 | $1,049 |
|  | 2006 | $972 |
|  | 1999-2000 | $830 |
|  | 2004 | $760 |
|  | 2006 | $680 |
|  | 2007 | $714 |

| | 2009 | $800 |
|---|---|---|
| | | |
| **Cooley LLP** | | |
| **2021 Rates** | **Years of Experience** | **Rates** |
| | 27 (Partner) | $1,275 |
| | 27 (Special Counsel) | $1,090 |
| | | |
| **Farella Braun + Martel** | **Bar Admission** | **Rates** |
| **2020 Rates** | | |
| | 1972 | $1250 |
| | 1980 | $975 |
| | 1982 | $925 |
| | 1985 | $935 |
| | 1991 | $795 |
| | 1994 | $895 |
| | 2003 | $785 |
| | 2011 (Assoc./Partner) | $710 |
| | **Associates** | |
| | 2012 | $675 |
| | 2014 | $650 |
| | 2015 | $560 |
| | 2017 | $460 |
| | 2018 | $515 |
| | Paralegals | $285-355 |
| | Case Clerk | $190 |
| | Practice Support Supervisor | $325 |
| | Practice Support Proj. Mgr. | $285 |
| | | |
| **Fenwick & West** | | |
| **2021 Rates** | **Cal. Bar Admission** | **Rates** |
| | 1995 | $1,040 |

| | 2001 | $860 |
|---|---|---|
| | 2005 | $745 |
| | 2010 | $720 |
| | 2011 | $665 |
| | 2016 | $710 |
| | 2017 | $470-495 |
| | 2018 | $425 |
| | 2020 | $325 |
| | Paralegals | $395 |
| | | |
| **Foreman & Brasso** | | |
| **2022 Rates** | **Years of Experience** | **Rate** |
| | 48 | $1,025 |
| | | |
| **Gibson Dunn & Crutcher LLP** | | |
| **2020 Rates** | **Level** | **Rates** |
| | Senior Partners | $1,395 – 1,525 |
| | Senior Associates | $960 |
| | Mid-level Associate | $740 |
| | Paralegals | $480 |
| **2019 Rates** | **Level** | **Rates** |
| | Senior Partners | $1,335 – 1,450 |
| | Senior Associates | $915 |
| | Mid-level Associate | $625 |
| | | |
| **Hooper, Lundy & Bookman** | | |
| **2019 Rates** | **Law School Graduation Year** | **Rates** |
| | 1975 | $1,025 |
| | 1976 | $965 |
| | 1979 | $1,025 |

| | 2007 | $815 |
|---|---|---|
| | 2011 | $800 |
| | 2015 | $640 |
| | 2016 | $600 |
| | 2019 | $440 |
| **2018 Rates** | **Law School Graduation Year** | **Rates** |
| | 1975 | $1,025 |
| | 1976 | $930 |
| | 1979 | $995 |
| | 2015 | $570 |
| | | |
| *Keker & Van Nest, LLP* | | |
| **2019 Rates** | **Years of Experience** | **Rates** |
| | 48 | $1,500 |
| | 37 | $1,075 |
| | 18 | $775 |
| | 9 | $700 |
| | Paralegals | $250-$290 |
| | | |
| **2018 Rates** | **Years of Experience** | **Rates** |
| | 16 | $875 |
| | 5 | $600 |
| | 3 | $500 |
| | | |

| Kirkland & Ellis | | |
|---|---|---|
| **2024 Rates** | **Level** | **Rates** |
| | Partners | $1,195 - $2,465 |
| | Associates | $745 - $1,495 |
| **2021 Rates** | **Level** | **Rates** |
| | Partners | $1,085-$1,895 |
| | Of Counsel | $625-1,895 |
| | Associates | $625-$1,195 |
| | Paraprofessional | $255-475 |
| | | |
| *Morrison Foerster LLP* | | |
| **2021 Rates** | **Law School Grad. Year** | **Rate** |
| | 2002 | $1,200 |
| | 2011 | $1,075 |
| | 2014 | $925 |
| | 2018 | $745 |
| | Paralegal | $295 |
| **2020 Rates** | **Law School Grad. Year** | **Rate** |
| | 2002 | $1,125 |
| | 2011 | $975 |
| | 2014 | $810 |
| | 2018 | $640 |
| | Paralegal | $275 |
| **2018 Rates** | **Years of Experience** | **Rates** |
| | 40 | $1,050 |
| | 22 | $950 |
| | 11 | $875 |
| | 3 | $550 |
| | Paralegal | $325 |

| *Munger, Tolles & Olson* | | |
|---|---|---|
| **2021 Rates** | **Law School Grad. Year** | **Rate** |
| | 1991 | $1,725 |
| | 2009 | $995 |
| | 2016 | $825 |
| | Paralegal (43 years) | $365 |
| **2020 Rates** | **Law School Grad. Yr.** | **Rate** |
| | 1991 | $1,610 |
| | 2001 | $950 |
| | 2009 | $920 |
| | 2016 | $725 |
| | Paralegal (42 years) | $345 |
| | | |
| *O'Melveny & Myers* | | |
| **2019 Rates** | **Level** | **Rates** |
| | Senior Partner | $1,250 |
| | Partner (1998 Bar Admitted) | $1,050 |
| | 3rd Year Associate | $640 |
| | 2nd Year Associate | $656 |
| | | |
| *Paul Hastings LLP* | | |
| **2020 Rates** | **Years of Experience** | **Rates** |
| | 25 | $1,425 |
| | 7 | $885 |
| | 5 | $775 |
| | 3 | $645 |
| | Research assistant | $335 |
| | | |
| *Pearson Simon & Warshaw LLP* | | |
| **2019 Rates** | **Years of Experience** | **Rates** |
| | 23-38 | $1,150 |

| | | |
|---|---|---|
| | 10 | $900 |
| | Of Counsel | $825 |
| | 6 | $500 |
| | 4 | $450 |
| | Paralegals | $225 |
| **2018 Rates** | **Years of Experience** | **Rates** |
| | 22-37 | $1,050 |
| | 9 | $650 |
| | Of Counsel | $725 |
| | 5 | $450 |
| | 3 | $400 |
| | | |
| *Quinn Emanuel Urquhart & Sullivan* | | |
| **2020 Rates** | **Level** | **Rate** |
| | Partners | $870-$1,250 |
| | Associates | $600-$905 |
| **2018 Rates** | **Law School Graduation Yr.** | **Rates** |
| | 1980 | $1,135 |
| | 2016 | $630 |

| *Wilson Sonsini* | | |
|---|---|---|
| **2022 Rates** | **Level** | **Rates** |
| | Members | $975-$2,220 |
| | Associates | $550-$1,175 |
| | Of Counsel | $640-$1,875 |
| | Staff | $225-$935 |
| | Library Personnel | $200-$300 |
| | | |
| *Winston & Strawn* | | |
| **2019 Rates** | **Title** | **Rates** |
| | Partners | $1,025-$1,515 |
| | Associates | $615-$825 |
| **2018 Rates** | **Title** | **Rates** |
| | Partners | $820-$1,445 |
| | Associates | $585-$765 |
| | Paralegals | $170-$340 |
| | Litigation Support Mgr. | $275 |
| | Review Attorneys | $85 |