# EXHIBIT J



# 2021 Real Rate Report®

## The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices



Wolters Kluwer

When you have to be right



### Report Editor

**Jeffrey Solomon**
Senior Director, Product Management Legal
Analytics, Wolters Kluwer's ELM Solutions

### Lead Data Analysts

**Carol Au**
Business Systems Quantitative Analyst
Wolters Kluwer's ELM Solutions

**Pankaj Saha**
Data Engineer
Wolters Kluwer's ELM Solutions

### ELM Solutions Creative

**David Andrews**
Senior Graphic Designer
Wolters Kluwer's ELM Solutions

### Contributing Analysts and Authors

**Jason Bender**
Legal Analytics Product Manager
Wolters Kluwer's ELM Solutions

**Deniece Bushell**
Senior Product Marketing Manager
Wolters Kluwer's ELM Solutions

**Nathan Cemenska**
Associate Director, Product Management
Wolters Kluwer's ELM Solutions

**Margie Sleboda**
Lead Technology Product Manager
Wolters Kluwer's ELM Solutions

### Executive Sponsor

**Barry Ader**
Vice President, Product Management and
Marketing
Wolters Kluwer's ELM Solutions

© 2004 - 2021 Wolters Kluwer's ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

    ELM Solutions, a Wolters Kluwer business
    20 Church Street
    Hartford, CT 06103 United States
    ATTN: Marketing
    +1-860-549-8795

**LEGAL CAVEAT**

Wolters Kluwer's ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer's ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer's ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer's ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Table of Contents - 2021 Real Rate Report

**A Letter to Our Readers • 4**

**Report Use Considerations • 5**

**Section I: High-Level Data Cuts • 9**
- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 64**
- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Technology and Telecommunications

**Section III: Practice Area Analysis • 85**
- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Regulatory and Compliance
- Corporate: Other
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Intellectual Property: Other
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 175**
- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 195**

**Section VI: Matter Staffing Analysis • 227**

**Appendix: Data Methodology • 232**

# A Letter to Our Readers

**Welcome to the Wolters Kluwer's ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates.**

Our Real Rate Report has been a relied upon data analytics resource to the legal industry since its inception in 2010 and continues to evolve. The Real Rate Report is powered by Wolters Kluwer's ELM Solutions LegalVIEW® data warehouse, the world's largest source of legal performance benchmark data, which has grown to include over $150 billion in anonymized legal data.

This year, we launched our LegalVIEW Insights Report series, which explores the emerging trends behind the overall legal spend volatility seen in corporate legal departments. The insights reports coupled with the Real Rate Report are great tools to drive actionable decisions.

The legal services industry relies on internal analytics and the use of external data resources, such as the LegalVIEW® data warehouse, to support legal management strategies. The depth and details of the data in the Real Rate Report enable you to better benchmark and make more informed investment and resourcing decisions for your organization.

As with past Real Rate Reports, all of the data analyzed are from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability to pinpoint areas of opportunity. We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms.

As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank our data contributors for participating in this program. And we thank you for making Wolters Kluwer's ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to continuing to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer's ELM Solutions

# Report Use Considerations

### 2021 Real Rate Report
- Examines law firm rates over time
- Identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Itemizes variables that drive rates up or down

All the analyses included in the report derive from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information, along with the ranges of those rates and their changes over time, highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

### Some key factors[1] that drive rates[2]:

**Attorney location** - Lawyers in urban and major metropolitan areas tend to charge more when compared with lawyers in rural areas or small towns.

**Litigation complexity** - The cost of representation will be higher if the case is particularly complex or time-consuming; for example, if there are a large number of documents to review, many witnesses to depose, and numerous procedural steps, the case is likely to cost more (regardless of other factors like the lawyer's level of experience).

**Years of experience and reputation** - A more experienced, higher-profile lawyer is often going to charge more, but absorbing this higher cost at the outset may make more sense than hiring a less expensive lawyer who will likely take time and billable hours to come up to speed on unfamiliar legal and procedural issues.

**Overhead** - The costs associated with the firm's support network (paralegals, clerks, and assistants), document preparation, consultants, research, and other expenses.

**Firm size** – The rates can increase if the firm is large and has various timekeeper roles at the firm. For example, the cost to work with an associate or partner at a larger firm will be higher compared to a firm that has one to two associates and a paralegal.

### Rates increase in geographic areas with growing population

Additional analysis was performed to examine the impact of geographic location on law firm hourly rates. This report, like previous ones, shows that large, cosmopolitan legal services markets like New York City, San Francisco, and Los Angeles are associated with higher hourly rates. In addition, our analysis reveals a significant spike in hourly rates in areas of the country

---

1 David Goguen, J.D., University of San Francisco School of Law (2020) Guide to Legal Services Billing Retrieved from: https://www.lawyers.com/legal-info/research/guide-to-legal-services-billing-rates.html
2 Source: 2018 RRR. Factor order validated in multiple analyses since 2010

# Report Use Considerations

that are currently experiencing high population growth. Significant average rate increases occurred from 2020 to 2021 in many areas, but especially Fresno, California (~15% average rate increase), Greenville, SC (~18%), Miami, FL (~9%), Nashville, TN (~11%), Oklahoma City (~13%), Phoenix, AZ (~10%), and Seattle, WA (~11%) -- all of which have experienced much higher than average population growth in recent years.

