UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

EPIC GAMES, INC.,

    Plaintiff-counter-defendant - Appellant,

  v.

APPLE, INC.,

    Defendant-counter-claimant - Appellee.

No. 21-16506

D.C. No. 4:20-cv-05640-YGR
U.S. District Court for Northern California, Oakland

**MANDATE**

---

EPIC GAMES, INC.,

    Plaintiff-counter-defendant - Appellee,

  v.

APPLE, INC.,

    Defendant-counter-claimant - Appellant.

No. 21-16695

D.C. No. 4:20-cv-05640-YGR
U.S. District Court for Northern California, Oakland

---

The judgment of this Court, entered April 24, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT