UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.                    ,

Plaintiff(s),

v.

APPLE INC.                          ,

Defendant(s).

Case No. 4:20-cv-05640-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

I, ____Joshua M. Wesneski____, an active member in good standing of the bar of ____District of Columbia____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ____Apple Inc.____ in the above-entitled action. My local co-counsel in this case is ____Morgan D. MacBride____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ____301248____.

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC  20036
MY ADDRESS OF RECORD

202-682-7000
MY TELEPHONE # OF RECORD

joshua.wesneski@weil.com
MY EMAIL ADDRESS OF RECORD

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA  94065
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

650-802-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

morgan.macbride@weil.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ____1500231____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero__ times in the 12 months preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated:  _January 16, 2024_                     ___Joshua M. Wesneski_____

5                                                 APPLICANT

6

7

8                        ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of ____Joshua M. Wesneski____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:  ___January 17, 2024_____

16

17   _____

18   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Joshua M Wesneski

*was duly qualified and admitted on February 5, 2018 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on September 05, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*