PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

[Additional counsel appear on signature page]

THEODORE J. BOUTROUS JR.
(SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
**WEIL, GOTSHAL & MANGES LLP**
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

STIPULATION AND [PROPOSED]
ORDER REGARDING APPLE'S MOTION
FOR ENTRY OF JUDGMENT

i

CASE NO. 4:20-CV-05640-
YGR-TSH

MARK I. PINKERT (Fla. Bar No. 1003102;
*pro hac vice* pending)
mark.pinkert@weil.com
KATHERINE G. BLACK (Fla. Bar No.
1031465; *pro hac vice* pending)
katie.black@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: 305.577.3100
Facsimile: 305.374.7519

*Attorneys for Defendant and
Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON APPLE INC.'S MOTION FOR ENTRY OF JUDGMENT ON ITS INDEMNIFICATION COUNTERCLAIM** |
| v. | |
| APPLE INC., | |
| Defendant, Counterclaimant. | |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") and Defendant and Counterclaimant Apple Inc. ("Apple") (collectively, the "Parties") by and through their respective counsel hereby agree as follows.

WHEREAS, on January 16, 2024, Apple submitted a Motion for Entry of Judgment on its Indemnification Counterclaim ("Motion for Entry of Judgment") (Dkt. 876), which noticed a hearing date on March 5, 2024;

WHEREAS, the Parties have met and conferred regarding Apple's motion and a related briefing schedule;

WHEREAS, the Parties reached agreement on a proposed briefing schedule;

WHEREAS, counsel for both parties are available for a March 19, 2024 hearing, a date on which the Parties understand that the Court will be conducting its weekly civil law and motion calendar;

WHEREAS, the Parties submit that the proposed schedule does not affect any other Court-ordered deadlines, does not have any effect on the schedule for the case, and should not result in prejudice to any of the parties;

THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that the briefing schedule respecting Apple's Motion for Entry of Judgment shall be as follows:

| Epic's Opposition | February 16, 2024 |
|---|---|
| Apple's Reply | March 1, 2024 |
| Hearing | On or after March 19, 2024 |

1    Dated:  January 29, 2024                    Respectfully submitted,

2                                                By:   _/s/ Gary A. Bornstein_

3                                                **FAEGRE DRINKER BIDDLE & REATH**
                                                 **LLP**
4                                                  Paul J. Riehle

5

6                                                **CRAVATH, SWAINE & MOORE LLP**
                                                   Christine A. Varney
7                                                  Gary A. Bornstein
                                                   Yonatan Even
8                                                  Lauren A. Moskowitz
                                                   Justin C. Clarke
9                                                  M. Brent Byars

10

11                                               *Attorneys for Plaintiff and Counter-defendant*
                                                 EPIC GAMES, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 29, 2024

Respectfully submitted,

By:   _/s/ Mark A. Perry_

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous Jr
Richard J. Doren
Daniel G. Swanson
Jay P. Srinivasan
Cynthia E. Richman
Rachel S. Brass
Julian W. Kleinbrodt

**WEIL, GOTSHAL & MANGES LLP**
Mark A. Perry
Joshua M. Wesneski
Morgan D. Macbride
Katherine G. Black
Mark I. Pinkert

*Attorneys for Defendant and Counter-claimant*
APPLE INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED]
ORDER REGARDING APPLE'S MOTION
FOR ENTRY OF JUDGMENT

3

CASE NO. 4:20-CV-05640-
YGR-TSH

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

## **E-FILING ATTESTATION**

2

3       I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this

4   document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

5   signatories identified above has concurred in this filing.

6

7                                                   */s/ Gary A. Bornstein*
                                                    Gary A. Bornstein

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]                5              CASE NO. 4:20-CV-05640-
ORDER REGARDING APPLE'S MOTION                                  YGR-TSH
FOR ENTRY OF JUDGMENT