PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **NOTICE OF NON-COMPLIANCE AND INTENT TO MOVE TO ENFORCE UCL INJUNCTION** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On September 10, 2021 this Court issued its Rule 52 Order After Trial on the Merits (Dkt  812) (the "Rule 52 Order") and a Permanent Injunction that restrained and enjoined Defendant and Counterclaimant Apple Inc. ("Apple") from "prohibiting developers from (i) including in their apps and their metadata buttons, external links, or other calls to action that direct customers to purchasing mechanisms, in addition to In-App Purchase and (ii) communicating with customers through points of contact obtained voluntarily from customers through account registration within the app" (Dkt. 813) (the "Injunction").  The Injunction further provides that "[t]he Court will retain jurisdiction over the enforcement and amendment of the [I]njunction" and if any part of the Injunction is violated, Epic "may, by motion with notice to the attorneys for defendant, apply for sanctions or other relief that may be appropriate".  (*Id.*)

On January 16, 2024—the same day the Supreme Court denied Apple's petition for a writ of certiorari, thus exhausting its appeal of the Injunction—Apple filed a document titled "Notice of Compliance with UCL Injunction", which described new App Store Review Guidelines and asserted that "[a]s of January 16, 2024, Apple has fully complied with the Injunction".  (Dkt. 871 at 1 (the "Notice of Compliance").)

PLEASE TAKE NOTICE that Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") disputes Apple's purported compliance with the Injunction and intends to file a motion setting forth the bases for Apple's non-compliance and requesting appropriate relief from this Court. Epic is in the process of meeting and conferring with Apple regarding a briefing schedule for Epic's forthcoming motion.

Dated:  January 30, 2024

Respectfully submitted,

By:   /s/ *Gary A. Bornstein*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
Justin C. Clarke
M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant*
EPIC GAMES, INC.