| | |
|---|---|
| THEODORE J. BOUTROUS JR. (SBN 132099)<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
LAUREN DANSEY (SBN 311886)
  ldansey@gibsondunn.com
ANTHONY BEDEL (SBN 324065)
  tbedel@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

**Attorneys for Defendant APPLE INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   *Plaintiff, Counter-defendant*,<br><br>v.<br><br>APPLE INC.<br><br>   *Defendant, Counterclaimant.* | CASE NO. 4:20-cv-05640-YGR<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the San Francisco office of Gibson, Dunn & Crutcher LLP has a new address as follows:  **Gibson, Dunn & Crutcher LLP, One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715**.  All telephone and facsimile numbers, as well as email addresses, will remain the same.

DATED: February 21, 2024

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Julian W. Kleinbrodt*

Rachel S. Brass
Julian W. Kleinbrodt
Lauren Dansey
Anthony Bedel

*Attorneys for Defendant Apple Inc.*