THEODORE J. BOUTROUS JR. (SBN 132099)
  tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
  rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

**Attorneys for Defendant APPLE INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>*Plaintiff, Counter-defendant*,<br><br>v.<br><br>APPLE INC.<br><br>*Defendant, Counterclaimant.* | CASE NO. 4:20-cv-05640-YGR<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned, Ethan Dettmer, requests that his appearance as counsel of record for Apple Inc. ("Apple") in this matter be withdrawn because he has retired. Apple will continue to be represented by the other Gibson, Dunn & Crutcher LLP counsel of record in this action.

DATED: February 23, 2024                    GIBSON, DUNN & CRUTCHER LLP

                                            By: */s/ Ethan Dettmer*
                                                Ethan Dettmer

                                            *Counsel for Defendant Apple Inc.*