1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  LAUREN M. HARDING  (CABN 308059)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6938
       FAX: (415) 436-6753
8      Email: lauren.harding@usdoj.gov

9  Attorneys for United States of America

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13  EPIC GAMES, INC,                 )  **CASE NO 4:20-CV-05640-YGR**
                                     )
14      Plaintiff,                   )  **NOTICE OF REMOVAL OF COUNSEL**
                                     )
15      v.                           )
                                     )
16  APPLE INC,                       )
                                     )
17      Defendant.                   )
                                     )
18

19      The United States Attorney's Office hereby files this Notice of Removal of Counsel for Assistant
20  United States Attorney Lauren M. Harding who is no longer an attorney of record in this case. Please
21  remove her from the ECF notification list associated with this case.

22  DATED:  February 29, 2024.              Respectfully submitted,

23                                          ISMAIL J. RAMSEY
                                            United States Attorney
24

25

26                                          _/s/  Lauren Harding_
                                            LAUREN M. HARDING
27                                          Assistant United States Attorney

28

NOTICE OF REMOVAL OF COUNSEL