ROSEMARIE THERESA RING (SBN 220769)
   rring@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200
Facsimile:  415.393.8306

**Withdrawing Attorney for FACEBOOK, INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff, Counter-defendant*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendant, Counterclaimant.* | CASE NO. 4:20-cv-05640-YGR <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned, Rosemarie Theresa Ring, requests that her appearance as counsel of record for Facebook, Inc. in this matter be withdrawn. Ms. Ring is no longer affiliated with Munger, Tolles & Olson LLP, counsel for Facebook, Inc. This notice does not affect the representation of Facebook, Inc. by attorneys other than the undersigned.

DATED: February 29, 2024                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rosemarie Theresa Ring*
     Rosemarie Theresa Ring

*Withdrawing Attorney for Facebook, Inc.*