UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR <br><br> **[PROPOSED] ORDER RE: COUNTERCLAIMANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL** <br><br> The Honorable Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rule 79-5, Counterclaimant Apple Inc. ("Apple") has filed an
2    Administrative Motion to Seal (the "Administrative Motion"). In support, Apple filed the accompanying
3    declaration of Mark A. Perry.
4    Having considered the Administrative Motion, all associated declarations, exhibits, and any
5    argument of counsel, and for good cause appearing:
6    **IT IS HEREBY ORDERED** that Counterclaimant's Administrative Motion is **GRANTED**.
7    Accordingly,
8    (1)    The un-redacted versions of the documents sought to be partially sealed by the
9    Administrative Motion shall remain under seal;
10    (2)    The public shall only have access to the versions of the partially sealed documents sought
11    to be sealed by the Administrative Motion in which portions the following sections have been redacted:

**Category 1:** Apple's Request as to Information that Reflects its Competitively Sensitive Internal Billing Policies, Processes, and Systems

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| 10:4 | Apple Inc.'s Reply In Support Of Its Motion For Entry Of Judgment On Its Indemnification Counterclaim (the "Reply") | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 10:6 | Reply | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 10:7–8 | Reply | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 1:14–15 | Supplemental Declaration Of Mark Rollins In Support Of Apple Inc.'s Motion For Entry Of Judgment On Its Indemnification Counterclaim (the "Rollins Supplemental Declaration") | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 1:17–21 | Rollins Supplemental Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 2:3–4 | Rollins Supplemental Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| 2:6 | Rollins Supplemental Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |
| 2:9 | Rollins Supplemental Declaration | Reflects information regarding Apple's confidential, internal billing policies and procedures. |

**Category 2:** Apple's Request as to Information that Reflects Apple's Financial Information Relating to Costs Expended by Apple in the *Epic* Litigation and the *Cameron* and *Pepper* Litigation[1]

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| 10:8–9 | Reply | Reflects non-public financial information regarding Apple's aggregate costs for its litigation expenses in the *Cameron* and *Pepper* litigation. |
| 1:22 | Rollins Supplemental Declaration | Reflects non-public financial information regarding Apple's aggregate costs for its litigation expenses in the *Cameron* and *Pepper* litigation. |

**IT IS SO ORDERED.**

Dated:_____, 2024

                                              The Honorable Yvonne Gonzalez Rogers
                                                       United States District Court Judge

---

[1] *Donald Cameron v. Apple Inc.*, 4:19-cv-3074-YGR (*Cameron*) and *In Re Apple iPhone Antitrust Litigation*, 4:11-cv-6714-YGR (*Pepper*).