GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION** |
| v. | |
| APPLE INC., | Judge:  Hon. Yvonne Gonzalez Rogers |
| Defendant, Counterclaimant. | |

I, Yonatan Even, declare as follows:

1.      I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions.  I am admitted to appear before this Court *pro hac vice*.

2.      I submit this declaration in support of Epic's Motion to Enforce Injunction (the "Motion").

3.      I have personal, first-hand knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would competently testify to these facts under oath.

4.      Attached hereto as **Exhibit A** is a true and correct copy of an email exchange between counsel for Apple Inc. ("Apple") and counsel for Epic, dated between February 19, 2024, and March 8, 2024.

5.      Attached hereto as **Exhibit B** is a true and correct copy of Apple's "App Review Guidelines", amended March 5, 2024, which is available at the URL address: https://developer.apple.com/app-store/review/guidelines/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on March 13, 2024 in New York, New York.

*/s/ Yonatan Even*
Yonatan Even

EXHIBIT A

**From:** Perry, Mark <<u>Mark.Perry@weil.com</u>>
**Sent:** Friday, March 8, 2024 3:24 PM
**To:** Yonatan Even <<u>YEven@cravath.com</u>>
**Cc:** Gary Bornstein <<u>GBornstein@cravath.com</u>>
**Subject:** Re: Apple Compliance Notice

External (mark.perry@weil.com)

<u>Report This Email</u>  <u>FAQ</u>

Yonatan,

Your question about 3.1.3 has been answered by Apple in a March 5 post here:  <u>https://developer.apple.com/news/</u>

The schedule proposed below is acceptable to Apple.  Although we may need to seek an extension of time once we see your motion in light of other commitments, we'd prefer to get any issues resolved promptly.

Thanks.

MAP


<image002.jpg>

**Mark A. Perry**
Appeals and Strategic Counseling Co-Head

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
<u>mark.perry@weil.com</u>
+1 202 682 7511 Direct
+1 540 692 2460 Mobile


**From:** Yonatan Even <<u>YEven@cravath.com</u>>
**Date:** Monday, February 26, 2024 at 6:30 PM
**To:** Mark Perry <<u>Mark.Perry@weil.com</u>>
**Cc:** Gary Bornstein <<u>GBornstein@cravath.com</u>>
**Subject:** RE: Apple Compliance Notice

Mark:

Your email does not respond to our question concerning a clarification or amendment of Apple's Guidelines 3.1.3, the express language of which still prohibits **all** steering as to applications covered by that Guideline, including multiplatform

services.  See Guideline 3.1.3 (prohibiting covered apps other than Reader Apps from "encourag[ing] users to use a purchasing method other than in-app purchase").  The link that you provided does not address the question either.  We ask that you please provide a substantive answer on that issue promptly.

As to the timing of any filing, we propose the following briefing schedule:

Epic opening: March 12
Apple response : April 2
Epic reply: April 12

Please let us know if that timeline is acceptable.

Yonatan

**Yonatan Even**
Cravath, Swaine & Moore LLP
825 Eighth Avenue, New York, NY 10019
T +1-212-474-1958
C +1-917-583-5311

---

**From:** Perry, Mark <Mark.Perry@weil.com>
**Sent:** Wednesday, February 21, 2024 5:30 PM
**To:** Yonatan Even <YEven@cravath.com>
**Cc:** Gary Bornstein <GBornstein@cravath.com>
**Subject:** Re: Apple Compliance Notice

Yonatan,

As I explained during our call:  (1) apps approved to use the StoreKit External Purchase Link Entitlement (US) must comply with the terms of that entitlement; and (2) apps that provide Multiplatform Services may (if approved) use the StoreKit External Purchase Link Entitlement (US).  Many issues concerning the entitlement are addressed at this developer resource page, which is updated periodically: https://developer.apple.com/support/storekit-external-entitlement-us/.

We note that Epic's January 30 "notice" to the Court stated that "Epic is in the process of meeting and conferring with Apple regarding a briefing schedule for Epic's forthcoming motion."  We understand that the scheduling discussions will take place in advance of the filing of any motion by Epic.  Accordingly, please let us know when you intend to file.

Thanks.

MAP

**Mark A. Perry**
Appeals and Strategic Counseling Co-Head

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
mark.perry@weil.com
+1 202 682 7511 Direct
+1 540 692 2460 Mobile

---

**From:** Yonatan Even <YEven@cravath.com>
**Date:** Monday, February 19, 2024 at 8:04 PM
**To:** Mark Perry <Mark.Perry@weil.com>
**Cc:** Gary Bornstein <GBornstein@cravath.com>
**Subject:** Apple Compliance Notice

Mark:

Thank you for the call last week.  It is Epic's understanding, based on your representations on the call, that (1) "Links to Other Purchase Methods" incorporated under a specific entitlement, as defined in Guideline 3.1.1(a) and consistent with the various rules therein, is the only in-app steering mechanism Apple allows developers to utilize; and (2) Multiplatform Services subject to Guideline 3.1.3(b) may obtain entitlements to "Links to Other Purchase Methods", notwithstanding Guideline 3.1.3's prohibition on "Apps in this section", which include Multiplatform Services, from "within the app, encourag[ing] users to use a purchasing method other than in-app purchase" (with a single exception for Reader Apps, which is not implicated here).

 Please confirm the above understanding.  In addition, please let us know how Apple intends to modify Guideline 3.1.3 or otherwise inform all developers of Apple's position on point (2) above, given the inconsistency between Apple's position as stated on our call and the plain language of Guideline 3.1.3.

Regards,

**Yonatan Even**
Cravath, Swaine & Moore LLP
825 Eighth Avenue, New York, NY 10019
T +1-212-474-1958
C +1-917-583-5311

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly

prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

EXHIBIT B

News        Discover        Design        Develop        Distribute        Support        Account

**App Review**

Overview    App Review Guidelines

# App Review Guidelines

Apps are changing the world, enriching people's lives, and enabling developers like you to innovate like never before. As a result, the App Store has grown into an exciting and vibrant ecosystem for millions of developers and more than a billion users. Whether you are a first-time developer or a large team of experienced programmers, we are excited that you are creating apps for our platforms, and want to help you understand our guidelines so you can be confident your app will get through the review process quickly.

## Introduction

The guiding principle of the App Store is simple—we want to provide a safe experience for users to get apps and a great opportunity for all developers to be successful. We do this by offering a highly curated App Store where every app is reviewed by experts and an editorial team helps users discover new apps every day. We also scan each app for malware and other software that may impact user safety, security, and privacy. These efforts have made Apple's platforms the safest for consumers around the world.

In the European Union, developers can also distribute notarized iOS apps from alternative app marketplaces. Learn more about alternative app marketplaces and Notarization for iOS apps. You can see which guidelines apply to Notarization for iOS apps by clicking on "Show Notarization Review Guidelines Only" in the menu to the left.

For everything else there is always the open Internet. If the App Store model and guidelines or alternative app marketplaces and Notarization for iOS apps are not best for your app or business idea that's okay, we provide Safari for a great web experience too.

On the following pages you will find our latest guidelines arranged into five clear sections: Safety, Performance, Business, Design, and Legal. The App Store is always changing and improving to keep up with the needs of our customers and our products. Your apps should change and improve as well in order to stay on the App Store.

A few other points to keep in mind about distributing your app on our platforms:

- We have lots of kids downloading lots of apps. Parental controls work great to protect kids, but you have to do your part too. So know that we're keeping an eye out for the kids.

- The App Store is a great way to reach hundreds of millions of people around the world. If you build an app that you just want to show to family and friends, the App Store isn't the best way to do that. Consider using Xcode to install your app on a device for free or use Ad Hoc distribution available to Apple Developer Program members. If you're just getting started, learn more about the Apple Developer Program.

- We strongly support all points of view being represented on the App Store, as long as the apps are respectful to users with differing opinions and the quality of the app experience is great. We will reject apps for any content or behavior that we believe is over the line. What

line, you ask? Well, as a Supreme Court Justice once said, "I'll know it when I see it". And we think that you will also know it when you cross it.

- If you attempt to cheat the system (for example, by trying to trick the review process, steal user data, copy another developer's work, manipulate ratings or App Store discovery) your apps will be removed from the store and you will be expelled from the Apple Developer Program.

- You are responsible for making sure everything in your app complies with these guidelines, including ad networks, analytics services, and third-party SDKs, so review and choose them carefully.

- Some features and technologies that are not generally available to developers may be offered as an entitlement for limited use cases. For example, we offer entitlements for CarPlay Audio, HyperVisor, and Privileged File Operations. Review our documentation on developer.apple.com to learn more about entitlements.

We hope these guidelines help you sail through the review process, and that approvals and rejections remain consistent across the board. This is a living document; new apps presenting new questions may result in new rules at any time. Perhaps your app will trigger this. We love this stuff too, and honor what you do. We're really trying our best to create the best platform in the world for you to express your talents and make a living, too.

---

## Before You Submit

To help your app approval go as smoothly as possible, review the common missteps listed below that can slow down the review process or trigger a rejection. This doesn't replace the guidelines or guarantee approval, but making sure you can check every item on the list is a good start. If your app no longer functions as intended or you're no longer actively supporting it, it will be removed from the App Store. Learn more about App Store Improvements.

