UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

EPIC GAMES, INC.,

   Plaintiff, Counter-defendant,

v.

APPLE INC.,

   Defendant, Counterclaimant.

Case No. 4:20-CV-05640-YGR-TSH

**[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION**

Judge:  Hon. Yvonne Gonzalez Rogers

   The Court, having considered the evidence and arguments presented to it with respect to Plaintiff and Counter-Defendant Epic Games, Inc.'s ("Epic") Motion to Enforce Injunction ("Motion"), and consistent with the Court's opinion on the Motion issued herewith, **HEREBY ORDERS** as follows:

  1. Defendant and Counterclaimant Apple Inc. ("Apple") is held in civil contempt for violating this Court's order permanently restraining and enjoining it from "prohibiting developers from . . . including in their apps and their metadata buttons, external links, or other calls to action that direct customers to alternative purchasing methods, in addition to In-App Purchase". (Dkt. 813 (the "Injunction").)

  2. Apple shall modify its App Store Review Guidelines (the "Guidelines") to explicitly state that that developers can include in their apps and metadata buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase.

  3. Apple shall take all necessary and reasonable steps to bring its policies into compliance with the Injunction and this Court's opinion on Epic's Motion.

  4. This Order will take effect in thirty (30) days.

   **IT IS SO ORDERED.**

DATED:_____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge