HUESTON HENNIGAN LLP
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

HUESTON HENNIGAN LLP
Tate E. Harshbarger, State Bar No. 328622
tharshbarger@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

Attorneys for Non-Party Match Group, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>APPLE, INC.,<br><br>            Defendants. | Case No. 4:20-cv-05640-YGR<br><br>**NOTICE OF APPEARANCE OF DOUGLAS J. DIXON AS COUNSEL FOR NON-PARTY MATCH GROUP, LLC** |

1  TO THE CLERK OF THE COURT AND ALL PARATIES OF RECORD:

2  PLEASE TAKE NOTICE that the following attorney of the law firm Hueston Hennigan LLP

3  herby appears as an attorney of record on behalf of Non-Party Match Group, LLC.

HUESTON HENNIGAN LLP
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

DATED:  March 20, 2024                           HUESTON HENNIGAN LLP


By: */s/ Douglas J. Dixon*
   Douglas J. Dixon
   Attorneys for Non-Party Match Group, LLC