**JOHN J. NOTAR**
California State Bar No. 332716
JACK NOTAR LAW
100 11th Ave, PHB
New York, NY 10011
Telephone: (703) 727-1685
jacknotarlaw@gmail.com

Attorney for Yoga Buddhi Co.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO.:   4:20-cv-05640-YGR-TSH <br><br> **NOTICE OF APPEARANCE** <br><br> Hon. Yvonne Gonzalez Rogers |

TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I, John Notar, hereby appear as attorney of record for third-party respondent Yoga Buddhi Co. in the above-captioned action, and request that all court documents in connection with this action be served upon him at the email address listed above. I certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated:  March 20, 2024

*s/ John Notar*
Attorney for YOGA BUDDHI CO.
Email:  jacknotarlaw@gmail.com