HUESTON HENNIGAN LLP
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     (949) 229-8640

HUESTON HENNIGAN LLP
Tate E. Harshbarger, State Bar No. 328622
tharshbarger@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

Attorneys for Non-Party Match Group, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DOUGLAS J. DIXON AS COUNSEL FOR NON-PARTY MATCH GROUP, LLC** |
| v. | |
| APPLE, INC., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARATIES OF RECORD:

PLEASE TAKE NOTICE that the following attorney of the law firm Hueston Hennigan LLP herby appears as an attorney of record on behalf of Non-Party Match Group, LLC.

HUESTON HENNIGAN LLP
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:      (949) 229-8640

DATED:  March 20, 2024                    HUESTON HENNIGAN LLP


By: */s/ Douglas J. Dixon*
    Douglas J. Dixon
    Attorneys for Non-Party Match Group, LLC