1  Renata B. Hesse (SBN 148425)
   (hesser@sullcrom.com)
2  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   550 Hamilton Avenue
4  Palo Alto, California  94301
   Telephone:  (650) 461-5600
5  Facsimile:  (650) 461-5700

6  Shane M. Palmer (SBN 308033)
   (palmersh@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   125 Broad Street
8  New York, New York  10004
   Telephone:  (212) 558-4000
9  Facsimile:  (212) 558-3588

10 *Attorneys for* Amicus Curiae
   *Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| EPIC GAMES, INC., | ) | Case No. 4:20-cv-05640-YGR-TSH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE OF BRENDAN P. CULLEN ON BEHALF OF *AMICUS CURIAE* META PLATFORMS, INC.** |
| v. | ) | |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Sullivan & Cromwell LLP

To the Clerk of the Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for *Amicus Curiae* Meta Platforms, Inc.

Dated: March 20, 2024

Respectfully submitted,

*/s/ Brendan P. Cullen*

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
Email: cullenb@sullcrom.com

*Attorney for* Amicus Curiae *Meta Platforms, Inc.*

SULLIVAN & CROMWELL LLP

-1-

NOTICE OF APPEARANCE OF BRENDAN P. CULLEN ON BEHALF OF *AMICUS CURIAE* META PLATFORMS, INC.
CASE NO. 4:20-CV-05640-YGR-TSH