1  HUESTON HENNIGAN LLP
   Douglas J. Dixon, State Bar No. 275389
2  ddixon@hueston.com
   620 Newport Center Drive, Suite 1300
3  Newport Beach, CA 92660
   Telephone:    (949) 229-8640
4
   HUESTON HENNIGAN LLP
5  Tate E. Harshbarger, State Bar No. 328622
   tharshbarger@hueston.com
6  523 West 6th Street, Suite 400
   Los Angeles, CA 90014
7  Telephone:    (213) 788-4340

8  Attorneys for Non-Party Match Group, LLC

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | EPIC GAMES, INC.,                | Case No. 4:20-cv-05640-YGR
14 |         Plaintiffs,              | **NOTICE OF APPEARANCE OF TATE HARSHBARGER AS COUNSEL FOR NON-PARTY MATCH GROUP, LLC**
15 |     v.                           |
16 | APPLE, INC.,                     |
17 |         Defendants.              |

1  TO THE CLERK OF THE COURT AND ALL PARATIES OF RECORD:

2  PLEASE TAKE NOTICE that the following attorney of the law firm Hueston Hennigan LLP

3 herby appears as an attorney of record on behalf of Non-Party Match Group, LLC.

HUESTON HENNIGAN LLP
Tate E. Harshbarger, State Bar No. 328622
tharshbarger@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

DATED:  March 20, 2024                    HUESTON HENNIGAN LLP


By: */s/ Tate Harshbarger*
Tate Harshbarger
Attorneys for Non-Party Match Group, LLC

- 2 -
NOTICE OF APPEARANCE OF TATE HARSHBARGER FOR NON-PARTY MATCH GROUP, LLC
U.S.D.C. Case No. 4:20-cv-05640-YGR