1 | Renata B. Hesse (SBN 148425)
(hesser@sullcrom.com)
2 | Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
3 | SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
4 | Palo Alto, California  94301
Telephone:  (650) 461-5600
5 | Facsimile:  (650) 461-5700

6 | Shane M. Palmer (SBN 308033)
(palmersh@sullcrom.com)
7 | SULLIVAN & CROMWELL LLP
125 Broad Street
8 | New York, New York  10004
Telephone:  (212) 558-4000
9 | Facsimile:  (212) 558-3588

10 | *Attorneys for* Amicus Curiae
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| EPIC GAMES, INC., | ) | Case No. 4:20-cv-05640-YGR-TSH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE OF SHANE M. PALMER ON BEHALF OF *AMICUS CURIAE* META PLATFORMS, INC.** |
| v. | ) | |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SULLIVAN & CROMWELL LLP

NOTICE OF APPEARANCE OF SHANE M. PALMER ON BEHALF OF *AMICUS CURIAE* META PLATFORMS, INC.
CASE NO. 4:20-CV-05640-YGR-TSH

To the Clerk of the Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for *Amicus Curiae* Meta Platforms, Inc.

Dated:  March 20, 2024

Respectfully submitted,

*/s/ Shane M. Palmer*
Shane M. Palmer
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10014
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:   palmersh@sullcrom.com

*Attorney for* Amicus Curiae *Meta Platforms, Inc.*

SULLIVAN & CROMWELL LLP

-1-

NOTICE OF APPEARANCE OF SHANE M. PALMER ON BEHALF OF *AMICUS CURIAE* META PLATFORMS, INC.
CASE NO. 4:20-CV-05640-YGR-TSH