| | |
|---|---|
| Renata B. Hesse (SBN 148425) (hesser@sullcrom.com) | Joel Kurtzberg (*pro hac vice* forthcoming) (jkurtzberg@cahill.com) |
| Brendan P. Cullen (SBN 194057) (cullenb@sullcrom.com) | John S. MacGregor (SBN 304330) (jmacgregor@cahill.com) |
| SULLIVAN & CROMWELL LLP 550 Hamilton Avenue Palo Alto, California 94301 Telephone: (650) 461-5600 Facsimile: (650) 461-5700 | CAHILL GORDON & REINDEL LLP 32 Old Slip New York, New York 10005 Telephone: (212) 701-3000 Facsimile: (212) 269-5420 |
| Shane M. Palmer (SBN 308033) (palmersh@sullcrom.com) SULLIVAN & CROMWELL LLP 125 Broad Street New York, New York 10004 Telephone: (212) 558-4000 Facsimile: (212) 558-3588 | William R. Warne (SBN 141280) (bwarne@DowneyBrand.com) DOWNEY BRAND LLP 621 Capitol Mall, 18th Floor Sacramento, California 95814 Telephone: (916) 444-1000 Facsimile: (916) 520-5617 |
| *Attorneys for* Amicus Curiae *Meta Platforms, Inc.* | *Attorneys for* Amicus Curiae *X Corp.* |
| Reid M. Figel (SBN 135684) (rfigel@kellogghansen.com) KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. 1615 M Street, N.W., Suite 400 Washington, D.C. 20036 Telephone: (202) 326-7918 Facsimile: (202) 326-7999 | Douglas J. Dixon, State Bar No. 275389 ddixon@hueston.com HUESTON HENNIGAN LLP 620 Newport Center Drive, Suite 1300 Newport Beach, CA 92660 Telephone: (949) 229-8640 |
| *Attorney for* Amicus Curiae *Microsoft Corporation* | Tate E. Harshbarger, State Bar No. 328622 tharshbarger@hueston.com HUESTON HENNIGAN LLP 523 West 6th Street, Suite 400 Los Angeles, CA 90014 Telephone: (213) 788-4340 |
| | *Attorneys for* Amicus Curiae *Match Group, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br>                    Plaintiff, <br><br>     v. <br><br> APPLE INC. <br><br>                    Defendant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **MOTION OF META PLATFORMS, INC., MICROSOFT CORPORATION, X CORP., AND MATCH GROUP, LLC FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION** <br><br> Judge:         Hon. Yvonne Gonzalez-Rogers <br> Hearing Date: April 30, 2024 <br> Hearing Time: 2:00 p.m. <br> Courtroom:   1, 4th Floor |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Meta Platforms, Inc. ("Meta"), Microsoft Corporation ("Microsoft"), X Corp. ("X"), and Match Group, LLC ("Match Group"), through their undersigned counsel, will move this Court, in Courtroom 1 of the Oakland Courthouse, 1301 Clay Street, Oakland, California 94612, on April 30, 2024, at 2:00 p.m. for leave to file a brief as *Amici Curiae* in this litigation.[1]  This Motion is supported by the accompanying proposed order granting the Motion.

Through this Motion, *Amici* respectfully request that the Court grant them permission to file a brief as *Amici Curiae* in support of Plaintiff Epic Games, Inc.'s Motion to Enforce Injunction.  A copy of *Amici*'s proposed brief is attached hereto as Exhibit A.  The undersigned counsel have consulted counsel for the parties in this matter.  Plaintiff has consented to the filing of *Amici*'s brief and Defendant does not consent to the filing of that brief.

## INTEREST OF *AMICI CURIAE*

Meta is a technology company, founded in 2004, whose mission is to give people the power to build communities and to bring the world closer together.  Meta develops and operates some of the world's most popular apps, including Facebook, Instagram, WhatsApp, and Messenger, which are used daily by people worldwide to connect, find communities, and grow businesses.  Meta's products and services enable people to connect and share with friends, family, co-workers, and customers through mobile devices, personal computers, virtual reality headsets, and wearables.

Microsoft is a technology industry leader, founded in 1975, that offers a wide range of services, software, and hardware products.  Microsoft's mission is to enable individuals and businesses throughout the world to realize their full potential by creating technology that transforms the ways people work, play, and communicate.  Microsoft develops, manufactures, licenses, sells, and supports a wide range of programs, devices, and services, including Windows, Microsoft Office, Surface, Xbox and Xbox Game Pass, and Bing.  Microsoft offers many of its

---

[1]  *Amici* noticed their Motion for the same date and time selected by Epic for the hearing on its Motion to Enforce Injunction.

products as mobile apps, including on iOS, such as Microsoft Office, Teams, the Xbox app, and games including Candy Crush and Minecraft.

