**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPLE INC.<br><br>                    Defendant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF AS** *AMICI CURIAE*<br><br>Judge:          Hon. Yvonne Gonzalez-Rogers<br>Hearing Date:  April 30, 2024<br>Hearing Time:  2:00 p.m.<br>Courtroom:     1, 4th Floor |

The Court having considered the motion of Meta Platforms, Inc., Microsoft Corporation, X Corp., and Match Group, LLC, for leave to file a brief as *amici curiae* in support of Epic Games, Inc.'s Motion to Enforce Injunction, IT IS HEREBY ORDERED that the motion is GRANTED.  *Amici* shall file its brief on entry of this Order.

Dated: _____, 2024

_____
Yvonne Gonzalez Rogers
United States District Court

SULLIVAN
&
CROMWELL LLP