Renata B. Hesse (SBN 148425)
(hesser@sullcrom.com)
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Shane M. Palmer (SBN 308033)
(palmersh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for* Amicus Curiae *Spotify USA Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.<br><br>　　　　Defendant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**NOTICE OF APPEARANCE OF BRENDAN P. CULLEN ON BEHALF OF *AMICUS CURIAE* SPOTIFY USA INC.** |

1  To the Clerk of the Court and all parties of record:

2      I hereby certify that I am a member in good standing of the bar of this Court, and

3  I appear in this case as counsel for *Amicus Curiae* Spotify USA Inc.

4  Dated:  March 20, 2024      Respectfully submitted,

*/s/ Brendan P. Cullen*
Brendan P. Cullen
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700
Email:   cullenb@sullcrom.com

*Attorney for* Amicus Curiae *Spotify USA Inc.*