1

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 3 | EPIC GAMES, INC., ) | Case No. 4:20-cv-05640-YGR-TSH |
| 4 | Plaintiff, ) | **[PROPOSED] ORDER GRANTING** |
| 5 | v. ) | **LEAVE TO FILE BRIEF AS** *AMICUS CURIAE* |
| 6 | APPLE INC. ) | Judge: Hon. Yvonne Gonzalez-Rogers |
| 7 | Defendant. ) | Hearing Date: April 30, 2024 |
| 8 | ) | Hearing Time: 2:00 p.m.<br>Courtroom: 1, 4th Floor |

9

10          The Court having considered the motion of Spotify USA Inc. ("Spotify") for leave

11   to file a brief as *Amicus Curiae* in support of Plaintiff Epic Games, Inc.'s Motion to Enforce

12   Injunction, IT IS HEREBY ORDERED that the motion is GRANTED.  Spotify shall file the brief

13   on entry of this Order.

14

15   Dated: _____, 2024

16                                             _____

17                                             Yvonne Gonzalez Rogers
                                               United States District Court

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP