UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>   Plaintiff, Counter-Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant. | **Case No.**: 4:20-CV-05640-YGR-TSH<br>**Judge**: Hon. Yvonne Gonzalez Rogers<br>**Hearing Date**: April 30, 2024<br>**Hearing Time**: 2:00 p.m.<br>**Courtroom**: 1, 4th Floor<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICUS CURIAE*** |

  The Court, having considered the motion of Digital Content Next for leave to file a brief as *Amicus Curiae* in support of Epic Games, Inc.'s Motion to Enforce Injunction, IT IS HEREBY ORDERED that the motion is GRANTED. Digital Content Next shall file its brief as *Amicus Curiae* upon entry of this Order.

Dated: _____, 2024

                 _____
                 Hon. Yvonne Gonzalez Rogers
                 United States District Court