| | |
|---|---|
| Karl Huth, *pro hac vice* <br> Matthew J. Reynolds, *pro hac vice* <br> Joshua Luke Rushing <br> huth@huthreynolds.com <br> reynolds@huthreynolds.com <br> lrushing@huthreynolds.com <br> **HUTH REYNOLDS LLP** <br> 41 Cannon Court <br> Huntington, NY 11743 <br> Tel: (631) 263-3648 <br> Fax: (646) 664-1512 <br><br> *Attorneys for Digital Content Next* | Of Counsel: <br><br> J. Lee Hill <br> lhill@huthreynolds.com <br> **HUTH REYNOLDS LLP** <br> 41 Cannon Court <br> Huntington, NY 11743 <br> Tel: (405) 826-3226 <br> Fax: (646) 664-1512 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>        Plaintiff, Counter-Defendant, <br><br> v. <br><br> APPLE INC., <br><br>        Defendant, Counterclaimant. | **Case No.**: 4:20-CV-05640-YGR-TSH <br> **Judge**: Hon. Yvonne Gonzalez Rogers <br> **Hearing Date**: April 30, 2024 <br> **Hearing Time**: 2:00 p.m. <br> **Courtroom**: 1, 4th Floor <br><br> **NOTICE OF APPEARANCE OF JOSHUE LUKE RUSHING ON BEHALF OF *AMICUS CURIAE* DIGITAL CONTENT NEXT** |

1

To the Clerk of the Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for *Amicus Curiae* Digital Content Next.

|  |  |
|---|---|
| Dated: March 22, 2024 | Respectfully submitted, |
|  | HUTH REYNOLDS LLP |
|  | /s/ Joshua Luke Rushing |
|  | Joshua Luke Rushing |
|  | lrushing@huthreynolds.com |
|  | 41 Cannon Court |
|  | Huntington, NY 11743 |
|  | Tel: (202) 420-9628 |
|  | Fax: (646) 664-1512 |
|  | *Attorney for Digital Content Next* |

2

Notice of Appearance of Joshua Luke Rushing on Behalf of *Amicus Curiae* Digital Content Next
Case No. 4:20-CV-05640-YGR-TSH