| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>JUSTIN C. CLARKE (*pro hac vice*)<br>jcclarke@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*<br><br>[Additional counsel appear on signature page] | THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)<br>joshua.wesneski@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

MARK I. PINKERT (Fla. Bar No. 1003102; *pro hac vice* pending)
mark.pinkert@weil.com
KATHERINE G. BLACK (Fla. Bar No. 1031465; *pro hac vice* pending)
katie.black@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: 305.577.3100
Facsimile: 305.374.7519

*Attorneys for Defendant and Counterclaimant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND BRIEFING SCHEDULE ON EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1  Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") and Defendant and Counterclaimant Apple Inc. ("Apple") (collectively, the "Parties") by and through their respective counsel hereby agree as follows.

WHEREAS, on March 13, 2024, Epic filed a Notice of Motion and Motion to Enforce the Injunction (the "Motion") (Dkt. 897);

WHEREAS, on March 20, 2024, two motions for leave to file *amicus* briefs were filed and noticed for hearing on April 30, 2024 (Dkts. 904 & 906), and one more such motion was filed on March 22 (Dkt. 908);

WHEREAS, Apple intends to oppose the motions for leave to file *amicus* briefs;

WHEREAS, the Parties have met and conferred regarding these various motions, and reached agreement on Apple's page limit for a consolidated response in the event that any *amicus* requests are granted, and a briefing schedule for Epic's Motion; and

WHEREAS, the Parties submit that the proposed schedule does not affect any other Court-ordered deadlines, does not have any effect on the schedule for the case, and should not result in prejudice to any of the parties;

THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that if this Court denies all motions for leave to file *amicus* briefs in connection with Epic's Motion, Apple's response to Epic's Motion shall not exceed 25 pages, whereas if the Court permits any third parties to file *amicus* briefs in connection with Epic's Motion, Apple's consolidated response to Epic's Motion and *amicus* briefs shall not exceed 35 pages; and

IT IS FURTHER STIPULATED AND AGREED, subject to the Court's approval, that the briefing schedule respecting Epic's Motion shall be as follows:

| **Epic's Motion** | March 13, 2024 |
|---|---|
| **Apple's [Consolidated] Response to Epic's Motion [and any *amicus* briefs allowed to be filed]** | April 12, 2024 or five calendar days after the Court rules on the *amicus* motions (whichever is later) |

STIPULATION AND [PROPOSED] ORDER REGARDING EPIC'S MOTION TO ENFORCE INJUNCTION

1

CASE NO. 4:20-CV-05640-YGR-TSH

| **Epic's Reply in Support of Motion** | Ten calendar days after Apple's response |
|---|---|

Dated:  March 23, 2024

Respectfully submitted,

By:   /s/ *Paul J. Riehle*

**FAEGRE DRINKER BIDDLE & REATH LLP**
  Paul J. Riehle

**CRAVATH, SWAINE & MOORE LLP**
  Christine A. Varney
  Gary A. Bornstein
  Yonatan Even
  Lauren A. Moskowitz
  Justin C. Clarke
  M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant*
EPIC GAMES, INC.

STIPULATION AND [PROPOSED] ORDER REGARDING EPIC'S MOTION TO ENFORCE INJUNCTION     2     CASE NO. 4:20-CV-05640-YGR-TSH

| | |
|---|---|
| Dated: March 23, 2024 | Respectfully submitted, |
| | By: /s/ *Mark A. Perry* |

**WEIL, GOTSHAL & MANGES LLP**
   Mark A. Perry
   Joshua M. Wesneski
   Morgan D. Macbride
   Katherine G. Black
   Mark I. Pinkert

**GIBSON, DUNN & CRUTCHER LLP**
   Theodore J. Boutrous Jr
   Richard J. Doren
   Daniel G. Swanson
   Jay P. Srinivasan
   Cynthia E. Richman
   Rachel S. Brass
   Julian W. Kleinbrodt

*Attorneys for Defendant and Counter-claimant*
APPLE INC.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**E-FILING ATTESTATION**

I, Mark A. Perry, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Mark A. Perry*
Mark A. Perry