**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**APPLE INC.,**<br><br>　　　　Defendant. | Case No.: 4:20-CV-05640-YGR<br><br>**ORDER REGARDING PAGE LIMITS AND BRIEFING SCHEDULE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court is in receipt of three requests from non-parties for leave to file *amicus curiae* briefs in support of plaintiff Epic Games, Inc.'s motion to enforce the injunction. (*See* Dkt. Nos. 904, 906 & 908.) The Court understands defendant Apple, Inc. intends to oppose the requests.

For efficiency and to keep the scheduled hearing date on Epic's motion, the Court **ORDERS** that defendant shall file their oppositions to the pending motions for leave by no later than **12:00 p.m. Pacific Time on April 3, 2024.** Plaintiff shall file their replies by no later than **12:00 p.m. Pacific Time on April 5, 2024.**

Pursuant to the parties' joint stipulation and good cause showing, the Court further **ORDERS** as follows: First, Apple's consolidated response to Epic's motion, as well as any *amicus* briefs allowed to be filed, shall be due on **April 12, 2024.** Second, Epic's reply in support of their motion to enforce the injunction shall be due ten calendar days later on **April 22, 2024**. Third, if this Court permits any non-parties to file *amicus* briefs in connection with Epic's motion, Apple's consolidated response shall not exceed **35 pages**.

This terminates Dkt. No. 910.

**IT IS SO ORDERED**.

Date: March 28, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**