UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br><br>　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER DENYING LEAVE TO FILE BRIEFS AS *AMICI CURIAE* IN SUPPORT OF EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Hearing Date: April 30, 2024 (noticed date)<br>Hearing Time: 2:00 PM<br>Courtroom 1, 4th Floor |

　　This Court has considered the motions for leave to participate as *amicus curiae* filed by (1) Meta Platforms, Inc., Microsoft Corp., X Corp., Match Group, LLC ("Meta *et al.*"), (2) Spotify USA Inc. ("Spotify"), and (3) Digital Content Next ("DCN"). *See* Dkts. 904, 906, 908. Because the Court finds that the proposed *amici* do not have a special interest in Epic's Motion to Enforce Injunction (Dkt. 897) that justifies their participation, and because the proposed *amicus* briefs would not provide any meaningful assistance to the Court in resolving Epic's Motion, the Court HEREBY ORDERS that the motions for leave are DENIED.

Dated: _____, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court