UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**APPLE INC.,**<br><br>　　　　Defendant. | Case No.: 4:20-CV-05640-YGR<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEFS**<br><br>Re: Dkt. Nos. 904, 906 & 908 |

　　　　Pending before the Court are three motions for leave to file *amicus curiae* briefs in support of plaintiff Epic Games, Inc.'s motion to enforce the injunction.[1] Defendant Apple, Inc. opposes the motions on the grounds that the proposed *amicus* briefs would be "neither necessary nor helpful" to the Court. (Dkt. No. 912 at 1:23.) Instead, Apple argues the proposed briefs are irrelevant to and/or duplicative of Epic's motion.

　　　　Given the Court's "broad discretion" to permit the filing of *amicus* briefs, *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995), as well as proposed *amici curiae*'s perspectives on Epic's motion to enforce the injunction, the motions for leave are **GRANTED**.[2] As set forth in the Court's prior order, Apple's consolidated response to Epic's motion, as well as the proposed *amicus* briefs, shall be due on **April 12, 2024** and not exceed **35 pages**. (*See* Dkt. No. 911.)

　　　　This terminates Dkt. Nos. 904, 906 & 908.

　　　　**IT IS SO ORDERED**.

Date: April 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The motions are brought on behalf of a range of non-parties, including, in no particular order: Match Group, LLC; Meta Platforms, Inc.; Microsoft Corp.; X Corp.; Spotify USA, Inc.; and Digital Content Next. *See generally* Dkt. Nos. 904, 906 & 908.

[2] Since the Court determines the motions for leave are suitable for adjudication based on the record before it, Epic is **RELIEVED** of its obligation, under the Court's prior order, to file a reply brief in support of the motions.