1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to Seal (the "Motion"). In support, Apple filed the accompanying declaration of Mark A. Perry.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's Motion is **GRANTED**. Accordingly,

(1) The entirety of Exhibit 1 to the Declaration of Alex Roman in Support of Apple's Opposition to Epic Games, Inc.'s Motion to Enforce Injunction (the "Roman Declaration") (Dkt. No. 916-7) shall remain under seal;

(2) The unredacted versions of the documents sought to be partially sealed by the Motion shall remain under seal;

(3) The public shall only have access to the versions of the partially sealed documents sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| 6:21–7:6 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 9:7–8 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 10:11–13 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 13:9–14:4 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 14:13–14 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 15:26–16:1 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 26:11–12 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 28:23–25 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |

| | | |
|---|---|---|
| 29:2 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 29:8 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 29:27–30:1 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 32:14–16 | Opposition (Dkt. No. 915) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 2:12–13 | Roman Declaration (Dkt. No. 916-6) | Reflects information regarding Apple's financial analysis and pricing decisions. |
| 2:16–7:2 | Roman Declaration (Dkt. No. 916-6) | Reflects information regarding Apple's financial analysis and pricing decisions. |

**IT IS SO ORDERED.**

Dated: _____, 2024

                                                                                                                       The Honorable Yvonne Gonzalez Rogers
                                                                                                                           United States District Court Judge