| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>    dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>    crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>    jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>    mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>    joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>    morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100<br><br>MARK I. PINKERT (Fla. Bar No. 1003102; *pro hac vice*)<br>    mark.pinkert@weil.com<br>KATHERINE G. BLACK (Fla. Bar No. 1031465; *pro hac vice*)<br>    katie.black@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Telephone: 305.577.3100<br>Facsimile: 305.374.7159 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>       Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>       Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF JOSHUA M. WESNESKI IN SUPPORT OF APPLE INC.'S OPPOSITION TO EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION**<br><br>The Honorable Yvonne Gonzalez Rogers |

I, Joshua M. Wesneski, hereby declare as follows:

1. I am an attorney licensed to practice in the District of Columbia, and am appearing in this Court *pro hac vice*. I am Counsel at the law firm Weil, Gotshal & Manges LLP and counsel of record for Apple Inc. ("Apple") in this case. I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto.

2. I submit this declaration in support of Apple's Opposition to Epic Games, Inc.'s Motion to Enforce Injunction.

3. Attached hereto as Exhibit 1 is a true and correct copy of a January 16, 2024 tweet from Tim Sweeney, retrieved from his X account.

4. Attached hereto as Exhibit 2 is a true and correct copy of the hearing transcript from *In re Google Play Store Antitrust Litig.*, No. 21-md-02981-JD (N.D. Cal. Jan. 18, 2024).

5. Attached hereto as Exhibit 3 is a true and correct copy of an email exchange among Mark A. Perry, Yonatan Even, and Gary Bornstein, between February 19, 2024 and March 8, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April 2024, in Washington, D.C.

Dated: April 12, 2024                                Respectfully submitted,

                                                     By: */s/ Joshua M. Wesneski*
                                                         Joshua M. Wesneski