# EXHIBIT 1

← Post



**Tim Sweeney** ✓ @TimSweeneyEpic · Jan 16

Apple filed a bad-faith "compliance" plan for the District Court's injunction. It totally undermines the order allowing "buttons, external links, or other calls to action that direct customers to purchasing mechanisms, in addition to IAP".

developer.apple.com/support/storek...

💬 84    🔁 203    ♡ 1.3K    📊 252K

**Tim Sweeney** ✓
@TimSweeneyEpic

A quick summary of glaring problems we've found so far:

1) Apple has introduced an anticompetitive new 27% tax on web purchases. Apple has never done this before, and it kills price competition. Developers can't offer digital items more cheaply on the web after paying a third-party payment processor 3-6% and paying this new 27% Apple Tax.

2) Apple dictates all aspects of these links and doesn't allow them in the app's ordinary payment flow. Rather, links must be separated out into a different section of the app, away from places where users actually buy stuff.

3) Apple requires developers to open a generic web browser session, forcing the user to log in to the developer's web site again, to make a purchase. And because of #2, users will have to search all over again for the digital item they wanted to buy.

4) Apple will front-run competing payment processors with their own "scare screen" to disadvantage them.

Epic will contest Apple's bad-faith compliance plan in District Court.



