UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER DENYING EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Hearing Date: April 30, 2024 (noticed date)<br>Hearing Time: 2:00 PM<br>Courtroom 1, 4th Floor |

    The Court has considered the evidence and arguments presented in Plaintiff and Counter-defendant Epic Games, Inc.'s ("Epic") Motion to Enforce Injunction and Defendant and Counterclaimant Apple Inc.'s ("Apple") Opposition to Epic's Motion to Enforce Injunction. For the reasons stated in the Court's opinion issued herewith, the Court HEREBY ORDERS that Epic's Motion to Enforce Injunction is DENIED.

    IT IS SO ORDERED.

Dated: _____, 2024

    _____
    The Honorable Yvonne Gonzalez Rogers
    United States District Court