**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>   Plaintiff,<br><br>   v.<br><br>**APPLE INC.,**<br><br>   Defendant. | Case No.: 4:20-CV-05640-YGR<br><br>**ORDER STRIKING PROCEDURALLY IMPROPER FILING**<br><br>Re: Dkt. No. 919 |

On April 22, 2024, *amicus curaie* Digital Content Next filed a letter "correcting or clarifying certain incomplete or misleading factual assertions" in defendant Apple Inc.'s opposition to plaintiff Epic Games, Inc.'s motion to enforce the injunction. (*See* Dkt. No. 919.) As this filing is procedurally inappropriate, it is **STRICKEN** and will not be considered by the Court for any purpose.

Parties and non-parties, alike, must comply with procedural rules.

**IT IS SO ORDERED**.

Date: April 22, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**