1  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
2  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
3  LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
4  JUSTIN C. CLARKE (*pro hac vice*)
   jcclarke@cravath.com
5  MICHAEL J. ZAKEN (*pro hac vice*)
   mzaken@cravath.com
6  M. BRENT BYARS (*pro hac vice*)
   mbyars@cravath.com
7  **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue
8  New York, New York 10019
   Telephone:  (212) 474-1000
9  Facsimile:  (212) 474-3700

10 PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
11 **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
12 San Francisco, California 94111
   Telephone:  (415) 591-7500
13 Facsimile:  (415) 591-7510

14 *Attorneys for Plaintiff and Counter-defendant*
   *Epic Games, Inc.*

15

16                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17                      **OAKLAND DIVISION**

18 | EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
19 | | |
   | Plaintiff, Counter-defendant, | **DECLARATION OF YONATAN EVEN IN** |
20 | | **SUPPORT OF REPLY MEMORANDUM** |
   | v. | **IN SUPPORT OF EPIC GAMES, INC.'S** |
21 | | **MOTION TO ENFORCE INJUNCTION** |
   | APPLE INC., | |
22 | | Judge:  Hon. Yvonne Gonzalez Rogers |
   | Defendant, Counterclaimant. | |
23

24

25

26

27

28

1  I, Yonatan Even, declare as follows:

2  1.  I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc.

3  ("Epic") in the above-captioned actions.  I am admitted to appear before this Court *pro hac vice*.

4  2.  I submit this declaration in support of the Reply Memorandum in Support of

5  Epic's Motion to Enforce Injunction.

6  3.  I have personal, first-hand knowledge of the facts set forth in this Declaration.  If

7  called as a witness, I could and would competently testify to these facts under oath.

8  4.  Attached hereto as **Exhibit A** is a true and correct copy of Apple, Inc.'s ("Apple")

9  webpage titled "Distributing dating apps in the Netherlands", last visited April 22, 2024, which is

10  available at the URL address: https://developer.apple.com/support/storekit-external-entitlement/.

11  5.  Attached hereto as **Exhibit B** is a true and correct copy of Apple's webpage titled

12  "Distributing apps using a third-party payment provider in South Korea", last visited April 22,

13  2024, which is available at the URL address: https://developer.apple.com/support/storekit-

14  external-entitlement-kr/.

15  6.  Attached hereto as **Exhibit C** is a true and correct copy of Apple's webpage titled

16  "Distributing music streaming apps in the EEA that provide an external purchase link", last

17  visited April 22, 2024, which is available at the URL address: https://developer.apple.com/

18  support/music-streaming-services-entitlement-eea/.

19  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

20  and correct and that I executed this declaration on April 22, 2024 in New York, New York.

21

22



23  Yonatan Even

24

25

26

27

28

1    I, Gary A. Bornstein, am the ECF User whose ID and password are being used to file this

2 Declaration of Yonatan Even in Support of Reply Memorandum in Support of Epic Games, Inc.'s

3 Motion to Enforce Injunction.  In compliance with Civil Local Rule 5-1(i), I hereby attest that

4 concurrence in the filing of this document has been obtained from the signatory.

5

6                                             */s/ Gary A. Bornstein*
                                             Gary A. Bornstein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A



Support

Overview        Articles        Help Guides        Agreements and Guidelines        Contact us

# Distributing dating apps in the Netherlands

To comply with an order from the Netherlands Authority for Consumers and Markets (ACM), developers distributing dating apps on the Netherlands App Store can choose to do one of the following: 1) continue using Apple's in-app purchase system, 2) use a third-party payment system within the app, 3) include an in-app link directing users to the developer's website to complete a purchase, or 4) use a third-party payment system within the app and include a link directing users to the developer's website to complete a purchase.

Developers of dating apps who want to continue using Apple's in-app purchase system may do so and no further action is needed. Those who want to use a different payment system will need to request the StoreKit External Purchase Entitlement or the StoreKit External Purchase Link Entitlement, or both.

The entitlements that comply with the ACM order are only available for dating apps on the App Store in the Netherlands, and apps distributed pursuant to those entitlements must only be used in an iOS and/or iPadOS app on the Netherlands storefront. Apple will review each dating app submitted to ensure it complies with the terms and conditions of the entitlement, as well as the App Store Review Guidelines and the Apple Developer Program License Agreement.

---

# Requesting an entitlement

If you're interested in using the StoreKit External Purchase Entitlement or the StoreKit External Purchase Link Entitlement, get started by submitting an entitlement request form. You'll need to be an Account Holder in the Apple Developer Program; provide details such as your app's bundle ID, payment service provider, and website domain; and agree to the entitlement's terms and conditions.

1. **Select entitlement type**

   **The StoreKit External Purchase Entitlement.** For dating apps on the Netherlands storefront, this entitlement lets you use a third-party payment system within your app's native user interface.

   **The StoreKit External Purchase Link Entitlement.** For dating apps on the Netherlands storefront, this entitlement lets you include an in-app link directing users to a website you own or are responsible for to complete a purchase.

2. **Enter your app's information**

   **App name and description.** Enter your app's name, then describe the primary purpose of your app and how it works.

**Bundle ID.** Enter the bundle ID (the app's unique identifier) that you plan to use. Entitlement requests are per bundle ID and assigned entitlements can only be used with the single binary associated with the bundle ID.

3. ## Enter your payment processing information

Enter the name and website of your payment service provider (PSP). Before your entitlement can be assigned, you must certify that your PSP meets the following criteria:

- Meets Level 1 Payment Card Industry (PCI) compliance for handling credit and debit card data, or complies with the Payment Services Directive when not handling credit and debit card data

- Makes a customer service process available for users, including a process to dispute unauthorized transactions, manage subscriptions (if applicable), and request refunds

- Denominates all prices for the sale of digital goods and services to users in the Netherlands in the euro currency

4. ## Enter your website information

**Website domain.** If you're requesting the StoreKit External Purchase Link Entitlement, you'll need to provide the website domain (where users will complete purchases) for your destination URL. For example, if your app will link to "https://example.com/subscription-sign-up/", enter "https://example.com".

Note that the website domain you provide on the entitlement request form and the destination URL you provide in the Xcode Info.plist file must match the app binary you submit to App Review at all times.

**Customer support website.** Enter the URL for your customer support website where users can get timely support for purchases made through your external payment system. If you plan to use more than one URL, list every URL.

