GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **PLAINTIFF EPIC GAMES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Plaintiff Epic Games, Inc. ("Epic") hereby |
| 3 | respectfully requests that an order be granted to remove the document e-filed on April 22, 2024 as |
| 4 | ECF Docket No. 921 (Reply Memorandum in Support of Plaintiff Epic Games, Inc.'s Motion to |
| 5 | Enforce Injunction) from the ECF Docket for this matter on the grounds that it was inadvertently |
| 6 | filed without redactions to certain material designated as HIGHLY CONFIDENTIAL – |
| 7 | ATTORNEYS' EYES ONLY by defendant Apple Inc. ("Apple") pursuant to the Stipulation |
| 8 | Between Epic Games, Inc. and Apple Inc. and Amended Protective Order (ECF Docket No. 274) |
| 9 | in this matter. |
| 10 | Epic moved to seal the confidential portions of ECF Docket No. 921 as stated in |
| 11 | Epic's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed |
| 12 | Pursuant to Civil Local Rule 79-5 (ECF Docket No. 922) and filed a sealed, unredacted version of |
| 13 | the document in connection with that motion (ECF Docket No. 922-1). Epic promptly notified |
| 14 | the Court's Civil Docketing & Docket Correction, as well as the ECF Help Desk, of this filing |
| 15 | error and filed a corrected version of the document at ECF Docket No. 923. |
| 16 | Epic respectfully moves this Court to remove the incorrectly filed document |
| 17 | permanently from the Court's public docket and ECF. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 23, 2024 | Respectfully submitted, |
| 3 | | By:  /s/ *Gary A. Bornstein* |

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**[PROPOSED] ORDER**

The Court has now considered Plaintiff's Motion to Remove Incorrectly Filed Document, ECF Docket No. 921 (the "Motion").  Having considered the moving papers before it and finding good cause,

The Court hereby grants the Motion and orders that ECF Docket No. 921 be removed from the docket for this matter.

**IT IS SO ORDERED.**

Dated: _____

                                         YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT JUDGE