GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiff, Counter-defendant,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**PLAINTIFF'S AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic") submits this administrative motion to consider whether another party's material should be sealed with respect to its Reply Memorandum in Support of Plaintiff Epic Games, Inc.'s Motion to Enforce Injunction ("Plaintiff's Reply"), and the Declaration of Ned S. Barnes, CPA ("Barnes Declaration"). The documents and portions of documents Epic seeks to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiff's Reply | Page 1, line 23 through Page 1, line 24; between "(Dkt. 812 at 163)" and "Apple's non-compliance". |
| Plaintiff's Reply | Page 4, line 3 through Page 5, line 15; between "given no weight" and "The Declaration of". |
| Barnes Declaration | Document in its entirety. |

Epic seeks leave to provisionally file the documents under seal because they discuss materials that Apple has designated confidential or highly confidential under the protective order in this case. *See* Local Rule 79-5(f). Epic reserves the right to oppose, under Rule 79-5(f)(4), any submission Apple makes to support sealing under Rule 79-5(f)(3). Epic also hereby provides notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  April 23, 2024 | Respectfully submitted, |
| 3 | | By:   /s/ *Gary A. Bornstein* |
| 4 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 5 | | |
| 6 | | Paul J. Riehle (SBN 115199) |
| 7 | | paul.riehle@faegredrinker.com |
| 8 | | Four Embarcadero Center |
| 9 | | San Francisco, California 94111 |
| | | Telephone:  (415) 591-7500 |
| 10 | | Facsimile:  (415) 591-7510 |
| 11 | | **CRAVATH, SWAINE & MOORE LLP** |
| 12 | | Gary A. Bornstein (*pro hac vice*) |
| | | gbornstein@cravath.com |
| 13 | | Yonatan Even (*pro hac vice*) |
| 14 | | yeven@cravath.com |
| | | Lauren A. Moskowitz (*pro hac vice*) |
| 15 | | lmoskowitz@cravath.com |
| | | Justin C. Clarke (*pro hac vice*) |
| 16 | | jcclarke@cravath.com |
| | | Michael J. Zaken (*pro hac vice*) |
| 17 | | mzaken@cravath.com |
| | | M. Brent Byars (*pro hac vice*) |
| 18 | | mbyars@cravath.com |
| 19 | | 825 Eighth Avenue |
| | | New York, New York 10019 |
| 20 | | Telephone:  (212) 474-1000 |
| 21 | | Facsimile:  (212) 474-3700 |
| 22 | | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |