GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **NOTICE REGARDING AVAILABILITY OF NED S. BARNES, CPA** <br><br> Hearing Date: May 8, 2024 <br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

1  Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") respectfully submits
2 this Notice further to the Order Setting Evidentiary Hearing entered by the Court on April 23,
3 2024 (the "Order", ECF No. 925).
4  In the Order, the Court instructed Mr. Ned S. Barnes to attend the upcoming
5 evidentiary hearing, which is set to begin on May 8, 2024.  Mr. Barnes has informed Epic that he
6 is scheduled to be testifying in another matter in New York on May 8 and will therefore be
7 unavailable to attend the evidentiary hearing in this Court on that day.  Mr. Barnes is available to
8 appear on May 10, 2024, which this Court has reserved for additional testimony if needed.  Epic
9 therefore respectfully requests that Mr. Barnes' attendance be excused as to the May 8 hearing
10 date, and that Mr. Barnes be permitted to testify on May 10, 2024.

| | |
|---|---|
| Dated: April 25, 2024 | Respectfully submitted,<br><br>By:   /s/ *Gary A. Bornstein*<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br><br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone:  (415) 591-7500<br>Facsimile:  (415) 591-7510<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Justin C. Clarke (*pro hac vice*)<br>jcclarke@cravath.com<br>Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com<br><br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |

NOTICE REGARDING AVAILABILITY OF NED S. BARNES, CPA    CASE NO. 4:20-CV-05640-YGR-TSH