GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>      Plaintiff, Counter-defendant,<br><br>      v.<br><br>APPLE INC.,<br><br>      Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**EPIC GAMES, INC.'S WITNESS LIST FOR EVIDENTIARY HEARING ON MOTION TO ENFORCE INJUNCTION**<br><br>Hearing Date: May 8, 2024<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") respectfully submits this witness list pursuant to the Order Setting Evidentiary Hearing entered by the Court on April 23, 2024 (ECF No. 925).  Epic reserves the right to supplement or amend this list for good cause or in response to Apple Inc.'s ("Apple") witness list and other pre-hearing disclosures.

| **Witness Name** | **Party Affiliation** | **Anticipated Evidence** |
|---|---|---|
| Ned S. Barnes | Epic (Expert Witness) | Response to claims made by Apple regarding profitability of, and accounting related to, the Apple App Store; costs for payment processing and related services; topics discussed in the Barnes Declaration dated April 22, 2024; topics identified by Apple. |
| Matthew Fischer | Apple | The External Link entitlement program and related requirements, technical or otherwise; Section 3.1.3 of the Guidelines; out-of-app communications between developers and users; Apple's actions purportedly taken to comply with the terms of the Injunction; topics discussed in the Fischer Declaration dated January 16, 2024; topics identified by Apple. |
| Alex Roman | Apple | Claims made by Apple regarding profitability of, and accounting related to, the Apple App Store; Apple's design of the revised commission structure; the presentation of such structure to the Price Committee; Apple's engagement with Analysis Group; Apple's actions purportedly taken to comply with the terms of the Injunction; costs for payment processing and related services; topics discussed in the Roman Declaration dated April 12, 2024; topics identified by Apple. |
| Alec Shobin | Epic | The effect of Apple's purported compliance plan on developers wishing to communicate out-of-app payment options to users; the limited utility of out-of-app communications between developers and users; how Epic would use in-app steering mechanisms if Apple complied with the Injunction; topics identified by Apple. |
| Benjamin Simon | Third Party (Down Dog) | The effect of Apple's purported compliance plan on developers wishing to communicate out-of-app payment options to users; the limited utility of out-of-app communications between developers and users; Down Dog's prior use of in-app steering mechanisms; how Down Dog would use in-app steering mechanisms if Apple complied with the Injunction; topics discussed in the Simon Declaration dated March 12, 2024; topics identified by Apple. |

| Witness Name | Party Affiliation | Anticipated Evidence |
|---|---|---|
| Any Witness Identified by Apple | | Topics identified by Apple. |

| | | |
|---|---|---|
| Dated: April 30, 2024 | | Respectfully submitted, |
| | | By:   /s/ *Gary A. Bornstein* |

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*