| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>   dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>   crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>   jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>   mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>   joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>   morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100<br><br>MARK I. PINKERT (Fla. Bar No. 1003102; *pro hac vice*)<br>   mark.pinkert@weil.com<br>KATHERINE G. BLACK (Fla. Bar No. 1031465; *pro hac vice*)<br>   katie.black@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Telephone: 305.577.3100<br>Facsimile: 305.374.7159 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**APPLE INC.'S WITNESS LIST FOR EVIDENTIARY HEARING**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Hearing Date: May 8, 2024 (noticed date)<br>Hearing Time: 8:30 AM<br>Courtroom 1, 4th Floor |

## DEFENDANT APPLE INC.'S WITNESS LIST

Pursuant to the Court's Order of April 23, 2024 (Dkt. 925), Apple Inc. ("Apple") states that it currently intends to call the following witnesses to testify at the forthcoming evidentiary hearing, with a brief summary of their anticipated testimony. In addition to calling any of the below witnesses, Apple reserves the right to call and examine any witness called by Epic.

| Witness | Topic(s) |
| --- | --- |
| Carson Oliver (Senior Director of Business Management, App Store) | Mr. Oliver is expected to testify regarding the commission structure of the External Purchase Link Entitlement, including the Analysis Group report and the deck presented to the Price Committee. |
| Phil Schiller (Apple Fellow) | Mr. Schiller is expected to testify regarding amendments to the App Review Guidelines, as well as the content and structure of the External Purchase Link Entitlement. Mr. Schiller will also testify to the decisionmaking process for the new Entitlement and the amendments to the Guidelines. |
| Alex Roman (Vice President of Finance) | Mr. Roman is expected to testify regarding the contents of his declaration submitted with Apple's opposition to Epic's motion, including the financial and accounting analysis undertaken in connection with the External Purchase Link Entitlement and the deck presented to the Price Committee. |
| Matthew Fischer (Vice President, Head of Worldwide App Store) | Mr. Fischer is expected to testify regarding the contents of his declaration submitted with Apple's notice of injunction compliance. |
| Ned Barnes | Apple may examine Mr. Barnes regarding the content of his declaration filed in support of Epic's reply brief. |

Dated: April 30, 2024

Respectfully submitted,

By: /s/ Mark A. Perry
Mark A. Perry
WEIL, GOTSHAL & MANGES LLP

Attorney for Apple Inc.