UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER RE: APPLE INC.'S STATEMENT IN SUPPORT OF SEALING**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 79-5, Apple Inc. ("Apple") has filed a Statement in Support of Sealing (the "Statement"). In support, Apple filed the accompanying declaration of Mark A. Perry.

Having considered the Statement, Plaintiff's Amended Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5 (the "Administrative Motion") (Dkt. No. 926), all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the Administrative Motion, is **GRANTED**. Accordingly,

(1) The entirety of the Declaration of Ned S. Barnes, CPA (the "Barnes Declaration") (Dkt. No. 921-1) shall remain under seal;

(2) The unredacted version of Epic Games, Inc.'s ("Epic") Reply Memorandum in Support of Epic's Motion to Enforce Injunction (the "Reply") (Dkt. No. 923) shall remain under seal;

(3) The public shall only have access to the version of the partially sealed document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Document Title | Portion of Document Sought to be Sealed | Reason to Seal |
| --- | --- | --- |
| Reply | Page 1, line 23 through Page 1, line 24; between "(Dkt. 812 at 163)" and "Apple's non-compliance". | Reflects information regarding Apple's financial analysis and pricing decisions. |
| Reply | Page 4, line 3 through Page 5, line 15; between "given no weight" and "The Declaration of". | Reflects information regarding Apple's financial analysis and pricing decisions. |

**IT IS SO ORDERED.**

Dated:_____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge