**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>       Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>       Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION REQUESTING GUIDANCE REGARDING EVIDENTIARY HEARING**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-11, Apple Inc. ("Apple") filed an Administrative Motion Requesting Guidance Regarding Evidentiary Hearing ("Motion").  In response to Apple's Motion, the Court **ACCEPTS** the position on the order of the hearing presentation set forth by:

\_\_\_ Apple

\_\_\_ Epic Games, Inc.

**IT IS SO ORDERED.**

Dated:_____, 2024

 

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge