UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>      Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>      Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>[~~PROPOSED~~] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION REQUESTING GUIDANCE REGARDING EVIDENTIARY HEARING<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-11, Apple Inc. ("Apple") filed an Administrative Motion Requesting Guidance Regarding Evidentiary Hearing ("Motion"). In response to Apple's Motion, the Court **ACCEPTS** the position on the order of the hearing presentation set forth by:

___  Apple

_X_  Epic Games, Inc.

*Epic Games bears the burden and therefore should proceed first. For efficiency purposes, if a witness is called by Epic Games, Apple's examination of that witness should include any direct examination that Apple would have conducted.*

**IT IS SO ORDERED.**

Dated: _____May 2_____, 2024

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge