**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**APPLE INC.,**<br><br>    Defendant. | Case No. 4:20-cv-05640-YGR<br><br>**ORDER PERMITTING REMOTE PUBLIC ACCESS** |

The Court has received requests to permit remote public access to the evidentiary hearing set for Wednesday, May 8, 2024, which may continue on Friday, May 10, 2024 and Friday, May 17, 2024. Given the public's interest in the topics to be discussed and the absence of risks to the integrity of the proceedings, the Court exercises its discretion under Civil Local Rule 77-3 to **PERMIT** real time remote audio access. Any objection to this decision shall be raised by no later than Monday, May 6, 2024. To the extent members of the public utilize such access, they are advised that they are "prohibited from recording, photographing, or retransmitting" the proceedings. *See* Civil L.R. 77-3(d).

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**