
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**EPIC GAMES, INC.'S EXHIBIT LIST FOR EVIDENTIARY HEARING ON MOTION TO ENFORCE INJUNCTION**<br><br>Hearing Date:  May 8, 2024<br>Courtroom:  1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

1    Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") respectfully submits
2 this exhibit list pursuant to the Order Setting Evidentiary Hearing entered by the Court on
3 April 23, 2024 (ECF No. 925).  To the extent Epic's exhibits were admitted into evidence at the
4 trial in this matter, they are assigned the same exhibit numbers below.  Epic otherwise submits its
5 exhibits using CX-0001 to CX-0999.  Defendant and Counterclaimant Apple Inc. ("Apple") will
6 separately submit its exhibit list using CX-1000 to CX-1999.  Epic reserves the right to use the
7 exhibits included in Apple's exhibit list, to introduce additional exhibits solely for the purpose of
8 impeachment or rebuttal of testimony and/or evidence presented by Apple, and to supplement or
9 amend this list for good cause or in response to Apple's exhibit list and other pre-hearing
10 disclosures.

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| PX-0602 | 12/13/2019 2019 App Store Budget & Headcount - MASTER.key | Barnes, Oliver, Roman | | | |
| PX-0608 | 10/8/2019 01_Business Management FY20 Overview_Not Shared.key | Barnes, Oliver, Roman | | | |
| PX-0609 | 10/31/2014 Email regarding IS&S P&L's | Barnes, Oliver, Roman | | | |
| PX-0610 | 9/25/2014 IS&S and iAd P&L's Final.xlsx (also marked as deposition exhibit PX-759) | Barnes, Oliver, Roman | | | |
| PX-1000 | Alternative Estimate of Apple App Store Operating Margin Percentage - Epic Summary Pursuant to Federal Rule of Evidence 1006 | Barnes, Oliver, Roman | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| PX-2385 | 3/17/2011 Email regarding Fwd: Apple Return Policy and Fraudulent Transactions Cost | Barnes, Oliver, Roman | | | |
| PX-2668 | Apple SEC Form 10-K for the fiscal year ended September 28, 2019 | Barnes, Oliver, Roman | | | |
| PX-2790 | App Store Review Guidelines dated February 1, 2021 | Schiller, Fischer, Roman, Oliver | | | |
| CX-0001 | App Store Review Guidelines dated January 16, 2024 (Dkt. 874 Ex. 1) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0002 | StoreKit External Purchase Link Entitlement Addendum for US Apps (Dkt. 874 Ex. 2) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0003 | Apple Support Page: Distributing apps in the U.S. that provide an external purchase link (Dkt. 874 Ex. 3) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0004 | Apple Support Page: StoreKit External Purchase Link Entitlement (US) (Dkt. 874 Ex. 4) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0005 | StoreKit External Purchase Link Entitlement Addendum for Netherlands Dating Apps (to the Apple Developer Program License Agreement) (Dkt. 871-4 Ex. 15) | Schiller, Fischer, Roman, Oliver | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| CX-0006 | External Link Account Entitlement Addendum for Reader Apps (to the Apple Developer Program License Agreement) (Dkt. 871-4 Ex. 16) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0007 | 03/08/2024 Email re Apple Compliance Notice (Dkt. 897-3 Ex. A) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0008 | App Review Guidelines dated March 5, 2024 (Dkt. 897-3 Ex. B) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0009 | Price Committee Deck (Dkt. 916-7) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0010 | Apple Support Page: Distributing Dating Apps in the Netherlands (Dkt. 921-2 Ex. A) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0011 | Apple Support Page: Distributing Apps Using a Third-Party Payment Provider in South Korea (Dkt. 921-2 Ex. B) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0012 | Apple Support Page: Distributing Music Streaming Apps in the EEA That Provide an External Purchase Link (Dkt. 921-2 Ex. C) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0013 | App Review Guidelines dated April 5, 2024 | Schiller, Fischer, Roman, Oliver | | | |
| CX-0014 | Analysis Group Report (Detailed) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0015 | Analysis Group Report (Streamlined) | Schiller, Fischer, Roman, Oliver | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| CX-0016 | Apple Support Page: Buttons | Schiller, Fischer, Roman, Oliver | | | |
