| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>  jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>  mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>  joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>  morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100<br><br>MARK I. PINKERT (Fla. Bar No. 1003102; *pro hac vice*)<br>  mark.pinkert@weil.com<br>KATHERINE G. BLACK (Fla. Bar No. 1031465; *pro hac vice*)<br>  katie.black@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Telephone: 305.577.3100<br>Facsimile: 305.374.7159 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>   Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**APPLE INC.'S EXHIBIT LIST**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Hearing Date: May 8, 2024 (noticed date)<br>Hearing Time: 8:30 AM<br>Courtroom 1, 4th Floor |

Case 4:20-cv-05640-YGR   Document 939   Filed 05/03/24   Page 2 of 6

Pursuant to the Court's Order Setting Evidentiary Hearing (Dkt. No. 925), Apple Inc. ("Apple") by and through its undersigned counsel, hereby submits its exhibit list, which is attached hereto as **Exhibit A**.  The parties are continuing to meet and confer regarding the admissibility of exhibits.  Apple reserves its right to use the exhibits in Epic's exhibit list.

Dated: May 3, 2024                                      Respectfully submitted,

                                                        By: */s/ Mark A. Perry*
                                                        Mark A. Perry
                                                        WEIL, GOTSHAL & MANGES LLP

                                                        Attorney for Apple Inc.

APPLE INC.'S EXHIBIT LIST                    1                    CASE NO. 4:20-CV-05640-YGR

# EXHIBIT A

Case 4:20-cv-05640-YGR   Document 939   Filed 05/03/24   Page 3 of 6

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | ID Only | Date Admitted |
|---|---|---|---|---|---|---|
| CX-1000 | App Review Guidelines – Present Day | Phil Schiller; Matthew Fischer | | | | |
| CX-1001 | App Review Guidelines – Time of Trial | Phil Schiller; Matthew Fischer | | | | |
| CX-1002 | App Review Guidelines – 06-05-2023 – 01-15-2024 | Phil Schiller; Matthew Fischer | | | | |
| CX-1003 | App Store Commission Rates and the Value of Apple and App Store to Developers: *Detailed Presentation* (sealed) | Carson Oliver; Alex Roman | | | | |
| CX-1004 | App Store Commission Rates and the Value of Apple and App Store to Developers (sealed) | Carson Oliver; Alex Roman | | | | |
| CX-1005 | *App Store stopped more than $2 billion in fraudulent transactions in 2022*, Apple (May 16, 2023), https://www.apple.com/newsroom/2023/05/app-store-stopped-more-than-2-billion-in-fraudulent-transactions-in-2022/. | Matthew Fischer | | | | |
| CX-1006 | Declaration of Ned S. Barnes, CPA (Dkt. No. 926-2) (sealed) | Alex Roman; Ned S. Barnes | | | | |
| CX-1007 | Written Direct Testimony of Ned S. Barnes, CPA (Dkt. No. 509-7) (sealed) | Ned S. Barnes | | | | |
| CX-1008 | Opening Expert Report of Ned. S. Barnes, CPA (Highly Confidential – Attorneys' Eyes Only) | Ned S. Barnes | | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | ID Only | Date Admitted |
|---|---|---|---|---|---|---|
| CX-1009 | *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR, Dkt. No. 396-4, Declaration of Richard Czeslawski in Support of Developer Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Apple Inc. (N.D. Cal. Aug. 26, 2021) | Phil Schiller; Matthew Fischer | | | | |
| CX-1010 | *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR, Dkt. No. 491, Order Granting Motion for Final Approval of Class Settlement (N.D. Cal. June 10, 2022) | Phil Schiller; Matthew Fischer | | | | |
| CX-1011 | Declaration of Matthew Fischer (Dkt. No. 871-1) | Matthew Fischer | | | | |
| CX-1012 | Exhibit 2, Declaration of Matthew Fischer, External Purchase Link (US) Addendum (Dkt. No. 874) | Phil Schiller; Matthew Fischer | | | | |
| CX-1013 | Exhibit 3, Declaration of Matthew Fischer, Developer Support Page (Dkt. No. 874) | Phil Schiller; Matthew Fischer | | | | |
| CX-1014 | Exhibit 4, Declaration of Matthew Fischer, StoreKit External Purchase Link Entitlement (US) - Application (Dkt. No. 874) | Phil Schiller; Matthew Fischer | | | | |
| CX-1015 | Apple Human Interface Guidelines: Buttons, https://developer.apple.com/design/human-interface-guidelines/buttons | Phil Schiller; Matthew Fischer | | | | |
| CX-1016 | Declaration of Trystan Kosmynka (Dkt. No. 821-10) | Matthew Fischer; Phil Schiller | | | | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | ID Only | Date Admitted |
|---|---|---|---|---|---|---|
| CX-1017 | Products & Services Profitability: Based on Aug'19 LRF (PX-2385) (Highly Confidential – Attorneys' Eyes Only) | Ned S. Barnes | | | | |
| CX-1018 | FY20 LRF – Dec'19 (PX-2391) (Highly Confidential – Attorneys' Eyes Only) | Ned S. Barnes | | | | |
| CX-1019 | FY19/20 Profitability 2019 Deck (PX-2392) (Highly Confidential – Attorneys' Eyes Only) | Ned S. Barnes | | | | |
| CX-1020 | Declaration of Alex Roman (Dkt. No. 916-5) (sealed) | Alex Roman | | | | |
| CX-1021 | Exhibit 1, Declaration of Alex Roman, Price Committee Deck (Dkt. No. 916-7) (sealed) | Alex Roman; Carson Oliver | | | | |
| CX-1022 | Declaration of Benjamin Simon (Dkt. No. 897-1) | Benjamin Simon; Phil Schiller | | | | |