RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393/8306

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231, *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  202.682.7000
Facsimile:  202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone:  650.802.3044
Facsimile:  650.802.3100

MARK I. PINKERT, (Fla. Bar No. 1003102;
*pro hac vice*)
mark.pinkert@weil.com
KATHERINE G. BLACK (Fla. Bar No.
1031465, *pro hac vice*)
katie.black@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickwell Avenue, Suite 1200
Miami, FL 33131
Telephone:  305.577.3100
Facsimile:  305.374.7159

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | CASE NO. 20-CV-05640-YGR |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** |
| APPLE INC., | |
| Defendant. | The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn &
Crutcher LLP

1  **<u>TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:</u>**

2      PLEASE TAKE NOTICE that Jacqueline Liu Sesia of Gibson, Dunn & Crutcher LLP, a

3  member of the State Bar of California (SBN 322362) and admitted to practice in this Court, hereby

4  appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all

5  pleadings, notices, orders, and other papers regarding this action on its behalf.  Her address,

6  telephone, facsimile and email are as follows:

7

8          JACQUELINE LIU SESIA, SBN 322362
           jsesia@gibsondunn.com
9          GIBSON, DUNN & CRUTCHER LLP
           333 South Grand Avenue
10         Los Angeles, CA 90071
           Telephone: 213.229.7000
11         Facsimile:  213.229.7520

12

13

14  DATED:  May 4, 2024                     GIBSON, DUNN & CRUTCHER LLP

15

16                                          By:      /s/ *Jacqueline Liu Sesia*
                                                        Jacqueline Liu Sesia
17
                                            *Attorney for Defendant Apple Inc.*
18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT'S NOTICE OF APPEARANCE
CASE NO. 20-CV-05640-YGR