GARY A. BORNSTEIN (*pro hac vice*)
  gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
  yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
  lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
  jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
  mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
  mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
  paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JASON C. LO, SBN 219030
  jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
  mark.perry@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  202.682.7000
Facsimile:  202.857.0940

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>          Plaintiff, Counter-defendant,<br><br>                    v.<br><br>APPLE INC.,<br><br>          Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>[~~PROPOSED~~] **ORDER AUTHORIZING THE ENTRY OF PLAINTIFF EPIC GAMES, INC.'S AND DEFENDANT APPLE INC.'S EVIDENTIARY HEARING EQUIPMENT INTO COURTHOUSE**<br><br>Date:  May 8, 2024<br>Time: 8:30 a.m.<br>Courtroom:  1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |


# THE PARTIES' JOINT REQUEST AUTHORIZING CERTAIN EQUIPMENT AND PERSONNEL INTO COURTHOUSE

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases paragraph 8(b), Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple"), collectively the "Parties" hereby request that the Court permit the Parties to use the following equipment at the May 8, 2024 evidentiary hearing. As requested by the Courtroom Deputy, the parties also have included a list of personnel who will be present on the afternoon of Tuesday, May 7, 2024 to set up the below equipment should the Court grant this Request. To the extent proceedings have not concluded on May 8, 2024, the Parties request the Court permit the Parties to use the following equipment and allow personnel access on and before the subsequent hearing dates of May 10, 2024 and May 17, 2024, as appropriate.

**Epic's Evidentiary Hearing Equipment:**

1. One (1) technology table and skirt;
2. One (1) 21" HDMI monitor;
3. One (1) HDMI 2x2 switch with two outputs;
4. Two (2) 50' HDMI cables;
5. Three (3) 6' HDMI cables;
6. Three (3) extension cords;
7. Five (5) power strips;
8. Multiple cell phones;
9. Multiple laptop computers (with power supplies and associated peripherals);
10. Multiple iPads; and
11. Gaffers tape.

**Epic's Personnel:**

1. Michael Lyon
2. Hanna Murphy
3. Michael Zaken

**Apple's Evidentiary Hearing Equipment:**

1. Ten (10) headsets with built-in microphones;
2. Six (6) lapel microphones with digital encryption;
3. Four (4) computer monitors;
4. Two (2) HDMI switchboxes;
5. Two (2) mobile hotspot;
6. Two (2) laser pointers;
7. One (1) LCD projector;
8. One (1) projector screen;
9. One (1) printer;
10. One (1) external speaker;
11. One (1) 8-channel audio mixer;
12. Physical exhibits and demonstratives;
13. Multiple cables (HDMI, USB, XLR, audio extension and power cables of various lengths);
14. Multiple laptop computers (with power supplies, external hard drives, peripherals, connection cables, extension cords and power strips);
15. Multiple cell phones;
16. Multiple iPads;
17. Four (4) rolling bookcases;
18. Four (4) whiteboards and various markers;
19. Two (2) tables;
20. Two (2) folding chairs;
21. Two (2) easels;
22. Gaffers tape.

**Apple's Personnel:**

1. Roy Gilchrist

2. Mike Stovall

# [~~PROPOSED~~] ORDER

After reviewing the Parties' request to use electronic and other certain equipment and allow the Parties' listed personnel to have access to the Courtroom on May 7, 2024 to set up such equipment for the May 8, 2024 evidentiary hearing and before any subsequent hearing dates as the Court deems necessary, the Court finds good cause to grant the Parties' request to bring the items listed therein into the Courthouse and courtroom.  The request is therefore **GRANTED**.

**IT IS SO ORDERED.**

DATED:  May 7            , 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge