# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 8, 2024 | **Time:** 5 hours 11 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Michael Brent Byars, and Benjamin Diessel
**Attorney for Defendant:** Mark Perry, Rich Doren, Cynthia Richman, and Jason Lo
**Apple Corporate Representatives:** Phil Schiller, Heather Grenier, and Joshua Wesneski

**Deputy Clerk:** Edwin Angelo A. Cuenco            **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Evidentiary Hearing – HELD and taken under submission. See attached witness and exhibit list. Apple is ORDERED to provide the Court with the number of apps in the U.S. App Store that are eligible for the external link entitlement program as well as the list of apps that have applied for and been granted the entitlement. This shall be communicated to the Courtroom Deputy by no later than May 9, 2024.

This case is continued to May 10, 2024, at 12:00 p.m. for Evidentiary Hearing.