UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games v. Apple Inc.

**EVIDENTIARY HEARING EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Michael Brent Byars, and Benjamin Diessel | Mark Perry, Rich Doren, Cynthia Richman, and Jason Lo |
| **HEARING DATE:** | **REPORTER:** | **CLERK:** |
| May 8, 2024 | Raynee Mercado | Edwin Cuenco |
| **TIME IN COURT:** | | |
| 5 hours 11 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:29 am | | | Court is convened. Sequence of calling witnesses discussed. | |
| | | 8:34 am | | | Witness Mr. Matthew Fischer is called and sworn. Cross examination by Ms. Moskowitz. | |
| CX0001 | | | x | x | App Store Review Guidelines dated January 16, 2024. | |
| CX0013 | | | x | x | App Store Review Guidelines dated April 5, 2024. | |
| CX0003 | | | x | x | Apple Support Page: Distributing Apps in the U.S. that provide an external purchase link. | |
| CX0002 | | | x | x | StoreKit External Purchase Link Entitlement Addendum for U.S. Apps. | |
| CX0004 | | | x | x | Apple Support Page: StoreKit External Purchase Link Entitlement. | |
| CX0016 | | | x | x | Apple Support Page: Buttons | |
| | | 10:10 am | | | The Court takes a break. Mr. Fischer is admonished not to speak with any of the lawyers. | |
| | | 10:25 am | | | The Court is back in session. Continued cross examination of Mr. Fischer by Ms. Moskowitz. | |
| CX0037 | | | x | x | Apple Developer Blog dated March 5, 2024. | |
| | | 11:35 am | | | Direct examination of Mr. Fischer by Mr. Perry | |
| | | 12:13 pm | | | The Court takes a break. | |
| | | 12:30 pm | | | The Court is back in session. Continued direct examination of Mr. Fischer by Mr. Perry. | |

Case No: 20-cv-05640-YGR
Case Name: Epic Games v. Apple Inc. Date: May 8, 2024
Courtroom Deputy: Edwin Cuenco        - Court Reporter:    Raynee Mercado

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | CX1005 | | x | x | App Store stopped more that $2 billion in fraudulent transactions in 2022 (dated May 16, 2023). | |
| | | 1:03 pm | | | Recross examination of Mr. Fischer by Ms. Moskowitz. | |
| | | 1:17 pm | | | No redirect examination. Mr. Fischer is provisionally excused by the Court. | |
| | | 1:19 pm | | | Mr. Alex Roman is called and sworn. Cross examination by Mr. Yonatan Even. | |
| CX0009 | | | x | x | Redacted Price Committee Deck dated January 16, 2024 (filed under seal). | |
| | CX1020 | | x | | Declaration (not dated, filed under seal). | |
| | | 2:11 pm | | | Mr. Roman is admonished not to communicate with any lawyer. | |
| | | 2:12 pm | | | Court is in recess. Evidentiary hearing continued to May 10, 2024, at 12:00 p.m. in Courtroom 1, 4th floor. | |