# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 10, 2024 | **Time:** 4 hours 25 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Michael Brent Byars, and Benjamin Wylly
**Attorney for Defendant:** Mark Perry, Rich Doren, Cynthia Richman, and Jason Lo
**Apple Corporate Representative:** Phil Schiller
**Apple Head of Litigation:** Heather Grenier
**Counsel for Apple:** Mark Pinkert and Joshua Wesneski

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Evidentiary Hearing – HELD. See attached witness and exhibit list.

Apple is ORDERED to provide the Court by no later than May 16, 2024 the following: (1) a list of the top 200 developers with apps in the U.S. App Store; and (2) the summary report prepared by Ayman Khalil and referenced by Alex Roman in his testimony concerning the external link entitlement program's seven-day window.

Further evidentiary hearing is set for May 22, 2024, at 9:00 a.m. This case is continued to May 16, 2024, at 9:30 a.m. for Evidentiary Hearing.