# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games v. Apple Inc.

### EVIDENTIARY HEARING EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Michael Brent Byars, and Benjamin Diessel | Mark Perry, Rich Doren, Cynthia Richman, and Jason Lo |
| **HEARING DATE:** | **REPORTER:** | **CLERK:** |
| May 10, 2024 | Raynee Mercado | Edwin Cuenco |
| **TIME IN COURT:** | | |
| 4 hours 25 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:58 am | | | Court is convened. Sequence of calling witnesses discussed. The Court added another setting for Evidentiary Hearing on May 16, 2024, at 9:30 a.m. | |
| | | 12:01 pm | | | Witness Mr. Alex Roman is recalled. Continued direct examination by Mr. Even. | |
| CX0009 | | | x | x | Previously admitted and highlighted during the examination. | |
| | | 1:31 pm | | | Cross examination by Mr. Perry. | |
| | | 2:00 pm | | | The Court takes a break. | |
| | | 2:15 pm | | | The Court is back in session. Continued cross examination of Mr. Roman by Mr. Perry. | |
| | | 3:00 pm | | | The Court Orders Mr. Roman to provide the Court with a list of U.S. App Store's 200 top developers. | |
| | | 3:36 pm | | | Redirect examination by Mr. Even. | |
| | | 3:54 pm | | | Mr. Roman is admonished not to communicate with counsel regarding his testimony. Apple Inc. is Ordered to produce the report created by Ayman Khalil regarding the data supporting the external link entitlement program's seven-day window. | |
| | | 3:57 pm | | | Mr. Ned Barnes is called and sworn. Direct examination by Mr. Byars. | |
| CX0009 | | | x | x | Previously admitted and highlighted during the examination. | |
| | CX1006 | | x | | Notes on revenue, app store billings and operating expenses. | |
| | | 4:13 pm | | | Cross examination by Mr. Perry. | |
| | CX1020 | | x | | Mr. Roman's sealed declaration (not dated). | |

1

Case No: 20-cv-05640-YGR
Case Name: <u>Epic Games v. Apple Inc.</u> Date: <u>May 10, 2024</u>
Courtroom Deputy: <u>Edwin Cuenco</u>           - Court Reporter:<u>     Raynee Mercado          </u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 4:32 pm | | | Mr. Barnes is admonished not to have any discussions with counsel until excused. | |
| | | 4:35 pm | | | Court is in recess. Further evidentiary hearing is set for May 22, 2024, at 9:00 a.m. Evidentiary hearing continued to May 16, 2024, at 9:30 am. | |