# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 16, 2024 | **Time:** 3 hours 30 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Michael Brent Byars, and Benjamin Wylly
**Attorney for Defendant:** Mark Perry, Rich Doren, and Cynthia Richman
**Apple Corporate Representative:** Phil Schiller
**Apple Head of Litigation:** Heather Grenier
**Counsel for Apple:** Mark Pinkert

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Evidentiary Hearing – HELD. See attached witness and exhibit list.

Witness Mr. Carson Oliver is Ordered to provide the Court with: (i) the January 11, 2024 draft of the slide deck presented to the U.S. App Store Price Committee; (ii) any notes he made concerning the assumptions underlying the link entitlement program analysis contained in the deck presented to the U.S. App Store Price Committee; and (iii) any case studies relied upon in the preparation of the slide deck.

The parties are ordered to meet and confer regarding timing for submitting proposed findings of fact following the close of evidence. Such proposed findings of fact must include cross-references to the evidentiary hearing transcript.

This case is continued to May 17, 2024, at 1:00 p.m. for Evidentiary Hearing.