UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games v. Apple Inc.

**EVIDENTIARY HEARING EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Michael Brent Byars, and Benjamin Wylly | Mark Perry, Rich Doren, and Cynthia Richman |
| **HEARING DATE:** May 16, 2024 | **REPORTER:** Raynee Mercado | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 3 hours 30 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:30 am | | | Court is convened. Parties inform the Court they met and conferred regarding the information provided to the Court. | |
| | | 9:32 am | | | Witness Mr. Ned Barnes is recalled. Continued cross examination by Mr. Perry. | |
| CX0009 | | | x | x | Previously admitted and highlighted during the examination. | |
| | | 9:55 am | | | Redirect examination by Mr. Byars. | |
| | | 10:00 am | | | Mr. Barnes is excused. | |
| | | 10:04 am | | | Witness Mr. Carson Oliver is called and sworn. Direct examination by Mr. Even. | |
| | | 10:23 am | | | The Court takes a break. | |
| | | 10:40 am | | | The Court is back in session. Continued direct examination by Mr. Even. | |
| | | 10:52 am | | | The Court orders Mr. Oliver to produce certain notes, records, and communications pertaining to assumptions made by Apple relative to the link entitlement program. | |
| CX0014 | | | x | x | App Store Commission Rates and the Value of Apple and the App Store to Developers dated January 2024. | |
| | | 12:05 pm | | | The Court takes a break. | |
| | | 12:18 pm | | | The Court is back in session. Continued direct examination by Mr. Even. | |
| | | 1:03 pm | | | Cross examination by Ms. Richman. | |
| CX0015 | | | x | x | Valuation (not dated). | |

1

Case No: 20-cv-05640-YGR
Case Name: Epic Games v. Apple Inc. Date: May 16, 2024
Courtroom Deputy: Edwin Cuenco      - Court Reporter:    Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:30 pm | | | Court is in recess. Mr. Oliver is admonished not to have any discussions with the lawyers until released except on the folders concerning information ordered produced by the Court. Evidentiary hearing continued to May 17, 2024, at 1:00 pm. | |

2