UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** May 17, 2024 | **Time:** 3 hours 5 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, and Benjamin Wylly
**Attorney for Defendant:** Mark Perry, Rich Doren, Cynthia Richman, Jason Lo, Harry Phillips, and Jacqueline Sesia

**Apple Corporate Representative:** Philip William Schiller
**Apple Head of Litigation:** Heather Grenier
**Counsel for Apple:** Joshua Wesneski and Mark Pinkert

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

PROCEEDINGS

Evidentiary Hearing – HELD. See attached witness and exhibit list.

The parties informed the Court that they had met and conferred and agreed to submit proposed findings of fact three weeks after the close of evidence. The Court directed the parties to further meet and confer regarding a structure for such proposed findings of fact, clarifying that the Court desires the parties' respective submissions to follow the same general outline.

This case is continued to May 22, 2024, at 9:00 a.m. for Evidentiary Hearing.

Assuming the parties do not finish their presentations on May 22, the Court will also take argument as part of the Evidentiary Hearing on Friday, May 31, 2024, at 9:00 a.m.