UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games v. Apple Inc.

**EVIDENTIARY HEARING EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, and Benjamin Wylly | Mark Perry, Rich Doren, Cynthia Richman, Jason Lo, Harry Phillips, and Jacqueline Sesia |
| **HEARING DATE:** | **REPORTER:** | **CLERK:** |
| May 17, 2024 | Raynee Mercado | Edwin Cuenco |
| **TIME IN COURT:** | | |
| 3 hours 5 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:59 pm | | | Court is convened. Parties inform the Court they met and conferred regarding the information provided to the Court. If unlikely to finish by May 22, 2024, the Court will set May 31, 2024, at 9:00 am for further Evidentiary Hearing. | |
| | | 1:07 pm | | | Witness Mr. Carson Oliver is recalled. Continued cross examination by Ms. Richman. | |
| | | 2:20 pm | | | The Court takes a break. | |
| | | 2:36 pm | | | The Court is back in session. Redirect examination by Mr. Even. | |
| CX0054 | | | x | x | Analysis of Net Impacts on App Store Margins dated January 11, 2024. | |
| | | 3:25 pm | | | Recross examination by Ms. Richman. | |
| | | 3:38 pm | | | Mr. Oliver is admonished not to have any discussions with the lawyers until released except on the folders concerning information ordered produced by the Court. | |
| | | 3:39 pm | | | Witness Mr. Philip William Schiller is called and sworn. Direct examination by Mr. Bornstein. | |
| CX0143 | | | x | | Press release dated January 24, 2022. | |
| | | 4:27 pm | | | Mr. Schiller is admonished not to have any discussions with the lawyers until released. Evidentiary hearing continued to May 22, 2024, at 9:00 am. | |
| | | 4:28 pm | | | Court is in recess. | |

1