


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 22, 2024 | **Time:** 4 hours 6 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Allison Tilden
**Attorney for Defendant:** Mark Perry, Rich Doren, Cynthia Richman, and Jason Lo, Jacqueline Sesia, Tony Bedel
**Apple Corporate Representative:** Phil Schiller

**Deputy Clerk:** Kelly Collins                                  **Court Reporter:** Raynee Mercado

**PROCEEDINGS**

Evidentiary Hearing – HELD. See attached witness and exhibit list.

Further evidentiary hearing is set for May 31, 2024, at 9:00 a.m.