## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc.v. Apple Inc.

### EVIDENTIARY HEARING EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Alison Tilden | Mark Perry, Rich Doren, Cynthia Richman, Jason Lo, Jacqueline Sesia, Tony Bedel |
| **HEARING DATE:** | **REPORTER(S):** | **CLERK:** |
| May 22, 2024 | Raynee Mercado | Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:09 am | | | Court is in session. | |
| | | 9:11 am | | | Cross of witness Phil Schiller by Gary Bornstein resumes. | |
| CX3 | | | | | Previously admitted. | |
| CX38 | | 5/22/2024 | X | X | Apple Developer Blog, StoreKit and Review Guideline Update (Jan.16, 2024) | |
| CX2 | | | | | Previously admitted. | |
| CX181 | | 5/22/2024 | X | | Schiller Australian Transcript | |
| CX54 | | | | | Previously admitted. | |
| | | 10:38 pm | | | Court takes a break. | |
| | | 10:50 pm | | | Court is back in session. | |
| | | 11:17 pm | | | Redirect examination of witness Phil Schiller by Rich Doren. | |
| | CX4 | 5/22/2024 | X | X | Apple Support Page: StoreKit External Purchase Link Entitlement (US) | |
| | CDX1003 | | | | Demonstrative | |
| | CDX 1012 | | | | Demonstrative | |
| | CX 16 | | | | Previously admitted. | |
| | CX 38 | | | | Previously admitted. | |
| | CX 1005 | | | | Previously admitted. | |
| | | 12:16 pm | | | Court takes a break. | |
| | | 12:32 pm | | | Court is back in session. Redirect of witness Phil Schiller by Rich Doren continues. | |
| | CDX 1001 | | | | Demonstrative | |
| | CDX3 | | | | Demonstrative | |
| | CX13 | | | | Previously admitted. | |

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc. v. Apple Inc.
Date: May 22, 2024
Courtroom Deputy: Kelly Collins _____ - Court Reporter: Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:08 pm | | | Recross examination of witness Phil Schiller by Gary Bornstein. | |
| | | 1:43 pm | | | Court is adjourned until 5/31/2024 at 9:00 a.m. for Further Evidentiary Hearing. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc. v. Apple Inc.
Date: May 22, 2024
Courtroom Deputy: Kelly Collins _____ - Court Reporter: _____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |