RICHARD J. DOREN, SBN 124666
 rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
JASON C. LO, SBN 219030
 jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

CYNTHIA RICHMAN (*pro hac vice*)
 crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.955.8500
Facsimile:  202.467-0539

JULIAN W. KLEINBRODT, SBN 302085
 jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
Los Angeles, California 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306

MARK A. PERRY, SBN 212532
 mark.perry@weil.com
JOSHUA M. WESNESKI (*pro hac vice*)
 joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  202.682.7000
Facsimile:  202.857.0940

MORGAN D. MACBRIDE, SBN 301248
 morgan.macbride@weil.com
**WEIL, GOTSHAL & MANGES LLP**
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone:  650.802.3044
Facsimile:  650.802.3100

MARK I. PINKERT (*pro hac vice*)
 mark.pinkert@weil.com
KATHERINE G. BLACK (*pro hac vice*)
 katie.black@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone:  305.577.3100
Facsimile:  305.374.7159

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 4:20-cv-05640-YGR<br><br>**NOTICE OF LODGING OF DOCUMENTS REQUESTED BY COURT**<br><br>Dept:     Courtroom 1<br>Judge:    The Honorable Yvonne Gonzalez Rogers |

During the evidentiary hearing on Epic Games, Inc.'s Motion to Enforce Injunction, the Court requested that Apple Inc. produce several categories of documents. Pursuant to the Court's requests, Apple hereby lodges with the Court the following documents:

1. During Mr. Fischer's testimony, the Court requested a list of all developers that had applied for the Link Entitlement as well as information regarding the number of eligible developers and apps. Tr. at 33:5–34:12, 34:25–36:3 ("Apple is ordered to get me that figure . . . "); *see also* Dkt. 952. Documents with the bates range of APL-EG_10673034, APL-EG_10673039–APL-EG_10673041 respond to these requests.

2. During Mr. Roman's testimony, the Court requested a list of the top 200 developers and summary reports of session window data. Tr. at 337:12–338 ("I'd like to see the list . . . bring it next time."); *id.* at 340:1–341:10, 343:6–344:5 ("Bring that too."); *see also* Dkt. 958. Documents with the bates range of APL-EG_10673021–APL-EG_10673033 and APL-EG_10673035–APL-EG_10673038 respond to these requests.

3. During Mr. Oliver's testimony, the Court requested a copy of the January 11, 2024 Price Committee deck. Tr. at 447:5–6 ("Let me see the deck from January 11th"); *see also* Dkt. 967. The document with the bates range of APL-EG_10672964–APL-EG_10673020 responds to this request.

4. During Mr. Oliver's testimony, the Court requested copies of Mr. Oliver's notes, e-mails and other written communications concerning the Link Entitlement. *See* Tr. at 457:16–459:6; 460:1–25 ("any notes that relate to this issue, I want produced . . . check all of those other forms of communication . . . and produce anything that relates to your communications with respect to these issues."); *see also* Dkt. 967. Documents with the bates range of APL-EG_10673042–APL-EG_10675725 respond to this request.

5. During Mr. Oliver's testimony, the Court requested certain information underlying some of the assumptions in the Price Committee deck. *See, e.g.*, Tr. at 500:3–502:17 ("OLIVER: we looked at internal data points and case studies . . . THE COURT: All right. Well, produce those as well."); *see also* Dkt. 967. Documents with the bates range of APL-EG_10671992–APL-EG_10672963 respond to this request.

| | |
|---|---|
| DATED: May 24, 2024 | Respectfully submitted, |
| | By: /s/ Mark A. Perry |
| | Mark A. Perry |
| | |
| | *Attorney for Apple Inc.* |