| | |
|---|---|
| RICHARD J. DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>JASON C. LO, SBN 219030<br>jlo@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3175<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231*, pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100<br><br>MARK I. PINKERT, (Fla. Bar No. 1003102; *pro hac vice*)<br>mark.pinkert@weil.com<br>KATHERINE G. BLACK (Fla. Bar No. 1031465, *pro hac vice*)<br>katie.black@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickwell Avenue, Suite 1200<br>Miami, FL 33131<br>Telephone: 305.577.3100<br>Facsimile: 305.374.7159 |

Attorneys for Defendant, APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | CASE NO. 20-CV-05640-YGR<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Dana Lynn Craig of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 251865) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone, facsimile and email are as follows:

> DANA LYNN CRAIG, SBN 251865
> dcraig@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> One Embarcadero Center, Suite 2600
> San Francisco, CA 94111-3715
> Telephone: 415.393.8253
> Facsimile: 415.801.7406

DATED: May 30, 2024                             GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Dana Lynn Craig*
            Dana Lynn Craig

*Attorney for Defendant Apple Inc.*