# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 31, 2024 | **Time:** 3 hours 51 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Yonatan Even, Lauren Moskowitz, and Michael Zaken

**Attorney for Defendant:** Mark Perry, Rich Doren, Jason Lo, Tony Bedel, Dana Craig, and Jacqueline Sesia

**Apple Head of Litigation:** Heather Grenier

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Evidentiary Hearing – HELD. See attached witness and exhibit list.

The Court ordered the production of all Apple's documents relative to the decision-making process leading to the link entitlement program and associated commission rates. The parties are ordered to meet and confer regarding a document production timetable and shall update the Court at a Status Conference set for Tuesday, June 4, 2024 at 4:00 p.m. and held via Zoom.

Separately, Apple sought guidance from the Court regarding its admonitions that witnesses refrain from discussing matters at issue in this evidentiary hearing. The Court clarifies that witnesses shall refrain from discussing the decision-making process leading to the link entitlement program and associated commission rates. To be clear, the Court's concern is historic.

If Apple has concerns regarding the applicability of this ruling, it may contact the Court. If there is any doubt, the witnesses are instructed to err on the side of caution and nondisclosure.