# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 17, 2024 | **Time:** 21 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein and Yonatan Even; via Zoom
**Attorney for Defendant:** Mark Perry and Dana Craig; via Zoom

**Deputy Clerk:** Karen L. Hom          **Court Reporter:** Marla Knox; via Zoom

## PROCEEDINGS

Status Conference – HELD via Zoom.

The Court received a status update regarding Apple's additional production of documents relative to the decision-making process for the link entitlement program and associated commission rates.

The Court gave the parties less than 24 hours to try and resolve the issue.

The parties shall notify the Court if the matter has been resolved, and the further status conference will be taken off calendar.

This case is continued to June 18, 2024, at 3:00 p.m. PST for Status Conference via Zoom.