UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:20-cv-05640-YGR <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY;** <br><br> **VACATING STATUS CONFERENCE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Thomas S. Hixson for all discovery matters. This includes the parties' ongoing dispute relative to the scope and timing of an additional production of documents concerning defendant Apple, Inc.'s decision-making process for the link entitlement program and associated commission rates.

The parties shall contact Magistrate Judge Hixson's chambers to discuss next steps. Hereinafter, all further discovery matters shall be filed pursuant to Magistrate Judge Hixson's procedures. The parties shall contact Magistrate Judge Hixson's courtroom deputy about those procedures. Information may also be available on the court's website.

In light of the referral, the Court hereby **VACATES** the status conference set for today, Tuesday, June 18, 2024 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: June 18, 2024

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

cc: MagRef Email; Assigned Magistrate Judge