FILED
Jun 18 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

Case No. 20-cv-05640-YGR (TSH)

**DISCOVERY ORDER**

The Court **ORDERS** the parties to file a status report concerning discovery, including a complete discussion of the issues in dispute and not in dispute and each side's views of the further discovery that is appropriate. This status report shall be filed no later than June 21, 2024. The Court schedules a discovery status conference for June 25, 2024 at 10:00 a.m. by Zoom. Please follow the instructions for public hearings at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

**IT IS SO ORDERED.**

Dated: 6/18/2024

THOMAS S. HIXSON
United States Magistrate Judge