DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
  mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
  joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S MOTION FOR RELIEF FROM THE JUDGMENT UNDER FEDERAL RULE 60(B)**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Hearing Date: November 12, 2024 (noticed date)<br>Hearing Time: 2:00pmPST<br>Courtroom 1, 4th Floor |

I, Mark A. Perry, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Weil, Gotshal & Manges LLP, counsel of record for Apple Inc. ("Apple") in this case. I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto. I submit this declaration in support of Apple's Motion for Relief from the Judgment Under Rule 60(b) (the "Motion").

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order Concerning Defendant Apple Inc.'s Demurrer to Plaintiffs' Complaint, *Beverage v. Apple Inc.*, No. 20-cv-370535 (Cal. Sup. Ct. Feb. 4, 2022) ("*Beverage* First Trial Court Order").

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order Concerning Defendant Apple Inc.'s Demurrer to Plaintiffs' Second Amended Complaint, *Beverage v. Apple Inc.*, No. 20-cv-370535 (Cal. Sup. Ct. Aug. 29, 2022) ("*Beverage* Second Trial Court Order").

4. Attached hereto as Exhibit 3 is a true and correct copy of the California Court of Appeal's decision in *Beverage v. Apple Inc.*, 101 Cal. App. 5th 736 (2024).

5. Attached hereto as Exhibit 4 is a true and correct copy of the California Supreme Court's Order Denying Review, *Beverage v. Apple Inc.*, No. S285154 (Cal. July 10, 2024).

6. Attached hereto as Exhibit 5 is a true and correct of the Court of Appeal's remittitur, entered on August 26, 2024.

7. Attached hereto as Exhibit 6 is a true and correct copy of the U.S. Supreme Court's decision in *Murthy v. Missouri*, 144 S. Ct. 1972 (2024).

8. Attached hereto as Exhibit 7 is a true and correct copy of the U.S. Supreme Court's docket in *Murthy v. Missouri*, 144 S. Ct. 1972 (2024), indicating that the Supreme Court issued its judgment on July 29, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September 2024, in Washington, D.C.

Dated: September 30, 2024          /s/ Mark A. Perry
                                    Mark A. Perry