# EXHIBIT 4

SUPREME COURT
FILED
JUL 1 0 2024
Jorge Navarrete Clerk

_____
Deputy

Court of Appeal, Sixth Appellate District - No. H050526

S285154

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

MICHELLE BEVERAGE et al., Plaintiffs and Appellants,

v.

APPLE, INC., Defendant and Respondent.

---

The petition for review is denied.

Kruger, J., was absent and did not participate.

**GUERRERO**
*Chief Justice*