# EXHIBIT 7

| | Search documents in this case: | Search |
|---|---|---|

## No. 23-411

| | |
|---|---|
| Title: | **Vivek H. Murthy, Surgeon General, et al., Petitioners**<br>**v.**<br>**Missouri, et al.** |
| Docketed: | October 20, 2023 |
| Linked with 23A243 | |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
|   Case Numbers: | (23-30445) |
|   Decision Date: | September 8, 2023 |
| **Questions Presented** | |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Sep 14 2023 | Application (23A243) for a stay, submitted to Justice Alito.<br><br>**Main Document    Proof of Service** |
| Sep 14 2023 | Petition for a writ of certiorari filed. |
| Sep 14 2023 | Order issued by Justice Alito: UPON CONSIDERATION of the application of counsel for the applicant, IT IS ORDERED that the preliminary injunction issued on July 4, 2023, by the United States District Court for the Western District of Louisiana, case No. 3:22-cv-01213, is hereby administratively stayed until 11:59 p.m. (EDT) on Friday, September 22, 2023. It is further ordered that any response to the application be filed on or before Wednesday, September 20, 2023, by 4 p.m. (EDT). |
| Sep 19 2023 | Brief amicus curiae of Ohio filed.<br><br>**Main Document    Proof of Service** |
| Sep 20 2023 | Response to application from respondent Missouri, et al. filed.<br><br>**Main Document    Main Document    Proof of Service** |
| Sep 20 2023 | Brief amicus curiae of Michael Benz filed. |

|  | **Main Document** **Proof of Service** |
|---|---|
| Sep 20 2023 | Brief amicus curiae of Kennedy Plaintiffs filed. **Main Document** **Proof of Service** |
| Sep 20 2023 | Brief amicus curiae of Angela Reading filed. **Main Document** **Proof of Service** |
| Sep 20 2023 | Notice of Appearance by Interested Party and Notice of Related Case Captioned Richard Jackson v. Twitter, Inc.; Notice of Intent to File Amicus Brief of Michael Eugene Reznick not accepted for filing. (October 13, 2023) |
| Sep 21 2023 | Reply of applicant Vivek H. Murthy, et al. filed. **Proof of Service** **Reply** |
| Sep 22 2023 | Order issued by Justice Alito: Upon further consideration of the application of counsel for the applicants, the response, and the reply filed thereto, it is ordered that the stay issued on September 14, 2023, is hereby extended until 11:59 p.m. (EDT) on Wednesday, September 27, 2023. |
| Sep 25 2023 | Supplemental Letter from Missouri, et al. filed. **Main Document** |
| Sep 26 2023 | Second Supplemental Memorandum Regarding Emergency Application For A Stay filed. **Proof of Service** **Main Document** |
| Sep 26 2023 | Supplemental Memorandum Regarding Emergency Application For A Stay filed. **Proof of Service** **Main Document** |
| Sep 26 2023 | Letter to the Clerk filed by Missouri, et al. **Main Document** |
| Oct 03 2023 | Supplemental Letter from Missouri, et al. filed. **Main Document** |
| Oct 05 2023 | Third Supplemental Memorandum Regarding Emergency Application for a Stay filed. **Main Document** **Proof of Service** |

