UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR RELIEF FROM THE JUDGMENT UNDER FEDERAL RULE 60(B)**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Hearing Date: November 12, 2024 (noticed date)<br>Hearing Time: 2:00pmPST<br>Courtroom 1, 4th Floor |

Defendant Apple Inc. has filed a Motion for Relief from the Judgment under Federal Rule of Civil Procedure 60(b). Having considered the Motion, all associated briefs, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly, the Court's Permanent Injunction of September 10, 2021 (Dkt. 813) is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:_____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge