UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>APPLE INC., <br><br>　　　　　Defendant. | Case No. 20-cv-05640-YGR   (TSH) <br><br>**DISCOVERY ORDER** |

　　The Court **ORDERS** the parties to file a joint discovery status report by 5:00 p.m. on October 3, 2024. The Court **SCHEDULES** a discovery status conference for October 4, 2024 at 9:00 a.m. by Zoom videoconference. The parties should join the link for "public hearings" located here: https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

　　**IT IS SO ORDERED.**

Dated: September 30, 2024

THOMAS S. HIXSON
United States Magistrate Judge