E. JOSHUA ROSENKRANZ (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: 212-506-5380
Facsimile:  212-506-5151
Email: jrosenkranz@orrick.com

**Attorney for Defendant**
**Apple Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:20-cv-05640-YGR <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF E. JOSHUA ROSENKRANZ AND WILLIAM F. STUTE** |

**TO THE CLERK AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Apple Inc. ("Apple") hereby withdraws the appearance of E. Joshua Rosenkranz and William F. Stute as counsel of record for Apple.  Apple will continue to be represented by other counsel of record who have appeared in this action.

All pleadings, orders and notices should continue to be served upon Apple's other counsel who have appeared.

Dated: October 1, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          By: */s/ E. Joshua Rosenkranz*
                                              E. Joshua Rosenkranz