UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC., et al.,<br><br>          Defendants. | Case No.20-cv-05640-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 1018 |

   You are hereby notified that Hearing on the Motion to Set Aside Judgment is reset to November 13, 2024, at 2:00 p.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: October 10, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540
