PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant and Counterclaimant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON APPLE'S 60(B) MOTION** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED] ORDER RE APPLE'S 60(B) MOTION     i     CASE NO. 4:20-CV-05640-YGR-TSH

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") and Defendant and Counterclaimant Apple Inc. ("Apple") (collectively, the "Parties") by and through their respective counsel hereby agree as follows.

WHEREAS, on September 30, 2024, Apple filed a Motion for Relief from the Judgment Under Federal Rule 60(b) (the "Motion") (Dkt. 1018);

WHEREAS, Epic intends to oppose the Motion;

WHEREAS, the Parties have met and conferred regarding the Motion, and reached agreement on a briefing schedule; and

WHEREAS, the Parties submit that the proposed schedule does not alter any other Court-ordered deadlines and should not result in prejudice to any of the Parties;

THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that the briefing schedule respecting Apple's Motion shall be as follows:

| | |
|---|---|
| **Apple's Motion** | September 30, 2024 |
| **Epic's Opposition Brief** | November 7, 2024 |
| **Apple's Reply Brief** | November 21, 2024 |

Dated: October 10, 2024

Respectfully submitted,

By: */s/ Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**
  Paul J. Riehle

**CRAVATH, SWAINE & MOORE LLP**
  Gary A. Bornstein
  Yonatan Even
  Lauren A. Moskowitz
  Justin C. Clarke
  Michael J. Zaken
  M. Brent Byars

*Attorneys for Plaintiff and Counter-defendant*
EPIC GAMES, INC.

Dated: October 10, 2024

Respectfully submitted,

By: */s/ Joshua Wesneski*

**WEIL, GOTSHAL & MANGES LLP**
  Mark A. Perry
  Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER LLP**
  Daniel G. Swanson
  Cynthia E. Richman
  Julian W. Kleinbrodt

*Attorneys for Defendant and Counter-claimant*
APPLE INC.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: October 11, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

## E-FILING ATTESTATION

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even