UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO MODIFY ORDER REGARDING WITNESS COMMUNICATIONS** <br><br> The Honorable Yvonne Gonzalez Rogers <br> Courtroom 1, 4th Floor |

Apple Inc. ("Apple") has filed an administrative motion to modify this Court's May 31, 2024 order governing the communications of four Apple witnesses who testified at the May 2024 evidentiary hearing.  *See* Dkt. 974 (Minute Order).  Having considered the motion, all associated briefs, declarations, exhibits, and for good cause appearing:

IT IS HEREBY ORDERED that the administrative motion is GRANTED.  The Court's May 31, 2024, order is hereby MODIFIED.  Apple's four witnesses, Matthew Fischer, Alex Roman, Carson Oliver, and Phil Schiller, may discuss the content of recently produced documents, including in preparation for any future testimony.  Messrs. Fischer, Roman, Oliver, and Schiller are admonished to still refrain from discussing their prior testimony given during the May 2024 evidentiary hearing.

Dated: _____, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court