1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

12
13  EPIC GAMES, INC.,
14             Plaintiff, Counter-defendant,
15       v.
16  APPLE INC.,
17             Defendant, Counterclaimant.

Case No. 4:20-CV-05640-YGR-TSH

**[PROPOSED] ORDER DENYING APPLE INC.'S MOTION TO MODIFY ORDER REGARDING WITNESS COMMUNICATIONS**

Judge:  Hon. Yvonne Gonzalez Rogers

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER DENYING APPLE INC.'S
MOTION TO MODIFY ORDER RE:
WITNESS COMMUNICATIONS

CASE NO. 4:20-CV-05640-YGR-TSH

Apple Inc. ("Apple") has filed an administrative motion to modify this Court's May 31, 2024 Order governing the communications of Apple witnesses who testified at the May 2024 evidentiary hearing. *See* Dkt. 974. Having considered the motion, all associated briefs, declarations, exhibits, Epic Games, Inc.'s opposition and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's administrative motion is **DENIED**.

Dated: _____, 2024

The Honorable Yvonne Gonzales Rogers
United States District Court