GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1         I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP, located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001.  I am not a party to the within cause, I am over the age of eighteen years and my email address is mwilliams@cravath.com.

        I declare that on October 15, 2024, I served via electronic transmission the unredacted version of Epic's Opposition Memorandum to Apple Inc.'s Motion to Modify Order Regarding Witness Communications and Exhibit A to the Declaration of Michael Zaken submitted therewith to counsel for Apple Inc.

        I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  October 15, 2024          */s/ Malikah I. Williams*
                                                      Malikah I. Williams

**E-FILING ATTESTATION**

I, Gary Bornstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Gary Bornstein*
Gary Bornstein