UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>               Defendant. | Case No. 20-cv-05640-YGR (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 1039 |

The parties have filed a joint discovery letter brief at ECF No. 1039, in which Epic takes issue with many of Apple's claims of privilege. The parties discuss a number of specific documents in the letter brief. It would help the Court to understand the nature of the dispute to be able to see those documents and their entries in Apple's privilege log. Accordingly, the Court **ORDERS** the parties to file these documents, together with the log entries that correspond to them, by November 1, 2024. Not having seen any of these documents, the Court expresses no view on whether any of them should be filed under seal.

**IT IS SO ORDERED.**

Dated: October 30, 2024

THOMAS S. HIXSON
United States Magistrate Judge