1  DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
  333 South Grand Avenue
3  Los Angeles, CA 90071
  Telephone: 213.229.7000
4  Facsimile: 213.229.7520

5  CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
6     crichman@gibsondunn.com
  GIBSON, DUNN & CRUTCHER LLP
7  1050 Connecticut Avenue, N.W.
  Washington, DC 20036
8  Telephone: 202.955.8500
  Facsimile: 202.467.0539

9  JULIAN W. KLEINBRODT, SBN 302085
10    jkleinbrodt@gibsondunn.com
  GIBSON, DUNN & CRUTCHER LLP
11 One Embarcadero Center, Suite 2600
  San Francisco, CA 94111
12 Telephone: 415.393.8200
  Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
   mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
   joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
   morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>   Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**APPLE INC.'S NOTICE OF FILING**<br><br>The Honorable Thomas S. Hixson |

1         Pursuant to the Court's order of October 30, 2024, *see* Dkt. 1041, Apple Inc. hereby files with the Court the documents discussed by the parties in the joint discovery letter brief, *see* Dkt. 1039, and their corresponding privilege log entries, *see* Ex. A.

Dated: November 1, 2024                                    Respectfully submitted,

                                                                 By: *s Mark A. Perry*
                                                                 Mark A. Perry
                                                                 WEIL, GOTSHAL & MANGES LLP

                                                                 Attorney for Apple Inc.