# EXHIBIT A

## Exhibit A: Index of Privilege Log Entries[1]

| Bates ID | Privilege Log Entry |
|---|---|
| APL-EG_10680322 (Exhibit B) REDACTED | **Privilege Type:** Work Product <br> **Custodians:** Kosmynka, Trystan <br> **DocDate:** 2023-07-02 <br> **DocTime:** 05:53:55 <br> **From:** <br> **To:** <br> **CC:** <br> **Bcc:** <br> **Subject:** <br> **OriginalName:** Wisconsin Draft Comms.pdf <br> **Privilege Description:** Draft document with redacted text providing work product prepared at the direction of counsel re injunction compliance. <br> **Apple Attorneys:** Ling Lew, Sean Cameron |

---

[1] Privilege logs were provided to Epic in Excel format. In order to fit the privilege log information into this document, Apple has reformatted the information into table format.

| Bates ID | Privilege Log Entry |
|---|---|
| APL-EG_10681518 (Exhibit C) REDACTED | **Privilege Type:** AttorneyClient <br> **Custodians:** Oliver, Carson <br> **DocDate:** 2024-01-18 <br> **DocTime:** 07:52:58 <br> **From:** <br> **To:** <br> **CC:** <br> **Bcc:** <br> **Subject:** <br> **OriginalName:** 2023.07.06 Epic Injunction PR Briefing.key <br> **Privilege Description:** Presentation with redacted text reflecting legal advice from counsel re injunction compliance. <br> **Apple Attorneys:** Brown, Jen |

| Bates ID | Privilege Log Entry |
|---|---|
| APL-EG_10682416 (Exhibit D) REDACTED | **Privilege Type:** AttorneyClient <br> **Custodians:** Oliver, Carson <br> **DocDate:** 2023-06-09 <br> **DocTime:** 14:03:19 <br> **From:** <br> **To:** <br> **CC:** <br> **Bcc:** <br> **Subject:** <br> **OriginalName:** Prepared at the request of Counsel: 06.13.23 Wisconsin Follow up Notes.pages.pages <br> **Privilege Description:** Document with redacted text reflecting legal advice from counsel re injunction compliance. <br> **Apple Attorneys:** |

| Bates ID | Privilege Log Entry |
|---|---|
| APL-EG_10682431 (Exhibit E) REDACTED | **Privilege Type:** AttorneyClient; WorkProduct <br> **Custodians:** Oliver, Carson <br> **DocDate:** 2023-06-29 <br> **DocTime:** 10:27:45 <br> **From:** <br> **To:** <br> **CC:** <br> **Bcc:** <br> **Subject:** <br> **OriginalName:** Wisconsin Price Committee (1).key <br> **Privilege Description:** Presentation with redacted text reflecting legal advice from counsel re injunction compliance and prepared in anticipation or furtherance of litigation. <br> **Apple Attorneys:** Lew, Ling |

4

| Bates ID | Privilege Log Entry |
|---|---|
| APL-EG_10699646 (Exhibit F) REDACTED | **Privilege Type:** AttorneyClient <br> **Custodians:** Ajemian, Peter <br> **DocDate:** 2022-01-21 <br> **DocTime:** 16:57:54 <br> **From:** Fred Sainz [REDACTED] <br> **To:** Peter Ajemian [REDACTED]; Adam Dema [REDACTED] <br> **CC:** <br> **Bcc:** <br> **Subject:** Fwd: [REDACTED] HI and Copy Updates <br> **OriginalName:** 20220121-0857 Fwd: [REDACTED] HI and Copy Updates.eml <br> **Privilege Description:** Email chain with redacted text providing legal advice from counsel re regulatory issues. <br> **Apple Attorneys:** Sean Cameron; Jason Cody; Sean Dillon; Ling Lew; Jenny Liu; Taylor Phillips |

