# EXHIBIT G

## DOCUMENT FILED UNDER SEAL