UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL** |

Apple Inc. ("Apple") has filed an Administrative Motion to Seal (the "Motion"). In support, Apple filed the supporting declaration of Mark A. Perry.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Accordingly, the highlighted portions of Exhibit A and the entirety of Exhibits B–H to Apple's Notice of Filing of Documents shall remain under seal.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge