# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 4, 2024 | **Time:** 9 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein and Yonatan Even; via Zoom
**Attorney for Defendant:** Mark Perry and Jason C Lo; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco       **Court Reporter:** Lee-Anne Shortridge; via Zoom

## PROCEEDINGS

Further Case Management Conference – held.

The motion to vacate Court Order with respect to witness communication is denied. (Dkt. No. 1033.)

Further Case Management Conference is set for December 16, 2024, at 2:30 p.m. via Zoom webinar.