Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500 F
Facsimile: (415) 591-7510

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC GAMES, INC.'S OPPOSITION TO APPLE'S MOTION FOR RELIEF FROM THE JUDGMENT** <br><br> Hon. Yvonne Gonzalez Rogers |

I, M. BRENT BYARS, hereby declare as follows:

1. I am a Senior Attorney at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned action. I am admitted to appear before this court *pro hac vice*.

2. I submit this declaration in support of Epic's Opposition Memorandum to Apple Inc.'s ("Apple") Motion for Relief from the Judgment Under Federal Rule 60(b), dated September 30, 2024.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would completely testify to these facts under oath.

4. Attached hereto as **Exhibit A** is a true and correct copy of Apple's Answer to Petition for Review in *Beverage v. Apple, Inc.* (No. S285154), dated June 18, 2024.

5. Attached hereto as **Exhibit B** is a true and correct copy of Apple's Petition for Writ of Certiorari in *Apple, Inc. v. Epic Games, Inc.* (No. 23-344), dated September 28, 2023.

6. Attached hereto as **Exhibit C** is a true and correct copy of Apple's Reply Brief for Petitioner in *Apple, Inc. v. Epic Games, Inc.* (No. 23-344), dated December 22, 2023.

-1-

DECLARATION OF M. BRENT BYARS IN SUPPORT OF EPIC GAMES, INC.'S OPPOSITION TO APPLE'S MOTION FOR RELIEF FROM THE JUDGMENT
Case No.: 4:20-cv-05640-YGR-TSH

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November 2024.

_____
M. Brent Byars