```
 1                   UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                       OAKLAND DIVISION

 4

 5    EPIC GAMES, INC.,              )  C-20-05640 YGR
                                     )
 6              PLAINTIFF,           )  OAKLAND, CALIFORNIA
                COUNTER-DEFENDANT    )
 7                                   )  NOVEMBER 4, 2024
                VS.                  )
 8                                   )  PAGES 1-9
      APPLE, INC.,                   )
 9                                   )
                DEFENDANT,           )
10              COUNTERCLAIMANT.     )
      _____)

11

12               TRANSCRIPT OF ZOOM PROCEEDINGS
           BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS
13                 UNITED STATES DISTRICT JUDGE

14    A P P E A R A N C E S:

15    FOR THE PLAINTIFF:      CRAVATH, SWAINE & MOORE LLP
                              BY:  GARY A. BORNSTEIN
16                                 YONATAN EVEN
                              375 NINTH AVENUE
17                            NEW YORK, NEW YORK  10001

18    FOR THE DEFENDANT:      WEIL, GOTSHAL & MANGES
                              BY:  MARK A. PERRY
19                            2001 M STREET NW, SUITE 600
                              WASHINGTON, D.C.  20036
20
                              GIBSON, DUNN & CRUTCHER LLP
21                            BY:  JASON C. LO
                              333 SOUTH GRAND AVENUE
22                            LOS ANGELES, CALIFORNIA  90071

23    REMOTE REPORTED BY:     LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1    OAKLAND, CALIFORNIA                      NOVEMBER 4, 2024

 2                    P R O C E E D I N G S

 3         (ZOOM PROCEEDINGS CONVENED AT 2:27 P.M.)

 4              THE CLERK:  GOOD AFTERNOON, EVERYONE.

 5         THESE PROCEEDINGS ARE BEING COURT REPORTED BY THIS COURT.

 6    ANY OTHER RECORDING OF THIS PROCEEDING, EITHER BY VIDEO, AUDIO,

 7     INCLUDING SCREENSHOTS, ARE STRICTLY PROHIBITED.

 8         YOUR HONOR, NOW CALLING THE CIVIL MATTER 20-CV-5640-YGR,

 9    EPIC GAMES, INCORPORATED VERSUS APPLE, INCORPORATED.

10         PARTIES, PLEASE STATE YOUR APPEARANCES FOR THE RECORD,

11    STARTING WITH THE PLAINTIFFS.

12              MR. BORNSTEIN:  GOOD AFTERNOON, YOUR HONOR.

13         GARY BORNSTEIN FOR PLAINTIFF EPIC GAMES.

14              THE COURT:  GOOD AFTERNOON.

15              MR. EVEN:  GOOD AFTERNOON, YOUR HONOR.

16         YONATAN EVEN FOR EPIC GAMES.

17              THE COURT:  GOOD AFTERNOON.

18              MR. PERRY:  GOOD AFTERNOON, YOUR HONOR.

19         MARK PERRY FOR APPLE.

20              THE COURT:  GOOD AFTERNOON.

21              MR. LO:  GOOD AFTERNOON.

22         JASON LO ON BEHALF OF APPLE AS WELL.

23              THE COURT:  OKAY.  GOOD AFTERNOON.

24         I GOT THE MOTION TO VACATE MY ORDER WITH RESPECT TO

25    WITNESS COMMUNICATIONS, MR. PERRY.  I THOUGHT IT WAS MUCH
```

1   EASIER TO DO THIS ON A HEARING RATHER THAN DEAL WITH IT ON

2   PAPER.

3            MR. PERRY:  CERTAINLY, YOUR HONOR.

4            THE COURT:  DO YOU WISH TO BE HEARD BEYOND WHAT

5   YOU'VE WRITTEN?

6            MR. PERRY:  UNLESS THE COURT HAS QUESTIONS, IT'S

7   REALLY A MATTER OF, YOU KNOW, THE -- WHETHER OR NOT WE CAN

8   DISCUSS THE DOCUMENTS WITH THE WITNESSES GOING INTO THE

9   HEARING.  WE JUST WANT TO MAKE SURE THE GROUND RULES ARE CLEAR

10  SO THAT WE STAY -- THEY'RE CLEAR NOW, TO BE CLEAR.  WE JUST

11  WANT TO MAKE SURE --

12           THE COURT:  HOLD ON, MR. PERRY.  I'M HAVING A HARD

13  TIME HEARING YOU, AND MAYBE IT'S -- MAYBE IT'S MY VOLUME.  LET

14  ME JUST INCREASE IT.

15       (PAUSE IN PROCEEDINGS.)

