UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 20-cv-05640-YGR   (TSH) <br><br> **DISCOVERY ORDER** |

In ECF Nos. 1043 and 1044, Apple has submitted a number of documents over which it claims privilege. The Court finds that *in camera* review is warranted to evaluate the claim of privilege. Accordingly, the Court **ORDERS** Apple to submit the privileged documents without redaction to TSHpo@cand.uscourts.gov no later than noon on November 22, 2024.

**IT IS SO ORDERED.**

Dated: November 20, 2024

THOMAS S. HIXSON
United States Magistrate Judge