PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant and Counterclaimant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SPECIAL MASTER APPOINTMENT**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED]
ORDER RE SPECIAL MASTER
APPOINTMENT                                    CASE NO. 4:20-CV-05640-YGR-TSH

1    Pursuant to Civil Local Rule 7-12 and Magistrate Judge Hixson's Order of December 5, 2024 (Dec. 5 Hearing Tr. 12:18-21), Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") and Defendant and Counterclaimant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, as detailed in the Parties' December 9, 2024 Joint Case Management Statement (ECF No. 1068), the Parties have agreed that Apple will re-review all of its privilege assertions and, subject to approval of this Stipulation by the Court, shall submit all privilege assertions it maintains for further review by three special masters (or more, should it become necessary), pursuant to a detailed protocol to be jointly developed by the parties with input from such special masters.

THEREFORE, IT IS STIPULATED AND AGREED that the Parties will retain three (or more) special masters pursuant to Federal Rule of Civil Procedure 53, with costs and fees to be equally divided among the Parties.

Dated: December 10, 2024

Respectfully submitted,

By: /s/ *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

| | |
|---|---|
| Dated: December 10, 2024 | Respectfully submitted, |
| | By:  /s/ *Mark A. Perry* |
| | |
| | **WEIL, GOTSHAL & MANGES LLP** |
| |   Mark A. Perry |
| |   Joshua M. Wesneski |
| | |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| |   Richard J. Doren |
| |   Jason C. Lo |
| |   Daniel G. Swanson |
| |   Cynthia E. Richman |
| |   Julian W. Kleinbrodt |
| | |
| | *Attorneys for Defendant and Counterclaimant* APPLE INC. |

STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER APPOINTMENT — 3 — CASE NO. 4:20-CV-05640-YGR-TSH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____                    _____
                                                HON. YVONNE GONZALEZ ROGERS

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even