UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No.20-cv-05640-YGR<br><br>**CLERK'S NOTICE** |

      You are hereby notified that Further Case Management Conference will be held via Zoom Webinar. Further Case Management Conference is continued to December 18, 2024, at 11:00 a.m. in Oakland – Videoconference Only before Judge Yvonne Gonzalez Rogers. All other Case Management Conference deadlines remain the same.

**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr

**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at YGRCRD@cand.uscourts.gov no later than July 14, 2023 at 12:00 PM.

**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

Dated: December 12, 2024

                                                Mark B. Busby
                                                Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540