PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant and Counterclaimant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER APPOINTING SPECIAL MASTERS** <br><br> Courtroom: 1, 4th Floor <br> Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-12 and Judge Gonzalez Rogers' Order of December 11, 2024 (ECF No. 1070), Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") and Defendant and Counterclaimant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court has ordered the appointment of Special Masters to assist the Parties with a re-review of certain privilege assertions made by Apple (ECF No. 1070);

WHEREAS, the Parties have met and conferred and have agreed, subject to Court approval, to the appointment of the Honorable Wayne Brazil (Ret.) and the Honorable Philip Gutierrez (Ret.) as Special Masters in this case;

WHEREAS, the Parties expect to propose a third Special Master candidate to the Court promptly;

THEREFORE, IT IS STIPULATED AND AGREED that:

1. The Honorable Wayne Brazil (Ret.) and the Honorable Philip Gutierrez (Ret.) shall each cause to be filed a declaration under 28 U.S.C. § 455 confirming that there are no grounds for disqualification.

2. Effective upon the filing of the declarations set forth in paragraph 1, the Honorable Wayne Brazil (Ret.) and the Honorable Philip Gutierrez (Ret.) are each appointed pursuant to Federal Rule of Civil Procedure 53 as Special Masters to assist the Parties with all reasonable diligence with the privilege re-review process described in ECF No. 1068, pursuant to a protocol to be worked out with the Special Masters.

3. Each Special Master's hourly fee shall be his standard hourly rate at Judicial Arbitration and Mediation Services (JAMS) for this type of work, to be divided equally between the Parties.

| | | |
|---|---|---|
| 1 | Dated: December 12, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By:   /s/ *Yonatan Even* |
| 4 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 5 | | |
| 6 | | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com |
| 7 | | Four Embarcadero Center<br>San Francisco, California 94111 |
| 8 | | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |
| 9 | | |
| 10 | | **CRAVATH, SWAINE & MOORE LLP** |
| 11 | | Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com |
| 12 | | Yonatan Even (*pro hac vice*)<br>yeven@cravath.com |
| 13 | | Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com |
| 14 | | Justin C. Clarke (*pro hac vice*)<br>jcclarke@cravath.com |
| 15 | | Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com |
| 16 | | M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com |
| 17 | | |
| 18 | | 375 Ninth Avenue<br>New York, New York 10001 |
| 19 | | Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| 20 | | |
| 21 | | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |
| 22 | | |

JOINT STIPULATION AND [PROPOSED] ORDER
APPOINTING SPECIAL MASTERS     2     CASE NO. 4:20-CV-05640-YGR-TSH

| | |
|---|---|
| Dated:  December 12, 2024 | Respectfully submitted,<br><br>By:   /s/  *Mark A. Perry* |

**WEIL, GOTSHAL & MANGES LLP**

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

**GIBSON, DUNN & CRUTCHER LLP**

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant and Counterclaimant*
APPLE INC.

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:_____

HON. YVONNE GONZALEZ ROGERS

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even

JOINT STIPULATION AND [PROPOSED] ORDER
APPOINTING SPECIAL MASTERS            5            CASE NO. 4:20-CV-05640-YGR-TSH