# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| Plaintiff, Counter-Defendant | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC'S MOTION FOR RELIEF FROM A NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE** |
| v. | |
| APPLE INC., | |
| Defendant, Counterclaimant. | The Honorable Yvonne Gonzalez Rogers |

[PROPOSED] ORDER GRANTING DEFENDANT APPLE, INC.'S MOTION FOR RELIEF FROM A NONDISPOSITIVE PRE-TRIAL ORDER OF A MAGISTRATE JUDGE

Case No.: 4:20-cv-05640-YGR-TSH

On December 16, 2024, Defendant Apple Inc. filed this Motion for Relief from a Non-Dispositive Pretrial Order of a Magistrate Judge. Having considered the papers and the contentions of the parties, and for good cause shown, the Court hereby GRANTS Defendant's motion. The Magistrate Judge's December 2, 2024 Discovery Order (Dkt. 1056) is hereby overruled to the extent it determined that the nine documents identified in Defendant's motion are not protected by the attorney-client privilege and/or work product doctrine.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE