Hon. Suzanne H. Segal (Ret.)
SIGNATURE RESOLUTION, LLC
633 West 5th Street, Suite 1000
Los Angeles, California 90071
judgesegal@signatureresolution.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **EPIC GAMES INC.,**<br><br>　　　　Plaintiff**,**<br><br>　　v.<br><br>**APPLE, INC.,**<br><br>　　　　Defendant**.** | Case No.: 4:20-CV-05640-YGR-TSH<br><br>**SPECIAL MASTER AFFIDAVIT** |

On December 18, 2024, District Judge Yvonne Gonzalez Rogers issued an order (the "Order") tentatively appointing Judge Suzanne H. Segal (Ret.). as a Special Master pursuant to Federal Rule of Civil Procedure 53. The parties provided the Order to Judge Segal on December 18, 2024. Judge Segal is required to review the available information to confirm that she is not required to disqualify herself. Rule 53 requires that a Special Master file an affidavit under Federal Rule of Civil Procedure 53(b)(3)(A). Judge Segal has reviewed the pleadings and the docket. Judge Segal has determined, pursuant to Rule 53(a)(2), that she does not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. Section 455. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2024

　　　　　　　　　　　　　　　　　　　　DocuSigned by:
　　　　　　　　　　　　　　　　　　　　*Hon. Suzanne Segal (Ret.)*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　Hon. Suzanne Segal (Ret.)