# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 18, 2024 | **Time:** 28 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games, Inc. v. Apple, Inc. | |

**Attorney for Plaintiff:** Gary Bornstein and Yonatan Even; via Zoom
**Attorney for Defendant:** Jason C. Lo and Mark Perry; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Further Case Management Conference – held.

The parties discussed the status of ongoing discovery proceedings before Magistrate Judge Thomas S. Hixson, including the recent appointment of special masters, and anticipated timing for conclusion of special master review of privilege claims. The Court suggested to the parties to consider availability to resume the evidentiary proceedings between January 20 and February 7, 2025.

With respect to Apple's motion for relief (Dkt. No. 1079) from Judge Hixson's December 2, 2024 order (Dkt. No. 1056), the Court set the following deadlines: Plaintiff's response due by December 23, 2024; and Defendant's reply due by December 30, 2024.

Additionally, Apple shall provide the unredacted privilege exemplars at issue in Judge Hixson's December 2 order for *in camera* review, either transmitted to the Court's chambers email (ygrchambers@cand.uscourts.gov) or filed on the docket under seal.

The Court declined Apple's request to rule on its Motion for Relief from the Judgment under Federal Rule 60(b) (Dkt. No. 1018) before any further evidentiary proceedings are resumed. The Court will rule on the motion in due course.

Apple sought clarification of the Court's order denying Apple's motion to modify the Court's order on witness communications. (*See* Dkt. Nos. 1033, 1048.) Apple's witnesses may be provided with the transcripts of their prior testimony.

Status Conference set for January 14, 2025, at 11:00 a.m. via Zoom Webinar.