UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR |
| Plaintiff, Counter-defendant | **[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| APPLE INC., | The Honorable Thomas S. Hixson |
| Defendant, Counterclaimant | |

1   Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Apple Inc.
2   ("Apple") has filed an Administrative Motion to Seal (the "Motion").  In support, Apple filed the
3   accompanying declaration of Mark A. Perry.
4   Having considered the Motion, all associated declarations, exhibits, and any argument of
5   counsel, and for good cause appearing:
6   **IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the
7   Administrative Motion, is **GRANTED**.
8   Accordingly,
9   (1)   The public shall only have access to the version of the partially sealed documents
10  sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Highlighted term in the bulleted paragraph beginning "Netherlands" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the bulleted paragraph beginning "Netherlands" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the bulleted paragraph beginning "Japan" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the bulleted paragraph beginning "Japan" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the bulleted paragraph beginning "Digital Markets Act" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the bulleted paragraph beginning "Digital Markets Act" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the bulleted paragraph with text | Exhibit A to Joint Status | Reflects non-public Apple |

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| beginning, "As part of its compliance with the DMA" | Report | project codenames |
| Last sentence of the first bulleted paragraph with text beginning, "As part of its compliance with the DMA" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the second bulleted paragraph with text beginning, "As part of its compliance with the DMA" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the second bulleted paragraph with text beginning, "As part of its compliance with the DMA" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the paragraph beginning "Spotify Proceeding" | Exhibit A to Joint Status Report | Reflects non-public Apple project codenames |
| Last three words of bulleted paragraph beginning "The meaning and significance of other terms" | Exhibit B to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the bulleted paragraph beginning "Netherlands" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the bulleted paragraph beginning "Netherlands" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the bulleted paragraph beginning "Japan" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the bulleted paragraph beginning "Japan" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the | Exhibit D to Joint Status | Reflects non-public Apple |

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| bulleted paragraph beginning "Digital Markets Act" | Report | project codenames |
| Last sentence of the bulleted paragraph beginning "Digital Markets Act" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the bulleted paragraph with text beginning, "As part of its compliance with the DMA" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the first bulleted paragraph with text beginning, "As part of its compliance with the DMA" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Highlighted term in the second bulleted paragraph with text beginning, "As part of its compliance with the DMA" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the second bulleted paragraph with text beginning, "As part of its compliance with the DMA" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |
| Last sentence of the paragraph beginning "Spotify Proceeding" | Exhibit D to Joint Status Report | Reflects non-public Apple project codenames |

**IT IS SO ORDERED.**

Dated:_____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge

4