# EXHIBIT D

*Epic Games, Inc. v. Apple Inc.*, No. 20-CV-5640 (N.D. Cal.)
**Apple Glossary of Terms**

- <u>Michigan / Wisconsin</u>: Michigan was the internal project name used between September 2021 and December 2021 to refer to the changes to the App Store required under the Injunction. Wisconsin was the internal project name used starting in the summer of 2023.

- <u>Netherlands /</u> ▮ : In 2019, the Netherlands competition authority initiated an action against Apple relating to the App Store's rules for dating apps. The Netherlands competition authority eventually required Apple to make changes to the rules for dating apps in the Netherlands storefront similar to that required by the Injunction. ▮

- <u>Japan /</u> ▮ : In 2022, Apple changed its App Store rules worldwide to allow certain types of apps to include links to websites where the user could create or manage an account with the developer. The changes were made in response to a regulatory investigation by the Japan Fair Trade Commission. ▮

- <u>Korea External Purchase Program (</u>▮<u>)</u>: In 2022, Apple changed its App Store rules for apps in South Korea to allow apps to include a payment system other than IAP within their apps. ▮

- <u>Digital Markets Act ("DMA") /</u> ▮ : The Digital Markets Act (frequently abbreviated to "DMA") is a law passed in the European Union ("EU") that required Apple to make a number of changes to the App Store and Apple operating system in Europe. ▮

- ▮ : As part of its compliance with the DMA, Apple made changes in the EU regarding developers' ability to include links within their apps (similar to what is required under the Injunction) or alternatives to IAP in their apps. ▮.

- ▮ : As part of its compliance with the DMA, Apple made changes in the EU regarding third parties' ability to offer alternatives to the App Store for distribution on iOS and later iPadOS. ▮.

- <u>Spotify Proceeding</u>: From 2019 to the present, Apple has been engaged in litigation with Spotify (a music-streaming app developer) in Europe regarding issues similar to that under the Injunction. ▮.

- <u>Australia Proceeding</u>: From 2020 to the present, Apple has been engaged in litigation with Epic in Australia over substantially the same issues litigated in this case.