PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant and Counterclaimant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER APPOINTING SPECIAL MASTER** <br><br> Courtroom:  1, 4th Floor <br> Judge:  Hon. Yvonne Gonzalez Rogers |

1  Pursuant to Civil Local Rule 7-12 and Judge Gonzalez Rogers's Order of December 11,
2 2024 (ECF No. 1070), Plaintiff and Counter-defendant Epic Games, Inc. ("Epic") and Defendant
3 and Counterclaimant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their
4 respective counsel, hereby stipulate as follows:

5  WHEREAS, the Court has ordered the appointment of Special Masters to assist the Parties
6 with a re-review of certain privilege assertions made by Apple (ECF No. 1070);

7  WHEREAS, the Court has subsequently ordered the appointment of the Honorable Wayne
8 Brazil (Ret.), the Honorable Philip Gutierrez (Ret.), and the Honorable Suzanne Segal (Ret.) as
9 Special Masters in this case (ECF No. 1074; ECF No. 1081);

10  WHEREAS, on December 22, 2024, the Honorable Wayne Brazil (Ret.) notified the Parties
11 of his withdrawal as a Special Master;

12  WHEREAS, the Parties have agreed, in light of Judge Brazil's withdrawal and the need for
13 the Special Masters to review a large number of documents on a compressed schedule, and subject
14 to Court approval, to the appointment of the Honorable Patrick J. Walsh (Ret.) as an additional
15 Special Master in this case;

16  THEREFORE, IT IS STIPULATED AND AGREED that:

17  1. The appointment of the Honorable Wayne Brazil (Ret.) is hereby terminated.

18  2. The Honorable Patrick J. Walsh (Ret.) shall cause to be filed a declaration under 28
19 U.S.C. § 455 confirming that there are no grounds for disqualification.

20  3. Effective upon the filing of the declaration set forth in paragraph 1, the Honorable Patrick
21 J. Walsh (Ret.) is appointed pursuant to Federal Rule of Civil Procedure 53 as Special Master to
22 assist the Parties with all reasonable diligence with the privilege re-review process described in
23 ECF No. 1068, pursuant to the Protocol agreed-upon by the Parties and ordered by the Court. (ECF
24 No. 1092).

25  4. The Special Master's hourly fee shall be his standard hourly rate at Signature Resolution
26 for this type of work, to be divided equally between the Parties.

27
28

1 | Dated: January 6, 2025

Respectfully submitted,

By:   /s/  *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

| | |
|---|---|
| Dated: January 6, 2025 | Respectfully submitted,<br><br>By:   /s/  *Mark A. Perry*<br><br>**WEIL, GOTSHAL & MANGES LLP**<br><br>MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)<br>joshua.wesneski@weil.com<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>RICHARD J. DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>JASON C. LO, SBN 219030<br>jlo@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>*Attorneys for Defendant and Counterclaimant*<br>APPLE INC. |

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: January 6, 2025

_____
HON. YVONNE GONZALEZ ROGERS

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even