UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC, ) | Docket No. 4:20-CV-5640-YGR-TSH |
| ) Plaintiff, Counter-defendant, ) | |
| ) | SPECIAL MASTER AFFIDAVIT |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Defendant, Counterclaimant. ) | |

On January 6, 2025, the Honorable Yvonne Gonzalez Rogers issued an order appointing me as a Special Master. Pursuant to Federal Rule of Civil Procedure 53(a)(2) and (b)(3)(A), I have reviewed the pleadings and the docket and determined that I do not have a relationship with the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. Section 455. I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 7, 2025

*Patrick J. Walsh*

HON. PATRICK J. WALSH (Ret.)