| | | |
|---|---|---|
| 1 | DANIEL G. SWANSON, SBN 116556<br>    dswanson@gibsondunn.com | MARK A. PERRY, SBN 212532<br>    mark.perry@weil.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue | JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*) |
| 3 | Los Angeles, CA 90071<br>Telephone: 213.229.7000 |     joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 4 | Facsimile: 213.229.7520 | 2001 M Street NW, Suite 600<br>Washington, DC 20036 |
| 5 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*) | Telephone: 202.682.7000<br>Facsimile: 202.857.0940 |
| 6 |     crichman@gibsondunn.com | |
| 7 | GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W. | MORGAN D. MACBRIDE, SBN 301248<br>    morgan.macbride@weil.com |
| 8 | Washington, DC 20036<br>Telephone: 202.955.8500 | WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor |
| 9 | Facsimile: 202.467.0539 | Redwood Shores, CA 94065<br>Telephone: 650.802.3044 |
| 10 | JULIAN W. KLEINBRODT, SBN 302085<br>    jkleinbrodt@gibsondunn.com | Facsimile: 650.802.3100 |
| 11 | GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600 | |
| 12 | San Francisco, CA 94111<br>Telephone: 415.393.8200 | |
| 13 | Facsimile: 415.393.8306 | |
| 14 | Attorneys for Defendant APPLE INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>        Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Thomas S. Hixson |

I declare I am attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm of Weil, Gotshal & Manges LLP, counsel of record for Defendant Apple Inc. in this case.

On January 10, 2025, I served via electronic transmission an un-redacted version of the Privilege Log Entries (Exhibit A) to Apple's Objections to Special Master Rulings on Apple's First Production of Re-Reviewed Privileged Documents on the attorneys of record in the above captioned case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on January 10, 2025 at Washington D.C..

Dated: January 10, 2025

Respectfully submitted,

By: /s/ *Mark A. Perry*
WEIL, GOTSHAL & MANGES LLP

Attorney for Apple Inc.