# Exhibit A - Excerpts of Apple Privilege Log Entries 35, 36, and 592

| Special Master Assignment | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00000729 | 35 | PRIV-APL-EG_00003179 | PRIV-APL-EG_00003213 | Federighi, Craig | | | | | | | | Federighi Affidavit_Epic AUS_Privileged & Confidential.pages | Withhold | AttorneyClient; WorkProduct | Document reflecting legal advice from counsel regarding Epic Australia litigation. Sent by counsel for the purpose of preparing company for testimony, prepared in anticipation or furtherance of litigation | Relates to pending litigation against Epic Games, Inc. in Australia. | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | No | |
| Gutierrez | PRIV-APL-EG_00000729 | 36 | PRIV-APL-EG_00003214 | PRIV-APL-EG_00003248 | Federighi, Craig | | | | | | | | Federighi Affidavit_Epic AUS Annotated_Privileged & Confidential.pages | Withhold | AttorneyClient; WorkProduct | Document reflecting legal advice from counsel regarding Epic Australia litigation prepared in anticipation or furtherance of litigation | Relates to pending litigation against Epic Games, Inc. in Australia. Sent by counsel for the purpose of preparing company for testimony. | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | No | |
| Segal | PRIV-APL-EG_00008954 | 592 | PRIV-APL-EG_00008954 | PRIV-APL-EG_00009029 | Wilder, Jeff | 2022-12-03 | 23:04:57 | | | | | RE: Germany ATT // PRIVILEGED& CONFIDENTIAL – PREPARED AT THE REQUEST OF EXTERNAL COUNSEL | 20221203-1505 RE: Germany ATT – PRIVILEGED& CONFIDENTIAL – PREPARED AT TH.eml | Withhold | AttorneyClient | Email Chain providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel): Attorney; D Tina Wang (Apple in-house counsel) | NO (9254) | PREDOMINANT PURPOSE OF DOCUMENT IS "ECONOMIC CONSIDERATIONS" FOR FRAMING THE ASSESSMENT OF APPLE'S CONDUCT ON THE APP STORE. "ECONOMIC CONSIDERATIONS" ARE "BUSINESS CONSIDERATIONS" AND THE PREDOMINANT PURPOSE OF THIS DOCUMENT IS BUSINESS. FOLLOWING JUDGE HIXON'S DEC. 2 RULINGS, THIS DOCUMENT IS NOT SUBJECT TO ATTORNEY-CLIENT PRIVILEGE |