# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
CAND 435 (CAND Rev. 08/2018)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY — DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Michael Gordon
**1b. ATTORNEY NAME (if different):** R. Nicholas Rodelli
**2a. CONTACT PHONE NUMBER:** (646) 517-2461
**2b. ATTORNEY PHONE NUMBER:** (646) 517-2444
**3. CONTACT EMAIL ADDRESS:** mgordon@washingtonanalysis.com
**3. ATTORNEY EMAIL ADDRESS:** nrodelli@washingtonanalysis.com
**4. MAILING ADDRESS:** Washington Analysis, LLC, 1501 M St., NW, Suite 420, Washington, DC 20005
**5. CASE NAME:** Epic Games, Inc. v. Apple Inc.
**6. CASE NUMBER:** 4:20-cv-5640
**7. COURT REPORTER NAME:** Raynee Mercado
**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL  ☑ CIVIL  ☐ In forma pauperis (CJA: Do not use this form; use Form CJA24.)

**9. TRANSCRIPT(S) REQUESTED:**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/2025 | YGR | CMC |  | ● |  |  |  |  |  |  |  |  | ● |  |  |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:** Non-party

**ORDER & CERTIFICATION (11. & 12.):** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Michael R. Gordon
**12. DATE:** 01/14/2025