**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** January 14, 2024 | **Time:** 38 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 20-cv-5640-YGR | **Case Name:** Epic Games, Inc. v. Apple, Inc. | |

**Attorney for Plaintiff:** Gary Bornstein and Yonatan Even; via Zoom
**Attorney for Defendant:** Jason C. Lo and Mark Perry; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** Zoom Recording

**PROCEEDINGS**

Status Conference – held.

The parties discussed the status of Apple's ongoing re-review of documents for which it previously asserted claims of privilege, and the special masters' review thereof.

As of the time of the conference, Apple estimated that of the 43,493 documents re-reviewed to-date, Apple had downgraded 25,405 (*i.e.*, Apple no longer asserts privilege with respect to those documents), and Apple maintains an assertion of privilege with respect to 17,998. Finally, Apple represented that 9,920 remain to be re-reviewed.

The Court **ORDERED** Apple to produce the 25,405 downgraded documents the day of the conference, January 14, 2025. The Court expects that Apple will have completed its production of documents no later than next Tuesday, January 21, 2025.

The Court tentatively set the evidentiary hearing to resume February 24, 2025, subject to developments in the Court's trial schedule in other matters.

The Court further **ORDERS** the parties to file a joint statement describing the special masters' progress by January 31, 2025, at 12:00 p.m.