1
2
3
4
5
6
7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10                                          OAKLAND DIVISION

11  EPIC GAMES, INC.                                  Case No. 4:20-cv-05640-YGR-TSH

12          Plaintiff, Counter-defendant              **[PROPOSED] ORDER RE: APPLE INC.'S**
                                                      **ADMINISTRATIVE MOTION TO SEAL**
13  v.

14  APPLE INC.,                                       The Honorable Thomas S. Hixson

15          Defendant, Counterclaimant

16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to Seal (the "Motion"). In support, Apple filed the accompanying declaration of Mark A. Perry.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the Administrative Motion, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the partially sealed document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to Be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Highlighted information in the "Original Name" column (N) of row entries one and two within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects non-public Apple project codenames |
| Highlighted information in the "Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel" and "Additional Privilege Context" columns (R and S) of row entries four, five, six, and seven within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects non-public Apple business strategy |
| Highlighted information in the from/to/cc columns (I, J, and K) of row entries nine, ten, fourteen, and sixteen within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects personally identifiable information |

**IT IS SO ORDERED.**

1   Dated: _____, 2025

2

3

4                                                      _____
                                                       The Honorable Thomas S. Hixson
5                                                      United States District Court Magistrate Judge