# Exhibit A (Redacted)

| Special Master Assignment | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00016018 | 202 | PRIV-APL-EG_00016018 | PRIV-APL-EG_00016026 | Bavaro, Sam | 2023-10-24 | 17:27:40 | | | | | | Private channel #▮▮▮▮f - 2023-10-24 (UTC).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | | Ling Lew (Apple in-house counsel); Jenny Liu (Apple in-house counsel); D Tina Wang (Apple in-house counsel) | No | |
| Gutierrez | PRIV-APL-EG_00016915 | 241 | PRIV-APL-EG_00016915 | PRIV-APL-EG_00016925 | Cote, Bri | 2023-09-01 | 16:48:47 | | | | | | Functional Spec▮▮ - DRAFT.pdf | Withhold | AttorneyClient | Document reflecting work product prepared by counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Charles Paillard (Apple in-house counsel) | No | |
| Gutierrez | PRIV-APL-EG_00017738 | 276 | PRIV-APL-EG_00017738 | PRIV-APL-EG_00017755 | De Wilde, Geoff | 2024-01-24 | 01:34:50 | | | | | | Private channel #appstore-dma-comms - 2024-01-24 (UTC).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | The entire slack channel was set up to discuss and receive comments from ▮▮▮▮ on the entitlements language and disclosures for EU storefront | ▮urtis Box (Apple in-house counsel); Amy Dobrzynski (Apple in-house counsel); John Gould (Apple in-house counsel); Ling Lew (Apple in-house counsel) | No | |
| Gutierrez | | 277 | PRIV-APL-EG_00017756 | PRIV-APL-EG_00017762 | De Wilde, Geoff | 2024-01-23 | 22:46:20 | | | | | | Using alternative browser engines in the European Union support page.pages | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | The entire slack channel was set up to discuss and receive comments from ▮▮▮▮ on the entitlements language and disclosures for EU storefront | ▮urtis Box (Apple in-house counsel); Amy Dobrzynski (Apple in-house counsel); John Gould (Apple in-house counsel); Ling Lew (Apple in-house counsel) | No | |
| Gutierrez | | 278 | PRIV-APL-EG_00017775 | PRIV-APL-EG_00017790 | De Wilde, Geoff | 2024-01-23 | 22:31:18 | | | | | | Alternative payment processing support page.pages | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | The entire slack channel was set up to discuss and receive comments from ▮▮▮▮ on the entitlements language and disclosures for EU storefront | ▮urtis Box (Apple in-house counsel); Amy Dobrzynski (Apple in-house counsel); John Gould (Apple in-house counsel); Ling Lew (Apple in-house counsel) | No | |
| Gutierrez | | 279 | PRIV-APL-EG_00017791 | PRIV-APL-EG_00017797 | De Wilde, Geoff | 2024-01-24 | 01:56:14 | | | | | | Programs - What's Included.pages | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | The entire slack channel was set up to discuss and receive comments from ▮▮▮▮ on the entitlements language and disclosures for EU storefront | ▮urtis Box (Apple in-house counsel); Amy Dobrzynski (Apple in-house counsel); John Gould (Apple in-house counsel); Ling Lew (Apple in-house counsel) | No | |
| Segal | PRIV-APL-EG_00041089 | 1551 | PRIV-APL-EG_00041127 | PRIV-APL-EG_00041134 | Cue, Eddy; Cook, Tim; Schiller, Phil; Maestri, Luca; Goldberg, Marni; Roman, Alex; Joswiak, Greg | 2024-04-11 | 17:46:00 | | | | | | Roman Declaration ISO Opposition to MTE_Privileged & Confidential.docx | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | Attachment to correspondence from Jennifer Brown discussing pending litigation. | Kate Adams (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Heather Grenier (Apple in-house counsel) | No | |
| Walsh | PRIV-APL-EG_00098668 | 2706 | PRIV-APL-EG_00098668 | PRIV-APL-EG_00098668 | Schiller, Phil; Fischer, Matt; Oliver, Carson | 2023-11-07 | 19:55:47 | ▮▮▮ | ▮▮▮ | ▮▮▮ | | BoD: Platform Legal Update | 20231107-1156 BoD: Platform Legal Update.eml | Redact | AttorneyClient | Email with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heba Hamouda (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); BJ Watrous (Apple in-house counsel); Sam Whittington (Apple in-house counsel) | No | |

