| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 202 (PRIV-APL-EG_00016018);
2. Privilege Log Entry 241 (PRIV-APL-EG_00016915);
3. Privilege Log Entries 277 (PRIV-APL-EG_00017756), 278 (PRIV-APL-EG_00017775), and 279 (PRIV-APL-EG_00017791), along with their parent document, Entry 276 (PRIV-APL-EG_00017738);
4. Privilege Log Entry 1551 (PRIV-APL-EG_00041127);
5. Privilege Log Entry 2706 (PRIV-APL-EG_00098668);
6. Privilege Log Entry 2708 (PRIV-APL-EG_00098672);
7. Privilege Log Entry 2793 (PRIV-APL-EG_00099486);
8. Privilege Log Entry 2797 (PRIV-APL-EG_00099532);
9. Privilege Log Entry 2805 (PRIV-APL-EG_00099603);
10. Privilege Log Entry 2855 (PRIV-APL-EG_00100147), along with its parent document, Entry 2854 (PRIV-APL-EG_00100145);
11. Privilege Log Entry 2871 (PRIV-APL-EG_00100331), along with its parent document, Entry 2870 (PRIV-APL-EG_00100329).

Dated: January 21, 2025

Respectfully submitted,

By: /s/ Mark A. Perry

Mark A. Perry