GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP, located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001.  I am not a party to the within cause, I am over the age of eighteen years and my email address is tseideman@cravath.com.

I declare that on January 21, 2025, I served via electronic transmission the unredacted version of Exhibit A to the Declaration of Yonatan Even submitted therewith to counsel for Apple Inc.

I declare that on January 21, 2025, I served via electronic transmission the unredacted version of Exhibit B to the Declaration of Yonatan Even submitted therewith to counsel for Apple Inc.

I declare that on January 21, 2025, I served via electronic transmission the unredacted version of Exhibit C to the Declaration of Yonatan Even submitted therewith to counsel for Apple Inc.

I declare that on January 21, 2025, I served via electronic transmission the unredacted version of Exhibit D to the Declaration of Yonatan Even submitted therewith to counsel for Apple Inc.

I declare that on January 21, 2025, I served via electronic transmission the unredacted version of Exhibit E to the Declaration of Yonatan Even submitted therewith to counsel for Apple Inc.

I declare that on January 21, 2025, I served via electronic transmission the unredacted version of Exhibit F to the Declaration of Yonatan Even submitted therewith to counsel for Apple Inc.

I certify under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  January 21, 2025

*/s/ Christina A. Seideman*
Christina A. Seideman

1
2
## E-FILING ATTESTATION

3          I, Yonatan Even, am the ECF User whose ID and password are being used to file

4  this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the

5  signatories identified above has concurred in this filing.

6
7                                              /s/ Yonatan Even
                                               Yonatan Even
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28