| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Response to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 42 (PRIV-APL-EG_00013986), and its attachments, Entries 43 (PRIV-APL-EG_00013991) 44 (PRIV-APL-EG_00014002), 45 (PRIV-APL-EG_00014212), 46 (PRIV-APL-EG_00014237), and 47 (PRIV-APL-EG_00014254);

2. Privilege Log Entry 80 (PRIV-APL-EG_00014870), and its attachment, Entry 82 (PRIV-APL-EG_00014884);

3. Privilege Log Entry 307 (PRIV-APL-EG_00018603);

4. Privilege Log Entry 337 (PRIV-APL-EG_00019072), and its attachments, Entries 338 (PRIV-APL-EG_00019078) and 339 (PRIV-APL-EG_00019079);

5. Privilege Log Entry 1506 (PRIV-APL-EG_00040798), and its attachments, Entries 1507 (PRIV-APL-EG_00040803) and 1508 (PRIV-APL-EG_00040804);

6. Privilege Log Entry 1560 (PRIV-APL-EG_00041334), and its attachments, Entries 1561 (PRIV-APL-EG_00041346), 1562 (PRIV-APL-EG_00041348), and 1563 (PRIV-APL-EG_00041349);

7. Privilege Log Entry 1577 (PRIV-APL-EG_00041474);

8. Privilege Log Entry 2733 (PRIV-APL-EG_00098907), and its attachment, Entry 2734 (PRIV-APL-EG_00098928);

9. Privilege Log Entry 2740 (PRIV-APL-EG_000999095); and

10. Privilege Log Entry 2790 (PRIV-APL-EG_00099463), and its attachment, Entry 2791 (PRIV-APL-EG_00099476.

| | | |
|---|---|---|
| 1 | Dated: January 23, 2025 | Respectfully submitted, |
| 2 | | By: __/s/ Mark A. Perry_____ |
| 3 | | Mark A. Perry |
| 4 | | *Attorney for Apple Inc.* |