# EXHIBIT G
# (EXHIBIT FILED UNDER SEAL)