GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

1    I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP,
2    located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001.  I am not a party
3    to the within cause, I am over the age of eighteen years and my email address is
4    tseideman@cravath.com.
5    I declare that on January 27, 2025, I served via electronic transmission the
6    unredacted version of Exhibit A to the Declaration of Yonatan Even submitted therewith to
7    counsel for Apple Inc.
8    I declare that on January 27, 2025, I served via electronic transmission the
9    unredacted version of Exhibit B to the Declaration of Yonatan Even submitted therewith to
10   counsel for Apple Inc.
11   I declare that on January 27, 2025, I served via electronic transmission the
12   unredacted version of Exhibit C to the Declaration of Yonatan Even submitted therewith to
13   counsel for Apple Inc.
14   I declare that on January 27, 2025, I served via electronic transmission the
15   unredacted version of Exhibit D to the Declaration of Yonatan Even submitted therewith to
16   counsel for Apple Inc.
17   I declare that on January 27, 2025, I served via electronic transmission the
18   unredacted version of Exhibit E to the Declaration of Yonatan Even submitted therewith to
19   counsel for Apple Inc.
20   I declare that on January 27, 2025, I served via electronic transmission the
21   unredacted version of Exhibit F to the Declaration of Yonatan Even submitted therewith to
22   counsel for Apple Inc.
23   I declare that on January 27, 2025, I served via electronic transmission the
24   unredacted version of Exhibit G to the Declaration of Yonatan Even submitted therewith to
25   counsel for Apple Inc.
26   I declare that on January 27, 2025, I served via electronic transmission the
27   unredacted version of Exhibit H to the Declaration of Yonatan Even submitted therewith to
28   counsel for Apple Inc.

1    I certify under penalty of perjury under the laws of the United States of America
2    that the foregoing information contained in the Certificate of Service is true and correct.

4    Dated: January 27, 2025              */s/ Christina A. Seideman*
                                           Christina A. Seideman

1 **E-FILING ATTESTATION**

2  I, Yonatan Even, am the ECF User whose ID and password are being used to file
3 this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the
4 signatories identified above has concurred in this filing.

5

6  */s/  Yonatan Even*
  Yonatan Even
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28