1
2
3
4
5
6
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH

12 |     Plaintiff, Counter-defendant | **[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**

13 | v.

14 | APPLE INC., | The Honorable Thomas S. Hixson

15 |     Defendant, Counterclaimant

16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to Seal (the "Motion"). In support, Apple filed the accompanying declaration of Mark A. Perry.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the Administrative Motion, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the partially sealed document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to Be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Highlighted information in the "Original Name" column (M) of row entries 1, 9, and 10 within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects non-public Apple project codenames |
| Highlighted information in the "Additional Privilege Context" and the "Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel" columns (Q and R) of row entries 1, 47, 49, 51, 52, 53, and 66 within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects non-public Apple business strategy |
| Highlighted information in the from/to/cc columns (H, I, J) of row entries 26, 29, 30, 33, 36, 37, and 65 within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects personally identifiable information |

**IT IS SO ORDERED.**

1  Dated: _____, 2025

4
5
                                                              _____
                                                              The Honorable Thomas S. Hixson
                                                              United States District Court Magistrate Judge