# Exhibit A (Redacted)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00021257 | 459 | PRIV-APL-EG_00021257 | PRIV-APL-EG_00021276 | Friedland, Zach | 2023-11-10 | 00:11:37 | | | | | | Private channel #prog-▮▮▮-xf - 2023-11-10 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Document includes a discussion of ▮▮▮ compliance | Ling Lew (Apple in-house counsel) | No | | Gutierrez |
| PRIV-APL-EG_00021931 | 482 | PRIV-APL-EG_00021967 | PRIV-APL-EG_00021969 | Goldberg, Marni | | | | | | | | 053024 Talk Track Commissions copy.pages | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate | Draft talking points, with embedded questions to legal throughout | While there is no counsel listed on the document, there are questions to counsel embedded throughout the document. | No | | Gutierrez |
| PRIV-APL-EG_00021931 | 483 | PRIV-APL-EG_00021970 | PRIV-APL-EG_00021973 | Goldberg, Marni | | | | | | | | 053024 Talk Track Commissions-1.pages | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate | Draft talking points, with embedded questions to legal throughout | While there is no counsel listed on the document, there are questions to counsel embedded throughout the document. | No | | Gutierrez |
| PRIV-APL-EG_00021978 | 486 | PRIV-APL-EG_00021978 | PRIV-APL-EG_00022006 | Goldberg, Marni | 2024-01-27 | 00:08:34 | | | | | | Message_Marni Goldberg_2024-01-27_00-08-34.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Proposed language re DMA, commented on by legal (Brendan McNamara), and further comments, revisions, and iterations on legal's proposed language | Brendan McNamara (Apple in-house counsel) | No | | Gutierrez |
| PRIV-APL-EG_00042121 | 1636 | PRIV-APL-EG_00042126 | PRIV-APL-EG_00042126 | Mukherjee, Srabasti | 2023-08-09 | 15:38:32 | | | | | | image.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel) | NO (42126) | | Segal |
| PRIV-APL-EG_00042144 | 1643 | PRIV-APL-EG_00042144 | PRIV-APL-EG_00042147 | Mukherjee, Srabasti | 2023-07-27 | 13:00:00 | | | | | | Personal messages Boris Wang and Srabasti Mukherjee - 2023-07-27 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding injunction compliance and commission time window | Non-attorneys discussing legal advice received from Apple Legal. | Document reflects comments conveyed by counsel to other employees at Apple. | NO (42144) | | Segal |
| PRIV-APL-EG_00042149 | 1644 | PRIV-APL-EG_00042149 | PRIV-APL-EG_00042150 | Mukherjee, Srabasti | 2023-11-02 | 17:42:07 | | | | | | Personal messages Boris Wang and Srabasti Mukherjee - 2023-11-02 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | Non-attorneys discussing legal advice received from Apple Legal. | Document reflects comments conveyed by counsel to other employees at Apple. | NO (42149) | | Segal |
| PRIV-APL-EG_00042149 | 1645 | PRIV-APL-EG_00042152 | PRIV-APL-EG_00042152 | Mukherjee, Srabasti | 2023-11-02 | 17:42:07 | | | | | | image.png | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | Non-attorneys discussing legal advice received from Apple Legal. | Document reflects comments conveyed by counsel to other employees at Apple. | NO (42152) | | Segal |
| PRIV-APL-EG_00043390 | 1760 | PRIV-APL-EG_00043390 | PRIV-APL-EG_00043396 | Onak, Raf | 2022-01-07 | 16:32:57 | | | | | | ▮▮▮ Overview.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Jason Cody (Apple in-house counsel); Gary Davis (Apple in-house counsel); Anagha Krishnan (Apple in-house counsel); Ling Lew (Apple in-house counsel) | NO (43390) | | Segal |
| PRIV-APL-EG_00044225 | 1775 | PRIV-APL-EG_00044225 | PRIV-APL-EG_00044233 | Przytulski, Katie | 2023-10-12 | 01:28:20 | | | | | | 10_12 Weekly ▮▮▮ASE Engg XF copy.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Armando Cordoves (Apple in-house counsel); Jason Cody (Apple in-house counsel); Nicole Ewart (Apple in-house counsel); Ling Lew (Apple in-house counsel) | NO(44225) | | Segal |
