DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 459 (PRIV-APL-EG_00021257)
2. Privilege Log Entry 482 (PRIV-APL-EG_00021967)
3. Privilege Log Entry 483 (PRIV-APL-EG_00021970)
4. Privilege Log Entry 486 (PRIV-APL-EG_0021978)
5. Privilege Log Entry 1635 (PRIV-APL-EG_00042125)
6. Privilege Log Entry 1636 (PRIV-APL-EG_00042126)
7. Privilege Log Entry 1643 (PRIV-APL-EG_00042144)
8. Privilege Log Entry 1644 (PRIV-APL-EG_00042149)
9. Privilege Log Entry 1645 (PRIV-APL-EG_00042152)
10. Privilege Log Entry 1760 (PRIV APL EG_000433)
11. Privilege Log Entry 1775 (PRIV-APL-EG_00044225)
12. Privilege Log Entry 2928 (PRIV-APL-EG_00100988)
13. Privilege Log Entry 2929 (PRIV-APL-EG_00100996)
14. Privilege Log Entry 2933 (PRIV-APL-EG_00101009)
15. Privilege Log Entry 2939 (PRIV-APL-EG_00101020)
16. Privilege Log Entry 2942 (PRIV-APL-EG_00101044)
17. Privilege Log Entry 2943 (PRIV-APL-EG_00101062)
18. Privilege Log Entry 2947 (PRIV-APL-EG_00101114)
19. Privilege Log Entry 2951 (PRIV-APL-EG_00101128)
20. Privilege Log Entry 2964 (PRIV-APL-EG_00101319)
21. Privilege Log Entry 2965 (PRIV-APL-EG_00101328)

22. Privilege Log Entry 2976 (PRIV-APL-EG_00101390)

23. Privilege Log Entry 2977 (PRIV-APL-EG_00101398)

24. Privilege Log Entry 2980 (PRIV-APL-EG_00101403)

25. Privilege Log Entry 2981 (PRIV-APL-EG_00101407)

26. Privilege Log Entry 2994 (PRIV-APL-EG_00101490)

27. Privilege Log Entry 2995 (PRIV-APL-EG_00101492)

28. Privilege Log Entry 3003 (PRIV-APL-EG_00101611)

29. Privilege Log Entry 3004 (PRIV-APL-EG_00101653)

30. Privilege Log Entry 3005 (PRIV-APL-EG_00101655)

31. Privilege Log Entry 3006 (PRIV-APL-EG_00101660)

32. Privilege Log Entry 3008 (PRIV-APL-EG_00101695)

33. Privilege Log Entry 3015 (PRIV-APL-EG_00101729)

34. Privilege Log Entry 3016 (PRIV-APL-EG_00101732)

35. Privilege Log Entry 3042 (PRIV-APL-EG_00102062)

36. Privilege Log Entry 3045 (PRIV-APL-EG_00102087)

37. Privilege Log Entry 3048 (PRIV-APL-EG_00102098)

38. Privilege Log Entry 3052 (PRIV-APL-EG_00102115)

39. Privilege Log Entry 3095 (PRIV-APL-EG_00102549)

40. Privilege Log Entry 3098 (PRIV-APL-EG_00102568)

41. Privilege Log Entry 3103 (PRIV-APL-EG_00102627)

42. Privilege Log Entry 3104 (PRIV-APL-EG_00102634)

43. Privilege Log Entry 3105 (PRIV-APL-EG_00102636)

44. Privilege Log Entry 3114 (PRIV-APL-EG_00102722)

45. Privilege Log Entry 3115 (PRIV-APL-EG_00102727)

46. Privilege Log Entry 3123 (PRIV-APL-EG_00102880)

47. Privilege Log Entry 3124 (PRIV-APL-EG_00102883)

48. Privilege Log Entry 3154 (PRIV-APL-EG_00103091)

49. Privilege Log Entry 3158 (PRIV-APL-EG_00103114)

50. Privilege Log Entry 3160 (PRIV-APL-EG_00103121)

51. Privilege Log Entry 3183 (PRIV-APL-EG_00103273)

52. Privilege Log Entry 3214 (PRIV-APL-EG_00103725)

53. Privilege Log Entry 3215 (PRIV-APL-EG_00103745)

54. Privilege Log Entry 3218 (PRIV-APL-EG_00103776)

55. Privilege Log Entry 3220 (PRIV-APL-EG_00103784)

56. Privilege Log Entry 3221 (PRIV-APL-EG_00103799)

57. Privilege Log Entry 3224 (PRIV-APL-EG_00103817)

58. Privilege Log Entry 3247 (PRIV-APL-EG_00104105)

59. Privilege Log Entry 3248 (PRIV-APL-EG_00104107)

60. Privilege Log Entry 3249 (PRIV-APL-EG_00104108)

61. Privilege Log Entry 3251 (PRIV-APL-EG_00104112)

62. Privilege Log Entry 3252 (PRIV-APL-EG_00104113)

63. PRIV-APL-EG_00104271

64. Privilege Log Entry 3263 (PRIV-APL-EG_00104275)

65. Privilege Log Entry 3281 (PRIV-APL-EG_00104421)

66. Privilege Log Entry 3317 (PRIV-APL-EG_00104794)

67. Privilege Log Entry 3318 (PRIV-APL-EG_00104797)

68. Privilege Log Entry 3333 (PRIV-APL-EG_00104902)

69. Privilege Log Entry 3334 (PRIV-APL-EG_00104911)

70. Privilege Log Entry 3348 (PRIV-APL-EG_00105010)

71. Privilege Log Entry 3349 (PRIV-APL-EG_00105014)

72. Privilege Log Entry 3350 (PRIV-APL-EG_00105019)

73. Privilege Log Entry 3351 (PRIV-APL-EG_00105028)

74. Privilege Log Entry 3358 (PRIV-APL-EG_00105066)

75. Privilege Log Entry 3360 (PRIV-APL-EG_00105082)

76. PRIV-APL-EG_00105214

77. Privilege Log Entry 3374 (PRIV-APL-EG_00105216)

78. Privilege Log Entry 3380 (PRIV-APL-EG_00105259)

79. Privilege Log Entry 3399 (PRIV-APL-EG_00105433)

80. Privilege Log Entry 3405 (PRIV-APL-EG_00105551)

81. Privilege Log Entry 3463 (PRIV-APL-EG_00106032)

82. Privilege Log Entry 3480 (PRIV-APL-EG_00106169)

83. Privilege Log Entry 3486 (PRIV-APL-EG_00106205)

84. Privilege Log Entry 3494 (PRIV-APL-EG_00106265)

85. Privilege Log Entry 3496 (PRIV-APL-EG_00106271)

86. Privilege Log Entry 3883 (PRIV-APL-EG_00114126)

87. PRIV-APL-EG_00116569

88. Privilege Log Entry 3988 (PRIV-APL-EG_00116590)

Dated: January 27, 2025                     Respectfully submitted,

                                            By: *Mark A. Perry*

                                            Mark A. Perry