# EXHIBIT F
# (FILED UNDER SEAL)

Privilege Logs: External Link Scare Screens and Intake Forms

| Special Master Reviewed | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withheld | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Segal | | 1507 | PRIV-APL-EG_00040803 | PRIV-APL-EG_00040803 | Liu, Terry | 2022-05-27 | 01:38:02 | | | | | | Screen Shot 2022-05-26 at 6.37.24 PM.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface | | Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES (40803) |
| Segal | | 1508 | PRIV-APL-EG_00040804 | PRIV-APL-EG_00040804 | Liu, Terry | 2022-05-27 | 01:54:40 | | | | | | Screen Shot 2022-05-26 at 6.53.33 PM.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface | | Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES (40805) |
| Segal | | 1561 | PRIV-APL-EG_00041346 | PRIV-APL-EG_00041346 | Federighi, Craig; Fischer, Matt; Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter; Maestri, Luca; Gharabally, Sam; Goldberg, Marni; Tam, Mike; Joswiak, Greg; Thai, Ann; Robbin, Jeff | | | | | | | | pastedGraphic_1.png | Withhold | AttorneyClient; WorkProduct | Draft document reflecting legal advice regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES (41346) |
| Segal | | 1563 | PRIV-APL-EG_00041349 | PRIV-APL-EG_00041349 | Federighi, Craig; Fischer, Matt; Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter; Maestri, Luca; Gharabally, Sam; Goldberg, Marni; Tam, Mike; Joswiak, Greg; Thai, Ann; Robbin, Jeff | | | | | | | | pastedGraphic_2.png | Withhold | AttorneyClient; WorkProduct | Draft document reflecting legal advice regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES (41349( |
| Walsh | PRIV-APL-EG_00098907 | 2734 | PRIV-APL-EG_00098928 | PRIV-APL-EG_00098928 | Schiller, Phil; Tam, Mike | | | | | | | | Screen Shot 2022-03-24 at 11.04.41 AM.png | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in Japan, including the reader rule. | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes |
| Gutierrez | | 82 | PRIV-APL-EG_00014884 | PRIV-APL-EG_00014884 | Ajemian, Peter | | | | | | | | sk-entitlement-request-form.png | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps, prepared in anticipation or furtherance of litigation. | | Kyle Andeer (Apple in-house counsel) | Yes |
| Segal | | 1562 | PRIV-APL-EG_00041348 | PRIV-APL-EG_00041348 | Federighi, Craig; Fischer, Matt; Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter; Maestri, Luca; Gharabally, Sam; Goldberg, Marni; Tam, Mike; Joswiak, Greg; Thai, Ann; Robbin, Jeff | | | | | | | | sk-entitlement-request-form.png | Withhold | AttorneyClient; WorkProduct | Draft document reflecting legal advice regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES (41348) |

Privilege Logs:  Employee Slack Channels

| Special Master Reviewed | Production Bates of Parent Document | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withheld | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00018603 | 307 | PRIV-APL-EG_00018603 | PRIV-APL-EG_00018604 | Deardon, Aaron | 2022-10-21 | 18:35:24 | | | | | | Private channel #▇▇▇-engineering - 2022-10-21 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface | Discussion between Apple attorneys and employees regarding when system disclosure sheet should appear. | Ling Lew (Apple in-house counsel) | Yes |
| Segal | PRIV-APL-EG_00041474 | 1577 | PRIV-APL-EG_00041474 | PRIV-APL-EG_00041496 | Magnani, Joseph | 2024-01-16 | 19:52:19 | | | | | | Private channel #amp-wisconsin - 2024-01-16 19_52 (UTC).pdf | Redact | | Document with redacted text providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Ling Lew (Apple in-house counsel) | YES (41474) |

