UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant | [PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL |
| v. | |
| APPLE INC., | The Honorable Thomas S. Hixson |
| Defendant, Counterclaimant | |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to Seal (the "Motion"). In support, Apple filed the accompanying declaration of Mark A. Perry.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the Administrative Motion, is **GRANTED**. Accordingly,

(1) The public shall only have access to the version of the partially sealed document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Highlighted information in the from/to columns (I and J) of the third row entry within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects non-public Apple business strategy and personally identifiable information |

**IT IS SO ORDERED.**

Dated: January 29, 2025        .

The Honorable Thomas S. Hixson
United States District Court Magistrate Judge