| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>      Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Response to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 393 (PRIV-APL-EG_00019586), and certain of its attachments, Entries 395 (PRIV-APL-EG_00019590) and 396 (PRIV-APL-EG_00019591);

2. Privilege Log Entry 402 (PRIV-APL-EG_00019654), and its attachment, Entry 403 (PRIV-APL-EG_00019675);

3. Privilege Log Entry 516 (PRIV-APL-EG_00022411), and its attachments, Entries 517 (PRIV-APL-EG_00022413) and 518 (PRIV-APL-EG_00022414);

4. Privilege Log Entry 572 (PRIV-APL-EG_00023133), and its attachments, Entries 573 (PRIV-APL-EG_00023139), 574 (PRIV-APL-EG_00023709), 575 (PRIV-APL-EG_00023727), 576 (PRIV-APL-EG_00023739), and 577 (PRIV-APL-EG_00023742);

5. Privilege Log Entry 599 (PRIV-APL-EG_00024058), and certain of its attachments, Entry 601 (PRIV-APL-EG_00024072);

6. Privilege Log Entry 636 (PRIV-APL-EG_00025026), and certain of its attachments, Entries 638 (PRIV-APL-EG_00025036), and 639 (PRIV-APL-EG_00025043);

7. Privilege Log Entry 702 (PRIV-APL-EG_00027296), and its attachments, Entries 703 (PRIV-APL-EG_00027301) and 704 (PRIV-APL-EG_00027309);

8. Privilege Log Entry 1588 (PRIV-APL-EG_00041593), and its attachments, Entries 1589 (PRIV-APL-EG_00041603), 1590 (PRIV-APL-EG_00041604), 1591 (PRIV-APL-EG_00041605), and 1592 (PRIV-APL-EG_00041606);

9. Privilege Log Entry 3132 (PRIV-APL-EG_00102913);

10. Privilege Log Entry 3188 (PRIV-APL-EG_00103312); and

11. Privilege Log Entry 3403 (PRIV-APL-EG_00105461).

1
2
3   Dated: January 29, 2025                    Respectfully submitted,
4
                                               By: __/s/ Mark A. Perry_____
5
6                                              Mark A. Perry
                                               *Attorney for Apple Inc.*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28