GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1      I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP,
2 located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001.  I am not a party
3 to the within cause, I am over the age of eighteen years and my email address is
4 tseideman@cravath.com.

5      I declare that on January 30, 2025, I served via electronic transmission the
6 unredacted version of Exhibit A to the Declaration of Yonatan Even submitted therewith to
7 counsel for Apple Inc.

8      I declare that on January 30, 2025, I served via electronic transmission the
9 unredacted version of Exhibit B to the Declaration of Yonatan Even submitted therewith to
10 counsel for Apple Inc.

11     I declare that on January 30, 2025, I served via electronic transmission the
12 unredacted version of Exhibit C to the Declaration of Yonatan Even submitted therewith to
13 counsel for Apple Inc.

14     I certify under penalty of perjury under the laws of the United States of America
15 that the foregoing information contained in the Certificate of Service is true and correct.

17  Dated:  January 30, 2025                              */s/ Christina A. Seideman*
                                                         Christina A. Seideman

1    **E-FILING ATTESTATION**

2    I, Yonatan Even, am the ECF User whose ID and password are being used to file
3    this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the
4    signatories identified above has concurred in this filing.

6    */s/ Yonatan Even*
     Yonatan Even