GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>             Plaintiff, Counter-defendant,<br><br>     v.<br><br>APPLE INC.,<br><br>             Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic")
2 submits this administrative motion to consider whether another party's material should be sealed
3 with respect to the Joint Status Report Re Special Master Review, the Declaration of Yonatan
4 Even ("Even Declaration") and Exhibit A, all dated January 31, 2025.  The document Epic seeks
5 to temporarily file under seal is listed below:

| Document | Corresponding Page and Line Number(s) |
| --- | --- |
| Exhibit A to the Even Declaration | Document in its entirety. |

Epic seeks leave to provisionally file the document under seal because it discusses materials that Apple has designated confidential under the protective order in this case.  *See* Local Rule 79-5(f).  Epic reserves the right to oppose, under Rule 79-5(f)(4), any submission Apple makes to support sealing under Rule 79-5(f)(3).  Epic also hereby provides notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S            1            CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED

| | |
|---|---|
| Dated: January 31, 2025 | Respectfully submitted, |
| | By:   /s/ *Yonatan Even* |
| | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | Paul J. Riehle (SBN 115199) <br> paul.riehle@faegredrinker.com |
| | Four Embarcadero Center <br> San Francisco, California 94111 <br> Telephone: (415) 591-7500 <br> Facsimile: (415) 591-7510 |
| | **CRAVATH, SWAINE & MOORE LLP** |
| | Gary A. Bornstein (*pro hac vice*) <br> gbornstein@cravath.com <br> Yonatan Even (*pro hac vice*) <br> yeven@cravath.com <br> Lauren A. Moskowitz (*pro hac vice*) <br> lmoskowitz@cravath.com <br> Justin C. Clarke (*pro hac vice*) <br> jcclarke@cravath.com <br> Michael J. Zaken (*pro hac vice*) <br> mzaken@cravath.com <br> M. Brent Byars (*pro hac vice*) <br> mbyars@cravath.com |
| | 375 Ninth Avenue <br> New York, New York 10001 <br> Telephone: (212) 474-1000 <br> Facsimile: (212) 474-3700 |
| | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |