# Exhibit A

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00142702 | 1808 | PRIV-APL-EG_00142704 | PRIV-APL-EG_00142709 | Savio, Atusa | 2023-02-09 | 05:02:00 | | | | | | External Link Account Entitlement Addendum - 2.8.2023.docx | Withhold | AttorneyClient | Draft document with redacted text reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00142702 | 1809 | PRIV-APL-EG_00142710 | PRIV-APL-EG_00142710 | Savio, Atusa | 2023-02-08 | 22:53:37 | | | | | | Distributing reader apps with a link to your website - Support - Apple Developer.pdf | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Ling Lew (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00142722 | 1815 | PRIV-APL-EG_00142725 | PRIV-APL-EG_00142730 | Savio, Atusa | 2023-02-09 | 05:02:00 | | | | | | External Link Account Entitlement Addendum - 2.8.2023.docx | Withhold | AttorneyClient | Draft document with redacted text reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Ling Lew (Apple in-house counsel) | no | I don't see any redactions by counsel in my version | Walsh |
| PRIV-APL-EG_00144533 | 1973 | PRIV-APL-EG_00144536 | PRIV-APL-EG_00144536 | Tam, Mike | | | | | | | | PastedGraphic-5.png | Withhold | AttorneyClient | Document reflecting information for the purpose of rendering legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Soolean Choy (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00144533 | 1974 | PRIV-APL-EG_00144537 | PRIV-APL-EG_00144537 | Tam, Mike | | | | | | | | PastedGraphic-3.png | Withhold | WorkProduct | Document providing work product from counsel regarding foreign regulatory issues in Japan, including the reader rule prepared in anticipation or furtherance of litigation | Document pertaining to StoreKit External Purchase Entitlement for apps in South Korea | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Soolean Choy (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00144533 | 1975 | PRIV-APL-EG_00144538 | PRIV-APL-EG_00144538 | Tam, Mike | | | | | | | | PastedGraphic-1.png | Withhold | WorkProduct | Document providing work product from counsel regarding foreign regulatory issues in Japan, including the reader rule prepared in anticipation or furtherance of litigation | Document pertaining to StoreKit External Purchase Entitlement for apps in South Korea | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Soolean Choy (Apple in-house counsel) | no | | Walsh |
| PRIV-APL-EG_00144533 | 1976 | PRIV-APL-EG_00144539 | PRIV-APL-EG_00144539 | Tam, Mike | | | | | | | | PastedGraphic-2.png | Withhold | WorkProduct | Document providing work product from counsel regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | Document pertaining to StoreKit External Purchase Entitlement for apps in Netherland | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Soolean Choy (Apple in-house counsel) | no | | Walsh |