RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar
No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES
LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant APPLE INC.

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **APPLE INC.'S SUPPLEMENT TO STATUS REPORT RE SPECIAL MASTER REVIEW** <br><br> Courtroom:  1, 4th Floor <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Minute Entry of January 14, 2025 (Dkt. 1117), Defendant and Counterclaimant Apple Inc. ("Apple"), by and through its undersigned counsel, respectfully submits this Supplement to Status Report Re Special Master Review that the parties jointly submitted on January 31, 2025 (Dkt. 1151).

On Friday afternoon, Magistrate Judge Hixson held a hearing regarding the progress of discovery in this matter.  Judge Hixson, who had read the parties' submission to this Court (Dkt. 1151) as well as the parties' regular joint status report filed the previous day (Dkt. 1149), made a recommendation as to how the Special Master review could proceed to conclusion in light of this Court's order setting the resumption of the evidentiary hearing for February 24, 2025.  Judge Hixson explained, based on his review of a number of the documents at issue, that there's "a fair degree of repetition, so I don't know if it's worthwhile to wait until the Special Masters have reviewed every last claim of privilege."  Rather, Judge Hixson continued, "it might be preferable to proceed with the hearings as scheduled in February provided there is some method by which Epic could file something with the Court down the road, if some documents are later produced that Epic thinks are important."  Judge Hixson left it up to the parties whether to convey this recommendation to this Court.[*]

Apple promptly sent Epic a letter proposing to implement Judge Hixson's recommendation, and requesting a response by mid-day Sunday.  Apple's letter, attached hereto as Exhibit A, further proposed a process by which the parties could each select 1,000 documents from Apple's privilege logs to prioritize for the Special Masters' review in the weeks leading up to the hearing.  Apple believes this proposal would provide an efficient method for the Special Masters to get through the documents that the parties want reviewed prior to the hearing, is consistent with the Special Master Re-Review Protocol that has already been entered as an order by this Court, and takes into consideration Epic's request that a subset of documents (i.e., the 100 identified in its portion of the January 31 status report) be considered before the hearing.  As of the time of this

---

[*] A transcript of the January 31 hearing is not yet available; the quoted statements herein are believed to be accurate but the transcript is of course the official record of the proceedings.

1    filing, Epic had not responded to Apple's letter.   Apple therefore respectfully brings Judge

2    Hixson's recommendation, as well as the prioritization process proposed by Apple in its letter, to

3    the Court for its consideration.

4

5    Dated:  February 3, 2025                    Respectfully submitted:

6                                               By: */s/ Mark A. Perry*
                                                WEIL, GOTSHAL & MANGES LLP
7
                                               Mark A. Perry
8
                                               Attorney for Apple Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28