1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3        Before The Honorable Thomas S. Hixson, Magistrate Judge

4

5    EPIC GAMES, INC.,                )
                                      )
6              Plaintiff,             )
                                      )
7    vs.                              )   Case No. C 20-05640-YGR
                                      )
8    APPLE, INC.,                     )
                                      )
9              Defendant.             )
     _____ )

10

11                                    San Francisco, California
                                      Monday, January 31, 2025

12

13       TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
                  RECORDING 1:01 - 1:09 = 27 MINUTES

14   APPEARANCES:

15   For Plaintiff:

16                             Cravath, Swaine & Moore, LLP
                               375 Ninth Avenue
17                             New York, New York 10001
                          BY:  YONATAN EVEN, ESQ.

18   For Defendant:

19                             Weil, Gotshal & Manges, LLP
                               2001 M Street, NW
20                             Suite 600
                               Washington, D.C. 20036
21                        BY:  MARK A. PERRY, ESQ.

22                             Gibson, Dunn & Crutcher, LLP
                               333 South Grand Avenue
23                             Los Angeles, California 90071
                          BY:  JASON LO, ESQ.

24

25

2

| 1 | Transcribed by: | Echo Reporting, Inc. |
|---|---|---|
| 2 | | Contracted Court Reporter/ Transcriber |
| 3 | | echoreporting@yahoo.com |

3

1  <u>Monday, January 25, 2025</u>                          <u>1:01 p.m.</u>

2                   P-R-O-C-E-E-D-I-N-G-S

3                        --oOo--

4          THE CLERK:  We're here in civil action 20-560, Epic

5  Games, Inc. versus Apple, Inc.  The Honorable Thomas S.

6  Hixson presiding.

7      Counsel, please state your appearances.  Let's start

8  with Plaintiff's counsel.

9          MR. EVEN (via Zoom):  Good afternoon, your Honor.

10 Yonatan Even for Epic Games.

11         THE COURT:  Good afternoon.

12         MR. PERRY (via Zoom):  Good afternoon, your Honor.

13 Mark Perry for Apple.

14         THE COURT:  Good afternoon.

15         MR. LO (via Zoom):  Good afternoon, your Honor.

16 Jason Lo for Apple.

17         THE COURT:  Good afternoon.

18     I've received the parties status report.  So, thank you

19 for that.  Let me turn to Epic.  Is there anything that you

20 wanted to add to the status report?

21         MR. EVEN:  The only other thing, your Honor, is

22 that the parties have just, probably 40 minutes ago, filed a

23 status report about updating Judge Gonzalez Rogers about the

24 progress of the special masters, and I'm happy to update

25 your Honor about that if your Honor didn't have a chance to

4

1  read it yet, which wouldn't surprise me.

2          THE COURT:  I did have the opportunity to read it.

3  So, thank you.

4          MR. EVEN:  Then, other than that, I don't think we

5  have anything else at this point, your Honor.

6          THE COURT:  And, the same question for Apple.  Is

7  there anything that you would like to add that wasn't in the

8  status report?

9          MR. PERRY:  No, your Honor, unless the Court has

10 questions for us, of course.

11         THE COURT:  All right.  Well, thank you.

12     For the first sets of objections to the special

13 masters' rulings, I issued two recent orders.  One was

14 longer and I -- there's a follow up one today concerning one

15 document.  Given the number of objections that have since

16 been lodged, it doesn't seem feasible for me to issue

17 reasoned orders addressing each document.  And so, I am

18 likely, going forward, to just give you conclusions.  Right

19 now, there are objections to more than 100 documents pending

20 before me, and it doesn't seem workable for me to write an

21 explanation for each and every one of those.  So I just

22 wanted to set the parties expectations, that going forward,

23 given the large number of objections, you will likely just

24 get answers from the Court.

25     And then, let me ask the parties, to make sure I

5

1  understand the state of things, is it correct -- and let me

2  first ask Epic -- that there are approximately 11,000

3  documents pending before the special masters?

4          MR. EVEN:  That is not my understanding, your

5  Honor.  My understanding is that the special masters have

6  gone through about 5500 documents to date, and they have

7  about 18,000 documents left.

8          THE COURT:  Okay.  Apple, do you agree that it's

9  about 18,000 left?

10          MR. PERRY:  Yes, your -- yes, your Honor.  I was

11  doing the math in my head.  Fifty-five hundred in --

12  correct.  It's roughly that.  I -- we've had a lot of debate

13  about numbers, so I want to be clear.  They have reviewed

14  more than 5000 and there were 23,000 total.  So it's -- it's

15  not exactly 18,000, but the math is what the math is.

16          THE COURT:  Okay.  All right.  Well, thank you.

17      Does either side see utility in me setting a further

18  discovery status hearing?  It seems like disputes, other

19  than privilege, have been resolved awhile ago, and it seems

20  that I am likely to be getting more objections from the

21  parties to the special masters' determinations, as more of

22  those determinations are made.  And I can rule on those on

23  the papers.  I'm happy to have another discovery status

24  conference if that would be useful, but I wanted to get your

25  thoughts about whether you think that would be useful.

6

1      First, let me ask Epic.

2            MR. EVEN:  So, I think, your Honor, that I would

3   tentatively at least put something on calendar for two weeks

4   times, just because it's much easier to take something off

5   calendar than to then find some time that everybody could do

6   it on much shorter notice.  I do think that that would be

7   advisable.  I do think that we will need to see what Judge

8   Gonzalez Rogers does between now and then, given the late

9   February dates for the hearings.  And so, that may well

10  become redundant, in which case, obviously, we are happy to

11  confer with Apple and let the Court know that there is no

12  dispute or anything else to provide.

13           THE COURT:  And, Apple, what do you think?

14           MR. PERRY:  Your Honor, I think I'm agreeing that

15  there's no current need for a conference.  We could either

16  put one on and take it off, if it's not necessary, or not

17  put it on and ask the Court for one, if it necessary.  I

18  don't -- I don't know that it makes a huge difference.  We

19  have been doing them every other week on Fridays.  I mean,

20  if we want just want to keep that cadence, we have no

21  objection to that, but I think we have not -- we don't see

22  any likelihood of -- right now, at least -- other than the

23  objections as the Court noted.

24           THE COURT:  Okay.  Well, I'm happy to put

25  something on calendar for two weeks from now, and then if

7

1   the parties don't think that it's necessary to have the

2   hearing, you can file a stipulation and proposed order to

3   vacate it.  So, I'm looking at -- two weeks from now would

4   be Friday, February 14th, at 1:00 p.m. Pacific Time.  Does

5   that work for Epic?

6               MR. EVEN:  It does, your Honor.  Thank you.

7               THE COURT:  And for Apple?

8               MR. PERRY:  Yes, your Honor.

9               THE COURT:  All right.  Thank you.  Whether to

10  resume the hearings next month is -- for Judge Gonzalez

11  Rogers to decide, and she will address the issues of the

12  documents pending before the special masters, and those are

13  all decisions for her to make, but I did want to let the

14  parties know my thoughts and my recommendation.

15      Based on the documents that I've been reviewing in

16  camera, it seems that there's a fair degree of repetition

17  among them, and I realize that Epic has an argument that the

18  final production that Apple made to the special masters

19  differs in kind from what was done before this argument that

20  Epic set forth in the statement that was filed before Judge

21  Gonzalez Rogers.  I express no opinion on that.  I haven't

22  gotten the analysis of the privilege log in the way that

23  Epic has, so I don't know if that's accurate or not.  But,

24  based on the documents that I've been reviewing, I've seen a

25  fair degree of repetition, and so I don't know that it's

8

1  worthwhile to wait until the special masters have reviewed

2  and ruled on every last claim of privilege before resuming

3  the hearings, and so I would think it might be preferable to

4  proceed with the hearings I schedule in February, provided

5  that there's some method by which Epic could file something

6  with the Court, or seek leave to file something with the

7  Court, down the road if some documents are later produced

8  that Epic thinks are important.  But, I just wanted to share

9  that recommendation with the parties that I've developed,

10  based on the review of the documents that I've done to date.

11  And, obviously, that's an issue for Gonzalez Rogers to -- to

12  decide, and -- but I just wanted to -- to provide that

13  recommendation.   And, in your discussions with her, you can

14  decide whether or not you want to discuss this

15  recommendation, but I just thought I would give the parties

16  the benefit of my view from the review that I've done so

17  far.

18      So, we're going to schedule a further hearing for

19  February 14th at 1:00 p.m.  Before we end this hearing, let

20  me turn to each side.  First, Epic, is there anything else

21  that you would like to address at this hearing today?

22          MR. EVEN:  No, thank you, your Honor.

23          THE COURT:  And is there anything else that Apple

24  would like to address at this hearing today?

25          MR. PERRY:  No, thank you, your Honor.

*Echo Reporting, Inc.*

9

1          THE COURT:  All right.  Thank you, Counsel.  The

2   matter is submitted.  We have a hearing scheduled for

3   February 14th at 1:00 p.m.  If the parties conclude that

4   it's not necessary to proceed with that hearing, then please

5   file a stipulation and proposed order to vacate it.

6       And, with that, have a good afternoon, Counsel.

7       (Proceedings adjourned at 1:09 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10

CERTIFICATE OF TRANSCRIBER


     I certify that the foregoing is a true and correct
transcript, to the best of my ability, of the above pages of
the official electronic sound recording provided to me by
the U.S. District Court, Northern District of California, of
the proceedings taken on the date and time previously stated
in the above matter.

     I further certify that I am neither counsel for,
related to, nor employed by any of the parties to the action
in which this hearing was taken; and, further, that I am not
financially nor otherwise interested in the outcome of the
action.

                    Echo Reporting, Inc., Transcriber

                      Monday, February 3, 2025