# EXHIBIT H
# (EXHIBIT FILED UNDER SEAL)

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | | 703 | PRIV-APL-EG_00027301 | PRIV-APL-EG_00027308 | Goldberg, Marni | 2024-04-22 | 13:29:32 | | | | | | Dkt. 922-2 - (SEALED) Barnes Declaration.pdf | Withhold | WorkProduct | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | Document includes supporting materials for filings in ongoing litigation with Epic | Jennifer Brown (Apple in-house counsel); Stephanie Fine (Apple in-house counsel); Weil, Gotshal & Manges (Outside Counsel) | Yes |
| Gutierrez | | 704 | PRIV-APL-EG_00027309 | PRIV-APL-EG_00027327 | Goldberg, Marni | 2024-04-23 | 05:06:02 | | | | | | Dkt. 922-1 - (SEALED) Reply Brief.pdf | Withhold | WorkProduct | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | Document includes supporting materials for filings in ongoing litigation with Epic | Jennifer Brown (Apple in-house counsel); Stephanie Fine (Apple in-house counsel); Weil, Gotshal & Manges (Outside Counsel) | Yes |
| Gutierrez | PRIV-APL-EG_00023133 | 572 | PRIV-APL-EG_00023133 | PRIV-APL-EG_00023138 | Goldberg, Marni | 2024-01-16 | 22:34:51 | Marni Goldberg | Fred Sainz | | | Fwd: New documents: Epic Games, Inc. v. Apple Inc. (Doc# 871, N.D. Cal. 4:20-cv-05640-YGR) | 20240116-1434 Fwd: New documents: Epic Games, Inc. v. Apple Inc. (Doc# 871 - 1.eml | Withhold | AttorneyClient | Email providing legal advice from counsel regarding injunction compliance requirements for user design and interface | Circulation by counsel of as-filed injunction compliance documents | Andrew Farthing (Apple in-house counsel); Weil, Gotshal & Manges (outside counsel) | Yes |
| Gutierrez | | 573 | PRIV-APL-EG_00023139 | PRIV-APL-EG_00023708 | Goldberg, Marni | 2024-01-16 | 20:24:30 | | | | | | 2024-01-16 Notice [dckt 871_4].pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance requirements for user design and interface | Discussion with counsel of injunction compliance filings. | Andrew Farthing (Apple in-house counsel); Weil, Gotshal & Manges (outside counsel) | Yes |
| Gutierrez | | 574 | PRIV-APL-EG_00023709 | PRIV-APL-EG_00023726 | Goldberg, Marni | 2024-01-16 | 21:22:07 | | | | | | 2024-01-16 Notice [dckt 871_0].pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance requirements for user design and interface | Discussion with counsel of injunction compliance filings. | Jennifer Brown (Apple in-house counsel); Weil, Gotshal & Manges (outside counsel) | Yes |
| Gutierrez | | 575 | PRIV-APL-EG_00023727 | PRIV-APL-EG_00023738 | Goldberg, Marni | 2024-01-16 | 20:23:24 | | | | | | 2024-01-16 Notice [dckt 871_1].pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance requirements for user design and interface | Discussion with counsel of injunction compliance filings. | Jennifer Brown (Apple in-house counsel); Weil, Gotshal & Manges (outside counsel) | Yes |
| Gutierrez | | 576 | PRIV-APL-EG_00023739 | PRIV-APL-EG_00023741 | Goldberg, Marni | 2024-01-16 | 20:24:09 | | | | | | 2024-01-16 Notice [dckt 871_3].pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance requirements for user design and interface | Discussion with counsel of injunction compliance filings. | Jennifer Brown (Apple in-house counsel); Weil, Gotshal & Manges (outside counsel) | Yes |
| Gutierrez | | 577 | PRIV-APL-EG_00023742 | PRIV-APL-EG_00023794 | Goldberg, Marni | 2024-01-16 | 22:05:48 | | | | | | 2024-01-16 Notice [dckt 871_2].pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance requirements for user design and interface | Discussion with counsel of injunction compliance filings. | Jennifer Brown (Apple in-house counsel); Weil, Gotshal & Manges (outside counsel) | Yes |
| Gutierrez | | 517 | PRIV-APL-EG_00022413 | PRIV-APL-EG_00022413 | Goldberg, Marni | | | | | | | | Permanent Injunction.pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Communication with outside counsel regarding pending litigation with Epic in the U.S. | Kate Adams (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Gibson Dunn (Outside counsel) | Yes |
| Gutierrez | | 518 | PRIV-APL-EG_00022414 | PRIV-APL-EG_00022598 | Goldberg, Marni | | | | | | | | Epic Order.pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Communication with outside counsel regarding pending litigation with Epic in the U.S. | Kate Adams (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Doug Vetter (Apple in-house counsel); Gibson Dunn (Outside counsel) | Yes |

**Privilege Logs: Press Communications**

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | | 638 | PRIV-APL-EG_00025036 | PRIV-APL-EG_00025042 | Goldberg, Marni | 2023-07-06 | 12:27:05 | | | | | | 041223 Epic Deck .key | Withhold | AttorneyClient; WorkProduct | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | Hannah Smith explicitly asks ▬ lawyer to draft slides and outline of key points for planned testimony related to Epic trial. Attachments provide examples for attorney reference as go-bys. | ▬ | Yes |
| Gutierrez | | 639 | PRIV-APL-EG_00025043 | PRIV-APL-EG_00025046 | Goldberg, Marni | 2023-07-06 | 12:17:21 | | | | | | 041223 Epic Talk Track .pages | Withhold | AttorneyClient; WorkProduct | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | Hannah Smith explicitly asks ▬ lawyer to draft slides and outline of key points for planned testimony related to Epic trial. Attachments provide examples for attorney reference as go-bys. | ▬ | Yes |
| Gutierrez | | 601 | PRIV-APL-EG_00024072 | PRIV-APL-EG_00024075 | Goldberg, Marni | 2022-10-04 | 12:17:40 | | | | | | Apple_TheAppStore_Innovation & Growth_Factsheet_100422.pdf | Withhold | AttorneyClient; WorkProduct | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | Request for internal and external counsel review and feedback on draft comms materials related to Epic trial. | Heather Grenier (Apple in-house counsel); Gibson Dunn (outside counsel) | Yes |

**Privilege Logs: Scare Screens**

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | | 395 | PRIV-APL-EG_00019590 | PRIV-APL-EG_00019590 | DuBois, Dana; Gharabally, Sam | | | | | | | | PastedGraphic-1.png | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding iOS requirements | Counsel's legal advice relates to App Store disclosures and requirements for the launching of ▇. | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| Gutierrez | | 396 | PRIV-APL-EG_00019591 | PRIV-APL-EG_00019591 | DuBois, Dana; Gharabally, Sam | | | | | | | | PastedGraphic-2.png | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding iOS requirements | Counsel's legal advice relates to App Store disclosures and requirements for the launching of ▇. | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| Gutierrez | | 403 | PRIV-APL-EG_00019675 | PRIV-APL-EG_00019675 | Elman, Josh | 2022-06-17 | 16:45:27 | | | | | | ▇ Product Page Copy 15.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface | Request for legal advice relating to App Store disclosures and requirements for the launching of ▇. | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |

**Privilege Logs: Employee Chats**

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walsh | PRIV-APL-EG_00103312 | 3188 | PRIV-APL-EG_00103312 | PRIV-APL-EG_00103313 | Van Tassell, Dave | 2021-11-15 | 19:18:22 | | | | | | Direct message Amy Hawthorne, Blaise Margherito and 5 others - 2021-11-15 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Ling Lew (Apple in-house counsel) | yes |

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walsh | PRIV-APL-EG_00102909 | 3132 | PRIV-APL-EG_00102913 | PRIV-APL-EG_00102922 | Fischer, Matt; Federighi, Craig; Schiller, Phil; Thai, Ann; Robbin, Jeff | | | | | | | | 2022-05-27 App Store HI ▬.key | Withhold | AttorneyClient | Document related to legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel); Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | yes |
| Walsh | PRIV-APL-EG_00105457 | 3403 | PRIV-APL-EG_00105461 | PRIV-APL-EG_00105546 | Cue, Eddy; Federighi, Craig; Oliver, Carson; Fischer, Matt; Gray, Eric; Washburn, Tanya; Schiller, Phil; Barton, Nate; Gromek, Monika; Roman, Alex; Thai, Ann; Joswiak, Greg; Robbin, Jeff; Vij, Kunnal | | | | | | | | 2023.06.19 Wisconsin - Team Commission - Privileged & Confidential.key | Withhold | AttorneyClient | Document related to legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Sean Cameron (Apple in-house counsel), Ling Lew (Apple in-house counsel), Jennifer Brown (Apple in-house counsel), Jason Cody (Apple in-house counsel) | yes |

**Privilege Logs: Business Documents**

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Segal | PRIV-APL-EG_00041593 | 1588 | PRIV-APL-EG_00041593 | PRIV-APL-EG_00041602 | Moore, Ken | 2023-05-23 | 17:42:25 | | | | | | ▇▇ Partner Monetization Requirements summary.pdf | Withhold | AttorneyClient | Draft document providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Jason Cody (Apple in-house counsel); Armando Cordoves (Apple in-house counsel); Nicole Ewart (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES (41593) |