| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S STATEMENT IN RESPONSE TO DISCOVERY ORDER**<br><br>The Honorable Thomas S. Hixson |

As directed by the Court in its discovery order of January 31, 2025, *see* Dkt. 1157, Apple Inc. ("Apple") hereby provides the following additional information.

With respect to Entry No. 3281 (PRIV-APL-EG_00104421), the Special Master upheld the redactions except as to the redaction in the middle of page 31 beginning "Do" and ending with "open." It appears that the incorrect line on page 31 was inadvertently redacted, and that the following line beginning with "Not including" and ending with "issue" should have been redacted instead. The same line was properly redacted on page 13. In light of the Court's direction in its prior discovery orders, Apple will not seek to add redactions and withdraws its objection.

With respect to Entry No. 3494 (PRIV-APL-EG_00106265), Apple agrees that Special Master Walsh's clarification does not require objection by Apple or resolution by this Court.

Apple is providing to the Court Entry Nos. 2929 (PRIV-APL-EG_00100996), 2933 (PRIV-APL-EG_00101009), 2939 (PRIV-APL-EG_00101020), and 3221 (PRIV-APL-EG_00103799) in native format for *in camera* review.

Dated: February 4, 2025

Respectfully submitted,

By: *Mark A. Perry*
Mark A. Perry
WEIL, GOTSHAL & MANGES LLP

Attorney for Apple Inc.