DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>     Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>     Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Response to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 1578 (PRIV-APL-EG_00139200);

2. Privilege Log Entry 1579 (PRIV-APL-EG_000139210), and certain of its attachments, Entries 1580 (PRIV-APL-EG_00139217), 1581 (PRIV-APL-EG_00139242), 1582 (PRIV-APL-EG_00139256), 1583 (PRIV-APL-EG_00139288), 1584 (PRIV-APL-EG_00139294), 1585 (PRIV-APL-EG_00139320), 1586 (PRIV-APL-EG_00139330), 1587 (PRIV-APL-EG_00139365), 1588 (PRIV-APL-EG_00139408), 1589 (PRIV-APL-EG_00139414), and 1593 (PRIV-APL-EG_00139535);

3. Privilege Log Entry 1803 (PRIV-APL-EG_00142689); and

4. Privilege Log Entry 2001 (PRIV-APL-EG_00145056).

Dated: February 4, 2025

Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*