# Exhibit A

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00067531 | 337 | PRIV-APL-EG_00067531 | PRIV-APL-EG_00067534 | Bavaro, Sam | 2024-05-30 | 17:32:26 | | | | | | Private channel #proj-entitlements-enterprisekit-constellation - 2024-05-30 (UTC).pdf | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Alex Chai (Apple in-house counsel); Ling Lew (Apple in-house counsel); Norita Mengu (Apple in-house counsel); Nicole Mirchandani (Apple in-houes counsel) | No | |
| Segal | PRIV-APL-EG_00047165 | 2015 | PRIV-APL-EG_00047167 | PRIV-APL-EG_00047173 | Tam, Mike | 2023-06-26 | 19:42:10 | | | | | | External Purchase Link (US) Addendum - 6.26.2023.docx | Withhold | AttorneyClient; WorkProduct | Draft document reflecting legal advice from counsel regarding injunction compliance and U.S. link entitlement program eligibility prepared in anticipation or furtherance of litigation | | Ling Lew (Apple in-house counsel) | YES AND NO | THIS DOCUMENT CONTAINS PRIVILEGED AND NON-PRIVILEGED INFORMATION. SHOULD BE PRODUCED WITH PRIVILEGED INFORMATION REDACTED |
| Segal | PRIV-APL-EG_00047220 | 2023 | PRIV-APL-EG_00047225 | PRIV-APL-EG_00047225 | Tam, Mike | 2022-01-12 | 23:23:35 | | | | | | Screen Shot 2022-01-12 at 3.23.33 PM.png | Withhold | AttorneyClient; WorkProduct | Document related to legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | | Ling Lew (Apple in-house counsel) | NO | |
| Segal | PRIV-APL-EG_00049808 | 2272 | PRIV-APL-EG_00049858 | PRIV-APL-EG_00049877 | Tam, Mike | 2022-02-09 | 06:26:00 | | | | | December 13, 2021 | FINAL - Schedules 2 and 3 - 8 Feb 2022 - Clean.docx | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding draft contract language from attorney regarding App Store Small Business Program. | Draft contract language from attorney regarding App Store Small Business Program. | Jason Cody (Apple in-house counsel) | NO | REDACTED LANGUAGE DOES NOT REVEL LEGAL ADVICE OR REQUEST FO R LEGAL ADVICE |