# EXHIBIT C
# (EXHIBIT FILED UNDER SEAL)

# Privilege Log Entries

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00033739 | 1072 | PRIV-APL-EG_00033739 | PRIV-APL-EG_00033744 | Hawthorne, Amy | 2022-02-02 | 16:17:20 | | | | | | Commissions Phase 1 [POR].pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance and commission time window | | Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| Gutierrez | | 1073 | PRIV-APL-EG_00033745 | PRIV-APL-EG_00033745 | Hawthorne, Amy | 2024-08-14 | 21:50:35 | | | | | | Screen Shot 2022-02-01 at 1 23 23 PM.png | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance and commission time window | | Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| Gutierrez | | 1074 | PRIV-APL-EG_00033746 | PRIV-APL-EG_00033746 | Hawthorne, Amy | 2024-08-14 | 21:50:35 | | | | | | Screen Shot 2022-02-01 at 1 23.18 PM.png | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance and commission time window | | Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| Gutierrez | PRIV-APL-EG_00034024 | 1093 | PRIV-APL-EG_00034025 | PRIV-APL-EG_00034029 | Joswiak, Greg | | | | | | | | DMA Newsroom Post -- Privileged and Confidential 0112.pages | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Parent doc says the teams are continuing to iterated on this, and attorney Kyle Andeer were copied | Kyle Andeer (Apple in-house counsel) | Yes |
| Gutierrez | PRIV-APL-EG_00033294 | 1046 | PRIV-APL-EG_00033294 | PRIV-APL-EG_00033297 | Guebert, Jeff | 2023-10-25 | 00:36:20 | | | | | | Private channel #prog███-xf - 2023-10-25 (UTC).pdf | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel) | Yes |

## Privilege Log Entries

| Special Master | Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00035780 | 1219 | PRIV-APL-EG_00035780 | PRIV-APL-EG_00035795 | Kirtane, Latika | 2023-11-15 | 00:02:47 | | | | | | Private channel #prog____-xf - 2023-11-15 (UTC) pdf | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) | Yes |