UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 (Dkt. 1152), and an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 (Dkt. 1161) (together, the "Motions"). Pursuant to Civil Local Rule 79-5, Apple Inc. filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered the Motions, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the versions of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted or withheld:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted portions in log entries | Exhibit A-1 to Epic's Motion (Dkt. 1152) | Reflects non-public Apple business strategy and personally identifying information |
| Redacted portions in log entries on pages 2–3 | Exhibit A-2 to Epic's Motion (Dkt. 1161) | Reflects non-public Apple business strategy and personally identifying information |

**IT IS SO ORDERED.**

1  Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge