# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PRIV-APL-EG_00149544 | 4 | PRIV-APL-EG_00149544 | PRIV-APL-EG_00149575 | Tam, Mike | 2023-05-21 | | | | | | | Wisconsin Comms.pdf | Withhold | AttorneyClient; WorkProduct | Document reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility, prepared in anticipation or furtherance of litigation | Information prepared for external counsel with information on Apple's Link Entitlement for the purposes of allowing external counsel to render legal advice and determine trial strategy. | Document with draft language prepared at the request of and for review by counsel. |
| 2 | PRIV-APL-EG_00149603 | 8 | PRIV-APL-EG_00149606 | PRIV-APL-EG_00149621 | Oliver, Carson | | | | | | | | 091721 Epic Games Best Of.pages | Withhold | WorkProduct | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| 3 | PRIV-APL-EG_00149603 | 9 | PRIV-APL-EG_00149622 | PRIV-APL-EG_00149624 | Oliver, Carson | 2023-07-10 | | | | | | | Epic (CA9)_ Key Quotes from Decision_106277054_1.docx | Withhold | WorkProduct | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| 4 | PRIV-APL-EG_00150853 | 246 | PRIV-APL-EG_00150853 | PRIV-APL-EG_00150853 | Oliver, Carson | 2023-07-02 | | Ann Thai | Phil Schiller ▇; Sean Cameron ▇ | | | Wisconsin July 6-7 Timeline | 20230703-2223 Wisconsin July 6-7 Timeline.eml | Withhold | AttorneyClient | Email providing information for the purpose of obtaining legal advice to counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Sean Cameron (Apple in-house counsel) |
| 5 | PRIV-APL-EG_00150853 | 247 | PRIV-APL-EG_00150854 | PRIV-APL-EG_00150854 | Oliver, Carson | | | | | | | | Screenshot 2023-07-03 at 3.21.01 PM.png | Withhold | WorkProduct | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Attachment to an email that is requesting legal advice from in-house counsel |
| 6 | PRIV-APL-EG_00151231 | 271 | PRIV-APL-EG_00151231 | PRIV-APL-EG_00151231 | Oliver, Carson | 2023-07-02 | | Ann Thai | Brown ▇; Sean Cameron ▇; Tanya Washburn ▇; Carson Oliver ▇; Fred Sainz ▇; Ling Lew | | | Wisconsin July 6 & 7 Launch Timeline | 20230703-1824 Wisconsin July 6 & 7 Launch Timeline.eml | Redact | AttorneyClient | Email with redacted text providing legal advice from counsel regarding injunction compliance and commission time window | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| 7 | PRIV-APL-EG_00151231 | 272 | PRIV-APL-EG_00151232 | PRIV-APL-EG_00151232 | Oliver, Carson | | | | | | | | Screenshot 2023-07-03 at 11.22.58 AM.png | Withhold | WorkProduct | Document attaching information for the purpose of obtaining legal advice from counsel regarding injunction compliance and commission time window | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| 8 | PRIV-APL-EG_00151348 | 286 | PRIV-APL-EG_00151356 | PRIV-APL-EG_00151365 | Oliver, Carson | 2023-07-02 | | | | | | | Wisconsin Draft Comms.pdf | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Ling Lew (Apple in-house counsel) |
| 9 | PRIV-APL-EG_00151751 | 319 | PRIV-APL-EG_00151751 | PRIV-APL-EG_00151759 | Ajemian, Peter | 2023-10-02 | 17:28:52 | | | | | | Apple_draft DMA PR rollout plan.pages | withhold | AttorneyClient | Document reflecting legal advice prepared at the direction of counsel regarding foreign regulatory issues in the European Union including DMA | | Document reflecting legal advice from Apple legal |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | PRIV-APL-EG_00152901 | 480 | PRIV-APL-EG_00152902 | PRIV-APL-EG_00152903 | Ajemian, Peter | 2022-02-28 | 02:57:39 | | | | | | 22.2.28 ACM Letter KDA.pdf | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | | Kyle Andeer (Apple in-house counsel) |
| 11 | PRIV-APL-EG_00154655 | 643 | PRIV-APL-EG_00154656 | PRIV-APL-EG_00154684 | Ajemian, Peter; Goldberg, Marni | 2023-02-08 | 21:16:11 | | | | | | Apple_Netherlands & Korea Statements & Actions.pdf | withhold | AttorneyClient | Draft document related to information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Andeer, Kyle: (Apple in-house counsel); ▌ Gonzalez, Juan Carlos: (Apple in-house counsel); Lee, Matthew (Apple in-house counsel) |
| 12 | PRIV-APL-EG_00156428 | 861 | PRIV-APL-EG_00156428 | PRIV-APL-EG_00156431 | Barton, Nate | 8/15/2023 | 16:44:53 | | | | | | Direct message Ann Thai, Jennifer Brown and 6 others - 2023-08-15 (UTC).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Document reflects legal advice | Jennifer Brown (Apple in-house counsel); |
| 13 | PRIV-APL-EG_00157004 | 937 | PRIV-APL-EG_00157004 | PRIV-APL-EG_00157013 | Bavaro, Sam | 2023-12-07 | 00:12:09 | | | | | | Private channel #prog▌-xf - 2023-12-07 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Ling Lew (Apple in-house counsel) |
| 14 | PRIV-APL-EG_00162374 | 1467 | PRIV-APL-EG_00162374 | PRIV-APL-EG_00162416 | Oliver, Carson; Thai, Ann | 2024-01-14 | 19:54:40 | | | | | | 1_9_24_Wisconsin_Final_Priv.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal |
| 15 | PRIV-APL-EG_00162417 | 1468 | PRIV-APL-EG_00162417 | PRIV-APL-EG_00162453 | Oliver, Carson; Thai, Ann | 2024-01-09 | 00:50:07 | | | | | | Updated_Wisconsin.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal |
| 16 | PRIV-APL-EG_00162454 | 1469 | PRIV-APL-EG_00162454 | PRIV-APL-EG_00162497 | Oliver, Carson; Thai, Ann | 2024-01-09 | 01:59:59 | | | | | | Updated_Wisconsin-2.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal |
| 17 | PRIV-APL-EG_00162498 | 1470 | PRIV-APL-EG_00162498 | PRIV-APL-EG_00162519 | Oliver, Carson; Thai, Ann | 2024-01-06 | 18:18:14 | | | | | | 2024.01.08_Wisconsin.key | withhold | AttorneyClient | Presentation with redacted text providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal |
| 18 | PRIV-APL-EG_00162520 | 1471 | PRIV-APL-EG_00162520 | PRIV-APL-EG_00162606 | Oliver, Carson; De Wilde, Geoff; Thieme, Meredith; Wong, Angela (App Store); Liu, Terry; Robbin, Jeff; Kim, Timothy; Cote, Bri; DuBois, Dana; Mukherjee, Srabasti; Van Tassell, Dave; Kosmynka, Trystan; Thai, Ann; Friedland, Zach; Hawthorne, Amy; Kirtane, Latika; Pulchny, Liz; Vij, Kunnal; Barton, Nate; Fischer, Matt; Roman, Alex; | 2024-05-20 | 18:15:30 | | | | | | 2023.06.01 Wisconsin TC Deck.key | withhold | AttorneyClient | Presentation reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal |
| 19 | PRIV-APL-EG_00162748 | 1493 | PRIV-APL-EG_00162751 | PRIV-APL-EG_00162758 | Cook, Tim | | | | | | | | 2021.10.22 DMA Update draft copy.key | Withhold | AttorneyClient | Document reflecting legal advice prepared by counsel regarding foreign regulatory issues in the European Union, including DMA | | Document includes content that Apple legal weighed in on |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | PRIV-APL-EG_00163469 | 1579 | PRIV-APL-EG_00163469 | PRIV-APL-EG_00163488 | Cote, Bri | 2023-02-17 | 02:17:28 | | | | | | ▮_ Trust & Safety Evaluation extract.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates it was prepared at the direction of counsel |
| 21 | PRIV-APL-EG_00163499 | 1581 | PRIV-APL-EG_00163499 | PRIV-APL-EG_00163506 | Cote, Bri | 2022-11-17 | 20:13:16 | | | | | | 11_17 - Andreas Meeting.pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates it was prepared at the direction of counsel |
| 22 | PRIV-APL-EG_00165797 | 1772 | PRIV-APL-EG_00165797 | PRIV-APL-EG_00165798 | De Wilde, Geoff | 2024-02-14 | 03:37:48 | | | | | | Private channel #dma-analytics - 2024-02-14 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | The thread contains legal advice regarding app design compliance. | Ling Lew (Apple in-house counsel) |
| 23 | PRIV-APL-EG_00165899 | 1785 | PRIV-APL-EG_00165899 | PRIV-APL-EG_00165948 | De Wilde, Geoff; Thieme, Meredith; Moore, Ken; Kim, Timothy; Thai, Ann; Friedland, Zach; Kirtane, Latika; Pulchny, Liz; Vij, Kunnal; Barton, Nate; Oliver, Carson; Roman, Alex; Gray, Eric; Washburn, Tanya | 2024-01-17 | 17:58:46 | | | | | | 2024.01.09 ▮ Price Committee Follow-up V2 - Privileged and Confidential.key | withhold | AttorneyClient | Presentation with redacted text providing legal advice from employees acting under the direction of counsel regarding injunction compliance analysis of commission rate | | Brendan McNamara (Apple in-house counsel) |
| 24 | PRIV-APL-EG_00165949 | 1786 | PRIV-APL-EG_00165949 | PRIV-APL-EG_00165955 | De Wilde, Geoff; Robbin, Jeff; Kim, Timothy; Bavaro, Sam; Van Tassell, Dave; Kosmynka, Trystan; Friedland, Zach; Thai, Ann; Hawthorne, Amy; Kirtane, Latika; Barton, Nate; Fischer, Matt; Oliver, Carson; Washburn, Tanya; Federighi, Craig | 2022-10-17 | 18:11:43 | | | | | | App Store and System features.pages | withhold | WorkProduct | Document reflecting work product from counsel regarding injunction compliance requirements for user design and interface | | Document reflecting legal advice from Apple legal |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | PRIV-APL-EG_00166084 | 1792 | PRIV-APL-EG_00166084 | PRIV-APL-EG_00166206 | De Wilde, Geoff; Thieme, Meredith; Wong, Angela (App Store); Liu, Terry; Robbin, Jeff; Kim, Timothy; DuBois, Dana; Mukherjee, Srabasti; Van Tassell, Dave; Kosmynka, Trystan; Oliver, Carson; Thai, Ann; Friedland, Zach; Hawthorne, Amy; Kirtane, Latika; Pulchny, Liz; Vij, Kunnal; Barton, Nate; Fischer, Matt; Roman, Alex; | 2024-04-19 | 17:03:54 | | | | | | Platform Fee.key | withhold | AttorneyClient | Draft document reflecting information for the purpose of rendering legal advice prepared at the direction of employees acting under the direction of counsel regarding injunction compliance analysis of commission rate | | Amy Dobrzynski (Apple in-house counsel) |
| 26 | PRIV-APL-EG_00166232 | 1799 | PRIV-APL-EG_00166232 | PRIV-APL-EG_00166277 | De Wilde, Geoff; Kim, Timothy; Thai, Ann; Kirtane, Latika; Vij, Kunnal; Barton, Nate; Washburn, Tanya | 2024-05-29 | 07:08:22 | | | | | | Business Model Responses Framework.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | | Document reflecting legal advice from Apple legal |
| 27 | PRIV-APL-EG_00166918 | 1888 | PRIV-APL-EG_00166918 | PRIV-APL-EG_00166920 | Deardon, Aaron | 2022-06-06 | 17:20:04 | | | | | | ▇ _ Tax - Questions_clarifications (From DD, refer project level tracker for opens from BRD and further phases).pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | Document is list of legal questions for tax counsel | Armondo Cordoves (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel); |
| 28 | PRIV-APL-EG_00171039 | 2169 | PRIV-APL-EG_00171039 | PRIV-APL-EG_00171043 | DuBois, Dana | 2023-12-06 | 20:34:00 | | | | | | Direct message Ann Thai, Bryan Wegman and 4 others - 2023-12-06 (UTC).pdf | Withhold | AttorneyClient | Document related to information for the purpose of obtaining legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) |
| 29 | PRIV-APL-EG_00171215 | 2185 | PRIV-APL-EG_00171215 | PRIV-APL-EG_00171222 | DuBois, Dana | 2024-03-05 | 01:44:10 | | | | | | Private channel #prog▇-xf - 2024-03-05 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance and commission time window | | Ling Lew (Apple in-house counsel) |
| 30 | PRIV-APL-EG_00171215 | 2186 | PRIV-APL-EG_00171223 | PRIV-APL-EG_00171223 | DuBois, Dana | 2024-03-05 | 18:22:53 | | | | | | Screenshot 2024-03-05 at 10.22.30 AM.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance launch date and timing | | No attorneys listed but per parent Document employees discuss waiting on advice from Apple in-house counsel |
| 31 | PRIV-APL-EG_00171608 | 2233 | PRIV-APL-EG_00171611 | PRIV-APL-EG_00171614 | DuBois, Dana | 2024-01-22 | 23:42:35 | | | | | | ▇ - Architecture and Design.pdf | Withhold | WorkProduct | Email chain reflecting work product from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union including DMA | | No attorney present but attached to email seeking legal advice. |
| 32 | PRIV-APL-EG_00171608 | 2232 | PRIV-APL-EG_00171610 | PRIV-APL-EG_00171610 | DuBois, Dana | 2024-01-22 | 23:38:08 | | | | | | ▇ - Data Aggregation at Launch.pdf | Withhold | WorkProduct | Email chain reflecting work product from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union including DMA | | No attorney present but attached to email seeking legal advice. |

| # | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | PRIV-APL-EG_00171608 | 2234 | PRIV-APL-EG_00171615 | PRIV-APL-EG_00171615 | DuBois, Dana | 2024-01-22 | 23:41:44 | | | | | | ▆▆ - data ingestion API.pdf | Withhold | WorkProduct | Email chain reflecting work product from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union including DMA | | No attorney present but attached to email seeking legal advice. |
| 34 | PRIV-APL-EG_00171608 | 2231 | PRIV-APL-EG_00171609 | PRIV-APL-EG_00171609 | DuBois, Dana | 2024-01-22 | 23:37:24 | | | | | | ▆▆ - token generation.pdf | Withhold | WorkProduct | Email chain reflecting work product from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union including DMA | | No attorney present but attached to email seeking legal advice. |
| 35 | PRIV-APL-EG_00173574 | 2514 | PRIV-APL-EG_00173574 | PRIV-APL-EG_00173574 | Friedland, Zach | 2022-03-23 | 18:14:50 | | | | | | Private channel ▆▆-core - 2022-03-23 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Document discussing outstanding requests to Apple in-house counsel for legal advice |
| 36 | PRIV-APL-EG_00173610 | 2523 | PRIV-APL-EG_00173618 | PRIV-APL-EG_00173618 | Friedland, Zach | 2024-03-05 | 18:22:53 | | | | | | Screenshot 2024-03-05 at 10.22.30 AM.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Contingency plan prepared in conjunction with request for legal advice. | No attorneys listed but per parent Document employees discuss waiting on advice from Apple in-house counsel |
| 37 | PRIV-APL-EG_00174191 | 2571 | PRIV-APL-EG_00174191 | PRIV-APL-EG_00174193 | Gharabally, Sam | 2024-05-23 | 20:18:30 | | | | | | Private channel #proj ▆▆ client - 2024-05-23 (UTC).pdf | withhold | AttorneyClient | Document providing legal advice from counsel regarding screen time restrictions for third party app developers | | Lew Ling (Apple in-house counsel) |
| 38 | PRIV-APL-EG_00174857 | 2624 | PRIV-APL-EG_00174857 | PRIV-APL-EG_00174862 | Goldberg, Marni | 2023-07-06 | 15:58:44 | | | | | | 2023.07.06 DRAFT Epic vs. Apple w appeal.key | withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | The slide deck, prepared by counsel provides updates on legal events relating to active matters and include counsel's legal advice regarding recent developments. | Document reflecting legal advice from Apple legal |
| 39 | PRIV-APL-EG_00177966 | 2871 | PRIV-APL-EG_00177967 | PRIV-APL-EG_00177974 | Goldberg, Marni | | | | | | | | Draft Epic Stay Press Briefing Deck October 8 -- Attorney Work Product Attorney Client Privilege.key | Withhold | WorkProduct | Draft document reflecting work product from counsel regarding injunction compliance press and communications legal strategy | Based on additional related threads, this draft was prepared heavily in coordination with and it part by, in house counsel; until legal sign off this was in draft. | Juan Carlos Gonzalez (Apple in-house counsel) |
| 40 | PRIV-APL-EG_00191600 | 4130 | PRIV-APL-EG_00191600 | PRIV-APL-EG_00191607 | Gray, Eric | 2023-10-09 | 20:15:43 | | | | | | Message_EricGray_2023-10-09_20-15-43.pdf | Withhold | AttorneyClient | Email chain related to legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) |
| 41 | PRIV-APL-EG_00192032 | 4169 | PRIV-APL-EG_00192032 | PRIV-APL-EG_00192033 | Gray, Eric | 2023-04-29 | 00:13:16 | | | | | | Message_EricGray_2023-04-29_00-13-16.pdf | Withhold | AttorneyClient | Document related to information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Texts between in-house counsel and employee regarding Epic ruling | Sean Cameron (Apple in-house counsel); |
| 42 | PRIV-APL-EG_00193904 | 4419 | PRIV-APL-EG_00193914 | PRIV-APL-EG_00193932 | Gromek, Monika | 2023-02-09 | 19:02:17 | | | | | | ▆▆ Tracks Opens.pdf | Withhold | AttorneyClient | Presentation providing legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates it was prepared at the direction of counsel |
| 43 | PRIV-APL-EG_00193933 | 4420 | PRIV-APL-EG_00193933 | PRIV-APL-EG_00193940 | Gromek, Monika | 2022-11-17 | 20:13:16 | | | | | | 11_17 - Andreas Meeting.pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Adil Karrar (Apple in-house counsel); Chantal Hwang (Apple in-house counsel); Dave Lacy Kusters (Apple in-house counsel); Gary Davis (Apple in-house counsel); Jason Cody (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel) |
| 44 | PRIV-APL-EG_00194286 | 4469 | PRIV-APL-EG_00194296 | PRIV-APL-EG_00194296 | Guebert, Jeff | 2024-03-05 | 02:03:00 | | | | | | image.png | Redact | AttorneyClient | Document with redacted text providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance launch date and timing | Per parent Document information provided in conjunction with request for legal advice. | No attorneys listed but per parent Document employees discuss waiting on advice from Apple in-house counsel |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | PRIV-APL-EG_00194286 | 4468 | PRIV-APL-EG_00194295 | PRIV-APL-EG_00194295 | Guebert, Jeff | 2024-03-05 | 18:21:55 | | | | | | Screenshot 2024-03-05 at 10.21.33 AM.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance launch date and timing | Per parent Document information provided in conjunction with request for legal advice. | No attorneys listed but per parent Document employees discuss waiting on advice from Apple in-house counsel |
| 46 | PRIV-APL-EG_00194307 | 4472 | PRIV-APL-EG_00194307 | PRIV-APL-EG_00194321 | Guebert, Jeff | 2023-11-09 | 00:01:10 | | | | | | Private channel #prog▓▓-xf - 2023-11-09 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | No attorneys listed but employees discussing waiting for Apple in-house counsel feedback |
| 47 | PRIV-APL-EG_00195720 | 4595 | PRIV-APL-EG_00195720 | PRIV-APL-EG_00195723 | Hawthorne, Amy; Friedland, Zach; Van Tassell, Dave | 2022-02-19 | 00:46:34 | Ling Lew ▓ | Amy Hawthorne ▓ | Dave Van Tassell ▓; Zach Friedland ▓ | | Re: [ For review ] IAP hosting changes email | 20220218-1646 Re: [ For review ] IAP hosting changes email.eml | Withhold | AttorneyClient | Document reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) |
| 48 | PRIV-APL-EG_00196059 | 4615 | PRIV-APL-EG_00196059 | PRIV-APL-EG_00196060 | Hawthorne, Amy; DuBois, Dana; Van Tassell, Dave | 2023-11-09 | 04:15:37 | Amy Hawthorne ▓ | Tang ▓ Sid Pratihari ▓; Dave Van Tassell ▓ Dana DuBois ▓ Ling Lew ▓; Sharat Gaur ▓ | Liz Pulchny ▓ | | Fwd: App Store Program Mtg Request - Matt & Jeff | 20231108-2015 Fwd: App Store Program Mtg Request - Matt & Jeff.eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel) |
| 49 | PRIV-APL-EG_00196945 | 4663 | PRIV-APL-EG_00196945 | PRIV-APL-EG_00196946 | Gray, Eric; Hawthorne, Amy; DuBois, Dana; Van Tassell, Dave | 2024-04-22 | 21:26:58 | Eric Albert ▓ | Jeff Blattner ▓; Ling Lew ▓ | Wendker ▓; Lacey Elmore ▓ Dave Van Tassell ▓; Dana DuBois ▓ Eric (App Store) Chen ▓ Eric Gray ▓ | | Re: Installing 3P marketplaces on Apple owned devices | 20240422-1427 Re: Installing 3P marketplaces on Apple owned devices.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | no lawyer present but client is discussing seeking legal advice from lawyer themselves |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | PRIV-APL-EG_00196956 | 4668 | PRIV-APL-EG_00196956 | PRIV-APL-EG_00196958 | Hawthorne, Amy; Friedland, Zach; Van Tassell, Dave | 2023-06-29 | 16:04:33 | Yue Fang | Mahesh Molakalapalli | Kim ; Aditya Sood ; Amy Hawthorne ; Katharina Kashishian ; Zach Friedland ; Ling Lew | | Re: DMA Data Separation - How and When to Tackle Requirements for Internal Tools | 20230629-0904 Re: DMA Data Separation - How and When to Tackle Requirement.eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Ling Lew (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel) |
| 51 | PRIV-APL-EG_00197234 | 4679 | PRIV-APL-EG_00197234 | PRIV-APL-EG_00197238 | Hawthorne, Amy | 2022-02-15 | 20:43:06 | Amy Hawthorne | Mallory ODorisio | Bashyam ; Monika Gromek ; Jeff Robbin ; Matt Fischer ; Jessica Cheung ; Whiteman ; Chanelle Kim ; Graham McLuhan ; Jeff Guebert ; Jeremy Butcher ; | | App Store Core Weekly - Data Separation Tentpole - Meeting Notes | 2680932.emlx | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Sean Cameron (Apple in-house counsel) |
| 52 | PRIV-APL-EG_00197287 | 4688 | PRIV-APL-EG_00197287 | PRIV-APL-EG_00197290 | Joswiak, Greg | 2021-11-01 | 23:12:25 | Tom McNeil | Greg Joswiak ; Borchers Bob ; | Kaiann Drance ; Kurt Knight ; David Thompson ; Vivek Bhardwaj | | Re: Google Pixel 6 launch security claims | 20211101-1612 Re: Google Pixel 6 launch security claims.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding dispute with Google | | Document includes content that Apple legal weighed in on |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | PRIV-APL-EG_00197299 | 4691 | PRIV-APL-EG_00197299 | PRIV-APL-EG_00197301 | Joswiak, Greg | 2022-07-18 | 20:00:20 | Bob Borchers | Joz Joswiak | | | Fwd: Ericsson CO - Colombia Update for WW Mktg [privileged] | 20220718-1300 Fwd: Ericsson CO - Colombia Update for WW Mktg [privileged].eml | Withhold | AttorneyClient | Email chain reflecting legal advice with counsel regarding status of pending patent litigation. | | Andrew Stein (Apple in-house counsel) |
| 54 | PRIV-APL-EG_00197316 | 4696 | PRIV-APL-EG_00197316 | PRIV-APL-EG_00197319 | Schiller, Phil; Joswiak, Greg | 2022-07-21 | 18:41:59 | Greg Joswiak | Sean Cameron | Phil Schiller ▓; Robert Windom ▓; Kristin Huguet Quayle ▓; Trevor Kincaid ▓; Fred Sainz ▓; Shane Bauer ▓; Kyle Andeer ▓ | | Re: WSJ Story rundown and proposed plan | 20220721-1141 Re: WSJ Story rundown and proposed plan.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding regulatory issues press and communications legal strategy. | | Sean Cameron (Apple in-house counsel) Kyle Andeer (Apple in-house counsel) Robert Windom (Apple in-house counsel) |
| 55 | PRIV-APL-EG_00197353 | 4706 | PRIV-APL-EG_00197353 | PRIV-APL-EG_00197358 | Federighi, Craig; Schiller, Phil; Joswiak, Greg | 2024-02-01 | 20:37:24 | Phil Schiller | Kate Adams | Fred Sainz ▓; Craig Federighi ▓; Greg Joswiak ▓; Lisa Jackson ▓; Kristin Huguet Quayle ▓; Gary Davis ▓; Ivan Krstic ▓; Erik Neuenschwander | | Re: HOT: White Paper on DMA Privacy/Security Protections | 20240201-1237 Re: HOT: White Paper on DMA Privacy-Security Protections.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Kate Adams (Apple in-house counsel); Gary Davis (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | PRIV-APL-EG_00198114 | 4779 | PRIV-APL-EG_00198114 | PRIV-APL-EG_00198120 | Schiller, Phil; Joswiak, Greg | 2022-07-21 | 21:06:39 | Phil Schiller | Fred Sainz; Sean Cameron | Greg Joswiak; Robert Windom; Kristin Huguet Quayle; Trevor Kincaid; Shane Bauer; Kyle Andeer | | Re: WSJ Story rundown and proposed plan | 20220721-1406 Re: WSJ Story rundown and proposed plan.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding regulatory issues press and communications legal strategy. | | Sean Cameron (Apple in-house counsel) Kyle Andeer (Apple in-house counsel) Robert Windom (Apple in-house counsel) |
| 57 | PRIV-APL-EG_00198132 | 4783 | PRIV-APL-EG_00198132 | PRIV-APL-EG_00198141 | Federighi, Craig; Schiller, Phil; Joswiak, Greg | 2023-11-06 | 10:39:59 | Fred Sainz | | Greg Joswiak; Philip Schiller; Sean Cameron; Craig Federighi | | Fwd: Products & Regulatory | 20231106-0240 Fwd: Products & Regulatory.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting work product prepared by counsel regarding various foreign regulatory issues, including the reader rule, prepared in anticipation or furtherance of litigation | | Kate Adams (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Robert Windom (Apple in-house counsel); BJ Watrous (Apple in-house counsel) |
| 58 | PRIV-APL-EG_00198439 | 4812 | PRIV-APL-EG_00198439 | PRIV-APL-EG_00198451 | Kim, Timothy; Vij, Kunnal | 2024-04-29 | 20:18:02 | | | | | | Link Out Analysis US and Back-up.key | withhold | AttorneyClient | Presentation providing information for the purpose of rendering legal advice regarding injunction compliance analysis of commission rate | | Document reflecting information to obtain legal advice from Apple legal |
| 59 | PRIV-APL-EG_00198452 | 4813 | PRIV-APL-EG_00198452 | PRIV-APL-EG_00198463 | Kim, Timothy; Vij, Kunnal | 2024-05-01 | 15:00:36 | | | | | | Link - Out Analysis DMA.key | withhold | AttorneyClient | Presentation providing information for the purpose of rendering legal advice regarding foreign regulatory issues in the European Union including DMA | | Document reflecting information to obtain legal advice from Apple legal |

| Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | PRIV-APL-EG_00198857 | 4869 | PRIV-APL-EG_00198857 | PRIV-APL-EG_00198863 | Gray, Eric; Barton, Nate; Mukherjee, Srabasti; Salian, Deepali; Kirtane, Latika; Kim, Timothy | 2023-08-03 | 18:31:56 | Deepali Salian | Jose Carlos Limeira ▮; Tina McAlister (C) | ▮ Salian ▮; Ling Lew ▮; Jocelyn Krabbenschmidt ▮; Ju Ju Guo ▮; Peter Tran ▮; Sheila Bayley ▮; Srabasti Mukherje | | Re: Wisconsin, ▮: Commission vs. Service Fee (Global) | 20230803-1132 Re: Wisconsin, ▮: Commission vs. Service Fee (Global).eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding taxes and fees | | Ling Lew (Apple in-house counsel) |
| 61 | PRIV-APL-EG_00199112 | 4918 | PRIV-APL-EG_00199112 | PRIV-APL-EG_00199118 | Gray, Eric; Barton, Nate; Mukherjee, Srabasti; Salian, Deepali; Kirtane, Latika; Kim, Timothy | 2023-08-07 | 18:51:01 | Nate Barton | Tina McAlister (C) | ▮ Salian ▮; Jose Carlos Limeira ▮; Ling Lew ▮; Jocelyn Krabbenschmidt ▮; Ju Ju Guo ▮; Peter Tran ▮; | | Re: Wisconsin, ▮: Commission vs. Service Fee (Global) | 20230807-1151 Re: Wisconsin, ▮: Commission vs. Service Fee (Global).eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding taxes and fees | | Ling Lew (Apple in-house counsel) |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | PRIV-APL-EG_00199200 | 4927 | PRIV-APL-EG_00199200 | PRIV-APL-EG_00199216 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Thai, Ann; Kirtane, Latika; Kim, Timothy | 2024-03-07 | 23:34:45 | Tanya Washburn | Fischer ▬; Sean Cameron ▬; Ling Lew ▬; Ann Thai ▬; Latika Kirtane ▬; Carson Oliver ▬ | | | Re: DRAFT: Urgent Request for Feedback: DMA Changes Summary and Clarifications | 20240307-1534 Re: DRAFT: Urgent Request for Feedback: DMA Changes Summary.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Ling Lew (Apple in-house counsel) and Sean Cameron (Apple in-house counsel) |
| 63 | PRIV-APL-EG_00199260 | 4939 | PRIV-APL-EG_00199260 | PRIV-APL-EG_00199261 | Oliver, Carson; Gray, Eric; Barton, Nate; Mukherjee, Srabasti; Moore, Ken; Kirtane, Latika; Vij, Kunnal; Kim, Timothy | 2023-09-15 | 22:53:51 | Nate Barton | Srabasti Mukherjee ▬; Eric Gray ▬; Tom ▬ | Vij ▬; Latika Kirtane ▬; Boris Wang ▬; Timothy Kim ▬; Ken Moore ▬ | | Re: Subscriptions for Alt Commerce - notes | 20230915-1554 Re: Subscriptions for Alt Commerce - notes.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance launch date and timing | | Ling Lew (Apple in-house counsel) |
| 64 | PRIV-APL-EG_00221266 | 7166 | PRIV-APL-EG_00221278 | PRIV-APL-EG_00221287 | Liu, Terry | | | | | | | | 2022-05-27 App Store HI▬.key | Withhold | WorkProduct | Document reflecting work product from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| 65 | PRIV-APL-EG_00223056 | 7427 | PRIV-APL-EG_00223056 | PRIV-APL-EG_00223099 | Moore, Ken; De Wilde, Geoff; Kim, Timothy; Thai, Ann; Friedland, Zach; Pulchny, Liz; Vij, Kunnal; Barton, Nate; Roman, Alex; Gray, Eric; Washburn, Tanya | 2024-01-19 | 17:20:19 | | | | | | (01.19 Final)▬ Price Committee - Privileged and Confidential.key | withhold | AttorneyClient | Presentation reflecting legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | Document reflecting legal advice from Apple legal | |
| 66 | PRIV-APL-EG_00224018 | 7575 | PRIV-APL-EG_00224019 | PRIV-APL-EG_00224060 | Mukherjee, Srabasti | 2023-02-07 | 19:32:57 | | | | | | ▬ commerce and pricing Flows.pdf | Withhold | AttorneyClient | Presentation providing work product from counsel regarding foreign regulatory issues in the European Union, including DMA | Document indicates counsel weighed in on issues presented | |

| # | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | PRIV-APL-EG_00226492 | 7796 | PRIV-APL-EG_00226492 | PRIV-APL-EG_00226512 | Carson; De Wilde, Geoff; Thieme, Meredith; Wong, Angela (App Store); Liu, Terry; Robbin, Jeff; Kim, Timothy; DuBois, Dana; Mukherjee, Srabasti; Van Tassell, Dave; Kosmynka, Trystan; Thai, Ann; Friedland, Zach; Hawthorne, Amy; Kirtane, Latika; Pulchny, Liz; Vij, Kunnal; Barton, Nate; Fischer, Matt; Roman, Alex; Gray, Eric; | 2023-05-16 | 14:53:53 | | | | | | 2023.05 Wisconsin Scenarios and Financial Impacts.key | withhold | AttorneyClient; WorkProduct | Presentation providing legal advice from counsel regarding response to Court's injunction prepared by in-house and outside counsel in anticipation or furtherance of litigation. | | Document reflecting legal advice from Apple legal |
| 68 | PRIV-APL-EG_00233698 | 8470 | PRIV-APL-EG_00233698 | PRIV-APL-EG_00233706 | Przytulski, Katie; Virdi, Gurpratap | 2022-12-07 | 00:17:19 | | | | | | 2022.12 Business and Engineering Kickoff.pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice prepared at the direction of counsel regarding injunction compliance requirements for user design and interface | | Document indicates information for the purpose of obtaining legal advice. |
| 69 | PRIV-APL-EG_00234884 | 8648 | PRIV-APL-EG_00234890 | PRIV-APL-EG_00234922 | Hawthorne, Amy; Pulchny, Liz | 2023-10-04 | 03:30:15 | | | | | | DMA eng features opens timelines Sept 2023.pdf | Withhold | WorkProduct | Presentation providing information for the purpose of rendering legal advice prepared at the direction of counsel regarding injunction compliance launch date and timing | | Ling Lew (Apple in-house counsel) |
| 70 | PRIV-APL-EG_00243869 | 9458 | PRIV-APL-EG_00243869 | PRIV-APL-EG_00243879 | Federighi, Craig; Schiller, Phil; Joswiak, Greg | 2022-04-30 | 13:32:13 | Fred Sainz | Kyle Andeer; Eddy Cue; Kate Adams; Jennifer Bailey; Gregory Joswiak; Lisa P Jackson; Phil | Kristin Huguet; Sean Dillon; Robert Windom; Marshal Allshouse; Nick Ammann | | Re: HOT: For approval: Apple Response to Apple Pay SO | 20220430-0632 Re: HOT: For approval: Apple Response to Apple Pay SO.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy, prepared in anticipation or furtherance of litigation | Email chain reflecting legal advice and strategy concerning draft press communications addressing EU regulatory issues | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel) |

| # | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | PRIV-APL-EG_00244226 | 9510 | PRIV-APL-EG_00244226 | PRIV-APL-EG_00244239 | Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter | 2022-05-24 | 17:12:46 | Fred Sainz | Schiller; Sean Cameron; Sean Dillon; Kyle Andeer; Trystan Kosmynka; Robert Windom | Huguet; Shane Bauer; Trevor Kincaid; Hannah Smith; Adam Dema; Peter Ajemian | | HOT: Draft Statement and Background for Meta Response | 20220524-1012 HOT: Draft Statement and Background for Meta Response.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice to counsel regarding injunction compliance press and communications legal strategy, prepared in anticipation or furtherance of litigation | Email correspondence from attorney agent (Fred Sainz) to counsel (Sean Cameron) among others re draft communications strategy re domestic litigation and international regulations (French Commission) | Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Robert Windom (Apple in-house counsel) |
| 72 | PRIV-APL-EG_00245812 | 9769 | PRIV-APL-EG_00245812 | PRIV-APL-EG_00245813 | Schiller, Phil; Goldberg, Marni | 2021-09-17 | 00:33:59 | Fred Sainz | Phil Schiller; Heather Grenier; Marni Goldberg; Kristin Huguet; Dylan Loewe | | | HOT: Epic question for All Hands | 20210916-1734 HOT: Epic question for All Hands.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | | Heather Grenier (Apple in-house counsel) |
| 73 | PRIV-APL-EG_00246305 | 9846 | PRIV-APL-EG_00246305 | PRIV-APL-EG_00246307 | Schiller, Phil; Goldberg, Marni | 2021-09-17 | 00:46:14 | Fred Sainz | Phil Schiller; Dylan Loewe | Heather Grenier; Marni Goldberg; Kristin Huguet | | Re: HOT: Epic question for All Hands | 20210916-1746 Re: HOT: Epic question for All Hands.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | | Heather Grenier (Apple in-house counsel) |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | PRIV-APL-EG_00246481 | 9879 | PRIV-APL-EG_00246481 | PRIV-APL-EG_00246481 | Schiller, Phil; Fischer, Matt | 2021-10-11 | 16:56:12 | Fred Sainz | Phil Schiller; Tim Cook; Kate Adams | Doug Vetter; Matt Fischer; Stella Low; Robert Windom; Sean Cameron; Sean Dillon; Kristin Huguet | | For approval: Draft Korea Statement | 20211011-0956 For approval: Draft Korea Statement.eml | Withhold | AttorneyClient | Email attaching work product from counsel regarding foreign regulatory issues press and communications legal strategy | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel) |
| 75 | PRIV-APL-EG_00246639 | 9904 | PRIV-APL-EG_00246639 | PRIV-APL-EG_00246642 | Cue, Eddy; Cook, Tim; Fischer, Matt; Schiller, Phil; Kosmynka, Trystan; Goldberg, Marni; Joswiak, Greg | 2021-09-10 | 02:21:14 | Fred Sainz | Phil Schiller | Luca Maestri; Gregory Joswiak; Kyle Andeer; Stella Low; Kate Adams; Kristin Huguet; Tim Cook; Heather Grenier; Doug Vetter | | Re: HOT: Proposed response to Epic tweet | 20210909-1921 Re: HOT: Proposed response to Epic tweet.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Kate Adams (Apple in-house counsel); Heather Grenier (Apple in-house counsel) |
| 76 | PRIV-APL-EG_00247577 | 10010 | PRIV-APL-EG_00247577 | PRIV-APL-EG_00247577 | Tam, Mike | 2024-01-14 | 17:52:48 | | | | | | DMA-forms.pdf | Withhold | AttorneyClient; WorkProduct | Draft document related to legal advice prepared at the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | No attorney listed but part of family of documents reviewed by Ling Lew (Apple in-house counsel) |
| 77 | PRIV-APL-EG_00247578 | 10011 | PRIV-APL-EG_00247578 | PRIV-APL-EG_00247578 | Tam, Mike | 2024-01-17 | 22:40:42 | | | | | | DMA form.pdf | Withhold | AttorneyClient; WorkProduct | Draft document related to legal advice prepared at the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | No attorney listed but part of family of documents reviewed by Ling Lew (Apple in-house counsel) |
| 78 | PRIV-APL-EG_00247772 | 10053 | PRIV-APL-EG_00247772 | PRIV-APL-EG_00247772 | Tam, Mike | 2022-03-23 | 18:14:50 | | | | | | Private channel core - 2022-03-23 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Document discussing outstanding requests to Apple in-house counsel for legal advice |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | PRIV-APL-EG_00251184 | 10486 | PRIV-APL-EG_00251184 | PRIV-APL-EG_00251185 | Tam, Mike | 2023-01-21 | 03:31:17 | Mike Tam | Blaise Margherito ▓; Aleksandar Ivanovski ▓ | Jordan Hickey ▓; Negar Nasoohi ▓; Ling (Legal) Lew ▓; Evayn Lundquist ▓ | | Re: StoreKit External Purchase entitlements - Request Form Update | 20230120-1931 Re: StoreKit External Purchase entitlements - Request Form U.eml | withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding Injunction compliance and U.S. Link Entitlement program eligibility | client seeking legal advice for StoreKit External Purchase request form | Ling Lew (Apple in-house counsel) |
| 80 | PRIV-APL-EG_00256418 | 10869 | PRIV-APL-EG_00256418 | PRIV-APL-EG_00256426 | Schiller, Phil; Fischer, Matt; Ajemian, Peter; Goldberg, Marni; Tam, Mike; Thai, Ann | 2021-12-04 | 23:09:04 | Fred Sainz | Phil Schiller ▓; Matt Fischer ▓; Susan Prescott ▓; Doug Vetter ▓; Heather Grenier ▓; Sean Cameron ▓ | Stella Low ▓; Kristin Huguet ▓; Isaac Rubin ▓; Ann Thai ▓; Stoney Gamble ▓; Nitin Mishra ▓; Blaise Margherito ▓ margherit | | Comms Products for December 9th | 20211204-1509 Comms Products for December 9th.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting work product from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation or furtherance of litigation | In-house counsel advises on draft language. | Sean Cameron (Apple in-house counsel); Andrew Farthing (Apple in-house counsel); Heather Grenier (Apple in-house counsel) |
| 81 | PRIV-APL-EG_00256799 | 10906 | PRIV-APL-EG_00256799 | PRIV-APL-EG_00256807 | Cue, Eddy; Cook, Tim; Schiller, Phil; Fischer, Matt; Kosmynka, Trystan; Ajemian, Peter; Goldberg, Marni; Tam, Mike; Thai, Ann; Joswiak, Greg | 2021-12-06 | 20:39:35 | Fred Sainz | Tim Cook ▓; Phil Schiller ▓; Sean Cameron ▓; Eddy Cue ▓; Kate Adams ▓; Gregory Joswiak ▓ | Matt Fischer ▓; Susan Prescott ▓; Doug Vetter ▓; Heather Grenier ▓; Stella Low ▓; Kristin Huguet ▓; Isaac Rubin ▓ | | Comms Products for December 9th | 20211206-1239 Comms Products for December 9th.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting work product from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation or furtherance of litigation | In-house counsel advises on draft language. | Kate Adams (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Andrew Farthing (Apple in-house counsel); Heather Grenier (Apple in-house counsel) |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | PRIV-APL-EG_00259980 | 11220 | PRIV-APL-EG_00259980 | PRIV-APL-EG_00259980 | Kirtane, Latika; Thai, Ann | 2024-04-23 | 01:28:08 | Negar Nasoohi | Eric Albert ▮; Latika Kirtane ▮; Ann Thai ▮; Ling Lew ▮ | | | invoice emails 4/29 | 20240422-1828 ▮ nvoice emails 4-29.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Ling Lew (Apple in-house counsel) |
| 83 | PRIV-APL-EG_00260030 | 11225 | PRIV-APL-EG_00260030 | PRIV-APL-EG_00260032 | Kirtane, Latika; Thai, Ann | 2023-12-15 | 00:10:41 | Devon Herrington | Ann Thai ▮; Ling Lew ▮; Steve McGuigan ▮; Latika Kirtane Raman ▮ | | | Re: Brain Dump | 20231214-1610 Re: ▮ Brain Dump.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | | Ling Lew (Apple in-house counsel); Curtis Box (Apple in-house counsel) |
| 84 | PRIV-APL-EG_00260293 | 11270 | PRIV-APL-EG_00260293 | PRIV-APL-EG_00260293 | Thai, Ann | 2024-01-16 | 21:36:46 | Kurt Knight | Ann Thai ▮; Sandy Parakilas ▮; Louise Hunter ▮; Ronak Shah ▮; Ling Lew ▮ | | | [DMA Briefing Deck] | 20240116-1336 DMA Briefing Deck.eml | Withhold | AttorneyClient | Email providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel) |
| 85 | PRIV-APL-EG_00260507 | 11319 | PRIV-APL-EG_00260507 | PRIV-APL-EG_00260508 | Kirtane, Latika; Thai, Ann | 2024-04-24 | 00:08:11 | Negar Nasoohi | Eric Albert ▮ | Ling Lew ▮; Latika Kirtane Raman ▮; Ann Thai ▮ | | Re: invoice emails 4/29 | 20240423-1708 Re: ▮ nvoice emails 4-29.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Ling Lew (Apple in-house counsel) |
| 86 | PRIV-APL-EG_00261419 | 11365 | PRIV-APL-EG_00261419 | PRIV-APL-EG_00261524 | Van Tassell, Dave | 2023-03-08 | 19:34:35 | | | | | | ▮ & ▮ _ Project Notes.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | Document indicates it was prepared at the direction of counsel | |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | PRIV-APL-EG_00261971 | 11385 | PRIV-APL-EG_00261971 | PRIV-APL-EG_00261975 | Van Tassell, Dave | 2023-02-08 | 00:17:13 | | | | | | Direct message Dave Van Tassell, Jeff Blattner and 3 others - 2023-02-08 (UTC).pdf | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Client discussing IAP issues with lawyer under DMA | Ling Lew (Apple in-house counsel); |
| 88 | PRIV-APL-EG_00261997 | 11392 | PRIV-APL-EG_00261997 | PRIV-APL-EG_00262016 | Van Tassell, Dave | 2023-02-17 | 02:17:28 | | | | | | ▓▓▓ _ Trust & Safety Evaluation extract.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates it was prepared at the direction of counsel |
| 89 | PRIV-APL-EG_00264218 | 11489 | PRIV-APL-EG_00264218 | PRIV-APL-EG_00264246 | Vij, Kunnal; Barton, Nate | 2024-05-14 | 22:15:42 | | | | | | Wisconsin Price Committee.pdf | withhold | AttorneyClient | Presentation providing work product prepared at the direction of counsel regarding injunction compliance requirements for user design and interface | | Document reflecting legal advice from Apple legal |
| 90 | PRIV-APL-EG_00264253 | 11493 | PRIV-APL-EG_00264253 | PRIV-APL-EG_00264253 | Vij, Kunnal | 2023-12-04 | 20:28:58 | | | | | | Direct message Jeff Wilder, Kunnal Vij and 2 others - 2023-12-04 (UTC).pdf | Withhold | AttorneyClient | Document related to information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel) |
| 91 | PRIV-APL-EG_00264254 | 11494 | PRIV-APL-EG_00264254 | PRIV-APL-EG_00264254 | Vij, Kunnal | 2024-02-14 | 01:56:02 | | | | | | Direct message Jeff Wilder, Kunnal Vij and 2 others - 2024-02-14 (UTC).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Ling Lew (Apple in-house counsel) |
| 92 | PRIV-APL-EG_00265925 | 11555 | PRIV-APL-EG_00265925 | PRIV-APL-EG_00265927 | Oliver, Carson; Kosmynka, Trystan; Barton, Nate; Vij, Kunnal; Bavaro, Sam | 2022-04-01 | 18:39:59 | Ayman Khalil ▓▓▓ | Nate Barton ▓▓▓ | Sam Bavaro ▓▓▓ Sean Cameron ▓▓▓; Trystan Kosmynka ▓▓▓; Carson Oliver ▓▓▓; Timo Kim ▓▓▓ Kunnal Vij ▓▓▓ | | Re: Reader Apps | 20220402-0240 Re: Reader Apps.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice to counsel regarding injunction compliance and US Link Entitlement program eligibility | | Sean Cameron (Apple in-house counsel); Jinny Park (Apple in-house counsel) |
| 93 | PRIV-APL-EG_00270814 | 11858 | PRIV-APL-EG_00270814 | PRIV-APL-EG_00270833 | Washburn, Tanya | 2023-02-17 | 02:17:28 | | | | | | ▓▓▓ _ Trust & Safety Evaluation extract.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates it was prepared at the direction of counsel |
| 94 | PRIV-APL-EG_00270834 | 11859 | PRIV-APL-EG_00270834 | PRIV-APL-EG_00270839 | Washburn, Tanya | 2022-12-15 | 21:57:00 | | | | | | ▓▓▓ _ Trust and Safety Evaluation.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared at the direction of employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Adil Karrar (Apple in-house counsel); Chantal Hwang (Apple in-house counsel); Dave Lacy Kusters (Apple in-house counsel); Gary Davis (Apple in-house counsel); Jason Cody (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel) |
| 95 | PRIV-APL-EG_00271098 | 11874 | PRIV-APL-EG_00271098 | PRIV-APL-EG_00271254 | Washburn, Tanya | 2022-12-28 | 22:37:00 | | | | | | ▓▓▓ Commerce & Pricing BRD - Locked for Edit.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared at the direction of employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates it was prepared at the direction of counsel |

| | Bates Number of Parent Document (Folder Title) | Entry Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | PRIV-APL-EG_00271516 | 11880 | PRIV-APL-EG_00271516 | PRIV-APL-EG_00271516 | Washburn, Tanya | 2023-05-16 | 04:10:57 | | | | | | Direct message Geoff De Wilde, Ling Lew and 2 others - 2023-05-16 (UTC).pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface | | Ling Lew (Apple in-house counsel); |
| 97 | PRIV-APL-EG_00271534 | 11885 | PRIV-APL-EG_00271534 | PRIV-APL-EG_00271534 | Washburn, Tanya | 2022-11-10 | 17:43:02 | | | | | | Direct message Ann Thai, Carson Oliver and 4 others - 2022-11-10 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice to employees acting under the direction of counsel regarding injunction compliance analysis of commission rate | | Ling Lew (Apple in-house counsel); |
| 98 | PRIV-APL-EG_00273530 | 12293 | PRIV-APL-EG_00273530 | PRIV-APL-EG_00273531 | Washburn, Tanya; Oliver, Carson; Wilder, Jeff; Thai, Ann; Vij, Kunnal; Kim, Timothy | 2023-09-19 | 22:39:32 | Jeff Wilder | Carson Oliver Geoff De Wilde Nick Kistner ; Tanya Washburn ; Timothy Kim | Ling Lew | | idea proposed on call | 20230919-1539 idea proposed on call.eml | Withhold | AttorneyClient | Email providing legal advice from counsel regarding foreign regulatory issues in the European Union including DMA. | Email regarding pricing strategy and EU regulation compliance. | Ling Lew (Apple in-house counsel) |
| 99 | PRIV-APL-EG_00273770 | 12342 | PRIV-APL-EG_00274784 | PRIV-APL-EG_00274819 | Wilder, Jeff | 2023-04-04 | 18:14:42 | | | | | | Federighi Affidavit_Epic AUS_Executed copy.pdf | Withhold | WorkProduct | Document reflecting work product prepared at the direction of counsel regarding developer outreach related to U.S. Link Entitlement prepared in anticipation or furtherance of litigation | | No attorney listed but clear connection to attorneys' litigation strategy (preparation of affidavit) |
| 100 | PRIV-APL-EG_00273770 | 12340 | PRIV-APL-EG_00274552 | PRIV-APL-EG_00274620 | Wilder, Jeff | 2023-04-04 | 07:15:59 | | | | | | Schiller Affidavit_Epic AUS_Executed.pdf | Withhold | WorkProduct | Document reflecting work product prepared at the direction of counsel regarding developer outreach related to U.S. Link Entitlement prepared in anticipation or furtherance of litigation | | No attorney listed but clear connection to attorneys' litigation strategy (preparation of affidavit) |