# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

# Privilege Log Entries

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00139200 | 1578 | PRIV-APL-EG_00139200 | PRIV-APL-EG_00139206 | Oliver, Carson | 2023-06-20 | 18:24:48 | Som Burman | Matt Gessesse (Apple in-house counsel); Carson Oliver; Ryan Slagle; Ted Hart | Jonathan Owen; D. Tina Wang; Marielena Macias-Gutierrez; Enke Xi; Ayman Khalil; Vineetha | | Re: EC Spotify: Music streaming app data request | 20230620-1125 Re: EC Spotify: Music streaming app data request.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of rendering legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | Matt Gessesse (Apple in-house counsel) asking for certain data re music streaming apps | Matt Gessesse (Apple in-house counsel); D. Tina Wang (Apple in-house counsel); | yes |
| PRIV-APL-EG_00139210 | 1580 | PRIV-APL-EG_00139217 | PRIV-APL-EG_00139223 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:24 | | | | | | AT.40437 - Apple - RSO Reply - Annex 3 - CRA - Review of the RSO's LTV analysis - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Document includes content that Apple legal weighed in on | yes |
| PRIV-APL-EG_00139210 | 1581 | PRIV-APL-EG_00139242 | PRIV-APL-EG_00139255 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:25 | | | | | | AT.40437 - Apple - RSO Reply - Annex 6 - - Aftermarket framework and AS Provisions - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Document includes content that Apple legal weighed in on | yes |
| PRIV-APL-EG_00139210 | 1582 | PRIV-APL-EG_00139256 | PRIV-APL-EG_00139287 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:25 | | | | | | AT.40437 - Apple - RSO Reply - Annex 7.2 - CRA - Survey Evidence on Consumer Loyalty for Mobile Devices - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice prepared at the direction of employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Jinny Park (Apple in-house counsel); | yes |
| PRIV-APL-EG_00139210 | 1583 | PRIV-APL-EG_00139288 | PRIV-APL-EG_00139293 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:24 | | | | | | AT.40437 - Apple - RSO Reply - Annex 10 - CRA - Remarks on Deezer's loss of market share - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice prepared at the direction of employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Document includes content that Apple legal weighed in on | yes |
| PRIV-APL-EG_00139210 | 1584 | PRIV-APL-EG_00139294 | PRIV-APL-EG_00139319 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:25 | | | | | | AT.40437 - Apple - RSO Reply - Annex 7 - CRA - Empirical evidence on device competition - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice prepared at the direction of employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Jinny Park (Apple in-house counsel); | yes |
| PRIV-APL-EG_00139210 | 1586 | PRIV-APL-EG_00139330 | PRIV-APL-EG_00139349 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:24 | | | | | | AT.40437 - Apple - RSO Reply - Annex 2 - CRA - Empirical evidence on the effects of the AS Provisions - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Jinny Park (Apple in-house counsel); | yes |

# Privilege Log Entries

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00139210 | 1587 | PRIV-APL-EG_00139365 | PRIV-APL-EG_00139407 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:25 | | | | | | AT.40437 - Apple - RSO Reply - Annex 7.1 - CRA - Results of the YouGov Survey - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice prepared at the direction of employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Jinny Park (Apple in-house counsel); | yes |
| PRIV-APL-EG_00139210 | 1588 | PRIV-APL-EG_00139408 | PRIV-APL-EG_00139413 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:24 | | | | | | AT.40437 - Apple - RSO Reply - Annex 4 - Consumer reports with MSS ratings and comparison websites - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Document includes content that Apple legal weighed in on | yes |
| PRIV-APL-EG_00139210 | 1589 | PRIV-APL-EG_00139414 | PRIV-APL-EG_00139418 | Oliver, Carson; Wilder, Jeff | 2023-06-16 | 14:55:24 | | | | | | AT.40437 - Apple - RSO Reply - Annex 1 - CRA - Review of the RSO's MSS market share estimates - CONFIDENTIAL.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Document includes content that Apple legal weighed in on | yes |
| PRIV-APL-EG_00139210 | 1593 | PRIV-APL-EG_00139535 | PRIV-APL-EG_00139631 | Oliver, Carson; Wilder, Jeff | 2021-09-17 | 17:29:45 | | | | | | AT.40437ID002171 CRA Annex 1 2021.pdf | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of rendering legal advice prepared at the direction of employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation | | Charles Soon (Apple in-house counsel); Jinny Park (Apple in-house counsel); D. Tina Wang (Apple in-house counsel); | yes |
| PRIV-APL-EG_00142689 | 1803 | PRIV-APL-EG_00142689 | PRIV-APL-EG_00142692 | Oliver, Carson; Gray, Eric; Washburn, Tanya; Kosmynka, Trystan; Barton, Nate; Guebert, Jeff; Hawthorne, Amy; Gromek, Monika; DuBois, Dana; Savio, Atusa; Gharabally, Sam; Przytulski, Katie; Pulchny, Liz; Thai, Ann; Kim, Timothy; Bavaro, Sam | 2023-04-29 | 00:03:49 | Liz Pulchny | Sean Cameron | Carson Oliver ; Trystan Kosmynka ; Katie Przytulsk ; Amy Hawthorne ; Sam Gharabally ; Ann Thai ; Atusa Savio ; Nate Barton ; Monika Gromek ; Sam Muther ; Bavaro ; Jason Cody m; Ling Yang Lew ; Jen Brown ; Timo Kim ; Jeff Guebert ; Eric Gray ; Tanya Washburn ; Dana DuBois | | Re: Epic injunction -- compliance plan | 20230428-1704 Re: Epic injunction -- compliance plan.eml | Withhold | AttorneyClient | Email with redacted text providing legal advice from counsel regarding injunction compliance launch date and timing | Legal advice from counsel on injunction compliance requirements and implementation. | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | yes |
| PRIV-APL-EG_00145056 | 2001 | PRIV-APL-EG_00145056 | PRIV-APL-EG_00145060 | Tam, Mike | 2024-02-01 | 01:23:33 | Jeremy Butcher | Mike Tam ; Sean Cameron | Lauren Grimm ; Eric Albert | | Re: Notarization -- next steps | 20240131-1723 Re: Notarization -- next steps.eml | Withhold | AttorneyClient | Email reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Discussion with counsel re guideline changes for notarization | Sean Cameron (Apple in-house counsel) | yes |