# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

**PRIVILEGE LOG ENTRIES**

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV APL EG_00044612 | 1811 | PRIV APL EG_00044612 | PRIV APL EG_00044629 | Oliver, Carson; Gharabally, Sam; Elman, Josh; Pulchny, Liz; Thai, Ann | 2022 01 18 | 19 20 09 | Liz Pulchny | Sam Gharabally; Ann Thai; Ling Lew; Darren Lew; Mahesh Molakalapali; Ayman Khalil; Nicole Ewart; Josh Elman; Alex Richmond; Lauren Henske; Candace Martin; Carson Oliver; Jason Cody; Vivek Krishnan; Katie Skinner; Daniel Erlewine; Sean Cameron | | | Re analytics question | 20220118 1120 Re analytics question eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Sean Cameron (Apple in house counsel); Jason Cody (Apple in house counsel); Nicole Ewart (Apple in house counsel); Ling Lew (Apple in house counsel) | YES |
| PRIV APL EG_00045236 | 1844 | PRIV APL EG_00045236 | PRIV APL EG_00045274 | Salian, Deepali | 2022 07 14 | 08 07 16 | Deepali Salian | Thuy Tran | Deepali Salian | | Re_Project | 20220714 0107 Re_Project eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Chi Chang (Apple in house counsel); Jason Cody (Apple in house counsel) | YES |
| PRIV APL EG_00045963 | 1929 | PRIV APL EG_00045963 | PRIV APL EG_00045969 | Schiller, Phil; Kosmynka, Trystan | 2023 04 24 | 19 58 32 | Phil Schiler | Trystan Kosmynka; Sean Cameron | Fred Sainz; Susan Prescott | Philip Schiller | Re Substack Reader appeal | 20230424 1258 Re Substack Reader appeal eml | Withhold | AttorneyClient; WorkProduct | Email seeking legal advice from counsel regarding developer outreach related to US ink entitlement prepared in anticipation or furtherance of litigation | Email seeking legal advice regarding rejection of app in appreview | Sean Cameron (Apple in house counsel) | YES |
| | 1930 | PRIV APL EG_00045970 | PRIV APL EG_00045970 | Schiller, Phil; Kosmynka, Trystan | | | | | | | | IMG_0257 PNG | Withhold | AttorneyClient; WorkProduct | Email reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to US ink entitlement prepared in anticipation or furtherance of litigation | Attachment to email seeking legal advice regarding rejection of app in app review; attachment assists with request for legal advice | Sean Cameron (Apple in house counsel) | YES |
| | 1931 | PRIV APL EG_00045971 | PRIV APL EG_00045971 | Schiller, Phil; Kosmynka, Trystan | | | | | | | | IMG_0256 PNG | Withhold | AttorneyClient; WorkProduct | Email reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to US ink entitlement prepared in anticipation or furtherance of litigation | Attachment to email seeking legal advice regarding rejection of app in app review; attachment assists with request for legal advice | Sean Cameron (Apple in house counsel) | YES |
| PRIV APL EG_00044907 | 1828 | PRIV APL EG_00044907 | PRIV APL EG_00044910 | Salian, Deepali | 2023 08 25 | 20 23 24 | | | | | | 08_25_2023 fast growing apps Commerce_Pricing discussion pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Armando Cordoves (Apple in house counsel); Jason Cody (Apple in house counsel); Nicole Ewart (Apple in house counsel); Ling Lew (Apple in house counsel) | YES |
| | 1829 | PRIV APL EG_00044911 | PRIV APL EG_00044911 | Salian, Deepali | 2024 04 30 | 18 53 45 | | | | | | image png | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Armando Cordoves (Apple in house counsel); Jason Cody (Apple in house counsel); Nicole Ewart (Apple in house counsel); Ling Lew (Apple in house counsel) | YES |
| | 1830 | PRIV APL EG_00044912 | PRIV APL EG_00044912 | Salian, Deepali | 2024 04 30 | 18 53 45 | | | | | | image 1 png | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Armando Cordoves (Apple in house counsel); Jason Cody (Apple in house counsel); Nicole Ewart (Apple in house counsel); Ling Lew (Apple in house counsel) | YES |