DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
   jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
   mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
   joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>   Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF APPLE INC.'S OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS**<br><br>The Honorable Thomas S. Hixson |

DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF APPLE INC.'S OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS

CASE NO. 4:20-CV-05640-YGR

I, Julian W. Kleinbrodt, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Apple Inc. ("Apple") in this case. I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto.

2. I have represented Apple in this litigation since 2020. I was promoted to partner at Gibson in 2024.

3. I understand that Apple is appealing certain rulings by the Special Masters regarding Apple's assertion of the attorney-client privilege and work product protection for certain documents Apple redacted or withheld in connection with injunction compliance proceedings. I submit this declaration to provide further information with respect to one of these documents. I refer to the document by its corresponding Bates number or entry number on Apple's privilege log in this matter.

4. In the days and weeks after the Court's ruling in September 2021, I was closely involved in Apple's response to the Injunction ordered by the Court.

5. Entry No. 727 (PRIV-APL-EG_00072541) is a compilation of key quotations and passages from the Court's Rule 52 Order on the merits following the trial that I drafted and revised. Other attorneys at Gibson Dunn contributed to and revised the document.

6. I drafted this document for the purpose of providing legal advice and analysis to Apple regarding the implications of and conclusions in the Court's ruling. This document reflects my legal judgment and mental impressions about the import of those implications and conclusions.

7. It is my view that this document was created and transmitted for the primary and predominant purpose of advising my client in connection with ongoing litigation.

8. I confirmed that this document is stored on Gibson Dunn's document management system, dated September 13, 2021. The document's metadata indicates that I am the author of the document and that the document was edited by other attorneys at Gibson Dunn.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
2  true and correct.

3  Dated: February 10, 2025                              Respectfully submitted,

5                                                        By: _____
6                                                              Julian W. Kleinbrodt