# Exhibit A

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00242870 | 9349 | PRIV-APL-EG_00242871 | PRIV-APL-EG_00242876 | Savio, Atusa; Elman, Josh; Tam, Mike | 2023-02-11 | 01:05:00 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.docx | withhold | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Document indicates that Apple legal weighed in on this issue | No. Predominantly business. I do not see any redactions here. | |
| PRIV-APL-EG_00242870 | 9350 | PRIV-APL-EG_00242877 | PRIV-APL-EG_00242882 | Savio, Atusa; Elman, Josh; Tam, Mike | 2023-02-11 | 16:31:00 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.pdf | withhold | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Document indicates that Apple legal weighed in on this issue | No. Predominantly business. I do not see any redactions here. | |
| PRIV-APL-EG_00243123 | 9376 | PRIV-APL-EG_00243126 | PRIV-APL-EG_00243131 | Savio, Atusa | 2023-02-13 | 22:08:31 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.pdf | withhold | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Document indicates that Apple legal weighed in on this issue | No. Predominantly business. I do not see any redactions here. | |
| PRIV-APL-EG_00243123 | 9377 | PRIV-APL-EG_00243132 | PRIV-APL-EG_00243137 | Savio, Atusa | 2023-02-11 | 01:05:00 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.docx | withhold | AttorneyClient | Document reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Document indicates that Apple legal weighed in on this issue | No. Predominantly business. I do not see any redactions here. | |
| PRIV-APL-EG_00243144 | 9380 | PRIV-APL-EG_00243145 | PRIV-APL-EG_00243150 | Savio, Atusa | 2023-02-11 | 16:31:00 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.pdf | withhold | AttorneyClient | Document reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Document indicates that Apple legal weighed in on this issue | No. Predominantly business. | |
| PRIV-APL-EG_00243144 | 9381 | PRIV-APL-EG_00243151 | PRIV-APL-EG_00243156 | Savio, Atusa | 2023-02-11 | 01:05:00 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.docx | withhold | AttorneyClient | Document reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Document indicates that Apple legal weighed in on this issue | No. Predominantly business. | |
| PRIV-APL-EG_00244055 | 9485 | PRIV-APL-EG_00244062 | PRIV-APL-EG_00244069 | Schiller, Phil | 2022-06-02 | 05:58:00 | | | | | | StoreKit External Purchase Link Entitlement Addendum - 6.1.2022.docx | Withhold | AttorneyClient; WorkProduct | Draft document providing work product from counsel regarding foreign regulatory issues in the Netherlands for dating apps, prepared in anticipation or furtherance of litigation | Email thread where S Cameron (counsel) provides legal advice and P Schiller responds and asks follow-up request for legal advice | Sean Cameron (Apple in-house counsel) | no | |
| PRIV-APL-EG_00244055 | 9486 | PRIV-APL-EG_00244070 | PRIV-APL-EG_00244076 | Schiller, Phil | 2022-06-02 | 05:58:00 | | | | | | StoreKit External Purchase Entitlement Addendum - 6.1.2022.docx | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from regarding foreign regulatory issues in the Netherlands for dating apps, prepared in anticipation or furtherance of litigation | Email thread where S Cameron (counsel) provides legal advice and P Schiller responds and asks follow-up request for legal advice | Sean Cameron (Apple in-house counsel) | no | |
| PRIV-APL-EG_00072541 | 727 | PRIV-APL-EG_00072541 | PRIV-APL-EG_00072548 | Fischer, Matt; Goldberg, Marni | 2021-09-10 | 18:30:56 | | | | | | Epic v. Apple - Key Quotes Doc.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared by counsel regarding injunction compliance and litigation prepared in anticipation or furtherance of litigation. | Draft summary of key quotes prepared by counsel and in furtherance of Epic litigation. | Kate Adams (Apple in-house counsel); | No | |
| PRIV-APL-EG_00072617 | 738 | PRIV-APL-EG_00072619 | PRIV-APL-EG_00072620 | Fischer, Matt | | | | | | | | Alternative Business Model Comparison.pages | Withhold | AttorneyClient | Draft document providing legal advice from counsel regarding injunction compliance requirements for user design and interface. | Document attached to email from Sean to other counsel forwarding a draft document, presumably for the purpose of providing legal advice | Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); | No | |