UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER RE: APPLE INC.'S MOTION FOR RELIEF FROM A NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, Apple Inc. ("Apple") has filed a Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge (the "Motion").

Having considered the Motion, all associated documents, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's motion is **GRANTED**. Accordingly,

(1) Apple's privilege assertions over the following documents are sustained: PRIV-APL-EG_00008954, PRIV-APL-EG_00017756, PRIV-APL-EG_00017775, PRIV-APL-EG_00017791, PRIV-APL-EG_00099486, PRIV-APL-EG_00099532, PRIV-APL-EG_00099603, PRIV-APL-EG_00100145, PRIV-APL-EG_00100147, PRIV-APL-EG_00100329, PRIV-APL-EG_00100331, PRIV-APL-EG_00099095, PRIV-APL-EG_00016018, PRIV-APL-EG_00016915, and PRIV-APL-EG_00017738.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge