1  DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA 90071
   Telephone: 213.229.7000
4  Facsimile: 213.229.7520

5  CYNTHIA E. RICHMAN (D.C. Bar No.
   492089; *pro hac vice*)
6  crichman@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  1050 Connecticut Avenue, N.W.
   Washington, DC 20036
8  Telephone: 202.955.8500
   Facsimile: 202.467.0539

9  JULIAN W. KLEINBRODT, SBN 302085
10 jkleinbrodt@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
11 One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
12 Telephone: 415.393.8200
   Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>   Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

In support of its Motion for Relief from a Nondispositive Pretrial Order of Magistrate Judge, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 592 (PRIV-APL-EG_00008954);
2. Privilege Log Entry 276 (PRIV-APL-EG_00017738), and its attachments, Privilege Log Entries 277 (PRIV-APL-EG_00017756), 278 (PRIV-APL-EG_00017775), and 279 (PRIV-APL-EG_00017791);
3. Privilege Log Entry 2792 (PRIV-APL-EG_00099481), and its attachment, Privilege Log Entry 2793 (PRIV-APL-EG_00099486);
4. Privilege Log Entry 2796 (PRIV-APL-EG_00099526), and its attachment, Privilege Log Entry 2797 (PRIV-APL-EG_00099532);
5. Privilege Log Entry 2804 (PRIV-APL-EG_00099600), and its attachment, Privilege Log Entry 2805 (PRIV-APL-EG_00099603);
6. Privilege Log Entry 2854 (PRIV-APL-EG_00100145), and its attachment, Entry 2855 (PRIV-APL-EG_00100147);
7. Privilege Log Entry 2870 (PRIV-APL-EG_00100329), and its attachment, Entry 2871 (PRIV-APL-EG_00100331);
8. Privilege Log Entry 2740 (PRIV-APL-EG_00099095);
9. Privilege Log Entry 202 (PRIV-APL-EG_00016018); and
10. Privilege Log Entry 241 (PRIV-APL-EG_00016915).

Apple is lodging rather than filing these documents under seal, because if the Court grants Apple's motion in whole or in part, Epic should no longer have access to these documents through CM/ECF. Apple is, however, providing a copy of these materials to Epic via email.

| | | |
|---|---|---|
| 1 | Dated: February 11, 2025 | Respectfully submitted, |
| 2 | | By: __/s/ Mark A. Perry_____ |
| 3 | | |
| 4 | | Mark A. Perry<br>*Attorney for Apple Inc.* |