# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

# Privilege Log Entries

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes Priv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Communications Concerning Apple's Public Reaction to Allegations of Malicious Compliance (Entry Nos. 194-195 from Apple's Third Production)** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00066447 | 194 | PRIV-APL-EG_00066447 | PRIV-APL-EG_00066448 | Ajemian, Peter | 2024-02-01 | 17:32:20 | Fred Sainz | Isaac Rubin | Peter Ajemian ; Kyle Andeer ; Sean Cameron ; Brendan McNamara ; SCHUBERT, Sascha (SNS) ; JONES-DUFFEY, Janet | | Re: New Background Talking Points re Compliance Efforts | 20240201-0932 Re: New Background Talking Points re Compliance Efforts.eml | Withhold | AttorneyClient | Email reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | Email providing legal advice in furtherance of drafting public communications re foreign regulatory issues | Freshfields (outside counsel); (outside counsel); Kyle Andeer (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Tom McNamara (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00066447 | 195 | PRIV-APL-EG_00066449 | PRIV-APL-EG_00066450 | Ajemian, Peter | 2024-02-01 | 17:22:00 | | | | | | 2024-02-01 DRAFT Spirit and Malicious TPs--Privileged.docx | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | Draft document from counsel providing legal advice regarding public communications re foreign regulatory issues | Freshfields (outside counsel); (outside counsel); Kyle Andeer (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Tom McNamara (Apple in-house counsel) | Yes |
| **Pre-Announcement Communications or Press-Related Documents (Entry Nos. 38, 88, 91, 123 and 124 from Apple's Third Production)** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00064772 | 38 | PRIV-APL-EG_00064782 | PRIV-APL-EG_00064790 | Ajemian, Peter; Goldberg, Marni | 2023-07-03 | 06:26:41 | | | | | | Wisconsin Comm Drafts-9.pdf | Withhold | AttorneyClient | Draft document with redacted text reflecting legal advice from counsel regarding injunction compliance press revisions. | Draft storekit link entitlement addendum containing counsel revisions. | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00065371 | 88 | PRIV-APL-EG_00065371 | PRIV-APL-EG_00065378 | Ajemian, Peter | 2022-06-30 | 16:47:35 | Peter Ajemian | Tim Cook ; Phil Schiller ; Gregory Joswiak ; Eddy Cue ; Luca Maestri ; Craig Federighi ; Kate Adams ; Lisa Jackson | Kristin Huguet Quayle ; Fred Sainz ; Adam Dema ; Hannah Smith ; Simon Kim ; Gloria Choi ; Susan Prescott ; Kyle Andeer ; Sean Cameron ; Sean Dillon ; Ling Lew ; Jason Cody ; Mike Tam ; Ann Thai ; Matt Fischer ; Bob Borchers ; Trystan Kosmynka ; Nick Ammann ; Tim Powderly ; Josh Shaffer ; Andreas Wendker | | Yonhap News Agency - Apple to allow external app payment options in S. Korea in compliance with local law | 20220630-0947 Yonhap News Agency - Apple to allow external app payment opt.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance press and communications legal strategy | Document contains discussions of legal information. | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel);Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00065390 | 91 | PRIV-APL-EG_00065397 | PRIV-APL-EG_00065408 | Ajemian, Peter | 2024-01-02 | 17:48:02 | Adam Dema | Archelle Thelemaque | | | Fwd: Checking in: Wisconsin | Fwd: Checking in: Wisconsin.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate. | Email reflects information needed for the purposes of obtaining legal advice. | Curtis Box (Apple in-house counsel); Jennier Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00065667 | 123 | PRIV-APL-EG_00065667 | PRIV-APL-EG_00065672 | Ajemian, Peter | 2023-07-03 | 13:09:24 | Marni Goldberg | Adam Dema ; Hannah Smith | Peter Ajemian | | Adam/Hannah -- can you review these? | 20230703-0609 Adam-Hannah -- can you review these?.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from employees acting under the direction of counsel regarding developer outreach related to U.S. Link Entitlement. | Document contains discussions of legal advice. | Email chain containing information to be provided to legal counsel in order to obtain legal advice. | No |
| PRIV-APL-EG_00065667 | 124 | PRIV-APL-EG_00065673 | PRIV-APL-EG_00065679 | Ajemian, Peter | 2023-07-03 | 12:03:22 | | | | | | 070223 Project Wisconsin Reactive QA pages | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate. | Document contains requests for legal advice. | Document containing information to be provided to legal counsel in order to obtain legal advice. | Yes |
| **Other Communications with a Primary Business Purpose (Entry Nos. 523 from Apple's Third Production; Entry Nos 2167, 2168 and 2169 from Apple's Second Production)** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00069945 | 523 | PRIV-APL-EG_00069945 | PRIV-APL-EG_00069948 | Cote, Bri; Guebert, Jeff; Magnani, Joseph; Gromek, Monika; Liu, Terry; Phillips, Joe; Moore, Ken; Pulchny, Liz; Tam, Mike; Thai, Ann | 2024-01-10 | 23:47:47 | Bri Cote | Mike Tam ; Ling Lew ; Jennifer Brown ; Liz Pulchny ; Joseph Magnani ; Terry Liu ; Ann Thai ; Monika Gromek ; Joe Phillips ; Jeff Guebert | | | [URGENT COPY FEEDBACK NEEDED]??Wisconsin Exec Feedback | 20240110-1547 [URGENT COPY FEEDBACK NEEDED]??Wisconsin Exec Feedback.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00048697 | 2167 | PRIV-APL-EG_00048697 | PRIV-APL-EG_00048708 | Tam, Mike | 2024-03-08 | 19:22:13 | Mike Tam | June Orlowski ; Cathyia Xie | Jordan Hickey ; Ling Lew ; Charles Soon | | Re: JP2B - Guidelines Update Language (N&A and P2B emails) | 20240308-1122 Re: JP2B - Guidelines Update Language (N&A and P2B emails).eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding developer outreach related to U.S. link entitlement | various emails reflecting legal advice directed at content of developer communications and | Ling Lew (Apple in-house counsel) | YES |
| | 2168 | PRIV-APL-EG_00048709 | PRIV-APL-EG_00048710 | Tam, Mike | 2024-03-05 | 19:46:22 | Apple Developer | | | | Updated App Review Guidelines now available | Updated App Review Guidelines now available.eml | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding developer outreach related to U.S. link entitlement | per parent email, draft document reflecting legal advice on content of developer communications and disclosures for app review guidelines | Ling Lew (Apple in-house counsel) | YES |
| | 2169 | PRIV-APL-EG_00048711 | PRIV-APL-EG_00048711 | Tam, Mike | | | | | | | | utf-8"Screenshot%202024%2D01%2D17%20at%2011.13.56%E2%80%A FAM.png | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding developer outreach related to U.S. link entitlement | per parent email, draft document reflecting legal advice on content of developer communications and disclosures for app review guidelines | Ling Lew (Apple in-house counsel) | YES |
| **Meeting Notes (Entry Nos. 492, 493 from Apple's Third Production; Entry Nos. 2205, 2206 and 2207 from Apple's Second Production)** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00069555 | 492 | PRIV-APL-EG_00069555 | PRIV-APL-EG_00069558 | Cook, Tim; Cue, Eddy; Schiller, Phil; Federighi, Craig; Joswiak, Greg | 2023-02-22 | 02:27:40 | Tim Cook | Kyle Andeer | Kate Adams ; Craig Federighi ; Eddy Cue ; Greg Joswiak ; Phil Schiller ; Lisa Jackson ; Kristin Huguet Quayle ; Andreas Wendker ; Eric Albert ; Fred Sainz ; Nick Ammann ; Gudmundsson Martin ; Brendan McNamara ; Matt | | Re: DMA Engagement: iOS | 20230221-1827 Re: DMA Engagement: iOS - 1.eml | Withhold | AttorneyClient | Email reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | Email forwarding email from counsel providing legal advice re DMA commission and strategy for engaging with same | Kyle Andeer (Apple in-house counsel); Kate Adams (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00069555 | 493 | PRIV-APL-EG_00069559 | PRIV-APL-EG_00069568 | Cook, Tim; Cue, Eddy; Schiller, Phil; Federighi, Craig; Joswiak, Greg | 2023-02-22 | 02:00:08 | | | | | | DMA meeting.pages | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | Summary from counsel providing legal advice re DMA commission and strategy for engaging with same | Kyle Andeer (Apple in-house counsel); Kate Adams (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00049292 | 2205 | PRIV-APL-EG_00049292 | PRIV-APL-EG_00049300 | Kosmynka, Trystan; Tam, Mike | 2024-01-16 | 18:21:30 | Jordan Hickey | Mike Tam ; Ling Lew | Sean Cameron ; Trystan Kosmynka ; Fred Sainz ; Daniel (WWDR) Kim | | Re: Wisconsin changes [Notes] | 20240116-1021 Re: Wisconsin changes [Notes].eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding developer outreach related to U.S. link entitlement | | Sean Cameron (Apple in-house counsel) | YES |
| | 2206 | PRIV-APL-EG_00049301 | PRIV-APL-EG_00049301 | Kosmynka, Trystan; Tam, Mike | | | | | | | | utf-8"Screenshot%202024%2D01%2D16%20at%208.27.45%E2%80%AF AM.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. link entitlement | | Sean Cameron (Apple in-house counsel) | YES |
| | 2207 | PRIV-APL-EG_00049302 | PRIV-APL-EG_00049302 | Kosmynka, Trystan; Tam, Mike | | | | | | | | utf-8"Screenshot%202024%2D01%2D16%20at%2010.17.55%E2%80%A FAM.png | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. link entitlement | | Sean Cameron (Apple in-house counsel) | YES |