# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** AS MODIFIED BY COURT<br><br>The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1135).  Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered the Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the versions of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted or withheld:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Entirety of document | Exhibit C to Epic's Motion | Reflects non-public Apple business and legal strategy |
| Entirety of document | Exhibit D to Epic's Motion | Reflects non-public Apple business and legal strategy |
| Entirety of document | Exhibit E to Epic's Motion | Reflects non-public Apple business and legal strategy |
| Entirety of document | Exhibit F to Epic's Motion | Reflects non-public Apple business and legal strategy |
| Entirety of document | Exhibit G to Epic's Motion | Reflects non-public Apple business and legal strategy |
| Redacted email addresses in "Privilege Logs: Publicly Filed Documents" | Exhibit H to Epic's Motion | Reflects personally identifiable information |
| Redacted references to outside counsel in "Privilege | Exhibit H to Epic's Motion | Reflects non-public Apple legal strategy |

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Logs: Press Communications | | |
| Redacted word in third entry on "Privilege Logs: Scare Screens" | Exhibit H to Epic's Motion | Reflects non-public Apple business strategy |
| Redacted word in first entry on "Privilege Logs: Draft Decks" | Exhibit H to Epic's Motion | Reflects non-public Apple business strategy |
| Redacted word in first entry on "Privilege Logs: Business Documents" | Exhibit H to Epic's Motion | Reflects non-public Apple business strategy |

**IT IS SO ORDERED.**  The Court ORDERS Apple to file Exhibits A and B in the public record within seven days.

Dated: __February 12__, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge