# EXHIBIT B

**<u>Documents Upheld by Special Masters and Overruled by Judge Hixson</u>**

PRIV-APL-EG_00024072
PRIV-APL-EG_00025043
PRIV-APL-EG_00025036
PRIV-APL-EG_00019675
PRIV-APL-EG_00041346
PRIV-APL-EG_00041349
PRIV-APL-EG_00041348
PRIV-APL-EG_00014884
PRIV-APL-EG_00099095