# **EXHIBIT D**

# CRAVATH

Yonatan Even
yeven@cravath.com
T+1-212-474-1958
New York

February 7, 2025

Re: *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-5640 (N.D. Cal.)

Dear Counsel,

I write on behalf of Epic Games, Inc. ("Epic") in response to your letters of January 8, 2025, and February 5, 2025.

Epic treats and will continue to treat as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" (pursuant to the Amended Protective Order, Dkt. 274 (the "PO")) any document appropriately designated as such under Section 5.2 of the PO.

Epic does not agree to Apple's other demands reflected in your letters and reserves all rights.

Sincerely,

Yonatan Even

Mark Perry
    Weil, Gotshal & Manges LLP
        2001 M St., NW Suite 600
            Washington, DC 20036
                Mark.Perry@weil.com

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP