1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **[PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)** <br><br> Courtroom: 1, 4th Floor <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Defendant Apple Inc. has filed a Motion for an Order Pursuant to Federal Rule of Evidence 502(d). Having considered the Motion, all associated briefs, declarations, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED THAT**:

1. Apple's production of Disputed Documents—defined as all "Category One" documents that Apple has been ordered to produce by the Special Masters, Magistrate Judge Hixson, and/or the Court, and all "Category Two" documents as defined in the Special Master Protocol (Dkt. 1092 at 2)—shall not be deemed a waiver by Apple of any privilege assertions (including attorney-client, work product, or any other applicable privilege) for purposes of this proceeding, any other proceeding, appeal, or otherwise.

2. Epic's or Apple's use of the Disputed Documents (over which Apple maintains its privilege assertions) or at an evidentiary hearing, in briefing, shall not be deemed a waiver by Apple of any privilege assertion (including attorney-client, work product, or any other applicable privilege) for purposes of this proceeding, any other proceeding, appeal, or otherwise.

**IT IS SO ORDERED.**

Dated:_____        _____
                                   HON. YVONNE GONZALEZ ROGERS