1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**[PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Local Rule 6-3, Apple Inc. ("Apple") has filed a Motion to Shorten Time for Epic Games, Inc. ("Epic") to respond to Apple's pending Motion for a Rule 502(d) Order. Having considered the Motion, all associated briefs, declarations, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED THAT**:

1. Apple's Motion to Shorten Time is GRANTED;
2. Epic's response to Apple's Rule 502(d) Motion is due by February 19, 2025;
3. Apple's reply in support of the Rule 502(d) Motion is due by February 21, 2025.

**IT IS SO ORDERED.**

Dated:_____

_____
HON. YVONNE GONZALEZ ROGERS