| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Response to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 662 (PRIV-APL-EG_00071833) and its attachment, Entry No. 663 (PRIV-APL-EG_00071835);

2. Privilege Log Entry 636 (PRIV-APL-EG_00071569) and its attachment, Entry No. 637 (PRIV-APL-EG_00071575);

3. Privilege Log Entry 666 (PRIV-APL-EG_00071853) and its attachment, Entry No. 667 (PRIV-APL-EG_00071859);

4. Privilege Log Entry 2307 (PRIV-APL-EG_00050545);

5. Privilege Log Entry 2452 (PRIV-APL-EG_00053131);

6. Privilege Log Entry 2505 (PRIV-APL-EG_00053686) and its attachments, Entry Nos. 2506 (PRIV-APL-EG_00053689), 2507 (PRIV-APL-EG_00053703), 2508 (PRIV-APL-EG_00053712) and 2509 (PRIV-APL-EG_00053717);

7. Privilege Log Entry 2510 (PRIV-APL-EG_00053719), and its attachments Entry Nos. 2511 (PRIV-APL-EG_00053725), 2512 (PRIV-APL-EG_00053734) and 2513 (PRIV-APL-EG_00053739);

8. Privilege Log Entry 2522 (PRIV-APL-EG_00053805), and its attachments Entry Nos. 2523 (PRIV-APL-EG_00053811) and 2524 (PRIV-APL-EG_00053812);

9. Privilege Log Entry 2525 (PRIV- APL-EG_00053820), and its attachments Entry Nos. 2526 (PRIV-APL-EG_00053827), and 2527 (PRIV-APL-EG_00053828);

10. Privilege Log Entry 9203 (PRIV-APL-EG_00241606);

11. Privilege Log Entry 9307 (PRIV-APL-EG_00242296);

12. Privilege Log Entry 9314 (PRIV-APL-EG_00242317);

13. Privilege Log Entry 9327 (PRIV-APL-EG_00242362);

14. Privilege Log Entry 9346 (PRIV-APL-EG_00242865);

15. Privilege Log Entry 9329 (PRIV-APL-EG_00242366);

16. Privilege Log Entry 9400 (PRIV-APL-EG_00243495);

17. Privilege Log Entry 764 (PRIV-APL-EG_00073067);

18. Privilege Log Entry 2720 (PRIV-APL-EG_00057885), and its attachments Entry Nos. 2721 (PRIV-APL-EG_00057962), 2722 (PRIV-APL-EG_00057988), and 2723 (PRIV-APL-EG_00058186);

19. Privilege Log Entry 299 (PRIV-APL-EG_00009030);

20. Privilege Log Entry 300 (PRIV-APL-EG_00009056);

21. Privilege Log entry 304 (PRIV-APL-EG_00009254);

22. Privilege Log Entry 9299 (PRIV-APL-EG_00242265);

23. Privilege Log Entry 9300 (PRIV-APL-EG_00242271);

24. Privilege Log Entry 762 (PRIV-APL-EG_00072855);

25. Privilege Log Entry 527 (PRIV-APL-EG_00069958);

26. Privilege Log Entry 665 (PRIV-APL-EG_00071845);

27. Privilege Log Entry 525 (PRIV-APL-EG_00069950) and its attachment, Entry No. 526 (PRIV-APL-EG_00069955);

28. Privilege Log Entry 530 (PRIV-APL-EG_00070001);

29. Privilege Log Entry 542 (PRIV-APL-EG_00070044);

30. Privilege Log Entry 523 (PRIV-APL-EG_00069945);

31. Privilege Log Entry 614 (PRIV-APL-EG_00071306);

32. Privilege Log Entry 615 (PRIV-APL-EG_00071311);

33. Privilege Log Entry 774 (PRIV-APL-EG_00073395);

34. Privilege Log Entry 781 (PRIV-APL-EG_00073493);

35. Privilege Log Entry 783 (PRIV-APL-EG_00073516);

36. Privilege Log Entry 800 (PRIV-APL-EG_00073703);

37. Privilege Log Entry 802 (PRIV-APL-EG_00073731);

38. Privilege Log Entry 9394 (PRIV-APL-EG_00243472);

39. Privilege Log Entry 871 (PRIV-APL-EG_00075215), and its attachment Entry No. 872 (PRIV-APL-EG_00075217);

40. Privilege Log Entry 883 (PRIV-APL-EG_00075317);

41. Privilege Log Entry 928 (PRIV-APL-EG_00076439);

42. Privilege Log Entry 2349 (PRIV-APL-EG_00051086), and its attachments Entry Nos. 2350 (PRIV-APL-EG_00051099) and 2351 (PRIV-APL-EG_00051100)

Dated: February 12, 2025                    Respectfully submitted,

By: /s/ *Mark A. Perry*

Mark A. Perry