# Exhibit A (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00081362 | 1155 | PRIV-APL-EG_00081363 | PRIV-APL-EG_00081373 | Goldberg, Marni | | | | | | | | Sean Dillon Slides.key | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in Japan, including the reader rule. | | Sean Dillon (Apple in-house counsel) | No | |
| PRIV-APL-EG_00082250 | 1255 | PRIV-APL-EG_00082271 | PRIV-APL-EG_00082272 | Goldberg, Marni | | | | | | | | 101822 PR Plan Japan MG Edits .pages | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in Japan, including the reader rule. | Draft PR Plan re Japan regulatory issues with redacted legal comments. | Sean Dillon (Apple in-house counsel) | No | |
| PRIV-APL-EG_00082914 | 1342 | PRIV-APL-EG_00082914 | PRIV-APL-EG_00082935 | Goldberg, Marni | 2022-11-17 | 18:14:12 | | | | | Fwd: DOJ prep | 20221117-1014 Fwd: DOJ prep .eml | Redact | AttorneyClient | Email with redacted text reflecting legal advice from counsel regarding DOJ investigation regarding smartphone antitrust claims. | DOJ smartphone antitrust litigation. | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00082952 | 1345 | PRIV-APL-EG_00082952 | PRIV-APL-EG_00082960 | Goldberg, Marni | 2022-09-26 | 17:22:54 | | | | | Re: Australian briefings supporting materials | 20220926-1022 Re: Australian briefings supporting materials.eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Email chain reflecting legal advice from counsel re talking points re Australia litigation | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00082952 | 1346 | PRIV-APL-EG_00082961 | PRIV-APL-EG_00082969 | Goldberg, Marni | | | | | | | | Australia Competition Briefings_TPs_for review NA copy.pages | Redact | AttorneyClient | Draft document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Draft document with redacted text reflecting draft public communications re Epic litigation | Document reflects information for rendering of legal advice from Apple legal | No | |