UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br>         Plaintiff,<br>v.<br>APPLE INC., et al.,<br>         Defendants. | Case No.  20-cv-05640-YGR   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 1147, 1158, 1160, 1167, 1173, 1178, 1180 |

Epic and Apple have filed additional objections to certain of the Special Masters' rulings. As the Court explained in ECF No. 157, the parties have filed so many objections to the Special Masters' rulings that it is no longer feasible for the Court to write a reasoned order explaining its basis for sustaining or overruling each objection. Accordingly, the Court merely states what its orders are.

**A.  ECF No. 1147 (Epic's January 30, 2025 Objections)**

The dispute as to Entries 1072, 1073, 1074 and 1093 is moot, as Apple has agreed to produce those documents.

Apple states that it is willing to produce Entry 1046 with the same redactions as in Exhibit A if that will resolve the dispute. Epic shall file a statement within two days stating whether that offer resolves the dispute.

The Court **ORDERS** the parties to meet and confer to see if they can resolve their dispute over Entry 1219. The parties shall file a statement within two days stating whether they have resolved this dispute.

**B.  ECF No. 1158 (Apple's January 31, 2025 Objections)**

Apple's objections are **OVERRULED** as to Entries 1808, 1809, 1815, 1973, 1974, 1975 and 1976.

**C.     ECF No. 1160 (Epic's January 31, 2025 Objections)**

Epic's objections are **OVERRULED** as to Entries 1580, 1581, 1582, 1583, 1584, 1585, 1586, 1587, 1588, 1589, 1593, 1578, 1803 and 2001.

**D.     ECF No. 1167 (Epic's February 3, 2025 Objections)**

Epic's objections are **OVERRULED** as to Entries 1811 and 1844.  The dispute over Entries 1929 and 1828 and their attachments is moot, as Apple has agreed to produce them.

**E.     ECF No. 1173 (Apple's February 4, 2025 Statement)**

The disputes concerning Entries 3281 and 3494 are moot.

Apple's objections are **OVERRULED** as to Entries 2929, 2933, 2939 and 3221.

**F.     ECF No. 1178 (Epic's February 5, 2025 Objections)**

The disputes as to Entries 88 and 123 are moot, as Apple has agreed to produce them.

Epic's objections are **OVERRULED** as to Entries 194, 195, 38, 91, 124, 523, 492, 493, 2205, 2206 and 2207.

With respect to Entries 2167, 2168 and 2169, the paper copy of 2169 is too small to read, and it appears Apple has not provided the Court with an electronic copy.  The Court **ORDERS** Apple to submit an electronic copy of 2169 for in camera review within two days.

**G.     ECF No. 1180 (Apple's February 5, 2025 Objections)**

Apple's objections are **OVERRULED** as to Entries 2015 and 337.

With respect to Entry 2023, Epic says that the Special Master found the parent document (Entry 2022) to be partially privileged, but Apple's in camera submission does not indicate which portions of 2022 were held to be privileged.  This may bear on 2023.  The Court **ORDERS** Apple to submit in camera a version of 2022 that indicates what portions were found privileged by the Special Master.  Apple shall submit this within two days.

Apple's objection is **SUSTAINED** as to Entry 2272.

**IT IS SO ORDERED.**

Dated: February 13, 2025

THOMAS S. HIXSON
United States Magistrate Judge