UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EPIC GAMES, INC., | Case No. 20-cv-05640-YGR (TSH) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE MOTION TO SEAL** |
| APPLE, INC., | Re: Dkt. No. 1161 |
| Defendant. | |

In ECF No. 1161, Epic moved to consider whether another party's material should be sealed concerning a two-page excerpt from Apple's privilege log. Apple's proposed redactions in ECF No. 1187-3 are acceptable. As Apple has filed the redacted document in the public record, no further action is needed.

**IT IS SO ORDERED.**

Dated: February 13, 2025

THOMAS S. HIXSON
United States Magistrate Judge