GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **PLAINTIFF EPIC GAMES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER** |

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that Plaintiff Epic Games, Inc. ("Epic") hereby

3  respectfully requests that an order be granted to remove the document e-filed on February 12,

4  2025 as ECF Docket No. 1200 (Objections to Special Master Determinations Issued February 6,

5  2025 Regarding Apple's Re-Reviewed Documents) from the ECF Docket for this matter on the

6  grounds that it was inadvertently filed without redactions to certain material designated as

7  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by defendant Apple Inc. ("Apple")

8  pursuant to the Stipulation Between Epic Games, Inc. and Apple Inc. and Amended Protective

9  Order (ECF Docket No. 274) in this matter.

10     Epic moved to seal the confidential portions of ECF Docket No. 1200 as stated in

11 Epic's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed

12 Pursuant to Civil Local Rule 79-5 (ECF Docket No. 1212) and filed a sealed, unredacted version

13 of the document in connection with that motion (ECF Docket No. 1212-1).  Epic promptly

14 notified the Court's Civil Docketing & Docket Correction, as well as the ECF Help Desk, of this

15 filing error and filed a corrected version of the document at ECF Docket No. 1213.

16     Epic respectfully moves this Court to remove the incorrectly filed document

17 permanently from the Court's public docket and ECF.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 13, 2025 | Respectfully submitted, |
| 3 | | By:  /s/ *Yonatan Even* |
| 4 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 5 | | |
| 6 | | Paul J. Riehle (SBN 115199) |
| 7 | | paul.riehle@faegredrinker.com |
| 8 | | Four Embarcadero Center |
| 9 | | San Francisco, California 94111<br>Telephone:  (415) 591-7500 |
| 10 | | Facsimile:  (415) 591-7510 |
| 11 | | **CRAVATH, SWAINE & MOORE LLP** |
| 12 | | Gary A. Bornstein (*pro hac vice*) |
| 13 | | gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*) |
| 14 | | yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*) |
| 15 | | lmoskowitz@cravath.com<br>Justin C. Clarke (*pro hac vice*) |
| 16 | | jcclarke@cravath.com<br>Michael J. Zaken (*pro hac vice*) |
| 17 | | mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*) |
| 18 | | mbyars@cravath.com |
| 19 | | 825 Eighth Avenue |
| 20 | | New York, New York 10019<br>Telephone:  (212) 474-1000 |
| 21 | | Facsimile:  (212) 474-3700 |
| 22 | | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
|1| **[PROPOSED] ORDER** |
|2| The Court has now considered Plaintiff's Motion to Remove Incorrectly Filed |
|3| Document, ECF Docket No. 1200 (the "Motion"). Having considered the moving papers before it |
|4| and finding good cause, |
|5| The Court hereby grants the Motion and orders that ECF Docket No. 1200 be |
|6| removed from the docket for this matter. |
|7| |
|8| **IT IS SO ORDERED.** |
|9| |
|10| Dated: _____ |

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE