GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **PLAINTIFF EPIC GAMES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Plaintiff Epic Games, Inc. ("Epic") hereby |
| 3 | respectfully requests that an order be granted to remove the document e-filed on February 12, |
| 4 | 2025 as ECF Docket No. 1200 (Objections to Special Master Determinations Issued February 6, |
| 5 | 2025 Regarding Apple's Re-Reviewed Documents) from the ECF Docket for this matter on the |
| 6 | grounds that it was inadvertently filed without redactions to certain material designated as |
| 7 | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by defendant Apple Inc. ("Apple") |
| 8 | pursuant to the Stipulation Between Epic Games, Inc. and Apple Inc. and Amended Protective |
| 9 | Order (ECF Docket No. 274) in this matter. |
| 10 | Epic moved to seal the confidential portions of ECF Docket No. 1200 as stated in |
| 11 | Epic's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed |
| 12 | Pursuant to Civil Local Rule 79-5 (ECF Docket No. 1212) and filed a sealed, unredacted version |
| 13 | of the document in connection with that motion (ECF Docket No. 1212-1). Epic promptly |
| 14 | notified the Court's Civil Docketing & Docket Correction, as well as the ECF Help Desk, of this |
| 15 | filing error and filed a corrected version of the document at ECF Docket No. 1213. |
| 16 | Epic respectfully moves this Court to remove the incorrectly filed document |
| 17 | permanently from the Court's public docket and ECF. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 13, 2025 | Respectfully submitted, |
| 3 | | By:  /s/ *Yonatan Even* |
| 4 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 5 | | |
| 6 | | Paul J. Riehle (SBN 115199) |
| 7 | | paul.riehle@faegredrinker.com |
| 8 | | Four Embarcadero Center |
| 9 | | San Francisco, California 94111<br>Telephone:  (415) 591-7500 |
| 10 | | Facsimile:  (415) 591-7510 |
| 11 | | **CRAVATH, SWAINE & MOORE LLP** |
| 12 | | Gary A. Bornstein (*pro hac vice*) |
| 13 | | gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*) |
| 14 | | yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*) |
| 15 | | lmoskowitz@cravath.com<br>Justin C. Clarke (*pro hac vice*) |
| 16 | | jcclarke@cravath.com<br>Michael J. Zaken (*pro hac vice*) |
| 17 | | mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*) |
| 18 | | mbyars@cravath.com |
| 19 | | 825 Eighth Avenue |
| 20 | | New York, New York 10019<br>Telephone:  (212) 474-1000 |
| 21 | | Facsimile:  (212) 474-3700 |
| 22 | | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1    **[PROPOSED] ORDER**

2    The Court has now considered Plaintiff's Motion to Remove Incorrectly Filed
3    Document, ECF Docket No. 1200 (the "Motion"). Having considered the moving papers before it
4    and finding good cause,

5    The Court hereby grants the Motion and orders that ECF Docket No. 1200 be
6    removed from the docket for this matter.

8    **IT IS SO ORDERED.**

10   Dated: February 14, 2025

12   _____
13   THOMAS S. HIXSON
     UNITED STATES MAGISTRATE JUDGE