UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>[~~PROPOSED~~] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1148). Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered the Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**. Accordingly,

(1) The public shall only have access to the versions of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted or withheld:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Entirety of document | Exhibit A to Epic's Motion | Reflects non-public Apple business strategy |
| Entirety of document | Exhibit B to Epic's Motion | Reflects non-public Apple business strategy |
| Redacted words in first and fifth entries on page 1 | Exhibit C to Epic's Motion | Reflects non-public Apple business strategy |
| Redacted word in first entry on page 2 | Exhibit C to Epic's Motion | Reflects non-public Apple business strategy |

**IT IS SO ORDERED.**

1  Dated: ___February 14___, 2025

_[signature]_
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge