UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER RE: APPLE INC.'S MOTION FOR RELIEF FROM A NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, Apple Inc. ("Apple") has filed a Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge (the "Motion").

Having considered the Motion, all associated documents, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's motion is **GRANTED**. Accordingly,

(1) Apple's privilege assertions over the following documents are sustained: PRIV-APL-EG_00042144, PRIV-APL-EG_00102549, PRIV-APL-EG_00102568, PRIV-APL-EG_00103114, PRIV-APL-EG_00103121, PRIV-APL-EG_00106271, PRIV-APL-EG_00101492, PRIV-APL-EG_00101660, PRIV-APL-EG_00105259, PRIV-APL-EG_00105433, PRIV-APL-EG_00105551, PRIV-APL-EG_00101732, PRIV-APL-EG_00102627, PRIV-APL-EG_00104797, PRIV-APL-EG_00105066, PRIV-APL-EG_00105082, PRIV-APL-EG_00104911, PRIV-APL-EG_00102636, PRIV-APL-EG_00103745, PRIV-APL-EG_00103776, PRIV-APL-EG_00103817, PRIV-APL-EG_00104107, PRIV-APL-EG_00104108, PRIV-APL-EG_00104112, PRIV-APL-EG_00104113, PRIV-APL-EG_00019675, PRIV-APL-EG_00102062, PRIV-APL-EG_00102109, PRIV-APL-EG_00024072, PRIV-APL-EG_00042126, PRIV-APL-EG_00101062, PRIV-APL-EG_00101114, PRIV-APL-EG_00101128, PRIV-APL-EG_00101328, PRIV-APL-EG_00101398, PRIV-APL-EG_00101407, PRIV-APL-EG_00101653, PRIV-APL-EG_00101695, PRIV-APL-EG_00102722, PRIV-APL-EG_00102727, PRIV-APL-EG_00116590, PRIV-APL-EG_00043390, PRIV-APL-EG_00102087, PRIV-APL-EG_00103273, PRIV-APL-EG_00021967, PRIV-APL-EG_00021970, PRIV-APL-EG_00044225, PRIV-APL-EG_00021978, PRIV-APL-EG_00102115, PRIV-APL-EG_00102883, PRIV-APL-EG_00105014, PRIV-APL-EG_00105019, PRIV-APL-EG_00105028, PRIV-APL-EG_00105216, and PRIV-APL-EG_00106032.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge