1  DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA 90071
   Telephone: 213.229.7000
4  Facsimile: 213.229.7520

5  CYNTHIA E. RICHMAN (D.C. Bar No.
   492089; *pro hac vice*)
6  crichman@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  1050 Connecticut Avenue, N.W.
   Washington, DC 20036
8  Telephone: 202.955.8500
   Facsimile: 202.467.0539
9
   JULIAN W. KLEINBRODT, SBN 302085
10 jkleinbrodt@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
11 One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
12 Telephone: 415.393.8200
   Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

16  Attorneys for Defendant APPLE INC.

17  **UNITED STATES DISTRICT COURT**

18  **NORTHERN DISTRICT OF CALIFORNIA**

19  **OAKLAND DIVISION**

20  EPIC GAMES, INC.

21          Plaintiff, Counter-defendant

22  v.

23  APPLE INC.,

24          Defendant, Counterclaimant

25

Case No. 4:20-cv-05640-YGR-TSH

**APPLE INC.'S NOTICE OF LODGING**

The Honorable Thomas S. Hixson

26

27

28

In support of its Motion for Relief from a Nondispositive Pretrial Order of Magistrate Judge, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 1643 (PRIV-APL-EG_00042144;

2. Privilege Log Entry 3095 (PRIV-APL-EG_00102549);

3. Privilege Log Entry 3098 (PRIV-APL-EG_00102568);

4. Privilege Log Entry 3158 (PRIV-APL-EG_00103114);

5. Privilege Log Entry 3160 (PRIV-APL-EG_00103121);

6. Privilege Log Entry 3496 (PRIV-APL-EG_00106271);

7. Privilege Log Entry 2994 (PRIV-APL-EG_00101490), and its attachment, Entry 2995 (PRIV-APL-EG_00101492);

8. Privilege Log Entry 3005 (PRIV-APL-EG_00101655), and its attachment, Entry 3006 (PRIV-APL-EG_00101660);

9. Privilege Log Entry 3379 (PRIV-APL-EG_00105255), and its attachment Entry 3380 (PRIV-APL-EG_00105259);

10. Privilege Log Entry 3398 (PRIV-APL-EG_00105431), and its attachment, Entry 3399 (PRIV-APL-EG_00105433);

11. Privilege Log Entry 3404 (PRIV-APL-EG_00105547), and its attachment, Entry 3405 (PRIV-APL-EG_00105551);

12. Privilege Log Entry 3015 (PRIV-APL-EG_00101729), and its attachment, Entry 3016 (PRIV-APL-EG_00101732);

13. Privilege Log Entry 3102 (PRIV-APL-EG_00102624), and its attachment, Entry 3103 (PRIV-APL-EG_00102627);

14. Privilege Log Entry 3317 (PRIV-APL-EG_00104794), and its attachment, Entry 3318 (PRIV-APL-EG_00104797);

15. Privilege Log Entry 3357 (PRIV-APL-EG_00105059), and its attachment, Entry 3358 (PRIV-APL-EG_00105066);

16. Privilege Log Entry 3359 (PRIV-APL-EG_00105079), and its attachment, Entry 3360 (PRIV-APL-EG_00105082);

17. Privilege Log Entry 3333 (PRIV-APL-EG_00104902), and its attachment, Entry 3334 (PRIV-APL-EG_00104911);

18. Privilege Log Entry 3104 (PRIV-APL-EG_00102634), and its attachment, Entry 3105 (PRIV-APL-EG_00102636);

19. Privilege Log Entry 3214 (PRIV-APL-EG_00103725), and its attachment, Entry 3215 (PRIV-APL-EG_00103745);

20. Privilege Log Entry 3217 (PRIV-APL-EG_00103774), and its attachment, Entry 3218 (PRIV-APL-EG_00103776);

21. Privilege Log Entry 3223 (PRIV-APL-EG_00103807), and its attachment, Entry 3224 (PRIV-APL-EG_00103817);

22. Privilege Log Entry 3247 (PRIV-APL-EG_00104105), and its attachments, Entries 3248 (PRIV-APL-EG_00104107) and 3249 (PRIV-APL-EG_00104108);

23. Privilege Log Entry 3250 (PRIV-APL-EG_00104109), and its attachments, Entries 3251 (PRIV-APL-EG_00104112) and 3252 (PRIV-APL-EG_00104113);

24. Privilege Log Entry 402 (PRIV-APL-EG_00019654), and its attachment, Entry 403 (PRIV-APL-EG_00019675)

25. Privilege Log Entry 3041 (PRIV-APL-EG_00102059), and its attachment, Entry 3042 (PRIV-APL-EG_00102062)

26. Privilege Log Entry 3047 (PRIV-APL-EG_00102097), and its attachment, Entry 3048 (PRIV-APL-EG_00102109)

27. Privilege Log Entry 599 (PRIV-APL-EG_00024058), and its attachment, Entry 601 (PRIV-APL-EG_00024072);

28. Privilege Log Entry 1635 (PRIV-APL-EG_00042125), and its attachment, Entry 1636 (PRIV-APL-EG_00042126);

29. Privilege Log Entry 2942 (PRIV-APL-EG_00101044), and its attachment, Entry 2943 (PRIV-APL-EG_00101062);

30. Privilege Log Entry 2946 (PRIV-APL-EG_00101106), and its attachment, Entry 2947 (PRIV-APL-EG_00101114);

31. Privilege Log Entry 2059 (PRIV-APL-EG_00101127), and its attachment, Entry 2951 (PRIV-APL-EG_00101128);

32. Privilege Log Entry 2964 (PRIV-APL-EG_00101319), and its attachment, Entry 2965 (PRIV-APL-EG_00101328);

33. Privilege Log Entry 2976 (PRIV-APL-EG_00101390), and its attachment, Entry 2977 (PRIV-APL-EG_00101398);

34. Privilege Log Entry 2975 (PRIV-APL-EG_00101403), and its attachment, Entry 2981 (PRIV-APL-EG_00101407);

35. Privilege Log Entry 3003 (PRIV-APL-EG_00101611), and its attachment, Entry 3004 (PRIV-APL-EG_00101653);

36. Privilege Log Entry 3007 (PRIV-APL-EG_00101667), and its attachment, Entry 3008 (PRIV-APL-EG_00101695);

37. Privilege Log Entry 3114 (PRIV-APL-EG_00102722), and its attachment, Entry 3115 (PRIV-APL-EG_00102727);

38. PRIV-APL-EG_00116569, and its attachment, Entry 3988 (PRIV-APL-EG_00116590);

39. Privilege Log Entry 1760 (PRIV-APL-EG_00043390);

40. Privilege Log Entry 3045 (PRIV-APL-EG_00102087);

41. Privilege Log Entry 3183 (PRIV-APL-EG_00103273);

42. PRIV-APL-EG_00021931, and its attachments, Entries 482 (PRIV-APL-EG_00021967) and 483 (PRIV-APL-EG_00021970);

43. Privilege Log Entry 1775 (PRIV-APL-EG_00044225);

44. Privilege Log Entry 486 (PRIV-APL-EG_00021978);

45. Privilege Log Entry 3051 (PRIV-APL-EG_00102114), and its attachment, Entry 3052 (PRIV-APL-EG_00102115);

46. Privilege Log Entry 3123 (PRIV-APL-EG_00102880), and its attachment, Entry 3124 (PRIV-APL-EG_00102883);

47. Privilege Log Entry 3122 (PRIV-APL-EG_00105010), and its attachments, Entries 3349 (PRIV-APL-EG_00105014), 3350 (PRIV-APL-EG_00105019), and 3351 (PRIV-APL-EG_00105028);

48. PRIV-APL-EG_00105214, and its attachment, Entry 3374 (PRIV-APL-EG_00105216); and

49. Privilege Log Entry 3462 (PRIV-APL-EG_00106024), and its attachment, Entry 3463 (PRIV-APL-EG_00106032).

Apple is lodging rather than filing these documents under seal, because if the Court grants Apple's motion in whole or in part, Epic should no longer have access to these documents through CM/ECF. Apple is, however, providing a copy of these materials to Epic via email.

Dated: February 14, 2025

Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*