# Exhibit A

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes | Judge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00226083 | 7786 | PRIV-APL-EG_00226083 | PRIV-APL-EG_00226089 | Oliver, Carson; Tam, Mike; Ajemian, Peter | 2023-07-01 | 06:25:55 | | | | | | External Purchase Link (US) Addendum - 6.30.2023.docx | withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility prepared in anticipation or furtherance of litigation | Document is a draft external purchase link addendum prepared by counsel. | Document reflecting legal advice from Apple legal | no | | Walsh |