PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>                  Plaintiff, Counter-defendant, <br><br>                  v. <br><br> APPLE INC., <br><br>                  Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE FOR RULE 502(d) MOTION AND [PROPOSED] ORDER APPROVING BRIEFING SCHEDULE** <br><br> Courtroom: 1, 4th Floor <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

WHEREAS, on February 12, 2025, Defendant Apple Inc. ("Apple") filed a Motion for an Order Pursuant to Federal Rule of Evidence 502(d) (Dkt. 1198);

WHEREAS, on February 12, 2025, pursuant to Local Rule 6-3, Apple filed a Motion To Shorten the Time for Plaintiff Epic Games, Inc. ("Epic") to respond to the Rule 502(d) Motion (Dkt. 1199);

WHEREAS, Local Rule 6-2 authorizes parties to file a joint stipulation that would affect the date of a deadline set forth in the Local Rules;

WHEREAS, counsel for Apple and counsel for Epic have conferred and agreed upon an expedited briefing schedule for the Rule 502(d) Motion;

**THEREFORE, IT IS STIPULATED AND AGREED THAT**:

1.     Apple's Motion to Shorten Time (Dkt. 1199) is withdrawn;

2.     Epic shall file its response to Apple's Rule 502(d) Motion by February 19, 2025;

3.     Apple shall file its reply brief in support of the Rule 502(d) Motion by February 21, 2025.

Dated:  February 14, 2025                    Respectfully submitted,

                                             By:     /s/ *Paul J. Riehle*

                                             **FAEGRE DRINKER BIDDLE & REATH LLP**

                                             Paul J. Riehle (SBN 115199)
                                             paul.riehle@faegredrinker.com
                                             Four Embarcadero Center
                                             San Francisco, California 94111
                                             Telephone:  (415) 591-7500
                                             Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: February 14, 2025

Respectfully submitted,

By:    /s/ *Mark A. Perry*

**WEIL, GOTSHAL & MANGES LLP**
Mark A. Perry
Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER LLP**
Richard J. Doren
Jason C. Lo
Daniel G. Swanson
Cynthia E. Richman
Julian W. Kleinbrodt

*Attorneys for Defendant APPLE INC.*

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:_____

_____
HON. YVONNE GONZALEZ ROGERS

1

**E-FILING ATTESTATION**

2   I, Mark A. Perry, am the ECF User whose ID and password are being used to file this document.

3   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified

4   above has concurred in this filing.

5

6

7

8   _____
    /s/ *Mark A. Perry*

9   Mark A. Perry

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28