| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Response to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 1091 (PRIV-APL-EG_00079343);
2. Privilege Log Entry 1166 (PRIV-APL-EG_00081510);
3. Privilege Log Entry 1186 (PRIV-APL-EG_00081705);
4. Privilege Log Entry 1301 (PRIV-APL-EG_00082600);
5. Privilege Log Entry 1317 (PRIV-APL-EG_00082730), and its attachment, Entry 1318 (PRIV-APL-EG_00082731);
6. Privilege Log Entry 1336 (PRIV-APL-EG_00082871), and its attachment, Entry 1337 (PRIV-APL-EG_00082880);
7. Privilege Log Entry 1005 (PRIV-APL-EG_00077505), and its attachment, Entry 1006 (PRIV-APL-EG_00077514);
8. Privilege Log Entry 1070 (PRIV-APL-EG_00078882), and its attachment, Entry 1071 (PRIV-APL-EG_00078885);
9. Privilege Log Entry 1207 (PRIV-APL-EG_00081920);
10. Privilege Log Entry 1211 (PRIV-APL-EG_00081945), and its attachment, Entry 1212 (PRIV-APL-EG_00081959);
11. Privilege Log Entry 1217 (PRIV-APL-EG_00081981), and its attachment, Entry 1218 (PRIV-APL-EG_00081990);
12. Privilege Log Entry 1285 (PRIV-APL-EG_00082512), and its attachment, Entry 1286 (PRIV-APL-EG_00082517);
13. Privilege Log Entry 59 (PRIV-APL-EG_00150016);
14. Privilege Log Entry 86 (PRIV-APL-EG_00150155);

15. Privilege Log Entry 102 (PRIV-APL-EG_00150245);

16. Privilege Log Entry 111 (PRIV-APL-EG_00150279);

17. Privilege Log Entry 161 (PRIV-APL-EG_00150470);

18. Privilege Log Entry 178 (PRIV-APL-EG_00150526);

19. Privilege Log Entry 186 (PRIV-APL-EG_00150566);

20. Privilege Log Entry 195 (PRIV-APL-EG_00150609);

21. Privilege Log Entry 212 (PRIV-APL-EG_00150695);

22. Privilege Log Entry 242 (PRIV-APL-EG_00150836);

23. Privilege Log Entry 243 (PRIV-APL-EG_00150838);

24. Privilege Log Entry 245 (PRIV-APL-EG_00150846);

25. Privilege Log Entry 246 (PRIV-APL-EG_00150853);

26. Privilege Log Entry 253 (PRIV-APL-EG_00150910), and its attachment, Entry 254 (PRIV-APL-EG_00150913);

27. Privilege Log Entry 1479 (PRIV-APL-EG_00162710);

28. Privilege Log Entry 1593 (PRIV-APL-EG_00163926);

29. Privilege Log Entry 359 (PRIV-APL-EG_00152116);

30. Privilege Log Entry 1536 (PRIV-APL-EG_00162926);

31. Privilege Log Entry 1538 (PRIV-APL-EG_00162944);

32. Privilege Log Entry 1603 (PRIV-APLEG_00163959);

33. Privilege Log Entry 1599 (PRIV-APL-EG_00163945);

34. Privilege Log Entry 1646 (PRIV-APL-EG_00164107);

35. Privilege Log Entry 374 (PRIV-APL-EG_00152210);

36. Privilege Log Entry 375 (PRIV-APL-EG_00152217);

37. Privilege Log Entry 381 (PRIV-APL-EG_00152246);

38. Privilege Log Entry 1467 (PRIV-APL-EG_00162374);

39. Privilege Log Entry 1469 (PRIV-APL-EG_00162454);

40. Privilege Log Entry 1470 (PRIV-APL-EG_00162498);

41. Privilege Log Entry 1471 (PRIV-APL-EG_00162520);

42. Privilege Log Entry 1567 (PRIV-APL-EG_00163103);

Dated: February 14, 2025                    Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*