1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,** | Case No. 4:20-cv-05640-YGR |
| Plaintiff and Counter-Defendant, | **ORDER REGARDING EVIDENTARY HEARING SCHEDULE** |
| v. | |
| **APPLE INC.,** | |
| Defendant and Counterclaimant. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In anticipation of the upcoming evidentiary hearing, please be advised that the Court's schedule will be as follows:

For Monday February 24, 2025:

**8:30 a.m. – 10:00 a.m. (1.5 hours)**, then a **20-minute break**

**10:20 a.m. – 11:50 a.m. (1.5 hours)**, then a **40-minute break**

**12:30 p.m. – 2:00 p.m. (1.5 hours)**, then a **20-minute break**

**2:20 p.m. – 4:00 p.m. (1 hour, 40 minutes)**

For Tuesday, February 25, 2025:

**8:30 a.m. – 10:00 a.m. (1.5 hours)**, then a **20-minute break**

**10:20 a.m. – 11:50 a.m. (1.5 hours)**, then a **40-minute break**

**12:30 p.m. – 2:00 p.m. (1.5 hours)**, then a **20-minute break**

**2:20 p.m. – 3:30 p.m. (1 hour, 10 minutes)**

For Wednesday, February 26, 2025:

**8:00 a.m. – 9:20 a.m. (1 hour 20 min)**, then a **10-minute break**

**9:30 a.m. – 10:50 a.m. (1 hour 20 min)**

**12:30 p.m. – 2:00 p.m. (1.5 hours)**, then a **20-minute break**

**2:20 p.m. – 4:00 p.m. (1 hour, 40 minutes)**

The order of witnesses shall be filed by noon on Friday, February 21, 2025.  Witness binders with exhibits shall be provided to the Court as well has hard copies of any transcripts that may be used for impeachment purposes.

**IT IS SO ORDERED.**

Dated: February 18, 2025

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California