GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S STATEMENT PURSUANT TO DISCOVERY ORDER** <br><br> Courtroom: E, 15th Floor <br> Judge: Hon. Thomas S. Hixson |

1    Pursuant to ECF No. 1209, Epic Games, Inc. ("Epic") hereby files this statement agreeing
2 to Apple's proposed redactions over Entry No. 1046 (PRIV-APL-EG_00033294).  Epic
3 understands that the document will be produced with the agreed-upon redactions immediately.

4  Dated:  February 18, 2025                        Respectfully submitted,

5                                                   By:   /s/  Yonatan Even

6                                                   **FAEGRE DRINKER BIDDLE & REATH**
7                                                   **LLP**

8                                                   Paul J. Riehle (SBN 115199)
                                                    paul.riehle@faegredrinker.com
9
10                                                  Four Embarcadero Center
                                                    San Francisco, California 94111
11                                                  Telephone:  (415) 591-7500
                                                    Facsimile:  (415) 591-7510
12
13                                                  **CRAVATH, SWAINE & MOORE LLP**

14                                                  Gary A. Bornstein (*pro hac vice*)
                                                    gbornstein@cravath.com
15                                                  Yonatan Even (*pro hac vice*)
                                                    yeven@cravath.com
16                                                  Lauren A. Moskowitz (*pro hac vice*)
                                                    lmoskowitz@cravath.com
17                                                  Justin C. Clarke (*pro hac vice*)
                                                    jcclarke@cravath.com
18                                                  Michael J. Zaken (*pro hac vice*)
                                                    mzaken@cravath.com
19                                                  M. Brent Byars (*pro hac vice*)
20                                                  mbyars@cravath.com

21                                                  375 Ninth Avenue
22                                                  New York, New York 10001
                                                    Telephone:  (212) 474-1000
23                                                  Facsimile:  (212) 474-3700

24                                                  *Attorneys for Plaintiff and Counter-defendant*
25                                                  *Epic Games, Inc.*

26
27
28

EPIC GAMES, INC.'S STATEMENT
PURSANT TO DISCOVERY ORDER                    1              CASE NO. 4:20-CV-05640-YGR-TSH

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even

EPIC GAMES, INC.'S STATEMENT
PURSUANT TO DISCOVERY ORDER        2        CASE NO. 4:20-CV-05640-YGR-TSH