```
            UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

  Before The Honorable Thomas S. Hixson, Magistrate Judge


EPIC GAMES, INC.,              )
                               )
         Plaintiff,            )
                               )
vs.                            )  Case No. C 20-05640-YGR
                               )
APPLE, INC.,                   )
                               )
         Defendant.            )
_____)
                                  San Francisco, California
                                  Friday, February 14, 2025


  TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
           RECORDING 1:02 - 1:18 = 16 MINUTES

APPEARANCES:

For Plaintiff:
                            Cravath, Swaine & Moore, LLP
                            375 Ninth Avenue
                            New York, New York 10001
                       BY:  YONATAN EVEN, ESQ.

For Defendant:
                            Weil, Gotshal & Manges, LLP
                            2001 M Street, NW
                            Suite 600
                            Washington, D.C. 20036
                       BY:  MARK A. PERRY, ESQ.


Transcribed by:             Echo Reporting, Inc.
                            Contracted Court Reporter/
                            Transcriber
                            echoreporting@yahoo.com
```

2

1  Friday, February 14, 2025                                  1:02 p.m.
2                      P-R-O-C-E-E-D-I-N-G-S
3                             --oOo--
4         THE CLERK: All right, everyone. Good afternoon.
5  We are here in civil action 20-5640, Epic Games, Inc.,
6  versus Apple, Inc., the Honorable Thomas S. Hixson
7  presiding.
8      Counsel, please state your appearances for the record.
9  Let's start with the Plaintiff's counsel.
10         MR. EVEN (via Zoom): Good afternoon, your Honor.
11 Yonatan Even for Epic Games.
12         THE COURT: Good afternoon.
13         MR. PERRY (via Zoom): Good afternoon, your Honor.
14 Mark Perry for Apple.
15         THE COURT: Good afternoon.
16     In the joint statement, Epic stated that the parties
17 were intending to meet and confer on several topics after
18 the filing of the report, and Epic thought that it would be
19 useful to have the status conference.
20     So let me turn to Epic. What issues would you like to
21 discuss?
22         MR. EVEN: Thank you, your Honor. So I think
23 mostly it's an update to your -- for your Honor on where the
24 parties are. The parties had, I think, a very fruitful
25 meet-and-confer, and agreed to some agreements that are

going to affect kind of the process, obviously, subject to your Honor's approval.

So what we have tried to do is to compress the timing between now and the 24th, so that we can make the best use of the prioritization of certain documents for the special masters to review, and so where we landed, Epic proposed and Apple helpfully agreed, is that Apple is going to produce all the documents that were redacted, as well as all the documents that were overruled, and Apple does not intend to object to that ruling, this week by Tuesday.

Apple also has committed to endeavor, or at least try, to produce thereafter any documents that the special masters continue to rule on that are redacted within 72 hours, and the same for any documents that have gone to your Honor, and your Honor has ruled on, and they need to be produced as a result, whether in redacted form or some other form, and so any additional rulings that come from your Honor will still be helpful for the parties, I think, in advance of that hearing.

Apple has then said that it will endeavor to produce anything after Tuesday, within 96 hours, to the extent the special masters have overruled something just because it needs another 24 hours to decide whether to object or not.

So that is in terms of compressing the time line. Then the parties also agreed to take somewhat of a hiatus, again

1 subject to your Honor's approval, and if your Honor thinks
2 that we need to alert Judge Gonzalez Rogers to that, we will
3 obviously do so, but the idea is that any objection process
4 that has not begun by next Thursday will be tolled until,
5 probably, I think, February 28th, so after the couple of
6 days after the hearing, and so both parties can turn their
7 focus fully to the hearing the following week.
8     The idea is that the special masters are going to
9 continue in the meantime to review and provide us with
10 reports, and just the time for us to file any objections and
11 responses is going to be tolled if that is acceptable to
12 your Honor.
13     So those are things that have been raised and agreed
14 to.  There is one outstanding request from Epic to Apple
15 which is relevant as well, I think, which is what to do
16 about documents that have been produced in redacted form.
17 Epic's view is that the protocol, unfortunately, doesn't
18 really speak about what to do with those.
19     Obviously, the protocol speaks to objections, but Epic
20 can't object to documents that are -- that Apple sought to
21 redact, based simply on the ruling from the special masters,
22 because, at that point, we don't even know what has and
23 hasn't been redacted.  We don't have the documents.
24     And so what we asked Apple to agree to is that
25 documents that are produced in redacted form, Epic will have

5

a couple of weeks to review from the date they've been produced, and then, if there are objections -- I don't expect it from anybody -- if there are any objections, we will have an opportunity to do this, and Apple has taken that back and said it will respond.

    That is where we are about the meet-and-confer. I have two other short updates, if I may, your Honor.

        THE COURT: Yes. Please go ahead.

        MR. EVEN: Yes. One is with respect to the issue of documents that the special masters have reviewed and essentially sent back to Apple to re-review and redact, after Apple initially asked to withhold, and the special masters have set a conference with them on that issue for next Tuesday. So there's nothing for your Honor to do about it right now, just I know we have put it in the status report.

    So that's the latest status on that, and then the last thing is that your Honor has asked us to meet and confer about entry 1219 that we objected to in Docket 1147, and I think where we are on that is that Epic asked Apple to really try and provide a minimal redaction of that document based on our review of the document. Apple has sent us something, and I think we're either there or very close. It's about two percent of the document, I would say, is redacted, so I think we're there. I need to read it one

1  more time after this conference.
2      And the last point is that the parties met and
3  conferred about the prioritization, and I think where we are
4  is that we will endeavor to provide Apple, probably today,
5  with 500 documents for additional priority review.  Apple
6  said that it has another 500, so together it's 1,000, and we
7  will probably provide those to the special masters, with a
8  request for them to issue their next report no later than
9  next Wednesday, whether they've gone through the 1,000 or
10 some portion thereof, so that Apple can still, under the new
11 compressed time line, produce what it can, and we can object
12 to your Honor if necessary.
13     And I think the parties are in agreement that there is
14 diminishing utility in further prioritization, because there
15 is some meaningful breakage in prioritizing and changing the
16 order, and pulling out documents and pulling other files in,
17 and so we'd probably, with that, finish the prioritization,
18 since it's not going to be on time for the hearing, anyway.
19         THE COURT:  Thank you.
20     Let me turn to Apple, and first Epic has recited
21 agreements between the parties.  If you see things
22 differently, or if you don't think that Epic phrased it
23 quite right, please let me know, and then please give me any
24 status updates that you would like to provide.
25         MR. PERRY:  Thank you, your Honor.  Nothing

further.  If I could just tick through the six categories, we do mainly have agreement.  I have a couple clarifications, really.  I just want to make sure we are in alignment.

Number one is on the accelerated production of documents before the hearing.  We have agreed to that.  Just one clarification.  We're going to produce the documents as to which the redactions are sustained by Tuesday, the 18th.  For the overruled documents, we are going to endeavor to do it by Tuesday, but it may slip to Wednesday, and it may be some on one day and some on the other, and I think we explained that to Mr. Even earlier.  It's just a matter of the number of the documents.

Otherwise, we will make best efforts to do the 72-hour rule, or the 72-hour guideline that Mr. Even described.  We agree with that for next week.  So, number one, I think we have an agreement just with that one change from Tuesday to Wednesday.

Second, on the hiatus, we do agree that it makes sense for all parties to take a breather during the hearing from the objection and response process, and we do agree that starting that for objections due on Thursday, the 20th of February, is fine.

We actually had not discussed the end date.  Mr. Even just now proposed February 28th, which is the Friday of a

1  trial week.  I would propose Monday, March 3rd, because the
2  same troops are going to be in trial and traveling and
3  wherever, and I don't think it makes a material difference
4  of timing just to shift it from Friday to Monday.  So I
5  would propose Monday, March 3rd, for the resumption date,
6  just for humanity's sake.
7       We do -- we, Apple, do have a concern on this hiatus
8  issue.  We completely agree it makes sense.  The objection
9  dates are actually set forth in the protocol that was
10 entered as an order by Judge Gonzalez Rogers, so we wanted
11 to raise it with your Honor in the first instance, to
12 inquire whether -- you know, the parties are in agreement.
13 Do we need a stipulation or an order or an amendment or
14 something?  We just want to make sure that nobody here is --
15 we're all in agreement, but we do have a court order that
16 works a little bit differently, in other words.  So that's a
17 procedural question we have.
18           THE COURT:  Here is what I think you should do.
19 It sounds like the parties have reached agreements that
20 would modify the protocol that Judge Gonzalez Rogers has
21 approved.  So I think you should take those agreements and
22 put them into a stipulation and proposed order set up for
23 her signature.
24           MR. PERRY:  We can do that, your Honor.  Thank
25 you.

1        The third issue is the -- Epic's objections to
2   documents that have redactions.  We do -- we, Apple, do
3   think this is covered by the protocol.  However, we are
4   happy to work with Epic on it.  They have given us a
5   proposal that we are working on, and we'll get back to them,
6   and I think there's a path to a resolution here, and there's
7   nothing today to be resolved.
8        The fourth, yes, the special masters are meeting on the
9   issue that Epic has raised to them next Tuesday, the 18th,
10  and the document number five, document 1219, the parties,
11  I'm quite sure, are going to reach an agreement.
12       And, number six, the prioritization.  Epic identified
13  the first thousand documents, according to Judge Gonzalez
14  Rogers' order.  They've already gone to the special master.
15  Most of them have already been reviewed.  The second
16  thousand will be split, 500/500, by the parties, and then I
17  think the parties are in agreement, as Mr. Even indicated,
18  that the remainder of the documents would then proceed in
19  the way they had been doing before the prioritization
20  system, in other words, the -- it would go back to last
21  week's methodology.
22            THE COURT:  Thank you for the update.
23       Epic, did you want to respond to anything Apple just
24  said?
25            MR. EVEN:  So the only thing that I think that I

1  heard -- so, first of all, I agree that Apple did say, and
2  that's my omission, that some of these may slip to
3  Wednesday.  I agree with that.  I do think that we had
4  discussed the hiatus to the 28th, but I'm sure we can agree
5  on the following Monday.  I will confirm with my client and
6  get back to Apple on that, but I don't foresee an issue.
7         THE COURT:  All right.  Thank you.
8      Then let me ask the parties, do you think there would
9  be any utility for scheduling another discovery status
10 conference?  It would presumably be after the evidentiary
11 hearings at the end of February.
12     Let me ask Epic for your thoughts.
13         MR. EVEN:  I would -- if it doesn't impose on your
14 Honor, I would ask that we schedule something, and take it
15 off again if it's not necessary.  We do have this issue of
16 the objection to redactions that I hope we can resolve, but
17 I don't know, and I don't know what's going to come out of
18 the -- after the hearing.  So I would ask for it to be on
19 calendar, and, hopefully, we can take care of.
20         THE COURT:  It's fine if either side wants the
21 hearing.  I'm happy to schedule one, and then you can take
22 it of calendar if you don't need it.
23     Apple, is that fine with you?
24         MR. PERRY:  We have no objection, your Honor.
25 We've been on a biweekly schedule.  That would put it to the

1  28th, which creates the same issue I just identified as the
2  Friday of a trial week.  Perhaps making it a three-week
3  cadence this time, which would be Friday, March 7th, would
4  let us get through the hearing, take a deep breath, and then
5  come back to this Court with anything that might remain
6  after that.
7           THE COURT:  The 7th poses difficulties for me, but
8  I could do Friday, March 14th, if that would work for the
9  parties.
10          MR. PERRY:  It's fine with Apple, your Honor.
11          MR. EVEN:  The only concern we have there, your
12 Honor, is about this objection to the redactions, just
13 because, if we can't reach resolution, then the time is
14 ticking against us, essentially, as to when those need to be
15 resolved, or need to be filed, at least.  So that's my only
16 concern.  So, between the 14th and the 28th, I would go for
17 the 28th.  If your Honor can't do the 7th, then I would
18 prefer the 28th, and maybe we can talk about whether the
19 parties absolutely need a status report in the chance that
20 even will be at the hearing.
21          MR. PERRY:  Your Honor, may I propose -- I think
22 we're going to come to an agreement on this issue, just
23 so -- and we're just not done yet.  It was raised, you know,
24 today or yesterday.  What if we try to reach agreement, and
25 if we don't, we submit a joint discovery letter, and the

1  Court may be able to decide it on the papers or convene a
2  hearing, at the Court's convenience, on it, if we can't
3  reach an agreement?
4          THE COURT:  I think that approach makes sense.  If
5  the parties are unable to reach an agreement, then please
6  file a joint discovery letter brief, and then I can schedule
7  a hearing to address that issue, or, if there are any issues
8  that come up that you need some assistance with, please file
9  a joint discovery letter brief, and then I can schedule a
10 hearing and talk with the parties.
11      However, in the meantime, I'm going to schedule our
12 next regularly scheduled status conference for March 14th at
13 1:00 p.m., but, again, if issues come up, or disputes come
14 up in advance of then that you would like to brief, please
15 do so, and I'll be happy to schedule another hearing to talk
16 with the parties about those issues, and then your next
17 regularly scheduled discovery status report will be due on
18 March 13th.
19      Is there anything else that Epic would like to raise at
20 the hearing today?
21         MR. EVEN:  No, thank you, your Honor.
22         THE COURT:  And is there anything else that Apple
23 would like to raise?
24         MR. PERRY:  Nothing from Apple, your Honor.
25         THE COURT:  All right.  Thank you, Counsel.  The

13

1  matter is submitted.  Have a good afternoon.
2           MR. EVEN:  Thank you.
3           THE CLERK:  Thank you.
4      (Proceedings adjourned at 1:18 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                    14
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3      I certify that the foregoing is a true and correct
 4 transcript, to the best of my ability, of the above pages of
 5 the official electronic sound recording provided to me by
 6 the U.S. District Court, Northern District of California, of
 7 the proceedings taken on the date and time previously stated
 8 in the above matter.
 9      I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.
14                  
15
16             Echo Reporting, Inc., Transcriber
17                Tuesday, February 18, 2025
18
19
20
21
22
23
24
25
```