UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-05640-YGR   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 1189, 1191, 1207 |

The Court addresses the parties' objections to the Special Masters' rulings filed at ECF Nos. 1189, 1191 and 1207.

**A.    ECF No. 1189 (Apple's February 10, 2025 Objections)**

Apple's objections concerning Entries 9349, 9350, 9376, 9377, 9380, 9381, 9485, 9486, 727 and 738 are **OVERRULED**.

**B.    ECF No. 1191 (Epic's February 10, 2025 Objections)**

The disputes concerning Entries 648, 9596, 9601, 860, 2478 and 2681 are moot, as Apple has agreed to produce the documents without redaction.  The dispute as to Entry 2720 is also moot, as Apple has agreed to produce it, while reserving rights.

For Entries 2522-2527, Apple says that it redacted portions of the parent email chains (2522 and 2525) and the Special Masters upheld the redactions.  However, the versions provided to the Court do not show what was redacted, so the Court is unable to determine if the redactions were proper.  The Court **ORDERS** Apple to resubmit Entries 2522-2527 for in camera view within two days in a way that makes clear what was redacted.

Epic's objections are **OVERRULED** concerning Entries 662, 663, 636, 637, 666, 667, 2307, 2452, 2510, 2511, 2512, 2513, 9203, 9307, 9314, 9327, 9346, 9329, 2721, 2722, 762, 525,

526, 530, 542, 614, 615, 774, 781, 783, 800, 802, 9394, 871, 872, 883, 928, 2349, 2350, 2351 and 527.

Epic's objections are **SUSTAINED** concerning Entries 2505, 2506, 2507, 2508, 2509, 9400, 764, 2723, 9299 and 9300.

For Entry 665, Apple's notice of lodging states that this document is in tab 26. However, tab 26 has nothing in it. The Court **ORDERS** Apple to submit Entry 665 within two days.

C.  **ECF No. 1207 (Apple's February 12, 2025 Objections)**

Apple's objections concerning Entries 1342, 1345, 1346, 1155 and 1255 are **OVERRULED**.

**IT IS SO ORDERED.**

Dated: February 18, 2025

THOMAS S. HIXSON
United States Magistrate Judge

2