DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
  mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
  joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
  morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>  Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF HARRY R. S. PHILLIPS IN SUPPORT OF APPLE INC.'S OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS**<br><br>The Honorable Thomas S. Hixson |

DECLARATION OF HARRY R. S. PHILLIPS IN SUPPORT OF APPLE INC.'S OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS

CASE NO. 4:20-CV-05640-YGR

I, Harry R. S. Phillips, hereby declare as follows:

1. I am an attorney licensed to practice in the District of Columbia, and I was granted *pro hac vice* status in this case on May 12, 2021. *See* Dkt. 645. I am an associate at the law firm Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Apple Inc. ("Apple") in this case. I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto.

2. I have represented Apple in this litigation since 2020.

3. I understand that Apple is appealing certain rulings by the Special Masters regarding Apple's assertion of the attorney-client privilege and work product protection for certain documents Apple redacted or withheld in connection with injunction compliance proceedings. I submit this declaration to provide further information with respect to one of these documents. I refer to the document by its corresponding Bates number or entry number on Apple's privilege log in this matter.

4. I was closely involved in Apple's preparation for and presentation at the evidentiary hearing before this Court in May 2024 regarding Apple's compliance with the Injunction entered on September 10, 2021. *See* Dkt. 813.

5. Entry No. 1800 (PRIV-APL-EG_00166278) is a chart showing possible outcomes from the May 2024 evidentiary hearing, including an assessment of the likelihood of each outcome. I drafted this document in conjunction with other attorneys at Gibson Dunn and Weil, Gotshal & Manges LLP (co-counsel in this matter) during the hearing.

6. I and others drafted this document for the purpose of providing legal advice and analysis to Apple regarding the May 2024 evidentiary hearing. This document reflects my and other attorneys' legal judgment and mental impressions about the evidentiary hearing, including the likely and possible outcomes.

7. It is my view that this document was created and transmitted for the primary and predominant purpose of advising my client in connection with ongoing litigation.

8. I confirmed that this document was sent by me to Apple on May 29, 2024 and posted on

1   Box (a file-share system used by Apple) the same day.

3   I declare under penalty of perjury under the laws of the United States of America that the foregoing is
4   true and correct.

5   Dated: February 18, 2025                                              Respectfully submitted,

7                                                                  By: _____
8                                                                        Harry R. S. Phillips

DECLARATION OF HARRY R. S. PHILLIPS IN SUPPORT OF APPLE INC.'S OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS                     2                     CASE NO. 4:20-CV-05640-YGR