# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

**Predominantly Non-Legal Emails**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00071569 | 636 | PRIV-APL-EG_00071569 | PRIV-APL-EG_00071574 | Deardon, Aaron | 2023-02-21 | 23:36:44 | Scott Johnston | Raahul Venka… | Som Burman…; Aaron Deardon…; Sahil Qureshi…; Marielena Macias-Gutierrez…; Moin Qadir…; Roozbeh Ghaffari…; Soolean Choy…; Ryan Slagle…; Donna Gih…; Nalini Vineetha…; Sean Cameron…; D. Tina Wang…; Thomas Nystrand…; vinoth (V) Panimayaraj…; Manoj Pandey…; Supreeth Tirunagari (V)… | | Re: KCC RFI - Commission Rates | 20230221-1536 Re: KCC RFI - Commission Rates.eml | Withhold | AttorneyClient; Work Product | Email chain providing information for the purpose of rendering legal advice prepared at the direction of counsel regarding foreign regulatory issues in Korea. | Email correspondence between in-house counsel (Marielena Macias-Gutierrez) and analysts re counsel's request collect data in connection with foreign regulatory issues, including Korea. | Sean Cameron (Apple in-house counsel); Soolean Choy (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00071569 | 637 | PRIV-APL-EG_00071575 | PRIV-APL-EG_00071575 | Deardon, Aaron | | | | | | | | PastedGraphic-1.png | Withhold | Work Product | Spreadsheet providing information for the purpose of rendering legal advice prepared at the direction of counsel regarding foreign regulatory issues in Korea. | Draft data prepared by analyst at direction of in-house counsel (Marielena Macias-Gutierrez) connection with foreign regulatory issues, including Korea. | Document prepared for the purpose of rendering legal advice | Yes |
| PRIV-APL-EG_00071742 | 648 | PRIV-APL-EG_00071742 | PRIV-APL-EG_00071746 | Gray, Eric; Deardon, Aaron | 2022-09-09 | 01:47:25 | Ju Ju Guo | Jocelyn Krabbenschmidt… | Eric Gray…; Sean Cameron…; Aaron Deardon…; David Chan… | | Re: Korea | 20220908-1847 Re: Korea.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance analysis of commission rate. | Email reflects information needed for the purposes of obtaining legal advice | Sean Cameron (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00071833 | 662 | PRIV-APL-EG_00071833 | PRIV-APL-EG_00071834 | Deardon, Aaron | 2023-02-15 | 01:36:00 | Marielena Macias-Gutierrez | | D. Tina Wang…; Soolean Choy…; Som Burman…; Ryan Slagle…; Aaron Deardon… | | [KCC RFI - Commission Rates] | 20230214-1736 KCC RFI - Commission Rates.eml | Withhold | AttorneyClient | Email related to information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in Korea. | Email from in-house counsel (Marielena Macias-Gutierrez) requesting data in connection with foreign regulatory issues, including Korea. | Tina Wang (Apple in-house counsel); Soolean Choy (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00071833 | 663 | PRIV-APL-EG_00071835 | PRIV-APL-EG_00071835 | Deardon, Aaron | | | | | | | | Screenshot 2023-02-08 at 12.46.02 PM.png | Withhold | AttorneyClient | Spreadsheet related to information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in Korea. | Draft data from in-house counsel (Marielena Macias-Gutierrez) related to requesting data in connection with foreign regulatory issues, including Korea. | Tina Wang (Apple in-house counsel); Soolean Choy (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00071853 | 666 | PRIV-APL-EG_00071853 | PRIV-APL-EG_00071858 | Deardon, Aaron | 2023-02-23 | 23:10:37 | Donna Gih | Raahul Venka… | Som Burman…; Aaron Deardon…; Sahil Qureshi…; Marielena Macias-Gutierrez…; Moin Qadir…; Roozbeh Ghaffari…; Soolean Choy…; Ryan Slagle…; Nalini Vineetha…; Sean Cameron…; D. Tina Wang…; Thomas Nystrand…; vinoth (V) Panimayaraj…; Manoj Pandey…; Supreeth Tirunagari (V)…; Ranjani Ramakrishnan…; Scott Johnston… | | [Re: KCC RFI - Commission Rates] | 20230223-1510 Re: KCC RFI - Commission Rates.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of rendering legal advice prepared at the direction of counsel regarding foreign regulatory issues in Korea. | Email correspondence between in-house counsel (Marielena Macias-Gutierrez) and client's analysts working under her request to collect data for analysis re foreign regulatory issues, including Korea. | Soolean Choy (Apple in-house counsel); Tina Wang (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00071853 | 667 | PRIV-APL-EG_00071859 | PRIV-APL-EG_00071859 | Deardon, Aaron | | | | | | | | PastedGraphic-1.png | Withhold | Work Product | Spreadsheet providing information for the purpose of rendering legal advice prepared at the direction of counsel regarding foreign regulatory issues in Korea. | Draft data shared with in-house counsel (Marielena Macias-Gutierrez) based on her request to collect such data in connection with foreign regulatory issues, including Korea. | Soolean Choy (Apple in-house counsel); Tina Wang (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00050545 | 2307 | PRIV-APL-EG_00050545 | PRIV-APL-EG_00050548 | Oliver, Carson; Thai, Ann | 2023-06-08 | 17:25:43 | Fred Sainz | Carson Oliver…; Ann Thai…; Sean Cameron… | | | Fwd: Epic Appeals Filed — privileged and confidential | 20230608-1025 Fwd: Epic Appeals Filed — privileged and confidential.eml | Withhold | AttorneyClient; WorkProduct | Email providing work product from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00053131 | 2452 | PRIV-APL-EG_00053131 | PRIV-APL-EG_00053132 | Volpe, Matt | 2023-10-27 | 15:16:26 | natalie lumpkin | Heather Rhoades…; Kyle Jameson…; Raj Suvarna…; Barry Peters…; Lindsay Meagher (V)…; Tomislav Petrovic (V)…; Julien Quety…; John Richards…; Michael Dare…; Katharina Kashishian…; Gordon…; James (ASE UK) Stevenson…; Yue Fang…; Travis Huang (V)…; Michael Chan…; Gautam Deshmukh…; Prajisha Ravindran…; Pamela Wong…; Grace Shin…; Ediz Turkoglu…; Fitz FitzGerald…; Colleen McMillan…; Ben Jack…; Martin Rouaux…; Matt Volpe…; Eric Bailey… | | | DMA Guidelines Overview (Option 2) | 20231027-0816 DMA Guidelines Overview (Option 2).eml | Withhold | AttorneyClient; WorkProduct | Email providing legal advice prepared by counsel regarding foreign regulatory issues in the European Union, including DMA compliance legal counsel regarding DMA compliance, prepared in anticipation or furtherance of litigation | Employee conveying document containing legal advice prepared by compliance legal counsel regarding DMA compliance. | Freshfields (outside counsel) | YES |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00053686 | 2505 | PRIV-APL-EG_00053686 | PRIV-APL-EG_00053688 | Cue, Eddy; Federighi, Craig; Cook, Tim; Oliver, Carson; Fischer, Matt; Schiller, Phil; Washburn, Tanya; Kosmynka, Trystan; Ajemian, Peter; Maestri, Luca; Goldberg, Marni; Kirtane, Latika; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2024-01-19 | 19:34:25 | Fred Sainz | Tim Cook; Kate Adams; Phil Schiller; Eddy Cue; Luca Maestri; Lisa Jackson; Greg (Joz) Joswiak; Craig Federighi | Kristin Huguet Quayle; Isaac Rubin; Susan Prescott; Matt Fischer; Ann Thai; Carson Oliver; Latika Kirtane; Andreas Wendker; Eric Albert; Jeff Robbin; Kyle Andeer; Heather Grenier; Sean Cameron; Ling Lew; Trystan Kosmynka; Kurt Knight | | HOT: Documents for 3pm PT DMA Review | 20240119-1134 HOT: Documents for 3pm PT DMA Review.eml | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. link entitlement | Document sent to in-house counsel Kate Adams requesting review | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES |
| | 2506 | PRIV-APL-EG_00053689 | PRIV-APL-EG_00053702 | Cue, Eddy; Federighi, Craig; Cook, Tim; Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter; | | | | | | | | DMA Developer Landing Page Draft V8 - Privileged and Confidential 0119.pages | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. link entitlement | Document sent to in-house counsel Kate Adams requesting review | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES |
| | 2507 | PRIV-APL-EG_00053703 | PRIV-APL-EG_00053711 | Cue, Eddy; Federighi, Craig; Cook, Tim; Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter; | | | | | | | | DMA Developer Q&A -- Privileged and Confidential 0119.pages | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. link entitlement | Document sent to in-house counsel Kate Adams requesting review | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES |
| | 2508 | PRIV-APL-EG_00053712 | PRIV-APL-EG_00053716 | Cue, Eddy; Federighi, Craig; Cook, Tim; Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter; | | | | | | | | DMA Newsroom Post -- Privileged and Confidential 0119.pages | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. link entitlement | Document sent to in-house counsel Kate Adams requesting review | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES |
| | 2509 | PRIV-APL-EG_00053717 | PRIV-APL-EG_00053718 | Cue, Eddy; Federighi, Craig; Cook, Tim; Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Ajemian, Peter; | | | | | | | | Streaming games news and announcement 0119.pages | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. link entitlement | Document sent to in-house counsel Kate Adams requesting review | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES |
| PRIV-APL-EG_00053719 | 2510 | PRIV-APL-EG_00053719 | PRIV-APL-EG_00053724 | Oliver, Carson; Washburn, Tanya; Ajemian, Peter; Moore, Ken; Kirtane, Latika; Thai, Ann | 2024-01-21 | 16:38:27 | Isaac Rubin | Carson Oliver; Ling Lew | Jen Brown; Simon ORTON; Winfred KNIBBELER; Nina Haefele; Gail Elman (V); Alexandra Luchian; Brendan McNamara; Doris, Patrick; Ann Thai; Ken Moore; Tanya Washburn; Prathima Velamuri; Latika Kirtane Raman; Fred Sainz; Peter Ajemian | | Re: Payment Processing Fee | 20240121-0838 Re: Payment Processing Fee.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Freshfields (outside counsel); Gibson Dunn (outside counsel); Brendan McNamara (Apple in-house counsel) | YES |
| | 2511 | PRIV-APL-EG_00053725 | PRIV-APL-EG_00053733 | Oliver, Carson; Washburn, Tanya; Ajemian, Peter; Moore, Ken; Kirtane, Latika; Thai, Ann | | | | | | | | Lit_DMA Developer Q&A -- Jan 20 130 PT -- Privileged and Confidential[42] copy.pages | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Freshfields (outside counsel); Gibson Dunn (outside counsel); Brendan McNamara (Apple in-house counsel) | YES |
| | 2512 | PRIV-APL-EG_00053734 | PRIV-APL-EG_00053738 | Oliver, Carson; Washburn, Tanya; Ajemian, Peter; Moore, Ken; Kirtane, Latika; Thai, Ann | | | | | | | | Lit_DMA Newsroom Post -- Jan 20 930 PT -- Privileged and Confidential[8] copy.pages | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Freshfields (outside counsel); Gibson Dunn (outside counsel); Brendan McNamara (Apple in-house counsel) | YES |
| | 2513 | PRIV-APL-EG_00053739 | PRIV-APL-EG_00053750 | Oliver, Carson; Washburn, Tanya; Ajemian, Peter; Moore, Ken; Kirtane, Latika; Thai, Ann | | | | | | | | Lit_DMA Developer Landing Page -- Jan 20 930 PT --Privileged and Confidential[86] copy.pages | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Freshfields (outside counsel); Gibson Dunn (outside counsel); Brendan McNamara (Apple in-house counsel) | YES |
| PRIV-APL-EG_00053805 | 2522 | PRIV-APL-EG_00053805 | PRIV-APL-EG_00053810 | Oliver, Carson; Fischer, Matt; Schiller, Phil; Washburn, Tanya; Kosmynka, Trystan; Barton, Nate; Pulchny, Liz; Tam, Mike; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-02 | 07:10:58 | Mike Tam | Phil Schiller; Greg Joswiak; Susan Prescott; Trystan Kosmynka; Carson Oliver; Tanya Washburn; Liz Pulchny; Ling Lew; Fred Sainz; Nate Barton | Sean Cameron; Jennifer Brown; Jason Cody; Matt Fischer; Jeff Robbin; Ann Thai | | Re: Epic injunction - entitlement addendum | 20230702-0011 Re: Epic injunction - entitlement addendum.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications strategy | Draft communications with input from legal on entitlement request form | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| | 2523 | PRIV-APL-EG_00053811 | PRIV-APL-EG_00053811 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Barton, Nate; Pulchny, Liz; Tam, Mike; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-02 | 06:40:23 | | | | | StoreKit External Purchase Link Entitlement (US) - Contact Us - Apple Developer.pdf | | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance and U.S. link entitlement program eligibility | Draft paid applications agreement page | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| | 2524 | PRIV-APL-EG_00053812 | PRIV-APL-EG_00053819 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Barton, Nate; Pulchny, Liz; Tam, Mike; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-02 | 06:32:13 | | | | | Wisconsin Comm Drafts-7.pdf | | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation of or furtherance of litigation | Draft communications for Wisconsin project requesting advice from legal | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| PRIV-APL-EG_00053820 | 2525 | PRIV-APL-EG_00053820 | PRIV-APL-EG_00053826 | Oliver, Carson; Fischer, Matt; Schiller, Phil; Washburn, Tanya; Kosmynka, Trystan; Barton, Nate; Pulchny, Liz; Tam, Mike; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-02 | 19:25:39 | Phil Schiller | Mike Tam; Ling Lew | Greg Joswiak; Susan Prescott; Trystan Kosmynka; Sean Cameron; Jennifer Brown; Jason Cody; Matt Fischer; Jeff Robbin; Ann Thai; Carson Oliver; Tanya Washburn; Liz Pulchny; Fred Sainz; Nate Barton | | Re: Epic injunction - entitlement addendum | 20230702-1225 Re: Epic injunction - entitlement addendum.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | Email addressed to legal commenting on legal's review | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| | 2526 | PRIV-APL-EG_00053827 | PRIV-APL-EG_00053827 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Barton, Nate; Pulchny, Liz; Tam, Mike; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-02 | 06:40:23 | | | | | StoreKit External Purchase Link Entitlement (US) - Contact Us - Apple Developer.pdf | | Withhold | AttorneyClient; WorkProduct | Document reflecting legal advice from counsel regarding injunction compliance press and communications strategy | Draft paid applications agreement page | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| | 2527 | PRIV-APL-EG_00053828 | PRIV-APL-EG_00053835 | Oliver, Carson; Fischer, Matt; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; Barton, Nate; Pulchny, Liz; Tam, Mike; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2023-07-02 | 06:32:13 | | | | | Wisconsin Comm Drafts-7.pdf | | Withhold | AttorneyClient; WorkProduct | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | Request for legal advice on draft communications | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| PRIV-APL-EG_00241606 | 9203 | PRIV-APL-EG_00241606 | PRIV-APL-EG_00241607 | Barton, Nate; Salian, Deepali; Vij, Kunnal | 2023-11-08 | 14:49:33 | Riye Tobase | Clifton Smith; Kumari Pan; Sheila Bayley; Adil Karrar; Miguel Bou; Nate Barton; Jocelyn Krabbenschmidt; Conor OKeeffe; Ju Ju Guo; Ling Lew; Dani Staton; Thuy Tran; Deepali Salian | | | Notes from <11/7> Project Discuss Updates/New(?) Developer Agreement | 20231108-0649 Notes from <11-7> Project Discuss Updates-New(?) Dev.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Jason Cody (Apple in-house counsel); Adil Karrar (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00242296 | 9307 | PRIV-APL-EG_00242296 | PRIV-APL-EG_00242296 | Guebert, Jeff; Savio, Atusa; Bavaro, Sam | 2023-05-19 | 18:41:17 | Jeff Guebert | Ling Yang Lew ; Jason Cody ; Blaise Margherio ; Sam Bavaro | Atusa Savio | | Wisconsin Entitlement Dev Portal Form and Approval | 20230519-1141 Wisconsin Entitlement Dev Portal Form and Approval.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Email reflects questions directed to Ling Lew (Apple in-house counsel) and Jason Cody (Apple in-house counsel). | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jason Cody (Apple in-house counsel) | yes |
| PRIV-APL-EG_00242317 | 9314 | PRIV-APL-EG_00242317 | PRIV-APL-EG_00242322 | Kosmynka, Trystan; Guebert, Jeff; Savio, Atusa; Tam, Mike; Bavaro, Sam | 2023-05-23 | 17:40:08 | Jeff Guebert | Trystan Kosmynka ; Blaise Margherio | Sean Cameron ; Ling Yang Lew ; Sam Muther Bavaro ; Jen Brown ; Mike Tam ; Jason Cody ; Atusa Savio | | Re: Wisconsin Entitlement Dev Portal Form and Approval | 20230523-1040 Re: Wisconsin Entitlement Dev Portal Form and Approval.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Requests for legal input to Ling Lew (Apple in-house counsel) and Jason Cody (Apple in-house counsel), and legal feedback throughout | Ling Lew (Apple in-house counsel); Jason Cody (Apple in-house counsel) | yes |
| PRIV-APL-EG_00242362 | 9327 | PRIV-APL-EG_00242362 | PRIV-APL-EG_00242364 | Oliver, Carson; Kosmynka, Trystan; Barton, Nate; Hawthorne, Amy; Gromek, Monika; Savio, Atusa; Gharaballly, Sam; Przytulski, Katie; Pulchny, Liz; Thai, Ann | 2023-04-28 | 20:53:12 | Sean Cameron | Sam Gharaballly ; Katie Przytulski ; Amy Hawthorne ; Ann Thai ; Atusa Savio ; Liz Pulchny ; Nate Barton ; Monika Gromek ; Carson Oliver ; Trystan Kosmynka | Jason Cody ; Ling Yang Lew ; Jen Brown | | Epic injunction -- compliance plan | 20230428-1353 Epic injunction -- compliance plan.eml | Withhold | AttorneyClient | Email providing legal advice from counsel regarding injunction compliance launch date and timing | Legal advice from counsel on injunction compliance requirements and implementation. | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | yes |
| PRIV-APL-EG_00242366 | 9329 | PRIV-APL-EG_00242366 | PRIV-APL-EG_00242367 | DuBois, Dana; Savio, Atusa | 2022-12-19 | 21:58:09 | Rich Kubota | Greg Young | Ling Lew ; Jakob Swank ; Ross LeBeau ; Atusa Savio ; Dana DuBois | | Re: Q ExternalLinkAccount - '"learn more"' setting | 20221219-1358 Re: Q ExternalLinkAccount - '"learn more"' setting.eml | withhold | AttorneyClient | Email chain reflecting requests for legal advice from counsel regarding injunction compliance requirements for link format and buttons | client asking lawyer about the External Link Account button | Ling Lew (Apple in-house counsel) | yes |
| PRIV-APL-EG_00242865 | 9346 | PRIV-APL-EG_00242865 | PRIV-APL-EG_00242867 | Oliver, Carson; Kosmynka, Trystan; Barton, Nate; Hawthorne, Amy; Gromek, Monika; Savio, Atusa; Gharaballly, Sam; Przytulski, Katie; Pulchny, Liz; Thai, Ann | 2023-04-28 | 22:14:43 | Sean Cameron | Sam Gharaballly ; Katie Przytulski ; Amy Hawthorne ; Ann Thai ; Atusa Savio ; Liz Pulchny ; Nate Barton ; Monika Gromek ; Carson Oliver ; Trystan Kosmynka | Jason Cody ; Ling Yang Lew ; Jen Brown | | Re: Epic injunction -- compliance plan | 20230428-1514 Re: Epic injunction -- compliance plan.eml | Withhold | AttorneyClient | Email providing legal advice from counsel regarding injunction compliance launch date and timing | Legal advice from counsel on injunction compliance requirements and implementation. | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | yes |
| PRIV-APL-EG_00243495 | 9400 | PRIV-APL-EG_00243495 | PRIV-APL-EG_00243497 | Schiller, Phil | 2022-03-23 | 22:04:13 | Lisa Jackson | Phil Schiller | Fred Sainz ; Kate Adams ; Kristin Huguet Quayle ; Julien Trosdorf ; Kyle Andeer ; Sean Dillon ; Sean Cameron ; Robert Windom ; Nick Ammann ; Tim Powderly ; Dylan Loewe | | Re: DMA update | 20220323-1504 Re: DMA update.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding foreign regulatory issues press and communications legal strategy | | Kate Adams (Apple in-house counsel) | yes |
| PRIV-APL-EG_00244711 | 9596 | PRIV-APL-EG_00244711 | PRIV-APL-EG_00244715 | Schiller, Phil; Ajemian, Peter; Goldberg, Marni; Joswiak, Greg | 2023-09-19 | 21:46:59 | Fred Sainz | Phil Schiller ; Greg Joswiak ; Sean Cameron ; Robert Windom ; Nick Ammann ; Elizabeth (GA) Hernandez | Kristin Huguet ; Marni Goldberg ; Hannah Smith ; Peter Ajemian ; Kyle Andeer ; Sean Dillon ; Eddy Cue ; Lisa P Jackson ; Kate Adams | | Two South Korea App Store competition issues | 20230919-1447 Two South Korea App Store competition issues.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | Email regarding Korea's Communications Commission and compliance with regulations. | Kate Adams (Apple in-house counsel) | yes |
| PRIV-APL-EG_00244743 | 9601 | PRIV-APL-EG_00244743 | PRIV-APL-EG_00244746 | Cue, Eddy; Cook, Tim; Schiller, Phil; Ajemian, Peter; Goldberg, Marni; Joswiak, Greg | 2023-02-16 | 16:45:08 | Tim Cook | Fred Sainz | Phil Schiller ; Greg Joswiak ; Eddy Cue ; Kate Adams ; Lisa P Jackson ; Kristin Huguet ; Marni Goldberg ; Hannah Smith ; Peter Ajemian ; Kyle Andeer ; Sean Dillon ; Sean Cameron ; Robert Windom ; Nick Ammann ; Elizabeth (GA) Hernandez | | Re: For approval: Plan for KCC report on Apple compliance with TBA | 20230216-0845 Re: For approval: Plan for KCC report on Apple compliance w.eml | withhold | AttorneyClient; workProduct | Email chain reflecting work product from counsel regarding injunction compliance press and communications legal strategy | lawyer sending draft public statement to client for approval | Adams, Kate: (Apple in-house counsel); Andeer, Kyle: (Apple in-house counsel); Cameron, Sean: (Apple in-house counsel); Dillon, Sean: (Apple in-house counsel); Windom, Robert: (Apple in-house counsel) | yes |
| **Documents Similar to Documents the Court Has Already Deemed Not Privileged** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00073067 | 764 | PRIV-APL-EG_00073067 | PRIV-APL-EG_00073074 | Gharaballly, Sam | 2022-01-09 | 01:06:30 | | | | | | Privileged and Confidential - Prepared.pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Gary Davis (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00057885 | 2720 | PRIV-APL-EG_00057885 | PRIV-APL-EG_00057961 | Wilder, Jeff | 2022-12-03 | 23:11:06 | Jeff Wilder | | | | FW: Germany ATT // PRIVILEGED&CONFIDENTIAL – PREPARED AT THE REQUEST OF EXTERNAL COUNSEL | 20221203-1512 FW: Germany ATT -- PRIVILEGED&CONFIDENTIAL – PREPARED AT TH.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | Email chain between in-house and outside counsel, as well as third-party consultant, re European regulatory strategy. | (outside counsel) | YES |
| | 2721 | PRIV-APL-EG_00057962 | PRIV-APL-EG_00057987 | Wilder, Jeff | 2022-12-03 | 19:14:00 | | | | | | Apple - mobile ecosystems competition - privileged and confidential (stc 28. November 2022)_CCcomment.docx | Withhold | AttorneyClient; WorkProduct | Document reflecting legal advice from employees acting under the direction of counsel regarding foreign regulatory issues press and communications legal strategy. | Work product from third-party consultant prepared at request of counsel re European regulatory strategy. | (outside counsel) | YES |
| | 2722 | PRIV-APL-EG_00057988 | PRIV-APL-EG_00058013 | Wilder, Jeff | 2022-11-29 | 11:24:00 | | | | | | Apple - mobile ecosystems competition - privileged and confidential (stc 28. November 2022).docx | Withhold | AttorneyClient; WorkProduct | Document reflecting legal advice from employees acting under the direction of counsel regarding foreign regulatory issues press and communications legal strategy. | Work product from third-party consultant prepared at request of counsel re European regulatory strategy. | (outside counsel) | YES |
| | 2723 | PRIV-APL-EG_00058186 | PRIV-APL-EG_00058225 | Wilder, Jeff | 2021-03-31 | 07:37:24 | | | | | | Apple Economic Submission to the CMA_31 March 2021_.pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of rendering legal advice prepared at the direction of counsel regarding injunction compliance analysis of commission rate | | (outside counsel) | YES |
| PRIV-APL-EG_00242262 | 9299 | PRIV-APL-EG_00242265 | PRIV-APL-EG_00242270 | Savio, Atusa; Elman, Josh; Tam, Mike | 2023-02-11 | 01:05:00 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.docx | withhold | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | Document indicates that Apple legal weighed in on this issue | | yes |
| PRIV-APL-EG_00242262 | 9300 | PRIV-APL-EG_00242271 | PRIV-APL-EG_00242276 | Savio, Atusa; Elman, Josh; Tam, Mike | 2023-02-13 | 22:08:31 | | | | | | External Link Account Entitlement Addendum - 2.10.2023.pdf | withhold | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | Document indicates that Apple legal weighed in on this issue | | yes |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unsupported Privilege Assertion** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00072855 | 762 | PRIV-APL-EG_00072855 | PRIV-APL-EG_00072874 | Gharabally, Sam | 2023-05-18 | 16 55:44 | | | | | | 2023.05 Wisconsin Scenarios and Financial Impacts.key | Withhold | Work Product | Presentation reflecting legal advice prepared by counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | Document indicates Apple legal weighed in on this document | | Yes |
| **Documents Epic Previously Challenged** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00069950 | 525 | PRIV-APL-EG_00069950 | PRIV-APL-EG_00069954 | Cote, Bri; Guebert, Jeff; Magnani, Joseph; Gromek, Monika; Liu, Terry; Onak, Raf; Phillips, Joe; Moore, Ken; Pulchny, Liz; Tam, Mike Thai Ann | 2024-01-11 | 17:19:11 | Bri Cote | Ling Lew; Raf Onak; Ann Thai; Monika Gromek; Mike Tam; Jennifer Brown; Liz Pulchny; Joseph Magnani; Terry Liu; Joe Phillips; Jeff Guebert; Ken Moore; Brendan McNamara | | | Re: [URGENT COPY FEEDBACK NEEDED]??Wisconsin Exec Feedback | 20240111-0919 Re: [URGENT COPY FEEDBACK NEEDED]??Wisconsin Exec Feedback.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00069950 | 526 | PRIV-APL-EG_00069955 | PRIV-APL-EG_00069955 | Cote, Bri; Guebert, Jeff; Magnani, Joseph; Gromek, Monika; Liu, Terry; Onak, Raf; Phillips Joe Moore | | | | | | | | Screenshot 2024-01-10 at 3.39.49 PM (1).png | Withhold | AttorneyClient | Document related to email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00070001 | 530 | PRIV-APL-EG_00070001 | PRIV-APL-EG_00070009 | Cote, Bri; Guebert, Jeff; Magnani, Joseph; Gromek, Monika; Liu, Terry; Phillips, Joe; Moore, Ken; Pulchny, Liz; Tam Mike Thai Ann | 2024-01-12 | 21:27:28 | Jeehye Woo | Mike Tam | Ling Lew; Jennifer Brown; Bri Cote; Liz Pulchny; Joseph Magnani; Terry Liu; Ann Thai; Monika Gromek; Joe Phillips; Jeff Guebert; Ken Moore; Tino Titic | | Re: ??Wisconsin Exec Feedback | 20240112-1327 Re: ??Wisconsin Exec Feedback.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00070044 | 542 | PRIV-APL-EG_00070045 | PRIV-APL-EG_00070045 | Cote, Bri; Guebert, Jeff; Gromek, Monika; Phillips, Joe; Moore, Ken; Pulchny, Liz; Tam, Mike; Thai, Ann | 2024-01-10 | 01:32:17 | Liz Pulchny | Ling Lew; Ann Thai | Mike Tam; Joe Phillips; Bri Cote; Jeff Gueber; Jennifer Brown; Ken Moore | | Re: ??Wisconsin Exec Feedback | 20240109-1732 Re: ??Wisconsin Exec Feedback.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| **Employee Chats and Messages** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00071306 | 614 | PRIV-APL-EG_00071306 | PRIV-APL-EG_00071310 | Deardon, Aaron | 2022-06-15 | 17 53 55 | | | | | | Message_AaronDeardon_2022-06-15_17-53-55.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | Text message chain with in-house counsel and the business team asking for advice and updates on proposed language in regard to ongoing interaction with Korean regulators. | Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00071311 | 615 | PRIV-APL-EG_00071311 | PRIV-APL-EG_00071312 | Deardon, Aaron | 2022-09-12 | 21:32 55 | | | | | | Message_AaronDeardon_2022-09-12_21-32-55.pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | Text chain between in-house counsel and business team regarding information requested by in-house counsel needed to render legal advice. | Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00073395 | 774 | PRIV-APL-EG_00073395 | PRIV-APL-EG_00073395 | Goldberg, Marni | 2023-07-10 | 20 09:37 | | | | | | Message_MarniGoldberg_2023-07-10_20-09-37.pdf | Withhold | AttorneyClient | Document with redacted text providing legal advice from counsel regarding injunction compliance launch date and timing. | | Document indicates Apple legal weighed in on this document | Yes |
| PRIV-APL-EG_00073493 | 781 | PRIV-APL-EG_00073493 | PRIV-APL-EG_00073507 | Goldberg, Marni | 2023-06-07 | 16 50:19 | | | | | | Message_MarniGoldberg_2023-06-07_16-50-19.pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | Conversation between Apple PR and Apple in-house counsel re legal issues and strategy | Heather Grenier (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00073516 | 783 | PRIV-APL-EG_00073516 | PRIV-APL-EG_00073517 | Goldberg, Marni | 2022-02-14 | 02:19 01 | | | | | | Message_MarniGoldberg_2022-02-14_02-19-01.pdf | Withhold | AttorneyClient; Work Product | Document reflecting legal advice from counsel regarding ongoing Epic litigation prepared in anticipation or furtherance of litigation. | | Andrew Farthing (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00073703 | 800 | PRIV-APL-EG_00073703 | PRIV-APL-EG_00073710 | Goldberg, Marni | 2023-09-02 | 17 08:40 | | | | | | Message_MarniGoldberg_2023-09-02_17-08-40.pdf | Withhold | AttorneyClient; Work Product | Document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation or furtherance of litigation. | | Kyle Andeer (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00073731 | 802 | PRIV-APL-EG_00073731 | PRIV-APL-EG_00073738 | Goldberg, Marni | 2024-01-10 | 14:41 58 | | | | | | Message_MarniGoldberg_2024-01-10_14-41-58.pdf | Withhold | AttorneyClient; Work Product | Document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation or furtherance of litigation. | | Document indicates Apple legal weighed in on this document | Yes |
| PRIV-APL-EG_00243472 | 9394 | PRIV-APL-EG_00243472 | PRIV-APL-EG_00243474 | Schiller, Phil | 2024-04-24 | 03 05 54 | | | | | | Message_PhilSchiller_2024-04-24_03-05-54.pdf | withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Kate Adams (Apple in-house counsel) | yes |
| **Documents Related to Communications or Press** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00075116 | 860 | PRIV-APL-EG_00075116 | PRIV-APL-EG_00075121 | Goldberg, Marni | 2024-01-17 | 01:39:23 | Marni Goldberg | Fred Sainz | Hannah Smith; Archelle Thelemaque | | MacRumors - U.S. Developers Can Now Offer Non-App Store Purchasing Option, But Apple Will Still Collect Commissions | 20240116-1739 MacRumors - U.S. Developers Can Now Offer Non-App Store Purc.eml | Withhold | AttorneyClient; Work Product | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | Email discussing the press strategy after the Supreme Court denied cert. | Document requesting legal advice from Apple counsel. | Yes |
| PRIV-APL-EG_00075215 | 871 | PRIV-APL-EG_00075215 | PRIV-APL-EG_00075216 | Goldberg, Marni | 2023-07-03 | 17 02:37 | Marni Goldberg | Fred Sainz | Jennifer Brown; Ling Lew; Sean Cameron; Ann Thai; Peter Ajemian; Carson Oliver; Hannah Smith; Mike Tam; Adam Dema | | FOR REVIEW: Wisconsin QA | 20230703-1002 FOR REVIEW: Wisconsin QA.eml | Withhold | AttorneyClient | Email providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Privileged email contains information directed to counsel for purposes of gaining legal advice relating to press. | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00075215 | 872 | PRIV-APL-EG_00075217 | PRIV-APL-EG_00075224 | Goldberg, Marni | 2023-07-03 | 16 57:23 | | | | | | 070223 Project Wisconsin Reactive QA.pages | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | Document reflects legal advice from counsel relating to press for Epic litigation. | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00075314 | 883 | PRIV-APL-EG_00075317 | PRIV-APL-EG_00075322 | Goldberg, Marni | 2023-07-02 | 21 57 01 | | | | | | 070223 Project Wisconsin Reactive QA.pages | Withhold | Work Product | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Documents indicates that Apple legal weighed in on this document because it repeatedly references legal advice. | Yes |
| PRIV-APL-EG_00076436 | 928 | PRIV-APL-EG_00076439 | PRIV-APL-EG_00076444 | Goldberg, Marni | 2023-07-02 | 21 57 01 | | | | | | 070223 Project Wisconsin Reactive QA.pages | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Documents indicates that Apple legal weighed in on this document because it repeatedly references legal advice. | Yes |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00051086 | 2349 | PRIV-APL-EG_00051086 | PRIV-APL-EG_00051097 | Fischer, Matt; Kosmynka, Trystan; Ajemian, Peter; Gharabally, Sam; Tam, Mike; Thai, Ann; Robbin, Jeff | 2022-01-31 | 23:49:51 | Peter Ajemian | Kyle Andeer ███, Sean Cameron ███, Sean Dillon ███, Matt Fischer ███, Doug Vetter ███, Susan Prescott ███, Ann Thai ███, Trystan Kosmynka ███; Ling Lew ███; Jason Cody ███, Daniel Erlewine ███; Esther Hare ███ | Kristin Huguet Quayle ███, Fred Sainz ███, Adam Dema ███, Mike Tam ███ | | HOT: Draft ███ Developer Comms Plan Phase 2 | 20220131-1549 HOT: Draft ███ Developer Comms Plan - Phase 2.eml | Withhold | AttorneyClient | Email with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | Email from Peter Ajemian requesting legal review of draft press communications. | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | YES |
| | 2350 | PRIV-APL-EG_00051099 | PRIV-APL-EG_00051099 | Fischer, Matt; Kosmynka, Trystan; Ajemian, Peter; Gharabally, Sam; Tam, Mike; Thai, Ann; Robbin, Jeff | | | | | | | | pastedGraphic.png | Withhold | AttorneyClient | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | Attachment to email from Peter Ajemian requesting legal review of draft press communications. | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | YES |
| | 2351 | PRIV-APL-EG_00051100 | PRIV-APL-EG_00051100 | Fischer, Matt; Kosmynka, Trystan; Ajemian, Peter; Gharabally, Sam; Tam, Mike; Thai, Ann; Robbin, Jeff | | | | | | | | pastedGraphic_2.png | Withhold | AttorneyClient | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | Attachment to email from Peter Ajemian requesting legal review of draft press communications. | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | YES |
| **Document Not Prepared at the Direction of Counsel** | | | | | | | | | | | | | | | | | | |
| | 2478 | PRIV-APL-EG_00053388 | PRIV-APL-EG_00053388 | Washburn, Tanya | 2024-03-13 | 17 03 50 | | | | | | Screenshot 2023-01-13 at 5.06.35 PM.png | Withhold | AttorneyClient | Document reflecting legal advice prepared at the direction of counsel regarding developer outreach related to U.S. link entitlement | Attachment to document prepared at direction of counsel. | Chantal Hwang (Apple in-house counsel); David Lacy Kusters (Apple in-house counsel); Gary Davis (Apple in-house counsel); Jason Cody (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES |
| **Business Presentations** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00069956 | 527 | PRIV-APL-EG_00069958 | PRIV-APL-EG_00069981 | Fischer, Matt; Oliver, Carson; Gray, Eric; Washburn, Tanya; Cote, Bri; Barton, Nate; Magnani, Joseph; Gromek, Monika; Onak, | | | | | | | | 2023.06.28 Wisconsin CLEAN - Team Commission - Privileged & Confidential.key | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding compliance requirements for user design and interface. | | Document indicates Apple legal weighed in on this document | Yes |
| PRIV-APL-EG_00071836 | 665 | PRIV-APL-EG_00071845 | PRIV-APL-EG_00071852 | Gray, Eric; Barton, Nate; Deardon, Aaron; Mukherjee, Srabasti; Salian, Deepali; Vij, Kunnal | | | | | | | | ███ - Interco Commissionaire Model.key | Withhold | AttorneyClient | Document reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance analysis of commission rate. | Document reflects information needed for the purposes of obtaining legal advice. | Document indicates it was prepared for the purpose of Apple legal providing legal advice | Yes |
| PRIV-APL-EG_00057174 | 2681 | PRIV-APL-EG_00057174 | PRIV-APL-EG_00057174 | Wilder, Jeff | 2024-01-26 | 22:18:24 | Jeff Wilder | Nick Kistner ███ | | | Slides from EC presentations on ███ & link outs - privileged & confidential | 20240126-1418 Slides from EC presentations on ███ & link outs - privileg.eml | Withhold | AttorneyClient | Email reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | Email from in-house counsel re deck presented to European Commission. | Email from an Apple employee conveying legal advice regarding a presentation for the European linkout program. | YES |