|   |   |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant | |
| v. | **[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** |
| APPLE INC., | |
| Defendant, Counterclaimant | |
| | The Honorable Thomas S. Hixson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1192). Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered the Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses and project codenames in "Predominantly Non-Legal Emails" | Exhibit A to Epic's Motion | Reflects non-public Apple business strategy and personally identifiable information |
| Redacted email addresses and outside counsel/consultants in "Documents Similar to Documents the Court Has Already Deemed Not Privileged" | Exhibit A to Epic's Motion | Reflects non-public Apple legal strategy and personally identifiable information |
| Redacted email addresses in "Documents Epic Previously Challenged" | Exhibit A to Epic's Motion | Reflects personally identifiable information |
| Redacted email addresses and project codenames in "Documents Related to Communications or Press" | Exhibit A to Epic's Motion | Reflects non-public Apple business strategy and personally identifiable information |

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses and project codenames in "Business Presentations" | Exhibit A to Epic's Motion | Reflects non-public Apple business strategy and personally identifiable information |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge