PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRIVILEGE RE-REVIEW PROTOCOL**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

WHEREAS, on December 23, 2024, the Court entered the Joint Stipulation and Order Approving Privilege Re-Review Protocol (the "Protocol") (Dkt. 1092);

WHEREAS, the Protocol establishes certain deadlines related to the re-review by Apple Inc. ("Apple") of all documents over which it has asserted privilege;

WHEREAS, the evidentiary hearing in this proceeding is scheduled to resume on February 24, 2025; and

WHEREAS, the Parties wish to modify certain deadlines in the Protocol in order to best facilitate the Parties' preparation for and presentation at the evidentiary proceedings;

**THEREFORE, IT IS STIPULATED AND AGREED THAT**:

1. Apple will produce by Tuesday, February 18, 2025, all documents that Apple sought to redact and for which Apple's proposed redactions were upheld by the Special Masters up to and including Saturday, February 15, 2025;

2. Apple will endeavor to produce by Tuesday, February 18, 2025, but will produce no later than Wednesday, February 19, 2025, all documents for which a privilege claim was overruled by the Special Masters up to and including Saturday, February 15, 2025, except such documents (if any) regarding which Apple intends to object to the Special Masters' ruling;

3. Apple will endeavor to produce within three (3) calendar days all documents Apple sought to redact and for which Apple's proposed redactions were upheld by the Special Masters or by Magistrate Judge Hixson from February 16 up to and including February 20;

4. Apple will endeavor to produce within three (3) calendar days all documents downgraded by Magistrate Judge Hixson during the week of February 16, 2025, except such documents (if any) regarding which Apple intends to move for relief from Judge Hixson's ruling(s);

5. The deadline in paragraph 4(a) of the Protocol for any objections to the privilege rulings of the Special Masters due from February 20, 2025 through March 2, 2025 is tolled by 11 days;

JOINT STIPULATION
AND [PROPOSED] ORDER MODIFYING
THE PRIVILEGE RE-REVIEW PROTOCOL

1    CASE NO. 4:20-CV-05640-YGR-TSH

6.    If either party elects to file objections in the period from February 20 through March 2, the opposing party's time to respond is extended to March 4, 2025;

7.    This order shall not affect any deadlines to respond to objections filed before February 20.

Dated: February 18, 2025                               Respectfully submitted,

By:    /s/ *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

| | |
|---|---|
| Dated: February 18, 2025 | Respectfully submitted, |
| | By:  /s/ *Mark A. Perry* |
| | |
| | **WEIL, GOTSHAL & MANGES LLP**<br>   Mark A. Perry<br>   Joshua M. Wesneski |
| | |
| | **GIBSON, DUNN & CRUTCHER LLP**<br>   Richard J. Doren<br>   Jason C. Lo<br>   Daniel G. Swanson<br>   Cynthia E. Richman<br>   Julian W. Kleinbrodt |
| | |
| | *Attorneys for Defendant Apple Inc.* |

JOINT STIPULATION
AND [PROPOSED] ORDER MODIFYING
THE PRIVILEGE RE-REVIEW PROTOCOL

3             CASE NO. 4:20-CV-05640-YGR-TSH

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:_____

_____
HON. YVONNE GONZALEZ ROGERS

JOINT STIPULATION
AND [PROPOSED] ORDER MODIFYING
THE PRIVILEGE RE-REVIEW PROTOCOL
                          4              CASE NO. 4:20-CV-05640-YGR-TSH

**E-FILING ATTESTATION**

I, Mark A. Perry, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Mark A. Perry
_____
Mark A. Perry

JOINT STIPULATION
AND [PROPOSED] ORDER MODIFYING
THE PRIVILEGE RE-REVIEW PROTOCOL             5                 CASE NO. 4:20-CV-05640-YGR-TSH