UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 20-cv-05640-YGR   (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 1202, 1213, 1223

The Court addresses the parties' objections to the Special Masters' rulings filed at ECF Nos. 1202, 1213 and 1223.

**A.**     **ECF No. 1202 (Epic's February 12, 2025 Objections)**

Epic's objections are **OVERRULED** as to Entries 59, 86, 102, 111, 161, 178, 186, 195, 212, 242, 243, 245, 246, 253, 254, 1593, 359, 374, 375, 1467, 1469, 1470, 1471 and 1567.

Epic's objections are **SUSTAINED** as to Entries 1479, 1536, 1538, 1603, 1599, 1646 and 381

Apple did not include Entry 79 in its in camera submission. The Court **ORDERS** Apple to submit Entry 79 for in camera review within two days.

**B.**     **ECF No. 1213 (Epic's February 13, 2025 Objections)**

For Entries 1166 and 1167, the Court would like to consider them together. However, Apple did not submit Entry 1167 for in camera review. Likewise, the Court would like to consider Entries 1301 and 1302 together, but Apple did not submit 1302. The Court **ORDERS** Apple to submit Entries 1167 and 1302 within two days.

The dispute as to Entry 1006 is moot, as Apple stated it will produce the document.

Epic's objections are **OVERRULED** as to Entries 1091, 1186, 1336, 1337, 1005, 1070,

1207, 1211, 1212, 1217, 1218, 1285 and 1286.

Epic's objections are **SUSTAINED** as to Entries 1301, 1317, 1318 and 1071.

**C.     ECF No. 1223 (Apple's February 14, 2025 Objections)**

Apple's objections are **OVERRULED** concerning Entry 7786.

**IT IS SO ORDERED.**

Dated: February 18, 2025

THOMAS S. HIXSON
United States Magistrate Judge

2