GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>           Plaintiff, Counter-defendant,<br><br>                v.<br><br>APPLE INC.,<br><br>           Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Thomas S. Hixson |

1   I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP,
2   located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001.  I am not a party
3   to the within cause, I am over the age of eighteen years and my email address is
4   pgupta@cravath.com.
5   I declare that on February 19, 2025, I served via electronic transmission the
6   unredacted version of Exhibit A to the Declaration of Yonatan Even submitted therewith to
7   counsel for Apple Inc.
8   I certify under penalty of perjury under the laws of the United States of America
9   that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  February 19, 2025          */s/ Panya Gupta*
                                    Panya Gupta

CERTIFICATE OF SERVICE                1                CASE NO. 4:20-CV-05640-YGR-TSH

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even