# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

Privilege Logs: Business and Communications Emails

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00079343 | 1091 | PRIV-APL-EG_00079343 | PRIV-APL-EG_00079346 | Goldberg, Marni | 2023-07-20 | 12:13:07 | Marni Goldberg | Marni Goldberg | | | Epic QA | 20230720-0513 Epic QA.eml | Withhold | AttorneyClient | Email chain reflecting Work Product from counsel regarding injunction compliance press and communications legal strategy. | Email thread from in-house counsel re motion to stay injunction compliance pending SCOTUS appeal. | Kate Adams (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in- | Yes |
| PRIV-APL-EG_00081510 | 1166 | PRIV-APL-EG_00081510 | PRIV-APL-EG_00081527 | Schiller, Phil; Fischer, Matt; Ajemian, Peter; Goldberg, Marni | 2022-02-17 | 01:17:00 | Fred Sainz | Phil Schiller | Kyle Andeer; Matt Fischer; Sean Cameron; Susan Prescott; Kristin Huguet; Robert Windom | | Fwd: For approval: App Store Study on Third Party Apps | 20220216-1717 Fwd: For approval: App Store Study on Third Party Apps.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00081510 | 1167 | PRIV-APL-EG_00081528 | PRIV-APL-EG_00081574 | Schiller, Phil; Fischer, Matt; Ajemian, Peter; Goldberg, Marni | 2022-02-12 | 15:16:42 | | | | | | How third-party apps succeed DRAFT (12Feb2022).pdf | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00081705 | 1186 | PRIV-APL-EG_00081705 | PRIV-APL-EG_00081713 | Deardon, Aaron; Goldberg, Marni | 2022-09-01 | 21:06:26 | Brandon Reese | Marni Goldberg | Sean Cameron; Aaron Deardon; Amy Hogan; Jason Ramones; Fred Sainz | | Re: HOT: Reporting out of Korea (please read) | 20220901-1406 Re: HOT: Reporting out of Korea (please read).eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | Email chain reflecting legal advice from Sean Cameron about how to report on various injunction-related issues | Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00082600 | 1301 | PRIV-APL-EG_00082600 | PRIV-APL-EG_00082605 | Goldberg, Marni | 2022-10-27 | 00:10:27 | Marni Goldberg | Fred Sainz | Hannah Smith | | Japan escalation emails | 20221026-1710 Japan escalation emails.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in Japan, including the reader rule. | | Sean Dillon (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00082600 | 1302 | PRIV-APL-EG_00082606 | PRIV-APL-EG_00082615 | Goldberg, Marni | | | | | | | | 102622 Japan PR Plan.pages | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding foreign regulatory issues in Japan, including the reader rule. | | Sean Dillon (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00082730 | 1317 | PRIV-APL-EG_00082730 | PRIV-APL-EG_00082730 | Goldberg, Marni | 2024-02-22 | 16:57:30 | Marni Goldberg | Alex Waldron; Nelly Assayag | | | Fact sheets -- responses to certain documents | 20240222-0857 Fact sheets -- responses to certain documents.eml | Withhold | AttorneyClient | Email providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | Lawyers discussing strategy document related to court proceedings | Email reflects legal advice from Apple legal | Yes |
| PRIV-APL-EG_00082730 | 1318 | PRIV-APL-EG_00082731 | PRIV-APL-EG_00082735 | Goldberg, Marni | | | | | | | | PR Fact Sheet re Netfix and IAP_104623292_1.pages | Withhold | AttorneyClient; Work Product | Document providing legal advice from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation or furtherance of litigation. | Parent document indicates this is a strategy document related to court proceedings | Document reflects legal advice from Apple legal | Yes |
| PRIV-APL-EG_00082871 | 1336 | PRIV-APL-EG_00082871 | PRIV-APL-EG_00082879 | Goldberg, Marni | 2022-02-22 | 21:21:13 | Marni Goldberg | Hannah Smith | | | Fwd: Developer Outreach Q-A | 20220222-1321 Fwd: Developer Outreach Q-A.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Kate Adams (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00082871 | 1337 | PRIV-APL-EG_00082880 | PRIV-APL-EG_00082881 | Goldberg, Marni | | | | | | | | Q&A for Apple Executive Team re Developers Outreach.docx | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Heather Grenier (Apple in-house counsel) | Yes |

**Privilege Logs: Document Sent to Epic and Cover Email**

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00077505 | 1005 | PRIV-APL-EG_00077505 | PRIV-APL-EG_00077513 | Goldberg, Marni | 2024-05-09 | 20:16:14 | Ling Lew | Fred Sanz; Marni Goldberg | Jennifer Brown | | Fwd: Letter re stats | 20240509-1316 Fwd: Letter re stats.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00077505 | 1006 | PRIV-APL-EG_00077514 | PRIV-APL-EG_00077514 | Goldberg, Marni | 2024-05-09 | 00:40:23 | | | | | | Ltr. from M. Perry to L. Moskowitz (May 8 2024).pdf | Withhold | AttorneyClient | Email chain reflecting Work Product from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation. | | Weil, Gotshal and Manges (Outside counsel) | Yes |

**Privilege Logs: Business Presentation and Cover Email**

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00078882 | 1070 | PRIV-APL-EG_00078882 | PRIV-APL-EG_00078884 | Goldberg, Marni | 2023-07-06 | 15:59:29 | Hannah Smith | Marni Goldberg | Jennifer Brown | | Re: DRAFT Epic slides | 20230706-0859 Re: DRAFT Epic slides.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00078882 | 1071 | PRIV-APL-EG_00078885 | PRIV-APL-EG_00078890 | Goldberg, Marni | | | | | | | | 2023.07.06 DRAFT Epic vs. Apple w appeal.key | Withhold | Work Product | Document providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Jennifer Brown (Apple in-house counsel) | Yes |

**Privilege Logs:
Lobbying- and Consulting-Related Documents Shared with Third Parties**

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Att+A1:S1orneys, Legal Staff, and Employees Acting at the Direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV APL EG_00081920 | 1207 | PRIV APL EG_00081920 | PRIV APL EG_00081924 | Goldberg, Marni | 2024 01 25 | 20 57 46 | | Marni Goldberg | Hannah Smith; Julien Trosdorf | | Re Social/Dev Forum Draft | 20240125 1258 Re Social Dev Forum Draft eml | Withhold | AttorneyClient | Email attaching information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | Email discusses and attaches social media posts that appear to be exchanged with counsel for the purpose of drafting a brief or preparing something for litigation | (outside counsel) | Yes |
| PRIV APL EG_00081945 | 1211 | PRIV APL EG_00081945 | PRIV APL EG_00081957 | Ajemian, Peter; Goldberg, Marni | 2024 01 30 | 04 15 12 | | Marni Goldberg | ; Fred Sainz ; Julien Trosdorf ; Peter Ajemian ; Adam Howorth ; Hannah Smith ; Adam Dema | | RE [EXTERNAL] Writing about Developers' reactions | 20240129 2015 RE [EXTERNAL] Writing about Developers' reactions eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | Email discusses and attaches social media commentary that appear to be exchanged with counsel for the purpose of drafting a brief or preparing something for litigation | (outside counsel) | Yes |
| PRIV APL EG_00081945 | 1212 | PRIV APL EG_00081959 | PRIV APL EG_00081963 | Ajemian, Peter; Goldberg, Marni | 2024 01 30 | 03 47 00 | | | | | | Privileged and Confidential 2024 01 29 List of Potential Validators docx | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | Draft document attached to email discussing social media commentary that appear to be exchanged with counsel for the purpose of drafting a brief or preparing something for litigation | Document references legal advice from Apple legal | Yes |
| PRIV APL EG_00081981 | 1217 | PRIV APL EG_00081981 | PRIV APL EG_00081989 | Ajemian, Peter; Goldberg, Marni | 2024 01 30 | 03 58 41 | | Marni Goldberg | ; Fred Sainz ; Julien Trosdorf ; Peter Ajemian ; Adam Howorth ; Hannah Smith ; Adam Dema ; | | RE [EXTERNAL] Writing about Developers' reactions | 20240129 1958 RE [EXTERNAL] Writing about Developers' reactions eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | Email chain from outside counsel discussing potential developers to be interviewed by the NYT and whether the information they provide could be helpful or harmful | (outside counsel) | Yes |
| PRIV APL EG_00081981 | 1218 | PRIV APL EG_00081990 | PRIV APL EG_00081994 | Ajemian, Peter; Goldberg, Marni | 2024 01 30 | 3 58 38 | | | | | | Privileged and Confidential 2024 01 29 List of Potential Validators docx | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | Draft document attached to email chain from outside counsel discussing potential developers to be interviewed by the NYT and whether the information they provide could be helpful or harmful | Document reflects information necessary for rendering of legal advice from outside counsel | Yes |
| PRIV APL EG_00082512 | 1285 | PRIV APL EG_00082512 | PRIV APL EG_00082516 | Goldberg, Marni | 2024 03 26 | 13 49 34 | | Marni Goldberg | | | Re PLEASE READ Final Myth Fact document | 20240326 0649 Re PLEASE READ Final Myth Fact document eml | Withhold | AttorneyClient | Email reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Email forwarding legal advice from counsel re pending litigation in furtherance of drafting public communications | Jennifer Brown (Apple in house counsel) | Yes |
| PRIV APL EG_00082512 | 1286 | PRIV APL EG_00082517 | PRIV APL EG_00082524 | Goldberg, Marni | 2024 03 26 | 00 53 25 | | | | | | 032624 DOJ Myth Fact pdf | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Draft document attached to email forwarding legal advice from counsel re pending litigation in furtherance of drafting public communications | Document reflects legal advice from Apple legal | Yes |