# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

**Privilege Logs: Predominantly Non-Legal Emails**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150016 | 59 | PRIV-APL-EG_00150016 | PRIV-APL-EG_00150027 | Oliver, Carson | 2023-05-29 | | Ann Thai | Sean Cameron; Ling Lew; Trystan Kosmynka; Jennifer Brown; Carson Oliver | | | Re Epic injunction (Project Wisconsin) -- rules for entitlement agreement | 20230530-0119 Re Epic injunction (Project Wisconsin) -- rules for entitle.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150104 | 79 | PRIV-APL-EG_00150104 | PRIV-APL-EG_00150116 | Oliver, Carson | 2023-05-29 | | Carson Oliver | Ann Thai; Jennifer Brown | Ling Lew; Sean Cameron; Trystan Kosmynka | | Re Epic injunction (Project Wisconsin) -- rules for entitlement agreement | 20230530-0515 Re Epic injunction (Project Wisconsin) -- rules for entitle.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface | | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150155 | 86 | PRIV-APL-EG_00150155 | PRIV-APL-EG_00150155 | Oliver, Carson | 2023-07-04 | | Nate Barton | Alex Roman; Jennifer Brown | Carson Oliver; Timothy Kim; Kunnal Vij; Matt Fischer | | "Wisconsin Price Committee - Privileged and Confidential" | 20230705-1839 "Wisconsin Price Committee - Privileged and Confidential".eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150245 | 102 | PRIV-APL-EG_00150245 | PRIV-APL-EG_00150247 | Oliver, Carson | 2023-07-03 | | Carson Oliver | Jennifer Brown; Sean Cameron; Heather Grenier | Ann Thai; Nate Barton; Alex Roman; Matt Fischer; Meredith Thieme; Kunnal Vij; Ling Lew; Tanya Washburn | | Re App Store Price Committee | 20230704-2313 Re App Store Price Committee.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface | | Jennifer Brown (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150279 | 111 | PRIV-APL-EG_00150279 | PRIV-APL-EG_00150284 | Oliver, Carson | 2023-07-05 | | Trystan Kosmynka | Phil Schiller; Ling Lew | Greg Joswiak; Susan Prescott; Matt Fischer; Carson Oliver; Jennifer Brown; Sean Cameron; Ann Thai; Jason Cod | | Re Epic injunction - entitlement addendum | 20230706-1329 Re Epic injunction - entitlement addendum.eml | Withhold | AttorneyClient; WorkProduct | Email providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Ling Lew (Apple in-house counsel) | Yes |

**Privilege Logs: Predominantly Non-Legal Emails (cont.)**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150470 | 161 | PRIV-APL-EG_00150470 | PRIV-APL-EG_00150472 | Oliver, Carson | 2023-05-29 | | Bri Cote | Sean Cameron; Joseph Magnani; Joe Phillips | Ling Yang Lew; Jen Brown; Ann Thai; Carson Oliver; Trystan Kosmynka | | Re Wisconsin -- link policy | 20230530-1951 Re Wisconsin -- link policy.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150526 | 178 | PRIV-APL-EG_00150526 | PRIV-APL-EG_00150528 | Oliver, Carson | 2023-06-22 | | Tanya Washburn | Matt Fischer; Ling Lew; Jennifer Brown; Nate Barton; Eric Gray; Kunnal Vij; Carson Olive | | | Re Wisconsin Prep for 6/28 Tim Mtg. Actions | 20230623-1926 Re Wisconsin Prep for 6-28 Tim Mtg. Actions.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150566 | 186 | PRIV-APL-EG_00150566 | PRIV-APL-EG_00150572 | Oliver, Carson | 2023-06-15 | | Matt Fischer | Carson Oliver; Jennifer Brown; Alex Roman | Tanya Washburn; Kunnal Vij; Sean Cameron; Timothy Kim; Ling Lew; Nate Barton; Ann Thai | | Re Updated Wisconsin Deck | 20230616-1524 Re Updated Wisconsin Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150609 | 195 | PRIV-APL-EG_00150609 | PRIV-APL-EG_00150617 | Oliver, Carson | 2023-06-15 | | Carson Oliver | Alex Roman; Sean Cameron | Matt Fischer; Tanya Washburn; Jennifer Brown; Kunnal Vij; Timothy Kim; Ling Lew; Nate Barton; Ann Thai | | Re Updated Wisconsin Deck | 20230616-1838 Re Updated Wisconsin Deck.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Sean Cameron (Apple in-house counsel) | Yes |

Privilege Logs: Predominantly Non-Legal Emails (cont.)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150695 | 212 | PRIV-APL-EG_00150695 | PRIV-APL-EG_00150699 | Oliver, Carson | 2023-06-14 | | Kunal Vij | Jennifer Brown; Matt Fischer; Alex Roman; Sean Cameron | Timothy Kim; Carson Oliver; Ling Lew; Nate Barton; Ann Thai; Tanya Washburn | | Re Updated Wisconsin Deck | 20230615-2052 Re Updated Wisconsin Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150836 | 242 | PRIV-APL-EG_00150836 | PRIV-APL-EG_00150837 | Oliver, Carson | 2023-08-14 | | Tanya Washburn | Nate Barton; Kunnal Vij; Ling Lew; Sean Cameron; Jennifer Brown | Carson Oliver; Timothy Kim | | Fwd Wisconsin Plans | 20230815-1837 Fwd Wisconsin Plans.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150838 | 243 | PRIV-APL-EG_00150838 | PRIV-APL-EG_00150839 | Oliver, Carson | 2023-05-24 | | Meredith Thieme | Matt Fischer; Alex Roman; Sean Cameron | Carson Oliver; Timo Kim; Kunnal Vij; Nate Barton; Ling Yang Lew | | Wisconsin Follow-Up | 20230525-0547 Wisconsin Follow-Up.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Sean Cameron (Apple in-houes counsel) | Yes |
| PRIV-APL-EG_00150846 | 245 | PRIV-APL-EG_00150846 | PRIV-APL-EG_00150852 | Oliver, Carson | 2023-06-15 | | Alex Roman | Matt Fischer; Carson Oliver; Jennifer Brown | Tanya Washburn; Kunnal Vij; Sean Cameron; Timothy Kim; Ling Lew; Nate Barton; Ann Thai | | Re Updated Wisconsin Deck | 20230616-1546 Re Updated Wisconsin Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Jennifer Brown (Apple in-house counsel) | Yes |

Privilege Logs: Predominantly Non-Legal Emails (cont.)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150853 | 246 | PRIV-APL-EG_00150853 | PRIV-APL-EG_00150853 | Oliver, Carson | 2023-07-02 | | Ann Thai ▉ | Phil Schiller ▉; Sean Cameron ▉ | Heather Grenier ▉; Matt Fischer ▉; Susan Prescott ▉; Jeff Robbin ▉; Fred Sainz ▉; Jennifer Brown ▉; Tanya Washburn ▉; Carson Oliver ▉ | | Wisconsin July 6-7 Timeline | 20230703-2223 Wisconsin July 6-7 Timeline.eml | Withhold | AttorneyClient | Email providing information for the purpose of obtaining legal advice to counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150910 | 253 | PRIV-APL-EG_00150910 | PRIV-APL-EG_00150912 | Oliver, Carson | 2023-07-02 | | Ann Thai ▉ | Marni Goldberg ▉; Jennifer Brown ▉ | Ling Lew ▉; Sean Cameron ▉; Carson Oliver ▉; Mike Tam ▉; Timo Kim ▉; Fred Sainz ▉; Peter Ajemian ▉; Hannah Smith ▉ | | Re FOR REVIEW Wisconsin QA | 20230703-2353 Re FOR REVIEW Wisconsin QA.eml | Withhold | WorkProduct | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150910 | 254 | PRIV-APL-EG_00150913 | PRIV-APL-EG_00150920 | Oliver, Carson | | | | | | | | 070223 Project Wisconsin Reactive QA - AT Edits.pages | Withhold | AttorneyClient | Document reflecting work product from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00162710 | 1479 | PRIV-APL-EG_00162710 | PRIV-APL-EG_00162713 | Cook, Tim; Cue, Eddy; Schiller, Phil; Federighi, Craig; Joswiak, Greg | 2024-01-29 | 16 36 08 | Phil Schiller ▉ | Tim Cook ▉; Kate Adams ▉; Luca Maestri ▉; Eddy Cue ▉; Craig Federighi ▉; Greg Joswiak ▉ | Kristin Huguet Quayle ▉; Fred Sainz ▉; Kyle Andeer ▉ | | Re EU Update | 20240129-0836 Re EU Update.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting work product prepared by employees acting under the direction of counsel regarding foreign regulatory issues press and communications legal strategy | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) | Yes |

**Privilege Logs: Predominantly Non-Legal Emails (cont.)**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00163926 | 1593 | PRIV-APL-EG_00163926 | PRIV-APL-EG_00163928 | Oliver, Carson; Kosmynka, Trystan; Cote, Bri; Magnani, Joseph; Phillips, Joe; Thai, Ann | 2023-05-30 | 19 51 10 | Bri Cote | Sean Cameron ; Joseph Magnani Joe Phillips | Ling Yang Lew Jen Brown , Ann Thai Carson Oliver Trystan Kosmynka | | Re Wisconsin -- link policy | 20230530-1251 Re Wisconsin -- link policy.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Legal advice from in-house counsel regarding draft IAP language. | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |

Privilege Logs: Emails Sent Among Business and Press Personnel, Copying an Attorney

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00152116 | 359 | PRIV-APL-EG_00152116 | PRIV-APL-EG_00152117 | Ajemian, Peter; Goldberg, Marni | 2024-01-16 | 16 44 18 | Isaac Rubin | Marni Goldberg | Fred Sainz ; Peter Ajemian ; Jennifer Brown ; Hannah Smith | | Re Wisconsin | 20240116-0844 Re Wisconsin- | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00162926 | 1536 | PRIV-APL-EG_00162926 | PRIV-APL-EG_00162929 | Cook, Tim; Kosmynka, Trystan; Cue, Eddy; Schiller, Phil; Oliver, Carson; Fischer, Matt; Federighi, Craig; Maestri, Luca; Kirtane, Latika; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2024-01-20 | 19 28 22 | Luca Maestri | Isaac Rubin | Kate Adams ; Ann Thai ; Tim Cook ; Phil Schiller ; Eddy Cue ; Lisa Jackson ; Greg (Joz) Joswiak ; Craig Federighi ; Kr | | Re HOT Documents for 3pm PT DMA Review | 20240120-1128 Re HOT Documents for 3pm PT DMA Review.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding development outreach related to U.S. Link Entitlement prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Kate Adams (Apple in house counsel); | Yes |
| PRIV-APL-EG_00162944 | 1538 | PRIV-APL-EG_00162944 | PRIV-APL-EG_00162947 | Cook, Tim; Kosmynka, Trystan; Cue, Eddy; Federighi, Craig; Schiller, Phil; Oliver, Carson; Fischer, Matt; Maestri, Luca; Kirtane, Latika; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2024-01-20 | 19 20 05 | Luca Maestri | Ann Thai | Tim Cook ; Kate Adams ; Phil Schiller ; Eddy Cue ; Lisa Jackson ; Greg (Joz) ; Craig Joswiak ; Federighi ; Kristin Huguet | | Re HOT Documents for 3pm PT DMA Review | 20240120-1120 Re HOT Documents for 3pm PT DMA Review.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Kate Adams (Apple in house counsel); | Yes |
| PRIV-APL-EG_00163945 | 1599 | PRIV-APL-EG_00163945 | PRIV-APL-EG_00163946 | Cote, Bri; Magnani, Joseph; Liu, Terry; Onak, Raf; Phillips, Joe; Tam, Mike; Thai, Ann | 2024-01-20 | 01 44 11 | Ken Moore | Joseph Magnani | Raf Onak ; Ling Lew ; Bri Cote ; Terry Liu ; Mike Tam ; Joe Phillips ; Ryan Holman ; Ann Thai | | Re [TIMELY - DMA] Update request for external payment disclosure sheet | 20240119-1744 Re [TIMELY - DMA] Update request for external payment discl.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice to counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | | Ling Lew (Apple in-house counsel); | Yes |

Privilege Logs: Emails Sent Among Business and Press Personnel, Copying an Attorney  (cont.)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00163959 | 1603 | PRIV-APL-EG_00163959 | PRIV-APL-EG_00163962 | Cote, Bri; Guebert, Jeff; Magnani, Joseph; Gromek, Monika; Liu, Terry; Onak, Raf; Goldberg, Marni; Phillips, Joe; Moore, Ken; Pulchny, Liz; Tam, Mike; Thai, Ann | 2024-01-12 | 19 29 32 | Marni Goldberg | Hannah Smith | Liz Pulchny ; Mike Tam ; Jennifer Brown ; Ling Lew ; Robert Olsen ; Jeff Guebert ; Bri Cote ; Monika Gromek ; Ann T | | Re  Wisconsin changes [Notes] | 20240112-1129 Re  Wisconsin changes [Notes].eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | Attorneys discussing appropriate timing for public statement to accompany statement of compliance filed in district court | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00164107 | 1646 | PRIV-APL-EG_00164107 | PRIV-APL-EG_00164109 | Washburn, Tanya; Cote, Bri; Magnani, Joseph; Gromek, Monika; Liu, Terry; Onak, Raf; Phillips, Joe; Moore, Ken; Pulchny, Liz; Tam, Mike; Thai, Ann | 2024-01-21 | 01 53 51 | Bri Cote | Ann Thai ; Monika Gromek | Tanya Washburn ; Ling Lew ; Mike Tam ; Prathima Velamuri ; Ken Moore ; Joseph Magnani ; Joe Phillips ; Gabe Tang | | Re  [NEW COMPS] [TIMELY - DMA] Update request for external payment notice sheet | 20240120-1753 Re  [NEW COMPS] [TIMELY - DMA] Update request for external p.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility, prepared in anticipation or furtherance of litigation | | Ling Lew (Apple in-house counsel); | Yes |

Privilege Logs: Emails with No Attorney Involvement

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00152210 | 374 | PRIV-APL-EG_00152210 | PRIV-APL-EG_00152216 | Ajemian, Peter; Goldberg, Marni | 2023-07-03 | 14 51 40 | Fred Sainz | Adam Dema; Peter Ajemian; Marni Goldberg; Hannah Smith | | | Fwd Epic injunction - entitlement addendum | 20230703-0751 Fwd Epic injunction - entitlement addendum - 1.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | | Document includes content that Apple legal weighed in on | Yes |
| PRIV-APL-EG_00152217 | 375 | PRIV-APL-EG_00152217 | PRIV-APL-EG_00152219 | Ajemian, Peter; Goldberg, Marni | 2023-07-06 | 10 43 01 | Marni Goldberg | Fred Sainz | Adam Dema; Peter Ajemian; Hannah Smith | | Re ? linking out window | 20230706-0343 Re linking out window.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons, prepared in anticipation or furtherance of litigation. | | Email prepared by Apple employees reflecting legal advice from in-house counsel. | Yes |
| PRIV-APL-EG_00152246 | 381 | PRIV-APL-EG_00152246 | PRIV-APL-EG_00152247 | Ajemian, Peter | 2023-12-12 | 21 36 24 | Fred Sainz | Isaac Rubin; Peter Ajemian | | | Fwd ideas for FAQ questions from developer's POV | 20231212-1336 Fwd ideas for FAQ questions from developer's POV.eml | Withhold | WorkProduct | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | | Ling Lew (Apple in-house counsel) | Yes |

Privilege Logs: Business Documents

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00162374 | 1467 | PRIV-APL-EG_00162374 | PRIV-APL-EG_00162416 | Oliver, Carson; Thai, Ann | 2024-01-14 | 19 54 40 | | | | | | 1_9_24_Wisconsin_Final_Priv.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal | Yes |
| PRIV-APL-EG_00162454 | 1469 | PRIV-APL-EG_00162454 | PRIV-APL-EG_00162497 | Oliver, Carson; Thai, Ann | 2024-01-09 | 01 59 59 | | | | | | Updated_Wisconsin-2.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal | Yes |
| PRIV-APL-EG_00162498 | 1470 | PRIV-APL-EG_00162498 | PRIV-APL-EG_00162519 | Oliver, Carson; Thai, Ann | 2024-01-06 | 18 18 14 | | | | | | 2024.01.08_Wisconsin.key | withhold | AttorneyClient | Presentation with redacted text providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal | Yes |
| PRIV-APL-EG_00162520 | 1471 | PRIV-APL-EG_00162520 | PRIV-APL-EG_00162606 | Oliver, Carson; De Wilde, Geoff; Thieme, Meredith; Wong, Angela (App Store); Liu, Terry; Robbin, Jeff; Kim, Timothy; Cote, Bri; DuBois, Dana; Mukherjee, Srabasti; Van Tassell, Dave; Kosmynka, Trystan; Thai, Ann; Friedland, Zach; Hawthorne, Amy; Kirtane, L | 2024-05-20 | 18 15 30 | | | | | | 2023.06.01 Wisconsin TC Deck.key | withhold | AttorneyClient | Presentation reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal | Yes |

**Privilege Logs: Employee Chat**

| Special Master | Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez | PRIV-APL-EG_00163103 | 1567 | PRIV-APL-EG_00163103 | PRIV-APL-EG_00163103 | Cote, Bri | 2023-05-19 | 00 44 26 | | | | | | Private channel #amp-wisconsin-core - 2023-05-19 (UTC).pdf | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); | Yes |