UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed Administrative Motions to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motions") (Dkt. 1201, 1203, 1212).  Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motions and a supporting declaration of Mark A. Perry.

Having considered the Motions, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**. Accordingly,

(1) The public shall only have access to the version of the documents sought to be sealed by the Motions in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses in "Privilege Logs: Business and Communication Emails" | Exhibit A to Dkt. 1201 | Reflects personally identifiable information |
| Redacted email addresses in "Privilege Logs: Document Sent to Epic and Cover Email" | Exhibit A to Dkt. 1201 | Reflects personally identifiable information |
| Redacted email addresses in "Privilege Logs: Business Presentation and Cover Email" | Exhibit A to Dkt. 1201 | Reflects personally identifiable information |
| Redacted email addresses and outside counsel/consultants in "Privilege Logs: Lobbying- and Consulting-Related Documents Shared with Third Parties" | Exhibit A to Dkt. 1201 | Reflects non-public Apple legal and business strategy and personally identifiable information |

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses in "Privilege Logs: Predominantly Non-Legal Emails" | Exhibit A to Dkt. 1203 | Reflects personally identifiable information |
| Redacted email addresses in "Privilege Logs: Emails Sent Among Business and Press Personnel, Copying an Attorney" | Exhibit A to Dkt. 1203 | Reflects personally identifiable information |
| Redacted email addresses and project codenames in "Privilege Logs: Predominantly Non-Legal Emails" | Exhibit A to Dkt. 1203 | Reflects non-public Apple business strategy and personally identifiable information |
| Redacted firm and attorney names on pages 4–5 | Exhibit A to Dkt. 1212 | Reflects non-public Apple business and legal strategy |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge