UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

          Plaintiff,

   v.

APPLE INC.,

          Defendant.

Case No. 20-cv-05640-YGR (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 1209

This order is a follow up to ECF No. 1209.

**A.**     **ECF No. 1180 (Apple's February 5, 2025 Objections)**

Apple's objections concerning Entry 2023 are **OVERRULED**.

**B.**     **ECF No. 1178 (Epic's February 5, 2025 Objections)**

Epic's objections concerning Entries 2167, 2168 and 2169 are **OVERRULED**.

**IT IS SO ORDERED.**

Dated: February 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge