# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00226492 | 7796 | PRIV-APL-EG_00226492 | PRIV-APL-EG_00226512 | Oliver, Carson; De Wilde, Geoff; Thieme, Meredith; Wong, Angela (App Store); Liu, Terry; Robbin, Jeff; Kim, Timothy; DuBois, Dana; Mukherjee, Srabasti; Van Tassell, Dave; Kosmynka, Trystan; Thai, Ann; Friedland, Zach; Hawthorne, Amy; Kirtane, Latika; Pulc | 2023-05-16 | 14:53:53 | | | | | | 2023.05 Wisconsin Scenarios and Financial Impacts.key | withhold | AttorneyClient; WorkProduct | Presentation providing legal advice from counsel regarding response to Court's injunction prepared by in-house and outside counsel in anticipation or furtherance of litigation. | | Document reflecting legal advice from Apple legal | yes | |
| PRIV-APL-EG_00227561 | 7806 | PRIV-APL-EG_00227561 | PRIV-APL-EG_00227570 | Oliver, Carson | 2023-07-01 | 00:24:46 | | | | | | Direct message Carson Oliver, Kunnal Vij and 4 others - 2023-07-01 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Ling Lew (Apple in-house counsel); | yes | |
| PRIV-APL-EG_00227845 | 7825 | PRIV-APL-EG_00227845 | PRIV-APL-EG_00227848 | Oliver, Carson | 2023-05-12 | 15:48:01 | | | | | | Message_CarsonOliver_2023-05-12_15-48-01.pdf | Withhold | AttorneyClient; WorkProduct | Document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Financial impact modeling at direction of Sean and Ling Lew | Ling Lew (Apple in-house counsel); | yes | |
| PRIV-APL-EG_00230040 | 8173 | PRIV-APL-EG_00230040 | PRIV-APL-EG_00230041 | Oliver, Carson; Barton, Nate | 2023-07-03 | 20:05:34 | Nate Barton | Timothy Kim | Ling Lew; Chin Canter; Sean Cameron; Jason Cody; Lacey Elmore; Carson Oliver; Jennifer Brown | | Re: Privileged & Confidential: Wisconsin Entitlement & VPP/NPP | 20230703-2005 Re: Privileged & Confidential: Wisconsin Entitlement & VPP- eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | Request to legal counsel regarding US entitlement. | Jennifer Brown (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00266116 | 11577 | PRIV-APL-EG_00266116 | PRIV-APL-EG_00266117 | Barton, Nate; Vij, Kunnal | 2023-09-28 | 13:28:03 | Ivie Ehiemua | Nate Barton | Nancy Wright; Kunnal Vij | | Re: Wisconsin Sync | 20230928-2128 Re: Wisconsin Sync.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding injunction compliance and commission time window prepared in anticipation or furtherance of litigation | Email regarding legal and tax exploration of fee models and impact on legal entity structure | Ivie Ehiemua (employee acting at direction of counsel) | yes | |