GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>[PROPOSED] **ORDER AUTHORIZING THE ENTRY OF PLAINTIFF EPIC GAMES, INC.'S AND DEFENDANT APPLE INC.'S EVIDENTIARY HEARING EQUIPMENT INTO COURTHOUSE**<br><br>Hearing Date:  February 24, 2025<br><br>Time: 8:30 a.m.<br><br>Courtroom: 1, 4th Floor<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

[PROPOSED] ORDER AUTHORIZING ENTRY OF
THE PARTIES' EVIDENTIARY
HEARING EQUIPMENT AND PERSONNEL INTO COURTHOUSE    CASE NO. 4:20-CV-05640-YGR-TSH

# THE PARTIES' JOINT REQUEST AUTHORIZING CERTAIN EQUIPMENT AND PERSONNEL INTO COURTHOUSE

Pursuant to the Court's Standing Order Re: Pretrial Instructions in Civil Cases Paragraph 8(b), Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby request that the Court permit the Parties to use the following equipment at the February 24, 2025 evidentiary hearing. The Parties also have included a list of personnel who will be present on the afternoon of Friday, February 21, 2025 and the morning of Monday, February 24, 2025 to set up the below equipment should the Court grant this Request. To the extent proceedings have not concluded on February 24, 2025, the Parties request the Court to permit the Parties to use the following equipment and allow personnel access on and before the subsequent hearing dates of February 25, 2025 and February 26, 2025, as appropriate.

**Epic's Evidentiary Hearing Equipment:**

1. One (1) technology table ad skirt;
2. One (1) LCD Monitor
3. One (1) HDMI 4X4 Switch
4. Two (2) 50' HDMI cables;
5. Three (3) 6' HDMI cables;
6. Three (3) extension cords;
7. Five (5) power strips;
8. Multiple cell phones;
9. Multiple laptop computers (with power supplies and associated peripherals);
10. Multiple iPads; and
11. Gaffers Tape

**Epic's Personnel:**

1. Michael Herrera
2. Jeffrey Jackson

   3. Justin Kim
   4. Michael Lyon
   5. Michael Zaken

**Apple's Evidentiary Hearing Equipment:**

   1. Ten (10) headsets with built-in microphones;
   2. Six (6) lapel microphones with digital encryption;
   3. Four (4) computer monitors;
   4. Two (2) HDMI switchboxes;
   5. Two (2) mobile hotspot;
   6. Two (2) laser pointers/presenter controllers;
   7. One (1) LCD projector;
   8. One (1) projector screen;
   9. One (1) printer;
   10. One (1) external speaker;
   11. One (1) 8-channel audio mixer;
   12. Physical exhibits and demonstratives;
   13. Multiple cables (HDMI, USB, XLR, audio extension and power cables of various lengths);
   14. Multiple laptop computers (with power supplies, external hard drives, thumb drives, peripherals, connection cables, extension cords and power strips, and batteries);
   15. Multiple cell phones;
   16. Multiple iPads;
   17. Four (4) rolling bookcases;
   18. Four (4) whiteboards and various markers;
   19. Two (2) tables;
   20. Two (2) folding chairs;
   21. Two (2) easels;

1  22. Gaffers tape;

2  23. Two (2) VGA Matrices;

3  24. One (1) document camera;

4  25. One (1) wireless mouse.

**Apple's Personnel:**

1. Deidre Fuller

2. Jim Montgomery

**[PROPOSED] ORDER**

After reviewing the Parties' request to use electronic and other certain equipment and allow the Parties' listed personnel to have access to the Courtroom on February 21, 2025 and the morning of February 24, 2025 for the February 24, 2025 evidentiary hearing and before any subsequent hearing dates as the Court deems necessary, the Court finds good cause to grant the Parties' request to bring the items listed therein into the Courthouse and courtroom. The request is therefore **GRANTED**.

**IT IS SO ORDERED.**

**DATED: February 21, 2025**

_____
The Honorable Yvonne Gonzalez Rogers
United State District Court Judge