# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00241592 | 9198 | PRIV-APL-EG_00241592 | PRIV-APL-EG_00241592 | Salian, Deepali | 2022-04-22 | 22 32:41 | Deepali Salian | Jason Cody | Deepali Salian Thuy Tran Phil Schiller Greg Joswiak Eddy Cue Kate Adams Lisa P Jackson Kristin Huguet Marni Goldberg Hannah Smith Peter Ajemian Kyle Andeer Sean Dillon Sean Cameron Robert Windom Nick Ammann Elizabeth (GA) Hernandez | | - South Korea: VPP in scope?] | 20220422-1532 - South Korea: VPP in scope? eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in Japan, including the reader rule | Request for legal advice concerning which storefronts fall under program | Jason Cody (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00244743 | 9601 | PRIV-APL-EG_00244743 | PRIV-APL-EG_00244746 | Cue, Eddy; Cook, Tim; Schiller, Phil; Ajemian, Peter; Goldberg, Marni; Joswiak, Greg | 2023-02-16 | 16:45:08 | Tim Cook | Fred Sainz | Sean Cameron | | Re: For approval: Plan for KCC report on Apple compliance with TBA | 20230216-0845 Re: For approval: Plan for KCC report on Apple compliance w eml | withhold | AttorneyClient; workProduct | Email chain reflecting work product from counsel regarding Injunction compliance press and communications legal strategy | lawyer sending draft public statement to client for approval | Adams, Kate: (Apple in-house counsel); Andeer, Kyle: (Apple in-house counsel); Cameron, Sean: (Apple in-house counsel); Dillon, Sean: (Apple in-house counsel); Windom, Robert: (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00246004 | 9799 | PRIV-APL-EG_00246004 | PRIV-APL-EG_00246006 | Schiller, Phil; Robbin, Jeff | 2021-11-14 | 23 30:42 | Phil Schiller | Jeff Robbin | | | Re: Single link out proposal | 20211114-1530 Re: Single link out proposal.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document includes content that Apple legal weighed in on | yes | |
| PRIV-APL-EG_00266051 | 11569 | PRIV-APL-EG_00266051 | PRIV-APL-EG_00266052 | Vij, Kunnal | 2023-06-08 | 21 02:18 | Kunal Vij | Meredith Thieme | | | Fwd: Epic - linking out | 20230609-0502 Fwd: Epic - linking out eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes | |