# EXHIBIT A

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00198303 | 4797 | PRIV-APL-EG_00198303 | PRIV-APL-EG_00198303 | Kim, Timothy | 2023-06-30 | 18:13:54 | | | | | | Direct message Carson Oliver, Kunnal Vij and 4 others - 2023-06-30 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | The document is withheld as it contains legal advice from counsel regarding proposed language in the developer agreement that counsel is drafting. | Ling Lew (Apple in-house counsel); | YES | |
| PRIV-APL-EG_00198307 | 4799 | PRIV-APL-EG_00198307 | PRIV-APL-EG_00198308 | Kim, Timothy | 2023-10-27 | 22:36:49 | | | | | | Direct message Jeff Wilder, Kunnal Vij and 2 others - 2023-10-27 (UTC).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | Message chain reflects legal advice from Ling Lew to Jeff Wilder re new business model | Ling Lew (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00198309 | 4800 | PRIV-APL-EG_00198309 | PRIV-APL-EG_00198309 | Kim, Timothy | 2023-05-19 | 00:44:26 | | | | | | Private channel #amp-wisconsin-core - 2023-05-19 (UTC).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | Message chain includes comments from Timothy Kim to Jennifer Brown and Ling Lew implicitly asking for legal advice regarding compelling a developer to say something specific; Jennifer Brown responds with legal advice regarding factors affecting compliance | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); | YES | |