| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Yvonne Gonzalez Rogers |

In support of its Motion for Relief from a Nondispositive Pretrial Order of Magistrate Judge, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 2014 (PRIV-APL-EG_00047165), and its attachment, Entry 2015 (PRIV-APL-EG_00047167);

2. Privilege Log Entry 2928 (PRIV-APL-EG_00100988), and its attachment, Entry 2929 (PRIV-APL-EG_00100996);

3. Privilege Log Entry 2932 (PRIV-APL-EG_00101000), and its attachment, Entry 2933 (PRIV-APL-EG_00101009);

4. Privilege Log Entry 2938 (PRIV-APL-EG_00101016), and its attachment, Entry 2939 (PRIV-APL-EG_00101020);

5. Privilege Log Entry 3220 (PRIV-APL-EG_00103784), and its attachment, Entry 3221 (PRIV-APL-EG_00103799);

6. Privilege Log Entry 1807 (PRIV-APL-EG_00142702), and its attachment, Entry 1808 (PRIV-APL-EG_00142704);

7. Privilege Log Entry 1814 (PRIV-APL-EG_00142722), and its attachment, Entry 1815 (PRIV-APL-EG_00142725); and

8. PRIV-APL-EG_00144533, and its attachments, Entries 1973 (PRIV-APL-EG_00144536), 1974 (PRIV-APL-EG_00144537), 1975 (PRIV-APL-EG_00144538), AND 1976 (PRIV-APL-EG_00144539).

Apple is lodging rather than filing these documents under seal, because if the Court grants Apple's motion in whole or in part, Epic should no longer have access to these documents through CM/ECF. Apple is, however, providing a copy of these materials in relevant part to Epic via email.

| | | |
|---|---|---|
| 1 | Dated: February 27, 2025 | Respectfully submitted, |
| 2 | | By: __/s/ Mark A. Perry_____ |
| 3 | | Mark A. Perry |
| 4 | | *Attorney for Apple Inc.* |