GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **JOINT LIST OF ADMITTED EXHIBITS** |

Pursuant to the Court's February 26, 2025 request (*see* Tr. 1916:3-12), the Parties jointly submit this list of exhibits admitted in connection the evidentiary hearing held on May 8, 10, 16, 17, 22 and 31, 2024 and February 24-26, 2025.

| Exhibits | Date | Description |
|---|---|---|
| CX-0001 | 1/16/2024 | App Store Review Guidelines dated January 16, 2024 (Dkt. 874 Ex. 1) |
| CX-0002 | 1/16/2024 | StoreKit External Purchase Link Entitlement Addendum for US Apps (Dkt. 874 Ex. 2) |
| CX-0003 | 1/16/2024 | Apple Support Page: Distributing apps in the U.S. that provide an external purchase link (Dkt. 874 Ex. 3) |
| CX-0004 | 1/16/2024 | Apple Support Page: StoreKit External Purchase Link Entitlement (US) (Dkt. 874 Ex. 4) |
| CX-0009 | 1/16/2024 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) |
| CX-0009A | 1/16/2024 | Price Committee Deck dated January 16, 2024 (redacted) |
| CX-0013 | 4/5/2024 | App Review Guidelines dated April 5, 2024 |
| CX-0014 | 1/12/2024 | Analysis Group Report (Detailed) |
| CX-0015 | 1/12/2024 | Analysis Group Report (Streamlined) |
| CX-0016 | N/A | Apple Support Page: Buttons |
| CX-0037 | 3/5/2024 | Apple Developer Blog, Updated App Review Guidelines Now Available (Mar. 5, 2024) |
| CX-0038 | 1/16/2024 | Apple Developer Blog, StoreKit and Review Guideline Update (Jan. 16, 2024) |
| CX-0054 | 1/11/2024 | Price Committee Deck dated January 11, 2024 |
| CX-0202 | 9/13/2021 | Notes titled "Dynamite Regroup" |
| CX-0206 | 11/16/2021 | Direct messages among B. Mihai, J. Phillips et al |
| CX-0216 | 4/3/2023 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" |
| CX-0223 | 6/16/2023 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" |
| CX-0224 | 6/19/2023 | StoreKit External Purchase Link Entitlement Addendum for US Apps (Dkt. 874 Ex. 2) |
| CX-0225 | 6/23/2023 | Email from S. Cameron to T. Cook re "Epic injunction – consumer warning revision" attaching presentation titled "[CONFIDENTIAL CODENAME]/Wisconsin Sheet – Copy Update" |
| CX-0227 | 7/5/2023 | Presentation titled "App Store Price Committee – U.S Linked Transactions" |
| CX-0229 | 8/15/2023 | Email from P. Schiller to J. Brown et al re "Wisconsin Plans" |
| CX-0231 | 8/31/2023 | Presentation titled "Existing Programs and Exceptions" |
| CX-0244 | 5/8/2024 | Text Messages between M. Goldberg and H. Smith |

| Exhibits | Date | Description |
|---|---|---|
| CX-0246 | 5/30/2023 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" |
| CX-0251 | 6/13/2023 | Notes titled "6/13 Epic Injunction Next Steps" |
| CX-0257 | 5/10/2024 | Text messages between M. Goldberg and H. Smith |
| CX-0264 | 5/17/2023 | Text messages between K. Vij and N. Barton |
| CX-0265 | 2/10/2023 | Text messages between K. Vij and N. Barton |
| CX-0266 | 1/7/2022 | Email from Sean L. to C. Oliver et al. re "Alternative Payments in Korea - Developer Feedback" |
| CX-0268 | 1/13/2022 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps |
| CX-0272 | 5/19/2023 | Presentation titled "Proposed responses to Epic injunction" |
| CX-0274 | 6/12/2023 | Presentation titled "Pricing Options" |
| CX-0279 | 6/27/2023 | Email from C. Oliver to S. Cameron and P. Schiller et al re "Updated Wisconsin deck for review" |
| CX-0281 | 3/15/2022 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu |
| CX-0291 | 6/28/2023 | Presentation with notes titled "Epic Injunction Implementation" |
| CX-0384 | 6/24/2023 | Email from L. Pulchny to T. Washburn et al re "Wisconsin Prep for 6/28 Tim Mtg. Actions" |
| CX-0399 | 6/26/2023 | Notes titled "6-26-23 Epic Discussion" |
| CX-0435 | 6/26/2023 | Meeting invitation from K. Vij to C. Oliver et al re "Wisconsin Program's Slide sync" |
| CX-0464 | 7/2/2023 | Text messages among P. Ajemian, H. Smith et al |
| CX-0477 | 7/6/2023 | Presentation with notes titled "Epic Injunction Compliance Press Briefing" |
| CX-0478 | 12/8/2023 | Email from M. Goldberg to C. Oliver et al re Checking in: Wisconsin |
| CX-0479 | 1/16/2024 | Email from H. Smith to M. Goldberg re Updated QA and Deck |
| CX-0484 | 5/25/2023 | Email from T. Liu to M. Fischer et al re [Phil Deck] Wisconsin attaching presentation titled "Wisconsin" |
| CX-0485 | 6/1/2023 | Meeting Invitation titled "Epic Injunction Implementation" |
| CX-0486 | 12/9/2021 | Email from J. Cheung to P. Velamuri et al re [Notes] Weekly App Store Roadmap Sync - 12/9 |
| CX-0487 | 5/15/2023 | Direct Message Exchange among A. Savio, D. DuBois et al |
| CX-0488 | 5/18/2023 | Meeting Invitation titled "Wisconsin Business Update" |
| CX-0489 | 6/16/2023 | Email from C. Jones to V. Vu re Adding Key Stakeholders - Epic Injunction |
| CX-0490 | 5/23/2023 | Email from A. Hawthorne to K. Vij et al re Wisconsin - Financials Follow-Up |
| CX-0496 | 3/15/2022 | Text Messages among T. Liu, M. Gromek et al |
| CX-0499 | 6/1/2023 | Text Messages among C. Oliver, A. Thai, and S. Cameron |
| CX-0503 | 6/13/2023 | Text Messages among C. Oliver, M. Fischer, and N. Barton |

| Exhibits | Date | Description |
|---|---|---|
| CX-0505 | 6/27/2023 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" |
| CX-0506 | 6/26/2023 | Document titled "Privileged & Confidential - Wisconsin Overview" |
| CX-0509 | 6/13/2023 | Virtual Meeting Invitation titled "Wisconsin: Team Commission Follow-Up" |
| CX-0511 | 6/28/23 | Text Messages between C. Oliver and K. Vij |
| CX-0520 | 11/15/2021 | Presentation titled "App Store - Michigan (IAP Links)" |
| CX-0529 | 1/18/2024 | Presentation titled "Epic Injunction Compliance Press Briefing" |
| CX-0532 | 6/22/2023 | Email from S. Cameron to K. Adams et al re Epic Injunction Implementation |
| CX-0538 | 6/15/2023 | Email from J. Brown to K. Vij and T. Washburn re Updated Wisconsin Deck |
| CX-0539 | 6/1/2023 | Text Messages between N. Barton and K. Vij |
| CX-0540 | 6/28/2023 | Text Messages among M. Goldberg, F. Sainz, H. Smith |
| CX-0832 | N/A | Webpage titled "Distributing dating apps in the Netherlands" |
| CX-0859 | 6/1/2023 | Presentation titled "Epic Injunction Implementation Proposal" |
| CX-1005 | 5/16/2023 | Webpage: "App Store stopped more than $2 billion in fraudulent transactions in 2022" |
| CX-1103 | 5/27/2023 | Email from A. Thai to J. Brown, B. Cote, J. Phillips, T. Liu, and J. Magnani re "Fwd: Wisconsin Design Deliverables" |
| CX-1104 | 6/9/2023 | Pages document entitled "Wisconsin Proposals 6/1" |
| CX-1208 | 5/15/2023 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu |
| CX-1210 | 6/21/2023 | Direct Message Exchanges between A. Savio, J. Woo, R. Onak, and S. Krueger re "Wisconsin" |
| CX-1211 | 6/21/2023 | Direct Message Exchanges between J. Phillips, J. Magnani, and R. Onak |
| CX-1303 | 5/17/2023 | Presentation titled "Business Risks Update" |
| CX-1304 | 5/24/2023 | Presentation titled "Wisconsin Financials Follow-Up" |
| CX-1310 | 6/28/2023 | Text Messages between C. Oliver and K. Vij |
| CX-1504 | 1/17/2024 | Email from F. Sainz to S. Whittington and M. Goldberg re: "Fwd: MacRumors - U.S. Developers Can Now Offer Non-App StorePurchasing Option, But Apple Will Still Collect Commissions" |
| CX-1505 | 3/13/2024 | Email from M. Goldberg to H. Smith re: "Bloomberg - Epic Asks Judge to Hold Apple in Contempt for Breaking Order" |
| CX-1506 | 5/9/2024 | Email from Z. Silver to H. Smith and M. Goldberg re: "Apple-Epic Hearing Coverage 5.9.24" |
| CX-1507 | 5/11/2024 | Email from M. Royer to M. Goldberg and H. Smith re: "Apple-Epic Injunction Hearing Coverage Report 5.10.24" |

| | | |
|---|---|---|
| 1 | DATED: February 27, 2025 | CRAVATH, SWAINE & MOORE LLP |
| 2 | | |
| 3 | | By: */s/ Michael J. Zaken* |
| 4 | | Michael J. Zaken (*pro hac vice*) |
| | | *Counsel for Plaintiff Epic Games, Inc.* |

| | | |
|---|---|---|
| 7 | DATED: February 27, 2025 | WEIL, GOTSHAL & MANGES LLP |
| 8 | | |
| 9 | | By: */s/ Joshua M. Wesneski* |
| 10 | | Joshua M. Wesneski (*pro hac vice*) |
| 11 | | *Counsel for Defendant Apple Inc.* |

**E-FILING ATTESTATION**

I, Michael J. Zaken, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

>                                                      */s/ Michael J. Zaken*
>                                                      Michael J. Zaken