# EXHIBIT A

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00122875 | 346 | PRIV-APL-EG_00122875 | PRIV-APL-EG_00122983 | DuBois, Dana | 2023-11-27 | 18:40:53 | | | | | | Apple DMA Brain Dump.pdf | Withhold | Attorney Client | Draft document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Regulatory compliance document and discussion including and largely driven by counsel | Document indicates Apple legal weighed in on document. | No | |
| PRIV-APL-EG_00124349 | 462 | PRIV-APL-EG_00124349 | PRIV-APL-EG_00124356 | Friedland, Zach | 2024-01-25 | 00:06:12 | | | | | | Private channel #appstore-dma-comms - 2024-01-25 (UTC).pdf | Redact | Attorney Client | Email with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates legal weighed in on issues discussed | No | |