GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

1    I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP,

2  located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001.  I am not a party

3  to the within cause, I am over the age of eighteen years and my email address is

4  pgupta@cravath.com.

5    I declare that on March 3, 2025, I served via electronic transmission the unredacted

6  version of Exhibit A to the Declaration of Yonatan Even submitted therewith to counsel for Apple

7  Inc.

8    I certify under penalty of perjury under the laws of the United States of America

9  that the foregoing information contained in the Certificate of Service is true and correct.

10

11   Dated:  March 3, 2025                              */s/ Panya Gupta*
                                                       Panya Gupta

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                    1            CASE NO. 4:20-CV-05640-YGR-TSH

1

**E-FILING ATTESTATION**

2          I, Yonatan Even, am the ECF User whose ID and password are being used to file

3    this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the

4    signatories identified above has concurred in this filing.

5

6                                                    */s/  Yonatan Even*
                                                     Yonatan Even
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28