UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>        Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER RE: APPLE INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDERS OF A MAGISTRATE JUDGE**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, Apple Inc. ("Apple") has filed a Motion for Relief from Nondispositive Pretrial Orders of a Magistrate Judge (the "Motion").

Having considered the Motion, all associated documents, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's motion is **GRANTED**. Accordingly,

(1) Apple's privilege assertions over the following documents are sustained: PRIV-APL-EG_00242265, PRIV-APL-EG_00242271, PRIV-APL-EG_00242871, PRIV-APL-EG_00242877, PRIV-APL-EG_00243126, PRIV-APL-EG_00243132, PRIV-APL-EG_00243145, PRIV-APL-EG_00243151) PRIV-APL-EG_00244062, PRIV-APL-EG_00244070, PRIV-APL-EG_00226083, PRIV-APL-EG_00072541, PRIV-APL-EG_00072619, PRIV-APL-EG_00082730, PRIV-APL-EG_00082600, PRIV-APL-EG_00053686, PRIV-APL-EG_00053689, PRIV-APL-EG_00053703, PRIV-APL-EG_00053712, PRIV-APL-EG_00053717, PRIV-APL-EG_00243495, PRIV-APL-EG_00082914, PRIV-APL-EG_00082952, PRIV-APL-EG_00082961, PRIV-APL-EG_00081363, PRIV-APL-EG_00082271, PRIV-APL-EG_00078885, PRIV-APL-EG_00081363, PRIV-APL-EG_00082271.

**IT IS SO ORDERED.**

1  Dated: _____, 2025

4
5  _____
   The Honorable Yvonne Gonzalez Rogers
   United States District Court Judge