| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Yvonne Gonzalez Rogers |

In support of its Motion for Relief from Nondispositive Pretrial Orders of Magistrate Judge, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 2505 (PRIV-APL-EG_00053686), and its attachments, Entries 2506 (PRIV-APL-EG_00053689), 2507 (PRIV-APL-EG_00053703), 2508 (PRIV-APL-EG_00053712), and 2509 (PRIV-APL-EG_00053717);

2. Privilege Log Entry 727 (PRIV-APL-EG_00072541);

3. Privilege Log Entry 737 (PRIV-APL-EG_00072617), and its attachment, Entry 738 (PRIV-APL-EG_00072619);

4. Privilege Log Entry 1070 (PRIV-APL-EG_00078882), and its attachment, Entry 1071 (PRIV-APL-EG_00078885);

5. Privilege Log Entry 1154 (PRIV-APL-EG_00081362), and its attachment, Entry 1155 (PRIV-APL-EG_00081363);

6. Privilege Log Entry 1254 (PRIV-APL-EG_00082250), and its attachment, Entry 1255 (PRIV-APL-EG_00082271);

7. Privilege Log Entry 1301 (PRIV-APL-EG_00082600);

8. Privilege Log Entry 1317 (PRIV-APL-EG_00082730), and its attachment, Entry 1318 (PRIV-APL-EG_00082731);

9. Privilege Log Entry 1342 (PRIV-APL-EG_00082914);

10. Privilege Log Entry 1345 (PRIV-APL-EG_00082952), and its attachment, Entry 1346 (PRIV-APL-EG_00082961);

11. Privilege Log Entry 7786 (PRIV-APL-EG_00226083);

12. Privilege Log Entry 9298 (PRIV-APL-EG_00242262), and its attachments, Entries 9299 (PRIV-APL-EG_00242265) and 9300 (PRIV-APL-EG_00242271);

13. Privilege Log Entry 9348 (PRIV-APL-EG_00242870), and its attachments, Entries 9349 (PRIV-APL-EG_00242871) and 9350 (PRIV-APL-EG_00242877);

14. Privilege Log Entry 9375 (PRIV-APL-EG_00243123), and its attachments, Entries 9376 (PRIV-APL-EG_00243126), and 9377 (PRIV-APL-EG_00243132);

15. Privilege Log Entry 9379 (PRIV-APL-EG_00243144), and its attachments, Entries 9380 (PRIV-APL-EG_00243145) and 9381 (PRIV-APL-EG_00243151);

16. Privilege Log Entry 9400 (PRIV-APL-EG_00243495); and

17. Privilege Log Entry 9484 (PRIV-APL-EG_00244055), and its attachments, Entries 9485 (PRIV-APL-EG_00244062) and 9486 (PRIV-APL-EG_00244070).

Apple is lodging rather than filing these documents under seal, because if the Court grants Apple's motion in whole or in part, Epic should no longer have access to these documents through CM/ECF. Apple is, however, providing a copy of these materials in relevant part to Epic via email.

Dated: March 4, 2025

Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*