# EXHIBIT A

# (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00255272 | 10781 | PRIV-APL-EG_00255272 | PRIV-APL-EG_00255281 | 2022-02-10 | 00:08:46 | Ann Thai | Eddy Cue ▮; Kate Adams ▮; Phil Schiller ▮ | Kyle Andeer ▮; Tim Cook ▮; Craig Federighi ▮; Greg (Joz) Joswiak ▮; Luca Maestri ▮; Lisa Jackson ▮; Kristin Huguet ▮; Jeff Robbin ▮; Sean Cameron ▮; Matt Fischer ▮; Sean Dillon ▮; Susan Prescott ▮; Trystan Kosmynka ▮; Jason Cody ▮; Nick Ammann ▮; Tim Powderly ▮; Fred Sainz ▮; Robert Windom ▮ | | Re: Reuters - Dutch watchdog fines Apple $5.7 million again in App Store dispute | 357208.emlx | Withhold | Attorney Client | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | Document reflects information necessary for the rendering of legal advice from Apple legal | Jason Cody (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) | yes as to kyle andeer email in chain. No as to the rest. It is predominantly business/PR | |
| PRIV-APL-EG_00256631 | 10886 | PRIV-APL-EG_00256631 | PRIV-APL-EG_00256640 | 2022-02-09 | 22:54:07 | Eddy Cue ▮ | Ann Thai ▮ | Phil Schiller ▮; Kyle Andeer ▮; Tim Cook ▮; Craig Federighi ▮; Greg (Joz) Joswiak ▮; Kate Adams ▮ | | Re: Reuters - Dutch watchdog fines Apple $5.7 million again in App Store dispute | 20220209-1454 Re: Reuters - Dutch watchdog fines Apple $5.7 million again .eml | Withhold | Attorney Client | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | Document reflects information necessary for the rendering of legal advice from Apple legal. | Jason Cody (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) | yes as to kyle andeer email in chain. No as to the rest. It is predominantly business/PR | |

1

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00256780 | 10904 | PRIV-APL-EG_00256780 | PRIV-APL-EG_00256789 | 2022-02-09 | 22:31:21 | Phil Schiller | Ann Thai; Kate Adams | Eddy Cue; Kyle Andeer; Tim Cook; Craig Federighi; Gregory Joswiak; Luca Maestri; Lisa Jackson; Kristin Huguet Quayle; Jeff Robbin; Sean Cameron; Matt Fischer; Sean Dillon; Susan Prescott; Trystan Kosmynka; Jason Cody; Nick Ammann; Tim Powderly; Fred Sainz; Robert Windom | | Re: Reuters - Dutch watchdog fines Apple $5.7 million again in App Store dispute | 20220209-1431 Re: Reuters - Dutch watchdog fines Apple $5.7 million again .eml | Withhold | Attorney Client | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | Document reflects information necessary for the obtaining of legal advice from Apple legal. | Sean Dillon (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) | yes as to kyle andeer email in chain. No as to the rest. It is predominantly business/PR | |

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Sean Cameron ▓; Matt Fischer ▓; Sean Dillon ▓; Susan Prescott ▓; Trystan Kosmynka ▓; Jason Cody ▓; Nick Ammann ▓; Tim Powderly ▓; Fred Sainz ▓; Robert Windom ▓ | | | | | | | | | | |
| PRIV-APL-EG_00272830 | 12136 | PRIV-APL-EG_00272830 | PRIV-APL-EG_00272842 | 2023-07-03 | 23:01:55 | Jennifer Brown ▓ | Richman, Cynthia ▓ | Carson Oliver ▓; Phillips, Harry R. S. ▓; Timothy Kim ▓; Ann Thai ▓; Jeff Wilder ▓; Tanya Washburn ▓; Sean Cameron ▓; Ling Lew ▓; Kleinbrodt, Julian Wolfe ▓; Sean Dillon ▓; Brendan McNamara ▓ | | Re: Analysis Group Work | 20230703-1602 Re: Analysis Group Work.eml | Redact | Work Product | Email chain with redacted text reflecting work product prepared by counsel regarding injunction compliance and U.S. Link Entitlement program eligibility, prepared in anticipation or furtherance of litigation. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | no | predominantly business |

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00228712 | 7905 | PRIV-APL-EG_00228712 | PRIV-APL-EG_00228714 | 2023-07-11 | 16:29:02 | Marni Goldberg | Carson Oliver ███; Jennifer Brown ███; Sean Cameron ███; Ling Lew ███; Ann Thai ███ | Fred Sainz ███; Peter Ajemian ███; Hannah Smith ███ | | Tough Q and A | Tough Q and A.eml | Withhold | Attorney Client; Work Product | Email providing information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding injunction compliance press and communications legal strategy, prepared in anticipation or furtherance of litigation. | | Sean Cameron (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | NO | SEE JUDGE HIXSON ORDER, DKT. NO. 1056, 12/02/04, AT 3 (REVIEW OF APL-EG-010681518) "THIS DOCUMENT IS A DRAFT OF A PRESS BRIEFING . . . THE CASE SUMMARIES DO NOT CONTAIN LEGAL ADVICE, NOR ASK FOR IT. . . . THIS IS A DRAFT OF A CASE SUMMARY TO BE PROVIDED EXTERNALLY TO THE PRESS. . . NOTHING IN THE DOCUMENT IS LEGAL ADVICE." JUDGE GONZALEZ-ROGERS UPHELD THIS RULING ON DECEMBER 31, 2024. THESE RULINGS APPLY TO THIS DOCUMENT AND THEREFORE IT MUST BE PRODUCED. THE DOCUMENT DOES NOT REQUEST LEGAL ADVICE NOR DOES IT REPEAT LEGAL ADVICE. IT |

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | DOES NOT REFLECT ATTORNEY WORK PRODUCT. THE DOCUMENT REFLECTS PREPARED RESPONSES TO BE PRESENTED TO QUESTIONS FROM THE PRESS. |
| PRIV-APL-EG_00216707 | 6755 | PRIV-APL-EG_00216707 | PRIV-APL-EG_00216712 | 2024-01-21 | 19:22:54 | Sean Cameron | Philip Schiller | Eddy Cue ▉; Greg (Joz) Joswiak ▉; Matt Fischer ▉; Josh Shaffer ▉; Fred Sainz ▉; Andreas Wendker ▉; Bob Borchers ▉; Ann Thai ▉; Susan Prescott ▉; Carson Oliver ▉; Ling Yang Lew ▉; Jason Cody ▉; Pam Reid ▉; Kyle Andeer ▉; Brendan McNamara ▉; Trystan Kosmynka ▉ | | Re: Guidelines -- DMA edits | 20240121-1123 Re: Guidelines -- DMA edits.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance for developer guidelines and website materials prepared in anticipation or furtherance of litigation. | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | NO | NO REDACTIONS IDENTIFIED ON THE DOCUMENT |

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00118829 | 85 | PRIV-APL-EG_00118829 | PRIV-APL-EG_00118832 | 2022-04-11 | 17:36:51 | Casey Eason | Nate Barton | Mahesh Damodaran | | Fwd: Legal Request - App Store P&L | 20220411-1036 Fwd: Legal Request - App Store P&L.eml | | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding court filings. | Email chain reflecting legal advice and related requests from counsel concerning app store profits/losses data for purposes of preparing a court filing | Email from Apple employee requesting information on behalf of Apple in-house counsel for the purposes of rendering legal advice. | No | |
| PRIV-APL-EG_00119866 | 184 | PRIV-APL-EG_00119866 | PRIV-APL-EG_00119872 | 2023-09-11 | 22:03:20 | | | | | | 1 Pager - AU Online Safety Act.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | Chat messages and notes summarizing discussions with in-house counsel re Australia's Online Safety Act. | Document includes summaries of conversations with Apple in-house counsel containing legal advice. | No | |
| PRIV-APL-EG_00125518 | 535 | PRIV-APL-EG_00125518 | PRIV-APL-EG_00125530 | 2022-01-28 | 15:50:43 | Hannah Smith | Marni Goldberg | | | Re: Epic Amicus Filings Plan -- privileged and confidential | 20220128-0750 Re: Epic Amicus Filings Plan -- privileged and confidential.eml | Redact | Attorney Client; Work Product | Email chain with redacted text providing legal advice from counsel regarding ongoing Epic litigation prepared in anticipation or furtherance of litigation. | Reflects summary of briefing papers in ongoing Epic litigation. | Gibson Dunn (outside counsel); Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel). | No | |