| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Objections to certain of the Special Masters' privilege determinations issued on February 14, 15, 16, and 26, 2025, regarding Apple Inc.'s (Apple) production of re-reviewed and privileged documents, Apple hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 10781 (PRIV-APL-EG_00255272),
2. Privilege Log Entry 10886 (PRIV-APL-EG_00256631),
3. Privilege Log Entry 10904 (PRIV-APL-EG_00256780),
4. Privilege Log Entry 12136 (PRIV-APL-EG_00272830),
5. Privilege Log Entry 7905 (PRIV-APL-EG_00228712),
6. Privilege Log Entry 6755 (PRIV-APL-EG_00216707),
7. Privilege Log Entry 85 (PRIV-APL-EG_00118829),
8. Privilege Log Entry 184 (PRIV-APL-EG_00119866), and
9. Privilege Log Entry 535 (PRIV-APL-EG_00125518).

Dated: March 4, 2025

Respectfully submitted,

By: __/s/ Mark A. Perry_____
    Mark A. Perry

*Attorney for Apple Inc.*