GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMITS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-11, Plaintiff Epic Games, Inc. ("Epic") hereby moves for leave to file a Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge ("Motion") in excess of the page limit stated in Local Rule 72-2(b).  Local Rule 72-2(b) limits such motions to five pages.  Pursuant to Local Rule 7-11, Epic requests leave to file an eight-page Motion.  An expansion of the page limitation is requested for purposes of judicial efficiency, as Epic's Motion in fact appeals two Discovery Orders issued by Magistrate Judge Hixson on the same day (Dkts. 1242 and 1251).  Defendant Apple Inc. has agreed to the stipulation and proposed order granting an extension of pages accompanying this administrative motion.

### CONCLUSION

Accordingly, Epic respectfully requests that this Court enter an order permitting it to exceed the page limit for its Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge filed March 4, 2025, changing the maximum length of the filing from five to eight pages (exclusive of exhibits, attachments, declarations and e-filing attestation).

1    Dated:  March 4, 2025                    Respectfully submitted,

2                                             By:    /s/ *Yonatan Even*

3                                             **FAEGRE DRINKER BIDDLE & REATH**
4                                             **LLP**

5                                             Paul J. Riehle (SBN 115199)
6                                             paul.riehle@faegredrinker.com

7                                             Four Embarcadero Center
                                              San Francisco, California 94111
8                                             Telephone:  (415) 591-7500
                                              Facsimile:  (415) 591-7510
9
                                              **CRAVATH, SWAINE & MOORE LLP**
10
11                                            Gary A. Bornstein (*pro hac vice*)
                                              gbornstein@cravath.com
12                                            Yonatan Even (*pro hac vice*)
                                              yeven@cravath.com
13                                            Lauren A. Moskowitz (*pro hac vice*)
                                              lmoskowitz@cravath.com
14                                            Justin C. Clarke (*pro hac vice*)
                                              jcclarke@cravath.com
15                                            Michael J. Zaken (*pro hac vice*)
                                              mzaken@cravath.com
16                                            M. Brent Byars (*pro hac vice*)
                                              mbyars@cravath.com
17
18                                            375 Ninth Avenue
                                              New York, New York 10001
19                                            Telephone:  (212) 474-1000
                                              Facsimile:  (212) 474-3700
20
21                                            *Attorneys for Plaintiff and Counter-defendant*
                                              *Epic Games, Inc.*
22
23
24
25
26
27
28   PLAINTIFF'S ADMINISTRATIVE
     MOTION FOR LEAVE TO FILE
     MOTION IN EXCESS OF PAGE LIMITS          2          CASE NO. 4:20-CV-05640-YGR-TSH