UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF EPIC GAMES, INC.'S MOTION FOR RELIEF FROM A NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

[PROPOSED] ORDER GRANTING PLAINTIFF
EPIC GAMES, INC.'S MOTION FOR RELIEF
FROM A NONDISPOSITIVE PRETRIAL ORDER
OF A MAGISTRATE JUDGE          CASE NO. 4:20-CV-05640-YGR-TSH

On March 4, 2025, Plaintiff Epic Games, Inc. filed this Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge.  Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiff's Motion.  The Magistrate Judge's February 18, 2025, Discovery Orders (Dkts. 1242 and 1251) are hereby overruled in part to the extent they determined the 21 documents identified in Plaintiff's Motion are protected by the attorney-client privilege and/or work product doctrine.

**IT IS SO ORDERED.**

Dated:  March _____, 2025

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE