UNITED STATES DISTRICT COURT  **ORIGINAL**

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | | |
|---|---|---|
| EPIC GAMES, INC., | ) | **Evidentiary Hearing** |
| | ) | |
| Plaintiff, | ) | Volumes 1-9 Pages 1-1916 |
| | ) | |
| vs. | ) | NO. C 20-05640 YGR |
| | ) | |
| APPLE, INC., | ) | Index Pages 1 - 10 |
| | ) | |
| Defendant. | ) | Oakland, California |
| _____ | ) | May 8, 10, 16-17, 2024 |
| | | May 22, 31, 2024 |
| | | February 24-26, 2025 |

**REPORTER'S MASTER INDEX OF TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:            Cravath, Swaine & Moore LLP
                          375 Ninth Avenue
                          New York, New York  10001
                    BY:   GARY A. BORNSTEIN,
                          ANISSA BADEA,
                          M. BRENT BYARS,
                          YONATAN EVEN,
                          LAUREN A. MOSKOWITZ,
                          CHARLOTTE ROTHSCHILD,
                          CHRISTINA A. SEIDEMAN
                          BENJAMIN WILLY,
                          MICHAEL J. ZAKEN, ATTORNEYS AT LAW


            (Appearances continued next page)

Reported By:         Raynee H. Mercado, CSR No. 8258


   Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

```
 1                  A P P E A R A N C E S (CONT'D.)

 2

 3   For Defendant:           Weil, Gotshal & Manges LLP
                              2001 M Street NW, Suite 600
 4                            Washington, D.C.  20036
                        BY:   ANNE CORBETT,
 5                            MARK A. PERRY,
                              JOSHUA M. WESNESKI, ATTORNEY AT LAW
 6

 7                            Weil Gotshal & Manges LLP
                              1395 Brickell Avenue, Suite 1200
 8                            Miami, Florida  33131
                        BY:   MARK PINKERT, ATTORNEY AT LAW
 9
                              Weil, Gotschal & Manges LLP
10                            767 Fifth Avenue
                              New York, New York  10153-0119
11                      BY:   CAMILLA BRANDFIELD-HARVEY,
                               ATTORNEY AT LAW
12

13                            Gibson, Dunn & Crutcher LLP
                              333 South Grand Avenue
14                            Los Angeles, California  90071
                        BY:   RICHARD J. DOREN,
15                            JASON C. LO,
                              JACQUELINE L. SESIA, ATTORNEYS AT LAW
16
                              Gibson, Dunn & Crutcher LLP
17                            One Embarcadero Center, Suite 2600
                              San Francisco, California  94111-3715
18                      BY:   ANTHONY D. BEDEL,
                              LAUREN DANSEY, ATTORNEYS AT LAW
19

20                            Gibson, Dunn & Crutcher LLP
                              1050 Connecticut Avenue, N.W.
21                            Washington, DC  20036-5306
                        BY:   HARRY PHILLIPS,
22                            CYNTHIA E. RICHMAN, ATTORNEY AT LAW

23

24                              --o0o--

25
```

```
                          I N D E X


    WEDNESDAY, MAY 8, 2024 - VOLUME 1

    FRIDAY, MAY 10, 2024 - VOLUME 2

    FRIDAY, MAY 17, 2024 - VOLUME 4

    WEDNESDAY, MAY 22, 2024 - VOLUME 5

    FRIDAY, MAY 31, 2024 - VOLUME 6

    MONDAY, FEBRUARY 24, 2025 - VOLUME 7

    TUESDAY, FEBRUARY 25, 2025 - VOLUME 8

    WEDNESDAY, FEBRUARY 26, 2025 - VOLUME 9


    PLAINTIFF'S WITNESSES                             PAGE     VOL.

    BARNES, NED
    (SWORN)                                            379       2
    DIRECT EXAMINATION BY MR. BYARS                    380       2
    CROSS-EXAMINATION BY MR. PERRY                     391       2
    CROSS-EXAMINATION (CONT'D.) BY MR. PERRY           414       3
    REDIRECT EXAMINATION BY MR. BYARS                  431       3


    FISCHER, MATTHEW
    (SWORN)                                             10       1
    DIRECT EXAMINATION BY MS. MOSKOWITZ                 11       1
    CROSS-EXAMINATION BY MR. PERRY                     135       1
    REDIRECT EXAMINATION BY MS. MOSKOWITZ              185       1
```

| | **I N D E X** | | |
|---|---|---|---|
| | **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
| | GOLDBERG, MARNI | | |
| | (SWORN) | 1765 | 9 |
| | DIRECT EXAMINATION BY MS. MOSKOWITZ | 1766 | 9 |
| | CROSS-EXAMINATION BY MR. PERRY | 1859 | 9 |
| | | | |
| | OLIVER, CARSON | | |
| | (SWORN) | 437 | 3 |
| | DIRECT EXAMINATION BY MR. EVEN | 438 | 3 |
| | CROSS-EXAMINATION BY MS. RICHMAN | 541 | 3 |
| | CROSS-EXAMINATION (CONTINUED) BY MS. RICHMAN | 571 | 4 |
| | REDIRECT EXAMINATION BY MR. EVEN | 625 | 4 |
| | RECROSS-EXAMINATION BY MS. RICHMAN | 659 | 4 |
| | (RE-CALLED AND RE-SWORN) | 1393 | 7 |
| | DIRECT EXAMINATION BY MR. EVEN | 1394 | 7 |
| | DIRECT EXAM (RESUMED) BY MR. EVEN | 1432 | 8 |
| | CROSS-EXAMINATION BY MS. RICHMAN | 1556 | 8 |
| | REDIRECT EXAMINATION BY MR. EVEN | 1595 | 8 |
| | RECROSS-EXAMINATION BY MS. RICHMAN | 1611 | 8 |

|   | **I N D E X** | | |
|---|---|---|---|
| **PLAINTIFF'S WITNESSES** | | **PAGE** | **VOL.** |
| ONAK, RAFAEL | | | |
| (SWORN) | | 1316 | 7 |
| DIRECT EXAMINATION BY MS. MOSKOWITZ | | 1317 | 7 |
| CROSS-EXAMINATION BY MR. WESNESKI | | 1369 | 7 |
| REDIRECT EXAMINATION BY MS. MOSKOWITZ | | 1388 | 7 |
| | | | |
| ROMAN, ALEX | | | |
| (SWORN) | | 196 | 1 |
| DIRECT EXAMINATION BY MR. EVEN | | 196 | 1 |
| DIRECT EXAMINATION (RESUMED) BY MR. EVEN | | 238 | 2 |
| CROSS-EXAMINATION BY MR. PERRY | | 294 | 2 |
| REDIRECT EXAMINATION BY MR. EVEN | | 367 | 2 |
| | | | |
| SCHILLER, PHILIP | | | |
| (SWORN) | | 670 | 4 |
| DIRECT EXAMINATION BY MR. BORNSTEIN | | 670 | 4 |
| DIRECT EXAM (CONT'D.) BY MR. BORNSTEIN | | 715 | 5 |
| CROSS-EXAMINATION BY MR. DOREN | | 801 | 5 |
| REDIRECT EXAMINATION BY MR. BORNSTEIN | | 874 | 5 |
| (RE-CALLED AND RE-SWORN) | | 1134 | 7 |
| DIRECT EXAMINATION BY MR. BORNSTEIN | | 1135 | 7 |
| CROSS-EXAMINATION BY MR. PERRY | | 1271 | 7 |
| REDIRECT EXAMINATION BY MR. BORNSTEIN | | 1304 | 7 |

|  | **I N D E X** |  |  |
|---|---|---|---|
|  | **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|  | SCHILLER, PHILIP |  |  |
|  | FURTHER REDIRECT EXAM BY MR. BORNSTEIN | 1879 | 9 |
|  | RECROSS-EXAMINATION BY MR. PERRY | 1905 | 9 |
|  | FURTHER REDIRECT EXAM BY MR. BORNSTEIN | 1908 | 9 |
|  | SHOBIN, ALEC |  |  |
|  | (SWORN) | 1039 | 6 |
|  | DIRECT EXAMINATION BY MS. MOSKOWITZ | 1039 | 6 |
|  | CROSS-EXAMINATION BY MR. LO | 1060 | 6 |
|  | REDIRECT EXAMINATION BY MS. MOSKOWITZ | 1113 | 6 |
|  | SIMON, BENJAMIN |  |  |
|  | (SWORN) | 933 | 6 |
|  | DIRECT EXAMINATION BY MR. BORNSTEIN | 933 | 6 |
|  | CROSS-EXAMINATION BY MR. LO | 963 | 6 |
|  | REDIRECT EXAMINATION BY MR. BORNSTEIN | 1028 | 6 |
|  | VIJ, KUNAL |  |  |
|  | (SWORN) | 1618 | 8 |
|  | DIRECT EXAMINATION BY MR. EVEN | 1619 | 8 |
|  | DIRECT EXAMINATION (CONT'D.) BY MR. EVEN | 1681 | 9 |
|  | CROSS-EXAMINATION BY MS. RICHMAN | 1746 | 9 |
|  | REDIRECT EXAMINATION BY MR. EVEN | 1756 | 9 |

**I N D E X**

**E X H I B I T S**

| EXHIBITS | W/DRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| CX-0001 | | | 23 | 1 |
| CX-0002 | | | 28 | 1 |
| CX-0003 | | | 27 | 1 |
| CX-0004 | | | 808 | 5 |
| CX-0009 | | | 201 | 1 |
| CX-0013 | | | 24 | 1 |
| CX-0014 | | | 505 | 3 |
| CX-0015.1 | | | 549 | 3 |
| CX-0016 | | | 76 | 1 |
| CX-37 | | | 115 | 1 |
| CX-38 | | | 719 | 5 |
| CX-54 | | | 636 | 4 |
| CX-1005 | | | 195 | 1 |
| 0202 | | | 1397 | 7 |
| 206 | | | 1336 | 7 |
| 216 | | | 1633 | 8 |
| 223 | | | 1175 | 7 |
| 224 | | | 1200 | 7 |
| 225 | | | 1264 | 7 |
| 227 | | | 1243 | 7 |
| 229 | | | 1251 | 7 |
| 0231 | | | 1724 | 9 |

**I N D E X**

**E X H I B I T S**

| EXHIBITS | W/DRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 244 | | | 1814 | 9 |
| 0246 | | | 1409 | 7 |
| 257 | | | 1823 | 9 |
| 264 | | | 1647 | 8 |
| 0265 | | | 1622 | 8 |
| 0266 | | | 1403 | 7 |
| 268 | | | 1346 | 7 |
| 272 | | | 1156 | 7 |
| 274 (REDACTED) | | | 1501 | 8 |
| 279 | | | 1230 | 7 |
| 281 | | | 1355 | 7 |
| 291 | | | 1239 | 7 |
| 384 | | | 1662 | 8 |
| 399 | | | 1794 | 9 |
| 435 | | | 1735 | 9 |
| 464 | | | 1831 | 9 |
| 477 | | | 1802 | 9 |
| 478 | | | 1800 | 9 |
| 479 | | | 1839 | 9 |
| 484 | | | 1261 | 7 |
| 485 | | | 1169 | 7 |
| 486 | | | 1141 | 7 |

# I N D E X

## E X H I B I T S

| EXHIBITS | W/DRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 487 | | | 1363 | 7 |
| 488 | | | 1151 | 7 |
| 489 | | | 1174 | 7 |
| 490 | | | 1259 | 7 |
| 496 | | | 1353 | 7 |
| 499 | | | 1472 | 8 |
| 503 | | | 1514 | 8 |
| 0505 | | | 1717 | 9 |
| 0506 (PROVISIONALLY) | | | 1541 | 8 |
| 506 | | | 1737 | 9 |
| 509 | | | 1507 | 8 |
| 520 | | | 1330 | 7 |
| 529 | | | 1807 | 9 |
| 538 | | | 1546 | 8 |
| 539 | | | 1697 | 9 |
| 540 | | | 1853 | 9 |
| 632 | | | 1229 | 7 |
| 0832 | | | 1598 | 8 |
| 859 | | | 1640 | 8 |
| 1103 | | | 1287 | 7 |
| 1104 | | | 1298 | 7 |
| 1208 | | | 1380 | 7 |

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

**I N D E X**

**E X H I B I T S**

| EXHIBITS | W/DRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 1210 | | | 1385 | 7 |
| 1211 | | | 1382 | 7 |
| 1303 | | | 1564 | 8 |
| 1304 | | | 1573 | 8 |
| 1310 | | | 1592 | 8 |
| 1504 | | | 1873 | 9 |
| 1505 | | | 1874 | 9 |
| 1506 | | | 1875 | 9 |
| 1507 | | | 1875 | 9 |

--o0o--

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*