| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>*Please use one form per court reporter.*<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Jasmin Rangel | **2a. CONTACT PHONE NUMBER**<br>(619) 239-5896 | **3. CONTACT EMAIL ADDRESS**<br>rangel@whafh.com |
| **1b. ATTORNEY NAME (if different)**<br>Rachele R. Byrd | **2b. ATTORNEY PHONE NUMBER**<br>(619) 239-4599 | **3. ATTORNEY EMAIL ADDRESS**<br>byrd@whafh.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101 | 5. CASE NAME<br>Epic Games, Inc. v. Apple Inc. | 6. CASE NUMBER<br>4:20-cv-5640 |
|---|---|---|
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Raynee Mercado | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL ☒ CIVIL    CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE<br>(initials) | TYPE<br>(e.g. CMC) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED<br>(email) | ECF ACCESS<br>(web) | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | 3-DAY | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2025 | YGR | Evident | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 02/25/2025 | YGR | Evident | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 02/26/2025 | YGR | Evident | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 02/27/2025 | YGR | Evident | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Please include exhibits if possible.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE   /s/ Rachele R. Byrd | 12. DATE<br>02/27/2025 |
|---|---|

Clear Form    Save as new PDF