# CRAVATH

Yonatan Even
yeven@cravath.com
T+1-212-474-1958
New York

March 5, 2025

Re: *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR (N.D. Cal.)

Your Honor:

In Epic's Motion for Relief From a Nondispositive Pretrial Order of a Magistrate Judge, filed March 4, 2025 (Dkt. 1305), Epic objected to Apple's attempts to withhold in full four slide decks, all versions of a deck titled "Epic Injunction Implementation" that, Epic believes, are similar to decks bearing the same or similar title that were admitted into evidence during the recent hearing. (Dkt. 1305 at 3.)

It has now come to our attention that one of the documents included in Epic's Motion, Entry No. 1471 (PRIV-APL-EG_00162520), is in fact CX-859, which Your Honor already examined *in camera* in a closed session, ultimately overruling most of Apple's privilege assertions. Thus, Epic's request that Your Honor review Entry No. 1471 is moot.

Epic apologizes for the oversight.

Respectfully submitted,

*/s/ Yonatan Even*
Yonatan Even

NEW YORK
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

LONDON
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

WASHINGTON, D.C.
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP