PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR MOTION FOR RELIEF FROM A MAGISTRATE'S NON-DISPOSITIVE ORDER**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1
2
3

Pursuant to Local Rules 7-11 and 7-12, Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple") hereby stipulate to extend the page limit for Epic's Motion for Relief filed March 4, 2025, as follows:

4
5
6
7

WHEREAS, on February 18, 2025, Magistrate Judge Hixson issued two Discovery Orders (Dkt. 1242; Dkt. 1251) overruling certain of Epic's Objections filed pursuant to the Court-mandated re-review Protocol (Dkt. 1092);

8

WHEREAS, Epic wishes to seek relief from this Court from both Orders;

9
10

WHEREAS, Local Rule 72-2(b) limits each Motion for Relief to a maximum of 5 pages; and

11
12

WHEREAS, in the interest of judicial efficiency, Epic wishes to file a single, combined Motion for Relief from both Orders, not to exceed 8 pages;

13
14

**THEREFORE, IT IS STIPULATED AND AGREED THAT**:

15
16

1.      The page limit for Epic's combined Motion for Relief from Orders Dkt. 1242 and Dkt. 1251 shall be extended to a maximum of 8 pages.

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED]
ORDER EXTENDING MOTION
FOR RELIEF PAGE LIMIT                    1              CASE NO. 4:20-CV-05640-YGR-TSH

1

2

3

Dated:  March 4, 2025

Respectfully submitted,

By:    /s/ *Yonatan Even*

4

5

6

7

8

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

9

10

11

12

13

14

15

16

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

17

18

19

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

20

21

*Attorneys for Plaintiff Epic Games, Inc.*

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER EXTENDING MOTION
FOR RELIEF PAGE LIMIT

2

CASE NO. 4:20-CV-05640-YGR-TSH

Dated:  March 4, 2025

Respectfully submitted,

By:    /s/ *Mark A. Perry*

**WEIL, GOTSHAL & MANGES LLP**
  Mark A. Perry
  Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER LLP**
  Richard J. Doren
  Jason C. Lo
  Daniel G. Swanson
  Cynthia E. Richman
  Julian W. Kleinbrodt

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 6, 2025

_____
HON. YVONNE GONZALEZ ROGERS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified

above has concurred in this filing.


*/s/ Yonatan Even*
_____

Yonatan Even