# EXHIBIT A

# (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00094876 | 2335 | PRIV-APL-EG_00094876 | PRIV-APL-EG_00094921 | Oliver, Carson | 2023-12-18 16:51:54 | | | | | | DMA_Alternative marketplace developer.pdf | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | No | |
| PRIV-APL-EG_00149580 | 5 | PRIV-APL-EG_00149580 | PRIV-APL-EG_00149587 | Oliver, Carson | 2023-05-30 | | Sean Cameron ▉ | Jen Brown ▉ Ann Thai ▉ Kosmynka ▉ Ling Yang Lew ▉ Carson Oliver ▉ | | | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement.eml | Redact | AttorneyClient; WorkProduct | Email chain with redacted text reflecting work product prepared by counsel regarding injunction compliance requirements for link format and buttons | | Sean Cameron (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | No | |
| PRIV-APL-EG_00150508 | 173 | PRIV-APL-EG_00150508 | PRIV-APL-EG_00150510 | Oliver, Carson | 2023-05-02 | | Jeff Guebert ▉ | Jennifer Brown ▉ | | | Re: Confidential Project (Codename Wisconsin) Initial Planning Sync Meeting Notes + Next Steps | 20230503-0009 Re: Confidential Project (Codename Wisconsin) Initial Planni.eml | Redact | AttorneyClient; WorkProduct | Email chain with redacted text providing information for the purpose of obtaining legal advice to counsel regarding injunction compliance requirements for user design and interface | | Jennifer Brown (Apple in-house counsel) | No | |