1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
|     Plaintiffs and Counter-Defendants, | |
| v. | **[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL** |
| APPLE, INC., | |
|     Defendant and Counter-Plaintiff. | The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1, 4th Floor |

1  Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Apple Inc.
2  ("Apple") has filed an Administrative Motion to Seal (the "Motion"). In support, Apple filed the
3  accompanying declaration of Mark A. Perry.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the Administrative Motion, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the partially sealed documents sought to be sealed by the Motion in which portions of these documents have been redacted for the reasons set forth below:

| Document Title | Reason to Redact |
|---|---|
| Motion to Strike | Redacted information is protected by the attorney-client privilege and/or work-product protection. |
| Exhibit A – February 24, 2025 Trial Transcript | Redacted information is protected by the attorney-client privilege and/or work-product protection. |
| Exhibit B – February 24, 2025 letter to G. Bornstein | Redacted information is protected by the attorney-client privilege and/or work-product protection. |
| Exhibit C – February 28, 2025 letter to J. Wesneski | Redacted information is protected by the attorney-client privilege and/or work-product protection. |
| Exhibit D – March 5, 2025 letter to G. Bornstein | Redacted information is protected by the attorney-client privilege and/or work-product protection. |

1    **IT IS SO ORDERED.**

2

3      Dated: _____

4

5

6                                                    _____
7                                                    The Hon. Yvonne Gonzalez Rogers
                                                     United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**          3          **CASE NO. 4:20-cv-05640-YGR-TSH**