DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE'S MOTION TO STRIKE CERTAIN HEARING TESTIMONY**<br><br>The Honorable Yvonne Gonzalez Rogers |

I, Mark A. Perry, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and a member of the Bar of this Court. I am a partner at the law firm Weil, Gotshal & Manges LLP, counsel of record for Apple Inc. ("Apple") in this case. I am familiar with Apple's treatment of privileged information based on my personal experience representing Apple. I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto. I submit this declaration in support of Apple's Motion to Strike Certain Hearing Testimony (the "Motion").

2. Attached as **Exhibit A** is a true and correct redacted copy of the February 24, 2025 evidentiary hearing transcript for the above-captioned matter.

3. Attached as **Exhibit B** is a true and correct redacted copy of a letter sent on February 24, 2025 via electronic mail from Joshua Wesneski to Gary Bornstein.

4. Attached as **Exhibit C** is a true and correct redacted copy of a letter sent on February 28, 2025 via electronic mail from Gary Bornstein to Joshua Wesneski.

5. Attached as **Exhibit D** is a true and correct redacted copy of a letter sent on March 5, 2025 via electronic mail from Mark Perry to Gary Bornstein.

6. Attached as **Exhibit E** is a true and correct copy of e-mail correspondence between counsel for Epic Games and counsel for Apple between the dates of February 20, 2025 and February 23, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2024

By: */s/ Mark. A Perry*
Mark A. Perry

DECLARATION OF MARK A. PERRY REGARDING MOTION TO STRIKE    CASE NO. 4:20-CV-05640-YGR