1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| 11  EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| 12             Plaintiffs and Counter-Defendants, | |
| 13 | **[PROPOSED] ORDER RE: APPLE INC.'S MOTION TO STRIKE CERTAIN HEARING TESTIMONY** |
| 14       v. | |
| 15  APPLE, INC., | |
| 16             Defendant and Counter-Plaintiff. | The Honorable Yvonne Gonzalez Rogers  Courtroom 1, 4th Floor |
| 17 | |

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: APPLE INC.'S MOTION TO STRIKE CERTAIN HEARING TESTIMONY

CASE NO. 4:20-cv-05640-YGR-TSH

Apple Inc. ("Apple") has filed a Motion to Strike Certain Hearing Testimony (the "Motion"). In support, Apple filed the accompanying declaration of Mark A. Perry, attaching Exhibits A – E thereto.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the Motion to Strike Certain Hearing Testimony, is **GRANTED**.

Accordingly, the February 24, 2025 hearing transcript shall be revised to strike certain testimony identified in Exhibit A.

**IT IS SO ORDERED.**

Dated: March 7, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge