| | |
|---|---|
| CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*) <br>    crichman@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1700 M Street, N.W. <br> Washington, D.C. 20036-4504 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 | MARK A. PERRY, SBN 212532 <br>    mark.perry@weil.com <br> JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*) <br>    joshua.wesneski@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> 2001 M Street NW, Suite 600 <br> Washington, DC 20036 <br> Telephone: 202.682.7000 <br> Facsimile: 202.857.0940 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. <br><br>     Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br>     Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL** <br><br> The Honorable Yvonne Gonzalez Rogers |

I, Mark A. Perry, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and a member of the Bar of this Court. I am a partner at the law firm Weil, Gotshal & Manges LLP, counsel of record for Apple Inc. ("Apple") in this case. I am familiar with Apple's treatment of privileged information based on my personal experience representing Apple. I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto. I submit this declaration in support of Apple's Administrative Motion to Seal (the "Motion").[1]

2. I am aware that the law of this Circuit allows information to be filed under seal for good cause or in certain compelling circumstances. I also understand that courts routinely seal filings where documents include attorney-client privileged information. I understand that this Court has broad latitude to prevent the public disclosure of privileged information.

3. Apple has reviewed its Response to Order Regarding Discovery Sanctions [Dkt. 1171], the Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions [Dkt. 1171], and the exhibits attached thereto and now proposes to redact portions of these documents and certain exhibits in full as set forth below, on the grounds that, if disclosed, the redacted information or exhibits would reveal confidential, attorney-client privileged and work-product protected information.

4. Apple has narrowly tailored its sealing request to maximize the public's access to court documents.

---

[1] Courts in the Ninth Circuit routinely grant motions to seal based on declarations of counsel. *See, e.g., In re Apple Secs. Litig.*, 19-cv-02033-YGR, Dkt. 223 (N.D. Cal.); *In re Qualcomm Litig.*, No. 17-cv-00108-GPC, Dkt. 398-1 (S.D. Cal. Mar. 26, 2018); *Avago Techs. U.S. Inc. v. Iptronics Inc.*, No. 10-cv-02863-EJD, Dkt. 544 (N.D. Cal. Apr. 3, 2015); *Cisco Sys., Inc. v. OpenTV Inc.*, No. 13-cv- 00282-EJD, Dkt. 76 (N.D. Cal. Oct. 8, 2013). If the Court deems this declaration insufficient, Apple respectfully requests that it be permitted to file a further declaration supporting filing under seal.

5. Below is a chart detailing the documents sealable for the reasons explained herein, as well as in Apple's Motion:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Highlighted information on pages 5 and 10-11. | Apple Inc.'s Response to Order Regarding Discovery Sanctions [Dkt. 1171] | Attorney-client privilege and work-product doctrine |
| Highlighted information in paragraphs 37, 44, 52, 53, 54, 92, and 93. | Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions [Dkt. 1171] | Attorney-client privilege and work-product doctrine |
| Entire document | Ex. A (Outside counsel's privilege-specific review protocol provided to Deloitte) | Attorney-client privilege and work-product doctrine |
| Entire document | Ex. B (Outside counsel's general review protocol provided to Deloitte) | Attorney-client privilege and work-product doctrine |
| Entire document | Ex. C (Outside counsel quality control review protocol) | Attorney-client privilege and work-product doctrine |
| Entire document | Ex. D (Apple's company-wide privilege training) | Attorney-client privilege and work-product doctrine |
| Entire document | Ex. K (Outside counsel re-review protocol) | Attorney-client privilege and work-product doctrine |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March 2025, in Middleburg, Virginia.

| | | |
|---|---|---|
| 1 | Dated: March 7, 2025 | Respectfully submitted, |
| 2 | | By: /s/ Mark A. Perry |
| 3 | | Mark A. Perry<br>WEIL, GOTSHAL & MANGES LLP |
| 4 | | Attorney for Apple Inc. |