GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **CERTIFICATE OF SERVICE** |
| v. | |
| APPLE INC., | Judge:  Hon. Yvonne Gonzalez Rogers |
| Defendant, Counterclaimant. | |

1    I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP,

2 located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001.  I am not a party

3 to the within cause, I am over the age of eighteen years and my email address is

4 pgupta@cravath.com.

5    I declare that on March 10, 2025, I served via electronic transmission the

6 unredacted version of Exhibits A through G to the Declaration of Yonatan Even submitted

7 therewith to counsel for Apple Inc.

8    I certify under penalty of perjury under the laws of the United States of America

9 that the foregoing information contained in the Certificate of Service is true and correct.

10

11  Dated:  March 10, 2025                          /s/ Panya Gupta
                                                    Panya Gupta
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**E-FILING ATTESTATION**

2        I, Yonatan Even, am the ECF User whose ID and password are being used to file

3   this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the

4   signatories identified above has concurred in this filing.

5

6                                                        */s/ Yonatan Even*
                                                         Yonatan Even
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28