# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00251370 | 10511 | PRIV-APL-EG_00251372 | PRIV-APL-EG_00251385 | Tam, Mike | | | | | | | | Alternative EU Terms Addendum_LYL 173_20240502.pdf | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | The withheld document is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | No attorneys listed on Document but this is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | no | predominantly business |
| PRIV-APL-EG_00251370 | 10512 | PRIV-APL-EG_002513 86 | PRIV-APL-EG_002513 99 | Tam, Mike | 2024-05-01 | 22:52:00 | | | | | | Alternative EU Terms Addendum_LYL 173_20240502.docx | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | The withheld document is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | No attorneys listed on Document but this is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | no | predominantly business |
| PRIV-APL-EG_00250683 | 10444 | PRIV-APL-EG_002506 84 | PRIV-APL-EG_002506 89 | Kosmynka, Trystan; Elman, Josh; Tam, Mike | 2023-02-07 | 17:02:00 | | | | | | External Link Account Entitlement Addendum - 2.7.2023.docx | withhold | workProduct | Document reflecting work product from counsel regarding Injunction compliance and U.S. Link Entitlement program eligibility, prepared in anticipation or furtherance of litigation | lawyer sending around reader app addendum that adds tvOS | Document indicates that Apple legal weighed in on this issue | no | |
| PRIV-APL-EG_00154061 | 561 | PRIV-APL-EG_001540 61 | PRIV-APL-EG_001540 63 | Ajemian, Peter; Goldberg, Marni | 2024-01-14 | 17:48:40 | Ling Lew | Marni Goldberg | Fred Sainz                              Peter Ajemian | | Re: Updated Wisconsin materials | 20240114-0948 Re: Updated Wisconsin materials.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Gail Elman (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Nina Haefele (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Lacey Elmore (Apple in-house counsel) | No | |
| PRIV-APL-EG_00155569 | 753 | PRIV-APL-EG_001555 69 | PRIV-APL-EG_001555 75 | Ajemian, Peter | 2023-10-31 | 06:55:01 | Eric Albert | Scott Radcliffe | Gary Davis                         ; Brendan McNamara                  Matt Browne                 Philip Eder Levacher                    Fred Sainz                             David (Security) Thompson              Julien Trosdorf                Matt Wells                               Peter Ajemian                 saac Rubin | | Re: DRAFT: DMA Q&A for European Security Press Tour in Paris | 20231030-2355 Re: DRAFT: DMA Q&A for European Security Press Tour in Paris.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Discussion of draft responses to DMA related questions; email on p.2 indicates attorneys have been editing draft, and current draft is being sent to attorney for compliance reivew | Brendan McNamara (Apple in-house counsel); Gary Davis (Apple in-house counsel) | No | |
| PRIV-APL-EG_00155579 | 755 | PRIV-APL-EG_001555 79 | PRIV-APL-EG_001556 08 | Ajemian, Peter | 2022-11-30 | 19:22:48 | Fred Sainz | Adam Dema | Peter Ajemian | | Re: Pricing capabilities announcement planning | 20221130-1122 Re: Pricing capabilities announcement planning.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in Korea | foreign regulatory issues in Korea. | Sean Cameron (Apple in-house counsel) | No | |
| PRIV-APL-EG_00085160 | 1540 | PRIV-APL-EG_000851 60 | PRIV-APL-EG_000851 96 | Hawthorne, Amy | 2020-03-17 | 17:01:19 | | | | | | ABC_Customer Management and Consumption APIs (aka         2.0) - BRD.pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding customer management. | Counsel's legal advice redacted. | Lew Ling (Apple in-house counsel) | NO | PREDOMINANT PURPOSE IS BUSINESS OR TECHNICAL; NOT LEGAL ADVICE. |