CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
   mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
   joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC._____Plaintiff, Counter-defendant_____v._____APPLE INC.,_____Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR_____**APPLE INC.'S NOTICE OF LODGING**_____The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Objections to Special Master Ruling on Apple's Productions of Re-Reviewed Privilege Documents, Apple Inc. hereby gives notice that it is lodging, concurrently herewith, the following:

1. January 6, 2025 Privilege Log Entry No. 1540 (PRIV-APL-EG_00085160),
2. January 22, 2025 Privilege Log Entry No. 561 (PRIV-APL-EG_00154061),
3. January 22, 2025 Privilege Log Entry No. 753 (PRIV-APL-EG_00155569),
4. January 22, 2025 Privilege Log Entry No. 755 (PRIV-APL-EG_00155579),
5. January 22, 2025 Privilege Log Entry No. 10511 (PRIV-APL-EG_00251372),
6. January 22, 2025 Privilege Log Entry No. 10512 (PRIV-APL-EG_00251386),
7. January 22, 2025 Privilege Log Entry No. 10444 (PRIV-APL-EG_00250684).

Dated: March 10, 2025

Respectfully submitted,

By: /s/ Mark A. Perry
Mark A. Perry
WEIL, GOTSHAL & MANGES LLP

Attorney for Apple Inc.