# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

| Production Bates of Parent Document (Folder Title) | Original Doc Entry Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | From | To | Cc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Communications Concerning Draft Wisconsin or Price Committee Decks** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00150518 | 176 | PRIV-APL-EG_00150518 | PRIV-APL-EG_00150522 | Oliver, Carson | 2023-06-14 | Tanya Washburn | Matt Fischer; Jennifer Brown | | Re: Updated Wisconsin Deck | 20230615-2227 Re: Updated Wisconsin Deck.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150760 | 224 | PRIV-APL-EG_00150760 | PRIV-APL-EG_00150761 | Oliver, Carson | 2024-01-13 | Alex Roman | Nate Barton; Jen Brown | | Re: Wisconsin PC Deck | 20240114-2220 Re: Wisconsin PC Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding Price Committee decks related to U.S. Link Entitlement | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150820 | 239 | PRIV-APL-EG_00150820 | PRIV-APL-EG_00150825 | Oliver, Carson | 2023-06-14 | Matt Fischer | Tanya Washburn; Jennifer Brown | | Re: Updated Wisconsin Deck | 20230615-2250 Re: Updated Wisconsin Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Jennifer Brown (Apple in-house counsel) | YES |
| **Business Communications Concerning Apple's VPP and NPP Programs** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_002002 | 5108 | PRIV-APL-EG_00200276 | PRIV-APL-EG_00200277 | Oliver, Carson; Barton, Nate; Kim, Timothy | 2023-07-03 | | Ling Lew | Chip Canter; Sean Cameron; Jason Cody; Lacey Elmore; Carson Oliver; Jennifer Brown; Nate Barton | Re: Privileged & Confidential: Wisconsin Entitlement & VPP/NPP | 20230703-0943 Re: Privileged & Confidential: Wisconsin Entitlement & VPP-.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | Request to legal counsel regarding US entitlement. | Jennifer Brown (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| PRIV-APL-EG_002291 | 8004 | PRIV-APL-EG_00229195 | PRIV-APL-EG_00229196 | Oliver, Carson | 2023-07-03 | Nate Barton | Timothy Kim | Ling Lew; Chip Canter; Sean Cameron; Jason Cody; Lacey Elmore; Carson Oliver; Jennifer Brown | Re: Privileged & Confidential: Wisconsin Entitlement & VPP/NPP | Re: Privileged & Confidential: Wisconsin Entitlement & VPP/NPP.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | Request to legal counsel regarding US entitlement. | Jennifer Brown (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | yes |
| **Direct Messages from Apple Business Personnel** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00094666 | 2321 | PRIV-APL-EG_00094666 | PRIV-APL-EG_00094666 | Oliver, Carson | 2023-06-30 | | | | | Direct message Carson Oliver, Kunnal Vij and 4 others - 2023-06-30 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface. | Regarding interpretation of contractual terms with respect to developer agreements | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00094668 | 2322 | PRIV-APL-EG_00094668 | PRIV-APL-EG_00094677 | Oliver, Carson | 2023-07-01 | | | | | Direct message Carson Oliver, Kunnal Vij and 4 others - 2023-07-01 (UTC).pdf | Withhold | AttorneyClient; Work Product | Email chain with redacted text reflecting Work Product from counsel regarding injunction compliance analysis of commission rate prepared in anticipation or furtherance of litigation. | Revising the commission guideline | Curtis Box (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00094678 | 2323 | PRIV-APL-EG_00094678 | PRIV-APL-EG_00094679 | Oliver, Carson | 2023-06-29 | | | | | Direct message Carson Oliver, Kunnal Vij and 4 others - 2023-06-29 (UTC).pdf | Withhold | AttorneyClient | Document reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance requirements for user design and interface. | Message thread reflecting information from Timothy Kim re the URL and optics of it in furtherance of seeking legal advice from Ling Lew re link | Ling Lew (Apple in-house counsel) | Yes |