**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **EPIC GAMES, INC.,** | **Case No.: 4:20-CV-05640-YGR** |
| Plaintiff, | |
| **v.** | **MISC. ORDER RE LETTER BRIEFS** |
| **APPLE INC.,** | Dkt. Nos. 1331, 1338 |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court authorized one post-hearing brief.

*First*, Apple's attempt to supplement the record with a "Proffer of Evidence relating to Certain Attorney-Client Privilege Designations" to justify Apple's actions is **STRICKEN**.  (Dkt. No. 1316.) To the extent relevance existed, it should have been contained within the post-hearing brief. The Court will not consider it and a response is not needed.

*Second*, the request for additional briefing is **DENIED**.  If the Court requires additional submissions, they will be ordered.  It is not apparent at this juncture whether a response is needed.

*Third*, the Court agrees that no response was required to the Court's order at Docket 1171 outlining the process for the evidentiary hearing.  Given Apple's unsolicited filing, Epic may file a response by this Friday, March 14, 2025.  No reply shall be filed.

*Fourth*, any response to the Motion to Strike shall be filed by Monday, March 17, 2025.  Any reply shall be filed by Wednesday, March 19, 2025.

*Fifth*, the Court will address the issue of exhibits at a later date.

**IT IS SO ORDERED**.

Date: March 11, 2025

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**