# EXHIBIT A
# (EXHIBIT FILED UNDER SEAL)

# Documents Substantially Similar to Record Evidence Admitted During the Evidentiary Hearings

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150526 | 178 | PRIV-APL-EG_00150526 | PRIV-APL-EG_00150528 | Oliver, Carson | 2023-06-22 | | Tanya Washburn [redacted] | Matt Fischer [redacted]; [redacted] Ling Lew [redacted]; Jennifer Brown [redacted]; Nate Barton [redacted]; Eric Gray [redacted]; Kunnal Vij [redacted]; Carson Oliver [redacted] | | | Re: Wisconsin Prep for 6/28 Tim Mtg. Actions | 20230623-1926 Re: Wisconsin Prep for 6-28 Tim Mtg. Actions.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00069956 | 527 | PRIV-APL-EG_00069958 | PRIV-APL-EG_00069981 | Fischer, Matt; Oliver, Carson; Gray, Eric; Washburn, Tanya; Cote, Bri; Barton, Nate; Magnani, Joseph; Gromek, Monika; Onak, Raf; Phillips, Joe; Pulchny, Liz; Thai, Ann; Vij, Kunnal; Kim, Timothy | | | | | | | 2023.06.28 Wisconsin CLEAN - Team Commission - Privileged & Confidential.key | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | Document indicates Apple legal weighed in on this document | | Yes |
| PRIV-APL-EG_00072855 | 762 | PRIV-APL-EG_00072855 | PRIV-APL-EG_00072874 | Gharabally, Sam | 2023-05-18 | 16:55:44 | | | | | | 2023.05 Wisconsin Scenarios and Financial Impacts.key | Withhold | Work Product | Presentation reflecting legal advice prepared by counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | Document indicates Apple legal weighed in on this document | | Yes |
| PRIV-APL-EG_00162374 | 1467 | PRIV-APL-EG_00162374 | PRIV-APL-EG_00162416 | Oliver, Carson; Thai, Ann | 2024-01-14 | 19:54:40 | | | | | | 1_9_24_Wisconsin_Final_Priv.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | Document reflecting legal advice from Apple legal | | Yes |
| PRIV-APL-EG_00162454 | 1469 | PRIV-APL-EG_00162454 | PRIV-APL-EG_00162497 | Oliver, Carson; Thai, Ann | 1/9/2024 | 01:59:59 | | | | | | Updated_Wisconsin-2.key | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | Document reflecting legal advice from Apple legal | | Yes |
| PRIV-APL-EG_00162498 | 1470 | PRIV-APL-EG_00162498 | PRIV-APL-EG_00162519 | Oliver, Carson; Thai, Ann | 2024-01-06 | 18:18:14 | | | | | | 2024.01.08_ Wisconsin.key | withhold | AttorneyClient | Presentation with redacted text providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | Document reflecting legal advice from Apple legal | | Yes |
| PRIV-APL-EG_00162520 | 1471 | PRIV-APL-EG_00162520 | PRIV-APL-EG_00162606 | Oliver, Carson; De Wilde, Geoff; Thieme, Meredith; Wong, Angela (App Store); Liu, Terry; Robbin, Jeff; Kim, Timothy; Cote, Bri; DuBois, Dana; Mukherjee, Srabasti; Van Tassell, Dave; Kosmynka, Trystan; Thai, Ann; Friedland, Zach; Hawthorne, Amy; Kirtane, L | 2024-05-20 | 18:15:30 | | | | | | 2023.06.01 Wisconsin TC Deck.key | withhold | AttorneyClient | Presentation reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | Document reflecting legal advice from Apple legal | | Yes |

# Lobbying- and Consulting-Related Documents Shared with Third Parties

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the | Special Master Determinations (Priv - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00081920 | 1207 | PRIV-APL-EG_00081920 | PRIV-APL-EG_00081924 | Goldberg, Marni | 2024-01-25 | 20:57:46 | ███ | Marni Goldberg | Hannah Smith ███ Julien Trosdorf ███ APPLE DMA PRESS REPORT APPLEDMAPRESSREPORT ███ | | Re: Social/Dev Forum Draft | 20240125-1258 Re: Social-Dev Forum Draft.eml | Withhold | AttorneyClient | Email attaching information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and counsel for the | Email discusses and attaches social media posts that appear to be exchanged with counsel for the | ███ (outside counsel) | Yes |
| PRIV-APL-EG_00081945 | 1211 | PRIV-APL-EG_00081945 | PRIV-APL-EG_00081957 | Ajemian, Peter; Goldberg, Marni | 2024-01-30 | 04:15:12 | ███ | ███ | ███ , APPLE DMA PRESS REPORT APPLEDMAPRESSREPORT ███ ; Fred Sainz ███ ; Julien Trosdorf ███ ; Peter Ajemian pajemian@apple.com; Adam Howorth ███ ; Hannah Smith ███ ; Adam Dema | | RE: [EXTERNAL] Writing about Developers' reactions | 20240129-2015 RE: [EXTERNAL] Writing about Developers' reactions.eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Email discusses and attaches social media commentary that appear to be exchanged with counsel for the purpose of drafting a brief or preparing something for litigation | ███ (outside counsel) | Yes |
| PRIV-APL-EG_00081945 | 1212 | PRIV-APL-EG_00081959 | PRIV-APL-EG_00081963 | Ajemian, Peter; Goldberg, Marni | 2024-01-30 | 03:47:00 | | | | | | Privileged and Confidential 2024.01.29 List of Potential Validators.docx | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Draft document attached to email discussing social media commentary that appear to be exchanged with counsel for the purpose of drafting a brief or preparing something for litigation | Document references legal advice from Apple legal | Yes |
| PRIV-APL-EG_00081981 | 1217 | PRIV-APL-EG_00081981 | PRIV-APL-EG_00081989 | Ajemian, Peter; Goldberg, Marni | 2024-01-30 | 03:58:41 | ███ | Marni Goldberg | ███ , APPLE DMA PRESS REPORT APPLEDMAPRESSREPORT ███ ; Fred Sainz ███ ; Julien Trosdorf ███ ; Peter Ajemian ███ ; Adam Howorth ███ ; Hannah Smith ███ ; Adam Dema | | RE: [EXTERNAL] Writing about Developers' reactions | 20240129-1958 RE: [EXTERNAL] Writing about Developers' reactions.eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Email from outside counsel discussing potential developers to be interviewed by the NYT and whether the information they provide could be helpful or harmful | ███ (outside counsel) | Yes |
| PRIV-APL-EG_00081981 | 1218 | PRIV-APL-EG_00081990 | PRIV-APL-EG_00081994 | Ajemian, Peter; Goldberg, Marni | 2024-01-30 | 3:58:38 | | | | | | Privileged and Confidential 2024.01.29 List of Potential Validators.docx | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | Draft document attached to email chain from outside counsel discussing potential developers to be interviewed by the NYT and whether the information they provide could be helpful or harmful | Document reflects information necessary for rendering of legal advice from outside counsel | Yes |
| PRIV-APL-EG_00082512 | 1285 | PRIV-APL-EG_00082512 | PRIV-APL-EG_00082516 | Goldberg, Marni | 2024-03-26 | 13:49:34 | ███ | Marni Goldberg | | | Re: PLEASE READ: Final Myth-Fact document | 20240326-0649 Re: PLEASE READ: Final Myth-Fact document.eml | Withhold | AttorneyClient | Email reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | Email forwarding legal advice from counsel re pending litigation in furtherance of drafting public communications | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00082512 | 1286 | PRIV-APL-EG_00082517 | PRIV-APL-EG_00082524 | Goldberg, Marni | 2024-03-26 | 00:53:25 | | | | | | 032624 DOJ Myth Fact.pdf | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | Draft document attached to email forwarding legal advice from counsel re pending litigation in furtherance of drafting public communications | Document reflects legal advice from Apple legal | Yes |

# Primarily Business Emails

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of | Special Master Determinations (Priv - Yes; Priv - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150566 | 186 | PRIV-APL-EG_00150566 | PRIV-APL-EG_00150572 | Oliver, Carson | 2023-06-15 | | Matt Fischer | Carson Oliver; ██ Jennifer Brown; ██ Alex Roman | Tanya Washburn; Kunnal Vij; ██ Sean Cameron; ██ Ling Lew; Timothy Kim; ██ Nate Barton; ██ Ann Thai | | Re: Updated Wisconsin Deck | 20230616-1524 Re: Updated Wisconsin Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150609 | 195 | PRIV-APL-EG_00150609 | PRIV-APL-EG_00150617 | Oliver, Carson | 2023-06-15 | | Carson Oliver | Alex Roman; ██ Sean Cameron | Matt Fischer; Tanya Washburn; Jennifer Brown; Kunnal Vij; ██ Timothy Kim; ██ Ling Lew; ██ Nate Barton; ██ Ann Thai | | Re: Updated Wisconsin Deck | 20230616-1838 Re: Updated Wisconsin Deck.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance analysis of commission rate | | Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150695 | 212 | PRIV-APL-EG_00150695 | PRIV-APL-EG_00150699 | Oliver, Carson | 2023-06-14 | | Kunnal Vij | Jennifer Brown; ██ Matt Fischer; ██ Alex Roman; ██ Sean Cameron | Timothy Kim; ██ Carson Oliver; ██ Ling Lew; ██ Nate Barton; ██ Ann Thai; ██ Tanya Washburn | | Re: Updated Wisconsin Deck | 20230615-2052 Re: Updated Wisconsin Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150836 | 242 | PRIV-APL-EG_00150836 | PRIV-APL-EG_00150837 | Oliver, Carson | 2023-08-14 | | Tanya Washburn | Nate Barton; ██ Kunnal Vij; ██ Ling Lew; ██ Sean Cameron; ██ Jennifer Brown | Carson Oliver; Timothy Kim; ██ | | Fwd: Wisconsin Plans | 20230815-1837 Fwd: Wisconsin Plans.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00150838 | 243 | PRIV-APL-EG_00150838 | PRIV-APL-EG_00150839 | Oliver, Carson | 2023-05-24 | | Meredith Thieme | Matt Fischer; ██ Alex Roman; ██ Sean Cameron | Carson Oliver; Timo Kim; ██ Kunnal Vij; ██ Nate Barton; ██ Ling Yang Lew | | Wisconsin Follow-Up | 20230525-0547 Wisconsin Follow-Up.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Sean Cameron (Apple in-houes counsel) | Yes |
| PRIV-APL-EG_00150846 | 245 | PRIV-APL-EG_00150846 | PRIV-APL-EG_00150852 | Oliver, Carson | 2023-06-15 | | Alex Roman | Matt Fischer; ██ Carson Oliver; ██ Jennifer Brown | Tanya Washburn; Kunnal Vij; ██ Sean Cameron; ██ Ling Lew; Timothy Kim; ██ Nate Barton; ██ Ann Thai | | Re: Updated Wisconsin Deck | 20230616-1546 Re: Updated Wisconsin Deck.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00070001 | 530 | PRIV-APL-EG_00070001 | PRIV-APL-EG_00070009 | Cote, Bri; Guebert, Jeff; Magnani, Joseph; Gromek, Monika; Liu, Terry; Phillips, Joe; Moore, Ken; Pulchny, Liz; Tam, Mike; Thai, Ann | 2024-01-12 | 21:27:28 | Jeehye Woo | Mike Tam | Ling Lew; ██ Jennifer Brown; ██ Bri Cote; ██ Liz Pulchny; ██ Joseph Magnani; ██ Terry Liu; ██ Ann Thai; ██ Monika Gromek; ██ Joe Phillips; ██ Jeff Guebert; ██ Ken Moore; ██ Tino Titlic | | Re: ??Wisconsin Exec Feedback | 20240112-1327 Re: ??Wisconsin Exec Feedback.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); | Yes |