1
2
3
4
5
6
7

8      **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA**

10     **OAKLAND DIVISION**

11     EPIC GAMES, INC.                              Case No. 4:20-cv-05640-YGR-TSH

12          Plaintiff, Counter-defendant           **[PROPOSED] ORDER RE: EPIC GAMES,
                                                    INC.'S ADMINISTRATIVE MOTION TO**
13     v.                                           **CONSIDER WHETHER ANOTHER
                                                    PARTY'S MATERIAL SHOULD BE**
14     APPLE INC.,                                  **SEALED PURSUANT TO CIVIL LOCAL
                                                    RULE 79-5**
15          Defendant, Counterclaimant

16                                                  The Honorable Yvonne Gonzalez Rogers

17

18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1304).  Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**. Accordingly,

(1) The public shall only have access to the version of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted outside counsel/consultants | Epic's Motion for Relief | Reflects non-public Apple legal strategy |
| Redacted email addresses | Exhibit A to Epic's Motion | Reflects non-public Apple legal strategy and personally identifiable information |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge