PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRIVILEGE RE-REVIEW PROTOCOL**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

WHEREAS, on December 23, 2024, the Court entered the Joint Stipulation and Order Approving Privilege Re-Review Protocol (the "Protocol") (Dkt. 1092); and

WHEREAS, the Protocol establishes that objections to Special Master determinations are generally to be filed within four court days from the issuance of such determinations;

WHEREAS Epic Games, Inc. ("Epic") is unable to evaluate or object to Special Master determinations upholding redactions for privilege before Apple Inc. ("Apple") produces to Epic the document subject to such redactions; and

WHEREAS pursuant to the Protocol, Apple may produce documents to Epic after the four-day objection period has passed;

**THEREFORE, IT IS STIPULATED AND AGREED THAT**:

1.  Notwithstanding the time limits set forth in paragraph 4(a) of the Protocol, the deadline for Epic to object to a Special Master ruling on a redacted document will be four (4) court days from the date of production of such document by Apple to Epic, irrespective of the date of the Special Master's ruling;

2.  Notwithstanding the above, Epic may object on or before March 14, 2025, to any Special Master rulings that (i) were issued on or after February 12, 2025, (ii) upheld Apple's proposed redactions, and (iii) pertained to documents that Apple produced to Epic on or prior to March 10.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 13, 2025 | Respectfully submitted, |
| 3 | | By:   /s/ *Yonatan Even* |
| 4 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 5 | | |
| 6 | | Paul J. Riehle (SBN 115199) |
| 7 | | paul.riehle@faegredrinker.com<br>Four Embarcadero Center |
| 8 | | San Francisco, California 94111<br>Telephone:  (415) 591-7500 |
| 9 | | Facsimile:  (415) 591-7510 |
| 10 | | **CRAVATH, SWAINE & MOORE LLP** |
| 11 | | Gary A. Bornstein (*pro hac vice*) |
| 12 | | gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*) |
| 13 | | yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*) |
| 14 | | lmoskowitz@cravath.com<br>Michael J. Zaken (*pro hac vice*) |
| 15 | | mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*) |
| 16 | | mbyars@cravath.com |
| 17 | | 375 Ninth Avenue<br>New York, New York 10001 |
| 18 | | Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700 |
| 19 | | |
| 20 | | *Attorneys for Plaintiff Epic Games, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | JOINT STIPULATION<br>AND [PROPOSED] ORDER MODIFYING<br>THE PRIVILEGE RE-REVIEW PROTOCOL | 2                     CASE NO. 4:20-CV-05640-YGR-TSH |

|  |  |
|---|---|
| Dated: March 13, 2025 | Respectfully submitted, |
|  | By:  /s/ *Mark A. Perry* |

**WEIL, GOTSHAL & MANGES LLP**
  Mark A. Perry
  Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER LLP**
  Richard J. Doren
  Jason C. Lo
  Daniel G. Swanson
  Cynthia E. Richman
  Julian W. Kleinbrodt

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:_____

_____
HON. YVONNE GONZALEZ ROGERS

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Yonatan Even
Yonatan Even