# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** February 24, 2025 | **Time:** 8:30 – 4:02 = 7 Hours; 32 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Borstein, Yonatan Even, Lauren A. Moskowitz, Charlotte Rothschild, Michael Zaken
**Attorney for Defendant:** Mark A. Perry, Josh Wesneski, Cindy Richman, Camilla Randfield-Harvey

**Deputy Clerk:** Jenny Galang                    **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Evidentiary Hearing - Held.

### SUMMARY

Witnesses:  Phillip Schiller, Rafael Onak, Carson Oliver.
Admitted Exhibits:  486, 488, 272, 485, 489, 223, 224, 532, 279, 291 (Subject to that limitation), 227, 229 (Subject to that limitation), 490, 484, 225, 1103, 1104, 520, 206, 268, 496, 281, 487, 1208, 1211, 1210, 202, 266, 246.

CASE CONTINUED TO:  **February 25, 2025, at 8:30 A.M. for Further Evidentiary Hearing**.