UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc.v. Apple Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Gary Borstein, Yonatan Even, Lauren Moskowitz, Charlotte Rothschild, Michael Zaken | Mark A. Perry, Josh Wesneski, Cynthia Richman, Camilla Randfield-Harvey, Anne Corbett, Harry Phillips |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| February 24, 2025 | Raynee Mercado | Jenny Galang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:35 A.M. | | | Court in session. Parties stated appearances. | |
| | | 8:43 A.M. | | | Witness, **Phillip Schiller**, re-sworn for testimony. Direct examination by Gary Bornstein | |
| 486 | | | X | X | Email dated December 9, 2021. | |
| 488 | | | X | X | Calendar meeting invitation on May 18, 2023. | |
| 272 | | | X | X | Slide deck from May 2023. | |
| 485 | | | X | X | Email invitation, subject, Epic Injunction Implementation, dated for a meeting on June 1, 2023. | |
| 489 | | | X | X | Email for meeting invitation labeled Epic Injunction Implementation for June 20, 2023. | |
| 223 | | | X | X | Email from Shawn Cameron at Apple on June 16, 2023. | |
| | | 10:02 A.M. | | | Court in recess for 20 minutes. | |
| | | 10:22 A.M. | | | Court reconvened. Direct examination of witness Phillip Schiller continues by Gary Borstein. | |
| | | 10:23 A.M. | | | Side bar. | |
| | | 10:27 A.M. | | | End of side bar. | |
| 224 | | | X | X | Email from Shawn Cameron at Apple dated June 19, 2023. | |
| 532 | | | X | X | Email re calendar invitation for June 28, 2023. | |
| 279 | | | X | X | Email dated June 27, 2023. | |
| 291 | | | X | X | Metadata sheet for presentation. Subject to limitation. | |
| 227 | | | X | X | Price committee deck dated July 5, 2023. | |
| 229 | | | X | X | Email dated August 15, 2023. Subject to limitation. | |
| 490 | | | X | X | Email dated May 23, 2023. | |
| 484 | | | X | X | Email dated May 25, 2023. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 225 | | | X | X | Email from Shawn Cameron dated June 23, 2023. | |
| | | 11:52 A.M. | | | Court in recess for 30 minutes. | |
| | | 12:22 P.M. | | | Court reconvened. | |
| | | 12:26 P.M. | | | Cross-examination of witness **Phillip Schiller,** by Mark A. Perry. | |
| | 1103 | 12:49 P.M. | X | X | Email dated May 27, 2023. | |
| | 1104 | 1:02 P.M. | X | X | Notes for meeting dated June 1. | |
| | | 1:12 P.M. | | | Redirect examination by Gary Bornstein | |
| | | 1:26 P.M. | | | Witness, **Phillip Schiller**, is excused to speak with his lawyers. Subject to recall. | |
| | | 1:28 P.M. | | | Witness, **Rafael Onak**, sworn for testimony. Direct examination by Lauren Moskowitz. | |
| | | 1:44 P.M. | X | | File copy handed to the court and witness. | PLT. |
| 206 | | | X | X | Slack messages dated November 16, 2021. | |
| 268 | | | X | X | Email from Josh Elman dated January 31, 2022. | |
| | | 2:03 P.M. | | | Court in recess. | |
| | | 2:22 P.M. | | | Court reconvened. Direct examination continues by Lauren Moskowitz. | |
| 496 | | | X | X | iMessage exchange dated March 15, 2022. | |
| 281 | | | X | X | Slack messages dated March 15, 2022. | |
| 487 | | | X | X | Slack messages May 15, 2023. | |
| | | 2:46 P.M. | | | Cross examination of witness by Josh Wesneski. | |
| | 1208 | | X | X | Slack messages dated May 15, 2023. | |
| | 1211 | | X | X | Slack messages dated June 21, 2023. | |
| | 1210 | | X | X | Slack messages dated June 21, 2023. | |
| | | 3:07 P.M. | X | | Demonstrative copy handed to the Court and witness. | DFT. |
| | | 3:09 P.M. | | | Redirect examination by Lauren Moskowitz | |
| | | 3:15 P.M. | | | Witness, **Rafael Onak**, is excused. | |
| | | 3:18 P.M. | | | Witness, **Carson Oliver**, sworn for testimony. Direct examination by Yonatan Even. | |
| 202 | | | X | X | Notes for meeting scheduled September 13, 2021. | |
| 266 | | | X | X | Email dated January 7, 2022. | |
| 246 | | | X | X | Email dated May 30, 2023. | |
| | | 4:01 P.M. | | | Parties to return for Further Evidentiary Hearing on 2/25/2025 at 8:30 A.M. Witness admonished by the Court, not speak to anyone regarding today's testimony. | |
| | | 4:02 P.M. | | | Court in recess. | |