# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 25, 2025 | **Time:** 8:29 – 3:37 = 7 Hours; 9 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Yonatan Even, Lauren Moskowitz, Michael Zaken, Michael Brent Byars, Tina Seideman
**Attorney for Defendant:** Mark A. Perry, Joshua Wesneski, Anne Corbett, Anthony D. Bedel, Cynthia Richman, Harry Phillips, Lauren Dansey

**Deputy Clerk:** Jenny Galang          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Evidentiary Hearing - Held.

## SUMMARY

Witnesses: Carson Oliver, Kunnal Vij.
Admitted Exhibits: 499, 274, 509, 503, 506 (provisionally admitted), 538, 1303, 1304, 1310, 832, 265, 216, 859, 264, 384.

CASE CONTINUED TO: **February 26, 2025, at 8:30 A.M. for Further Evidentiary Hearing**.