UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc. v. Apple Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Gary Borstein, Yonatan Even, Lauren Moskowitz, Michael J. Zaken, Michael Brent Byars, Tina Seideman | DEFENSE ATTORNEY: Mark A. Perry, Josh Wesneski, Anne Corbett, Anthony D. Bedel, Lauren Dansey, Harry Phillips, Cynthia E. Richman |
|---|---|---|
| TRIAL DATE: February 25, 2025 | REPORTER(S): Raynee Mercado | CLERK: Jenny Galang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:29 A.M. | | | Court reconvened. Parties stated appearances. | |
| | | 8:33 A.M. | | | Witness, **Carson Oliver,** direct examination continues by Yonatan Even. | |
| 499 | | | X | X | iMessage, between Carson Oliver, Ann Thai, Sean Cameron dated June 1, 2023. | |
| | | 9:36 A.M. | | | Court in recess for 10 minutes. Witness is admonished. | |
| | | 9:36 A.M. | | | Court sealed and back on the record. | |
| | | 10:20 A.M. | | | End of sealed proceedings. | |
| | | 10:22 A.M. | | | Witness, Carson Oliver back on the stand. Direct examination continues by Yonatan Even. | |
| 274 | | | X | X | Presentation titled "Pricing Options". | |
| 509 | | | X | X | Meeting invitation for June 13, 2023. | |
| 503 | | | X | X | iMessage exchange with Carson Oliver, Matt Fischer, Nate Barton dated June 13, 2023. | |
| 506 | | | X | X | Meeting notes on June 26, 2023. Provisionally admitted. | |
| 538 | | | X | X | Email from Jennifer Brown dated June 15, 2023. Copy handed to the Court and Witness. | |
| | | 11:51 A.M. | | | Court in recess until 12:30 p.m. | |
| | | 12:29 P.M. | | | Court reconvened. Parties and witness are present. | |
| | | 12:30 P.M. | | | Cross examination by Cynthia Richman. | |
| | 1303 | | X | X | Presentation dated May 2023. | |
| | 1304 | | X | X | Presentation dated May 2023. | |
| | 1310 | | X | X | iMessage exchange with Carson Oliver and Kunnal Vij dated June 28, 2023. | |
| | | 1:27 P.M. | | | Redirect examination by Yonatan Even. | |

1

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc. v. Apple Inc.
Date: February 25, 2025
Courtroom Deputy: Jenny Galang    - Court Reporter: Raynee Mercado

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 832 | | | X | X | Guidelines for distributing dating apps in the Netherlands. | |
| | | 1:50 P.M. | | | Recross examination by Cynthia Richman. | |
| | | 2:00 P.M. | | | Court in recess for 20 minutes. | |
| | | 2:19 P.M. | | | Court reconvenes. | |
| | | 2:20 P.M. | | | Witness, **Kunnal Vij**, sworn for testimony. Direct examination by Yonatan Even. | |
| 265 | | | X | X | iMessage, chat with Nate Barton on February 10, 2023. | |
| 216 | | | X | X | iMessage, chat with Meredith Thieme on April 3, 2023. | |
| 859 | | | X | X | Document, draft deck. In its redacted form. | |
| 264 | | | X | X | iMessage, chat with Nate Barton on May 17, 2023. | |
| 384 | | | X | X | Email from Liz Pulchny dated June 24, 2023. | |
| | | 3:37 P.M. | | | Court is in recess. Parties to return for Further Evidentiary Hearing on 2/26/2025, specially set at 8:30 A.M. Witness, Mr. Vij admonished by the Court, not speak to anyone whatsoever about the topics related to Apple's response to the injunction and what is going on in the courtroom. Court adjourned. | |