# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 26, 2025 | **Time:** 8:36 – 3:54 = 7 Hours; 18 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-05640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Gary Bornstein, Michael Zaken, Lauren Moskowitz, Yonatan Even, Tina Seideman, Michael Byars
**Attorney for Defendant:** Mark A. Perry, Cynthia Richman, Lauren Dansey, Harry Phillips, Sierra Anderson, Luna Barrington

**Deputy Clerk:** Jenny Galang                **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Evidentiary Hearing - Held.

Parties are instructed to submit filings to the Court no longer than 40 pages using standard twelve-point font by Friday, March 7, 2025.

## SUMMARY

Witness: Kunal Vij, Marni Goldberg, Phillip Schiller.
Admitted Exhibits: 539, 505, 231, 506, 399, 478, 477, 529, 244, 257, 464, 479, 540, 1504, 1505, 1506, 1507.