UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc. v. Apple Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Gary Bornstein, Michael Zaken, Lauren Moskowitz, Yonatan Even, Tina Seideman, Michael Byars | Mark A. Perry, Cynthia Richman, Lauren Dansey, Harry Phillips, Sierra Anderson, Luna Barrington |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| February 26, 2025 | Raynee Mercado | Jenny Galang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 8:36 A.M. |  |  | Court reconvened. Parties stated appearances. |  |
|  |  | 8:36 A.M. |  |  | Direct examination of witness Kunal Vij, continues by Yonatan Even. |  |
| 539 |  |  | X | X | iMessage exchange dated June 1, 2023. |  |
| 505 |  |  | X | X | Email from Ms. Washburn dated June 27, 2023. |  |
| 231 |  |  | X | X | Presentation dated December 2022. |  |
| 506 |  |  | X | X | Meeting notes dated on June 26, 2023. |  |
|  |  | 10:12 A.M. |  |  | Court in recess for 20 minutes. |  |
|  |  | 10:37 A.M. |  |  | Court reconvened. Cross examination of witness Kunal Vij by Cynthia Richman. |  |
|  |  | 10:50 A.M. |  |  | Redirect examination by Yonatan Even. |  |
|  |  | 10:56 A.M. |  |  | Witness, **Kunal Vij**, is admonished and excused from the stand. Court in recess until 12:35. |  |
|  |  | 12:37 P.M. |  |  | Court reconvened. Parties are present. |  |
|  |  | 12:38 P.M. |  |  | Flash drive of native files of the exhibits of Keynote presentation handed to Courtroom Deputy. |  |
|  |  | 12:42 P.M. |  |  | Witness, **Marni Goldberg**, sworn for testimony. Direct examination by Lauren Moskowitz. |  |
| 399 |  |  | X | X | Notes dated June 26, 2023. |  |
| 478 |  |  | X | X | Email to dated December 8, 2023. |  |
| 477 |  |  | X | X | Press briefing presentation, July 2023. |  |
| 529 |  |  | X | X | Press briefing presentation, January 2024. |  |
| 244 |  |  | X | X | iMessage exchange with Ms. Smith on May 8, 2024. |  |
| 257 |  |  | X | X | iMessage exchange with Ms. Smith on May 10, 2024. |  |
| 464 |  |  | X | X | iMessage exchange dated July 2, 2023. |  |

Case No: 20-cv-05640-YGR
Case Name: Epic Games, Inc. v. Apple Inc.
Date: February 26, 2025
Courtroom Deputy: Jenny Galang    - Court Reporter: Raynee Mercado

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 479 | | | X | X | Email dated January 16, 2024. | |
| | | 2:02 P.M. | | | Witness, **Marni Goldberg**, admonished and excused from the stand. Court in recess for 20 minutes. | |
| | | 2:03 P.M. | | | Side bar. | |
| | | 2:05 P.M. | | | End of side bar. | |
| | | 2:23 P.M. | | | Court reconvened. Parties present. Witness back on the stand. | |
| | | 2:24 P.M. | | | Direct examination continues by Lauren Moskowitz. | |
| 540 | | | X | X | iMessage exchange dated June 28, 2023. | |
| | | 2:44 P.M. | | | Cross examination of witness Marni Goldberg by Mark A. Perry | |
| | 1504 | | X | X | Email dated January 17, 2024; for limited purpose. | |
| | 1505 | | X | X | Email dated March 13, 2024; for limited purpose. | |
| | 1506 | | X | X | Email dated May 9, 2024; for limited purpose. | |
| | 1507 | | X | X | Email dated May 11, 2024; for limited purpose. | |
| | | 3:06 P.M. | | | Witness, Marni Goldberg excused from the stand. | |
| | | 3:07 P.M. | | | Witness recall, **Phillip Schiller,** back on the stand. Redirect examination by Gary Bornstein. | |
| | | 3:41 P.M. | | | Recross of witness Phillip Schiller by Mark A. Perry. | |
| | | 3:44 P.M. | | | Re-redirect examination of witness by Gary Bornstein. | |
| | | 3:49 P.M. | | | Witness, Phillip Schiller is excused from the stand. | |
| | | 3:54 P.M. | | | Court is adjourned. | |