# EXHIBIT A

# (Redacted)

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00156837 | 910 | PRIV-APL-EG_00156837 | PRIV-APL-EG_00156850 | 2022-01-25 | 22:19:04 | Pam Reid | Christina Suen | Fernando Parra; Jason Ramones; Mark Rollins; Santiago Libreros-Pinot; Jason Cody; Nate Barton; Patricia Huynh; Dani Staton | | Re: Italy - EU Platform to Business Regulation new obligations | 20220125-1419 Re: Italy - EU Platform to Business Regulation new obligatio.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | Email chain providing information to in-house counsel for the purpose of obtaining legal advice. | Jason Cody (Apple in-house counsel); Patricia Huynh (Apple in-house counsel) | No | |
| PRIV-APL-EG_00166442 | 1814 | PRIV-APL-EG_00166442 | PRIV-APL-EG_00166444 | 2024-05-12 | 18:27:46 | Phil Schiller | Timothy Kim; Kyle Andeer | Heather Grenier; Nina Haefele; Lacey Elmore; Tim Huang; Geoff De Wilde; Nate Barton; Eric Albert; Kunnal Vij | | Re: Link Out Explore | 20240512-1128 Re: Link Out Explore.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting legal advice prepared by counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Multiple options provided to Kyle Andeer and Phil Schiller re compliance and for Kyle's engagement with EC | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Appl | No | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00166500 | 1825 | PRIV-APL-EG_00166500 | PRIV-APL-EG_00166503 | 2024-05-13 | 20:42:31 | Tanya Washburn | Phil Schiller Kyle Andeer | Timothy Kim Jen Brown Ling Lew Eric Gray Eric Albert Nate Barton Kunnal Vij Jeffrey Wilder Heath | | Re: Link Out Explore | 20240513-1342 Re: Link Out Explore.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting legal advice prepared by counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Multiple options provided to Kyle Andeer and Phil Schiller re compliance and for Kyle's engagement with EC | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Appl | No | |