GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>             Plaintiff, Counter-defendant,<br><br>             v.<br><br>APPLE INC.,<br><br>             Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S OBJECTIONS TO CERTAIN SPECIAL MASTER DETERMINATIONS REGARDING REDACTED DOCUMENTS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

1  I, Yonatan Even, declare as follows:

2      1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

    2. I submit this declaration in support of Epic's Objections to Certain Special Master Determinations Regarding Redacted Documents ("Objections"), dated March 17, 2025.

    3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

    4. Attached hereto as **Exhibit A** is a true and correct copy of the privilege log entries provided by Apple for the documents mentioned in the Objections.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on March 17, 2025 in New York, New York.

                                              */s/ Yonatan Even*
                                              Yonatan Even

1 **E-FILING ATTESTATION**

2       I, Yonatan Even, am the ECF User whose ID and password are being used to file
3 this Declaration of Yonatan Even in Support of Epic's Objections to Certain Special Master
4 Determinations Regarding Redacted Documents, dated March 17, 2025.  In compliance with Civil
5 Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained
6 from the signatory.

7

8                                                  */s/ Yonatan Even*
9                                                   Yonatan Even

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28