1
2
3
4
5
6
7

8                               **UNITED STATES DISTRICT COURT**

9                               **NORTHERN DISTRICT OF CALIFORNIA**

10                                      **OAKLAND DIVISION**

| | |
|---|---|
| 11  EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
| 12       Plaintiff, Counter-defendant | **[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 13  v. | |
| 14  APPLE INC., | |
| 15       Defendant, Counterclaimant | |
| 16 | The Honorable Thomas S. Hixson |

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1333).  Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses on page 1 | Exhibit A (CX-223) | Reflects personally identifiable information |
| Pages 15, 29, 30, 34, 35, 39, 40 | Exhibit A (CX-223) | Reflects non-public Apple financial information |
| Page 7 | Exhibit A (CX-223) | Reflects non-public Apple project codenames |
| Redacted email addresses on page 1 | Exhibit B (CX-224) | Reflects personally identifiable information |
| Pages 15, 16, 30, 31, 33, 34, 38, 39, 41, 42, 57, 58, 61, 64, 65, 66, 67, 69, 70, 72, 73, 74, 76, 77, 78, 79, 80, 83, 84, 86, 87 | Exhibit B (CX-224) | Reflects non-public Apple financial information |
| Pages 7, 54 | Exhibit B (CX-224) | Reflects non-public Apple project codenames |
| Pages 13, 17, 18, 19, 20, 21, 22, 23, 24 | Exhibit C (CX-291) | Reflects non-public Apple financial information |

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses on pages 1 and 2 | Exhibit D (CX-505) | Reflects personally identifiable information |
| Pages 16, 20, 21, 22, 23, 24, 25 | Exhibit D (CX-505) | Reflects non-public Apple financial information |
| Redacted email addresses | Exhibit E | Reflects personally identifiable information |
| Redacted email addresses | Exhibit G | Reflects personally identifiable information |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge