# Exhibit A

| | |
|---|---|
| **From:** | Gary Bornstein |
| **Sent:** | Monday, February 24, 2025 10:11 PM |
| **To:** | 'Wesneski, Josh'; Yonatan Even |
| **Cc:** | Perry, Mark; CRichman@gibsondunn.com |
| **Subject:** | RE: Epic v. Apple - Letter |

Josh – I have your letter, with which Epic vehemently disagrees.  Rather than respond in detail in writing tonight, as we prepare for further testimony, I suggest we talk in the morning.

-Gary

**From:** Wesneski, Josh <Joshua.Wesneski@weil.com>
**Sent:** Tuesday, February 25, 2025 12:12 AM
**To:** Gary Bornstein <GBornstein@cravath.com>; Yonatan Even <YEven@cravath.com>
**Cc:** Perry, Mark <Mark.Perry@weil.com>; CRichman@gibsondunn.com
**Subject:** Epic v. Apple - Letter

> External (joshua.wesneski@weil.com)

Report This Email  FAQ

Counsel,

Please see the attached letter and attachment.

Best,



**Joshua M. Wesneski**
Partner

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Joshua.Wesneski@weil.com
+1 202 682 7248 Direct
+1 202 857 0940 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.