# Exhibit B

| | |
|---|---|
| **From:** | Wesneski, Josh (via epic-mobileapps list) <epic-mobileapps@lists.cravath.com> |
| **Sent:** | Tuesday, February 25, 2025 6:00 AM |
| **To:** | Brent Byars; Weil Apple Epic; epicapplecompliance@gibsondunn.com |
| **Cc:** | Epic Mobile Apps EXTERNAL |
| **Subject:** | RE: Epic v. Apple - certain exhibit issues |
| **Attachments:** | APL_EG_11347971 (redacted).pdf; APL-EG_11391659 [blown up version].pdf |

Brent,

-The material in CX-0268 over which we are asserting privilege is the same material reviewed and ruled on by Judge Hixson in his December 2 order regarding APL-EG_10699646.  That document was reproduced to Epic as APL-EG_11636126, with only the redactions upheld by Judge Hixson.  Those are the redactions flagged during counsel's examination and reflected in the attached redacted version of CX-0268.

-CX-0291 is addressed in my letter to Mr. Bornstein last night.

-An enlarged version of APL-EG_11391659 is attached.  Please let us know if this suffices.

Best,



**Joshua M. Wesneski**
Partner

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
[Joshua.Wesneski@weil.com](mailto:Joshua.Wesneski@weil.com)
+1 202 682 7248 Direct
+1 202 857 0940 Fax

---

**From:** Brent Byars <MByars@cravath.com>
**Sent:** Monday, February 24, 2025 11:01 PM
**To:** Weil Apple Epic <WeilAppleEpic@weil.com>; epicapplecompliance@gibsondunn.com
**Cc:** Epic Mobile Apps EXTERNAL <epic-mobileapps@cravath.com>
**Subject:** Epic v. Apple - certain exhibit issues

Counsel,

First, Apple objected to the introduction of portions of CX-268 based on claims of privilege.  Please immediately provide proposed redactions of the information that Apple contends is privileged.  Apple further asserted that similar versions of this document were produced in redacted form, and Epic requests that Apple identify those documents.

1

Second, Apple asserted that CX-291 was subject to its standing objection to the use of Category 2 documents that Apple contends are privileged. However, CX-291 is not a Category 2 document. Please confirm that Apple withdraws its standing objection as to this exhibit.

Finally, the Court requested a more legible copy of CX-272. Please confirm that Apple is locating such a copy and will provide it to Epic before it is submitted to the Court.

Brent

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

To unsubscribe from this list please go to
https://lists.cravath.com/confirm/?u=jgc03FgpG2lXLVFAo9rhXVKffm8Le1N1