GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1   Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic")
2   submits this administrative motion to consider whether another party's material should be sealed
3   with respect to Epic's Opposition to Apple Inc.'s Motion to Strike Testimony, the Declaration of
4   Michael J. Zaken ("Zaken Declaration") and Exhibits A-B, all dated March 17, 2025.  The
5   document Epic seeks to temporarily file under seal is listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Plaintiff's Opposition to Apple Inc.'s Motion to Strike Testimony | Redacted portions as reflected in the highlighted text. |

While Epic does not believe sealing is necessary or appropriate, Epic seeks leave to provisionally file the document under seal because it contains information that Apple claims is protected by the attorney-client privilege and/or work-product protection.  (*See* Dkt. 1327 at 1.) Epic reserves the right to oppose, under Rule 79-5(f)(4), any submission Apple makes to support sealing under Rule 79-5(f)(3).  Epic also hereby provides notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S         1        CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED

1   Dated: March 17, 2025                    Respectfully submitted,

2                                            By:  /s/ *Gary A. Bornstein*

3                                            **FAEGRE DRINKER BIDDLE & REATH**
4                                            **LLP**

5                                            Paul J. Riehle (SBN 115199)
                                             paul.riehle@faegredrinker.com
6
7                                            Four Embarcadero Center
                                             San Francisco, California 94111
8                                            Telephone:  (415) 591-7500
                                             Facsimile:  (415) 591-7510
9
                                             **CRAVATH, SWAINE & MOORE LLP**
10
11                                           Gary A. Bornstein (*pro hac vice*)
                                             gbornstein@cravath.com
12                                           Yonatan Even (*pro hac vice*)
                                             yeven@cravath.com
13                                           Lauren A. Moskowitz (*pro hac vice*)
                                             lmoskowitz@cravath.com
14                                           Justin C. Clarke (*pro hac vice*)
                                             jcclarke@cravath.com
15                                           Michael J. Zaken (*pro hac vice*)
                                             mzaken@cravath.com
16                                           M. Brent Byars (*pro hac vice*)
                                             mbyars@cravath.com
17
18                                           375 Ninth Avenue
                                             New York, New York 10001
19                                           Telephone:  (212) 474-1000
                                             Facsimile:  (212) 474-3700
20
21                                           *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

22

23

24

25

26

27

28
PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S            2            CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED