# EXHIBIT A
# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00149895 | 33 | PRIV-APL-EG_00149895 | PRIV-APL-EG_00149903 | Oliver, Carson | 2023-05-31 | | Jennifer Brown [redacted] | Phil Schiller [redacted] | | | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement | 20230601-0529 Re: Epic injunction (Project Wisconsin) -- rules for entitle.eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of rendering legal advice with counsel regarding injunction compliance analysis of commission rate | | Jennifer Brown (Apple in-house counsel) |
| PRIV-APL-EG_00154229 | 590 | PRIV-APL-EG_00154229 | PRIV-APL-EG_00154231 | Ajemian, Peter; Goldberg, Mani | 2023-06-21 | 11:27:46 | Fred Sainz [redacted] | Peter Ajemian [redacted] | Mani Goldberg [redacted] Hannah Smith [redacted] | | Re: [Notes] Wisconsin PR Plan | 20230621-0427 Re: [Notes] Wisconsin PR Plan - 1.eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| PRIV-APL-EG_00200628 | 5154 | PRIV-APL-EG_00200628 | PRIV-APL-EG_00200632 | Oliver, Carson; Kim, Timothy | 2022-11-10 | 22:15:52 | von Wartburg, Markus | Lydia Luk [redacted], Jason Cody | Ashley Ohm [redacted] Carson Oliver, Timothy Kim, Subramaniam, Giri [redacted] Burley, Jessica [redacted], Caminade, Juliette [redacted], Nee, Logan, Geoff De Wilde | | RE: Apple / AG Fee Comparison Study - workstream #2 Sync | 20221110-1416 RE: Apple - AG Fee Comparison Study - workstream #2 Sync.eml | Redact | AttorneyClient | Email chain with redacted text related to information for the purpose of rendering legal advice prepared at the direction of counsel regarding injunction compliance work with Analysis Group | | Jason Cody (Apple in-house counsel) |
| PRIV-APL-EG_00123814 | 422 | PRIV-APL-EG_00123814 | PRIV-APL-EG_00123820 | Fischer, Matt | 2021-09-15 | 18:02:58 | Matt Fischer | Matt Fischer | | | Notes on App Store Weekly Staff Agenda - September 15, 2021 | 20210915-1103 Notes on App Store Weekly Staff Agenda - September 15, 2021.eml | Redact | AttorneyClient | Email with redacted text reflecting injunction compliance requirements for user design and interface | | Jason Cody (Apple in-house counsel); Sean Cameron (Apple in-house counsel) |
| PRIV-APL-EG_00224925 | 7687 | PRIV-APL-EG_00224925 | PRIV-APL-EG_00224929 | Gray, Eric; Barton, Nate; Mukherjee, Srabasti; Vij, Kunnal | 2023-10-17 | 16:49:13 | Eoin Carroll [redacted] | Jennifer Brown [redacted] | Rye Tobase [redacted] Justin Topolski, Jesse Aviol [redacted], Nate Barton, Jeremy Conlan [redacted] Nancy Wong [redacted], Chaira Ravindran [redacted], Kunnal Vij, Kocoo Soloomey [redacted], Tom Kuijpers [redacted], Srabasti Mukherjee [redacted] Ivie Ehiemua, Oksefe Conor [redacted], Joy Dees, Livi Lew [redacted] Terence Farrell, Apple Dial In Sheehan [redacted], Eric Gray [redacted], Eoin Carroll | | Re: Notes from <10/11> Wisconsin Alignment | 20231017-0949 Re: Notes from <10-11> Wisconsin Alignment.eml | Redact | AttorneyClient | Email with redacted text reflecting injunction compliance launch date and timing | | Jennifer Brown (Apple in-house counsel) |
| PRIV-APL-EG_00086696 | 1629 | PRIV-APL-EG_00086696 | PRIV-APL-EG_00086700 | Oliver, Carson; Ajemian, Peter; Goldberg, Mani; Thai, Ann; Kim, Timothy | 2023-07-06 | 17:07:20 | Hannah Smith | Carson Oliver | Mani Goldberg [redacted] Ling Lew, Peter Ajemian [redacted], Jennifer Brown [redacted] Adam Dema, Fred Sainz [redacted], Timothy Kim | | Re: Briefings | 20230706-1007 Re: Briefings.eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| PRIV-APL-EG_00094954 | 2344 | PRIV-APL-EG_00094954 | PRIV-APL-EG_00094958 | Oliver, Carson | 2023-07-04 | 21:09:53 | Sean Cameron (Apple in-house counsel) | Mani Goldberg | Ling Yang Lew [redacted] Ann Thai, Jim Brown [redacted], Carson Oliver, Timo Kim [redacted] Mike Tam [redacted], Fred Sainz [redacted], Peter Ajemian [redacted], Hannah Smith [redacted] Adam Dema | | RE: FOR REVIEW: Wisconsin QA | Re: FOR REVIEW: Wisconsin QA.eml | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Sean Cameron (Apple in-house counsel) |
| PRIV-APL-EG_00126442 | 608 | PRIV-APL-EG_00126442 | PRIV-APL-EG_00126445 | Ajemian, Peter; Goldberg, Mani | 2022-09-22 | 16:48:16 | Peter Ajemian | Emma Wilson | Fred Sainz [redacted] Mani Goldberg [redacted], Adam Dema [redacted], Hannah Smith [redacted], Julien Trixdorf [redacted], Tom Parker | | Re: ACM | 20220922-0948 Re: ACM.eml | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | Redacted text is legal advice from Apple in-house counsel re: litigation/regulatory planning | Document indicates legal content weighed in on issues discussed |
| PRIV-APL-EG_00138531 | 1524 | PRIV-APL-EG_00138531 | PRIV-APL-EG_00138565 | Oliver, Carson | 2023-07-06 | 05:22:32 | | | | | | 2023.07.06 Epic Injunction PR Briefing.key | Redact | AttorneyClient; WorkProduct | Presentation with redacted text reflecting legal advice from counsel regarding edits to draft presentation regarding ongoing litigation prepared in anticipation or furtherance of litigation | | Document indicates content that Apple legal weighed in on |