# EXHIBIT A
# (Redacted)

**From:** Jeff Wilder ██████████████████████
**Subject:** Re: Call with AG
**Received(Date):** Tue, 03 Oct 2023 12:57:44 -0400
**To:** Carson Oliver ██████████████████████
**Date:** Tue, 03 Oct 2023 12:57:44 -0400

---

Carson, just as an fyi, I can't make the 3-4 pm PST time slot today.

Jeff

On Oct 3, 2023, at 12:54*PM, Carson Oliver ████████████████████████ wrote:

Privileged and Confidential

+ Timo

Hi Cynthia, Jen,

It looks like it would be preferable to move our call out to this afternoon or tomorrow morning. Would 3-4pm PST today or 10-11am PST tomorrow work for AG and FF?

Thanks,

Carson

> On Oct 2, 2023, at 7:48 PM, Jennifer Brown ████████████████████ wrote:
>
> **I sent an iCal for this time.  Hopefully, you can share with AG.**
>
> **Sent from my iPhone**
>
> **On Oct 2, 2023, at 5:49 PM, Richman, Cynthia ██████████████████████ wrote:**
>
> □
>
> **Privileged and Confidential**
>
> **I'll ask them to hold the time.**
>
> **Cynthia Richman**
>
> **Partner**

PRIV-APL-EG_00139177

CONFIDENTIAL                                                                    PRIV-APL-EG_00139177



**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

|1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306

From: Carson Oliver ███████████████████

Sent: Monday, October 2, 2023 8:32 PM

To: Richman, Cynthia ███████████████████

Cc: Jennifer Brown ██████████████████████; Jeff Wilder ██████████████████████;
Kunnal Vij ████████████████████; Ling Lew ████████████████████; Jason Cody
██████████████████

Subject: Re: Call with AG

| [WARNING: External Email] |
| --- |
|  |

Privileged and Confidential


Thanks, Cynthia. Can we schedule time for tomorrow (Tuesday) from 11:30-12:30pm
PST.


Carson


On Oct 2, 2023, at 5:00 PM, Richman, Cynthia ██████████████████████████ wrote:

CONFIDENTIAL

Privileged and Confidential


Carson and team:  To follow up on our call, the earliest window Juliette is available tomorrow is between 9:05-10 am PT.  (I'm not sure about Freshfields, they are probably asleep.)


The AG team is also available tomorrow and Wednesday from 11 am-1 pm PT.  I might be unable to join in those windows but will make sure there is outside lawyer coverage for privilege purposes.  Please let me know if any of those times work for you.

Best, Cindy


Cynthia Richman

Partner

████████████████████████

███████████████

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

|1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306


From: Carson Oliver ███████████████████

Sent: Friday, September 29, 2023 7:36 PM

To: Jennifer Brown ██████████████████████; Richman, Cynthia ███████████████████

Cc: Jeff Wilder ████████████████; Kunnal Vij ███████████████████; Ling Lew ██████████████; Jason Cody ██████████████

Subject: Re: Call with AG

CONFIDENTIAL

[WARNING: External Email]

Privileged and Confidential

Hi Jen, Cynthia,

Following up on this, I'd like to set up a quick call on Monday to discuss next steps on this work stream.

I've sent over a calendar invite but let me know if we need to adjust the time.

Thanks,

Carson

On Sep 13, 2023, at 6:00 PM, Jennifer Brown ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Privileged & Confidential

Just Us

If there are any further calls, questions, comments, about this work, please make sure to loop in Cindy so either her or a colleague can participate. And, as always, involve your friendly neighborhood IHC litigator :)

CONFIDENTIAL

PRIV-APL-EG_00139177
PRIV-APL-EG_00139180

Jennifer Brown

Director, Commercial Litigation

Apple Inc. ☐

One Apple Park Way,

MS 60-1NYJ, Cupertino, CA 95014

███████████

This email message is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Sep 13, 2023, at 1:48 PM, Caminade, Juliette ████████████████████████ wrote:

Privileged & Confidential

Noted – thanks for flagging, Jen.

Juliette

Juliette Caminade, Ph.D. (she/her)

Analysis Group, Inc.

111 Huntington Ave, Floor 14, Boston, MA 02199

███████████████



From: Jennifer Brown ██████████████████

Sent: Wednesday, September 13, 2023 4:47 PM

To: Ling Lew ████████████████

Cc: Caminade, Juliette ████████████████████████; Carson Oliver
████████████████; Jason Cody ████████████████████; Kunnal Vij
████████████████; Burley, Jessica ████████████████████████;
Borck, Jonathan ████████████████████; Jeff Wilder
████████████████; Cynthia Richman ████████████████████

Subject: Re: Call with AG


[External email: Use caution with links and attachments]


Privileged & Confidential


+ Cindy


Hi All, Just a reminder that its best to keep our outside counsel who worked closely
on these privileged and confidential materials included in all communications.  While
inadvertently failing to include them is not dispositive and does not change the
privileged status of the materials, its best practice to leave no room for confusion.
Thanks, Jen


Jennifer Brown

Director, Commercial Litigation

Apple Inc. ☐

One Apple Park Way,

MS 60-1NYJ, Cupertino, CA 95014

PRIV-APL-EG_00139177
PRIV-APL-EG_00139182
CONFIDENTIAL



This email message is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Sep 13, 2023, at 12:52 PM, Ling Lew ███████████████ wrote:

Privileged and Confidential

+Jen for visibility

Thanks, Juliette.  @Jen, @Carson, does one of you control the permissions on the Box folder and can you add folks?

Ling
On Sep 13, 2023, at 12:40 PM, Caminade, Juliette
████████████████████████ wrote:

Privileged & Confidential

Hi Ling,

It was a pleasure to speak to you all earlier.

Attorney Client Privilege

CONFIDENTIAL



Attorney Client Privilege

CONFIDENTIAL

Attorney Client Privilege

Thank you,

Juliette

PS: Carson, since the topic of web apps came up, if you have any recommendations in terms of who is knowledgeable at Apple about the topic (both from a technical but also a business perspective) please let us know.

Juliette Caminade, Ph.D. (she/her)

Analysis Group, Inc.

111 Huntington Ave, Floor 14, Boston, MA 02199

-----Original Appointment-----

From: "Carson Oliver" ███████████████████ On Behalf Of Carson Oliver

Sent: Wednesday, September 13, 2023 9:45 AM

To: Carson Oliver; Carson Oliver; Jeff Wilder; Burley, Jessica; Borck, Jonathan; Caminade, Juliette; Ling Lew

CONFIDENTIAL

PRIV-APL-EG_00139177
PRIV-APL-EG_00139185

Cc: Jason Cody; Kunnal Vij

Subject: Call with AG

When: Wednesday, September 13, 2023 11:00 AM-12:00 PM (UTC-08:00) Pacific Time (US & Canada).

Where: ███████████████████████████████

[External email: Use caution with links and attachments]

Event Update

# Call with AG

## Organizer:

"Carson Oliver"

## Location:

███████████████████████████████████

███████████

## URL:

Join Meeting

███████████████████████████████████████

## Date:

Wednesday, September 13, 2023 (Repeating)

## Time:

11:00 AM (PDT) to 12:00 PM (PDT) (1 hour)

CONFIDENTIAL

PRIV-APL-EG_00139177
PRIV-APL-EG_00139186

## Description:

Virtual Conference One-Time Room

[One-Time Room]

[Webex Meetings]

████████████████████████████████████████████

[Phone]

████████████████████████

---( Details )---

Global call-in numbers:

████████████████████████████████████████████

Dial from video system [AVCN]:

Enter the Meeting ID: 24961900384

---===---

## Attendees:

"Carson Oliver", "Jason Cody", "Jeff Wilder", "Kunnal Vij", "Ling Lew"

<App Store Commission Rates and the Value of Apple and the App Store to Developers - Streamlined - July 2023.pdf>

<App Store Commission Rates and the Value of Apple and the App Store to Developers - Full - July 2023.pdf>

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

PRIV-APL-EG_00139177
PRIV-APL-EG_00139187

CONFIDENTIAL

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

PRIV-APL-EG_00139177
PRIV-APL-EG_00139188