UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>*Plaintiff, Counter-defendant,* <br><br> APPLE INC., <br><br>*Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR-TSH <br><br><br> **[PROPOSED] ORDER RE: APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL** <br><br> The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to Seal (the "Motion"). In support, Apple filed the accompanying declaration of Mark A. Perry.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in the Administrative Motion, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the partially sealed document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| **Portion of Document Sought to Be Sealed** | **Document Title** | **Reason to Seal** |
|---|---|---|
| Highlighted information in the "Original Name" and "Additional Privilege Context" columns (N and R) of row entries four, ten and | Exhibit A to Objections (Privilege Log Entries) | Reflects non-public Apple project codenames |

| Portion of Document Sought to Be Sealed | Document Title | Reason to Seal |
|---|---|---|
| twelve within the privilege log. | | |
| Highlighted information in the from/to/cc columns (I, J, and K) of row entries two, three, six, seven, nine, and thirteen within the privilege log. | Exhibit A to Objections (Privilege Log Entries) | Reflects personally identifiable information |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge