# EXHIBIT A
# (Redacted)

Privilege Log Entries

| Bates Number of Document | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Primarily Involving Non-Legal Personnel** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00086914 | 1650 | PRIV-APL-EG_00086914 | PRIV-APL-EG_00086919 | Wilder, Jeff; Kim, Timothy | 2023-11-30 | 21:17:14 | Jeff Wilder | Charles Paillard | Brendan McNAMARA ; Ling LEW ; Timothy Kim ; Sascha Schubert | | Re: (DMA) 5(4) follow-up with Timo | 20231130-1317 Re: (DMA) 5(4) follow-up with  Timo.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Ling Lew (Apple in-house counsel) | YES |
| PRIV-APL-EG_00087094 | 1672 | PRIV-APL-EG_00087094 | PRIV-APL-EG_00087107 | Oliver, Carson; Thai, Ann; Kim, Timothy | 2022-03-11 | 17:56:46 | Isaac Rubin | Ann Thai ; Sean Cameron | Fred Sainz ; Carson Oliver ; Timothy Kim | | Re: "Download with PS" | 20220311-0956 Re: "Download with PS".eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Document provided for the purpose of obtaining legal advice | YES |
| **Email Seeking Approval from Business Executives** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00255622 | 10814 | PRIV-APL-EG_00255622 | PRIV-APL-EG_00255626 | Oliver, Carson; Kosmynka, Trystan; Thai, Ann | 2023-05-28 | 19:09:31 | Sean Cameron | Jen Brown , Ling Yang Lew | Trystan Kosmynka , Ann Thai , Carson Oliver | | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement | 20230528-1209 Re: Epic injunction (Project Wisconsin) -- rules for entitle.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | YES |