1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1366).  Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Pages 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 13 | Epic's Opposition | Apple previously moved to strike as privileged. *See* Dkt. 1328. |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge