GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>          Plaintiff, Counter-defendant,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic") submits this administrative motion to consider whether another party's material should be sealed with respect to the Objections to Special Master Determinations Issued March 18, 2025 Regarding Apple's Withheld Documents, the Declaration of Yonatan Even ("Even Declaration") and Exhibit A, all dated March 24, 2025.  The documents Epic seeks to temporarily file under seal is listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Exhibit A to the Even Declaration | Document in its entirety. |

Epic seeks leave to provisionally file the documents under seal because they discuss materials that Apple has designated confidential under the protective order in this case.  *See* Local Rule 79-5(f).  Epic reserves the right to oppose, under Rule 79-5(f)(4), any submission Apple makes to support sealing under Rule 79-5(f)(3).  Epic also hereby provides notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

| | |
|---|---|
| Dated: March 24, 2025 | Respectfully submitted,<br><br>By:   /s/ *Yonatan Even*<br><br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br><br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>**CRAVATH, SWAINE & MOORE LLP**<br><br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com<br>M. Brent Byars (*pro hac vice*)<br>mbyars@cravath.com<br><br>375 Ninth Avenue<br>New York, New York 10001<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |