# Exhibit A

From: Philip Gutierrez <PGutierrez@jamsadr.com>
Sent: Wednesday, March 19, 2025 2:30 PM
To: Tina Seideman <tseideman@cravath.com>; Patrick Walsh <judgewalsh@signatureresolution.com>; judgesegal@signatureresolution.com
Cc: Weil Apple Epic <WeilAppleEpic@weil.com>; epicapplecompliance@gibsondunn.com; Comparato, Nicole <Nicole.Comparato@weil.com>; Epic Mobile Apps EXTERNAL <epic-mobileapps@cravath.com>
Subject: Re: Report on Production No.5.

External (pgutierrez@jamsadr.com)

Report This Email  FAQ

I have decided to consider Apple's request to rule on the corrected document. Priority Set No. 3, # 127 Is yes.

---

From: Tina Seideman <tseideman@cravath.com>
Sent: Tuesday, March 18, 2025 5:19 PM
To: Philip Gutierrez <PGutierrez@jamsadr.com>; Patrick Walsh <judgewalsh@signatureresolution.com>; judgesegal@signatureresolution.com <judgesegal@signatureresolution.com>
Cc: Weil Apple Epic <WeilAppleEpic@weil.com>; epicapplecompliance@gibsondunn.com <epicapplecompliance@gibsondunn.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Epic Mobile Apps EXTERNAL <epic-mobileapps@cravath.com>
Subject: RE: Report on Production No.5.

**Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your Honors,

Epic requests that you do not re-review and re-rule on this document. Epic's position is that Judge Gutierrez's ruling on February 18 was the only and final ruling on Apple's privilege claim over this document. As previously discussed, there is no process for reconsideration under the Protocol—let alone a process for Apple to modify its privilege assertion and then submit the modified assertion for reconsideration by Your Honors.

Apple counsel—please promptly produce the document and please provide an explanation as to why it was not timely produced by February 25 as required by the Protocol.

Best,
Tina

**Tina Seideman**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1720
tseideman@cravath.com

**From:** Comparato, Nicole (via epic-mobileapps list) <epic-mobileapps@lists.cravath.com>
**Sent:** Tuesday, March 18, 2025 5:52 PM
**To:** Philip Gutierrez <PGutierrez@jamsadr.com>; Epic Mobile Apps EXTERNAL <epic-mobileapps@cravath.com>; Weil Apple Epic <WeilAppleEpic@weil.com>; epicapplecompliance@gibsondunn.com
**Cc:** judgesegal@signatureresolution.com; Patrick Walsh <judgewalsh@signatureresolution.com>
**Subject:** RE: Report on Production No.5.

Judge Gutierrez,

It has come to our attention that one of the documents over which you ruled "NO" in your Priority Set #3 (PRIV-APL-EG_00150341, entry #127) was erroneously coded as redacted (with just one word apparently redacted as "confidential," not for privilege reasons) when it should have been coded as fully withheld for privilege (with no redaction for confidentiality). We have uploaded a corrected version of this document to Cloudshare in the "Special Master 3.3.25 Documents" folder titled "Judge Gutierrez" and re-shared it with you. We respectfully request that you rule on this corrected document and sincerely apologize for the inconvenience.

Thank you,

Nicole



**Nicole Comparato**
Counsel

Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Nicole.Comparato@weil.com
+1 305 577 3236 Direct
+1 305 374 7159 Fax

**From:** Philip Gutierrez <PGutierrez@jamsadr.com>
**Sent:** Monday, March 17, 2025 7:25 PM
**To:** epic-mobileapps@cravath.com; Weil Apple Epic <WeilAppleEpic@weil.com>; epicapplecompliance@gibsondunn.com
**Cc:** judgesegal@signatureresolution.com; Patrick Walsh <judgewalsh@signatureresolution.com>
**Subject:** Report on Production No.5.

I'm traveling tomorrow.  Here's my report.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

To unsubscribe from this list please go to
https://lists.cravath.com/confirm/?u=y7EljpNOk06ylsngH82YYxAXc9Tg1A72

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.