# EXHIBIT A
# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Regarding the Digital Markets Act** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00162908 | 1531 | PRIV-APL-EG_00162908 | PRIV-APL-EG_00162912 | Cook, Tim; Cue, Eddy; Federighi, Craig; Schiller, Phil | 2023-05-16 | 03:46:32 | Tim Cook | Phil Schiller [redacted] | Kyle Andeer [redacted] Craig Federighi, Eddy Cue, Lisa Jackson, Andreas Wendker, Nick Ammann, Kate Adams, Brendan McNamara, Eric Albert, Gudmundson, Heather Grenier, Martin [redacted] | | Re: DMA Meeting | 20230515-2046 Re: DMA Meeting.eml | Withhold | AttorneyClient | Document with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Kate Adams (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | Yes | |
| PRIV-APL-EG_00162954 | 1540 | PRIV-APL-EG_00162954 | PRIV-APL-EG_00162956 | Cook, Tim; Koomynka, Trystan; Cue, Eddy; Schiller, Phil; Oliver, Carson; Fischer, Matt; Federighi, Craig; Maestri, Luca; Kirtane, Latika; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 1/20/2024 | 19:25:56 | Isaac Rubin | Luca Maestri [redacted] Kate Adams | Ann Thai [redacted] Tim Cook, Phil Schiller, Eddy Cue, Lisa Jackson, Greg (Joz) Joswiak, Kristin [redacted] Fred Sainz, Craig Federighi, Latika Kirtane Ramesh, Susan Prescott, Matt Fischer, Carson Oliver, Andreas Wendker, Eric Albert, Jeff [redacted] Robbin, Kyle Andeer, Heather Grenier, Sean Cameron, Ling Liew, Trystan Kosmynka, Kurt Knight | | Re: HOT: Documents for 3pm PT DMA Review | 20240120-1126 Re: HOT: Documents for 3pm PT DMA Review.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding developer outreach related to U.S. Link Entitlement prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel); Ling Liew (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Kate Adams (Apple in-house counsel) | Yes | |
| PRIV-APL-EG_00166427 | 1811 | PRIV-APL-EG_00166427 | PRIV-APL-EG_00166428 | Washburn, Tanya; De Wilde, Geoff; Moore, Ken | 2022-10-12 | 20:28:53 | Geoffroy De Wilde [redacted] Jason Cody | [redacted] | Ken Moore [redacted] Gabe Tang, Carolina Nugent, Tanya Washburn | | Re: DMA Commerce & Alt Payments: Customer experience changes | 20221012-1328 Re: DMA Commerce & Alt Payments: Customer experience changes.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Jason Cody (Apple in-house counsel) | Yes | |
| **Emails Among Primarily Businesspersons** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00170482 | 2133 | PRIV-APL-EG_00170482 | PRIV-APL-EG_00170483 | Gray, Eric; Barton, Nate; Deardon, Aaron; Moore, Ken; Thai, Ann | 2022-02-21 | 17:18:27 | Carolina Nugent | Ankit Patel [redacted] Chris Fulbright, Diane Cu [redacted] Justin Topolski, Meredith Thoma [redacted] Michael Wirtz, Nate Barton [redacted] Peter Welch, Rory Galvin [redacted] Tom, Kugler [redacted] Will Mariano, Ken, Moore [redacted] Margaret Richardson, Aaron Deardon, Amy Hogan [redacted] Meena, Patel [redacted] Thuy Tran, Michele La, Ross [redacted] Ann Thai | Sabine Krueger [redacted] Eric Gray, Coda [redacted] Liz Pulchny [redacted] Jason, Daniel Erlewine | | [agenda] Commissions Process for App Store (Galette) | 20220221-0918 [agenda] Commissions Process for App Store (Galette).eml | Withhold | AttorneyClient | Email chain for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Jason Cody (Apple in-house counsel) | Yes | |
| **Messages with Kunnal Vij** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00265381 | 11516 | PRIV-APL-EG_00265381 | PRIV-APL-EG_00265387 | Vij, Kunnal | 2023-04-13 | 17:53:45 | | | | | | Message_KunnalVij_2023-04-13_17:53:45.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Text chat with counsel regarding advice related to IAP requirements | Employee relaying legal advice from Ling Liew (Apple in-house counsel) | yes | |