1  GARY A. BORNSTEIN (*pro hac vice*)
   gbornstein@cravath.com
2  YONATAN EVEN (*pro hac vice*)
   yeven@cravath.com
3  LAUREN A. MOSKOWITZ (*pro hac vice*)
   lmoskowitz@cravath.com
4  JUSTIN C. CLARKE (*pro hac vice*)
   jcclarke@cravath.com
5  MICHAEL J. ZAKEN (*pro hac vice*)
   mzaken@cravath.com
6  M. BRENT BYARS (*pro hac vice*)
   mbyars@cravath.com
7  **CRAVATH, SWAINE & MOORE LLP**
   375 Ninth Avenue
8  New York, New York 10001
   Telephone: (212) 474-1000
9  Facsimile: (212) 474-3700

10 PAUL J. RIEHLE (SBN 115199)
   paul.riehle@faegredrinker.com
11 **FAEGRE DRINKER BIDDLE & REATH LLP**
   Four Embarcadero Center
12 San Francisco, California 94111
   Telephone: (415) 591-7500
13 Facsimile: (415) 591-7510

14 *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1    I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP,
2    located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001. I am not a party
3    to the within cause, I am over the age of eighteen years and my email address is
4    tseideman@cravath.com.
5    I declare that on March 28, 2025, I served via electronic transmission the
6    unredacted version of Exhibit A to the Declaration of Yonatan Even submitted therewith to
7    counsel for Apple Inc.
8    I certify under penalty of perjury under the laws of the United States of America
9    that the foregoing information contained in the Certificate of Service is true and correct.

Dated: March 28, 2025                    */s/ Christina A. Seideman*
                                          Christina A. Seideman

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even