# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00172402 | 2369 | PRIV-APL-EG_00172402 | PRIV-APL-EG_00172408 | 2022-10-18 | Holly Mondt | Kurt Fredericks | Fionnuala McEvoy-Pecko ; Joel Parsons ; Nicole Ewart ; Greg Quan ; Fionnuala McEvoy-Pecko ; Jennifer Keh ; Kay Xu ; Bob Whiteman ; Michael Hesse ; Timm Hannon ; Ling Lew ; Fred (iTunes) Cheng ; Nick Porter ; Dana DuBois ; Edith Tsang ; Max Grebenets | | Re: ESSO: Privacy Review - Splunk Logging | 20221018-1153 Re: ESSO: Privacy Review - Splunk Logging.eml | Withhold | Attorney Client | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface. | Discussing UX clickstream options with legal. | Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel) | No | |
| PRIV-APL-EG_00172448 | 2380 | PRIV-APL-EG_00172448 | PRIV-APL-EG_00172452 | 2023-11-27 | Dave Bhoite | Ludovic Delaveau | Eric Albert ; Katharina Kashishian ; Swathi Patnam ; Frank (AIML) Chu ; Jeff Blattner ; Simeen Dadlani ; Dana DuBois ; Marek Telgarsky ; Yue Fang ; Gary Davis ; Andrew Rom | | Re: Parc Vorst Data Provision requirements for 3P marketplaces | 20231127-0925 Re: Parc Vorst Data Provision requirements for 3P marketplac.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | Request to legal for clarification on requirements under EU regulatory scheme and related follow up discussions. | Gary Davis (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel) | No | |
| PRIV-APL-EG_00172727 | 2404 | PRIV-APL-EG_00172727 | PRIV-APL-EG_00172730 | 2021-09-10 | | | | | | Personal messages Josh Elman and Ling Lew - 2021-09-10 (UTC).pdf | Withhold | Attorney Client | Document reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) | No | |
| PRIV-APL-EG_00173031 | 2435 | PRIV-APL-EG_00173031 | PRIV-APL-EG_00173033 | 2023-08-03 | Gayathri Parthasarathy Nallore | Mallory ODorisio | Yue Fang ; Keith Kowalczykowski ; Josh Elman ; Wan Ling Yih ; Nicole Ewart ; Katharina Kashishian | | Re: New App with App Store data use/combination - Needs | 20230802-1712 Re: New App with App Store data use-combinatio | Withhold | Attorney Client | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Nicole Ewart (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel); Casey Perrino (Apple in-house | No | |

1

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ; Casey Perrino ; Annie Persampieri | | DMA Review | n - Needs DMA .eml | | | | | counsel); Annie Persampieri (Apple in-house counsel) | | |
| PRIV-APL-EG_001730 46 | 2440 | PRIV-APL-EG_001730 70 | PRIV-APL-EG_001730 70 | 2023-08-11 | | | | | | Pasted Graphic 5.png | Withhold | Attorney Client | Presentation reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Reflects legal advice from unspecified attorneys | No. | |
| PRIV-APL-EG_001730 85 | 2449 | PRIV-APL-EG_001730 85 | PRIV-APL-EG_001730 85 | 2022-09-19 | | | | | | Epic Appeal Mock Argument.rtfd | Withhold | Attorney Client | Document reflecting information for the purpose of obtaining legal advice from counsel regarding ongoing litigation | | Document reflects information for the purpose of obtaining legal advice from Apple legal | No | |
| PRIV-APL-EG_001730 86 | 2450 | PRIV-APL-EG_001730 86 | PRIV-APL-EG_001731 20 | 2023-03-12 | | | | | | Federighi Affidavit_Epic AUS Annotated_Privileged & Confidential - CF Edits v1.pages | Withhold | Work Product | Document reflecting work product from counsel regarding Epic litigation | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_001745 50 | 2600 | PRIV-APL-EG_001745 50 | PRIV-APL-EG_001745 66 | 2023-03-15 | | | | | | Message_MamiGoldberg_2023-03-15_15-59-29.pdf | Redact | Attorney Client | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding response to DOJ investigation | | Document indicates information for the purpose of obtaining legal advice. | No | |
| PRIV-APL-EG_001745 67 | 2601 | PRIV-APL-EG_001745 67 | PRIV-APL-EG_001745 72 | 21:19:21 | | | | | | Message_MamiGoldberg_2024-02-15_21-19-21.pdf | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel) | No | |
| PRIV-APL-EG_001745 92 | 2605 | PRIV-APL-EG_001745 92 | PRIV-APL-EG_001746 14 | 2024-04-24 | | | | | | Message_MamiGoldberg_2024-04-24_00-13-10.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_001746 89 | 2608 | PRIV-APL-EG_001747 14 | PRIV-APL-EG_001747 26 | | | | | | | 030724 OTR Document Kanter.pages | Withhold | Attorney Client; Work Product | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance and commission time window | Document prepared at the direction of counsel | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_001746 89 | 2609 | PRIV-APL-EG_001747 27 | PRIV-APL-EG_001747 39 | | | | | | | OTR Document .pages | Withhold | Attorney Client; Work Product | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance and commission time window | Document prepared at the direction of counsel | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_001746 89 | 2610 | PRIV-APL-EG_001747 41 | PRIV-APL-EG_001747 53 | | | | | | | OTR Document - 1.pages | Withhold | Attorney Client; Work Product | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance and commission time window | Document prepared at the direction of counsel | Kyle Andeer (Apple in-house counsel) | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00174754 | 2611 | PRIV-APL-EG_00174754 | PRIV-APL-EG_00174760 | 2024-04-24 | | | | | | Message_MamiGoldberg_2024-04-24_14-48-20.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00174761 | 2612 | PRIV-APL-EG_00174761 | PRIV-APL-EG_00174767 | 2024-04-23 | | | | | | Message_MamiGoldberg_2024-04-23_15-49-23.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding discussion of legal summary of litigation proceedings. | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00174796 | 2615 | PRIV-APL-EG_00174802 | PRIV-APL-EG_00174802 | | | | | | | IMG_0204.jpeg | Withhold | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | DOJ investigation Screenshot of email between in-house counsel providing legal advice re regulatory matters in the U.S. | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00174796 | 2616 | PRIV-APL-EG_00174803 | PRIV-APL-EG_00174803 | | | | | | | IMG_0203.jpeg | Withhold | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | DOJ investigation Screenshot of email between in-house counsel providing legal advice re regulatory matters in the U.S. | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00174796 | 2617 | PRIV-APL-EG_00174804 | PRIV-APL-EG_00174804 | | | | | | | IMG_0202.jpeg | Withhold | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | DOJ investigation Screenshot of email between in-house counsel providing legal advice re | Kyle Andeer (Apple in-house counsel) | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | regulatory matters in the U.S. | | | |
| PRIV-APL-EG_00175352 | 2683 | PRIV-APL-EG_00175352 | PRIV-APL-EG_00175352 | 2024-04-24 | Fred Sainz | Dylan Loewe | Marni Goldberg | | Re: In case you need it | 20240424-1019 Re: In case you need it.eml | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding Apple's compliance with the Court's injunction | | no lawyer present but client is discussing draft work product themselves | No | |
| PRIV-APL-EG_00175665 | 2711 | PRIV-APL-EG_00175665 | PRIV-APL-EG_00175670 | 2023-04-03 | Fred Sainz | Marni Goldberg | Hannah Smith | | Re: HOT: CLEAN: Epic statements and background for approval | 20230403-0645 Re: HOT: CLEAN: Epic statements and background for approval.eml | Redact | Attorney Client | Document with redacted text reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance press and communications legal strategy | | Redacted text contains descriptions of plans to seek legal advice and rendering of legal advice from Apple in-house counsel. | No | |

4