DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>        Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1.  Entry No. 2369 (PRIV-APL-EG_00172402)

2.  Entry No. 2380 (PRIV-APL-EG_00172448)

3.  Entry No. 2404 (PRIV-APL-EG_00172727)

4.  Entry No. 2435 (PRIV-APL-EG_00173031)

5.  Entry No. 2440 (PRIV-APL-EG_00173070)

6.  Entry No. 2449 (PRIV-APL-EG_00173085)

7.  Entry No. 2450 (PRIV-APL-EG_00173086)

8.  Entry No. 2600 (PRIV-APL-EG_00174550)

9.  Entry No. 2601 (PRIV-APL-EG_00174567)

10. Entry No. 2605 (PRIV-APL-EG_00174592)

11. Entry No. 2608 (PRIV-APL-EG_00174714)

12. Entry No. 2609 (PRIV-APL-EG_00174727)

13. Entry No. 2610 (PRIV-APL-EG_00174741)

14. Entry No. 2611 (PRIV-APL-EG_00174754)

15. Entry No. 2612 (PRIV-APL-EG_00174761)

16. Entry No. 2615 (PRIV-APL-EG_00174802)

17. Entry No. 2616 (PRIV-APL-EG_00174803)

18. Entry No. 2617 (PRIV-APL-EG_00174804)

19. Entry No. 2683 (PRIV-APL-EG_00175352)

20. Entry No. 2711 (PRIV-APL-EG_00175665)

Dated: March 28, 2025

Respectfully submitted,

By: */s/ Mark A. Perry*
Mark A. Perry

*Attorney for Apple Inc.*