# EXHIBIT A
# (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Correspondence Involving Only Non-Legal Personnel** | | | | | | | | | | | | | | | | | | |
| PRN-APL-EG_00098215 | 2652 | PRN-APL-EG_00098215 | PRN-APL-EG_00098220 | Savio, Alusa | 2022-06-03 | 00:03:37 | | | | | | Personal messages Alusa Savio and Carolina Nugent - including DMA, 2022-06-03 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | Non-attorneys discussing questions for Apple legal and outside counsel | Ling Lew (Apple in-house counsel) | Yes, except page 98218. |
| PRN-APL-EG_00156207 | 620 | PRN-APL-EG_00156207 | PRN-APL-EG_00156334 | Ajemian, Peter | 2023-12-19 | 15:39:39 | Archelle Thelemaque | Peter Ajemian | Adam Dema | | Re: Sync re: JP2B Evaluation | 20231219-0739 Re: Sync re: JP2B Evaluation.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | | Apple App Store in-house counsel | Yes |
| **Emails Primarily Discussing Business-Related Topics** | | | | | | | | | | | | | | | | | | |
| PRN-APL-EG_00157336 | 961 | PRN-APL-EG_00157336 | PRN-APL-EG_00157350 | Bavaro, Sam | 2024-05-17 | 15:48:11 | Seema Shembekar | Ling Lew | Sam Muther Bavaro; Justin Ruiz; Stephanie; Jennifer Brown; Sean Cameron; Joshua Wesneski | | Re: Pending StoreKit entitlement requests report | 20240517-0848 Re: Pending StoreKit entitlement requests report.eml | Redact | AttorneyClient | Email chain in which counsel seeks consistent updates for the purpose of rendering legal advice to counsel regarding foreign regulatory issues in Russia | Email chain in which counsel seeks consistent updates regarding statistics for the App Store link programs in various countries, including United States and Russia, for the purpose of providing business-related legal advice. | Gibson Dunn (outside counsel); Weil Gotshal and Manges (outside counsel); Jennifer Brown (Apple in-house counsel); Jenny Lew (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Stephanie Fine (Apple in-house counsel) | Yes |
| PRN-APL-EG_00259982 | 11222 | PRN-APL-EG_00259982 | PRN-APL-EG_00259998 | Ajemian, Peter; Thai, Ann; Bavaro, Sam | 2024-05-17 | 18:07:37 | Ling Lew | Peter Ajemian | Sam Muther Bavaro; Storey Gamble; Eric Albert; Ann Thai; Fred Sainz; Brendan; McNamara; Archelle Thelemaque | | Re: EU at marketplace / Apple + Bloomberg | 20240517-1107 Re: EU at marketplace – Apple + Bloomberg.eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of obtaining legal advice with counsel regarding foreign regulatory issues in the European Union, including DMA | Draft press statements sent to legal team for review prior to response and related redactions to third party edits that are necessary to protect the details of the content responded to by legal team. | Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Tom McNamara (Apple in-house counsel) | Yes |
| PRN-APL-EG_00260161 | 11244 | PRN-APL-EG_00260161 | PRN-APL-EG_00260163 | Kirtane, Latika; Thai, Ann | 2023-11-28 | 06:19:20 | Eric Albert | Ling Lew | Ann Thai; Fred Sainz; Isaac Rubin; Latika Kirtane Raman | | Re: DMA Comms Meeting | 20231127-2219 Re: DMA Comms Meeting.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | Email chain with business team asking for legal team clarification and legal team providing input. | Ling Lew (Apple in-house counsel) | Yes |
| PRN-APL-EG_00156271 | 819 | PRN-APL-EG_00156271 | PRN-APL-EG_00156273 | Ajemian, Peter | 2024-01-28 | 11:51:43 | Brendan McNamara | Peter Ajemian | | | Re: Request for today: updated reactive materials | 20240128-0352 Re: Request for today: updated reactive materials.eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues and communications legal strategy | | Brendan McNamara (Apple in-house counsel) | Yes |