GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

1       I declare that I am employed with the law firm of Cravath, Swaine & Moore LLP,
2  located at 2 Manhattan West, 375 Ninth Avenue, New York, New York 10001. I am not a party
3  to the within cause, I am over the age of eighteen years and my email address is
4  skim@cravath.com.
5       I declare that on March 31, 2025, I served via electronic transmission the
6  unredacted version of Exhibit A to the Declaration of Yonatan Even submitted therewith to
7  counsel for Apple Inc.
8       I certify under penalty of perjury under the laws of the United States of America
9  that the foregoing information contained in the Certificate of Service is true and correct.

11  Dated: March 31, 2025            */s/ Sarah Kim*
                                     Sarah Kim

1

**E-FILING ATTESTATION**

2  I, Yonatan Even, am the ECF User whose ID and password are being used to file
3 this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the
4 signatories identified above has concurred in this filing.

5

6                                                            */s/ Yonatan Even*
                                                              Yonatan Even
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28