# EXHIBIT A
# (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Messages Among Non-legal Apple Employees** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00091533 | 2076 | PRIV-APL-EG_00091533 | PRIV-APL-EG_00091535 | Liu, Terry | 2022-04-25 | 21:56:10 | | | | | Private channel #▇ - engineering - 2022-04-25 (UTC).pdf | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice with counsel regarding injunction compliance requirements for link format and buttons. | | Ling Lew (Apple in-house counsel) | YES |
| PRIV-APL-EG_00091668 | 2090 | PRIV-APL-EG_00091668 | PRIV-APL-EG_00091670 | Liu, Terry | 2024-04-04 | 18:33:00 | | | | | Direct message Angela (App Store) Wong, Ann Thai and 7 others - 2024-04-04 (UTC).pdf | Withhold | AttorneyClient; Work Product | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA prepared in anticipation or furtherance of litigation. | Employees seeking and counsel (Ling Lew) providing legal advice regarding EU eligibility-related copy | Ling Lew (Apple in-house counsel) | YES |
| **Documents Related to Foreign Regulatory Issues in the Netherlands** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00091988 | 2115 | PRIV-APL-EG_00092002 | PRIV-APL-EG_00092007 | Liu, Terry; Onak, Raf; Elman, Josh | | | | | | | 2022-05-31 App Store HI ▇ key | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | Attachment to email chain reflecting legal advice from counsel regarding messaging surrounding the Netherlands | Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00092050 | 2122 | PRIV-APL-EG_00092062 | PRIV-APL-EG_00092071 | Liu, Terry; Onak, Raf; Elman, Josh | | | | | | | 2022-05-27 App Store HI ▇ key | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | Document attached to email chain reflecting attorney comments on banner pages regarding the Netherlands compliance | Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00092072 | 2124 | PRIV-APL-EG_00092084 | PRIV-APL-EG_00092093 | Liu, Terry; Onak, Raf; Elman, Josh | | | | | | | 2022-05-27 App Store HI ▇ key | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | Document attached to email chain reflecting attorney comments on banner pages and deck regarding the Netherlands compliance | Sean Cameron (Apple in-house counsel) | YES |