# EXHIBIT B
# (Redacted)

**PRIVILEGE LOG ENTRY**

| Production Bates of Parent Document (Folder Title) | Original Doc Entry Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150341 | 127 | PRIV-APL-EG_00150341 | PRIV-APL-EG_00150345 | Oliver, Carson | 2023-11-16 | | Jennifer Brown | Ling Lew | | | Re: Epic Appeal & Timing | 20231117-1957 Re: Epic Appeal & Timing.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Email chain including the client discussing legal advice under Wisconsin with counsel | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | No |