DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
   jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
   mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
   joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC. <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR <br><br> **DECLARATION OF MARNI GOLDBERG IN SUPPORT OF APPLE INC.'S RESPONSES TO OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS** <br><br> The Honorable Thomas S. Hixson |

DECLARATION OF MARNI GOLDBERG IN SUPPORT OF APPLE INC.'S RESPONSES TO OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS

CASE NO. 4:20-CV-05640-YGR

1  I, Marni Goldberg, hereby declare as follows:

2      1.    I am a Corporate Communications Director at Apple Inc. ("Apple"). I have been in that role since October 2020. I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto.

    2.    I understand that a document entitled "040423 Epic meeting injunction.docx" was collected from my files for this litigation and that Apple has asserted privilege over that document.

    3.    Based on my review of that document and to the best of my recollection, the document comprises notes that I took at a meeting on April 4, 2023 regarding planning for the then-forthcoming decision from the Ninth Circuit in this case.

    4.    The organizer of that meeting was Kate Adams (the General Counsel of Apple), and other attendees included Heather Grenier, Kyle Andeer, and Alanna Rutherford. At that time, Ms. Grenier, Mr. Andeer, and Ms. Rutherford were all in-house counsel at Apple.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 1, 2025            Respectfully submitted,

By: _____
    Marni Goldberg

---

DECLARATION OF MARNI GOLDBERG IN SUPPORT OF APPLE INC.'S RESPONSE TO OBJECTIONS TO SPECIAL MASTER RULINGS ON APPLE INC.'S PRODUCTIONS OF RE-REVIEWED PRIVILEGED DOCUMENTS      1      CASE NO. 4:20-CV-05640-YGR