| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Responses to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 2066 (PRIV-APL-EG_00091492);
2. Privilege Log Entry 2071 (PRIV-APL-EG_00091513);
3. Privilege Log Entry 2092 (PRIV-APL-EG_00091712);
4. Privilege Log Entry 1824 (PRIV-APL-EG_00166492);
5. Privilege Log Entry 1858 (PRIV-APL-EG_00166640);
6. Privilege Log Entry 11300 (PRIV-APL-EG_00260422);
7. Privilege Log Entry 11496 (PRIV-APL-EG_00264257);
8. Privilege Log Entry 11557 (PRIV-APL-EG_00265929);
9. Privilege Log Entry 11578 (PRIV-APL-EG_00266118);
10. Privilege Log Entry 11630 (PRIV-APL-EG_00266712);
11. Privilege Log Entry 11638 (PRIV-APL-EG_00266794);
12. Privilege Log Entry 11644 (PRIV-APL-EG_00266909);
13. Privilege Log Entry 11646 (PRIV-APL-EG_00266922);
14. Privilege Log Entry 11673 (PRIV-APL-EG_00267367);
15. Privilege Log Entry 11916 (PRIV-APL-EG_00271669);
16. Privilege Log Entry 11987 (PRIV-APL-EG_00271996);
17. Privilege Log Entry 12107 (PRIV-APL-EG_00272713);
18. Privilege Log Entry 12108 (PRIV-APL-EG_00272714); and
19. Privilege Log Entry 12148 (PRIV-APL-EG_00272889).

|     |                        |                                         |
| --- | ---------------------- | --------------------------------------- |
| 1   |                        |                                         |
| 2   | Dated: April 2, 2025   | Respectfully submitted,                 |
| 3   |                        | By: __/s/ Mark A. Perry_____    |
| 4   |                        |                                         |
| 5   |                        | Mark A. Perry  
*Attorney for Apple Inc.* |