UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br>   Plaintiff, <br><br> v. <br><br>APPLE INC., et al., <br><br>   Defendants. | Case No. 20-cv-05640-YGR <br><br>**CLERK'S NOTICE** <br><br>Re: Dkt. No. 1328 |

 You are hereby notified that hearing on the Motion to Strike previously set for April 15, 2025, is vacated.

Dated: April 3, 2025

             Mark B. Busby
             Clerk, United States District Court

             By: _____
             Edwin Angelo A. Cuenco, Deputy Clerk to the
             Honorable YVONNE GONZALEZ ROGERS
             5106373540