# EXHIBIT A
# (Redacted)

## Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wisconsin-Related Meeting Notes from Press Personnel** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00174828 | 2621 | PRIV-APL-EG_00174828 | PRIV-APL-EG_00174838 | Goldberg, Marni | 2024-01-05 | 13:34:40 | | | | | | 010423 Wisconsin notes .pages | withhold | AttorneyClient; WorkProduct | Email chain providing work product from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation or furtherance of litigation | | Document reflecting legal advice from Apple legal | Yes |
| PRIV-APL-EG_00174839 | 2622 | PRIV-APL-EG_00174839 | PRIV-APL-EG_00174849 | Goldberg, Marni | 2023-04-04 | 18:02:00 | | | | | | 040423 Epic meeting injunction .docx | withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | This should be fully withheld because it reflects a number of issues pertinent to injunction compliance. So although i selected one, the privilege log description should be much broader. | Document reflecting legal advice from Apple legal | Yes |
| PRIV-APL-EG_00175186 | 2664 | PRIV-APL-EG_00175186 | PRIV-APL-EG_00175189 | Goldberg, Marni | 2024-01-12 | 19:09:24 | Hannah Smith | Marni Goldberg | | | Fwd: Wisconsin changes [Notes] | 20240112-1109 Fwd: Wisconsin changes [Notes].eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | Attorneys discussing statement of compliance filed in district court and accompanying public statement, weighing in on wording and timing | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00175603 | 2702 | PRIV-APL-EG_00175603 | PRIV-APL-EG_00175604 | Goldberg, Marni | 2024-01-12 | 14:42:04 | Hannah Smith | Marni Goldberg | | | Fwd: Wisconsin changes [Notes] | 20240112-0642 Fwd: Wisconsin changes [Notes].eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | Attorneys discussing statement of compliance filed in district court and accompanying public statement, weighing in on wording and timing | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00175782 | 2734 | PRIV-APL-EG_00175782 | PRIV-APL-EG_00175783 | Goldberg, Marni | 2024-01-16 | 15:30:30 | Marni Goldberg | Fred Sainz; Isaac Rubin; Peter Ajemian; Jennifer Brown | Hannah Smith | | Wisconsin/DMA | 20240116-0730 Wisconsin-DMA.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Application Programming-Related Emails** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00172157 | 2321 | PRIV-APL-EG_00172157 | PRIV-APL-EG_00172157 | DuBois, Dana | 2023-11-30 | 14:00:59 | Nihar ▇ | Ling Lew; ▇ Vivek Krishnan ▇ | Gabe Tang ▇; Scott (iTunes) Johnston ▇; Matthew Laine ▇; Alex Baker ▇; Dana DuBois ▇; Ross LeBeau ▇; Tori Shuman | | Re: API usage in Netherlands | 20231130-0601 Re: API usage in Netherlands.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Ling Lew (Apple in-house counsel) | Yes |
| **White Paper Reports** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00173277 | 2468 | PRIV-APL-EG_00173280 | PRIV-APL-EG_00173289 | Fischer, Matt; Robbin, Jeff | 2021-11-05 | 22:12:00 | | | | | | EC Concept Paper D6.docx | Withhold | AttorneyClient; WorkProduct | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | Draft from legal counsel on hypothetical concepts to address the EU concerns. | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00173290 | 2470 | PRIV-APL-EG_00173293 | PRIV-APL-EG_00173302 | Fischer, Matt; Robbin, Jeff | 2021-11-05 | 22:12:00 | | | | | | EC Concept Paper D6.docx | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Draft from legal counsel on hypothetical concepts to address the EU concerns. | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); | Yes |
| **"Core" Personnel Chat** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00173574 | 2514 | PRIV-APL-EG_00173574 | PRIV-APL-EG_00173574 | Friedland, Zach | 2022-03-23 | 18:14:50 | | | | | | Private channel #▇-core - 2022-03-23 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Document discussing outstanding requests to Apple in-house counsel for legal advice | Yes |