1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10                                **OAKLAND DIVISION**

11   EPIC GAMES, INC.                          Case No. 4:20-cv-05640-YGR-TSH

12          Plaintiff, Counter-defendant       **[PROPOSED] ORDER RE: EPIC GAMES,
                                               INC.'S ADMINISTRATIVE MOTION TO**
13   v.                                        **CONSIDER WHETHER ANOTHER
                                               PARTY'S MATERIAL SHOULD BE**
14   APPLE INC.,                               **SEALED PURSUANT TO CIVIL LOCAL
                                               RULE 79-5**
15          Defendant, Counterclaimant

16                                             The Honorable Thomas S. Hixson

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1407). Pursuant to Civil Local Rule 79-5, Apple filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**. Accordingly,

(1) The public shall only have access to the version of the document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses | Exhibit A | Reflects personally identifiable information |
| Row 9 | Exhibit A | Reflects non-public Apple project codenames |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge