# EXHIBIT A
## (Redacted)

# Privilege Log Entries

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel | Special Master Determination (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00091492 | 2066 | PRIV-APL-EG_00091492 | PRIV-APL-EG_00091497 | Liu, Terry | 2024-01-11 | 18:13:45 | | | | | | Direct message Joseph Magnani, Raf Onak and Terry Liu - 2024-01-11 (UTC).pdf | Redact | AttorneyClient | Document with redacted text related to legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Jenny Liu (Apple in-house counsel) | YES |
| PRIV-APL-EG_00091513 | 2071 | PRIV-APL-EG_00091513 | PRIV-APL-EG_00091520 | Liu, Terry | 2022-05-23 | 16:42:57 | | | | | | Private channel ▌ engineering - 2022-05-23 (UTC).pdf | Redact | AttorneyClient | Document with redacted text related to information for the purpose of obtaining legal advice to counsel regarding foreign regulatory issues in the Netherlands for dating apps. | | Ling Lew (Apple in-house counsel) | YES |
| PRIV-APL-EG_00091712 | 2092 | PRIV-APL-EG_00091712 | PRIV-APL-EG_00091714 | Liu, Terry | 2022-03-24 | 20:06:12 | | | | | | Direct message Brandon Mihai, Jason Cody (Apple in-house counsel) and 3 others - 2022-03-24 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | | Jason Cody (Apple in-house counsel) | YES |
| PRIV-APL-EG_00166492 | 1824 | PRIV-APL-EG_00166492 | PRIV-APL-EG_00166499 | Fischer, Matt; Oliver, Carson; Gray, Eric; Washburn, Tanya; Schiller, Phil; Kosmynka, Trystan; De Wilde, Geoff; Hawthorne, Amy; Barton, Nate; DuBois, Dana; Friedland, Zach; Moore, Ken; Pulchny, Liz; Tam, Mike; Wilder, Jeff; Roman, Alex; Thai, Ann; Kirtane, Latika; Robbin, Jeff; Vij, Kunnal; Van Tassell, Dave; Kim, Timothy; Bavaro, Sam | 2024-03-08 | 02:42:47 | Tanya Washburn | Sean Cameron ▌; Ling Lew ▌; Kyle Andeer ▌; Lacey Elmore ▌; Adil Karrar ▌; Eric Gray ▌; Matt Fischer ▌; Jeff Robbin ▌; Zach Friedland ▌; Trystan Kosmynka ▌; Sam Bavaro ▌; Blaise Margherito ▌; Dave Van Tassel ▌; Dana DuBois ▌; Andreas Wendker ▌; Jeff Wilder ▌; Oliver Carson ▌; Timothy Kim ▌; Eric Albert ▌; Ann Thai ▌; Ken Moore ▌; Liz Pulchny ▌; Amy Hawthorne ▌ | | | Re: Urgent Request for Feedback: DMA Changes Summary and Clarifications | 20240307-1843 Re: Urgent Request for Feedback: DMA Changes Summary and Cla.eml | Redact | AttorneyClient | Email with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Kyle Andeer (Apple in-house counsel), Lacey Elmore (Apple in-house counsel), Ling Lew (Apple in-house counsel), Sean Cameron (Apple in-house counsel), and Adil Karrar (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00166640 | 1858 | PRIV-APL-EG_00166640 | PRIV-APL-EG_00166651 | Schiller, Phil; Fischer, Matt; Oliver, Carson; Gray, Eric; Washburn, Tanya; Kosmynka, Trystan; De Wilde, Geoff; Barton, Nate; Hawthorne, Amy; DuBois, Dana; Friedland, Zach; Moore, Ken; Pulchny, Liz; Tam, Mike; Roman, Alex; Wilder, Jeff; Thai, Ann; Kirtane, Latika; Robbin, Jeff; Vij, Kunnal; Van Tassell, Dave; Kim, Timothy; Bavaro, Sam | 2024-03-08 | 00:08:27 | Phil Schiller | Tanya Washburn ▌; Sean Cameron ▌ | ; Kyle Andeer ▌; Lacey Elmore ▌; Adil Karrar ▌; Eric Gray ▌; Matt Fischer ▌; Jeff Robbin ▌; Zach Friedland ▌; Trystan Kosmynka ▌; Sam Bavaro ▌; Blaise Margherito ▌; Dave Van Tassell ▌; Dana DuBois ▌; Andreas Wendker ▌; Jeff Wilder ▌ | | Re: Urgent Request for Feedback: DMA Changes Summary and Clarifications | 20240307-1608 Re: Urgent Request for Feedback: DMA Changes Summary and Cla.eml | Redact | AttorneyClient | Email with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Kyle Andeer (Apple in-house counsel), Lacey Elmore (Apple in-house counsel), Ling Lew (Apple in-house counsel), Sean Cameron (Apple in-house counsel), and Adil Karrar (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00260422 | 11300 | PRIV-APL-EG_00260422 | PRIV-APL-EG_00260426 | Thai, Ann | 2022-03-15 | 22:19:13 | Steve McGuigan | Ann Thai ▌; Sean Cameron ▌; Fred Sainz ▌ | | | [Re ▌ timing] | 20220315-1519 Re: ▌ timing.eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding legal advocacy efforts. | | Sean Cameron (Apple in-house counsel) | yes |
| PRIV-APL-EG_00264257 | 11496 | PRIV-APL-EG_00264257 | PRIV-APL-EG_00264258 | Vij, Kunnal | 2023-06-12 | 19:47:30 | | | | | | Direct message Carson Oliver, Kunnal Vij and 3 others - 2023-06-12 (UTC).pdf | Redact | AttorneyClient; WorkProduct | Document with redacted text reflecting advice from counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Reflects legal update re timing and substantive feedback | Document indicates counsel weighed in on issues presented | yes |
| PRIV-APL-EG_00265929 | 11557 | PRIV-APL-EG_00265929 | PRIV-APL-EG_00265939 | Oliver, Carson; Wilder, Jeff; Vij, Kunnal | 2023-10-03 | 00:49:31 | Richman, Cynthia | Carson Oliver ▌ | Jennifer Brown ▌; Jeff Wilder ▌; Kunnal Vij ▌; Ling Lew ▌; Jason Cody ▌ | | RE: Call with AG | 20231003-0849 RE: Call with AG.eml | Redact | AttorneyClient; WorkProduct | Email with redacted text providing legal advice from counsel regarding preservation of privilege. | | Gibson Dunn (outside counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jason Cody (Apple in-house counsel) | yes |