# EXHIBIT A
# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Among Apple's Financial Analysts** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00266118 | 11578 | PRIV-APL-EG_00266118 | PRIV-APL-EG_00266124 | Barton, Nate; Roman, Alex; Vij, Kunnal | 2023-09-27 | 04:16:50 | Nate Barton | Ling Lew ▇▇▇; Alex Roman ▇▇▇; Sean Cameron ▇▇▇ | Kunnal Vij ▇▇▇ | | Re ▇▇▇ Russia -- payment cost discount | 20230927-1217 Re ▇▇▇ Russia -- payment cost discount.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice prepared by counsel regarding foreign regulatory issues in Russia. | Emails with Nate and counsel discussing language to send developers | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00266712 | 11630 | PRIV-APL-EG_00266712 | PRIV-APL-EG_00266718 | Barton, Nate; Roman, Alex; Vij, Kunnal | 2023-09-27 | 5:37:07 | Ling Lew | Nate Barton | Alex Roman ▇▇▇; Sean Cameron ▇▇▇; ▇▇▇; Kunnal Vij ▇▇▇ | | Re ▇▇▇ Russia -- payment cost discount | 20230927-1337 Re: ▇▇▇ Russia -- payment cost discount.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice prepared by counsel regarding foreign regulatory issues in Russia. | Emails with Nate and counsel discussing language to send developers | Ling Lew (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00266794 | 11638 | PRIV-APL-EG_00266794 | PRIV-APL-EG_00266795 | Barton, Nate; Vij, Kunnal | 2023-09-27 | 2:13:25 | Nate Barton | Ivie Ehiemua | Nancy Wright ▇▇▇; Kunnal Vij ▇▇▇ | | Re: Wisconsin Sync | 20230927-1013 Re: Wisconsin Sync.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding injunction compliance and commission time window prepared in anticipation or furtherance of litigation | Email regarding legal and tax exploration of fee models and impact on legal entity structure | Ivie Ehiemua (employee acting at direction of counsel) | yes | |
| PRIV-APL-EG_00266909 | 11644 | PRIV-APL-EG_00266909 | PRIV-APL-EG_00266915 | Barton, Nate; Vij, Kunnal | 2024-03-12 | 21:06:58 | Nate Barton | Boris Wang | Kunnal Vij ▇▇▇ | | Re: [Privileged and Confidential] Clarification on ▇▇▇ reporting requirements | 20240313-0507 Re: [Privileged and Confidential] Clarification on ▇▇▇ re.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Emails with Ling Lew, requesting clarification of DMA reporting requirements. | Emails from Ling Lew, requesting clarification of DMA reporting requirements included in chain. | yes | |
| PRIV-APL-EG_00266922 | 11646 | PRIV-APL-EG_00266922 | PRIV-APL-EG_00266923 | Barton, Nate; Roman, Alex; Vij, Kunnal | 2024-04-05 | 17:58:52 | Nate Barton | Alex Roman ▇▇▇ | Kunnal Vij ▇▇▇ | | Draft of Note | 20240406-0159 Draft of Note.eml | Withhold | AttorneyClient | Email providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation. | | Ling Lew (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00267367 | 11673 | PRIV-APL-EG_00267367 | PRIV-APL-EG_00267370 | Vij, Kunnal | 2023-02-08 | 4:44:15 | Kunal Vij | Meredith Thieme | | | Fwd: Privileged and Confidential | 20230208-1244 Fwd: Privileged and Confidential.eml | withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | lawyer discussing pricing unde ▇▇▇ | Cameron, Sean: (Apple in-house counsel); Cody, Jason: (Apple in-house counsel); Dillon, Sean: (Apple in-house counsel); Lew, Ling: (Apple in-house counsel) | yes | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Documents Related to Apple's Compliance in the European Union** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00271669 | 11916 | PRIV-APL-EG_00271669 | PRIV-APL-EG_00271669 | Fischer, Matt; Washburn, Tanya; Schiller, Phil; Barton, Nate | 2023-08-02 | 3:57:49 | Phil Schiller | Tanya Washburn | Kyle Andeer; Matt Fischer; Sean Cameron; Nate Barton | | Re: 8/15 Board Slides Plan | 20230801-2058 Re: 8-15 Board Slides Plan.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00272714 | 12108 | PRIV-APL-EG_00272714 | PRIV-APL-EG_00272717 | Washburn, Tanya | 2024-01-21 | 17:36:01 | Fred Sainz | Tanya Washburn; Ling Lew | | | Re: Payment Processing Fee | 20240121-0936 Re: Payment Processing Fee.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | | Jennifer Brown (Apple in-house counsel); | yes | |
| PRIV-APL-EG_00272889 | 12148 | PRIV-APL-EG_00272889 | PRIV-APL-EG_00272890 | Washburn, Tanya; Fischer, Matt; Schiller, Phil; Oliver, Carson; Thai, Ann | 2023-02-04 | 0:52:22 | Tanya Washburn | Phil Schiller | Matt Fischer; Eric Albert; Carson Oliver; Timothy Kim; Ann Thai; Kyle Andeer; Sean Cameron; Ling Lew | | Re: Tim Cook Update | 20230203-1652 Re: Tim Cook Update.eml | withhold | workProduct | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | lawyer discussing update with client | Andeer, Kyle: (Apple in-house counsel); Cameron, Sean: (Apple in-house counsel); Lew, Ling: (Apple in-house counsel) | yes | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Among Primarily Non-Legal Personnel** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00271996 | 11987 | PRIV-APL-EG_00271996 | PRIV-APL-EG_00271998 | Washburn, Tanya; Ajemian, Peter; Moore, Ken; Tam, Mike; Kirtane, Latika; Thai, Ann | 2023-12-13 | 23:24:26 | Latika Kirtane | Isaac Rubin; Ken Moore | Prathima Velamuri; Mike Tam; Ann Thai; Ling Yang Lew; Tanya Washburn; Fred Sainz; Peter Ajemian | | Re: ideas for FAQ questions from developer's POV | 20231213-1524 Re: ideas for FAQ questions from developer's POV.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | Draft FAQs and soliciting feedback from attorneys related to project | Ling Lew (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00272713 | 12107 | PRIV-APL-EG_00272713 | PRIV-APL-EG_00272713 | Washburn, Tanya; Moore, Ken; Tam, Mike; Thai, Ann; Kirtane, Latika | 2024-01-24 | 17:30:58 | Ken Moore | Isaac Rubin; Ann Thai; Ling Lew; Eric Albert; Latika Kirtane Raman; Nick Kistner; Mike Tam; Prathima Velamuri; Tanya Washburn | | | [URGENT] Remove mention of 'tools' from discounted commission in comms | 20240124-0931 [URGENT] Remove mention of 'tools' from discounted commissio.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union including DMA | The client seeks legal advice regarding draft work products under DMA. | Ling Lew (Apple in-house counsel) | yes | |