GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S OBJECTIONS TO SPECIAL MASTER DETERMINATIONS ISSUED APRIL 1, 2025 REGARDING APPLE'S WITHHELD DOCUMENTS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

DECLARATION OF YONATAN EVEN        CASE NO. 4:20-CV-05640-YGR-TSH

I, Yonatan Even, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration in support of Epic's Objections to Special Master Determinations Issued April 1, 2025 Regarding Apple's Withheld Documents ("Objections"), dated April 7, 2025.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

4. Attached hereto as **Exhibit A** is a true and correct copy of the privilege log entries provided by Apple for the documents mentioned in the Objections.

5. Attached hereto as **Exhibit B** is a true and correct copy of a document that Apple, Inc. ("Apple") has produced in this matter with Bates Stamp APL-EG_10672042, which was admitted during the Evidentiary Hearings as CX-0246.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 7, 2025 in New York, New York.

*/s/ Yonatan Even*
Yonatan Even

|   |   |
|---|---|
| 1 | **E-FILING ATTESTATION** |
| 2 | I, Yonatan Even, am the ECF User whose ID and password are being used to file |
| 3 | this Declaration of Yonatan Even in Support of Epic's Objections to Special Master |
| 4 | Determinations Issued April 1, 2025 Regarding Apple's Withheld Documents, dated April 7, |
| 5 | 2025.  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of |
| 6 | this document has been obtained from the signatory. |

*/s/  Yonatan Even*
Yonatan Even