GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S                    CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic")
2  submits this administrative motion to consider whether another party's material should be sealed
3  with respect to its Epic's Objections to Special Master Determinations Issued April 1, 2025
4  Regarding Apple's Withheld Documents ("Objections"), the Declaration of Yonatan Even ("Even
5  Declaration") and Exhibits A through B, all dated April 7, 2025.  The documents and portions of
6  documents Epic seeks to temporarily file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
| --- | --- |
| Exhibit A to the Even Declaration | Document in its entirety. |
| Exhibit B to the Even Declaration | Document in its entirety. |

11    Epic takes no position on the sealing of Exhibit A.
12    Epic opposes the sealing of Exhibit B; this document was admitted into evidence (as CX-
13  0246), portions thereof were presented in open court during the evidentiary hearings, and no
14  portion thereof warrants sealing beyond PII, internal project codenames and non-public Apple
15  financial information.  On March 5, 2025, Epic provided Apple with proposed public versions of
16  all Exhibits admitted into evidence during the evidentiary hearings, and asked Apple to agree to
17  Epic's proposed redactions of confidential information, but Apple has declined to agree to any
18  public versions to date.  Accordingly, because Apple stands on its designation of these documents
19  as confidential under the protective order in this case, Epic seeks leave to provisionally file the
20  document under seal.  *See* Local Rule 79-5(f).  Epic reserves the right to oppose, under Rule 79-
21  5(f)(4), any submission Apple makes to support sealing under Rule 79-5(f)(3).  Epic also hereby
22  provides notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

Dated: April 7, 2025

Respectfully submitted,

By:  /s/ *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*