# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00176452 | 2816 | PRIV-APL-EG_00176452 | PRIV-APL-EG_00176452 | 2021-12-24 | 14:43:41 | Fred Sainz | Julien Trosdorf ; Marni Goldberg | | | Legal analysis | 20211224-0643 Legal analysis.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | Email containing and discussing legal advice from Netherlands outside counsel. | Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Matt Gessesse (Apple in-house counsel); Charles Paillard (Apple in-house counsel); Stibbe (outside counsel) | No | |
| PRIV-APL-EG_00182423 | 3103 | PRIV-APL-EG_00182423 | PRIV-APL-EG_00182424 | 2024-05-01 | 19:03:29 | Hannah Smith | Marni Goldberg | | | Fwd: MarketWatch inquiry on global regulation | 20240501-1203 Fwd: MarketWatch inquiry on global regulation.eml | Redact | Attorney Client | Email with redacted text providing legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | Redacted email contains counsel's proposed statement on behalf of the company based on his legal evaluation of recent developments in ongoing litigation matters. | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00182472 | 3112 | PRIV-APL-EG_00182472 | PRIV-APL-EG_00182474 | 2024-01-18 | 14:33:04 | Marni Goldberg | Ling Lew ; Sean Cameron ; Jen Brown | | | Fwd: Press q re: ""reader"" apps and the new App Store commission rules | 20240118-0633 Fwd: Press q re: ""reader"" apps and the new App Store commiss.eml | Redact | Attorney Client | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); | No | |
| PRIV-APL-EG_00182609 | 3134 | PRIV-APL-EG_00182609 | PRIV-APL-EG_00182612 | 2021-10-14 | 20:36:54 | Marni Goldberg | Fred Sainz | | | Notes from Kate's meeting | 20211014-1336 Notes from Kate's meeting.eml | Redact | Attorney Client | Email with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Redacted text reflects legal advice from counsel regarding substance of Epic filings | Reflects legal advice from unspecified attorneys | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00182967 | 3169 | PRIV-APL-EG_00182967 | PRIV-APL-EG_00182969 | 2024-01-18 | 12:31:52 | Emma Wilson | ▉ | | | Re: MLex enquiry on scope of alternative payment in guidelines (US / NL) | 20240118-0432 Re: MLex enquiry on scope of alternative payment in guidelin.eml | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Sean Cameron (Apple in-house counsel); | No | |
| PRIV-APL-EG_00274886 | 12354 | PRIV-APL-EG_00274886 | PRIV-APL-EG_00274912 | 2023-05-11 | 21:58:00 | | | | | | Annex 7 - ▉ s annex on Empirical evidence on device competition (10 May 2023_draft) dtw +jmw.docx | Withhold | Attorney Client; Work Product | Presentation reflecting information for the purpose of rendering legal advice prepared at the direction of counsel regarding injunction compliance press and communications legal strategy | | Document reflecting information to obtain legal advice from Apple legal | No as is. | ▉'s work not privileged. I can't tell who made the edits. |