# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00185554 | 3408 | PRIV-APL-EG_00185554 | PRIV-APL-EG_00185558 | Goldberg, Marni | 2021-11-12 | 17:15:31 | Marni Goldberg | Fred Sainz | | | Re: CAF background so far | 20211112-0915 Re: CAF background so far.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Document includes content that Apple legal weighed in on | No | |
| PRIV-APL-EG_00186200 | 3480 | PRIV-APL-EG_00186200 | PRIV-APL-EG_00186203 | Goldberg, Marni | 2024-05-15 | 13:52:06 | Marni Goldberg | Fred Sainz | Alex Waldron | | MLex - Apple's App Store profitability analysis challenged by Epic Games in Australian antitrust trial | 20240515-0652 MLex - Apple's App Store profitability analysis challenged b.eml | Redact | Attorney Client; Work Product | Email chain with redacted text providing legal advice from counsel regarding Epic v. Apple matter in Australia | Reflects legal advice from Jonathan Heath (Apple in-house counsel) regarding the Epic v. Apple matter in Australia | No | |
| PRIV-APL-EG_00186593 | 3530 | PRIV-APL-EG_00186593 | PRIV-APL-EG_00186597 | Goldberg, Marni | 2023-11-03 | 18:31:56 | Jeff Myers | Conor McGrath | Tim Powderly ; Nick Rossi ; Alexis Marks ; April Jones ; Robert Harris ; Jesse Blumenthal ; Natalie Pous ; Ryan Moran ; Colette Mayer ; Matt Clements ; | | Re: GA Update | 20231103-1132 Re: GA Update.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding congressional committee hearings | Colette Mayer (Apple in-house counsel); Jeff Myers (Apple in-house counsel) | No | |

| | | | | | | | | | | Hannah Smith | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | Marni Goldberg | | | | | | | |