1  DANIEL G. SWANSON, SBN 116556
   dswanson@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA 90071
   Telephone:  213.229.7000
4  Facsimile:  213.229.7520

5  CYNTHIA E. RICHMAN (D.C. Bar No.
   492089; *pro hac vice*)
6  crichman@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  1050 Connecticut Avenue, N.W.
   Washington, DC 20036
8  Telephone:  202.955.8500
   Facsimile:  202.467.0539
9
   JULIAN W. KLEINBRODT, SBN 302085
10 jkleinbrodt@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
11 One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
12 Telephone:  415.393.8200
   Facsimile:  415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  202.682.7000
Facsimile:  202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone:  650.802.3044
Facsimile:  650.802.3100

13

14

15

16 Attorneys for Defendant APPLE INC.

17           **UNITED STATES DISTRICT COURT**

18          **NORTHERN DISTRICT OF CALIFORNIA**

19                  **OAKLAND DIVISION**

20 EPIC GAMES, INC.

21        Plaintiff, Counter-defendant

22 v.

23 APPLE INC.,

24        Defendant, Counterclaimant

Case No. 4:20-cv-05640-YGR-TSH

**APPLE INC.'S NOTICE OF LODGING**

The Honorable Thomas S. Hixson

25

26

27

28

1    Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol

2  (Dkt. 1092), and in support of its Objections to certain of the Special Masters' privilege determinations

3  issued on April 3, 2025, regarding Apple Inc.'s ("Apple") production of re-reviewed and privileged

4  documents, Apple hereby gives notice that it is lodging, concurrently herewith, the following:

5      1.  Entry No. 3408 (PRIV-APL-EG_00185554)

6      2.  Entry No. 3480 (PRIV-APL-EG_00186200)

7      3.  Entry No. 3530 (PRIV-APL-EG_00186593)

8

9

10  Dated: April 9, 2025                    Respectfully submitted,

11                                          By: */s/ Mark A. Perry*
                                               Mark A. Perry
12

13                                          *Attorney for Apple Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28