# Exhibit A

|  |  |
|---:|:---|
| **From:** | Jeff Wilder <​████████████​> |
| **Subject:** | Dec - EC presentation on ████ and link outs |
| **Received(Date):** | Fri, 12 Jan 2024 12:01:10 -0500 |
| **To:** | Sean Dillon <​████████████​> |
| **Attachment:** | 2023.12 EC meeting - new model + link outs - Privileged and Conf |
| **Date:** | Fri, 12 Jan 2024 12:01:10 -0500 |

Do check out the animations.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                    APL-EG_11631177