# EXHIBIT A

# (Redacted)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00098055 | 2642 | PRIV-APL-EG_00098055 | PRIV-APL-EG_00098085 | 2023-07-07 | 11:58:12 | Terence Farrell | Jiyeon Chang | Deepali Salian ▮; Gary OMahony ▮; Jeremy Conlan ▮; Conor OKeeffe ▮; Riye Tobase ▮ | | [Fwd: ▮ Regulatory Fees Recoupment GLs: (DST/Equalization Levy = Contra GOGs GL 4XXXXXX X) & (Taiwan CIT = 99700000)] | 20230707-0458 Fwd: ▮ Regulatory Fees Recoupment GLs: (DST-Equalization.eml | Redact | Attorney Client | Email chain with redacted text providing information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | Peter Denwood (Apple in-house counsel); Ling Lew (Apple in-house counsel) | NO | REDACTED TEXT DOES NOT REFLECT LEGAL ADVICE OR REQUEST FOR LEGAL ADVICE |

1