# EXHIBIT A
# (Redacted)

Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Concerning User Interface and Design** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00171841 | 2269 | PRIV-APL-EG_00171841 | PRIV-APL-EG_00171842 | Federighi, Craig; Fischer, Matt; Schiller, Phil; DuBois, Dana; Gromek, Monika; Liu, Terry; Onak, Raf; Gharabally, Sam; Phillips, Joe; Elman, Josh; Thai, Ann; Robbin, Jeff | 2022-05-23 | 22:16:46 | Sean Cameron | Philip Schiller | Monika Gromek ▮; Craig Federighi ▮; Jeff Robbin ▮; Matt Fischer ▮; Robert Kondrk ▮; Carolina Nugent ▮; Dana DuBois ▮; Sam Gharabally ▮; Raf Onak ▮; Terry Liu ▮; Joe Phillips ▮; Ann Thai ▮; Josh Elman ▮ | | Re ▮ Design Updates | 20220523-1516 Re ▮ Design Updates.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | Email including legal work regarding UI design | Sean Cameron (Apple in-house counsel) | Yes |
| **Email Concerning Apple's IAP** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00171672 | 2242 | PRIV-APL-EG_00171672 | PRIV-APL-EG_00171673 | DuBois, Dana | 2023-03-01 | 18:55:57 | Jeff Blattner | Dana DuBois ▮; Ling Lew ▮; Holly Mondt ▮; Lacey Elmore | | | PV: IAP Regroup | 20230301-1056 PV: IAP Regroup.eml | Redact | AttorneyClient | Email with redacted text providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| **Emails Regarding Compliance in the European Union** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00266168 | 11587 | PRIV-APL-EG_00266168 | PRIV-APL-EG_00266172 | Vij, Kunnal | 2023-03-05 | 21:07:10 | Kunnal Vij | Meredith Thieme | | | Fwd: Presentation for DMA Meeting Tomorrow | 20230306-0507 Fwd: Presentation for DMA Meeting Tomorrow.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Curtis Box (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |