

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11   EPIC GAMES, INC.

Case No. 4:20-cv-05640-YGR-TSH

12        Plaintiff, Counter-defendant

**[PROPOSED] ORDER RE: EPIC GAMES,
INC.'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
SEALED PURSUANT TO CIVIL LOCAL
RULE 79-5**

13   v.

14   APPLE INC.,

15        Defendant, Counterclaimant

16

The Honorable Thomas S. Hixson

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc.

2   has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed

3   Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1429).  Pursuant to Civil Local Rule 79-5,

4   Apple Inc. ("Apple") filed a statement in support of Epic's motion and a supporting declaration of Mark

5   A. Perry.

6

7   Having considered Epic's Motion, all associated statements, declarations, exhibits, and any

8   argument of counsel, and for good cause appearing:

9   **IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its

10   supporting statement and declaration, is **GRANTED**.

11   Accordingly,

12

13   (1) The public shall only have access to the version of the document sought to be sealed by the

14   Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses in the "From/To/Cc" columns of rows 1-3 of the privilege log. | Exhibit A | Reflects personally identifiable information |
| Redacted information in the "Subject" and "Original Name" columns of row 1 of the privilege log. | Exhibit A | Reflects non-public Apple project codenames |

**IT IS SO ORDERED.**

1    Dated: _____, 2025

2

3

4
                                            _____
                                            The Honorable Thomas S. Hixson
5                                           United States District Court Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28