1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
|---|---|
| Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br>Defendant, Counterclaimant | **[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1433).  Pursuant to Civil Local Rule 79-5, Apple Inc. ("Apple") filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses in the "From/To/Cc" columns of rows 1, 2, 3, 4, 5, 7, and 8 of the privilege log. | Exhibit A | Reflects personally identifiable information |
| Redacted information in the "Original Name" column of row 6 of the privilege log. | Exhibit A | Reflects non-public Apple project codenames |
| Redacted email addresses and phone numbers on pages 1-4. | Exhibit B (CX-246) | Reflects personally identifiable information |
| Redacted information on pages 6, 9, 10, 11, 12, and 15. | Exhibit B (CX-246) | Reflects non-public third-party financial information |

**IT IS SO ORDERED.**

1 | Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge