# EXHIBIT A
**(Redacted)**

|  |  |
|---:|:---|
| **From:** | Jeff Wilder |
| **Subject:** | Dec - EC presentation on ▮ and link outs |
| **Received(Date):** | Fri, 12 Jan 2024 12:01:10 -0500 |
| **To:** | Sean Dillon |
| **Attachment:** | 2023.12 EC meeting - new model + link outs - Privileged and Conf |
| **Date:** | Fri, 12 Jan 2024 12:01:10 -0500 |

Do check out the animations.