# EXHIBIT B
# (Redacted)

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv -) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee Chat Channel** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00098239 | 2655 | PRIV-APL-EG_00098239 | PRIV-APL-EG_00098241 | Savio, Atusa | 2022-05-18 | 02:06:40 | | | | | Private channel #▇-engineering - 2022-05-18 (UTC).pdf | Withhold | Attorney Client | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues press and communications legal strategy. | Employees asking Ling Lew legal questions regarding IAP. | Ling Lew (Apple in-house counsel) | YES |
| **Email about Wisconsin** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00098448 | 2678 | PRIV-APL-EG_00098448 | PRIV-APL-EG_00098449 | Guebert, Jeff; Hawthorne, Amy; Savio, Atusa; Pulchny, Liz | 2023-06-08 | 23:04:42 | Jeff Guebert | Ling Lew | Amy Hawthorne; Liz Pulchny; Atusa Savio | Wisconsin Post-Launch Reporting | 20230608-1604 Wisconsin Post-Launch Reporting.eml | Withhold | Attorney Client | Email providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | Questions to L Lew re reporting on Wisconsin project. | Ling Lew (Apple in-house counsel) | YES |
| **Email about Scare Screens** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00098458 | 2681 | PRIV-APL-EG_00098458 | PRIV-APL-EG_00098459 | Washburn, Tanya; Hawthorne, Amy; Magnani, Joseph; Gromek, Monika; Onak, Raf; Phillips, Joe; Savio, Atusa; Elman, Josh; Pulchny, Liz; Thai, Ann | 2023-06-22 | 16:22:43 | Monika Gromek | Sean Cameron | Joseph Magnani; Raf Onak; Liz Pulchny; Tanya Washburn; Ling Lew; Ling Yang; Joe Phillips; Atusa Savio; Jason Cody; Jen Brown; Amy Hawthorne; Ann Thai; Josh Elman | Re: Wisconsin consumer warning sheet -- new title text | 20230622-0922 Re: Wisconsin consumer warning sheet -- new title text.eml | Withhold | Attorney Client | Email chain providing information for the purpose of rendering legal advice from counsel regarding injunction compliance requirements for user design and interface. | Email from in-house counsel to business team requesting assistance in preparing slides for legal presentation on potential user interface options. | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES |
| **Email Among Press Personnel** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00186407 | 3510 | PRIV-APL-EG_00186407 | PRIV-APL-EG_00186409 | Goldberg, Marni | 2023-03-28 | 12:52:35 | Fred Sainz | Marni Goldberg | Hannah Smith | Re: Epic statements + escalation email for Phil | 20230328-0554 Re: Epic statements + escalation email for Phil.eml | Withhold | Attorney Client | Email providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Weil Gotshal & Manges (outside counsel) | Yes |
| **Email Involving an Economist** | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00279027 | 12637 | PRIV-APL-EG_00279027 | PRIV-APL-EG_00279032 | Wilder, Jeff | 2023-11-21 | 08:35:49 | Eric Albert | Jeff Wilder; Merit Olthoff; Sascha Schubert; Brendan McNamara; Ling Lew; Charles Paillard | | Re: Additional thoughts on linking out - economics this time | 20231121-0035 Re: Additional thoughts on linking out - economics this time.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | Email from business team to outside and inside legal team with information compiled at legal teams request. | Freshfields (outside counsel); Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Tom McNamara (Apple in-house counsel); Charles Paillard (Apple in-house counsel) | yes |

## Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv -) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Legal Presentations** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00281053 | 12803 | PRIV-APL-EG_00281055 | PRIV-APL-EG_00281081 | Wilder, Jeff | | | | | | | 2023.05 TC [redacted] Update - 29.04.2023.key | Withhold | Attorney Client | Presentation related to information for the purpose of rendering legal advice prepared at the direction of counsel regarding foreign regulatory issues in the European Union, including DMA that was prepared in anticipation or furtherance of litigation | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Kate Adams (Apple in-house counsel) | yes |
| PRIV-APL-EG_00285929 | 12894 | PRIV-APL-EG_00285930 | PRIV-APL-EG_00285950 | Wilder, Jeff | 2023-12-11 | 11:58:28 | | | | | 2023.12 EC meeting - new model + link outs - Privileged and Confidential - DRAFT - TO PRESENT.key | Withhold | Work Product | Presentation reflecting work product from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility, prepared in anticipation or furtherance of litigation | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Charles Paillard (Apple in-house counsel); Gail Elman (Apple in-house counsel); Nina Haefele (Apple in-house counsel) | yes |