UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EPIC GAMES, INC., | Case No. 20-cv-05640-YGR (TSH) |
|---|---|
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| APPLE INC., | Re: Dkt. No. 1459 |
| Defendant. | |

The Court has reviewed the parties' status report. The Court **RESCHEDULES** the April 18, 2025 discovery status hearing for May 2, 2025 at 1:00 p.m. by Zoom videoconference. The parties' next status report is due May 1, 2025.

**IT IS SO ORDERED.**

Dated: 04/17/2025

THOMAS S. HIXSON
United States Magistrate Judge