UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 20-cv-05640-YGR   (TSH)

**DISCOVERY ORDER**

The parties have filed many objections to the Special Masters' rulings, responses to those objections, and sealing motions in connection with those objections. To facilitate the Court's review of these items, for all objections that have not yet been ruled on, and for all objections that may hereafter be filed, the Court **ORDERS** the parties to lodge hard copies in binders with the Court, organized as follows: Each binder shall have numbered tabs that correspond to the ECF number of the objection. Within each numbered tab, there shall be lettered tabs, starting with the letter A. Tab A will be the party's objection, Tab B will be the other side's response, Tab C will be Apple's notice of lodging (just the notice, not the documents), Tab D will be the sealing motion and related filings, and Tab E will be the other side's response to the sealing motion if there is one. If there are any other items the Court should consider in ruling on the objection (such as another filing that states a dispute has been narrowed or resolved), those shall be included in succeeding lettered tabs. All filings shall have the ECF headers printed on them.

The Court envisions, for example:

    Tab [insert ECF number]

    Tab A: Epic's objection to the Special Master's ruling.

    Tab B: Apple's response to Epic's objection.

Tab C:  Apple's notice of lodging

Tab D:  Epic's motion to consider whether another party's materials should be filed under seal, and related filings.

Tab E:  Apple's statement in response to Epic's sealing motion, and related filings.

Tab [insert ECF number]

Tab A:  Apple's objection to the Special Master's ruling.

Tab B:  Epic's response to Apple's objection.

Tab C:  Apple's notice of lodging.

Tab D:  Apple's motion to seal and related filings.

For all pending objections that are fully briefed (meaning the response to the objection and the sealing motion and response have been filed), the Court **ORDERS** the parties to lodge the hard copies within 7 days of this order.  For pending objections not yet fully briefed and for any future objections, the Court **ORDERS** the parties to lodge the hard copies within two days after the briefing is complete.

**IT IS SO ORDERED.**

Dated: April 18, 2025

THOMAS S. HIXSON
United States Magistrate Judge

2