GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>　　　　Plaintiff, Counter-defendant, <br><br>　　v. <br><br> APPLE INC., <br><br>　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S OBJECTIONS TO SPECIAL MASTER DETERMINATIONS ISSUED APRIL 14, 2025 REGARDING APPLE'S WITHHELD DOCUMENTS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

I, Yonatan Even, declare as follows:

1. I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration in support of Epic's Objections to Special Master Determinations Issued April 14, 2025 Regarding Apple's Withheld Documents ("Objections"), dated April 18, 2025.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

4. Attached hereto as **Exhibit A** is a true and correct copy of the privilege log entries provided by Apple for the documents mentioned in the Objections.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 18, 2025 in New York, New York.

*/s/ Yonatan Even*
Yonatan Even

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this Declaration of Yonatan Even in Support of Epic's Objections to Special Master Determinations Issued April 14, 2025 Regarding Apple's Withheld Documents, dated April 18, 2025.  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

*/s/  Yonatan Even*
Yonatan Even