# EXHIBIT A

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00225208 | 7744 | PRIV-APL-EG_00225225 | PRIV-APL-EG_00225225 | | | | | | | Pasted Graphic 3.png | Withhold | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Sent to attorney Ling Lew in parent doc for legal review. | Sent to attorney Ling Lew in parent doc for legal review. | no, except for email to Ling Lew beginning on botom of page 1 and continuing to top of page 2. | |

1