# Exhibit A

|             |                                                              |
|------------:|:-------------------------------------------------------------|
| From:       | Marni Goldberg                                               |
| Subject:    | Re: Revised deck                                             |
| Received(Date): | Tue, 19 Oct 2021 10:50:44 -0400                          |
| Cc:         | Fred Sainz                                                   |
| To:         | "Boutrous Jr., Theodore J." <TBoutrous@gibsondunn.com>       |
| Attachment: | 101421 Litigation Summit Deck.key                            |
| Date:       | Tue, 19 Oct 2021 10:50:44 -0400                              |

Updated here. Will send these to Mark for his master deck, but will plan to present them myself during our talk.


Marni Goldberg


> On Oct 18, 2021, at 8:08 PM, Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com> wrote:
>
> These look great.  My only comments:  delete the first "e" from "judgement" on slides 9 and 11. Should be "judgment."
>
> On slide 11 can we add in a cite to and great quote the WSJ editorial?
>
> Looking forward to it!
>
> Theodore J. Boutrous Jr.
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue, Los Angeles, CA 90071-3197 <x-apple-data-detectors://1/0>
> Tel +1 213.229.7804 <tel:+1%20213.229.7804>
> tboutrous@gibsondunn.com <mailto:TBoutrous@gibsondunn.com>
>
> www.gibsondunn.com <http://www.gibsondunn.com/>
>
> On Oct 18, 2021, at 2:54 PM, Marni Goldberg                                                    wrote:
>
>
> [WARNING: External Email]
> Fred and Ted —
>

> Attached, please find a revised deck that reflects the edits we discussed on the phone today. I will present the first half, and Ted will take the second half. Please feel free to make any other edits you see fit!
>
> I will work on my voice over tonight and aim to keep the first half to no more than 12ish minutes. Let me know if there is anything else you'd like to discuss!
>
> Marni
>
>
>
> Marni Goldberg
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
>
>
>
>
> This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
>
> Please see our website at https://www.gibsondunn.com/ <https://www.gibsondunn.com/> for information regarding the firm and/or our privacy policy.
> <101421 Litigation Summit Deck.key>

---

Updated here. Will send these to Mark for his master deck, but will plan to present them myself during our talk.

---

Marni Goldberg

▇▇▇▇▇▇▇▇▇▇

On Oct 18, 2021, at 8:08 PM, Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com> wrote:

**These look great. My only comments: delete the first "e" from "judgement" on slides 9 and 11. Should be "judgment."**

**On slide 11 can we add in a cite to and great quote the WSJ editorial?**

**Looking forward to it!**

Theodore J. Boutrous Jr.

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue, Los Angeles, CA 90071-3197

Tel +1 213.229.7804

tboutrous@gibsondunn.com

# www.gibsondunn.com

# On Oct 18, 2021, at 2:54 PM, Marni Goldberg ███████████████████████████ wrote:

**[WARNING: External Email]**

**Fred and Ted —**

**Attached, please find a revised deck that reflects the edits we discussed on the phone today. I will present the first half, and Ted will take the second half. Please feel free to make any other edits you see fit!**

**I will work on my voice over tonight and aim to keep the first half to no more than 12ish minutes. Let me know if there is anything else you'd like to discuss!**

**Marni**

**Marni Goldberg**

---

**This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.**

**Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or**

**our privacy policy.**

**<101421 Litigation Summit Deck.key>**

CONFIDENTIAL                                                                                                             APL-EG_11539231