# EXHIBIT B
# (Redacted)

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Press Email with a Non-Covered Third Party** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00176539 | 2827 | PRIV-APL-EG_00176539 | PRIV-APL-EG_00176563 | Goldberg, Marni | 2023-09-19 | 15 48 11 | | Marni Goldberg | Hannah Smith | | RE [EXTERNAL] Also for ASAP today -- KCC Examiners report | 20230919-0848 RE [EXTERNAL] Also for ASAP today -- KCC Examiners report eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | Email regarding Korea's Communications Commission and compliance with regulations | Kate Adams (Apple in-house counsel) | Yes |
| **Email Requesting Business Feedback** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00098529 | 2697 | PRIV-APL-EG_00098529 | PRIV-APL-EG_00098531 | Schiller, Phil; Kosmynka, Trystan | 2022-12-05 | 19 46 36 | Phil Schiller | Trystan Kosmynka Sean Cameron | Ling Lew ; Dan Martinez ; Jason Cody ; Andreas Wendker | Philip Schiller | Re App Store Review Guideline Analysis for Alt Distribution | 20221205-1146 Re App Store Review Guideline Analysis for Alt Distribution eml | Redact | AttorneyClient | Email with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Communications re app review conducted at request of counsel | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Relating to Europe's Digital Markets Act** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG-00273262 | 12230 | PRIV-APL-EG-00273262 | PRIV-APL-EG-00273264 | Washburn, Tanya; Gray, Eric; De Wilde, Geoff; Mukherjee, Srabasti; Kirtane, Latika; Vij, Kunnal; Kim, Timothy | 2023-11-29 | 23 25 20 | Geoff De Wilde | Srabasti Mukherjee | Eric Gray▇▇; Timothy Kim ▇▇; Blaise Margherito ▇▇; Kunnal Vij ▇▇; Tanya Washburn ▇▇; Latika Kirtane ▇▇; Isaac Rubin ▇▇; Aditi Karrar ▇▇; Ling Lew ▇▇ | | Re  DMA▇▇ Planning Developer Exit Process and Delinquency Issues | 20231129-1525 Re  DMA-▇▇ Planning Developer Exit Process and Delinquen e ml | Redact | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | Conversation following a call where legal team is asking business team for response to assist in providing legal analysis | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG-00273544 | 12297 | PRIV-APL-EG-00273544 | PRIV-APL-EG-00273545 | Washburn, Tanya; Oliver, Carson; Ajemian, Peter; Thai, Ann; Kirtane, Latika | 2023-03-08 | 21 26 50 | Fred Sainz | Ann Thai ▇▇; Sean Cameron ▇▇; Kyle Andeer ▇▇ | Carson Oliver ▇▇; Tanya Washburn ▇▇; Latika Kirtane Raman ▇▇ | | Re ▇▇ Comms Core | 20230308-1327 Re ▇▇ Comms Core eml | Redact | AttorneyClient | Email with redacted text reflecting information for the purpose of obtaining legal advice to counsel regarding injunction compliance press and communications legal strategy | | Kyle Andeer (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG-00273622 | 12315 | PRIV-APL-EG-00273622 | PRIV-APL-EG-00273623 | Washburn, Tanya; Oliver, Carson; Thai, Ann; Kirtane, Latika | 2023-03-08 | 17 24 43 | Ann Thai | Sean Cameron ▇▇; Fred Sainz ▇▇; Carson Oliver ▇▇ | Tanya Washburn ▇▇; Latika Kirtane Raman ▇▇ | | ▇▇ Comms Core | 20230308-092▇ ▇▇ Comms Core eml | Redact | AttorneyClient | Email with redacted text reflecting information for the purpose of obtaining legal advice to counsel regarding injunction compliance press and communications legal strategy | | Kyle Andeer (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | yes |
| PRIV-APL-EG-00280205 | 12740 | PRIV-APL-EG-00280205 | PRIV-APL-EG-00280207 | Wilder, Jeff | 2024-01-05 | 16 20 15 | Brendan McNamara | Gary Davis ▇▇ | SCHUBERT, Sascha (SNS) ▇▇; OLTHOFF, Merit (MEO) ▇▇; Kyle Andeer ▇▇; Martin Gudmundsson ▇▇; Eric Albert ▇▇; Andrew Roin ▇▇; Katharina Kashishian ▇▇; Rocio de Troya Leon ▇▇; Charles PAILLARD ▇▇; Luca Villani ▇▇; Amy Dobrzynski ▇▇; Chris Caputo ▇▇; Morag Elwis (V) ▇▇; Ling Lew ▇▇; Jeff WILDER ▇▇ | | Re  Executive Meeting Recap | 20240105-0820 Re Executive Meeting Recap eml | Redact | Attorney Client | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Ling Lew (Apple in-house counsel); Amy Dobrzynski (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Charles Paillard (Apple in-house counsel); Chris Caputo (Apple in-house counsel); Gary Davis (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel); Luca Villani (Apple in-house counsel); Martin Gudmundsson (Apple in-house counsel); Morag Elwis (Apple in-house counsel) | Yes |

Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00277366 | 12456 | PRIV-APL-EG_00277366 | PRIV-APL-EG_00277368 | Wilder, Jeff | 2024-01-05 | 03 16 10 | Jeff Wilder | Brendan McNamara | | | Re Executive Meeting Recap | 20240104-1916 Re Executive Meeting Recap eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Brendan McNamara (Apple in-house counsel) | yes |
| PRIV-APL-EG_00278775 | 12621 | PRIV-APL-EG_00278775 | PRIV-APL-EG_00278777 | Wilder, Jeff | 2024-01-05 | 16 17 07 | Gary Davis | Brendan McNamara | SCHUBERT, Sascha (SNS) ; OLTHOFF, Merit (MEO) ; Kyle Andeer ; Martin Gudmundsson ; Eric Albert ; Andrew Roin ; Katharina Kashishian ; Rocio de Troya Leon ; Charles PAILLARD ; Luca Villani ; Amy Dobrzynski ; Chris Caputo ; Morag Elwis (V) ; Ling Lew ; Jeff WILDER | | Re Executive Meeting Recap | 20240105-0817 Re Executive Meeting Recap eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Ling Lew (Apple in-house counsel); Amy Dobrzynski (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Charles Paillard (Apple in-house counsel); Chris Caputo (Apple in-house counsel); Gary Davis (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel); Luca Villani (Apple in-house counsel); Martin Gudmundsson (Apple in-house counsel); Morag Elwis (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00273541 | 12296 | PRIV-APL-EG_00273541 | PRIV-APL-EG_00273543 | Washburn, Tanya; Fischer, Matt; Schiller, Phil; Oliver, Carson; Barton, Nate; Wilder, Jeff; Roman, Alex; Vij, Kunnal; Kim, Timothy | 2023-03-05 | 20 38 57 | Carson Oliver | Phil Schiller ; Kyle Andeer | Sean Cameron ; Matt Fischer ; Tanya Washburn ; Timothy Kim ; Kunnal Vij ; Nate Barton ; Alex Roman ; Jeff Wilder | | Re Presentation for DMA Meeting Tomorrow | 20230305-1239 Re Presentation for DMA Meeting Tomorrow eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Curtis Box (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00273553 | 12300 | PRIV-APL-EG_00273553 | PRIV-APL-EG_00273555 | Washburn, Tanya; Fischer, Matt; Schiller, Phil; Oliver, Carson; Barton, Nate; Wilder, Jeff; Roman, Alex; Vij, Kunnal; Kim, Timothy | 2023-03-04 | 18 41 59 | Phil Schiller | Carson Oliver ; Kyle Andeer | Sean Cameron ; Matt Fischer ; Tanya Washburn ; Timothy Kim ; Kunnal Vij ; Nate Barton ; Alex Roman ; Jeff Wilder | | Re Presentation for DMA Meeting Tomorrow | 20230304-1042 Re Presentation for DMA Meeting Tomorrow eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Curtis Box (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00273490 | 12287 | PRIV-APL-EG_00273490 | PRIV-APL-EG_00273492 | Washburn, Tanya; Schiller, Phil; Fischer, Matt; Oliver, Carson; Barton, Nate; Wilder, Jeff; Roman, Alex; Vij, Kunnal; Kim, Timothy | 2023-03-05 | 18 53 27 | Phil Schiller | Carson Oliver ; Kyle Andeer | Sean Cameron ; Matt Fischer ; Tanya Washburn ; Timothy Kim ; Kunnal Vij ; Nate Barton ; Alex Roman ; Jeff Wilder | | Re Presentation for DMA Meeting Tomorrow | 20230305-1054 Re Presentation for DMA Meeting Tomorrow eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Curtis Box (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Press- and Communications-Related Emails** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00181197 | 2962 | PRIV-APL-EG_00181197 | PRIV-APL-EG_00181201 | Goldberg, Marni | 2021-10-10 | 23 43 00 | Marni Goldberg | Fred Sainz | Kristin Huguet | | Re Korea DRAFT Response with Options | 20211010-1643 Re Korea DRAFT Response with Options eml | Redact | AttorneyClient | Email chain with redacted text providing work product from counsel regarding foreign regulatory issues in Korea | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00176523 | 2825 | PRIV-APL-EG_00176523 | PRIV-APL-EG_00176532 | Goldberg, Marni | 2024-01-13 | 17 59 09 | Heather Grenier | Fred Sainz | Kristin Huguet Quayle; Marni Goldberg | | Re Updated Briefing Materials Wisconsin | 20240113-0959 Re Updated Briefing Materials Wisconsin eml | Redact | AttorneyClient; WorkProduct | Email chain with redacted text reflecting work product from counsel regarding injunction compliance press and communications legal strategy, prepared in anticipation or furtherance of litigation | Also request for legal advice re Statement of Compliance | Heather Grenier (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00181225 | 2966 | PRIV-APL-EG_00181225 | PRIV-APL-EG_00181232 | Goldberg, Marni | 2024-01-29 | 19 07 03 | Marni Goldberg | Isaac Rubin | | | Re Wisconsin/DMA | 20240129-1107 Re Wisconsin-DMA eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00176512 | 2823 | PRIV-APL-EG_00176512 | PRIV-APL-EG_00176518 | Goldberg, Marni | 2024-01-29 | 18 59 24 | Isaac Rubin | Marni Goldberg | | | Re Wisconsin/DMA | 20240129-1059 Re Wisconsin-DMA eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00181105 | 2947 | PRIV-APL-EG_00181105 | PRIV-APL-EG_00181112 | Goldberg, Marni | 2024-01-29 | 18 50 09 | Marni Goldberg | Isaac Rubin | | | Re Wisconsin/DMA | 20240129-1050 Re Wisconsin-DMA eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00185173 | 3371 | PRIV-APL-EG_00185173 | PRIV-APL-EG_00185178 | Goldberg, Marni | 2024-01-29 | 18 41 56 | Isaac Rubin | Marni Goldberg | | | Re Wisconsin/DMA | 20240129-1042 Re Wisconsin-DMA eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of rendering legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |