# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH <br><br> **[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1457).  Pursuant to Civil Local Rule 79-5, Apple Inc. ("Apple") filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**. Accordingly,

(1) The public shall only have access to the version of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted:

| **Portion of Document Sought to be Sealed** | **Document Title** | **Reason to Seal** |
| --- | --- | --- |
| Redacted outside consultants on Page 2. | Exhibit A | Reflects non-public Apple legal and public relations strategy |
| Redacted outside consultants and outside counsel in the "From/To/Cc" columns of rows 1, 6, and 8 of the privilege log. | Exhibit B | Reflects non-public Apple legal and public relations strategy |
| Redacted email addresses in the "From/To/Cc/Bcc" columns of rows 1-17 of the privilege log. | Exhibit B | Reflects personally identifiable information |
| Redacted information in the "Subject" and "Original Name" columns of rows 3-5 of the privilege log. | Exhibit B | Reflects non-public Apple project codenames |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge