GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic")
2  submits this administrative motion to consider whether another party's material should be sealed
3  with respect to the Response to Apple's Objection to Special Master Ruling on Apple Inc.'s
4  Productions of Re-Reviewed Documents, the Declaration of Yonatan Even ("Even Declaration")
5  and Exhibit A, all dated April 23, 2025.  The documents Epic seeks to temporarily file under seal
6  is listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Exhibit A to the Even Declaration | Document in its entirety. |

Epic seeks leave to provisionally file the documents under seal because they discuss materials that Apple has designated confidential under the protective order in this case.  *See* Local Rule 79-5(f).  Epic reserves the right to oppose, under Rule 79-5(f)(4), any submission Apple makes to support sealing under Rule 79-5(f)(3).  Epic also hereby provides notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S                    1                    CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED

| | | |
|---|---|---|
| 1 | Dated: April 23, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Yonatan Even* |
| 4 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 5 | | Paul J. Riehle (SBN 115199) |
| 6 | | paul.riehle@faegredrinker.com |
| 7 | | Four Embarcadero Center |
| 8 | | San Francisco, California 94111 |
|   | | Telephone: (415) 591-7500 |
| 9 | | Facsimile: (415) 591-7510 |
| 10 | | **CRAVATH, SWAINE & MOORE LLP** |
| 11 | | Gary A. Bornstein (*pro hac vice*) |
|    | | gbornstein@cravath.com |
| 12 | | Yonatan Even (*pro hac vice*) |
| 13 | | yeven@cravath.com |
|    | | Lauren A. Moskowitz (*pro hac vice*) |
| 14 | | lmoskowitz@cravath.com |
|    | | Michael J. Zaken (*pro hac vice*) |
| 15 | | mzaken@cravath.com |
|    | | M. Brent Byars (*pro hac vice*) |
| 16 | | mbyars@cravath.com |
| 17 | | 375 Ninth Avenue |
|    | | New York, New York 10001 |
| 18 | | Telephone: (212) 474-1000 |
|    | | Facsimile: (212) 474-3700 |
| 19 | | |
| 20 | | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |