# EXHIBIT A
# (Redacted)

# Privilege Log Entries

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Messages Among Non-Legal Employees** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00128315 | 804 | PRIV-APL-EG_00128315 | PRIV-APL-EG_00128315 | Guebert, Jeff | 2023-06-13 | 00:30:36 | | | | | | Direct message Amy Hawthorne, Atusa Savio and 2 others - 2023-06-13 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance press and communications legal strategy | | Non-lawyers acting at direction of Apple in-house counsel based on redacted portion of communications. | Yes | |
| PRIV-APL-EG_00128416 | 817 | PRIV-APL-EG_00128416 | PRIV-APL-EG_00128420 | Guebert, Jeff | 2024-05-14 | 00:47:40 | | | | | | Private channel #proj-linkout-alt-model - 2024-05-14 (UTC).pdf | Redact | AttorneyClient | Document with redacted text related to information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Reflects legal advice sought on DMA issue | Ling Lew (Apple in-house counsel) | Yes | |
| PRIV-APL-EG_00128421 | 818 | PRIV-APL-EG_00128421 | PRIV-APL-EG_00128422 | Guebert, Jeff | 2023-10-11 | 22:14:16 | | | | | | Personal messages Jason Yiu and Jeff Guebert - 2023-10-11 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding injunction compliance launch date and timing | | Non-lawyers acting at direction of Apple in-house counsel based on redacted portion of communications. | Yes | |
| **iMessages Among Non-Legal Employees** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00130635 | 921 | PRIV-APL-EG_00130635 | PRIV-APL-EG_00130643 | Kim, Timothy | 2024-03-05 | 05:10:57 | | | | | | Message_TimothyKim_2024-03-05_05-10-57.pdf | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance requirements for link format and buttons | Employees discussing seeking legal advice on link out. | Brendan McNamara (Apple in-house counsel); Tom McNamara (Apple in-house counsel) | Yes | |
| **iMessages Among Apple Finance Professionals** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00130709 | 924 | PRIV-APL-EG_00130709 | PRIV-APL-EG_00130718 | Kim, Timothy | 2023-06-30 | 14:58:59 | | | | | | Message_TimothyKim_2023-06-30_14-58-59.pdf | Redact | AttorneyClient; WorkProduct | Document with redacted text reflecting legal advice counsel regarding injunction compliance launch date and timing prepared in anticipation or furtherance of litigation | This chat discusses whether the launch date has moved, which in context is clearly a relaying of discussions with legal regarding legal advice on Wisconsin launch date. The actual date discussed is the "7th at the earliest." | Non-lawyers acting at direction of Apple in-house counsel based on redacted portion of communications. | Yes | |

# Privilege Log Entries

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Messages Among Six Apple Employees** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00130876 | 941 | PRIV-APL-EG_00130876 | PRIV-APL-EG_00130877 | Kim, Timothy | 2024-01-22 | 17:28:33 | | | | | | Direct message Charles Paillard, Jeff Wilder and 4 others - 2024-01-22 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting information for the purpose of rendering legal advice to employees acting under the direction of counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Charles Paillard (Apple in-house counsel) | Yes | |
| **Email from Carson Oliver Regarding Dating Apps in the Netherlands App Store** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00131347 | 970 | PRIV-APL-EG_00131347 | PRIV-APL-EG_00131350 | Oliver, Carson; Kim, Timothy | 2022-01-15 | 17:56:55 | Carson Oliver | App Store Business Management WW | Jason Cody ; Chip | | Update on dating apps distributed on the App Store in the Netherlands - News - Apple Developer | 20220115-0956 Update on dating apps distributed on the App Store in the Ne.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Jason Cody (Apple in-house counsel) | Yes | |
| **Messages Among Seven Non-Legal Employees and One In-House Counsel** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00132073 | 1054 | PRIV-APL-EG_00132073 | PRIV-APL-EG_00132075 | Kosmynka, Trystan | 2022-02-24 | 18:32:04 | | | | | | Private channel - core - 2022-02-24 (UTC).pdf | Redact | AttorneyClient | Document with redacted text providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | The document relays legal advice from Apple counsel Sean Cameron | Ling Lew (Apple in-house counsel) | Yes | |
| **Emails Regarding Dating Apps Distributed on the App Store in the Netherlands** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00132730 | 1074 | PRIV-APL-EG_00132730 | PRIV-APL-EG_00132736 | Kosmynka, Trystan; Bavaro, Sam | 2022-01-15 | 01:29:49 | Mary Ann Brunson | Evayn Lundquist | Robert George ; Sean Cameron ; Jason Cody ; Ling Lew ; Trystan Kosmynka ; Dan Martinez ; Bill Havlicek ; Tufan Arines ; Sam Muther Bavaro ; David Foote ; Daniel (AR) Kim | | Re: Project : Overview and Comms | 20220114-1729 Re: Project : Overview and Comms.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Jason Cody (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | YES | |

# Privilege Log Entries

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails in Response to Non-Lawyer's Request for Prompt Feedback on Scare Screen Copy** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00136083 | 1321 | PRIV-APL-EG_00136083 | PRIV-APL-EG_00136085 | Cote, Bri; Gromek, Monika; Liu, Terry; Onak, Raf; Phillips, Joe; Moore, Ken; Elman, Josh | 2022-03-10 | 15:51:29 | Bri Cote | Ling Lew ▆; Jason Cody ▆; Josh Elman ▆; Raf Onak ▆; Monika Gromek ▆; Joe Phillips ▆; Terry Liu ▆; Sean Cameron ▆; Sean Dillon ▆; Ken Moore ▆ | | | ALL FEEDBACK NEEDED BY 9AM: ▆ copy updates | 20220310-0751 ALL FEEDBACK NEEDED BY 9AM: ▆ copy updates.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Jason Cody (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jenny Liu (Apple in-housel counsel) | yes | |
| PRIV-APL-EG_00136509 | 1356 | PRIV-APL-EG_00136509 | PRIV-APL-EG_00136511 | Mirrashidi, Payam | 2022-02-24 | 18:32:04 | | | | | | Private channel ▆ - core - 2022-02-24 (UTC).pdf | Redact | AttorneyClient | Document with redacted text providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | The document relays legal advice from Apple counsel Sean Cameron | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); | yes | |
| **Private Message Thread Among Eleven Apple Employees** | | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00137379 | 1437 | PRIV-APL-EG_00137379 | PRIV-APL-EG_00137380 | Moore, Ken | 2022-04-26 | 00:01:31 | | | | | | Private channel ▆ - engineering - 2022-04-26 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting information for the purpose of obtaining legal advice with counsel regarding foreign regulatory issues in the Netherlands for dating apps | discussion with attorney related to IAP requirements in the Netherlands. | Ling Lew (Apple in-house counsel); | yes | |