# EXHIBIT A
# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Concerning Press and Communications** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00187665 | 3662 | PRIV-APL-EG_00187665 | PRIV-APL-EG_00187685 | Goldberg, Marni | 2023-05-17 | 17:22:31 | Marni Goldberg | Fred Sainz | | | Fwd: Japan Competition PR Plan | 20230517-1022 Fwd: Japan Competition PR Plan.eml | withhold | AttorneyClient | Email chain related to information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in Japan, including the reader rule | Email containing plan for regulatory objectives in Japan which was created in conjunction with counsel and sent to in-house counsel Kate Adams for review and approval. | Kate Adams (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00189948 | 3940 | PRIV-APL-EG_00189948 | PRIV-APL-EG_00189954 | Goldberg, Marni | 2023-12-12 | 23:23:48 | Fred Sainz | Marni Goldberg | Hannah Smith | | Re: HOT -- For approval: Email to Phil, Kate with off-the-record points on Epic/Google verdict | 20231212-1523 Re: HOT -- For approval: Email to Phil, Kate with off-the-re.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | | Weil Gotshal and Manges (outside counsel); Alanna Rutherford (Apple in-house counsel) | Yes |
| **Documents Concerning the Digital Markets Act** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00188138 | 3727 | PRIV-APL-EG_00188138 | PRIV-APL-EG_00188138 | Goldberg, Marni | 2023-09-25 | 22:18:35 | Alexis Marks | Fred Sainz; Marni Goldberg; Hannah Smith; Kyle Andeer; Sean Cameron; Rachel Flipse | Tim Powderly; Nick Rossi; Jai Motwane; Jeff Dobrozsi; Rob Harris | | DMA letter to Tim Cook | 20230925-1518 DMA letter to Tim Cook.eml | Withhold | AttorneyClient | Email providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union including DMA. | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Rachel Flipse (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00191267 | 4118 | PRIV-APL-EG_00191267 | PRIV-APL-EG_00191314 | Gray, Eric | 2023-03-10 | 21:04:06 | | | | | | 2023.03 Financial Ops (15).key | withhold | AttorneyClient; CommonInterest | Presentation with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | Document reflecting legal advice from Apple legal | | Yes |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Attorney Employee Messages** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00191600 | 4130 | PRIV-APL-EG_00191600 | PRIV-APL-EG_00191607 | Gray, Eric | 2023-10-09 | 20:15:43 | | | | | | Message_EricGray_2023-10-09_20-15-43.pdf | Withhold | AttorneyClient | Email chain related to legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00191820 | 4162 | PRIV-APL-EG_00191820 | PRIV-APL-EG_00191821 | Gray, Eric | 2024-01-23 | 20:52:45 | | | | | | Direct message Aaron Deardon, Eric Gray and 3 others - 2024-01-23 (UTC).pdf | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00192077 | 4179 | PRIV-APL-EG_00192077 | PRIV-APL-EG_00192088 | Gray, Eric | 2024-01-16 | 00:26:09 | | | | | | Message_EricGray_2024-01-16_00-26-09.pdf | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface prepared in anticipation or furtherance of litigation | | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00192097 | 4182 | PRIV-APL-EG_00192097 | PRIV-APL-EG_00192108 | Gray, Eric | 2024-01-16 | 00:26:09 | | | | | | Message_EricGray_2024-01-16_00-26-09.pdf | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) | Yes |