# EXHIBIT A
# (Redacted)

**Emails Relating to Developer Feedback**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00205905 | 5699 | PRIV-APL-EG_00205905 | PRIV-APL-EG_00205911 | Kosmynka, Trystan | 2022-02-07 | 16 44 11 | Trystan Kosmynka | Sean Cameron ; Chip Canter ; Mary Brunson | Jason Cody ; Arun Singh ; Candace Martin ; Vivek Murali ; Bill Havlicek ; Stoney Gamble ; Lucy Lathan | Re Privileged & Confidential Re Life360 Check In | 20220207-0844 Re Privileged & Confidential Re Life360 Check In eml | Withhold | AttorneyClient | Spreadsheet reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U S Link Entitlement | Document reflects information necessary for obtaining legal advice from Apple legal | Jason Cody (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00206033 | 5715 | PRIV-APL-EG_00206033 | PRIV-APL-EG_00206035 | Oliver, Carson; Kosmynka, Trystan | 2022-01-27 | 23 30 21 | Chip Canter | Sean Cameron ; Jason Cody ; Sean Dillon ; Doug Vetter | Carson Oliver ; Trystan Kosmynka ; Chip Canter | Privileged & Confidential Match Group passing along positions/suggestions | 20220127-1530 Privileged & Confidential Match Group passing along positio eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | Email from Chip to legal with information about his meeting with Match for comment/review by legal | Sean Dillon (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| PRIV-APL-EG_00206177 | 5735 | PRIV-APL-EG_00206177 | PRIV-APL-EG_00206180 | Oliver, Carson; Kosmynka, Trystan | 2022-01-28 | 03 42 53 | Chip Canter | Sean Cameron | Jason Cody ; Sean Dillon ; Doug Vetter ; Carson Oliver ; Trystan Kosmynka ; Robert Windom | Re Privileged & Confidential Match Group passing along positions/suggestions | 20220127-1942 Re Privileged & Confidential Match Group passing along pos eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | Emails between Chip and legal team about Chip's meeting with Match, including in-line questions from legal team and answers from Chip in the meeting notes | Sean Dillon (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| PRIV-APL-EG_00206197 | 5739 | PRIV-APL-EG_00206197 | PRIV-APL-EG_00206200 | Oliver, Carson; Kosmynka, Trystan | 2021-10-05 | 20 55 56 | Chip Canter | Sean Cameron ; Jason Cody | Carson Oliver ; Trystan Kosmynka ; Bill Havlicek ; Mary Ann Brunson | Re Privileged & Confidential Additional Feedback on JFTC from Youtube Music | 20211005-1355 Re Privileged & Confidential Additional Feedback on JFTC eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface, prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES |
| PRIV-APL-EG_00229371 | 8035 | PRIV-APL-EG_00229371 | PRIV-APL-EG_00229375 | Oliver, Carson | 2024-01-13 | 17 24 52 | Mike Tam | Matt Fischer ; Ling Lew | Nick Kistner ; Jeff Wilder ; Jeremy Butcher ; Fred Sainz ; Isaac Rubin ; Prathima Velamuri ; Brendan McNamara ; Ann Thai ; Tanya Washburn ; Timothy Kim ; Carson Oliver ; Trystan Kosmynka ; Tim Sneath ; Sean Cameron | Re ADP Positioning in Documentation | Re ADP Positioning in Documentation eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding developer outreach related to U S Link Entitlement | Attorneys explicitly noting that they have edited draft developer outreach in response to ongoing litigation | Jennifer Brown (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | yes |
| PRIV-APL-EG_00231624 | 8347 | PRIV-APL-EG_00231624 | PRIV-APL-EG_00231627 | Oliver, Carson | 2024-02-22 | 05 26 35 | Ryan Olson | Bugu Melis Ozgonul ; Ling Lew | Carson Oliver ; Bruce Kerr-Peterson ; Chip Canter ; Sebastian Kriese ; Melissa Mansen | [Re PRIV -- Frequent Developer Questions for DMA Workshop] | 20240221-2127 Re PRIV -- Frequent Developer Questions for DMA Workshop eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | | Ling Lew (In-House Attorney) | yes |

Email Concerning Naming of DMA and Injunction Documents

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00225069 | 7717 | PRIV-APL-EG_00225069 | PRIV-APL-EG_00225072 | Mukherjee, Srabasti; Moore, Ken | 2024-04-03 | 20 44 31 | Ken Moore | Srabasti Mukherjee | Hieu (AMP) Nguyen ▮▮▮▮▮▮▮▮ Thara Ravindran ▮▮ Jennifer Brown ▮▮ Nathan Louie ▮▮▮▮▮▮▮▮ ; Ling Lew | Re  Question Naming for ▮▮ Wisconsin Documents | 20240403-1344 Re Question  Naming for ▮▮ Wisconsin Documents eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance and structure of developer commission, prepared in anticipation or furtherance of litigation | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes |

**Emails Relating to Compliance with Korean Regulations**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00228278 | 7868 | PRIV-APL-EG_00228278 | PRIV-APL-EG_00228282 | Oliver, Carson; Fischer, Matt; Schiller, Phil | 2021-09-27 | 18:13:13 | Carson Oliver | Phil Schiller ; Matt Fischer ; Kyle Andeer ; Eddy Cue ; Sean Dillon ; Doug Vetter ; Sean Cameron | | Re: Korea Options | 20210927-1113 Re: Korea Options.eml | Withhold | AttorneyClient | Email chain attaching legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | yes |
| PRIV-APL-EG_00228328 | 7877 | PRIV-APL-EG_00228328 | PRIV-APL-EG_00228329 | Oliver, Carson | 2021-09-09 | 05:28:40 | Ann Thai | Carson Oliver ; Sean Cameron | Sean Dillon | Re: Korea deck for Friday | 20210908-2228 Re: Korea deck for Friday.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and commission time window | | Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | yes |

Emails Concerning U.S. Injunction Compliance

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00229040 | 7968 | PRIV-APL-EG_00229040 | PRIV-APL-EG_00229040 | Oliver, Carson | 2023-06-08 | 17 24 33 | Sean Cameron | Carson Oliver; Tanya Washburn | | Wisconsin -- Team Commission meeting | Wisconsin -- Team Commission meeting eml | Withhold | AttorneyClient | Email providing information for the purpose of rendering legal advice to employees acting under the direction of counsel regarding injunction compliance and U S Link Entitlement program eligibility | | Sean Cameron (Apple in-house counsel) | yes |
| PRIV-APL-EG_00230063 | 8180 | PRIV-APL-EG_00230063 | PRIV-APL-EG_00230063 | Oliver, Carson | 2023-06-08 | 02 51 14 | Sean Cameron | Carson Oliver | | Wisconsin pitch | 20230608-0251 Wisconsin pitch eml | Withhold | AttorneyClient | Email providing information for the purpose of rendering legal advice to employees acting under the direction of counsel regarding injunction compliance analysis of commission rate | | Sean Cameron (Apple in-house counsel) | yes |