<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                        NORTHERN DISTRICT OF CALIFORNIA
10                                 OAKLAND DIVISION
11   EPIC GAMES, INC.                      Case No. 4:20-cv-05640-YGR-TSH
12          Plaintiff, Counter-defendant   **[PROPOSED] ORDER RE: EPIC GAMES,
                                           INC.'S ADMINISTRATIVE MOTION TO
13   v.                                    CONSIDER WHETHER ANOTHER
                                           PARTY'S MATERIAL SHOULD BE
14   APPLE INC.,                           SEALED PURSUANT TO CIVIL LOCAL
                                           RULE 79-5**
15          Defendant, Counterclaimant
16                                         The Honorable Thomas S. Hixson
17
18
19
20
21
22
23
24
25
26
27
28
</pre>

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1476).  Pursuant to Civil Local Rule 79-5, Apple Inc. ("Apple") filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**. Accordingly,

(1) The public shall only have access to the version of the document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| **Portion of Document Sought to be Sealed** | **Document Title** | **Reason to Seal** |
|---|---|---|
| Redacted email addresses in the "From/To/Cc" columns of rows 1-11 of the privilege log. | Exhibit A | Reflects personally identifiable information |
| Redacted information in the "Subject" and "Original Name" columns of row 7 of the privilege log. | Exhibit A | Reflects non-public Apple project codenames |

**IT IS SO ORDERED.**

Dated: _____, 2025

                                                                                                    _____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge