1

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)

2

yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)

3

lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)

4

jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)

5

mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)

6

mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**

7

375 Ninth Avenue
New York, New York 10001

8

Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

9

10

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**

11

Four Embarcadero Center
San Francisco, California 94111

12

Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

13

14

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

15

16

**UNITED STATES DISTRICT COURT**

17

**NORTHERN DISTRICT OF CALIFORNIA**

18

**OAKLAND DIVISION**

19

20

EPIC GAMES, INC.,

Plaintiff, Counter-defendant,

21

v.

22

APPLE INC.,

23

Defendant, Counterclaimant.

24

25

Case No. 4:20-CV-05640-YGR-TSH

**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**

Judge:  Hon. Yvonne Gonzalez Rogers

26

27

28

1      Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic")

2  submits this administrative motion to consider whether another party's material should be sealed

3  with respect to its Objections to Special Master Determinations, the Declaration of Yonatan Even

4  ("Even Declaration") and Exhibit A, all dated April 28, 2025.  The documents and portions of

5  documents Epic seeks to temporarily file under seal are listed below:

6

7

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Exhibit A to the Even Declaration | Document in its entirety. |

8

9      Epic seeks leave to provisionally file the documents under seal because they

10  discuss materials that Apple has designated confidential under the protective order in this case.

11  *See* Local Rule 79-5(f).  Epic reserves the right to oppose, under Rule 79-5(f)(4), any submission

12  Apple makes to support sealing under Rule 79-5(f)(3).  Epic also hereby provides notice of

13  lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S          1          CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED

1   Dated:  April 28, 2025

Respectfully submitted,

By:    /s/ *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S       2       CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED