# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00194000 | 4423 | PRIV-APL-EG_00194000 | PRIV-APL-EG_00194046 | Guebert, Jeff; Hawthorne, Amy; DuBois, Dana; Van Tassell, Dave; Thai, Ann; Friedland, Zach; Kirtane, Latika; Volpe, Matt; Mirrashidi, Payam; Gray, Eric | 2023-10-27 | 21:01:57 | | | | | | App Store M1 Replan Regulatory + TNS.pdf | withhold | AttorneyClient | Presentation providing legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Document reflects legal advice from Apple legal | No | |
| PRIV-APL-EG_00194108 | 4428 | PRIV-APL-EG_00194108 | PRIV-APL-EG_00194127 | Guebert, Jeff | 2023-02-17 | 02:17:28 | | | | | | Trust & Safety Evaluation extract.pdf | Withhold | AttorneyClient | reflecting legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates it was prepared at the direction of counsel | No | |