UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 20-cv-05640-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 1459 |

In ECF No. 1459, Epic stated that the Special Masters stated that they would endeavor to complete the review of all remaining documents no later than May 15, 2025. The Court **ORDERS** the parties to file a status report on May 16, 2025.

**IT IS SO ORDERED.**

Dated: April 29, 2025

THOMAS S. HIXSON
United States Magistrate Judge