# EXHIBIT A
# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00225208 | 7743 | PRIV-APL-EG_00225208 | PRIV-APL-EG_00225224 | Oliver, Carson; Gray, Eric; Mukherjee, Srabasti; Moore, Ken | 2024-03-22 | 00:47:58 | Joanna Brodbeck | Boris Wang ; Adil Karrar | Ken Moore ; Carson Oliver ; Eric Gray ; Alex Baker ; Srabasti Mukherjee ; Eric Albert ; Nicole Ewart ; Ling Lew ; June Orlowski ; Susan Conant ; Mary Kate Reid ; Tim Triemstra ; Ian Zanger ; Tori Shurman ; Anthony Herron | | Re: FOR YOUR LEGAL REVIEW - reporting API. Comments by Monday EOD. [Launch Tues 3/5] | 20240321-1748 Re: FOR YOUR LEGAL REVIEW - reporting API. Comments .eml | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Reflects legal advice on API | Ling Lew (Apple in-house counsel); Adil Karrar (Apple in-house counsel) | Yes | |
| PRIV-APL-EG_00225208 | 7744 | PRIV-APL-EG_00225225 | PRIV-APL-EG_00225225 | Oliver, Carson; Gray, Eric; Mukherjee, Srabasti; Moore, Ken | | | | | | | | | Pasted Graphic 3.png | Withhold | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Sent to attorney Ling Lew in parent doc for legal review. | Sent to attorney Ling Lew in parent doc for legal review. | No, except for email to Ling Lew beginning on bottom of page 1 and continuing to top of page 2. | |