**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**APPLE INC.,**<br><br>　　　　Defendant. | Case No. 4:20-cv-05640-YGR<br><br>**ORDER OF REFERRAL TO UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

**TO PATRICK D. ROBBINS, UNITED STATES ATTORNEY, OR HIS DESIGNEE:**

As set forth in the enclosed Sealed Order re Motion to Enforce Injunction, this case is referred to the United States Attorney for investigation of criminal contempt. An overview of the evidentiary record is described in detail in the Court's order. The parties have been ordered to file all admitted exhibits on the docket.

The Court takes no position on whether a criminal prosecution is or is not warranted. The decision is entirely that of the United States Attorney. Under federal law, the executive branch may decide whether Apple should be deprived of the fruits of its violation, in addition to any penalty geared to deter future misconduct.

The clerk of the court shall send a copy of this order to the United States Attorney with a copy of both the Sealed and Unsealed versions of the Order re Motion to Enforce Injunction. Mr. Robbins and the United States Attorneys Office, including any agents, shall be subject to the Protective Order in this action with respect to the information the Court has sealed. (Dkt. 112.)

**IT IS SO ORDERED.**

Dated: April 30, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**