# EXHIBIT A

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00202007 | 5297 | PRIV-APL-EG_00202007 | PRIV-APL-EG_00202012 | 2023-02-08 | | | | | | Personal messages Jeremy Butcher and Latika Kirtane - 2023-02-08 (UTC).pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Document indicates counsel weighed in on issues presented | No | |
| PRIV-APL-EG_00203553 | 5471 | PRIV-APL-EG_00203553 | PRIV-APL-EG_00203600 | 2024-01-31 | | | | | | 1.31.2024_ERB_Deck_Draft.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | Priv topic: app review. | No attorneys listed but slide reflects legal advice. | No | |
| PRIV-APL-EG_00203601 | 5472 | PRIV-APL-EG_00203601 | PRIV-APL-EG_00203642 | 2023-02-08 | | | | | | 2.08.2023_ERB_Deck_Draft.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding iOS apps | | Document indicates counsel weighed in on issues presented | No | |
| PRIV-APL-EG_00203643 | 5473 | PRIV-APL-EG_00203643 | PRIV-APL-EG_00203681 | 2023-03-23 | | | | | | 3.23.2023_ERB_Deck.pdf | Redact | Attorney Client | Presentation with redacted text reflecting legal advice from counsel regarding data usage by application | | Document indicates counsel weighed in on issues presented | No | |