UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 20-cv-05640-YGR (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 1513 |

In light of the parties' status report at ECF No. 1513, the Court **VACATES** the May 2, 2025 discovery hearing. The parties' next status report is due May 16, 2025. *See* ECF No. 1503. In that status report, the parties should state whether or not they request a further discovery hearing. As a reminder, in addition to the required May 16 status report, the parties are also under an order to file a notice when all filings arising out of the Special Masters' work have been filed.

**IT IS SO ORDERED.**

Dated: May 1, 2025

THOMAS S. HIXSON
United States Magistrate Judge