# EXHIBIT A
# (Redacted)

Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Among Non-Legal Communications Professionals** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00187140 | 3602 | PRIV-APL-EG_00187140 | PRIV-APL-EG_00187141 | Goldberg, Marni | 2022-03-10 | 17:26:59 | Marni Goldberg | Fred Sainz | | Epic Comms | 20220310-0926 Epic Comms .eml | Redact | AttorneyClient | Email with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | No attorney on the email but the redacted text indicates that an attachment is privileged and was created by/with the help of attorneys | Document provides information for the purpose of obtaining legal advice from counsel | Yes |
| PRIV-APL-EG_00187176 | 3607 | PRIV-APL-EG_00187176 | PRIV-APL-EG_00187176 | Goldberg, Marni | 2024-05-14 | 00:20:27 | Marni Goldberg | Fred Sainz | Hannah Smith | Re: Journalist seeking comment on Epic v. Apple compliance hearing | 20240513-1720 Re: Journalist seeking comment on Epic v. Apple compliance h.eml | Redact | AttorneyClient | Email with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface | Flagging for legal press request re epic compliance | Juan Carlos Gonzalez (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00190120 | 3968 | PRIV-APL-EG_00190120 | PRIV-APL-EG_00190122 | Ajemian, Peter; Goldberg, Marni | 2021-10-19 | 14:47:35 | Marni Goldberg | Peter Ajemian | Katie Clark Alsadder; Adam Dema; Shane Bauer; Peter Nguyen | Re: Guideline Revisions | 20211019-0747 Re: Guideline Revisions.eml | Redact | AttorneyClient | Email with redacted text reflecting legal advice from counsel regarding actions to comply with class action settlement | | Curtis Box (Apple in-house counsel); | Yes |
| **iMessages Between Two Non-Legal Apple Employees** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00192065 | 4174 | PRIV-APL-EG_00192065 | PRIV-APL-EG_00192068 | Gray, Eric | 2023-08-14 | 23:05:33 | | | | | Message_EricGray_2023-08-14_23-05-33.pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding injunction compliance analysis of commission rate | Document indicates counsel weighed in on issues presented | | Yes |