# UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF** Northern California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:20-cv-05640-YGR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/13/2020

Date of judgment or order you are appealing: 04/30/2025

Docket entry number of judgment or order you are appealing: 1508

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Apple Inc.

Is this a cross-appeal?  ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes   ◯ No

If yes, what is the prior appeal case number? 21-16506; 21-16695

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Mark A. Perry         **Date** May 5, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Apple Inc.

Name(s) of counsel (if any):

> Mark A. Perry, Weil, Gotshal & Manges LLP
> Joshua M. Wesneski, Weil, Gotshal & Manges LLP

Address: 2001 M Street NW, Suite 600, Washington, DC 20036

Telephone number(s): (202) 682-7000

Email(s): mark.perry@weil.com; joshua.wesneski@weil.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Epic Games, Inc.

Name(s) of counsel (if any):

> Gary A. Bornstein, Cravath, Swaine & Moore LLP
> Yonatan Even, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001

Telephone number(s): (212) 474-1000

Email(s): gbornstein@cravath.com; yeven@cravath.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

| Apple Inc. |

Name(s) of counsel (if any):

| Cynthia E. Richman, Gibson, Dunn & Crutcher LLP |

Address: 1700 M Street, N.W., Washington, DC 20036-4504
Telephone number(s): (202) 955-8500
Email(s): crichman@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ◯ No

**<u>Appellees</u>**

Name(s) of party/parties:

| Epic Games, Inc. |

Name(s) of counsel (if any):

| Lauren Moskowitz |

Address: 375 Ninth Avenue, New York, New York 10001
Telephone number(s): (212) 474-1000
Email(s): LMoskowitz@cravath.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*