# EXHIBIT A
# (Redacted)

Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | Doc Time | From | To | Cc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00229528 | 8067 | PRIV-APL-EG_00229528 | PRIV-APL-EG_00229533 | Oliver, Carson | 2023-09-13 | 22:19:14 | Kunal Vij | Lydia Luk | Ling Lew ; Carson Oliver | Fwd: Call with AG | Fwd: Call with AG.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Lew Ling (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00229340 | 8030 | PRIV-APL-EG_00229340 | PRIV-APL-EG_00229350 | Oliver, Carson | 2023-05-29 | 20:53:27 | Sean Cameron | Ling Yang Lew ; Trystan Kosmynka | Jen Brown ; Ann Thai ; Carson Oliver | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00225019 | 7706 | PRIV-APL-EG_00225019 | PRIV-APL-EG_00225020 | Mukherjee, Srabasti | 2024-03-21 | 00:18:35 | Nimit Tank | Srabasti Mukherjee | | Re: South Korea Entitlement: PSP | 20240320-1718 Re: South Korea Entitlement: PSP.eml | Redact | AttorneyClient | Email chain with redacted text reflecting information for the purpose of obtaining legal advice prepared at the direction of, counsel regarding developer outreach related to U.S. Link Entitlement | The chain contains references to conversatoins for legal advice with Ling Lew (Apple in-house counsel) | | Yes |
| PRIV-APL-EG_00229783 | 8122 | PRIV-APL-EG_00229783 | PRIV-APL-EG_00229784 | Oliver, Carson | 2023-09-15 | 23:12:43 | Tom Kuglen | Nate Barton | Srabasti Mukherjee ; Kunnal Vij ; Latika Kirtane ; Boris Wang ; Timothy Kim ; Ken Moore | Re: Subscriptions for Alt Commerce - notes | Re: Subscriptions for Alt Commerce - notes.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance and commission time window | | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00225423 | 7756 | PRIV-APL-EG_00225423 | PRIV-APL-EG_00225426 | Mukherjee, Srabasti | 2023-01-24 | 16:20:09 | Michael Wiltz | Srabasti Mukherjee ; Terence Farrell | Thara Ravindran ; Riye Tobase ; Ian Kendall Esquive | Re: Notes from Today's Finance Team Meeting | 20230124-0820 Re: Notes from Today's Finance Team Meeting.eml | Redact | AttorneyClient | Email with redacted text reflecting legal advice from counsel regarding regulatory issues in the European Union, including DMA | Cclient's notes including legal advice for DMA compliance | Email indicates that Apple legal weighed in on this issue | Yes |