CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
   crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
   mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
   joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR<br><br>**AMENDED NOTICE OF APPEAL**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1, 4th Floor |

1  Notice is hereby given that Apple Inc., Defendant and Counterclaimant in the above-captioned
2  case, appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Epic
3  Games, Inc.'s Motion to Enforce Injunction and all rulings contained therein, entered on April 30, 2025
4  (Dkt. 1508), and all orders leading to or related to that order, including but not limited to the Court's
5  rulings on the application of the attorney-client privilege and work-product doctrine.

6  Plaintiff Epic Games, Inc. previously noticed an appeal from the final judgment, which was dock-
7  eted as No. 21-16506 in the Ninth Circuit.

8  Defendant Apple Inc. previously noticed an appeal from the final judgment, which was docketed
9  as No. 21-16695 in the Ninth Circuit.

Dated: May 5, 2025

Respectfully submitted,

By: */s/* Mark A. Perry
Mark A. Perry
WEIL, GOTSHAL & MANGES LLP

Attorney for Apple Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Apple Inc.

Name(s) of counsel (if any):
Mark A. Perry, Weil, Gotshal & Manges LLP

Address: 2001 M Street NW, Suite 600, Washington, DC 20036
Telephone number(s): (202) 682-7000
Email(s): mark.perry@weil.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
Gary A. Bornstein, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001
Telephone number(s): (212) 474-1000
Email(s): gbornstein@cravath.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                        *1*                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Apple Inc.

Name(s) of counsel (if any):
Joshua M. Wesneski, Weil, Gotshal & Manges LLP

Address: 2001 M Street NW, Suite 600, Washington, DC 20036
Telephone number(s): (202) 682-7000
Email(s): joshua.wesneski@weil.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
Yonatan Even, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001
Telephone number(s): (212) 474-1000
Email(s): yeven@cravath.com

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
Lauren A. Moskowitz, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001
Telephone number(s): (212) 474-1000
Email(s): lmoskowitz@cravath.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Apple Inc.

Name(s) of counsel (if any):
Cynthia E. Richman, Gibson, Dunn & Crutcher LLP

Address: 1700 M Street, N.W., Washington, DC 20036-4504
Telephone number(s): (202) 955-8500
Email(s): crichman@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
Justin C. Clarke, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001
Telephone number(s): (212) 474-1000
Email(s): jcclarke@cravath.com

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
Michael J. Zaken, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001
Telephone number(s): (212) 474-1000
Email(s): mzaken@cravath.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                          2                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
M. Brent Byars, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001

Telephone number(s): (212) 474-1000

Email(s): mbyars@cravath.com

Name(s) of party/parties:
Epic Games, Inc.

Name(s) of counsel (if any):
Paul J. Riehle, Faegre Drinker Biddle & Reath LLP

Address: Four Embarcadero Center, San Francisco, CA  94111

Telephone number(s): (415) 591-7500

Email(s): paul.riehle@faegredrinder.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                              2                    New 12/01/2018