# EXHIBIT A
# (Redacted)

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Direct Messages Among Non-Legal Employees** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00194254 | 4457 | PRIV-APL-EG_00194254 | PRIV-APL-EG_00194254 | Guebert, Jeff | 2024-02-06 | 18:07:32 | | | | | Direct message Catherine Chen, Jeff Guebert and 2 others - 2024-02-06 (UTC).pdf | Withhold | AttorneyClient | Email related to information for the purpose of obtaining legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | No attorneys but employees discuss requesting advice from Apple in-house counsel | Yes |
| **Document Relative to "price increase notification changes"** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00195090 | 4527 | PRIV-APL-EG_00195090 | PRIV-APL-EG_00195128 | Hawthorne, Amy | 2021-12-02 | 19:59:15 | | | | | Documentation updates for price increase notification changes.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | | Ling Lew (Apple in-house counsel) | Yes |
| **Email Chain Among Non-Legal and Legal Professionals** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00195711 | 4592 | PRIV-APL-EG_00195711 | PRIV-APL-EG_00195715 | Kosmynka, Trystan; Hawthorne, Amy; Guebert, Jeff; Friedland, Zach; Kirtane, Latika; Van Tassell, Dave | 2021-11-15 | 17:47:15 | Amy Hawthorne | Ling Lew | Zach Friedland ; Sean Cameron ; Dave Van Tassell ; Jeff Guebert ; Jason Cody ; Aravind Vijayakirthi Prabha Bashyam Jon Juul ; Blaise Margherito ; Evayn Lundquist ; Latika Kirtane ; Trystan Kosmynka | Re: Project Michigan: PLA Update and TestFlight | 20211115-0947 Re: Project Michigan: PLA Update and TestFlight.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00208165 | 5900 | PRIV-APL-EG_00208165 | PRIV-APL-EG_00208169 | Kosmynka, Trystan; Bavaro, Sam | 2024-01-17 | 00:42:29 | Sean Cameron | Mary Brunson | Trystan Kosmynka Ling Yang Lew ; Daniel (WWDR) Kim BJustin ; Evayn Lundquist ; Robert George ; Sam Muther Bavaro Dan Martinez | Re: **TEST EMAIL** App Store Review Guidelines Update 01.2024 | 20240116-1642 Re: **TEST EMAIL** App Store Review Guidelines Update 01.202.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding developer outreach related to U.S. Link Entitlement prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel) | Yes |
| **Presentation titled "Link - Out Analysis DMA"** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00198452 | 4813 | PRIV-APL-EG_00198452 | PRIV-APL-EG_00198463 | Kim, Timothy; Vij, Kunnal | 2024-05-01 | 15:00:36 | | | | | Link - Out Analysis DMA.key | withhold | AttorneyClient | Presentation providing information for the purpose of rendering legal advice regarding foreign regulatory issues in the European Union including DMA | | Document reflecting information to obtain legal advice from Apple legal | Yes |