GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S OBJECTIONS TO SPECIAL MASTER DETERMINATIONS ISSUED APRIL 29, 2025 REGARDING APPLE'S WITHHELD DOCUMENTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

DECLARATION OF YONATAN EVEN                                CASE NO. 4:20-CV-05640-YGR-TSH

1    I, Yonatan Even, declare as follows:

2    1.    I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

4    2.    I submit this declaration in support of Epic's Objections to Special Master Determinations Issued April 29, 2025 Regarding Apple's Withheld Documents ("Objections"), dated May 5, 2025.

7    3.    I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

9    4.    Attached hereto as **Exhibit A** is a true and correct copy of the privilege log entries provided by Apple for the documents mentioned in the Objections.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 5, 2025 in New York, New York.

*/s/ Yonatan Even*
Yonatan Even

| | |
|---|---|
| 1 | **E-FILING ATTESTATION** |

2    I, Yonatan Even, am the ECF User whose ID and password are being used to file
3  this Declaration of Yonatan Even in Support of Epic's Objections to Special Master
4  Determinations Issued April 29, 2025 Regarding Apple's Withheld Documents, dated May 5,
5  2025.  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of
6  this document has been obtained from the signatory.

            */s/ Yonatan Even*
             Yonatan Even