GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S NOTICE OF LODGING** <br><br> The Honorable Thomas S. Hixson |

1  Pursuant to the Discovery Order of April 18, 2025 (Dkt. 1468) (the "Discovery Order"),
2  Plaintiff Epic Games, Inc. hereby gives notice that the Parties have jointly lodged or caused to be
3  lodged in hard-copy binders the following documents:

- Dkt. 1489
- Dkt. 1489-1
- Dkt. 1501
- Dkt. 1502
- Dkt. 1490
- Dkt. 1490-1
- Dkt. 1490-2
- Dkt. 1520
- Dkt. 1520-1
- Dkt. 1520-2
- Dkt. 1520-3

Dated: May 6, 2025                /s/ Michael J. Zaken

                                            Michael J. Zaken
                                            *Attorney for Epic Games, Inc.*