UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br><br>        Defendants. | Case Nos.  5:25-cv-03858 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to 4:20-cv-05640 YGR, *Epic Games, Inc. v. Apple, Inc.*

**IT IS SO ORDERED.**

Dated: May 6, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-03858 NC
SUA SPONTE JUDICIAL REFERRAL