GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S NOTICE OF LODGING** <br><br> The Honorable Thomas S. Hixson |

1    Pursuant to the Discovery Order of April 18, 2025 (Dkt. 1468) (the "Discovery Order"),
2 Plaintiff Epic Games, Inc. hereby gives notice that the Parties have jointly lodged or caused to be
3 lodged in hard-copy binders the following documents:

- Dkt. 1492
- Dkt. 1492-1
- Dkt. 1493
- Dkt. 1493-1
- Dkt. 1493-2
- Dkt. 1494
- Dkt. 1494-1
- Dkt. 1495
- Dkt. 1495-1
- Dkt. 1495-2
- Dkt. 1505
- Dkt. 1506
- Dkt. 1507
- Dkt. 1523
- Dkt. 1523-1
- Dkt. 1523-2
- Dkt. 1523-3
- Dkt. 1524
- Dkt. 1524-1
- Dkt. 1524-2
- Dkt. 1528
- Dkt. 1528-1

| | |
|---|---|
| Dated: May 7, 2025 | */s/ Michael J. Zaken* |
| | Michael J. Zaken |
| | *Attorney for Epic Games, Inc.* |