PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JASON C. LO, SBN 219030
jlo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant and Counterclaimant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>    Plaintiff, Counter-defendant, <br><br>v. <br><br>APPLE INC., <br><br>    Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS** <br><br>Courtroom: 1, 4th Floor <br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order (*see* Dkt. 1508 at 78 n.77), Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple", and collectively, the "Parties") certify that the exhibits listed below and attached hereto are true and correct copies of the exhibits that were admitted in the evidentiary hearing in the above-captioned matter.

| **Exhibits** | **Date** | **Description** |
|---|---|---|
| CX-0001 | 1/16/2024 | App Store Review Guidelines dated January 16, 2024 (Dkt. 874 Ex. 1) |
| CX-0002 | 1/16/2024 | StoreKit External Purchase Link Entitlement Addendum for US Apps (Dkt. 874 Ex. 2) |
| CX-0003 | 1/16/2024 | Apple Support Page: Distributing apps in the U.S. that provide an external purchase link (Dkt. 874 Ex. 3) |
| CX-0004 | 1/16/2024 | Apple Support Page: StoreKit External Purchase Link Entitlement (US) (Dkt. 874 Ex. 4) |
| CX-0009 | 1/16/2024 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) |
| CX-0009A | 1/16/2024 | Price Committee Deck dated January 16, 2024 (redacted) |
| CX-0013 | 4/5/2024 | App Review Guidelines dated April 5, 2024 |
| CX-0014 | 1/12/2024 | Analysis Group Report (Detailed) |
| CX-0015 | 1/12/2024 | Analysis Group Report (Streamlined) |
| CX-0016 | N/A | Apple Support Page: Buttons |
| CX-0037 | 3/5/2024 | Apple Developer Blog, Updated App Review Guidelines Now Available (Mar. 5, 2024) |
| CX-0038 | 1/16/2024 | Apple Developer Blog, StoreKit and Review Guideline Update (Jan. 16, 2024) |
| CX-0054 | 1/11/2024 | Price Committee Deck dated January 11, 2024 |
| CX-0202 | 9/13/2021 | Notes titled "Dynamite Regroup" |
| CX-0206 | 11/16/2021 | Direct messages among B. Mihai, J. Phillips et al |
| CX-0216 | 4/3/2023 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" |
| CX-0223 | 6/16/2023 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" |
| CX-0224 | 6/19/2023 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" |
| CX-0225 | 6/23/2023 | Email from S. Cameron to T. Cook re "Epic injunction – consumer warning revision" attaching presentation titled "[CONFIDENTIAL CODENAME]/Wisconsin Sheet – Copy Update" |
| CX-0227 | 7/5/2023 | Presentation titled "App Store Price Committee – U.S Linked Transactions" |
| CX-0229 | 8/15/2023 | Email from P. Schiller to J. Brown et al re "Wisconsin Plans" |
| CX-0231 | 8/31/2023 | Presentation titled "Existing Programs and Exceptions" |
| CX-0244 | 5/8/2024 | Text Messages between M. Goldberg and H. Smith |

| Exhibits | Date | Description |
|---|---|---|
| CX-0246 | 5/30/2023 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" |
| CX-0251 | 6/13/2023 | Notes titled "6/13 Epic Injunction Next Steps" |
| CX-0257 | 5/10/2024 | Text messages between M. Goldberg and H. Smith |
| CX-0264 | 5/17/2023 | Text messages between K. Vij and N. Barton |
| CX-0265 | 2/10/2023 | Text messages between K. Vij and N. Barton |
| CX-0266 | 1/7/2022 | Email from Sean L. to C. Oliver et al. re "Alternative Payments in Korea - Developer Feedback" |
| CX-0268 | 1/13/2022 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps |
| CX-0272 | 5/19/2023 | Presentation titled "Proposed responses to Epic injunction" |
| CX-0274 | 6/12/2023 | Presentation titled "Pricing Options" |
| CX-0279 | 6/27/2023 | Email from C. Oliver to S. Cameron and P. Schiller et al re "Updated Wisconsin deck for review" |
| CX-0281 | 3/15/2022 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu |
| CX-0291 | 6/28/2023 | Presentation with notes titled "Epic Injunction Implementation" |
| CX-0384 | 6/24/2023 | Email from L. Pulchny to T. Washburn et al re "Wisconsin Prep for 6/28 Tim Mtg. Actions" |
| CX-0399 | 6/26/2023 | Notes titled "6-26-23 Epic Discussion" |
| CX-0435 | 6/26/2023 | Meeting invitation from K. Vij to C. Oliver et al re "Wisconsin Program's Slide sync" |
| CX-0464 | 7/2/2023 | Text messages among P. Ajemian, H. Smith et al |
| CX-0477 | 7/6/2023 | Presentation with notes titled "Epic Injunction Compliance Press Briefing" |
| CX-0478 | 12/8/2023 | Email from M. Goldberg to C. Oliver et al re Checking in: Wisconsin |
| CX-0479 | 1/16/2024 | Email from H. Smith to M. Goldberg re Updated QA and Deck |
| CX-0484 | 5/25/2023 | Email from T. Liu to M. Fischer et al re [Phil Deck] Wisconsin attaching presentation titled "Wisconsin" |
| CX-0485 | 6/1/2023 | Meeting Invitation titled "Epic Injunction Implementation" |
| CX-0486 | 12/9/2021 | Email from J. Cheung to P. Velamuri et al re [Notes] Weekly App Store Roadmap Sync - 12/9 |
| CX-0487 | 5/15/2023 | Direct Message Exchange among A. Savio, D. DuBois et al |
| CX-0488 | 5/18/2023 | Meeting Invitation titled "Wisconsin Business Update" |
| CX-0489 | 6/16/2023 | Email from C. Jones to V. Vu re Adding Key Stakeholders - Epic Injunction |
| CX-0490 | 5/23/2023 | Email from A. Hawthorne to K. Vij et al re Wisconsin - Financials Follow-Up |
| CX-0496 | 3/15/2022 | Text Messages among T. Liu, M. Gromek et al |
| CX-0499 | 6/1/2023 | Text Messages among C. Oliver, A. Thai, and S. Cameron |
| CX-0503 | 6/13/2023 | Text Messages among C. Oliver, M. Fischer, and N. Barton |
| CX-0505 | 6/27/2023 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" |

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS           2           CASE NO. 4:20-CV-05640-YGR-TSH

| Exhibits | Date | Description |
|---|---|---|
| CX-0506 | 6/26/2023 | Document titled "Privileged & Confidential - Wisconsin Overview" |
| CX-0509 | 6/13/2023 | Virtual Meeting Invitation titled "Wisconsin: Team Commission Follow-Up" |
| CX-0511 | 6/28/23 | Text Messages between C. Oliver and K. Vij |
| CX-0520 | 11/15/2021 | Presentation titled "App Store - Michigan (IAP Links)" |
| CX-0529 | 1/18/2024 | Presentation titled "Epic Injunction Compliance Press Briefing" |
| CX-0532 | 6/22/2023 | Email from S. Cameron to K. Adams et al re Epic Injunction Implementation |
| CX-0538 | 6/15/2023 | Email from J. Brown to K. Vij and T. Washburn re Updated Wisconsin Deck |
| CX-0539 | 6/1/2023 | Text Messages between N. Barton and K. Vij |
| CX-0540 | 6/28/2023 | Text Messages among M. Goldberg, F. Sainz, H. Smith |
| CX-0832 | N/A | Webpage titled "Distributing dating apps in the Netherlands" |
| CX-0859 | 6/1/2023 | Presentation titled "Epic Injunction Implementation Proposal" |
| CX-1005 | 5/16/2023 | Webpage: "App Store stopped more than $2 billion in fraudulent transactions in 2022" |
| CX-1103 | 5/27/2023 | Email from A. Thai to J. Brown, B. Cote, J. Phillips, T. Liu, and J. Magnani re "Fwd: Wisconsin Design Deliverables" |
| CX-1104 | 6/9/2023 | Pages document entitled "Wisconsin Proposals 6/1" |
| CX-1208 | 5/15/2023 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu |
| CX-1210 | 6/21/2023 | Direct Message Exchanges between A. Savio, J. Woo, R. Onak, and S. Krueger re "Wisconsin" |
| CX-1211 | 6/21/2023 | Direct Message Exchanges between J. Phillips, J. Magnani, and R. Onak |
| CX-1303 | 5/17/2023 | Presentation titled "Business Risks Update" |
| CX-1304 | 5/24/2023 | Presentation titled "Wisconsin Financials Follow-Up" |
| CX-1310 | 6/28/2023 | Text Messages between C. Oliver and K. Vij |
| CX-1504 | 1/17/2024 | Email from F. Sainz to S. Whittington and M. Goldberg re: "Fwd: MacRumors - U.S. Developers Can Now Offer Non-App StorePurchasing Option, But Apple Will Still Collect Commissions" |
| CX-1505 | 3/13/2024 | Email from M. Goldberg to H. Smith re: "Bloomberg - Epic Asks Judge to Hold Apple in Contempt for Breaking Order" |
| CX-1506 | 5/9/2024 | Email from Z. Silver to H. Smith and M. Goldberg re: "Apple-Epic Hearing Coverage 5.9.24" |
| CX-1507 | 5/11/2024 | Email from M. Royer to M. Goldberg and H. Smith re: "Apple-Epic Injunction Hearing Coverage Report 5.10.24" |

1 | Dated: May 7, 2025

Respectfully submitted,

By:   /s/ *Joshua M. Wesneski*

**WEIL, GOTSHAL & MANGES LLP**
  Mark A. Perry
  Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER LLP**
  Richard J. Doren
  Jason C. Lo
  Daniel G. Swanson
  Cynthia E. Richman
  Julian W. Kleinbrodt

*Attorneys for Defendant APPLE INC.*

| | | |
|---|---|---|
| Dated: May 7, 2025 | | Respectfully submitted, |
| | | By:  /s/ *Yonatan Even* |

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

JOINT CERTIFICATION OF COUNSEL
REGARDING ADMITTED EXHIBITS         5         CASE NO. 4:20-CV-05640-YGR-TSH

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even