

# EXHIBIT 2

**PLEASE READ THE FOLLOWING ADDENDUM TO THE APPLE DEVELOPER PROGRAM LICENSE AGREEMENT CAREFULLY.  THESE TERMS AND CONDITIONS CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND APPLE AND ARE IN ADDITION TO THE TERMS OF THE APPLE DEVELOPER PROGRAM LICENSE AGREEMENT.   SIGNIFY YOUR AGREEMENT TO BE BOUND BY THE TERMS OF THIS ADDENDUM BY CLICKING THE "AGREE" BUTTON.**

# StoreKit External Purchase Link Entitlement Addendum for US Apps
**(to the Apple Developer Program License Agreement)**

This StoreKit External Purchase Link Entitlement Addendum for US Apps ("**Addendum**") is in addition to the terms of the Apple Developer Program License Agreement ("**Developer Agreement**"). To enter into this Addendum, You must be a member in good standing of the Apple Developer Program and You must have entered into the current terms of the Developer Agreement. Defined terms not defined herein shall have the same meaning as set forth in the Developer Agreement.

## 1.  Definitions

"**Alternative Billing System**" means a billing system for the sale of digital goods and services that does not use the In-App Purchase API.

"**Apple Materials**" means the Documentation, Entitlement Profile, and other materials provided by Apple to You, and which are incorporated by reference into the requirements of this Addendum.

"**Entitlement Profile**" means the entitlement profile that may be made available to You by Apple under this Addendum that permits Your Application to use links from Your Application to an external website for purchases in accordance with the requirements of this Addendum.

"**StoreKit External Purchase Link App (US)**" means Your Application that has been granted an Entitlement Profile.

"**StoreKit External Purchase Link APIs**" means the restricted Application Programming Interfaces ("APIs") contained in the Apple Software or provided as web APIs, which enable approved developers to carry out various functions related to using links from Your Application to an external website for purchases under this Addendum.

"**Transaction**" means the sale of digital goods or services (including one-time purchases, auto-renewing subscriptions) on a website You own or have responsibility for ("Your website"), provided that the sale was initiated within seven (7) calendar days after a link out (i.e., the end user taps "Continue" on the system disclosure sheet) from Your StoreKit External Purchase Link App (US) to Your website, and the digital goods or services can be used in an Application.  This includes (a) any applicable taxes and (b) any adjustments for refunds, reversals and chargebacks.  For auto-renewing subscriptions, (i) a sale initiated, including with a free trial or offer, within seven (7) calendar days after a link out is a Transaction; and (ii) each subsequent auto-renewal after the subscription is initiated is also a Transaction.

"**Transaction Reports**" means reports to be provided for a fiscal period of whether there were any Transactions (including whether there were none), and if there were, all Transactions for that period.  Transaction Reports shall be provided in the form and intervals instructed by Apple.

## 2.   Entitlement Profile, Licenses and Restrictions

**2.1**     You understand that You will need to request an Entitlement Profile on the Apple Developer Program web portal prior to use of links from Your Application to an external website for purchases. To use an Entitlement Profile, Your Application must:

- Be available in the iOS or iPadOS App Store on the United States storefront;

- Offer in-app purchases when distributed through the iOS or iPadOS App Store on the

    United States storefront;

- Not participate in the Apple Video Partner Program or News Partner Program; and
- Meet all additional requirements provided in the Apple Materials.

**2.2** The Entitlement Profile is compatible and may only be used with Applications distributed through the iOS or iPadOS App Store on the United States storefront, on devices running iOS or iPadOS 15.4 or later.

**2.3** You may use the Entitlement Profile only with the StoreKit External Purchase Link App (US) for which You requested the Entitlement Profile and for which Apple approved the Entitlement Profile. You agree to submit true, accurate, and complete information to Apple regarding Your requested use of the StoreKit External Purchase Link (US) Entitlement and APIs, and to update Apple according to instructions provided in the Apple Materials if any of Your information changes. Apple will review Your request and reserves the right to not provide You with the Entitlement Profile in its sole discretion, in which case You will not be able to use the StoreKit External Purchase Link (US) Entitlement or StoreKit External Purchase Link APIs, and to revoke such Entitlement Profile, at any time in its sole discretion. Apple will not be liable to You for declining Your request for the StoreKit External Purchase Link (US) Entitlement or to access the StoreKit External Purchase Link APIs even if You have agreed to this Addendum.

**2.4** You acknowledge and agree that You will not use links from Your Application to an external website for purchases unless You have received an Entitlement Profile from Apple. If You receive an Entitlement Profile, then subject to the terms and conditions of this Addendum and the Developer Agreement, Apple hereby grants You during the Term a limited, non-exclusive, personal, revocable, non-sublicensable and non-transferable license to:

(a) distribute the Entitlement Profile to Your Authorized Developers for testing and developing Your StoreKit External Purchase Link App (US); and

(b) use the Entitlement Profile with Your StoreKit External Purchase Link App (US) solely on Authorized Test Devices, Registered Devices, and for submission to the App Store pursuant to **Section 6 (Application Submission and Selection)** of the Developer Agreement.

**2.5** You agree to use, only through the use of the Entitlement Profile, links from Your StoreKit External Purchase Link App (US) to an external website for purchases only as expressly permitted in this Addendum and in the Apple Materials. You agree not to use or attempt to use the Entitlement Profile in or with any of Your Applications not granted the Entitlement Profile or with any other developers' applications. For clarity, You may not use the Entitlement Profile with applications developed or distributed under any other Apple Developer agreements (e.g., the Apple Developer Enterprise Program License Agreement). You are permitted to use the Entitlement Profile only in connection with Your StoreKit External Purchase Link App (US) developed or distributed under this Addendum and with Apple-branded products.

**2.6** You further agree to keep updated the information You provided to Apple to obtain an Entitlement Profile, and You acknowledge that changes may affect Your continued eligibility for an Entitlement Profile.

**2.7** While in no way limiting Apple's other rights under this Addendum or the Developer Agreement, or any other remedies at law or equity, if Apple has reason to believe You or Your StoreKit External Purchase Link App (US) have failed to comply with the requirements of this Addendum or the Developer Agreement, Apple reserves the right to revoke to Your access to any or all of the StoreKit External Purchase Link APIs immediately upon notice to You; require You to remove Your Entitlement Profile from Your StoreKit External Purchase Link App (US) and resubmit it; terminate this Addendum; block updates of, hide, or remove Your StoreKit External Purchase Link App (US) and/or other Applications from the App Store; block Your Applications from distribution on Apple platforms; and/or to suspend or remove You from the Apple Developer Program.

**3.** **Technical Requirements**

You must meet the following StoreKit External Purchase Link (US) technical requirements, as well as the requirements provided in the Apple Materials and the Program Requirements contained in **Section 3.3** of the Developer Agreement, as they may be modified by Apple from time to time.

**3.1**   Your StoreKit External Purchase Link App (US) must continue to offer in-app purchases in accordance with the Developer Agreement and the App Store Review Guidelines.  Your StoreKit External Purchase Link App (US), including any link You provide under this Addendum, may not discourage end users from making in-app purchases.

**3.2**   Prior to each instance of linking from Your StoreKit External Purchase Link App (US) to an external website for purchases, You must:

- Call the canMakePayments API and determine that the end user may authorize payments; and

- Call the StoreKit External Purchase Link API and determine that the end user is a user of the United States App Store, and if so, surface to the end user the associated system disclosure.

**3.3**   The link You provide in Your StoreKit External Purchase Link App (US) under this Addendum must:

- Go directly to Your website without any redirect or intermediate links or landing page;

- Open a new window in the default browser on the device, and may not open a web view;

- Not pass additional parameters in the URL, to protect the end user (for example, their privacy);

- Be statically-defined in the <<SKExternalPurchaseLink>> in Your app's Info.plist before submission to the App Store;

- Be submitted with Your StoreKit External Purchase Link App (US) to the App Store, and shall be resubmitted if the URL changes;

- Be accompanied by language and a button adhering to the requirements provided in the Apple Materials;

- Not mimic Apple's in-app purchase system, nor discourage end users from using it;

- Be displayed in Your StoreKit External Purchase Link App (US) on no more than one app page the end user navigates to (not an interstitial, modal, or pop-up), in a single, dedicated location on such page, and may not persist beyond that page;

- Not be displayed on any page that is part of an in-app flow to merchandise or initiate a purchase using in-app purchase; and

- Comply with any additional requirements provided in the Apple Materials.

**3.4**   You must attach to Your app submission in App Store Connect screenshots showing the app page where You display the link in Your StoreKit External Purchase Link App (US).

**3.5**   You may not include information about purchasing on Your website or a link to Your website for purchasing on the product page of Your StoreKit External Purchase Link App (US).

**3.6**   Digital purchases sold on Your website to end users after link out that are marketed as being for use in an Application must be available for use in that Application.

**3.7**   TestFlight may be used for beta testing the StoreKit External Purchase Link (US) entitlement profile, provided that any Transactions incurred in such testing must be provided to testers at no cost.

**4.   Commerce Requirements**

You must meet the following StoreKit External Purchase Link commerce requirements, as well as

the requirements provided in the Apple Materials and the Program Requirements contained in **Section 3.3** of the Developer Agreement, as they may be modified by Apple from time to time.

**4.1** For the purposes of Sections 4-7 of this Addendum, **"Apple"** means:

- Apple Canada Inc., located at 120 Bremner Blvd., Suite 1600, Toronto ON M5J 0A8, Canada if You are located in Canada;
- Apple Services LATAM LLC, located at 1 Alhambra Plaza, Ste 700 Coral Gables, Florida, if You are located in Mexico, Central or South America, or any Caribbean country or territory (excluding Puerto Rico); and
- Apple Inc., located at One Apple Park Way, Cupertino, California, if You are located anywhere else.

**4.2**   Solely for the purpose of Transactions with end users of the United States App Store occurring under the terms of this Addendum, You act as the seller in Your own name and on Your own account and appoint Apple as Your service provider.

**4.3**    You certify that the Alternative Billing System used on Your website satisfies the following requirements:

- Meets Level 1 Payment Card Industry (PCI) compliance for handling credit and debit card data;
- Makes a customer service process available for end users, including a process to dispute unauthorized transactions, manage subscriptions (if applicable), and request refunds; and
- Denominates all prices for the sale of digital goods and services to end users of the United States App Store in the United States dollar currency.

**4.4**    Within fifteen (15) calendar days following the end of each calendar month, You must provide Apple with Transaction Reports for that month as instructed in the Apple Materials.  In the future, Apple may release an API through which You report Transactions.  If such API is released, You must adopt it with the next update of Your StoreKit External Link App (US), to occur within thirty (30) calendar days, and follow the requirements and timing provided in the Apple Materials for providing Transaction Reports.

**5.    Commissions and Payments**

**5.1**    Apple shall be entitled to a commission equal to twenty-seven percent (27%) of all Transaction proceeds made on Your website; the commission shall be equal to twelve percent (12%) for Transactions while You are a participant in the App Store Small Business Program, or where the Transaction is an auto-renewal in the second year or later of an auto-renewing subscription.  For purposes of the App Store Small Business Program, any Transaction proceeds (net of Apple's commission and certain taxes and adjustments) You earn count towards program eligibility. Such commission applies to all amounts paid by each end user net of transaction taxes charged by You.

**5.2**    Apple will issue an invoice to You for all commissions and any applicable taxes owed and will use commercially reasonable efforts to do so within fifteen (15) calendar days of receiving the Transaction Report(s) covering a calendar month. The invoice may be issued by an affiliate of Apple.  Within thirty (30) calendar days of the invoice being issued, You shall pay all commissions and any applicable taxes as directed by Apple in the Apple Materials and in the currency stated in the invoice, using a payment method approved by Apple for You (as may be modified by Apple from time to time).

**5.3**    Any payment dispute must be submitted before payment is due. If the parties determine that certain billing inaccuracies are attributable to Apple, Apple will issue a subsequent corrected invoice. If the Transaction Reports You submit show You issued a refund, Apple will reimburse You the commission paid to Apple on the Transaction to which the refund relates, and will do so in the form of credit in future invoices.

**5.4**     This section applies in addition to Apple's other rights under this Addendum (including section 2.7) and the Developer Agreement, and any other remedies at law or equity.  Late payments shall bear interest at the rate of one percent (1%) per month or the highest rate permitted by law, whichever is less.  And if You fail to pay Apple amounts owed under the terms of this Addendum, Apple also reserves the right to offset those amounts (including applicable interest) against any other amounts that Apple owes to You under any agreement You have with Apple.

## 6. Taxes

**6.1**     You are responsible for taxes, including (but not limited to) (a) determining if a Transaction is taxable; (b) charging and collecting the taxes at the applicable rate; (c) remitting the taxes to the appropriate taxing authority; and (d) providing any required documentation to the end user or appropriate taxing authority. If Apple determines that it is obligated to collect or remit any taxes in respect of a Transaction, such taxes (and any information required by Apple to determine such taxes) will be separately collected by Apple from You, and You will remit such taxes to Apple in accordance with the terms of this Addendum.

**6.2**     If Apple is obligated to collect or pay any taxes not covered in Section 6.3 (below) in respect of Your payment to Apple, such taxes will be separately invoiced to You, and You will pay such taxes to Apple.

**6.3.**     To the extent withholding taxes are required under applicable law to be deducted from or in respect of any amount payable to Apple under the terms of this Addendum, You will (a) pay such additional amounts as may be necessary to ensure that Apple receives a net amount equal to the full amount which it would have received under the terms of this Addendum if no deduction or withholding had been made, (b) make such deductions, (c) deposit such taxes with the relevant governmental tax authority within the time as prescribed under applicable law, and (d) provide Apple with documentation, reasonably satisfactory to Apple, of such remittance.  You also acknowledge that it is Your sole obligation and liability under local law to declare and pay applicable transaction taxes on all commissions You pay to Apple.

**6.4**     You will timely provide Apple with any applicable tax documentation, certification, or information requested by Apple, and failure to do so may result in Your Application not receiving an Entitlement Profile, or termination of this Addendum, among any other rights Apple has under this Addendum or the Developer Agreement.  You agree to indemnify Apple for any claims arising from this requirement.

## 7. Apple's Right to Audit

Notwithstanding any term to the contrary, You shall maintain and keep complete and accurate books and records concerning the amounts payable to Apple arising from Transactions, and refunds claimed, including taxes, for three (3) years following the date of transmission of Transaction Reports to Apple. Apple may examine and audit Your books and records relating to any Transactions and refunds claimed during such three-year period to verify the accuracy of payments to Apple. For the sake of clarity, Apple may not seek to examine and audit all Your financial data but only those data relevant to determining the accuracy of Apple's commission, payments to Apple and refunds claimed. To satisfy an audit request, You must, within thirty (30) days of the request allow an audit to take place. Apple may appoint an independent certified public accountant not then engaged in any audit of Apple or You to audit applicable books and records of You at a mutually agreed time and place during Your normal business hours.

## 8. Submission to Apple for App Store Distribution

**8.1**     By submitting Your StoreKit External Purchase Link App (US) to Apple for distribution on the App Store, You represent and warrant that Your StoreKit External Purchase Link App (US) complies with the requirements of this Addendum, as well as with the Developer Agreement, the Program Requirements in **Section 3.3** of the Developer Agreement, and the App Store Review Guidelines.  You are solely responsible for developing a StoreKit External Purchase Link (US) that complies with applicable laws and regulations.

**8.2**     Nothing herein shall imply that Apple will accept Your StoreKit External Purchase Link App

(US) for distribution on the App Store, and You acknowledge and agree that Apple may, in its sole discretion, reject, or cease distributing Your StoreKit External Purchase Link App (US) for any reason, even if Your StoreKit External Purchase Link App (US) is in compliance with the terms and conditions of this Addendum and the Developer Agreement.  For clarity, once Your StoreKit External Purchase Link App (US) has been selected for distribution via the App Store it will be considered a "**Licensed Application**" under the Developer Agreement.

**8.3**   Apple shall not be responsible for any costs, expenses, damages, losses (including without limitation lost business opportunities or lost profits) or other liabilities You may incur as a result of Your StoreKit External Purchase Link App (US) development or use of any Apple Materials, including without limitation the fact that Your StoreKit External Purchase Link App (US) may not be selected for distribution via the App Store.

**8.4**   If Your StoreKit External Purchase Link App (US) engages in misleading, fraudulent, improper, unlawful or dishonest acts or practices such as bait and switch, scams, or payment fraud, it will be removed from the App Store and You may be removed from the Apple Developer Program.

**9.    Your Acknowledgements**

You acknowledge and agree that:

**9.1**   To the extent permitted by applicable law, Apple may at any time, and from time to time, with or without prior notice to You, modify, remove, or reissue the Apple Materials or the StoreKit External Purchase Link APIs, or any part thereof.  You understand that any such modifications may require You to change or update Your StoreKit External Purchase Link App (US) at Your own cost and that features and functionality of such App may cease to function.  Except as required by applicable law, Apple has no express or implied obligation to provide, or continue to provide, the Apple Materials or StoreKit External Purchase Link APIs, and may suspend or discontinue all or any portion of Your access to them at any time.

**9.2**   Apple makes no guarantees to You in relation to the availability, completeness, or accuracy of the Apple Materials, the StoreKit External Purchase Link APIs, or any data from the StoreKit External Purchase Link APIs, and Apple is not obligated to provide any maintenance, technical or other support for the StoreKit External Purchase Link APIs or the Apple Materials.  You are fully responsible for testing Your StoreKit External Purchase Link App (US) and the use of the Entitlement Profile with each new release of the Apple operating system software.

**9.3**   In Your capacity as the legal entity responsible for any user data processed in connection with the use of Your StoreKit External Purchase Link App (US), You are solely responsible for complying with applicable data protection and privacy laws and regulations.

**9.4**   If You choose to stop using the StoreKit External Purchase Link (US) Entitlement for Your StoreKit External Purchase Link App (US) or do not intend to renew the term of Your Developer Agreement, You must submit an update to Your StoreKit External Purchase Link App (US) removing Your Entitlement Profile and the use of the StoreKit External Purchase Link APIs prior to such cessation or the expiration of the term.

**9.5**   You will not be permitted to access or use the Apple Materials or StoreKit External Purchase Link APIs after expiration or termination of this Addendum or the Developer Agreement.

**9.6**   The Apple Materials, StoreKit External Purchase Link APIs, and any data from the StoreKit External Purchase Link APIs are provided by Apple to You on an "AS IS" and "AS AVAILABLE" basis.  YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT ALL USE OF THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, AND ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, RELIABILITY, AND EFFORT IS WITH YOU.  APPLE MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, REGARDING THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS, OR THEIR USE OR OPERATION ALONE OR

IN COMBINATION WITH YOUR STOREKIT EXTERNAL PURCHASE LINK APP (US), PRODUCTS, SYSTEMS, OR SERVICES.  APPLE DOES NOT WARRANT THAT THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE APPLE MATERIALS WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS IN THE APPLE MATERIALS WILL BE CORRECTED, OR THAT THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS WILL BE COMPATIBLE WITH ANY APPLE PRODUCTS, SOFTWARE OR SERVICES OR ANY THIRD-PARTY SOFTWARE, APPLICATIONS, OR SERVICES.

## 10. Confidentiality

You agree that any non-public information regarding the StoreKit External Purchase Link APIs or StoreKit External Purchase Link (US) Entitlement Profile shall be considered and treated as "Apple Confidential Information" in accordance with the terms of **Section 9** (Confidentiality) of the Developer Agreement. You agree to use such Apple Confidential Information solely for the purpose of exercising Your rights and performing Your obligations under this Addendum and agree not to use such Apple Confidential Information for any other purpose, for Your own or any third party's benefit, without Apple's prior written consent. You further agree not to disclose or disseminate Apple Confidential Information to anyone other than those of Your employees or contractors who have a need to know and who are bound by a written agreement that prohibited unauthorized use or disclose of the Apple Confidential Information.

## 11. Changes to this Addendum; Termination of this Addendum

This Addendum shall apply to existing and future versions of the Developer Agreement into which You may enter.  Apple may terminate in the event of a material breach by You of any of Your obligations under this Addendum, provided that: (i) Apple provides notice to You thereof, and (ii) such breach is not cured within thirty (30) days following the date such notice is deemed given.  In addition, either party may terminate this Addendum upon thirty (30) days' prior written notice to the other party.  If You engage, or encourage others to engage, in any misleading, fraudulent, improper, unlawful or dishonest act relating to this Addendum, however, Apple reserves the right to terminate this Addendum immediately upon providing You notice. Termination of this Addendum will not constitute termination of the Developer Agreement; provided, however, that termination of the Developer Agreement will constitute termination of this Addendum.  The following provisions will survive the termination of this Addendum: Section 1, the restrictions of Section 2 and 3, and Sections 4 through 13.  In the event of a conflict between this Addendum and the Developer Agreement, this Addendum will control with respect to such conflict.

## 12. Additional Liability Disclaimer

TO THE EXTENT NOT OTHERWISE PROHIBITED BY APPLICABLE LAW, IN NO EVENT SHALL APPLE BE LIABLE FOR ANY DAMAGES OR LOSSES INCLUDING BUT NOT LIMITED TO, ANY LOSS OF PROFIT (WHETHER INCURRED DIRECTLY OR INDIRECTLY), ANY LOSS OF GOODWILL OR BUSINESS REPUTATION, ANY LOSS OF DATA SUFFERED, OR OTHER INTANGIBLE LOSS, ARISING OUT OF OR RELATED TO THIS ADDENDUM, THE USE OF THE APPLE MATERIALS, THE STOREKIT EXTERNAL PURCHASE LINK APIS, AND ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS, ANY CHANGE, MODIFICATION, SUSPENSION, TERMINATION, OR DISCONTINUATION OF THE APPLE MATERIALS OR THE STOREKIT EXTERNAL PURCHASE LINK APIS, THE FAILURE OF OR ANY ERRORS OR INACCURACIES IN THE APPLE MATERIALS, THE STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS.

## 13. Additional Indemnification Obligations

In addition to the indemnification obligations contained in **Section 10 (Indemnification)** of the Developer Agreement and to the extent permitted by applicable law, You agree to indemnify and hold harmless, and upon Apple's request, defend, any Apple Indemnified Party from any and all

Losses incurred by an Apple Indemnified Party arising from or related to the App or Your use of the Apple Materials, StoreKit External Purchase Link APIs, or any data obtained from the StoreKit External Purchase Link APIs, including but not limited to any claims for improper use of the StoreKit External Purchase Link APIs, any data obtained therefrom, or any end user claims arising out of or related to the use of Your StoreKit External Purchase Link App (US).

LYL 144
1/16/2024