

# EXHIBIT 4


CX-0004.2



**Finance Information**

Enter the name and contact information for the primary person who manages your finances for your apps.

**Name**

**Phone Number**

**Email Address**

**Transaction Reporting**

Within 15 calendar days following the end of each calendar month, you'll need to send Apple two sales transaction reports (summary report and detailed report) of your sales of digital goods and services. Even if there were no transactions, you're required to provide a report stating that is the case. Learn more.

View example reports

☐ As part of agreeing to the terms of this entitlement, I confirm the following, in accordance with the requirements provided in the terms:
- I have a system to accurately calculate and report transactions;
- I will accurately report transactions in timely manner to Apple; and
- I will pay Apple the amounts I am invoiced for, in a timely manner.

**Terms and Conditions**

📄 Download PDF

PLEASE READ THE FOLLOWING STOREKIT EXTERNAL PURCHASE LINK ENTITLEMENT ADDENDUM FOR US APPS TO THE APPLE DEVELOPER PROGRAM LICENSE AGREEMENT CAREFULLY BEFORE DOWNLOADING OR USING THE APPLE SOFTWARE OR APPLE SERVICES. THESE TERMS AND CONDITIONS CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND APPLE AND ARE IN ADDITION TO THE TERMS OF THE APPLE DEVELOPER PROGRAM LICENSE AGREEMENT. IF YOU DO NOT OR CANNOT ACCEPT THIS EXTERNAL LINK ENTITLEMENT ADDENDUM, YOU ARE NOT PERMITTED TO USE THE APPLE SOFTWARE OR SERVICES. IF YOU ARE ACCESSING THIS ADDENDUM ELECTRONICALLY, SIGNIFY YOUR AGREEMENT TO BE BOUND BY THE TERMS OF THIS ADDENDUM BY CLICKING THE "AGREE" BUTTON. IF YOU DO NOT AGREE TO THE TERMS OF THIS ADDENDUM, CLICK "CANCEL".

**StoreKit External Purchase Link Entitlement Addendum for US Apps**

(to the Apple Developer Program License Agreement)

This StoreKit External Purchase Link Entitlement Addendum for US Apps ("**Addendum**") is in addition to the terms of the Apple Developer Program License Agreement ("**Developer Agreement**"). To enter into this Addendum, You must be a member in good standing of the Apple Developer Program and You must have entered into the

By clicking Agree, I agree to the Terms and Conditions.    Cancel    Agree

Submit request

Developer > Contact > StoreKit External Purchase Link Entitlement (US)

**Platforms**
iOS
iPadOS
macOS
tvOS
visionOS
watchOS

**Tools**
Swift
SwiftUI
Swift Playgrounds
TestFlight
Xcode
Xcode Cloud
SF Symbols

**Topics & Technologies**
Accessibility
Accessories
App Extensions
App Store
Audio & Video
Augmented Reality
Business
Design
Distribution
Education
Fonts
Games
Health & Fitness
In-App Purchase
Localization
Maps & Location
Machine Learning
Open Source
Security
Safari & Web

**Resources**
Documentation
Curriculum
Downloads
Forums
Videos

**Support**
Support Articles
Contact Us
Bug Reporting
System Status

**Account**
Apple Developer
App Store Connect
Certificates, IDs, & Profiles
Feedback Assistant

**Programs**
Apple Developer Program
Apple Developer Enterprise Program
App Store Small Business Program
MFi Program
News Partner Program
Video Partner Program
Security Bounty Program
Security Research Device Program

**Events**
Meet with Apple Experts
App Accelerators
App Store Awards
Apple Design Awards
Apple Developer Academies
Entrepreneur Camp
WWDC

Get the Apple Developer app.

Light Dark Auto

Copyright © 2024 Apple Inc. All rights reserved. Terms of Use | Privacy Policy | Agreements and Guidelines

