# Price Committee
## StoreKit External Purchase Link Entitlement (US)
### 1/16/24

Apple Confidential  Internal Use Only

CX - 0009-A

CX-0009.2-A

# Recommendation

**Commission:** 27% standard | 12% program

**Time Window:** 7 days

   Includes auto-renewals for subscriptions initiated during time window

**Program Eligibility:**

   Small Business Program and Tenured Subscriptions are eligible

   Video Partner Program and News Partner Program not eligible

Apple Confidential  Internal Use Only

CX-0009.3-A

# Summary

## Resulting from the Epic injunction, Apple is

*"permanently restrained and enjoined from prohibiting developers from (i) including in their apps and their metadata buttons, external links, or other calls to action that direct customers to purchasing mechanisms, in addition to In-App Purchasing and (ii) communicating with customers through points of contact obtained voluntarily from customers through account registration within the app."*

*Permanent Injunction Order*

## Compliance Requirement

| | |
|---|---|
| Item | StoreKit External Purchase Link Entitlement |
| Geo | US |
| Eligibility | iOS or iPadOS App Store, US storefront |
| Compliance Date | As soon as January 16 |

## Key Pricing Considerations

- Commission Rate
- Commission Time Window
- Program Eligibility

Apple Confidential  Internal Use Only

CX-0009.4-A

# Entitlement Policies & User Experience


n App call to action


System disclosure sheet


Web: Choose Plan

- Language and design must follow templates

- One URL per app

- Displayed once in an app, on an app page user navigates to (not an interstitial, modal, or pop-up), and can't persist when user leaves page

- Cannot be displayed on any page that is part of flow to merchandise/initiate an IAP

Apple Confidential  Internal Use Only

CX-0009.5-A

# Analysis Group Valuation of Developer Offering Components

All percentages are expressed relative to customer spend

| Apple Framework | Analysis Group Framework | Estimated Costs for Developers | Notes |
|---|---|---|---|
| Platform Integrity | Platform Technology | 30% for integrated game platforms (inclusive of other items)  <br>5% – 20% for platform technology with demand generation  <br>0.3% – 6% for platform technology with no demand generation | Provides a lower bound on the value because substitutes do not replicate all capabilities of the Apple platform |
| Curation for Safety, Privacy, and Trust | | | |
| Proprietary Tools and Technology | Developer Tools and Services | 3% – 16% | A key benefit of current Apple model is that it lowers startup costs and risks |
| Marketplace Tools and Services | | | |
| Distribution at Scale | Distribution | 4% – 25% | Provides a lower bound that does not include the significant value of users' trust in the App Store's privacy and piracy protection measures |
| Discovery | Discovery | 5% – 21% | Assembling a package of third party discovery tools involves substantial effort and may require paying for services without realizing revenue |
| IAP Payments and Commerce | No valuation exercise undertaken | Not estimated | |

Apple's offering is unique and these values are approximations of the lower bound value of these services  
Possible overlap in Analysis Group framework, so separate line items are not necessarily additive  
Source: App Store Commission Rates and the Value of Apple and the App Store to Developers - January 2024

Apple Confidential  Internal Use Only

CX-0009.6-A

# Integrated Platform Marketplace Competitors

Legend:
- 🟢 Full-featured
- ⚪ Basic
- ○ Limited/None

| | StoreKit External Purchase Link Entitlement (US) | App Store | Google Play | Microsoft Store (Xbox) | Playstation Store | Nintendo eShop | Microsoft Store (PC) |
|---|---|---|---|---|---|---|---|
| **Pricing** | **27%** standard with 7 day window<br>**12%** for SBP and tenured subs with 7 day window | **30%** standard<br>**15%** tenured subs<br>**15%** VPP / NPP<br>**15%** SBP | **30%** standard<br>**15%** subscriptions<br>**10-15%** Play Media Experience<br>**15%** under $1M | **30%** standard | **30%** standard | **30%** standard | **15%** for apps<br>**12%** for games<br>**0%** for non gaming apps with 3P billing |
| **Negotiated Deals** | No | No | Yes | Yes | Yes | Yes | Yes |
| Platform Integrity | 🟢 | 🟢 | ⚪ | 🟢 | 🟢 | 🟢 | ⚪ |
| Proprietary Tools & Technologies | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | ⚪ |
| Curation for Safety, Privacy, and Trust | 🟢 | 🟢 | ⚪ | ⚪ | ⚪ | ⚪ | ⚪ |
| Distribution at Scale | 🟢 | 🟢 | 🟢 | ⚪ | ⚪ | ⚪ | ⚪ |
| Discovery | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | ⚪ |
| Marketplace Tools and Services | 🟢 | 🟢 | 🟢 | 🟢 | ⚪ | ⚪ | ⚪ |
| IAP Payments & Commerce | ○ | 🟢 | 🟢 | 🟢 | 🟢 | 🟢 | ⚪ |

Apple Confidential Internal Use Only

CX-0009.7-A

# Standalone Marketplaces Competitors

Legend:
- 🟢 Full-featured
- ⚫ Basic
- ⚪ Limited/None

| | StoreKit External Purchase Link Entitlement (US) | Steam | Amazon Appstore | Samsung Galaxy Store | Epic Games Store | ONE store | Codashop |
|---|---|---|---|---|---|---|---|
| **Pricing** | 27% standard with 7 day window; 12% for SBP and tenured subs with 7 day window | 30% under $10M; 25% $10M–$50M; 20% above $50M | 30% standard; 20% SBP equivalent (additional 10% in free AWS credits) | 30% standard | 12% standard; 0% with 3P billing | 20% standard; 5% with 3P billing | 15% |
| **Negotiated Deals** | No | No | Yes | Yes | Yes | Yes | Yes |
| Platform Integrity | 🟢 | ⚫ | ⚫ | ⚫ | ⚪ | ⚪ | ⚪ |
| Proprietary Tools & Technologies | 🟢 | ⚫ | ⚫ | ⚫ | ⚫ | ⚪ | ⚪ |
| Curation for Safety, Privacy, and Trust | 🟢 | ⚫ | ⚫ | ⚪ | ⚪ | ⚪ | ⚪ |
| Distribution at Scale | 🟢 | 🟢 | ⚫ | ⚫ | ⚫ | ⚪ | ⚪ |
| Discovery | 🟢 | 🟢 | ⚫ | ⚫ | ⚫ | ⚫ | ⚫ |
| Marketplace Tools and Services | 🟢 | 🟢 | ⚫ | ⚫ | ⚫ | ⚫ | ⚪ |
| IAP Payments & Commerce | ⚪ | 🟢 | 🟢 | ⚫ | ⚫ | ⚫ | ⚫ |

Apple Confidential Internal Use Only

CX-0009.8-A

# Time Window Benchmarks

## Affiliate Benchmarks

| | Company | Time Window |
|---|---|---|
| **First Party Affiliate Programs** | Microsoft | 14 days |
| | Norton Lifelock | 30 days |
| | Wall Street Journal | 30 days |
| | McGraw Hill | 30 days |
| | Bluehost | 90 days |
| **Platform Affiliate Programs** | eBay | 24 hours |
| | Amazon | 24 hours |
| | Walmart | 3 days |
| | Etsy | 30 days |

## Advertising Benchmarks

| | Company | Time Window |
|---|---|---|
| **Mobile Measurement Partners** | Adjust | 7 days |
| | AppsFlyer | 7 days |
| | Branch | 7 days |
| | Singular | 7 days |
| | Kochava | 30 days |
| **Self-Attributing Networks** | Meta | 7 days |
| | Snapchat | 28 days |
| | Twitter | 30 days |
| | Google | 30 days |

First Party Affiliate Programs are those where firms use affiliate programs to sell their own products
Platform Affiliate Programs are those where platforms use affiliate programs to boost the sales of third-party merchants on their platform
Source: App Store Commission Rates and the Value of Apple and the App Store to Developers - January 2024

Apple Confidential Internal Use Only

CX-0009.9-A





# Projected Effective Commission on Entitlement Transactions

### Commission Rate

| Time Duration | 20% | 23% | 25% | 27% | 30% |
|---|---|---|---|---|---|
| Current Session | 12% | 14% | 16% | 17% | 20% |
| 24 hrs | 12% | 15% | 16% | 18% | 20% |
| 72 hrs | 12% | 15% | 16% | 18% | 21% |
| 7 Days | 12% | 15% | 17% | 18% | 21% |
| 30 Days | 13% | 16% | 18% | 20% | 22% |

**Financial Assumptions : 50%** returning customers | *effective commission does not account for collection/measurement risk*

11

Apple Confidential  Internal Use Only

CX-0009.12-A



# Projected Effective Commission on Entitlement Transactions

| | $ Projections | Projected Effective Commission % |
|---|---|---|
| **Entitlement Billings** | | |
| *Commission on 100% of Entitlement Billings* | | |
| *Loss due to lower billings in 7 Day Attribution Window* | | |
| **Projected Revenue** *Assuming all future sales via direct web* | | |
| *Assumes 50% customers return to use entitlement for subsequent purchases* | | |
| **Projected Revenue** *with 50% assumption* | | |

**Financial Assumptions :**
**7 Days** Attribution window | **50%** returning customers | **30%** entitlement share | **~75%** billings entitlement implementation
*Effective commission does not account for measurement risk*

Apple Confidential  Internal Use Only

CX-0009.13-A

# Steady State Net Impacts on App Store Financials

Operating margin impacts are net of both entitlement and standard Apple IAP business

$ Impact vs baseline
*% Change vs baseline*

## Revenue Impact
### Commission Rate

| Duration | 20% | 23% | 25% | 27% | 30% |
|---|---|---|---|---|---|
| Current Session | | | | | |
| 24 hrs | | | | | |
| 72 hrs | | | | | |
| 7 Days | | | | | |
| 30 Days | | | | | |

## Gross Margin Impact
### Commission Rate

| 20% | 23% | 25% | 27% | 30% |
|---|---|---|---|---|
| | | | | |

**Financial Assumptions :**
**50%** returning customers | **30%** entitlement share | **10%** measurement impact | **~75%** billings entitlement implementation

13

Apple Confidential  Internal Use Only

CX-0009.14-A

# Program Eligibility Recommendation



FY23 Annual Program Billings | % of US Total Billings

**Small Business Program**
Standard: 15%
Entitlement: 12%

**Tenured Subscriptions**
Standard: Year One 30% | Year Two+ 15%
Entitlement: Year One 27% | Year Two+ 12%

**Video Partner Program / News Partner Program**
Standard: 15%
Entitlement: Not Eligible

Apple Confidential Internal Use Only

CX-0009.15-A



TM and © 2024 Apple Inc. All rights reserved.

15

CX-0009.16-A