News    Discover    Design    Develop    Distribute    Support    Account

**News and Updates**    Latest News    Software Releases    Site Updates    Upcoming Requirements



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v Apple Inc.*
Ex. No. __CX-0037__
Date Entered_____
By_____

# Updated App Review Guidelines now available

March 5, 2024

The App Store Review Guidelines have been revised to support updated policies, upcoming features, and to provide clarification.

- The title of the document has been changed to App Review Guidelines.
- The Introduction section explains that in the European Union, developers can also distribute notarized iOS apps from alternative app marketplaces. This section provides links to further information about alternative app marketplaces and Notarization for iOS apps.

The following guidelines have been updated:

- 2.3.1: Added that a violation of this rule is grounds for an app being blocked from installing via alternative distribution.
- 2.3.10: Added that developers cannot include names, icons, or imagery of other mobile platforms or alternative app marketplaces in their apps or metadata, unless there is specific, approved interactive functionality.
- 3.1.3(b): Added a link to 3.1.1 to make clear that 3.1.1(a) applies, and multiplatform services apps can use the 3.1.1(a) entitlement.
- 4.8 Login Services: Updated to make clear that the login service cannot collect interactions with your app for advertising purposes without consent. It also adds that another login service is not required if your app is an alternative app marketplace, or an app distributed from an alternative app marketplace, that uses a marketplace-specific login for account, download, and commerce features.
- 5.1.1(viii): Added that apps that compile personal information from any source that is not directly from the user or without the user's explicit consent, even public databases, are not permitted on alternative app marketplaces.
- 5.4 and 5.5: Updated to state that apps that do not comply with these guidelines will be blocked from installing via alternative distribution.
- Bug Fix Submissions: Added that bug fixes will not be delayed for apps that are already on alternative app marketplaces, except for those related to legal or safety issues.

View the App Review Guidelines ›

Translations of the guidelines will be available on the Apple Developer website within one month.

Developer    News and Updates    Updated App Review Guidelines now available

**Platforms**    **Topics & Technologies**    **Resources**    **Programs**
iOS    Accessibility    Documentation    Apple Developer Program

| | | | |
|---|---|---|---|
| iPadOS | Accessories | Tutorials | Apple Developer Enterprise Program |
| macOS | App Extensions | Downloads | App Store Small Business Program |
| tvOS | App Store | Forums | MFi Program |
| visionOS | Audio & Video | Videos | News Partner Program |
| watchOS | Augmented Reality | | Video Partner Program |
| | Business | **Support** | Security Bounty Program |
| **Tools** | Design | Support Articles | Security Research Device Program |
| Swift | Distribution | Contact Us | |
| SwiftUI | Education | Bug Reporting | **Events** |
| Swift Playgrounds | Fonts | System Status | Meet with Apple Experts |
| TestFlight | Games | | Apple Developer Centers |
| Xcode | Health & Fitness | **Account** | App Store Awards |
| Xcode Cloud | In-App Purchase | Apple Developer | Apple Design Awards |
| SF Symbols | Localization | App Store Connect | Apple Developer Academies |
| | Maps & Location | Certificates, IDs, & Profiles | Entrepreneur Camp |
| | Machine Learning | Feedback Assistant | WWDC |
| | Open Source | | |
| | Security | | |
| | Safari & Web | | |

Get the Apple Developer app.    Light   Dark   Auto

Copyright © 2024 Apple Inc. All rights reserved.    Terms of Use   Privacy Policy   Agreements and Guidelines    English

CX-0037.2