News    Discover    Design    Develop    Distribute    Support    Account

**News and Updates**    Latest News    Software Releases    Site Updates    Upcoming Requirements

# StoreKit and review guideline update

January 16, 2024

Starting today, because of a recent United States Court decision, App Store Review Guideline 3.1.1 has been updated to introduce the StoreKit Purchase Link Entitlement (US), which allows apps that offer in-app purchases in the iOS or iPadOS App Store on the United States storefront the ability to include a link to the developer's website that informs users of other ways to purchase digital goods or services.

We believe Apple's in-app purchase system is the most convenient, safe, and secure way for users to purchase digital goods and services. If you're considering using this entitlement along with in-app purchase, which continues to be required for the purchase of digital goods and services within your app — it's important to understand that some App Store features, such as Ask to Buy or Family Sharing, won't be available to your customers when they make purchases on your website. Apple also won't be able to assist customers with refunds, purchase history, subscription management, and other issues encountered when purchasing digital goods and services. You will be responsible for addressing such issues with customers.

A commission will apply to digital purchases facilitated through the StoreKit Purchase Link Entitlement (US). For additional details on commissions, requesting the entitlement, usage guidelines, and implementation details, view our support page.

   

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0038**
Date Entered_____
By_____

Developer    News and Updates    StoreKit and review guideline update

| Platforms | Topics & Technologies | Resources | Programs |
|---|---|---|---|
| iOS | Accessibility | Documentation | Apple Developer Program |
| iPadOS | Accessories | Tutorials | Apple Developer Enterprise Program |
| macOS | App Extensions | Downloads | App Store Small Business Program |
| tvOS | App Store | Forums | MFi Program |
| visionOS | Audio & Video | Videos | News Partner Program |
| watchOS | Augmented Reality | | Video Partner Program |
| | Business | **Support** | Security Bounty Program |
| **Tools** | Design | Support Articles | Security Research Device Program |
| Swift | Distribution | Contact Us | |
| SwiftUI | Education | Bug Reporting | **Events** |
| Swift Playgrounds | Fonts | System Status | Meet with Apple Experts |
| TestFlight | Games | | Apple Developer Centers |
| Xcode | Health & Fitness | **Account** | App Store Awards |
| Xcode Cloud | In-App Purchase | Apple Developer | Apple Design Awards |
| SF Symbols | Localization | App Store Connect | Apple Developer Academies |
| | Maps & Location | Certificates, IDs, & Profiles | Entrepreneur Camp |
| | Machine Learning | Feedback Assistant | WWDC |

Open Source

Security

Safari & Web

Get the Apple Developer app.

Light | Dark | Auto

Copyright © 2024 Apple Inc. All rights reserved.

Terms of Use | Privacy Policy | Agreements and Guidelines

English

CX-0038.2