PLAINTIFF
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0054**_____
Date Entered_____
By_____

# App Store Price Committee
## U.S. Linked Transactions
1/11/24

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.1

# Tentative Plan of Record

**Commission**: 27% standard | 12% program

**Time Window**: 7 days

  Includes auto-renewals for subscriptions initiated during time window

**Program Eligibility**:

  Small Business Program and Tenured Subscriptions on IAP are eligible

  Video Partner Program and News Partner Program not eligible

Attorney Client Privileged – Prepared at the Direction of Counsel

CX-0054.2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672965

# Summary

## Resulting from the Epic injunction, Apple is
*"permanently restrained and enjoined from prohibiting developers from (i) including in their apps and their metadata buttons, external links, or other calls to action that direct customers to purchasing mechanisms, in addition to In-App Purchasing and (ii) communicating with customers through points of contact obtained voluntarily from customers through account registration within the app."*

### Compliance Requirement

| Item | Linked Transactions |
|---|---|
| Geo | U.S. |
| Eligibility | iOS or iPadOS App Store, US storefront |
| Compliance Date | Redacted |

### Key Pricing Considerations

Commission Rate

Commission Time Window

Program Eligibility

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672966

Slide 3

**TK1**    Redacted

Timothy Kim, 12/11/2023

CX-0054.4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672968



CX-0054.6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Slide 5**

**LL1**   Redacted

Redacted

Ling Lew, 1/10/2024

CX-0054.7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672971



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672972

**Slide 7**

**JB1**    Redacted

Jennifer Brown, 1/10/2024

CX-0054.10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-EG_10672973

# Analysis Group Valuation of Developer Offering Components

All percentages are expressed relative to customer spend

| Apple Framework | Analysis Group Framework | Costs for Small Developers | Costs to Large Developers | Notes |
|---|---|---|---|---|
| Platform Integrity | Platform Technology | 30% for integrated game platforms (inclusive of other items)<br><br>5% - 20% for platform technology with demand generation<br><br>0.3% - 6% for platform technology with no demand generation | | Provides a lower bound on the value because substitutes do not replicate all capabilities of the Apple platform |
| Proprietary Tools and Technology | | | | |
| Developer Services and Support | Developer Tools and Services | 5% - 16% | | A key benefit of current Apple model is that it lowers startup costs and risks |
| Secure Distribution at Scale | Distribution | 4% - 25% | 4% - 14% | Provides a lower bound that does not include the user trust in the App Store's privacy and piracy protection measures |
| Discovery | Discovery | 5% - 21% | 5% - 14% | Third-party discovery options involve substantial effort and may require paying for services without realizing revenue |
| IAP Payments and Commerce | No valuation exercise undertaken | Not estimated | | |

Possible overlap in Analysis Group framework, so separate line items are not necessarily additive
Per Analysis Group, Apple's offering is unique and that these values are approximations of the value of these services
Source: App Store Commission Rates and the Value of Apple and the App Store to Developers - July 2021

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.11

**Slide 8**

---

**AR1**     I would rather do Gross Margin impact. If not, the following slide provides the answer of the financial impact
Alex Roman, 7/3/2023

**JW1**     <span style="color:red">Redacted</span>
█████████████████████████████████████████████
██████████████████

Jeff Wilder, 7/12/2023

CX-0054.12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_10672975

# Commission Levels across Mobile App Marketplaces

Legend: ● Full-featured  ● Basic  ○ Limited/None

| | Linked Transactions (Apple) | Apple IAP | Google Play | ONE store | Amazon Appstore | Samsung Galaxy Store | Huawei AppGallery (Mainland China) | Codashop |
|---|---|---|---|---|---|---|---|---|
| Platform Integrity | ● | ● | ● | ○ | ○ | ○ | ● | ○ |
| Proprietary Tools & Technologies | ● | ● | ● | ○ | ● | ● | ● | ○ |
| Developer Services & Support | ● | ● | ● | ○ | ● | ○ | ○ | ○ |
| Secure Distribution at Scale | ● | ● | ● | ● | ○ | ● | ● | ○ |
| Discovery | ● | ● | ● | ● | ● | ● | ● | ● |
| IAP Payments & Commerce | ○ | ● | ● | ● | ● | ● | ● | ● |
| Pricing | TBD | 30% standard; 15% Y2 subscriptions; 15% SBP; 15% VPP/ NPP | 30% standard; 10-15% Play Media Experience; 15% 1st $1M in billings; 15% subscriptions | 20% standard; 5% with 3P billing | 30% Standard; 20% SBP equivalent (additional 10% in free AWS credits) | 30% standard; Negotiated rates | 50% games in-app purchase; 30% other in-app purchase; 20% education | 15% |

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Slide 9**

---

**NB1**     Update
Nate Barton, 1/9/2024

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     APL-EG_10672977



Note: prices are inclusive of payment processing and commerce

CX-0054.15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672979

**Slide 11**

---

**NB2**    Update
Nate Barton, 1/9/2024

CX-0054.17



Note: prices are inclusive of payment processing and commerce

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672981

# Time Windows across Discovery Channels

## Affiliate Benchmarks

| | Company | Time Window |
|---|---|---|
| **First Party Affiliate Programs** | Microsoft | 14 days |
| | Norton Lifelock | 30 days |
| | Wall Street Journal | 30 days |
| | McGraw Hill | 30 days |
| | Bluehost | 90 days |
| **Platform Affiliate Programs** | eBay | 24 hours |
| | Amazon | 24 hours |
| | Walmart | 3 days |
| | Etsy | 30 days |

## Advertising Benchmarks

| | Company | Time Window |
|---|---|---|
| **Mobile Measurement Partners** | Adjust | 7 days |
| | AppsFlyer | 7 days |
| | Branch | 7 days |
| | Singular | 7 days |
| | Kochava | 30 days |
| **Self-Attributing Networks** | Meta | 7 days |
| | Snapchat | 28 days |
| | Twitter | 30 days |
| | Google | 30 days |

First party affiliate programs involve referrals for directly owned and produced goods/services.
Platform affiliate programs involve referrals to a central platform / marketplace to sell 3P owned  and produced goods/services
Source: App Store Commission Rates and the Value of Apple and the App Store to Developers – July 2023

Attorney Client Privileged – Prepared at the Direction of Counsel

CX-0054.19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672982



CX-0054.20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# App Store Ecosystem Indicative P&L

| Cost Attribution | Group | R&D | SG&A | Excluded |
|---|---|---|---|---|
| Direct | Services | ✅ | ✅ | |
| Allocated | HWE | ✅ | | |
| | SWE | ✅ | | |
| | Other R&D | ✅ | | |
| | Mkt/Marcom/Adv | | ✅ | |
| | Ops/AppleCare | | ✅ | |
| | G&A (e.g., Finance, Legal) | | ✅ | |
| Excluded | Retail | | | ❌ |
| | Sales | | | ❌ |

Created for Pricing Analysis

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 APL-EG_10672984



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672985



## App Store Indicative P&L

|  | **WW** | | | | **US** | | |
|---|---|---|---|---|---|---|---|
| $M | FY22 | FY23 F | FY24 F | | FY22 | FY23 F | FY24 F |
| **Billings** | | | | | | | |
| *Less: Developer Payout* | | | | | | | |
| Gross Revenue | | | | | | | |
| *Less: Contra Revenue Adj* | | | | | | | |
| **Net Revenue** | | | | | | | |
| IS&S OCOGS | | | | | | | |
| IS&S OPEX | | | | | | | |
| Total Services Spend | | | | | | | |
| Apple Ecosystem OPEX & OCOGS | | | | | | | |
| **Total Expenses** | | | | | | | |
| **Operating Margin $** | | | | | | | |
| *Operating Margin %* | | | | | | | |

Created for Pricing Analysis

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672986



# Effective Commission on Link-Out Transactions

**Commission Rate**

| Time Duration | 20% | 23% | 25% | 27% | 30% |
|---|---|---|---|---|---|
| Current Session | 12% | 14% | 16% | 17% | 20% |
| 24 hrs | 12% | 15% | 16% | 18% | 20% |
| 72 hrs | 12% | 15% | 16% | 18% | 21% |
| 7 Days | 12% | 15% | 17% | 18% | 21% |
| 30 Days | 13% | 16% | 18% | 20% | 22% |

Financial Assumptions : **50%** returning customers | *effective commission does not account for collection/measurement risk*

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Slide 18**

JB2   Redacted

Redacted
Jennifer Brown, 1/10/2024

CX-0054.25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672988



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672989



## Size          Area          Diameter

CX-0054.27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CX-0054.28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CX-0054.29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Key Assumptions for Financial Impact Analysis

- Efficient implementation by developers to maximize their margin

- All subsequent non-sub transactions go through developers' direct channels (with no commission)

- Every subsequent transaction that goes through the App Store will reduce Apple's revenue loss

- VPP and NPP Linked Transactions billings are not eligible for program discounts

- 10% collection/measurement risk factored into sensitivities

- 25% breakage is the break-even point for developer decisioning

Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0054.30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Proforma Margin Analysis of Link-out (standalone)

Operating margins <u>do not</u> reflect overall App Store loss (reflected on following slide)

U.S. Link-out Revenue
U.S. Link-out Op Margin

## Commission Rate

| Time Duration | 20% | 23% | 25% | 27% | 30% |
|---|---|---|---|---|---|
| Current Session | | | | | |
| 24 hrs | | | | | |
| 72 hrs | | | | | |
| 7 Days | | | | | |
| 30 Days | | | | | |

**Financial Assumptions :**
**50%** returning customers | **30%** link-out share | **10%** measurement impact | **~75%** billings mix

Created for Pricing Analysis

Attorney Client Privileged - Prepared at the Direction of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672994



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-EG_10672995



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672996



# Effective Linked Transactions Rates (standalone)

**Estimated Commission on Total Linked Transactions Billings**

**Commission Rate**

| Time Duration | 20% | 23% | 25% | 27% | 30% |
|---|---|---|---|---|---|
| Current Session | 6% | 8% | 9% | 10% | 12% |
| 24 hrs | 7% | 8% | 10% | 11% | 12% |
| 72 hrs | 7% | 9% | 10% | 11% | 13% |
| 7 Days | 7% | 9% | 10% | 11% | 13% |
| 30 Days | 9% | 11% | 12% | 13% | 15% |

**Financial Assumptions :** No returning customers

Created for Pricing Analysis

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672997



## Illustrative Unit Economics

|  | Standard | | | | | Program *(Subs)* | | |
|---|---|---|---|---|---|---|---|---|
|  | IAP | Link-out 20% | Link-out 27% | Link-out BE | | IAP | Link-out 12% | Link-out BE |
| Billings | 100% | 100% | 100% | 100% | | 100% | 100% | 100% |
| *Proposed Commission* | 30% | 20% | 27% | 83% | | 15% | 12% | 13% |
| *Less: Duration Loss* | | | | | | | | |
| *Less: Measurement Risk* | | | | | | | | |
| Gross Revenue | | | | | | | | |
| *Less: Contra Revenue Adj* | | | | | | | | |
| **Net Revenue** | | | | | | | | |
| *OCOGS* | | | | | | | | |
| *OPEX* | | | | | | | | |
| Total Direct Spend | | | | | | | | |
| Apple Ecosystem Support | | | | | | | | |
| **Total Expenses** | | | | | | | | |
| Operating Margin | | | | | | | | |

Financials Assume : **10%** measurement impact | **7 Days** Duration | **No returning transactions**

Attorney Client Privileged – Prepared at the Direction of Counsel

CX-0054.35

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672998



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672999



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673000



CX-0054.38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673001



CX-0054.39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673002

# Developer options for game / application distribution

| | Linked Transactions (Apple) | Apple IAP | Google Play | ONE store | Amazon Appstore | Samsung Galaxy Store | Huawei AppGallery (Mainland China) | Codashop |
|---|---|---|---|---|---|---|---|---|
| Platform Integrity | OS updates<br>Security architecture<br>App Review<br>DeviceCheck | OS updates<br>Security architecture<br>App Review<br>DeviceCheck | OS updates<br>Algorithmic review<br>Play Integrity API<br>Play Protect | None | None | None | Custom version of Android base OS | |
| Proprietary Tools & Technologies | iOS SDK<br>Entitlements<br>Xcode | iOS SDK<br>Entitlements<br>Xcode | Android Game Dev Kit<br>Google Play Games<br>Svcs | None | FireOS capabilities<br>Alexa Integrations | Bixby (voice assistant)<br>Knox (MDM)<br>SmartThings (IoT)<br>Samsung Pay | Custom version of Android base OS | |
| Developer Services & Support | App Analytics<br>TestFlight<br>Ad hoc distribution<br>GameKit / SWA / etc. | App Analytics<br>TestFlight<br>Ad hoc distribution<br>GameKit / SWA / etc. | Google Play Services<br>Firebase (billed separately)<br>GCP (billed separately) | Basic developer account security | AWS (billed separately) | | | |
| Secure Distribution at Scale | Global presence<br>700M weekly visitors | Global presence<br>700M weekly visitors | Global presence<br>Over 2B active devices | Predominantly in Korea<br>19M MAU | Undisclosed | "Hundreds of millions of active users each month" | Largest app store in China | |
| Discovery | Search<br>Personalization<br>Product Pages<br>Family Sharing | Search<br>Personalization<br>Product Pages<br>Family Sharing | Google App Campaigns<br>Store listings<br>Firebase Remote Config | Store listings<br>Store-integrated ads | | | China focused | Has an owned store, but doesn't appear to drive significant traffic |
| IAP Payments & Commerce | | 44 currencies<br>Expansive payment methods<br>Tax and fraud included | | | | | China focused | Focused on SEA payments, not materially adopted globally |
| Pricing | TBD | 30% standard<br><br>15% Y2 subscriptions<br><br>15% SBP<br><br>15% VPP/ NPP | 30% standard<br><br>10-15% Play Media Experience<br><br>15% 1st $1M in billings<br><br>15% subscriptions | 20% standard<br>5% with 3P billing | 30% Standard<br><br>20% SBP equivalent (additional 10% in free AWS credits) | 30% standard<br><br>Negotiated rates | 50% games in-app purchase<br><br>30% other in-app purchase<br><br>20% education | 15% |

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673003

# Commissions across non-Mobile App Marketplaces

- 🟢 Full-featured
- ⚪ Basic
- ⚪ Limited/None

| | Linked Transactions (Apple) | Apple IAP | Playstation Store | Microsoft Store (Xbox) | Nintendo eShop | Microsoft Store (PC) | Steam | Epic Games Store |
|---|---|---|---|---|---|---|---|---|
| Platform Integrity | OS updates Security architecture App Review DeviceCheck | OS updates Security architecture App Review DeviceCheck | High bar for dev program In-depth pre-publish CERT Ongoing optimizations | High bar for dev program In-depth pre-publish CERT Ongoing optimizations | | | | |
| Proprietary Tools & Technologies | iOS SDK Entitlements Xcode | iOS SDK Entitlements Xcode | Proprietary hardware, OS, and development stack | Proprietary hardware, OS, and development stack | Proprietary hardware, OS, and development stack | | | |
| Developer Services & Support | App Analytics TestFlight Ad hoc distribution GameKit / SIWA / etc. | App Analytics TestFlight Ad hoc distribution GameKit / SIWA / etc. | Game state mgmt Matchmaking Authentication / ID mgmt. Stream / Share integrations | Game state mgmt Matchmaking Authentication / ID mgmt. Stream / Share integrations | | Azure (billed separately) | Soft launch Multiplayer Steam Workshop | |
| Secure Distribution at Scale | Global presence 700M weekly visitors | Global presence 700M weekly visitors | ~100M MAUs | ~100M MAUs | ~100M MAUs | | Largest PC games marketplace | |
| Discovery | Search Personalization Product Pages Family Sharing | Search Personalization Product Pages Family Sharing | | | | | Community / curators | |
| IAP Payments & Commerce | | 44 currencies Expansive payment methods Tax and fraud included | | | | | | |
| Pricing | TBD | 30% standard 15% Y2 subscriptions 15% SBP 15% VPP/ NPP | 30% standard | 30% standard | 30% standard | 15% Apps and in-app purchases 12% PC games 0% non-games with 3P billing | 30% under $10M 25% $10M to $50M 20% above $50M | 12% standard 0% with 3P billing |

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673004



[Carson/Timo]

Cost of payments and competition considerations were made when rates were decided

Netherlands discounts also applies to SBP and Y2 subs

CX-0054.42



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673006



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673007



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-EG_10673008



CX-0054.46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-EG_10673009



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673010



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673011



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673012



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673014



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Analysis Group Valuation of Developer Offering Components

All percentages are expressed relative to customer spend

| Apple Framework | Analysis Group Framework | Costs for Small Developers | Costs to Large Developers | Notes |
|---|---|---|---|---|
| Platform Integrity | Platform Technology | 30% for integrated game platforms (inclusive of other items) | | Provides a lower bound on the value because substitutes do not replicate all capabilities of the Apple platform |
| | | 5% - 20% for platform technology with demand generation | | |
| Proprietary Tools and Technology | | 0.3% - 6% for platform technology with no demand generation | | |
| Developer Services and Support | Developer Tools and Services | 5% - 16% | | A key benefit of current Apple model is that it lowers startup costs and risks |
| Secure Distribution at Scale | Distribution | 4% - 25% | 4% - 14% | Provides a lower bound that does not include the user trust in the App Store's privacy and piracy protection measures |
| Discovery | Discovery | 5% - 21% | 5% - 14% | Third-party discovery options involve substantial effort and may require paying for services without realizing revenue |
| IAP Payments and Commerce | No valuation exercise undertaken | Not estimated | | |

Possible overlap in Analysis Group framework, so separate line items are not necessarily additive
Per Analysis Group, Apple's offering is unique and that these values are approximations of the value of these services
Source: App Store Commission Rates and the Value of Apple and the App Store to Developers - July 2023

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Slide 46**

---

**AR2**     I would rather do Gross Margin impact. If not, the following slide provides the answer of the financial impact
         Alex Roman, 7/3/2023

CX-0054.54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    APL-EG_10673017

# Commission Levels across Mobile App Marketplaces

- 🟢 Full-featured
- ⚪ Basic
- ○ Limited/None

| | Linked Transactions (Apple) | Apple IAP | Google Play | ONE store | Amazon Appstore | Samsung Galaxy Store | Huawei AppGallery (Mainland China) | Codashop |
|---|---|---|---|---|---|---|---|---|
| Platform Integrity | 🟢 | 🟢 | ⚪ | ○ | ○ | ○ | ⚪ | ○ |
| Proprietary Tools & Technologies | 🟢 | 🟢 | 🟢 | ○ | ⚪ | ⚪ | ⚪ | ○ |
| Developer Services & Support | 🟢 | 🟢 | 🟢 | ○ | 🟢 | ○ | ○ | ○ |
| Secure Distribution at Scale | 🟢 | 🟢 | 🟢 | ⚪ | ○ | ⚪ | ⚪ | ○ |
| Discovery | 🟢 | 🟢 | 🟢 | ⚪ | ⚪ | ⚪ | ⚪ | ⚪ |
| IAP Payments & Commerce | ○ | 🟢 | 🟢 | ⚪ | 🟢 | 🟢 | ⚪ | ⚪ |
| Pricing | TBD | 30% standard; 15% Y2 subscriptions; 15% SBP; 15% VPP/NPP | 30% standard; 10-15% Play Media Experience; 15% 1st $1M in billings; 15% subscriptions | 20% standard; 5% with 3P billing | 30% Standard; 20% SBP equivalent (additional 10% in free AWS credits) | 30% standard; Negotiated rates | 50% games in-app purchase; 30% other in-app purchase; 20% education | 15% |

Attorney Client Privileged - Prepared at the Direction of Counsel

CX-0054.55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10673018



CX-0054.56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          APL-EG_10673020