| Field | Value |
|---|---|
| Control Number | APL-EG_10786996 |
| Group Identifier | APL-EG_10786996 |
| P/C | |
| FamilyStatus | |
| AllCustodians | Roman, Alex<br>Fischer, Matt<br>Pulchny, Liz<br>Robbin, Jeff<br>Kosmynka, Trystan<br>Gray, Eric<br>Thai, Ann<br>Washburn, Tanya<br>De Wilde, Geoff<br>Kirtane, Latika<br>Van Tassell, Dave<br>Kim, Timothy<br>Oliver, Carson<br>Hawthorne, Amy |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | 9/13/2021 |
| TimeLastModified | 10:46:12 |
| DateCreated | |
| Email Subject | |
| Title | |
| Filename | ▮▮▮▮Regroup_09.13.2021.pages |
| Application | |
| Confidentiality_Rcvd | CONFIDENTIAL |
| Production Vol. | APL-EG_084 |

**PLAINTIFF**
U.S. District Court - NDCAL
4:20 cv 05640 YGR TSH
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0202**
Date Entered _____
By _____

CX-0202.1

**Privileged & Confidential**

█████ **Regroup** !
Scheduled: Sep 13, 2021 at 8:00 AM to 9:00 AM, PDT!
Location: Virtual Conference One-Time Room!
Invitees: Trystan Kosmynka, Timothy Kim, Fred Sainz, Sean Dillon, Ann Thai, Sean Cameron, Jen Walsh, Eric Gray, Jason Cody, Geoff De Wilde, Savannah Hahn, Kyle Andeer, Carson Oliver!

**3 Options**
1. Do nothing but allow the separate payment methods in!
2. Charge an alternative commission but audit!
3. Charge on a different metric (downloads/redownloads) but cuts into a different set of developers than we do today!

- Restructuring the deck - summarizing the options and give basic descriptions (except #3 which will need more detail) and then have an additional considerations section!
- Table view on one-slide!
  - Maybe don't need to show all the answers to !
- Phil's comment about scale is really important - for a Korea pilot, we prob don't have a problem to audit and collect our money; but for other markets that aren't as concentrated, it could be problematic (collecting from 100 vs. collecting from 3,000)!
- Might work fine for Korea in the short-term but how would it scale!
- Option 2 - we would be collecting from all of them!
- Option 3 - subset of Devs we would collect from would be greater than (we control the math)!
- YGR opinion needs to be taken into account; charging for commission - is it fine to do?!
- Would be possible in USA to require that it be possible to be offered alongside?!
- Tolling a commission on direct payments is it explicitly allowed/disallowed? In Korea, we know we can't make IAP optional!
- YGR's decision - are we in a different place? Commission is ok under YGR but decision stated to allow Devs to link out to other payment methods!
- Allowed to be required and to collect a commission but didn't go as far - concerns about further legislative change!
- Tolling against the direct transactions wasn't the intended response!
- Need to explore our opening position and our long-term options!
- Keep business model where it is today and reduce the commission? Doesn't solve numerous other problems!
- Do we use this as an opportunity to reset and use a hybrid model and invest in different ways?!
- Either approach is reasonable in these circumstances!

- Benefits of taking the hit now only if it alleviates the pressure? !
- Side loading component!
  - Fee per transaction model could create more supporters for side loading!
  - Korea and YGR decisions don't focus on side loading!
- Interest in seeing transactor model - fairest way to say we are providing long-term value (active users we are bringing to the platform, etc.)!
- Craig interested in looking at an active transactor model!
- Eddy has concerns on the separate tolling model due to new conflicts it could create!
- Charge customers idea? Could amplify competing app stores if/when side loading occurs!
- **Tasks for Wednesday**
  - Carson to revamp the deck!
  - Working on models to fit the options!
  - Explore explanations regarding the 3rd option!
- **Meeting Schedule**
  - 9/14 - Matt & Jeff meeting!
  - 9/15 - Phil & Eddy meeting!
- Need to address anything product related for changes we need to make for Korea? May be premature because it will be based on what option bubbles to the top!
- Focused on what approach could make the most sense from a legal strategy and then think through the pros and cons from an execution stand point!
- Age verification process for App Store !
- Age verification process needed for video as well!
- Discussion around taking away features didn't get a lot of traction because it seems punitive!
- Can we get a better idea about what seems punitive? !
  - We don't take anything away from free only apps!
- More concerned about fragmented customer experience (would they be confused, etc.?) How does a customer understand it?!
- Important to also define what side loading is!
- App Review still reviewing apps!
- Phil and Eddy not opposed to customer messaging aspect!
- Do we have enough options or are there more options? Need to make sure we looked at all of the SAAS models and crossed them off!
- Charge per value prop rather as a whole? Need to show more work there!
- Want the entry level fee to be low enough but need opportunity/mechanism to allow the business to grow something from a low base into something material!
  - Shopify, Stripe models!
- Current App Store model has everything consumed as a wholistic entity!
  - We are currently aiming to solve for our existing model!

CONFIDENTIAL

CX-0202.3

APL-EG_10786997