**Direct message Brandon Mihai, Joe Phillips and 3 others - 2021-11-16 (UTC)**

Brandon Mihai, Joe Phillips, Josh Elman and Raf Onak

`Has Deletions` `Has Edits`

Private 🔒     11/16/2021, 12:22 AM UTC

---

**JP** **Joe Phillips**
fyi i have made a new version of michigan - v3   11/16/2021, 12:22 AM UTC

but working on the order so don't look yet   11/16/2021, 12:22 AM UTC

if you can leave notes in v2   11/16/2021, 12:22 AM UTC

**BM** **Brandon Mihai**
notes are in there for you, let me know if you have any questions.   11/16/2021, 12:27 AM UTC

**JE** **Josh Elman**
+1 I commented a little bit as well   11/16/2021, 12:27 AM UTC

**JP** **Joe Phillips**
@Raf Onak rather than   11/16/2021, 1:08 AM UTC

By continuing, you will leave the app and be taken to the developer's external website.

Any purchases made externally will be managed by the developer "Hulu Inc."   11/16/2021, 1:09 AM UTC

is this better?   11/16/2021, 1:09 AM UTC

By continuing on the web, you will leave the app and be taken to an external website.

Any purchases made externally will be managed by the developer "Hulu Inc."   11/16/2021, 1:09 AM UTC

Duplication of developer   11/16/2021, 1:09 AM UTC

but also, it might be some random URL potentially? not the developers?   11/16/2021, 1:09 AM UTC

and @Josh Elman is it really going to be managed by the developer in all cases?   11/16/2021, 1:10 AM UTC

what if they use paypal?   11/16/2021, 1:10 AM UTC

what if they use an umbrella company?   11/16/2021, 1:10 AM UTC

or something else?   11/16/2021, 1:10 AM UTC

**JE** **Josh Elman**
At that point you are delegating to the developer if you need to express concern   11/16/2021, 1:10 AM UTC

so we consider that "managed by"   11/16/2021, 1:11 AM UTC

**Joe Phillips**



PLAINTIFF
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0206**
Date Entered_____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CX-0206.1     APL-EG_11097417; APL-EG_11222033
APL-EG_11442593

**JP** is it 'managed by'  11/16/2021, 1:11 AM UTC

or the responsibility?  11/16/2021, 1:11 AM UTC

And @Raf Onak
'Continue to Developer's Website'
or
'Continue to the Developer's Website'  11/16/2021, 1:12 AM UTC

**RO** Raf Onak

i think this one is good:  11/16/2021, 1:15 AM UTC

By continuing on the web, you will leave the app and be taken to an external website.

Any purchases made externally will be managed by the developer "Hulu Inc."  11/16/2021, 1:15 AM UTC

"external website" sounds scary, so execs will love it  11/16/2021, 1:15 AM UTC

if "the" fits nice in the headline, do that  11/16/2021, 1:16 AM UTC

both are fine  11/16/2021, 1:16 AM UTC

and let's keep the "managed by" language  11/16/2021, 1:17 AM UTC

we use it throughout our articles  11/16/2021, 1:17 AM UTC

**JP** Joe Phillips

@Josh Elman what are we doing about fast payments?  11/16/2021, 1:20 AM UTC
@Josh Elman what are we doing about 'fast payments'?  11/16/2021, 1:20 AM UTC

is there something better we can say  11/16/2021, 1:20 AM UTC
is there something better we can say?  11/16/2021, 1:20 AM UTC

and don't say anything with the word biometric in it  11/16/2021, 1:21 AM UTC
and don't say anything with the word 'biometric' in it  11/16/2021, 1:21 AM UTC

:ha: 1

**JE** Josh Elman

if it were me, I'd avoid that benefit. I suggested something like "If you make purchases in your web browser, App Store payments features including subscription management, automatic restore, and Report a Problem, will not be available."  11/16/2021, 1:24 AM UTC

"automatic restore"?  11/16/2021, 1:24 AM UTC

**JP** Joe Phillips

'fast and safe payments?'  11/16/2021, 1:34 AM UTC

so it sounds less like a brand  11/16/2021, 1:34 AM UTC

and more like a process  11/16/2021, 1:34 AM UTC

automatic restore only means something to Jeff  11/16/2021, 1:34 AM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0206.2    APL-EG_11097417; APL-EG_11222033    APL-EG_11442594

'automatic restore' only means something to Jeff  📎 11/16/2021, 1:34 AM UTC

@Josh Elman your suggestion of adding a URL  11/16/2021, 1:36 AM UTC

Does that really mean anything?  11/16/2021, 1:36 AM UTC

it could be really long  11/16/2021, 1:36 AM UTC

or they could just shorten it to something unclear/obfuscating?  11/16/2021, 1:37 AM UTC

**JE** **Josh Elman**
makes it look scarier, lets the user validate it. Encourages it to be short and not parameterized.  11/16/2021, 1:37 AM UTC

**JP** **Joe Phillips**
tinyurl?  11/16/2021, 1:37 AM UTC

**JE** **Josh Elman**
if you saw "app wants to open http://hulu.com/adfae32d how would you feel?  11/16/2021, 1:37 AM UTC

vs http://hulu.com/store  11/16/2021, 1:37 AM UTC

**JP** **Joe Phillips**
how much cheaper is it?  11/16/2021, 1:38 AM UTC

:truee: 1

but you're right, i will add  11/16/2021, 1:39 AM UTC

**JE** **Josh Elman**
Just for one variant. It can be an alt. I just think it puts the developer on the spot for a readable URL which seems like a net positive for customers  11/16/2021, 1:39 AM UTC

This page is the best listing of app store purchase benefits - even though developer oriented: https://developer.apple.com/in-app-purchase/  11/16/2021, 1:41 AM UTC

> In-App Purchase - Apple Developer
> Learn about using in-app purchase and StoreKit framework to sell items within your apps, like premium content, virtual goods, and subscriptions.

Talks about cross-device access to purchases and restoring in second bullet point. report-a-problem. Managing all purchases and subscriptions in one place  11/16/2021, 1:42 AM UTC

**JP** **Joe Phillips**
'pay quickly' is there  11/16/2021, 1:42 AM UTC

first point  11/16/2021, 1:42 AM UTC

**JE** **Josh Elman**
Yeah fine. Go ahead and include it. I think it's easier to say that as a "benefit" of IAP, vs a thing you lose out on by clicking to go external  11/16/2021, 1:43 AM UTC

**JP** **Joe Phillips**
i think personally that is why i wouldnt bother   11/16/2021, 1:44 AM UTC

more steps, have to find my card, type it all out. and then giving another company my details   11/16/2021, 1:44 AM UTC

to make your version even worse you could add the developer name rather than the app name   11/16/2021, 1:46 AM UTC

**JE** **Josh Elman**
ooh - keep going   11/16/2021, 1:46 AM UTC

let's just show them all   11/16/2021, 1:46 AM UTC

re fast/secure/on file / saved on device / standard payment -- you are right we should find some way to include it   11/16/2021, 1:48 AM UTC

"fast payments using your information securely saved and biometrically accessed" lol   11/16/2021, 1:48 AM UTC

~~"fast payments using your information securely saved and biometrically accessed" lol~~   11/16/2021, 1:48 AM UTC

I wonder if we can try a few like "fast payments" "secure on-device payments" "fast and secure" etc   11/16/2021, 1:53 AM UTC

I wonder if we can try a few like "fast payments" "secure on-device payments" "fast and secure" "saved payment details"   11/16/2021, 1:54 AM UTC

@Raf Onak what do you think of the title - exploring between a "continue to developer's website" vs "Open External Website" or "Open External Link"   11/16/2021, 1:54 AM UTC

~~@Raf Onak what do you think of the title - exploring between a "continue to developer's website" vs "Open External Website" or "Open External Link"~~   11/16/2021, 2:03 AM UTC

@Joe Phillips v3 deck looks good. text me for anything else you want reviewed tonight   11/16/2021, 2:04 AM UTC

**BM** **Brandon Mihai**
@Joe Phillips FYI follow up with Joe, Matt and Robert Wed morn at 9am.   11/16/2021, 3:42 AM UTC

**JE** **Josh Elman**
Another example from Latika   11/16/2021, 3:41 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   CX-0206.4   APL-EG_11097417; APL-EG_11222033
APL-EG_11442596


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0206.5    APL-EG_11097417; APL-EG_11222033 APL-EG_11442597



11/16/2021, 3:41 PM UTC

File from iOS  11/16/2021, 3:41 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0206.6    APL-EG_11097417; APL-EG_11222033  APL-EG_11442598





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       CX-0206.7                APL-EG_11097423; APL-EG_11222039
                                                                                              APL-EG_11442599