**Chat Participants:** Kunnal Vij ████████████, Meredith Thieme
████████████, Meredith Thieme
████████████

**Chat Start Date:** 04/03/23, 00:03:04 AM GMT
**Chat End Date:** 04/03/23, 22:14:48 PM GMT
**Service(s):** iMessage

April 03, 2023

Meredith Thieme

> Can I ask you a clarifying Q on cost of payments?

Sent: 04/03/23, 00:03:04 AM GMT
Service: iMessage

CONFIDENTIAL

CX-0216.1

APL-EG_11341192

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0216
Date Entered_____
By_____

Kuhnal Vij

> Give me 5

Sent: 04/03/23, 00:06:40 AM GMT
Service: iMessage

Meredith Thieme

> No problem can also be tomorrow morning

Sent: 04/03/23, 00:07:27 AM GMT
Service: iMessage

Meredith Thieme

> Nevermind I answered my own question haha

Sent: 04/03/23, 00:13:33 AM GMT
Service: iMessage

CONFIDENTIAL                    CX-0216.2                    APL-EG_11341193

> **Kunnal Vij**
>
> Hahaha i read this now
>
> Sent: 04/03/23, 00:39:29 AM GMT
> Service: iMessage

**Meredith Thieme**

> Laughed at "Hahaha i read this now"

Sent: 04/03/23, 00:40:47 AM GMT
Service: iMessage

> **Kunnal Vij**
>
> Well seems Alex didn't get the memo that Meredith was presenting 😂
>
> Sent: 04/03/23, 17:17:43 PM GMT
> Service: iMessage

**Meredith Thieme**

> Laughed at "Well seems Alex didn't get the memo that Meredith …"

Sent: 04/03/23, 17:18:22 PM GMT
Service: iMessage

**Kunnal Vij**

> I am sorry about that..
>
> Sent: 04/03/23, 17:20:24 PM GMT
> Service: iMessage

**Meredith Thieme**

> all good!
>
> Sent: 04/03/23, 17:20:35 PM GMT
> Service: iMessage

**Kunnal Vij**

> Me and Nate were aligned, a miss on our side to not have talked to Alex..
>
> Sent: 04/03/23, 17:21:02 PM GMT
> Service: iMessage

Kunnal Vij

> May be he is using this as a proxy to test the flow before tim 🤷🏽‍♂️
>
> Sent: 04/03/23, 17:21:31 PM GMT
> Service: iMessage

Meredith Thieme

> Loved "Me and Nate were aligned, a miss on our side to no…"
>
> Sent: 04/03/23, 17:30:51 PM GMT
> Service: iMessage

Meredith Thieme

> i have an idea of how to add phil's suggestions but let me know if you want to quickly chat through
>
> Sent: 04/03/23, 17:32:21 PM GMT
> Service: iMessage

Kunnal Vij

> Shared the Uk numbers with Tejas?

Sent: 04/03/23, 18:52:02 PM GMT
Service: iMessage

Meredith Thieme

> yep

Sent: 04/03/23, 18:57:57 PM GMT
Service: iMessage

Kunnal Vij

> Thanks 🙏

Sent: 04/03/23, 18:58:19 PM GMT
Service: iMessage

Meredith Thieme

> Liked "Thanks 🙏"

Sent: 04/03/23, 19:00:39 PM GMT
Service: iMessage

Meredith Thieme

> Hmm we're still seeing no shift to alt pay with $0 threshold…

Sent: 04/03/23, 20:55:03 PM GMT
Service: iMessage

CONFIDENTIAL
APL-EG_11341197

Kunnal Vij

> Wow

Sent: 04/03/23, 20:57:57 PM GMT
Service: iMessage

Kunnal Vij

> That's surprising

Sent: 04/03/23, 20:58:00 PM GMT
Service: iMessage

Kunnal Vij

> Are u done with Nate review?

Sent: 04/03/23, 20:58:18 PM GMT
Service: iMessage

Meredith Thieme

> Just wrapped yeah

Sent: 04/03/23, 20:58:28 PM GMT
Service: iMessage

Kunnal Vij

> Ok let call you..

Sent: 04/03/23, 20:58:44 PM GMT
Service: iMessage

Meredith Thieme



<<Attachment file name: IMG_5907.jpeg >>



<<Attachment file name: IMG_8758.jpeg >>
Sent: 04/03/23, 21:42:02 PM GMT
Service: iMessage

Meredith Thieme



<<Attachment file name: IMG_0270.jpeg >>
Sent: 04/03/23, 22:05:14 PM GMT
Service: iMessage

**Kunnal Vij**

> Looks perfect
> Sent: 04/03/23, 22:09:06 PM GMT
> Service: iMessage

**Meredith Thieme**

> great. i'll do the same for the global slide and then i can text in our thread with alex?
> Sent: 04/03/23, 22:09:43 PM GMT
> Service: iMessage

**Kunnal Vij**

> Loved "great. i'll do the same for the global slide and t…"
> Sent: 04/03/23, 22:14:48 PM GMT

CONFIDENTIAL

Service: iMessage

CONFIDENTIAL CX-0216.10 APL-EG_11341201

# Alternative payments with commission
*Revenue Impact*



These numbers are for illustrative purposes only, to aid discussion.

*Privileged and Confidential – Prepared at the Request of Counsel*

# Alternative payments with commission
*Revenue Impact*



These numbers are for illustrative purposes only, to aid discussion.

*Privileged and Confidential – Prepared at the Request of Counsel*

# Alternative payments with commission (Global)
*Revenue Impact*



These numbers are for illustrative purposes only, to aid discussion.

*Privileged and Confidential – Prepared at the Request of Counsel*