

U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v Apple Inc.*
Ex. No.___ **CX-0227**
Date Entered _____
By_____

# Summary

## Resulting from the Epic injunction, Apple is

*"permanently restrained and enjoined from prohibiting developers from (i) including in their apps and their metadata buttons, external links, or other calls to action that direct customers to purchasing mechanisms, in addition to In-App Purchasing and (ii) communicating with customers through points of contact obtained voluntarily from customers through account registration within the app."*

| Compliance Requirement | |
|---|---|
| Item | Linked Transactions |
| Geo | U.S |
| Eligibility | iOS or iPadOS App Store, US storefront |
| Compliance Date | As soon as Friday, July 7, 2023 |

### Key Pricing Considerations

Commission Rate

Commission Time Window

Program Eligibility

Apple Confidential   For Internal Use Only



APL-EG_11346210



APL-EG_11346211



CX-0227.5

APL-EG_11346212



## Analysis Group Valuation of Developer Offering Components

**All percentages are expressed relative to customer spend**

| Apple Framework | Analysis Group Framework | Costs for Small Developers | Costs to Large Developers | Notes |
|---|---|---|---|---|
| **Platform Integrity** | Pla form Technology | 30% for in egra ed game pla forms (inclusive of o her i ems)  5% - 20% for pla form echnology wi h demand genera ion  0 3% - 6% for pla form echnology wi h no demand genera ion | | Provides a lower bound on he value because subs i u es do no replica e all capabili ies of he Apple pla form |
| **Proprietary Tools and Technology** | | | | |
| **Developer Services and Support** | Developer Tools and Services | 5% - 16% | | A key benefi of curren Apple model is ha i lowers s ar up cos s and risks |
| **Secure Distribution at Scale** | Dis ribu ion | 4% - 25% | 4% - 14% | Provides a lower bound ha does no include he user rus in he App S ore s privacy and piracy pro ec ion measures |
| **Discovery** | Discovery | 5% - 21% | 5% - 14% | Third-par y discovery op ions involve subs an ial effor and may require paying for services wi hou realizing revenue |
| *IAP Payments and Commerce* | *No valuation exercise undertaken* | *Not estimated* | | |

Possible overlap in Analysis Group framework  so separate line items are not necessarily additive
Per Analysis Group, Apple's offering is unique and that these values are approximations of the value of these services
Source: App Store Commission Rates and the Value of Apple and the App Store to Developers  July 2023

Apple Confidential   For Internal Use Only

CX-0227.7

APL-EG_11346214

# Commission Levels across Mobile App Marketplaces

● Full featured
● Basic
○ Limited/None

| | Linked Transactions (Apple) | Apple IAP | Google Play | Amazon Appstore | Samsung Galaxy Store | Huawei AppGallery (Mainland China) | ONE store | Codashop |
|---|---|---|---|---|---|---|---|---|
| Platform Integrity | ● | ● | ● (Basic) | ○ | ● (Basic) | ● (Basic) | ● (Basic) | ○ |
| Proprietary Tools & Technologies | ● | ● | ● | ○ | ● (Basic) | ● (Basic) | ● (Basic) | ○ |
| Developer Services & Support | ● | ● | ● | ○ | ● | ○ | ○ | ○ |
| Secure Distribution at Scale | ● | ● | ● | ● (Basic) | ○ | ● (Basic) | ● (Basic) | ○ |
| Discovery | ● | ● | ● | ● (Basic) | ● (Basic) | ● (Basic) | ● (Basic) | ● (Basic) |
| IAP Payments & Commerce | ○ | ● | ● | ● (Basic) | ● | ● (Basic) | ● (Basic) | ● (Basic) |
| Pricing | TBD | 30% standard; 15% Y2 subscriptions; 15% SBP; 15% VPP/ NPP | 30% standard; 10-15% Play Media Experience; 15% 1st $1M in billings; 15% subscriptions | 30% Standard; 20% SBP equivalent (additional 10% in free AWS credits) | 30% standard; Negotiated rates | 50% games in app purchase; 30% other in app purchase; 20% education | 20% standard; 5% with 3P billing | 15% |

Apple Confidential   For Internal Use Only

# Time Windows across Discovery Channels

## Affiliate Benchmarks

| | Company | Time Window |
|---|---|---|
| **First Party Affiliate Programs** | Microsoft | 14 days |
| | Norton Lifelock | 30 days |
| | Wall Street Journal | 30 days |
| | McGraw Hill | 30 days |
| | Bluehost | 90 days |
| **Platform Affiliate Programs** | eBay | 24 hours |
| | Amazon | 24 hours |
| | Walmart | 3 days |
| | Etsy | 30 days |

## Advertising Benchmarks

| | Company | Time Window |
|---|---|---|
| **Mobile Measurement Partners** | Adjust | 7 days |
| | AppsFlyer | 7 days |
| | Branch | 7 days |
| | Singular | 7 days |
| | Kochava | 30 days |
| **Self-Attributing Networks** | Meta | 7 days |
| | Snapchat | 28 days |
| | Twitter | 30 days |
| | Google | 30 days |

First party affiliate programs involve referrals for directly owned and produced goods/services. Platform affiliate programs involve referrals to a central platform / marketplace to sell 3P owned and produced goods/services. Source: App Store Commission Rates and the Value of Apple and the App Store to Developers. July 2023

Apple Confidential    For Internal Use Only



CX-0227.10

APL-EG_11346217







CONFIDENTIAL

CX-0227.13

APL-EG_11346220



CX-0227.14

APL-EG_11346221

# Key Assumptions for Financial Impact Analysis

- Efficient implementation by developers to maximize their margin

- All subsequent non-sub transactions go through developers' direct channels (with no commission)

- Every subsequent transaction that goes through the App Store will reduce Apple's revenue loss

- VPP and NPP Linked Transactions billings are not eligible for program discounts

- 10% collection/measurement risk factored into sensitivities

- 25% breakage is the break-even point for developer decisioning

Apple Confidential    For Internal Use Only

CX-0227.15

APL-EG_11346222







APL-EG_11346225



APL-EG_11346226



APL-EG_11346227



APL-EG_11346228







CONFIDENTIAL

CX-0227.24

APL-EG_11346231



# Developer options for game / application distribution

| | Linked Transactions (Apple) | Apple IAP | Google Play | ONE store | Amazon Appstore | Samsung Galaxy Store | Huawei AppGallery (Mainland China) | Codashop |
|---|---|---|---|---|---|---|---|---|
| **Platform Integrity** | OS updates, Security architecture, App Review, DeviceCheck | OS updates, Security architecture, App Review, DeviceCheck | OS updates, algorithmic review, Play Integrity API, Play Protect | None | None | None | Custom version of Android base OS | |
| **Proprietary Tools & Technologies** | iOS SDK, Entitlements, Xcode | iOS SDK, Entitlements, Xcode | Android Game Dev Kit, Google Play Games SvcS | None | FireOS capabilities, Alexa integrations | Bixby (voice assistant), Knox (MDM), SmartThings (IoT), Samsung Pay | Custom version of Android base OS | |
| **Developer Services & Support** | App Analytics, TestFlight, Ad hoc distribution, GameKit / SiriKit / etc | App-analytics, TestFlight, Ad hoc distribution, GameKit / SiriKit / etc | Google Play Services, Firebase (billed separately), GCP (billed separately) | Basic developer account security | AWS (billed separately) | | | |
| **Secure Distribution at Scale** | Global presence, 700M weekly visitors | Global presence, 700M weekly visitors | Global presence, Over 2B active devices | Predominantly in Korea | 1M MAU | Undisclosed | "Hundreds of millions of active users each month" | Largest app store in China |
| **Discovery** | Search, Personalization, Product Pages, Family Sharing | Search, Personalization, Product Pages, Family Sharing | Google-app Campaigns, Store listings, Firebase Remote Config | | Store ratings, Store Integrated ads | | China focused | Has an owned store, but doesn't appear to drive significant traffic |
| **IAP Payments & Commerce** | | 44 currencies, Expansive payment methods, Tax and fraud reduced | | | | | China focused | Focused on SEA, payments, not materially adopted globally |
| **Pricing** | TBD | 30% standard, 15% Y2 subscriptions, 15% SBP, 15% VPP/ NPP | 30% standard, 10-15% Play Media Experience, 15% 1st $1M in billings, 15% subscriptions | 20% standard, 5% with 3P billing | 30% Standard, 20% SBP equivalent (additional 10% in free AWS credits) | 30% standard, Negotiated rates | 50% games in-app purchase, 30% other in-app purchase, 20% education | 15% |

Apple Confidential    For Internal Use Only

CX-0227.26
APL-EG_11346233


CX-0227.27

| | |
|---|---|
| Control Number | APL-EG_11346208 |
| Group Identifier | APL-EG_11346208 |
| P/C | |
| FamilyStatus | |
| AllCustodians | Barton, Nate |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | 6/12/2024 |
| TimeLastModified | 16:34:55 |
| DateCreated | |
| Email Subject | |
| Title | |
| Filename | Wisconsin Price Committee - Privileged and Confidential.key |
| Application | |
| Confidentiality_Rcvd | CONFIDENTIAL |
| Production Vol. | APL-EG_103 |