| | |
|---|---|
| **Subject:** | Re: Wisconsin Plans |
| **From:** | Phil Schiller |
| **Received(Date):** | Tue, 15 Aug 2023 12:54:29 -0700 |
| **Cc:** | Ling Lew                                Tanya Washburn              Carson Oliver                               Matt Fischer                        Sean Cameron |
| **To:** | Jennifer Brown |
| **Date:** | Tue, 15 Aug 2023 12:54:29 -0700 |

Privileged and Confidential

Attorney Work Product

Thank you for sharing these updated slides.

I find them very helpful, there is a lot of great content in here.

While I question whether the analysis of net impacts (slide 15) will be correct at the recommended amounts and duration (27% and 7 days), I understand the methodology and assumptions that generated it.

On Aug 15, 2023, at 12:19*PM, Jennifer Brown                                        wrote:

Privileged & Confidential

Here is an updated version of the deck we preciously reviews with a slide summarizing the tentative plan of record.

| |
|---|
| **Login**                  <apple-touch-icon-180x180-tV001c.png> |
| apple.box.com |

At this point, the prior deck and this deck are privileged and confidential, reflecting litigation strategy and legal risk analysis. We would prefer to keep it that way for now. When we have to comply, within days of that date, we will finalize the tentative plan and have a document reflecting the factors considered to support the decision. Until that point, we would have this document as a point of reference, but not share it further.

Sent from my iPhone

On Aug 15, 2023, at 11:14 AM, Phil Schiller                                wrote:

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0229
Date Entered_____
By_____

> Privileged and Confidential
> Attorney Work Product
>
> Don't we think it would be helpful to update the slides, along with the financial analysis we presented, to reflect the commission and duration decisions that were made in the meeting - that were different than we presented? Otherwise there is no record of our plans or the forecast ranges of expected results.
>
>> On Aug 15, 2023, at 10:13*AM, Ling Lew ▬▬▬▬▬▬▬ wrote:
>>
>> Privileged and Confidential
>> Hi Phil,
>>
>> We've saved in Box the current draft versions of the [developer support page](#) and [request form](#), which should outline the proposed plan. (Please note the request form shows the Tax ID field dynamically, depending on the developer's team ID upon login.)
>>
>> Let us know if this helps or if you're looking for something else.
>>
>> Thanks,
>>
>> Ling
>>
>>> On Aug 15, 2023, at 9:30 AM, Phil Schiller ▬▬▬▬▬▬▬ wrote:
>>>
>>> Privileged and Confidential
>>> Attorney Work Product
>>>
>>> Is there a working document outlining the current proposed Wisconsin plan following the last exec meeting?
>>> I don't think I have seen any follow up document or notes and I want to have access to something as a reference.
>>>
>>> Thank you.