**Chat Participants:** Marni Goldberg ███████████ , Hannah Smith ████████████ , Hannah Smith +████████

**Chat Start Date:** 05/08/24, 01:17:16 AM GMT

**Chat End Date:** 05/08/24, 23:55:51 PM GMT

**Service(s):** iMessage

---

May 08, 2024

Marni Goldberg

Nothing on WW yet right?

Sent: 05/08/24, 01:17:16 AM GMT
Service: iMessage

Hannah Smith

Nope!

Sent: 05/08/24, 01:23:56 AM GMT
Service: iMessage

**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0244**
Date Entered_____
By_____

Marni Goldberg



Sent: 05/08/24, 01:25:07 AM GMT
Service: iMessage

Marni Goldberg

73682432042__2E38654F-
0A9E-4215-8DEA-
F40A78923BB7.heic

<<Attachment file name: 73682432042__2E38654F-0A9E-4215-8DEA-F40A78923BB7.heic >>

Sent: 05/08/24, 01:25:27 AM GMT
Service: iMessage

Marni Goldberg

The beautiful stucco of the hotel

Sent: 05/08/24, 01:25:30 AM GMT
Service: iMessage

Hannah Smith

Haha dear lord

Sent: 05/08/24, 01:28:39 AM GMT
Service: iMessage

Hannah Smith

Looks beautiful

Sent: 05/08/24, 01:28:47 AM GMT
Service: iMessage

Hannah Smith

I've got newsletters this week, just
FYI!

Sent: 05/08/24, 12:07:35 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534379

CONFIDENTIAL                    CX-0244.2

Loved "I've got newsletters this week, just FYI!"

Sent: 05/08/24, 13:03:53 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 13:12:02 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.3

Marni Goldberg

This looks good!

Sent: 05/08/24, 14:18:48 PM GMT
Service: iMessage

Hannah Smith

Thank you!! 

Sent: 05/08/24, 14:19:13 PM GMT
Service: iMessage

Marni Goldberg

Should have listened to you and worn black

Sent: 05/08/24, 14:54:05 PM GMT
Service: iMessage

Hannah Smith

Haha what'd you go with?

Sent: 05/08/24, 14:54:29 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534381

Marni Goldberg

73687288893__AC0DC35D-
E617-40DB-9789-
1ED0B503F800.heic

<<Attachment file name: 73687288893__AC0DC35D-E617-40DB-9789-1ED0B503F800.heic >>

Sent: 05/08/24, 14:54:53 PM GMT
Service: iMessage

Marni Goldberg

Alex wilts from MLex and Liedtke
from AP are here

Sent: 05/08/24, 15:01:37 PM GMT
Service: iMessage

Hannah Smith

Liked "Alex wilts from MLex and
Liedtke from AP are here "

Sent: 05/08/24, 15:02:03 PM GMT
Service: iMessage

Marni Goldberg

And Shira Ovide from the Post is also following at the very least

Sent: 05/08/24, 15:02:05 PM GMT
Service: iMessage

Hannah Smith

Jacket is still understated!

Sent: 05/08/24, 15:02:11 PM GMT
Service: iMessage

Marni Goldberg

It's the most overstated of the bunch

Sent: 05/08/24, 15:02:26 PM GMT
Service: iMessage

Hannah Smith

Will pass on to Kyle

Sent: 05/08/24, 15:02:27 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.6

APL-EG_10804956; APL-EG_11270752
APL-EG_11534383

Marni Goldberg

Ok. Jen and Kate just showed up in much more fun clothes so I am ok.

Sent: 05/08/24, 15:04:04 PM GMT
Service: iMessage

Hannah Smith

Loved "Ok. Jen and Kate just showed up in much more fun c…"

Sent: 05/08/24, 15:05:27 PM GMT
Service: iMessage

Marni Goldberg

Is there video of this!?

Sent: 05/08/24, 15:27:38 PM GMT
Service: iMessage

Hannah Smith

Yup

Sent: 05/08/24, 15:27:47 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.7

APL-EG_10804956; APL-EG_11270752
APL-EG_11534384

Marni Goldberg

Fred says there is

Sent: 05/08/24, 15:27:48 PM GMT
Service: iMessage

Marni Goldberg

WTF

Sent: 05/08/24, 15:27:51 PM GMT
Service: iMessage

Marni Goldberg

He also just said I can go home tomorrow!!!

Sent: 05/08/24, 15:28:00 PM GMT
Service: iMessage

Hannah Smith

Yayy!!!

Sent: 05/08/24, 15:28:10 PM GMT
Service: iMessage

Hannah Smith

That's amazing!!!!

Sent: 05/08/24, 15:29:26 PM GMT
Service: iMessage

CX-0244.8

APL-EG_10804956; APL-EG_11270752
APL-EG_11534385

Marni Goldberg

Can you make sure we are monitoring Twitter for this?

Sent: 05/08/24, 15:40:02 PM GMT
Service: iMessage

Marni Goldberg

And that we get a social grid?

Sent: 05/08/24, 15:40:10 PM GMT
Service: iMessage

Hannah Smith

Yep have FGS on it

Sent: 05/08/24, 15:40:18 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.9

APL-EG_10804956; APL-EG_11270752
APL-EG_11534386

Marni Goldberg

**Excellent**

Sent: 05/08/24, 15:40:24 PM GMT
Service: iMessage

Marni Goldberg

**Are you watching?**

Sent: 05/08/24, 15:44:16 PM GMT
Service: iMessage

Hannah Smith

Yup

Sent: 05/08/24, 15:44:42 PM GMT
Service: iMessage

Marni Goldberg

**This is what I meant by hard questions yesterday**

Sent: 05/08/24, 15:44:55 PM GMT

CONFIDENTIAL

CX-0244.10

APL-EG_10804956; APL-EG_11270752
APL-EG_11534387

Service: iMessage

Hannah Smith

Totally

Sent: 05/08/24, 15:45:01 PM GMT
Service: iMessage

Marni Goldberg

In my view, that was an awful exchange

Sent: 05/08/24, 15:45:15 PM GMT
Service: iMessage

Hannah Smith

I know, i did not think he should have relented on that

Sent: 05/08/24, 15:45:44 PM GMT
Service: iMessage

CONFIDENTIAL
APL-EG_10804956; APL-EG_11270752
APL-EG_11534388

Marni Goldberg

The judge made him

Sent: 05/08/24, 15:46:14 PM GMT
Service: iMessage

Hannah Smith

Oh I did not hear that

Sent: 05/08/24, 15:46:29 PM GMT
Service: iMessage

Marni Goldberg

You are available on Friday right?

Sent: 05/08/24, 15:53:43 PM GMT
Service: iMessage

Hannah Smith

This Friday? Yes

Sent: 05/08/24, 15:54:22 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534389

Marni Goldberg



Sent: 05/08/24, 15:54:40 PM GMT
Service: iMessage

Marni Goldberg

Bc of course.

Sent: 05/08/24, 15:55:10 PM GMT
Service: iMessage

Hannah Smith

Ok I am available for whatever we need

Sent: 05/08/24, 15:55:38 PM GMT
Service: iMessage

Hannah Smith

Does this mean we won't need to be there next Friday?

Sent: 05/08/24, 15:55:56 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534390

Marni Goldberg

I think we are safe for the 17th

Sent: 05/08/24, 15:56:04 PM GMT
Service: iMessage

Marni Goldberg

Unless they cut the audio and video

Sent: 05/08/24, 15:56:13 PM GMT
Service: iMessage

Marni Goldberg

I don't know why they would

Sent: 05/08/24, 15:56:18 PM GMT
Service: iMessage

Hannah Smith

Ok, yeah agree

Sent: 05/08/24, 15:56:25 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534391

Marni Goldberg

Anything on WW?

Sent: 05/08/24, 15:56:32 PM GMT
Service: iMessage

Hannah Smith

Nope

Sent: 05/08/24, 15:56:38 PM GMT
Service: iMessage

Hannah Smith

Geez

Sent: 05/08/24, 16:03:59 PM GMT
Service: iMessage

Marni Goldberg

This is tense

Sent: 05/08/24, 16:04:05 PM GMT

APL-EG_10804956; APL-EG_11270752
APL-EG_11534392

Service: iMessage

Marni Goldberg

Stephanie says she isn't breathing

Sent: 05/08/24, 16:04:14 PM GMT
Service: iMessage

Hannah Smith

Oh god

Sent: 05/08/24, 16:04:30 PM GMT
Service: iMessage

Marni Goldberg

Oh my god

Sent: 05/08/24, 16:05:23 PM GMT
Service: iMessage

Hannah Smith

Awful

Sent: 05/08/24, 16:06:35 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.16

APL-EG_10804956; APL-EG_11270752
APL-EG_11534393

Marni Goldberg

Are you watching in the office?

Sent: 05/08/24, 16:06:52 PM GMT
Service: iMessage

Hannah Smith

Yes

Sent: 05/08/24, 16:07:02 PM GMT
Service: iMessage

Marni Goldberg

https://x.com/florian4gamers/status/1788240473473142996?s=42&t=JiHkh_gDqjD6Mf_38Ff4mw

Sent: 05/08/24, 16:14:17 PM GMT
Service: iMessage

Hannah Smith

Excellent

Sent: 05/08/24, 16:14:32 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534394

Marni Goldberg

https://x.com/alexwilts/status/178823
0647427076500?
s=42&t=JiHkh_gDqjD6Mf_38Ff4mw

Sent: 05/08/24, 16:16:26 PM GMT
Service: iMessage

Marni Goldberg

https://x.com/florian4gamers/status/1
788231039833251991?
s=42&t=JiHkh_gDqjD6Mf_38Ff4mw

Sent: 05/08/24, 16:17:26 PM GMT
Service: iMessage

Hannah Smith

Liked
"https://x.com/alexwilts/status/17882
30647427076500…"

Sent: 05/08/24, 16:17:31 PM GMT
Service: iMessage

Hannah Smith

Got it

Sent: 05/08/24, 16:17:56 PM GMT
Service: iMessage

Hannah Smith

Oh my

Sent: 05/08/24, 16:23:37 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.18

APL-EG_10804956; APL-EG_11270752
APL-EG_11534395

Marni Goldberg

I don't agree with her

Sent: 05/08/24, 16:24:09 PM GMT
Service: iMessage

Hannah Smith

Yeah I actually think his explanation
was good

Sent: 05/08/24, 16:24:35 PM GMT
Service: iMessage

Marni Goldberg

NO — because users have never
done this before

Sent: 05/08/24, 16:24:52 PM GMT
Service: iMessage

Hannah Smith

Which is what he said

Sent: 05/08/24, 16:25:14 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534396

Marni Goldberg

Totally

Sent: 05/08/24, 16:26:12 PM GMT
Service: iMessage

Marni Goldberg

I disagree with the judge vehemently

Sent: 05/08/24, 16:26:20 PM GMT
Service: iMessage

Marni Goldberg

Not that my opinion matters

Sent: 05/08/24, 16:26:29 PM GMT
Service: iMessage

Marni Goldberg

The level of privacy and security that have been provided for 15 years are no longer there

APL-EG_10804956; APL-EG_11270752
APL-EG_11534397

Sent: 05/08/24, 16:26:50 PM GMT
Service: iMessage

Marni Goldberg

This is infuriating

Sent: 05/08/24, 16:26:54 PM GMT
Service: iMessage

Hannah Smith

Agree 100

Sent: 05/08/24, 16:27:05 PM GMT
Service: iMessage

Hannah Smith

Is Fred there? And wearing a suit? I cannot imagine that, btw

Sent: 05/08/24, 16:36:46 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534398

Marni Goldberg

He is and yes

Sent: 05/08/24, 16:36:58 PM GMT
Service: iMessage

Marni Goldberg

Have you seen the picture of him in Australia?

Sent: 05/08/24, 16:37:08 PM GMT
Service: iMessage

Hannah Smith

No!

Sent: 05/08/24, 16:37:19 PM GMT
Service: iMessage

Hannah Smith

Ah he looks so nice! Haha

Sent: 05/08/24, 16:39:19 PM GMT
Service: iMessage

Hannah Smith

They all also look very happy

Sent: 05/08/24, 16:39:24 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.22

APL-EG_10804956; APL-EG_11270752
APL-EG_11534399

Marni Goldberg

**Hahaha**

Sent: 05/08/24, 16:39:44 PM GMT
Service: iMessage

Hannah Smith

She is making her views very clear

Sent: 05/08/24, 16:52:26 PM GMT
Service: iMessage

Marni Goldberg

At the rate we are going, according to the lawyers, this may bleed into May 17

Sent: 05/08/24, 16:52:27 PM GMT
Service: iMessage

Hannah Smith

F

Sent: 05/08/24, 16:52:35 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534400

Marni Goldberg

This is going far slower than anyone thought

Sent: 05/08/24, 16:52:40 PM GMT
Service: iMessage

Hannah Smith

Shit

Sent: 05/08/24, 16:52:49 PM GMT
Service: iMessage

Marni Goldberg

I know.

Sent: 05/08/24, 16:53:01 PM GMT
Service: iMessage

Hannah Smith

Do you think our witnesses would bleed into the 17th?

Sent: 05/08/24, 16:53:03 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.24

APL-EG_10804956; APL-EG_11270752
APL-EG_11534401

Marni Goldberg

No I don't

Sent: 05/08/24, 16:53:08 PM GMT
Service: iMessage

Marni Goldberg

I think we will get through just Matt and Alex today

Sent: 05/08/24, 16:53:22 PM GMT
Service: iMessage

Marni Goldberg

Wait sorry

Sent: 05/08/24, 16:53:36 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534402

Marni Goldberg

Stephanie thinks our witnesses will take through the 17th at this rate

Sent: 05/08/24, 16:53:49 PM GMT
Service: iMessage

Hannah Smith

That is awful news

Sent: 05/08/24, 16:54:00 PM GMT
Service: iMessage

Marni Goldberg

Yes it is

Sent: 05/08/24, 16:54:08 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534403

Marni Goldberg

I wonder if it's Epic's intention not to call any of their own witnesses?

Sent: 05/08/24, 16:54:30 PM GMT
Service: iMessage

Hannah Smith

Their own witnesses didn't do them many favors last time around

Sent: 05/08/24, 16:54:56 PM GMT
Service: iMessage

Marni Goldberg

Right

Sent: 05/08/24, 16:55:08 PM GMT
Service: iMessage

Hannah Smith

Quick Q - the translated App Store fact sheet Peter shared with Kumi is from 2022. Should it be updated with the latest figures?

Sent: 05/08/24, 17:00:00 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.27

APL-EG_10804956; APL-EG_11270752
APL-EG_11534404

Marni Goldberg

Yes

Sent: 05/08/24, 17:01:42 PM GMT
Service: iMessage

Marni Goldberg

This will be a quote for sure in coverage

Sent: 05/08/24, 17:09:12 PM GMT
Service: iMessage

Hannah Smith

Yuuuuuup

Sent: 05/08/24, 17:09:23 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.28

APL-EG_10804956; APL-EG_11270752
APL-EG_11534405

Marni Goldberg

Other than to stifle competition

Sent: 05/08/24, 17:09:30 PM GMT
Service: iMessage

Hannah Smith

This is not good

Sent: 05/08/24, 17:09:41 PM GMT
Service: iMessage

Hannah Smith

Did she ask questions like this last time?

Sent: 05/08/24, 17:09:46 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534406

CX-0244.29

Marni Goldberg

She's tough. Very tough

Sent: 05/08/24, 17:10:06 PM GMT
Service: iMessage

Marni Goldberg

But this is very leading in my opinion

Sent: 05/08/24, 17:10:16 PM GMT
Service: iMessage

Hannah Smith

Yeah, she seems to already have an opinion

Sent: 05/08/24, 17:10:33 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.30

APL-EG_10804956; APL-EG_11270752
APL-EG_11534407

Marni Goldberg

I would agree on this

Sent: 05/08/24, 17:10:41 PM GMT
Service: iMessage

Hannah Smith

Side note: thought I did like undone, tousled, air dried waves today. I did not. I look like I have escaped from an asylum

Sent: 05/08/24, 17:19:33 PM GMT
Service: iMessage

Marni Goldberg

That made me laugh but I am certain it's not true

Sent: 05/08/24, 17:20:01 PM GMT

CONFIDENTIAL

CX-0244.31

APL-EG_10804956; APL-EG_11270752
APL-EG_11534408

Service: iMessage

Hannah Smith

I would send you a picture but I'm too embarrassed

Sent: 05/08/24, 17:20:21 PM GMT
Service: iMessage

Marni Goldberg

No you have to

Sent: 05/08/24, 17:23:28 PM GMT
Service: iMessage

Hannah Smith

Does not totally do it justice

IMG_7128.heic

<<Attachment file name: IMG_7128.heic >>
Sent: 05/08/24, 17:26:53 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.32

APL-EG_10804956; APL-EG_11270752
APL-EG_11534409

Marni Goldberg

Omg it's FINE! Also ████ said it's very very humid today

Sent: 05/08/24, 17:27:14 PM GMT
Service: iMessage

Hannah Smith

It is - it is *hot* out, I feel like for the first time

Sent: 05/08/24, 17:27:41 PM GMT
Service: iMessage

Marni Goldberg

https://x.com/florian4gamers/status/1788255647206662615?s=42&t=JiHkh_gDqjD6Mf_38Ff4mw

Sent: 05/08/24, 17:45:23 PM GMT

APL-EG_10804956; APL-EG_11270752
APL-EG_11534410

Hannah Smith

Liked
"https://x.com/florian4gamers/status/
17882556472066…"

Sent: 05/08/24, 17:46:15 PM GMT
Service: iMessage

Hannah Smith

How is this still going

Sent: 05/08/24, 17:51:54 PM GMT
Service: iMessage

Marni Goldberg

I have no idea. I am stunned.

Sent: 05/08/24, 17:52:12 PM GMT

CONFIDENTIAL

CX-0244.34

APL-EG_10804956; APL-EG_11270752
APL-EG_11534411

Service: iMessage

Marni Goldberg

I am wondering if they are spending so much time here bc they know Matt is the worst of our witnesses? Phil will clean up a lot of this

Sent: 05/08/24, 17:52:59 PM GMT
Service: iMessage

Marni Goldberg

But we have Alex to go first.

Sent: 05/08/24, 17:53:06 PM GMT
Service: iMessage

Hannah Smith

I think your guess is accurate

Sent: 05/08/24, 17:53:41 PM GMT
Service: iMessage

Hannah Smith

They know we didn't plant to call him

Sent: 05/08/24, 17:53:54 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.35

APL-EG_10804956; APL-EG_11270752
APL-EG_11534412

Marni Goldberg

But the judge has to weigh the evidence equally. So she will have to listen to what Phil says.

Sent: 05/08/24, 17:54:16 PM GMT
Service: iMessage

Marni Goldberg

I think this lawyer is eventually going to wear on the judge. I think she has made her point.

Sent: 05/08/24, 17:54:36 PM GMT
Service: iMessage

Hannah Smith

And thank goodness for that

Sent: 05/08/24, 17:54:39 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.36

APL-EG_10804956; APL-EG_11270752
APL-EG_11534413

Marni Goldberg

This lawyer also pissed off the judge in the trial

Sent: 05/08/24, 17:55:12 PM GMT
Service: iMessage

Marni Goldberg

If I am remembering correctly.

Sent: 05/08/24, 17:55:22 PM GMT
Service: iMessage

Hannah Smith

Interesting

Sent: 05/08/24, 17:55:30 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.37

APL-EG_10804956; APL-EG_11270752
APL-EG_11534414

Marni Goldberg

And this is the first time YGR has questioned her

Sent: 05/08/24, 17:55:33 PM GMT
Service: iMessage

Hannah Smith

Yup, glad she finally is

Sent: 05/08/24, 17:56:10 PM GMT
Service: iMessage

Marni Goldberg

It's our FUCKING STORE.

Sent: 05/08/24, 17:57:38 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.38

APL-EG_10804956; APL-EG_11270752
APL-EG_11534415

Marni Goldberg

This is very much pissing me off

Sent: 05/08/24, 17:57:48 PM GMT
Service: iMessage

Hannah Smith

Haha understandably so!

Sent: 05/08/24, 17:58:07 PM GMT
Service: iMessage

Hannah Smith

Also this is all about epic making
more money

Sent: 05/08/24, 17:58:39 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534416

Marni Goldberg

Yep

Sent: 05/08/24, 17:58:51 PM GMT
Service: iMessage

Marni Goldberg

Since when is she interested in time?!

Sent: 05/08/24, 18:03:15 PM GMT
Service: iMessage

Marni Goldberg

I cannot stand this lawyer

Sent: 05/08/24, 18:03:23 PM GMT
Service: iMessage

Hannah Smith

Exactly!!

Sent: 05/08/24, 18:03:51 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.40

APL-EG_10804956; APL-EG_11270752
APL-EG_11534417

Marni Goldberg

Let's also remember that epic is not on the App Store

Sent: 05/08/24, 18:07:01 PM GMT
Service: iMessage

Hannah Smith

Yup

Sent: 05/08/24, 18:27:33 PM GMT
Service: iMessage

Hannah Smith

Can we please move on

Sent: 05/08/24, 18:27:36 PM GMT
Service: iMessage

CX-0244.41

APL-EG_10804956; APL-EG_11270752
APL-EG_11534418

Marni Goldberg

We are at 3 hours with Matt. We haven't even done cross. I don't think we even get to Alex today

Sent: 05/08/24, 18:29:11 PM GMT
Service: iMessage

Hannah Smith

This is absurd

Sent: 05/08/24, 18:29:38 PM GMT
Service: iMessage

Marni Goldberg

It's terrible

Sent: 05/08/24, 18:30:07 PM GMT
Service: iMessage

Hannah Smith

Finally

Sent: 05/08/24, 18:35:16 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.42

APL-EG_10804956; APL-EG_11270752
APL-EG_11534419

Marni Goldberg

I wonder how long we will have to do redirect for now, though.

Sent: 05/08/24, 18:35:39 PM GMT
Service: iMessage

Marni Goldberg

Do we go equal?

Sent: 05/08/24, 18:35:54 PM GMT
Service: iMessage

Hannah Smith

Only if we feel its needed, I imagine

Sent: 05/08/24, 18:40:56 PM GMT
Service: iMessage

Hannah Smith

Mark is so cool and calm

Sent: 05/08/24, 18:57:03 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.43

APL-EG_10804956; APL-EG_11270752
APL-EG_11534420

Marni Goldberg

He is

Sent: 05/08/24, 18:57:08 PM GMT
Service: iMessage

Marni Goldberg

Oh Jesus Christ

Sent: 05/08/24, 18:57:39 PM GMT
Service: iMessage

Hannah Smith

Not. Good.

Sent: 05/08/24, 18:57:48 PM GMT
Service: iMessage

Marni Goldberg

This could not be going worse, in my opinion

Sent: 05/08/24, 18:58:01 PM GMT

CONFIDENTIAL

CX-0244.44

APL-EG_10804956; APL-EG_11270752
APL-EG_11534421

Service: iMessage

Hannah Smith

It has been awful

Sent: 05/08/24, 18:58:16 PM GMT
Service: iMessage

Hannah Smith

The judge's comments have only
emphasized that

Sent: 05/08/24, 18:58:32 PM GMT
Service: iMessage

Marni Goldberg

Anything on Twitter?

Sent: 05/08/24, 18:58:35 PM GMT

CONFIDENTIAL

CX-0244.45

APL-EG_10804956; APL-EG_11270752
APL-EG_11534422

Service: iMessage

Marni Goldberg

I think she's furious that her prior
decision has been so beneficial to us

Sent: 05/08/24, 18:58:57 PM GMT
Service: iMessage

Hannah Smith

https://twitter.com/matthewstoller/sta
tus/1788249990604702165

Sent: 05/08/24, 18:59:04 PM GMT
Service: iMessage

Marni Goldberg

And probably knows the DMA
compliance goes just far beyond this
injunction

Sent: 05/08/24, 18:59:24 PM GMT

CONFIDENTIAL

CX-0244.46

APL-EG_10804956; APL-EG_11270752
APL-EG_11534423

Service: iMessage

**Hannah Smith**

The 9 of 10 counts, you mean?

Sent: 05/08/24, 19:00:05 PM GMT
Service: iMessage

**Marni Goldberg**

Yes

Sent: 05/08/24, 19:00:18 PM GMT
Service: iMessage

**Marni Goldberg**

How is the weather there?

Sent: 05/08/24, 19:00:23 PM GMT
Service: iMessage

**Hannah Smith**

Hah - very hot

Sent: 05/08/24, 19:01:04 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.47

APL-EG_10804956; APL-EG_11270752
APL-EG_11534424

Marni Goldberg

The club has no power hahaha

Sent: 05/08/24, 19:01:14 PM GMT
Service: iMessage

Marni Goldberg

Wondered if it was storming

Sent: 05/08/24, 19:01:17 PM GMT
Service: iMessage

Hannah Smith

Omg

Sent: 05/08/24, 19:01:22 PM GMT
Service: iMessage

Hannah Smith

It wasn't earlier but I literally have no view of the outside - it could be snowing for all I know

Sent: 05/08/24, 19:01:41 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.48

APL-EG_10804956; APL-EG_11270752
APL-EG_11534425

Marni Goldberg

**Hahahaha**

Sent: 05/08/24, 19:01:56 PM GMT
Service: iMessage

Marni Goldberg

**The Verge isn't that bad**

Sent: 05/08/24, 19:39:33 PM GMT
Service: iMessage

Marni Goldberg

**Shira Ovide is going to write something scathing I am sure**

Sent: 05/08/24, 19:39:49 PM GMT
Service: iMessage

Hannah Smith

100 percent about how difficult it is for consumers, which I just don't agree with

Sent: 05/08/24, 19:40:29 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534426

Marni Goldberg

Questioned "100 percent about how difficult it is for consumer…"

Sent: 05/08/24, 19:40:55 PM GMT
Service: iMessage

Marni Goldberg

Fred says there are "beauts" on X. Have you seen more?

Sent: 05/08/24, 19:41:13 PM GMT
Service: iMessage

Hannah Smith

https://twitter.com/FortniteBoards/status/1788293336379564253

Sent: 05/08/24, 19:43:18 PM GMT
Service: iMessage

Hannah Smith

Not many beyond what we have

Sent: 05/08/24, 19:43:21 PM GMT
Service: iMessage

Hannah Smith

I just mean Shira will write that its too onerous for developers and consumers

Sent: 05/08/24, 19:43:50 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.50

APL-EG_10804956; APL-EG_11270752
APL-EG_11534427

Marni Goldberg

That's what I think too

Sent: 05/08/24, 19:43:51 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 19:46:17 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.51

APL-EG_10804956; APL-EG_11270752
APL-EG_11534428

Marni Goldberg



Sent: 05/08/24, 19:46:50 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 19:47:14 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 19:48:20 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 19:48:39 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.52

APL-EG_10804956; APL-EG_11270752
APL-EG_11534429

Marni Goldberg



Sent: 05/08/24, 19:48:48 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 19:49:10 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/08/24, 19:49:37 PM GMT

CONFIDENTIAL

CX-0244.53

APL-EG_10804956; APL-EG_11270752
APL-EG_11534430

Hannah Smith



Sent: 05/08/24, 19:50:00 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 19:50:06 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/08/24, 19:50:14 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534431

Marni Goldberg



Sent: 05/08/24, 19:50:28 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 19:50:44 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/08/24, 19:51:53 PM GMT
Service: iMessage

Marni Goldberg

█████████████████████

Sent: 05/08/24, 19:52:16 PM GMT
Service: iMessage

Hannah Smith

I forgot Epic would have another go
at this

Sent: 05/08/24, 20:05:46 PM GMT
Service: iMessage

Marni Goldberg

I didn't know they would in this
hearing

Sent: 05/08/24, 20:05:56 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.56

APL-EG_10804956; APL-EG_11270752
APL-EG_11534433

I also don't know if we get another go

Sent: 05/08/24, 20:06:05 PM GMT
Service: iMessage

Hannah Smith

I don't think we do

Sent: 05/08/24, 20:06:13 PM GMT
Service: iMessage

Hannah Smith

And I think this one is supposed to be brief

Sent: 05/08/24, 20:06:23 PM GMT
Service: iMessage

Hannah Smith

Which means nothing at this point

Sent: 05/08/24, 20:06:27 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.57

APL-EG_10804956; APL-EG_11270752
APL-EG_11534434

Marni Goldberg

This is just not what we expected

Sent: 05/08/24, 20:06:30 PM GMT
Service: iMessage

Marni Goldberg

She's vile

Sent: 05/08/24, 20:06:34 PM GMT
Service: iMessage

Hannah Smith

Do you think she's effective though?

Sent: 05/08/24, 20:06:45 PM GMT
Service: iMessage

Marni Goldberg

Moderately

Sent: 05/08/24, 20:06:52 PM GMT

CONFIDENTIAL

CX-0244.58

APL-EG_10804956; APL-EG_11270752
APL-EG_11534435

Service: iMessage

Marni Goldberg

I think she's gone too far

Sent: 05/08/24, 20:06:57 PM GMT
Service: iMessage

Marni Goldberg

I think their tactic is to keep him on the stand as long as possible.   She's made the same points multiple times

Sent: 05/08/24, 20:07:27 PM GMT
Service: iMessage

Hannah Smith

They want this whole news cycle to be based on his testimony, I'm sure

Sent: 05/08/24, 20:08:22 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534436

Marni Goldberg

I don't think their aim is the news.
Their audience is the judge

Sent: 05/08/24, 20:11:25 PM GMT
Service: iMessage

Hannah Smith

I think we should just put Phil in the
stand for everything

Sent: 05/08/24, 20:35:48 PM GMT
Service: iMessage

Marni Goldberg

Agree

Sent: 05/08/24, 20:35:53 PM GMT
Service: iMessage

Hannah Smith

All of these people are cringe

Sent: 05/08/24, 20:53:48 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534437

Marni Goldberg

The lawyers you mean?

Sent: 05/08/24, 20:54:02 PM GMT
Service: iMessage

Hannah Smith

Yes

Sent: 05/08/24, 20:54:07 PM GMT
Service: iMessage

Marni Goldberg

IMG_1706.HEIC

<<Attachment file name: IMG_1706.HEIC >>
Sent: 05/08/24, 20:55:31 PM GMT
Service: iMessage

Hannah Smith

Oh my goshhhh what a cutie

Sent: 05/08/24, 20:55:57 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534438

Marni Goldberg

Much cuter than this shit

Sent: 05/08/24, 20:55:58 PM GMT
Service: iMessage

Marni Goldberg

██████████████████

Sent: 05/08/24, 20:56:06 PM GMT
Service: iMessage

Hannah Smith

Seriously - needed that interjection

Sent: 05/08/24, 20:56:07 PM GMT
Service: iMessage

Marni Goldberg

██████████████████

Sent: 05/08/24, 20:56:12 PM GMT

CONFIDENTIAL

CX-0244.62

APL-EG_10804956; APL-EG_11270752
APL-EG_11534439

Hannah Smith



Sent: 05/08/24, 20:56:12 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/08/24, 20:56:23 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 20:56:29 PM GMT

CONFIDENTIAL

CX-0244.63

APL-EG_10804956; APL-EG_11270752
APL-EG_11534440

Service: iMessage

Hannah Smith



Sent: 05/08/24, 20:56:35 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 20:56:40 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 20:56:57 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534441

Marni Goldberg



Sent: 05/08/24, 20:57:03 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 20:57:13 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 20:57:43 PM GMT
Service: iMessage

Hannah Smith

Also this is making me want pizza

Sent: 05/08/24, 20:57:50 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.65

APL-EG_10804956; APL-EG_11270752
APL-EG_11534442

Marni Goldberg

> Meeeee too.  I also need coffee badly. Very very badly.

Sent: 05/08/24, 20:58:20 PM GMT
Service: iMessage

Hannah Smith

Is there anything nearby?

Sent: 05/08/24, 20:58:49 PM GMT
Service: iMessage

Marni Goldberg

> Starbucks. I need that and a post office to mail Mother's Day cards

Sent: 05/08/24, 20:59:08 PM GMT
Service: iMessage

Hannah Smith

I have got to get on that too

Sent: 05/08/24, 20:59:21 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.66

APL-EG_10804956; APL-EG_11270752
APL-EG_11534443

Marni Goldberg

Mine are already going to be late

Sent: 05/08/24, 20:59:29 PM GMT
Service: iMessage

Marni Goldberg

15 more mins 

Sent: 05/08/24, 20:59:49 PM GMT
Service: iMessage

Hannah Smith

Would love it if we can at least finish up Alex's cross

Sent: 05/08/24, 21:00:39 PM GMT
Service: iMessage

Hannah Smith

Did you get your flight??

Sent: 05/08/24, 21:00:45 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534444

CONFIDENTIAL                    CX-0244.67

Marni Goldberg

No. I want to double check with Fred first 😳

Sent: 05/08/24, 21:01:03 PM GMT
Service: iMessage

Marni Goldberg

Still nothing on WW?

Sent: 05/08/24, 21:01:34 PM GMT
Service: iMessage

Hannah Smith

Nope! Anything for you?

Sent: 05/08/24, 21:01:42 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.68

APL-EG_10804956; APL-EG_11270752
APL-EG_11534445

Marni Goldberg

No mama

Sent: 05/08/24, 21:01:49 PM GMT
Service: iMessage

Marni Goldberg

Maam

Sent: 05/08/24, 21:01:53 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 21:01:57 PM GMT
Service: iMessage

Hannah Smith

Hahahaha

Sent: 05/08/24, 21:02:14 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534446

Marni Goldberg

Ugh now she's moving this along

Sent: 05/08/24, 21:02:37 PM GMT
Service: iMessage

Marni Goldberg

Fuck

Sent: 05/08/24, 21:02:43 PM GMT
Service: iMessage

Hannah Smith

Oh dear god

Sent: 05/08/24, 21:02:52 PM GMT
Service: iMessage

Hannah Smith

That was not good

Sent: 05/08/24, 21:03:01 PM GMT
Service: iMessage

Marni Goldberg

This is so ugly

Sent: 05/08/24, 21:03:02 PM GMT
Service: iMessage

Hannah Smith

So so ugly

Sent: 05/08/24, 21:03:10 PM GMT
Service: iMessage

Marni Goldberg

Are you bored?

Sent: 05/08/24, 21:03:24 PM GMT
Service: iMessage

Hannah Smith

Sometimes but not when she speaks..

Sent: 05/08/24, 21:03:34 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.71

APL-EG_10804956; APL-EG_11270752
APL-EG_11534448

Marni Goldberg

I can't believe I have been able to stay awake

Sent: 05/08/24, 21:03:35 PM GMT
Service: iMessage

Marni Goldberg

I cant believe she just reminded him he was under oath

Sent: 05/08/24, 21:03:56 PM GMT
Service: iMessage

Hannah Smith

Seriously

Sent: 05/08/24, 21:04:04 PM GMT
Service: iMessage

Hannah Smith

I wonder how Mark is feeling right now

Sent: 05/08/24, 21:04:43 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.72

APL-EG_10804956; APL-EG_11270752
APL-EG_11534449

Marni Goldberg

Better now that YGR just called him an excellent lawyer?

Sent: 05/08/24, 21:05:07 PM GMT
Service: iMessage

Hannah Smith

Haha probably

Sent: 05/08/24, 21:05:15 PM GMT
Service: iMessage

Marni Goldberg

Or are you thinking about graduation?

Sent: 05/08/24, 21:05:16 PM GMT
Service: iMessage

Hannah Smith

I wasn't even thinking about that in this instance

Sent: 05/08/24, 21:05:27 PM GMT
Service: iMessage

Hannah Smith

But this whole thing is just a big pile of not great for him to deal with

Sent: 05/08/24, 21:05:40 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.73

APL-EG_10804956; APL-EG_11270752
APL-EG_11534450

Marni Goldberg

No it's not. This sucks

Sent: 05/08/24, 21:06:03 PM GMT
Service: iMessage

Marni Goldberg

God I wonder if press will show on
Friday bc it's Phil and bc this has
been so bad

Sent: 05/08/24, 21:06:29 PM GMT
Service: iMessage

Hannah Smith

They'll probably be more inclined

Sent: 05/08/24, 21:06:45 PM GMT
Service: iMessage

Hannah Smith

I'm surprised there hasn't been more
coverage

Sent: 05/08/24, 21:06:50 PM GMT
Service: iMessage

Hannah Smith

But also, everyone can tune in online,
so that may keep attendance in teh
courtroom low

Sent: 05/08/24, 21:07:09 PM GMT
Service: iMessage

Marni Goldberg

It's funny. The way the Verge wrote it, I am not sure how many people actually understand all of this stuff

Sent: 05/08/24, 21:07:20 PM GMT
Service: iMessage

Marni Goldberg

"These hearings are going to be a lot of nitty-gritty details about App Store guidelines. Today, for example, involves a lot of questioning about buttons. (Apple restricts button styles (https://www.theverge.com/2021/9/10/22667161/app-store-epic-ruling-difference-button-external-link)    for links that go outside (https://www.theverge.com/24049014/apple-epic-court-ruling-developer-tax) of their in-app payment system.)"

APL-EG_10804956; APL-EG_11270752
APL-EG_11534452

Sent: 05/08/24, 21:07:48 PM GMT
Service: iMessage

Hannah Smith

Right, or how inclined they are to pay attention to "errant" comments from the judge during proceedings

Sent: 05/08/24, 21:07:57 PM GMT
Service: iMessage

Marni Goldberg

We App Store nerds understand

Sent: 05/08/24, 21:07:58 PM GMT
Service: iMessage

Hannah Smith

Hahah

Sent: 05/08/24, 21:08:03 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534453

Marni Goldberg

I am not telling anyone how bad this
has been

Sent: 05/08/24, 21:08:26 PM GMT
Service: iMessage

Marni Goldberg

I think others might want to send a
different message

Sent: 05/08/24, 21:08:36 PM GMT
Service: iMessage

Marni Goldberg

Or I am just not sure

Sent: 05/08/24, 21:08:43 PM GMT
Service: iMessage

Hannah Smith

Yeah, do you think we'll just send up
coverage as part of a legal summary?

Sent: 05/08/24, 21:09:02 PM GMT
Service: iMessage

CX-0244.77

APL-EG_10804956; APL-EG_11270752
APL-EG_11534454

Marni Goldberg

I will ask but I can't imagine there is going to be much coverage. Also Phil and Kate are here …

Sent: 05/08/24, 21:09:36 PM GMT
Service: iMessage

Hannah Smith

Totally

Sent: 05/08/24, 21:09:58 PM GMT
Service: iMessage

Marni Goldberg

Birthday treat

IMG_1707.HEIC

<<Attachment file name: IMG_1707.HEIC >>
Sent: 05/08/24, 21:10:22 PM GMT

APL-EG_10804956; APL-EG_11270752
APL-EG_11534455

Service: iMessage

Hannah Smith

> Loveee

Sent: 05/08/24, 21:10:57 PM GMT
Service: iMessage

Hannah Smith

> Alright well this is never ending

Sent: 05/08/24, 21:13:06 PM GMT
Service: iMessage

Marni Goldberg

> Ok he said to make my arrangements to go

Sent: 05/08/24, 21:14:40 PM GMT

CONFIDENTIAL

CX-0244.79

APL-EG_10804956; APL-EG_11270752
APL-EG_11534456

Service: iMessage

Hannah Smith

Home?

Sent: 05/08/24, 21:15:21 PM GMT
Service: iMessage

Hannah Smith

That's great

Sent: 05/08/24, 21:15:24 PM GMT
Service: iMessage

Marni Goldberg

Liked "That's great"

Sent: 05/08/24, 21:15:32 PM GMT
Service: iMessage

Marni Goldberg

I just wiped out on the sidewalk.

Sent: 05/08/24, 21:23:52 PM GMT
Service: iMessage

Marni Goldberg

Like literally went flying.

Sent: 05/08/24, 21:24:03 PM GMT
Service: iMessage

Hannah Smith

Oh noooo!!!

Sent: 05/08/24, 21:24:08 PM GMT
Service: iMessage

Hannah Smith

Hahaha are you ok?!

Sent: 05/08/24, 21:24:15 PM GMT
Service: iMessage

Marni Goldberg

Extremely bruised ego

Sent: 05/08/24, 21:25:42 PM GMT
Service: iMessage

Hannah Smith

Everyone has already forgotten it!

Sent: 05/08/24, 21:33:09 PM GMT
Service: iMessage

Marni Goldberg

In a post mortem now. Everyone
agrees that went HORRIBLE.

Sent: 05/08/24, 21:34:40 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534459

Marni Goldberg

Phil looks like he's going to cry

Sent: 05/08/24, 21:34:53 PM GMT
Service: iMessage

Hannah Smith

Ugh that is devastating

Sent: 05/08/24, 21:35:57 PM GMT
Service: iMessage

Marni Goldberg

You could have heard a PIN drop in that courtroom

Sent: 05/08/24, 21:36:38 PM GMT
Service: iMessage

Hannah Smith

Why do they think it was so brutal? Because she feels the need to make up for the other parts of her decision?

Sent: 05/08/24, 21:36:39 PM GMT
Service: iMessage

APL-EG_10804956; APL-EG_11270752
APL-EG_11534460

Marni Goldberg

No one has said that.

Sent: 05/08/24, 21:40:25 PM GMT
Service: iMessage

Marni Goldberg

But we are 1000 percent on defense

Sent: 05/08/24, 21:40:33 PM GMT
Service: iMessage

Marni Goldberg

Nothing there was damaging to them.

Sent: 05/08/24, 21:40:39 PM GMT
Service: iMessage

Hannah Smith

No not a thing

Sent: 05/08/24, 21:40:55 PM GMT
Service: iMessage

Hannah Smith

I forget, are we calling any witnesses from epic?

Sent: 05/08/24, 21:41:11 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.84

APL-EG_10804956; APL-EG_11270752
APL-EG_11534461

Marni Goldberg

We are not. They are supposed to call some ppl

Sent: 05/08/24, 21:41:26 PM GMT
Service: iMessage

Hannah Smith

It's just hard to see how we turn the tables

Sent: 05/08/24, 21:42:32 PM GMT
Service: iMessage

Marni Goldberg

Broad agreement Matt was terrible

Sent: 05/08/24, 21:48:09 PM GMT
Service: iMessage

Hannah Smith

Oh no doubt

Sent: 05/08/24, 21:48:29 PM GMT
Service: iMessage

Hannah Smith

I actually really feel for Phil

Sent: 05/08/24, 21:51:18 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534462

Marni Goldberg

He's not being angry right now.

Sent: 05/08/24, 21:51:28 PM GMT
Service: iMessage

Marni Goldberg

It's odd. That was SO bad

Sent: 05/08/24, 21:51:34 PM GMT
Service: iMessage

Hannah Smith

All of it

Sent: 05/08/24, 21:51:52 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 22:11:17 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 22:11:35 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534463

Marni Goldberg



Sent: 05/08/24, 22:11:53 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 22:11:57 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 22:12:20 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 22:13:16 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0244.87





Sent: 05/08/24, 22:13:32 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 22:13:46 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 22:13:49 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/08/24, 22:14:25 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534465

Marni Goldberg



Sent: 05/08/24, 22:14:38 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 22:14:44 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/08/24, 22:14:46 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/08/24, 22:14:53 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804956; APL-EG_11270752
APL-EG_11534466

Marni Goldberg

Nothing else published right?

Sent: 05/08/24, 23:54:48 PM GMT
Service: iMessage

Hannah Smith

Nope

Sent: 05/08/24, 23:55:51 PM GMT
Service: iMessage

CX-0244.90

APL-EG_10804956; APL-EG_11270752
APL-EG_11534467

CONFIDENTIAL

CX-0244.91

APL-EG_10805046; APL-EG_11270842
APL-EG_11534468

CONFIDENTIAL

APL-EG_10805047; APL-EG_11270843
APL-EG_11534469



CONFIDENTIAL

CX-0244.93

APL-EG_10805048; APL-EG_11270844
APL-EG_11534470



CONFIDENTIAL

APL-EG_10805049; APL-EG_11270845
APL-EG_11534471

CONFIDENTIAL

CX-0244.95

APL-EG_11534472