| Field | Value |
|---|---|
| Control Number | APL-EG_10682412 |
| Group Identifier | APL-EG_10682412 |
| P/C | |
| FamilyStatus | |
| AllCustodians | Oliver, Carson |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | 6/13/2023 |
| TimeLastModified | 15:58:51 |
| DateCreated | 6/13/2023 |
| Email Subject | |
| Title | |
| Filename | Prepared at the request of Counsel: 06.13.23 Wisconsin Follow up Notes.pages.pages |
| Application | |
| Confidentiality_Rcvd | CONFIDENTIAL |
| Production Vol. | APL-EG_081 |

**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0251**
Date Entered_____
By_____

CX-0251.1

Attorney Work Product
Privileged and Confidential
Prepared at the request of Counsel

## 6/13 Epic Injunction Next Steps

**Key Takeaways**
- Present all three options (starting with Option 1: No Commission) to Tim sent over email asap
- Options are:
  - Option 1: Standard commission with -3% discount on cost of payment for transactions that are resulting from a link in-app. We need to come up with a session time (~24-48hrs)
  - Option 2: Variation on option 1 but subscriptions has a different session time. Team to propose session time for subscriptions
  - Option 2: Flat Affiliate Fee per tap (on button/link) with time limit
- Deck changes include:
  - [Attorney Client Privilege]
  - Option 2: add a visual to demonstrate timeframes for attribution & 24-48 hr window
  - Break Considerations into Pros and Cons on slides
  - Design slides: remove "Any other language options" from slide and change designs to remove anything that's not in the template
  - Finance: Option C: Flat Affiliate Fee Games Pricing - simplify the price to be the same across both apps & Games at $10. Also show that we're proposing to charge less than the average LTV

**Immediate next steps:**
- Step 1: Timo/Finance to revise deck with changes and send to the core team + Matt asap
- Step 2: [Attorney Client Privilege] [Attorney Client Privilege]
- Step 3: [Attorney Client Privilege] [Attorney Client Privilege]

**Notes from meeting:**
1. [Attorney Client Privilege]
   - We need to send this to Tim ASAP

2. Commission justification & financial options (Timo, Kunnal, Nate)
   - Option 2A: Discounted commission
     - Commission for linking out with cost of payments discount (-3%)
     - [redacted]
     - It also has measurement and collection risk
     - There's no timeframe, except for subsscriptions
   - Option 2B: Discounted commission with Time Limit
     - -3% Y1, 0% commission in Y2
     - Time counter would start the moment the customer clicks the link out; applied to IAP and subs
     - Proposal: The commission would only be applied to activity from in app to web. Adding a commission on any purchasing after clicking on a link to the dev website. For subs, it drops to 0 after a year
     - Attribution timeframe - 1 year; 24-48 hrs after each tap
     - Recommendation: Any purchase that comes from a link to external web store has a commission/charge. Anything else that happens is not subject to commission.
     - For subs it's for initial transaction we toll the commission

U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0251**
Date Entered _____
By _____

        - Options 2A and 2B are effectively the same, but we only take commission on the first transaction - we need to define what the session length will be
        - We need to think through the work arounds that developers will come up with
        - Goal is simple, easy to explain to judge, and developers
    - Option C: Flat Affiliate fee
        - Flat fee per tap
        - We get paid for the handoff
        - This is way less work b/c we already have the sheet
        - Not sure if it's instrumented? Need eng. to weigh in
        - Consideration: for small devs it's risky for flat fee per tap whereas commission is a shared responsibility.

3. Design updates showing templates for language, button/link, and in-situ (Monika, Joe, Joseph)
- Option 2 Placement - looks good
- Remove "Any other language options" from slide and change designs to remove anything that's not in the template

**Pricing - Option C: Flat Affiliate Fee Games Pricing**
- Tolled against every click in app
- [Attorney Client Privilege]
- Simplify the price to be the same across both apps & Games at $10
- [Attorney Client Privilege]
- [Attorney Client Privilege]
- Average week 1 LTV and we cut it in half; that's what we're charging
- Average is the mean
- We need device ID or Apple ID