**Chat Participants:** Marni Goldberg ███████ , Hannah Smith ████████ , Hannah Smith ████████

**Chat Start Date:** 05/10/24, 00:33:24 AM GMT

**Chat End Date:** 05/10/24, 23:55:17 PM GMT

**Service(s):** iMessage

---

May 10, 2024

Marni Goldberg

This is brand new right?

Sent: 05/10/24, 00:33:24 AM GMT
Service: iMessage



PLAINTIFF
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0257**
Date Entered_____
By_____

Marni Goldberg

https://www.businesstimes.com.sg/companies-markets/telcos-media-tech/microsoft-launch-mobile-game-store-vying-apple-google

Sent: 05/10/24, 00:33:27 AM GMT
Service: iMessage

Hannah Smith

I think so

Sent: 05/10/24, 00:34:48 AM GMT
Service: iMessage

Marni Goldberg

Trying to access it

Sent: 05/10/24, 00:34:58 AM GMT

CX-0257.2

APL-EG_10804281

Service: iMessage

Marni Goldberg

Got it

Sent: 05/10/24, 00:36:37 AM GMT
Service: iMessage

Marni Goldberg

I wanted the Bloomberg report

Sent: 05/10/24, 00:36:44 AM GMT
Service: iMessage

Hannah Smith

Yeah I I have all of our passwords
saved on my computer (the link)

Sent: 05/10/24, 00:37:06 AM GMT
Service: iMessage

Hannah Smith

But need to put it on my phone

Sent: 05/10/24, 00:37:18 AM GMT
Service: iMessage

Marni Goldberg

Can you just triple check me that Anna didn't include this

Sent: 05/10/24, 00:38:02 AM GMT
Service: iMessage

Marni Goldberg

And that it wasn't in Cathy's report today?

Sent: 05/10/24, 00:38:27 AM GMT
Service: iMessage

Hannah Smith

No in Anna's

Sent: 05/10/24, 00:38:51 AM GMT
Service: iMessage

Hannah Smith

Not in Cathy's either

Sent: 05/10/24, 00:39:47 AM GMT
Service: iMessage

Marni Goldberg

K 

Sent: 05/10/24, 00:41:33 AM GMT
Service: iMessage

Marni Goldberg

Were you on that email from Fred?

Sent: 05/10/24, 00:46:35 AM GMT
Service: iMessage

Hannah Smith

No

Sent: 05/10/24, 00:46:56 AM GMT
Service: iMessage

Marni Goldberg

Ok me either.

Sent: 05/10/24, 00:47:03 AM GMT

Service: iMessage

Marni Goldberg

https://www.ft.com/content/8b9a8b3
0-4b83-4792-b5b0-366b0f2f03e9

Sent: 05/10/24, 01:21:02 AM GMT
Service: iMessage

Marni Goldberg

I think fine to wait until the morning

Sent: 05/10/24, 01:21:08 AM GMT
Service: iMessage

Hannah Smith

Liked "I think fine to wait until the
morning "

Sent: 05/10/24, 01:24:49 AM GMT
Service: iMessage

       APL-EG_10804285

Marni Goldberg

> Do you have the link for the hearing this afternoon?

Sent: 05/10/24, 13:45:16 PM GMT
Service: iMessage

Hannah Smith

It should still be this:  https://cand-uscourts.zoomgov.com/j/1618764848?pwd=bW03Y2NvV0YrK2FQSkxoMXRxOWprQT09 (https://cand-uscourts.zoomgov.com/j/1618764848?pwd=bW03Y2NvV0YrK2FQSkxoMXRxOWprQT09) Webinar ID: 161  876 4848 (tel:876%204848)  Password: 715550

Sent: 05/10/24, 13:46:01 PM GMT
Service: iMessage

APL-EG_10804286

Marni Goldberg

Great, TY

Sent: 05/10/24, 13:46:15 PM GMT
Service: iMessage

Marni Goldberg

Did we get?

Sent: 05/10/24, 16:22:24 PM GMT
Service: iMessage

Marni Goldberg

https://www.theverge.com/2024/5/10
/24153421/openai-chatgpt-google-
search-competitor-service-io

Sent: 05/10/24, 16:22:27 PM GMT
Service: iMessage

Hannah Smith

Hadn't included this, but I'll send it
over

Sent: 05/10/24, 16:22:39 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 16:22:47 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 18:15:44 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 18:17:01 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 18:19:36 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 18:20:12 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 18:20:17 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 18:20:28 PM GMT
Service: iMessage

CX-0257.10

APL-EG_10804289

Marni Goldberg



Sent: 05/10/24, 18:21:09 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 18:33:23 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 18:46:41 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 18:47:09 PM GMT
Service: iMessage

CX-0257.11

APL-EG_10804290

Marni Goldberg

Have you logged on? I'm just seeing a black screen and I didn't need to enter any numbers

Sent: 05/10/24, 18:50:38 PM GMT
Service: iMessage

Hannah Smith

I didn't have to enter any numbers last time!

Sent: 05/10/24, 18:51:49 PM GMT
Service: iMessage

Marni Goldberg

No video?!

Sent: 05/10/24, 18:58:57 PM GMT

APL-EG_10804291

Service: iMessage

Hannah Smith

Well apparently not!

Sent: 05/10/24, 18:59:05 PM GMT
Service: iMessage

Marni Goldberg

Shit.

Sent: 05/10/24, 18:59:10 PM GMT
Service: iMessage

Hannah Smith

Last time, there wasn't video of the
witness

Sent: 05/10/24, 18:59:14 PM GMT
Service: iMessage

Hannah Smith

Just the attorneys

Sent: 05/10/24, 18:59:17 PM GMT
Service: iMessage

CONFIDENTIAL                    CX-0257.13                    APL-EG_10804292

Marni Goldberg



Sent: 05/10/24, 18:59:28 PM GMT
Service: iMessage

Hannah Smith

You couldn't see anything

Sent: 05/10/24, 18:59:32 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 19:01:11 PM GMT
Service: iMessage

Hannah Smith

Hallelujah!

Sent: 05/10/24, 19:01:22 PM GMT
Service: iMessage

Marni Goldberg

I'll take 4:30

Sent: 05/10/24, 19:01:24 PM GMT
Service: iMessage

Hannah Smith

We'll take what we can get

Sent: 05/10/24, 19:01:34 PM GMT
Service: iMessage

Hannah Smith

Oh god

Sent: 05/10/24, 19:01:50 PM GMT
Service: iMessage

Hannah Smith

Thursday?

Sent: 05/10/24, 19:01:58 PM GMT
Service: iMessage

Marni Goldberg

Thursday I guess.

Sent: 05/10/24, 19:02:07 PM GMT
Service: iMessage

Marni Goldberg

Is that a bad day?

Sent: 05/10/24, 19:02:11 PM GMT
Service: iMessage

Hannah Smith

No no, it's ok

Sent: 05/10/24, 19:02:26 PM GMT
Service: iMessage

Hannah Smith

I just hope that at the end of the day
we don't have to physically be there
on Friday

Sent: 05/10/24, 19:02:45 PM GMT
Service: iMessage

Marni Goldberg

**Praying as welll**

Sent: 05/10/24, 19:03:13 PM GMT
Service: iMessage

Marni Goldberg

**Is fgs on this and social**

Sent: 05/10/24, 19:03:26 PM GMT
Service: iMessage

Hannah Smith

Yup

Sent: 05/10/24, 19:03:31 PM GMT
Service: iMessage

Marni Goldberg

Ultimately, it's the Phil issue that's up
to Fred. Phil is his guy.

Sent: 05/10/24, 19:05:26 PM GMT

Service: iMessage

Marni Goldberg

AP and MLEX are there

Sent: 05/10/24, 19:05:43 PM GMT
Service: iMessage

Hannah Smith

I'm sure Alex has been miserable the last couple days, not being able to talk to anyone

Sent: 05/10/24, 19:15:12 PM GMT
Service: iMessage

Marni Goldberg

Oh completely

Sent: 05/10/24, 19:15:57 PM GMT

Service: iMessage

Marni Goldberg

Also this is extremely in the weeds

Sent: 05/10/24, 19:16:04 PM GMT
Service: iMessage

Hannah Smith

Yeah, the biggest takeaway so far has been that he said "yes" when the lawyer said "these are figures apple essentially made up"

Sent: 05/10/24, 19:16:37 PM GMT
Service: iMessage

Marni Goldberg

Correct

Sent: 05/10/24, 19:16:52 PM GMT

CONFIDENTIAL

CX-0257.19

APL-EG_10804298

Service: iMessage

Marni Goldberg

But I am not sure that's totally bad …

Sent: 05/10/24, 19:17:13 PM GMT
Service: iMessage

Marni Goldberg

Why is this so hard

Sent: 05/10/24, 19:25:33 PM GMT
Service: iMessage

Hannah Smith

I have no idea

Sent: 05/10/24, 19:25:56 PM GMT
Service: iMessage

Marni Goldberg

Seems so so bad

Sent: 05/10/24, 19:26:14 PM GMT
Service: iMessage

Hannah Smith

Excruciating

Sent: 05/10/24, 19:26:36 PM GMT
Service: iMessage

Marni Goldberg

Were these questions part of prep?

Sent: 05/10/24, 19:34:52 PM GMT
Service: iMessage

Hannah Smith

There have to be better answers to
some of these….

Sent: 05/10/24, 19:34:53 PM GMT
Service: iMessage

Marni Goldberg

Who prepped him?

Sent: 05/10/24, 19:34:57 PM GMT
Service: iMessage

Hannah Smith

Mark and Jen

Sent: 05/10/24, 19:35:30 PM GMT
Service: iMessage

Marni Goldberg

Was this the line of questioning at all?

Sent: 05/10/24, 19:35:55 PM GMT
Service: iMessage

Marni Goldberg

Fuck

Sent: 05/10/24, 19:43:13 PM GMT

Service: iMessage

Marni Goldberg

Carson has an answer to this

Sent: 05/10/24, 19:43:17 PM GMT
Service: iMessage

Hannah Smith

Not like this

Sent: 05/10/24, 19:44:04 PM GMT
Service: iMessage

Hannah Smith

We have got to get Carson on the stand

Sent: 05/10/24, 19:44:10 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0257.23

APL-EG_10804302

Marni Goldberg

Goddamn I hate all of this calling out by name

Sent: 05/10/24, 19:48:06 PM GMT
Service: iMessage

Marni Goldberg

Carson didn't decide anything did he?!

Sent: 05/10/24, 19:48:14 PM GMT
Service: iMessage

Hannah Smith

Certainly not on his own!

Sent: 05/10/24, 19:48:45 PM GMT
Service: iMessage

Hannah Smith

Who also knew nothing

Sent: 05/10/24, 19:49:36 PM GMT
Service: iMessage

Marni Goldberg

This is so awkward

Sent: 05/10/24, 19:49:37 PM GMT
Service: iMessage

Hannah Smith

It is so painful to listen to

Sent: 05/10/24, 19:49:44 PM GMT
Service: iMessage

Marni Goldberg

I thought Alex was going to cry at one point

Sent: 05/10/24, 19:50:05 PM GMT
Service: iMessage

Hannah Smith

I feel for him so much

Sent: 05/10/24, 19:50:40 PM GMT
Service: iMessage

CX-0257.25

APL-EG_10804304

Marni Goldberg



Sent: 05/10/24, 19:51:09 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 19:55:42 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 19:55:46 PM GMT

CX-0257.26

APL-EG_10804305

CX-0257.27
APL-EG_10804306

CX-0257.28

APL-EG_10804307

Sent: 05/10/24, 19:55:48 PM GMT

APL-EG_10804308

Service: iMessage

Marni Goldberg



Sent: 05/10/24, 19:55:55 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 19:56:01 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 19:56:59 PM GMT
Service: iMessage

CX-0257.30

APL-EG_10804309

Marni Goldberg

Thank you

Sent: 05/10/24, 19:57:05 PM GMT
Service: iMessage

Marni Goldberg

Ouch

Sent: 05/10/24, 20:24:40 PM GMT
Service: iMessage

Hannah Smith

Wait, what was that?

Sent: 05/10/24, 20:24:52 PM GMT
Service: iMessage

Marni Goldberg

Did cook or shiller ask you to present
what the cost would be to developers
No

CONFIDENTIAL

CX-0257.31

APL-EG_10804310

Sent: 05/10/24, 20:25:28 PM GMT
Service: iMessage

Hannah Smith

Ugh

Sent: 05/10/24, 20:26:06 PM GMT
Service: iMessage

Marni Goldberg

What time was the meeting?!

Sent: 05/10/24, 20:26:18 PM GMT
Service: iMessage

Marni Goldberg

What the fuck

Sent: 05/10/24, 20:26:21 PM GMT
Service: iMessage

Hannah Smith

What does she need to know timing for?

Sent: 05/10/24, 20:26:29 PM GMT
Service: iMessage

CX-0257.32

APL-EG_10804311

Marni Goldberg

She may very well hold us in contempt

Sent: 05/10/24, 20:26:41 PM GMT
Service: iMessage

Hannah Smith

This is awful

Sent: 05/10/24, 20:26:49 PM GMT
Service: iMessage

Marni Goldberg

Horrid

Sent: 05/10/24, 20:27:44 PM GMT
Service: iMessage

Hannah Smith

Oh dear god

Sent: 05/10/24, 20:49:35 PM GMT
Service: iMessage



Attorney Client Privilege

Hannah Smith

Dear god

Sent: 05/10/24, 20:50:17 PM GMT
Service: iMessage

Marni Goldberg

https://x.com/florian4gamers/status/1789026116377641009?s=42&t=JiHkh_gDqjD6Mf_38Ff4mw

Sent: 05/10/24, 21:04:22 PM GMT
Service: iMessage

Hannah Smith

I mean hopefully people are just caught in the weeds on this

Sent: 05/10/24, 21:06:05 PM GMT
Service: iMessage

Hannah Smith

Let me know what you think of this

Sent: 05/10/24, 21:16:57 PM GMT
Service: iMessage

Hannah Smith





Sent: 05/10/24, 21:16:58 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 21:17:29 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 21:17:56 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 21:18:24 PM GMT
Service: iMessage

CX-0257.37

APL-EG_10804316

Marni Goldberg

Liked "Fixed one typo in the second to last bullet:  Thi…"

Sent: 05/10/24, 21:18:36 PM GMT
Service: iMessage

Marni Goldberg

Are you hearing anything?

Sent: 05/10/24, 21:30:28 PM GMT
Service: iMessage

Hannah Smith

Yes

Sent: 05/10/24, 21:30:51 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0257.38

APL-EG_10804317

Marni Goldberg

Ok I logged out and back in

Sent: 05/10/24, 21:31:27 PM GMT
Service: iMessage

Hannah Smith

Whew

Sent: 05/10/24, 21:31:59 PM GMT
Service: iMessage

Marni Goldberg

█████████████████████

Sent: 05/10/24, 21:33:23 PM GMT
Service: iMessage

Hannah Smith

████████████████

Sent: 05/10/24, 21:33:35 PM GMT
Service: iMessage

Marni Goldberg

Ayman is definitely going to get called to testify

Sent: 05/10/24, 21:56:48 PM GMT
Service: iMessage

Hannah Smith

For sure

Sent: 05/10/24, 21:56:55 PM GMT
Service: iMessage

Marni Goldberg

Fred: If I were Ayman, I would go to Suit Supply this wekeend

Sent: 05/10/24, 21:57:33 PM GMT
Service: iMessage

Hannah Smith

Wowowow

Sent: 05/10/24, 21:57:41 PM GMT
Service: iMessage

Marni Goldberg

I said the same thing to him — they are going to call Ayman. His name has come up twice

Sent: 05/10/24, 21:57:58 PM GMT
Service: iMessage

Marni Goldberg

This is going to last for months

Sent: 05/10/24, 21:58:05 PM GMT
Service: iMessage

Hannah Smith

Dear lord

Sent: 05/10/24, 21:58:21 PM GMT
Service: iMessage

Hannah Smith

Is Fred there today?

Sent: 05/10/24, 21:58:25 PM GMT
Service: iMessage

Marni Goldberg

Yes he is in court

Sent: 05/10/24, 21:58:30 PM GMT
Service: iMessage

Marni Goldberg

There are a lot of things I don't like —
briefings with Japan team, middle of
the night stuff in Australia … but this
is actually extremely interesting to me

Sent: 05/10/24, 21:59:14 PM GMT
Service: iMessage

Marni Goldberg

Even though its boring

Sent: 05/10/24, 21:59:18 PM GMT

Service: iMessage

Hannah Smith

The court days themselves are
fascinating

Sent: 05/10/24, 22:00:30 PM GMT
Service: iMessage

Marni Goldberg

Yes I agree

Sent: 05/10/24, 22:03:03 PM GMT
Service: iMessage

Marni Goldberg

And it seems the preps were not even
slightly applicable to these days

Sent: 05/10/24, 22:03:12 PM GMT

CX-0257.43                    APL-EG_10804322

Service: iMessage

Marni Goldberg

You heard YGR say that we are not going to get through Alex today right?

Sent: 05/10/24, 22:03:30 PM GMT
Service: iMessage

Hannah Smith

Disliked "And it seems the preps were not even slightly appl…"

Sent: 05/10/24, 22:04:35 PM GMT
Service: iMessage

Hannah Smith

Sure did

Sent: 05/10/24, 22:04:37 PM GMT
Service: iMessage

Marni Goldberg

What do you think on coverage tonight? I think maybe MLex, but it will take a while

Sent: 05/10/24, 22:05:02 PM GMT
Service: iMessage

Marni Goldberg

I can text Alex and Mike

Sent: 05/10/24, 22:05:07 PM GMT
Service: iMessage

Marni Goldberg

Do you have MIke's phone number?

Sent: 05/10/24, 22:05:17 PM GMT
Service: iMessage

https://x.com/jason_kint/status/17890
54044666786230?
s=42&t=JiHkh_gDqjD6Mf_38Ff4mw

Sent: 05/10/24, 22:05:57 PM GMT
Service: iMessage

Hannah Smith

Mike's number is    PII

Sent: 05/10/24, 22:06:23 PM GMT
Service: iMessage

Hannah Smith

Agree on coverage

Sent: 05/10/24, 22:06:27 PM GMT
Service: iMessage

Marni Goldberg

I'll text them like 20 mins after this wraps. Don't want to seem too eager

Sent: 05/10/24, 22:06:52 PM GMT
Service: iMessage

Hannah Smith

Liked "I'll text them like 20 mins after this wraps. Don'…"

Sent: 05/10/24, 22:07:20 PM GMT
Service: iMessage

Hannah Smith

Just to ask if they plan to write?

Sent: 05/10/24, 22:07:25 PM GMT
Service: iMessage

Marni Goldberg

Ya

Sent: 05/10/24, 22:10:24 PM GMT
Service: iMessage

Marni Goldberg

I did that on Wed with █████

Sent: 05/10/24, 22:10:29 PM GMT
Service: iMessage

Marni Goldberg

████████████████████

Sent: 05/10/24, 22:10:32 PM GMT
Service: iMessage

Hannah Smith

████████████████

Sent: 05/10/24, 22:10:50 PM GMT
Service: iMessage

Marni Goldberg

It might be a good thing that YGR has slowed her questioning down.

Sent: 05/10/24, 22:10:52 PM GMT
Service: iMessage

Marni Goldberg

She is hopefully listening to Alex and taking it in

Sent: 05/10/24, 22:11:00 PM GMT
Service: iMessage

Hannah Smith

I was just thinking that

Sent: 05/10/24, 22:11:02 PM GMT
Service: iMessage

CX-0257.49

APL-EG_10804328

Marni Goldberg

Oh spoke too soon

Sent: 05/10/24, 22:11:04 PM GMT
Service: iMessage

Hannah Smith

Haha yep

Sent: 05/10/24, 22:11:09 PM GMT
Service: iMessage

Marni Goldberg

Its really not fair … this launched four seconds ago

Sent: 05/10/24, 22:11:47 PM GMT
Service: iMessage

Hannah Smith

Exactly

Sent: 05/10/24, 22:12:10 PM GMT
Service: iMessage

Hannah Smith

And the year year and a half thing is definitely more in line with what we'd expect (judging from DMA and what Carson has said)

Sent: 05/10/24, 22:12:36 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0257.50

APL-EG_10804329

Marni Goldberg

**This is a great example!**

Sent: 05/10/24, 22:13:18 PM GMT
Service: iMessage

Marni Goldberg

**Small Business Program — RELY ON THAT**

Sent: 05/10/24, 22:13:24 PM GMT
Service: iMessage

Hannah Smith

YES

Sent: 05/10/24, 22:13:29 PM GMT
Service: iMessage

Hannah Smith

She is so short

Sent: 05/10/24, 22:13:48 PM GMT
Service: iMessage

Hannah Smith

The list of things to discuss with Carson is like 10 pages long at this point

Sent: 05/10/24, 22:14:14 PM GMT
Service: iMessage

Marni Goldberg

Carson, cleanup aisle 90000

Sent: 05/10/24, 22:14:15 PM GMT
Service: iMessage

Hannah Smith

Hahah YUP

Sent: 05/10/24, 22:14:22 PM GMT
Service: iMessage

Hannah Smith

Eeekkk

Sent: 05/10/24, 22:14:36 PM GMT
Service: iMessage

Marni Goldberg

I feel SO bad for Carson! This is all so awful

Sent: 05/10/24, 22:15:12 PM GMT

APL-EG_10804331

Service: iMessage

Hannah Smith

I know, I feel for all of them

Sent: 05/10/24, 22:15:53 PM GMT
Service: iMessage

Hannah Smith

And imagine testifying in front of Phil

Sent: 05/10/24, 22:16:02 PM GMT
Service: iMessage

Marni Goldberg

Not really Matt

Sent: 05/10/24, 22:16:03 PM GMT
Service: iMessage

Hannah Smith

Oh totally re Matt

Sent: 05/10/24, 22:16:14 PM GMT
Service: iMessage

CONFIDENTIAL                    CX-0257.53                    APL-EG_10804332

Marni Goldberg

I hope Alex doesn't get fired

Sent: 05/10/24, 22:16:16 PM GMT
Service: iMessage

Marni Goldberg

Matt maybe deserves to

Sent: 05/10/24, 22:16:20 PM GMT
Service: iMessage

Hannah Smith

I had that thought re: Alex. But it's just not fair to be judged on something like this

Sent: 05/10/24, 22:16:45 PM GMT
Service: iMessage

Hannah Smith

Matt seems to not know anything that's going on

Sent: 05/10/24, 22:16:56 PM GMT
Service: iMessage

CX-0257.54

APL-EG_10804333

Marni Goldberg

Which is criminal

Sent: 05/10/24, 22:17:01 PM GMT
Service: iMessage

Marni Goldberg

Name checking the CEO and Schiller
is not great though

Sent: 05/10/24, 22:17:15 PM GMT
Service: iMessage

Hannah Smith

Wasn't he asked to name who was in
the room?

Sent: 05/10/24, 22:17:37 PM GMT
Service: iMessage

Marni Goldberg

**Yeah but still**

Sent: 05/10/24, 22:17:51 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:17:57 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:18:09 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:18:12 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:18:16 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:19:08 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:19:18 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:19:29 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:19:31 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:19:40 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:19:44 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:20:13 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:20:17 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:20:33 PM GMT
Service: iMessage

CX-0257.59

Marni Goldberg



Sent: 05/10/24, 22:20:41 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:21:27 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:21:30 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:21:49 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:21:54 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0257.60

APL-EG_10804339

Marni Goldberg



Sent: 05/10/24, 22:21:55 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:22:06 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:22:11 PM GMT
Service: iMessage



Sent: 05/10/24, 22:22:18 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:22:25 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:22:53 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:23:06 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:23:13 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:23:14 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:23:17 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:23:23 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:23:28 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:23:44 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:23:49 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:23:52 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:23:57 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:24:02 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0257.65

APL-EG_10804344

Marni Goldberg



Sent: 05/10/24, 22:24:07 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:24:16 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:24:17 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:24:33 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:24:57 PM GMT
Service: iMessage

CX-0257.66
APL-EG_10804345

Marni Goldberg



Sent: 05/10/24, 22:25:11 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:25:20 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:25:27 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:25:41 PM GMT
Service: iMessage

CX-0257.67

Marni Goldberg



Sent: 05/10/24, 22:25:54 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:25:58 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:26:03 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:26:20 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:26:25 PM GMT
Service: iMessage

CX-0257.68

Marni Goldberg



Sent: 05/10/24, 22:26:39 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:26:43 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:27:07 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:27:11 PM GMT

Hannah Smith

███████████████████████

Sent: 05/10/24, 22:29:11 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:29:23 PM GMT
Service: iMessage

Marni Goldberg

████████████████████████████

Sent: 05/10/24, 22:29:27 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:31:37 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:31:55 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:32:02 PM GMT
Service: iMessage

CX-0257.71

APL-EG_10804350

Marni Goldberg



Sent: 05/10/24, 22:32:11 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:32:14 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:32:21 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:32:23 PM GMT

Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:32:39 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:34:16 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:47:07 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:47:14 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:47:20 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:48:06 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:48:17 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 22:48:25 PM GMT

Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:48:35 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:48:58 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:53:55 PM GMT
Service: iMessage

CX-0257.75

APL-EG_10804354



Sent: 05/10/24, 22:54:01 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:54:03 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:57:14 PM GMT
Service: iMessage



Marni Goldberg

Sent: 05/10/24, 22:57:47 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:57:51 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:58:41 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:58:50 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0257.77

APL-EG_10804356

Marni Goldberg



Sent: 05/10/24, 22:58:55 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:59:04 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:59:14 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:59:18 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 22:59:22 PM GMT
Service: iMessage

APL-EG_10804357

Marni Goldberg



Sent: 05/10/24, 22:59:24 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:59:27 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:59:35 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:59:40 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:59:43 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 22:59:49 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:59:54 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 22:59:58 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:00:08 PM GMT
Service: iMessage

APL-EG_10804359

Marni Goldberg



Sent: 05/10/24, 23:00:18 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 23:00:25 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 23:00:44 PM GMT
Service: iMessage



Sent: 05/10/24, 23:01:04 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 23:01:51 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 23:01:54 PM GMT



Hannah Smith



Sent: 05/10/24, 23:02:10 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 23:02:19 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 23:02:21 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 23:02:27 PM GMT
Service: iMessage

CONFIDENTIAL

APL-EG_10804362

Marni Goldberg



Sent: 05/10/24, 23:02:51 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 23:03:04 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:03:16 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:03:20 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 23:03:21 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:03:24 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 23:03:35 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:03:39 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:03:52 PM GMT
Service: iMessage



Marni Goldberg

Sent: 05/10/24, 23:05:41 PM GMT
Service: iMessage

Marni Goldberg

Sent: 05/10/24, 23:05:44 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 23:06:08 PM GMT
Service: iMessage

Hannah Smith

Sent: 05/10/24, 23:06:13 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 23:06:19 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:06:25 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 23:06:31 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:06:33 PM GMT
Service: iMessage

Hannah Smith



Sent: 05/10/24, 23:06:41 PM GMT
Service: iMessage

Marni Goldberg



Sent: 05/10/24, 23:06:45 PM GMT
Service: iMessage

Marni Goldberg

Over? I tuned out the last 10 mins

Sent: 05/10/24, 23:33:24 PM GMT
Service: iMessage

Hannah Smith

Yup, done

Sent: 05/10/24, 23:33:29 PM GMT
Service: iMessage

Marni Goldberg

Ok what did she say at the end?

Sent: 05/10/24, 23:33:36 PM GMT

Service: iMessage

Hannah Smith

Barnes is held over until Thursday

Sent: 05/10/24, 23:33:55 PM GMT
Service: iMessage

Hannah Smith

We'll resume then

Sent: 05/10/24, 23:34:05 PM GMT
Service: iMessage

Hannah Smith

Mark said he still had a ways to go

Sent: 05/10/24, 23:34:10 PM GMT
Service: iMessage



**GOOD**

Sent: 05/10/24, 23:34:23 PM GMT
Service: iMessage

Hannah Smith

Leah broke through the media silence

Sent: 05/10/24, 23:53:14 PM GMT
Service: iMessage

Hannah Smith

https://www.bloomberg.com/news/art
icles/2024-05-10/apple-says-no-
major-app-developers-accept-new-
outside-payments?
srnd=undefined&sref=Mqsw6Dlu

Sent: 05/10/24, 23:53:16 PM GMT
Service: iMessage

Marni Goldberg

Shit

Sent: 05/10/24, 23:53:37 PM GMT
Service: iMessage

Hannah Smith

FGS topping report with this, plus
social and sending to us

Sent: 05/10/24, 23:53:38 PM GMT
Service: iMessage

Marni Goldberg

Ok great. On standby.

Sent: 05/10/24, 23:53:50 PM GMT
Service: iMessage

CONFIDENTIAL

CX-0257.91

APL-EG_10804370

Marni Goldberg

I literally just checked email

Sent: 05/10/24, 23:53:56 PM GMT
Service: iMessage

Hannah Smith

I think it JUST published

Sent: 05/10/24, 23:54:12 PM GMT
Service: iMessage

Marni Goldberg

Did you get a Google alert?

Sent: 05/10/24, 23:54:34 PM GMT
Service: iMessage

Hannah Smith

No Kyle flagged

Sent: 05/10/24, 23:54:55 PM GMT
Service: iMessage

Hannah Smith

Through whatever system they have

Sent: 05/10/24, 23:55:04 PM GMT
Service: iMessage

APL-EG_10804371

Marni Goldberg

Loved "Through whatever system they have"

Sent: 05/10/24, 23:55:17 PM GMT
Service: iMessage

CX-0257.93

APL-EG_10804372