**Chat Participants:** Kunnal Vii ███████ , Nate Barton
████████ , Nate Barton █████████

**Chat Start Date:** 05/17/23, 00:15:19 AM GMT

**Chat End Date:** 05/17/23, 23:28:08 PM GMT

**Service(s):** iMessage

May 17, 2023

Nate Barton



hi latika

**Latika Kirtane** 2:38 PM
hey nate what's up

**Nate Barton** 2:46 PM
on your VLD fee email - I read it as moving to Craig's suggestion is the plan of record, we have figured most out most of the challenges, and we simply want their approval to move forward. is that how you're intending it to read?

👍 1

**Latika Kirtane** 4:25 PM
Yes that's right. If execs are agreeable to using installs only, we may need to adjust the financial modeling to inform any recommendation to the price point for pricing committee.

But need to get Jeff's feedback on whether this update is substantial without the solution to the identifier.

<<Attachment file name: IMG_7253.jpeg >>
Sent: 05/17/23, 00:15:19 AM GMT
Service: iMessage



PLAINTIFF
U.S. District Court - NOCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0264**
Date Entered_____
By

Kunnal Vij

you are right.. me and Timo both read it differently… I don this we are proposing this as POR in my head.. ill speak to her as well..

Sent: 05/17/23, 00:16:42 AM GMT
Service: iMessage

Kunnal Vij

I updated the slides.. with 1st pass at the VOs

Sent: 05/17/23, 00:25:59 AM GMT
Service: iMessage

Kunnal Vij

I see ur still enjoying ur team meeting:)

Sent: 05/17/23, 01:04:13 AM GMT
Service: iMessage

Nate Barton

Yep

Sent: 05/17/23, 01:04:55 AM GMT
Service: iMessage

Nate Barton

So much fun

Sent: 05/17/23, 01:04:56 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0264.3          APL-EG_11045283

Kunnal Vij

Hahha.. i just finished the write up, let me know if you want to sync on it..

Sent: 05/17/23, 01:06:36 AM GMT
Service: iMessage

Kunnal Vij

ps Patrick is working on getting us more details on YoY changes for cost but asked for a couple of days to get it

Sent: 05/17/23, 01:07:13 AM GMT
Service: iMessage

Nate Barton

Talk at 9?

Sent: 05/17/23, 01:54:09 AM GMT
Service: iMessage

Kunnal Vij

Liked "Talk at 9?"

Sent: 05/17/23, 02:09:16 AM GMT
Service: iMessage

Kunnal Vij

i think the sooner we introduce the link, higher the uptake i belive…

Sent: 05/17/23, 03:24:47 AM GMT
Service: iMessage

Nate Barton

I need a break - can we start at 9:20?

Sent: 05/17/23, 03:49:54 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0264.5    APL-EG_11045285

Kunnal Vij

Liked "I need a break - can we start at 9:20?"

Sent: 05/17/23, 03:50:08 AM GMT
Service: iMessage

Nate Barton

https://appleinc.webex.com/meet/nbarton

Sent: 05/17/23, 04:23:23 AM GMT
Service: iMessage

Nate Barton

Is Alex on call with you on Wisconsin?

Sent: 05/17/23, 17:16:21 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0264.6                                    APL-EG_11045286

Kunnal Vij

Nope..

Sent: 05/17/23, 17:16:37 PM GMT
Service: iMessage

Nate Barton

If not, wondering if we should just use sales meeting this afternoon to give a quick update

Sent: 05/17/23, 17:16:38 PM GMT
Service: iMessage

Kunnal Vij

Sure.. we can after the review..

Sent: 05/17/23, 17:17:08 PM GMT
Service: iMessage

Nate Barton

Great, let's try to finish the sales deck a few minutes early

Sent: 05/17/23, 17:18:00 PM GMT
Service: iMessage

Kunnal Vij

Liked "Great, let's try to finish the sales deck a few mi…"

Sent: 05/17/23, 17:18:13 PM GMT
Service: iMessage

Kunnal Vij

we are splitting the iCal

Sent: 05/17/23, 17:18:46 PM GMT
Service: iMessage

Kunnal Vij

to make it clear

Sent: 05/17/23, 17:18:53 PM GMT
Service: iMessage

Nate Barton

Liked "we are splitting the iCal"

Sent: 05/17/23, 17:21:18 PM GMT
Service: iMessage

Nate Barton

Can you join 11:30 call with me?

Sent: 05/17/23, 18:06:08 PM GMT
Service: iMessage

Nate Barton

On gift card

Sent: 05/17/23, 18:06:11 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0264.8

APL-EG_11045288

Kunnal Vij

Sure..

Sent: 05/17/23, 18:06:29 PM GMT
Service: iMessage

Kunnal Vij

you room?

Sent: 05/17/23, 18:07:56 PM GMT
Service: iMessage

Nate Barton

Just sent email with background

Sent: 05/17/23, 18:08:22 PM GMT
Service: iMessage

Nate Barton

Will email ical

Sent: 05/17/23, 18:08:24 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0264.9                    APL-EG_11045289

Kunnal Vij

thanks

Sent: 05/17/23, 18:09:11 PM GMT
Service: iMessage

Kunnal Vij

the Wisconsin one is still going

Sent: 05/17/23, 18:24:53 PM GMT
Service: iMessage

Kunnal Vij

ill join as soon as this ends..

Sent: 05/17/23, 18:25:02 PM GMT
Service: iMessage

Nate Barton

i'm worried I'm not going to be able
to join either

Sent: 05/17/23, 18:25:51 PM GMT
Service: iMessage

Nate Barton

Maybe…I can

Sent: 05/17/23, 18:26:17 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0264.10

APL-EG_11045290

this seems to be nearing the end.. hopefully ill make it… just stupid design debates..

Sent: 05/17/23, 18:26:47 PM GMT
Service: iMessage

Nate Barton

Let me now the gist of the conversation

Sent: 05/17/23, 18:27:28 PM GMT
Service: iMessage

Nate Barton

W/matt

Sent: 05/17/23, 18:27:33 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0264.11    APL-EG_11045291

Kunnal Vij

yup..

Sent: 05/17/23, 18:27:38 PM GMT
Service: iMessage

Kunnal Vij

mainly the push will be towards commissions option - proposal to make it more like an In App purchase and not a Weblink… as that was one of the issues phil had…

Sent: 05/17/23, 18:28:47 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY           CX-0264.12                                    APL-EG_11045292

Kunnal Vij

no one like the no commission option..

Sent: 05/17/23, 18:29:32 PM GMT
Service: iMessage

Kunnal Vij

Matt wanted to explore if there is an ability to go back to the Judge and explore if she is open to exploring something like DMA -> needless to say weird ask….

Sent: 05/17/23, 18:31:27 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0264.13          APL-EG_11045293

Kunnal Vij



Sent: 05/17/23, 18:33:52 PM GMT
Service: iMessage

Kunnal Vij



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0264.14

APL-EG_11045294

Sent: 05/17/23, 18:35:02 PM GMT
Service: iMessage

Kunnal Vij

thats a simple summary

Sent: 05/17/23, 18:35:09 PM GMT
Service: iMessage

Nate Barton

Thanks

Sent: 05/17/23, 18:36:08 PM GMT
Service: iMessage

Nate Barton

Went as hope/expected

Sent: 05/17/23, 18:36:12 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0264.15        APL-EG_11045295

Kunnal Vij

Emphasized "Went as hope/expected"

Sent: 05/17/23, 18:36:29 PM GMT
Service: iMessage

Nate Barton

Don't join this gift card call actually

Sent: 05/17/23, 18:36:57 PM GMT
Service: iMessage

Kunnal Vij

hahaha not worth my time? 

Sent: 05/17/23, 18:37:22 PM GMT
Service: iMessage

Nate Barton

Yes, not worth it

Sent: 05/17/23, 18:39:25 PM GMT
Service: iMessage

Nate Barton

They are asking for data stuff that we have nothing to do with

Sent: 05/17/23, 18:39:41 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       CX-0264.16                              APL-EG_11045296

Kunnal Vij

Loved "They are asking for data stuff that we have nothin…"

Sent: 05/17/23, 18:39:58 PM GMT
Service: iMessage

Nate Barton

jennifer just put another hour on to review slides (eddy prep meeting tomorrow) at 1pm.  Are you okay to continue to divide an conquer and cover App Store slides

Sent: 05/17/23, 18:42:31 PM GMT
Service: iMessage

Nate Barton

forwarded you note from Alex on infrastructure stuff

Sent: 05/17/23, 18:42:51 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0264.17                    APL-EG_11045297

Kunnal Vij

Liked "jennifer just put another hour on to review slides…"

Sent: 05/17/23, 18:42:53 PM GMT
Service: iMessage

Kunnal Vij

Thanks.. lets see what we get from them

Sent: 05/17/23, 18:44:09 PM GMT
Service: iMessage

Kunnal Vij

So much fluff here… they didnt even get to the finance section 😛

Sent: 05/17/23, 20:59:11 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Service: iMessage

Nate Barton

Seriously….remind me to take you through Jennifer's plan

Sent: 05/17/23, 21:14:35 PM GMT
Service: iMessage

Nate Barton

night and day difference

Sent: 05/17/23, 21:14:39 PM GMT
Service: iMessage

Kunnal Vij



Sent: 05/17/23, 21:15:09 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0264.19                                    APL-EG_11045299

Nate Barton

You feel comfortable with these ranges?

Sent: 05/17/23, 23:26:26 PM GMT
Service: iMessage

Kunnal Vij

yup…

Sent: 05/17/23, 23:27:40 PM GMT
Service: iMessage

Kunnal Vij

i think we can have a lower range as well.. i think 30% is optimistic on the low

Sent: 05/17/23, 23:28:08 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0264.20    APL-EG_11045300

Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0264.21    APL-EG_11045301

 hi latika

Today ⌄

 **Latika Kirtane**  2:38 PM

hey nate what's up

 **Nate Barton**  2:46 PM

on your VLD fee email - I read it as moving to Craig's suggestion is the plan of record,  we have figured most out most of the challenges, and we simply want their approval to move forward.  is that how you're intending it to read?

 1  

────────────────────────────────────────────  **New**

 **Latika Kirtane**  4:25 PM

Yes that's right. If execs are agreeable to using installs only, we may need to adjust the financial modeling to inform any recommendation to the price point for pricing committee.

But need to get Jeff's feedback on whether this update is substantial without the solution to the identifier.

CONFIDENTIAL   CX-0264.22   APL-EG_11045302