**Chat Participants:**    Kunnal Vij ██████████, Nate Barton
██████████, Nate Barton ██████████
**Chat Start Date:**    02/10/23, 00:37:44 AM GMT
**Chat End Date:**    02/10/23, 23:59:33 PM GMT
**Service(s):**    iMessage

February 10, 2023

Nate Barton

> Just as a heads up, I need to take a 5
> PM call at home

Sent: 02/10/23, 00:37:44 AM GMT
Service: iMessage

Nate Barton

> Amazing you have all the scenarios
> done. Will you guys have time to get
> it all in Keynote?

Sent: 02/10/23, 00:38:10 AM GMT
Service: iMessage



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0265
Date Entered_____
By_____

Kunnal Vij

Nope… We will focus on 3 that are required for EEA vs global and discuss on summary to align all scenarios assumptions…

Sent: 02/10/23, 00:39:16 AM GMT
Service: iMessage

Kunnal Vij

since Rahul is still uploading the remaining.. its taking time (heavy files)

Sent: 02/10/23, 00:39:25 AM GMT
Service: iMessage

Nate Barton

Got it, sounds good

Sent: 02/10/23, 00:40:05 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0265.2    APL-EG_11045524

Kunnal Vij

P0 was to get the 1M threshold adjustment worked in to the model.. I am glad that went in.. now no developers are choosing 3P IAP 😊

Sent: 02/10/23, 00:41:36 AM GMT
Service: iMessage

Kunnal Vij

as expected.

Sent: 02/10/23, 00:41:39 AM GMT
Service: iMessage

Kunnal Vij

what is the recommendation here? are we charging Plat fee

Sent: 02/10/23, 01:26:04 AM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0265.3

APL-EG_11045525

Service: iMessage

Nate Barton

> jeremy proposing not to charge but
> not his call to make

Sent: 02/10/23, 01:26:36 AM GMT
Service: iMessage

Nate Barton

> Have to show options which is what
> Carson Is saying

Sent: 02/10/23, 01:26:37 AM GMT
Service: iMessage

Nate Barton

> so he's okay charging for unlisted,
> App Store, custom apps

Sent: 02/10/23, 01:28:03 AM GMT
Service: iMessage

Nate Barton

> If that's the case, don't know that our
> number change

Sent: 02/10/23, 01:28:25 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.4                                    APL-EG_11045526

Kunnal Vij

Yup… unless we are counting them at enterprise level..

Sent: 02/10/23, 01:29:09 AM GMT
Service: iMessage

Kunnal Vij

then itll go up..

Sent: 02/10/23, 01:29:17 AM GMT
Service: iMessage

Nate Barton

Right so benefit to our revenue

Sent: 02/10/23, 01:29:36 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.5                          APL-EG_11045527

Kunnal Vij

jeffs camera is freaky… it keeps moving

Sent: 02/10/23, 01:35:06 AM GMT
Service: iMessage

Nate Barton

it's the same as yours…you just turned it off!

Sent: 02/10/23, 01:35:25 AM GMT
Service: iMessage

Kunnal Vij

i dont know how to turn it off.. I just switched to using Macbook's cam 

Sent: 02/10/23, 01:35:59 AM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0265.6

APL-EG_11045528

Nate Barton



<<Attachment file name: IMG_5350.jpeg >>
Sent: 02/10/23, 01:36:23 AM GMT
Service: iMessage

Nate Barton

Video effects

Sent: 02/10/23, 01:36:23 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0265.7        APL-EG_11045529

Kunnal Vij

Ahhh…

Sent: 02/10/23, 01:38:25 AM GMT
Service: iMessage

Kunnal Vij

thanks 😊

Sent: 02/10/23, 01:38:30 AM GMT
Service: iMessage

Kunnal Vij

Every time i see this i see a middle finger thanks to you 😛



<<Attachment file name: IMG_7907.png >>
Sent: 02/10/23, 01:38:47 AM GMT
Service: iMessage

Nate Barton

Haha, I was just thinking about that same thing

Sent: 02/10/23, 01:39:26 AM GMT
Service: iMessage

Nate Barton

Should take off Loss from iAP commission on axis name…just call iAP commission…especially since billings mix is below

Sent: 02/10/23, 02:04:02 AM GMT
Service: iMessage

Nate Barton

I have hard stop at 6:20

Sent: 02/10/23, 02:17:03 AM GMT
Service: iMessage

Nate Barton

All set for 11am??

Sent: 02/10/23, 17:46:32 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.9                                      APL-EG_11045531

Kunnal Vij

Yup..

Sent: 02/10/23, 17:48:00 PM GMT
Service: iMessage

Nate Barton

Do you know if Carson is planning to present the pros and cons slide?

Sent: 02/10/23, 17:55:36 PM GMT
Service: iMessage

Kunnal Vij

Nope.. I can ask.. ideally he should.. but i am happy to cover as well..

Sent: 02/10/23, 17:56:55 PM GMT
Service: iMessage

Nate Barton

I think he should…

Sent: 02/10/23, 17:57:13 PM GMT
Service: iMessage

Nate Barton

Serious?

Sent: 02/10/23, 18:04:25 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Kunnal Vij

Hahahaha seriously… well we can review today and have it prepped…

Sent: 02/10/23, 18:05:11 PM GMT
Service: iMessage

Kunnal Vij

since all work is done anyways..

Sent: 02/10/23, 18:05:28 PM GMT
Service: iMessage

Kunnal Vij

is Alex also out?

Sent: 02/10/23, 18:15:17 PM GMT
Service: iMessage

Nate Barton

he's out next week…I'm not sure about any other week

Sent: 02/10/23, 18:15:35 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0265.11                    APL-EG_11045533

Kunnal Vij



<<Attachment file name: IMG_3424.png >>
Sent: 02/10/23, 18:20:19 PM GMT
Service: iMessage

Kunnal Vij

looks at orange text…

Sent: 02/10/23, 18:20:25 PM GMT
Service: iMessage

Nate Barton

So it's the big guys

Sent: 02/10/23, 18:21:04 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            CX-0265.12            APL-EG_11045534

Kunnal Vij

Yup.. this also emphasizes the $ impact is minimal due to our assumptions..

Sent: 02/10/23, 18:21:43 PM GMT
Service: iMessage

Kunnal Vij

the risk is high

Sent: 02/10/23, 18:21:56 PM GMT
Service: iMessage

Nate Barton

I think we still need a backup slide with more detailed assumptions that shows how we think traffic will divert between referral vs non-referral, other assumptions, etc. (need in backup for all meetings really)

Sent: 02/10/23, 18:22:19 PM GMT
Service: iMessage

Nate Barton

And you have a $1M indifference threshold right?

Sent: 02/10/23, 18:22:49 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0265.13    APL-EG_11045535

Kunnal Vij

**yup..**

Sent: 02/10/23, 18:22:55 PM GMT
Service: iMessage

Nate Barton

We should probably lower than to $50K or something

Sent: 02/10/23, 18:23:04 PM GMT
Service: iMessage

Kunnal Vij

50K is too low, considering the potential revenue loss that can occur

Sent: 02/10/23, 18:23:45 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CX-0265.14     APL-EG_11045536

Kunnal Vij

for the developer..

Sent: 02/10/23, 18:23:53 PM GMT
Service: iMessage

Kunnal Vij



<<Attachment file name: IMG_4500.png >>
Sent: 02/10/23, 18:27:26 PM GMT
Service: iMessage

Kunnal Vij

**Baseline Assumptions**



<<Attachment file name: IMG_9233.png >>

Sent: 02/10/23, 18:27:33 PM GMT

Service: iMessage

Kunnal Vij



<<Attachment file name: IMG_8889.png >>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0265.16

APL-EG_11045538

Sent: 02/10/23, 18:57:34 PM GMT
Service: iMessage

Kunnal Vij

Added this as back-up

Sent: 02/10/23, 18:57:40 PM GMT
Service: iMessage

Kunnal Vij



Sent: 02/10/23, 20:07:09 PM GMT
Service: iMessage

Nate Barton

Do you know what the status is on top 100 decisions?

Sent: 02/10/23, 20:20:16 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11045539

2-3 weeks away…

Sent: 02/10/23, 20:20:57 PM GMT
Service: iMessage

Nate Barton



<<Attachment file name: IMG_0319.jpeg >>
Sent: 02/10/23, 21:28:58 PM GMT
Service: iMessage

Nate Barton

Where would this hit in our P&L?

Sent: 02/10/23, 21:29:01 PM GMT
Service: iMessage

Nate Barton

I presume it has to go to opex

Sent: 02/10/23, 21:29:18 PM GMT
Service: iMessage

Kunnal Vij

Yup..

Sent: 02/10/23, 21:29:52 PM GMT
Service: iMessage

Nate Barton

We don't have in forecast right

Sent: 02/10/23, 21:30:07 PM GMT
Service: iMessage

Kunnal Vij

we dont, but can check with legal side if they have this… usually they reserve for stuff like this…

Sent: 02/10/23, 21:30:48 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.19          APL-EG_11045541

Kunnal Vij





&lt;&lt;Attachment file name: IMG_4897.png &gt;&gt;
Sent: 02/10/23, 21:34:46 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0265.20

APL-EG_11045542

Service: iMessage

Nate Barton

hi

Sent: 02/10/23, 22:12:37 PM GMT
Service: iMessage

Kunnal Vij

we have already issued refunds ie new Gift cards worth ▉▉▉▉▉ to customers…

Sent: 02/10/23, 22:12:49 PM GMT
Service: iMessage

Nate Barton

where is card production costs

Sent: 02/10/23, 22:12:58 PM GMT
Service: iMessage

Nate Barton



<<Attachment file name: IMG_6113.jpeg >>
Sent: 02/10/23, 22:13:11 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.21

APL-EG_11045543

Kunnal Vij

Production Apex

Sent: 02/10/23, 22:13:37 PM GMT
Service: iMessage

Kunnal Vij

OPEX*

Sent: 02/10/23, 22:13:41 PM GMT
Service: iMessage

Nate Barton

This is the cost of producing the cards?

Sent: 02/10/23, 22:14:05 PM GMT
Service: iMessage

Nate Barton

Has to be in COGS somewhere… procurement is calling asking what we have in the forecast

Sent: 02/10/23, 22:19:18 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.22          APL-EG_11045544

Kunnal Vij

ohh u mean GC manufacturing ie Production

Sent: 02/10/23, 22:21:58 PM GMT
Service: iMessage

Kunnal Vij

sorry that is not in this sheet… let me send it to you…

Sent: 02/10/23, 22:22:17 PM GMT
Service: iMessage

Kunnal Vij

Production here is Marketing Related production…

Sent: 02/10/23, 22:22:35 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0265.23    APL-EG_11045545

Service: iMessage

Kunnal Vij

IMG_3338.tiff

<<Attachment file name: IMG_3338.tiff >>
Sent: 02/10/23, 22:29:05 PM GMT
Service: iMessage

Kunnal Vij

Last Row…

Sent: 02/10/23, 22:29:08 PM GMT
Service: iMessage

Nate Barton

Did this data come from you?

Sent: 02/10/23, 23:16:52 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.24          APL-EG_11045546

Kunnal Vij

Nope..

Sent: 02/10/23, 23:17:14 PM GMT
Service: iMessage

Kunnal Vij

too convoluted…

Sent: 02/10/23, 23:58:31 PM GMT
Service: iMessage

Nate Barton

I need to digest the excel

Sent: 02/10/23, 23:59:33 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0265.25                          APL-EG_11045547

# Standard Model Assumptions

- **Decision Logic**: Economic ($1M indifference threshold)
- **Fee Free Threshold :** 1M per storefront (Non-Profit / Gov Waived)
- **Commission Coverage**:
    - Apple IAP, 3P IAP/ Link-out (discounted)
    - Alt Download waived
- **Alt Store Commission**: Ultra Large 5% ; Rest of 15%
- **Apple IAP Exclusivity on App Store**
- **External Cost**: Cost of Payments + Commerce



**Alt Distribution Billing Mix Assumptions**

|  | Referral | Non-Referral | Billings Prior |
|---|---|---|---|
| Adoption Rate |  |  |  |
| Remain Rate |  |  |  |



**Alt Payments Cost**

| GEO | Medium | Large | Extra Large |
|---|---|---|---|
| US |  |  |  |
| China |  |  |  |
| Japan |  |  |  |
| EEA |  |  |  |
| ROW |  |  |  |

Privileged and Confidential - Prepared at the request of counsel

CX-0265.26

APL-EG_11045548

# Baseline Assumptions









Apple Confidential — For Internal Use Only

CONFIDENTIAL

CX-0265.27

APL-EG_11045549



# MEMORANDUM

Date:        February 9, 2023

To:          Board of Managers of Apple Value Services, LLC

From:        Mara Selfridge, Commercial Litigation Counsel

Subject:     **Settlement of Class Action Matter (Shay)**

App Store > **Overview** ⌄

**Il Dashboards  :: Data Explorer**

Topline

# Topline    Fiscal Weekly    Monthly    Fiscal Q

⬤ **Add Filter**

ⓘ    International    |    East(ex GC)    ANZ    META    ROW    SEA    |
     Southern Europe    CEE    |    Pan Latin

**Billings** ?

Jan 1, 2020 - Dec 31, 2022

Stacked Bar ⌄

| | A | B | Team | Q1 | Q2 | Q3 | Q4 | FY23 | FY23 YoY | FY23 YoY (Stake) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Budget type** | **Activity** | **Team** | **Q1** | **Q2** | **Q3** | **Q4** | **FY23** | **FY23 YoY** | **FY23 YoY (Stake)** |
| 2 | MDF | Non-Promo | Marketing | | | | | | | |
| 3 | MDF | Non-Promo | Merchandising | | | | | | | |
| 4 | MDF | Non-Promo | Supply Chain | | | | | | | |
| 5 | MDF | **Non-Promo Total** | | | | | | | | |
| 6 | MDF | Sales Promo | Promo MDF incl. B2B | | | | | | | |
| 7 | MDF | Sales Promo | CPP | | | | | | | |
| 8 | MDF | Sales Promo | Venue 1% | | | | | | | |
| 9 | MDF | Sales Promo | BEM | | | | | | | |
| 10 | MDF | Sales Promo | DTU | | | | | | | |
| 11 | MDF | Sales Promo | Partner Payments | | | | | | | |
| 12 | MDF | Sales Promo | **MDF Promo w/o venue+BEM+PP** | | | | | | | |
| 13 | **MDF** | **Sales Promo** | Sales Promo | | | | | | | |
| 14 | **MDF Submitted -->** | 131453885 | Total MDF excl Payment Part ner | | | | | | | |
| 15 | $0 | | **QTR MDF Ratio excl. PP** | | | | | | | |
| 16 | **MDF** | **All categories** | **Grand Total** | | | | | | | |
| 17 | OPEX | | Store Credit MKT + Creative | | | | | | | |
| 18 | OPEX | | **Payment Partners + Creative** | | | | | | | |
| 19 | OPEX | | Merchandising | | | | | | | |
| 20 | OPEX | | Supply Chain | | | | | | | |
| 21 | **OPEX** | | Sales OPEX | | | | | | | |
| 22 | **OPEX** | | **Total excl. Payment Partners** | | | | | | | |
| 23 | **OPEX** | | **Grand Total** | | | | | | | |
| 24 | Cost of Goods | **Cost of Goods** | **Total KR shipping in Q4FY23.** | | | | | | | |

# Baseline Assumptions

### GENERAL

- Decision Logic : Economic

### VOLUME FEES

- Waive fee for Non-Profits: Yes
- Waive fee for State-Owned: No
- Waive fee for Gov: Yes
- Global Small Billings Threshold *(under which dev will maintain Apple IAP)*: $1.25M
- Eligible Transactions: All
- No Fee-Free Threshold on Alternative Downloads

### COMMISION RATES

- Standard Rates: Apple IAP, 3P IAP *(discounted)*
- Program Rates: Apple IAP only*
- Zero Commission: Link-Out

*\* Validate Global vs Regional Logic*

### DEV COSTS

- External costs for 3P IAP: Payments
- External costs for Link-Out: Payments + Commerce
- External costs for Alt Downloads: Payments + Commerce
- Fixed Cost of Alt Downloads: $250,000 *(backend infrastructure)*
- Incremental Cost of Alt Downloads: 0.25% *(customer support)*

### DEV/CUSTOMER OPTIONS

- Apple IAP only *(100% billings)*
- Apple IAP *(40%)*, 3P IAP *(60%)*
- Apple IAP *(50%)*, Link-Out *(50%)*
- Apple IAP *(40%)*, 3P IAP *(30%)*, Link-Out *(30%)*
- *Alternative Downloads (additional assumption on % of customer referral)*

Apple Confidential — For Internal Use Only

x

CX-0265.31

APL-EG_11045553



CONFIDENTIAL

CX-0265.32

APL-EG_11045554

**WW**

| $ '000s | FY22 | | | | | FY23 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2022Q1 | 2022Q2 | 2022Q3 | 2022Q4 | FY 2022 | 2023Q1 | 2023Q2 | 2023Q3 | 2023Q4 | FY 2023 |
| Current | | | | | | | | | | |
| **Total Sales** | | | | | | | | | | |
| Gift Card Sales | | | | | | | | | | |
| 3rd Party Top up | | | | | | | | | | |
| Direct Top up | | | | | | | | | | |
| | | | | | | | | | | |
| **Total MDF** | | | | | | | | | | |
| Promo MDF excl RVA | | | | | | | | | | |
| RVA only | | | | | | | | | | |
| Venue 1% | | | | | | | | | | |
| B2B Back Margin | | | | | | | | | | |
| Merch MDF | | | | | | | | | | |
| Production MDF | | | | | | | | | | |
| Marketing MDF | | | | | | | | | | |
| Payments Partner MDF | | | | | | | | | | |
| Unallocated MDF | | | | | | | | | | |
| | | | | | | | | | | |
| **Total OPEX** | | | | | | | | | | |
| Merch OPEX | | | | | | | | | | |
| Production OPEX | | | | | | | | | | |
| Marketing OPEX | | | | | | | | | | |
| Payments Partner OPEX | | | | | | | | | | |
| Sales OPEX | | | | | | | | | | |
| Unallocated OPEX | | | | | | | | | | |
| | | | | | | | | | | |
| **COI%** | | | | | | | | | | |
| Promo MDF % | | | | | | | | | | |
| | | | | | | | | | | |
| **Total Investment** | | | | | | | | | | |
| **Total Investment %** | | | | | | | | | | |

CONFIDENTIAL

CX-0265.33

APL-EG_11045555



CONFIDENTIAL

CX-0265.34

APL-EG_11045556



# Impact to App Store EEA Revenue - Status Quo **For Discussion Only**

**Volume fee**: NA
**Commission**: 30% standard, 15% program, 30% less COP 3P IAP / Link–out, 0% Alt Downloads
**Alt Store Commission**: Ultra Large 5% ; Rest of 15%
**Other Key Assumptions :** Apple IAP Exclusivity on App Store & $1M indifference threshold



APL-EG_11045557