**From:** Sean
**Subject:** Alternative Payments in Korea - Developer Feedback
**Received(Date):** Fri, 07 Jan 2022 10:35:08 +0900
**Cc:** Savannah Hahn                                           Bruce Kerr-Peterson
**To:** Carson Oliver
**Date:** Fri, 07 Jan 2022 10:35:08 +0900

+ Savannah, Bruce

Hi Carson,

Per your request this morning, please find the response we are seeing from the market.

Even after the announcement of Google Play to decrease commission for alternative payments to 4% (from 30% to 26%), we have not heard developers starting to implement their own payments. Having talked to a couple top developers late last year, their response was the following.

They feel that Google Play's new announcement doesn't help their business for the following reasons,

1. Developer still have to pay a fee to Credit Card (2%), DCB (7~8%) & eWallets (1%) - no material monetary benefit (in some cases, would be payment fees would cost more)

2. Game developers are considered 'high risk' business by Credit Card companies and have a daily limit to what customers can spend per day (KRW 500K)

**Industry**

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0266
Date Entered
By

CONFIDENTIAL                    CX-0266.1                    APL-EG_11114255