|  |  |
|---|---|
| **From:** | Josh Elman |
| **Subject:** | Re: ▓▓▓ HI and Copy Updates |
| **Received(Date):** | Mon, 31 Jan 2022 08:33:04 -0800 |
| **Cc:** | Prathima Velamuri ▓▓▓, Brandon Mihai ▓▓▓, Jason Cody ▓▓▓ |
| **To:** | Sergio Pennacchini ▓▓▓ |
| **Attachment:** | IMG_7A8DC4F8B4C4-1.jpeg |
| **Date:** | Mon, 31 Jan 2022 08:33:04 -0800 |

Privileged and Confidential

Re Tagline: I don't know I'd we want to remove the word "requirements" or change "regulatory" to "regulations". Might it be possible just to make this the first sentence of the body but put it in italics?

Re Report a Problem: I think it is fine just to leave unlinked. More important for the customer to be able to know they can go to the product page and report it

For the image we were thinking we might leave the warning screenshot in Dutch for both languages - just so that if this story gets shared virally, it is a visual reminder this is only in Netherlands right now. But if you prefer it in English we can certainly do that too.

Sent from mobile

On Jan 31, 2022, at 8:26 AM, Sergio Pennacchini ▓▓▓ wrote:

Privileged and Confidential

Hey all,

You can preview the story in English here: ▓▓▓

And apologies for the ask, but a couple more requests from me:

**@Josh**

- At the end of the copy we mention Report a Problem. Does it make sense to add a link to the Report a Problem site or not needed?

- The tagline currently gets truncated (see picture below) and the word "requirements" is not shown. Can we shorten it?

.

**@Brandon**

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0268
Date Entered_____
By_____

- We need the inline on a transparent png background so it works also in dark mode. Can you provide that for the inline in both English and dutch? No worries if not, we can do it from here.

Thank you all

Sergio

> On 31 Jan 2022, at 11:40, Sergio Pennacchini ▮ wrote:
>
> Privileged and Confidential
> Hey Josh,
>
> Thank you so much for your help and support.
>
> @Jason: I'm working with Rolf in my team for the localisation. Can we consider the copy final and fully approved?
>
> @Brandon: You sent me the inline screenshot of the product page banner in Dutch. Do we have it in English as well?
>
> Thank you all!
>
> Sergio
>
>> On 28 Jan 2022, at 22:19, Josh Elman ▮ wrote:
>>
>> Privileged and Confidential
>>
>> Jason - any other advice? We're off to get this localized and ready for publishing now.
>>
>> Sergio, Prathima, Thank you for your patience!
>>
>> Begin forwarded message:
>>
>> **From:** Phil Schiller ▮
>> **Subject: Re:** ▮ **HI and Copy Updates**
>> **Date:** January 28, 2022 at 2:16:27 PM PST
>> **To:** Josh Elman ▮
>> **Cc:** Sean Cameron ▮, Monika Gromek <▮>, Jeff Robbin ▮>, Ann Thai <▮>, Robert Kondrk ▮, Matt Fischer <▮, Sam Gharabally ▮, Jason Cody <▮, Sean Dillon ▮, Ling Lew <▮, Daniel Erlewine ▮, Dave Van Tassell ▮, Terry Liu ▮, Raf Onak <▮, Keith Kowalczykowski ▮, Dana ▮

DuBois                                    Eric Gray                              Zach Friedland <
                        , Brandon Mihai                                Joe Phillips <
                        , Fred Sainz                                   Diane Cu <

Privileged and Confidential
Attorney Work Product

Thanks for the edits.
This addressed my feedback.

On Jan 27, 2022, at 11:05 AM, Josh Elman                           wrote:

Privileged and Confidential
Attorney Work Product

Thank you for the feedback.

We've updated the story with new imagery. We selected an image that mirrors the icon from the product page. We have also included a couple of other image suggestions.

We've tightened the story opening, included a clearer description of the privacy and security issues as well as pointing users to the ways they can review the app's privacy disclosures, and added suggestions for what users can do if they are not comfortable with the situation.

Let us know if you prefer a different image, and any additional feedback on the story. Full text pasted below.

<       learn more.001.png> <       learn more.002.png> <       learn more.003.png>       learn more.004.png>

Story text:

## About External Purchases

*External purchases may be used by dating apps in the Netherlands due to regulatory requirements.*

Apps that use external purchases do not use the App Store's private and secure payment system for digital goods and services. To make a purchase in these apps, you will provide information and confirm your payment directly with the developer, either within the app or on a website linked from the app. With external purchases, Apple cannot validate the privacy and security of your information, cannot verify transactions, and cannot help with related customer issues or refunds.

Only purchases made through the App Store are secured by Apple. When you

provide personal and payment details to make an external purchase, you are trusting the developer, as well as any payment providers they work with, to protect your information based on their privacy and security controls. You can review how the app handles your information in the App Privacy section of its product page or the linked Privacy Policy.  Learn more about App Privacy  .

App Store payment features will not be available for any purchases made in these apps. Your securely stored payment method on file will not be used. These purchases will not appear in your App Store purchase history, subscriptions cannot be managed via the App Store, and purchases will not be automatically restored to new devices. Report a Problem cannot be used for refund requests.

You can identify if an app uses external purchases and does not support the App Store's private and secure payment system when you see this notice on the app's product page:
<insert screenshot of product page notice>

If you are not comfortable making external purchases, you can contact the developer and request support for App Store payments, or find apps that do support App Store payments. If you have concerns about the safety or security of your information, you can report fraud or scams using Report a Problem on the App Store.

On Jan 21, 2022, at 3:49 PM, Phil Schiller ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Privileged and Confidential
Attorney Work Product

Thanks for sharing this draft content.
It is a good start. A few notes from me:
 - I think the graphic is busy and confusing. Maybe it should just be the yellow triangle with exclamation point.
 - The first sentence doesn 't help me understand what this is about ("Due to a recent regulatory change..") perhaps before this is should start with "Warning:" or something similar to explain what this content is.
 - We end the first paragraph by correctly saying that "Apple cannot validate the privacy and security of payment information you provide, transactions that occur within these apps, nor provide related customer support or refunds." (BTW that sentence may need a grammatical edit) Those are the right two points, the first point is about privacy and security and the second is about support and refunds. But then we follow with a paragraph about the support and refund issues. There is no paragraph first about the privacy and security issues. That is incredibly important, I think we need to add a paragraph about the privacy and security issues that may occur with these external transactions (users have to set up new accounts, their PII is given to vendors and developers, their transactions are shared with vendors and developers, etc).
 - We end this page just by saying how to identify the kinds of apps. We don    't say anything about what users can do about this situation (users can find apps that do use our payment system, users can ask the developer to implement our payment system, users can "report a

concern" on the App Store, etc.)

On Jan 21, 2022, at 8:52 AM, Josh Elman ▮▮▮▮▮▮▮▮▮▮ wrote:

Privileged and Confidential
Attorney Work Product

Hi Phil, Sean-

We have prepared the "Learn More" story for ▮▮▮▮ This will be published as a hidden story in the Netherlands storefront. It will be linked to from all of the relevant locations in the App Store UI as well as from developer 's in-app messaging. We 've worked to make this consistent with the approved UI language as well as our press announcements. Note that we are not mentioning Family Sharing or Ask to Buy as benefits given the narrow focus on dating apps. Also note that the screenshot included in the story represents the pre-Sky E version of the product page. We 'll update it when the design changes with Sky E.

Please let us know if you have any feedback.  Full text below.

Thank you,
Josh

<Screen Shot 2022-01-20 at 6.13.00 PM.png>

<Screen Shot 2022-01-20 at 6.13.08 PM.png>

**About External Purchases**

Due to recent regulatory changes in the Netherlands, some dating app developers may choose to manage payment transactions themselves instead of using the App Store 's safe and secure payment system to offer digital goods and services. Only purchases made through the App Store are secured by Apple. Therefore, Apple cannot validate the privacy and security of payment information you provide, transactions that occur within these apps, nor provide related customer support or refunds.

Many App Store payment features will not be supported for any purchases made in these apps. Your securely stored payment method on file will not be used. These purchases will not appear in your App Store purchase history, subscriptions cannot be managed via the App Store, and purchases will not be automatically restored to new devices. Report a Problem and Apple Support cannot help with refunds.

You can identify if an app does not support the App Store 's payment system for digital goods and services when you see this notice on the app 's product page
<insert screenshot of product page notice>
 On Jan 14, 2022, at 6:50 AM, Phil Schiller ▮▮▮▮▮▮▮▮▮▮ wrote:

Privileged and Confidential

Attorney Work Product

All looks correct to me
Thank you

On Jan 13, 2022, at 8:43 PM, Monika Gromek <​███​> wrote:

Privileged and Confidential

Hi Phil and Team,

We have updated the comps with all the latest decisions and copy changes.

Please note that we had to update the default state for the "Cancel" button in the App Store dialog as for now it has to be presented in bold (technical limitation). In mid March timeframe, we will be able to update it and have no buttons in bold in the dialog.

We have also updated the policy for the in-app notice:
<u>External Purchases:</u>
• Show prior to any payment flow where the customer would make a purchase. Must be shown each time until customer has chosen to "Continue", on a per-device basis.
• Separately, show prior to any flow to enter payment information, even if that isn't for a specific purchase. Must be shown each time until customer has successfully chosen to "Continue" on a per-device basis.

<u>Link out:</u>
• Must show prior to any link out

For the Learn More story, the full copy will be sent out separately for your review.

Let us know if there are any additional copy, visual design, or policy changes that are desired for ███. We have also engaged with loc and so far there aren't any concerns. You will see a few of the screens in the deck localized in Dutch.

Thank you,
Monika & Team

<2022-01-13 App Store HI ███.pdf>

On Jan 12, 2022, at 10:10 AM, Phil Schiller <​███​> wrote:

**Privileged and Confidential**

**I am fine with either iOS 15 or 15.3 at a minimum.**
**On Jan 12, 2022, at 8:42 AM, Jeff Robbin <​███​> wrote:**

**Privileged and Confidential**

Hi Phil,

A question that came up in our review was related to the minimum OS requirement for phase 1. We can either require iOS 15 or later, or iOS 15.3 or later. By default, our JS deploys on major release boundaries, but we can add a version check and only deploy it for the latest (which will be 15.3 by the end of this month).

Which would you prefer?

-Jeff

Sent from my iPad

On Jan 12, 2022, at 8:27 AM, Ann Thai ████████████ wrote:

**Privileged and Confidential**

Here are the updated slides for today. We've added mention of the payment partners in the overview, focused on one option per UI step, and added a timeline at the end (below). Please let me know if you have further feedback.

Thanks,

Ann

**Click to Download**

████ - Overview 220112.pdf

21 MB

<PastedGraphic-15.png>

On Jan 12, 2022, at 12:03 AM, Ann Thai ████████████ wrote:

**Privileged & Confidential**

Sorry, for the payment provider partnerships it's understood that the deals are important, it's the part about collecting commission directly and all the related work that needed more discussion.

We'll move forward with option A then.

On Jan 11, 2022, at 11:53 PM, Phil Schiller ████████████ wrote:

**Privileged and Confidential**

**Attorney Work Product**

Requiring deals with payment providers is hugely important and something we discussed in the previous meeting with Tim. I think the expectation is that we need to figure out how

to do those deals.

I like the third of those alts least. I would show the first one. We still need to work on all of these, this is just representative work in progress tomorrow.

Sent from my iPhone

On Jan 11, 2022, at 11:32 PM, Ann Thai ▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

**Privileged & Confidential**

Thanks, I've added links out the the 4th point (see below). For payment providers, the team would like to discuss the challenges of doing this after additional investigation, and if we did proceed what timeframe is feasible.

We can work on a timeline to explain the plan more.

We can definitely show one option. Is there a messaging option for the banner you like best? Matt and I think option C has the strongest, most cautionary messaging.

<2022-01-11 App Store Hl ▇▇▇▇ _updates (dragged).pdf>

<PastedGraphic-15.png>

On Jan 11, 2022, at 10:14 PM, Phil Schiller ▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

**Privileged and Confidential**

**Attorney Work Product**

I think we need these two additions

- require developer to implement a safety notice each time before any link out

- require payment providers to report transactions, provide auditing rights, and pay commissions to Apple

Also, we need to explain the plan, which is something like

1) share details of program to the dutch regulator on the 14th

2) account program to developers on the 15th

3) accept applications for qualifying developers on XX date

4) review and test applications from developers for XX days

5) create agreements with payment providers

6) approve first entitlements and payment providers for distribution on store with updated product pages and customer notices

7) bill first developers approved for entitlements (or whatever the process for collecting payments is to be)

Etc (this is all just quickly off the top of my head....)

On Jan 11, 2022, at 9:51 PM, Ann Thai <span style="background:black">███████████████</span> wrote:

**Privileged & Confidential**

For the meeting tomorrow with Tim, after Legal opens the meeting, our plan was to share this slide before diving into the customer experience options Monika sent. Let us know if you have feedback on this as well:

&lt;PastedGraphic-14.png&gt;

On Jan 11, 2022, at 9:16 PM, Monika Gromek <span style="background:black">███████████████</span> wrote:

**Privileged & Confidential**

Hi Phil and team,

Please see the updates based on the feedback that we have received.

**Banner:**

Three new options incorporating the "privacy and security" language. Opt A is what you will see in the rest of the comps.

Please note we are using "Lorem Ipsum" for the badge by the Get button here, so we can focus the conversation.

&lt;Screen Shot 2022-01-11 at 8.39.58 PM (2).png&gt;

Visual Design Options:

We have simplified the options for the Tim deck. The timeline for when we can achieve these alts is below each option.

&lt;Screen Shot 2022-01-11 at 8.39.59 PM (2).png&gt;

Lock Up Label Options:

We started to work with the localization team on the various options that we have considered. Unfortunately some of the ideas get very long or confusing in Dutch. We have included localization for our top contenders here. The localization team recommends "External Purchases". This is what we are leading with in the rest of the comps and also showing it in Dutch.

&lt;Screen Shot 2022-01-11 at 8.40.00 PM (2).png&gt;

Small Lock Ups:

Please note that in the Dutch Store we use the word "Download" vs "Get".

CONFIDENTIAL
APL-EG_11347979

<Screen Shot 2022-01-11 at 8.40.01 PM (2).png>

Dialog:

Phil, we are going with your recommendation here with a few adjustments:

<Screen Shot 2022-01-11 at 8.40.02 PM (2).png>

In App Messaging:

Now with privacy and security in the title. We also changed the buttons' treatment, so there is no default button.

The rules are:

Must be shown once per device before first alternate purchase.

Also, must be shown once per device before any flow to add a payment method outside of making a purchase.

<Screen Shot 2022-01-11 at 8.40.03 PM (2).png>

In App Messaging – going to external website:

We updated the title and the copy to be super clear on what is about to happen and have more of that warning tone.

The rule is:

Must be shown prior to every link out.

<Screen Shot 2022-01-11 at 8.40.04 PM (2).png>

Please let us know if you have any changes before tomorrow morning.

The full design deck below.

Thank you,

Monika and Team

<2022-01-11 App Store HI _____ _updates.pdf>

On Jan 11, 2022, at 6:09 PM, Phil Schiller _____ wrote:

Privileged and Confidential

Thanks for the work on this.

My thoughts on each:

### Banner

- I like C better than B. It is not what we can "determine" it is about what these apps do not so any longer. I think we need to be consistent with the language. I think it should always be about "privacy and security", as in "This app doe not support the App Store's private and secure payment system."

### Lock Up text

- This is still confusing. Of these "unsupported purchases" is the best, but I'm nit sure it is clear what this means.

### Dialog

- Again, like the warning on the product page, I think it should always be about "privacy and security." So it might read "This app does not support the App Store's in app payment system. Apple cannot verify the privacy and security of you payment information and purchases. App Store payment features , such as subscription management and refund requests, will not be available."

### Visual Design

- I prefer Alt C with the red exclamation point but if the team prefers Alt A that is okay for a start

### In App Messaging - purchases

- I still don't know what rules we are think the first headline sentence is good. But it does not then say anything about privacy and security, which I think it must.

### In App Messaging - link out

- This is not good. This is a big warning that the user is about to be sent out of the app to a website. I do not think the headline should say "continue", this is a warning that the user is about to go out to the web, and are they sure they want to do that, we cannot verify that anything that occurs on the web is private and secure. The default button should not be "continue".

On Jan 11, 2022, at 1:46 PM, Monika Gromek ▮▮▮▮▮▮▮▮▮▮ wrote:

Privileged & Confidential

Phil and Team,

In response to the feedback we received yesterday we have a few updates and additional options to share. Details below:

### Banner

4 new options incorporating privacy/security language – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

<Screen Shot 2022-01-11 at 1.25.11 PM (2).png>

Lockup Text

We've included several options here in addition to ones that were discussed yesterday. The localization of the copy string is something that we are looking into, so we can better understand space limitations especially in the small lock ups.

<Screen Shot 2022-01-11 at 1.16.05 PM (2).png>

Dialog

3 new options – ███████████████████████████████

<Screen Shot 2022-01-11 at 1.16.23 PM (2).png>

Visual Design

Providing a range of options from least to most intrusive – Option A is preferred. All these variants would require native code changes.

<Screen Shot 2022-01-11 at 1.20.17 PM (2).png>

In-App Messaging

New copy and updated user flow in the app.

<Screen Shot 2022-01-11 at 1.25.16 PM (2).png>

<Screen Shot 2022-01-11 at 1.25.19 PM (2).png>

Please let us know if you have any feedback and if there is anything additional you'd like to see us quickly comp up today before the meeting tomorrow with Tim.

The full deck below.

Thanks,

Monika & Team

<2022-01-11 App Store HI ███████ .pdf>

Document Subject to Privilege Appeal

CONFIDENTIAL                                    CX-0268.13                              APL-EG_11347983