| Field | Value |
|---|---|
| Control Number | APL-EG_11391659 |
| Group Identifier | APL-EG_11391659 |
| P/C | |
| FamilyStatus | |
| AllCustodians | |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | 5/19/2023 |
| TimeLastModified | 17:36:01 |
| DateCreated | |
| Email Subject | |
| Title | |
| Filename | 2023.05 Wisconsin Scenarios and Financial Impacts-2.key |
| Application | |
| Confidentiality_Rcvd | HighlyConfidential |
| Production Vol. | APL-EG_104 |

PLA TIFF
U.S. District C    NOCAL
4:20-cv-0564    GR-TSH
Epic Games, Inc    Apple Inc.
Ex. No. CX-0    2
Date Entered_
By

CX-0272.1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11391659



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11391660

# Working assumptions of compliance plan

Apple IAP is still required

Single external URL per app, owned / controlled by the developer

Flexibility of CTA design, e.g. buttons

No interrupting or mimicking Apple IAP

Link must resolve to external browser

**For discussion only**
Privileged and confidential  prepared at the request of counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0272.4    APL-EG_11391661

## Known conditions and restrictions on external links

**Developers must be able to ...**
- *show users a proactive prompt that communicates an external purchase option*
- *format these prompts as buttons or other calls to action, not just blue HTML links*
- *compare the pricing between IAP and an external purchase option for users*
- *place a persistent link in app that resolves to the external purchase option*

**Apple may disallow ...**
- *alternative payments directly in app*
- *multiple external purchase options*
- *prompts or links from interrupting or mimicking the IAP purchasing experience*
- *subjective marketing or promotional language highlighting non price benefits of the external purchase option*
- *links to any other websites besides those directly owned / controlled by the developer*
- *usage of in app web views to resolve these links (i.e. link must kick out to Safari / browser)*

**For discussion only**
Privileged and confidential   prepared at the request of counsel





**Proposal 1**

| | | **Key Risks** |
|---|---|---|
| **Display Placement** | Standalone / Independent of buy flow | • Diverges significantly from existing and future approaches |
| **Display Frequency** | Outside of the buy flow | • Creates new in-app channel for developers without commission |
| **Display UI and design** | Adaptation of existing Atari approach | • Requires Apple to review against multiple new policies and restrictions |
| **Pricing Language** | No specific references to discounts or price differences | • Review cannot prevent all policy evasion, but will allow for remediation |
| **Commission Rate** | No commission | • ATTORNEY-CLIENT PRIVILEGE |

For discussion only

Privileged and Confidential - Prepared at the Request of Counsel



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-EG_11391665





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11391667





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11391669



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11391670



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11391671



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0272.15

APL-EG_11391672







CX-0272.18

APL-EG_11391675



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11391676

