| | |
|---|---|
| **FamilyStatus** | |
| **AllCustodians** | |
| **Email From** | |
| **Email To** | |
| **Email CC** | |
| **Email BCC** | |
| **DateSent** | |
| **TimeSent** | |
| **DateLastModified** | 7/3/2023 |
| **TimeLastModified** | 08:23:17 |
| **DateCreated** | 6/12/2023 |
| **Email Subject** | |
| **Title** | |
| **Filename** | 2023.06 Pricing Analysis.key |

**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0274**

Date Entered_____
By_____





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398868



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398869

## Option A: Standard Commission Discount
*Apple would discount the commission on link-outs based on cost of payments*

### Proposed Justification

- Developer will still benefit from all of Apple's tools, technologies, and services, and only have to cover payments themselves at the end

- Our 30% commission is fair and defensible:

  - Steam charges 20-30%, but does not offer platform services

  - Codashop charges 15% but only offers IAP merchandising and payments without platform or distribution capabilities

  - EGS commission is below cost at 12%, without platform or review services

  - The App Store is a premium, comprehensive, at-scale offering

### Considerations

- Simplest approach that is most consistent with our in-market approaches in Netherlands and Korea

- No "tipping of our hand" with respect to DMA compliance and future business model changes

- ATTORNEY-CLIENT PRIVILEGE

- Developers will claim that a small discount will not provide enough margin to compete on price i.e. difficulties with Netherlands approach

Privileged and Confidential - Prepared at the Request of Counsel

## Option B: Time-limited, Discounted Commission
*Apple would charge a discounted commission for 1 year and then 0% thereafter*

### Proposed Justification

- Developers who do the work to retain customers through direct channels after the link out will eventually keep 100% of customer billings

- Our commission for 1 year is fair and defensible:
  - Developers are still benefitting from the vast majority of Apple's tools, technologies, and services
  - The effective rate drops over time as retained users drive more billings at 0% commission
  - Structurally similar to CPI and CAC calculations used by developers to evaluate distribution partners

### Considerations

- Retains many of the challenges / complications of Option A, with less financial upside

- Provides more margin opportunity for developers, ATTORNEY-CLIENT PRIVILEGE

Privileged and Confidential - Prepared at the Request of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398871

# Option C: Flat Affiliate Fee

*Apple would charge a flat fee per customer tap-through on an in-app link-out*

## Proposed Justification

- The App Store is functioning as an affiliate channel driving customer discovery that resolves to the transaction flow of the developers' choice

- Our flat fee per tap-through is fair and defensible:

  - This structure aligns with affiliate pricing schemas across the industry, including Apple's own affiliate programs for our 1P services

  - The effective rate drops even more quickly over time after the initial one-time charge

  - Flat fee allows for even more margin expansion for developers who are able to retain customers on non-Apple channels

## Considerations

- No calculation risk with fees; Apple has full visibility into tap-through data

- No need for data sharing / audit rights between developers and Apple

- Pricing framework is not grounded specifically in IP or proprietary technology

- Significant divergence from other planned changes that increase risk of inconsistencies or regulatory cherry-picking

- Significant pricing risk and complexity (i.e. single fee for all apps, apps vs games, or unique to each app)

Privileged and Confidential - Prepared at the Request of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398872



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398873





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0274.9    APL-EG_11398875



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398876





Unity not a good comp bc pricing structure is hard to align

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0274.12

APL-EG_11398878

**For Discussion Only**

## Apple Licenses

**Technology licenses are more apt comps than patent licenses**

- Technology licenses provide access to technology, services, deliverables, tools, knowhow, etc., often for a "per unit" (e.g., HW or SW unit) fee
  - E.g., ARM ISA, Microsoft ActiveSync, MFi

- "Pure" patent licenses are a bare promise not to sue and typically structured as lump sum or capped fees

Privileged and Confidential - Prepared at the Request of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0274.13

APL-EG_11398879



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398880



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11398881