| | |
|---|---|
| From: | Carson Oliver  |
| Subject: | Re: Updated Wisconsin deck for review |
| Received(Date): | Tue, 27 Jun 2023 07:15:50 -0700 |
| Cc: | Tanya Washburn, Eddy Cue, Matt Fischer, Alex Roman, Jennifer Brown, Ling Lew, Timothy Kim, Ann Thai, Nate Barton, Kunnal Vij, Bri Cote, Joe Phillips, Joseph Magnani, Liz Pulchny, Monika Gromek, Raf Onak, Eric Gray, Meredith Thieme |
| To: | Sean Cameron, Phil Schiller |
| Date: | Tue, 27 Jun 2023 07:15:50 -0700 |

Privileged and Confidential

Thanks, Phil. We will adjust those slides accordingly.

Carson

On Jun 27, 2023, at 3:46 AM, Phil Schiller wrote:

Privileged and Confidential

I'm not confident that the internal data you are using to estimate time duration is a reliable proxy for linking out. At the least the slide should make it very clear that this is an estimate based on data other than actual link out behavior.

Regarding the forecast, I would prefer we show both the fy24 forecast and the steady state model to be clear the difference (which is significant).

Sent from my iPhone

> On Jun 27, 2023, at 12:00*AM, Carson Oliver wrote:
>
> Privileged and Confidential
> The data on Slide 10 is internal App Store data based on In-App Purchase payer LTV for various time durations after the initial purchase. We're using this as a proxy for transactional behavior that would occur outside of the app due to linking out. We assume that the 24-hour duration data is a reasonable internal proxy for the "direct link out" session model you describe since we don't have an accurate way of estimating browser session behavior from linking out.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0279.1    APL-EG_11529870

We are planning on showing the forecasted FY24 impact in the App Store plan meeting tomorrow. The impact depends on the adoption ramp for both developers and customers, and we are currently assuming a 12-month straight line ramp that will get us to ▮▮▮▮ in FY24 impact (▮▮ of steady state). This forecast assumes that, in the steady state, 200 top developers adopt, 30% of customers move to link out, 50% of those customers return through the link out, and there is a 30% collection risk.

Please let us know if you have any questions on the above.

Thanks,
Carson

On Jun 26, 2023, at 9:50 PM, Phil Schiller ▮▮▮▮▮▮ wrote:

Privileged and Confidential
Attorney Work Product

Two questions:
 - Where does the data for the commission duration on slide 10 come from? I don't see the source identified. How do we know what percentage of transactions occur per hour after a link out from an app? Also, I don't see the most logical data point, which is as a direct result from a link out (regardless of time), without leaving the browser session.
 - Do we plan to show the forecast of FY24 impact? The slides only show a hypothetical "steady state" model.

On Jun 26, 2023, at 9:39*PM, Tanya Washburn ▮▮▮▮▮▮ wrote:

*Attorney Work Product*
*Privileged and Confidential*
*Prepared at the request of Counsel*

Phil, Eddy,

Here is the updated Wisconsin deck for review ahead of our meeting this Wednesday, June 28th. Please let us know if you have any questions or suggested changes before then.

Thanks,
Tanya

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0279.2    APL-EG_11529871