**Direct message Brandon Mihai, Jason Cody and 3 others - 2022-03-15 (UTC)**

Private 🔒    3/15/2022, 8:30 PM UTC

Brandon Mihai, Josh Elman, Raf Onak and Terry Liu

`Has Deletions`  `Has Edits`

---

**BM** **Brandon Mihai**
hey guys, nice work. Raf, when you have some updates please share here and we can have Terry add to a comp. We can then send to Monika
3/15/2022, 8:30 PM UTC

**RO** **Raf Onak**
will do   3/15/2022, 8:30 PM UTC

**JE** **Josh Elman**
I updated the Learn More ████████    💬 3/15/2022, 8:34 PM UTC
I updated the Learn More ████████    ✏️ 3/15/2022, 8:34 PM UTC

@Raf Onak feel free to take a pass   3/15/2022, 8:34 PM UTC

**RO** **Raf Onak**
ok, here are some proposals:

You're about the leave the app and be taken to an external website. You will no longer be transacting with Apple.

You're about to leave the app. You'll be taken to an external website and will no longer be transacting with Apple.

You're about to be taken to an external website and will no longer be transacting with Apple.
3/15/2022, 8:57 PM UTC

i think if we want to include all three points (leaving the app, going to an external website, not transacting with apple), it's best to do that in 2 sentences
3/15/2022, 8:57 PM UTC

**TL** **Terry Liu**
How about
You're about to be taken to an external website. You will no longer be transacting with Apple.
3/15/2022, 9:04 PM UTC

**RO** **Raf Onak**
yep, that's another variation   3/15/2022, 9:05 PM UTC

not sure how important "leaving the app" is in phil's eyes   3/15/2022, 9:05 PM UTC

**JE** **Josh Elman**
This app is about to take you to an external website, and you will not be

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0281
Date Entered_____
By_____

transacting with Apple.
3/15/2022, 9:06 PM UTC

~~This app is about to take you to an external website, and you will not be transacting with Apple.~~
3/15/2022, 9:06 PM UTC

**Terry Liu**
and would "**You're about to go to an external website...**" work?   3/15/2022, 9:06 PM UTC

**Josh Elman**
Another variant:
This app is about to take you to an external website, and you will not be transacting with Apple.
3/15/2022, 9:06 PM UTC

Another variant:
This app is about to take you to an external website, and you will no longer be transacting with Apple.
3/15/2022, 9:10 PM UTC

**Raf Onak**
to me, "about to go..." is more informal compared to "be taken to..."   3/15/2022, 9:08 PM UTC

👍 1

josh, for some reason, saying "this app is about to take you..." feels safe to me? like, don't worry, you're still within the app and it's just guiding you somewhere else right now
3/15/2022, 9:09 PM UTC

and i think we should stick with the "no longer transacting" language as jeff was very vocal about that
3/15/2022, 9:09 PM UTC

👍 1    👍 1

**Josh Elman**
yeah -- good point. "About to go to" is a little more like into the great wide open   3/15/2022, 9:09 PM UTC

@Raf Onak Phil did like the "this app is..." language from the "this app does not use private and secure App Store payments"
3/15/2022, 9:23 PM UTC

Do we have any variants that start there?   3/15/2022, 9:23 PM UTC

**Raf Onak**
oh shoot, you're right, i think i mixed up the pages we want to align   3/15/2022, 9:29 PM UTC

so back to your original proposal of "this app is about to..."   3/15/2022, 9:29 PM UTC

i wonder if "send" is better than "take" because it doesn't sound like the app will be holding your hand
3/15/2022, 9:29 PM UTC

This app is about to send you to an external website. You will no longer be transacting with Apple.
3/15/2022, 9:29 PM UTC

This app is about to send you to an external website. You will leave the app and will no longer be transacting with Apple.
3/15/2022, 9:30 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0281.2    APL-EG_11532173

**JE** **Josh Elman**
I like "send".   3/15/2022, 9:30 PM UTC

**RO** **Raf Onak**
This app is about to send you to an external website, and you'll no longer be transacting with Apple.   3/15/2022, 9:30 PM UTC

**BM** **Brandon Mihai**
to shorten can we remove "and" after the comma   3/15/2022, 9:31 PM UTC

**JE** **Josh Elman**
"send you out to"?   3/15/2022, 9:31 PM UTC

**TL** **Terry Liu**
"This app is sending you to"?   3/15/2022, 9:31 PM UTC

**RO** **Raf Onak**
This app is about to send you out to an external website. You will no longer be transacting with Apple.   3/15/2022, 9:32 PM UTC

i have no preference for "out", works either way   3/15/2022, 9:32 PM UTC

terry, can't say "app is sending you to" because as phil mentioned, you still have a choice   3/15/2022, 9:32 PM UTC

"sending you to" sounds like it's happening   3/15/2022, 9:32 PM UTC

**JE** **Josh Elman**
Question / thought on whether -- "out" makes it more clear you are leaving the app without saying "leave the app"   3/15/2022, 9:33 PM UTC

**TL** **Terry Liu**
it does have continue or cancel below though (shrug)   3/15/2022, 9:33 PM UTC

**RO** **Raf Onak**
for sure, i'm just reacting to it because phil specifically called out "when you leave this app" today   3/15/2022, 9:33 PM UTC

**TL** **Terry Liu**
FWIW i like "This app is about to send you to an external website, and you'll no longer be transacting with Apple." I like the comma instead of two sentences to connect these things better   3/15/2022, 9:36 PM UTC

**RO** **Raf Onak**
josh, if we want to "scare" users a bit, i like the addition of "out" because it raises questions and hesitancy haha. out? out where? omg what do i do?   3/15/2022, 9:36 PM UTC

so i think our favorites are:

This app is about to send you out to an external website. You will no longer be transacting with Apple.

This app is about to send you out to an external website, and you will no longer be transacting with Apple.    3/15/2022, 9:37 PM UTC

dropped the "you'll" contraction to be more formal    3/15/2022, 9:37 PM UTC

**JE** **Josh Elman**
I'm good with these -- and I defer to you both on sentences vs comma. I think "send you out" has replaced "leave the app" but we might get some question about whether we need "leave"    3/15/2022, 9:40 PM UTC

**TL** **Terry Liu**
Do we want to keep the "take" options vs. "send out"?    3/15/2022, 9:41 PM UTC



3/15/2022, 9:41 PM UTC

📎 Screen Shot 2022-03-15 at 2.40.17 PM.png    3/15/2022, 9:41 PM UTC

**RO** **Raf Onak**
i think we should remove the "take" options    3/15/2022, 9:42 PM UTC

:+11: 1

and maybe we include one with "you're about to leave"?    3/15/2022, 9:42 PM UTC

You're about the leave the app and be taken to an external website. You will no longer be transacting with Apple.    3/15/2022, 9:43 PM UTC

**TL** **Terry Liu**
Ok seems like we have 3 options now. We can reduce it to two if we want to decide comma or two sentences on B and C.    3/15/2022, 9:55 PM UTC



3/15/2022, 9:55 PM UTC

📎 Screen Shot 2022-03-15 at 2.54.42 PM.png   3/15/2022, 9:55 PM UTC

**RO** **Raf Onak**
these look good, let's get monika's thoughts   3/15/2022, 9:58 PM UTC

:+11: 1

**BM** **Brandon Mihai**
Can we just pick between B or C? Phil didn't want us to go with something like A, he was pretty adament.   3/15/2022, 10:44 PM UTC

And then I think we should just pick between the comma or additional sentance   3/15/2022, 10:44 PM UTC

**RO** **Raf Onak**
sure, my vote would be B as i think the period makes it more authoritative   3/15/2022, 10:47 PM UTC

**JE** **Josh Elman**
i'm with you   3/15/2022, 10:48 PM UTC

**BM** **Brandon Mihai**
Let's just send B to Monika over email Terry, that sound OK?   3/15/2022, 10:49 PM UTC

**TL** **Terry Liu**
yeah just sent   3/15/2022, 10:58 PM UTC






HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0281.6    APL-EG_11532177

Unified ▇▇▇▇ Link Out Sheet



Current ▇▇▇▇ Link Out Sheet



Unified Option A



Unified Option B



Unified Option C

Attorney Client Privileged - Prepared at the Direction of Counsel