| | |
|---|---|
| **Subject:** | Re: Wisconsin Prep for 6/28 Tim Mtg. Actions |
| **From:** | "Liz Pulchny" |
| **Received(Date):** | Sat, 24 Jun 2023 00:19:02 +0000 |
| **To:** | "Tanya Washburn" , "Ling Lew" , "Jennifer Brown" |
| **Cc:** | "Matt Fischer" , "Nate Barton" , "Eric Gray" ,"Kunnal Vij" ,"Carson Oliver" ,"Timothy Kim" , "Joseph Magnani" ,"Ann Thai" , "Monika Gromek" , "Bri Cote" "Raf Onak" |
| **Date:** | Sat, 24 Jun 2023 00:19:02 +0000 |

*Attorney Work Product*

*Privileged and Confidential*

*Prepared at the request of Counsel*

Jen/Ling/Sean - I added 2 new timeline variations on slides 20 and 21 - I had to miss the end of the meeting so not sure exactly what we wanted to focus on, so happy to revise further, or feel free to edit.

- Liz

On Jun 23, 2023, at 12:26 PM, Tanya Washburn wrote:

*Attorney Work Product*

*Privileged and Confidential*

*Prepared at the request of Counsel*

Following up with a link to the shared [Wisconsin deck](#).

Thanks,

Tanya

On Jun 23, 2023, at 11:54 AM, Tanya Washburn wrote:

*Attorney Work Product*
*Privileged and Confidential*
*Prepared at the request of Counsel*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0384.1    APL-EG_10675716; APL-EG_10677832
APL-EG_11609211

Hi Everyone,
Thanks for meeting this morning. Below are the actions needed on the deck by Monday, 6/26.

Actions:

- @Kunnal / Nate: Change commission duration to 72 hrs and 20% standard / 12% programs rate throughout deck, and run new numbers to show sensitivity tables
- @Kunnal/Nate: Separate VPP from Subs Y2 (slide 12-13)
- @Eric: Add collection risk measurement (slide 8)
- @Ling: Add example DPLA language to protect against collection risks (slide 7)
- @Ling/Sean/Liz: Adjust timeline slide (20) to show high level implementation plan for 7/5 deadline
- @Design: Keep customer warning sheet as is for now. Watch for feedback from Tim
- @Jen: Send to Phil, Eddy, Joz, Craig, et al on Monday, 6/26 after all changes are made and reviewed by Matt

**Wisconsin Prep for 6/28 Tim Mtg.**
Scheduled: Jun 23, 2023 at 10:00 AM to 11:00 AM, PDT
Location: Virtual Conference One-Time Room
Invitees: Raf Onak, Tanya Washburn, Joseph Magnani, Nate Barton, Ann Thai, Monika Gromek, Kunnal Vij, Liz Pulchny, Jennifer Brown, Carson Oliver, Ling Lew, ███████████████████, Matt Fischer, Timothy Kim, Bri Cote, ███████████████████, ███████████

Video Call:
One-Time Room

Webex Meetings

███████████████

Phone

███████████████████

Global call-in numbers:
███████████████████████████████████████

Dial from video system [AVCN]:
Enter the Meeting ID: ███████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0384.2    APL-EG_10675716; APL-EG_10677832
APL-EG_11609212