Every day we don't hear anything from the court past the 28th — its one day
Commission
20-23 percent
Luca wanted to make it 27 percent

Initially on the honor system if you decide to link out we will charge you a 20 percent commission rate if someone uses that link to make a purchase within the first 72 hours
In addition to the Wisconsin materials, we will be doing a legal filing at the same time the materials go up

We will also have the legal filing to point reporters to
The AG group report will back up Matt Fischer's attestation
He is going to have to justify this

Where the link can go
What the language around teh link will be
Interstital that tells ppl its dangerous and they are leaving the app store

Only going to apply in teh U.S.

At teh same time, we send in the legal filing
This is all going to play out in public
Epic will get our legal filing
They will wake up on the 5th

We will likely get calls at the end of this week

We will get calls on the 28th if the court says no

Not a dispute on the fact of linking out —

15 percent commission in DMA lane

27 in Korea and Netherlands
20 In the US.

15 in the DMA

In DMA we have a volume fee — we have that as out talking

Why do you have different regimes in different countries
We would prefer not to we would prefer to have one system that is in place around teh world
We are merely responding to the different regulators around tehw world

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0399**
Date Entered_____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   CX-0399.1   APL-EG_11447659

While we have the ability to do that — likely not in that every country seems to be imposing a different set of requirements

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0399.2    APL-EG_11447660

| Field | Value |
|---|---|
| Control Number | APL-EG_11447659 |
| Group Identifier | APL-EG_11447659 |
| P/C | |
| FamilyStatus | |
| AllCustodians | Goldberg, Marni |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | 6/26/2023 |
| TimeLastModified | 16:30:44 |
| DateCreated | |
| Email Subject | |
| Title | |
| Filename | 062623 Epic Discussion .pages |
| Application | |
| Confidentiality_Rcvd | HighlyConfidential |
| Production Vol. | APL-EG_106 |