**Subject: Wisconsin Program's Slide sync**

| | |
|---|---|
| organizer: | Kunnal Vij |
| location: | Virtual Conference One-Time Room |
| from: | Mon, 26 Jun 2023 16:30:00 -0700 |
| to: | Mon, 26 Jun 2023 17:00:00 -0700 |
| attendees: | Carson Oliver — accepted |
| | Kunnal Vij — accepted |
| | Nate Barton — accepted |
| | Timothy Kim |
| uid: | 289C4F2F-411A-4D4C-B8DC-71C5FF1CCC78 |
| note: | ----( Virtual Conference One-Time Room )---- |

[One-Time Room]

[Webex Meetings]

[Phone]
tel://

---( Details )---

Global call-in numbers:

Dial from video system [AVCN]:
Enter the Meeting ID:
---===---

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. **CX-0435**
Date Entered_____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CX-0435.1     APL-EG_10701903