

**Subject:**   [Phil Deck] Wisconsin
**From:**   "Terry Liu" ███████
**Received(Date):**   Thu, 25 May 2023 03:44:23 +0000
**To:**   "Matt Fischer" ███████ ,"Robert Kondrk" ███████ , "Monika Gromek" ███████ ,"Ann Thai" ███████ , "Carson Oliver" ███████ ,"Sean Cameron" ███████ ,"Jennifer Brown" ███████ ,"Joe Phillips" ███████ , "Josh Elman" ███████ ,"Trystan Kosmynka" ███████ ,"Joseph Magnani" ███████ ,"Ling Yang Lew" ███████ , "Timothy Kim" ███████ ,"Bri Cote" ███████

**Attachment:**   2023-05-24 Wisconsin.pdf
**Date:**   Thu, 25 May 2023 03:44:23 +0000

[Privileged & Confidential]

Hi all,

Here is a PDF of what Design will present to Phil for Wisconsin tomorrow at 9am for you to preview. We've made some changes based on our check-ins yesterday and today. We've cleaned up the deck to better explain the potential guidance for in-app flows, and added an alternate direction with a more standardized interstitial design.

Thanks, and see you tomorrow,
Terry



PLAINTIFF
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0484**
Date Entered_____
By_____

# Wisconsin

Privileged and Confidential — Prepared at the Direction of Counsel

CONFIDENTIAL
CX-0484.1
APL-EG_10675074
APL-EG_10678276

# Wisconsin

## Allow apps in the US storefront to communicate and link to other ways to buy digital goods and services through non-IAP mechanisms

Privileged and Confidential — Prepared at the Direction of Counsel

CONFIDENTIAL

CX-0484.2

APL-EG_10675074
APL-EG_10678277

# Approach

Apple IAP is still required

Single external URL per app, owned / controlled by the developer

No interrupting or mimicking Apple IAP

Link must resolve to external browser

Privileged and Confidential — Prepared at the Direction of Counsel

CX-0484.3

APL-EG_10675074
APL-EG_10678278

# CTA

Placement:

   - Single URL, Only 1 link per page
   - Must be independent of the buy flow
   - A reasonable # of placements (not spammy)

Styling: Buttons, links, (or other CTAs?)

Language: TBD

Privileged and Confidential — Prepared at the Direction of Counsel

CONFIDENTIAL

CX-0484.4

APL-EG_10675074
APL-EG_10678279

# Current Reader App Entitlement (Worldwide)



Reader App                    Link-Out Sheet                    Web

FPO. For discussion only

# Current Purchasing Experiences

CONFIDENTIAL

CX-0484.6

APL-EG_10675074
APL-EG_10678281

# Categories

Privileged and Confidential — Prepared at the Direction of Counsel

Hard Paywall
General Upsell
In-Flow Upsell
In-App Shop
Catalog/Product Page
Account

CX-0484.7

APL-EG_10675074
APL-EG_10678282

# Two Dots
## Multiple Upsell Moments • In-App Shop

Privileged and Confidential — Prepared at the Direction of Counsel



Onboarding / Login



Game Screen



General Upsell



In-Flow Upsell



In-App Shop



Account / Settings

FPO. For discussion only

# NY Times
## Upsell Prompt

Privileged and Confidential — Prepared at the Direction of Counsel



App Launch



General Upsell



In-Flow Upsell



Account (Signed Out)



Account

FPO. For discussion only

# Hulu Hard Paywall

Privileged and Confidential — Prepared at the Direction of Counsel



Hard Paywall          Merchandizing          Create Account

FPO. For discussion only

# YouTube
## Merchandize as Product Pages

Privileged and Confidential — Prepared at the Direction of Counsel



Search Results



Product Page



Rent or Buy



FPO. For discussion only

CX-0484.11

APL-EG_10675074
APL-EG_10678286

# 1) Language & Styling
# 2) Placements

CONFIDENTIAL

CX-0484.12

APL-EG_10675074
APL-EG_10678287



# Language & Styling
## Language

Continue on the Web

Continue on hulu.com

hulu.com

FPO. For discussion only

CONFIDENTIAL

CX-0484.13

APL-EG_10675074
APL-EG_10678288

# Language & Styling
## Language



FPO. For discussion only

CONFIDENTIAL

CX-0484.14

APL-EG_10675074
APL-EG_10678289

# Language & Styling
## Language

hulu.com

Get 15% off and other special offers.

FPO. For discussion only

CONFIDENTIAL

CX-0484.15

APL-EG_10675074
APL-EG_10678290

## Language & Styling
The Problem in Situ





FPO. For discussion only

CX-0484.16

APL-EG_10675074
APL-EG_10678291

## Language & Styling
### The Problem in Situ




FPO. For discussion only

CX-0484.17

APL-EG_10675074
APL-EG_10678292

# Language & Styling
## Language

hulu.com

Get 15% off and other special offers.

**FPO. For discussion only**

CONFIDENTIAL

CX-0484.18

APL-EG_10675074
APL-EG_10678293

# Language & Styling
## Language

**Continue in App**

Transactions secured by Apple

**hulu.com**

Get 15% off and other special offers.

FPO. For discussion only

CX-0484.19

APL-EG_10675074
APL-EG_10678294

# Language & Styling
## Language

| Continue with Apple | Continue in App | Continue with App Store |
|---|---|---|
| Transactions secured by Apple | Transactions secured by Apple | Transactions secured by Apple |
| hulu.com | hulu.com | hulu.com |
| Get 15% off and other special offers. | Get 15% off and other special offers. | Get 15% off and other special offers. |

**FPO. For discussion only**

CONFIDENTIAL

CX-0484.20

APL-EG_10675074
APL-EG_10678295

## Language & Styling
### If There are NO Styling Guardrails or Guidelines...

Privileged and Confidential — Prepared at the Direction of Counsel





FPO. For discussion only

CX-0484.21

APL-EG_10675074
APL-EG_10678296

## Language & Styling
### Styling Guardrails & Guidelines Imposed

Privileged and Confidential — Prepared at the Direction of Counsel



Not Equal          Equal          Ordering?

FPO. For discussion only

APL-EG_10675074
APL-EG_10678297

## Language & Styling
### Apple Templates (Reference: Sign in with Apple)



O. For discussion only

APL-EG_10675074
APL-EG_10678298

# Language & Styling
## Apple Templates



56 pt

**Continue with Apple**

Font size: 24 pt

56 pt

**hulu.com** ↗

Font size: 24 pt

FPO. For discussion only

CX-0484.24

APL-EG_10675074
APL-EG_10678299

# Language & Styling
## Apple Templates

Privileged and Confidential — Prepared at the Direction of Counsel







FPO. For discussion only

CX-0484.25

APL-EG_10675074
APL-EG_10678300

1) Language & Styling
# 2) Placements

CONFIDENTIAL

CX-0484.26

APL-EG_10675074
APL-EG_10678301

# Placements
## Hard Paywall

Privileged and Confidential — Prepared at the Direction of Counsel



Hard Paywall          Merchandizing          Create Account          Subscription

FPO. For discussion only

# Placements
## Hard Paywall

Privileged and Confidential — Prepared at the Direction of Counsel



Hard Paywall          Merchandizing          Create Account          Subscription

FPO. For discussion only

# Placements
## Hard Paywall

Privileged and Confidential — Prepared at the Direction of Counsel



Hard Paywall          Merchandizing          Create Account          Subscription

FPO. For discussion only

# Placements
## Two Dots Current

Privileged and Confidential — Prepared at the Direction of Counsel



Onboarding / Login



Game Screen



Upsell



In-App Shop



Account / Settings

**FPO. For discussion only**

CX-0484.30

APL-EG_10675074
APL-EG_10678305

## Placements
## Game Screen (No merchandise present)

Privileged and Confidential — Prepared at the Direction of Counsel



Onboarding / Login



Game Screen



Upsell



In-App Shop



Account / Settings

**FPO. For discussion only**

CX-0484.31

APL-EG_10675074
APL-EG_10678306

# Placements
## Upsell

Privileged and Confidential — Prepared at the Direction of Counsel



Onboarding / Login



Game Screen



Upsell



In-App Shop



Account / Settings

**FPO. For discussion only**

CX-0484.32

APL-EG_10675074
APL-EG_10678307

## Placements
## New Screen before Merchandise

Privileged and Confidential — Prepared at the Direction of Counsel



Onboarding / Login



Game Screen



Upsell



Custom New Screen
to pick shop



In-App Shop

**FPO. For discussion only**

CX-0484.33

APL-EG_10675074
APL-EG_10678308

# Placements

Privileged and Confidential — Prepared at the Direction of Counsel



Onboarding / Login



Game Screen



Upsell



In-App Shop



Account / Settings



**FPO. For discussion only**

CONFIDENTIAL

CX-0484.34

APL-EG_10675074
APL-EG_10678309

# What This All Might Look Like...

Privileged and Confidential — Prepared at the Direction of Counsel







FPO. For discussion only

CX-0484.35

APL-EG_10675074
APL-EG_10678310

# Alternate Direction

CONFIDENTIAL

CX-0484.36

APL-EG_10675074
APL-EG_10678311

# Alternate Direction
## Two Dot Current

Privileged and Confidential — Prepared at the Direction of Counsel



Game Screen          In-App Shop          Purchase

FPO. For discussion only

# Alternate Direction
## 1. Before Showing Merchandise

Privileged and Confidential — Prepared at the Direction of Counsel



Game Screen

Apple Sheet
Selection

In-App Shop
IAP only

Purchase

FPO. For discussion only

APL-EG_10675074
APL-EG_10678313

## Alternate Direction
## 1. Before Showing Merchandise

Privileged and Confidential — Prepared at the Direction of Counsel



Game Screen

Apple Sheet Selection

Link-Out Sheet

Web

**FPO. For discussion only**

APL-EG_10675074
APL-EG_10678314

# Alternate Direction
## 1. Before Showing Merchandise

Privileged and Confidential — Prepared at the Direction of Counsel



Paywall

Apple Sheet Selection

Link-Out Sheet

Web

FPO. For discussion only

CX-0484.40

APL-EG_10675074
APL-EG_10678315

# Summary

Hierarchy between IAP & External

Link/Button/Template style guidance

Linking-out language

Discount/pricing language with CTA

Allowed positions (independent of buy flow)

What constitutes a buy flow?

Alternative UI for consistency?

Privileged and Confidential — Prepared at the Direction of Counsel



CONFIDENTIAL
CX-0484.42
APL-EG_10675074
APL-EG_10678317

**Future:** Sheet Design Idea

Privileged and Confidential — Prepared at the Direction of Counsel





Current

Future

FPO. For discussion only

CX-0484.43

APL-EG_10675074
APL-EG_10678318