**Subject: Epic Injunction Implementation**

| | | |
|---|---|---|
| organizer: | Kate Adams | |
| location: | {M} Boardroom [AVCN] (24) AP01:7 4th; Virtual Conference One-Time Room | |
| from: | Thu, 01 Jun 2023 15:00:00 -0700 | |
| to: | Thu, 01 Jun 2023 16:00:00 -0700 | |
| attendees: | Alex Roman | accepted |
| | Ann Thai | accepted |
| | Carson Oliver | accepted |
| | Craig Federighi | accepted |
| | Eddy Cue | accepted |
| | Fred Sainz | accepted |
| | Greg (Joz) Joswiak | accepted |
| | Heather Grenier | accepted |
| | Jeff Robbin | accepted |
| | Jennifer Brown | accepted |
| | Kate Adams | accepted |
| | Kristin Huguet Quayle | accepted |
| | Kunnal Vij | accepted |
| | Kyle Andeer | accepted |
| | Luca Maestri | declined |
| | Matt Fischer | accepted |
| | Nate Barton | accepted |
| | Phil Schiller | accepted |
| | Robert Kondrk | accepted |
| | Sean Cameron | accepted |
| | Tanya Washburn | accepted |
| | Tim Cook | accepted |
| | Trystan Kosmynka | accepted |
| | Virtual Conference One-Time Room | accepted |
| | {M} Boardroom [AVCN] (24) AP01:7 4th | accepted |
| uid: | 77E15C96-2A78-40E0-85C8-B0185A37A61D | |
| note: | ----( Virtual Conference One-Time Room )----<br>[One-Time Room] | |

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0485
Date Entered_____
By_____

CONFIDENTIAL    CX-0485.1    APL-EG_10701867

[Webex Meetings]
███████████████████████████████

[Phone]
████████████████████

---( Details )---

Global call-in numbers:
███████████████████████████████

Dial from video system [AVCN]:
Enter the Meeting ID: ██████████
---===---

CONFIDENTIAL