**From:**  Jessica Cheung ███████████████

**Subject:**  [Notes] Weekly App Store Roadmap Sync - 12/9

**Received(Date):**  Thu, 09 Dec 2021 14:32:22 -0800

**To:**  Prathima Velamuri ██████████ ,Prabha Bashyam



**Date:**  Thu, 09 Dec 2021 14:32:22 -0800

## DISCUSSION

Highlights from the Week

- Michigan is on hold for now

- PPV Launch Feedback

    * Developers before launch were signing up for the review flow about 40 a day, yesterday with launch there were 270 developers joining. The assumption is that they were doing it to use the new functionality

    * In January we're going to have the new flow on as default

    * Reaction has been positive, people starting tests is small so far - but not small for this feature

    * Whitepaper was published from AIML about the technology that was used for this feature

    * Industry writeups have been good



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0486
Date Entered_____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0486.1          APL-EG_10765795

* 1st Party Apps are wondering how they might be able to participate more in this because they want to optimize their screenshots

* **Follow up:** See if we have a way for them to access the data through Logistics team

* Screenshots discussion

* No one seems to be following the guidelines on what should be in screenshots

* We need some sort of automation for detecting screenshots at scale

* We also should have some labels and other marketing help for the product page

* **Follow up:** Let's consider this as part of FY23 planning discussions, since Tanya 's team is starting to spin that up

    • App Privacy Label

       * SydneyE is the current proposed target timeline

       * Would continue to push on requirements, keeping client impact in mind

       * Any concerns?

       * Make sure Sean is ok with this

       * **Follow up:** Add Ann to the meeting next week with Sean/Trystan to confirm timing and that there are no issues

          • Next Steps for TestFlight Fraud Efforts

            * Wanted to start to look on blocking builds on device, and how we can move this fwd

            * Thought there were previous convos on this where Phil wasn 't a fan of blocking builds

            * **Follow up:** Latika to start a draft email on the plan and Sam/DVT to review requirements to make sure we 're aligned

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0486.2    APL-EG_10765796

**Weekly App Store Roadmap Sync**

Scheduled: Dec 9, 2021 at 1:35 PM to 2:30 PM, PST

Location: Virtual Conference One-Time Room

Invitees: Prathima Velamuri, Prabha Bashyam, Alex Rofman, Jessica Cheung, Liz Pulchny, Daniel Erlewine, Ann Thai, Tanya Washburn, Cindy Lin, Gurpratap Virdi, Latika Kirtane, Brandon Mihai, Johnny Nunes, Keith Kowalczykowski, Dave Van Tassell, Kristi Gillis, Amy Hawthorne, Zach Friedland, Roma Majumder, Sam Gharabally, Josh Elman, Peter Gremett, Monika Gromek

----( Virtual Conference One-Time Room )----

[One-Time Room]

[Webex Meetings]

https://appleinc.webex.com/appleinc/j.php?MTID=m9f7d7e31f38d74bd1

[Cisco Jabber]

sip: ███████████████████████.

[Phone]

tel://███████████████████.

---( Details )---

Global call-in numbers:

https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcalli

Dial from video system [AVCN]:

Enter the Meeting ID: ██████████

---===---

Note: N301 Disclosure is required for this meeting.