**Private channel #amp-wisconsin - 2023-05-15 (UTC)**

Atusa Savio, Dana DuBois, Dani Chootong, and 13 others

Has Edits

Private 🔒    5/15/2023, 7:48 PM UTC

**JW** **Jeehye Woo**
@Jeehye Woo has joined the channel    5/15/2023, 7:48 PM UTC

:thankyoublue: 1

**AS** **Atusa Savio**
@Josh Elman are we using the ▇ in-app sheet copy/buttons as-is?    5/15/2023, 7:55 PM UTC

**AS** **Atusa Savio**
5/15/2023, 7:55 PM UTC



📎 image.png  5/15/2023, 7:55 PM UTC    5/15/2023, 7:55 PM UTC

**JE** **Josh Elman**
the current plan is "yes"    5/15/2023, 7:55 PM UTC

:got: 1

**AS** **Atusa Savio**
▇ "learn more" story is unchanged as well?    5/15/2023, 7:57 PM UTC

**JE** **Josh Elman**
for now, "yes", but we think we should create a duplicate story for Wisconsin so we can evolve it separately    5/15/2023, 7:58 PM UTC

:got: 1

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0487
Date Entered_____
By_____

**AS** **Atusa Savio**
Got it. Will make a note in tasks  5/15/2023, 7:58 PM UTC

:thankyoublue: 1

**JM** **Joseph Magnani**
we have some redesign ideas, but tbd when that could be implemented  5/15/2023, 8:06 PM UTC

♦ 1

i assume we have some flexibility since its all html  5/15/2023, 8:06 PM UTC
@Terry Liu  5/15/2023, 8:46 PM UTC

**AS** **Atusa Savio**
Added him. Need to give it a minute to sync  5/15/2023, 8:51 PM UTC

☐ ☐1

**GT** **Gabe Tang**
k. running with the assumption that sheet is as-is. if that changes, want to make sure that @Matthew Laine has enough heads up for changes + desired timeframes  5/15/2023, 9:15 PM UTC

**JM** **Joseph Magnani**
@Raf Onak  5/15/2023, 9:16 PM UTC
@Matthew Laine fyi, here is a very early pass at a possible redesign:  5/15/2023, 9:18 PM UTC
5/15/2023, 9:18 PM UTC



5/15/2023, 9:18 PM UTC

📎 **image.png**  5/15/2023, 9:18 PM UTC

Liz Pulchny

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CX-0487.3     APL-EG_10768122

**LP**
@Dana DuBois do we need any changes to the External Purchase Link API in order to display the ▮ in-app sheet instead of the ▮ one? Or it just the url configured in the bag key? Want to confirm we're not missing any required changes
*5/15/2023, 9:48 PM UTC*

Also @Matthew Laine if we're going to have a different URL for the learn more story, do we need a separate copy of the sheet anyway, even if it's identical?
*5/15/2023, 10:00 PM UTC*

**AS** **Atusa Savio**
Liz I think we both pinged Dana at the same time. Moving convo here <https://a1391190.slack.com/archives/C056AUF2E9G/p1684187580029319>
*5/15/2023, 10:00 PM UTC*

**DD** **Dana DuBois**
we should try to avoid changing the client, as that will limit the OSes this works on. Let's see if we can make this work without changing the client
*5/15/2023, 10:03 PM UTC*

**S** **Slackbot**
**MC_Services_C056AUF2E9G\* has been disconnected from amp-wisconsin\*,** so it's now possible to add any member to this channel.
*5/15/2023, 8:56 PM UTC*

**JN** **Joe Natalzia**
@Joe Natalzia has joined the channel  *5/15/2023, 8:57 PM UTC*

**TL** **Terry Liu**
@Terry Liu has joined the channel  *5/15/2023, 8:57 PM UTC*

**RO** **Raf Onak**
@Raf Onak has joined the channel  *5/15/2023, 9:16 PM UTC*

**ML** **Matthew Laine**
@Matthew Laine has joined the channel  *5/15/2023, 9:18 PM UTC*

**AS** **Atusa Savio**
:thread: Having ▮ Sheet show with ▮ Entitlement  *5/15/2023, 9:53 PM UTC*

**AS** **Atusa Savio**
@Fırat Kart I was just chatting with @Dana DuBois. In order to get the above scenario to happen, we're hoping to in the US, to get the bag to point to the ▮ URL
*5/15/2023, 9:56 PM UTC*

**FK** **Fırat Kart**
and timeline for that is, 6/30 right, not 5/30?  *5/15/2023, 10:38 PM UTC*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0487.4    APL-EG_10768123

**Atusa Savio**
6/30  *5/15/2023, 10:38 PM UTC*

**Firat Kart**
ok, I saw the radar, so that's doable.  *5/15/2023, 10:38 PM UTC*

```
([Wisonsin] New "Learn More" Bag Key for
Wisconsin)
([Wisconsin] Ensure enable-external-purchase is
off for US)
```
*5/15/2023, 10:38 PM UTC*

<span style="color:red">enable-external-purchase has to be false for US</span>
this is already false.  *5/15/2023, 10:39 PM UTC*
why do we need radar?  *5/15/2023, 10:39 PM UTC*

**Atusa Savio**
Just to be sure 🫠 😅  *5/15/2023, 10:39 PM UTC*

**Firat Kart**
oh ok. that's easy  *5/15/2023, 10:39 PM UTC*
+ ... I need someone to add what the new bag key is.
([Wisonsin] New "Learn More" Bag Key for Wisconsin)  *5/15/2023, 10:40 PM UTC*

**Atusa Savio**
That radar wont accomplish the above ask though for this thread.
@Dana DuBois can you clarify what we need from Firat to enable the
▇▇▇ sheet with the ▇▇▇ entitlement in the US?  *5/15/2023, 10:43 PM UTC*

**Dana DuBois**
Adding @Greg Young and @Dani Chootong to help here  *5/15/2023, 11:24 PM UTC*
Greg, can you confirm if in the US we can have
ExternalPurchaseLink show the ▇▇▇ sheet, and if so what needs to
change in the bag. I am assuming it is just pointing a bag key to a
different URL  *5/15/2023, 11:25 PM UTC*

**Greg Young**
yes, we can show whatever sheet URL the bag gives us so long as it
uses the ams engagement web apis  *5/15/2023, 11:27 PM UTC*

**Dana DuBois**
can you confirm the bag key(s)  *5/15/2023, 11:27 PM UTC*

**Greg Young**
i think Atusa made a quip doc a while back with the bag keys
documented. Atusa, do you have that handy?  *5/15/2023, 11:31 PM UTC*

**Atusa Savio**
Sure do <https://quip-apple.com/LA3EAR58jYp1>  *5/15/2023, 11:31 PM UTC*
I've been staring at it for an hour :dizzyeyes:  *5/15/2023, 11:31 PM UTC*

:face_with_spiral_eyes: 1

**GY** **Greg Young**
Dana, does this answer your question? the URL we get the sheet from is `storekit-external-link-sheet-url` but the quip tells the whole story
5/15/2023, 11:33 PM UTC

**DD** **Dana DuBois**
I think it is a question we are trying to answer for Firat    5/15/2023, 11:34 PM UTC
what key needs to have what value in the US    5/15/2023, 11:34 PM UTC
so the storekit-external-link-sheet-url needs to have the same value as the ▮ sheet in the US    5/15/2023, 11:34 PM UTC

**GY** **Greg Young**
i'm not in the loop but if you want `ExternalPurchaseLink` to have the same behavior as `ExternalLinkAccount`, yet    5/15/2023, 11:35 PM UTC
i'm not in the loop but if you want `ExternalPurchaseLink` to have the same behavior as `ExternalLinkAccount`, yes    5/15/2023, 11:35 PM UTC

**AS** **Atusa Savio**
In the US, we want ▮ com.apple.developer.storekit.external-purchase-link entitltment but we want the ▮ UI/In-App Sheet to show. Is that your team's work?    5/15/2023, 11:35 PM UTC
In the US, we want ▮ com.apple.developer.storekit.external-purchase-link entitltment but we want the ▮ UI/In-App Sheet to show.    5/15/2023, 11:36 PM UTC
In the US, we want ▮ com.apple.developer.storekit.external-purchase-link entitltment but we want the ▮ (com.apple.developer.storekit.external-link.account) UI/In-App Sheet to show.    5/15/2023, 11:37 PM UTC

**GY** **Greg Young**
ah, yeah then. idk if this will work on tv without a client change though    5/15/2023, 11:36 PM UTC

**AS** **Atusa Savio**
iOS/ipad only    5/15/2023, 11:36 PM UTC

**GY** **Greg Young**
cool, will work on ios/ipad then. let's give it a test in itms1 1 just to be sure though    5/15/2023, 11:37 PM UTC

:yayfrog: 1

**AS** **Atusa Savio**
Greg always saving the day    5/15/2023, 11:37 PM UTC

▮ ▮1

> So how exactly do we make it happen? Do we need to enable/disable specifics bags for the US? 5/15/2023, 11:38 PM UTC
> and then set up a test app? 5/15/2023, 11:38 PM UTC
> We're on a 45 day deadline so trying to ensure this is possible asap 5/15/2023, 11:38 PM UTC

**GY** **Greg Young**
this is what needs to happen for an itms11 test:
• enable `storekit-external-link-sheet-url` in the US storefront with the right URL
• update the ▮▮▮ test app (gateway) to contain a target link for "us" in the Info.plist
• run this app in xcode while in itms 11 and test
> ◦ we can also ingest the app into itms11 app store to test in prod, but the client code is very very similar for both paths
5/15/2023, 11:42 PM UTC

client QA should be able to update the test app info.plist themselves and test in xcode. @Calvin Beckley did this in the past for ▮▮▮ and ▮▮▮ 5/15/2023, 11:45 PM UTC

**AS** **Atusa Savio**
Who does this piece? "enable `storekit-external-link-sheet-url` in the US storefront with the right URL" 5/15/2023, 11:46 PM UTC
is "com.apple.developer.storekit.external-purchase-link" the right URL you're referring to? 5/15/2023, 11:47 PM UTC
I'll set up a meeting in the morning with us all to sync on how to test this. 5/15/2023, 11:50 PM UTC

**GY** **Greg Young**
thats a bag key, sorry should have clarified 5/15/2023, 11:50 PM UTC

**AS** **Atusa Savio**
I thought `storekit-external-link-sheet-url` should already be enable in the US since ▮▮▮ is global 5/15/2023, 11:51 PM UTC
==I thought `storekit-external-link-sheet-url` should already be enabled in the US since ▮▮▮ is global== 5/15/2023, 11:52 PM UTC

**GY** **Greg Young**
`com.apple.developer.storekit.external-purchase-link` is the entitlement, that is set in the apps bundle and should be true. this should already be set in the existing ▮▮▮ test app 5/15/2023, 11:51 PM UTC
❓ 1

thats the URL for ▮▮▮ gateway mode, this was v1 ▮▮▮ before ▮ 5/15/2023, 11:52 PM UTC
so the ▮▮▮ url is already enabled ww but it sounds like we want to enable ▮▮▮ gateway mode in the us 5/15/2023, 11:52 PM UTC
:yes1: 1

right now it's only in netherlands (one is in korea too i think?) 5/15/2023, 11:53 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0487.7    APL-EG_10768126

:yes1: 1

so the bag key corresponds to the API. if the bag key is missing the API indicates unavailability in the current config  5/15/2023, 11:54 PM UTC

▇ API is functioning ww because the bag key exists ww . if we want the ▇ gateway API to enable in a storefront we need to enable the bag key  5/15/2023, 11:54 PM UTC

the bag key can point to any web app we want. so we just have to set the ▇ gateway bag key to point to the ▇ web app in the US  5/15/2023, 11:55 PM UTC

:perfecto: 1

**AS** Atusa Savio
Who enables ▇ gateway bag key?  5/15/2023, 11:56 PM UTC
Who sets the ▇ gateway bag key?  5/15/2023, 11:56 PM UTC

**KK** Keith Kowalczykowski
@Keith Kowalczykowski has joined the channel  5/15/2023, 11:08 PM UTC

**GY** Greg Young
@Greg Young has joined the channel  5/15/2023, 11:24 PM UTC

**DC** Dani Chootong
@Dani Chootong has joined the channel  5/15/2023, 11:24 PM UTC



In-App Experience

Link-Out Confirm Sheet

Web

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0487.9

APL-EG_10768128



# You're about to leave the app to go to an external website.

### ⊘ Purchases on the Web

All purchases in this app will be processed by a service provider selected by the developer "Hulu, LLC". The developer will be responsible for the payment methods and related features such as subscriptions and refunds.

### 🅲 You will no longer be transacting with Apple.

App Store features, such as your stored App Store payment method, subscription management, and refund requests, will not be available. Learn More

**I Understand**

**Cancel**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     CX-0487.10     APL-EG_10768129