## Subject: Wisconsin Business Update

| | | |
|---|---|---|
| organizer: | Matt Fischer | |
| location: | {M} Black Oak (E6.17) [AVCN] (14) {R} AP01:6 1st; Virtual Conference One-Time Room | |
| from: | Thu, 18 May 2023 10:00:00 -0700 | |
| to: | Thu, 18 May 2023 11:00:00 -0700 | |
| attendees: | Alanna Rutherford | tentative |
| | Alex Roman | tentative |
| | Amy Hawthorne | declined |
| | Ann Thai | accepted |
| | Carson Oliver | accepted |
| | Eddy Cue | declined |
| | Eric Gray | accepted |
| | Heather Grenier | declined |
| | Jeff Robbin | declined |
| | Jennifer Brown | accepted |
| | Kate Adams | tentative |
| | Kunnal Vij | accepted |
| | Kyle Andeer | accepted |
| | Ling Lew | accepted |
| | Matt Fischer | accepted |
| | Monika Gromek | accepted |
| | Nate Barton | tentative |
| | Phil Schiller | accepted |
| | Sam Gharabally | accepted |
| | Sean Cameron | accepted |
| | Tanya Washburn | accepted |
| | Timothy Kim | accepted |
| | Trystan Kosmynka | accepted |
| | Virtual Conference One-Time Room | accepted |
| | {M} Black Oak (E6.17) [AVCN] (14) {R} AP01:6 1st | accepted |
| uid: | 972CBA88-75A4-43BC-ACE8-4A7A6E70E304 | |
| note: | ----( Virtual Conference One-Time Room )----<br>[One-Time Room] | |

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0488
Date Entered_____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0488.1    APL-EG_10799548

[Webex Meetings]
https://appleinc.webex.com/appleinc/j.php?MTID=m5e7bcaecf0328626c30fbc

[Phone]
tel://

---( Details )---

Global call-in numbers:
https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcallin/glob

Dial from video system [AVCN]:
Enter the Meeting ID: 24931623874
---===---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      CX-0488.2      APL-EG_10799549