**From:** Carlin Jones
**Subject:** Re: Adding Key Stakeholders - Epic Injunction
**To:** Vivian Vu
**Received(Date):** Fri, 16 Jun 2023 20:06:54 -0700
**Date:** Fri, 16 Jun 2023 20:06:54 -0700

Thanks - will check with Kate!

Sent from my iPhone

On Jun 16, 2023, at 7:47 PM, Vivian Vu wrote:

Hi Carlin,

Matt approved of adding 1 more attendee:

Timo Kim -

Thank you!

VV

On Jun 16, 2023, at 4:37 PM, Vivian Vu wrote:

**Hi Carlin,**

**Happy Friday to you and almost weekend, it's been a long day**

**Matt Fischer confirmed, the same attendees from the last Tim mtg regarding this topic on THURS 6/1, also should be added to this upcoming mtg on TUES 6/20:**

**Epic Injunction Implementation**
Scheduled: Jun 1, 2023 at 3:00 PM to 4:00 PM, PDT
Location: {M} Boardroom [AVCN] (24) AP01:7 4th; Virtual Conference One-Time Room

Invitees: Fred Sainz, Kate Adams, Kristin Huguet Quayle, Jennifer Brown, Carson Oliver, Sean Cameron, Jeff Robbin, Craig Federighi, Tim Cook, Nate Barton, Robert Kondrk, Greg (Joz) Joswiak, Kunnal Vij, Tanya Washburn, Kyle Andeer, Heather Grenier, Matt Fischer, Trystan Kosmynka, Luca Maestri, Ann Thai, Alex Roman, Phil Schiller, Eddy Cue

**Missing:**
- **Carson Oliver**
- **Robert Kondrk**
- **Nate Barton**
- **Kunnal Vij**
- **Kyle Andeer**



- Ann Thai
- Tanya Washburn

Please let me know if you have any questions.

Have a great weekend ahead!

Kindly,
VV

-----------------

**Epic Injunction**
Scheduled: Jun 20, 2023 at 1:00 PM to 1:30 PM, PDT
Location: Virtual Conference One-Time Room; {M} Boardroom [AVCN] (24) AP01:7 4th

Invitees: Greg (Joz) Joswiak, Fred Sainz, Eddy Cue, Craig Federighi, Luca Maestri, Tim Cook, Matt Fischer, Sean Cameron, Kristin Huguet Quayle, Heather Grenier, Phil Schiller, Kate Adams, Alex Roman

CONFIDENTIAL