| | |
|---|---|
| From: | Amy Hawthorne |
| Subject: | Wisconsin - Financials Follow-Up |
| Received(Date): | Tue, 23 May 2023 18:18:35 -0700 |
| Cc: | Ann Thai, Tanya Washburn |
| To: | Kunnal Vij, Alex Roman, Nate Barton, Ling Lew |
| Attachment: | Wisconsin - Financials Follow-Up.ics |
| Date: | Tue, 23 May 2023 18:18:35 -0700 |

Privileged and Confidential - Prepared at the request of counsel

Hi Kunnal, Alex and Nate, FYI. There is a 9-10 Wisconsin meeting around HI policy that comes right before this.

Wanted to give you a heads up that that meeting may finish early so, you should be prepared to join closer to the 9:40 AM time frame, just in case.

Tanya, since you are in both discussions, could one of you communicate to Kunnal, Alex and Nate if things are looking to be finishing early during the 9-10 call?

Wisconsin - Financials Follow-Up
Scheduled: May 25, 2023 at 10:00 AM to 11:00 AM, PDT
Location: ; Virtual Conference One-Time Room
Invitees: Jennifer Brown, Sam Gharabally, Alex Roman, Jeff Robbin, Nate Barton, Kunnal Vij, Heather Grenier, Ann Thai, Matt Fischer, Tanya Washburn, Phil Schiller, Ling Lew, Amy Hawthorne, Carson Oliver, Kate Adams, Alanna Rutherford, Timothy Kim, Sean Cameron

Video Call:
One-Time Room

**Webex Meetings**

>

Phone

Global call-in numbers:

Dial from video system [AVCN]:
Enter the Meeting ID:



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0490.1    APL-EG_11382641

*

Privileged and Confidential - Prepared at the request of counsel

Hi Kunnal, Alex and Nate, FYI. There is a 9-10 Wisconsin meeting around HI policy that comes right before this.

Wanted to give you a heads up that that meeting may finish early so, you should be prepared to join closer to the 9:40 AM time frame, just in case.

Tanya, since you are in both discussions, could one of you communicate to Kunnal, Alex and Nate if things are looking to be finishing early during the 9-10 call?

**Wisconsin - Financials Follow-Up**

Scheduled: May 25, 2023 at 10:00 AM to 11:00 AM, PDT

Location: {M} Buckeye (E6.37) [AVCN] (14) {R} AP01:6 3rd; Virtual Conference One-Time Room

Invitees: Jennifer Brown, Sam Gharabally, Alex Roman, Jeff Robbin, Nate Barton, Kunnal Vij, Heather Grenier, Ann Thai, Matt Fischer, Tanya Washburn, Phil Schiller, Ling Lew, Amy Hawthorne, Carson Oliver, Kate Adams, Alanna Rutherford, Timothy Kim, Sean Cameron

Video Call:

One-Time Room

Webex Meetings

Phone

Global call-in numbers:

Dial from video system [AVCN]:

Enter the Meeting ID: ██████████
_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY CX-0490.3 APL-EG_11382643

## Wisconsin - Financials Follow-Up &lsaquo;calendar&rsaquo;

**Subject: Wisconsin - Financials Follow-Up**

| | |
|---|---|
| organizer: | Matt Fischer <matt.fischer@apple.com> |
| location: | ▮▮▮ Virtual Conference One-Time Room |
| from: | Thu, 25 May 2023 10:00:00 -0700 |
| to: | Thu, 25 May 2023 11:00:00 -0700 |
| attendees: | Alanna Rutherford ▮▮▮ |
| | Alex Roman ▮▮▮ |
| | Amy Hawthorne ▮▮▮ — tentative |
| | Ann Thai ▮▮▮ — accepted |
| | Carson Oliver ▮▮▮ — accepted |
| | Heather Grenier ▮▮▮ |
| | Jeff Robbin ▮▮▮ — accepted |
| | Jennifer Brown ▮▮▮ |
| | Kate Adams ▮▮▮ |
| | Kunnal Vij ▮▮▮ — accepted |
| | Ling Lew ▮▮▮ |
| | Matt Fischer ▮▮▮ — accepted |
| | Nate Barton ▮▮▮ |
| | Phil Schiller ▮▮▮ — accepted |
| | Sam Gharabally ▮▮▮ — accepted |
| | Sean Cameron ▮▮▮ |
| | Tanya Washburn ▮▮▮ — accepted |
| | Timothy Kim ▮▮▮ — accepted |
| | Virtual Conference One-Time Room — accepted |
| | ▮▮▮ — accepted |
| uid: | ▮▮▮ |
| note: | ----( Virtual Conference One-Time Room )---- |
| | [One-Time Room] |
| | [Webex Meetings] |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      CX-0490.4      APL-EG_11382644

[Phone]
█████████████████

---( Details )---

Global call-in numbers:
███████████████████████████

Dial from video system [AVCN]:
Enter the Meeting ID: ████████
---===---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0490.5        APL-EG_11382645