**Chat Participants:** Terry Liu ███████████, Monika Gromek ███████, Raf Onak ███████, ███████, Brandon Mihai ███████

**Chat Start Date:** 03/15/22, 15:51:07 PM GMT
**Chat End Date:** 03/15/22, 16:08:31 PM GMT
**Service(s):** iMessage

March 15, 2022

**Brandon Mihai**

> Morning all. A heads up that we setup a session at 11am with Monika for ███████. There are a couple last minute things she wants to discuss and tweak ahead of the Phil review at 1 today. Please make yourselves available so we can align and finalize in real-time. Appreciate your flexibility.

Sent: 03/15/22, 15:51:07 PM GMT
Service: iMessage

**Monika Gromek**

> I can only make the first half, but hopefully that is enough time

Sent: 03/15/22, 15:55:13 PM GMT
Service: iMessage

**Monika Gromek**

> The other meeting was also delayed by 30min, so we could meet at 9am if that works for most of you



Sent: 03/15/22, 16:01:20 PM GMT
Service: iMessage



> That works much better for me

Sent: 03/15/22, 16:01:45 PM GMT
Service: iMessage

Brandon Mihai

> Lets hop on at 9:05 everyone if we can. Terry Raf and Josh can you make that?

Sent: 03/15/22, 16:03:19 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0496.2    APL-EG_10691760

Terry Liu

> **I can**
> Sent: 03/15/22, 16:03:44 PM GMT
> Service: iMessage

Raf Onak

> sure, but will need to hop at 930
>
> Sent: 03/15/22, 16:04:24 PM GMT
> Service: iMessage

Brandon Mihai

> Liked "sure, but will need to hop at 930 "
>
> Sent: 03/15/22, 16:05:04 PM GMT
> Service: iMessage

Brandon Mihai



Sent: 03/15/22, 16:05:07 PM GMT
Service: iMessage

Brandon Mihai

> Terry and I are on
>
> Sent: 03/15/22, 16:07:48 PM GMT
> Service: iMessage

Monika Gromek

> Jason and I are on too
>
> Sent: 03/15/22, 16:08:04 PM GMT
> Service: iMessage

Monika Gromek

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0496.3    APL-EG_10691761

> Don't see you both

Sent: 03/15/22, 16:08:09 PM GMT
Service: iMessage

Monika Gromek

> Are we in the wrong one?

Sent: 03/15/22, 16:08:31 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                CX-0496.4                APL-EG_10691762