**Chat Participants:**  Carson Oliver ████████ , Ann Thai ████████ , Sean Cameron ████████

**Chat Start Date:**  06/01/23, 00:48:51 AM GMT

**Chat End Date:**  06/01/23, 03:01:13 AM GMT

**Service(s):**  iMessage

---

June 01, 2023

Carson Oliver

Sean, are you going to send the Wisconsin deck to Phil?

Sent: 06/01/23, 00:48:51 AM GMT
Service: iMessage

**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0499**
Date Entered_____
By_____

CONFIDENTIAL

CX-0499.1

APL-EG_10673053
APL-EG_10675739

If so, I can help with finalizing the deck and email

Sent: 06/01/23, 00:49:18 AM GMT
Service: iMessage

Sean Cameron

Yes. Are all the edits in? I am in the car now. I sent an email earlier. Is it cleaned up?

Sent: 06/01/23, 00:49:25 AM GMT
Service: iMessage

Sean Cameron

I have grill duty tonight so will check this in about an hour or so. Let me know if it looks good to go from both of your perspectives. Attorney Client Privilege

Attorney Client Privilege

Sent: 06/01/23, 01:27:03 AM GMT
Service: iMessage

CONFIDENTIAL

CX-0499.2

APL-EG_10673053
APL-EG_10675740

Carson Oliver

Almost done from my end

Sent: 06/01/23, 01:28:23 AM GMT
Service: iMessage

Sean Cameron

Liked "Almost done from my end"

Sent: 06/01/23, 01:28:29 AM GMT
Service: iMessage

Ann Thai

I don't have any further changes

Sent: 06/01/23, 01:30:48 AM GMT
Service: iMessage

Ann Thai

Let's make sure we add Eddy, Jeff, RK, Matt (and Kate?) as well

Sent: 06/01/23, 02:19:04 AM GMT
Service: iMessage

CONFIDENTIAL

CX-0499.3

APL-EG_10673053
APL-EG_10675741

Carson Oliver

> We will need to add them to the shared deck

Sent: 06/01/23, 02:23:58 AM GMT
Service: iMessage

Sean Cameron

I'll ping Tanya. Thanks all.

Sent: 06/01/23, 02:33:49 AM GMT
Service: iMessage

Carson Oliver

> I think everyone is in except Kate is shared

Sent: 06/01/23, 02:53:19 AM GMT
Service: iMessage

Sean Cameron

Liked "I think everyone is in except Kate is shared"

Sent: 06/01/23, 02:54:03 AM GMT
Service: iMessage

Sean Cameron

Tanya is away from her computer for another few hours. Carson, she said you can add names. If that's the case can you add Kate? Then I'll send to her and Kyle. Thanks.

Sent: 06/01/23, 03:01:13 AM GMT
Service: iMessage

APL-EG_10673053
APL-EG_10675742