**Chat Participants:** Carson Oliver ▮▮▮ , Matt Fischer ▮▮▮ , Nate Barton ▮▮▮

**Chat Start Date:** 06/13/23, 22:30:14 PM GMT

**Chat End Date:** 06/13/23, 23:58:30 PM GMT

**Service(s):** iMessage

---

June 13, 2023

**Nate Barton**

> Spoke with Alex on Wisconsin and went through the key slides - he strongly thinks Option 1 is the right one and believes Luca will think the same. Alex is going to try and connect with Luca

Sent: 06/13/23, 22:30:14 PM GMT
Service: iMessage

**Matt Fischer**

> Option 1 = no commission, or Option 1 = baseline commission mine cost of payment?

Sent: 06/13/23, 22:56:21 PM GMT
Service: iMessage

**Nate Barton**

> Sorry the latter…what we were calling 2a. the 27% option

Sent: 06/13/23, 23:11:31 PM GMT
Service: iMessage

**Matt Fischer**



> Legal thinks the [Attorney Client Privilege]
> [Attorney Client Privilege]
> [Attorney Client Privilege]

Sent: 06/13/23, 23:12:39 PM GMT
Service: iMessage

Nate Barton

> Indeed!

Sent: 06/13/23, 23:13:10 PM GMT
Service: iMessage

Matt Fischer

> Not sure how all of this can be handled via email...

Sent: 06/13/23, 23:15:06 PM GMT
Service: iMessage

Nate Barton

> Alex said the same...he said we should fly to Portland to meet Tim at the Nike board meeting and go through this live 😊.

Sent: 06/13/23, 23:15:43 PM GMT
Service: iMessage

Matt Fischer

> Portland is beautiful this time of year...

Sent: 06/13/23, 23:20:37 PM GMT
Service: iMessage

Matt Fischer

> But I think Tim is OOO on vacation this week, right?

Sent: 06/13/23, 23:22:11 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   CX-0503.2   APL-EG_10673410
APL-EG_10676117

Service: iMessage

Nate Barton

> vacation this week. He's in office Tuesday next week, but then traveling wed-thursday and remote on friday

Sent: 06/13/23, 23:32:06 PM GMT
Service: iMessage

Matt Fischer

> Can we have this meeting next Tuesday when he's in the office?

Sent: 06/13/23, 23:49:49 PM GMT
Service: iMessage

Nate Barton

> I'm told he has ET in the morning and then sales, P&L, and a BOD committee mtg in the afternoon, so fully booked. But perhaps Phil/Eddy can let him know this needs to take precedent given the time crunch we are under?

Sent: 06/13/23, 23:58:30 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0503.3    APL-EG_10673410
APL-EG_10676118