| Field | Value |
|---|---|
| Group Identifier | APL-EG_10682414 |
| P/C | |
| FamilyStatus | |
| AllCustodians | Oliver, Carson |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | 6/26/2023 |
| TimeLastModified | 13:32:27 |
| DateCreated | 6/26/2023 |
| Email Subject | |
| Title | |
| Filename | Wisconsin Deck Follow Up 06.26.2023.pages |
| Application | |
| Confidentiality_Rcvd | CONFIDENTIAL |
| Production Vol. | APL-EG_081 |

**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games Inc. v Apple Inc.*
Ex. No. **CX-0506**
Date Entered_____
By_____

CX-0506.1

**Privileged & Confidential**

**Wisconsin Overview**
6/26/2023

**ACTION ITEMS**
- [Attorney Client Privilege]
- 
- Eric, Ayman, Tanya, and Timo to review timeline
- Group to update slides by 4:00PM on 6/26
- Email update to be sent out to ET once changes are made and approved by App Store leadership
- See below for required deck changes

**NOTES**
- Meeting with Tim, Luca and most of ET on Wednesday
- Update required for ET later today in advance of the Wednesday meeting

**Agenda**
- [Attorney Client Privilege]

**Option 2: Commission**
- Remove Different Approach and Same Approach
- Call it "Commission Parameters"

**Agenda**
- System disclosure sheet
- Collections risk management
- Commission duration
- Programs
- Commission rate

**System disclosure sheet**
- Ann to present
- Show the 2-up first — say we've updated it and that's been previously approved over email
- Don't show the redesign for the future — for this meeting trying to decide what we are doing for July 5th
- Rename it from [redacted] ' sheet to System Disclosure Sheet - make changes throughout deck
- Apple Pay - concerns around making a distinction; need to confer with Eddy re: direction; Ling to sync with their Legal team

**Legal terms**
- 
- [Attorney Client Privilege]

**Approach to Determining Reasonableness of Reports**
- Timo to present

**Fee Collections and Developer Escalations**
- Timo to present

CONFIDENTIAL                                                                                                              APL-EG_10682414

- Legal terms and then more granular specifics — question around the cadence of the content
- Switch detection slide with the escalation slide?
- Timo and Ling to align on order of operations — [Attorney Client] [Attorney Client Privilege]

**Commission Duration**
- Kunnal to present
- For subs, are we commissioning on just the first purchase? On subsequent renewals
- Need clarity around this when presenting
- What happens after year 1 with the commission? 12%

**Program Eligibility**
- Kunnal to present
- Inclusive of alternate payments - change the small business form - any transactions during that same period - each auto-renewal is its own transaction
- VPP/NPP — more nuanced way to write our positioning here - want to maintain high bar of user experience for participants
- VPP and NPP excluded and SBP and Tenured to be included
- Need to explain why we want to exclude VPP and NPP
- Don't need the overview of the programs
- Bullet points under them should be why we are including or excluding
- Program eligibility — need font increased

**Commission Rate**
- Kunnal to present
- Start calling the VLD fee the platform fee everywhere
- Make sure in animation that VLD is changed

**Epic Injunction Proposal**
- Kunnal to present

**US Steady State Revenue Impact (Returning Customers)**
- Kunnal to present

**US Steady State Revenue Impact (Collection Risk)**
- Kunnal to present

**Wisconsin Launch Timeline**
- Tanya to present
- Entitlement question around parameters for timeline
- Use detailed timeline slide
- Legal filings need to be added to [At] (statement of compliance and declaration)
- XX should be 9/14
- Have Eric look at the timeline

**Other**
- Eric isn't in meeting on Wednesday - Need Ayman, Eric, Tanya, Timo to regroup re: timeline
- Have Matt include a bullet in email to ET that we are changing approach on programs
- Enabling in-app sheets - assumption is we should have everything live the day we are in compliance
- Target time on 7/5? 9AM

CONFIDENTIAL                                     APL-EG_10682415