**Subject: Wisconsin: Team Commission Follow-Up**

| | | |
|---|---|---|
| organizer: | Tanya Washburn | |
| location: | Virtual Conference One-Time Room; {M} Apollo TA14 (2023) [AVCN] (18) {R} TA14 2nd | |
| from: | Tue, 13 Jun 2023 12:00:00 -0700 | |
| to: | Tue, 13 Jun 2023 13:00:00 -0700 | |
| attendees: | Ann Thai | accepted |
| | Bri Cote | accepted |
| | Carson Oliver | accepted |
| | Eric Gray | accepted |
| | Jeff Wilder | accepted |
| | Jennifer Brown | accepted |
| | Joe Phillips | accepted |
| | Joseph Magnani | accepted |
| | Josh Elman | accepted |
| | Kunnal Vij | accepted |
| | Kyle Andeer | accepted |
| | Ling Lew | accepted |
| | Liz Pulchny | accepted |
| | Matt Fischer | accepted |
| | Monika Gromek | accepted |
| | Nate Barton | accepted |
| | Robert Kondrk | accepted |
| | Sam Gharabally | accepted |
| | Sean Cameron | accepted |
| | Tanya Washburn | accepted |
| | Terry Liu | tentative |
| | Timothy Kim | accepted |
| | Virtual Conference One-Time Room | accepted |
| | {M} Apollo TA14 (2023) [AVCN] (18) {R} TA14 2nd | accepted |
| uid: | 5E2B6E39-26A1-4D3D-AED5-3EA122D1BF03 | |
| note: | ----( Virtual Conference One-Time Room )----<br>[One-Time Room]<br><br>[Webex Meetings] | |

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0509
Date Entered_____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0509.1    APL-EG_10797364



---( Details )---

Global call-in numbers:

Dial from video system [AVCN]:
Enter the Meeting ID:
---===---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0509.2    APL-EG_10797365