**Chat Participants:** Carson Oliver ████████, Kunnal Vij ████████, Kunnal Vij

**Chat Start Date:** 06/28/23, 15:08:34 PM GMT

**Chat End Date:** 06/28/23, 15:36:16 PM GMT

**Service(s):** iMessage

---

June 28, 2023

Kunnal Vij

> Hey.. let me know when you have 5 mins to talk

Sent: 06/28/23, 15:08:34 PM GMT
Service: iMessage



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0511.1    APL-EG_10868368

**Carson Oliver**

> Currently in route to Brussels

Sent: 06/28/23, 15:22:53 PM GMT
Service: iMessage

**Carson Oliver**

> Do we need to catch up over the phone?

Sent: 06/28/23, 15:23:03 PM GMT
Service: iMessage

**Kunnal Vij**

> Can text..

Sent: 06/28/23, 15:23:39 PM GMT
Service: iMessage

**Kunnal Vij**

> I think our argument on vpp npp is weak

Sent: 06/28/23, 15:23:57 PM GMT
Service: iMessage

Carson Oliver

> Was the Wisconsin meeting cancelled today?

Sent: 06/28/23, 15:24:00 PM GMT
Service: iMessage

Carson Oliver

> I don't see it anymore

Sent: 06/28/23, 15:24:09 PM GMT
Service: iMessage

Kunnal Vij

> Long Legal story

Sent: 06/28/23, 15:24:13 PM GMT
Service: iMessage



**Carson Oliver**

Ok

Sent: 06/28/23, 15:24:18 PM GMT
Service: iMessage

**Kunnal Vij**

They made it presenters only

Sent: 06/28/23, 15:24:24 PM GMT
Service: iMessage

**Carson Oliver**

Sounds good

Sent: 06/28/23, 15:24:35 PM GMT
Service: iMessage

**Kunnal Vij**

Weird

Sent: 06/28/23, 15:24:35 PM GMT
Service: iMessage

**Carson Oliver**

> Is anyone pushing back on VPP/NPP decisioning?
>
> Sent: 06/28/23, 15:25:11 PM GMT
> Service: iMessage

**Carson Oliver**

> Or are you just worried about the logic
>
> Sent: 06/28/23, 15:25:39 PM GMT
> Service: iMessage

**Kunnal Vij**

> Emphasized "Or are you just worried about the logic"
>
> Sent: 06/28/23, 15:25:47 PM GMT
> Service: iMessage

**Kunnal Vij**

> No just preping… incase someone does.. On VPP and NPP the argument on the high bar can be made with discount as well
>
> Sent: 06/28/23, 15:25:58 PM GMT
> Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   CX-0511.5   APL-EG_10868372

**Carson Oliver**

> I don't think it's the same
>
> Sent: 06/28/23, 15:26:19 PM GMT
> Service: iMessage

**Kunnal Vij**

> Can i focus more on platform integration ie seam less login etc?
>
> Sent: 06/28/23, 15:27:01 PM GMT
> Service: iMessage

**Carson Oliver**

> VPP and NPP are unique programs that have specific requirements to ensure a distinct user experience on Apple's platforms
>
> Sent: 06/28/23, 15:27:20 PM GMT

> Service: iMessage
>
> Carson Oliver

> **Here is the page outlining the VPP requirements:**
>
> Sent: 06/28/23, 15:28:01 PM GMT
> Service: iMessage
>
> Carson Oliver

> **https://developer.apple.com/programs/video-partner/**
>
> Sent: 06/28/23, 15:28:06 PM GMT
> Service: iMessage
>
> Carson Oliver

> **The apps must: -Be available on both iOS and tvOS. -Support Live Tune-In for your live content. -Integrate with Universal Search, Siri, and the Apple TV app in all regions where those features and your service are available. -Support AirPlay.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0511.7        APL-EG_10868374

Sent: 06/28/23, 15:28:48 PM GMT
Service: iMessage

Carson Oliver

> There are also have program specific benefits, like allowing customers who subscribe using a payment method outside of the app to use that payment method for additional video transactions within the app

Sent: 06/28/23, 15:30:32 PM GMT
Service: iMessage

Kunnal Vij

> Awesome thanks..

Sent: 06/28/23, 15:34:11 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0511.8                              APL-EG_10868375

Carson Oliver

> Liked "Awesome thanks.."
>
> Sent: 06/28/23, 15:34:41 PM GMT
> Service: iMessage

Carson Oliver

> Is timo also joining for the meeting?
>
> Sent: 06/28/23, 15:35:00 PM GMT
> Service: iMessage

Kunnal Vij

> Nope..
>
> Sent: 06/28/23, 15:35:25 PM GMT
> Service: iMessage

Kunnal Vij

> It's really cut audience now it seems
>
> Sent: 06/28/23, 15:35:48 PM GMT
> Service: iMessage

Carson Oliver

> Liked "It's really cut audience now it seems"

Sent: 06/28/23, 15:35:53 PM GMT
Service: iMessage

Carson Oliver

> Well good luck!

Sent: 06/28/23, 15:36:03 PM GMT
Service: iMessage

Carson Oliver

> I'll try to catch you after the meeting

Sent: 06/28/23, 15:36:16 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            CX-0511.10            APL-EG_10868377