

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473351

**Overview**

1. **Allow developers to link out to a website featuring alternate payment methods**

2. **Allow developers to communicate the benefits of buying on the web**

3. **The link must be detached from purchase buttons, and placed elsewhere in their experience**

Is this accurate?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0520.2

APL-EG_11473352



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473353



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473354



APL-EG_11473355



APL-EG_11473356



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473357



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473358





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473360



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473361



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473362



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473363



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473364



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473365



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473366



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473367



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473368



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473369



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473370



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473371



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473372



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473373



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0520.24

APL-EG_11473374



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0520.25

APL-EG_11473375



APL-EG_11473376



Last time we met, you shared some great feedback for Charts

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CX-0520.27
APL-EG_11473377



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473378





**Button Placement Options**

Last time we met, you shared some great feedback for Charts

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473380



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473381



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473382



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-EG_11473383



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473384



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473385



**Beginning of the Journey**
End of the Journey

Last time we met, you shared some great feedback for Charts

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473386



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473387



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473388





Last time we met, you shared some great feedback for Charts

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473390





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473392



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473393



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11473394