**From:** Sean Cameron
**Subject:** Epic Injunction Implementation
**Received(Date):** Thu, 22 Jun 2023 20:05:20 -0700
**Cc:** Matt Fischer                                                Carlin Jones
**To:** Kate Adams
**Date:** Thu, 22 Jun 2023 20:05:20 -0700

Hi Kate, we are missing a few folks from the June 20 meeting on this invite. Matt and I discussed today wanted to check with you to see if you agree that the attendee lists should match for the sake of consistency. (We'll also need to add Trystan, who was not on the invite but was informed about the meeting and got permission to attend).

Thanks — Sean

**Epic Injunction Implementation**

Scheduled: Jun 28, 2023 at 10:00 AM to 12:00 PM, PDT

Location: Virtual Conference One-Time Room; {M} Boardroom [AVCN] (24) AP01:7 4th

Invitees: Tim Cook, Jennifer Brown, Nate Barton, Sean Cameron, Timothy Kim, Kyle Andeer, Kristin Huguet Quayle, Kate Adams, Tanya Washburn, Craig Federighi, Fred Sainz, Ann Thai, Kunnal Vij, Greg (Joz) Joswiak, Heather Grenier, Luca Maestri, Phil Schiller, Matt Fischer, Carson Oliver, Eddy Cue, Alex Roman

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0532
Date Entered
By