**Chat Participants:** Nate Barton ████████ , Kunnal Vij
████████ , Kunnal Vij ████████

**Chat Start Date:** 06/01/23, 00:11:29 AM GMT

**Chat End Date:** 06/01/23, 22:06:28 PM GMT

**Service(s):** iMessage

---

June 01, 2023

Nate Barton

> Are Matt's teams costs in our P&L?

Sent: 06/01/23, 00:11:29 AM GMT
Service: iMessage

Kunnal Vij

> They come though allocations as he sits under marketing

Sent: 06/01/23, 00:12:01 AM GMT
Service: iMessage

Kunnal Vij

> Phil's CC

Sent: 06/01/23, 00:12:07 AM GMT
Service: iMessage



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.1

APL-EG_10775348
APL-EG_11402981

Nate Barton

? They don't sit in services though

Sent: 06/01/23, 00:12:21 AM GMT
Service: iMessage

Nate Barton

So how would it come through allocations

Sent: 06/01/23, 00:12:26 AM GMT
Service: iMessage

Kunnal Vij

Sorry they are not allocated

Sent: 06/01/23, 00:15:06 AM GMT
Service: iMessage

Kunnal Vij

Its not fully burdened right

Sent: 06/01/23, 00:15:27 AM GMT
Service: iMessage

Kunnal Vij

Limited financials right

Sent: 06/01/23, 00:16:17 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0539.2

APL-EG_10775348
APL-EG_11402982

Nate Barton

Ya but it does feel weird to exclude the App Store VP and his team

Sent: 06/01/23, 00:17:40 AM GMT
Service: iMessage

Nate Barton

And I thought we added them in last year

Sent: 06/01/23, 00:17:53 AM GMT
Service: iMessage

Kunnal Vij

I don't remember doing it.. we can talk after this

Sent: 06/01/23, 00:19:08 AM GMT
Service: iMessage

Kunnal Vij

but check with Patrick he doesnt do anything

Sent: 06/01/23, 00:19:34 AM GMT
Service: iMessage

Kunnal Vij

to allocate… Do you remember who provided the cost LY…

Sent: 06/01/23, 00:19:53 AM GMT
Service: iMessage

Kunnal Vij

I can reach out

Sent: 06/01/23, 00:19:56 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0539.3

APL-EG_10775348
APL-EG_11402983

Nate Barton



Today 5:08 PM

Is Matt mktg numbers in the Mktg/adv line?

They are not.  Should we add in his numbers?

Yes otherwise it's not a full picture

Please pass them our way

It's not a full investment

It's never a full picture and always limited financials, but we can add in

Please send FY22, FY23, and FY24 by categories we have in the P&L

Delivered

<<Attachment file name: IMG_3803.png >>
Sent: 06/01/23, 00:20:38 AM GMT
Service: iMessage

Nate Barton

From gladys

Sent: 06/01/23, 00:20:39 AM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.4

APL-EG_10775348
APL-EG_11402984

Service: iMessage

Nate Barton

You can ping Bob on her team

Sent: 06/01/23, 00:20:46 AM GMT
Service: iMessage

Nate Barton

she said bob will send

Sent: 06/01/23, 00:21:29 AM GMT
Service: iMessage

Kunnal Vij

OK thanks… should not change YoYs
i think

Sent: 06/01/23, 00:22:33 AM GMT
Service: iMessage

Kunnal Vij

itll be small and Flat

Sent: 06/01/23, 00:22:38 AM GMT
Service: iMessage

Kunnal Vij

hopefully 😊

Sent: 06/01/23, 00:22:44 AM GMT
Service: iMessage

Kunnal Vij

I pinged Bob as well

Sent: 06/01/23, 00:29:41 AM GMT
Service: iMessage

Kunnal Vij

we didnt talk this

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0539.5

APL-EG_10775348
APL-EG_11402985

Sent: 06/01/23, 00:57:18 AM GMT
Service: iMessage

Kunnal Vij



<<Attachment file name: IMG_8320.jpeg >>
Sent: 06/01/23, 00:57:44 AM GMT
Service: iMessage

Kunnal Vij

> if u want to put this in before Ann sends ot Phil

Sent: 06/01/23, 00:58:03 AM GMT
Service: iMessage

Kunnal Vij

> i hate the bubbles for the record…

Sent: 06/01/23, 00:58:04 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.6

APL-EG_10775348
APL-EG_11402986

Nate Barton

Ok let's leave what we have for now

Sent: 06/01/23, 00:59:04 AM GMT
Service: iMessage

Nate Barton

And see how tomorrow goes

Sent: 06/01/23, 00:59:08 AM GMT
Service: iMessage

Nate Barton

And can switch to this likely after

Sent: 06/01/23, 00:59:13 AM GMT
Service: iMessage

Kunnal Vij

Liked "And can switch to this likely after"

Sent: 06/01/23, 00:59:24 AM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0539.7

APL-EG_10775348
APL-EG_11402987

Nate Barton

9:15 ok?

Sent: 06/01/23, 03:53:49 AM GMT
Service: iMessage

Kunnal Vij

yup

Sent: 06/01/23, 04:14:36 AM GMT
Service: iMessage

Nate Barton

Bob just sent P&L numbers

Sent: 06/01/23, 16:44:21 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0539.8

APL-EG_10775348
APL-EG_11402988

Nate Barton

Although I guess they have locked the deck for the preso today

Sent: 06/01/23, 16:45:00 PM GMT
Service: iMessage

Nate Barton

We can incorporate next round

Sent: 06/01/23, 16:45:05 PM GMT
Service: iMessage

Nate Barton

Small $'s anyways

Sent: 06/01/23, 16:45:09 PM GMT
Service: iMessage

Kunnal Vij

Yup

Sent: 06/01/23, 16:45:10 PM GMT
Service: iMessage

Kunnal Vij

Just was that… its ok… you cna say it includes it 😛

Sent: 06/01/23, 16:45:24 PM GMT
Service: iMessage

Kunnal Vij

with all other mumbo jumbo this is a small variance 😊

Sent: 06/01/23, 16:45:35 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.9

APL-EG_10775348
APL-EG_11402989

Nate Barton



Sent: 06/01/23, 16:45:40 PM GMT
Service: iMessage

Kunnal Vij

Slides done

Sent: 06/01/23, 16:48:11 PM GMT
Service: iMessage

Kunnal Vij



<<Attachment file name: IMG_0825.jpeg >>
Sent: 06/01/23, 16:48:16 PM GMT
Service: iMessage

Kunnal Vij

Breakage one^

Sent: 06/01/23, 16:48:25 PM GMT
Service: iMessage

Kunnal Vij



<<Attachment file name: IMG_0541.jpeg >>
Sent: 06/01/23, 16:48:51 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.10

APL-EG_10775348
APL-EG_11402990

Service: iMessage

Nate Barton

Should we revert back white number to $M?

Sent: 06/01/23, 16:52:25 PM GMT
Service: iMessage

Nate Barton

Don't love the decimals on the top left box

Sent: 06/01/23, 16:52:29 PM GMT
Service: iMessage

Nate Barton

Why do we say Top 50% of developers vs. just 50% of developers

Sent: 06/01/23, 16:53:06 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.11

APL-EG_10775348
APL-EG_11402991

Service: iMessage

Kunnal Vij

the b billing mix is is not straight
forward

Sent: 06/01/23, 16:53:26 PM GMT
Service: iMessage

Nate Barton

We know only 50% of top ones have
it

Sent: 06/01/23, 16:53:40 PM GMT
Service: iMessage

Kunnal Vij

it varies based on how you rank them

Sent: 06/01/23, 16:53:40 PM GMT
Service: iMessage

Kunnal Vij

precisely why top 50%.. long tail
doesn't not have it

Sent: 06/01/23, 16:54:02 PM GMT
Service: iMessage

Kunnal Vij



<<Attachment file name: IMG_8650.jpeg >>
Sent: 06/01/23, 16:54:59 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0539.12

Done ie converted back to M

Sent: 06/01/23, 16:55:04 PM GMT
Service: iMessage

Kunnal Vij

Did you take put the collection risk callout?

Sent: 06/01/23, 16:55:58 PM GMT
Service: iMessage

Kunnal Vij

I dont see it anymore

Sent: 06/01/23, 16:56:04 PM GMT
Service: iMessage

Kunnal Vij

Sorry ignore.. i see it now 

Sent: 06/01/23, 16:56:57 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      CX-0539.13

APL-EG_10775348
APL-EG_11402993

Nate Barton

fair point ok

Sent: 06/01/23, 16:57:23 PM GMT
Service: iMessage

Nate Barton

Can we skip old slide now/

Sent: 06/01/23, 16:57:46 PM GMT
Service: iMessage

Kunnal Vij

doen

Sent: 06/01/23, 16:58:17 PM GMT
Service: iMessage

Nate Barton

Chatting with Carson for the the information with no link out table, he's suggesting we just base it on top 200

Sent: 06/01/23, 17:01:21 PM GMT
Service: iMessage

Nate Barton

Vs. top 50%

Sent: 06/01/23, 17:01:24 PM GMT
Service: iMessage

Nate Barton

To be consistent with left table

Sent: 06/01/23, 17:01:29 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.15

APL-EG_10775348
APL-EG_11402995

Nate Barton

Not sure if you heard that

Sent: 06/01/23, 17:01:31 PM GMT
Service: iMessage

Kunnal Vij

heard what?

Sent: 06/01/23, 17:04:10 PM GMT
Service: iMessage

Nate Barton

You got it

Sent: 06/01/23, 17:04:23 PM GMT
Service: iMessage

Kunnal Vij

Loved "You got it"

Sent: 06/01/23, 17:04:46 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0539.16

Nate Barton

Can you look at voice over on slide 19?

Sent: 06/01/23, 17:11:09 PM GMT
Service: iMessage

Kunnal Vij

just added 2 words…

Sent: 06/01/23, 17:12:18 PM GMT
Service: iMessage

Kunnal Vij

all else looks ok..

Sent: 06/01/23, 17:12:23 PM GMT
Service: iMessage

Kunnal Vij

What is this about?

Sent: 06/01/23, 17:14:16 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0539.17

APL-EG_10775348
APL-EG_11402997

Nate Barton



<<Attachment file name: IMG_0013.png >>
Sent: 06/01/23, 17:14:33 PM GMT
Service: iMessage

Nate Barton

From Audra

Sent: 06/01/23, 17:14:33 PM GMT
Service: iMessage

Kunnal Vij

hahahaha

Sent: 06/01/23, 17:14:57 PM GMT
Service: iMessage

Kunnal Vij

actually i like option 3…

Sent: 06/01/23, 17:20:50 PM GMT
Service: iMessage

Kunnal Vij

its a clear distinction… sets the precedence that the point of inflection is a Link

Sent: 06/01/23, 17:21:23 PM GMT
Service: iMessage

Kunnal Vij

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0539.18

APL-EG_10775348
APL-EG_11402998

WoW Eddie came out strong on this!!!

Sent: 06/01/23, 17:30:12 PM GMT
Service: iMessage

Nate Barton



Sent: 06/01/23, 17:30:24 PM GMT
Service: iMessage

Nate Barton



Sent: 06/01/23, 17:41:16 PM GMT
Service: iMessage

Kunnal Vij

CC vs USD…

Sent: 06/01/23, 17:41:25 PM GMT
Service: iMessage

Kunnal Vij

and rolling 4 Qtrs…

Sent: 06/01/23, 17:41:35 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0539.19

Nate Barton

Do you know

Sent: 06/01/23, 17:45:23 PM GMT
Service: iMessage

Kunnal Vij

China will drop though… That was the other point I wanted to make… since its underperforming vs trends… itll come to █████

Sent: 06/01/23, 17:49:10 PM GMT
Service: iMessage

Nate Barton

Peaks and valleys

Sent: 06/01/23, 17:51:52 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.20

APL-EG_10775348
APL-EG_11403000

Service: iMessage

Kunnal Vij

this is FY23 so ████

Sent: 06/01/23, 18:04:24 PM GMT
Service: iMessage

Kunnal Vij

We did it last year… size want there… last time..

Sent: 06/01/23, 18:05:02 PM GMT
Service: iMessage

Kunnal Vij

 saving per ███ billing shift

Sent: 06/01/23, 18:05:48 PM GMT
Service: iMessage

Kunnal Vij

will meet i need to convert all people that are dormant… and its not true its ████ cost cause we have ████ cash back

Sent: 06/01/23, 18:06:40 PM GMT
Service: iMessage

Kunnal Vij

Here is the breakdown of ████ Apple Card holders in the US: ████ spend-active Apple Card holders (given approx. ████ active rate) ████ users have Apple Card at the top of their AMP stack  This leaves ████ users as the total addressable audience for which we could engage with to make

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.21

APL-EG_10775348
APL-EG_11403001

Apple Card their default payment method. Finance has determined that for every 1 million users we switch from a 3rd party credit card to make Apple Card the default, we save ███████ in interchange fees. Given the LOE required to switch 1 million users - as well as taking into account opportunity costs - we don't believe there is a meaningful opportunity to reduce interchange in the US with Apple Card.

Sent: 06/01/23, 18:15:41 PM GMT
Service: iMessage

Kunnal Vij

We Dish Dash as you hated BJs 

Sent: 06/01/23, 19:03:50 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       CX-0539.22

APL-EG_10775348
APL-EG_11403002

Nate Barton

Ah man, I love that place

Sent: 06/01/23, 19:04:01 PM GMT
Service: iMessage

Kunnal Vij

Hahah i can do take out for you..

Sent: 06/01/23, 19:04:18 PM GMT
Service: iMessage

Nate Barton

I'm good

Sent: 06/01/23, 19:05:37 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       CX-0539.23

APL-EG_10775348
APL-EG_11403003

Nate Barton

Thx though 

Sent: 06/01/23, 19:05:41 PM GMT
Service: iMessage

Nate Barton

Want to still sync?

Sent: 06/01/23, 20:05:53 PM GMT
Service: iMessage

Kunnal Vij

on with the recruiter…

Sent: 06/01/23, 20:06:10 PM GMT
Service: iMessage

Kunnal Vij

she called..

Sent: 06/01/23, 20:06:11 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0539.24

APL-EG_10775348
APL-EG_11403004

Nate Barton



Sent: 06/01/23, 20:06:14 PM GMT
Service: iMessage

Nate Barton

Question

Sent: 06/01/23, 20:29:15 PM GMT
Service: iMessage

Nate Barton

Why on the option 1 breakage slide between 0% and 5% rows the numbers don't move much

Sent: 06/01/23, 20:29:29 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.25

APL-EG_10775348
APL-EG_11403005

Nate Barton

But move more as you go to 10% and beyond?

Sent: 06/01/23, 20:29:35 PM GMT
Service: iMessage

Kunnal Vij

I dont see a 5% slide?

Sent: 06/01/23, 20:32:57 PM GMT
Service: iMessage

Kunnal Vij

Ohh sorry I see noe

Sent: 06/01/23, 20:33:29 PM GMT
Service: iMessage

Kunnal Vij

I think its █████

Sent: 06/01/23, 20:34:01 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   CX-0539.26

APL-EG_10775348
APL-EG_11403006

Nate Barton

Just rounding?  That's my question - is it linear

Sent: 06/01/23, 20:34:13 PM GMT
Service: iMessage

Nate Barton

Doesn't look that way optically with the numbers

Sent: 06/01/23, 20:34:19 PM GMT
Service: iMessage

Kunnal Vij



<<Attachment file name: IMG_5295.jpeg >>
Sent: 06/01/23, 20:35:05 PM GMT
Service: iMessage

Kunnal Vij

rounding and since this is Developer decisioning model driven a few developers drop out as the breakage inc…

Sent: 06/01/23, 20:35:29 PM GMT
Service: iMessage

Kunnal Vij

so that is a subset impact

Sent: 06/01/23, 20:35:35 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.27

APL-EG_10775348
APL-EG_11403007

Nate Barton

I guess we're not having this 1:30 mtg?

Sent: 06/01/23, 20:35:56 PM GMT
Service: iMessage

Kunnal Vij

doesn't seem like it… I can drive over and we can sync again on stuff…

Sent: 06/01/23, 20:36:19 PM GMT
Service: iMessage

Kunnal Vij

of we can sync on webex.. what ever works

Sent: 06/01/23, 20:36:28 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0539.28

Nate Barton

I think we're in okay position at this point

Sent: 06/01/23, 20:37:32 PM GMT
Service: iMessage

Kunnal Vij

Loved "I think we're in okay position at this point"

Sent: 06/01/23, 20:44:54 PM GMT
Service: iMessage

Nate Barton

She joined FYI

Sent: 06/01/23, 20:45:02 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0539.29

APL-EG_10775348
APL-EG_11403009

Nate Barton

But I can cover

Sent: 06/01/23, 20:45:05 PM GMT
Service: iMessage

Kunnal Vij

I dropped off- shoot

Sent: 06/01/23, 20:45:17 PM GMT
Service: iMessage

Kunnal Vij

Liked "But I can cover"

Sent: 06/01/23, 20:45:28 PM GMT
Service: iMessage

Kunnal Vij

Driving now.. thank you

Sent: 06/01/23, 20:45:31 PM GMT
Service: iMessage

Kunnal Vij

I am sitting in the lobby

Sent: 06/01/23, 21:29:16 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0539.30

APL-EG_10775348
APL-EG_11403010

Nate Barton

In Jen chow's office

Sent: 06/01/23, 21:30:53 PM GMT
Service: iMessage

Nate Barton

If you want to come

Sent: 06/01/23, 21:30:56 PM GMT
Service: iMessage

Nate Barton

She's not here

Sent: 06/01/23, 21:30:57 PM GMT
Service: iMessage

Kunnal Vij

Liked "In Jen chow's office"

Sent: 06/01/23, 21:31:04 PM GMT
Service: iMessage

Kunnal Vij

Sent: 06/01/23, 21:41:19 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0539.31

APL-EG_10775348
APL-EG_11403011

Nate Barton

How many developers in the US

Sent: 06/01/23, 22:06:28 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0539.32

APL-EG_10775348
APL-EG_11403012