**Chat Participants:** Marni Goldberg ▮▮▮▮, Fred Sainz ▮▮▮▮, Hannah Smith ▮▮▮▮, Peter A ▮▮▮▮
**Chat Start Date:** 06/28/23, 17:13:37 PM GMT
**Chat End Date:** 06/28/23, 20:48:41 PM GMT
**Service(s):** iMessage

---

June 28, 2023

Marni Goldberg

> Is Tim in this meeting?

Sent: 06/28/23, 17:13:37 PM GMT
Service: iMessage

Fred Sainz

> Yes

Sent: 06/28/23, 17:14:31 PM GMT
Service: iMessage

Fred Sainz



<<Attachment file name: PNG image.jpeg >>
Sent: 06/28/23, 17:14:43 PM GMT
Service: iMessage

Fred Sainz





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.1    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387939


<<Attachment file name: PNG image-1.jpeg >>
Sent: 06/28/23, 17:19:36 PM GMT
Service: iMessage

Fred Sainz


<<Attachment file name: PNG image-2.jpeg >>
Sent: 06/28/23, 17:26:37 PM GMT
Service: iMessage

Fred Sainz


<<Attachment file name: PNG image-1.jpeg >>
Sent: 06/28/23, 17:19:36 PM GMT
Service: iMessage

Fred Sainz


<<Attachment file name: PNG image-2.jpeg >>
Sent: 06/28/23, 17:26:37 PM GMT
Service: iMessage

Fred Sainz

<<Attachment file name: PNG image-3.jpeg >>
Sent: 06/28/23, 17:33:34 PM GMT
Service: iMessage

Fred Sainz


<<Attachment file name: PNG image-4.jpeg >>
Sent: 06/28/23, 17:57:44 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.2    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387940

Fred Sainz



<<Attachment file name: PNG image-5.jpeg >>
Sent: 06/28/23, 18:18:02 PM GMT
Service: iMessage

Fred Sainz



<<Attachment file name: PNG image-6.jpeg >>
Sent: 06/28/23, 18:20:12 PM GMT
Service: iMessage

Fred Sainz



<<Attachment file name: PNG image-7.jpeg >>
Sent: 06/28/23, 18:22:50 PM GMT
Service: iMessage

Fred Sainz

Non-payment remedies

- Certify that they have a system to accurately calculate and report transactions.
- Remedies for failure to report or pay include:
  - Revoking entitlement to link out
  - Blocking app updates
  - Offsetting from paid app and IAP revenues
  - Removing app from App Store
  - Blocking apps from distribution on Apple platforms
  - Suspension or termination from Developer Program

<<Attachment file name: PNG image-8.jpeg >>
Sent: 06/28/23, 18:23:01 PM GMT
Service: iMessage

Fred Sainz



<<Attachment file name: PNG image-9.jpeg >>
Sent: 06/28/23, 18:25:17 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.4    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387942

**Marni Goldberg**

> Got it

Sent: 06/28/23, 18:26:14 PM GMT
Service: iMessage

**Peter A**

> Copy

Sent: 06/28/23, 18:26:18 PM GMT
Service: iMessage

**Fred Sainz**



> I told Jen and team [Attorney Client Privilege]
>
> Attorney Client Privilege

Sent: 06/28/23, 18:26:42 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.5    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387943

Marni Goldberg

>  Yes I agree.

Sent: 06/28/23, 18:26:50 PM GMT
Service: iMessage

Peter A



Sent: 06/28/23, 18:26:52 PM GMT
Service: iMessage

Peter A



Sent: 06/28/23, 18:26:58 PM GMT
Service: iMessage

Marni Goldberg

> Attorney Client Privilege

Sent: 06/28/23, 18:27:06 PM GMT
Service: iMessage

Marni Goldberg

> I sent Jen Brown a note on that yesterday — waiting to hear back. I will ping her again following this meeting

Sent: 06/28/23, 18:27:20 PM GMT
Service: iMessage

Fred Sainz

> Attorney Client Privilege

Sent: 06/28/23, 18:27:33 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.7    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387945

Marni Goldberg

> I will give it some space so she does not know we were listening in
>
> Sent: 06/28/23, 18:27:47 PM GMT
> Service: iMessage

Fred Sainz

Liked "I will give it some space so she does not know we were listening in "

Sent: 06/28/23, 18:27:58 PM GMT
Service: iMessage

Peter A

I think what Eddy said is important

Sent: 06/28/23, 18:29:09 PM GMT
Service: iMessage

Fred Sainz

[Attorney Client Privilege]

Sent: 06/28/23, 18:29:18 PM GMT
Service: iMessage

Peter A

[Attorney Client Privilege]

Sent: 06/28/23, 18:29:22 PM GMT
Service: iMessage

Fred Sainz

[Attorney Client Privilege]

Sent: 06/28/23, 18:29:36 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.8    APL-EG_10805294; PRIV-APL-EG_00073518    APL-EG_11387946

Marni Goldberg

> Attorney Client Privilege

Sent: 06/28/23, 18:29:46 PM GMT
Service: iMessage

Fred Sainz

> Attorney Client Privilege

Sent: 06/28/23, 18:29:48 PM GMT
Service: iMessage

Marni Goldberg

> Attorney Client Privilege

Sent: 06/28/23, 18:30:05 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.9    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387947

Peter A

[Attorney Client Privilege]

Sent: 06/28/23, 18:30:12 PM GMT
Service: iMessage

Peter A

> There we go

Sent: 06/28/23, 18:35:02 PM GMT
Service: iMessage

Fred Sainz

> there's no way she will allow a month

Sent: 06/28/23, 18:35:25 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0540.10          APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387948

Marni Goldberg

**Definitely not**

Sent: 06/28/23, 18:35:35 PM GMT
Service: iMessage

Peter A

**Yes but the rationale/defense**

Sent: 06/28/23, 18:36:23 PM GMT
Service: iMessage

Fred Sainz

**I think this is all very shaky to me**

Sent: 06/28/23, 18:36:38 PM GMT
Service: iMessage

Marni Goldberg

**Both the rate and teh time frame**

Sent: 06/28/23, 18:36:57 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   CX-0540.11   APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387949

**Peter A**

> I don't disagree

Sent: 06/28/23, 18:37:05 PM GMT
Service: iMessage

**Fred Sainz**

> The commission rates they are debating are 20 or 27%

Sent: 06/28/23, 18:37:29 PM GMT
Service: iMessage

**Fred Sainz**

> Should we invite Ling and Jen to join us for a call following ours?

Sent: 06/28/23, 20:40:38 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.12    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387950

**Marni Goldberg**

> We definitely can
> Sent: 06/28/23, 20:40:50 PM GMT
> Service: iMessage

**Fred Sainz**

> I have not gotten a read out
> Sent: 06/28/23, 20:40:58 PM GMT
> Service: iMessage

**Marni Goldberg**

> Would you like me to do that? (Schedule that)
> Sent: 06/28/23, 20:41:05 PM GMT
> Service: iMessage

**Fred Sainz**

> Peter check with Mike and see if he has
> Sent: 06/28/23, 20:41:15 PM GMT
> Service: iMessage

**Fred Sainz**

> And yes
> Sent: 06/28/23, 20:41:18 PM GMT
> Service: iMessage

**Peter A**

> Will do
> Sent: 06/28/23, 20:41:23 PM GMT
> Service: iMessage

**Fred Sainz**

> Maybe at noon
> Sent: 06/28/23, 20:41:40 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      CX-0540.13      APL-EG_10805294; PRIV-APL-EG_00073518      APL-EG_11387951

Service: iMessage

**Marni Goldberg**

> Ok will schedule that shortly

Sent: 06/28/23, 20:42:22 PM GMT
Service: iMessage

**Fred Sainz**

> This is why I had to leave. Today was rug delivery day

> IMG_2090.heic

<<Attachment file name: IMG_2090.heic >>
Sent: 06/28/23, 20:42:24 PM GMT
Service: iMessage

**Fred Sainz**

> IMG_2089.HEIC

<<Attachment file name: IMG_2089.HEIC >>
Sent: 06/28/23, 20:42:24 PM GMT
Service: iMessage

**Peter A**

> Looks gorgeous! Where's it from?

Sent: 06/28/23, 20:43:00 PM GMT
Service: iMessage

**Marni Goldberg**

> It looks SO nice

Sent: 06/28/23, 20:43:03 PM GMT
Service: iMessage

**Marni Goldberg**

> The whole place!

Sent: 06/28/23, 20:43:05 PM GMT
Service: iMessage

**Fred Sainz**

> Room and board

Sent: 06/28/23, 20:43:52 PM GMT
Service: iMessage

**Peter A**

> Liked "Room and board "

Sent: 06/28/23, 20:44:12 PM GMT
Service: iMessage

**Peter A**

> Very nice

Sent: 06/28/23, 20:44:15 PM GMT
Service: iMessage

**Peter A**

> Mike has not heard a read out

Sent: 06/28/23, 20:44:32 PM GMT
Service: iMessage

**Hannah Smith**

> LOVE the rugs!

Sent: 06/28/23, 20:44:55 PM GMT
Service: iMessage

**Fred Sainz**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0540.15        APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387953

Liked "Mike has not heard a read out"

Sent: 06/28/23, 20:46:07 PM GMT
Service: iMessage

**Marni Goldberg**

Ok LIng and Jen are blocked the entire day

Sent: 06/28/23, 20:47:53 PM GMT
Service: iMessage

**Fred Sainz**

Email them

Sent: 06/28/23, 20:48:21 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   CX-0540.16   APL-EG_10805294; PRIV-APL-EG_00073518   APL-EG_11387954

Marni Goldberg

> Will do

Sent: 06/28/23, 20:48:34 PM GMT
Service: iMessage

Marni Goldberg

> sorry that was a dumb comment on my part

Sent: 06/28/23, 20:48:41 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0540.17    APL-EG_10805294; PRIV-APL-EG_00073518
APL-EG_11387955