

[Heather to set-up topic]

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0859
Date Entered
By

CX-0859.1

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

CX-0859.2

PRIV-APL-EG_00162521

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

CX-0859.3

PRIV-APL-EG_00162522

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162523

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

CX-0859.5

PRIV-APL-EG_00162524

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PRIV WITHHOLD

CX-0859.6

PRIV-APL-EG_00162525

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162526

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0859.8

PRIV-APL-EG_00162527

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            PRIV WITHHOLD            CX-0859.9            PRIV-APL-EG_00162528



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PRIV WITHHOLD    PRIV-APL-EG_00162529

## Solution Based on Reader App Entitlement



- Apple will set up an entitlement program for links out of the app to purchases on a developer's web site
- Clicking on a link will launch an interstitial
- Link must go to a web site owned or controlled by developer
- Link must open a new window in default browser, not in-app web view
- Link cannot pass additional parameters, must be statically defined

For discussion only
Privileged and Confidential   Prepared at the Request of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PRIV WITHHOLD    PRIV-APL-EG_00162530



## Solution Based on Reader App Entitlement

I think we can remove the parenthetical copy on the 2nd bullet since we have a screen of it on the next slide

- Apple will set up an entitlemen[                ] of the app to purchases on a developer's web site

- Clicking on a link will launch a warning screen (user will leave the app and go to the web; transaction will not be supported by Apple)

- Link must go to a web site owned or controlled by developer

- Link must open a new window in default browser, not in-app web view

- Link cannot pass additional parameters, must be statically defined

**For discussion only**
Privileged and Confidential   Prepared at the Request of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162531



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162532



[Sean]
Let's take a look at our proposed policies around language for both options.

Developers would be able to choose from a range...

CX-0859.14



[Sean]
Let's take a look at our proposed policies around language for both options.

Developers would be able to choose from a range...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162534



[Sean]
Let's take a look at our proposed policies around language for both options.

Developers would be able to choose from a range...

CX-0859.16



[Sean] Developers would be able to choose from a range...

CX-0859.17



[Sean] Developers would be able to choose from a range...

These templates are advisory. We will approve language that follows these templates. Developers can submit their own language, which will be evaluated by App Review.

CX-0859.18



[Sean] Developers would be able to choose from a range...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD                    PRIV-APL-EG_00162538



[Sean] Here's the range of language developers could use…

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PRIV WITHHOLD    PRIV-APL-EG_00162539



[Sean] Developers would be able to choose from a range...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162540



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                PRIV WITHHOLD                                    PRIV-APL-EG_00162541



**[Nate]**
As a basic illustration, here is a view of the impact on revenue and cost for developers with linking-out now existing as an option. This scenarios shows a developer who pays 30% commission for Apple iAP, sees 10% link-out adoption, with then 10% of those customers dropping out during the buy flow process.

In this example,  [click]

90% of billings go through Apple iAP and 10% linkout, but only 9% of purchases complete successfully due to a 10% breakage assumption. This results in 99% of status-quo billings being retained.

From a cost perspective, this developer pays the 30% commission on Apple iAP, while there is no Apple commission for linking-out; however, we're assuming a cost of 5.5% on the developer side to account for cost of payments and other servicing and infrastructure costs.  The net developer cost here would be 27% vs. the 30% standard commission, which results in developers earning 72% of billings proceeds vs. the standard 70% they have typically earned.

In this case, the developer would adopt linking out.

Next, we'll get into the numbers...

[click]

CX-0859.23



Removes Threshold of 100K indifference and Small developer ($1m billings annually)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0859.24

PRIV-APL-EG_00162543



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162544



[Sean]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      PRIV WITHHOLD      PRIV-APL-EG_00162545



[Nate]
Tim - these are the slides Alex and I presented to you last time we met on this topic. This was a general sensitivity chart that showed what the revenue impact would be simply based on count of developers adopting link-out and % of revenue shifting to linking-out.

We know it's very likely that when a link-out happens, there will be some breakage, meaning customer dropping off during the buy-flow process due to a less seamless experience compared to Apple's iAP, and so we wanted to show you another view that takes this factor into account.

**Click**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PRIV WITHHOLD                    PRIV-APL-EG_00162546



[Nate]
We have run various sensitivities through our developer economic decisioning model to forecast whether or not a developer will adopt linking out.

On the rows, this accounts for the revenue impact if breakage is 0% and all the way up to 25%. Beyond 25%, developers reach a tipping point where they lose more on linking out than they would make sticking with Apple iAP and the higher commission.

For the share of billings linking-out, we are showing sensitivities from 10% to 50%, which will depend where is the text and the language developers are allowed to use. We don't have great data points on what this will end up being, but we have a situations we've encountered to point to.

**NetEase –** has offered discounted pricing offered outside the App Store and has been targeting specific marketing to their high spend customers. Based on the analysis we did with Analytics, we believe about ▉ of our billings have shifted to their webstore.

**Disney+ –** has offered a discounted bundle outside the App Store, with no App Store purchase option for bundle. We believe this has driven about ▉ of Disney+ billings outside of the App Store.

And in the case for **Epic**, we saw about ▉ of billings shift for the few weeks when they offered their own payment option and had discounted pricing.

The range of impact on the low end with 25% breakage and 10% billings shift (bottom left corner) is more negligible at $▉ However on the other end with 0% breakage and 50% billings shift (top right corner), it's closer to ▉ of U.S. revenue that Apple would lose. A more middle ground scenario of 10% breakage and 30% billings shift would result in ▉ of revenue loss, nearly ▉ of our U.S. App Store revenue.

Next, XX will recap the pros and cons of Option 1 with not charging a commission.

CX-0859.28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

CX-0859.29

PRIV-APL-EG_00162548



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162549



[Nate]
If we decided and had the ability to charge a commission, we believe there would be very little developer adoption of link-out, assuming a scenario where we would give a cost of payments discount at 3%.

We ran the commission option through our developer decisioning model as well but this will likely not make economic sense for the vast majority of developers with the 3% discount. However we know that the model is economic in nature and does not capture softer elements like customer relationship and developers ability to monetize in others way they don't today with a transaction going through linking-out, hence we did a sensitivity…..

We believe based on low developer count adoption and low billings share (top left corner), the revenue impact would be closer to zero, whereas if all developers adopted and there was 50% billings shift (bottom right), the revenue impact would be closer to ██████. Of course this all assumes we can actually collect the billings going through linking out, which as you can see in yellow, ranges from ██████ in the top left to ██████ in the bottom right. Any amount that we cannot collect will have a further impact on Apple's Revenue / Profitability.

From a margin perspective, the impact is essentially negligible since we don't have cost of payments

CX-0859.31



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                PRIV WITHHOLD                PRIV-APL-EG_00162551



If we decided and had the ability to charge a commission, we believe there would be very little developer adoption of link-out, assuming a scenario where we would give a cost of payments discount at 3%.

CX-0859.33



[Sean or Jennifer]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD                                    PRIV-APL-EG_00162553



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162554



## Option 2A: Discounted Commission

Commission for Linking Out with Cost of Payments Discount (~3%)

### Proposed Justification

- Developers still benefit from materially all of Apple's tools, technologies, and services, minus cost of payments

- Our 30% commission is fair and defensible:

  - Standard commission rate for mobile App Stores is generally 30%, including Google Play

  - Game stores on console are generally charge 30%, including Xbox and Playstation

  - Steam commission is 20-30%, with no technology platform or services

  - Epic Games Stores commission is below cost at 12%, without tech platform or services

- Simplest ap[...]
  Netherland[...]

- No "tipping[...]
  business model changes

- Significant compliance risk because of the proximity to 30% commission

- Developers will claim that a small discount does not allow for price competition i.e. difficulties with Netherlands approach

**Attorney-Client Privilege**

I think it's also worth mentioning that unlike in KR/NL/EU we are still planning to require IAP (not even just to allow it). That has an effect on adoption rate for any of these options and could also affect our strategic considerations here.

[...]iscussion only
[...]at the Request of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162555



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162556



## Option 2B: Discounted Commission with Time Limit

Commission for Linking Out with Cost of Payments Discount (~3%) for first year; 0% commission in Y2+

### Proposed Justification

- Developers who retain customers through direct channels after linking out will eventually keep 100% of customer billings

- Our commission for 1 year is fair and defensible:

  - Developers are still benefitting from the vast majority of Apple's tools, technologies, and services, minus cost of payments

  - The effe
    users dr

    Also benefiting from the platform itself.

    How would we measure Y1 vs Y2 — across all developers, on a per-developer basis?

    It would have to be per customer, hence the privacy / data sharing issues

### Considerations

- Provides more margin opportunity for developers, which may mitigate compliance risk

- Retains many of the challenges and complications of Option 2A, with less financial upside

  Questions to think about:
  a) What ongoing commission rate is revenue neutral to this proposal?
  b) Would we be better off - in terms of optics - simply charging this equivalent commission rate on an ongoing basis.

  I don't think so because I think an unstated goal of the decision is for there to be pricing dispersion. A single lower commission rate generally wouldn't necessarily accomplish that.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162557



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162558



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0859.40

PRIV-APL-EG_00162559



CX-0859.41



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PRIV WITHHOLD                    PRIV-APL-EG_00162561



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162562



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162563



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                PRIV WITHHOLD                PRIV-APL-EG_00162564



CX-0859.46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD                    PRIV-APL-EG_00162565



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162566



CX-0859.48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD                                    PRIV-APL-EG_00162567



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD                                              PRIV-APL-EG_00162568



CX-0859.50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PRIV WITHHOLD    PRIV-APL-EG_00162569

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0859.51

PRIV-APL-EG_00162570



[Sean] Here's are examples where links may be placed if we go with option 2.

Again, we are only showing possible placements for the links. We are not showing the links in situation.

Since we are charging a commission, the link could be placed once per page, including alongside IAP.

[pause]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            PRIV WITHHOLD                                      PRIV-APL-EG_00162571



[Sean]
And here's the Two Dots game example.

Now let's turn to financials for option 2.
[Handoff to Nate]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162572



[Nate]
The table on the left is the same as Option 2.  What Option 3 introduces is the additional information allowed to be presented but without a link to customers as mentioned where we would not charge a commission.

On the right side, this shows the incremental impact that may happen as more customers might migrate to the web with this additional information being presented to them.

CX-0859.54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PRIV WITHHOLD                    PRIV-APL-EG_00162573



[Nate]
If we decided and had the ability to charge a commission, we believe there would be very little developer adoption of link-out, assuming a scenario where we would give a cost of payments discount at 3%.

We ran the commission option through our developer decisioning model as well but this will likely not make economic sense for the vast majority of developers with the 3% discount.  However we know that the model is economic in nature and does not capture softer elements like customer relationship and developers ability to monetize in others way they don't today with a transaction going through linking-out, hence we did a sensitivity…..

We believe based on low developer count adoption and low billings share (top left corner), the revenue impact would be closer to zero, whereas if all developers adopted and there was 50% billings shift (bottom right), the revenue impact would be closer to ▮▮▮▮▮ Of course this all assumes we can actually collect the billings going through linking out, which as you can see in yellow, ranges from $▮▮▮▮ in the top left to $▮▮▮▮ in the bottom right. Any amount that we cannot collect will have a further impact on Apple's Revenue / Profitability.

From a margin perspective, the impact is essentially negligible since we don't have cost of payments

CX-0859.55



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162575



[Sean or Jennifer]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162576



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162577

**Styling Policy for External Link**

- Recommended language templates
- Presented as a clickable link, or a clickable button that uses the "go to web" icon (box with arrow pointing northeast)
- Developer may not take any actions to disparage or discourage the use of in-app purchase
- In-app purchase must not be less prominent than link, and may not be hidden within the app or subject to more steps than a purchase flow available via a link

For discussion only

Privileged and Confidential    Prepared at the Request of Counsel

[Sean] Let's take a look at our proposed policies around UI styling for both options.

Developers would be able to choose from a range of templates governed by these rules...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162578



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



[Sean] Here are examples of where links may be placed if we go with option 1.

Here we are only showing possible placements for the links. We are not showing the links in situation.

If we don't charge a commission, a developer could display one link per page, excluding the page that presents Apple IAP, like the second screen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            PRIV WITHHOLD            PRIV-APL-EG_00162580



[Sean]
Here's a game example where there is an upsell flow before the in-app shop. Developers would not be able to display the URL on these screens.

Now let's turn to financials.
[Handoff to Nate]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162581



[Sean] Here are examples of how option 1 would look to a user.

If we don't charge a commission, a developer could display one link per page, excluding the page that presents Apple IAP, like the second screen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       PRIV WITHHOLD                                PRIV-APL-EG_00162582



[Sean] Here are examples of how option 1 would look to a user.

If we don't charge a commission, a developer could display one link per page, excluding the page that presents Apple IAP, like the second screen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY              PRIV WITHHOLD                                          PRIV-APL-EG_00162583



[Sean] Here are examples of how option 1 would look to a user.

If we don't charge a commission, a developer could display one link per page, excluding the page that presents Apple IAP, like the second screen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            PRIV WITHHOLD            PRIV-APL-EG_00162584



[Sean] Here are examples of how option 1 would look to a user.

If we don't charge a commission, a developer could display one link per page, excluding the page that presents Apple IAP, like the second screen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162585



[Sean]
Here's a game example where there is an upsell flow before the in-app shop. Developers would not be able to display the URL on these screens.

Now let's turn to financials.
[Handoff to Nate]

CX-0859.67

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PRIV WITHHOLD    PRIV-APL-EG_00162586



[Sean]
Here's a game example where there is an upsell flow before the in-app shop. Developers would not be able to display the URL on these screens.

Now let's turn to financials.
[Handoff to Nate]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162587



[Sean]
Here's a game example where there is an upsell flow before the in-app shop. Developers would not be able to display the URL on these screens.

Now let's turn to financials.
[Handoff to Nate]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162588



[Sean]
Here's a game example where there is an upsell flow before the in-app shop. Developers would not be able to display the URL on these screens.

Now let's turn to financials.
[Handoff to Nate]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162590



[Sean] Here's are examples where links may be placed if we go with option 2.

Again, we are only showing possible placements for the links. We are not showing the links in situation.

Since we are charging a commission, the link could be placed once per page, including alongside IAP.

[pause]

CX-0859.72



[Sean]
And here's the Two Dots game example.

Now let's turn to financials for option 2.
[Handoff to Nate]

CX-0859.73



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162593



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162594



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162595



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162596



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PRIV WITHHOLD                    PRIV-APL-EG_00162597



Total US devs with billings = ▮▮▮ max case ~70% of devs adopt linkout)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162598



[Sean]

Let's take a look at our proposed policies around language for both options.

Developers would be able to choose from a range...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     PRIV WITHHOLD     PRIV-APL-EG_00162599



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PRIV WITHHOLD          PRIV-APL-EG_00162600



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PRIV WITHHOLD    PRIV-APL-EG_00162601



We have run various sensitivities through our developer decisioning model to forecast whether or not a developer will adopt linking out.

On the rows, this accounts for the revenue impact if breakage is 0% and all the way up to 25%.  Beyond 25%, developers reach a tipping point where they lose more on linking out than they would make sticking with Apple iAP and the higher commission.

For the share of billings linking-out, we are showing sensitivities from 10% to 50%.  We don't have great data points on what this will end up being, but we have a situations we've encountered to point to.

**NetEase –** has offered discounted pricing offered outside the App Store and has been targeting specific marketing to their high spend customers.  Based on the analysis we did with Analytics, we believe about ▇▇▇ of our billings have shifted to their webstore.

**Disney+ –** has offered a discounted bundle outside the App Store, with no App Store purchase option for bundle.  We believe this has driven about ▇▇▇ of Disney+ billings outside of the App Store.

And in the case for **Epic**, we saw about ▇▇▇ of billings shift for the few weeks when they offered their own payment option and had discounted pricing.

The range of impact on the low end with 25% breakage and 10% billings shift (bottom left corner) is more negligible at ▇▇▇ However on the other end with 0% breakage and 50% billings shift (top right corner), it's closer to ▇▇▇ of U.S. revenue that Apple would lose.  A more middle ground scenario of 10% breakage and 30% billings shift would result in ▇▇▇ of revenue loss, nearly ▇▇▇ of our U.S. App Store revenue.

Next, XX will recap the pros and cons of Option 1 with not charging a commission.

CX-0859.83



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162603



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PRIV WITHHOLD    PRIV-APL-EG_00162604

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

PRIV-APL-EG_00162605

# Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV WITHHOLD

CX-0859.87

PRIV-APL-EG_00162606