| | |
|---|---|
| **Subject:** | Fwd: Wisconsin Design Deliverables |
| **From:** | "Ann Thai" ███████████████ |
| **Received(Date):** | Sat, 27 May 2023 17:17:23 +0000 |
| **To:** | "Jennifer Brown" ███████████████ ,"Bri Cote" ███████ , "Joe Phillips" ███████████████ ,"Terry Liu" ███ , "Joseph Magnani" ████████ |
| **Cc:** | "Monika Gromek" ████████████ , "Josh Elman" ███ ,"Carson Oliver" ██████████████ |
| **Attachment:** | Screenshot 2023-05-27 at 10.08.52 AM.png |
| **Attachment:** | Screenshot 2023-05-25 at 1.41.22 PM.png |
| **Date:** | Sat, 27 May 2023 17:17:23 +0000 |

Privileged and Confidential

Attorney Work Product

FYI — just heard back from Phil about the button UI: Let's include a range for something like the example he provided.

Begin forwarded message:

**From:** Phil Schiller ███████████████

**Subject: Re: Wisconsin Design Deliverables**

**Date:** May 27, 2023 at 10:11:28 AM PDT

**To:** Ann Thai ███████████████ , Jennifer Brown ███████████████

**Cc:** Robert Kondrk ███████████████ , Matt Fischer ███████████████ , Monika Gromek ███████████████ , Josh Elman ███████████████

Privileged and Confidential

Attorney Work Product

That is not the graphic that I drew on the board that represents a standard external web link out button.

What you show looks too much like an in app user experience, which it is not.

It should literally be this (note the arrow is leaving the page, that is the point)

.

U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-1103**
Date Entered _____
By_____

On May 25, 2023, at 2:59 PM, Ann Thai ███████████████ wrote:

Privileged & Confidential
Attorney-Client Work Product

Hi Phil, Jen,

We'd like to align with you on the next round of design deliverables so that we can prepare for next week's meeting with Tim and arm Litigation for court. Based on this morning's discussion, we can explore the following:

Attorney Client Privilege

Let us know if this is in line with your expectations, or if there's anything we should add.

Thanks,
Ann

CONFIDENTIAL