**Direct message Bri Cote, Joe Phillips and 3 others - 2023-05-15 (UTC)**

Bri Cote, Joseph Magnani, Raf Onak and Terry Liu

`Has Edits`

Private     5/15/2023, 8:39 PM UTC

**BC** **Bri Cote**
@Joseph Magnani @Raf Onak -
███████████████████████████████████████████
5/15/2023, 8:39 PM UTC

> **BC** **Bri Cote**
> do we have updated copy we can route, sounds like this is the POR for now, but in the background we can explore
> • template update for future
> • buyflow range
> • lnk out options on hoe dev will use (if we pivot from POR)
> 5/15/2023, 8:40 PM UTC
>
> **TL** **Terry Liu**
> ugh i can't access that thread 😕  5/15/2023, 8:41 PM UTC
> what is it about?  5/15/2023, 8:41 PM UTC
>
> **RO** **Raf Onak**
> same  5/15/2023, 8:41 PM UTC
>
> **JM** **Joseph Magnani**
> you should have access now terry  5/15/2023, 9:16 PM UTC
> just added you too raf  5/15/2023, 9:17 PM UTC

**BC** **Bri Cote**
@Raf Onak @Terry Liu @Joseph Magnani @Joseph Magnani

Update from Eng checklist session
• Use ████ Sheet
  ◦ preferred - option 1 - not copy changes, no CTA changes
  ◦ option 2 - copy changes, no CTA changes (might not be possible, QA 6/30)
  ◦ option 3 - copy changes, CTA changes (might not be possible, QA 6/30)
• using ████ entitlement
• learn more > unchanged, but should be a new EI in case Wisconsin story needs to evolve separately

5/15/2023, 9:17 PM UTC

U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No._____**CX-1208**_____
Date Entered _____
By_____

APL-EG_10869630; APL-EG_11278611
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-EG_11395694

@Raf Onak @Terry Liu @Joseph Magnani @Joseph Magnani

Update from Eng checklist session
• Use ▇ Sheet
   ◦ **preferred** - option 1: no copy changes, no CTA changes
   ◦ option 2: copy changes, no CTA changes (might not be possible, QA 6/30)
   ◦ option 3: copy changes, CTA changes (might not be possible, QA 6/30)
• using ▇ entitlement
• learn more > unchanged, but should be a new EI in case Wisconsin story needs to evolve separately

*5/15/2023, 9:18 PM UTC*

@Raf Onak @Terry Liu @Joseph Magnani @Joe Phillips

Update from Eng checklist session
• Use ▇ Sheet
   ◦ **preferred** - option 1: no copy changes, no CTA changes
   ◦ option 2: copy changes, no CTA changes (might not be possible, QA 6/30)
   ◦ option 3: copy changes, CTA changes (might not be possible, QA 6/30)
• using ▇ entitlement
• learn more > unchanged, but should be a new EI in case Wisconsin story needs to evolve separately

*5/15/2023, 9:20 PM UTC*

@Raf Onak @Terry Liu @Joseph Magnani @Joe Phillips

Update from Eng checklist session
• Use ▇ Sheet
   ◦ **preferred** - option 1: no copy changes, no CTA changes
   ◦ option 2: copy changes, no CTA changes (might not be possible, QA 6/30)
   ◦ option 3: copy changes, CTA changes (might not be possible, QA 6/30)
• using ▇ entitlement
• learn more > unchanged, but should be a new EI in case Wisconsin story needs to evolve separately
• no store UI changes

*5/15/2023, 9:27 PM UTC*

**TL** Terry Liu
The text in the CTAs is flexible right?   *5/15/2023, 9:22 PM UTC*

**BC** Bri Cote
@Terry Liu feasibility from a technical standpoint, but is copy changes (text/cta) are proposed we need approval asap, goal to QA on 6/30 for go live on 7/5   *5/15/2023, 9:23 PM UTC*

@Terry Liu so Loc and downstream teams are impacted if we make copy changes, but its technically feasible from a sheet standpoint   *5/15/2023, 9:24 PM UTC*

**TL** Terry Liu
for the new EI for wisconsin, do we need a new artwork for the Story? Or keep as is (the red exclamation mark in triangle)   *5/15/2023, 9:24 PM UTC*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10869630; APL-EG_11278611
APL-EG_11395695

 

5/15/2023, 9:24 PM UTC

📎 Screenshot 2023-05-15 at 2.23.41 PM.png  5/15/2023, 9:24 PM UTC

**BC** Bri Cote
keep same image  5/15/2023, 9:28 PM UTC

**BC** Bri Cote
Next Steps
• provide comp for ▢ sheet (current)
  ◦ provide alts for copy/cta proposals (might not ship given timeline)
    ▪ share with Joe/Monika tomorrow
• 2-3 ideas in a buy flow for how devs might use the link, to inform policy
  ◦ share with Joe/Monika tomorrow
  ◦ legal working session later this week

5/15/2023, 9:29 PM UTC

Next Steps
• provide comp for ▢ sheet (current)
  ◦ provide alts for copy/cta proposals (might not ship given timeline)
    ▪ share with Joe/Monika tomorrow
      • share with eng on 5/18
• 2-3 ideas in a buy flow for how devs might use the link, to inform policy
  ◦ share with Joe/Monika tomorrow
  ◦ legal working session later this week
  ◦ share with eng on 5/18

✏️ 5/15/2023, 9:32 PM UTC

Raf Onak

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10869630; APL-EG_11278611
APL-EG_11395696

**RO** @Joseph Magnani here's some updated copy for the alt screen you designed:

You're about to leave the app and go to an external website.

You will no longer be transacting with Apple.
All purchases made outside of this app will be managed by the developer "Hulu, LLC." Apple is not responsible for the privacy or security of transactions made with this developer.

App Store features will not be available.
Your App Store account, stored payment methods, and related features, such as subscription management and refund requests, will not be available. Learn More

5/15/2023, 9:58 PM UTC

👍 1

**TL** Terry Liu
@Joseph Magnani @Raf Onak
█████████████████████████████

5/15/2023, 10:20 PM UTC

You can use slide 42 if you want to make any copy changes to the current ██ sheet for Wisconsin

5/15/2023, 10:21 PM UTC

You can use slide 4̶2̶ 40 if you want to make any copy changes to the current ██ sheet for Wisconsin

5/15/2023, 10:38 PM UTC

**TL** Terry Liu
FYI @Bri Cote i can share something to Joe about Wisconsin in this OH if we want

5/15/2023, 10:27 PM UTC

FYI @Bri Cote i can share something to Joe about Wisconsin in this OH if we want (and if there is slot)

5/15/2023, 10:28 PM UTC

🙏 1    :soundsgood1: 1

**BC** Bri Cote
I saw you join 🙂  5/15/2023, 10:28 PM UTC

**BC** Bri Cote
@Terry Liu @Joseph Magnani if we are not at our topic by 4:30, I am going to call it and then we can plan for Wisconsin tomorrow

5/15/2023, 11:14 PM UTC

**TL** Terry Liu
Please give me a text if we are up  5/15/2023, 11:22 PM UTC

**BC** Bri Cote
will do  5/15/2023, 11:22 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10869630; APL-EG_11278611
APL-EG_11395697

**TL** Terry Liu
I m taking to my gardener lol  5/15/2023, 11:22 PM UTC

**BC** Bri Cote
lol what are you planting  5/15/2023, 11:22 PM UTC

or removing?  5/15/2023, 11:22 PM UTC

**TL** Terry Liu
got tons of weed in the backyard!
Hopping on the call  5/15/2023, 11:38 PM UTC

😂 1

**JM** Joseph Magnani
lol, i hd the same thing, bunch or poison oak, covered the yard in a tarp to kill everything  5/15/2023, 11:39 PM UTC

lol, i had the same thing, bunch of poison oak, covered the yard in a tarp to kill everything  5/15/2023, 11:39 PM UTC

**TL** Terry Liu
well you do wanna kill poison oak  5/15/2023, 11:40 PM UTC

**BC** Bri Cote
@raf- ████████  5/15/2023, 11:49 PM UTC

@Raf Onak - ████████  5/15/2023, 11:49 PM UTC

chatting about Wisconsin, no worries if you cant join  5/15/2023, 11:49 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10869630; APL-EG_11278611
APL-EG_11395698