**Private channel #amp-wisconsin - 2023-06-21 (UTC)**

Atusa Savio, Jeehye Woo, Raf Onak and Sabine Krueger

Private    6/21/2023, 9:36 PM UTC

**AS** **Atusa Savio**
@Raf Onak when can you target sending copy to @Sean Cameron?   6/21/2023, 9:36 PM UTC

> **RO** **Raf Onak**
> @Atusa Savio working on some options right now and should have them ready by end of day/tomorrow morning
> 6/21/2023, 10:46 PM UTC
>
> :thankyoublue: 2 

**AS** **Atusa Savio**
Tracking tasks for new sheet here: https://quip-apple.com/vb7HAO3KRRbE#temp:C:Sccf292f8a5adb947b88182d8d31
6/21/2023, 10:01 PM UTC

**SK** **Sabine Krueger**
@Sabine Krueger has joined the channel   6/21/2023, 10:56 PM UTC



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   APL-EG_11501876