**Direct message Joe Phillips, Joseph Magnani and Raf Onak - 2023-06-21 (UTC)**

Private 🔒    6/21/2023, 10:45 PM UTC

Joe Phillips, Joseph Magnani and Raf Onak

`Has Deletions`  `Has Edits`

---

**RO** **Raf Onak**
@Joseph Magnani i have some alts for the wisconsin title. can you put these in situ and i can email them to the group?

1
You're about to leave the app and go to an external website. Apple is not responsible for the privacy or security of purchases made on the web.

(for this one, let's also remove the last sentence from the body copy)

2
You're about to leave the app and go to an external website. This external website doesn't support the App Store's private and secure payment system.

3
Purchases made on external websites are not supported by the App Store's private and secure payment system. By continuing, you will be taken to an external website.

4
You're about to leave the app and go to an external website. Some App Store payment features, like refund requests, will not be available.

6/21/2023, 10:45 PM UTC

👍 1

**JM** **Joseph Magnani**
ok, done    6/21/2023, 11:10 PM UTC

[redacted]    6/21/2023, 11:10 PM UTC

I had to remove the last sentence on 1-3    6/21/2023, 11:10 PM UTC

hopefully flowing the learn more inside is possible too    💬 6/21/2023, 11:11 PM UTC
hopefully flowing the learn more inline is possible too    📎 6/21/2023, 11:11 PM UTC

**RO** **Raf Onak**
why isn't that link working for me    6/21/2023, 11:11 PM UTC

**JM** **Joseph Magnani**
hmm, maybe tanya didn't add you?    6/21/2023, 11:12 PM UTC

ugh    6/21/2023, 11:12 PM UTC

U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-1211**
Date Entered _____
By _____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11019824; APL-EG_11284518
APL-EG_11554413

**RO** **Raf Onak**
can you just screenshot those 4 options?  6/21/2023, 11:12 PM UTC

**JM** **Joseph Magnani**
6/21/2023, 11:12 PM UTC
6/21/2023, 11:13 PM UTC



6/21/2023, 11:12 PM UTC

📎 image.png  6/21/2023, 11:12 PM UTC

**RO** **Raf Onak**
perfect  6/21/2023, 11:12 PM UTC

**JM** **Joseph Magnani**
6/21/2023, 11:13 PM UTC
6/21/2023, 11:17 PM UTC



6/21/2023, 11:13 PM UTC

📎 image.png  6/21/2023, 11:13 PM UTC

(resent wo the tooltip on top)  💬 6/21/2023, 11:13 PM UTC
(resent wo the tooltip on top):  📎 6/21/2023, 11:17 PM UTC
(resenging wo the tooltip on top):  📎 6/21/2023, 11:17 PM UTC
(resending wo the tooltip on top):  📎 6/21/2023, 11:17 PM UTC

6/21/2023, 11:16 PM UTC



6/21/2023, 11:16 PM UTC

📎 Screenshot 2023-06-21 at 4.13.11 PM.png   6/21/2023, 11:16 PM UTC

**RO** Raf Onak
you good with this one? sending soon haha   6/21/2023, 11:18 PM UTC

**JM** Joseph Magnani
6/21/2023, 11:18 PM UTC



6/21/2023, 11:18 PM UTC

📎 2023.06.19 Wisconsin - Team Commission - Privileged & Confidential.001.png   6/21/2023, 11:18 PM UTC

this is the redesign comp   6/21/2023, 11:18 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11019824; APL-EG_11284518
APL-EG_11554415

well, i dont think any of these look good, but i think its inevitable  6/21/2023, 11:20 PM UTC

if they want more copy in the headline  6/21/2023, 11:20 PM UTC

**RO** Raf Onak
hahaha  6/21/2023, 11:20 PM UTC

**JM** Joseph Magnani
wo redesigning  6/21/2023, 11:20 PM UTC

maybe we could remove "and to go an external website"?  6/21/2023, 11:21 PM UTC

**You're about to leave the app to go to an external website that doesn't support the App Store's private and secure payment system.**  6/21/2023, 11:21 PM UTC

**RO** Raf Onak
yeah, that's another option. let's update #2 with that one  6/21/2023, 11:22 PM UTC

i still want to keep some options with the original language just in case  6/21/2023, 11:22 PM UTC

**JM** Joseph Magnani
sounds good  6/21/2023, 11:23 PM UTC

how about the redesign? do you want to tweak any of that copy?  6/21/2023, 11:24 PM UTC

**RO** Raf Onak
i'm not going to send that yet. i'm going to add you to an email thread where we're just discussing the original title copy for now  6/21/2023, 11:25 PM UTC

i just want to send these options out to get the wheels moving  6/21/2023, 11:26 PM UTC

**JM** Joseph Magnani
fair enough  6/21/2023, 11:26 PM UTC

here are both slides  6/21/2023, 11:27 PM UTC

💬 6/21/2023, 11:27 PM UTC

📎 6/21/2023, 11:32 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11019824; APL-EG_11284518
APL-EG_11554416



6/21/2023, 11:27 PM UTC

📎 2023.06.19 Wisconsin - Team Commission - Privileged & Confidential.001.png    6/21/2023, 11:27 PM UTC

**RO** Raf Onak
thank you, sir    6/21/2023, 11:31 PM UTC

**JM** Joseph Magnani
6/21/2023, 11:31 PM UTC



6/21/2023, 11:31 PM UTC

📎 2023.06.19 Wisconsin - Team Commission - Privileged & Confidential.001.png    6/21/2023, 11:31 PM UTC

likewise!    6/21/2023, 11:32 PM UTC

**JP** Joe Phillips
thanks both    6/21/2023, 11:34 PM UTC

just send out to that email and + joseph    6/21/2023, 11:34 PM UTC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11019824; APL-EG_11284518
APL-EG_11554417

APL-EG_11019824; APL-EG_11284518
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-EG_11554418