

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10682810



APL-EG_10682811







CX-1304.5

APL-EG_10682814









Dev count
Revenue Loss *(% US Rev)*

# US Revenue Impact

0% Link Out Commission

**Linkout Billings Share**

| *Breakage* | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|
| 0% | | | | | |
| 5% | | | | | |
| 10% | | | | | |
| 15% | | | | | |
| 20% | | | | | |
| 25% | | | | | |

## Financial Impact for Applicable Developers

*30% billings mix & 10% breakage scenario*

| | Status Quo | Wisconsin | | | Delta |
|---|---|---|---|---|---|
| | *423 Developer (72% of US Revenue)* | *Apple IAP* | *Linkout* | *Total* | |
| Billings (%) | | | | | |
| Billings ($) | | | | | |
| Commission | | | | | |
| External Cost | | | | | |
| Developer Proceeds | | | | | |
| Apple Fees | | | | | |

**These numbers are for illustrative purposes only, to aid discussion.**

Privileged and Confidential - Prepared at the Request of Counsel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-1304.9    APL-EG_10682818





