**Chat Participants:**  Carson Oliver ██████████████ , Kunnal Vij
██████████████ , Kunnal Vij ████████████████

**Chat Start Date:**  06/28/23, 15:08:34 PM GMT
**Chat End Date:**  06/28/23, 15:36:16 PM GMT
**Service(s):**  iMessage

---

June 28, 2023

Kunnal Vij

> Hey.. let me know when you have 5 mins to talk

Sent: 06/28/23, 15:08:34 PM GMT
Service: iMessage



U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No.___ **CX-1310**___
Date Entered _____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11235546

Carson Oliver

**Currently in route to Brussels**

Sent: 06/28/23, 15:22:53 PM GMT
Service: iMessage

Carson Oliver

**Do we need to catch up over the phone?**

Sent: 06/28/23, 15:23:03 PM GMT
Service: iMessage

Kunnal Vij

Can text..

Sent: 06/28/23, 15:23:39 PM GMT
Service: iMessage

Kunnal Vij

I think our argument on vpp npp is weak

Sent: 06/28/23, 15:23:57 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Carson Oliver

> Was the Wisconsin meeting cancelled today?

Sent: 06/28/23, 15:24:00 PM GMT
Service: iMessage

Carson Oliver

> I don't see it anymore

Sent: 06/28/23, 15:24:09 PM GMT
Service: iMessage

Kunnal Vij

Long Legal story

Sent: 06/28/23, 15:24:13 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11235548

Carson Oliver

Ok

Sent: 06/28/23, 15:24:18 PM GMT
Service: iMessage

Kunnal Vij

They made it presenters only

Sent: 06/28/23, 15:24:24 PM GMT
Service: iMessage

Carson Oliver

Sounds good

Sent: 06/28/23, 15:24:35 PM GMT
Service: iMessage

Kunnal Vij

Weird

Sent: 06/28/23, 15:24:35 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Carson Oliver

> Is anyone pushing back on VPP/NPP decisioning?

Sent: 06/28/23, 15:25:11 PM GMT
Service: iMessage

Carson Oliver

> Or are you just worried about the logic

Sent: 06/28/23, 15:25:39 PM GMT
Service: iMessage

Kunnal Vij

Emphasized "Or are you just worried about the logic"

Sent: 06/28/23, 15:25:47 PM GMT
Service: iMessage

Kunnal Vij

No just preping… incase someone does.. On VPP and NPP the argument on the high bar can be made with discount as well

Sent: 06/28/23, 15:25:58 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Carson Oliver

I don't think it's the same

Sent: 06/28/23, 15:26:19 PM GMT
Service: iMessage

Kunnal Vij

Can i focus more on platform integration ie seam less login etc?

Sent: 06/28/23, 15:27:01 PM GMT
Service: iMessage

Carson Oliver

VPP and NPP are unique programs that have specific requirements to ensure a distinct user experience on Apple's platforms

Sent: 06/28/23, 15:27:20 PM GMT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11235551

Service: iMessage

Carson Oliver

Here is the page outlining the VPP requirements:

Sent: 06/28/23, 15:28:01 PM GMT
Service: iMessage

Carson Oliver

https://developer.apple.com/programs/video-partner/

Sent: 06/28/23, 15:28:06 PM GMT
Service: iMessage

Carson Oliver

The apps must: -Be available on both iOS and tvOS. -Support Live Tune-In for your live content. -Integrate with Universal Search, Siri, and the Apple TV app in all regions where those features and your service are available. -Support AirPlay.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sent: 06/28/23, 15:28:48 PM GMT
Service: iMessage

Carson Oliver

> There are also have program specific benefits, like allowing customers who subscribe using a payment method outside of the app to use that payment method for additional video transactions within the app

Sent: 06/28/23, 15:30:32 PM GMT
Service: iMessage

Kunnal Vij

Awesome thanks..

Sent: 06/28/23, 15:34:11 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11235553

Carson Oliver

Liked "Awesome thanks.. "

Sent: 06/28/23, 15:34:41 PM GMT
Service: iMessage

Carson Oliver

Is timo also joining for the meeting?

Sent: 06/28/23, 15:35:00 PM GMT
Service: iMessage

Kunnal Vij

Nope..

Sent: 06/28/23, 15:35:25 PM GMT
Service: iMessage

Kunnal Vij

It's really cut audience now it seems

Sent: 06/28/23, 15:35:48 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11235554

Carson Oliver

Liked "It's really cut audience now it seems"

Sent: 06/28/23, 15:35:53 PM GMT
Service: iMessage

Carson Oliver

Well good luck!

Sent: 06/28/23, 15:36:03 PM GMT
Service: iMessage

Carson Oliver

I'll try to catch you after the meeting

Sent: 06/28/23, 15:36:16 PM GMT
Service: iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY