1   PAUL J. RIEHLE (SBN 115199)
    paul.riehle@faegredrinker.com
2   **FAEGRE DRINKER BIDDLE & REATH**
    **LLP**
3   Four Embarcadero Center
    San Francisco, California 94111
4   Telephone:  (415) 591-7500
    Facsimile:  (415) 591-7510
5
    GARY A. BORNSTEIN (*pro hac vice*)
6   gbornstein@cravath.com
    YONATAN EVEN (*pro hac vice*)
7   yeven@cravath.com
    LAUREN A. MOSKOWITZ (*pro hac vice*)
8   lmoskowitz@cravath.com
    JUSTIN C. CLARKE (*pro hac vice*)
9   jcclarke@cravath.com
    MICHAEL J. ZAKEN (*pro hac vice*)
10  mzaken@cravath.com
    M. BRENT BYARS (*pro hac vice*)
11  mbyars@cravath.com
    **CRAVATH, SWAINE & MOORE LLP**
12  375 Ninth Avenue
    New York, New York 10001
13  Telephone:  (212) 474-1000
    Facsimile:  (212) 474-3700
14
    *Attorneys for Plaintiff and Counter-defendant*
15  *Epic Games, Inc.*

    RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
    DANIEL G. SWANSON, SBN 116556
    dswanson@gibsondunn.com
    JASON C. LO, SBN 219030
    jlo@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: 213.229.7000
    Facsimile: 213.229.7520

    CYNTHIA E. RICHMAN (D.C. Bar No.
    492089; *pro hac vice*)
    crichman@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036-5306
    Telephone: 202.955.8500
    Facsimile: 202.467.0539

    JULIAN W. KLEINBRODT, SBN 302085
    jkleinbrodt@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
    Telephone: 415.393.8200
    Facsimile: 415.393.8306

    MARK A. PERRY, SBN 212532
    mark.perry@weil.com
    JOSHUA M. WESNESKI (D.C. Bar No.
    1500231; *pro hac vice* pending)
    joshua.wesneski@weil.com
    **WEIL, GOTSHAL & MANGES LLP**
    2001 M Street NW, Suite 600
    Washington, DC 20036
    Telephone: 202.682.7000
    Facsimile: 202.857.0940

    *Attorneys for Defendant and Counterclaimant*
    *Apple Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28  Parties' Joint Administrative                          Case No. 4:20-cv-05640-YGR-TSH
    Motion to Consider Whether
    Another Party's Material
    Should Be Sealed

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff, Counter-defendant,<br><br>                        v.<br><br>APPLE INC.,<br><br>            Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Courtroom:  1, 4th Floor<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple", and collectively, the "Parties") submit this joint administrative motion to consider whether other parties' materials should be sealed with respect to the Parties' filing of the exhibits admitted during the evidentiary hearing.  The documents and portions of documents the Parties seek to provisionally file under seal are listed below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| CX-0009 | Redacted portions as reflected in the highlighted text. |
| CX-0009-A | Redacted portions as reflected in the highlighted text. |
| CX-0014 | Redacted portions as reflected in the highlighted text. |
| CX-0015 | Redacted portions as reflected in the highlighted text. |
| CX-0054 | Redacted portions as reflected in the highlighted text. |
| CX-0202 | Redacted portions as reflected in the highlighted text. |
| CX-0216 | Redacted portions as reflected in the highlighted text. |
| CX-0223 | Redacted portions as reflected in the highlighted text. |
| CX-0224 | Redacted portions as reflected in the highlighted text. |
| CX-0225 | Redacted portions as reflected in the highlighted text. |
| CX-0227 | Redacted portions as reflected in the highlighted text. |
| CX-0229 | Redacted portions as reflected in the highlighted text. |
| CX-0231 | Redacted portions as reflected in the highlighted text. |
| CX-0244 | Redacted portions as reflected in the highlighted text. |
| CX-0246 | Redacted portions as reflected in the highlighted text. |
| CX-0257 | Redacted portions as reflected in the highlighted text. |
| CX-0264 | Redacted portions as reflected in the highlighted text. |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| CX-0265 | Redacted portions as reflected in the highlighted text. |
| CX-0266 | Redacted portions as reflected in the highlighted text. |
| CX-0268 | Redacted portions as reflected in the highlighted text. |
| CX-0272 | Redacted portions as reflected in the highlighted text. |
| CX-0279 | Redacted portions as reflected in the highlighted text. |
| CX-0281 | Redacted portions as reflected in the highlighted text. |
| CX-0291 | Redacted portions as reflected in the highlighted text. |
| CX-0384 | Redacted portions as reflected in the highlighted text. |
| CX-0435 | Redacted portions as reflected in the highlighted text. |
| CX-0464 | Redacted portions as reflected in the highlighted text. |
| CX-0478 | Redacted portions as reflected in the highlighted text. |
| CX-0479 | Redacted portions as reflected in the highlighted text. |
| CX-0484 | Redacted portions as reflected in the highlighted text. |
| CX-0485 | Redacted portions as reflected in the highlighted text. |
| CX-0486 | Redacted portions as reflected in the highlighted text. |
| CX-0487 | Redacted portions as reflected in the highlighted text. |
| CX-0488 | Redacted portions as reflected in the highlighted text. |
| CX-0489 | Redacted portions as reflected in the highlighted text. |
| CX-0490 | Redacted portions as reflected in the highlighted text. |
| CX-0496 | Redacted portions as reflected in the highlighted text. |
| CX-0499 | Redacted portions as reflected in the highlighted text. |
| CX-0503 | Redacted portions as reflected in the highlighted text. |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| CX-0505 | Redacted portions as reflected in the highlighted text. |
| CX-0506 | Redacted portions as reflected in the highlighted text. |
| CX-0509 | Redacted portions as reflected in the highlighted text. |
| CX-0511 | Redacted portions as reflected in the highlighted text. |
| CX-0532 | Redacted portions as reflected in the highlighted text. |
| CX-0538 | Redacted portions as reflected in the highlighted text. |
| CX-0539 | Redacted portions as reflected in the highlighted text. |
| CX-0540 | Redacted portions as reflected in the highlighted text. |
| CX-0859 | Redacted portions as reflected in the highlighted text. |
| CX-1103 | Redacted portions as reflected in the highlighted text. |
| CX-1208 | Redacted portions as reflected in the highlighted text. |
| CX-1211 | Redacted portions as reflected in the highlighted text. |
| CX-1303 | Redacted portions as reflected in the highlighted text. |
| CX-1304 | Redacted portions as reflected in the highlighted text. |
| CX-1310 | Redacted portions as reflected in the highlighted text. |

The Parties hereby provide notice of lodging to all Parties and their counsel pursuant to Civil Local Rule 79-5(f).

Dated:  May 7, 2025                          Respectfully submitted,

By:   /s/ *Joshua M. Wesneski*


**WEIL, GOTSHAL & MANGES LLP**
  Mark A. Perry
  Joshua M. Wesneski


**GIBSON, DUNN & CRUTCHER LLP**
  Richard J. Doren
  Jason C. Lo
  Daniel G. Swanson
  Cynthia E. Richman
  Julian W. Kleinbrodt


*Attorneys for Defendant APPLE INC.*

Dated:  May 7, 2025

Respectfully submitted,

By:   /s/ *Yonatan Even*
_____

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (*pro hac vice*)
jcclarke@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even