| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone:  (415) 591-7500<br>Facsimile:  (415) 591-7510<br><br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>JUSTIN C. CLARKE (*pro hac vice*)<br>jcclarke@cravath.com<br>MICHAEL J. ZAKEN (*pro hac vice*)<br>mzaken@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>375 Ninth Avenue<br>New York, New York 10001<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* | RICHARD J. DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>JASON C. LO, SBN 219030<br>jlo@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice* pending)<br>joshua.wesneski@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>*Attorneys for Defendant and Counterclaimant Apple Inc.* |

DECLARATION OF MICHAEL J. ZAKEN  CASE NO. 4:20-CV-05640-YGR-TSH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff, Counter-defendant,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF PARTIES' JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1    I, Michael J. Zaken, declare as follows:

2    1.   I am a Partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc.
3 ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.

4    2.   I have personal, first-hand knowledge of the facts set forth in this Declaration. If
5 called as a witness, I could and would competently testify to these facts under oath.

6    3.   Portions of the Parties' exhibits admitted during the evidentiary hearing and filed
7 in compliance with this Court's order (*see* Dkt. 1508 at 78 n.77) contain certain materials that
8 Apple Inc. ("Apple") has designated confidential under the protective order in this case. The
9 following table shows the portions of those exhibits that Apple has designated as confidential
10 information.

| Document | Corresponding Page and Line Number(s) |
|---|---|
| CX-0009 | Redacted portions as reflected in the highlighted text. |
| CX-0009-A | Redacted portions as reflected in the highlighted text. |
| CX-0014 | Redacted portions as reflected in the highlighted text. |
| CX-0015 | Redacted portions as reflected in the highlighted text. |
| CX-0054 | Redacted portions as reflected in the highlighted text. |
| CX-0202 | Redacted portions as reflected in the highlighted text. |
| CX-0216 | Redacted portions as reflected in the highlighted text. |
| CX-0223 | Redacted portions as reflected in the highlighted text. |
| CX-0224 | Redacted portions as reflected in the highlighted text. |
| CX-0225 | Redacted portions as reflected in the highlighted text. |
| CX-0227 | Redacted portions as reflected in the highlighted text. |
| CX-0229 | Redacted portions as reflected in the highlighted text. |
| CX-0231 | Redacted portions as reflected in the highlighted text. |
| CX-0244 | Redacted portions as reflected in the highlighted text. |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| CX-0246 | Redacted portions as reflected in the highlighted text. |
| CX-0257 | Redacted portions as reflected in the highlighted text. |
| CX-0264 | Redacted portions as reflected in the highlighted text. |
| CX-0265 | Redacted portions as reflected in the highlighted text. |
| CX-0266 | Redacted portions as reflected in the highlighted text. |
| CX-0268 | Redacted portions as reflected in the highlighted text. |
| CX-0272 | Redacted portions as reflected in the highlighted text. |
| CX-0279 | Redacted portions as reflected in the highlighted text. |
| CX-0281 | Redacted portions as reflected in the highlighted text. |
| CX-0291 | Redacted portions as reflected in the highlighted text. |
| CX-0384 | Redacted portions as reflected in the highlighted text. |
| CX-0435 | Redacted portions as reflected in the highlighted text. |
| CX-0464 | Redacted portions as reflected in the highlighted text. |
| CX-0478 | Redacted portions as reflected in the highlighted text. |
| CX-0479 | Redacted portions as reflected in the highlighted text. |
| CX-0484 | Redacted portions as reflected in the highlighted text. |
| CX-0485 | Redacted portions as reflected in the highlighted text. |
| CX-0486 | Redacted portions as reflected in the highlighted text. |
| CX-0487 | Redacted portions as reflected in the highlighted text. |
| CX-0488 | Redacted portions as reflected in the highlighted text. |
| CX-0489 | Redacted portions as reflected in the highlighted text. |
| CX-0490 | Redacted portions as reflected in the highlighted text. |
| CX-0496 | Redacted portions as reflected in the highlighted text. |

| Document | Corresponding Page and Line Number(s) |
|---|---|
| CX-0499 | Redacted portions as reflected in the highlighted text. |
| CX-0503 | Redacted portions as reflected in the highlighted text. |
| CX-0505 | Redacted portions as reflected in the highlighted text. |
| CX-0506 | Redacted portions as reflected in the highlighted text. |
| CX-0509 | Redacted portions as reflected in the highlighted text. |
| CX-0511 | Redacted portions as reflected in the highlighted text. |
| CX-0532 | Redacted portions as reflected in the highlighted text. |
| CX-0538 | Redacted portions as reflected in the highlighted text. |
| CX-0539 | Redacted portions as reflected in the highlighted text. |
| CX-0540 | Redacted portions as reflected in the highlighted text. |
| CX-0859 | Redacted portions as reflected in the highlighted text. |
| CX-1103 | Redacted portions as reflected in the highlighted text. |
| CX-1208 | Redacted portions as reflected in the highlighted text. |
| CX-1211 | Redacted portions as reflected in the highlighted text. |
| CX-1303 | Redacted portions as reflected in the highlighted text. |
| CX-1304 | Redacted portions as reflected in the highlighted text. |
| CX-1310 | Redacted portions as reflected in the highlighted text. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 7, 2025 in New York, NY.

*/s/ Michael J. Zaken*
Michael J. Zaken

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
Yonatan Even