1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

EPIC GAMES, INC.

Case No. 4:20-cv-05640-YGR-TSH

12

      Plaintiff, Counter-defendant

**[PROPOSED] ORDER RE: JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**

13

v.

14

APPLE INC.,

15

      Defendant, Counterclaimant

16

The Honorable Yvonne Gonzalez Rogers

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: JOINT ADMINISTRATIVE
MOTION TO SEAL HEARING EXS.

CASE NO. 4:20-CV-05640-YGR-TSH

Pursuant to the Court's Order, Dkts. 1508 and 1509 at 78 n.77; Local Rule 79-5; and Federal Rule of Civil Procedure 26(c), Defendant Apple Inc. ("Apple") and Plaintiff Epic Games, Inc. ("Epic") filed a Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("the Parties' Motion").  Pursuant to Civil Local Rule 79-5, Apple filed a supporting declaration of Mark A. Perry and sealed exhibits with highlighting reflecting its proposed redactions.

Having considered the Parties' Motion, all associated declarations, exhibits, and any argument of counsel, and for compelling reasons appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its declaration, is **GRANTED**.

Accordingly:

(1) The public shall only have access to the version of the documents sought to be sealed by the Motion in which portions of the following sections have been redacted as described in the table below.

(2) Apple shall file redacted versions of the exhibits on the public docket within fourteen days after this order.

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0009.10 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0009.11 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0009.13 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0009.14 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0009.15 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0009.10-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0009.11-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0009.13-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0009.14-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0009.15-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.15 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0014.16 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.18 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.21 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.22 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.28 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0014.36 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.60 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.61 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0014.63 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0015.9 | Analysis Group Report (Streamlined) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0054.20 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.22 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.23 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.26 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.27 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0054.31 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.32 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.33 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.35 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.36 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0054.37 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.38 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.42 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.43 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0054.47 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0054.48 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0202.1 | Notes titled "Dynamite Regroup" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0202.2 | Notes titled "Dynamite Regroup" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0216.1 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains personal information of Apple employees. | |
| CX-0216.8 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0216.11 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0216.12 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0216.13 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0223.1 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains personal information of Apple employees. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0223.7 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0223.15 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid a bad actor in obtaining commercially sensitive information. | |
| CX-0223.29 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0223.30 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0223.34 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0223.35 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0223.39 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0223.40 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.1 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains personal information of Apple employees. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0224.7 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0224.15 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.16 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information concerning third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-0224.30 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.31 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0224.33 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.34 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.38 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.39 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.41 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0224.42 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.54 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0224.57 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.58 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0224.61 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. | |
| CX-0224.64 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.65 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.66 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0224.67 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.69 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.70 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.72 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.73 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0224.74 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.76 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.77 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.78 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.79 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0224.80 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.83 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.84 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.86 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0224.87 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0225.1 | Email from S. Cameron to T. Cook re "Epic injunction – consumer warning revision" attaching presentation titled "[CONFIDENTIAL CODENAME]/Wisconsin Sheet – Copy Update" | This exhibit should be partially sealed because it contains personal information of Apple employees. | |
| CX-0225.2 | Email from S. Cameron to T. Cook re "Epic injunction – consumer warning revision" attaching presentation titled "[CONFIDENTIAL CODENAME]/Wisconsin Sheet – Copy Update" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0227.10 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.11 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.12 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0227.16 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.17 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.18 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.21 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.22 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0227.23 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.24 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0227.27 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0229.1 to CX-0229.2 | Email from P. Schiller to J. Brown et al re "Wisconsin Plans" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple and a link to an confidential Apple document which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0231.5 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0231.6 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0231.7 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0231.8 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0231.9 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0231.11 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0231.13 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0231.14 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects Apple's financial information concerning a third party. | |
| CX-0231.15 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects Apple's financial information concerning a third party. | |
| CX-0231.16 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0231.17 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. | |
| CX-0231.18 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. | |
| CX-0231.19 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0231.20 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. | |
| CX-0231.21 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. | |
| CX-0231.22 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0231.23 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. | |
| CX-0231.24 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0231.27 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0231.29 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0231.30 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. | |
| CX-0231.31 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several  third parties. | |
| CX-0231.32 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several  third parties. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0231.33 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. | |
| CX-0231.34 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. | |
| CX-0244.1 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. | |
| CX-0244.3 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing that are immaterial to the proceeding. | |
| CX-0244.13 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal information (identity of a child) that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0244.33 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (identity of a spouse) that is immaterial to the proceeding. | |
| CX-0244.51 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. | |
| CX-0244.52 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. | |
| CX-0244.53 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. | |
| CX-0244.54 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. | |
| CX-0244.55 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. | |
| CX-0244.56 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0244.62 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (identity of a spouse and birthday of grandfather) that is immaterial to the proceeding. | |
| CX-0244.63 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (personal musings relating to grandfather-child relationship) that is immaterial to the proceeding. | |
| CX-0244.64 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (personal musings relating to grandfather-child relationship) that is immaterial to the proceeding. | |
| CX-0244.65 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (personal musings relating to grandfather-child relationship) that is immaterial to the proceeding. | |
| CX-0244.86 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing that are immaterial to the proceeding. | |
| CX-0244.87 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. | |
| CX-0244.88 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0244.89 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. | |
| CX-0244.91 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. | |
| CX-0244.95 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. | |
| CX-0246.1 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed.  Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0246.2 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed.  Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0246.3 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed.  Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0246.4 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0246.6 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information relating to third parties or concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. | |
| CX-0246.8 to CX-0246.12 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information relating to third parties or concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0246.14 to CX-0246.17 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information relating to third parties or concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. | |
| CX-0257.1 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. | |
| CX-0257.9 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. | |
| CX-0257.10 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. | |
| CX-0257.11 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. | |
| CX-0257.26 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0257.27 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |
| CX-0257.28 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |
| CX-0257.29 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |
| CX-0257.30 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |
| CX-0257.35 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |
| CX-0257.36 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |
| CX-0257.37 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. | |
| CX-0257.39 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0257.48 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. | |
| CX-0257.56 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.57 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.58 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.59 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.60 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.61 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0257.62 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.63 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.64 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.65 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.66 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.67 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0257.68 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.69 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.70 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.71 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.72 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.73 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0257.74 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.75 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.76 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.77 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.78 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.79 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0257.80 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.81 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.82 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.83 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.84 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.85 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0257.86 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.87 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0257.88 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. | |
| CX-0264.1 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. | |
| CX-0265.1 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0265.12 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0265.16 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0265.17 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains a URL to one of Apple's resources and one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0265.18 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains content protected by attorney-client privilege and work product privilege. The document has been clawed back and reproduced. | |
| CX-0265.20 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0265.21 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0265.26 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. It should also be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0265.27 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. It should also be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0265.28 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains content protected by attorney-client privilege and work product privilege. The document has been clawed back and reproduced. | |
| CX-0265.29 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0265.30 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0265.33 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0266.1 | Email from Sean L. to C. Oliver et al. re "Alternative Payments in Korea - Developer Feedback" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0268.1 to CX-0268.11 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0268.1 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0268.3 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0268.5 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0268.6 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0268.7 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0268.10 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0268.12 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0272.7 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0272.8 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0272.9 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0272.10 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0272.12 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0272.13 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX_0272.14 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. | |
| CX-0272.16 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0272.18 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0272.19 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0272.20 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. | |
| CX-0279.1 to CX-0279.2 | Email from C. Oliver to S. Cameron and P. Schiller et al re "Updated Wisconsin deck for review" | This exhibit should be partially sealed because it contains personal information of Apple employees. | |
| CX-0279.2 | Email from C. Oliver to S. Cameron and P. Schiller et al re "Updated Wisconsin deck for review" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0281.1 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0281.5 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0281.7 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0291.13 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0291.17 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0291.18 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0291.19 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0291.20 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0291.21 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0291.22 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0291.23 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0291.24 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0384.1 to CX-0384.2 | Email from L. Pulchny to T. Washburn et al re "Wisconsin Prep for 6/28 Tim Mtg. Actions" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0435.1 | Meeting invitation from K. Vij to C. Oliver et al re "Wisconsin Program's Slide sync" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0464.1 | Text messages among P. Ajemian, H. Smith et al | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0464.4, CX-0464.6 to CX-0464.14 | Text messages among P. Ajemian, H. Smith et al | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0478.1, CX-0478.2, CX-0478.11 | Email from M. Goldberg to C. Oliver et al re Checking in: Wisconsin | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0478.1 | Email from M. Goldberg to C. Oliver et al re Checking in: Wisconsin | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0484.1 | Email from T. Liu to M. Fischer et al re [Phil Deck] Wisconsin attaching presentation titled "Wisconsin" | This exhibit should be partially sealed because it contains personal information of Apple employees. | |
| CX-0485.1 to CX-0485.2 | Meeting Invitation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0486.1, CX-0486.3 | Email from J. Cheung to P. Velamuri et al re [Notes] Weekly App Store Roadmap Sync - 12/9 | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0486.1 | Email from J. Cheung to P. Velamuri et al re [Notes] Weekly App Store Roadmap Sync - 12/9 | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0487.1 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0487.4 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0487.5 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and two of Apple's confidential codenames, which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0487.6 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0487.7 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0487.8 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0488.1 to CX-0488.2 | Meeting Invitation titled "Wisconsin Business Update" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0489.1 to CX-0489.2 | Email from C. Jones to V. Vu re Adding Key Stakeholders - Epic Injunction | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0490.1 to CX-0490.5 | Email from A. Hawthorne to K. Vij et al re Wisconsin - Financials Follow-Up | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0496.1 to CX-0496.3 | Text Messages among T. Liu, M. Gromek et al | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and Apple's confidential codenames which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0499.1 | Text Messages among C. Oliver, A. Thai, and S. Cameron | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0503.1 | Text Messages among C. Oliver, M. Fischer, and N. Barton | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0505.1 to CX-505.2 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple and a link to Apple's internal documents which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0505.16 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0505.20 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0505.21 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0505.22 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0505.23 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0505.24 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0505.25 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0506.2 | Document titled "Privileged & Confidential - Wisconsin Overview" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0509.1 to CX-0509.2 | Virtual Meeting Invitation titled "Wisconsin: Team Commission Follow-Up" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0511.1 | Text Messages between C. Oliver and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0532.1 | Email from S. Cameron to K. Adams et al re Epic Injunction Implementation | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0538.1 to CX-0538.5 | Email from J. Brown to K. Vij and T. Washburn re Updated Wisconsin Deck | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple including phone numbers and links to cloud documents, which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-0538.1 | Email from J. Brown to K. Vij and T. Washburn re Updated Wisconsin Deck | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. | |
| CX-0539.1 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0539.6 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0539.10 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0539.12 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0539.20 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0539.21 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0539.22 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0539.26 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace | |
| CX-0539.27 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-0539.31 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-0540.1 | Text Messages among M. Goldberg, F. Sainz, H. Smith | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0859.25 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.27 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.28 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. | |
| CX-0859.30 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0859.31 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.32 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.33 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.37 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.39 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0859.40 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.42 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.43 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.44 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.45 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0859.46 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.47 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.54 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.55 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.75 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0859.76 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.77 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.78 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.79 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.81 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-0859.82 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-0859.83 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. | |
| CX-0859.85 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally this slide includes confidential information relating to third parties | |
| CX-1104 (pages 1 to 2) | Email from A. Thai to J. Brown, B. Cote, J. Phillips, T. Liu, and J. Magnani re "Fwd: Wisconsin Design Deliverables" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1208.1 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and two of Apple's confidential codenames, which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-1208.2 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-1208.3 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-1208.4 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and Apple's confidential codenames which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-1208.5 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1210.1 | Direct Message Exchanges between A. Savio, J. Woo, R. Onak, and S. Krueger re "Wisconsin" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-1211.1 | Direct Message Exchanges between J. Phillips, J. Magnani, and R. Onak | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |
| CX-1211.2 to CX-1211.3, CX-1211.5 | Direct Message Exchanges between J. Phillips, J. Magnani, and R. Onak | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. | |
| CX-1303.2 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning a third party. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.3 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.9 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.12 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.15 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.19 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.20 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.21 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.22 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.23 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.24 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.26 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.27 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.28 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.29 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.30 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.31 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.32 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.34 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.37 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.40 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.41 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.42 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.43 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.44 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.45 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.46 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.47 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.48 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1303.49 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.50 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.51 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. | |
| CX-1303.52 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.53 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.54 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.60 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. | |
| CX-1303.61 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.62 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1303.63 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. | |
| CX-1303.64 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1303.65 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1304.2 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1304.3 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1304.4 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1304.5 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | |
| CX-1304.6 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1304.7 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |

| Exhibit and Page | Exhibit Description | Basis to Seal | Grant/Deny |
|---|---|---|---|
| CX-1304.8 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1304.10 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1304.11 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1304.12 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. | |
| CX-1310.1 | Text Messages between C. Oliver and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. | |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge