# EXHIBIT A
# (Redacted)

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Email about Apple's Injunction Response (Entry No. 4872)** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00198869 | 4872 | PRIV-APL-EG_00198869 | PRIV-APL-EG_00198871 | Barton, Nate; Vij, Kunnal; Kim, Timothy | 2024-05-16 | 05:00:10 | Ling Lew | Kunal Vij | Timo Kim; Nate Barton; Jennifer Brown; Sean Cameron; Fred Sainz | Re: Effective rates - hearing prep | 20240515-2200 Re: Effective rates - hearing prep.eml | Withhold | AttorneyClient | Email chain related to legal advice prepared at the direction of counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Communications with counsel requesting data points related to Wisconsin. | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| **Emails Regarding Apple's Regulatory Response to the Digital Markets Act (Entry Nos. 5110, 5261, 5358, 5359, 5360, 5370 and 5408)** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00200298 | 5110 | PRIV-APL-EG_00200298 | PRIV-APL-EG_00200301 | Moore, Ken; Wilder, Jeff; Kirtane, Latika; Kim, Timothy | 2023-11-29 | 14:53:08 | | Jeff Wilder | Charles Paillard; Brendan McNamara; Eric Albert; Ling Lew; Latika Kirtane Raman; Ken Moore | Re: Art 5.4/5.7 Linking out - commission Cont'd | 20231129-0653 Re: Art 5.4-5.7 Linking out - commission Cont'd.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | Email chain with in house counsel requesting additional details to support legal analysis of ongoing regulatory issue. | Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Tom McNamara (Apple in-house counsel); Charles Paillard (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00201500 | 5261 | PRIV-APL-EG_00201500 | PRIV-APL-EG_00201501 | Kirtane, Latika; Kim, Timothy | 2023-11-13 | 19:39:27 | | Nick Kistner | Ling Lew; Savannah Wu; Fitz FitzGerald; Lauren Henske; Michael Keller; Anne Zelek; Latika Kirtane Raman; Lacey Elmore; Adil Karrar | Re: 3P Attribution Post | 20231113-1139 Re: 3P Attribution Post-.eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Lacey Elmore (Apple in-house counsel); Fitz FitzGerald (Apple in-house counsel); Adil Karrar (Apple in-house counsel); Ling Lew (Apple in-house counsel); Steve Wu (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00202671 | 5358 | PRIV-APL-EG_00202671 | PRIV-APL-EG_00202677 | Kirtane, Latika | 2024-02-01 | 22:58:59 | | | | | Draft email to PS on DMA timeline (please provide feedback).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00202671 | 5359 | PRIV-APL-EG_00202678 | PRIV-APL-EG_00202678 | Kirtane, Latika | 2024-02-07 | 01:21:24 | | | | | Screenshot 2024-02-02 at 9.33.45?AM.png | Withhold | AttorneyClient | Document related to information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Per parent Document Ling Lew (Apple in-house counsel) comments on content of slide | Yes |

## Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00202671 | 5360 | PRIV-APL-EG_00202679 | PRIV-APL-EG_00202679 | Kirtane, Latika | 2024-02-07 | 01:21:24 | | | | | Screenshot 2024-02-06 at 5.19.33?PM.png | Withhold | AttorneyClient | Document related to information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Per parent Document Ling Lew (Apple in-house counsel) comments on content of slide | Yes |
| PRIV-APL-EG_00202733 | 5370 | PRIV-APL-EG_00202733 | PRIV-APL-EG_00202841 | Kirtane, Latika | 2023-11-27 | 18:40:53 | | | | | Apple DMA Brain Dump.pdf | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Regulatory compliance document and discussion including and largely driven by counsel | Ling Lew (Apple in-house counsel); Martin Gudmundsson (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00203226 | 5408 | PRIV-APL-EG_00203226 | PRIV-APL-EG_00203228 | Kirtane, Latika | 2024-01-22 | 23:39:46 | Tim Triemstra | Bob (DP) Thomas | Prathima Velamuri ▌; Latika Kirtane Raman ▌; Susan Conant ▌; Kyle Louis ▌; Laurel McAndrews ▌ Shannon Williams ▌ Jeff Hayward ▌ | Re: Approved terms for ▌ | 20240122-1539 Re: Approved terms for ▌.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | The client seeks legal advice for app store's IAP. | Documents indicates that counsel of Apple Legal sought. | Yes |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Email Between Non-Legal Apple Employees (Entry No. 5173)** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00200827 | 5173 | PRIV-APL-EG_00200827 | PRIV-APL-EG_00200828 | Barton, Nate; Vij, Kunnal; Kim, Timothy | 2023-02-06 | 01:14:17 | Kunal Vij | Nate Barton | Timothy Kim | Re: Privileged and Confidential | 20230205-1714 Re: Privileged and Confidential.eml | withhold | AttorneyClient | Email chain with redacted text reflecting work product from counsel regarding foreign regulatory issues in the European Union, including DMA | lawyer discussing DMA planning with client | Curtis Box (Apple in-house counsel) | Yes |
| **Emails Regarding Apple's Regulatory Response in the Netherlands (Entry No. 5638)** | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00205497 | 5638 | PRIV-APL-EG_00205497 | PRIV-APL-EG_00205499 | Kosmynka, Trystan | 2022-01-07 | 01:02:46 | Trystan Kosmynka | Eric Gray | Jeff Robbin Sean Cameron Philip Schiller Matt Fischer ; Sam Gharabally ; Carson Oliver ; Ann Tha ; Daniel Erlewine ; Kyle Andeer ; Sean Dillon ; Doug Vetter ; Keith Kowalczykowski | Re: Dutch storefront dating apps -- compliance project | 20220106-1702 Re: Dutch storefront dating apps -- compliance project.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | Includes both legal advice regarding a Dutch compliance meeting, as provided by counsel and requests for information by counsel to assist in preparing a response to Dutch competition regulator. | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Jinny Park (Apple in-house counsel) | Yes |