**JOHN J. NOTAR**
California State Bar No. 332716
JACK NOTAR LAW
100 11th Ave, PHB
New York, NY 10011
Telephone: (703) 727-1685
jacknotarlaw@gmail.com

Attorney for Yoga Buddhi Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO.:   4:20-cv-05640-YGR-TSH <br><br> **MOTION TO WITHDRAW AS ATTORNEY** <br><br> Hon. Yvonne Gonzalez Rogers |

TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I, John Notar, motion this Court to withdraw my appearance as attorney of record for third-party respondent Yoga Buddhi Co. in the above-captioned action. The undersigned is in the process of closing their private practice to accept a position with a state government agency and will no longer be available to represent clients in private matters. I have given Yoga Buddhi Co. written notice reasonably in advance, and they shall obtain substitute counsel of record in this action.

Respectfully submitted,

Dated:  May 9, 2025

_s/ John Notar_
Attorney for YOGA BUDDHI CO.

1    Email:  jacknotarlaw@gmail.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO SUPPRESS STATEMENTS AND FRUITS OF UNLAWFUL STOP AND SEARCH