# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00215290 | 6600 | PRIV-APL-EG_00215290 | PRIV-APL-EG_00215291 | 2023-01-31 | 07:18:37 | Andrew Roin | Andreas Wendker ▇; Kyle Andeer ▇; Jeff Wilder ▇; Alex Caminas ▇; Ling Lew ▇; Trystan Kosmynka ▇; Pierre-Olivier Martel ▇; ▇; Maciej Stachowiak ▇; Dave Lacy Kusters ▇; Martin Gudmundsson ▇; Brendan McNamara ▇; Eric Albert | | | DMA App Store: WebKit (5.7) - Tuesday meeting | 20230130-2318 DMA App Store: WebKit (5.7) - Tuesday meeting.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Client discussing DMA issue with lawyer | Andeer, Kyle: Apple in-house counsel); Caminas, Alex: (Apple in-house counsel); Gessesse, Matt: (Apple in-house counsel); Gudmundsson, Martin: (Apple in-house counsel); Harlow, Jackie: (Apple in-house counsel); Lacy Kusters, Dave: Apple in-house counsel); Lew, Ling: (Apple in-house counsel); McNamara, Brendan: Apple in-house counsel); McNamara, Tom (Apple in-house counsel) | NO | PREDOMINANT PURPOSE IS BUSINESS NOT LEGAL |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00216655 | 6746 | PRIV-APL-EG_00216655 | PRIV-APL-EG_00216656 | 2023-03-27 | 23:55:44 | Anders Baecklund | Bre Jimenez | App Review Senior Managers ▮; Shawna Skinner ▮ | | Re: Questions for meeting and post survey link | 20230327-1655 Re: Questions for meeting and post survey link.eml | Redact | Attorney Client | Email chain with redacted text reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Sean Cameron (Apple in-house counsel) | NO | REDACTED INFORMATION IS TOO VAGUE TO REVEAL LEGAL ADVICE OR REQUEST FOR LEGAL ADVICE |