1    DANIEL G. SWANSON, SBN 116556
     dswanson@gibsondunn.com
2    GIBSON, DUNN & CRUTCHER LLP
     333 South Grand Avenue
3    Los Angeles, CA 90071
     Telephone:  213.229.7000
4    Facsimile:  213.229.7520

5    CYNTHIA E. RICHMAN (D.C. Bar No.
     492089; *pro hac vice*)
6    crichman@gibsondunn.com
     GIBSON, DUNN & CRUTCHER LLP
7    1050 Connecticut Avenue, N.W.
     Washington, DC 20036
8    Telephone:  202.955.8500
     Facsimile:  202.467.0539
9
     JULIAN W. KLEINBRODT, SBN 302085
10   jkleinbrodt@gibsondunn.com
     GIBSON, DUNN & CRUTCHER LLP
11   One Embarcadero Center, Suite 2600
     San Francisco, CA 94111
12   Telephone:  415.393.8200
     Facsimile:  415.393.8306
13

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  202.682.7000
Facsimile:  202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone:  650.802.3044
Facsimile:  650.802.3100

14

15

16   Attorneys for Defendant APPLE INC.

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19                   **OAKLAND DIVISION**

20   EPIC GAMES, INC.

21         Plaintiff, Counter-defendant

22   v.

23   APPLE INC.,

24         Defendant, Counterclaimant

25

26

27

28

Case No. 4:20-cv-05640-YGR-TSH

**APPLE INC.'S NOTICE OF LODGING**

The Honorable Thomas S. Hixson

1    Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol

2  (Dkt. 1092), and in support of its Objections to certain of the Special Masters' privilege determinations

3  issued on May 5, 2025, regarding Apple Inc.'s ("Apple") production of re-reviewed and privileged

4  documents, Apple hereby gives notice that it is lodging, concurrently herewith, the following:

5      1.  Entry No. 6600 (PRIV-APL-EG_00215290), and

6      2.  Entry No. 6746 (PRIV-APL-EG_00216655).

7

8

9   Dated: May 9, 2025                                    Respectfully submitted,

10                                                        By: */s/ Mark A. Perry*

11                                                        Mark A. Perry
                                                          *Attorney for Apple Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28