# EXHIBIT A
**(Redacted)**

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00192180 | 4193 | PRIV-APL-EG_00192180 | PRIV-APL-EG_00192191 | Gray, Eric; Ajemian, Peter; Tam, Mike; Thai, Ann | 2022-02-02 | 20:28:14 | Mike Tam | Jason Cody | Eric Gray ; Peter Ajemian ; Fred Sainz ; Ann Thai ; Sean Cameron | | Re: HOT: Draft Developer Comms Plan - Phase 2 | 20220202-1228 Re: HOT: Draft Developer Comms Plan - Phase 2.eml | Redact | AttorneyClient; WorkProduct | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | Yes | |
| PRIV-APL-EG_00192963 | 4303 | PRIV-APL-EG_00192963 | PRIV-APL-EG_00192964 | Gray, Eric; Barton, Nate | 2024-01-14 | 16:58:15 | Nate Barton | Ling Lew | Eric Gray | | Re: Updated Wisconsin materials | 20240114-0858 Re: Updated Wisconsin materials.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Gail Elman (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) Nina Haefele (Apple in-house counsel); Sean Cameron (Apple-inhouse counsel) | Yes | |
| PRIV-APL-EG_00194231 | 4455 | PRIV-APL-EG_00194231 | PRIV-APL-EG_00194231 | Guebert, Jeff | 2023-06-12 | 17:13:51 | | | | | | Private channel #amp-wisconsin - 2023-06-12 (UTC).pdf | Redact | AttorneyClient; WorkProduct | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy, prepared in anticipation or furtherance of litigation | Pre-launch request for legal input re PR | Document indicates request for legal advice | Yes | |
| PRIV-APL-EG_00197335 | 4702 | PRIV-APL-EG_00197335 | PRIV-APL-EG_00197339 | Schiller, Phil; Joswiak, Greg | 2023-09-19 | 20:34:40 | Greg Joswiak | Lisa Jackson ; Nick Ammann ; Philip Schiller ; Kate Adams ; Kyle Andeer ; Fred Sainz ; Eddy Cue ; Kristin Huguet Quayle ; Borchers Bob ; Tim Powderly ; Jennifer Kuhn | | | Re: Spotify - Holding Apple Accountable: The Future of the Internet Economy Depends On It | 20230919-1334 Re: Spotify - Holding Apple Accountable: The Future of the I.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the European Union including DMA. | Email regarding European regulations and press strategy and preparation of communication to legal counsel regarding press release. | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) | Yes | |

## Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00198616 | 4830 | PRIV-APL-EG_00198616 | PRIV-APL-EG_00198624 | Federighi, Craig; Schiller, Phil; Oliver, Carson; Fischer, Matt; Gray, Eric; Washburn, Tanya; Kosmynka, Trystan; Ajemian, Peter; Barton, Nate; Joswiak, Greg; Tam, Mike; Roman, Alex; Thai, Ann; Robbin, Jeff; Vij, Kunnal; Kim, Timothy | 2024-03-03 | 20:46:32 | Phil Schiller | Ling Lew | Greg Joswiak; Kate Adams; Craig Federighi; Susan Prescott; Matt Fischer; Andreas Wendker; Jeff Robbin; Shaan Pruden; Mike Tam; Carson Oliver; Ann Tha; Timo Kim; Tanya Washburn; Prathima Velamuri; Trystan Kosmynka; Jeremy Butcher; Alex Roman; Nate Barton; Albert; Kunnal Vij; Eric; Fred Sainz; Nadine Haija; Peter Ajemian; Eric Gray; Sean Cameron; Adil Karrar; Lacey Elmore; Robert Windom; Heather Grenier | | Re: DMA update materials for Tuesday (March 5) | 20240303-1246 Re: DMA update materials for Tuesday (March 5).eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Kate Adams (Apple in-house counsel), Kyle Andeer (Apple in-house counsel), Sean Cameron (Apple in-house counsel), Lacey Elmore (Apple in-house counsel), Heather Grenier (Apple in-house counsel), Nina Haefele (Apple in-house counsel), Adil Karrar (Apple in-house counsel), Ling Lew (Apple in-house counsel), Brendan McNamara (Apple in-house counsel), and Tom McNamara (Apple in-house counsel) | Yes | |
| PRIV-APL-EG_00232230 | 8442 | PRIV-APL-EG_00232230 | PRIV-APL-EG_00232232 | Phillips, Joe | 2023-05-16 | 17:47:55 | | | | | | Direct message Bri Cote, Joe Phillips and 3 others - 2023-05-16 (UTC).pdf | Redact | AttorneyClient; WorkProduct | Document with redacted text reflecting information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding injunction compliance requirements for user design and interface | Document indicates information for the purpose of obtaining legal advice. | | yes | |