# EXHIBIT A
## (Redacted)

# Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00238352 | 8854 | PRIV-APL-EG_00238352 | PRIV-APL-EG_00238357 | Salian, Deepali | 2023-10-04 | 15:37:24 | | | | | | 10_04_2023 - ▮_ Managed Entitlement Discussion.pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00240097 | 9037 | PRIV-APL-EG_00240097 | PRIV-APL-EG_00240099 | Salian, Deepali | 2022-08-15 | 16:03:12 | Punit Shah ▮ | Deepali Salian ▮ | | | Fwd: ▮ write up for review | 20220815-0903 Fwd: ▮ write up for review.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | | Jason Cody (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00240364 | 9066 | PRIV-APL-EG_00240364 | PRIV-APL-EG_00240384 | Salian, Deepali | 2022-07-19 | 10:19:19 | Rachel Coker ▮ | Deepali Salian ▮ | Thuy Tran ▮ | | Re: Project ▮ | 20220719-0319 Re: Project ▮ eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | | Baker McKenzie (outside counsel) Jason Cody (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00248470 | 10101 | PRIV-APL-EG_00248470 | PRIV-APL-EG_00248475 | Tam, Mike | 2021-09-25 | 17:38:04 | Mike Tam ▮ | Michelle Zhang ▮ | Negar Nasoohi ▮; Melissa Manser ▮; Ryan Olson ▮ | | Re: [please review TODAY] Updates to In-App Events guidance | 20210925-1038 Re: [please review TODAY] Updates to In-App Events guidance.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel); Josh Olson (Apple in-house counsel) | yes | |