GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **EPIC GAMES, INC.'S NOTICE OF LODGING** |
| v. | |
| APPLE INC., | The Honorable Thomas S. Hixson |
| Defendant, Counterclaimant. | |

1    Pursuant to the Discovery Order of April 18, 2025 (Dkt. 1468) (the "Discovery Order"),
2  Plaintiff Epic Games, Inc. hereby gives notice that the Parties have jointly lodged or caused to be
3  lodged in hard-copy binders the following documents:
4  - Dkt. 1529
5  - Dkt. 1529-1
6  - Dkt. 1530
7  - Dkt. 1530-1
8  - Dkt. 1530-2
9  - Dkt. 1531
10 - Dkt. 1531-1
11 - Dkt. 1532
12 - Dkt. 1532-1
13 - Dkt. 1532-2
14 - Dkt. 1539
15 - Dkt. 1540
16 - Dkt. 1541
17 - Dkt. 1553
18 - Dkt. 1553-1
19 - Dkt. 1553-2
20 - Dkt. 1553-3
21 - Dkt. 1554
22 - Dkt. 1554-1
23 - Dkt. 1554-2
24 - Dkt. 1554-3

| | |
|---|---|
| Dated: May 14, 2025 | */s/ Michael J. Zaken* |
| | Michael J. Zaken |
| | *Attorney for Epic Games, Inc.* |