# EXHIBIT A
## (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Among Legal and Non-legal Professionals** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00199145 | 4921 | PRIV-APL-EG_00199145 | PRIV-APL-EG_00199148 | Schiller, Phil; Oliver, Carson; Fischer, Matt; Washburn, Tanya; Barton, Nate; Wilder, Jeff; Roman, Alex; Vij, Kunnal; Kim, Timothy | 2023-03-05 | 19:05:10 | Phil Schiller | Kyle Andeer | Carson Oliver ; Sean Cameron ; Matt Fischer ; Tanya Washburn ; Kunnal Vij ; Timothy Kim ; Nate Barton ; Alex Roman ; Jeff Wilder | | Re: Presentation for DMA Meeting Tomorrow | 20230305-1105 Re: Presentation for DMA Meeting Tomorrow.eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Kyle Andeer (Apple in-house counsel); Curtis Box (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00200170 | 5081 | PRIV-APL-EG_00200170 | PRIV-APL-EG_00200171 | Oliver, Carson; Gray, Eric; Barton, Nate; Moore, Ken; Wilder, Jeff; Vij, Kunnal; Kim, Timothy | 2023-11-28 | 20:06:32 | | Ken Moore ; Charles Paillard ; Nina Haefele ; Jeff Wilder ; Alexandra Luchian (V) ; Eric Albert ; Sean Cameron ; Dave Lacy Kusters ; Brendan McNamara ; Carson Oliver ; Ling Lew ; Nate Barton ; Kunnal Vij ; Gail Elman (V) ; Alex Caminas ; Martin Gudmundsson ; Eric Gray | | Art 5.4/5.7 Linking out - commission Cont'd | 20231128-1206 Art 5.4-5.7 Linking out - commission Cont'd.eml | Redact | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | Email to in house counsel setting out proposed legal compliance topics for discussion on call. | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Alex Caminas (Apple in-house counsel); Nina Haefele (Apple in-house counsel) | Yes |
| **Messages Among Primarily Non-legal Professionals** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00202318 | 5334 | PRIV-APL-EG_00202318 | PRIV-APL-EG_00202319 | Kirtane, Latika | 2023-10-19 | 00:02:07 | | | | | | Private channel #prog xf - 2023-10-19 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00202371 | 5339 | PRIV-APL-EG_00202371 | PRIV-APL-EG_00202373 | Kirtane, Latika | 2022-11-01 | 17:18:34 | | | | | | Direct message Ann Thai, Carson Oliver and 2 others - 2022-11-01 (UTC).pdf | Redact | WorkProduct | Document with redacted text reflecting work product from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in | Work product for slide deck on alternative payments | Document indicates Apple legal weighed in on document | Yes |