UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **[PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-3** <br><br> Courtroom: 1, 4th Floor <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

The Court, having considered the evidence and arguments presented to it with respect to Plaintiff and Counter-Defendant Epic Games, Inc.'s ("Epic") Motion to Shorten Time for Apple Inc. ("Apple"), pursuant to Local Rule 6-3, to respond to Epic's pending Motion to Enforce the Injunction ("Motion"), and for good cause appearing, **HEREBY ORDERS** as follows:

1. Epic's Motion to Shorten Time is GRANTED;
2. Apple's response to Epic's Motion is due by May 21, 2025;
3. Epic's reply in support of the Motion is due by May 23, 2025; and
4. A hearing is set for this matter on May 27, 2025.

**IT IS SO ORDERED.**

DATED:_____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge