# Exhibit A



From: **Michael (WWDR) Wong**                    Date:
Sun, May 4, 2025 at 5:35AM
Subject: Re: Paid App Agreement + Epic Games Sweden AB
To: Zack Neyland

Thank you for the heads up. Socialized.

Sent from my iPhone

On May 2, 2025, at 6:46 PM, Zack Neyland                    wrote:

Hi Michael,

As mentioned in the last email we're working on adding Apple IAP (and all other requirements) to support Fortnite's return to the US App Store. We will also need to ship a patch to Fortnite in Europe on EGS next week and are reaching out proactively because we want to make sure we are abiding by all the App Review guidelines so that the patch can go through notarization and be released without issue while we work towards full App Store review.

To prepare for this we will be submitting a patch build for notarization today or tomorrow which would be released only in Europe on EGS. A follow-up replacement build will likely come in next week as well as we complete more bug fixes.  Just wanted to give you a heads up that as mentioned previously, this build will have both StoreKit and MarketplaceKit included, but we will only use the right SDK based on which store distributed the app.

As always, if we should do this another way please let us know.

Thanks,
Zack

On Fri, May 2, 2025 at 8:25AM Michael (WWDR) Wong                    wrote:
    Received! Working on it.

        On May 2, 2025, at 11:22AM, Zack Neyland                    wrote:

        Hey Michael,

        We are continuing to work on our Fortnite build for release on the US App Store. As mentioned, we are planning (unless you tell us otherwise) to submit a single version of Fortnite to be used in both the Apple App Store and Epic Games Store (alternate marketplace) via our Epic Games Sweden AB developer account.

We see that EU alternative store developer documentation reads "Don't use StoreKit, the App Store's In-App Purchase system... in apps you distribute outside of the (Apple) App Store". We plan to build the application with both SDKs included and ensure that we only use the right SDK based on which store distributed the app so we don't have to split the app into two bundles.

Please let us know as soon as you are able if it's an issue, and we'll do it however you advise we should do it.

Thanks,
Zack

On Thu, May 1, 2025 at 11:32 AM Michael (WWDR) Wong                          wrote:
OK. Thanks for the heads up. Stand by.


On May 1, 2025, at 2:13 PM, Zack Neyland
                                    wrote:

Hey Michael,

We had just clicked the accept button a few mins before I saw your email. Let us know if you want us to use a different account; we can always reaccept on a different account.

Thanks,
Zack

On Thu, May 1, 2025 at 11:00 AM Michael (WWDR) Wong
                                    wrote:
HI Zack -

We're working to figure out the right way to do this. Can you hold off for a bit?

Thanks!


On May 1, 2025, at 1:18 PM, Michael (WWDR) Wong
                                    wrote:

Hi Zack:

Thanks for the heads up. Let me check and get back to you ASAP.


On May 1, 2025, at 12:41 PM, Zack Neyland
                                    wrote:

Hi Michael,

We will accept the Paid Applications Agreement on our Epic Games Sweden AB developer account (ID: JPKKQ2FLA9), in order to support Fortnite's return to the US App Store next week.

We are submitting on this account to avoid the complexity for Apple and Epic of managing Fortnite submissions on multiple accounts. If Apple would like Epic to submit Fortnite through a different account, please advise and we're happy to accommodate.

Best,
Zack