# Exhibit B



From: **Michael (WWDR) Wong**
Date: Tue, May 13, 2025 at 9:07 AM
Subject: Re: Review Status of Fortnite
To: Zack Neyland

Hi Zack:

Received. Let me socialize.

Sent from my iPhone

On May 13, 2025, at 12:02 PM, Zack Neyland wrote:

Hey Michael,

We wanted to touch base regarding the expedited review of Fortnite (Submission ID: ef20ee90-d6a8-4def-b6a7-932082fad3cb). While we understand that something as complicated as Fortnite may take some time to review, we have not seen much app review activity since Friday so we wanted to make sure you have everything you need to complete the expedited review process.

We understand that in general direct feedback regarding a review is not provided via email, but please let us know if there is anything we can do on our end to move the review forward.

Thanks,
Zack