# Exhibit C



**From: Zack Neyland**
Date: Wed, May 14, 2025 at 11:38 AM
Subject: Re: Re-submitting Fortnite Review
To: Michael (WWDR) Wong

Hey Michael,

We've have a new Submission ID after working through the IAP: 518332dc-f26d-4e3e-ae1b-3a858efcf036

Thanks,
Zack

On Wed, May 14, 2025 at 10:54 AM Michael (WWDR) Wong wrote:

> Received. Thanks for the heads up.
>
>> On May 14, 2025, at 1:43 PM, Zack Neyland wrote:
>>
>> Hey Michael,
>>
>> We noticed that we didn't include the first time IAP with the latest submission for Review, so we've pulled it while we work on getting that squared away. Once we have the new submission ID we'll let you know.
>>
>> Thanks,
>> Zack
>>
>>> On Wed, May 14, 2025 at 10:17 AM Zack Neyland wrote:
>>> Hey Michael,
>>>
>>> Just wanted to give you a heads up that due to Fortnite update schedules we have pulled the build we had in review, and replaced it with the one that we need to go live with on Friday, May 16 (35.10). The Submission ID is: bebdeb20-1bf4-43a4-9bdb-c6b9f103255f. Below you can find the notes that we sent to the app reviewers to explain the urgent nature of some partner collaborations with Disney:
>>>
>>> "The 35.10 update is scheduled for release on Friday, May 16 at 4am ET, and contains many urgent time-sensitive updates and cross promotions with Disney for novel Star Wars gameplay. This update is substantially similar to the previous build that was in review since Friday, May 9, except for the new game content and minor bug fixes. However, the previous review did not complete in time to hit our ship dates, so we are replacing it with this build to keep our partnership content on track.
>>>
>>> App Updates:

Star Wars content:
- Battle Royale: Star Wars Galactic Battle season gameplay updates. Includes new Darth Vader conversational AI NPC, General Grievous Mid-Season Battle Pass unlock, CA-87 Jawa Blaster, Wookie Bowcaster unvault, Chewbacca & Jar Jar NPC, new weekly quests
- LEGO Fortnite Odyssey: Rapid Survival limited time game mode on Star Wars Island
- Item Shop: Darth Jar-Jar Binks Item Shop Update, modifiable Mandalorian outfit

Other content/updates:
- Ballistic Cinderwatch map updates
 -General bug and stability fixes

Testing Notes:
- In the Fortnite game settings, please ensure that the Matchmaking Region is set to NA-East.
- Additional test accounts in attached doc.
- Accounts whitelisted for purchasing but cannot use Paypal for purchase testing due to location verification. Please use alternative method of payment.

----------------------
This submission is for both the United States App Store and Notarization. The App Store version will only be available to US customers and will offer both Apple IAP and Epic's externally linked payment option in the same way as our prior submission. When distributed on an Alternative Marketplace, the app will offer Epic's payment option. To ensure that the correct in-app flow is displayed for the appropriate marketplace we are leveraging Apple's AppDistribution API (https://developer.apple.com/documentation/marketplacekit/distributing-your-app-on-an-alternative-marketplace#Customize-your-app-depending-on-the-installation-source).

Apple IAP and Epic's externally linked payment option will only be available when the source is ".appStore" (which is Apple's App Store). There is no External link entitlement as this is no longer a requirement for US release via 3.1.1(a) (https://developer.apple.com/app-store/review/guidelines/#link-to-other-purchase-methods).

Epic's purchasing will be available when the source is ".marketplace" (this is used for alternative marketplaces)"