# Exhibit F

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Mark A. Perry
Direct: +1 202.887.3667
Fax: +1 202.530.9696
MPerry@gibsondunn.com

March 23, 2022

Gary Bornstein
Cravath, Swaine & Moore LLP
825 8th Ave
New York, NY 10019

Re:  Reinstatement of Epic's Developer Program Account

Dear Gary,

On March 21, 2022, Tim Sweeney e-mailed Phil Schiller asking that Epic's developer program account be reinstated so that Epic can distribute an iOS version of *Fortnite* that would allow Epic Direct Pay.  As I informed you by letter dated September 21, 2021, "Apple will not consider any further requests for reinstatement until the district court's judgment becomes final and nonappealable."

Sincerely,

Mark A. Perry

MAP/dl