UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S MOTION TO ENFORCE INJUNCTION** <br><br> Courtroom: 1, 4th Floor <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

The Court, having considered the evidence and arguments presented to it with respect to Plaintiff and Counter-Defendant Epic Games, Inc.'s ("Epic") Motion to Enforce Injunction ("Motion"), dated May 16, 2025, and consistent with the Court's opinion on the Motion issued herewith, **HEREBY ORDERS** as follows:

1. By refusing to consider Epic's *Fortnite* submission, and stating that Apple "has determined not to take action on the Fortnite app submission until after the Ninth Circuit rules on [Apple's] pending request for a partial stay of the [Contempt Order]" Defendant and Counterclaimant Apple Inc. ("Apple") is in violation of this Court's Injunction permanently restraining and enjoining it from "prohibiting developers from . . . including in their apps and their metadata buttons, external links, or other calls to action that direct customers to alternative purchasing methods, in addition to In-App Purchase" (Dkt. 813 (the "Injunction")) and this Court's April 30, 2025 Order enforcing the Injunction (Dkt. 1508).

2. To prevent Apple's violation and as a sanction, Apple shall promptly review any submission of *Fortnite* made by Epic to the U.S. storefront of the App Store and shall accept any version of *Fortnite* that complies with the applicable App Review Guidelines.

3. This Order will take effect immediately.

**IT IS SO ORDERED.**

DATED:_____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

[PROPOSED] ORDER GRANTING
EPIC'S MOTION TO ENFORCE INJUNCTION

CASE NO. 4:20-CV-05640-YGR-TSH