# EXHIBIT A

# (Redacted)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00223363 | 7469 | PRIV-APL-EG_00223363 | PRIV-APL-EG_00223370 | 2024-03-26 | 16:50:05 | | | | | | Private channel #team-▮▮▮-urls - 2024-03-26 (UTC).pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | | Document reflecting legal advice from Apple legal | NO | REDACTED INFORMATION DOES NOT REVEAL LEGAL ADVICE OR REQUEST FOR LEGAL ADVICE |