UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>        v.<br><br>APPLE INC.,<br><br>    Defendant and Counterclaimant. | Case No. 4:20-cv-05640-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING THE ENFORCEMENT OF THE INJUNCTION** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court is in receipt of Epic Games, Inc.'s Motion to Enforce the Injunction. The Court thus issues this Order to Show Cause as to why the motion should not be granted. Briefing shall occur on the schedule listed below and shall include the legal authority upon which Apple contends that it can ignore this Court's order having not received a stay from the Ninth Circuit Court of Appeal even though its request was filed twelve days ago on May 7, 2025. Obviously, Apple is fully capable of resolving this issue without further briefing or a hearing. However, if the parties do not file a joint notice that this issue is resolved, and this Court's intervention is required, the Apple official who is personally responsible for ensuring compliance shall personally appear at the hearing hereby set for Tuesday, May 27, 2025 at 9:00 a.m. in the United States District Court, Northern District of California, Oakland, California, Courtroom One.

Accordingly, any opposition brief shall be filed by Wednesday, May 21, 2025, 5:00 p.m. Pacific and shall identify by name the Apple official, referenced above, who shall be fully prepared to answer any questions on the topic. Any reply brief shall be filed by Friday, May 23, 2025, 10:00 a.m. Pacific.

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE