DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>   Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00165956 | 1787 | PRIV-APL-EG_00165956 | PRIV-APL-EG_00165957 | De Wilde, Geoff; Robbin, Jeff; Kim, Timothy; Bavaro, Sam; Van Tassell, Dave; Kosmynka, Trystan; Friedland, Zach; Thai, Ann; Hawthorne, Amy; Kirtane, Latika; Barton, Nate; Fischer, Matt; Oliver, Carson; Washburn, Tanya; Federighi, Craig | 2023-12-07 | 23:08:34 | | | | | | DMA_Review_Guideline_Analysis_10.25.22_v1.numbers | withhold | WorkProduct | Document reflecting work product from counsel regarding injunction compliance requirements for user design and interface | | Document reflecting legal advice from Apple legal | NO | THE LOG ENTRY AND THE DOCUMENT DO NOT DEMONSTRATE THAT THIS DOCUMENT REFLECTS WORK PRODUCT |
| PRIV-APL-EG_00166278 | 1800 | PRIV-APL-EG_00166278 | PRIV-APL-EG_00166278 | De Wilde, Geoff; Kim, Timothy; Kirtane, Latika; Vij, Kunnal | 2024-05-29 | 18:17:19 | | | | | Epic v. Apple - Potential Injunction Compliance Requirements - Chart_107469801_1.docx | | withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility prepared in anticipation or furtherance of litigation | Document is withheld as it reflects counsel's assessment on injunction compliance relating to Epic litigation. | Document reflecting legal advice from Apple legal. | YES AND NO | DOCUMENT SHOULD BE PRODUCED WITH WORK PRODUCT OR LEGAL ADVICE REDACTED |
| PRIV-APL-EG_00190369 | 3989 | PRIV-APL-EG_00190369 | PRIV-APL-EG_00190370 | Goldberg, Marni | 2023-07-20 | 18:35:16 | Marni Goldberg | Alanna Rutherford | Heather Grenier ; Jennifer Brown | | Re: Earnings Q&A -- Epic | 20230720-1135 Re: Earnings Q&A -- Epic.eml | Withhold | AttorneyClient | Email reflecting legal advice from counsel regarding the Epic v. Apple litigation and attorney review of communications legal strategy | Information regarding Epic v. Apple litigation and attorney review of communications legal strategy | Jennifer Brown (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Alanna Rutherford (Apple in-house counsel) | YES AND NO | DOCUMENT SHOULD BE PRODUCED WITH LEGAL ADVICE REDACTED |
| PRIV-APL-EG_00194770 | 4513 | PRIV-APL-EG_00194770 | PRIV-APL-EG_00194775 | Guebert, Jeff | 2021-11-15 | 19:15:35 | Blaise Margherito | Jeff Guebert | Ling [Legal] Lew ; Amy Hawthorne ; Zach Friedland ; Sean Cameron ; Dave Van Tassel ; Jason Cody ; Aravind Vijayskirthi | | Re: Project Michigan: PLA Update and TestFlight | 20211115-1913 Re- Project Michigan- PLA Update and TestFlight.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility, prepared in anticipation or furtherance of litigation | Request for legal advice to in-house counsel regarding compliance of injunction and response with legal advice from in-house counsel | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES AND NO | DOCUMENT SHOULD BE PRODUCED WITH LEGAL ADVICE REDACTED |
| PRIV-APL-EG_00195630 | 4570 | PRIV-APL-EG_00195630 | PRIV-APL-EG_00195635 | Kosmynka, Trystan; Guebert, Jeff; Hawthorne, Amy; Friedland, Zach; Kirtane, Latika; Van Tassell, Dave | 2021-11-15 | 19:15:35 | Blaise Margherito | Jeff Guebert | Ling [Legal] Lew ; Amy Hawthorne ; Zach Friedland ; Sean Cameron ; Dave Van Tassel ; Jason Cody ; Aravind Vijayskirthi | | Re: Project Michigan: PLA Update and TestFlight | 20211115-1116 Re- Project Michigan- PLA Update and TestFlight.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES AND NO | DOCUMENT SHOULD BE PRODUCED WITH LEGAL ADVICE REDACTED. NON-LAWYER TO NON-LAWYER COMMUNICATION RE FUNCTIONALITY IS NOT LEGAL ADVICE. |