| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>  Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00094876 | 2335 | PRIV-APL-EG_00094876 | PRIV-APL-EG_00094921 | Oliver, Carson | 2023-12-18 16:51:54 | | | | | | DMA_Alternative marketplace developer.pdf | Withhold | AttorneyClient | Draft document reflecting information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA. | | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | No |
| PRIV-APL-EG_00149580 | 5 | PRIV-APL-EG_00149580 | PRIV-APL-EG_00149587 | Oliver, Carson | 2023-05-30 | | Sean Cameron | Jen Brown ■ Ann Thai ■ Trystan Kosmynka ■ Ling Yang Lew ■ Carson Oliver ■ | | | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement.eml | Redact | AttorneyClient; WorkProduct | Email chain with redacted text reflecting work product prepared by counsel regarding injunction compliance requirements for link format and buttons | | Sean Cameron (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | No |
| PRIV-APL-EG_00150508 | 173 | PRIV-APL-EG_00150508 | PRIV-APL-EG_00150510 | Oliver, Carson | 2023-05-02 | | Jeff Guebert ■ | Jennifer Brown ■ | | | Re: Confidential Project (Codename Wisconsin) Initial Planning Sync Meeting Notes + Next Steps | 20230503-0009 Re: Confidential Project (Codename Wisconsin) Initial Planni.eml | Redact | AttorneyClient; WorkProduct | Email chain with redacted text providing information for the purpose of obtaining legal advice to counsel regarding injunction compliance requirements for user design and interface | | Jennifer Brown (Apple in-house counsel) | No |