| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>      Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG-00251370 | 10511 | PRIV-APL-EG_00251372 | PRIV-APL-EG_00251385 | Tam, Mike | | | | | | | | Alternative EU Terms Addendum_LYL 173_20240502.pdf | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | The withheld document is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | No attorneys listed on Document but this is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | no | predominantly business |
| PRIV-APL-EG-00251370 | 10512 | PRIV-APL-EG_00251386 | PRIV-APL-EG_00251399 | Tam, Mike | 2024-05-01 | 22:52:00 | | | | | | Alternative EU Terms Addendum_LYL 173_20240502.docx | Withhold | AttorneyClient; WorkProduct | Document providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | The withheld document is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | No attorneys listed on Document but this is a draft Alternative Terms Addendum prepared by counsel containing counsel's revisions to ensure compliance with EU regulations. | no | predominantly business |
| PRIV-APL-EG-00250683 | 10444 | PRIV-APL-EG_00250684 | PRIV-APL-EG_00250689 | Kosmynka, Trystan; Elman, Josh; Tam, Mike | 2023-02-07 | 17:02:00 | | | | | | External Link Account Entitlement Addendum - 2.7.2023.docx | withhold | workProduct | Document reflecting work product from counsel regarding Injunction compliance and U.S. Link Entitlement program eligibility, prepared in anticipation or furtherance of litigation | lawyer sending around reader app addendum that adds tvOS | Document indicates that Apple legal weighed in on this issue | no | |
| PRIV-APL-EG-00154061 | 561 | PRIV-APL-EG_00154061 | PRIV-APL-EG_00154063 | Ajemian, Peter; Goldberg, Marni | 2024-01-14 | 17:48:40 | Ling Lew | Marni Goldberg | Fred Sainz ███████ Peter Ajemian | | Re: Updated Wisconsin materials | 20240114-0948 Re: Updated Wisconsin materials.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding injunction compliance requirements for user design and interface | | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Gail Elman (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Nina Haefele (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Lacey Elmore (Apple in-house counsel) | No | |
| PRIV-APL-EG-00155589 | 753 | PRIV-APL-EG_00155569 | PRIV-APL-EG_00155575 | Ajemian, Peter | 2023-10-31 | 06:55:01 | Eric Albert | Scott Radcliffe | Gary Davis ███████ ; Brendan McNamara ███████ ; Matt Browne ███████ ; Philip Eder Levacher ███████ ; Fred Sainz ███████ ; David (Security) Thompson ███████ ; Julien Trosdorf ███████ ; Matt Wells ███████ ; Peter Ajemian ███████ ; Isaac Rubin | | Re: DRAFT: DMA Q&A for European Security Press Tour in Paris | 20231030-2355 Re: DRAFT: DMA Q&A for European Security Press Tour in Paris.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Discussion of draft responses to DMA related questions; email on p.2 indicates attorneys have been editing draft, and current draft is being sent to attorney for compliance reivew | Brendan McNamara (Apple in-house counsel); Gary Davis (Apple in-house counsel) | No | |
| PRIV-APL-EG-00155579 | 755 | PRIV-APL-EG_00155579 | PRIV-APL-EG_00155608 | Ajemian, Peter | 2022-11-30 | 19:22:48 | Fred Sainz | Adam Dema | Peter Ajemian ███████ | | Re: Pricing capabilities announcement planning | 20221130-1122 Re: Pricing capabilities announcement planning.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in Korea | foreign regulatory issues in Korea. | Sean Cameron (Apple in-house counsel) | No | |
| PRIV-APL-EG-00085160 | 1540 | PRIV-APL-EG_00085160 | PRIV-APL-EG_00085196 | Hawthorne, Amy | 2020-03-17 | 17:01:19 | | | | | | ABC_ Customer Management and Consumption APIs (aka ███ 2.0) - BRD.pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding customer management. | Counsel's legal advice redacted. | Lew Ling (Apple in-house counsel) | NO | PREDOMINANT PURPOSE IS BUSINESS OR TECHNICAL; NOT LEGAL ADVICE. |