
| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00156837 | 910 | PRIV-APL-EG_00156837 | PRIV-APL-EG_00156850 | 2022-01-25 | 22:19:04 | Pam Reid | Christina Suen | Fernando Parra ████; Jason Ramones ████; Mark Rollins ████; Santiago Libreros-Pinot ████; Jason Cody ████; Nate Barton ████; Patricia Huynh ████; Dani Staton ████ | | Re: Italy - EU Platform to Business Regulation new obligations | 20220125-1419 Re: Italy - EU Platform to Business Regulation new obligatio.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | Email chain providing information to in-house counsel for the purpose of obtaining legal advice. | Jason Cody (Apple in-house counsel); Patricia Huynh (Apple in-house counsel) | No | |
| PRIV-APL-EG_00166442 | 1814 | PRIV-APL-EG_00166442 | PRIV-APL-EG_00166444 | 2024-05-12 | 18:27:46 | Phil Schiller ████ | Timothy Kim ████; Kyle Andeer ████ | Heather Grenier ████; Nina Haefele ████; Lacey Elmore ████; Tim Huang ████; Geoff De Wilde ████; Nate Barton ████; Eric Albert ████; Kunnal Vij ████ | | Re: Link Out Explore | 20240512-1128 Re: Link Out Explore.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting legal advice prepared by counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Multiple options provided to Kyle Andeer and Phil Schiller re compliance and for Kyle's engagement with EC | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Appl | No | |

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Beginning Bates | Production End Bates | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel | SPECIAL MASTER RULING | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00166500 | 1825 | PRIV-APL-EG_00166500 | PRIV-APL-EG_00166503 | 2024-05-13 | 20:42:31 | Tanya Washburn | Phil Schiller; Kyle Andeer | Timothy Kim; Jen Brown; Ling Lew; Eric Gray; Eric Albert; Nate Barton; Kunnal Vij; Jeffrey Wilder; Heath | | Re: Link Out Explore | 20240513-1342 Re: Link Out Explore.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting legal advice prepared by counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Multiple options provided to Kyle Andeer and Phil Schiller re compliance and for Kyle's engagement with EC | Adil Karrar (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Appl | No | |