DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　　Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>　　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00162417 | 1468 | PRIV-APL-EG_00162417 | PRIV-APL-EG_00162453 | 2024-01-09 | 00:50:07 | | | | | | Updated_Wisconsin.key | Withhold | Attorney Client | Presentation providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00162841 | 1514 | PRIV-APL-EG_00162841 | PRIV-APL-EG_00162846 | 2024-02-08 | 06:51:22 | Lisa Jackson | Tim Cook | Fred Sainz; Luca Maestri; Greg Joswiak; Philip Schiller; Kate Adams; Eddy Cue; Kristin Huguet Quayle; Isaac Rubin; Marni Goldberg; Hannah Smith; Julien Trosdorf; Kyle Andeer; Sean Dillon; Brendan McNamara; Heather Grenier; Nick Ammann; Matt Browne | | Re: For approval: Spotify Decision Newsroom Post | 20240207-2251 Re: For approval: Spotify Decision Newsroom Post.eml | Withhold | Attorney Client | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | | Kate Adams (In-House Attorney); Kyle Andeer (In-House Attorney); Sean Dillon (In-House Attorney); Brendan McNamara (In-House Attorney); Heather Grenier (In-House Attorney) | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00163001 | 1555 | PRIV-APL-EG_00163001 | PRIV-APL-EG_00163008 | 2024-01-21 | 16:20:15 | Tim Cook ██ | Fred Sainz ██ | Kate Adams ██; Phil Schiller ██; Eddy Cue ██; Luca Maestri ██; Lisa Jackson ██; Greg (Joz) Joswiak ██; Ann Thai ██; Craig Federighi ██; Kristin Huguet ██; Isaac Rubin ██; Latika Kirtane Raman ██; Susan Prescott ██; Matt Fischer ██; Carson Oliver ██; Andreas Wendker ██; Eric Albert ██; Jeff Robbin ██; Kyle Andeer ██; Heather Grenier ██; Sean Cameron ██; Ling Lew ██; Trystan Kosmynka ██; Kurt Knight ██ | | Re: For Ok: DMA Docs | 20240121-0820 Re: For Ok: DMA Docs.eml | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Kate Adams (Apple in-house counsel); | No | |
| PRIV-APL-EG_00163335 | 1577 | PRIV-APL-EG_00163335 | PRIV-APL-EG_00163343 | 2024-04-11 | 20:33:57 | | | | | | ██ - Differentiate between Developer - Legal Agreements.pdf | Withhold | Attorney Client | Document providing information for the purpose of obtaining legal advice to counsel regarding legal agreements for developers | This Document which consists of notes from a meeting, are withheld as they pertain to legal agreements for developers and provide information and questions directed to counsel for the purpose | Lew Ling (Apple in-house counsel), Brendan McNamara (Apple in-house counsel) | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | of obtaining legal advice. | | | |
| PRIV-APL-EG_001637 84 | 1589 | PRIV-APL-EG_001637 91 | PRIV-APL-EG_001638 52 | 2024-04-18 | 15:25:48 | | | | | | App Store Promotions - Marketing Legal v2 copy (Marketing Legal comments April 3).key | Withhold | Attorney Client | Document providing information for the purpose of obtaining legal advice from counsel regarding marketing restrictions. | | Document reflecting information for the purpose of obtaining legal advice from Apple legal | No | |
| PRIV-APL-EG_001639 31 | 1595 | PRIV-APL-EG_001639 31 | PRIV-APL-EG_001639 32 | 2024-01-20 | 16:32:18 | Bri Cote | Ken Moore | Joseph Magnani ▇▇▇; Raf Onak ▇▇▇; Ling Lew ▇▇▇; Terry Liu ▇▇▇; Mike Tam ▇▇▇; Joe Phillips ▇▇▇; Ryan Holman ▇▇▇; Ann Thai ▇▇▇ | | Re: [TIMELY - DMA] Update request for external payment disclosure sheet | 20240120-0832 Re: [TIMELY - DMA] Update request for external payment discl.eml | Withhold | Attorney Client | Email chain reflecting information for the purpose of obtaining legal advice to counsel regarding foreign regulatory issues in the European Union, including DMA, prepared in anticipation or furtherance of litigation | | Ling Lew (Apple in-house counsel); | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00163992 | 1611 | PRIV-APL-EG_00163992 | PRIV-APL-EG_00163994 | 2024-01-15 | 23:35:56 | Hannah Smith | Jennifer Brown | Jeff Guebert ▓; Liz Pulchny ▓; Bri Cote ▓; Monika Gromek ▓; Ann Thai ▓; Raf Onak ▓; Ken Moore ▓; Terry Liu ▓; Mike Tam ▓; Joe Phillips ▓; Ling Lew ▓; Joseph Magnani ▓; Joanna Brodbeck ▓; Robert Olsen ▓; Blaise Margherito ▓; Marni Goldberg ▓ | | Re: Wisconsin changes [Notes] | 20240115-1536 Re: Wisconsin changes [Notes].eml | Redact | Attorney Client | Email chain with redacted text providing legal advice from counsel regarding injunction compliance press and communications legal strategy | | Ling Lew (Apple in-house counsel) | No | |
| PRIV-APL-EG_00164287 | 1665 | PRIV-APL-EG_00164287 | PRIV-APL-EG_00164314 | 2024-02-28 | 16:45:13 | | | | | | Russia Enforcement Challenges v02-rd.key | Withhold | Attorney Client; Work Product | Presentation reflecting legal advice from counsel regarding foreign regulatory issues in Russia | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00164493 | 1674 | PRIV-APL-EG_00164493 | PRIV-APL-EG_00164497 | 2024-03-18 | 16:54:33 | Mera Avdic | Ramakrishna Dasari | | | Re: Weekly Update | 03/15/2024 | 20240318-0954 Re: Weekly Update | 03-15-2024.eml | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Update from various Apple in-house attorneys on the status of foreign activities. | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00165180 | 1732 | PRIV-APL-EG_00165181 | PRIV-APL-EG_00165281 | 2023-09-09 | 12:24:00 | | | | | | ▮ - Exhibits SPA (Parallel_220923).docx | Withhold | Attorney Client | Draft document reflecting legal advice from counsel regarding merger agreement. | Draft schedule to a merger agreement ("▮"). | Christina Buser (Apple in-house counsel) | No | |
| PRIV-APL-EG_00166218 | 1795 | PRIV-APL-EG_00166218 | PRIV-APL-EG_00166219 | 2022-07-11 | 16:06:51 | | | | | | App Store Legal Follow Ups 7.11.2022 Notes.pages | Withhold | Attorney Client | Document related to information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union including DMA | | Amy Dobrzynski (Apple in-house counsel) | No | |
| PRIV-APL-EG_00166918 | 1888 | PRIV-APL-EG_00166918 | PRIV-APL-EG_00166920 | 2022-06-06 | 17:20:04 | | | | | | ▮_Tax - Questions_clarifications (From DD, refer project level tracker for opens from BRD and further phases).pdf | Withhold | Attorney Client | Document reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | Document is list of legal questions for tax counsel | Armondo Cordoves (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel); | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_0017 0509 | 2136 | PRIV-APL-EG_0017 0509 | PRIV-APL-EG_0017 0523 | 2023-08-10 | 16:05:07 | Vijay Halepet | Aaron Deardon; Jason Cody; Kavitha Kammath | Diem Pham | | [Fwd: Amazon Prime Video \| IN payments questions] | 20230810-0905 Fwd: Amazon Prime Video \| IN payments questions.eml | Withhold | Attorney Client | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding Amazon Prime video | | Jason Cody (Apple in-house counsel); Prince Zhandire (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel); Pam Reid (Apple in-house counsel); Ian Marshall (Apple in-house counsel) | No | |