PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (pro hac vice)
gbornstein@cravath.com
YONATAN EVEN (pro hac vice)
yeven@cravath.com
LAUREN A. MOSKOWITZ (pro hac vice)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (pro hac vice)
jcclarke@cravath.com
MICHAEL J. ZAKEN (pro hac vice)
mzaken@cravath.com
M. BRENT BYARS (pro hac vice)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**JOINT NOTICE WITH RESPECT TO EPIC'S MOTION TO ENFORCE THE INJUNCTION**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order to Show Cause entered on May 19, 2025 (Dkt. 1576), the parties (Epic Games, Inc. and Apple Inc.) jointly submit that they have resolved all issues presented by the Motion to Enforce filed on May 16, 2025 (Dkt. 1568) and that no further submissions by the parties or action by the Court are required with respect to that Motion.

Dated: May 20, 2025

Respectfully submitted,

By: */s/ Mark A. Perry*
Mark A. Perry

**WEIL, GOTSHAL & MANGES LLP**
Mark A. Perry
mark.perry@weil.com
Joshua M. Wesneski
joshua.wesneski@weil.com

2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  202.682.7000
Facsimile:  202.857.0940

**GIBSON, DUNN & CRUTCHER LLP**
Cynthia E. Richman
crichman@gibsondunn.com

1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

| Dated: May 20, 2025 | Respectfully submitted, |
|---|---|
| | By: */s/ Gary A. Bornstein* |
| | |
| | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | |
| | Paul J. Riehle (SBN 115199) |
| | paul.riehle@faegredrinker.com |
| | |
| | Four Embarcadero Center |
| | San Francisco, California 94111 |
| | Telephone: (415) 591-7500 |
| | Facsimile: (415) 591-7510 |
| | |
| | **CRAVATH, SWAINE & MOORE LLP** |
| | |
| | Gary A. Bornstein (pro hac vice) |
| | gbornstein@cravath.com |
| | Yonatan Even (pro hac vice) |
| | yeven@cravath.com |
| | Lauren A. Moskowitz (pro hac vice) |
| | lmoskowitz@cravath.com |
| | Justin C. Clarke (pro hac vice) |
| | jcclarke@cravath.com |
| | Michael J. Zaken (pro hac vice) |
| | mzaken@cravath.com |
| | M. Brent Byars (pro hac vice) |
| | mbyars@cravath.com |
| | |
| | 375 Ninth Avenue |
| | New York, New York 10001 |
| | Telephone: (212) 474-1000 |
| | Facsimile: (212) 474-3700 |
| | |
| | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |

**E-FILING ATTESTATION**

I, Mark A. Perry, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Mark A. Perry
Mark A. Perry