UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No. 20-cv-05640-YGR <br><br> **CLERK'S NOTICE** <br><br> Re: Dkt. No. 1568, 1590 |

You are hereby notified that hearing on the Motion to Enforce Injunction previously set for May 27, 2025, is vacated.

Dated: May 20, 2025

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540

*Clerk's-Notice_CRD*
*rev. June 2018*