| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Responses to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 3321 (PRIV-APL-EG_00104831) and its attachments, Entries 3322 (PRIV-APL-EG_00104836), 3323 (PRIV-APL-EG_00104845), and 3324 (PRIV-APL-EG_00104850);
2. Privilege Log Entry 6890 (PRIV-APL-EG_00218416);
3. Privilege Log Entry 7011 (PRIV-APL-EG_00219556);
4. Privilege Log Entry 7077 (PRIV-APL-EG_00220165);
5. Privilege Log Entry 7181 (PRIV-APL-EG_00221362);
6. Privilege Log Entry 7195 (PRIV-APL-EG_00221405);
7. Privilege Log Entry 7334 (PRIV-APL-EG_00222094);
8. Privilege Log Entry 7363 (PRIV-APL-EG_00222373);
9. Privilege Log Entry 8480 (PRIV-APL-EG_00233796);
10. Privilege Log Entry 8680 (PRIV-APL-EG_00235920);
11. Privilege Log Entry 13704 (PRIV-APL-EG_00300070);
12. Privilege Log Entry 13720 (PRIV-APL-EG_00300199);
13. Privilege Log Entry 13724 (PRIV-APL-EG_00300236); and
14. Privilege Log Entry 13725 (PRIV-APL-EG_00300238).

Dated: May 20, 2025                    Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*