# EXHIBIT C

| | |
|---|---|
| Control Number | APL-EG_11603962 |
| Group Identifier | APL-EG_11603962 |
| P/C | |
| FamilyStatus | |
| AllCustodians | Pulchny, Liz |
| | Gromek, Monika |
| | Kim, Timothy |
| | Roman, Alex |
| | Oliver, Carson |
| | Schiller, Phil |
| | Fischer, Matt |
| | Washburn, Tanya |
| | Goldberg, Marni |
| | Barton, Nate |
| | De Wilde, Geoff |
| | Thieme, Meredith |
| | Cote, Bri |
| | Phillips, Joe |
| | Elman, Josh |
| | Magnani, Joseph |
| | Thai, Ann |
| | Vij, Kunnal |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | 5/17/2024 |
| TimeLastModified | 01:42:12 |
| DateCreated | |
| Email Subject | |
| Title | |
| Filename | 2023.06.28 Wisconsin CLEAN - Team Commission - Privileged & Confidential.key |
| Application | |
| Confidentiality_Rcvd | HighlyConfidential |
| Production Vol. | APL-EG_111 |



**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0291**
Date Entered_____
By_____



[Jen]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.2

APL-EG_11603963



[Jen]
- When we last met, the direction was that we should charge a commission on transactions resulting from a link.
- As a reminder, here are the parameters of the proposed commission model.
- For style, developers are allowed to control the style of the link or button
- The placement is limited to once per page and can be side-by-side, but must be in close proximity to and no greater prominence of IAP.
- The language will be dictated by a choice of templates, more details on the following slide
- Overall, IAP is still required and the rules prevent discouragement of its use

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603964



[Jen]
• In both options, developers would be able to choose from a short list of templates for their link out language, allowing them to input the URL as well as the specific price or relative price comparison.

Attorney-Client Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.4

APL-EG_11603965



[Ann]

Tim, based on your feedback, here is the System disclosure sheet with the updated copy on the right.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603966



[Ann]
Here's an example of the UI flow once a customer clicks on a link out button with the updated language.

It takes a customer to a system disclosure sheet letting them know they are leaving the app and going to the web.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603967



[Ann]
And here's how it could look for account-based products and services.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603968



[LING OR JEN]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.8

APL-EG_11603969

[Timo]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603970

## Approach to determining reasonableness of reports

| Timeline
(Days from end of month) | Activity |
|---|---|
| **0 - 15 days** | Developer must report out all applicable transactions to Apple in specified format / APIs |
| **15 - 35 days** | Analytics performed to assess reasonableness of report, including:
    Completion rate
    Average prices
    Total volume
    Benchmarking against similar apps / developers |
| **35-90 days** | Outreach to developers to resolve any identified anomalies |
| **90-180 days** | If friendly conversations do not result in acceptable explanations, consider invoking audit rights |

For discussion only

Privileged and Confidential - Prepared at the Request of Outside Counsel

[Timo]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603971



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603972



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.12

APL-EG_11603973



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603974



[Kunnal]

CX-0291.14



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603976



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603977



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603978



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603979



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.19

APL-EG_11603980



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.20

APL-EG_11603981



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.21

APL-EG_11603982



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.22

APL-EG_11603983



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603984



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603985



[TANYA]
This Friday 6/30 - all code changes and supporting materials will be ready

Go live on July 5 (9-10am):
- Engineering will enable StoreKit APIs and the system disclosure sheet
- Open up entitlement agreement, new Guidelines, developer support pages
- Legal is going to file the 'Statement of Compliance and Declaration'

7/12: About a week later is when the earliest entitlements will be approved, and we'll begin to accept app submissions with entitlements
- entitlements will be manually reviewed

8/1-8/15: We'll see Developer reports submitted, and we'll begin to send invoices to developers during this timeframe
[15 days to report after July]

9/15: is the due date for developers to pay us via electronic funds transfer
- Due date aligned with when we'll pay them for commission for Month of July
- Electronics funds transfer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11603986



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0291.26

APL-EG_11603987