# EXHIBIT D

| | |
|---|---|
| **Subject:** | Re: Updated Wisconsin Deck for 6/28 |
| **From:** | "Tanya Washburn" ████████████ |
| **Received(Date):** | Tue, 27 Jun 2023 03:38:52 +0000 |
| **To:** | "Matt Fischer" ████████████ ,"Ling Lew" ████████████ , "Sean Cameron" ████████ ,"Carson Oliver" ████████ "Eric Gray" ████████ , "Ann Thai" ████████ ████████ ,"Liz Pulchny" ████ , "Joseph Magnani" ████████ , "Raf Onak" ████ ,"Kunnal Vij" ████ ████████ , "Bri Cote" ████ ,"Monika Gromek" ████████ ,"Meredith Thieme" ████ ,"Nate Barton" ████ "Timothy Kim" ████ ,"Joe Phillips" ████████ ,"Geoff De Wilde" ████████ |
| **Attachment:** | 2023.06.28 Wisconsin CLEAN - Team Commission - Privileged & Conf |
| **Date:** | Tue, 27 Jun 2023 03:38:52 +0000 |

Attorney Work Product
Privileged and Confidential
Prepared at the request of Counsel

Matt,

In lieu of the Box link, here is a copy of the Wisconsin deck for review.

Thanks,
Tanya

*

> On Jun 26, 2023, at 8:20 PM, Tanya Washburn ████████████ wrote:
>
> Attorney Work Product
> Privileged and Confidential
> Prepared at the request of Counsel
>
> Matt,
>
> Here <https://apple.box.com/s/kjbqr6dcdcw6c1tdzg2jdwhlfxed0djs> is the updated
clean Wisconsin deck for review and share with Phil and Eddy ahead of the Wisconsin
meeting on Wed. 6/28.
>
> Let us know if any changes are needed.
>
> Thanks,



PLAINTIFF
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0505**
Date Entered_____
By_____

> Tanya
>

_____

_____

*Attorney Work Product*

*Privileged and Confidential*

*Prepared at the request of Counsel*

Matt,

In lieu of the Box link, here is a copy of the Wisconsin deck for review.

Thanks,

Tanya

_____

On Jun 26, 2023, at 8:20 PM, Tanya Washburn ███████████████ wrote:

*Attorney Work Product*

*Privileged and Confidential*

*Prepared at the request of Counsel*

**Matt,**

**[Here](#) is the updated clean Wisconsin deck for review and share with Phil and Eddy ahead of the Wisconsin meeting on Wed. 6/28.**

**Let us know if any changes are needed.**

**Thanks,**

**Tanya**

APL-EG_10674709; APL-EG_10677570
APL-EG_10680709

| | |
|---|---|
| **Control Number** | APL-EG_10680710 |
| **Group Identifier** | APL-EG_10680708 |
| **P/C** | |
| **FamilyStatus** | |
| **AllCustodians** | Oliver, Carson |
| **Email From** | |
| **Email To** | |
| **Email CC** | |
| **Email BCC** | |
| **DateSent** | |
| **TimeSent** | |
| **DateLastModified** | |
| **TimeLastModified** | |
| **DateCreated** | |
| **Email Subject** | |
| **Title** | |
| **Filename** | 2023.06.28 Wisconsin CLEAN - Team Commission - Privileged & Confidential.key |
| **Application** | |
| **Confidentiality_Rcvd** | HighlyConfidential |
| **Production Vol.** | APL-EG_078 |



[Jen]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680710

ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT

[Jen]
# ATTORNEY-CLIENT PRIVILEGE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                CX-0505.5                APL-EG_10674709; APL-EG_10677570
APL-EG_10680711

ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT

[Jen]

# ATTORNEY-CLIENT PRIVILEGE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.6

APL-EG_10674709; APL-EG_10677570
APL-EG_10680712



[Jen]

APL-EG_10674709; APL-EG_10677570
APL-EG_10680713



[Ann]

Tim, based on your feedback, here is the System disclosure sheet with the updated copy on the right.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680714



[Ann]

Here's an example of the UI flow once a customer clicks on a link out button with the updated language.

It takes a customer to a system disclosure sheet letting them know they are leaving the app and going to the web.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680715



[Ann]
And here's how it could look for account-based products and services.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680716



[LING OR JEN]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.11

## Fee collections and developer escalations

| Timeline *(Days from end of month)* | Escalation Path |
|---|---|
| **15 days** | Developer must report out all applicable transactions to Apple in specified format / APIs |
| **45 days** | Payment due<br>If no payment is made:<br>    Revoke link-out entitlement<br>    Block app updates<br>    Offset against developer IAP proceeds<br>    Interest starts accruing on remaining balance |
| **90 days** | App removal from App Store<br>Blocking distribution on Apple platforms |
| **120 days** | Termination from Developer Program<br>Legal action for any balance remaining after offset |

**For discussion only**

Privileged and Confidential – Prepared at the Request of Outside Counsel

[Timo]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680718

## Approach to determining reasonableness of reports

| Timeline<br>*(Days from end of month)* | Activity |
|---|---|
| **0 - 15 days** | Developer must report out all applicable transactions to Apple in specified format / APIs |
| **15 - 35 days** | Analytics performed to assess reasonableness of report, including:<br>    Completion rate<br>    Average prices<br>    Total volume<br>    Benchmarking against similar apps / developers |
| **35-90 days** | Outreach to developers to resolve any identified anomalies |
| **90-180 days** | If friendly conversations do not result in acceptable explanations, consider invoking audit rights |

For discussion only

Privileged and Confidential – Prepared at the Request of Outside Counsel

[Timo]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.13

APL-EG_10674709; APL-EG_10677570<br>APL-EG_10680719



[Kunnal]

APL-EG_10674709; APL-EG_10677570
APL-EG_10680720



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.15

APL-EG_10674709; APL-EG_10677570
APL-EG_10680721



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680722



[Kunnal]

CX-0505.17

APL-EG_10674709; APL-EG_10677570
APL-EG_10680723



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.18

APL-EG_10674709; APL-EG_10677570
APL-EG_10680724



[Kunnal]

CX-0505.19



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.20

APL-EG_10674709; APL-EG_10677570
APL-EG_10680726



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.21

APL-EG_10674709; APL-EG_10677570
APL-EG_10680727



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680728



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680729



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680730



[Kunnal]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680731



[TANYA]
This Friday 6/30 - all code changes and supporting materials will be ready

Go live on July 5 (9-10am):
- Engineering will enable StoreKit APIs and the system disclosure sheet
- Open up entitlement agreement, new Guidelines, developer support pages
- Legal is going to file the 'Statement of Compliance and Declaration'

7/12: About a week later is when the earliest entitlements will be approved, and we'll begin to accept app submissions with entitlements
- entitlements will be manually reviewed

8/1-8/15: We'll see Developer reports submitted, and we'll begin to send invoices to developers during this timeframe
[15 days to report after July]

9/15: is the due date for developers to pay us via electronic funds transfer
- Due date aligned with when we'll pay them for commission for Month of July
- Electronics funds transfer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10674709; APL-EG_10677570
APL-EG_10680732



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0505.27

APL-EG_10674709; APL-EG_10677570
APL-EG_10680733