# EXHIBIT E



| | |
|---|---|
| **Subject:** | FOR REVIEW: Wisconsin QA |
| **From:** | "Marni Goldberg" |
| **Received(Date):** | Mon, 03 Jul 2023 17:02:37 +0000 |
| **To:** | "Jennifer Brown" ,"Ling Lew" , "Sean Cameron" ,"Ann Thai" , "Carson Oliver" ,"Mike Tam" , |
| **Cc:** | "Fred Sainz" , "Peter Ajemian" ,"Hannah Smith" ,"Adam Dema" |
| **Attachment:** | 070223 Project Wisconsin Reactive QA .pages.zip |
| **Date:** | Mon, 03 Jul 2023 17:02:37 +0000 |

Privileged and Confidential

Legal and App Store Colleagues,

Attached please find a background Q&A that we have prepared for our use with press. As we have discussed, because this is active litigation, we plan to rely on published documents to the extent possible. In some cases, however, we have had to draft new language.

We have followed this methodology in preparing the documents:

— Where possible, we have pulled language directly from the Statement of Compliance, Fischer declaration or N&A or Support Page. You will see that language in black.
— We would like you to please review the blue language, which does not come directly from the legal filings or developer-facing documents.
— Red language represents a direct question or ask of legal.

We'd ask that you review this entire document closely to ensure we have represented everything accurately.

In addition, once final, can you please send to us:

—PDFs of both legal filings—Links to the developer-facing pages

We look forward to your feedback.

Marni — on behalf of the team

*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIV-APL-EG_00095149
APL-EG_11395433

Privileged and Confidential

Legal and App Store Colleagues,

Attached please find a background Q&A that we have prepared for our use with press. As we have discussed, because this is active litigation, we plan to rely on published documents to the extent possible. In some cases, however, we have had to draft new language.

We have followed this methodology in preparing the documents:

— Where possible, we have pulled language directly from the Statement of Compliance, Fischer declaration or N&A and Support Page. You will see that language in **black**.

— We would like you to please review the **blue** language, which does not come directly from the legal filings or developer-facing documents.

— **Red** language represents a direct question or ask of legal.

We'd ask that you review this entire document closely to ensure we have represented everything accurately.

In addition, once final, can you please send to us:

—PDFs of both legal filings

—Links to the developer-facing pages

We look forward to your feedback.

Marni — on behalf of the team

PRIV-APL-EG_00095149
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-EG_11395434