# EXHIBIT G

## March 4 Rulings

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00254277 | 10733 | PRIV-APL-EG_00254277 | PRIV-APL-EG_00254302 | Thai Ann | 2023-11-08 | 22:05:17 | | | | | | 2023.06.28 Wisconsin - JB - Privileged & Confidential.key | withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance requirements for user design and interface | Slide deck prepared by counsel provides updates on legal events in Epic litigation and includes counsel's legal advice regarding recent developments. | Document reflecting legal advice from Apple legal | yes |
| PRIV-APL-EG_00087398 | 1703 | PRIV-APL-EG_00087398 | PRIV-APL-EG_00087399 | Schiller Phil; Matt Fischer (Apple in-house counsel) Matt; Gromek Monika; Kondrk Robert; Elman Josh; Thai Ann | 2023-05-25 | 21:59:37 | Ann Thai | Phil Schiller; Jennifer Brown | Robert Kondrk; Matt Matt Fischer (Apple in-house counsel); Gromek Monika; Elman Josh | | Wisconsin Design Deliverables | 20230525-1459 Wisconsin Design Deliverables.eml | Withhold | AttorneyClient | Email reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface. | | Jennifer Brown (Apple in-house counsel) | YES |
| PRIV-APL-EG_00087405 | 1706 | PRIV-APL-EG_00087405 | PRIV-APL-EG_00087406 | Federighi Craig; Schiller Phil; Oliver Carson; Matt Fischer (Apple in-house counsel) Matt; Gray Eric; Washburn Tanya; Barton Nate; Gromek Monika; Kondrk Robert; Joswiak Greg; Roman Alex; Thai Ann; Robbin Jeff; Vij Kunnal | 2023-06-16 | 23:09:43 | Sean Cameron | Philip Schiller; Greg (Joz) Joswiak; Craig Federighi; Eddy Cue; Kate Adams | Matt Matt Fischer (Apple in-house counsel); Robert Kondrk; Jeff Robbin; Alex Roman; Carson Oliver; Kunnal Vij; Monika Gromek; Nate Barton; Tanya Washburn; Eric Gray; Kyle Andeer; Heather Grenier; Jen Yang Lew; Ling | | Wisconsin deck -- review for Tim meeting on 6/20 | 20230616-1610 Wisconsin deck -- review for Tim meeting on 6-20.eml | Withhold | AttorneyClient | Email providing information for the purpose of rendering legal advice from counsel regarding injunction compliance launch date and timing. | | Gibson Dunn (outside counsel); Weil Gotshal (outside counsel); Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00087405 | 1707 | PRIV-APL-EG_00087407 | PRIV-APL-EG_00087446 | Federighi Craig; Schiller Phil; Matt Fischer (Apple in-house counsel) Matt; Oliver Carson; Gray Eric; Washburn Tanya; Barton Nate; Gromek Monika; Kondrk Robert; Joswiak Greg; Roman Alex; Thai Ann; Robbin Jeff; Vij Kunnal | | | | | | | 2023.06.16 CLEAN - Wisconsin - Team Commission - Privileged & Confidential.key | Withhold | AttorneyClient; Work Product | Document providing information for the purpose of rendering legal advice from counsel regarding injunction compliance launch date and timing prepared in anticipation or furtherance of litigation. | | Document provided for the purpose of rendering legal advice | YES |

# February 24 Rulings

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00085603 | 1560 | PRIV-APL-EG_00085603 | PRIV-APL-EG_00085605 | Joswiak Greg | 2023-06-19 | 23:20:18 | Greg Joswiak | Sean Cameron | | | Re: Wisconsin deck -- review for Tim meeting on 6/20 | 20230619-1620 Re: Wisconsin deck -- review for Tim meeting on 6-20.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy. | Communications between in-house counsel and P. Schiller re draft presentation about injunction. | Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00086844 | 1642 | PRIV-APL-EG_00086844 | PRIV-APL-EG_00086845 | Oliver Carson; Ajemian Peter; Tam Mike; Thai Ann; Kim Timothy | 2023-07-03 | 17:02:37 | Marni Goldberg | Jennifer Brown; Peter Ajemian; Ling Lew; Sean Cameron; | Fred Sainz; Hannah Smith; | | FOR REVIEW: Wisconsin QA | 20230703-1002 FOR REVIEW: Wisconsin QA.eml | Withhold | AttorneyClient | Email providing legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00086844 | 1643 | PRIV-APL-EG_00086846 | PRIV-APL-EG_00086853 | Oliver Carson; Ajemian Peter; Tam Mike; Thai Ann; Kim Timothy | 2023-07-03 | 16:57:23 | | | | | | 070223 Project Wisconsin Reactive QA .pages | Withhold | AttorneyClient | Email providing legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00086651 | 1623 | PRIV-APL-EG_00086651 | PRIV-APL-EG_00086653 | Oliver Carson; Ajemian Peter; Goldberg Marni; Tam Mike; Thai Ann; Kim Timothy | 2023-07-03 | 23:53:04 | Ann Thai | Marni Goldberg; Jennifer Brown | Ling Lew; Sean Cameron; | | Re: FOR REVIEW: Wisconsin QA | 20230703-1653 Re: FOR REVIEW: Wisconsin QA.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00086651 | 1624 | PRIV-APL-EG_00086654 | PRIV-APL-EG_00086661 | Oliver Carson; Ajemian Peter; Goldberg Marni; Tam Mike; Thai Ann; Kim Timothy | | | | | | | | 070223 Project Wisconsin Reactive QA - AT Edits.pages | Withhold | AttorneyClient | Draft document providing information for the purpose of obtaining legal advice prepared at the direction of counsel regarding developer outreach related to U.S. Link Entitlement. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00086662 | 1625 | PRIV-APL-EG_00086662 | PRIV-APL-EG_00086662 | Federighi Craig; Cook Tim; Oliver Carson; Schiller Phil; Matt Fischer (Apple in-house counsel) Matt; Barton Nate; Maestri Luca; Joswiak Greg; Roman Alex; Vij Kunnal; Kim Timothy | 2024-01-14 | 23:49:33 | Alex Roman | Kate Adams; Heather Grenier; Jennifer Brown | Tim Cook; Phil Schiller; Luca Maestri; Eddy Cue | | Request for Feedback on App Store Price Committee Materials | 20240114-1549 Request for Feedback on App Store Price Committee Materials.eml | Withhold | AttorneyClient | Email providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate. | | Ling Lew (Apple in-house counsel); Timothy Timothy Kim (Apple in-house counsel) (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) | YES |
| PRIV-APL-EG_00086662 | 1626 | PRIV-APL-EG_00086663 | PRIV-APL-EG_00086677 | Federighi Craig; Cook Tim; Schiller Phil; Oliver Carson; Matt Fischer (Apple in-house counsel) Matt; Barton Nate; Maestri Luca; Joswiak | 2024-01-14 | 23:47:04 | | | | | | App Store Price Committee 2024 01 15 DRAFT.pdf | Withhold | AttorneyClient | Presentation reflecting information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding injunction compliance analysis of commission rate. | | Heather Grenier (Apple in-house counsel); Kyle Andeer (Apple in-house ocunsel) | YES |