# EXHIBIT A

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00257266 | 10932 | PRIV-APL-EG_00257266 | PRIV-APL-EG_00257268 | Oliver, Carson; Moore, Ken; Tam, Mike; Thai, Ann | 2024-03-20 | 17:32:24 | Ann Thai | Ken Moore; Sean Cameron | Mike Tam; Carson Oliver | | Re: link out screens | 20240320-1032 Re: link out screens.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of rendering legal advice prepared at the direction of, counsel regarding injunction compliance requirements for user design and interface | | Sean Cameron (Apple in-house counsel) | yes |
| PRIV-APL-EG_00257488 | 10960 | PRIV-APL-EG_00257488 | PRIV-APL-EG_00257489 | Oliver, Carson; Moore, Ken; Tam, Mike; Thai, Ann | 2024-03-20 | 17:47:41 | Ann Thai | Sean Cameron | Ken Moore; Mike Tam; Carson Oliver | | Re: link out screens | 20240320-1047 Re: link out screens.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of rendering legal advice prepared at the direction of, counsel regarding injunction compliance requirements for user design and interface | | Sean Cameron (Apple in-house counsel) | yes |
| PRIV-APL-EG_00257644 | 10976 | PRIV-APL-EG_00257644 | PRIV-APL-EG_00257644 | Oliver, Carson; Thai, Ann | 2024-03-20 | 03:10:04 | Sean Cameron | Ann Thai; Carson Oliver | | | link out screens | 20240319-2010 link out screens.eml | Withhold | AttorneyClient | Email providing information for the purpose of rendering legal advice to counsel regarding injunction compliance requirements for user design and interface | | Sean Cameron (Apple in-house counsel) | yes |
| PRIV-APL-EG_00257413 | 10952 | PRIV-APL-EG_00257413 | PRIV-APL-EG_00257424 | Oliver, Carson; Kosmynka, Trystan; Thai, Ann | 2023-05-30 | 01:19:29 | Ann Thai | Sean Cameron; Ling Lew; Trystan Kosmynka; Jennifer Brown; Carson Oliver | | | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement | 20230529-1819 Re: Epic injunction (Project Wisconsin) -- rules for entitle.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | Email chain suffused with legal advice requested from and rendered by counsel re options for link out design in light of court ruling | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes |
| PRIV-APL-EG_00156428 | 861 | PRIV-APL-EG_00156428 | PRIV-APL-EG_00156431 | Barton, Nate | 2023-08-15 | 16:44:53 | | | | | | Direct message Ann Thai, Jennifer Brown and 6 others - 2023-08-15 (UTC).pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Document reflects legal advice | Jennifer Brown (Apple in-house counsel); | Yes |
| PRIV-APL-EG_00257619 | 10974 | PRIV-APL-EG_00257619 | PRIV-APL-EG_00257635 | Schiller, Phil; Fischer, Matt; Kosmynka, Trystan; Tam, Mike; Thai, Ann | 2021-12-05 | 20:21:14 | Phil Schiller | Fred Sainz; Sean Cameron | Matt Fischer; Susan Prescott; Doug Vetter; Heather Grenier; Stella Low; Kristin Huguet; Isaac Rubin; Ann Thai; Trystan Kosmynka; Stoney Gamble; Nitin Mishra; Blaise Margherito; Esther Hare; Mike Tam; Smokey Fontaine; Andrew Farthing | | Re: Comms Products for December 9th | 20211205-1221 Re: Comms Products for December 9th.eml | Withhold | AttorneyClient; WorkProduct | Email reflecting work product from counsel regarding injunction compliance press and communications legal strategy prepared in anticipation or furtherance of litigation | In-house counsel advises on draft language. | Sean Cameron (Apple in-house counsel); Andrew Farthing (Apple in-house counsel); Heather Grenier (Apple in-house counsel) | yes |
| PRIV-APL-EG_00258647 | 11061 | PRIV-APL-EG_00258647 | PRIV-APL-EG_00258649 | Oliver, Carson; Ajemian, Peter; Goldberg, Marni; Thai, Ann | 2023-07-11 | 16:29:02 | Marni Goldberg | Carson Oliver; Jennifer Brown; Sean Cameron; Ling Lew; Ann Thai | Fred Sainz; Peter Ajemian; Hannah Smith | | Tough Q and A | 20230711-0929 Tough Q and A.eml | Withhold | AttorneyClient; WorkProduct | Email providing information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding injunction compliance press and communications legal strategy, prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00257693 | 10982 | PRIV-APL-EG_00257693 | PRIV-APL-EG_00257700 | Oliver, Carson; Kosmynka, Trystan; Thai, Ann | 2023-05-29 | 18:13:58 | Trystan Kosmynka | Sean Cameron | Jen Brown; Ling Yang Lew; Ann Thai; Carson Oliver | | Re: Epic injunction (Project Wisconsin) - rules for entitlement agreement | 20230529-1114 Re: Epic injunction (Project Wisconsin) -- rules for entitle.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes |
| PRIV-APL-EG_00257701 | 10983 | PRIV-APL-EG_00257701 | PRIV-APL-EG_00257703 | Schiller, Phil; Oliver, Carson; Kosmynka, Trystan; Thai, Ann | 2023-05-27 | 21:23:13 | Phil Schiller | Sean Cameron | Ann Thai Trystan Kosmynka; Ling Yang Lew; Jen Brown; Carson Oliver | | Re: Epic injunction (Project Wisconsin) - rules for entitlement agreement | 20230527-1423 Re: Epic injunction (Project Wisconsin) -- rules for entitle.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | yes |
| PRIV-APL-EG_00257756 | 10990 | PRIV-APL-EG_00257756 | PRIV-APL-EG_00257759 | Oliver, Carson; Kosmynka, Trystan; Thai, Ann | 2023-05-28 | 04:00:15 | Jennifer Brown | Sean Cameron | Ann Thai Trystan Kosmynka; Ling Yang Lew; Carson Oliver | | Re: Epic injunction (Project Wisconsin) - rules for entitlement agreement | 20230527-2100 Re: Epic injunction (Project Wisconsin) -- rules for entitle.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | yes |