DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>　　Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>　　Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00172402 | 2369 | PRIV-APL-EG_00172402 | PRIV-APL-EG_00172408 | 2022-10-18 | Holly Mondt | Kurt Fredericks | Fionnuala McEvoy-Pecko ; Joel Parsons ; Nicole Ewart ; Greg Quan ; Fionnuala McEvoy-Pecko ; Jennifer Keh ; Kay Xu ; Bob Whiteman ; Michael Hesse ; Timm Hannon ; Ling Lew ; Fred (iTunes) Cheng ; Nick Porter ; Dana DuBois ; Edith Tsang ; Max Grebenets | | Re: ESSO: Privacy Review - Splunk Logging | 20221018-1153 Re: ESSO: Privacy Review - Splunk Logging.eml | Withhold | Attorney Client | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface. | Discussing UX clickstream options with legal. | Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel) | No | |
| PRIV-APL-EG_00172448 | 2380 | PRIV-APL-EG_00172448 | PRIV-APL-EG_00172452 | 2023-11-27 | Dave Bhoite | Ludovic Delaveau | Eric Albert ; Katharina Kashishian ; Swathi Patnam ; Frank (AIML) Chu ; Jeff Blattner ; Simeen Dadlani ; Dana DuBois ; Marek Telgarsky ; Yue Fang ; Gary Davis ; Andrew Rom | | Re: Data Provision requirements for 3P marketplaces | 20231127-0925 Re: Data Provision requirements for 3P marketplac.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | Request to legal for clarification on requirements under EU regulatory scheme and related follow up discussions. | Gary Davis (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel) | No | |
| PRIV-APL-EG_00172727 | 2404 | PRIV-APL-EG_00172727 | PRIV-APL-EG_00172730 | 2021-09-10 | | | | | | Personal messages Josh Elman and Ling Lew - 2021-09-10 (UTC).pdf | Withhold | Attorney Client | Document reflecting legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) | No | |
| PRIV-APL-EG_00173031 | 2435 | PRIV-APL-EG_00173031 | PRIV-APL-EG_00173033 | 2023-08-03 | Gayathri Parthasarathy Nallore | Mallory ODorisio | Yue Fang ; Keith Kowalczykowski ; Josh Elman ; Wan Ling Yih ; Nicole Ewart ; Katharina Kashishian | | Re: New App with App Store data use/combination - Needs | 20230802-1712 Re: New App with App Store data use-combinatio | Withhold | Attorney Client | Email chain providing information for the purpose of obtaining legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Nicole Ewart (Apple in-house counsel); Katharina Kashishian (Apple in-house counsel); Casey Perrino (Apple in-house | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ; Casey Perrino ; Annie Persampieri | | DMA Review | n - Needs DMA .eml | | | | | counsel); Annie Persampieri (Apple in-house counsel) | | |
| PRIV-APL-EG_00173046 | 2440 | PRIV-APL-EG_00173070 | PRIV-APL-EG_00173070 | 2023-08-11 | | | | | | Pasted Graphic 5.png | Withhold | Attorney Client | Presentation reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Reflects legal advice from unspecified attorneys | No. | |
| PRIV-APL-EG_00173085 | 2449 | PRIV-APL-EG_00173085 | PRIV-APL-EG_00173085 | 2022-09-19 | | | | | | Epic Appeal Mock Argument.rtfd | Withhold | Attorney Client | Document reflecting information for the purpose of obtaining legal advice from counsel regarding ongoing litigation | | Document reflects information for the purpose of obtaining legal advice from Apple legal | No | |
| PRIV-APL-EG_00173086 | 2450 | PRIV-APL-EG_00173086 | PRIV-APL-EG_00173120 | 2023-03-12 | | | | | | Federighi Affidavit_Epic AUS Annotated_Privileged & Confidential - CF Edits v1.pages | Withhold | Work Product | Document reflecting work product from counsel regarding Epic litigation | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00174550 | 2600 | PRIV-APL-EG_00174550 | PRIV-APL-EG_00174566 | 2023-03-15 | | | | | | Message_MarniGoldberg_2023-03-15_15-59-29.pdf | Redact | Attorney Client | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding response to DOJ investigation | | Document indicates information for the purpose of obtaining legal advice. | No | |
| PRIV-APL-EG_00174567 | 2601 | PRIV-APL-EG_00174567 | PRIV-APL-EG_00174572 | 21:19:21 | | | | | | Message_MarniGoldberg_2024-02-15_21-19-21.pdf | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | | Jennifer Brown (Apple in-house counsel) | No | |
| PRIV-APL-EG_00174592 | 2605 | PRIV-APL-EG_00174592 | PRIV-APL-EG_00174614 | 2024-04-24 | | | | | | Message_MarniGoldberg_2024-04-24_00-13-10.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00174689 | 2608 | PRIV-APL-EG_00174714 | PRIV-APL-EG_00174726 | | | | | | | 030724 OTR Document Kanter.pages | Withhold | Attorney Client; Work Product | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance and commission time window | Document prepared at the direction of counsel | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00174689 | 2609 | PRIV-APL-EG_00174727 | PRIV-APL-EG_00174739 | | | | | | | OTR Document .pages | Withhold | Attorney Client; Work Product | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance and commission time window | Document prepared at the direction of counsel | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00174689 | 2610 | PRIV-APL-EG_00174741 | PRIV-APL-EG_00174753 | | | | | | | OTR Document - 1.pages | Withhold | Attorney Client; Work Product | Document reflecting work product prepared by employees acting under the direction of counsel regarding injunction compliance and commission time window | Document prepared at the direction of counsel | Kyle Andeer (Apple in-house counsel) | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00174754 | 2611 | PRIV-APL-EG_00174754 | PRIV-APL-EG_00174760 | 2024-04-24 | | | | | | Message_MamiGoldberg_2024-04-24_14-48-20.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00174761 | 2612 | PRIV-APL-EG_00174761 | PRIV-APL-EG_00174767 | 2024-04-23 | | | | | | Message_MamiGoldberg_2024-04-23_15-49-23.pdf | Redact | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding discussion of legal summary of litigation proceedings. | | Document reflecting legal advice from Apple legal | No | |
| PRIV-APL-EG_00174796 | 2615 | PRIV-APL-EG_00174802 | PRIV-APL-EG_00174802 | | | | | | | IMG_0204.jpeg | Withhold | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | DOJ investigation Screenshot of email between in-house counsel providing legal advice re regulatory matters in the U.S. | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00174796 | 2616 | PRIV-APL-EG_00174803 | PRIV-APL-EG_00174803 | | | | | | | IMG_0203.jpeg | Withhold | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | DOJ investigation Screenshot of email between in-house counsel providing legal advice re regulatory matters in the U.S. | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00174796 | 2617 | PRIV-APL-EG_00174804 | PRIV-APL-EG_00174804 | | | | | | | IMG_0202.jpeg | Withhold | Attorney Client | Document with redacted text reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | DOJ investigation Screenshot of email between in-house counsel providing legal advice re | Kyle Andeer (Apple in-house counsel) | No | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | regulatory matters in the U.S. | | | |
| PRIV-APL-EG_001753 52 | 2683 | PRIV-APL-EG_001753 52 | PRIV-APL-EG_001753 52 | 2024-04-24 | Fred Sainz | Dylan Loewe | Marni Goldberg | | Re: In case you need it | 20240424-1019 Re: In case you need it.eml | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding Apple's compliance with the Court's injunction | | no lawyer present but client is discussing draft work product themselves | No | |
| PRIV-APL-EG_001756 65 | 2711 | PRIV-APL-EG_001756 65 | PRIV-APL-EG_001756 70 | 2023-04-03 | Fred Sainz | Marni Goldberg | Hannah Smith | | Re: HOT: CLEAN: Epic statements and background for approval | 20230403-0645 Re: HOT: CLEAN: Epic statements and background for approval.eml | Redact | Attorney Client | Document with redacted text reflecting information for the purpose of obtaining legal advice from employees acting under the direction of counsel regarding injunction compliance press and communications legal strategy | | Redacted text contains descriptions of plans to seek legal advice and rendering of legal advice from Apple in-house counsel. | No | |

4