1   DANIEL G. SWANSON, SBN 116556
    dswanson@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
3   Los Angeles, CA 90071
    Telephone: 213.229.7000
4   Facsimile: 213.229.7520

5   CYNTHIA E. RICHMAN (D.C. Bar No.
    492089; *pro hac vice*)
6   crichman@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
7   1050 Connecticut Avenue, N.W.
    Washington, DC 20036
8   Telephone: 202.955.8500
    Facsimile: 202.467.0539

9   JULIAN W. KLEINBRODT, SBN 302085
10  jkleinbrodt@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
11  One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
12  Telephone: 415.393.8200
    Facsimile: 415.393.8306

    MARK A. PERRY, SBN 212532
    mark.perry@weil.com
    JOSHUA M. WESNESKI (D.C. Bar No.
    1500231; *pro hac vice*)
    joshua.wesneski@weil.com
    WEIL, GOTSHAL & MANGES LLP
    2001 M Street NW, Suite 600
    Washington, DC 20036
    Telephone: 202.682.7000
    Facsimile: 202.857.0940

    MORGAN D. MACBRIDE, SBN 301248
    morgan.macbride@weil.com
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores Pkwy, 4th Floor
    Redwood Shores, CA 94065
    Telephone: 650.802.3044
    Facsimile: 650.802.3100

13

14

15

16  Attorneys for Defendant APPLE INC.

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                    **OAKLAND DIVISION**

20  EPIC GAMES, INC.

21          Plaintiff, Counter-defendant

22  v.

23  APPLE INC.,

24          Defendant, Counterclaimant

25

26

27

28

Case No. 4:20-cv-05640-YGR-TSH

**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**

The Honorable Thomas S. Hixson

# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00176452 | 2816 | PRIV-APL-EG_0017645 2 | PRIV-APL-EG_0017645 2 | 2021-12-24 | 14:43:41 | Fred Sainz | Julien Trosdorf ▮ Marni Goldberg ▮ | | | Legal analysis | 20211224-0643 Legal analysis.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | Email containing and discussing legal advice from Netherlands outside counsel. | Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Matt Gessesse (Apple in-house counsel); Charles Paillard (Apple in-house counsel); Stibbe (outside counsel) | No | |
| PRIV-APL-EG_00182423 | 3103 | PRIV-APL-EG_0018242 3 | PRIV-APL-EG_0018242 4 | 2024-05-01 | 19:03:29 | Hannah Smith | Marni Goldberg | | | Fwd: MarketWatch inquiry on global regulation | 20240501-1203 Fwd: MarketWatch inquiry on global regulation.e ml | Redact | Attorney Client | Email with redacted text providing legal advice from counsel regarding foreign regulatory issues press and communicatio ns legal strategy | Redacted email contains counsel's proposed statement on behalf of the company based on his legal evaluation of recent developments in ongoing litigation matters. | Kyle Andeer (Apple in-house counsel) | No | |
| PRIV-APL-EG_00182472 | 3112 | PRIV-APL-EG_0018247 2 | PRIV-APL-EG_0018247 4 | 2024-01-18 | 14:33:04 | Marni Goldberg | Ling Lew ▮ Sean Cameron ▮ Jen Brown ▮ | | | Fwd: Press q re: ""reader"" apps and the new App Store commission rules | 20240118-0633 Fwd: Press q re: ""reader"" apps and the new App Store commiss.eml | Redact | Attorney Client | Email chain with redacted text prodiving information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communicatio ns legal strategy | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); | No | |
| PRIV-APL-EG_00182609 | 3134 | PRIV-APL-EG_0018260 9 | PRIV-APL-EG_0018261 2 | 2021-10-14 | 20:36:54 | Marni Goldberg | Fred Sainz ▮ | | | Notes from Kate's meeting | 20211014-1336 Notes from Kate's meeting.eml | Redact | Attorney Client | Email with redacted text reflecting legal advice from counsel regarding injunction compliance press and communicatio ns legal strategy | Redacted text reflects legal advice from counsel regarding substance of Epic filings | Reflects legal advice from unspecified attorneys | No | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00182967 | 3169 | PRIV-APL-EG_0018296 7 | PRIV-APL-EG_0018296 9 | 2024-01-18 | 12:31:52 | Emma Wilson ▮ | ▮ | | | Re: MLex enquiry on scope of alternative payment in guidelines (US / NL) | 20240118-0432 Re: MLex enquiry on scope of alternative payment in guidelin.eml | Redact | Attorney Client | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Sean Cameron (Apple in-house counsel); | No | |
| PRIV-APL-EG_00274886 | 12354 | PRIV-APL-EG_0027488 6 | PRIV-APL-EG_0027491 2 | 2023-05-11 | 21:58:00 | | | | | | Annex 7 - ▮ s annex on Empirical evidence on device competition (10 May 2023_draft) dtw +jmw.docx | Withhold | Attorney Client; Work Product | Presentation reflecting information for the purpose of rendering legal advice prepared at the direction of counsel regarding injunction compliance press and communications legal strategy | | Document reflecting information to obtain legal advice from Apple legal | No as is. | ▮ work not privileged. I can't tell who made the edits. |