| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | Doc Date | Doc Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00185554 | 3408 | PRIV-APL-EG_00185554 | PRIV-APL-EG_00185558 | Goldberg, Marni | 2021-11-12 | 17:15:31 | Marni Goldberg | Fred Sainz | | | Re: CAF background so far | 20211112-0915 Re: CAF background so far.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Document includes content that Apple legal weighed in on | No | |
| PRIV-APL-EG_00186200 | 3480 | PRIV-APL-EG_00186200 | PRIV-APL-EG_00186203 | Goldberg, Marni | 2024-05-15 | 13:52:06 | Marni Goldberg | Fred Sainz | Alex Waldron | | MLex - Apple's App Store profitability analysis challenged by Epic Games in Australian antitrust trial | 20240515-0652 MLex - Apple's App Store profitability analysis challenged b.eml | Redact | Attorney Client; Work Product | Email chain with redacted text providing legal advice from counsel regarding Epic v. Apple matter in Australia | Reflects legal advice from Jonathan Heath (Apple in-house counsel) regarding the Epic v. Apple matter in Australia | No | |
| PRIV-APL-EG_00186593 | 3530 | PRIV-APL-EG_00186593 | PRIV-APL-EG_00186597 | Goldberg, Marni | 2023-11-03 | 18:31:56 | Jeff Myers | Conor McGrath | Tim Powderly; Nick Rossi; Alexis Marks; April Jones; Robert Harris; Jesse Blumenthal; Natalie Pous; Ryan Moran; Colette Mayer; Matt Clements; | | Re: GA Update | 20231103-1132 Re: GA Update.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding congressional committee hearings | Colette Mayer (Apple in-house counsel); Jeff Myers (Apple in-house counsel) | No | |

Hannah Smith

Marni Goldberg