DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**EXHIBIT A (REDACTED) TO DECLARATION OF MARK A. PERRY IN SUPPORT OF APPLE INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Thomas S. Hixson |

# EXHIBIT A

# (Redacted)

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00187070 | 3595 | PRIV-APL-EG_00187074 | PRIV-APL-EG_00187085 | Goldberg, Marni | | | | | | | | 101421 Litigation Summit Deck.key | Withhold | AttorneyClient | Draft document reflecting legal advice from counsel regarding injunction compliance press and communications legal strategy | Draft presentation includes information regarding litigation currently pending against Apple, and it appears to have been drafted with the assistance of outside counsel. Presentation includes notes that appear to be from attorneys | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | No | |
| PRIV-APL-EG_00187811 | 3679 | PRIV-APL-EG_00187811 | PRIV-APL-EG_00187812 | Goldberg, Marni | 2023-03-02 | 16:22:26 | Marni Goldberg | Fred Sainz | Hannah Smith; Samuel S. Ungar | | Re: Epic TPs and our answer to Craig's statement on iMessage and locking in | 20230302-0822 Re: Epic TPs and our answer to Craig's statement on iMessage.eml | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | | ▇▇▇ (outside counsel) | No | |
| PRIV-APL-EG_00187811 | 3680 | PRIV-APL-EG_00187813 | PRIV-APL-EG_00187815 | Goldberg, Marni | | | | | | | | PR Fact Sheet - Response to Epic_s Argument that Apple Locks In Consumers_104545277_2.pages | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | | Attachment is attorney client communications from court proceedings, and cover email indicates that attachment was made with input from legal team. | No | |
| PRIV-APL-EG_00188024 | 3709 | PRIV-APL-EG_00188024 | PRIV-APL-EG_00188028 | Goldberg, Marni | 2022-12-19 | 19:23:46 | Emma Wilson | ▇▇▇ Hannah Smith | | | Fwd: ACM | 20221219-1131 Fwd: ACM.eml | withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | lawyer updating the client about the case in Netherland | Update from Legal, shared by Emma Wilson at Legal's direction | No | |
| PRIV-APL-EG_00188162 | 3734 | PRIV-APL-EG_00188162 | PRIV-APL-EG_00188164 | Goldberg, Marni | 2021-11-12 | 13:38:45 | Fred Sainz | Marni Goldberg | | | Re: Politico Brussels on CAF South Korea conference | 20211112-0538 Re: Politico Brussels on CAF South Korea conference.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues press and communications legal strategy | | Document includes content that Apple legal weighed in on | No | |