# EXHIBIT A

**Privilege Log Entries**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emails Concerning Press and Communications Documents** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00176519 | 2824 | PRIV-APL-EG_00176519 | PRIV-APL-EG_00176522 | Goldberg, Marni | 2024-01-12 | 19:25:22 | Hannah Smith | Marni Goldberg | | | Fwd: Wisconsin changes [Notes] | 20240112-1125 Fwd: Wisconsin changes [Notes].eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | Attorneys discussing statement of compliance filed in district court and accompanying public statement, weighing in on wording and timing | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00178782 | 2901 | PRIV-APL-EG_00178782 | PRIV-APL-EG_00178785 | Goldberg, Marni | 2024-01-12 | 14:29:08 | Hannah Smith | Marni Goldberg | | | Waterfall emails for Wisconsin | 20240112-0629 Waterfall emails for Wisconsin.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | Attorneys discussing statement of compliance filed in district court and accompanying public statement, weighing in on wording and timing | Documents indicates that Apple legal weighed in on this document | Yes |
| PRIV-APL-EG_00183513 | 3207 | PRIV-APL-EG_00183513 | PRIV-APL-EG_00183523 | Goldberg, Marni | 2024-01-12 | 20:41:11 | Hannah Smith | Marni Goldberg | | | For consideration: Note for Jen and Carson | 20240112-1241 For consideration: Note for Jen and Carson.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | Attorneys discussing statement of compliance filed in district court and accompanying public statement, weighing in on wording and timing | Jennifer Brown (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00183524 | 3208 | PRIV-APL-EG_00183524 | PRIV-APL-EG_00183534 | Goldberg, Marni | 2024-01-12 | 22:37:26 | Fred Sainz | Kristin Huguet Quayle; Heather Grenier | Marni Goldberg | | Fwd: Updated Briefing Materials: Wisconsin | 20240112-1437 Fwd: Updated Briefing Materials: Wisconsin.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | Attorneys editing draft FAQs prepared in response to ongoing litigation | Heather Grenier (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |
| **Developer DMA Feedback Email from March 7, 2024** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00095500 | 2396 | PRIV-APL-EG_00095500 | PRIV-APL-EG_00095502 | Fischer, Matt; Oliver, Carson | 2024-03-07 | 04:59:01 | Elizabeth Ferdon | Matt Fischer; Sean Cameron (Apple in-house counsel) | Carson Oliver; Chip Canter | | [Privileged & Confidential] Netflix - DMA Feedback | 20240306-2059 [Privileged & Confidential] Netflix - DMA Feedback.eml | Withhold | AttorneyClient | Email chain related to information for the purpose of obtaining legal advice from Employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA. | Response to attorney request re DMA compliance. | Sean Cameron (Apple in-house counsel) | Yes |
| **Document for Tim Cook's Review from January 12, 2022** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00095701 | 2417 | PRIV-APL-EG_00095701 | PRIV-APL-EG_00095716 | Onak, Raf; Liu, Terry; Van Tassell, Dave; Gromek, Monika; Thai, Ann; Hawthorne, Amy; Phillips, Joe; Elman, Josh | 2022-01-12 | 19:54:35 | | | | | | for Tim 220112.pdf | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps. | | Ling Lew (Apple in-house counsel) | Yes |
| **Injunction Compliance Launch Timeline Email from July 3, 2023** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00096599 | 2533 | PRIV-APL-EG_00096599 | PRIV-APL-EG_00096599 | Oliver, Carson; Guebert, Jeff; Pulchny, Liz; Tam, Mike; Thai, Ann | 2023-07-03 | 18:23:47 | Ann Thai | Sean Cameron; Tanya Washburn; Carson Oliver; Fred Sainz; Ling Lew; Mike Tam; Liz Pulchny; Jeff Guebert | | | Wisconsin July 6 & 7 Launch Timeline | 20230703-1124 Wisconsin July 6 & 7 Launch Timeline.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance launch date and timing. | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | Yes |
| **Exec Feedback Email from January 11, 2024** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00096651 | 2544 | PRIV-APL-EG_00096651 | PRIV-APL-EG_00096655 | Guebert, Jeff; Magnani, Joseph; Gromek, Monika; Liu, Terry; Onak, Raf; Moore, Ken; Phillips, Joe; Pulchny, Liz; Tam, Mike; Thai, Ann | 2024-01-11 | 18:23:43 | Terry Liu | Raf Onak | Bri Cote; Ling Lew; Ann Thai; Monika Gromek; Mike Tam; Jennifer Brown; Liz Pulchny; Joseph Magnani; Joe Phillips; Jeff Guebert; Ken Moore; Brendan McNamara | | Re: [URGENT COPY FEEDBACK NEEDED]??Wisconsin Exec Feedback | 20240111-1023 Re: [URGENT COPY FEEDBACK NEEDED]??Wisconsin Exec Feedback.eml | Withhold | AttorneyClient; Work Product | Email chain attaching Work Product from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility prepared in anticipation or furtherance of litigation. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | Yes |