# EXHIBIT B

| From: | Chip Canter ██████████████ |
|---|---|
| Subject: | Privileged & Confidential - Fwd: Bumble Inc Alternative BillingProgram Learnings for App Store |
| Received(Date): | Tue, 30 May 2023 09:19:28 -0700 |
| Cc: | Carson Oliver ███████████████████, Ann Thai ████████████████ ,Ken Moore █████████████████████████████████, Stephanie Chan █████,Anne Zelek █████████████, Timo Kim ████████████,Juan Saiz ████████████, Eric Gray █████████,Aji Mathai ████████████, Latika Kirtane █████,George Schmiester ████████████ |
| To: | Sean Cameron ████████████████████, Ling Lew ████████████,Jason Cody █████████ |
| Attachment: | EmailSignature.gif |
| Attachment: | UCB & Alt Payments Learnings for App Store.pdf |
| Date: | Tue, 30 May 2023 09:19:28 -0700 |

Privileged & Confidential

See attachment.  Bumble shared with us some of their thoughts on Googles UCB (eg. Alt billing) to provide their recommended guidance to Apple on both DMA and US Epic ruling.
No surprise, but high level their recommendation is to allow 3rd party in app billing that either has no commission or varying rate to accommodate the cost of payments/full stack (see slide 6).  Their main point re Googles UCB is that they had only 3p payments, then added Google UCB along side theirs and it had a negative impact on sign ups.  Not sure how relevant this is to us since we only had IAP so its not really an apples to apples no pun.

Page 6 cost of 3p payments that is the most interesting - they are one of the few developers that have shared even a high level view of full cost of payments in varying geos/channels (again, slide 6 was most interesting to me).

We were in pure listening mode, so did not provide any feedback to Bumble.

Happy to schedule some time live to discuss vs email thread but thought this was helpful to send out to this team. Let me know if any legal or other questions, but again, we can find 30 min to discuss live.

Thanks

Chip Canter I App Store I Apple Inc.
M: ████████████████

> Begin forwarded message:
>



PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0246
Date Entered_____
By_____

> From: Brooke Segodnia █████████████████████████████
> Subject: Bumble Inc Alternative Billing Program Learnings for App Store
> Date: May 29, 2023 at 8:34:26 PM PDT
> To: Chip Canter ██████████████████████, Stephanie Chan ██████████████████████,
George Schmiester ████████████, Arun Singh ███████
> Cc: Olivia Yu ████████████████████████████, Madeline Martini
████████████████████████████████████████

>
> Hi Apple team,
> Hope you had a great long weekend! Thank you for your time on Thursday while we
reviewed our learnings for Alternative Billing Programs. Attached is the deck we
reviewed, please bear in mind it contains confidential information that we're sharing
under our mutual NDA.
>
> As we discussed Thursday, there are a few key themes we want to emphasize:
> We've clearly seen that users prefer a choice when it comes to picking their billing
method and in offering optionality, overall payer numbers increase.
> Optimizing the billing UX for fewer steps and a better user experience has a significant
impact on transaction conversion rates
> Payment processing fees are higher for developers overall than the 3% or 4%
currently set aside under UCB and other alternative billing programs
> Developers and platforms should maximize market and currency availability within
alternative payment programs to meet customer demand
> Streamlined implementation and reporting processes are critical for developer success
with alternative billing programs
>
> Please let us know if you have any questions. As we mentioned on our
call, Bumble Inc would love to continue to share open dialogue and feedback with Apple
around your potential alternative billing solutions and we'd love to be considered for any
early testing programs.
>
> Thanks and have a great week!
>
> Brooke
>
>
> --
> Brooke Segodnia
> Director Platform Partnerships
> ████████████████████████████████████████████████████
> M: ███████████████████
>
*
>
>
*

Privileged & Confidential

See attachment. Bumble shared with us some of their thoughts on Googles UCB (eg. Alt billing) to provide their recommended guidance to Apple on both DMA and US Epic ruling.

No surprise, but high level their recommendation is to allow 3rd party in app billing that either has no commission or varying rate to accommodate the cost of payments/full stack (see slide 6). Their main point re Googles UCB is that they had only 3p payments, then added Google UCB along side theirs and it had a negative impact on sign ups. Not sure how relevant this is to us since we only had IAP so its not really an apples to apples no pun.

Page 6 cost of 3p payments that is the most interesting - they are one of the few developers that have shared even a high level view of full cost of payments in varying geos/channels (again, slide 6 was most interesting to me).

We were in pure listening mode, so did not provide any feedback to Bumble.

Happy to schedule some time live to discuss vs email thread but thought this was helpful to send out to this team. Let me know if any legal or other questions, but again, we can find 30 min to discuss live.

Thanks

Chip Canter I App Store I Apple Inc.

M: ▮▮▮▮▮▮▮▮▮▮▮

Begin forwarded message:

**From:** Brooke Segodnia ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Subject: Bumble Inc Alternative Billing Program Learnings for App Store**

**Date:** May 29, 2023 at 8:34:26 PM PDT

**To:** Chip Canter ▮▮▮▮▮▮▮▮▮▮▮▮, Stephanie Chan ▮▮▮▮▮▮▮▮▮▮▮▮▮. George Schmiester ▮▮▮▮▮▮▮▮▮▮▮▮, Arun Singh ▮▮▮▮▮▮▮▮

**Cc:** Olivia Yu ▮▮▮▮▮▮▮▮▮▮▮▮, Madeline Martini ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hi Apple team,

Hope you had a great long weekend! Thank you for your time on Thursday while we

reviewed our learnings for Alternative Billing Programs. Attached is the deck we reviewed, please bear in mind it contains confidential information that we're sharing under our mutual NDA.

As we discussed Thursday, there are a few key themes we want to emphasize:

- We've clearly seen that users prefer a choice when it comes to picking their billing method and in offering optionality, overall payer numbers increase.

- Optimizing the billing UX for fewer steps and a better user experience has a significant impact on transaction conversion rates

- Payment processing fees are higher for developers overall than the 3% or 4% currently set aside under UCB and other alternative billing programs

- Developers and platforms should maximize market and currency availability within alternative payment programs to meet customer demand

- Streamlined implementation and reporting processes are critical for developer success with alternative billing programs

Please let us know if you have any questions. As we mentioned on our call, Bumble Inc would love to continue to share open dialogue and feedback with Apple around your potential alternative billing solutions and we'd love to be considered for any early testing programs.

Thanks and have a great week!

Brooke

--

Brooke Segodnia

Director Platform Partnerships

███████████████████ _

M: ███████

.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0246.5    APL-EG_10672046

# Bumble Inc x Alternative Payment Learnings for App Store

## May 2023

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0246.6

APL-EG_10672047

# Context setting – Google User Choice Billing (UCB) announced in Spring 2022 for non-game Apps with Bumble Inc announced as 2nd strategic pilot partner in November 2022

**Prior to the enforcement of Google Pay Billing  requirements, Bumble Inc used its own billing platform allowing our customers to transact directly with Bumble Inc or via Google Play Billing. User Choice Billing was rolled out on Android for Badoo in select markets in February of 2023 Bumble UCB implementation on the roadmap for ~mid 2023**

 TechCrunch

## Google Play to pilot third-party billing in new markets, including US; Bumble joins Spotify as early tester

Google today announced it's expanding its user choice billing pilot, which allows Android app developers to use other payment systems...

Nov 10, 2022



umble inc.

# Bumble Inc's Key Asks for Alternative Payment Solutions in Platform Stores in order to maximize revenue and optimal user experience, including initial learnings from the Google Play UCB Pilot –

| | |
|---|---|
| Payment Processing Fees | • Reduction of platform fees for payment processing that reflects actual payment processing costs incurred by platforms |
| UX & UI Flexibility | • Minimal UX design mandates from platform stores to allow optimal, trustworthy transaction conversion |
| Geographic Availability and Streamlined Solution | • Maximize market and currency availability within the alternative payment program to reflect customer demand<br>• Avoid disparate solutions and implementation for different markets (e.g. one solution for EEA, one for India, etc) |
| SKU Flexibility | • SKU flexibility and comparability with competitive platforms to serve customer demand (e.g. auto top-ups) |
| Streamlined, Low-Lift Implementation and Tools | • Implementation of alternative payment solution into single App Binary<br>• Easy reporting API v.s. manual measurement pulls and delivery |

umble inc.

# Badoo payment transaction numbers dropped significantly when shifting to Google Pay Billing only on 2/14 and have recovered somewhat since UCB implementation. Gap in transaction recovery showcases the impact of sub-optimal



Tx Dist. %

— Bumble Inc solution
— Google Play Billing
— TOTAL

# Badoo Payers and Gross Revenue are trending upwards since moving from Google Play Billing Only to User Choice Billing while ARPPU continues to decline albeit at slower rate of decline.

*Note, both payers and ARPPU are still significantly lower than 2022 where Badoo had Bumble Inc's own billing solution in place*



| A/B Test Results | % payers | GARPU | GARPPU |
|---|---|---|---|
| % Diff from Google Pay Billing ONLY vs. UCB | ████ | ████ | ████ |

- Increase in gross revenue driven by increase in # of payers offset by lower GARPPU
- Increase in revenue does NOT cover reduction in fees
- Opportunity to optimize the UCB flow to further increase # of payers and revenue

umble inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0246.10

APL-EG_10672051

# Platform fee reduction for payment processing fees should reflect actual payment processing costs incurred by developers.

- Developers take on fraud protection costs in addition to payment processing fees which should also be reflected in the platform fee reduction
- Payment processing fees average out significantly higher than the 4% fee reduction currently offered by Google in the UCB program or 3% fee in Apple's NL/ACM solution resulting in negative margin for developers.
- Proposed solutions are –
  - Vary fee rates to match payment method basis (e.g. credit card 5-10%, carrier billing 20%)
  - Revise 4% global "average" closer to developer's actualized average (e.g. 10-15%)

| Sample FOP Fees for Bumble Inc Top Revenue Markets | | |
|---|---|---|
| PAYMENT TYPE | COUNTRY NAME | AGG RATE |
| Card | Australia | |
| PayPal | Australia | |
| Card | Brazil | |
| Carrier Billing | Brazil | |
| Boleto | Brazil | |
| PayPal | Brazil | |
| Card | Canada | |
| PayPal | Canada | |
| Carrier Billing | France | |
| PayPal | France | |
| Playsafe | France | |
| Carrier Billing | Germany | |
| PayPal | Germany | |
| Playsafe | Germany | |
| PayPal | Italy | |
| Carrier Billing | Netherlands | |
| PayPal | Netherlands | |
| Playsafe | Netherlands | |
| PayPal | Spain | |
| Playsafe | Spain | |
| Carrier Billing | United Kingdom | |
| PayPal | United Kingdom | |
| Playsafe | United Kingdom | |
| Card | United States | |
| PayPal | United States | |
| Venmo | United States | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_10672052

# UX design requirements should be minimal and optimized for low-friction transaction flow to ensure maximized conversion and optimal user experience

## Google mandates UCB UX with multiple extra steps that result in a drop in transaction conversion and poor user experience

- Billing choice and order confirmation should be consolidated into single screen
  - Add'l step in ▓▓▓▓▓▓▓ results in a ▓▓▓▓▓▓▓▓▓▓
- Default payment method - Once user is a payer, system defaults to previous payment choices (with option to make a change)
  - Current UCB UX requirements mandate showing all billing and payment system choices with every transaction



*Current Google UCB UX requirements has 3 screens (info, "choose how to check out," and "your order" where previous Bumble Inc solution had only 1 screen*



*i.e. Previous Badoo payment flow before GPB and UCB requirements*

umble inc.

# UX design requirements should be minimal and optimized for low-friction transaction flow to ensure maximized conversion and optimal user experience

Apple mandates UX with extra step that may result in a poor user experience. Ideally developers can work with Apple to test and customize content, lexemes and designs

*3rd Party Payment system In-App modal sheet UX and design requirements for Dating Apps in the Netherlands*

*Reader App Example for 3rd party Payment system In-App modal sheet UX and design requirements*





### English

**Title:** Your payment will be managed by the developer. You will no longer be transacting with Apple.

**Body:** All purchases in this app will be processed by a service provider selected by the developer "developerName". The developer will be responsible for the payment methods and related features such as subscriptions and refunds. App Store features, such as your stored App Store payment method, subscription management, and refund requests, will not be available.

Learn More

**Action:** I Understand

### Dutch

**Title:** Je betaling wordt beheerd door de ontwikkelaar. Je hebt geen transacties meer met Apple.

**Body:** Alle aankopen in deze app worden verwerkt door een serviceaanbieder geselecteerd door de ontwikkelaar 'developerName'. De ontwikkelaar is verantwoordelijk voor de betaalmethodes en gerelateerde functies zoals abonnementen en terugbetalingen. App Store-functies, zoals je bewaarde App Store-betaalmethode, abonnementsbeheer en verzoeken tot terugbetaling, zijn niet beschikbaar..

Lees meer

**Action:** Ik begrijp het

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0246.13

APL-EG_10672054

# Maximize market and currency availability within the alternative payment program to reflect customer demand

Current Google UCB market and currency availability is not comprehensive resulting in limitations on user transaction choice/preferences in many regions

**Available UCB Markets:**
- European Economic Area (EEA) countries
- Australia
- Brazil
- Indonesia
- Japan
- South Africa
- United States
- India (separate program but alt billing)

**Key currencies are unavailable, including but not limited to:**
- Albania
- Argentina
- Belarus
- Bosnia
- Iceland
- Monaco
- Malta
- Montenegro
- Tunisia
- Uruguay

umble inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0246.14

APL-EG_10672055

# Combination of unsupported price points, variants and currencies have resulted in decline on payers for Badoo in key markets



Argentina shows significant declines in payers due to unsupported local currency (only €) and UCB unavailability

Uruguay shows steady but less dramatic declines in payers due to UCB unavailability

CX-0246.15

APL-EG_10672056

# Streamlined implementation, submissions and reporting are crucial for developers with limited resources

- **Streamlined reporting API preferred vs. manual monthly reporting process.**
  - With Google UCB program, there are no reporting APIs available at launch so Bumble Inc had to develop custom reports in our system in order to manually pull and deliver reporting to Google on a monthly basis
  - For App Store NL/ACM Dating Solution, Apple has full audit rights to Bumble Inc Netherlands transactions which has potential to be extremely cumbersome and labor intensive for developers.

- Implementation of alternative payment solution into single App Binary/Build. Apple originally proposed a multi-build solution in response to the ACM NL ruling but has since revised.

umble inc.

# Next Steps

- Ongoing feedback and/or Q&A sessions with product and billing teams given Bumble Inc's expertise in billing

- Bumble Inc interested in being a test or early access partner

umble inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0246.17

APL-EG_10672058

