| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to section 4 of the Joint Stipulation and Order Approving Privilege Re-Review Protocol (Dkt. 1092), and in support of its Responses to Epic's Objections to Special Master Rulings on Apple's Productions of Re-Reviewed Privileged Documents, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 593 (PRIV-APL-EG_00010825);

2. Privilege Log Entry 645 (PRIV-APL-EG_00012463) and its attachment, Entries 642 (PRIV-APL-EG_00012488), 643 (PRIV-APL-EG_00012501), 644 (PRIV-APL-EG_00012502), 649 (PRIV-APL-EG_00012522), and 650 (PRIV-APL-EG_00012530);

3. Privilege Log Entry 1494 (PRIV-APL-EG_00040719);

4. Privilege Log Entry 1698 (PRIV-APL-EG_00042469), and its attachment, Entry 1699 (PRIV-APL-EG_00042478);

5. Privilege Log Entry 2020 (PRIV-APL-EG_00047211) and its attachment, Entry 2021 (PRIV-APL-EG_00047216);

6. Privilege Log Entry 2891 (PRIV-APL-EG_00062509) and its attachment, Entry 2892 (PRIV-APL-EG_00062521);

7. Privilege Log Entry 2937 (PRIV-APL-EG_00063578) and its attachment, Entry 2938 (PRIV-APL-EG_00063590); and

8. Privilege Log Entry 1650 (PRIV-APL-EG_00086914), and its attachment, Entry 1651 (PRIV-APL-EG_00086920).

Dated: May 22, 2025

Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*