# EXHIBIT A
# (Redacted)

Privilege Log Entries

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00300070 | 13704 | PRIV-APL-EG_00300070 | PRIV-APL-EG_00300070 | Wong, Angela (App Store) | 2023-05-16 | 01:16:01 | | | | | | Direct message Angela (App Store) Wong, Bri Cote and 4 others - 2023-05-16 (UTC).pdf | Redact | AttorneyClient, WorkProduct | Document with redacted text reflecting information for the purpose of obtaining legal advice prepared by employees acting under the direction of counsel regarding injunction compliance requirements for user design and interface, prepared in anticipation or furtherance of litigation | Discussion of W P deck in need of legal approval | Document indicates information for the purpose of obtaining legal advice. | yes | |
| PRIV-APL-EG_00300199 | 13720 | PRIV-APL-EG_00300199 | PRIV-APL-EG_00300201 | Gray, Eric; Magnani, Joseph; Gromek, Monika; Liu, Terry; Phillips, Joe; Eliman, Josh; Wong, Angela (App Store); Thai, Ann | 2023-06-06 | 21:29:15 | Joseph Magnani | Jennifer Brown; ███; Joe Phillips | Monika Gromek ███; Terry Liu ███; Eric Gray ███; Sean Cameron ███; Ling Lew ███; Ann Thai ███; Josh Eliman ███; Angela (App Store) Wong ███ | | Re: 5:31 Wisconsin Prep for Tim notes | 20230606-1429 Re: 5:31 Wisconsin Prep for Tim notes.eml | Redact | AttorneyClient | Email with redacted text providing legal advice from counsel regarding injunction compliance and commission time window | | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00300236 | 13724 | PRIV-APL-EG_00300236 | PRIV-APL-EG_00300237 | Fischer, Matt; Oliver, Carson; Gray, Eric; Washburn, Tanya; Kosmynka, Trystan; Barton, Nate; Magnani, Joseph; Gromek, Monika; Liu, Terry; Phillips, Joe; Eliman, Josh; Wong, Angela (App Store); Thai, Ann; Robbin, Jeff; Vij, Kunnal; Kim, Timothy | 2023-06-06 | 05:45:20 | Monika Gromek | Jennifer Brown | Tanya Washburn ███; Kunnal Vij ███; Timothy Kim ███; Robert Kondrk ███; Matt Fischer ███; Terry Liu ███; Eric Gray ███; Trystan Kosmynka ███; Sean Cameron ███; Nate Barton ███; Heather Grenier ███; Joe Phillips ███; Ling Lew ███; Joseph Magnani ███; Ann Thai ███; Josh Eliman ███; Kyle Andeer ███; Carson Oliver ███; Angela (App Store) Wong ███; Jeff Robbin ███ | | Re: 5:31 Wisconsin Prep for Tim notes | 20230605-2245 Re: 5:31 Wisconsin Prep for Tim notes.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding injunction compliance and commission time window | redactions reflect legal advice concerning and for imposing commissions or not in response to court ruling with response prepared at direction of counsel | Kyle Andeer (Apple in-house counsel); Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Ling Lew (Apple in-house counsel) | yes | |
| PRIV-APL-EG_00300238 | 13725 | PRIV-APL-EG_00300238 | PRIV-APL-EG_00300240 | Oliver, Carson; Gray, Eric; Washburn, Tanya; Kosmynka, Trystan; Cote, Bri; Barton, Nate; Guebert, Jeff; Hawthorne, Amy; DuBois, Dana; Gromek, Monika; Friedland, Zach; Gharabally, Sam; Moore, Ken; Phillips, Joe; Przytulski, Katie; Vedi, Gurpratap; Pulchny, Liz; Eliman, Josh; Volpe, Matt; Wong, Angela (App Store); Thai, Ann; Van Tassell, Dave; Kim, Timothy; Bavaro, Sam | 2023-05-03 | 00:09:05 | Jeff Guebert | Jennifer Brown | Matt Volpe ███; Dave Van Tassell ███; Gurpratap Vedi ███; Timo Kim ███; Katie Przytulski ███; Josh Eliman ███; Zach Friedland ███; Payam Mirrashid ███; Sam Gharabally ███; Bri Cote ███; Carson Oliver ███; Sam Mather Bavaro ███; Trystan Kosmynka ███; Ling Yang Lew ███; Angela (App Store) Wong ███; Ann Thai ███; Dana DuBois ███; Tanya Washburn ███; Monika Gromek ███; Eric Gray ███; Ken Moore ███; Nate Barton ███; Jason Cody ███; Liz Pulchny ███; Sean Cameron ███; Joe Phillips ███; Amy Hawthorne ███ | | Re: Confidential Project (Codename Wisconsin) Initial Planning Sync Meeting Notes + Next Steps | 20230502-1709 Re: Confidential Project (Codename Wisconsin) Initial Planni.eml | Redact | AttorneyClient | Email chain with redacted text related to legal advice from counsel regarding injunction compliance requirements for user design and interface | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Jason Cody (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | yes | |