1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
|---|---|

12

Plaintiff, Counter-defendant

13

v.

14

APPLE INC.,

15

Defendant, Counterclaimant

16

**[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**

The Honorable Thomas S. Hixson

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc.

2    has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed

3    Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1565).  Pursuant to Civil Local Rule 79-5,

4    Apple Inc. ("Apple") filed a statement in support of Epic's motion and a supporting declaration of Mark

5    A. Perry.

6

7    Having considered Epic's Motion, all associated statements, declarations, exhibits, and any

8    argument of counsel, and for good cause appearing:

9    **IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its

10   supporting statement and declaration, is **GRANTED**.

11   Accordingly,

12   (1) The public shall only have access to the version of the document sought to be sealed by the

13   Motion in which portions of the following sections have been redacted:

14

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses in the "From/To/Cc" columns of rows 2-4 of the privilege log. | Exhibit A | Reflects personally identifiable information |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Thomas S. Hixson
United States District Court Magistrate Judge