# EXHIBIT A
# (Redacted)

**Privilege Log Entries**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00104831 | 3323 | PRIV-APL-EG_00104845 | PRIV-APL-EG_00104849 | Oliver, Carson; Washburn, Tanya; Moore, Ken; Kirtane, Latika; Thai, Ann | | | | | | | | Lit_DMA Newsroom Post -- Jan 20 930 PT -- Privileged and Confidential copy[8] copy.pages | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel); Freshfields (outside counsel); Gibson Dunn (outside counsel) | yes | |
| PRIV-APL-EG_00233796 | 8480 | PRIV-APL-EG_00233796 | PRIV-APL-EG_00233815 | Przytulski, Katie | 2023-02-17 | 02:17:28 | | | | | | _Trust & Safety Evaluation extract.pdf | Withhold | AttorneyClient | Document reflecting legal advice prepared by employees acting under the direction of counsel regarding foreign regulatory issues in the European Union, including DMA | Document indicates it was prepared at the direction of counsel | | yes | |
| PRIV-APL-EG_00218416 | 6890 | PRIV-APL-EG_00218416 | PRIV-APL-EG_00218419 | Kosmynka, Trystan; Cue, Eddy; Fischer, Matt; Schiller, Phil; Oliver, Carson; Joswiak, Greg; Thai, Ann | 1/20/2024 | 1/0/1900 | Phil Schiller | Sean Cameron | Eddy Cue ; Greg (Joz) Joswiak ; Matt Fischer ; Josh Shaffer ; Trystan Kosmynka ; Fred Sainz ; Andreas Wendker ; Bob Borchers ; Ann Thai ; Susan Prescott ; Carson Oliver ; Ling Yang Lew ; Jason Cody ; Pam Reid ; Kyle Andeer ; Brendan McNamara | | Re: Guidelines -- DMA edits | Re: Guidelines -- DMA edits.eml | Withhold | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance for developer guidelines and website materials prepared in anticipation or furtherance of litigation | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Brendan McNamara (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00219556 | 7011 | PRIV-APL-EG_00219556 | PRIV-APL-EG_00219570 | Kosmynka, Trystan; Tam, Mike; Thai, Ann; Kirtane, Latika; Bavaro, Sam | 1/24/2024 | 1/0/1900 | Jordan Hickey | Sean Cameron | Mike Tam ; Eric Albert ; Jason Cody ; Trystan Kosmynka ; Sam Muther Bavaro ; Daniel (WWDR) Kim ; Evayn Lundquist ; Mary Brunson ; Fred Sainz ; Dan Martinez ; Pam Reid ; Negar Nasoohi ; Esther Hare ; Latika Kirtane ; Ann Thai ; Isaac Rubin ; Cathyia Xie | | Re: Guideline Revision (Jan 25): Sync | 20240124-1008 Re: Guideline Revision (Jan 25): Sync.eml | Withhold | AttorneyClient; WorkProduct | Email chain reflecting legal advice from counsel regarding foreign regulatory issues in the European Union including DMA | Counsel discusses draft developer landing page in the EU under DMA. | Sean Cameron (Apple in-house counsel); Pam Reid (Apple in-house counsel); Jason Cody (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00222094 | 7334 | PRIV-APL-EG_00222094 | PRIV-APL-EG_00222098 | Cue, Eddy; Federighi, Craig; Cook, Tim; Oliver, Carson; Fischer, Matt; Schiller, Phil; Kosmynka, Trystan; Maestri, Luca; Kirtane, Latika; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 1/20/2024 | 1/0/1900 | Ann Thai | Tim Cook ; Kate Adams ; Phil Schiller ; Eddy Cue ; Luca Maestri ; Jackson ; Greg (Joz) Joswiak ; Craig Federighi ; Huguet | Fred Sainz ; Isaac Rubin ; Latika Kirtane Raman ; Susan Prescott ; Matt Fischer ; Carson Oliver ; Andreas Wendker ; Eric Albert ; Jeff Robbin ; Kyle Andeer ; Heather Grenier ; Sean Cameron ; Ling Lew ; Trystan Kosmynka ; Kurt Knight ; Kristin ; Lisa | | Re: HOT: Documents for 3pm PT DMA Review | 20240120-1009 Re: HOT: Documents for 3pm PT DMA Review.eml | Withhold | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Kate Adams (Apple in-house counsel); | YES | |

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) | Optional Special Master Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00220165 | 7077 | PRIV-APL-EG_00220165 | PRIV-APL-EG_00220173 | Kosmynka, Trystan; Ajemian, Peter; Thai, Ann | 5/13/2023 | 1/0/1900 | Ann Thai | Adam Dema; Sean Cameron | Trystan Kosmynka; Fred Sainz; Peter Ajemian; Archelle Thelemaque | | Re: Draft Q&A for fraud prevention post | 20230513-0851 Re: Draft Q&A for fraud prevention post.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Sean Cameron (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00221405 | 7195 | PRIV-APL-EG_00221405 | PRIV-APL-EG_00221413 | Federighi, Craig; Cook, Tim; Fischer, Matt; Schiller, Phil; Kosmynka, Trystan; Maestri, Luca; Thai, Ann; Joswiak, Greg; Robbin, Jeff | 2/9/2022 | 6:48:56 PM | Luca Maestri | Phil Schiller | Kyle Andeer; Tim Cook; Craig Federighi; Gregory Joswiak; Kate Adams; Eddy Cue; Lisa Jackson; Kristin Huguet Quayle; Jeff Robbin; Sean Cameron; Matt Fischer; Sean Dillon; Susan Prescott; Ann Thai; Trystan Kosmynka; Jason Cody; Nick Ammann; Tim Powderly; Fred Sainz; Robert Windom | | Re: Reuters - Dutch watchdog fines Apple $5.7 million again in App Store dispute | 20220209-1048 Re: Reuters - Dutch watchdog fines Apple $5.7 million again .eml | Withhold | AttorneyClient | Email chain reflecting information for the purpose of rendering legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | Document reflects information necessary for the rendering of legal advice from Apple legal. | Jason Cody (Apple in-house counsel); Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00222373 | 7363 | PRIV-APL-EG_00222373 | PRIV-APL-EG_00222375 | Schiller, Phil; Oliver, Carson; Maestri, Luca; Goldberg, Marni; Roman, Alex | 9/30/2021 | 1/0/1900 | Phil Schiller | Marni Goldberg; Kate Adams | Luca Maestri; Stella Low; Kristin Huguet Quayle; Fred Sainz; Heather Grenier; Kyle Andeer; Sean Dillon; Sean Cameron; Doug Vetter; Andrew Farthing; Carson Oliver; Alex Roman | | Re: HOT: WSJ story on App Store financials in YGR ruling | 20210930-1515 Re: HOT: WSJ story on App Store financials in YGR ruling.eml | Withhold | AttorneyClient | Email chain providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance press and communications legal strategy | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Heather Grenier (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Andrew Farthing (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00221362 | 7181 | PRIV-APL-EG_00221362 | PRIV-APL-EG_00221365 | Cue, Eddy; Schiller, Phil; Maestri, Luca | 2021-09-10 | 01:30:01 | Luca Maestri | Phil Schiller | Fred Sainz; Kate Adams; Heather Grenier; Eddy Cue; Stella Low; Kristin Huguet Quayle; Doug Vetter; Sean Cameron; Kyle Andeer; Sean Dillon | | Re: Epic's letter requesting reinstatement - privileged and confidential | 20210909-1830 Re: Epic's letter requesting reinstatement -- privileged and.eml | Withhold | AttorneyClient | Email chain providing legal advice from counsel regarding injunction compliance press and communications legal strategy | | Sean Cameron (Apple in-house counsel); Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Heather Grenier (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00221515 | 7221 | PRIV-APL-EG_00221515 | PRIV-APL-EG_00221518 | Cook, Tim; Schiller, Phil; Maestri, Luca; Joswiak, Greg | 2021-09-17 | 15:45:55 | Greg Joswiak | Philip Schiller; Kate Adams | Heather Grenier; Tim Cook; Eddy Cue; Luca Maestri; Doug Vetter; Sean Cameron; Kyle Andeer; Sean Dillon; Stella Low; Kristin Huguet Quayle; Fred Sainz; Tim Powderly | | Re: Epic reinstatement response -- privileged and confidential | 20210917-0846 Re: Epic reinstatement response -- privileged and confidenti.eml | Withhold | AttorneyClient; WorkProduct | Email chain providing legal advice from counsel regarding injunction compliance requirements for user design and interface, prepared in anticipation or furtherance of litigation | | Kate Adams (Apple in-house counsel); Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel); Heather Grenier (Apple in-house counsel) | YES | |
| PRIV-APL-EG_00235920 | 8680 | PRIV-APL-EG_00235920 | PRIV-APL-EG_00236114 | Guebert, Jeff; Hawthorne, Amy; Mirrashidi, Payam; Robbin, Jeff | 2022-02-03 | 02:08:03 | | | | | AMP Analytics Engineering (AE) Program Status Report 2/2 | 20220202-1808 AMP Analytics Engineering (AE) Program Status Report - 2-2.eml | Withhold | AttorneyClient | Spreadsheet related to information for the purpose of obtaining legal advice with counsel regarding injunction compliance launch date and timing | Document reflecting legal input (no specified attorneys). | | yes | |