GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **DECLARATION OF YONATAN EVEN IN SUPPORT OF EPIC GAMES, INC.'S OBJECTIONS TO SPECIAL MASTER DETERMINATIONS REGARDING REDACTED DOCUMENTS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1    I, Yonatan Even, declare as follows:

2    1.   I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc.
3    ("Epic") in the above-captioned actions. I am admitted to appear before this Court *pro hac vice*.
4    2.   I submit this declaration in support of Epic's Objections to Special Master
5    Determinations Regarding Redacted Documents ("Objections"), dated May 23, 2025.
6    3.   I have personal, first-hand knowledge of the facts set forth in this Declaration. If
7    called as a witness, I could and would competently testify to these facts under oath.
8    4.   Attached hereto as **Exhibit A** is a true and correct copy of the privilege log entries
9    provided by Apple for the documents mentioned in the Objections.
10   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
11   and correct and that I executed this declaration on May 23, 2025, in New York, New York.

*/s/ Yonatan Even*
Yonatan Even

1 **E-FILING ATTESTATION**

2   I, Yonatan Even, am the ECF User whose ID and password are being used to file
3 this Declaration of Yonatan Even in Support of Epic's Objections to Special Master
4 Determinations Regarding Redacted Documents, dated May 23, 2025.  In compliance with Civil
5 Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained
6 from the signatory.

7

8             */s/ Yonatan Even*
             Yonatan Even

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28