GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Epic Games, Inc. ("Epic")
2  submits this administrative motion to consider whether another party's material should be sealed
3  with respect to its Objections to Special Master Determinations Regarding Redacted Documents,
4  the Declaration of Yonatan Even ("Even Declaration") and Exhibit A, all dated May 23, 2025.
5  The documents and portions of documents Epic seeks to temporarily file under seal are listed
6  below:

| Document | Corresponding Page and Line Number(s) |
|---|---|
| Exhibit A to the Even Declaration | Document in its entirety. |

10    Epic seeks leave to provisionally file the documents under seal because they
11 discuss materials that Apple has designated confidential under the protective order in this case.
12 *See* Local Rule 79-5(f). Epic reserves the right to oppose, under Rule 79-5(f)(4), any submission
13 Apple makes to support sealing under Rule 79-5(f)(3). Epic also hereby provides notice of
14 lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(f).

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S         1         CASE NO. 4:20-CV-05640-YGR-TSH
MATERIAL SHOULD BE SEALED

| | | |
|---|---|---|
|1| Dated: May 23, 2025 | Respectfully submitted, |
|2| | |
|3| | By:   /s/ *Yonatan Even* |
|4| | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|5| | Paul J. Riehle (SBN 115199) |
|6| | paul.riehle@faegredrinker.com |
|7| | Four Embarcadero Center |
|8| | San Francisco, California 94111 |
| | | Telephone:  (415) 591-7500 |
|9| | Facsimile:  (415) 591-7510 |
|10| | **CRAVATH, SWAINE & MOORE LLP** |
|11| | Gary A. Bornstein (*pro hac vice*) |
| | | gbornstein@cravath.com |
|12| | Yonatan Even (*pro hac vice*) |
|13| | yeven@cravath.com |
| | | Lauren A. Moskowitz (*pro hac vice*) |
|14| | lmoskowitz@cravath.com |
| | | Justin C. Clarke (*pro hac vice*) |
|15| | jcclarke@cravath.com |
| | | Michael J. Zaken (*pro hac vice*) |
|16| | mzaken@cravath.com |
| | | M. Brent Byars (*pro hac vice*) |
|17| | mbyars@cravath.com |
|18| | 375 Ninth Avenue |
| | | New York, New York 10001 |
|19| | Telephone:  (212) 474-1000 |
| | | Facsimile:  (212) 474-3700 |
|20| | |
|21| | *Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.* |

28 | PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED | 2 | CASE NO. 4:20-CV-05640-YGR-TSH