# EXHIBIT A
## (Redacted)

## Privilege Log Entries

| Doc Number | Production Beginning Bates | Production End Bates | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | Original Name | Redact or Withhold | Privilege Type | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Publicly Filed Court Document** | | | | | | | | | | | | | | | | |
| 593 | PRIV-APL-EG_00010825 | PRIV-APL-EG_00010851 | Wilder, Jeff | 2022-03-29 | 20:49:36 | | | | | | 16. Order Granting Daubert Motions In Part and Denying Class Certification (March 29, 2022).pdf | Withhold | AttorneyClient | Document related to legal advice from counsel regarding | | Gibson Dunn OC; Weil, Gotshal & Manges OC; Juan Carols (Apple in-house counsel); Taylor Phillips (Apple in-house counsel) |
| **Data Spreadsheets** | | | | | | | | | | | | | | | | |
| 642 | PRIV-APL-EG_00012488 | PRIV-APL-EG_00012488 | Wilder, Jeff | 2023-03-03 | 21:36:36 | | | | | | top_ipad_vs_iphone_apps.xlsx | Withhold | AttorneyClient | Document related to legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Relates to Apple response to DMA request for information | Gibson Dunn OC; Weil, Gotshal & Manges OC; Juan Carols (Apple in-house counsel); Taylor Phillips (Apple in-house counsel) |
| 643 | PRIV-APL-EG_00012501 | PRIV-APL-EG_00012501 | Wilder, Jeff | | | | | | | | Top200_Apps_OverTime_RankByActivation.csv | Withhold | AttorneyClient | Document related to legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Relates to Apple response to DMA request for information | Gibson Dunn OC; Weil, Gotshal & Manges OC; Juan Carols (Apple in-house counsel); Taylor Phillips (Apple in-house counsel) |
| 644 | PRIV-APL-EG_00012502 | PRIV-APL-EG_00012502 | Wilder, Jeff | | | | | | | | Top200_Apps_OverTime_RankByTime.csv | Withhold | AttorneyClient | Document related to legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Relates to Apple submission regarding the DMA | Gibson Dunn OC; Weil, Gotshal & Manges OC; Juan Carols (Apple in-house counsel); Taylor Phillips (Apple in-house counsel) |
| 2892 | PRIV-APL-EG_00062521 | PRIV-APL-EG_00062521 | Wilder, Jeff | 2023-04-14 | 20:30:49 | | | | | | IDC 2015-2022 Smartphone OS Vendor Price Band.xlsx | Withhold | AttorneyClient | Document reflecting legal advice from counsel regarding regulatory proceedings in India related to the App Store | Competition analysis in connection with regulatory proceedings in India related to the App Store. | Rachel Flipse; Soolean Choy; Aude de Crayencour (all Apple in-house counsel) |
| 2938 | PRIV-APL-EG_00063590 | PRIV-APL-EG_00063590 | Wilder, Jeff | 2023-04-14 | 20:30:49 | | | | | | IDC 2015-2022 Smartphone OS Vendor Price Band.xlsx | Withhold | AttorneyClient; WorkProduct | Document related to information for the purpose of obtaining legal advice prepared at the direction of counsel regarding foreign regulatory issues before the Competition Commission of India prepared in anticipation or furtherance of litigation | Discussion of foreign regulatory issues before the Competition Commission of India | Soolean Choy; Aude de Crayencour; Rachel Flipse (all Apple in-house counsel) |
| **Employee Chat** | | | | | | | | | | | | | | | | |
| 1494 | PRIV-APL-EG_00040719 | PRIV-APL-EG_00040726 | Liu, Terry | 2022-02-04 | 18:08:18 | | | | | | Private channel ▓▓ engineering - 2022-02-04 (UTC).pdf | Withhold | AttorneyClient | Document providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility | | Ling Lew (Apple in-house counsel) |
| **Developer Fee Analysis** | | | | | | | | | | | | | | | | |
| 1699 | PRIV-APL-EG_00042478 | PRIV-APL-EG_00042478 | Oliver, Carson; Fischer, Matt; Schiller, Phil; Cue, Eddy | 2021-09-22 | 00:09:48 | | | | | | 2021.09 Dev Fee Change Hybrid Model.xlsx | Withhold | AttorneyClient | Document providing information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate | | Kyle Andeer (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Sean Dillon (Apple in-house counsel) |
| **Presentation Regarding Linked Purchases** | | | | | | | | | | | | | | | | |
| 1651 | PRIV-APL-EG_00086920 | PRIV-APL-EG_00086920 | Wilder, Jeff; Kim, Timothy | | | | | | | | link-out claims & support.key | Withhold | AttorneyClient | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement. | | Ling Lew (Apple in-house counsel); Timothy Kim (Apple in-house counsel) |
| **MP4 File** | | | | | | | | | | | | | | | | |
| 2021 | PRIV-APL-EG_00047216 | PRIV-APL-EG_00047216 | Tam, Mike | 2023-10-12 | 20:59:05 | | | | | | RPReplay_Final1697144262.MP4 | Withhold | AttorneyClient | Document with redacted text providing legal advice from counsel regarding | Discusses legal requirements for system disclosure sheet | Ling Lew (Apple in-house counsel) |