GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
JUSTIN C. CLARKE (*pro hac vice*)
jcclarke@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S NOTICE OF LODGING** <br><br> The Honorable Thomas S. Hixson |

1       Pursuant to the Discovery Order of April 18, 2025 (Dkt. 1468) (the "Discovery Order"),
2  Plaintiff Epic Games, Inc. hereby gives notice that the Parties have jointly lodged or caused to be
3  lodged in hard-copy binders the following documents:

4  - Dkt. 1564
5  - Dkt. 1564-1
6  - Dkt. 1565
7  - Dkt. 1565-1
8  - Dkt. 1565-2
9  - Dkt. 1572
10 - Dkt. 1572-1
11 - Dkt. 1573
12 - Dkt. 1573-1
13 - Dkt. 1573-2
14 - Dkt. 1592
15 - Dkt. 1593
16 - Dkt. 1594
17 - Dkt. 1606
18 - Dkt. 1606-1
19 - Dkt. 1606-2
20 - Dkt. 1606-3
21 - Dkt. 1607
22 - Dkt. 1607-1
23 - Dkt. 1607-2
24 - Dkt. 1607-3
25 - Dkt. 1610

1  Dated: May 28, 2025                              */s/ Michael J. Zaken*

2                                                    Michael J. Zaken
                                                     *Attorney for Epic Games, Inc.*
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28