1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant<br>v.<br>APPLE INC.,<br>Defendant, Counterclaimant | **[PROPOSED] ORDER RE: APPLE INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, Apple Inc. ("Apple") has filed a Motion for Relief from Nondispositive Order of a Magistrate Judge (the "Motion").

Having considered the Motion, all associated documents, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's motion is **GRANTED**. Accordingly,

(1) Apple's privilege assertions over the following documents are sustained: PRIV-APL-EG_00165956, PRIV-APL-EG_00255272, PRIV-APL-EG_00256631, PRIV-APL-EG_00256780, PRIV-APL-EG_00216707, PRIV-APL-EG_00119866, PRIV-APL-EG_00150508, PRIV-APL-EG_00154061, PRIV-APL-EG_00155579, PRIV-APL-EG_00156837, PRIV-APL-EG_00163992, PRIV-APL-EG_00170509, PRIV-APL-EG_00162841, PRIV-APL-EG_00175782, PRIV-APL-EG_00164493, PRIV-APL-EG_00251372, PRIV-APL-EG_00251386, PRIV-APL-EG_00250684, PRIV-APL-EG_00165181, PRIV-APL-EG_00118829, PRIV-APL-EG_00228712, PRIV-APL-EG_00086662, PRIV-APL-EG_00086663, PRIV-APL-EG_00258647, PRIV-APL-EG_00166218, PRIV-APL-EG_00086651, PRIV-APL-EG_00166442, PRIV-APL-EG_00166500, PRIV-APL-EG_00226492, PRIV-APL-EG_00162417, PRIV-APL-EG_00163791, PRIV-APL-EG_00092002, PRIV-APL-EG_00092062, PRIV-APL-EG_00092084, PRIV-APL-EG_00190369.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge