1 | DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC. <br><br> Plaintiff, Counter-defendant <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH <br><br> **APPLE INC.'S NOTICE OF LODGING** <br><br> The Honorable Yvonne Gonzalez Rogers |

In support of its Motion for Relief from Nondispositive Pretrial Orders of Magistrate Judge, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 1623 (PRIV-APL-EG_00086651);
2. Privilege Log Entry 1625 (PRIV-APL-EG_00086662), and its attachment, Entry 1626 (PRIV-APL-EG_00086663);
3. Privilege Log Entry 2114 (PRIV-APL-EG_00091988), and its attachment, Entry 2115 (PRIV-APL-EG_00092002);
4. Privilege Log Entry 2121 (PRIV-APL-EG_00092050), and its attachment, Entry 2122 (PRIV-APL-EG_00092062);
5. Privilege Log Entry 2123 (PRIV-APL-EG_00092072), and its attachment, Entry 2124 (PRIV-APL-EG_00092084);
6. Privilege Log Entry 85 (PRIV-APL-EG_00118829);
7. Privilege Log Entry 173 (PRIV-APL-EG_00150508);
8. Privilege Log Entry 561 (PRIV-APL-EG_00154061);
9. Privilege Log Entry 755 (PRIV-APL-EG_00155579);
10. Privilege Log Entry 910 (PRIV-APL-EG_00156837);
11. Privilege Log Entry 1468 (PRIV-APL-EG_00162417);
12. Privilege Log Entry 1514 (PRIV-APL-EG_00162841);
13. PRIV-APL-EG_00163784 and its attachment, Privilege Log Entry 1589 (PRIV-APL-EG_00163791);
14. Privilege Log Entry 1611 (PRIV-APL-EG_00163992);
15. Privilege Log Entry 1674 (PRIV-APL-EG_00164493);
16. PRIV-APL-EG_00165180 and its attachment, Privilege Log Entry 1732 (PRIV-APL-EG_00165181);
17. Privilege Log Entry 1787 (PRIV-APL-EG_00165956);

18. Privilege Log Entry 1795 (PRIV-APL-EG_00166218);

19. Privilege Log Entry 1814 (PRIV-APL-EG_00166442);

20. Privilege Log Entry 1825 (PRIV-APL-EG_00166500);

21. Privilege Log Entry 2136 (PRIV-APL-EG_00170509);

22. Privilege Log Entry 2734 (PRIV-APL-EG_00175782);

23. Privilege Log Entry 3989 (PRIV-APL-EG_00190369);

24. Privilege Log Entry 6755 (PRIV-APL-EG_00216707);

25. Privilege Log Entry 7796 (PRIV-APL-EG_00226492);

26. Privilege Log Entry 7905 (PRIV-APL-EG_00228712);

27. Privilege Log Entry 10443 (PRIV-APL-EG_00250683), and its attachment, Entry 10444 (PRIV-APL-EG_00250684);

28. PRIV-APL-EG_00251370 and its attachments, Privilege Log Entries 10511 (PRIV-APL-EG_00251372) and 10512 (PRIV-APL-EG_00251386);

29. Privilege Log Entry 10781 (PRIV-APL-EG_00255272);

30. Privilege Log Entry 10886 (PRIV-APL-EG_00256631);

31. Privilege Log Entry 10904 (PRIV-APL-EG_00256780); and

32. Privilege Log Entry 11061 (PRIV-APL-EG_00258647).

Apple is lodging rather than filing these documents under seal, because if the Court grants Apple's motion in whole or in part, Epic should no longer have access to these documents through CM/ECF.

Dated: May 29, 2025

Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*