GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff, Counter-defendant,<br><br>　　　　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMITS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil Local Rule 7-11, Plaintiff Epic Games, Inc. ("Epic") hereby moves for
2  leave to file a Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge
3  ("Motion for Relief") in excess of the page limit stated in Local Rule 72-2(b).
4    Local Rule 72-2(b) limits motions such as the Motion for Relief to five pages. Pursuant to
5  Local Rule 7-11, Epic requests leave to file a ten-page Motion. An expansion of the page
6  limitation is requested for purposes of judicial efficiency, as Epic's Motion for Relief would
7  consolidate into a single motion Epic's appeal of seven privilege determinations issued by
8  Magistrate Judge Hixson across two separate Orders. (Dkts. 1562 and 1567.) Epic has sought
9  Defendant Apple Inc.'s ("Apple") position, and Apple has informed Epic that **Apple takes no**
10 **position on this motion to extend**.
11   Accordingly, Epic respectfully requests that this Court enter an order permitting it to
12 exceed the page limit for its Motion for Relief from a Nondispositive Pretrial Order of a
13 Magistrate Judge filed May 29, 2025, changing the maximum length of the filing from five to ten
14 pages (exclusive of exhibits, attachments, declarations and e-filing attestation).

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE
MOTION FOR LEAVE TO FILE
MOTION IN EXCESS OF PAGE LIMITS           1           CASE NO. 4:20-CV-05640-YGR-TSH

| | |
|---|---|
| Dated: May 29, 2025 | Respectfully submitted, |
| | By:   /s/ *Michael J. Zaken* |

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*