**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>  Plaintiff, Counter-defendant,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF EPIC GAMES, INC.'S MOTION FOR RELIEF FROM A NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

[Proposed] Order Granting Plaintiff Epic Games, Inc.'s Motion For Relief From A Nondispositive Pretrial Order Of A Magistrate Judge

Case No. 4:20-CV-05640-YGR-TSH

1  On May 29, 2025, Plaintiff Epic Games, Inc. filed this Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge.  Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiff's Motion.  The Magistrate Judge's Discovery Orders of May 15 and May 16, 2025 (Dkts. 1562 and 1567) are hereby overruled in part to the extent they determined the seven documents identified in Plaintiff's Motion are protected by the attorney-client privilege and/or work product doctrine.

**IT IS SO ORDERED.**

Dated: _____, 2025          _____
                                 HON. YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT COURT JUDGE