UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant | |
| v. | **[PROPOSED] ORDER RE: APPLE INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE** |
| APPLE INC., | |
| Defendant, Counterclaimant | The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, Apple Inc. ("Apple") has filed a Motion for Relief from Nondispositive Order of a Magistrate Judge (the "Motion").

Having considered the Motion, all associated documents, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's motion is **GRANTED**. Accordingly,

(1) Apple's privilege assertions over the following documents are sustained: PRIV-APL-EG_00174802, PRIV-APL-EG_00174803, PRIV-APL-EG_00174804, PRIV-APL-EG_00266909, PRIV-APL-EG_00096651, PRIV-APL-EG_00098239, PRIV-APL-EG_00189948, PRIV-APL-EG_00091513, PRIV-APL-EG_00174567, PRIV-APL-EG_00186593, PRIV-APL-EG_00174550, PRIV-APL-EG_00174761, PRIV-APL-EG_00182609, PRIV-APL-EG_00182967, PRIV-APL-EG_00186200, PRIV-APL-EG_00191600, PRIV-APL-EG_00181225, PRIV-APL-EG_00174754, PRIV-APL-EG_00188024, PRIV-APL-EG_00175665, PRIV-APL-EG_00274886, PRIV-APL-EG_00175352, PRIV-APL-EG_00174714, PRIV-APL-EG_00174727, PRIV-APL-EG_00174741, PRIV-APL-EG_00265929, PRIV-APL-EG_00187811, PRIV-APL-EG_00172402, PRIV-APL-EG_00166492, PRIV-APL-EG_00166640, PRIV-APL-EG_00266922, PRIV-APL-EG_00267367, PRIV-APL-EG_00182472, PRIV-APL-EG_00225225, PRIV-APL-EG_00279027, PRIV-APL-EG_00095701, PRIV-APL-EG_00187074).

**IT IS SO ORDERED.**

1  Dated: _____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge