| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Yvonne Gonzalez Rogers |

In support of its Motion for Relief from Nondispositive Pretrial Orders of Magistrate Judge, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 2071 (PRIV-APL-EG_00091513);
2. Privilege Log Entry 2417 (PRIV-APL-EG_00095701);
3. Privilege Log Entry 2544 (PRIV-APL-EG_00096651);
4. Privilege Log Entry 2655 (PRIV-APL-EG_00098239);
5. Privilege Log Entry 2681 (PRIV-APL-EG_00098458);
6. Privilege Log Entry 1824 (PRIV-APL-EG_00166492);
7. Privilege Log Entry 1858 (PRIV-APL-EG_00166640);
8. Privilege Log Entry 2369 (PRIV-APL-EG_00172402);
9. Privilege Log Entry 2600 (PRIV-APL-EG_00174550);
10. Privilege Log Entry 2601 (PRIV-APL-EG_00174567);
11. PRIV-APL-EG_00174689 and its attachments, Privilege Log Entries 2608 (PRIV-APL-EG_00174714), 2609 (PRIV-APL-EG_00174727), and 2610 (PRIV-APL-EG_00174741);
12. Privilege Log Entry 2611 (PRIV-APL-EG_00174754);
13. Privilege Log Entry 2612 (PRIV-APL-EG_00174761);
14. Privilege Log Entry 2614 (PRIV-APL-EG_00174796), and its attachments Privilege Log Entries 2615 (PRIV-APL-EG_00174802), 2616 (PRIV-APL-EG_00174803), and 2617 (PRIV-APL-EG_00174804);
15. Privilege Log Entry 2683 (PRIV-APL-EG_00175352);
16. Privilege Log Entry 2711 (PRIV-APL-EG_00175665);
17. Privilege Log Entry 3112 (PRIV-APL-EG_00182472);
18. Privilege Log Entry 3134 (PRIV-APL-EG_00182609);
19. Privilege Log Entry 3169 (PRIV-APL-EG_00182967);
20. Privilege Log Entry 3480 (PRIV-APL-EG_00186200);

21. Privilege Log Entry 3530 (PRIV-APL-EG_00186593);

22. PRIV-APL-EG_00187070, and its attachment, Privilege Log Entry 3595 (PRIV-APL-EG_00187074);

23. Privilege Log Entry 3679 (PRIV-APL-EG_00187811);

24. Privilege Log Entry 3709 (PRIV-APL-EG_00188024);

25. Privilege Log Entry 3734 (PRIV-APL-EG_00188162);

26. Privilege Log Entry 3940 (PRIV-APL-EG_00189948);

27. Privilege Log Entry 4130 (PRIV-APL-EG_00191600);

28. Privilege Log Entry 7743 (PRIV-APL-EG_00225208), and its attachment, Entry 7744 (PRIV-APL-EG_00225225);

29. Privilege Log Entry 11496 (PRIV-APL-EG_00264257);

30. Privilege Log Entry 11557 (PRIV-APL-EG_00265929);

31. Privilege Log Entry 11644 (PRIV-APL-EG_00266909);

32. Privilege Log Entry 11646 (PRIV-APL-EG_00266922);

33. Privilege Log Entry 11673 (PRIV-APL-EG_00267367);

34. Privilege Log Entry 12354 (PRIV-APL-EG_00274886); and

35. Privilege Log Entry 12637 (PRIV-APL-EG_00279027).

Apple is lodging rather than filing these documents under seal, because if the Court grants Apple's motion in whole or in part, Epic should no longer have access to these documents through CM/ECF.

Dated: May 30, 2025                                  Respectfully submitted,

By: __/s/ Mark A. Perry_____

Mark A. Perry
*Attorney for Apple Inc.*