# EXHIBIT A
**(Redacted)**

| Bates Number of Parent Document (Folder Title) | Number | Production Beginning Bates | Production End Bates | Custodians | DocDate | DocTime | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Messages Among Technical Professionals** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00222457 | 7377 | PRIV-APL-EG_00222457 | PRIV-APL-EG_00222459 | Magnani, Joseph | 2023-05-15 | 20:09:41 | | | | | | Direct message Atusa Savio, Bri Cote and Joseph Magnani - 2023-05-15 (UTC).pdf | Redact | AttorneyClient; WorkProduct | Document with redacted text reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance requirements for user design and interface, prepared in anticipation or furtherance of litigation | | Document indicates information for the purpose of obtaining legal advice. | YES |
| PRIV-APL-EG_00222512 | 7385 | PRIV-APL-EG_00222512 | PRIV-APL-EG_00222513 | Magnani, Joseph | 2023-10-19 | 00:02:07 | | | | | | Private channel #prog-xf - 2023-10-19 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | YES |
| PRIV-APL-EG_00223257 | 7451 | PRIV-APL-EG_00223257 | PRIV-APL-EG_00223260 | Moore, Ken | 2024-03-06 | 00:36:36 | | | | | | Direct message Boris Wang, Joanna Brodbeck and 3 others - 2024-03-06 (UTC).pdf | Redact | AttorneyClient | Email chain with redacted text providing information for the purpose of obtaining legal advice from counsel regarding developer outreach related to U.S. Link Entitlement | | Document reflects information for the purpose of obtaining legal advice from Apple legal | YES |
| PRIV-APL-EG_00224071 | 7579 | PRIV-APL-EG_00224071 | PRIV-APL-EG_00224072 | Mukherjee, Srabasti | 2023-12-05 | 00:52:14 | | | | | | Direct message Aakanksha Narain, Boris Wang and 2 others - 2023-12-05 (UTC).pdf | Redact | AttorneyClient | Document with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | | Ling Lew (Apple in-house counsel) | YES |
| **Emails Among Business Executives, Technical Professionals, and Counsel** | | | | | | | | | | | | | | | | | | |
| PRIV-APL-EG_00223572 | 7501 | PRIV-APL-EG_00223572 | PRIV-APL-EG_00223577 | Moore, Ken | 2023-10-17 | 18:43:50 | Vivek Krishnan | Ken Moore | Sabine Krueger ; Gabe Tang | | Fwd: Request for Guidance: Project Analytics | 20231017-1144 Fwd: Request for Guidance: Project Analytics.eml | Redact | AttorneyClient | Email chain with redacted text providing legal advice from counsel regarding foreign regulatory issues in the Netherlands for dating apps | | Candace Martin (Apple in-house counsel); Jason Cody (Apple in-house counsel); Ling Lew (Apple in-house counsel); Nicole Ewart (Apple in-house counsel); Sean Cameron (Apple in-house counsel) | YES |
| PRIV-APL-EG_00224935 | 7689 | PRIV-APL-EG_00224935 | PRIV-APL-EG_00224937 | Oliver, Carson; Gray, Eric; Washburn, Tanya; Kosmynka, Trystan; DuBois, Dana; Friedland, Zach; Mukherjee, Srabasti; Moore, Ken; Pulchny, Liz; Tam, Mike; Thai, Ann; Van Tassell, Dave; Bavaro, Sam | 2024-03-10 | 01:17:55 | Ann Thai | Gabe Tang ; Ling Lew | Dave Van Tassell ; Sam Bavaro ; Eric Gray ; Liz Pulchny ; Trystan Kosmynka ; Ken Moore ; Srabasti Mukherjee ; Blaise Margherito ; Mike Tam ; Carson Oliver ; Prathima Velamuri ; Dana DuBois ; Tanya Washburn ; Adil Karrar ; Zach Friedland ; Sean Cameron ; Lacey Elmore ; Brendan McNamara ; Nina Haefele ; D. Tina Wang ; Sean Dillon | | Re: Multiple links for link out | 20240309-1718 Re: Multiple links for link out.eml | Redact | AttorneyClient | Email chain with redacted text reflecting legal advice from counsel regarding foreign regulatory issues in the European Union, including DMA | Reflects legal advice on multiple links | Adil Karrar (Apple in-house counsel); Ling Lew (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Brendan McNamara (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Tina Wang (Apple in-house counsel); Nina Haefele (Apple in-house counsel); Sean Dillon (Apple in-house counsel) | YES |