# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**[PROPOSED] ORDER RE: EPIC GAMES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>The Honorable Thomas S. Hixson |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rule 79-5, Epic Games, Inc. has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5 ("Epic's Motion") (Dkt. 1609).  Pursuant to Civil Local Rule 79-5, Apple Inc. ("Apple") filed a statement in support of Epic's motion and a supporting declaration of Mark A. Perry.

Having considered Epic's Motion, all associated statements, declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's request, consistent with the designations in its supporting statement and declaration, is **GRANTED**.

Accordingly,

(1) The public shall only have access to the version of the document sought to be sealed by the Motion in which portions of the following sections have been redacted:

| Portion of Document Sought to be Sealed | Document Title | Reason to Seal |
|---|---|---|
| Redacted email addresses in the "From/To/Cc" columns of rows 5 and 6 of the privilege log. | Exhibit A | Reflects personally identifiable information |
| Redacted information in the "Subject" and "Original Name" column of rows 2 and 5 of the privilege log. | Exhibit A | Reflects non-public Apple project codenames |

**IT IS SO ORDERED.**

1  Dated: _____, 2025

4
5
   _____
   The Honorable Thomas S. Hixson
   United States District Court Magistrate Judge