UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EPIC GAMES, INC., | Case No. 20-cv-05640-YGR (TSH) |
|---|---|
| Plaintiff, | **DISCOVERY ORDER** |
| v. | Re: Dkt. No. 1627 |
| APPLE INC., | |
| Defendant. | |

The Court has reviewed the parties' status report at ECF No. 1627. The Court **ORDERS** Apple to produce PRIV-APL-EG_00176512, PRIV-APL-EG_00181105 and PRIV-APL-EG_00185173. No further discovery status reports are required.

**IT IS SO ORDERED.**

Dated: May 30, 2025

THOMAS S. HIXSON
United States Magistrate Judge