Christopher L. Lebsock (SBN 184546)
Michael P. Lehmann (SBN 77152)
Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street
12th Floor
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
clebsock@hausfeld.com
mlehmann@hausfeld.com
smaida@hausfeld.com

YoungKi Rhee (*Pro Hac Vice forthcoming*)
WE THE PEOPLE LAW GROUP
Chinyang Building, 7/F
47 Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Telephone: 82-2-2285-0062
ykrhee@wethepeople.co.kr

Byung-Joo Lee (SBN 225384)
JIHYANG LAW FIRM
Seohee Tower, 7/F
2583 Nambusunhwan-ro
Seoul, Korea 06735
Telephone: 82-2-3476-6002
Facsimile: 82-2-3476-6607
bjlee@jihyanglaw.com

*Additional Counsel Listed In Signature Block*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

      Plaintiffs,

v.

APPLE, INC.,

      Defendant.

THIS DOCUMENT RELATES TO:

*Korean Publishers Association, et al., v. Apple, Inc.*, No. 4:25-cv-4438-HSG

Case No. 4:20-cv-05640-YGR

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

[Declaration and [Proposed] Order filed herewith]

JUDGE:     Hon. Yvonne Gonzalez Rogers
CTRM:     1-4th Floor

1    **TO:    THE COURT AND ALL OTHER PARTIES OF RECORD**

2        PLEASE TAKE NOTICE that Plaintiffs Korean Publishers Association, Korea Electronic

3    Publishing Association, Dan Scalise, PangSky Co., Ltd., and the putative class in the above-entitled

4    action ("Plaintiffs") hereby move this Court to consider whether the following actions filed in the

5    United States District Court, Northern District of California should be related:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Epic Games, Inc. v. Apple Inc.* | 4:20-cv-5640 | 08/13/2020 |
| *Korean Publishers Association, et al., v. Apple, Inc.* | 4:25-cv-4438 | 05/23/2025 |

9        The above-listed actions involve the same transactions and events and the same legal issues.

10   It is therefore likely that there would be "unduly burdensome duplication of labor and expense" or

11   conflicting results if the cases are conducted before different Judges. *See* Civil L.R. 3-12(a)(1) & (2).

12   Relating the two cases and placing them under the supervision of one judge is likely to save the Court

13   and the parties significant costs and may facilitate and expedite the resolution of the cases.

14                        **MEMORANDUM AND POINTS OF AUTHORITIES**

15   **I.    THE TWO ACTIONS SHOULD BE RELATED**

16        Pursuant to Civil L.R. 3-12(a), actions are related when: "(1) [t]he actions concern

17   substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will

18   be an unduly burdensome duplication of labor and expense or conflicting results if the cases are

19   conducted before different Judges." Here, these criteria are met.

20        Both of the above-listed actions allege violations of Section 2 of the Sherman, 15 U.S.C. § 2,

21   and California's Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq*.) ("UCL").

22   Moreover, both of the above-listed actions are brought by app developers against Apple Inc. ("Apple"

23   or "Defendant"). Both concern Apple's anticompetitive efforts to maintain supra competitive

24   commissions that it charges for transactions within its App Store.

25        Plaintiffs in *Korean Publishers Association* heavily rely on evidence from the *Epic v. Apple*

26   evidentiary hearings and both injunctions brought against Apple by this Court. It is therefore likely

27   that there will be "unduly burdensome duplication of labor and expense" or conflicting results if the

28   cases are litigated before different Judges. *See* Civil L.R. 3-12(a)(1) & (2). Relating the two cases and

1  placing them under the supervision of one judge will very likely save the Court and the parties

2  significant costs and may facilitate and expedite the cases.

3  **II.    CONCLUSION**

4          For all of the reasons stated above, Plaintiffs hereby request that the Court in the lowest

5  numbered case, *Epic Games, Inc. v. Apple Inc.*, enter an Order relating the two cases listed above to

6  each other and reassigning the *Korean Publishers Association* action to Judge Yvonne Gonzalez

7  Rogers.

8

9

10  DATED: May 30, 2025

11  Respectfully submitted,

12  By: /s/ *Christopher L. Lebsock*
    Christopher L. Lebsock (SBN 184546)
13  Michael P. Lehmann (SBN 77152)
    Samuel Maida (SBN 333835)
14  HAUSFELD LLP
    580 California Street, 12th Floor
15  San Francisco, CA 94111
    Telephone: (415) 633-1908
16  Facsimile: (415) 358-4980
    clebsock@hausfeld.com
17  mlehmann@hausfeld.com
    smaida@hausfeld.com
18
19
    *Counsel for Plaintiffs and the putative class*
20
21  Mindee J. Reuben (*Pro Hac Vice forthcoming*)
    Katie R. Beran (*Pro Hac Vice forthcoming*)
22  HAUSFELD LLP
    325 Chestnut Street, Unit 900
23  Philadelphia, PA 19106
    Telephone: (215) 985-3270
24  Facsimile: (215) 985-3271
    mreuben@hausfeld.com
25  kberan@hausfeld.com
26
    *Counsel for Plaintiffs and the putative class*
27
28

YoungKi Rhee (*Pro Hac Vice forthcoming*)
WE THE PEOPLE LAW GROUP
Chinyang Building, 7/F
47 Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Telephone: 82-2-2285-0062
ykrhee@wethepeople.co.kr

*Counsel for PangSky and the putative class*

Byung-Joo Lee (SBN 225384)
JIHYANG LAW FIRM
Seohee Tower, 7/F
2583 Nambusunhwan-ro
Seoul, Korea 06735
Telephone: 82-2-3476-6002
Facsimile: 82-2-3476-6607
bjlee@jihyanglaw.com

*Counsel for KPA and KEPA and the putative class*

Scott Martin (*Pro Hac Vice forthcoming*)
Zelly Rosa (*Pro Hac Vice forthcoming*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
zrosa@hausfeld.com

*Counsel for Plaintiffs and the putative class*