Christopher L. Lebsock (SBN 184546)
Michael P. Lehmann (SBN 77152)
Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street
12th Floor
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
clebsock@hausfeld.com
mlehmann@hausfeld.com
smaida@hausfeld.com

Byung-Joo Lee (SBN 225384)
JIHYANG LAW FIRM
Seohee Tower, 7/F
2583 Nambusunhwan-ro
Seoul, Korea 06735
Telephone: 82-2-3476-6002
Facsimile: 82-2-3476-6607
bjlee@jihyanglaw.com

YoungKi Rhee (*Pro Hac Vice forthcoming*)
WE THE PEOPLE LAW GROUP
Chinyang Building, 7/F
47 Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Telephone: 82-2-2285-0062
ykrhee@wethepeople.co.kr

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.*,*<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant.<br><br>THIS DOCUMENT RELATES TO:<br><br>*Korean Publishers Association, et al., v. Apple, Inc.*, No. 4:25-cv-4438-HSG | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>JUDGE:    Hon. Yvonne Gonzalez Rogers<br>CTRM:    1-4th Floor |

I, Christopher L. Lebsock, declare as follows:

1.  I am a partner at the law firm Hausfeld LLP, and I am admitted to practice before this Court. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  I am counsel for Plaintiffs Korean Publishers Association, Korea Electronic Publishing Association, Dan Scalise, PangSky Co., Ltd., and the putative class (the "Plaintiffs") in *Korean Publishers Association, et al., v. Apple, Inc.*, No. 4:25-cv-4438. I submit this declaration in support of the Administrative Motion to Consider Whether the Cases should be Related Pursuant to Civil L.R. 3-12 (the "Motion") and pursuant to Civil L.R. 7-11(a).

3.  On May 23, 2025, Plaintiffs filed *Korean Publishers Association, et al., v. Apple, Inc.*, No. 4:25-cv-4438, a proposed class action, in this Court. On May 28, 2025, Plaintiffs served defendant Apple Inc. with the complaint. Attached as **Exhibit 1** to this declaration is a true and correct copy of the filed and served complaint in *Korean Publishers Association, et al., v. Apple, Inc.*

4.  Attached as **Exhibit 2** to this declaration is a true and correct copy of the complaint filed in *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-5640-YGR.

5.  Pursuant to L.R. 7-11(a), on May 27, 2025, my firm contacted counsel for defendant Apple Inc. regarding a stipulation in support of this Motion. As of the date of filing this Motion, my firm has not received a response from counsel for defendant Apple Inc.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on May 30, 2025 at San Francisco, California.

/s/ Christopher L. Lebsock
CHRISTOPHER L. LEBSOCK