UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>APPLE, INC., <br><br>    Defendant. <br><br>THIS DOCUMENT RELATES TO: <br><br>*Korean Publishers Association, et al., v. Apple, Inc.*, No. 4:25-cv-4438-HSG | Case No. 4:20-cv-05640-YGR <br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** <br><br>JUDGE:  Hon. Yvonne Gonzalez Rogers <br>CTRM:  1-4th Floor |

Plaintiffs Korean Publishers Association, Korea Electronic Publishing Association, Dan Scalise, PangSky Co., Ltd., and the putative class ("Plaintiffs") in *Korean Publishers Association, et al., v. Apple, Inc.*, No. 4:25-cv-4438, have filed an administrative motion to consider whether the following cases should be related pursuant to Civil L.R. 3-12:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Epic Games, Inc. v. Apple Inc.* | 4:20-cv-5640 | 08/13/2020 |
| *Korean Publishers Association, et al., v. Apple, Inc.* | 4:25-cv-4438 | 05/23/2025 |

The Court, having considered Plaintiffs' motion and the papers submitted in support thereof, GRANTS the motion to relate *Korean Publishers Association et al. v. Apple Inc.*, No. 4:25-cv-4438, to the low-numbered action, *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-5640. Each of the above-captioned actions shall now be assigned to the undersigned judge. All future filings are to bear the initials "YGR." Unless otherwise ordered, any dates for hearing noticed motions in the *Korean Publishers Association* action are vacated and must be renoticed by the moving party before the newly-assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in each of the above-referenced actions.

**IT IS SO ORDERED**

DATED:_____

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE