UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIC GAMES, INC.,

          Plaintiff,

v.

APPLE INC.,

          Defendant.

Case No. 20-cv-05640-YGR (TSH)

**DISCOVERY ORDER**

The Court partially reconsiders its discovery order at ECF No. 1562 based on the parties' status report at ECF No. 1574. For ECF Nos. 1191, 1213 and 1202, the Court **ORDERS** the parties to submit hard copy binders in the format required by ECF No. 1468. The Court also **ORDERS** Apple to submit a new hard copy Notice of Lodging that contains Entries 2522-2527 in a way that makes clear what was redacted, Entry 665, Entry 79, and Entries 1166, 1167, 1301 and 1302. These submissions are due no later than June 4, 2025.

**IT IS SO ORDERED.**

Dated: May 30, 2025

THOMAS S. HIXSON
United States Magistrate Judge