# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

EPIC GAMES, INC.,

        Plaintiff, Counter-defendant,

        v.

APPLE INC.,

        Defendant, Counterclaimant.

Case No. 4:20-CV-05640-YGR-TSH

**[PROPOSED] ORDER EXTENDING PAGE LIMIT FOR MOTION FOR RELIEF FROM A MAGISTRATE'S NON-DISPOSITIVE ORDER**

Courtroom: 1, 4th Floor

Judge: Hon. Yvonne Gonzalez Rogers

Having considered the Administrative Motion for Leave to File Motion in Excess of Page Limits (the "Motion to Extend") and supporting materials filed by Plaintiff, Counter-defendant Epic Games, Inc., the Court finds that there is good cause to grant the Motion to Extend. Accordingly, the Court **GRANTS** the Motion to Extend and ORDERS that the page limit for Epic Games, Inc's Motion for Relief from a Nondispositive Pretrial Order of a Magistrate Judge be extended to ten pages.

**IT IS SO ORDERED.**

Dated: May 30, 2025

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge