**JOHN J. NOTAR**
California State Bar No. 332716
JACK NOTAR LAW
100 11th Ave, PHB
New York, NY 10011
Telephone: (703) 727-1685
jacknotarlaw@gmail.com

Attorney for Yoga Buddhi Co.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO.:   4:20-cv-05640-YGR-TSH <br><br> **MOTION TO WITHDRAW AS ATTORNEY** <br><br> Hon. Yvonne Gonzalez Rogers |

TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I, John Notar, motion this Court to withdraw my appearance as attorney of record for third-party respondent Yoga Buddhi Co. in the above-captioned action. The undersigned is in the process of closing their private practice to accept a position with a state government agency and will no longer be available to represent clients in private matters. I have given Yoga Buddhi Co. written notice reasonably in advance, and they shall obtain substitute counsel of record in this action.

Respectfully submitted,

Dated:  May 9, 2025            *s/ John Notar*
                               Attorney for YOGA BUDDHI CO.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Email: jacknotarlaw@gmail.com



2
MOTION TO SUPPRESS STATEMENTS AND FRUITS OF UNLAWFUL STOP AND SEARCH