| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Thomas S. Hixson |

Pursuant to the Court's Order of May 30, 2025 (Dkt. 1631), Apple provides notice that it is lodging the following documents with the Court in camera:

1. Privilege Log Entry 2522 (PRIV-APL-EG_00053805) and its attachments, Entries 2523 (PRIV-APL-EG_00053811) and 2524 (PRIV-APL-EG_00053812);

2. Privilege Log Entry 2525 (PRIV-APL-EG_00053820) and its attachments, Entries 2526 (PRIV-APL-EG_00053827) and 2527 (PRIV-APL-EG_00053828);

3. Privilege Log Entry 665 (PRIV-APL-EG_00071845);

4. Privilege Log Entry 1166 (PRIV-APL-EG_00081510) and its attachment, Entry 1167 (PRIV-APL-EG_00081528);

5. Privilege Log Entry 1301 (PRIV-APL-EG_00082600) and its attachment, Entry 1302 (PRIV-APL-EG_00082606); and

6. Privilege Log Entry 79 (PRIV-APL-EG_00150104).

Apple further clarifies that Entries 2522 (PRIV-APL-EG_00053805) and 2525 (PRIV-APL-EG_00053820) were withheld in their entirety, not redacted.

Dated: June 3, 2025                                    Respectfully submitted,

                                                       By: __/s/ Mark A. Perry_____

                                                       Mark A. Perry
                                                       *Attorney for Apple Inc.*