# EXHIBIT A
# (Redacted)

| Production Bates of Parent Document (Folder Title) | Doc Number | PRODBEG | PRODEND | Custodians | Document Date | Document Time | From | To | Cc | Subject | OriginalName | Redact or Withhold | PrivilegeType | Privilege Description | Additional Privilege Context | Attorneys, Legal Staff, and Employees acting at the direction of counsel | Special Master Determinations (Priv - Yes; Priv - No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APL-EG_10952292; APL-EG_11573531 | 58 | APL-EG_10952292; APL-EG_11573531 | APL-EG_10952295; APL-EG_11573534 | Ajemian, Peter | 2024-01-02 | 18:03:09 | Peter Ajemian ██████ | Archelle Thelemaque ██████ | | Re: Q on commission changes | 20240102-1003 Re: Q on commission changes.eml | Redact | AttorneyClient | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for link format and buttons. | | Ling Lew (Apple in-house counsel) | Yes |
| PRIV-APL-EG_00065496 | 98 | PRIV-APL-EG_00065503 | PRIV-APL-EG_00065514 | Ajemian, Peter | 2024-01-02 | 17:48:02 | Adam Dema ██████ | Archelle Thelemaque ██████ | | Fwd: Checking in: Wisconsin | Fwd: Checking in: Wisconsin.eml | Redact | AttorneyClient | Email with redacted text providing legal advice from counsel regarding injunction compliance press and communications legal strategy. | Redacted portions contain legal advice related to PR communications. | Curtis Box (Apple in-house counsel); Jennifer Brown (Apple in-house counsel) | Yes |