# EXHIBIT A
# (Redacted)

PRIVILEGE LOG ENTRIES

| Production Bates of Parent Document (Folder Title) | Doc Number | Production Bates Beginning | Production Bates End | Custodians | Document Date | Document Time | From | To | Cc | Bcc | Subject | OriginalName | Redact or Withhold | PrivilegeType | PrivilegeDescription | Additional Privilege Context | Attorneys, Legal Staff, and Employees Acting at the Direction of counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-APL-EG_00150760 | 224 | PRIV-APL-EG_00150760 | PRIV-APL-EG_00150761 | Oliver, Carson | 2024-01-13 | | Alex Roman | Nate Barton; Jen Brown | | | Re: Wisconsin PC Deck | 20240114-2220 Re: Wisconsin PC Deck.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding Price Committee decks related to U.S. Link Entitlement | | Jennifer Brown (Apple in-house counsel); Ling Lew (Apple in-house counsel) |
| PRIV-APL-EG_00230040 | 8173 | PRIV-APL-EG_00230040 | PRIV-APL-EG_00230041 | Oliver, Carson; Barton, Nate | 2023-07-03 | 20:05:34 | Nate Barton | Timothy Kim | Ling Lew; Chip Canter; Sean Cameron; Jason Cody; Lacey Elmore; Carson Oliver; Jennifer Brown | | Re: Privileged & Confidential: Wisconsin Entitlement & VPP/NPP | 20230703-2005 Re: Privileged & Confidential: Wisconsin Entitlement & VPP-.eml | Withhold | Attorney Client | Email chain providing legal advice from counsel regarding injunction compliance and U.S. Link Entitlement program eligibility. | Request to legal counsel regarding US entitlement. | Jennifer Brown (Apple in-house counsel); Lacey Elmore (Apple in-house counsel); Ling Lew (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Jason Cody (Apple in-house counsel) |
| PRIV-APL-EG_00230063 | 8180 | PRIV-APL-EG_00230063 | PRIV-APL-EG_00230063 | Oliver, Carson | 2023-06-08 | 02:51:14 | Sean Cameron | Carson Oliver | | | Wisconsin pitch | 20230608-0251 Wisconsin pitch.eml | Withhold | Attorney Client | Email providing information for the purpose of rendering legal advice to employees acting under the direction of counsel regarding injunction compliance analysis of commission rate | | Sean Cameron (Apple in-house counsel) |
| PRIV-APL-EG_00246004 | 9799 | PRIV-APL-EG_00246004 | PRIV-APL-EG_00246006 | Schiller, Phil; Robbin, Jeff | 2021-11-14 | 23:30:42 | Phil Schiller | Sean Cameron; Jeff Robbin | | | Re: Single link out proposal | 20211114-1530 Re: Single link out proposal.eml | Withhold | Attorney Client | Email chain providing legal advice from counsel regarding injunction compliance requirements for link format and buttons | | Document includes content that Apple legal weighed in on |
| PRIV-APL-EG_00227845 | 7825 | PRIV-APL-EG_00227845 | PRIV-APL-EG_00227848 | Oliver, Carson | 2023-05-12 | 15:48:01 | | | | | | Message_CarsonOliver_2023-05-12_15-48-01.pdf | Withhold | Attorney Client; Work Product | Document reflecting information for the purpose of obtaining legal advice from counsel regarding injunction compliance analysis of commission rate, prepared in anticipation or furtherance of litigation | Financial impact modeling at direction of Sean and Ling Lew | Ling Lew (Apple in-house counsel); |
| PRIV-APL-EG_00174839 | 2622 | PRIV-APL-EG_00174839 | PRIV-APL-EG_00174849 | Goldberg, Marni | 2023-04-04 | 18:02:00 | | | | | | 040423 Epic meeting injunction.docx | Withhold | Attorney Client | Document reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | This should be fully withheld because it reflects a number of issues pertinent to injunction compliance. So although i selected one, the privilege log description should be much broader. | Document reflecting legal advice from Apple legal |
| PRIV-APL-EG_00257413 | 10952 | PRIV-APL-EG_00257413 | PRIV-APL-EG_00257413 | Oliver, Carson; Kosmynka, Trystan; Thai, Ann | 2023-05-30 | 01:19:29 | Ann Thai | Sean Cameron; Ling Lew; Trystan Kosmynka; Jennifer Brown; Carson Oliver | | | Re: Epic injunction (Project Wisconsin) -- rules for entitlement agreement | 20230529-1819 Re: Epic injunction (Project Wisconsin) -- rules for entitle.eml | Withhold | Attorney Client | Email chain reflecting legal advice from counsel regarding injunction compliance requirements for user design and interface | Email chain suffused with legal advice requested from and rendered by counsel re options for link out design in light of court ruling | Jennifer Brown (Apple in-house counsel); Sean Cameron (Apple in-house counsel); Ling Lew (Apple in-house counsel) |