GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant
Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S NOTICE OF LODGING** <br><br> The Honorable Thomas S. Hixson |

Pursuant to the Discovery Order of April 18, 2025 (Dkt. 1468) (the "Discovery Order"), Plaintiff Epic Games, Inc. hereby gives notice that the Parties have jointly lodged or caused to be lodged in hard-copy binders the following documents:

- Dkt. 1615
- Dkt. 1615-1
- Dkt. 1616
- Dkt. 1616-1
- Dkt. 1616-2
- Dkt. 1623
- Dkt. 1624
- Dkt. 1637
- Dkt. 1637-1
- Dkt. 1637-2
- Dkt. 1637-3

Dated: June 6, 2025         /s/ Michael J. Zaken

                            Michael J. Zaken
                            *Attorney for Epic Games, Inc.*