UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-05640-YGR (TSH)<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 1206, 1212, 1376, 1386 |

Apple's motion to seal at ECF No. 1206 is **GRANTED**. With respect to Epic's motion at ECF No. 1212, Apple's proposed order at ECF No. 1258-4 is **GRANTED**. With respect to Epic's motion at ECF No. 1376, Apple's proposed order at ECF No. 1402-3 is **GRANTED**. With respect to Epic's motion at ECF No. 1386, Apple's proposed order at ECF No. 1413-3 is **GRANTED**.

　　**IT IS SO ORDERED.**

Dated: June 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge