GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **EPIC GAMES, INC.'S STATEMENT PURSUANT TO DISCOVERY ORDER** <br><br> Courtroom: 1, 4th Floor <br> Judge: Hon. Thomas S. Hixson |

1    Pursuant to ECF No. 1641, Epic Games, Inc. ("Epic") hereby files this statement resolving
2  the dispute regarding Entry Nos. 5358 (PRIV-APL-EG_00202671), 5359 (PRIV-APL-
3  EG_00202678) and 5360 (PRIV-APL-EG_00202679) as follows: (i) Apple will produce Entry
4  No. 5358 (PRIV-APL-EG_00202671) with a single redaction that matches the redaction Apple
5  has applied to PRIV-APL-EG_00129730 (*see* Dkt. 1525); and (ii) Apple will produce the child
6  attachments, Entry Nos. 5359 (PRIV-APL-EG_00202678) and 5360 (PRIV-APL-EG_00202679),
7  without redaction.  Apple has agreed to the above outlined resolution regarding all three
8  documents, and no further action by the Court is therefore necessary as to these documents.

EPIC GAMES, INC.'S STATEMENT
PURSUANT TO DISCOVERY ORDER            1            CASE NO. 4:20-CV-05640-YGR-TSH

1 | Dated: June 12, 2025

Respectfully submitted,

By: ‎ /s/ *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

          */s/ Yonatan Even*
          Yonatan Even

PURSUANT TO DISCOVERY ORDER　　　3　　　CASE NO. 4:20-CV-05640-YGR-TSH