1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR-TSH |
| Plaintiff, Counter-defendant | **[PROPOSED] ORDER RE: APPLE INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE** |
| v. | |
| APPLE INC., | |
| Defendant, Counterclaimant | The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, Apple Inc. ("Apple") has filed a Motion for Relief from Nondispositive Order of a Magistrate Judge (the "Motion").

Having considered the Motion, all associated documents, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Apple's motion is **GRANTED**. Accordingly,

(1) Apple's privilege assertions over the following documents are sustained: PRIV-APL-EG_00081510, PRIV-APL-EG_00081528, PRIV-APL-EG_00203226, PRIV-APL-EG_00223363, PRIV-APL-EG_00197335, PRIV-APL-EG_00012488, PRIV-APL-EG_00012501, PRIV-APL-EG_00012502, PRIV-APL-EG_00062521, PRIV-APL-EG_00063590, PRIV-APL-EG_00042478, PRIV-APL-EG_00229528, PRIV-APL-EG_00082600, PRIV-APL-EG_00208165, APL-EG_11573531, PRIV-APL-EG_00065503, PRIV-APL-EG_00187813, PRIV-APL-EG_00187176, PRIV-APL-EG_00215290, PRIV-APL-EG_00081510, PRIV-APL-EG_00081528, PRIV-APL-EG_00194000.

**IT IS SO ORDERED.**

Dated: _____, 2025

                                              _____
                                              The Honorable Yvonne Gonzalez Rogers
                                              United States District Court Judge