| | |
|---|---|
| DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>MORGAN D. MACBRIDE, SBN 301248<br>morgan.macbride@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044<br>Facsimile: 650.802.3100 |

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**APPLE INC.'S NOTICE OF LODGING**<br><br>The Honorable Yvonne Gonzalez Rogers |

In support of its Motion for Relief from Nondispositive Pretrial Orders of Magistrate Judge, Apple Inc. ("Apple") hereby gives notice that it is lodging, concurrently herewith, the following:

1. Privilege Log Entry 58 (APL-EG_11573531);

2. Privilege Log Entry 645 (PRIV-APL-EG_00012463) and its attachments, Privilege Log Entries 646 (PRIV-APL-EG_00012485), 642 (PRIV-APL-EG_00012488), 647 (PRIV-APL-EG_00012489), 643 (PRIV-APL-EG_00012501), 644 (PRIV-APL-EG_0012502), 648 (PRIV-APL-EG_0012503), and 649 (PRIV-APL-EG_00012522);

3. Privilege Log Entry 1698 (PRIV-APL-EG_00042469) and its attachment, Privilege Log Entry 1699 (PRIV-APL-EG_00042478);

4. Privilege Log Entry 2891 (PRIV-APL-EG_00062509) and its attachment, Privilege Log Entry 2892 (PRIV-APL-EG_00062521);

5. Privilege Log Entry 2937 (PRIV-APL-EG_00063578) and its attachment, Privilege Log Entry 2938 (PRIV-APL-EG_00063590);

6. Privilege Log Entry 60 (PRIV-APL-EG_00065503);

7. Privilege Log Entry 1166 (PRIV-APL-EG_00081510) and its attachment, Privilege Log Entry 1167 (PRIV-APL-EG_00081528);

8. Privilege Log Entry 1301 (PRIV-APL-EG_00082600);

9. Privilege Log Entry 3607 (PRIV-APL-EG_00187176);

10. Privilege Log Entry 3679 (PRIV-APL-EG_00187811) and its attachment, Privilege Log Entry 3680 (PRIV-APL-EG_00187813);

11. Privilege Log Entry 4423 (PRIV-APL-EG_00194000);

12. Privilege Log Entry 4702 (PRIV-APL-EG_00197335);

13. Privilege Log Entry 5408 (PRIV-APL-EG_00203226);

14. Privilege Log Entry 5900 (PRIV-APL-EG_00208165);

15. Privilege Log Entry 6600 (PRIV-APL-EG_00215290);

16. Privilege Log Entry 7469 (PRIV-APL-EG_00223363); and

17. Privilege Log Entry 8067 (PRIV-APL-EG_00229528).

Apple is lodging rather than filing these documents under seal, because if the Court grants Apple's motion in whole or in part, Epic should no longer have access to these documents through CM/ECF.

Dated: June 24, 2025                                     Respectfully submitted,

By: __/s/ *Mark A. Perry*_____

Mark A. Perry
*Attorney for Apple Inc.*