[PROPOSED] Order

Plaintiffs in *Coronavirus Reporter Corporation v. Apple*, No. 24-cv-8660, have filed an administrative motion to consider whether the following cases should be related pursuant to Civil L.R. 3-12:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Epic Games, Inc. v. Apple Inc.* | 4:20-cv-5640 | 08/13/2020 |
| *Coronavirus Reporter Corp., et al., v. Apple Inc.* | 3:24-cv-8660 | 03/05/2024 |
| *Proton AG. v. Apple, Inc.* | 3:25-cv-5450 | 06/20/2025 |

The Court, having considered Plaintiffs' motion and the papers submitted in support thereof, GRANTS the motion to relate the above captioned cases to the low-numbered action, *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-5640. Each of the actions shall now be assigned to the undersigned judge. All future filings are to bear the initials "YGR." Unless otherwise ordered, any dates for hearing noticed motions in the newly related cases are vacated and must be re-noticed by the moving party before the newly-assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in each of the above-referenced actions.

IT IS SO ORDERED

DATED: __

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE