# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 14, 2025 | **Time:** 15 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic v. Apple | |

**Attorney for Plaintiff:** Gary Andrew Bornstein and Yonatan Even; via Zoom
**Attorney for Defendant:** Cynthia Richman and Mark A. Perry; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco    **Court Reporter:** Not reported

## PROCEEDINGS

Status Conference – held via Zoom videoconference.

Court met with counsel regarding outstanding discovery motions. Parties to meet and confer and report back to the Court.