UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No.20-cv-05640-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 1658 |

You are hereby notified that in light of the above stipulation and appeal, for administrative purposes, the Unresolved Motions are deemed terminated to be revived (if necessary) upon resolution of proceedings before the Ninth Circuit and with consultation of the undersigned.

Dated: July 24, 2025

                                      Mark B. Busby
                                      Clerk, United States District Court

                                      By: _____
                                      Edwin Angelo A. Cuenco, Deputy Clerk to the
                                      Honorable YVONNE GONZALEZ ROGERS
                                      5106373540