UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>   Plaintiff and Counter-Defendant,<br><br>      v.<br><br>**APPLE INC.,**<br><br>   Defendant and Counterclaimant. | Case No. 4:20-cv-05640-YGR<br><br>**ORDER RE PENDING MOTIONS TO SEAL** |

Pending before the Court are fifteen motions to seal.[1] Those motions ostensibly contain Apple, Inc., Epic Games, Inc., and third parties' sensitive information and are dated.

To expedite resolution and conserve judicial resources, Apple and Epic Games shall review each request and jointly advise the Court whether a request is (i) maintained, (ii) withdrawn, or (iii) modified. To the extent the parties maintain their previous designations, the parties shall file an omnibus sealing stipulation consistent with section 12 of the Court's Standing Order, by no later than **August 12, 2025**.

IT IS SO ORDERED.

Dated: July 29, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] The pending motions to seal are Dkt. Nos. 872, 893, 916, 922, 926, 1035, 1067, 1152, 1304, 1327, 1329, 1355, 1366, 1543, and 1621.