| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone:  (415) 591-7500<br>Facsimile:  (415) 591-7510<br><br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravath.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>MICHAEL J. ZAKEN (*pro hac vice*)<br>mzaken@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>375 Ninth Avenue<br>New York, New York 10001<br>Telephone:  (212) 474-1000<br>Facsimile:  (212) 474-3700<br><br>*Attorneys for Plaintiff Epic Games, Inc.* | DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>MARK A. PERRY, SBN 212532<br>mark.perry@weil.com<br>JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)<br>joshua.wesneski@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Facsimile: 202.857.0940<br><br>*Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>          Plaintiff, Counter-defendant,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLAIMS FOR ATTORNEYS' FEES AND COSTS**<br><br>Courtroom:  1, 4th Floor<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

WHEREAS, the Ninth Circuit has ruled that Apple Inc. ("Apple") is entitled to recover certain attorneys' fees and costs pursuant to the indemnification provision of the Developer Program License Agreement (*Epic Games, Inc. v. Apple, Inc.*, 67 F.4th 946, 1004 (9th Cir. 2023)), and this Court thereafter denied Apple's Motion for Entry of Judgment on its indemnification counterclaim (Dkt. 876) without prejudice (Dkt. 1508, at 72-73);

WHEREAS, this Court has ruled that Epic Games, Inc. ("Epic") is entitled to recover certain attorneys' fees and costs in connection with the proceedings and discovery regarding its Motion to Enforce Injunction (Dkt. 1508, at 76);

WHEREAS, this Court has directed the parties to meet-and-confer regarding the amounts of attorneys' fees and costs each of them may recover pursuant to these rulings;

WHEREAS, the parties have met and conferred by telephone and e-mail, and have exchanged information regarding their respective claims for attorneys' fees and costs; and

WHEREAS, the parties seek to resolve all pending claims for attorneys' fees and costs without the need for further litigation;

**THEREFORE, IT IS STIPULATED AND AGREED THAT**:

1.     Apple and Epic have reached agreement regarding the satisfaction of Apple's counterclaim for indemnification (Dkt. 66, at 63–64), including the Ninth Circuit's requirement that Epic pay "Apple's attorney fees incurred in this litigation [that] can be fairly attributed to Epic's breach of the DPLA" (*Epic Games*, 67 F.4th at 1004 n.24), and Apple will not renew its Motion for Entry of Judgment on this counterclaim (Dkt. 876) or otherwise seek further relief from the Court on this claim.

2.     Apple and Epic have reached agreement regarding the satisfaction of Epic's entitlement under this Court's April 30, 2025 order to reimbursement "in the amount of the full cost of the special masters' review and Epic's attorneys' fees on [the privilege re-review] issue alone

through approximately May 15, 2025, the anticipated date of completion" (Dkt. 1508, at 76), and Epic will not seek further relief from the Court on this award.

3. The parties jointly acknowledge that this stipulation fully and finally resolves any and all claims or issues regarding attorneys' fees and costs relating to this litigation through the date this stipulation is filed.

Respectfully submitted,

Dated: August 1, 2025

By: /s/ *Paul J. Riehle*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: August 1, 2025

By:  /s/ *Mark A. Perry*

**WEIL, GOTSHAL & MANGES LLP**
  Mark A. Perry
  Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER LLP**
  Daniel G. Swanson
  Cynthia E. Richman
  Julian W. Kleinbrodt

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:_____

_____
HON. YVONNE GONZALEZ ROGERS

**E-FILING ATTESTATION**

I, Mark Perry, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Mark A. Perry

Mark A. Perry