PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (pro hac vice)
gbornstein@cravath.com
YONATAN EVEN (pro hac vice)
yeven@cravath.com
LAUREN A. MOSKOWITZ (pro hac vice)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (pro hac vice)
mzaken@cravath.com
M. BRENT BYARS (pro hac vice)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>    Plaintiff, Counter-defendant<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant | Case No. 4:20-cv-05640-YGR-TSH<br><br>**JOINT NOTICE WITH RESPECT TO UNRESOLVED SEALING MOTIONS**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Your Honor's Order of July 29, 2025 (Dkt. No. 1660), Epic Games, Inc. ("Epic")
2    and Apple Inc. ("Apple") jointly state as follows:
3    Apple is maintaining in full its sealing applications at Dkt. Nos. 872, 893, 1067, 1329, 1543.
4    Epic takes no position on its administrative motions to consider whether another party's material
5    should be sealed, Dkt. Nos. 1152, 1304, 1355, and 1621. Apple is maintaining in full its statements in
6    support of these motions at Dkt. Nos. 1186, 1341, 1378, and 1638, respectively.
7    Apple is modifying its sealing application at Dkt. No. 916 to reflect that certain information has
8    now been made public. Apple is modifying its proposed redactions in Dkt. Nos. 916-3, 916-5, and 916-
9    7. The modified redactions are indicated in the versions attached to the parties' sealing stipulation.
10   Epic takes no position on its administrative motions to consider whether another party's material
11   should be sealed at Dkt. Nos. 922 and 926. Apple is modifying its statement in support of these motions,
12   *see* Dkt. No. 933, to reflect that certain information has now been made public. Apple is modifying its
13   proposed redactions in Dkt. Nos. 922-1, 922-2, 926-1, and 926-2. The modified redactions are indicated
14   in the versions attached to the parties' sealing stipulation.
15   Epic is withdrawing its sealing request with respect to Dkt. No. 1035-1. Apple is modifying its
16   statement in support of sealing Dkt. No. 1035-2, *see* Dkt. No. 1037, to reflect that certain information
17   has now been made public. The modified redactions are indicated in the version attached to the parties'
18   sealing stipulation.
19   Apple is withdrawing its sealing application at Dkt. No. 1327 solely on the basis of the Court's
20   ruling denying Apple's motion to strike the redacted text from the record (*see* Dkt. No. 1508). Apple
21   maintains and does not waive its assertion of privilege over that material and reserves all rights to appeal
22   or otherwise challenge the Court's ruling.
23   Epic's Administrative Motion to Seal certain text in its Opposition to Apple's Motion to Strike,
24   *see* Dkt. No. 1366, is withdrawn in light of the Court's ruling denying Apple's motion to strike the
25   redacted text from the record, *see* Dkt. No. 1508. Apple's statement in support of sealing is withdrawn
26   for the same reason. *See* Dkt. No. 1384. Apple maintains and does not waive its assertion of privilege
27   over that material and reserves all rights to appeal or otherwise challenge the Court's ruling.
28


Dated: August 12, 2025

Respectfully submitted,

By: *Mark A. Perry*
Mark A. Perry

**WEIL, GOTSHAL & MANGES LLP**
Mark A. Perry
mark.perry@weil.com
Joshua M. Wesneski
joshua.wesneski@weil.com

2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

**GIBSON, DUNN & CRUTCHER LLP**
Cynthia E. Richman
crichman@gibsondunn.com

1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Apple Inc.*

| | |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted, |
| | By: ___*Gary A. Bornstein*___ |

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (pro hac vice)
gbornstein@cravath.com
Yonatan Even (pro hac vice)
yeven@cravath.com
Lauren A. Moskowitz (pro hac vice)
lmoskowitz@cravath.com
Justin C. Clarke (pro hac vice)
jcclarke@cravath.com
Michael J. Zaken (pro hac vice)
mzaken@cravath.com
M. Brent Byars (pro hac vice)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*

**E-FILING ATTESTATION**

I, Mark Perry, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Mark A. Perry*

Mark A. Perry