The correlation between hourly rates and population growth makes sense. When people and businesses move into an area, it creates a spike in demand for all sorts of goods and services, including legal services. However, it is hard for the supply of legal services to move as quickly as demand because attorneys looking to move into a new geographic area face high switching costs that most will refuse to pay unless they absolutely have to.

First, attorneys looking to take work in a new state have to get licensed there, which takes time and effort and is a distraction that can reduce their current income in the form of the number of hours they are able to bill to clients. Second, despite the rise in remote working, many attorneys looking to establish practices in a new geographic location may have to establish at least some physical presence there, find a new office, new lodging, and potentially uproot their entire family. Third, even if the switching costs of licensure, physically moving, etc. are paid, attorneys may fear yet another switching cost in the form of attrition of their existing clients from their original geographic locale, who may view them as no longer investing in their knowledge of the legal problems and legal solutions that are specific to the original locale.

---

3 Source: 2020 RRR. Factor order validated in multiple analyses since 2010

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2021 - Real Rates for Associate and Partner**       **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|---|---|---|
| San Diego CA | Litigation | Associate | 19 | $150 | $175 | $325 | $254 | $257 | $268 |
| | Non-Litigation | Partner | 96 | $325 | $523 | $1,019 | $670 | $660 | $655 |
| | | Associate | 60 | $226 | $325 | $516 | $395 | $343 | $354 |
| San Francisco CA | Litigation | Partner | 150 | $392 | $663 | $961 | $704 | $703 | $667 |
| | | Associate | 108 | $314 | $415 | $628 | $486 | $471 | $451 |
| | Non-Litigation | Partner | 223 | $468 | $669 | $942 | $730 | $753 | $721 |
| | | Associate | 145 | $345 | $465 | $730 | $539 | $536 | $485 |
| San Jose CA | Litigation | Partner | 40 | $600 | $867 | $1,056 | $876 | $880 | $796 |
| | | Associate | 27 | $435 | $550 | $745 | $587 | $542 | $471 |
| | Non-Litigation | Partner | 61 | $618 | $795 | $1,165 | $918 | $910 | $803 |
| | | Associate | 38 | $370 | $515 | $865 | $622 | $575 | $570 |
| San Juan PR | Non-Litigation | Partner | 13 | $215 | $250 | $294 | $260 | $262 | $260 |
| Seattle WA | Litigation | Partner | 91 | $436 | $535 | $741 | $596 | $506 | $498 |
| | | Associate | 67 | $370 | $507 | $535 | $476 | $410 | $405 |
| | Non-Litigation | Partner | 150 | $406 | $505 | $697 | $547 | $553 | $523 |
| | | Associate | 117 | $300 | $366 | $504 | $411 | $389 | $381 |

# Section I: High-Level Data Cuts
## Cities
By Years of Experience

**2021 - Real Rates for Partner**  **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|---|---|
| Portland OR | 21 or More Years | 44 | $455 | $505 | $585 | $531 | $500 | $466 |
| Raleigh NC | Fewer Than 21 Years | 15 | $300 | $378 | $455 | $397 | $427 | $408 |
| Raleigh NC | 21 or More Years | 24 | $275 | $480 | $571 | $452 | $485 | $466 |
| Richmond VA | Fewer Than 21 Years | 32 | $610 | $684 | $724 | $638 | $618 | $580 |
| Richmond VA | 21 or More Years | 36 | $420 | $665 | $805 | $655 | $635 | $625 |
| Salt Lake City UT | Fewer Than 21 Years | 20 | $274 | $342 | $432 | $349 | $347 | $381 |
| Salt Lake City UT | 21 or More Years | 24 | $333 | $393 | $462 | $409 | $378 | $378 |
| San Diego CA | Fewer Than 21 Years | 27 | $395 | $540 | $945 | $663 | $552 | $507 |
| San Diego CA | 21 or More Years | 64 | $357 | $563 | $1,175 | $747 | $701 | $657 |
| San Francisco CA | Fewer Than 21 Years | 80 | $480 | $705 | $950 | $752 | $718 | $681 |
| San Francisco CA | 21 or More Years | 158 | $535 | $694 | $960 | $757 | $778 | $737 |
| San Jose CA | Fewer Than 21 Years | 18 | $707 | $955 | $1,201 | $979 | $915 | $799 |
| San Jose CA | 21 or More Years | 56 | $600 | $819 | $1,153 | $915 | $918 | $841 |
| Seattle WA | Fewer Than 21 Years | 66 | $402 | $471 | $634 | $511 | $454 | $446 |
| Seattle WA | 21 or More Years | 90 | $467 | $571 | $698 | $583 | $573 | $547 |