Make sure you:

- Test your app for crashes and bugs

- Ensure that all app information and metadata is complete and accurate

- Update your contact information in case App Review needs to reach you

- Provide App Review with full access to your app. If your app includes account-based features, provide either an active demo account or fully-featured demo mode, plus any other hardware or resources that might be needed to review your app (e.g. login credentials or a sample QR code)

- Enable backend services so that they're live and accessible during review

- Include detailed explanations of non-obvious features and in-app purchases in the App Review notes, including supporting documentation where appropriate

- Check whether your app follows guidance in other documentation, such as:

  **Development Guidelines**

  UIKit

  AppKit

  WatchKit

  App extensions

  iOS Data Storage Guidelines

Apple File System

App Store Connect Help

Developer Account Help

**Design Guidelines**

Human Interface Guidelines

**Brand and Marketing Guidelines**

Marketing Resources and Identity Guidelines

Apple Pay Marketing Guidelines

Add to Apple Wallet Guidelines

Guidelines for Using Apple Trademarks and Copyrights

Guidelines that include ⟳ apply to Notarization for iOS apps in the EU.

---

# 1. Safety

When people install an app from the App Store, they want to feel confident that it's safe to do so —that the app doesn't contain upsetting or offensive content, won't damage their device, and isn't likely to cause physical harm from its use. We've outlined the major pitfalls below, but if you're looking to shock and offend people, the App Store isn't the right place for your app. Some of these rules are also included in Notarization for iOS apps.

### 1.1 Objectionable Content

Apps should not include content that is offensive, insensitive, upsetting, intended to disgust, in exceptionally poor taste, or just plain creepy. Examples of such content include:

**1.1.1** Defamatory, discriminatory, or mean-spirited content, including references or commentary about religion, race, sexual orientation, gender, national/ethnic origin, or other targeted groups, particularly if the app is likely to humiliate, intimidate, or harm a targeted individual or group. Professional political satirists and humorists are generally exempt from this requirement.

**1.1.2** Realistic portrayals of people or animals being killed, maimed, tortured, or abused, or content that encourages violence. "Enemies" within the context of a game cannot solely target a specific race, culture, real government, corporation, or any other real entity.

**1.1.3** Depictions that encourage illegal or reckless use of weapons and dangerous objects, or facilitate the purchase of firearms or ammunition.

**1.1.4** Overtly sexual or pornographic material, defined as "explicit descriptions or displays of sexual organs or activities intended to stimulate erotic rather than aesthetic or emotional feelings." This includes "hookup" apps and other apps that may include pornography or be used to facilitate prostitution, or human trafficking and exploitation.

**1.1.5** Inflammatory religious commentary or inaccurate or misleading quotations of religious texts.

**1.1.6** ⟳ False information and features, including inaccurate device data or trick/joke functionality, such as fake location trackers. Stating that the app is "for entertainment purposes" won't overcome this guideline. Apps that enable anonymous or prank phone calls or SMS/MMS messaging will be rejected.

**1.1.7** Harmful concepts which capitalize or seek to profit on recent or current events, such as violent conflicts, terrorist attacks, and epidemics.

### 1.2 User-Generated Content

Apps with user-generated content present particular challenges, ranging from intellectual property infringement to anonymous bullying. To prevent abuse, apps with user-generated content or social networking services must include:

- A method for filtering objectionable material from being posted to the app

- A mechanism to report offensive content and timely responses to concerns

- The ability to block abusive users from the service

- Published contact information so users can easily reach you

Apps with user-generated content or services that end up being used primarily for pornographic content, Chatroulette-style experiences, objectification of real people (e.g. "hot-or-not" voting), making physical threats, or bullying do not belong on the App Store and may be removed without notice. If your app includes user-generated content from a web-based service, it may display incidental mature "NSFW" content, provided that the content is hidden by default and only displayed when the user turns it on via your website.

#### 1.2.1 Creator Content

Apps which feature content from a specific community of users called "creators" are a great opportunity if properly moderated. These apps present a singular, unified experience for customers to interact with various kinds of creator content. They offer tools and programs to help this community of non-developer creators to author, share, and monetize user-generated experiences. These experiences must not change the core features and functionality of the native app—rather, they add content to those structured experiences. These experiences are not native "apps" coded by developers—they are content within the app itself and are treated as user-generated content by App Review. Such creator content may include video, articles, audio, and even casual games. The App Store supports apps offering such user-generated content so long as they follow all Guidelines, including Guideline 1.2 for moderating user-generated content and Guideline 3.1.1 for payments and in-app purchases. Creator apps should share the age rating of the highest age-rated creator content available in the app, and communicate to users which content requires additional purchases.

### 1.3 Kids Category

The Kids Category is a great way for people to easily find apps that are designed for children. If you want to participate in the Kids Category, you should focus on creating a great experience specifically for younger users. These apps must not include links out of the app, purchasing opportunities, or other distractions to kids unless reserved for a designated area behind a parental gate. Keep in mind that once customers expect your app to follow the Kids Category requirements, it will need to continue to meet these guidelines in subsequent updates, even if you decide to deselect the category. Learn more about parental gates.

You must comply with applicable privacy laws around the world relating to the collection of data from children online. Be sure to review the Privacy section of these guidelines for more information. In addition, Kids Category apps may not send personally identifiable information or device information to third parties. Apps in the Kids Category should not include third-party analytics or third-party advertising. This provides a safer experience for kids. In limited cases, third-party analytics may be permitted provided that the services do not collect or transmit the IDFA or any identifiable information about children (such as name, date of birth, email address), their location, or their devices. This includes any device, network, or other information that could be used directly or combined with other information to identify users and their devices. Third-party contextual advertising may also be permitted in limited cases provided that the services have publicly documented practices and policies for Kids Category apps that include human review of ad creatives for age appropriateness.

**1.4 Physical Harm** ➡️

If your app behaves in a way that risks physical harm, we may reject it. For example:

**1.4.1** ➡️  Medical apps that could provide inaccurate data or information, or that could be used for diagnosing or treating patients may be reviewed with greater scrutiny.

- Apps must clearly disclose data and methodology to support accuracy claims relating to health measurements, and if the level of accuracy or methodology cannot be validated, we will reject your app. For example, apps that claim to take x-rays, measure blood pressure, body temperature, blood glucose levels, or blood oxygen levels using only the sensors on the device are not permitted.

- Apps should remind users to check with a doctor in addition to using the app and before making medical decisions.

If your medical app has received regulatory clearance, please submit a link to that documentation with your app.

**1.4.2** ➡️  Drug dosage calculators must come from the drug manufacturer, a hospital, university, health insurance company, pharmacy or other approved entity, or receive approval by the FDA or one of its international counterparts. Given the potential harm to patients, we need to be sure that the app will be supported and updated over the long term.

**1.4.3** Apps that encourage consumption of tobacco and vape products, illegal drugs, or excessive amounts of alcohol are not permitted. Apps that encourage minors to consume any of these substances will be rejected. Facilitating the sale of controlled substances (except for licensed pharmacies and licensed or otherwise legal cannabis dispensaries), or tobacco is not allowed.

**1.4.4** ➡️  Apps may only display DUI checkpoints that are published by law enforcement agencies, and should never encourage drunk driving or other reckless behavior such as excessive speed.

**1.4.5** ➡️  Apps should not urge customers to participate in activities (like bets, challenges, etc.) or use their devices in a way that risks physical harm to themselves or others.

**1.5 Developer Information** ➡️

People need to know how to reach you with questions and support issues. Make sure your app and its Support URL include an easy way to contact you; this is particularly important for apps that may be used in the classroom. Failure to include accurate and up-to-date contact information not only frustrates customers, but may violate the law in some countries or regions. Also ensure that Wallet passes include valid contact information from the issuer and are signed with a dedicated certificate assigned to the brand or trademark owner of the pass.

**1.6 Data Security** ➡️

Apps should implement appropriate security measures to ensure proper handling of user information collected pursuant to the Apple Developer Program License Agreement and these Guidelines (see Guideline 5.1 for more information) and prevent its unauthorized use, disclosure, or access by third parties.

**1.7 Reporting Criminal Activity**

Apps for reporting alleged criminal activity must involve local law enforcement, and can only be offered in countries or regions where such involvement is active.

---

# 2. Performance

**2.1 App Completeness**

Submissions to App Review, including apps you make available for pre-order, should be final versions with all necessary metadata and fully functional URLs included; placeholder text, empty websites, and other temporary content should be scrubbed before submission. Make sure your app has been tested on-device for bugs and stability before you submit it, and include demo account info (and turn on your back-end service!) if your app includes a login. If you are unable to provide a demo account due to legal or security obligations, you may include a built-in demo mode in lieu of a demo account with prior approval by Apple. Ensure the demo mode exhibits your app's full features and functionality. If you offer in-app purchases in your app, make sure they are complete, up-to-date, and visible to the reviewer, or that you explain why not in your review notes. Please don't treat App Review as a software testing service. We will reject incomplete app bundles and binaries that crash or exhibit obvious technical problems.

**2.2 Beta Testing**

Demos, betas, and trial versions of your app don't belong on the App Store – use TestFlight instead. Any app submitted for beta distribution via TestFlight should be intended for public distribution and should comply with the App Review Guidelines. Note, however, that apps using TestFlight cannot be distributed to testers in exchange for compensation of any kind, including as a reward for crowd-sourced funding. Significant updates to your beta build should be submitted to TestFlight App Review before being distributed to your testers. To learn more, visit the TestFlight Beta Testing page.

**2.3 Accurate Metadata** 🔗

Customers should know what they're getting when they download or buy your app, so make sure all your app metadata, including privacy information, your app description, screenshots, and previews accurately reflect the app's core experience and remember to keep them up-to-date with new versions.

**2.3.1**

(a) 🔗 Don't include any hidden, dormant, or undocumented features in your app; your app's functionality should be clear to end users and App Review. All new features, functionality, and product changes must be described with specificity in the Notes for Review section of App Store Connect (generic descriptions will be rejected) and accessible for review. Similarly, marketing your app in a misleading way, such as by promoting content or services that it does not actually offer (e.g. iOS-based virus and malware scanners) or promoting a false price, whether within or outside of the App Store, is grounds for removal of your app from the App Store or a block from installing via alternative distribution and termination of your developer account.

(b) Egregious or repeated behavior is grounds for removal from the Apple Developer Program. We work hard to make the App Store a trustworthy ecosystem and expect our app developers to follow suit; if you're dishonest, we don't want to do business with you.

**2.3.2** If your app includes in-app purchases, make sure your app description, screenshots, and previews clearly indicate whether any featured items, levels, subscriptions, etc. require additional purchases. If you decide to promote in-app purchases on the App Store, ensure that the in-app purchase Display Name, Screenshot and Description are appropriate for a public audience, that you follow the guidance found in Promoting Your In-App Purchases, and that your app properly handles the SKPaymentTransactionObserver method so that customers can seamlessly complete the purchase when your app launches.

**2.3.3** Screenshots should show the app in use, and not merely the title art, login page, or splash screen. They may also include text and image overlays (e.g. to demonstrate input mechanisms, such as an animated touch point or Apple Pencil) and show extended functionality on device, such as Touch Bar.

**2.3.4** Previews are a great way for customers to see what your app looks like and what it does. To ensure people understand what they'll be getting with your app, previews may only use video screen captures of the app itself. Stickers and iMessage extensions may show the user experience in the Messages app. You can add narration and video or textual overlays to help explain anything that isn't clear from the video alone.

**2.3.5**  Select the most appropriate category for your app, and check out the App Store Category Definitions if you need help. If you're way off base, we may change the category for you.

**2.3.6**  Answer the age rating questions in App Store Connect honestly so that your app aligns properly with parental controls. If your app is mis-rated, customers might be surprised by what they get, or it could trigger an inquiry from government regulators. If your app includes media that requires the display of content ratings or warnings (e.g. films, music, games, etc.), you are responsible for complying with local requirements in each territory where your app is available.

**2.3.7**  Choose a unique app name, assign keywords that accurately describe your app, and don't try to pack any of your metadata with trademarked terms, popular app names, pricing information, or other irrelevant phrases just to game the system. App names must be limited to 30 characters. Metadata such as app names, subtitles, screenshots, and previews should not include prices, terms, or descriptions that are not specific to the metadata type. App subtitles are a great way to provide additional context for your app; they must follow our standard metadata rules and should not include inappropriate content, reference other apps, or make unverifiable product claims. Apple may modify inappropriate keywords at any time or take other appropriate steps to prevent abuse.

**2.3.8**  Metadata should be appropriate for all audiences, so make sure your app and in-app purchase icons, screenshots, and previews adhere to a 4+ age rating even if your app is rated higher. For example, if your app is a game that includes violence, select images that don't depict a gruesome death or a gun pointed at a specific character. Use of terms like "For Kids" and "For Children" in app metadata is reserved in the App Store for the Kids Category. Remember to ensure your metadata, including app name and icons (small, large, Apple Watch app, alternate icons, etc.), are similar to avoid creating confusion.

**2.3.9** You are responsible for securing the rights to use all materials in your app icons, screenshots, and previews, and you should display fictional account information instead of data from a real person.

**2.3.10** Make sure your app is focused on the iOS, iPadOS, macOS, tvOS or watchOS experience, and don't include names, icons, or imagery of other mobile platforms or alternative app marketplaces in your app or metadata, unless there is specific, approved interactive functionality. Make sure your app metadata is focused on the app itself and its experience. Don't include irrelevant information.

**2.3.11** Apps you submit for pre-order on the App Store must be complete and deliverable as submitted. Ensure that the app you ultimately release is not materially different from what you advertise while the app is in a pre-order state. If you make material changes to the app (e.g. change business models), you should restart your pre-order sales.

**2.3.12** Apps must clearly describe new features and product changes in their "What's New" text. Simple bug fixes, security updates, and performance improvements may rely on a generic description, but more significant changes must be listed in the notes.

**2.3.13** In-app events are timely events that happen within your app. To feature your event on the App Store, it must fall within an event type provided in App Store Connect. All event metadata must be accurate and pertain to the event itself, rather than the app more generally. Events must happen at the times and dates you select in App Store Connect, including across multiple storefronts. You may monetize your event so long as you follow the rules set forth in Section 3 on Business. And your event deep link must direct users to

Introduction
Before You Submit
1. Safety
2. Performance
2.1 App Completeness
2.2 Beta Testing
2.3 Accurate Metadata
2.4 Hardware Compatibility
2.5 Software Requirements
3. Business
4. Design
5. Legal
After You Submit

☐ Show Notarization Review Guidelines Only

the proper destination within your app. Read In-App Events for detailed guidance on acceptable event metadata and event deep links.

**2.4 Hardware Compatibility**

**2.4.1** To ensure people get the most out of your app, iPhone apps should run on iPad whenever possible. We encourage you to consider building universal apps so customers can use them on all of their devices. Learn more about Universal apps.

**2.4.2** 🔄 Design your app to use power efficiently and be used in a way that does not risk damage to the device. Apps should not rapidly drain battery, generate excessive heat, or put unnecessary strain on device resources. For example, apps should not encourage placing the device under a mattress or pillow while charging or perform excessive write cycles to the solid state drive. Apps, including any third-party advertisements displayed within them, may not run unrelated background processes, such as cryptocurrency mining.

**2.4.3** People should be able to use your Apple TV app without the need for hardware inputs beyond the Siri remote or third-party game controllers, but feel free to provide enhanced functionality when other peripherals are connected. If you require a game controller, make sure you clearly explain that in your metadata so customers know they need additional equipment to play.

**2.4.4** 🔄 Apps should never suggest or require a restart of the device or modifications to system settings unrelated to the core functionality of the app. For example, don't encourage users to turn off Wi-Fi, disable security features, etc.

**2.4.5** Apps distributed via the Mac App Store have some additional requirements to keep in mind:

**(i)** They must be appropriately sandboxed, and follow macOS File System Documentation. They should also only use the appropriate macOS APIs for modifying user data stored by other apps (e.g. bookmarks, Address Book, or Calendar entries).

**(ii)** They must be packaged and submitted using technologies provided in Xcode; no third-party installers allowed. They must also be self-contained, single app installation bundles and cannot install code or resources in shared locations.

**(iii)** They may not auto-launch or have other code run automatically at startup or login without consent nor spawn processes that continue to run without consent after a user has quit the app. They should not automatically add their icons to the Dock or leave shortcuts on the user desktop.

**(iv)** They may not download or install standalone apps, kexts, additional code, or resources to add functionality or significantly change the app from what we see during the review process.

**(v)** They may not request escalation to root privileges or use setuid attributes.

**(vi)** They may not present a license screen at launch, require license keys, or implement their own copy protection.

**(vii)** They must use the Mac App Store to distribute updates; other update mechanisms are not allowed.

**(viii)** Apps should run on the currently shipping OS and may not use deprecated or optionally installed technologies (e.g. Java)

**(ix)** Apps must contain all language and localization support in a single app bundle.

**2.5 Software Requirements**

**2.5.1** 🔄 Apps may only use public APIs and must run on the currently shipping OS. Learn more about public APIs. Keep your apps up-to-date and make sure you phase out any deprecated features, frameworks or technologies that will no longer be supported in future

versions of an OS. Apps should use APIs and frameworks for their intended purposes and indicate that integration in their app description. For example, the HomeKit framework should provide home automation services; and HealthKit should be used for health and fitness purposes and integrate with the Health app.

**2.5.2** 🔗 Apps should be self-contained in their bundles, and may not read or write data outside the designated container area, nor may they download, install, or execute code which introduces or changes features or functionality of the app, including other apps. Educational apps designed to teach, develop, or allow students to test executable code may, in limited circumstances, download code provided that such code is not used for other purposes. Such apps must make the source code provided by the app completely viewable and editable by the user.

**2.5.3** 🔗 Apps that transmit viruses, files, computer code, or programs that may harm or disrupt the normal operation of the operating system and/or hardware features, including Push Notifications and Game Center, will be rejected. Egregious violations and repeat behavior will result in removal from the Apple Developer Program.

**2.5.4** 🔗 Multitasking apps may only use background services for their intended purposes: VoIP, audio playback, location, task completion, local notifications, etc.

**2.5.5** Apps must be fully functional on IPv6-only networks.

**2.5.6** 🔗 Apps that browse the web must use the appropriate WebKit framework and WebKit JavaScript. You may apply for an entitlement to use an alternative web browser engine in your app. Learn more about these entitlements.

**2.5.7** Intentionally omitted.

**2.5.8** Apps that create alternate desktop/home screen environments or simulate multi-app widget experiences will be rejected.

**2.5.9** 🔗 Apps that alter or disable the functions of standard switches, such as the Volume Up/Down and Ring/Silent switches, or other native user interface elements or behaviors will be rejected. For example, apps should not block links out to other apps or other features that users would expect to work a certain way.

**2.5.10** Apps should not be submitted with empty ad banners or test advertisements.

**2.5.11** 🔗 SiriKit and Shortcuts

(i) Apps integrating SiriKit and Shortcuts should only sign up for intents they can handle without the support of an additional app and that users would expect from the stated functionality. For example, if your app is a meal planning app, you should not incorporate an intent to start a workout, even if the app shares integration with a fitness app.

(ii) Ensure that the vocabulary and phrases in your plist pertains to your app and the Siri functionality of the intents the app has registered for. Aliases must relate directly to your app or company name and should not be generic terms or include third-party app names or services.

(iii) Resolve the Siri request or Shortcut in the most direct way possible and do not insert ads or other marketing between the request and its fulfillment. Only request a disambiguation when required to complete the task (e.g. asking the user to specify a particular type of workout).

**2.5.12** 🔗 Apps using CallKit or including an SMS Fraud Extension should only block phone numbers that are confirmed spam. Apps that include call-, SMS-, and MMS- blocking functionality or spam identification must clearly identify these features in their marketing text and explain the criteria for their blocked and spam lists. You may not use the data accessed via these tools for any purpose not directly related to operating or improving

your app or extension (e.g. you may not use, share, or sell it for tracking purposes, creating user profiles, etc.).

**2.5.13** ➡️ Apps using facial recognition for account authentication must use LocalAuthentication (and not ARKit or other facial recognition technology) where possible, and must use an alternate authentication method for users under 13 years old.

**2.5.14** ➡️ Apps must request explicit user consent and provide a clear visual and/or audible indication when recording, logging, or otherwise making a record of user activity. This includes any use of the device camera, microphone, screen recordings, or other user inputs.

**2.5.15** Apps that enable users to view and select files should include items from the Files app and the user's iCloud documents.

**2.5.16** ➡️ Widgets, extensions, and notifications should be related to the content and functionality of your app.

   **(a)** Additionally, all App Clip features and functionality must be included in the main app binary. App Clips cannot contain advertising.

**2.5.17** ➡️ Apps that support Matter must use Apple's support framework for Matter to initiate pairing. In addition, if you choose to use any Matter software component in your app other than the Matter SDK provided by Apple, the software component must be certified by the Connectivity Standards Alliance for the platform it runs on.

**2.5.18** ➡️ Display advertising should be limited to your main app binary, and should not be included in extensions, App Clips, widgets, notifications, keyboards, watchOS apps, etc. Ads displayed in an app must be appropriate for the app's age rating, allow the user to see all information used to target them for that ad (without requiring the user to leave the app), and may not engage in targeted or behavioral advertising based on sensitive user data such as health/medical data (e.g. from the HealthKit APIs), school and classroom data (e.g. from ClassKit), or from kids (e.g. from apps in the App Store's Kids Category), etc. Interstitial ads or ads that interrupt or block the user experience must clearly indicate that they are an ad, must not manipulate or trick users into tapping into them, and must provide easily accessible and visible close/skip buttons large enough for people to easily dismiss the ad. Apps that contain ads must also include the ability for users to report any inappropriate or age-inappropriate ads.

---

# 3. Business

There are many ways to monetize your app on the App Store. If your business model isn't obvious, make sure to explain in its metadata and App Review notes. If we can't understand how your app works or your in-app purchases aren't immediately obvious, it will delay your review and may trigger a rejection. And while pricing is up to you, we won't distribute apps and in-app purchase items that are clear rip-offs. We'll reject expensive apps that try to cheat users with irrationally high prices.

If we find that you have attempted to manipulate reviews, inflate your chart rankings with paid, incentivized, filtered, or fake feedback, or engage with third-party services to do so on your behalf, we will take steps to preserve the integrity of the App Store, which may include expelling you from the Apple Developer Program.

**3.1 Payments**

   **3.1.1 In-App Purchase:**

- If you want to unlock features or functionality within your app, (by way of example: subscriptions, in-game currencies, game levels, access to premium content, or unlocking a full version), you must use in-app purchase. Apps may not use their own mechanisms to unlock content or functionality, such as license keys, augmented reality markers, QR codes, cryptocurrencies and cryptocurrency wallets, etc.

- Apps may use in-app purchase currencies to enable customers to "tip" the developer or digital content providers in the app.

- Any credits or in-game currencies purchased via in-app purchase may not expire, and you should make sure you have a restore mechanism for any restorable in-app purchases.

- Apps may enable gifting of items that are eligible for in-app purchase to others. Such gifts may only be refunded to the original purchaser and may not be exchanged.

- Apps distributed via the Mac App Store may host plug-ins or extensions that are enabled with mechanisms other than the App Store.

- Apps offering "loot boxes" or other mechanisms that provide randomized virtual items for purchase must disclose the odds of receiving each type of item to customers prior to purchase.

- Digital gift cards, certificates, vouchers, and coupons which can be redeemed for digital goods or services can only be sold in your app using in-app purchase. Physical gift cards that are sold within an app and then mailed to customers may use payment methods other than in-app purchase.

- Non-subscription apps may offer a free time-based trial period before presenting a full unlock option by setting up a Non-Consumable IAP item at Price Tier 0 that follows the naming convention: "XX-day Trial." Prior to the start of the trial, your app must clearly identify its duration, the content or services that will no longer be accessible when the trial ends, and any downstream charges the user would need to pay for full functionality. Learn more about managing content access and the duration of the trial period using Receipts and Device Check.

- Apps may use in-app purchase to sell and sell services related to non-fungible tokens (NFTs), such as minting, listing, and transferring. Apps may allow users to view their own NFTs, provided that NFT ownership does not unlock features or functionality within the app. Apps may allow users to browse NFT collections owned by others, provided that the apps may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase.

**3.1.1(a) Link to Other Purchase Methods:** Developers may apply for an entitlement to provide a link in their app to a website the developer owns or maintains responsibility for in order to purchase such items. Learn more about the entitlement. In accordance with the entitlement agreement, the link may inform users about where and how to purchase those in-app purchase items, and the fact that such items may be available for a comparatively lower price. The entitlement is limited to use only in the iOS or iPadOS App Store on the United States storefront. In all other storefronts, apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase.

If your app engages in misleading marketing practices, scams, or fraud in relation to the entitlement, your app will be removed from the App Store and you may be removed from the Apple Developer Program.

**3.1.2 Subscriptions:** Apps may offer auto-renewable in-app purchase subscriptions, regardless of category on the App Store. When incorporating auto-renewable subscriptions into your app, be sure to follow the guidelines below.

**3.1.2(a) Permissible uses:** If you offer an auto-renewable subscription, you must provide ongoing value to the customer, and the subscription period must last at least seven days and be available across all of the user's devices. While the following list is not exhaustive, examples of appropriate subscriptions include: new game levels; episodic content; multiplayer support; apps that offer consistent, substantive updates; access to large collections of, or continually updated, media content; software as a service ("SAAS"); and cloud support. In addition:

- Subscriptions may be offered alongside à la carte offerings (e.g. you may offer a subscription to an entire library of films as well the purchase or rental of a single movie).

- You may offer a single subscription that is shared across your own apps and services.

- Games offered in a streaming game service subscription may offer a single subscription that is shared across third-party apps and services; however, they must be downloaded directly from the App Store, must be designed to avoid duplicate payment by a subscriber, and should not disadvantage non-subscriber customers.

- Subscriptions must work on all of the user's devices where the app is available. Learn more about sharing a subscription across your apps.

- Apps must not force users to rate the app, review the app, download other apps, or other similar actions in order to access functionality, content, or use of the app.

- As with all apps, those offering subscriptions should allow a user to get what they've paid for without performing additional tasks, such as posting on social media, uploading contacts, checking in to the app a certain number of times, etc.

- Subscriptions may include consumable credits, gems, in-game currencies, etc., and you may offer subscriptions that include access to discounted consumable goods (e.g. a platinum membership that exposes gem-packs for a reduced price).

- If you are changing your existing app to a subscription-based business model, you should not take away the primary functionality existing users have already paid for. For example, let customers who have already purchased a "full game unlock" continue to access the full game after you introduce a subscription model for new customers.

- Auto-renewable subscription apps may offer a free trial period to customers by providing the relevant information set forth in App Store Connect. Learn more about providing subscription offers.

- Apps that attempt to scam users will be removed from the App Store. This includes apps that attempt to trick users into purchasing a subscription under false pretenses or engage in bait-and-switch and scam practices; these will be removed from the App Store and you may be removed from the Apple Developer Program.

- Cellular carrier apps may include auto-renewable music and video subscriptions when purchased in bundles with new cellular data plans, with prior approval by Apple. Other auto-renewable subscriptions may also be included in bundles when purchased with new cellular data plans, with prior approval by Apple, if the cellular carrier apps support in-app purchase for users. Such subscriptions cannot include access to or discounts on consumable goods, and the subscriptions must terminate coincident with the cellular data plan.

**3.1.2(b) Upgrades and Downgrades:** Users should have a seamless upgrade/downgrade experience and should not be able to inadvertently subscribe to multiple variations of the same thing. Review best practices on managing your subscription upgrade and downgrade options.

**3.1.2(c) Subscription Information:** Before asking a customer to subscribe, you should clearly describe what the user will get for the price. How many issues per month? How much cloud storage? What kind of access to your service? Ensure you clearly

communicate the requirements described in Schedule 2 of the Apple Developer Program License Agreement.

**3.1.3 Other Purchase Methods:** The following apps may use purchase methods other than in-app purchase. Apps in this section cannot, within the app, encourage users to use a purchasing method other than in-app purchase, except as set forth in 3.1.3(a). Developers can send communications outside of the app to their user base about purchasing methods other than in-app purchase.

**3.1.3(a) "Reader" Apps:** Apps may allow a user to access previously purchased content or content subscriptions (specifically: magazines, newspapers, books, audio, music, and video). Reader apps may offer account creation for free tiers, and account management functionality for existing customers. Reader app developers may apply for the External Link Account Entitlement to provide an informational link in their app to a web site the developer owns or maintains responsibility for in order to create or manage an account. Learn more about the External Link Account Entitlement.

**3.1.3(b) Multiplatform Services:** Apps that operate across multiple platforms may allow users to access content, subscriptions, or features they have acquired in your app on other platforms or your web site, including consumable items in multi-platform games, provided those items are also available as in-app purchases within the app.

**3.1.3(c) Enterprise Services:** If your app is only sold directly by you to organizations or groups for their employees or students (for example professional databases and classroom management tools), you may allow enterprise users to access previously-purchased content or subscriptions. Consumer, single user, or family sales must use in-app purchase.

**3.1.3(d) Person-to-Person Services:** If your app enables the purchase of real-time person-to-person services between two individuals (for example tutoring students, medical consultations, real estate tours, or fitness training), you may use purchase methods other than in-app purchase to collect those payments. One-to-few and one-to-many real-time services must use in-app purchase.

**3.1.3(e) Goods and Services Outside of the App:** If your app enables people to purchase physical goods or services that will be consumed outside of the app, you must use purchase methods other than in-app purchase to collect those payments, such as Apple Pay or traditional credit card entry.

**3.1.3(f) Free Stand-alone Apps:** Free apps acting as a stand-alone companion to a paid web based tool (eg. VOIP, Cloud Storage, Email Services, Web Hosting) do not need to use in-app purchase, provided there is no purchasing inside the app, or calls to action for purchase outside of the app.

**3.1.3(g) Advertising Management Apps:** Apps for the sole purpose of allowing advertisers (persons or companies that advertise a product, service, or event) to purchase and manage advertising campaigns across media types (television, outdoor, websites, apps, etc.) do not need to use in-app purchase. These apps are intended for campaign management purposes and do not display the advertisements themselves. Digital purchases for content that is experienced or consumed in an app, including buying advertisements to display in the same app (such as sales of "boosts" for posts in a social media app) must use in-app purchase.

**3.1.4 Hardware-Specific Content:** In limited circumstances, such as when features are dependent upon specific hardware to function, the app may unlock that functionality without using in-app purchase (e.g. an astronomy app that adds features when synced with a telescope). App features that work in combination with an approved physical product (such as a toy) on an *optional* basis may unlock functionality without using in-app purchase, provided that an in-app purchase option is available as well. You may not, however, require users to purchase unrelated products or engage in advertising or marketing activities to unlock app functionality.

### 3.1.5 Cryptocurrencies:

**(i)** Wallets: Apps may facilitate virtual currency storage, provided they are offered by developers enrolled as an organization.

**(ii)** Mining: Apps may not mine for cryptocurrencies unless the processing is performed off device (e.g. cloud-based mining).

**(iii)** Exchanges: Apps may facilitate transactions or transmissions of cryptocurrency on an approved exchange, provided they are offered only in countries or regions where the app has appropriate licensing and permissions to provide a cryptocurrency exchange.

**(iv)** Initial Coin Offerings: Apps facilitating Initial Coin Offerings ("ICOs"), cryptocurrency futures trading, and other crypto-securities or quasi-securities trading must come from established banks, securities firms, futures commission merchants ("FCM"), or other approved financial institutions and must comply with all applicable law.

**(v)** Cryptocurrency apps may not offer currency for completing tasks, such as downloading other apps, encouraging other users to download, posting to social networks, etc.

### 3.2 Other Business Model Issues

The lists below are not exhaustive, and your submission may trigger a change or update to our policies, but here are some additional dos and don'ts to keep in mind:

### 3.2.1 Acceptable

**(i)** Displaying your own apps for purchase or promotion within your app, provided the app is not merely a catalog of your apps.

**(ii)** Displaying or recommending a collection of third-party apps that are designed for a specific approved need (e.g. health management, aviation, accessibility). Your app should provide robust editorial content so that it doesn't seem like a mere storefront.

**(iii)** Disabling access to specific approved rental content (e.g. films, television programs, music, books) after the rental period has expired; all other items and services may not expire.

**(iv)** Wallet passes can be used to make or receive payments, transmit offers, or offer identification (such as movie tickets, coupons, and VIP credentials). Other uses may result in the rejection of the app and the revocation of Wallet credentials.

**(v)** Insurance apps must be free, in legal compliance in the regions distributed, and cannot use in-app purchase.

**(vi)** Approved nonprofits may fundraise directly within their own apps or third-party apps, provided those fundraising campaigns adhere to all App Review Guidelines and offer Apple Pay support. These apps must disclose how the funds will be used, abide by all required local and federal laws, and ensure appropriate tax receipts are available to donors. Additional information shall be provided to App Review upon request. Nonprofit platforms that connect donors to other nonprofits must ensure that every nonprofit listed in the app has also gone through the nonprofit approval process. Learn more about becoming an approved nonprofit.

**(vii)** Apps may enable individual users to give a monetary gift to another individual without using in-app purchase, provided that (a) the gift is a completely optional choice by the giver, and (b) 100% of the funds go to the receiver of the gift. However, a gift that is connected to or associated at any point in time with receiving digital content or services must use in-app purchase.

**(viii)** Apps used for financial trading, investing, or money management should be submitted by the financial institution performing such services.

### 3.2.2 Unacceptable

**(i)** Creating an interface for displaying third-party apps, extensions, or plug-ins similar to the App Store or as a general-interest collection.

**(ii)** Intentionally omitted.

**(iii)** Artificially increasing the number of impressions or click-throughs of ads, as well as apps that are designed predominantly for the display of ads.

**(iv)** Unless you are an approved nonprofit or otherwise permitted under Section 3.2.1 (vi) above, collecting funds within the app for charities and fundraisers. Apps that seek to raise money for such causes must be free on the App Store and may only collect funds outside of the app, such as via Safari or SMS.

**(v)** Arbitrarily restricting who may use the app, such as by location or carrier.

**(vi)** Intentionally omitted.

**(vii)** Artificially manipulating a user's visibility, status, or rank on other services unless permitted by that service's Terms and Conditions.

**(viii)** Apps that facilitate binary options trading are not permitted on the App Store. Consider a web app instead. Apps that facilitate trading in contracts for difference ("CFDs") or other derivatives (e.g. FOREX) must be properly licensed in all jurisdictions where the service is available.

**(ix)** Apps offering personal loans must clearly and conspicuously disclose all loan terms, including but not limited to equivalent maximum Annual Percentage Rate (APR) and payment due date. Apps may not charge a maximum APR higher than 36%, including costs and fees, and may not require repayment in full in 60 days or less.

---

# 4. Design

Apple customers place a high value on products that are simple, refined, innovative, and easy to use, and that's what we want to see on the App Store. Coming up with a great design is up to you, but the following are minimum standards for approval to the App Store. And remember that even after your app has been approved, you should update your app to ensure it remains functional and engaging to new and existing customers. Apps that stop working or offer a degraded experience may be removed from the App Store at any time.

### 4.1 Copycats

**(a)** Come up with your own ideas. We know you have them, so make yours come to life. Don't simply copy the latest popular app on the App Store, or make some minor changes to another app's name or UI and pass it off as your own. In addition to risking an intellectual property infringement claim, it makes the App Store harder to navigate and just isn't fair to your fellow developers.

**(b)** 🔁 Submitting apps which impersonate other apps or services is considered a violation of the Developer Code of Conduct and may result in removal from the Apple Developer Program.

### 4.2 Minimum Functionality

Your app should include features, content, and UI that elevate it beyond a repackaged website. If your app is not particularly useful, unique, or "app-like," it doesn't belong on the App Store. If your App doesn't provide some sort of lasting entertainment value or adequate utility, it may not be accepted. Apps that are simply a song or movie should be submitted to

the iTunes Store. Apps that are simply a book or game guide should be submitted to the Apple Books Store.

**4.2.1** Apps using ARKit should provide rich and integrated augmented reality experiences; merely dropping a model into an AR view or replaying animation is not enough.

**4.2.2** Other than catalogs, apps shouldn't primarily be marketing materials, advertisements, web clippings, content aggregators, or a collection of links.

**4.2.3**

**(i)** Your app should work on its own without requiring installation of another app to function.

**(ii)** If your app needs to download additional resources in order to function on initial launch, disclose the size of the download and prompt users before doing so.

**4.2.4** Intentionally omitted.

**4.2.5** Intentionally omitted.

**4.2.6** Apps created from a commercialized template or app generation service will be rejected unless they are submitted directly by the provider of the app's content. These services should not submit apps on behalf of their clients and should offer tools that let their clients create customized, innovative apps that provide unique customer experiences. Another acceptable option for template providers is to create a single binary to host all client content in an aggregated or "picker" model, for example as a restaurant finder app with separate customized entries or pages for each client restaurant, or as an event app with separate entries for each client event.

**4.2.7 Remote Desktop Clients:** If your remote desktop app acts as a mirror of specific software or services rather than a generic mirror of the host device, it must comply with the following:

**(a)** The app must only connect to a user-owned host device that is a personal computer or dedicated game console owned by the user, and both the host device and client must be connected on a local and LAN-based network.

**(b)** Any software or services appearing in the client are fully executed on the host device, rendered on the screen of the host device, and may not use APIs or platform features beyond what is required to stream the Remote Desktop.

**(c)** All account creation and management must be initiated from the host device.

**(d)** The UI appearing on the client does not resemble an iOS or App Store view, does not provide a store-like interface, or include the ability to browse, select, or purchase software not already owned or licensed by the user. For the sake of clarity, transactions taking place within mirrored software do not need to use in-app purchase, provided the transactions are processed on the host device.

**(e)** Thin clients for cloud-based apps are not appropriate for the App Store.

## 4.3 Spam

**(a)** 🔗 Don't create multiple Bundle IDs of the same app. If your app has different versions for specific locations, sports teams, universities, etc., consider submitting a single app and provide the variations using in-app purchase.

**(b)** Also avoid piling on to a category that is already saturated; the App Store has enough fart, burp, flashlight, fortune telling, dating, drinking games, and Kama Sutra apps, etc. already. We will reject these apps unless they provide a unique, high-quality experience. Spamming the store may lead to your removal from the Apple Developer Program.

## 4.4 Extensions 🔗

Apps hosting or containing extensions must comply with the App Extension Programming Guide, the Safari app extensions documentation, or the Safari web extensions documentation and should include some functionality, such as help screens and settings interfaces where possible. You should clearly and accurately disclose what extensions are made available in the app's marketing text, and the extensions may not include marketing, advertising, or in-app purchases.

**4.4.1** ➡️ Keyboard extensions have some additional rules.

They must:

- Provide keyboard input functionality (e.g. typed characters);

- Follow Sticker guidelines if the keyboard includes images or emoji;

- Provide a method for progressing to the next keyboard;

- Remain functional without full network access and without requiring full access;

- Collect user activity only to enhance the functionality of the user's keyboard extension on the iOS device.

They must not:

- Launch other apps besides Settings; or

- Repurpose keyboard buttons for other behaviors (e.g. holding down the "return" key to launch the camera).

**4.4.2** ➡️ Safari extensions must run on the current version of Safari on the relevant Apple operating system. They may not interfere with System or Safari UI elements and must never include malicious or misleading content or code. Violating this rule will lead to removal from the Apple Developer Program. Safari extensions should not claim access to more websites than strictly necessary to function.

**4.4.3** Intentionally omitted.

**4.5** ➡️ **Apple Sites and Services**

**4.5.1** ➡️ Apps may use approved Apple RSS feeds such as the iTunes Store RSS feed, but may not scrape any information from Apple sites (e.g. apple.com, the iTunes Store, App Store, App Store Connect, developer portal, etc.) or create rankings using this information.

**4.5.2** ➡️ Apple Music

**(i)** MusicKit on iOS lets users play Apple Music and their local music library natively from your apps and games. When a user provides permission to their Apple Music account, your app can create playlists, add songs to their library, and play any of the millions of songs in the Apple Music catalog. Users must initiate the playback of an Apple Music stream and be able to navigate using standard media controls such as "play," "pause," and "skip." Moreover, your app may not require payment or indirectly monetize access to the Apple Music service (e.g. in-app purchase, advertising, requesting user info, etc.). Do not download, upload, or enable sharing of music files sourced from the MusicKit APIs, except as explicitly permitted in MusicKit documentation.

**(ii)** Using the MusicKit APIs is not a replacement for securing the licenses you might need for a deeper or more complex music integration. For example, if you want your app to play a specific song at a particular moment, or to create audio or video files that can be shared to social media, you'll need to contact rights-holders directly to get their permission (e.g. synchronization or adaptation rights) and assets. Cover art and other metadata may only be used in connection with music playback or playlists (including screenshots displaying your app's functionality), and should not be used in any

marketing or advertising without getting specific authorization from rights-holders. Make sure to follow the Apple Music Identity Guidelines when integrating Apple Music services in your app.

**(iii)** Apps that access Apple Music user data, such as playlists and favorites, must clearly disclose this access in the purpose string. Any data collected may not be shared with third parties for any purpose other than supporting or improving the app experience. This data may not be used to identify users or devices, or to target advertising.

**4.5.3** 🔗 Do not use Apple Services to spam, phish, or send unsolicited messages to customers, including Game Center, Push Notifications, etc. Do not attempt to reverse lookup, trace, relate, associate, mine, harvest, or otherwise exploit Player IDs, aliases, or other information obtained through Game Center, or you will be removed from the Apple Developer Program.

**4.5.4** 🔗 Push Notifications must not be required for the app to function, and should not be used to send sensitive personal or confidential information. Push Notifications should not be used for promotions or direct marketing purposes unless customers have explicitly opted in to receive them via consent language displayed in your app's UI, and you provide a method in your app for a user to opt out from receiving such messages. Abuse of these services may result in revocation of your privileges.

**4.5.5** 🔗 Only use Game Center Player IDs in a manner approved by the Game Center terms and do not display them in the app or to any third party.

**4.5.6** 🔗 Apps may use Unicode characters that render as Apple emoji in their app and app metadata. Apple emoji may not be used on other platforms or embedded directly in your app binary.

## 4.6 Alternate App Icons 🔗

Apps may display customized icons, for example, to reflect a sports team preference, provided that each change is initiated by the user and the app includes settings to revert to the original icon. All icon variants must relate to the content of the app and changes should be consistent across all system assets, so that the icons displayed in Settings, Notifications, etc. match the new springboard icon.

## 4.7 Mini apps, mini games, streaming games, chatbots, and plug-ins

Apps may offer certain software that is not embedded in the binary, specifically mini apps, mini games, streaming games, chatbots, and plug-ins. You are responsible for all such software offered in your app, including ensuring that such software complies with these Guidelines and all applicable laws. Software that does not comply with one or more guidelines will lead to the rejection of your app. You must also ensure that the software adheres to the additional rules that follow in 4.7.1 and 4.7.5. These additional rules are important to preserve the experience that App Store customers expect, and to help ensure user safety.

**4.7.1** Software offered in apps under this rule must:

- follow all privacy guidelines, including but not limited to the rules set forth in Guideline 5.1 concerning collection, use, and sharing of data, and sensitive data (such as health and personal data from kids);

- include a method for filtering objectionable material, a mechanism to report content and timely responses to concerns, and the ability to block abusive users; and

- use in-app purchase in order to offer digital goods or services to end users.

**4.7.2** Your app may not extend or expose native platform APIs to the software without prior permission from Apple.

**4.7.3** Your app may not share data or privacy permissions to any individual software offered in your app without explicit user consent in each instance.

**4.7.4** You must provide an index of software and metadata available in your app. It must include universal links that lead to all of the software offered in your app.

**4.7.5** Your app must share the age rating of the highest age-rated content available in your app.

### 4.8 Login Services 🔗

Apps that use a third-party or social login service (such as Facebook Login, Google Sign-In, Sign in with Twitter, Sign In with LinkedIn, Login with Amazon, or WeChat Login) to set up or authenticate the user's primary account with the app must also offer as an equivalent option another login service with the following features:

- the login service limits data collection to the user's name and email address;

- the login service allows users to keep their email address private as part of setting up their account; and

- the login service does not collect interactions with your app for advertising purposes without consent.

A user's primary account is the account they establish with your app for the purposes of identifying themselves, signing in, and accessing your features and associated services.

Another login service is not required if:

- Your app exclusively uses your company's own account setup and sign-in systems.

- Your app is an alternative app marketplace, or an app distributed from an alternative app marketplace, that uses a marketplace-specific login for account, download, and commerce features.

- Your app is an education, enterprise, or business app that requires the user to sign in with an existing education or enterprise account.

- Your app uses a government or industry-backed citizen identification system or electronic ID to authenticate users.

- Your app is a client for a specific third-party service and users are required to sign in to their mail, social media, or other third-party account directly to access their content.

### 4.9 Apple Pay 🔗

Apps using Apple Pay must provide all material purchase information to the user prior to sale of any good or service and must use Apple Pay branding and user interface elements correctly, as described in the Apple Pay Marketing Guidelines and Human Interface Guidelines. Apps using Apple Pay to offer recurring payments must, at a minimum, disclose the following information:

- The length of the renewal term and the fact that it will continue until canceled

- What will be provided during each period

- The actual charges that will be billed to the customer

- How to cancel

### 4.10 Monetizing Built-In Capabilities 🔗

You may not monetize built-in capabilities provided by the hardware or operating system, such as Push Notifications, the camera, or the gyroscope; or Apple services and technologies, such as Apple Music access, iCloud storage, or Screen Time APIs.

## 5. Legal 🔑

Apps must comply with all legal requirements in any location where you make them available (if you're not sure, check with a lawyer). We know this stuff is complicated, but it is your responsibility to understand and make sure your app conforms with all local laws, not just the guidelines below. And of course, apps that solicit, promote, or encourage criminal or clearly reckless behavior will be rejected. In extreme cases, such as apps that are found to facilitate human trafficking and/or the exploitation of children, appropriate authorities will be notified.

### 5.1 Privacy 🔑

Protecting user privacy is paramount in the Apple ecosystem, and you should use care when handling personal data to ensure you've complied with privacy best practices, applicable laws, and the terms of the Apple Developer Program License Agreement, not to mention customer expectations. More particularly:

### 5.1.1 Data Collection and Storage 🔑

**(i) Privacy Policies:** All apps must include a link to their privacy policy in the App Store Connect metadata field and within the app in an easily accessible manner. The privacy policy must clearly and explicitly:

- Identify what data, if any, the app/service collects, how it collects that data, and all uses of that data.

- Confirm that any third party with whom an app shares user data (in compliance with these Guidelines)—such as analytics tools, advertising networks and third-party SDKs, as well as any parent, subsidiary or other related entities that will have access to user data—will provide the same or equal protection of user data as stated in the app's privacy policy and required by these Guidelines.

- Explain its data retention/deletion policies and describe how a user can revoke consent and/or request deletion of the user's data.

**(ii) Permission:** Apps that collect user or usage data must secure user consent for the collection, even if such data is considered to be anonymous at the time of or immediately following collection. Paid functionality must not be dependent on or require a user to grant access to this data. Apps must also provide the customer with an easily accessible and understandable way to withdraw consent. Ensure your purpose strings clearly and completely describe your use of the data. Apps that collect data for a legitimate interest without consent by relying on the terms of the European Union's General Data Protection Regulation ("GDPR") or similar statute must comply with all terms of that law. Learn more about Requesting Permission.

**(iii) Data Minimization:** Apps should only request access to data relevant to the core functionality of the app and should only collect and use data that is required to accomplish the relevant task. Where possible, use the out-of-process picker or a share sheet rather than requesting full access to protected resources like Photos or Contacts.

**(iv) Access:** Apps must respect the user's permission settings and not attempt to manipulate, trick, or force people to consent to unnecessary data access. For example, apps that include the ability to post photos to a social network must not also require microphone access before allowing the user to upload photos. Where possible, provide alternative solutions for users who don't grant consent. For example, if a user declines to share Location, offer the ability to manually enter an address.

**(v) Account Sign-In:** If your app doesn't include significant account-based features, let people use it without a login. If your app supports account creation, you must also offer account deletion within the app. Apps may not require users to enter personal

information to function, except when directly relevant to the core functionality of the app or required by law. If your core app functionality is not related to a specific social network (e.g. Facebook, WeChat, Weibo, X, etc.), you must provide access without a login or via another mechanism. Pulling basic profile information, sharing to the social network, or inviting friends to use the app are not considered core app functionality. The app must also include a mechanism to revoke social network credentials and disable data access between the app and social network from within the app. An app may not store credentials or tokens to social networks off of the device and may only use such credentials or tokens to directly connect to the social network from the app itself while the app is in use.

**(vi)** Developers that use their apps to surreptitiously discover passwords or other private data will be removed from the Apple Developer Program.

**(vii)** SafariViewController must be used to visibly present information to users; the controller may not be hidden or obscured by other views or layers. Additionally, an app may not use SafariViewController to track users without their knowledge and consent.

**(viii)** Apps that compile personal information from any source that is not directly from the user or without the user's explicit consent, even public databases, are not permitted on the App Store or alternative app marketplaces.

**(ix)** Apps that provide services in highly regulated fields (such as banking and financial services, healthcare, gambling, legal cannabis use, and air travel) or that require sensitive user information should be submitted by a legal entity that provides the services, and not by an individual developer. Apps that facilitate the legal sale of cannabis must be geo-restricted to the corresponding legal jurisdiction.

**(x)** Apps may request basic contact information (such as name and email address) so long as the request is optional for the user, features and services are not conditional on providing the information, and it complies with all other provisions of these guidelines, including limitations on collecting information from kids.

### 5.1.2 Data Use and Sharing 🔗

**(i)** Unless otherwise permitted by law, you may not use, transmit, or share someone's personal data without first obtaining their permission. You must provide access to information about how and where the data will be used. Data collected from apps may only be shared with third parties to improve the app or serve advertising (in compliance with the Apple Developer Program License Agreement). You must receive explicit permission from users via the App Tracking Transparency APIs to track their activity. Learn more about tracking. Your app may not require users to enable system functionalities (e.g., push notifications, location services, tracking) in order to access functionality, content, use the app, or receive monetary or other compensation, including but not limited to gift cards and codes. Apps that share user data without user consent or otherwise complying with data privacy laws may be removed from sale and may result in your removal from the Apple Developer Program.

**(ii)** Data collected for one purpose may not be repurposed without further consent unless otherwise explicitly permitted by law.

**(iii)** Apps should not attempt to surreptitiously build a user profile based on collected data and may not attempt, facilitate, or encourage others to identify anonymous users or reconstruct user profiles based on data collected from Apple-provided APIs or any data that you say has been collected in an "anonymized," "aggregated," or otherwise non-identifiable way.

**(iv)** Do not use information from Contacts, Photos, or other APIs that access user data to build a contact database for your own use or for sale/distribution to third parties, and don't collect information about which other apps are installed on a user's device for the purposes of analytics or advertising/marketing.

**(v)** Do not contact people using information collected via a user's Contacts or Photos, except at the explicit initiative of that user on an individualized basis; do not include a Select All option or default the selection of all contacts. You must provide the user with a clear description of how the message will appear to the recipient before sending it (e.g. What will the message say? Who will appear to be the sender?).

**(vi)** Data gathered from the HomeKit API, HealthKit, Clinical Health Records API, MovementDisorder APIs, ClassKit or from depth and/or facial mapping tools (e.g. ARKit, Camera APIs, or Photo APIs) may not be used for marketing, advertising or use-based data mining, including by third parties. Learn more about best practices for implementing CallKit, HealthKit, ClassKit, and ARKit.

**(vii)** Apps using Apple Pay may only share user data acquired via Apple Pay with third parties to facilitate or improve delivery of goods and services.

### 5.1.3 Health and Health Research 🔗

Health, fitness, and medical data are especially sensitive and apps in this space have some additional rules to make sure customer privacy is protected:

**(i)** Apps may not use or disclose to third parties data gathered in the health, fitness, and medical research context—including from the Clinical Health Records API, HealthKit API, Motion and Fitness, MovementDisorder APIs, or health-related human subject research —for advertising, marketing, or other use-based data mining purposes other than improving health management, or for the purpose of health research, and then only with permission. Apps may, however, use a user's health or fitness data to provide a benefit directly to that user (such as a reduced insurance premium), provided that the app is submitted by the entity providing the benefit, and the data is not shared with a third party. You must disclose the specific health data that you are collecting from the device.

**(ii)** Apps must not write false or inaccurate data into HealthKit or any other medical research or health management apps, and may not store personal health information in iCloud.

**(iii)** Apps conducting health-related human subject research must obtain consent from participants or, in the case of minors, their parent or guardian. Such consent must include the (a) nature, purpose, and duration of the research; (b) procedures, risks, and benefits to the participant; (c) information about confidentiality and handling of data (including any sharing with third parties); (d) a point of contact for participant questions; and (e) the withdrawal process.

**(iv)** Apps conducting health-related human subject research must secure approval from an independent ethics review board. Proof of such approval must be provided upon request.

### 5.1.4 Kids

**(a)** 🔗 For many reasons, it is critical to use care when dealing with personal data from kids, and we encourage you to carefully review all the requirements for complying with laws like the Children's Online Privacy Protection Act ("COPPA"), the European Union's General Data Protection Regulation ("GDPR"), and any other applicable regulations or laws.

Apps may ask for birthdate and parental contact information only for the purpose of complying with these statutes, but must include some useful functionality or entertainment value regardless of a person's age.

Apps intended primarily for kids should not include third-party analytics or third-party advertising. This provides a safer experience for kids.

**(b)** In limited cases, third-party analytics and third-party advertising may be permitted provided that the services adhere to the same terms set forth in Guideline 1.3.

Moreover, apps in the Kids Category or those that collect, transmit, or have the capability to share personal information (e.g. name, address, email, location, photos, videos, drawings, the ability to chat, other personal data, or persistent identifiers used in combination with any of the above) from a minor must include a privacy policy and must comply with all applicable children's privacy statutes. For the sake of clarity, the parental gate requirement for the Kid's Category is generally not the same as securing parental consent to collect personal data under these privacy statutes.

As a reminder, Guideline 2.3.8 requires that use of terms like "For Kids" and "For Children" in app metadata is reserved for the Kids Category. Apps not in the Kids Category cannot include any terms in app name, subtitle, icon, screenshots or description that imply the main audience for the app is children.

### 5.1.5 Location Services 🔗

Use Location Services in your app only when it is directly relevant to the features and services provided by the app. Location-based APIs shouldn't be used to provide emergency services or autonomous control over vehicles, aircraft, and other devices, except for small devices such as lightweight drones and toys, or remote control car alarm systems, etc. Ensure that you notify and obtain consent before collecting, transmitting, or using location data. If your app uses Location Services, be sure to explain the purpose in your app; refer to the Human Interface Guidelines for best practices for doing so.

## 5.2 Intellectual Property

Make sure your app only includes content that you created or that you have a license to use. Your app may be removed if you've stepped over the line and used content without permission. Of course, this also means someone else's app may be removed if they've "borrowed" from your work. If you believe your intellectual property has been infringed by another developer on the App Store, submit a claim via our web form. Laws differ in different countries and regions, but at the very least, make sure to avoid the following common errors:

### 5.2.1 Generally: Don't use protected third-party material such as trademarks, copyrighted works, or patented ideas in your app without permission, and don't include misleading, false, or copycat representations, names, or metadata in your app bundle or developer name. Apps should be submitted by the person or legal entity that owns or has licensed the intellectual property and other relevant rights.

### 5.2.2 Third-Party Sites/Services: If your app uses, accesses, monetizes access to, or displays content from a third-party service, ensure that you are specifically permitted to do so under the service's terms of use. Authorization must be provided upon request.

### 5.2.3 Audio/Video Downloading: Apps should not facilitate illegal file sharing or include the ability to save, convert, or download media from third-party sources (e.g. Apple Music, YouTube, SoundCloud, Vimeo, etc.) without explicit authorization from those sources. Streaming of audio/video content may also violate Terms of Use, so be sure to check before your app accesses those services. Authorization must be provided upon request.

### 5.2.4 Apple Endorsements

(a) 🔗 Don't suggest or imply that Apple is a source or supplier of the App, or that Apple endorses any particular representation regarding quality or functionality.

(b) If your app is selected as an "Editor's Choice," Apple will apply the badge automatically.

### 5.2.5 Apple Products 🔗 Don't create an app that appears confusingly similar to an existing Apple product, interface (e.g. Finder), app (such as the App Store, iTunes Store, or Messages) or advertising theme. Apps and extensions, including third-party keyboards and Sticker packs, may not include Apple emoji. Music from iTunes and Apple Music previews may not be used for their entertainment value (e.g. as the background music to a photo collage or the soundtrack to a game) or in any other unauthorized manner. If you

provide music previews from iTunes or Apple Music, you must display a link to the corresponding music in iTunes or Apple Music. If your app displays Activity rings, they should not visualize Move, Exercise, or Stand data in a way that resembles the Activity control. The Human Interface Guidelines have more information on how to use Activity rings. If your app displays Apple Weather data, it should follow the attribution requirements provided in the WeatherKit documentation.

**5.3 Gaming, Gambling, and Lotteries**

Gaming, gambling, and lotteries can be tricky to manage and tend to be one of the most regulated offerings on the App Store. Only include this functionality if you've fully vetted your legal obligations everywhere you make your app available and are prepared for extra time during the review process. Some things to keep in mind:

**5.3.1** Sweepstakes and contests must be sponsored by the developer of the app.

**5.3.2** Official rules for sweepstakes, contests, and raffles must be presented in the app and make clear that Apple is not a sponsor or involved in the activity in any manner.

**5.3.3** Apps may not use in-app purchase to purchase credit or currency for use in conjunction with real money gaming of any kind.

**5.3.4** Apps that offer real money gaming (e.g. sports betting, poker, casino games, horse racing) or lotteries must have necessary licensing and permissions in the locations where the app is used, must be geo-restricted to those locations, and must be free on the App Store. Illegal gambling aids, including card counters, are not permitted on the App Store. Lottery apps must have consideration, chance, and a prize.

**5.4 VPN Apps** 🔗

Apps offering VPN services must utilize the NEVPNManager API and may only be offered by developers enrolled as an organization. You must make a clear declaration of what user data will be collected and how it will be used on an app screen prior to any user action to purchase or otherwise use the service. Apps offering VPN services may not sell, use, or disclose to third parties any data for any purpose, and must commit to this in their privacy policy. VPN apps must not violate local laws, and if you choose to make your VPN app available in a territory that requires a VPN license, you must provide your license information in the App Review Notes field. Parental control, content blocking, and security apps, among others, from approved providers may also use the NEVPNManager API. Apps that do not comply with this guideline will be removed from the App Store and blocked from installing via alternative distribution and you may be removed from the Apple Developer Program.

**5.5 Mobile Device Management** 🔗

Mobile Device Management Apps that offer Mobile Device Management (MDM) services must request this capability from Apple. Such apps may only be offered by commercial enterprises, educational institutions, or government agencies, and in limited cases, companies using MDM for parental control services or device security. You must make a clear declaration of what user data will be collected and how it will be used on an app screen prior to any user action to purchase or otherwise use the service. MDM apps must not violate any applicable laws. Apps offering MDM services may not sell, use, or disclose to third parties any data for any purpose, and must commit to this in their privacy policy. In limited cases, third-party analytics may be permitted provided that the services only collect or transmit data about the performance of the developer's MDM app, and not any data about the user, the user's device, or other apps used on that device. Apps offering configuration profiles must also adhere to these requirements. Apps that do not comply with this guideline will be removed from the App Store and blocked from installing via alternative distribution and you may be removed from the Apple Developer Program.

**5.6 Developer Code of Conduct** 🔗

Please treat everyone with respect, whether in your responses to App Store reviews, customer support requests, or when communicating with Apple, including your responses in

App Store Connect. Do not engage in harassment of any kind, discriminatory practices, intimidation, bullying, and don't encourage others to engage in any of the above. Repeated manipulative or misleading behavior or other fraudulent conduct will lead to your removal from the Apple Developer Program.

Customer trust is a cornerstone of the App ecosystem. Apps should never prey on users or attempt to rip off customers, trick them into making unwanted purchases, force them to share unnecessary data, raise prices in a tricky manner, charge for features or content that are not delivered, or engage in any other manipulative practices within or outside of the app.

Your Developer Program account will be terminated if you engage in activities or actions that are not in accordance with the Developer Code of Conduct. To restore your account, you may provide a written statement detailing the improvements you plan to make. If your plan is approved by Apple and we confirm the changes have been made, your account may be restored.

### 5.6.1 App Store Reviews

App Store customer reviews can be an integral part of the app experience, so you should treat customers with respect when responding to their comments. Keep your responses targeted to the user's comments and do not include personal information, spam, or marketing in your response.

Use the provided API to prompt users to review your app; this functionality allows customers to provide an App Store rating and review without the inconvenience of leaving your app, and we will disallow custom review prompts.

### 5.6.2 Developer Identity 🔁

Providing verifiable information to Apple and customers is critical to customer trust. Your representation of yourself, your business, and your offerings on the App Store or alternative app marketplaces must be accurate. The information you provide must be truthful, relevant, and up-to-date so that Apple and customers understand who they are engaging with and can contact you regarding any issues.

### 5.6.3 Discovery Fraud

Participating in the App Store requires integrity and a commitment to building and maintaining customer trust. Manipulating any element of the App Store customer experience such as charts, search, reviews, or referrals to your app erodes customer trust and is not permitted.

### 5.6.4 App Quality

Customers expect the highest quality from the App Store, and maintaining high quality content, services, and experiences promotes customer trust. Indications that this expectation is not being met include excessive customer reports about concerns with your app, such as negative customer reviews, and excessive refund requests. Inability to maintain high quality may be a factor in deciding whether a developer is abiding by the Developer Code of Conduct.

## After You Submit

Once you've submitted your app and metadata in App Store Connect and you're in the review process, here are some things to keep in mind:

- **Timing**: App Review will examine your app as soon as we can. However, if your app is complex or presents new issues, it may require greater scrutiny and consideration. And remember that if your app is repeatedly rejected for the same guideline violation or you've

attempted to manipulate the review process, review of your app will take longer to complete. Learn more about App Review.

- **Status Updates**: The current status of your app will be reflected in App Store Connect, so you can keep an eye on things from there.

- **Expedite Requests**: If you have a critical timing issue, you can request an expedited review. Please respect your fellow developers by seeking expedited review only when you truly need it. If we find you're abusing this system, we may reject your requests going forward.

- **Release Date**: If your release date is set for the future, the app will not appear on the App Store until that date, even if it is approved by App Review. And remember that it can take up to 24-hours for your app to appear on all selected storefronts.

- **Rejections**: Our goal is to apply these guidelines fairly and consistently, but nobody's perfect. If your app has been rejected and you have questions or would like to provide additional information, please use App Store Connect to communicate directly with the App Review team. This may help get your app on the store, and it can help us improve the App Review process or identify a need for clarity in our policies.

- **Appeals**: If you disagree with the outcome of your review, please submit an appeal. This may help get your app on the store. You may also suggest changes to the guidelines themselves to help us improve the App Review process or identify a need for clarity in our policies.

- **Bug Fix Submissions**: For apps that are already on the App Store or an alternative app marketplace, bug fixes will not be delayed over guideline violations except for those related to legal or safety issues. If your app has been rejected, and qualifies for this process, please use App Store Connect to communicate directly with the App Review team indicating that you would like to take advantage of this process and plan to address the issue in your next submission.

We're excited to see what you come up with next!

Last Updated: March 5, 2024

**Platforms**

iOS

iPadOS

macOS

tvOS

visionOS

watchOS

**Tools**

Swift

SwiftUI

Swift Playgrounds

TestFlight

Xcode

Xcode Cloud

SF Symbols

**Topics & Technologies**

Accessibility

Accessories

App Extensions

App Store

Audio & Video

Augmented Reality

Business

Design

Distribution

Education

Fonts

Games

Health & Fitness

In-App Purchase

Localization

Maps & Location

Machine Learning

Open Source

Security

**Resources**

Documentation

Curriculum

Downloads

Forums

Videos

**Support**

Support Articles

Contact Us

Bug Reporting

System Status

**Account**

Apple Developer

App Store Connect

Certificates, IDs, & Profiles

Feedback Assistant

**Programs**

Apple Developer Program

Apple Developer Enterprise Program

App Store Small Business Program

MFi Program

News Partner Program

Video Partner Program

Security Bounty Program

Security Research Device Program

**Events**

Meet with Apple Experts

App Accelerators

App Store Awards

Apple Design Awards

Apple Developer Academies

Entrepreneur Camp

WWDC

Safari & Web

Get the Apple Developer app.

Light  Dark  Auto

Copyright © 2024 Apple Inc. All rights reserved.   Terms of Use  |  Privacy Policy  |  Agreements and Guidelines

English