X (formerly "Twitter") is an international technology company that operates an online discussion platform used by more than 500 million active users around the world. X is a real-time, open, public conversation platform that allows people to create, distribute, and discover content. X allows users to create and share ideas and information instantly through various product features, including public posts and videos.

Match Group owns and operates online dating brands, including Tinder, which is Match Group's most popular dating brand. Tinder is available to users at no charge, including on iOS mobile device applications and on the web. Tinder users have the option of purchasing various subscription tiers as well as certain features on an á la carte basis.

*Amici* are each directly impacted by Apple's App Store Review Guidelines ("Guidelines") and have a substantial interest in ensuring that the Court's September 10, 2021 injunction against Apple is enforced. As developers of some of the most popular apps on the App Store, *Amici* have been subject to Apple's anti-steering restrictions for years. *Amici* therefore have a unique perspective that can aid the court in its resolution of Plaintiff's Motion to Enforce Injunction.

**ARGUMENT**

The Court possesses broad discretion over the question of whether to grant permission to file an *amicus* brief, and "generally courts have exercised great liberality" in permitting such briefs. *Woodfin Suite Hotels, LLC* v. *City of Emeryville*, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007) (internal quotation omitted). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court." *California* v. *U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to

provide." *Sonoma Falls Developers, LLC* v. *Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (internal quotation omitted).  *Amici's* proposed brief fulfills that purpose.

The resolution of Plaintiff's Motion to Enforce will directly affect *Amici*.  As explained in their proposed brief, Apple has failed to comply with this Court's injunction that prohibited Apple from blocking developers such as *Amici* from steering users to alternative payment methods outside of Apple's in-app purchasing mechanism.  Apple's proposed scheme for permitting external purchase links within an app imposes burdensome and unjustified restrictions on the flow of information to users that will ultimately inhibit price competition.  These new anti-steering restrictions will have broad real-world impacts on all app developers and their users — not just gaming apps.

*Amici* have been subject to Apple's anti-steering restrictions for years — often in direct competition with Apple's own apps and services — and have extensive experience with developing apps under Apple's Guidelines.  *Amici* can provide the Court with a broader understanding of how Apple has used, and continues to use, the Guidelines to restrict price competition and why the link entitlement process it has now proposed is a clear violation of the Court's injunction.  *Amici* are also well positioned to explain how Apple's new restrictions will, in practice, constrain price competition in different contexts and across a wide variety of apps.  *Amici*'s perspective on the negative impact of Apple's new anti-steering restrictions will be useful to the Court in determining whether Apple's has adequately complied with this Court's injunction, and *Amici* believe it will help in resolving Plaintiff's Motion to Enforce.

**CONCLUSION**

For the foregoing reasons, *Amici Curiae* respectfully request that the Court enter an order granting leave to file their proposed brief.

Sullivan
&
Cromwell LLP

3

Motion of Meta, Microsoft, X, and Match Group for Leave to File Brief as *Amici Curiae*
Case No. 4:20-cv-05640-YGR-TSH

Dated: March 20, 2024

/s/ *Brendan P. Cullen*
Renata B. Hesse
Brendan P. Cullen
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700
Email:   hesser@sullcrom.com
             cullenb@sullcrom.com

Shane M. Palmer
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:   palmersh@sullcrom.com

*Attorneys for* Amicus Curiae *Meta Platforms, Inc.*

/s/ *Reid M. Figel*
Reid M. Figel
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Telephone:  (202) 326-7918
Facsimile:  (202) 326-7999
Email:   rfigel@kellogghansen.com

*Attorney for* Amicus Curiae *Microsoft Corporation*

Joel Kurtzberg
John S. MacGregor
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York  10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420
Email: jkurtzberg@cahill.com
             jmacgregor@cahill.com

/s/ *William R. Warne*
William R. Warne
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: (916) 444-1000
Facsimile: (916) 520-5617
Email: bwarne@DowneyBrand.com

*Attorneys for* Amicus Curiae *X Corp.*


/s/ *Douglas J. Dixon*
Douglas J. Dixon
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:    (949) 229-8640
Email:  ddixon@hueston.com

Tate E. Harshbarger
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340
Email:  tharshbarger@hueston.com

*Attorneys for* Amicus Curiae *Match Group, LLC*

## ATTESTATION

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories concur with this filing.

Dated: March 20, 2024                             /s/ *Brendan P. Cullen*
                                                                     Brendan P. Cullen