---

# Configuring and enabling the entitlement in Xcode

After you've received an email confirmation that the entitlement has been assigned to your account and you've configured the app ID in Certificates, Identifiers, and Profiles to support this entitlement, you'll need to update your Xcode project, entitlements plist file, and Info.plist file to list the entitlement and metadata. The entitlement is compatible with devices running iOS 15 and iPadOS 15 or later.



1. In the Project navigator, select the .entitlements file. In Xcode 13, the filename is prefixed with an ⊘ icon.

2. In the entitlements plist file, add a new entitlement key pair by holding the pointer over the Entitlements File row and clicking the add button (+).

3. Provide the following values for the entitlement:

   a. Key: com.apple.developer.storekit.external-purchase-link or com.apple.developer.storekit.external-purchase

   b. Type: Boolean

   c. Value: True

4. Provide the required metadata in your Info.plist file as described in Updating your Info.plist file.

On the next build to your device or distribution request in Xcode Organizer, Xcode will detect that the .entitlements file and cached provisioning profile don't match, and will request a new provisioning profile based on the latest app ID configuration to complete the code signing process.

## Updating your Info.plist file

Each entitlement has unique requirements for the data that must be entered into your app's Info.plist file. For details on managing your app's Info.plist file, view documentation.

### StoreKit External Purchase

1. Select the Info.plist file from the Project Navigator in your iOS target.

2. Provide the following values for this entitlement:

   a. Key: SKExternalPurchase

   b. Type: Array of String

   c. Value: A single ISO 3166-1 alpha-2 country code value for the country Netherlands, nl

### StoreKit External Purchase Link

1. Select the Info.plist file from the Project Navigator in your iOS target.

2. Provide the following values for this entitlement:

    a. Key: SKExternalPurchaseLink

    b. Type: Dictionary with string values

        i. Key: A single ISO 3166-1 alpha-2 country code value for the country Netherlands, nl

        ii. Value: A single destination URL

**Note:** At all times, the destination URL (link to your website) that you provide in the Info.plist file in Xcode must match the value in your app binary submitted to App Review. Make sure that each value is a string that:

- Uses the https scheme;

- Forms a valid, absolute URL;

- Contains no query parameters; and

- Contains 1,000 or fewer ASCII characters.

# Providing a third-party payment system within your app

## Requirements and guidelines

In addition to enabling the StoreKit External Purchase Entitlement, you'll need to use required StoreKit APIs, and follow usage requirements designed to help protect people's privacy and security, prevent scams and fraudulent activity, and maintain the overall quality of the user experience.

- The entitlement can only be used with a dating app for iOS and/or iPadOS on the Netherlands storefront. If your app is available in multiple regions, the entitlement may be included in your app, but can only be used in the version of the app on the Netherlands storefront, when on iOS or iPadOS.

- The entitlement cannot be used in the same app with Apple's in-app purchase system in the Netherlands storefront.

- When using the entitlement, you may include a third-party payment system within the app. The app must surface the External Purchase Modal Sheet (Figure 1) that explains the user is going to make purchases through a source other than Apple. The in-app payment flow you implement must:

  ◦ Provide a native experience within the app. It may not be within a web view. The user can leave the app only when legally required to go to a website or another app to complete the purchase.

  ◦ Not contain any hidden, dormant, or undocumented payment functionality or behavior.

- If your app engages in misleading marketing practices, such as bait and switch, scams, or fraud, it will be removed from the App Store and you may be removed from the App Store and you may be removed from the Apple Developer Program.

## Using required StoreKit APIs

- When using the StoreKit External Purchase entitlement, your app must:

  - Check canMakePayments prior to each flow to make a purchase or enter payment information. This call indicates whether the user is allowed to make payments.

  - Use the StoreKit External Purchase API for devices running iOS or iPadOS 15.4 or later to display an in-app modal sheet that informs users of an external payment system, as described below.

- When your app is not calling the StoreKit External Purchase API, use Storefront or SKStorefront in StoreKit to confirm that the Netherlands is the user's storefront prior to each flow to make a purchase or enter payment information.

## Displaying the in-app modal sheet

When using a third-party payment system within your app, your app must include an in-app modal sheet that explains purchases are made through a source other than Apple.

For iOS or iPadOS 15.4 or later, this is implemented by using the StoreKit External Purchase API. For devices running iOS or iPadOS 15 to iOS 15.3, you'll need to implement the modal sheet by following exactly the modal sheet's design and text provided in Figure 1.

This sheet must be displayed prior to:

- Each payment flow where the user would make a purchase, until the user taps "I Understand", on a per-device basis.

- Each flow to enter payment information, even if not for a specific purchase, until the user taps "I Understand", on a per-device basis.

Figure 1. External Purchase Modal Sheet



**English**

**Title:** Your payment will be managed by the developer. You will no longer be transacting with Apple.

**Body:** All purchases in this app will be processed by a service provider selected by the developer "developerName". The developer will be responsible for the payment methods and related features such as subscriptions and refunds. App Store features, such as your stored App Store payment method, subscription management, and refund requests, will not be available.

Learn More

**Action:** I Understand

**Dutch**

**Title:** Je betaling wordt beheerd door de ontwikkelaar. Je hebt geen transacties meer met Apple.

**Body:** Alle aankopen in deze app worden verwerkt door een serviceaanbieder geselecteerd door de ontwikkelaar 'developerName'. De ontwikkelaar is verantwoordelijk voor de betaalmethodes en gerelateerde functies zoals abonnementen en terugbetalingen. App Store-functies, zoals je bewaarde App Store-betaalmethode, abonnementsbeheer en verzoeken tot terugbetaling, zijn niet beschikbaar..

Lees meer

**Action:** Ik begrijp het

Design Specifications (4.9 MB) ⊕

# Linking to your website from your app

## Requirements and guidelines

In addition to enabling the StoreKit External Purchase Link Entitlement, you'll need to use required StoreKit APIs, and follow usage requirements designed to help protect people's privacy and security, prevent scams and fraudulent activity, and maintain the overall quality of the user experience.

- The entitlement can only be used with a dating app for iOS and/or iPadOS on Netherlands storefront. If your app is available in multiple regions, the entitlement may be included in your app, but can only be used in the version of the app on the Netherlands storefront, when on iOS or iPadOS.

- The entitlement cannot be used in the same app with Apple's in-app purchase system in the Netherlands storefront.

- When using the entitlement, you may include a link in your app to direct users to make purchases on a website you own or are responsible for. The link must:

  - Surface the External Purchase Link Modal Sheet (Figure 2), that explains the user is leaving the app and going to the web to make purchases through a source other than Apple;

  - Open a new window in the default browser installed on the user's device; the link may not open a web view in the app;

  - Not pass additional parameters in the URL, so that user or device data is not transmitted to the developer without the user's knowledge or permission;

  - Go directly to your website without any redirect or intermediate link or landing page;

  - Be submitted with your app to App Review, and be resubmitted if the URL changes.

- Your App Store product page's metadata cannot include information about purchasing on your website or a link to your website for purchasing.

- If your app engages in misleading marketing practices, such as bait and switch, scams, or fraud, it will be removed from the App Store and you may be removed from the Apple Developer Program.

## Using required StoreKit APIs

- When using the StoreKit External Purchase Link Entitlement, your app must:

  - Check canMakePayments prior to each instance of linking a user out to an external website for purchasing digital goods and services.

  - Use the StoreKit External Purchase Link API for devices running iOS and iPadOS 15.4 or later to display an in-app modal sheet that informs users of an external payment system, as described below.

  - Unless you're calling the StoreKit External Purchase Link API, use Storefront or SKStorefront in StoreKit to confirm that the Netherlands is the user's storefront prior to each instance of linking a

user out to an external website for purchasing digital goods and services.

## Displaying the in-app modal sheet

Your app must display an in-app modal sheet explaining to the user that they'll be leaving the app and going to the web to make a purchase through a source other than Apple. This modal sheet must be displayed prior to each instance of linking to an external website for purchasing digital goods and services, until the user taps "I Understand", on a per-device basis.

For iOS or iPadOS 15.4 or later, this is implemented by using the StoreKit External Purchase Link API. For devices running iOS or iPadOS 15 to iOS 15.3, you'll need to implement the modal sheet by following exactly the modal sheet's design and text provided in Figure 2.

Figure 2. External Purchase Link Modal Sheet



### English

**Title:** You're about to leave the app and go to an external website. You will no longer be transacting with Apple.

**Body:** Any accounts or purchases made outside of this app will be managed by the developer "developerName". The developer will be responsible for the payment methods and related features such as subscriptions and refunds. App Store features, such as your stored App Store payment method, subscription management, and refund requests, will not be available.

Learn More

**Action:** I Understand

### Dutch

**Title:** Je staat op het punt de app te verlaten en naar een externe website te gaan. Je hebt geen transacties meer met Apple.

**Body:** Alle accounts of aankopen die aangemaakt of gedaan zijn buiten deze app worden beheerd door de ontwikkelaar 'developerName'. De ontwikkelaar is verantwoordelijk voor de betaalmethodes en gerelateerde functies zoals abonnementen en terugbetalingen. App Store-functies, zoals je bewaarde App Store-betaalmethode, abonnementsbeheer en verzoeken tot terugbetaling, zijn niet beschikbaar.

Lees meer

**Action:** Ik begrijp het

Design Specifications (4.9 MB) ⊙

# Submitting your app for review in App Store Connect

When submitting your new app binary for review in App Store Connect, make sure to follow these submission requirements as well as the terms and conditions of the entitlement, the App Store Review Guidelines, and the Apple Developer Program License Agreement.

- Your in-app modal sheet for your external payment flow is properly implemented and tested.

- The website your app links to for purchases and support is fully functional.

- Your PSP is ready to complete transactions from your app.

- Screenshots of your app's UI where you make the required disclosures to users are included with your submission.

If your submission is incomplete, review times may be delayed or your app may be rejected. Once your app has been reviewed, its status will be updated in App Store Connect and you'll be notified.

At all times, you'll need to make sure your app's entitlement details match your app's binary, and are up to date. To make updates to your entitlement details, such as PSP and website domain, submit an entitlement update form.

# Commission and sales reporting

Consistent with the interim relief ruling of the Rotterdam district court, dating apps that are granted an entitlement to link out or use a third-party in-app payment provider will pay Apple a commission on transactions. Apple will reduce its commission by 3% on the price paid by the user, net of value-added taxes. This is a reduced rate that excludes value related to payment processing and related activities. Developers will be responsible for the collection and remittance of any applicable taxes, such as the Netherlands' value-added tax (VAT), for sales processed by a third-party payment provider.

Developers using these entitlements will be required to provide a report to Apple recording each sale of digital goods and content that has been facilitated through the App Store. This report will need to be provided weekly within 15 calendar days following the end of Apple's fiscal week (Sunday through Saturday). To learn about the details that will need to be included in the report, view an example report. Qualifying developers will receive an invoice based on the reporting and will be required to remit payment to Apple for the amount invoiced within 45 days following the end of Apple's fiscal month. In the future, if Apple develops technical solutions to facilitate reporting, developers will be required to adopt such technologies.

Please note that Apple has audit rights pursuant to the entitlement's terms and conditions. This will allow Apple to review the accuracy of a developer's record of digital transactions as a result of the entitlement, ensuring the appropriate commission has been paid to Apple. Failure to pay Apple's commission could result in the offset of proceeds owed to you in other markets, removal of your app from the App Store, or removal from the Apple Developer program.

# Supporting users

If you're a developer using one of these entitlements, it will be your responsibility to provide timely support to customers if questions or issues arise stemming from alternative payment options. Because Apple will not be aware of purchases made using alternative methods, Apple will not be able to assist users with refunds, payment history, subscription management, and other issues encountered when purchasing digital goods and services through these alternative purchasing methods. You'll be responsible for addressing such issues with customers.

---

# Resources

 App Store Review Guidelines

 Developer agreements

 In-app purchase

 Auto-renewable subscriptions



### Feedback Assistant

Submit feedback, report bugs, and request enhancements to APIs and developer tools.

Send us feedback ›



### Forums

Ask questions and discuss development topics with Apple engineers and other developers.

View forums ›



### Contact us

Have a question or request? We can help by phone or email.

Get support ›

 Developer  ›  Support  ›  Distributing dating apps in the Netherlands

**Platforms**
iOS
iPadOS
macOS
tvOS
visionOS
watchOS

**Tools**
Swift
SwiftUI
Swift Playgrounds
TestFlight
Xcode
Xcode Cloud

**Topics & Technologies**
Accessibility
Accessories
App Extensions
App Store
Audio & Video
Augmented Reality
Business
Design
Distribution
Education
Fonts
Games
Health & Fitness
In-App Purchase
Localization

**Resources**
Documentation
Tutorials
Downloads
Forums
Videos

**Support**
Support Articles
Contact Us
Bug Reporting
System Status

**Account**
Apple Developer

**Programs**
Apple Developer Program
Apple Developer Enterprise Program
App Store Small Business Program
MFi Program
News Partner Program
Video Partner Program
Security Bounty Program
Security Research Device Program

**Events**
Meet with Apple Experts
Apple Developer Centers
App Store Awards
Apple Design Awards

SF Symbols

Maps & Location

App Store Connect

Apple Developer Academies

Machine Learning

Certificates, IDs, & Profiles

Entrepreneur Camp

Open Source

Feedback Assistant

WWDC

Security

Safari & Web

Get the Apple Developer app.

Light   Dark   Auto

Copyright © 2024 Apple Inc. All rights reserved.   Terms of Use  |  Privacy Policy  |  Agreements and Guidelines

English ⌄

EXHIBIT B



## Support

Overview    Articles    Help Guides    Agreements and Guidelines    Contact us

# Distributing apps using a third-party payment provider in South Korea

The Telecommunications Business Act in South Korea was recently amended to mandate that apps distributed by app market operators in South Korea be allowed to offer an alternative payment processing option within their apps. To comply with this law, developers can use the StoreKit External Purchase Entitlement. This entitlement allows apps distributed on the App Store solely in South Korea the ability to provide an alternative in-app payment processing option. Developers who want to continue using Apple's in-app purchase system may do so and no further action is needed.

Those who want to use a different payment system will need to enable the entitlement in Xcode, use required StoreKit APIs, and submit a separate app binary for iOS and/or iPadOS that is distributed solely on the App Store in South Korea. Apple will review this South Korea-specific app to ensure it complies with the terms and conditions of the entitlement, as well as the App Store Review Guidelines and the Apple Developer Program License Agreement.

# Requesting an entitlement

If you're interested in using the StoreKit External Purchase Entitlement for apps in South Korea, get started by submitting an entitlement request form. You'll need to be an Account Holder in the Apple Developer Program; provide details such as your app's bundle ID, payment service provider, and website domain; and agree to the entitlement's terms and conditions.

### Enter your app's information

Enter your app's name, description, and bundle ID (the app's unique identifier) that you plan to use. Entitlement requests are per bundle ID and can only be assigned to a bundle ID that has not yet been published on the App Store. After your entitlement has been assigned, you'll need to submit your app as a separate app binary for iOS and/or iPadOS that will be distributed on the App Store solely in South Korea.

### Provide your payment processing information

Select a pre-approved payment service provider (PSP) from the list below to process in-app purchases made through the South Korea storefront. The following PSPs are currently qualified to provide a payment processing system for apps distributed in South Korea:

- KCP
- Inicis
- Toss
- NICE

If you prefer to use a different PSP, enter their name and website information for consideration. Note that developers cannot store or transmit payment information, unless they are a PSP who meets the same criteria required of all other PSPs. Before your entitlement can be assigned, we'll need to verify your PSP meets the criteria of having a secure payment processing system and an established track record of protecting user privacy. Your PSP will need to offer the following:

- Privacy, security, and fraud prevention services consistent with industry standards.

- Broad payment support.

- Subscription billing capabilities with secure card storage and handling.

- Split payments, with the ability to pay commission directly to Apple at the developer's request.

**Note:** You may only use one PSP per entitlement. If your entitlement request doesn't include a pre-approved PSP, your request may be delayed or denied. If you need to change your PSP, submit an entitlement update form.

### Enter your customer support website information

Enter the URL for your customer support website where users can get timely support for purchases made through your external payment system. If you plan to use more than one URL, list every URL.

---

# Configuring and enabling the entitlement in Xcode

After you've received an email confirmation that the entitlement has been assigned to your account and you've configured your app's App ID in Certificates, Identifiers, and Profiles to support this entitlement, you'll need to update your Xcode project, entitlements plist file, and info.plist file to list the entitlement and metadata. The entitlement is compatible with devices running iOS 15 and iPadOS 15 or later.



1. In the Project navigator, select the .entitlements file. In Xcode 13, the filename is prefixed with an ⊘ icon.

2. In the entitlements plist file, add a new entitlement key pair by holding the pointer over the Entitlements File row and clicking the Add button (+).

3. Provide the following values for the entitlement:

   a. Key: com.apple.developer.storekit.external-purchase

   b. Type: Boolean

   c. Value: True

4. Provide the required metadata in your Info.plist file as described in Updating your Info.plist file.

On the next build to your device or distribution request in Xcode Organizer, Xcode will detect that the .entitlements file and cached provisioning profile don't match, and will request a new provisioning profile based on the latest app ID configuration to complete the code signing process.

## Updating your Info.plist file

Each entitlement has unique requirements for the data that must be entered into your app's info.plist file. For details on managing your app's info.plist file, view documentation.

### StoreKit External Purchase

1. Select the Info.plist file from the Project Navigator in your iOS target.

2. Provide the following values for this entitlement:

   a. Key: SKExternalPurchase

   b. Type: Array of String

   c. Value: KR (The single ISO 3166-1 alpha-2 country code value for South Korea.)

---

# Providing a third-party payment system within your app

## Requirements and guidelines

In addition to enabling the StoreKit External Purchase Entitlement, you'll need to use required StoreKit APIs, and follow usage requirements designed to help protect people's privacy and security, prevent scams and fraudulent activity, and maintain the overall quality of the user experience.

- The entitlement can only be used with an app for iOS or iPadOS on the App Store in South Korea.

- The entitlement can only be used with a new binary distributed solely on South Korea storefront.

- The entitlement cannot be used in the same app with Apple's in-app purchase system.

- When using the entitlement, you may include an approved third-party payment system within the app. The app must surface the External Purchase Modal Sheet (Figure 1), explaining that the user is going to make purchases through a source other than Apple. The in-app payment flow you implement must:

  - Provide a native experience within the app. It may not be within a web view. The user can leave the app only when legally required to go to a website or another app to complete the purchase.

  - Not contain any hidden, dormant, or undocumented payment functionality or behavior.

- If your app engages in misleading marketing practices, such as bait and switch, scams, or fraud, it will be removed from the App Store and you may be removed from the Apple Developer Program.

## Using required StoreKit APIs

- When using the StoreKit External Purchase entitlement, your app must:

  - Check canMakePayments prior to each flow to make a purchase or enter payment information. This call indicates whether the user is allowed to make payments.

  - Use the StoreKit External Purchase API for devices running iOS or iPadOS 15.4 or later to display an in-app modal sheet that informs users of an external payment system, as described below.

- When your app is not calling the StoreKit External Purchase API, use Storefront or SKStorefront in StoreKit to confirm that South Korea is the user's storefront prior to each flow to make a purchase or enter payment information.

## Displaying the in-app modal sheet

When using a third-party payment system within your app, your app must include an in-app modal sheet that explains purchases are made through a source other than Apple.

For iOS or iPadOS 15.4 or later, this is implemented by using the StoreKit External Purchase API. For devices running iOS or iPadOS 15 to iOS 15.3, you'll need to implement the modal sheet by following exactly the modal sheet's design and text provided in Figure 1.

This sheet must be displayed prior to:

- Each payment flow where the user would make a purchase, until the user taps "Continue", on a per-device basis.

- Each flow to enter payment information, even if not for a specific purchase, until the user taps "Continue", on a per-device basis.

Figure 1. External Purchase Modal Sheet



## Korean

**Title:** 이 앱은 App Store의 안전한 비공개 지불 시스템을 지원하지 않습니다.

**Body:** 이 앱의 모든 구입 관련 사항은 "<Developer Name>" 앱 개발자가 관리합니다. 더 이상 Apple과의 거래는 이뤄지지 않습니다. 저장된 App Store에 대한 지불 방법과 구독 관리, 구입 요청, 가족 공유 및 환불 요청과 같은 관련 기능을 이용할 수 없습니다. Apple은 이 개발자를 통한 거래에서 개인 정보 보호 또는 보안에 대한 책임을 지지 않습니다.

**Link:** 더 알아보기

**Button 1:** 계속
**Button 2:** 취소

## English

**Title:** This app does not support the App Store's private and secure payment system.

**Body:** All purchases in this app will be managed by the developer "<Developer Name>". You will no longer be transacting with Apple. Your stored App Store payment method and related features, such as subscription management, Ask to Buy, Family Sharing, and refund requests, will not be available. Apple is not responsible for the privacy or security of transactions made with this developer.

**Link:** Learn More

**Button 1:** Continue
**Button 2:** Cancel

Design Specifications (4.5 MB) ⬇

---

# Submitting your app for review in App Store Connect

When submitting your new app binary for review in App Store Connect, make sure to follow these submission requirements as well as the terms and conditions of the entitlement, the App Store Review Guidelines, and the Apple Developer Program License Agreement.

- Your in-app modal sheet for your external payment flow is properly implemented and tested.

- Your PSP is ready to complete transactions from your app.

- Screenshots of your app's UI where you make the required disclosures to users are included with your submission.

- Your app availability in App Store Connect is limited to South Korea.

- If your app is a new version of an app that currently uses Apple's in-app purchase system, you must remove the existing app from the App Store on iOS and/or iPadOS in South Korea before your StoreKit External Purchase-enabled app can be approved for distribution.

If your submission is incomplete or you selected a PSP that is not already approved, review times may be delayed or your app may be rejected. Once your app has been reviewed, its status will be updated in App Store Connect and you will be notified. At all times, you'll need to make sure your app's entitlement details match your app's binary, and are up to date. To make updates to your entitlement details, such as PSP, submit an entitlement update form.

# Commission and sales reporting

Apps that are granted an entitlement to use a third-party in-app payment provider will pay Apple a commission on transactions. Apple will charge a 26% commission on the price paid by the user, gross of any value-added taxes. This is a reduced rate that excludes value related to payment processing and related activities. Developers will be responsible for the collection and remittance of any applicable taxes, as specified in the StoreKit External Purchase Entitlement Addendum for Apps in South Korea.

Developers using these entitlements will be required to provide a report to Apple recording each sale of digital goods and content that has been facilitated through the App Store. This report will need to be provided monthly within 15 calendar days following the end of Apple's fiscal month. To learn about the details that will need to be included in the report, view an example report. Qualifying developers will receive an invoice based on the reporting and will be required to remit payment to Apple for the amount invoiced within 45 days following the end of Apple's fiscal month. In the future, if Apple develops technical solutions to facilitate reporting, developers will be required to adopt such technologies.

Please note that Apple has audit rights pursuant to the entitlement's terms and conditions. This will allow Apple to review the accuracy of a developer's record of digital transactions as a result of the entitlement, ensuring the appropriate commission has been paid to Apple. Failure to pay Apple's commission could result in the offset of proceeds owed to you in other markets, removal of your app from the App Store or removal from the Apple Developer program.

# Supporting users

If you're a developer using this entitlement, it will be your responsibility to provide timely support to customers if questions or issues arise stemming from alternative payment options. Because Apple will not be aware of purchases made using alternative methods, Apple will not be able to assist users with refunds, payment history, subscription management, and other issues encountered when purchasing digital goods and services through these alternative purchasing methods. You will be responsible for addressing such issues with customers.

# Resources

📄 App Store Review Guidelines

- Developer agreements
- In-app purchase
- Auto-renewable subscriptions



## Feedback Assistant

Submit feedback, report bugs, and request enhancements to APIs and developer tools.

Send us feedback ›



## Forums

Ask questions and discuss development topics with Apple engineers and other developers.

View forums ›



## Contact us

Have a question or request? We can help by phone or email.

Get support ›

 Developer › Support › Distributing apps using a third-party payment provider in South Korea

**Platforms**
iOS
iPadOS
macOS
tvOS
visionOS
watchOS

**Tools**
Swift
SwiftUI
Swift Playgrounds
TestFlight
Xcode
Xcode Cloud
SF Symbols

**Topics & Technologies**
Accessibility
Accessories
App Extensions
App Store
Audio & Video
Augmented Reality
Business
Design
Distribution
Education
Fonts
Games
Health & Fitness
In-App Purchase
Localization
Maps & Location
Machine Learning
Open Source
Security
Safari & Web

**Resources**
Documentation
Tutorials
Downloads
Forums
Videos

**Support**
Support Articles
Contact Us
Bug Reporting
System Status

**Account**
Apple Developer
App Store Connect
Certificates, IDs, & Profiles
Feedback Assistant

**Programs**
Apple Developer Program
Apple Developer Enterprise Program
App Store Small Business Program
MFi Program
News Partner Program
Video Partner Program
Security Bounty Program
Security Research Device Program

**Events**
Meet with Apple Experts
Apple Developer Centers
App Store Awards
Apple Design Awards
Apple Developer Academies
Entrepreneur Camp
WWDC

Get the Apple Developer app.

Light   Dark   Auto

Copyright © 2024 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy   |   Agreements and Guidelines

English

EXHIBIT C



**Support**

Overview    Articles    Help Guides    Agreements and Guidelines    Contact us

# Distributing music streaming apps in the EEA that provide an external purchase link

In addition to using Apple's convenient, safe, and secure In-App Purchase system, music streaming apps on the App Store in the European Economic Area (EEA) can use the Music Streaming Services Entitlement (EEA) to include a link to the developer's website that informs users of other ways to purchase digital goods or services. To use the entitlement, you'll need to submit a request, enable the entitlement in Xcode, and use required StoreKit APIs. Apple will review your app to ensure it follows the terms and conditions of the entitlement, as well as the App Review Guidelines and Apple Developer Program License Agreement.

## Requesting the entitlement

If you're interested in using the Music Streaming Services Entitlement (EEA) for your app, get started by submitting the entitlement request form. You'll need to be an Account Holder in the Apple Developer Program, provide details such as your app's bundle ID, website domain, and payment service provider, and agree to the entitlement's terms and conditions.

To qualify for the entitlement, your app must:

- Have the primary purpose of offering music streaming services;

- Have selected Music as their primary app category;

- Be available on the iOS or iPadOS App Store in an EEA storefront;

- Not use the StoreKit External Link Account Entitlement profile; and

- Not participate in the Video Partner Program or News Partner Program.

Please note: If you agree to the Alternative Terms Addendum for Apps in the EU, your use of alternative payment capabilities in EU-based storefronts will be governed under those terms, and the terms of the Music Streaming Services Entitlement (EEA) only apply to the Iceland and Norway storefronts of the App Store.

### Enter your app and website information

**App name and description.** Enter your app's name, then describe the primary purpose of your app and how it works.

**Bundle ID.** Enter the bundle ID (the app's unique identifier) that you plan to use. Entitlement requests are per bundle ID and assigned entitlements can only be used with the single binary associated with the bundle ID.

**Customer support website.** Enter the URL for your customer support website where users can get timely support for purchases made through your external payment system.

---

# Configuring and enabling the entitlement in Xcode

After you receive an email confirmation that the entitlement has been assigned to your account and you've configured the App ID in Certificates, Identifiers & Profiles to support this entitlement, you'll need to update your Xcode project, entitlements plist file, and Info.plist file to list the entitlement and metadata.

The Entitlement Profile is compatible and may only be used with applications distributed through an EEA storefront, on devices running iOS and/or iPadOS 17.4 or later.



1. Enable the entitlement in the Xcode Capability library or on the developer website.

2. Provide the following values for the entitlement:

   a. Key: com.apple.developer.storekit.external-purchase-link

   b. Type: Boolean

   c. Value: True

3. Provide the required metadata in your Info.plist file, as described in Updating your Info.plist file.

On the next build of your device or distribution request in Xcode Organizer, Xcode will detect that the .entitlements file and cached provisioning profile don't match, and will request a new provisioning profile

based on the latest App ID configuration to complete the code signing process.

## Updating your Info.plist file

The entitlement has unique requirements for the data that must be entered into your app's Info.plist file. Your app can have up to five purchase links per storefront, per binary. To implement a single purchase link, use SKExternalPurchaseLink. To implement multiple purchase links, use SKExternalPurchaseMultiLink to provide an array of strings for multiple purchase links. For details on managing your app's Info.plist file, view documentation.

## SKExternalPurchaseLink

1. Select the Info.plist file from the Project navigator in your iOS target.

2. Provide the following values for the entitlement:

   a. Key: SKExternalPurchaseLink

   b. Type: Dictionary with string values

      i. Key: A single ISO 3166-1 alpha-2 country code value for a country in the EEA.

      ii. Value: A single destination URL

## SKExternalPurchaseMultiLink

1. Select the Info.plist file from the Project navigator in your iOS target.

2. Provide the following values for the entitlement:

   a. Key: SKExternalPurchaseMultiLink

   b. Type: Dictionary with string values

      i. Key: A single ISO 3166-1 alpha-2 country code value for a country in the EEA.

      ii. Value: An array containing up to five destination URLs

Note: If your app uses SKExternalPurchaseMultiLink, you'll need to (1) call APIs to determine eligibility as specified in the Understanding app and link requirements section below; (2) build and display the in-app disclosure sheet as specified in the Displaying the disclosure sheet section below, and (3) provide transaction reports to Apple as specified in the Transaction Reporting section below. In the future, if Apple develops API to facilitate all of these actions, you will be required to adopt such API within 30 days with an update of your app.

## Eligible EEA country codes

The App Store is available in the following EEA countries: Austria (at), Belgium (be), Bulgaria (bg), Croatia (hr), Cyprus (cy), Czechia (cz), Denmark (dk), Estonia (ee), Finland (fi), France (fr), Germany (de), Greece (gr), Hungary (hu), Iceland (is), Ireland (ie), Italy (it), Latvia (lv), Lithuania (lt), Luxembourg (lu), Malta (mt), Netherlands (nl), Norway (no), Poland (pl), Portugal (pt), Romania (ro), Slovakia (sk), Slovenia (si), Spain (es), and Sweden (se).

Include a key entry in the dictionary for each country code where your app supports linking out. At all times, the destination URLs (i.e., the links to your webpage) that you provide in the Info.plist file in Xcode must match the values in the app binary you submitted to App Review. Make sure that each value is a string that:

- Uses the HTTPS scheme;

- Forms a valid, absolute URL;

- Contains no query parameters; and

- Contains 1,000 or fewer ASCII characters.

# Understanding app and link requirements

In addition to using the entitlement and required StoreKit APIs, you'll need to follow usage requirements designed to help protect people's privacy and security, prevent scams and fraudulent activity, and maintain the overall quality of the user experience.

You may invite users in your Music Streaming Services App (EEA) to provide you their email address, with the express purpose of sending them a link to your website to purchase digital goods or services.

Prior to each instance of linking out from your app to take the user to a website you own or are responsible for in order to purchase digital goods or services, you must call the relevant StoreKit External Purchase Link APIs, to (1) determine that you may use a link out and open a link; and (2) if so, display the system disclosure sheet.

If your app uses multiple external purchase links per storefront, prior to each instance of linking from your app to an external website for purchases, you must:

- Call the canMakePayments API and determine that the user may authorize payments; and

- Call the StoreKit External Purchase Link API and determine that they're a user of an EEA storefront, and if so, surface the associated system disclosure.

Any link you provide in your app to go to your website for purchases of digital goods or services must:

- Go directly to your website without any redirect or intermediate links or landing page;

- Open a new window in the default browser on the device, and may not open a web view;

- Not pass additional parameters in the URL in order to protect the user (for example, their privacy);

- Be statically-defined in the <<SKExternalPurchaseLink>> (if you have one link per storefront) or <<SKExternalPurchaseMultiLink>> (if you have more than one link per storefront) in your app's Info.plist file before submission to the App Store; or

- Be submitted with your app to the App Store, and shall be resubmitted if the URL changes.

If you choose to use the App Store In-App Purchase system in your app, any link out or invitation to provide an email address for the express purpose of purchasing digital goods on your website must:

- Be displayed in your app on no more than one app page the user navigates to (not an interstitial, modal, or pop-up), in a single, dedicated location on such page, and may not persist beyond that page;

- Not be displayed on any page that is part of an in-app flow to merchandise or initiate a purchase using In-App Purchase; and

- Not discourage users from making In-App Purchases, or disparage In-App Purchase (nor may your app otherwise do so).

You may not include information about purchasing on your website or a link to your website for purchasing on your app's App Store product page.

You must provide accurate information regarding the digital goods or services available for purchase on your website. If your app engages in misleading marketing practices, such as bait and switch, scams, or fraud, it will be removed from the App Store and you may be removed from the Apple Developer Program.

## Design templates and best practices



Sign in screen



Account screen



App page

We recommend using any of the following Apple-provided templates that best fits your use case. The templates follow the Plain Button style, as specified in the Human Interface Guidelines, and are localized in 40 locales.

**Purchase template:**
Purchase from the website at www.example.com ⤴

**Special offer template:**
For special offers, go to www.example.com ⤴
For a special offer, go to www.example.com ⤴

**Lower price template:**
Lower prices offered on www.example.com ⤴
Lower price offered on www.example.com ⤴

**Percent off template:**
To get XX% off, go to www.example.com ⤴

**Specific price template:**
Buy for $X.XX at www.example.com ⤴

## Displaying the disclosure sheet

When a user taps on a link in your app to a make a purchase on your website, it must display a disclosure sheet within in your app explaining to the user that they'll be going to the web to make a purchase through

a source other than Apple. It must be displayed prior to each instance of linking to an external website for purchasing digital goods and services, until the user taps "Continue", on a per-device basis.

### Single purchase link

If you're providing a single link out to your webpage from within your app, this is implemented by using the ExternalPurchaseLink API. The operating system will display a system-provided disclosure sheet to users on a device running iOS 17.4, iPadOS 17.4, macOS 14.4, tvOS 17.4, or watchOS 14.4 or later.



### Multiple purchase links

If you're providing multiple purchase links using SKExternalPurchaseMultiLink in your app, you need to manually build the in-app disclosure sheet that matches the design specifications and text strings provided by Apple. In a future release of iOS and iPadOS, calling the ExternalPurchaseLink API will surface a disclosure sheet provided by the system that supports multiple purchase links. When the updated API becomes available, you'll be required to adopt the API within 30 days with an update of your app and follow the timing and requirements provided.



# Submitting your app for review in App Store Connect

When submitting your new app binary for review in App Store Connect, make sure to follow these submission requirements as well as the terms and conditions of the entitlement, the App Review Guidelines, and the Apple Developer Program License Agreement.

- Your app and in-app disclosure sheet for your external payment flow is properly implemented and tested.

- The link is only displayed to users on an EEA storefront.

- The website your app links to for purchases and support is fully functional.

- The name of your payment service provider (PSP) is included in the review notes. Make sure the PSP is ready to complete transactions from your app. It must:

  - Meet Level 1 Payment Card Industry (PCI) compliance for handling credit and debit card data;

  - Make a customer service process available for users, including a process to dispute unauthorized transactions, manage subscriptions (if applicable), and request refunds; and

  - Denominate all prices for the sale of digital goods and services to users in local currency or euros.

- If your app uses SKExternalPurchaseMultiLink for multiple purchase links, the URLs are included in the review notes.

TestFlight may be used for beta testing the Music Streaming Services Entitlement (EEA) profile, as long as any transactions incurred in such testing are provided to testers at no cost.

If your submission is incomplete, review times may be delayed or your app may be rejected. Once your app has been reviewed, its status will be updated in App Store Connect and you'll be notified.

---

# Commission, transaction reports, payments, and taxes

All App Store developers — including those who place buttons or links with calls to action in their apps — benefit from Apple's proprietary technology and tools protected by intellectual property. These include Apple's ongoing investments in developer tools that make it easy to build apps for Apple's ecosystem, SDKs, and APIs, and updates to the platform itself. Apple also provides a safe and trusted experience through the App Store, made possible by App Review and antifraud initiatives, which enables users and developers to transact with confidence. Developers benefit from App Store discovery, marketing tools and opportunities, and analytics, while leveraging Apple's infrastructure for hosting apps and distributing app downloads, redownloads, and updates.

Apple is charging a commission on digital purchases initiated within seven days from link out, as described below. This will not capture all transactions that Apple has facilitated through the App Store, but is a reasonable means to account for the substantial value Apple provides developers, including in facilitating linked transactions.

Apple's commission will be 27% on proceeds you earn from sales ("transactions") to the user for digital goods or services on your website after a link out (i.e., they tap "Continue" on the system disclosure sheet), provided that the sale was initiated within seven days and the digital goods or services can be used in an app. This includes (a) any applicable taxes and (b) any adjustments for refunds, reversals and chargebacks. For auto-renewing subscriptions, (i) a sale initiated, including with a free trial or offer, within seven days after a link out is a transaction; and (ii) each subsequent auto-renewal after the subscription is initiated is also a transaction.

If you're a participant in the Small Business Program, or if the transaction is an auto-renewal in the second year or later of an auto-renewing subscription, the commission will be 12%.

These commission rates apply to all amounts paid by each user net of transaction taxes charged by you. You will be responsible for the collection and remittance of any applicable taxes for sales processed by a third-party payment provider.

## Transaction Reporting

If your app adopts SKExternalPurchaseLink to provide a single link out URL, you're required to use the External Purchase Server API to report transactions to Apple for commission calculation and collection purposes. Required reporting includes refunds, corrections, renewals, one-time purchases, and transactions which didn't result in a purchase.

Each SKExternalPurchaseLink API call generates a unique external purchase token from Apple. You're expected to report within 24 hours of each completed transaction for an external purchase token. Report all tokens, regardless of whether a transaction has successfully completed, within ten days. You are also required to implement the App Store Server Notifications V2 endpoint on your server to ensure you receive server notifications about unreported tokens. Tokens that remain unreported after ten days are flagged and you'll receive an App Store server notification reminding you to complete your transaction reporting. Learn about technical implementation details.

If your app adopts SKExternalPurchaseMultiLink to provide multiple external purchase links, you're required to provide transaction reports within 15 calendar days following the end of each calendar month. Even if there were no transactions, you're required to provide a report stating that is the case. If the cadence changes, we will update this page. To learn about the details that will need to be included in the report, view example reports. In the future, if Apple develops an API to facilitate reporting, you will be required to adopt such API within 30 days with an update of your app and follow the timing and requirements provided.

## Payments

If payment to Apple is due, you will receive an invoice based on the reporting and will be required to remit payment to Apple for the amount invoiced within 30 days of the invoice being issued. Late payments bear interest at the rate of one percent (1%) per month or the highest rate permitted by law, whichever is less.

Please note that Apple has audit rights pursuant to the entitlement terms. This will allow Apple to review the accuracy of your record of digital transactions, ensuring the appropriate commission has been paid to Apple. Late payments accrue interest. Failure to pay Apple's commission could result in the offset of In-App Purchase proceeds owed to you, or other consequences such as removal of your app from the App Store, or termination from the Apple Developer Program.

## Taxes

### Tax on commission

As is standard for business transactions, commission does not include taxes. You may see any applicable taxes, as required by tax law, added as new lines on your invoice. Taxes may apply in certain countries and/or regions, including but not limited to, value-added tax (VAT), sales and use tax, sales and service tax (SST), goods and services tax (GST), consumption tax, etc.

Generally, the applicability of tax depends on a combination of factors:

- Your business location (your legal entity address provided when enrolling in the Apple Developer Program).

- Tax information that you provide to Apple (such as valid tax ID, exemption status, etc.).

- The billing Apple legal entity. For the purposes of the provisions referred to by Section 4.1 of the Music Streaming Services Entitlement Addendum for EEA Apps.
  - If you are based in the United States, Canada or Latin America region, "Apple" means:
    - Apple Inc., located at One Apple Park Way, Cupertino, California, if you are located in the United States, including Puerto Rico;

- Apple Canada Inc., located at 120 Bremner Blvd, Suite 1600, Toronto ON 5J 0A8, Canada if you are located in Canada; and

- Apple Services LATAM LLC, located at 1 Alhambra Plaza, Ste 700 Coral Gables, Florida, if you are located in Mexico, Central or South America, or any Caribbean country or territory (excluding Puerto Rico).

  - If you are based elsewhere, "Apple" means Apple Distribution International Ltd., located at Hollyhill Industrial Estate, Hollyhill, Cork, Republic of Ireland.

In the event that any amount payable by you to Apple for commission is subject to any applicable withholding tax, and that you're required to collect and remit such tax, you shall gross up the relevant payment to Apple, so that after you deduct and remit the applicable withholding tax to tax authority, Apple shall receive the same amount as originally invoiced. You shall bear full responsibility for such compliance obligations. If you apply any applicable withholding tax, please properly indicate on any withholding tax documentation the correct Apple legal entity issuing the specific invoice and provide Apple with tax remittance documentation.

For additional details, view the Music Streaming Services Entitlement Addendum for EEA Apps. If you have questions, consult your tax adviser.

### Tax on link out transactions

For purchases made using link out to your webpage, you're responsible for taxes, including (but not limited to):

- Determining if a transaction is taxable;

- Charging and collecting the taxes at the applicable rate;

- Remitting the taxes to the appropriate taxing authority;

- Providing any required documentation to the end-user or appropriate taxing authority; and

- Meeting all other country-specific tax compliance obligations imposed as a result of making in-app sales subject to tax in the storefront country and/or your country of residence.

Prior to using link out on an EEA storefront, you must provide Apple with an EU, Norway and Iceland-specific VAT ID that demonstrates you are registered to handle VAT payments. Only one EU VAT ID is necessary for all EU storefronts.

---

# Supporting customers

If you use this entitlement, it will be your responsibility to provide timely support to customers if questions or issues arise with payments that take place outside of the App Store. Apple will not be able to assist customers with refunds, purchase history, subscription management, and other issues encountered when purchasing digital goods and services. You will be responsible for addressing such issues with customers.



### Feedback Assistant

Submit feedback, report bugs, and request enhancements to APIs and developer tools.

Send us feedback ›



### Forums

Ask questions and discuss development topics with Apple engineers and other developers.

View forums ›

### Contact us

Have a question or request? We can help by phone or email.

Get support ›

 › Developer › Support › Distributing music streaming apps in the EEA that provide an external purchase link

**Platforms**

iOS

iPadOS

macOS

tvOS

visionOS

watchOS

**Tools**

Swift

SwiftUI

Swift Playgrounds

TestFlight

Xcode

Xcode Cloud

SF Symbols

**Topics & Technologies**

Accessibility

Accessories

App Extensions

App Store

Audio & Video

Augmented Reality

Business

Design

Distribution

Education

Fonts

Games

Health & Fitness

In-App Purchase

Localization

Maps & Location

Machine Learning

Open Source

Security

Safari & Web

**Resources**

Documentation

Tutorials

Downloads

Forums

Videos

**Support**

Support Articles

Contact Us

Bug Reporting

System Status

**Account**

Apple Developer

App Store Connect

Certificates, IDs, & Profiles

Feedback Assistant

**Programs**

Apple Developer Program

Apple Developer Enterprise Program

App Store Small Business Program

MFi Program

News Partner Program

Video Partner Program

Security Bounty Program

Security Research Device Program

**Events**

Meet with Apple Experts

Apple Developer Centers

App Store Awards

Apple Design Awards

Apple Developer Academies

Entrepreneur Camp

WWDC

Get the Apple Developer app.

Light   Dark   Auto

Copyright © 2024 Apple Inc. All rights reserved.   Terms of Use   Privacy Policy   Agreements and Guidelines

English ⌄