| CX-0017 | Wall Street Journal, *Apple Changes Its App Store Policy. Critics Call the Moves 'Outrageous.'* (Jan. 17, 2024) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0018 | BBC, *Spotify attacks Apple's 'outrageous' 27% commission* (Jan. 18, 2024) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0019 | Wall Street Journal, *The Main Driver of Apple's Success Has Become Its Biggest Liability* (Jan. 26, 2024) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0020 | The Verge, *Apple thought it dealt with Epic v. Apple - has it really?* (Jan. 24, 2024) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0021 | Epic Games, *UPDATE: Apple Reinstates Epic Developer Account After Public Backlash for Retaliation* (Mar. 8, 2024) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0022 | PayPal.com, *Merchant Fees* (Last Updated Oct. 23, 2023) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0023 | Stripe.com, *Pricing built for businesses of all sizes* | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| CX-0024 | 9 to 5 Mac, *Facebook and Instagram boost now have to give Apple a cut; Meta calls it a tax* (Oct. 26, 2022) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0025 | Apple Support Page: Distributing "reader" apps with a link to your website | Schiller, Fischer, Roman, Oliver | | | |
| CX-0026 | Timetoplayfair.com, *A Timeline: How we got here* | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0027 | USA Today, *What is a third-party payment processor?* (Oct. 24, 2023) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0028 | USA Today, *What are credit card processing fees?* (Oct. 24, 2023) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0029 | Inc.com, *Apple to Developers: Show Me the Money* (Jan. 18, 2024) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0030 | Daring Fireball, *Coming to Grips with Apple's Seemingly Unshakable Sense of Entitlement to Its Commissions from Third-Party iOS Apps* (Jan. 17, 2024) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |
| CX-0031 | Apple Developer Blog, API Collection: External Purchase | Schiller, Fischer, Roman, Oliver | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| CX-0032 | Apple Developer Blog, Using Alternative Payment Options on the App Store in the European Union | Schiller, Fischer, Roman, Oliver | | | |
| CX-0033 | Apple Developer Blog, Updated App Review Guidelines Now Available (Apr. 5, 2024) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0034 | Apple Developer Blog, More Options for Apps Distributed in the European Union (Mar. 12, 2024) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0035 | Apple Developer Blog, Getting Started with Web Distribution in the EU | Schiller, Fischer, Roman, Oliver | | | |
| CX-0036 | Apple Developer Blog, Updates to App Distribution in the European Union (Mar. 5, 2024) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0037 | Apple Developer Blog, Updated App Review Guidelines Now Available (Mar. 5, 2024) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0038 | Apple Developer Blog, StoreKit and Review Guideline Update (Jan. 16, 2024) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0039 | Apple Developer Blog, Update on Apps Distributed in South Korea (June 30, 2022) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0040 | Apple Developer Blog, Update on StoreKit External Entitlement for Dating Apps (Mar. 30, 2022) | Schiller, Fischer, Roman, Oliver | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| CX-0041 | Apple Developer Blog, Update on Dating Apps Distributed on the App Store in the Netherlands (Jan. 14, 2022) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0042 | StoreKit External Purchase Entitlement Addendum for Apps in South Korea | Schiller, Fischer, Roman, Oliver | | | |
| CX-0043 | Alternative Terms Addendum for Apps in the EU | Schiller, Fischer, Roman, Oliver | | | |
| CX-0044 | Apple SEC Form 10-K for the fiscal year ended September 23, 2023 | Barnes, Oliver, Roman | | | |
| CX-0045 | Apple spotlights the top apps and games of 2023 on the App Store (Dec. 12, 2023) | Schiller, Fischer, Roman, Oliver | | | |
| CX-0046 | Most Popular Apps 2024 (Jan. 30, 2024) | Schiller, Roman, Fischer, Oliver | | | |
| CX-0047 | US App Market Statistics (Feb. 1, 2024) | Schiller, Roman, Fischer, Oliver | | | |
| CX-0048 | Mobile Gaming in 2023: Still Cooling Down After a Red-Hot Run, the $107B Category Wasn't Without Success Stories (Feb. 21, 2024) | Schiller, Roman, Fischer, Oliver | | | |
| CX-0049 | Slide deck titled, "Play Value Model" (08/08/2019) (Epic v. Google Dkt. 886-30) | Schiller, Roman, Fischer, Oliver | | | |
| CX-0050 | Epic v. Google Trial Tr. Nov. 8, 2023 (Epic v. Google Dkt. 837) | Schiller, Roman, Fischer, Oliver | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| CX-0051 | Microsoft, *Benefits of Distributing Your Apps via Microsoft Store* (Dec. 14, 2023) | Schiller, Fischer, Roman, Oliver, Shobin, Simon, Barnes | | | |

| | |
|---|---|
| Dated: May 3, 2024 | Respectfully submitted, |
| | By: /s/ *Gary A. Bornstein* |

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

2 Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*