| | |
|---|---|
| Oct 06 2023 | Amicus brief of Michael Eugene Reznick not accepted for filing. (corrected copy to be submitted by counsel)(October 13, 2023) |
| Oct 06 2023 | Notice and Opposition to Stay Request of Michael Eugene Reznick not accepted for filing. (October 13, 2023) |
| Oct 10 2023 | Response to Applicants' Third Supplemental Memorandum Regarding Application for a Stay of Injunction filed.<br><br>**Main Document**     **Other**     **Proof of Service** |
| Oct 13 2023 | Order issued by Justice Alito: Upon consideration of the application of counsel for the applicant, the response, and the reply filed thereto, it is ordered that the preliminary injunction issued on July 4, 2023, by the United States District Court for the Western District of Louisiana, case No. 3:22-cv-01213, is hereby administratively stayed until 5 p.m. (EDT) on Friday, October 20, 2023. |
| Oct 17 2023 | Brief amicus curiae of Michael Eugene Reznick filed.<br><br>**Main Document** |
| Oct 20 2023 | Application (23A243) referred to the Court. |
| Oct 20 2023 | Application (23A243) for stay presented to Justice Alito and by him referred to the Court is granted. The preliminary injunction issued on July 4, 2023, by the United States District Court for the Western District of Louisiana, case No. 3:22–cv–01213, as modified by the United States Court of Appeals for the Fifth Circuit on October 3, 2023, case No. 23–30445, is stayed. The application for stay is also treated as a petition for a writ of certiorari, and the petition is granted on the questions presented in the application (case No. 23-411). The stay shall terminate upon the sending down of the judgment of this Court. Justice Alito, with whom Justice Thomas and Justice Gorsuch join, dissenting from grant of application for stay. (Detached **Opinion**) |
| Oct 20 2023 | Petition GRANTED. |
| Oct 26 2023 | Motion for leave to intervene filed by Kennedy Plaintiffs.<br><br>**Main Document**     **Proof of Service**     **Other** |
| Nov 01 2023 | Motion DISTRIBUTED for Conference of 11/17/2023. |
| Nov 02 2023 | Response in opposition to motion to intervene from petitioners Vivek H. Murthy, et al. filed. (Distributed) |

|  | **Main Document** | **Proof of Service** |  |
|---|---|---|---|
| Nov 06 2023 | Response in opposition to motion to intervene from respondents Missouri, et al. filed. (Distributed) | | |
|  | **Main Document** | **Proof of Service** | |
| Nov 13 2023 | Reply on motion to intervene filed. (Distributed) | | |
|  | **Main Document** | **Other** | **Proof of Service** |
| Nov 27 2023 | Motion DISTRIBUTED for Conference of 12/1/2023. | | |
| Dec 01 2023 | Rescheduled. | | |
| Dec 01 2023 | Motion DISTRIBUTED for Conference of 12/8/2023. | | |
| Dec 01 2023 | Motion for an extension of time to file the briefs on the merits filed. | | |
|  | **Main Document** | | |
| Dec 01 2023 | Motion to extend the time to file the briefs on the merits granted. The time to file the joint appendix and petitioners' brief on the merits is extended to and including December 19, 2023. The time to file respondent's briefs on the merits is extended to and including February 2, 2024. | | |
| Dec 11 2023 | Motion of Kennedy Plaintiffs for leave to intervene DENIED. Justice Alito, dissenting from the denial of the motion to intervene. (Detached **Opinion**) | | |
| Dec 19 2023 | Brief of petitioners Vivek H. Murthy, et al. filed. | | |
|  | **Main Document** | **Proof of Service** | |
| Dec 19 2023 | Joint appendix filed. (Statement of cost filed.) | | |
|  | **Main Document** | **Proof of Service** | |
| Dec 21 2023 | Brief amici curiae of NetChoice, et al. in support of neither party filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Dec 21 2023 | Brief amici curiae of Electronic Frontier Foundation, et al. in support of neither party filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |

| Dec 21 2023 | Brief amicus curiae of Floor64, Inc. d/b/a the Copia Institute, in support of neither party filed. | | |
|---|---|---|---|
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 22 2023 | Brief amicus curiae of Knight First Amendment Institute at Columbia University in support of neither party filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 22 2023 | Brief amici curiae of American Academy of Pediatrics, et al. filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 22 2023 | Brief amici curiae of The International Municipal Lawyers Association in support of neither party (also as to 22-842) filed. VIDED. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 22 2023 | Brief amici curiae of The Lawyer's Committee For Civil Rights Under Law, et al. filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 22 2023 | Brief amicus curiae of The Chamber of Commerce of the United States of America in support of neither party filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 22 2023 | Brief amicus curiae of Reporters Committee for Freedom of the Press in support of neither party filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 26 2023 | Brief amici curiae of Secretaries of State of Arizona, et al. filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 26 2023 | Brief amici curiae of New York, et al. filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 26 2023 | Brief amicus curiae of The Coalition for Independent Technology Research filed. | | |
| | Main Document | Certificate of Word Count | Proof of Service |
| Dec 26 2023 | Brief amicus curiae of Stanford University filed. | | |
| | Main Document | Proof of Service | Certificate of Word Count |
| Dec 26 2023 | Brief amicus curiae of United States Senator Mark Warner filed. | | |

|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
|---|---|---|---|
| Dec 26 2023 | Brief amicus curiae of Election Officials in support of neither party filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Jan 29 2024 | SET FOR ARGUMENT on Monday, March 18, 2024. | | |
| Jan 29 2024 | Record requested from the United States Court of Appeals for the Fifth Circuit. | | |
| Feb 02 2024 | Brief of respondents Missouri, et al. filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 05 2024 | Record received from the United States Court of Appeals for the Fifth Circuit. The record is electronic and is available on PACER. | | |
| Feb 07 2024 | Brief amicus curiae of Association of American Physicians and Surgeons filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 07 2024 | Brief amicus curiae of Louder with Crowder, LLC filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 07 2024 | Brief amicus curiae of Atlantic Legal Foundation filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 07 2024 | Brief amicus curiae of Institute for Free Speech filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 08 2024 | Brief amici curiae of Manhattan Institute, et al. filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 08 2024 | Brief amicus curiae of Center for American Liberty filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 08 2024 | Brief amicus curiae of Americans for Prosperity Foundation filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |
| Feb 08 2024 | Brief amici curiae of Justin Hart and the Liberty Justice Center filed. | | |
|  | **Main Document** | **Certificate of Word Count** | **Proof of Service** |

| Feb 08 2024 | Brief amicus curiae of The "Twitter Files" Journalists: Matt Taibbi, et al. filed. |
|---|---|
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 08 2024 | Brief amici curiae of Advancing American Freedom, Inc, et al. filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of National Institute of Family and Life Advocates filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amici curiae of Kennedy Plaintiffs filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of Informed Consent Action Network filed. (Feb. 13, 2024) (Distributed) |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amici curiae of America's Future, et al. filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of American Free Enterprise Chamber of Commerce filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of National Religious Broadcasters filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amici curiae of Charlie Kirk, et al. filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of International Center For Law & Economics filed. |
| | **Main Document**  **Proof of Service**  **Certificate of Word Count** |
| Feb 09 2024 | Brief amici curiae of America's Frontline Doctors and Dr. Simone Gold, M.D., J.D. filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of Claremont Institute's Center for Constitutional Jurisprudence filed. |
| | **Main Document**  **Certificate of Word Count**  **Proof of Service** |

| Feb 09 2024 | Brief amicus curiae of Angela Reading filed. |
| --- | --- |
| | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Feb 09 2024 | Brief amici curiae of Montana, et al. filed. |
| | **Main Document**    **Proof of Service**    **Certificate of Word Count** |
| Feb 09 2024 | Brief amicus curiae of Buckeye Institute filed. |
| | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of Liberty Counsel filed. |
| | **Main Document**    **Proof of Service**    **Certificate of Word Count** |
| Feb 09 2024 | Brief amici curiae of Amicus Populi and Freedom X filed. |
| | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Feb 09 2024 | Brief amicus curiae of The Rutherford Institute filed. |
| | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Feb 09 2024 | Brief amici curiae of Foundation for Individual Rights and Expression, et al. filed. |
| | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Feb 09 2024 | Brief amici curiae of Jim Jordan, et al. filed.(Feb. 15, 2024) (Distributed) |
| | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Feb 14 2024 | CIRCULATED |
| Feb 15 2024 | Motion for divided argument and for enlargement of time for oral argument out of time filed by respondents Jayanta Bhattacharya, et al. |
| | **Main Document**    **Proof of Service** |
| Feb 29 2024 | Record received electronically from the United States District Court for the Western District of Louisiana and available with the Clerk. |
| Mar 04 2024 | Reply of petitioners Vivek H. Murthy, et al. filed. (Distributed) |
| | **Main Document**    **Proof of Service** |
| Mar 06 2024 | Motion for leave to file out of time, for divided argument, and for enlargement of time for oral argument DENIED. |

| | |
|---|---|
| Mar 18 2024 | Argued. For petitioners: Brian H. Fletcher, Principal Deputy Solicitor General, Department of Justice, Washington, D. C. For respondents: J. Benjamin Aguiñaga, Solicitor General, Baton Rouge, La. |
| Jun 26 2024 | Judgment REVERSED and case REMANDED. Barrett, J., delivered the **opinion** of the Court, in which Roberts, C. J., and Sotomayor, Kagan, Kavanaugh, and Jackson, JJ., joined. Alito, J., filed a dissenting opinion, in which Thomas and Gorsuch, JJ., joined. |
| Jul 29 2024 | Judgment Issued. **Main Document** |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioners | | |
| Elizabeth B. Prelogar<br>  Counsel of Record | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>SUPREMECTBRIEFS@USDOJ.GOV | 202-514-2217 |
| Party name: Vivek H. Murthy , et al. | | |
| Attorneys for Respondents | | |
| Jonathon Christian Burns<br>  Counsel of Record | Burns Law Firm<br>PO Box 191250<br>Saint Louis, MO 63119<br><br>john@burns-law-firm.com | 13143295040 |
| Party name: Jim Hoft | | |
| Elizabeth Baker Murrill<br>  Counsel of Record | Office of the Attorney General<br>1885 N. Third Street<br>Baton Rouge, LA 70802<br><br>MURRILLE@AG.LOUISIANA.GOV | 225-326-6766 |
| Party name: Missouri, et al. | | |

| | | |
|---|---|---|
| John Julian Vecchione<br>   Counsel of Record | The New Civil Liberties Alliance<br>1225 19th St. NW<br>Suite 450<br>Washington, DC 20036-2411<br><br>john.vecchione@ncla.onmicrosoft.com | 2029186902 |
| Party name: Jayanta Bhattacharya, Martin Kulldorff, Aaron Kheriaty, Ms. Jill Hines | | |
| Jorge Benjamin Aguinaga | Solicitor General<br>1885 N. Third Street<br>Baton Rouge, LA 70802 | 225-326-6079 |
| Party name: Missouri, et al. | | |
| Joshua Michael Divine | Office of the Missouri Attorney General<br>Solicitor General<br>207 West High Street<br>Jefferson City, MO 65101<br><br>josh.divine@ago.mo.gov | 573-751-8870 |
| Party name: Missouri, et al. | | |
| D. John Sauer | James Otis Law Group, LLC<br>13321 North Outer Forty Road<br>Suite 300<br>St. Louis, MO 63017<br><br>John.Sauer@james-otis.com | 314-562-0031 |
| Party name: Louisiana | | |
| Other | | |
| Alexander Abraham Abdo<br>   Counsel of Record | Knight First Amendment Inst. at Columbia Univ.<br>475 Riverside Drive<br>Suite 302<br>New York, NY 10115<br><br>alex.abdo@knightcolumbia.org | 6467458500 |
| Party name: Knight First Amendment Institute at Columbia University | | |
| John Bellinger III<br>   Counsel of Record | Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br><br>john.bellinger@arnoldporter.com | 202-942-6599 |

Party name: Stanford University

| Seth Daniel Berlin   Counsel of Record | Ballard Spahr LLP 1909 K Street, NW, 12th Floor Washington, DC 20006-1157  berlins@ballardspahr.com | (202) 508-1122 |

Party name: The Coalition for Independent Technology Research

| Thomas L. Brejcha Jr.   Counsel of Record | Thomas More Society 309 W. Washington Street Suite 1250 Chicago, IL 60606  tbrejcha@thomasmoresociety.org | 3127821680 |

Party name: Angela Reading

| David Ryan Brody   Counsel of Record | Lawyers' Committee for Civil Rights Under Law 1500 K Street, N.W. Ste 900 Washington, DC 20005  DBRODY@LAWYERSCOMMITTEE.ORG | 202-662-8600 |

Party name: The Lawyer's Committee For Civil Rights Under Law, Common Cause, and Leadership Conference on Civil and Human Rights

| Brennan Tyler Brooks | Thomas More Society 309 W. Washington Street Suite 1250 Chicago, IL 60606  btb@btylerbrookslawyer.com | 336-707-8855 |

Party name: Angela Reading

| Bruce David Brown   Counsel of Record | Reporters Committee for Freedom of Press 1156 15th Street NW Suite 1020 Washington, DC 20005  bruce.brown@rcfp.org | 2027959300 |

Party name: Reporters Committee for Freedom of the Press

| | | |
|---|---|---|
| John J. Bursch<br>  Counsel of Record | Alliance Defending Freedom<br>440 First Street, NW<br>Suite 600<br>Washington, DC 20001<br><br>jbursch@adflegal.org | (616) 450-4235 |

Party name: National Institute of Family and Life Advocates

| | | |
|---|---|---|
| Michael Blandford Buschbacher<br>  Counsel of Record | Boyden Gray PLLC<br>801 17th Street NW, Suite 350<br>Washington, DC 20006<br><br>mbuschbacher@boydengray.com | (202) 955-0620 |

Party name: American Free Enterprise Chamber of Commerce

| | | |
|---|---|---|
| D. Adam Candeub<br>  Counsel of Record | Attorney at Law<br>1185 Wrightwind Drive<br>Okemos, MI 48864<br><br>candeub@msu.edu | 517 918 7147 |

Party name: THE "TWITTER FILES" JOURNALISTS: MATT TAIBBI, MICHAEL SHELLENBERGER, LEE FANG, DAVID ZWEIG, LEIGHTON WOODHOUSE, ALEX GUTENTAG

| | | |
|---|---|---|
| Jay Randall Carson<br>  Counsel of Record | The Buckeye Institute<br>88 East Broad Street<br>Suite 1300<br>Columbus, OH 43215<br><br>j.carson@buckeyeinstitute.org | (614) 224-4422 |

Party name: Buckeye Institute

| | | |
|---|---|---|
| Anthony Thomas Caso<br>  Counsel of Record | Constitutional Counsel Group<br>1628 N Main St. #289<br>Salinas, CA 93906<br><br>ATCASO@CCG1776.COM | 916-601-1916 |

Party name: Claremont Institute's Center for Constitutional Jurisprudence

| | | |
|---|---|---|
| Robert Lawrence Corn-Revere<br>  Counsel of Record | Foundation for Individual Rights and Expression<br>700 Pennsylvania Ave. SE<br>Suite 340<br>Washington, DC 20003<br><br>bob.corn-revere@thefire.org | 215-717-3473 |

Party name: Foundation for Individual Rights and Expression, et al.

| | | |
|---|---|---|
| Cynthia Fleming Crawford<br>    Counsel of Record | Americans for Prosperity Foundation<br>4201 Wilson Blvd.<br>Suite 1000<br>Arlington, VA 22203<br><br>CCRAWFORD@AFPHQ.ORG | 5713292227 |

Party name: Americans for Prosperity Foundation

| | | |
|---|---|---|
| David Anthony Dalia<br>    Counsel of Record | 700 Camp Street<br>New Orleans, LA 70130<br><br>davidadalia@gmail.com | 504-524-5541 |

Party name: America's Frontline Doctors and Dr. Simone Gold, M.D., J.D.

| | | |
|---|---|---|
| Harmeet Kaur Dhillon<br>    Counsel of Record | Dhillon Law Group Inc.<br>1311 South Main Street, Suite 207<br>Mount Airy, MD 21771<br><br>harmeet@dhillonlaw.com | 7036876212 |

Party name: Center for American Liberty

| | | |
|---|---|---|
| M. E. Buck Dougherty III<br>    Counsel of Record | Liberty Justice Center<br>440 N. Wells Street, Suite 200<br>Chicago, IL 60654<br><br>BDOUGHERTY@LIBERTYJUSTICECENTER.ORG | 312-637-2280 |

Party name: Liberty Justice Center and Justin Hart

| | | |
|---|---|---|
| Lawrence S. Ebner<br>    Counsel of Record | Atlantic Legal Foundation<br>1701 Pennsylvania Ave NW, Suite 200<br>Washington, DC 20006<br><br>lawrence.ebner@atlanticlegal.org | 202-729-6337 |

Party name: Atlantic Legal Foundation

| | | |
|---|---|---|
| Michael P. Farris<br>    Counsel of Record | 660 North Capitol Street NW<br>Suite 210<br>Washington, DC 20001<br><br>mfarris@nrb.org | 202-341-4783 |

Party name: National Religious Broadcasters

| | | |
|---|---|---|
| Catherine Rachel Gellis<br>   Counsel of Record | Attorney at Law<br>3020 Bridgeway #247<br>Sausalito, CA 94965<br><br>CATHY@CGCOUNSEL.COM | 2026422849 |

Party name: Floor64, Inc. d/b/a the Copia Institute

| | | |
|---|---|---|
| David Morris Gossett<br>   Counsel of Record | Davis Wright Tremaine LLP<br>1301 K Street NW<br>Suite 500 East<br>Washington, DC 20005<br><br>davidgossett@dwt.com | 202-973-4200 |

Party name: NetChoice, the Computer & Communications Industry Association (CCIA), Chamber of Progress, and the Cato Institute

| | | |
|---|---|---|
| David Allen Greene<br>   Counsel of Record | Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109-7701<br><br>DAVIDG@EFF.ORG | 415-436-9333 |

Party name: Electronic Frontier Foundation and Center for Democracy & Technology

| | | |
|---|---|---|
| Jason Seth Harrow<br>   Counsel of Record | Gerstein Harrow LLP<br>12100 Wilshire Blvd<br>Ste 800<br>Los Angeles, CA 90025<br><br>jason@gerstein-harrow.com | 3237445293 |

Party name: Secretaries of State of Arizona, Colorado, Connecticut, Maine, Minnesota, New Mexico, Oregon, and Vermont

| | | |
|---|---|---|
| Mary Holland<br>   Counsel of Record | Children's Health Defense<br>853 Franklin Ave, Suite 511<br>Franklin Lakes, NJ 07417<br><br>MARY.HOLLAND@CHILDRENSHEALTHDEFENSE.ORG | 2028541310 |

Party name: Kennedy Plaintiffs

| | | |
|---|---|---|
| Spencer Scot Hughes<br>   Counsel of Record | Tycko & Zavareei LLP<br>2000 Pennsylvania Avenue NW<br>Suite 1010<br>Washington, DC 20006<br><br>SHUGHES@TZLEGAL.COM | 2029730900 |

Party name: United States Senator Mark Warner

| Steffen Nathanael Johnson  Counsel of Record | Wilson Sonsini Goodrich & Rosati  1700 K Street, NW, Fifth Floor  Washington, DC 20006  SJOHNSON@WSGR.COM | (202) 973-8888 |
|---|---|---|

Party name: The Chamber of Commerce of the United States of America

| Mitchell Keiter  Counsel of Record | Keiter Appellate Law  The Beverly Hills Law Building, 424 South Beverly Drive  Beverly Hills, CA 90212  mitchell.keiter@gmail.com | 13105538533 |
|---|---|---|

Party name: Amicus Populi and Freedom X

| Georgios Mavros  Counsel of Record | Louder with Crowder, LLC  1201 N. Riverfront Blvd, Ste 150  Dallas, TX 75207-4017  GMavros@LouderWithCrowder.com | (817) 650-2240 |
|---|---|---|

Party name: Louder with Crowder, LLC

| Charles Michael Miller  Counsel of Record | Institute for Free Speech  1150 Connecticut Ave., N.W., Ste. 801  Washington, DC 20036  cmiller@ifs.org | 2023019800 |
|---|---|---|

Party name: Institute for Free Speech

| Christopher E. Mills  Counsel of Record | Spero Law LLC  557 East Bay Street #22251  Charleston, SC 29413  cmills@spero.law | 8436060640 |
|---|---|---|

Party name: Jim Jordan and 44 Other Members of Congress

| Jessica Anne Morton  Counsel of Record | Democracy Forward Foundation  P.O. Box 34553  Washington, DC 20043  jmorton@democracyforward.org | 202-843-1642 |
|---|---|---|

Party name: American Academy of Pediatrics, American Medical Association, American Academy of Family Physicians, American College of Physicians, and American Geriatrics Society

| Andrew C. Nichols  Counsel of Record | Charis Lex P.C.  11921 Freedom Dr., Ste. 550  Reston, VA 20190 | (571) 549-2645 |
|---|---|---|
| | anichols@charislex.com | |

Party name: International Center For Law & Economics

| William Jeffrey Olson  Counsel of Record | William J. Olson, P.C.  370 Maple Ave. W., Suite 4  Vienna, VA 22180 | 7033565070 |
|---|---|---|
| | WJO@MINDSPRING.COM | |

Party name: America's Future, Free Speech Coalition, Free Speech Defense and Education Fund, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, Tennessee Firearms Association, Public Advocate, U.S. Constitutional Rights Legal Defense Fund, Leadership Institute, DownsizeDC.org, Downsize DC Foundation, The Western Journal, and Conservative Legal Defense and Education Fund

| Andrew L. Schlafly  Counsel of Record | 939 Old Chester Road  Far Hills, NJ 07931 | 908-719-8608 |
|---|---|---|
| | aschlafly@aol.com | |

Party name: Association of American Physicians and Surgeons

| Jay Alan Sekulow  Counsel of Record | American Center for Law and Justice  201 Maryland Avenue, N.E.  Washington, DC 20002 | 2025468890 |
|---|---|---|
| | sekulow@aclj.org | |

Party name: Charlie Kirk, David Harris, Jr., and Robby Starbuck

| Matthew Adam Seligman  Counsel of Record | Stris & Maher LLP  777 S. Figueroa Street  Suite 3850  Los Angeles, CA 90017 | (213) 995-6873 |
|---|---|---|
| | mseligman@stris.com | |

Party name: Election Officials

| Ilya Shapiro  Counsel of Record | Manhattan Institute  52 Vanderbilt Ave.  New York, NY 10017 | 212-599-7000 |
|---|---|---|
| | ishapiro@manhattan-institute.org | |

Party name: Manhattan Institute, React19, and Three Vaccine-Injured Individuals

| Aaron Siri  Counsel of Record | Siri & Glimstad LLP  745 Fifth Avenue  Suite 500  New York, NY 10151  aaron@sirillp.com | 212-532-1091 |

Party name: Informed Consent Action Network

| Mathew D. Staver  Counsel of Record | 109 Second St., NE  Washington, DC 20002  COURT@LC.ORG | (202) 289-1776 |

Party name: Liberty Counsel

| Peter Martin Torstensen Jr.  Counsel of Record | Montana Attorney General's Office  215 North Sanders Street  Helena, MT 59601  PETER.TORSTENSEN@MT.GOV | 406-444-2026 |

Party name: Montana

| Barbara Dale Underwood  Counsel of Record | Solicitor General  Office of the Attorney General  28 Liberty Street  New York, NY 10005-1400  BARBARA.UNDERWOOD@AG.NY.GOV | 212-416-8016 |

Party name: New York, et al.

| Meaghan Elizabeth McLaine VerGow  Counsel of Record | O'Melveny & Myers LLP  1625 Eye Street, NW  Washington, DC 20006  mvergow@omm.com | (202)-383-5300 |

Party name: The International Municipal Lawyers Association

| John Marc Wheat  Counsel of Record | Advancing American Freedom, Inc.  801 Pennsylvania Ave., NW  Suite 930  Washington, DC 20004-2729  MWHEAT@ADVANCINGAMERICANFREEDOM.COM | (202) 780-4848 |

Party name: Advancing American Freedom, Inc.

| | | |
|---|---|---|
| John W. Whitehead<br>  Counsel of Record | The Rutherford Institute<br>109 Deerwood Road<br>Charlottesville, VA 22911<br><br>legal@rutherford.org | 4349783888 |

Party name: The Rutherford Institute