| Bates ID | Privilege Log Entry |
|---|---|
| APL-EG_10720488 (Exhibit G)<br>REDACTED | **Privilege Type:** AttorneyClient<br>**Custodians:** Fischer, Matt; Gray, Eric; Schiller, Phil; DuBois, Dana; Gromek, Monika; Friedland, Zach; Liu, Terry; Onak, Raf; Gharabally, Sam; Phillips, Joe; Elman, Josh; Thai, Ann; Robbin, Jeff; Van Tassell, Dave<br>**DocDate:** 2022-01-14<br>**DocTime:** 03:43:16<br>**From:** Monika Gromek<br>**To:** Phil Schiller<br>**CC:** Jeff Robbin ; Sean Cameron ; Ann Thai ; Robert Kondrk ; Matt Fischer ; Josh Elman ; Sam Gharabally ; Jason Cody ; Sean Dillon ; Ling Lew ; Daniel Erlewine ; Dave Van Tassell ; Terry Liu ; Raf Onak ; Keith Kowalczykowski ; Dana DuBois ; Eric Gray ; Zach Friedland ; Brandon Mihai ; Joe Phillips ; Fred Sainz ; Diane Cu<br>**Bcc:**<br>**Subject:** Re: ▮ HI and Copy Updates<br>**OriginalName:** 20220113-1943 Re: ▮ HI and Copy Updates.eml<br>**Privilege Description:** Email chain reflecting legal advice from counsel re regulatory issues.<br>**Apple Attorneys:** Sean Cameron; Jason Cody; Sean Dillon; Ling Lew; Jenny Liu; Taylor Phillips |

| Bates ID | Privilege Log Entry |
|---|---|
| APL-EG_10737782 (Exhibit H) REDACTED | **Privilege Type:** AttorneyClient; WorkProduct <br> **Custodians:** Fischer, Matt; Oliver, Carson; Schiller, Phil <br> **DocDate:** 2022-01-26 <br> **DocTime:** 18:06:22 <br> **From:** Carson Oliver <br> **To:** Phil Schiller ; Kyle Andeer ; Sean Cameron <br> **CC:** Matt Fischer ; Sean Dillon ; Jason Cody <br> **Bcc:** <br> **Subject:** Re: Analysis Group Research Project for App Store <br> **OriginalName:** 20220126-1006 Re: Analysis Group Research Project for App Store.eml <br> **Privilege Description:** Email chain with redacted text reflecting legal advice from counsel re legal issues and prepared in anticipation or furtherance of litigation. <br> **Apple Attorneys:** Kyle Andeer, Sean Cameron, Jason Cody, Sean Dillon |

| Bates ID | Privilege Log Entry |
|---|---|
| N/A (Entry No. 7077 in 10/11/24 log)<br>WITHHELD | **Privilege Type:** AttorneyClient<br>**Custodian:** Goldberg, Marni; Kim, Timothy; Oliver, Carson; Washburn, Tanya; Ajemian, Peter<br>**DocDate:** 2023-06-25<br>**DocTime:** 02:34:16<br>**From:**<br>**To:**<br>**CC:**<br>**Bcc:**<br>**Subject:**<br>**OriginalName:** App Store Commission Rates and the Value of Apple and the App Store to Developers - Short - DRAFT - 2023.06.24.pdf<br>**Privilege Description:** Document reflecting legal advice from counsel re regulatory issues.<br>**Apple Attorneys:** Apple Legal |

| Bates ID | Privilege Log Entry |
|---|---|
| N/A (Entry No. 16043 in 10/11/24 log)<br>WITHHELD | **Privilege Type:** AttorneyClient; WorkProduct<br>**Custodian:** Barton, Nate<br>**DocDate:** 2023-06-29<br>**DocTime:** 06:20:07<br>**From:**<br>**To:**<br>**CC:**<br>**Bcc:**<br>**Subject:**<br>**OriginalName:** Wisconsin Price Committee.key<br>**Privilege Description:** Presentation providing information requested by counsel prepared at the direction of counsel re app review.<br>**Apple Attorneys:** Apple Legal |

| Bates ID | Privilege Log Entry |
|---|---|
| N/A (Entry No. 44831 in 10/11/24 log)<br>WITHHELD | **Privilege Type:** AttorneyClient<br>**Custodian:** Goldberg, Marni<br>**DocDate:**<br>**DocTime:**<br>**From:**<br>**To:**<br>**CC:**<br>**Bcc:**<br>**Subject:**<br>**OriginalName:** App Store Commission Rates and the Value of Apple and the App Store to Developers - 2023.07.03.pdf<br>**Privilege Description:** Document reflecting communications with counsel with counsel re business transaction.<br>**Apple Attorneys:** Gibson Dunn |

| Bates ID | Privilege Log Entry |
|---|---|
| N/A (Entry No. 2094 in 10/16/24 log)<br>WITHHELD | **Privilege Type:** AttorneyClient<br>**Custodian:** Schiller, Phil<br>**DocDate:** 2024-04-13<br>**DocTime:** 02:57:44<br>**From:**<br>**To:**<br>**CC:**<br>**Bcc:**<br>**Subject:**<br>**OriginalName:** 01A_Price Committee Deck.pdf<br>**Privilege Description:** Document reflecting legal advice from counsel re actual litigation.<br>**Apple Attorneys:** Apple Legal |