16           THE COURT:  GO AHEAD.

17           MR. PERRY:  CAN YOU HEAR ME NOW, YOUR HONOR?

18           THE COURT:  YEAH, I CAN.  I JUST INCREASED MY VOLUME.

19  THANKS.

20           MR. PERRY:  OKAY.  WE HAVE NOTHING TO ADD TO THE

21  PAPERS, YOUR HONOR, UNLESS THE COURT HAS QUESTIONS.

22       WE JUST WANTED TO MAKE SURE THE GROUND RULES WERE CLEAR AS

23  WE MOVE INTO THE NEXT PHASE GIVEN THE DOCUMENTS AND THE

24  WITNESSES.

25           THE COURT:  OKAY.

```
 1              ANYTHING FROM THE OTHER SIDE?

 2              MR. BORNSTEIN:  NO, YOUR HONOR.  ABSENT QUESTIONS

 3     FROM THE COURT, WE'LL RELY ON THE PAPERS.

 4              THE COURT:  OKAY.  WELL, THEN MAYBE IT WAS EASIER FOR

 5     ME TO JUST PUT THIS ON A -- BY HEARING -- I MEAN BY WRITING.

 6              SO THE REQUEST IS DENIED.  I -- LOOK, YOUR FOLKS CAME IN

 7     HERE AND THEY TOLD ME HOW AND WHY THEY DID WHAT THEY DID, AND I

 8     EXPECT, FROM YOUR PERSPECTIVE, THE DOCUMENTS WILL BE CONSISTENT

 9     WITH THAT TESTIMONY.

10              IF IT'S NOT CONSISTENT WITH THAT TESTIMONY, THEY DON'T GET

11     TO -- THEY DON'T -- THEY -- THEY DON'T GET TO AVOID WHAT THE

12     DOCUMENTS SAY.

13              SO I DON'T THINK IT'S APPROPRIATE.  I MEAN, LIKE I SAID,

14     EVERYTHING THAT WE'RE TALKING ABOUT IS HISTORIC.  ALL OF YOUR

15     COMMUNICATIONS, THEY'VE NOT BEEN CONSTRAINED IN ANY WAY, SHAPE,

16     OR FORM TO TALK ABOUT ONGOING FORWARD OPERATIONS.

17              BUT GIVEN SOME OF THE THINGS THAT WERE SUBMITTED UNDER

18     SEAL, I HAVE A LITTLE BIT OF CONCERN, AND I NEED TO -- I NEED

19     TO BE -- I NEED TO HAVE THIS PROCEEDING DONE IN A WAY THAT

20     GIVES ME THE MOST ASSURANCE THAT I'M BEING -- THAT WE'RE

21     GETTING TO THE TRUTH OF WHAT HAPPENED.

22              MR. PERRY:  UNDERSTOOD, YOUR HONOR.

23              THE COURT:  SO I WOULD LIKE TO KNOW WHERE WE ARE

24     BECAUSE I WOULD LIKE TO GET THIS FINISHED.

25              SO WHEN CAN I SET A HEARING TO FINISH THIS OFF?
```

1          MR. BORNSTEIN:  WELL, YOUR HONOR, I CAN START, IF

2    THAT WOULD BE HELPFUL.

3          WE -- AS I THINK YOUR HONOR KNOWS FROM THE CASE MANAGEMENT

4    STATEMENT WE SUBMITTED, WE HAVE AN ONGOING DISPUTE WITH APPLE

5    ON SOME DISCOVERY ISSUES, IN PARTICULAR A PRIVILEGE ISSUE THAT

6    IS BEFORE MAGISTRATE JUDGE HIXSON NOW.  HE HAS BEEN INCREDIBLY

7    RESPONSIVE AND HELPFUL THROUGH THE PROCESS.  WE'RE GRATEFUL FOR

8    ALL OF HIS ASSISTANCE ON THIS.

9          IF PAST IS PROLOGUE, I WOULD EXPECT THAT MAGISTRATE

10   JUDGE HIXSON WOULD RESPOND VERY PROMPTLY TO THE CURRENT DISPUTE

11   AND GIVE THE PARTIES THE GUIDANCE THAT HE'S BEEN GIVING US ALL

12   ALONG.

13         AND ONCE WE GET THAT FROM HIM, I'M HOPEFUL THAT WE CAN GET

14   THE DOCUMENTS THAT WE'RE ENTITLED TO AND THEN GET BACK IN COURT

15   AS QUICKLY AS WE GET THOSE MATERIALS.

16         BUT I DON'T -- I DON'T WANT US TO DO ANOTHER ROUND, IF IT

17   CAN BE AVOIDED, OF, YOU KNOW, COMING IN AND SEEING YOUR HONOR

18   AND THEN DISCOVERING THAT THERE'S MORE MATERIAL THAT WOULD BE

19   HELPFUL FOR YOUR HONOR TO REVIEW AND TO HAVE IN THE RECORD.

20         SO WE WANT TO GET THAT MATERIAL FIRST BEFORE WE COME AND

21   TAKE MORE OF YOUR HONOR'S TIME, AND WE WANT TO DO THAT AS

22   QUICKLY AS IS REASONABLE.

23            THE COURT:  ONCE YOU GET THOSE DOCUMENTS, HOW LONG DO

24    YOU THINK THIS IS GOING TO TAKE?

25            MR. BORNSTEIN:  YOU MEAN IN TERMS OF REVIEWING THE

1    DOCUMENTS, YOUR HONOR, OR HOW MUCH MORE COURT TIME?

2              THE COURT:  BOTH.

3              MR. BORNSTEIN:  SO WE'RE AWARE THAT THERE ARE 57,000

4    DOCUMENTS THAT HAVE BEEN --

5              THE COURT:  AND IS THAT 57,000 PAGES OR 57,000

6    DOCUMENTS?

7              MR. BORNSTEIN:  DOCUMENTS, YOUR HONOR.

8         NOW, I FULLY EXPECT THAT SOME PORTION OF THOSE ARE

9    LEGITIMATE PRIVILEGE CLAIMS.

10        BUT I FULLY EXPECT, BASED ON WHAT WE'VE SEEN, THAT SOME

11   MEANINGFUL PORTION, OR NOT -- I'M SURE THAT WHEN WE GET THE

12   MATERIALS THAT WE'RE ENTITLED TO, WE WILL DEVOTE, YOU KNOW, ALL

13   THE RESOURCES WE CAN TO GET THROUGH THOSE AS PROMPTLY AS WE

14   CAN.  WE WANT THIS TO MOVE ON.

15        SO DEPENDING ON THE VOLUME, YOUR HONOR, I WOULD THINK WE

16   CAN GET THROUGH WHATEVER WE RECEIVE IN, YOU KNOW, TWO WEEKS OR

17   SO ONCE WE GET THE MATERIALS TO UNDERSTAND WHAT'S THERE, AND

18   THEN WE CAN GET ON YOUR HONOR'S CALENDAR.

19        I RECOGNIZE YOUR HONOR'S CALENDAR IS A DIFFICULT, A

20   DIFFICULT THING TO GET ON, BUT WE'LL GET ON THERE AS SOON AS

21   THE COURT CAN ACCOMMODATE US.

22        WE'LL HAVE TO GET THROUGH THE MATERIALS AND GET THE

23   WITNESSES, GET THE WITNESSES THERE TO SEE THE COURT.

24        IN TERMS OF AMOUNT OF TIME -- I'M SORRY, YOUR HONOR.

25              THE COURT:  JANUARY 13TH.  WE'LL SET THAT

```
1    TENTATIVELY.

2            MR. BORNSTEIN:  THAT SHOULD BE FINE, YOUR HONOR, IF

3    YOUR HONOR WILL PERMIT US TO CONSULT SCHEDULES ON OUR SIDE AND

4    CHECK WITH MY CLIENT.  BUT I DON'T SEE ANY REASON WHY, AS A

5    MATTER OF TIMING, THAT THAT SHOULDN'T WORK, ASSUMING WE GET

6    THOSE MATERIALS.

7            THE COURT:  MR. PERRY?

8            MR. PERRY:  YES, YOUR HONOR, AS TO JANUARY 13TH

9    TENTATIVELY.

10        AS WE NOTED IN THE CASE MANAGEMENT CONFERENCE STATEMENT,

11   WE DO HAVE A TRIAL BEGINNING IN THE U.K. INVOLVING OVERLAPPING

12   ISSUES.  IT'S AN ANTITRUST CASE INVOLVING THE APP STORE.  THERE

13   MAY OR MAY NOT BE AN OVERLAP IN WITNESSES.  I BELIEVE WE DON'T

14   ACTUALLY HAVE A FINAL WITNESS LIST IN THE U.K. PROCEEDING YET,

15   BUT THAT WILL BE A MATTER OF COORDINATION RATHER THAN CONFLICT.

16        AS FAR AS -- AND I AGREE WITH MR. BORNSTEIN, ONCE WE GET

17   TO THE CONCLUSION OF DISCOVERY -- AND JUDGE HIXSON HAS BEEN

18   WORKING WITH ALL OF US.  WE NEED TO PUT AN END TO THAT PIECE

19   AND MOVE FORWARD.

20        I DON'T KNOW THAT IT'LL BE RESOLVED SOON ENOUGH FOR

21   JANUARY 13TH, BUT I SUSPECT IT WILL BE.  THERE'S ONE REQUEST

22   AND WE'LL GET IT RESOLVED AND IT'S FULLY BRIEFED IN FRONT OF

23   JUDGE HIXSON.

24        SO I THINK THAT WILL WORK, BUT THE COURT SAID TENTATIVE --

25            THE COURT:  LET US SHOOT FOR THAT, BECAUSE THEN I GO
```

1    INTO BACK-TO-BACK TRIALS, AND THEY MAY NOT GO, BUT THEY'RE

2    STILL ALREADY ON THE CALENDAR.

3         SO THEY MAY RESOLVE, BUT, YOU KNOW, WE'RE MOVING INTO THE

4    HOLIDAYS, AND THINGS ARE ALREADY PACKED, AND I'M GOING TO TAKE

5    A VACATION FOR AT LEAST A WEEK.

6         SO THAT BRINGS US INTO JANUARY, AND I WOULD RATHER JUST

7    GET ON YOUR CALENDAR NOW.

8              MR. BORNSTEIN:  WE APPRECIATE THAT, YOUR HONOR, AND

9    WE WILL BLOCK THAT OFF ON OUR SIDE.

10        AS MR. PERRY SAID, THERE'S THE ONE MATTER IN FRONT OF

11   MAGISTRATE JUDGE HIXSON NOW ON PRIVILEGE.  I'M HOPEFUL THAT

12   WHATEVER GUIDANCE WE GET FROM THE COURT WILL BE DULY

13   IMPLEMENTED AND WE WON'T HAVE FURTHER DISPUTES.

14        AS WE NOTED IN THE CASE MANAGEMENT STATEMENT, WE ARE DOING

15   SOME FURTHER ANALYSIS ON A RESPONSIVENESS ISSUE.  I'M HOPEFUL

16   WE CAN RESOLVE THAT CONSENSUALLY.  IF NOT, WE MAY HAVE

17   SOMETHING FOR THE MAGISTRATE JUDGE.  BUT THAT'S NOT CURRENTLY

18   IN FRONT OF HIM.

19             THE COURT:  ALL RIGHT.  WELL, LET'S DO THIS THEN:

20   LET'S GO AHEAD AND PUT YOU ON THE CALENDAR FOR A CASE

21   MANAGEMENT CONFERENCE DECEMBER 15TH AT 2:00 P.M., OR WE'LL SAY

22   2:30 P.M.  I TEND TO SET YOU SEPARATELY.  WE SHOULD KNOW THEN,

23   OBVIOUSLY, IF WE'RE GOING TO GO A MONTH LATER.

24             MR. BORNSTEIN:  THAT'S GREAT, YOUR HONOR.

25        DID YOUR HONOR SAY DECEMBER 15?  THAT'S SHOWING UP AS A

```
1        SUNDAY ON MY CALENDAR.

2               THE COURT:  THE 16TH, SORRY.  I WAS LOOKING AT THE

3    WRONG YEAR.

4               MR. PERRY:  GREAT.  OKAY.  THANK YOU, YOUR HONOR.

5               THE COURT:  AT 2:30.  OKAY?

6          ALL RIGHT.  HAPPY FALL.  SEE YOU IN DECEMBER.

7               MR. BORNSTEIN:  THANK YOU, YOUR HONOR.

8               THE COURT:  THANK YOU.

9               MR. PERRY:  THANK YOU, YOUR HONOR.

10              THE CLERK:  COURT IS ADJOURNED.

11         (THE PROCEEDINGS WERE CONCLUDED AT 2:37 P.M.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3                           CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF ZOOM PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     LEE-ANNE SHORTRIDGE, CSR, CRR
17   CERTIFICATE NUMBER 9595

18        DATED:  NOVEMBER 13, 2024

19

20

21

22

23

24

25