| Special Master Assignment | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walsh | PRIV-APL-EG_00098672 | 2708 | PRIV-APL-EG_00098672 | PRIV-APL-EG_00098672 | Cue, Eddy; Federighi, Craig; Fischer, Matt; Schiller, Phil; Joswiak, Greg | 2023-12-06 | 21:01:23 | | | | | DMA: Part 2 | 20231206-1301 DMA: Part 2.eml | Redact | AttorneyClient | Email with redacted text attaching Work Product from counsel regarding foreign regulatory issues in the European Union, including DMA. | Email from counsel attaching draft work product re DMA compliance reflecting legal advice. | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | No as to the first two redactions; yes as to the third | |
| Walsh | PRIV-APL-EG_00099481 | 2793 | PRIV-APL-EG_00099486 | PRIV-APL-EG_00099520 | Schiller, Phil; Kosmynka, Trystan | | | | | | | | App-Store-Review-Guidelines-20240125-English-US [2-29-24].pages | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Sean Cameron (Apple in-house counsel) | no | |
| Walsh | PRIV-APL-EG_00099526 | 2797 | PRIV-APL-EG_00099532 | PRIV-APL-EG_00099566 | Schiller, Phil; Kosmynka, Trystan | | | | | | | | App-Store-Review-Guidelines-20240125-English-US [2-29-24].pages | Withhold | AttorneyClient | Document reflecting legal advice prepared by counsel regarding injunction compliance press and communications legal strategy. | | Sean Cameron (Apple in-house counsel) | no | |
| Walsh | PRIV-APL-EG_00099600 | 2805 | PRIV-APL-EG_00099603 | PRIV-APL-EG_00099638 | Schiller, Phil; Kosmynka, Trystan | | | | | | | | App-Store-Review-Guidelines-20240125-English-US .pages | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Sean Cameron (Apple in-house counsel) | no | |
| Walsh | PRIV-APL-EG_00100145 | 2854 | PRIV-APL-EG_00100145 | PRIV-APL-EG_00100146 | Oliver, Carson; Fischer, Matt; Schiller, Phil; Roman, Alex | 2021-11-29 | 17:37:57 | | | | | Re: Legal App Store call | 20211129-0940 Re: Legal App Store call.eml | Withhold | AttorneyClient | Email chain related to legal advice with counsel regarding injunction compliance analysis of commission rate. | | Carson Oliver (non-lawyer) conveying advice from legal team | no | predominantly business |
| Walsh | PRIV-APL-EG_00100145 | 2855 | PRIV-APL-EG_00100147 | PRIV-APL-EG_00100166 | Oliver, Carson; Fischer, Matt; Schiller, Phil; Roman, Alex | | | | | | | | App Store Business Model Discussion Nov 2021 Condensed.key | Withhold | AttorneyClient; Work Product | Presentation reflecting legal advice from counsel regarding injunction compliance analysis of commission rate prepared in anticipation or furtherance of litigation. | | Sean Cameron (Apple in-house counsel) | no | |
| Walsh | PRIV-APL-EG_00100329 | 2870 | PRIV-APL-EG_00100329 | PRIV-APL-EG_00100330 | Oliver, Carson; Fischer, Matt; Schiller, Phil; Roman, Alex | 2021-11-29 | 19:35:27 | | | | | Re: Legal App Store call | 20211129-1137 Re: Legal App Store call.eml | Withhold | AttorneyClient | Email chain related to Work Product prepared at the direction of counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | | Sean Cameron (Apple in-house counsel) | no | predominantly business |
| Walsh | PRIV-APL-EG_00100329 | 2871 | PRIV-APL-EG_00100331 | PRIV-APL-EG_00100353 | Oliver, Carson; Fischer, Matt; Schiller, Phil; Roman, Alex | | | | | | | | App Store Business Model Discussion V2 Nov 2021.key | Withhold | Work Product | Presentation reflecting information for the purpose of rendering legal advice prepared at the direction of counsel regarding injunction compliance and U.S. Link Entitlement program eligibility prepared in anticipation or furtherance of litigation. | | Sean Cameron (Apple in-house counsel) | no | predominantly business |