| PRIV-APL-EG_00100988 | 2929 | PRIV-APL-EG_00100996 | PRIV-APL-EG_00100996 | Tam, Mike | 2024-03-14 | 18:34:52 | | | | | | Attachment (X)_revised 3.21.24.xlsx | Withhold | AttorneyClient; Work Product | Document providing legal advice from counsel regarding foreign regulatory issues in South Korea prepared in anticipation or furtherance of litigation. | Document related to foreign regulatory issues in S. Korea | Patricia Huynh (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101000 | 2933 | PRIV-APL-EG_00101009 | PRIV-APL-EG_00101009 | Tam, Mike | 2024-03-14 | 18:34:52 | | | | | | Attachment (X)_revised 3.21.24.xlsx | Withhold | AttorneyClient; Work Product | Document providing legal advice from counsel regarding foreign regulatory issues in South Korea prepared in anticipation or furtherance of litigation. | Document related to foreign regulatory issues in S. Korea | Patricia Huynh (Apple in-house counsel) | no | | Walsh |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00101016 | 2939 | PRIV-APL-EG_00101020 | PRIV-APL-EG_00101020 | Tam, Mike | 2024-03-14 | 18:34:52 | | | | | | Guideline 3.1 change history.xlsx | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Patricia Huynh (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101044 | 2943 | PRIV-APL-EG_00101062 | PRIV-APL-EG_00101062 | Kosmynka, Trystan; Ajemian, Peter; Tam, Mike; Bavaro, Sam | | | | | | | | Screen Shot 2022-10-23 at 7.25.18 PM.png | Withhold | Work Product | Email with redacted text reflecting Work Product from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility prepared in anticipation or furtherance of litigation. | Legal revisions to guideline for US entitlement program | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101106 | 2947 | PRIV-APL-EG_00101114 | PRIV-APL-EG_00101114 | Kosmynka, Trystan; Tam, Mike | | | | | | | | utf-8"Screenshot%202024%2D01%2D15%20at%2010.01.27%E2%80%AFPM.png | Withhold | AttorneyClient; Work Product | Email reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility prepared in anticipation or furtherance of litigation. | Legal revisions to US external link program documents. | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101127 | 2951 | PRIV-APL-EG_00101128 | PRIV-APL-EG_00101128 | Tam, Mike | | | | | | | | PastedGraphic-7.png | Withhold | Work Product | Document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility prepared in anticipation or furtherance of litigation. | Requesting lawyer's approval for draft email. | Sean Cameron (Apple in-house counsel);  Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101319 | 2965 | PRIV-APL-EG_00101328 | PRIV-APL-EG_00101328 | Kosmynka, Trystan; Tam, Mike | | | | | | | | utf-8"Screenshot%202024%2D01%2D16%20at%207.39.07%E2%80%AFAM.png | Withhold | AttorneyClient | Document reflecting information for the purpose of rendering legal advice to counsel regarding injunction compliance press and communications legal strategy. | | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); | no | | Walsh |
| PRIV-APL-EG_00101390 | 2977 | PRIV-APL-EG_00101398 | PRIV-APL-EG_00101398 | Tam, Mike | | | | | | | | Screen Shot 2022-05-18 at 9.53.32 AM.png | Withhold | AttorneyClient | Document related to legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Ling Lew (Apple in-house counsel); Lucy Elmore (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101403 | 2981 | PRIV-APL-EG_00101407 | PRIV-APL-EG_00101407 | Tam, Mike | | | | | | | | PastedGraphic-1.tiff | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101490 | 2995 | PRIV-APL-EG_00101492 | PRIV-APL-EG_00101499 | Tam, Mike | 2024-01-12 | 08:24:00 | | | | | | External Purchase Link (US) Addendum - 1.12.2024.docx | Withhold | AttorneyClient; Work Product | Draft document reflecting Work Product from counsel regarding developer outreach related to U.S. Link Entitlement prepared in anticipation or furtherance of litigation. | | Sean Cameron (Apple in-house counsel);  Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101611 | 3004 | PRIV-APL-EG_00101653 | PRIV-APL-EG_00101654 | Tam, Mike; Bavaro, Sam | 2022-12-20 | 22:47:00 | | | | | | com.apple.developer.device-information.user-assigned-device-name \| Apple Developer Documentation.pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Ling Lew (Apple in-house counsel);  June Orlowski (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101655 | 3006 | PRIV-APL-EG_00101660 | PRIV-APL-EG_00101666 | Tam, Mike | 2023-07-01 | 19:07:00 | | | | | | External Purchase Link (US) Addendum - 7.1.2023.docx | Withhold | AttorneyClient; Work Product | Draft document reflecting Work Product from counsel regarding developer outreach related to U.S. Link Entitlement. | | Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00101667 | 3008 | PRIV-APL-EG_00101695 | PRIV-APL-EG_00101696 | Tam, Mike; Bavaro, Sam | 2022-12-20 | 22:47:00 | | | | | | com.apple.developer.device-information.user-assigned-device-name \| Apple Developer Documentation.pdf | Withhold | AttorneyClient | Document related to information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Ling Lew (Apple in-house counsel);  June Orlowski (Apple in-house counsel); Nicole Ewart (Apple in-house counsel) | no | | Walsh |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00101729 | 3016 | PRIV-APL-EG_00101732 | PRIV-APL-EG_00101738 | Tam, Mike | 2023-06-27 | 16:23:00 | | | | | | External Purchase Link (US) Addendum - 6.27.2023.docx | Withhold | AttorneyClient; Work Product | Email chain reflecting Work Product from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation. | | Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102059 | 3042 | PRIV-APL-EG_00102062 | PRIV-APL-EG_00102062 | Tam, Mike | 2024-01-17 | 04:43:11 | | | | | | DMA-6-7.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance analysis of commission rate. | | Amy Dobrzynski (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102087 | 3045 | PRIV-APL-EG_00102087 | PRIV-APL-EG_00102089 | Tam, Mike | 2024-02-08 | 18:35:25 | | | | | Re: [Review Requested] The iOS Developer University Program will be discontinued. | 20240208-1035 Re: [Review Requested] The iOS Developer University Program .eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | Email chain discussing changes to communications related to the iOS University Developer Program, which includes substantive comments from counsel about what countries to include in the communication | Ling Lew (Apple in-house counsel); Lacey Elmore (Apple in-house counsel) | no predominantly business | | Walsh |
| PRIV-APL-EG_00102097 | 3048 | PRIV-APL-EG_00102109 | PRIV-APL-EG_00102110 | Tam, Mike | | | | | | | | Notarization Help Page Proposal 013024.pages | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | Draft document reflecting legal advice from counsel (Sean Cameron) regarding edits to notarization guidelines to be provided to developers | Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102114 | 3052 | PRIV-APL-EG_00102115 | PRIV-APL-EG_00102115 | Tam, Mike; Bavaro, Sam | 2024-01-10 | 23:59:27 | | | | | | DMA-form-marketplace-operator.pdf | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | Draft document attached to email from Kristin Barker to counsel asking for legal advice re marketplace form for developers to describe process for managing IP disputes | Ling Lew (Apple in-house counsel); Lacey Elmore (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102549 | 3095 | PRIV-APL-EG_00102549 | PRIV-APL-EG_00102552 | Oliver, Carson; Moore, Ken; Tam, Mike; Kirtane, Latika; Thai, Ann | 2024-01-31 | 02:32:36 | | | | | Re: [Review Requested] App Store consultations activity T&D and email (2/1/24) | 20240130-1832 Re: [Review Requested] App Store consultations activity T&D .eml | Redact | AttorneyClient | Email with redacted text providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102568 | 3098 | PRIV-APL-EG_00102568 | PRIV-APL-EG_00102569 | Kosmynka, Trystan; Kirtane, Latika; Thai, Ann | 2024-01-19 | 19:32:53 | | | | | Re: ??Press Briefing Slide: App Review & Notarization | 20240119-1133 Re: ??Press Briefing Slide: App Review & Notarization.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | Response from in-house counsel re revisions to press briefing deck. | Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102624 | 3103 | PRIV-APL-EG_00102627 | PRIV-APL-EG_00102633 | Ajemian, Peter; Tam, Mike; Thai, Ann | 2023-06-27 | 16:23:00 | | | | | | External Purchase Link (US) Addendum - 6.27.2023.docx | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Draft entitlement addendum with counsel revisions. | Ling Lew (Apple in-house counsel) | no | | Walsh |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00102634 | 3105 | PRIV-APL-EG_00102636 | PRIV-APL-EG_00102670 | Fischer, Matt; Cue, Eddy; Oliver, Carson; Schiller, Phil; Kosmynka, Trystan; Thai, Ann; Joswiak, Greg | | | | | | | | App-Store-Review-Guidelines-20240125-English-US [3-2-24].pages | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | Draft app review guidelines with counsel revisions. | Sean Cameron (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Jason Cody (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102722 | 3114 | PRIV-APL-EG_00102722 | PRIV-APL-EG_00102726 | Thai, Ann | 2021-09-15 | 04:54:03 | | | | | Re: Talk for Sam's App Store/Child Safety UK Gov meeting | 20210914-2154 Re: Talk for Sam's App Store-Child Safety UK Gov meeting.eml | Withhold | AttorneyClient; Work Product | Email providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | Relates to deck for presentation about child safety in the UK | Sean Cameron (Apple in-house counsel) | no | not seeking legal advice | Walsh |
| PRIV-APL-EG_00102722 | 3115 | PRIV-APL-EG_00102727 | PRIV-APL-EG_00102727 | Thai, Ann | | | | | | | | Civic UK Briefing Deck mmp copy Extract.key | Withhold | Work Product | Document reflecting Work Product from counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation. | Relates to deck for presentation about child safety in the UK | Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00102880 | 3124 | PRIV-APL-EG_00102883 | PRIV-APL-EG_00102883 | Oliver, Carson; Kosmynka, Trystan; Tam, Mike; Thai, Ann; Bavaro, Sam | | | | | | | | PastedGraphic-3.png | Withhold | AttorneyClient | Document related to legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00103114 | 3158 | PRIV-APL-EG_00103114 | PRIV-APL-EG_00103119 | Oliver, Carson; Moore, Ken; Tam, Mike; Kirtane, Latika; Thai, Ann | 2024-01-31 | 19:59:53 | | | | | Re: [Review Requested] App Store consultations activity T&D and email (2/1/24) | 20240131-1200 Re: [Review Requested] App Store consultations activity T&D .eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation. | | Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | no, except for the first question from Ling Lew at beginning of thread on page one, beginning with "Can" and ending with "Union?". The rest is predominantly business | | Walsh |
| PRIV-APL-EG_00103121 | 3160 | PRIV-APL-EG_00103121 | PRIV-APL-EG_00103126 | Oliver, Carson; Moore, Ken; Tam, Mike; Kirtane, Latika; Thai, Ann | 2024-01-31 | 19:45:10 | | | | | Re: [Review Requested] App Store consultations activity T&D and email (2/1/24) | 20240131-1145 Re: [Review Requested] App Store consultations activity T&D .eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation. | | Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Lacey Elmore (Apple in-house counsel) | no predominantly business | | Walsh |
| PRIV-APL-EG_00103273 | 3183 | PRIV-APL-EG_00103273 | PRIV-APL-EG_00103280 | Van Tassell, Dave | 2022-01-09 | 01:06:30 | | | | | | Privileged and Confidential - Prepared.pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Ling Lew (Apple in-house counsel); Jason Cody (Apple in-house counsel) | no as to pages 1-through midway through page 4, ending with URLS. Yes as to the rest of the document | | Walsh |
| PRIV-APL-EG_00103725 | 3215 | PRIV-APL-EG_00103745 | PRIV-APL-EG_00103745 | Barton, Nate; Vij, Kunnal | | | | | | | | image002.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice to counsel regarding injunction compliance analysis of commission rate. | Provided to outside counsel at their request for purpose of assisting in formation of legal advice | Weil Gotshal (outside counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | no | | Walsh |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00103774 | 3218 | PRIV-APL-EG_00103776 | PRIV-APL-EG_00103776 | Barton, Nate; Vij, Kunnal | | | | | | | | Wisconsin Price Committee-10 Extract.key | Withhold | AttorneyClient | Document related to information for the purpose of rendering legal advice from counsel regarding injunction compliance analysis of commission rate. | | Weil Gotshal (outside counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00103784 | 3221 | PRIV-APL-EG_00103799 | PRIV-APL-EG_00103799 | Barton, Nate; Vij, Kunnal | 2020-09-21 | 23:00:28 | | | | | | iTunes WW P&L_Q4FY08-Q1FY24 - Source Data Included.xlsx | Withhold | AttorneyClient; Work Product | Spreadsheet reflecting Work Product prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA. | Information provided to in-house counsel for the purpose of receiving advice from outside counsel | Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00103807 | 3224 | PRIV-APL-EG_00103817 | PRIV-APL-EG_00103817 | Barton, Nate; Vij, Kunnal | | | | | | | | image002.png | Withhold | AttorneyClient | Document related to information for the purpose of obtaining legal advice from counsel regarding Price Committee decks related to U.S. Link Entitlement. | Document was provided to counsel for purpose of counsel rendering legal advice related to Price Committee presentation. | Weil Gotshal (outside counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00104105 | 3248 | PRIV-APL-EG_00104107 | PRIV-APL-EG_00104107 | Vij, Kunnal | 2024-05-15 | 22:19:30 | | | | | | PastedGraphic-1.png | Withhold | AttorneyClient | Document providing information for the purpose of rendering legal advice from counsel regarding injunction compliance analysis of commission rate prepared in anticipation or furtherance of litigation. | | Jennifer Brown (Apple in-house counsel), Ling Lew (Apple in-house counsel), Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00104105 | 3249 | PRIV-APL-EG_00104108 | PRIV-APL-EG_00104108 | Vij, Kunnal | 2024-05-15 | 22:19:30 | | | | | | PastedGraphic-2.png | Withhold | AttorneyClient | Document providing information for the purpose of rendering legal advice from counsel regarding injunction compliance analysis of commission rate prepared in anticipation or furtherance of litigation. | | Jennifer Brown (Apple in-house counsel), Ling Lew (Apple in-house counsel), Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00104109 | 3251 | PRIV-APL-EG_00104112 | PRIV-APL-EG_00104112 | Vij, Kunnal | 2024-05-16 | 04:59:14 | | | | | | PastedGraphic-1.png | Withhold | AttorneyClient | Document providing information for the purpose of rendering legal advice from counsel regarding injunction compliance analysis of commission rate prepared in anticipation or furtherance of litigation. | | Jennifer Brown (Apple in-house counsel), Ling Lew (Apple in-house counsel), Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00104109 | 3252 | PRIV-APL-EG_00104113 | PRIV-APL-EG_00104113 | Vij, Kunnal | 2024-05-16 | 04:59:14 | | | | | | PastedGraphic-2.png | Withhold | AttorneyClient | Document providing information for the purpose of rendering legal advice from counsel regarding injunction compliance analysis of commission rate prepared in anticipation or furtherance of litigation. | | Jennifer Brown (Apple in-house counsel), Ling Lew (Apple in-house counsel), Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00104271 | 3263 | PRIV-APL-EG_00104275 | PRIV-APL-EG_00104284 | Volpe, Matt | 2023-10-20 | 19:33:09 | | | | | | PRIVILEGED AND CONFIDENTIAL - Marketing write up v2 copy.pages | Withhold | AttorneyClient | Draft document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | Parent email indicates document was prepared by legal team to advise on DMA | Gary Davis (Apple in-house counsel); ████ | no, predominantly business | | Walsh |
| PRIV-APL-EG_00104421 | 3281 | PRIV-APL-EG_00104421 | PRIV-APL-EG_00104460 | Washburn, Tanya | 2022-11-01 | 20:56:42 | | | | | | First Annual Installs Metric_Functional Requirements.pdf | Redact | AttorneyClient | Document with redacted text providing information for the purpose of obtaining legal advice to counsel regarding foreign regulatory issues in the European Union, including DMA. | | Armando Cordoves (Apple in-house counsel), Jason Cody (Apple in-house counsel), Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel) | yes, except for page 31, middle of the page, beginning with "Do" and ending with "open." | | Walsh |
| PRIV-APL-EG_00104794 | 3318 | PRIV-APL-EG_00104797 | PRIV-APL-EG_00104809 | Washburn, Tanya; Ajemian, Peter; Tam, Mike | 2024-01-22 | 23:45:00 | | | | | | DRAFT w TOC - Alternative EU Terms Addendum (Jan 22).docx | Withhold | AttorneyClient; Work Product | Draft document reflecting Work Product prepared by counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation. | | Ling Lew (Apple in-house counsel); ████ | no | | Walsh |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00104902 | 3334 | PRIV-APL-EG_00104911 | PRIV-APL-EG_00104917 | Oliver, Carson; Fischer, Matt; Gray, Eric; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Pulchny, Liz; Tam, Mike; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2024-03-28 | 14:12:00 | | | | | | Music Streaming Services (EEA) Addendum - 3.27.2024.docx | Withhold | AttorneyClient; Work Product | Draft document reflecting Work Product from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation. | | Ling Lew (Apple in-house counsel), Kyle Andeer (Apple in-house counsel), Sean Dillon (Apple in-house counsel), Heather Grenier (Apple in-house counsel), Nina Haefele (Apple in-house counsel), Jennifer Brown (Apple in-house counsel), Robert Windom (Apple in-house counsel), Sean Cameron (Apple in-house counsel), Adil Karrar (Apple in-house counsel), Kate Adams (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00105010 | 3349 | PRIV-APL-EG_00105014 | PRIV-APL-EG_00105018 | Oliver, Carson; Washburn, Tanya; Moore, Ken; Kirtane, Latika; Thai, Ann | | | | | | | | DMA Newsroom Post -- Jan 20 930 PT -- Privileged and Confidential.pages | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Jennifer Brown (Apple in-house counsel), Ling Lew (Apple in-house counsel), Brendan McNamara (Apple in-house counsel), Tom McNamara (Apple in-house counsel); ▓▓▓ Gibson Dunn (outside counsel) | no | | Walsh |
| PRIV-APL-EG_00105010 | 3350 | PRIV-APL-EG_00105019 | PRIV-APL-EG_00105027 | Oliver, Carson; Washburn, Tanya; Moore, Ken; Kirtane, Latika; Thai, Ann | | | | | | | | DMA Developer Q&A -- Jan 20 130 PT-- Privileged and Confidential.pages | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Jennifer Brown (Apple in-house counsel), Ling Lew (Apple in-house counsel), Brendan McNamara (Apple in-house counsel), Tom McNamara (Apple in-house counsel); ▓▓▓ ibson Dunn (outside counsel) | no | | Walsh |
| PRIV-APL-EG_00105010 | 3351 | PRIV-APL-EG_00105028 | PRIV-APL-EG_00105039 | Oliver, Carson; Washburn, Tanya; Moore, Ken; Kirtane, Latika; Thai, Ann | | | | | | | | DMA Developer Landing Page -- Jan 20 930 PT --Privileged and Confidential.pages | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Jennifer Brown (Apple in-house counsel), Ling Lew (Apple in-house counsel), Brendan McNamara (Apple in-house counsel), Tom McNamara (Apple in-house counsel); ▓▓▓ Gibson Dunn (outside counsel) | no | | Walsh |
| PRIV-APL-EG_00105059 | 3358 | PRIV-APL-EG_00105066 | PRIV-APL-EG_00105078 | Federighi, Craig; Oliver, Carson; Fischer, Matt; Gray, Eric; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Barton, Nate; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2024-01-24 | 09:01:00 | | | | | | DRAFT w TOC - Alternative EU Terms Addendum (Jan 24).docx | Withhold | AttorneyClient; Work Product | Document reflecting Work Product prepared by counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation. | | Phil Schiller, Sean Cameron (Apple in-house counsel), Ling Lew (Apple in-house counsel), Kyle Andeer (Apple in-house counsel), Lacey Elmore (Apple in-house counsel), Heather Grenier (Apple in-house counsel), Nina Haefele (Apple in-house counsel), Jackie Harlow (Apple in-house counsel), Adil Karrar (Apple in-house counsel), Brendan McNamara (Apple in-house counsel), Tom McNamara (Apple in-house counsel), Jeff Myers (Apple in-house counsel), Robert Windom (Apple in-house counsel), Kate Adams (Apple in-house counsel) | no | | Walsh |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00105079 | 3360 | PRIV-APL-EG_00105082 | PRIV-APL-EG_00105094 | Federighi, Craig; Oliver, Carson; Fischer, Matt; Gray, Eric; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Barton, Nate; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2024-01-23 | 06:20:00 | | | | | | DRAFT w TOC - Alternative EU Terms Addendum (Jan 23).docx | Withhold | AttorneyClient; Work Product | Draft document reflecting Work Product prepared by counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation. | | Phil Schiller, Sean Cameron (Apple in-house counsel), Ling Lew (Apple in-house counsel), Kyle Andeer (Apple in-house counsel), Lacey Elmore (Apple in-house counsel), Heather Grenier (Apple in-house counsel), Nina Haefele (Apple in-house counsel), Jackie Harlow (Apple in-house counsel), Adil Karrar (Apple in-house counsel), Brendan McNamara (Apple in-house counsel), Tom McNamara (Apple in-house counsel), Jeff Myers (Apple in-house counsel), Robert Windom (Apple in-house counsel), Kate Adams (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00105214 | 3374 | PRIV-APL-EG_00105216 | PRIV-APL-EG_00105222 | Washburn, Tanya; Tam, Mike; Thai, Ann | 2024-03-10 | 02:48:48 | | | | | | March 12 DMA deliverables.pdf | Withhold | AttorneyClient | Draft document reflecting legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA. | | Ling Lew (Apple in-house counsel), Kyle Andeer (Apple in-house counsel), Jennifer Brown (Apple in-house counsel), Brendan McNamara (Apple in-house counsel), Sean Cameron (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00105255 | 3380 | PRIV-APL-EG_00105259 | PRIV-APL-EG_00105265 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Barton, Nate; Pulchny, Liz; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-01 | 19:07:00 | | | | | | External Purchase Link (US) Addendum - 7.1.2023.docx | Withhold | AttorneyClient; Work Product | Draft document reflecting legal advice prepared by counsel regarding injunction compliance requirements for user design and interface. | | Sean Cameron (Apple in-house counsel), Ling Lew (Apple in-house counsel), Jennifer Brown (Apple in-house counsel), Jason Cody (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00105431 | 3399 | PRIV-APL-EG_00105433 | PRIV-APL-EG_00105439 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Pulchny, Liz; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-06-27 | 16:23:00 | | | | | | External Purchase Link (US) Addendum - 6.27.2023.docx | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | | Sean Cameron (Apple in-house counsel), Ling Lew (Apple in-house counsel), Jennifer Brown (Apple in-house counsel), Jason Cody (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00105547 | 3405 | PRIV-APL-EG_00105551 | PRIV-APL-EG_00105557 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Pulchny, Liz; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-01 | 19:07:00 | | | | | | External Purchase Link (US) Addendum - 7.1.2023.docx | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | | Sean Cameron (Apple in-house counsel), Ling Lew (Apple in-house counsel), Jennifer Brown (Apple in-house counsel), Jason Cody (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00106024 | 3463 | PRIV-APL-EG_00106032 | PRIV-APL-EG_00106057 | Washburn, Tanya; Oliver, Carson; Thai, Ann; Kim, Timothy | 2023-11-10 | 21:56:13 | | | | | | workshop Candidates v2.pdf | Withhold | AttorneyClient | Presentation providing information for the purpose of obtaining legal advice counsel regarding foreign regulatory issues in the European Union, including DMA. | Presentation prepared at request of and requesting legal advice from counsel on options for workshop candidates. | Curtis Box (Apple in-house counsel), Lacey Elmore (Apple in-house counsel), Ling Lew (Apple in-house counsel) | no | | Walsh |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00106169 | 3480 | PRIV-APL-EG_00106169 | PRIV-APL-EG_00106176 | Wilder, Jeff | 2023-10-26 | 20:01:27 | | | | | | Message_Jeff Wilder_2023-10-26_20-01-27.pdf | Redact | AttorneyClient | Document with redacted text related to legal advice With counsel regarding foreign regulatory issues in the European Union, including DMA. | Sean Dillon providing legal input and Jeff Wilder responding to such legal input regarding DMA issues. | Sean Dillon (Apple in-house counsel) | no | does not appear that either participant is a lawyer | Walsh |
| PRIV-APL-EG_00106205 | 3486 | PRIV-APL-EG_00106205 | PRIV-APL-EG_00106218 | Wilder, Jeff | 2023-06-30 | 04:06:38 | | | | | | Message_Jeff Wilder_2023-06-30_04-06-38.pdf | Redact | AttorneyClient | Document with redacted text providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | legal advice and mental impressions of in-house counsel Tina Wang. | Tina Wang (Apple in-house counsel) | no | does not appear that either participant is a lawyer | Walsh |
| PRIV-APL-EG_00106265 | 3494 | PRIV-APL-EG_00106265 | PRIV-APL-EG_00106267 | Wilder, Jeff | 2023-07-05 | 14:48:37 | | | | | | Message_Jeff Wilder_2023-07-05_14-48-37.pdf | Withhold | AttorneyClient | Document providing information for the purpose of rendering legal advice from counsel regarding injunction compliance analysis of commission rate. | Information re implementation of injunction compliance from Jeff Wilder to Sean Dillon for purpose of rendering legal advice. | Sean Dillon (Apple in-house counsel) | no | does not appear that either participant is a lawyer | Walsh |
| PRIV-APL-EG_00106271 | 3496 | PRIV-APL-EG_00106271 | PRIV-APL-EG_00106275 | Wilder, Jeff | 2023-10-16 | 16:25:21 | | | | | | Message_Jeff Wilder_2023-10-16_16-25-21.pdf | Redact | AttorneyClient | Document with redacted text reflects legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | Text from Sean Dillon reflects legal advice re the proper reading of the DMA and the Commission's interpretation of it. | Sean Dillon (Apple in-house counsel) | no | does not appear that either participant is a lawyer | Walsh |
| PRIV-APL-EG_00114068 | 3883 | PRIV-APL-EG_00114126 | PRIV-APL-EG_00114129 | Wilder, Jeff | 2024-01-26 | 00:36:47 | ███ | ███ | ███ | | Re: FCA - France billings exceeding 30% commission rates | Re: FCA - France billings exceeding 30% commission rates.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of rendering legal advice from counsel regarding injunction compliance analysis of commission rate. | Discussion between Apple attorneys, outside counsel, and consultant wherein consultant provides information in response to attorneys' questions. | Soolean Choy (Apple in-house counsel) D. Tina Wang (Apple in-house counsel) | no | Sender/receiver not lawyers and not seeking legal advice | Walsh |
| PRIV-APL-EG_00116569 | 3988 | PRIV-APL-EG_00116590 | PRIV-APL-EG_00116689 | Wilder, Jeff | | | | | | | | Apple - Music Apps - Presentation for oral hearing - LW Sections - 19.06.2023.key | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding music streaming oral hearing. | | ███ | yes as to pages 1-9, no as to pages 10-21 | | Walsh |