Privilege Logs: Message Board and Attachments

| Special Master Reviewed | Production Bates of Parent Document (Fold. Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withheld | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00019072 | 337 | PRIV-APL-EG_00019072 | PRIV-APL-EG_00019077 | DuBois, Dana | 2022-02-02 | 16:17:20 | | | | | | ▮ Commissions Phase 1 [POR].pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Document prepared by Apple employees at the direction of counsel. | Yes |
| Gutierrez | | 338 | PRIV-APL-EG_00019078 | PRIV-APL-EG_00019078 | DuBois, Dana | 2023-05-17 | 18:16:32 | | | | | | Screen Shot 2022-02-01 at 1.23.23 PM.png | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Document related to a commission phase analysis prepared by Apple employees at the direction of counsel. | Yes |
| Gutierrez | | 339 | PRIV-APL-EG_00019079 | PRIV-APL-EG_00019079 | DuBois, Dana | 2023-05-17 | 18:16:32 | | | | | | Screen Shot 2022-02-01 at 1.23.18 PM.png | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Document related to a commission phase analysis prepared by Apple employees at the direction of counsel. | Yes |

**Privilege Logs: Press or Business Communications**

| Special Master Reviewed | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | | 44 | PRIV-APL-EG_00014002 | PRIV-APL-EG_00014211 | Ajemian, Peter; Goldberg, Marni | 2023-01-20 | 13:29:58 | | | | | B028-00625 | Exhibit - 1 Apple Platform Security.pdf | Withhold | Attorney Client | Document providing information for the purpose of obtaining legal advice from counsel regarding regulatory issues in India. | Document related to foreign regulatory issues in India. | [redacted] (outside counsel); Curtis Box (Apple in-house counsel); Stephanie Fine (Apple in-house counsel); Jinny Park (Apple in-house counsel); Kelley Seid (Apple in-house counsel); Charles Soon (Apple in-house counsel) | Yes |
| Gutierrez | | 45 | PRIV-APL-EG_00014212 | PRIV-APL-EG_00014236 | Ajemian, Peter; Goldberg, Marni | 2023-06-30 | 08:54:36 | | | | | | Exhibit - 3 App Store Review Guidelines.pdf | Withhold | Attorney Client | Document providing information for the purpose of obtaining legal advice from counsel regarding regulatory issues in India. | Document related to foreign regulatory issues in India. | Document reflecting legal advice from counsel. | Yes |
| Gutierrez | | 46 | PRIV-APL-EG_00014237 | PRIV-APL-EG_00014253 | Ajemian, Peter; Goldberg, Marni | 2023-02-22 | 18:10:05 | | | | | | Exhibit - 4 Government & LEA Process Guidelines.pdf | Withhold | WorkProduct | Document providing legal advice prepared by counsel regarding regulatory issues in India. | Document related to foreign regulatory issues in India. | Document reflecting legal advice from counsel. | Yes |
| Gutierrez | | 47 | PRIV-APL-EG_00014254 | PRIV-APL-EG_00014345 | Ajemian, Peter; Goldberg, Marni | 2023-06-05 | 19:26:21 | | | | | | Exhibit - 2 Apple Developer Program License Agreement.pdf | Withhold | WorkProduct | Document providing legal advice prepared by counsel regarding regulatory issues in India. | Document related to foreign regulatory issues in India. | [redacted] (outside counsel); Curtis Box (Apple in-house counsel); [redacted] (outside counsel); Naomi Law (Apple in-house counsel); Gibson Dunn (outside counsel); Lisa Li (Apple in-house counsel); Veronica Li (Apple in-house counsel); Xuan Li (Apple in-house counsel); Candace Martin (Apple in-house counsel); Jinny Park (Apple in-house counsel) | Yes |
| Walsh | PRIV-APL-EG_00099095 | 2740 | PRIV-APL-EG_00099095 | PRIV-APL-EG_00099098 | Schiller, Phil | 2023-04-03 | 13:52:37 | [redacted] | [redacted] | [redacted] | | Epic statements and background for approval | 20230403-0652 Epic statements and background for approval.eml | Withhold | Attorney Client; Work Product | Email reflecting legal advice from counsel regarding litigation with Epic Games in the United States prepared in anticipation or furtherance of litigation. | Discussing appellate strategy. | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Alanna Rutherford (Apple in-house counsel) | yes |
| Walsh | PRIV-APL-EG_00099463 | 2791 | PRIV-APL-EG_00099476 | PRIV-APL-EG_00099480 | Schiller, Phil | | | | | | | | 2024.02.26 Sweeney Statements Critical of Apple DMA Compliance.pages | Withhold | Attorney Client; Work Product | Draft document reflecting Work Product from counsel regarding foreign regulatory issues press and communications legal strategy prepared in anticipation or furtherance of litigation. | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes |