PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M St NW.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, Counter-defendant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH <br><br> **OMNIBUS SEALING STIPULATION ON UNDISPUTED SEALING REQUESTS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 7-11 and 79-5, Section 12 of this Court's Standing Order regarding Post-Briefing Omnibus Sealing Procedures, and Your Honor's Order Regarding Pending Motions to Seal (Dkt. No. 1660), Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with the following filings:

1. Apple's Motion for Entry of Judgment on Indemnification Counterclaim and supporting papers (filed under seal at Dkt. No. 872);

2. Apple's Reply in Support of Apple's Motion for Entry of Judgment on Indemnification Counterclaim and supporting papers (filed under seal at Dkt. No. 893);

3. Apple's Opposition to Epic's Motion to Enforce Injunction and supporting papers (filed under seal at Dkt. No. 916);

4. Epic's Reply Memorandum in Support of Epic's Motion to Enforce Injunction and supporting papers (filed under seal at Dkt. No. 922);

5. Epic's Corrected Reply Memorandum in Support of Epic's Motion to Enforce Injunction and supporting papers (filed under seal at Dkt. No. 926);

6. Epic's Opposition to Apple's Motion to Modify Order Regarding Witness Communications and supporting papers (filed under seal at Dkt. No. 1035);

7. December 9, 2024 Joint Case Management Statement (filed under seal at Dkt. No. 1067);

8. Joint Status Report Re Special Master Review and supporting papers (filed under seal at Dkt. No. 1152);

9. Epic's Motion for Relief From a Nondispositive Pretrial Order of a Magistrate Judge and supporting papers (filed under seal at Dkt. No. 1304);

10. Apple's Motion to Strike Certain Hearing Testimony and supporting papers (filed under seal at Dkt. No. 1327);

11. Apple's Response to Order Regarding Discovery Sanctions and supporting papers (filed under seal at Dkt. No. 1329);

12. Epic's Response to Apple's Opposition to Discovery Sanctions and supporting papers (filed under seal at Dkt. No. 1355);

13. Epic's Opposition to Apple's Motion to Strike Testimony and supporting papers (filed under seal at Dkt. No. 1366);

14. The Parties' exhibits admitted during the evidentiary hearing held on February 24–26, 2025 (filed under seal at Dkt. No. 1543);

15. Epic's Motion for Relief From a Nondispositive Pretrial Order of a Magistrate Judge (filed under seal at Dkt. No. 1621);

## I.    Apple's Justification for Requested Sealing

These filings contain a variety of confidential information of the type this Court has previously allowed to remain sealed in this case and of which courts in this District routinely authorize sealing.  The general categories of information at issue are listed below, and the following table identifies each of the documents at issue with the particular grounds for the sealing request:

- Apple's internal billing policies, processes, and systems for conducting litigation and managing vendor billing;

- negotiations with Apple's vendors during this litigation;

- financial data relating to costs expended by Apple in this litigation;

- financial analysis, research, and decision-making about pricing;

- business codenames regarding ongoing confidential projects;

- injunction compliance plans;

- document review protocols drafted by outside counsel and internal Apple legal guidance drafted by in-house counsel (with the input of outside counsel); and

- personal identifying information.

Apple operates in an intensely competitive environment, and thus has taken extensive measures to protect the confidentiality of its information. Public access to this information could cause Apple economic harm and put it at a disadvantage with competitors.

Epic takes no position on the justifications set forth by Apple above or the sealing requests made by Apple below .

## II.    Sealing Requests

All of the sealing motions at Dkt. Nos. 872, 893, 916, 922, 926, 1035, 1067, 1152, 1304, 1327, 1329, 1355, 1366, 1543, and 1621 were unopposed.[1]

| UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR WITH REDACTIONS | | | | | |
|---|---|---|---|---|---|
| Dkt. No. | Sealing Party[2] | Portion to be Sealed | Description | Sealing Basis[3] (Supporting Declaration) | Previously Sealed |
| 872-3 | Apple | Redacted as reflected in the highlighted text | Apple's Motion for Entry of Judgment | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor | No |

---

[1] To the extent it is not explicitly stated as a basis for sealing, Apple requests that all Personally Identifiable Information ("PII") present in any of the documents discussed herein is maintained under seal. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data.

[2] "Sealing Party" refers to the party seeking to seal the material described herein, irrespective of which party originally filed the information under seal.

[3] Each "sealing basis" described in this stipulation is the representation of the "sealing party."

| | | | | billing; (2) negotiations with each of Apple's vendors during the Epic matter; and/or (3) financial information relating to costs expended by Apple in the *Epic* litigation contained in Motion. (Dkt. No. 872-1) | |
|---|---|---|---|---|---|
| 872-4 | Apple | Redacted as reflected in the highlighted text | Declaration of Mark Rollins | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; (2) negotiations with each of Apple's vendors during the Epic matter; and/or (3) financial information relating to costs expended by Apple in the *Epic* litigation contained in declaration. (Dkt. No. 872-1) | No |
| 872-5 | Apple | Redacted as reflected in the highlighted text | Declaration of Carlyn Irwin | Competitively sensitive, non-public information regarding | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; (2) negotiations with each of Apple's vendors during the Epic matter; and/or (3) financial information relating to costs expended by Apple in the *Epic* litigation contained in declaration. (Dkt. No. 872-1) | |
| 872-6 | Apple | Redacted as reflected in the highlighted text | Ex. B to Irwin Declaration | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; (2) negotiations with each of Apple's vendors during the Epic matter; and/or (3) financial information relating to costs expended by Apple in the *Epic* litigation contained in | No |

| | | | | exhibit. (Dkt. No. 872-1) | |
|---|---|---|---|---|---|
| 872-7 | Apple | Redacted as reflected in the highlighted text | Ex. C to Irwin Declaration | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; and/or (2) financial information relating to costs expended by Apple in the *Epic* litigation contained in exhibit. (Dkt. No. 872-1) | No |
| 872-8 | Apple | Entire document | Ex. E to Irwin Declaration | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; and/or (2) financial information relating to costs expended by Apple in the *Epic* litigation contained in exhibit. (Dkt. No. 872-1) | No |

| 872-9 | Apple | Redacted as reflected in the highlighted text | Declaration of Richard M. Pearl | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; and/or (2) financial information relating to costs expended by Apple in the *Epic* litigation contained in declaration. (Dkt. No. 872-1) | No |
| 872-10 | Apple | Redacted as reflected in the highlighted text | Ex. A to Pearl Declaration | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; and/or (2) financial information relating to costs expended by Apple in the *Epic* litigation contained in declaration. (Dkt. No. 872-1) | No |

| 893-3 | Apple | Redacted as reflected in the highlighted text | Apple's Reply in Support of Motion for Entry of Judgment | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; and/or (2) financial information relating to costs expended by Apple in the *Epic* litigation contained in Reply. (Dkt. No. 893-1) | No |
| 893-4 | Apple | Redacted as reflected in the highlighted text | Supplemental Declaration of Mark Rollins | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; and/or (2) financial information relating to costs expended by Apple in the *Epic* litigation contained in declaration. (Dkt. No. 893-1) | No |

| 1067-3 | Apple | Redacted as reflected in the highlighted text | Case Management Statement | Competitively sensitive, non-public information regarding Apple's business codenames regarding ongoing confidential projects. (Dkt. No. 1067-1) | No |
|---|---|---|---|---|---|
| 1152-1 | Apple | Redacted as reflected in the highlighted text | Exhibit A to Joint Status Report | Competitively sensitive, non-public information regarding Apple's project codenames and its retention of outside counsel, as well as personally identifying information in the form of email addresses of Apple's employees. (Dkt. No. 1186-1) | No |
| 1304-2 | Apple | Redacted as reflected in the highlighted text | Epic Games, Inc's Motion for Relief from Nondispositive Order of a Magistrate Judge | Competitively sensitive, non-public information regarding Apple's engagement of outside legal counsel and consultants in connection with press and communications legal strategy. (Dkt. No. 1341-1) | No |
| 1304-2 | Apple | Redacted as reflected in the highlighted text | Exhibit A to Epic Games, Inc's Motion for Relief from | Exhibit A contains personally identifiable | ---- |

| | | | Nondispositive Order of a Magistrate Judge | information in the form of email addresses of Apple employees. (Dkt. No. 1341-1) | |
|---|---|---|---|---|---|
| 1329-3 | Apple | Redacted portions as reflected in the highlighted text | Apple Inc.'s Response to Order Regarding Discovery Sanctions | Apple's Response includes quotations from document review protocols drafted by outside counsel to direct the document review conducted in connection with discovery in this case and internal Apple legal guidance drafted by in house counsel (with the input of outside counsel) for the purpose of providing legal advice to Apple employees.  This information is protected by the attorney-client privilege and work-product doctrine.  (Dkt. No. 1329-1) | No |
| 1329-4 | Apple | Redacted portions as reflected in the highlighted text | Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | The Perry Declaration includes quotations from document review protocols drafted by outside counsel to direct the document review conducted in connection with discovery in this case and internal Apple | No |

| | | | | legal guidance drafted by in house counsel (with the input of outside counsel) for the purpose of providing legal advice to Apple employees. This information therefore is protected by the attorney-client privilege and work-product doctrine. (Dkt. No. 1329-1) | |
| 1329-5 | Apple | Entire document | Exhibit A to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Document review protocols drafted by outside counsel to direct the document review conducted in connection with discovery in this case and internal Apple legal guidance drafted by in house counsel (with the input of outside counsel) for the purpose of providing legal advice to Apple employees. (Dkt. No. 1329-1) | No |
| 1329-6 | Apple | Entire document | Exhibit B to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Document review protocols drafted by outside counsel to direct the document review conducted in connection with discovery in this case and internal Apple legal guidance | No |

| | | | | drafted by in house counsel (with the input of outside counsel) for the purpose of providing legal advice to Apple employees. (Dkt. No. 1329-1) | |
|---|---|---|---|---|---|
| 1329-7 | Apple | Entire document | Exhibit C to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Document review protocols drafted by outside counsel to direct the document review conducted in connection with discovery in this case and internal Apple legal guidance drafted by in house counsel (with the input of outside counsel) for the purpose of providing legal advice to Apple employees. (Dkt. No. 1329-1) | No |
| 1329-8 | Apple | Entire document | Exhibit D to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Document review protocols drafted by outside counsel to direct the document review conducted in connection with discovery in this case and internal Apple legal guidance drafted by in house counsel (with the input of outside counsel) for the purpose of providing legal advice to Apple | No |

| | | | | employees.  (Dkt. No. 1329-1) | |
|---|---|---|---|---|---|
| 1329-9 | Apple | Entire document | Exhibit K to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Document review protocols drafted by outside counsel to direct the document review conducted in connection with discovery in this case and internal Apple legal guidance drafted by in house counsel (with the input of outside counsel) for the purpose of providing legal advice to Apple employees.  (Dkt. No. 1329-1) | No |
| 1355-2 | Apple | Redacted portions as reflected in the highlighted text | Exhibit A to Epic Games' Response to Apple's Opposition to Discovery Sanctions | Contains nonpublic Apple security information, in the form of Apple web conference login and conference room information. Disclosure of the redacted information relating to non-public sensitive financial information could harm Apple's business interests and/or affect its market position. (Dkt. No. 1378-1) | No |
| 1355-3 | Apple | Redacted portions as reflected in the highlighted text | Epic Games' Response to Apple's Opposition to | Contains competitively sensitive, non-public information | No |

| | | | Discovery Sanctions | regarding Apple's financial information. Disclosure of the redacted information relating to non-public sensitive financial information could harm Apple's business interests and/or affect its market position. (Dkt. No. 1378-1) | |
|---|---|---|---|---|---|
| 1543-2 | Apple | Redacted portions as reflected in the highlighted text | CX-0009 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-3 | Apple | Redacted portions as reflected in the highlighted text | CX-0009-A | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | |
| 1543-4 | Apple | Redacted portions as reflected in the highlighted text | CX-0014 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-5 | Apple | Redacted portions as reflected in the highlighted text | CX-0015 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |

| 1543-6 | Apple | Redacted portions as reflected in the highlighted text | CX-0054 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-7 | Apple | Redacted portions as reflected in the highlighted text | CX-0202 | Contains a competitively sensitive internal project codename. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-8 | Apple | Redacted portions as reflected in the highlighted text | CX-0216 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information | No |

| | | | | consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-9 | Apple | Redacted portions as reflected in the highlighted text | CX-0223 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-10 | Apple | Redacted portions as reflected in the highlighted text | CX-0224 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | information. (Dkt. No. 1544-1) | |
| 1543-11 | Apple | Redacted portions as reflected in the highlighted text | CX-0225 | Contains a competitively sensitive internal project codename. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-12 | Apple | Redacted portions as reflected in the highlighted text | CX-0227 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-13 | Apple | Redacted portions as reflected in the highlighted text | CX-0229 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |

| 1543-14 | Apple | Redacted portions as reflected in the highlighted text | CX-0231 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-15 | Apple | Redacted portions as reflected in the highlighted text | CX-0244 | Contains information that relates to Public Relations ("PR") professionals' private text message conversations that include discussions of hiring and headcount needs, PR work in general, and personal musings, that if revealed, may cause reputational harm and undue attention toward the employees. (Dkt. No. 1544-1) | No |
| 1543-16 | Apple | Redacted portions as reflected in the highlighted text | CX-0246 | Contains information that reflects or relates to sensitive | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | business information of a third-party developer—specifically, finances and user data—which, if revealed, could impact their competitive standing. (Dkt. No. 1544-1) | |
| 1543-17 | Apple | Redacted portions as reflected in the highlighted text | CX-0257 | Contains information that relates to PR professionals' private text message conversations that include discussions of hiring and headcount needs, PR work in general, and personal musings, that if revealed, may cause reputational harm and undue attention toward the employees. (Dkt. No. 1544-1) | No |
| 1543-18 | Apple | Redacted portions as reflected in the highlighted text | CX-0264 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-19 | Apple | Redacted portions as reflected in the highlighted text | CX-0265 | Contains non-public, competitively sensitive financial information | No |

| | | | | that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. Additionally, this document contains privileged information, which has been clawed back following inadvertent production. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's class actions settlement considerations, which may be exploited. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-20 | Apple | Redacted portions as reflected in the highlighted text | CX-0266 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |

| 1543-21 | Apple | Redacted portions as reflected in the highlighted text | CX-0268 | Contains a competitively sensitive internal project codename. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. Also contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-22 | Apple | Redacted portions as reflected in the highlighted text | CX-0272 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-23 | Apple | Redacted portions as reflected in the highlighted text | CX-0279 | Contains non-public, competitively | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | |
| 1543-24 | Apple | Redacted portions as reflected in the highlighted text | CX-0281 | Contains a competitively sensitive internal project codename. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-25 | Apple | Redacted portions as reflected in the highlighted text | CX-0291 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, | No |

| | | | | estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-26 | Apple | Redacted portions as reflected in the highlighted text | CX-0384 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-27 | Apple | Redacted portions as reflected in the highlighted text | CX-0435 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-28 | Apple | Redacted portions as reflected in the highlighted text | CX-0464 | Contains information that relates to PR professionals' private text message conversations that include discussions of hiring and headcount needs, PR work in general, and personal musings, that if revealed, may cause reputational harm and undue attention toward the employees. (Dkt. No. 1544-1) | No |

| 1543-29 | Apple | Redacted portions as reflected in the highlighted text | CX-0478 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, contains a competitively sensitive internal project codename. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-30 | Apple | Redacted portions as reflected in the highlighted text | CX-0479 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-31 | Apple | Redacted portions as reflected in the highlighted text | CX-0484 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-32 | Apple | Redacted portions as reflected in the highlighted text | CX-0485 | Contains PII. Disclosure of employees' PII could jeopardize | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | |
| 1543-33 | Apple | Redacted portions as reflected in the highlighted text | CX-0486 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-34 | Apple | Redacted portions as reflected in the highlighted text | CX-0487 | Contains competitively sensitive internal project codenames. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-35 | Apple | Redacted portions as reflected in the highlighted text | CX-0488 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-36 | Apple | Redacted portions as reflected in the highlighted text | CX-0489 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal | No |

| | | | | data. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-37 | Apple | Redacted portions as reflected in the highlighted text | CX-0490 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-38 | Apple | Redacted portions as reflected in the highlighted text | CX-0496 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, contains a competitively sensitive internal project codename. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-39 | Apple | Redacted portions as reflected in the highlighted text | CX-0499 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, this document contains | No |

| | | | | privileged information. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's class actions settlement considerations, which may be exploited. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-40 | Apple | Redacted portions as reflected in the highlighted text | CX-0503 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-41 | Apple | Redacted portions as reflected in the highlighted text | CX-0505 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, this document contains privileged information. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | class actions settlement considerations, which may be exploited. (Dkt. No. 1544-1) | |
| 1543-42 | Apple | Redacted portions as reflected in the highlighted text | CX-0506 | Contains competitively sensitive internal project codenames. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. This document also contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, this document contains privileged information. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's class actions settlement considerations, which may be | No |

| | | | | | |
|---|---|---|---|---|---|
| | | | | exploited. (Dkt. No. 1544-1) | |
| 1543-43 | Apple | Redacted portions as reflected in the highlighted text | CX-0509 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-44 | Apple | Redacted portions as reflected in the highlighted text | CX-0511 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-45 | Apple | Redacted portions as reflected in the highlighted text | CX-0532 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1543-46 | Apple | Redacted portions as reflected in the highlighted text | CX-0538 | Contains competitively sensitive internal project codenames. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. This document also contains PII. Disclosure of | No |

| | | | | employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, this document contains privileged information. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's class actions settlement considerations, which may be exploited. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-47 | Apple | Redacted portions as reflected in the highlighted text | CX-0539 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, the document contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, | No |

| | | | | projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-48 | Apple | Redacted portions as reflected in the highlighted text | CX-0540 | Contains information that relates to PR professionals' private text message conversations that include discussions of hiring and headcount needs, PR work in general, and personal musings, that if revealed, may cause reputational harm and undue attention toward the employees. Additionally, this document contains privileged information. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's class actions settlement considerations, which may be exploited. (Dkt. No. 1544-1) | No |

| | | | | | |
|---|---|---|---|---|---|
| 1543-49 | Apple | Redacted portions as reflected in the highlighted text | CX-0859 | Contains privileged information. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's class actions settlement considerations, which may be exploited. (Dkt. No. 1544-1) | No |
| 1543-50 | Apple | Redacted portions as reflected in the highlighted text | CX-1103 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. Additionally, this document contains privileged information. Disclosure of this information would reveal to Apple's litigation adversaries confidential and privileged content and certain of Apple's class actions settlement considerations, which may be exploited. (Dkt. No. 1544-1) | No |

| 1543-51 | Apple | Redacted portions as reflected in the highlighted text | CX-1208 | Contains competitively sensitive internal project codenames. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-52 | Apple | Redacted portions as reflected in the highlighted text | CX-1211 | Contains competitively sensitive internal project codenames. Disclosure of confidential project codenames would harm Apple's business interests and/or aid bad actors to harm Apple, its customers, and developers. (Dkt. No. 1544-1) | No |
| 1543-53 | Apple | Redacted portions as reflected in the highlighted text | CX-1303 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, | No |

| | | | | estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | |
|---|---|---|---|---|---|
| 1543-54 | Apple | Redacted portions as reflected in the highlighted text | CX-1304 | Contains non-public, competitively sensitive financial information that would harm Apple and/or third parties if disclosed. The financial information consists of Apple finances, projections, estimates, and developer cost estimates based on proprietary information. (Dkt. No. 1544-1) | No |
| 1543-55 | Apple | Redacted portions as reflected in the highlighted text | CX-1310 | Contains PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1544-1) | No |
| 1621-2 | Apple | Redacted portions as reflected in the highlighted text | Exhibit A to Epic's Motion for Relief from a Non-Dispositive Order of a Magistrate Judge | Epic's Motion contains excerpts of Apple's privilege log, including PII. Disclosure of employees' PII could jeopardize their privacy and risk misuse of sensitive personal data. (Dkt. No. 1638) | No |

| UNDISPUTED REQUEST TO MODIFY EXTENT OF SEALING | | | | | |
|---|---|---|---|---|---|
| Dkt. No. | Sealing Party | Portion to be Sealed | Description | Sealing Basis (Supporting Declaration) | Previously Sealed |
| 916-3 | Apple | Redactions indicated in the attached version | Apple Inc.'s Opposition to Epic Games, Inc.'s Motion to Enforce Injunction | Competitively sensitive business information regarding Apple's internal financial analysis, research, and pricing decisions contained in Opposition. (Dkt. No. 916-1) | No |
| 916-5 | Apple | Redactions indicated in the attached version | Declaration of Alex Roman In Support of Apple Inc.'s Opposition | Competitively sensitive business information regarding Apple's internal financial analysis, research, and pricing decisions contained in declaration. (Dkt. No. 916-1) | No |
| 916-7 | Apple | Redactions consistent with Dkt. No. 1542-5 and indicated in the attached version | Exhibit 1 to Alex Roman Declaration | Competitively sensitive business information regarding Apple's internal financial analysis, research, and pricing decisions contained in declaration. (Dkt. No. 916-1) | No |
| 922-1 | Apple | Redactions indicated in the attached version | Reply Memorandum re Motion to Enforce Injunction | Competitively sensitive business information regarding Apple's internal financial analysis, research, and pricing decisions | No |

| | | | | contained in Epic's reply. (Dkt. No. 933-1) | |
|---|---|---|---|---|---|
| 922-2 | Apple | Redactions indicated in the attached version | Declaration of Ned S. Barnes | Competitively sensitive business information regarding Apple's internal financial analysis, research, and pricing decisions contained in expert declaration filed in support of Epic's motion. (Dkt. No. 933-1) | No |
| 926-1 | Apple | Redactions indicated in the attached version | Corrected Reply Memorandum re Motion to Enforce Injunction | Competitively sensitive business information regarding Apple's internal financial analysis, research, and pricing decisions contained in Epic's reply. (Dkt. No. 933-1) | No |
| 926-2 | Apple | Redactions indicated in the attached version | Declaration of Ned S. Barnes | Competitively sensitive business information regarding Apple's internal financial analysis, research, and pricing decisions contained in expert declaration filed in support of Epic's motion. (Dkt. No. 933-1) | No |
| 1035-2 | Apple | Redactions consistent with Dkt. No. 1542-26 and indicated in the attached version | Exhibit A to Epic's Opposition to Apple's Motion to Modify Order Regarding Witness Communications | Competitively sensitive business information regarding the hiring needs of Apple's PR department and PR strategy as | No |

| | | | | well as personally identifiable information contained in Exhibit A to Epic's motion. (Dkt. No. 1037) | |
|---|---|---|---|---|---|

Pursuant to this Court's sealing procedures detailed in Section 12 of the Standing Order, the following are attached hereto: (i) the Declarations of Mark A. Perry and Cynthia Richman supporting the requests to seal; (ii) the redacted versions of the eight documents whose sealing the parties seek to modify; and (iii) a Proposed Order On Undisputed Sealing Requests.

**IT IS SO STIPULATED**, through Counsel of Record.


Dated:  August 12, 2025                    Respectfully submitted,

                                           By:    /s/ *Gary A. Bornstein*


                                           **CRAVATH, SWAINE & MOORE LLP**

                                           Gary A. Bornstein (*pro hac vice*)
                                           gbornstein@cravath.com
                                           Yonatan Even (*pro hac vice*)
                                           yeven@cravath.com
                                           Lauren A. Moskowitz (*pro hac vice*)
                                           lmoskowitz@cravath.com
                                           Michael J. Zaken (*pro hac vice*)
                                           mzaken@cravath.com
                                           M. Brent Byars (*pro hac vice*)
                                           mbyars@cravath.com

                                           375 Ninth Avenue
                                           New York, New York 10001
                                           Telephone:  (212) 474-1000
                                           Facsimile:  (212) 474-3700

                                           *Attorneys for Plaintiff Epic Games, Inc.*

Dated:  August 12, 2025

Respectfully submitted,

By:    _/s/ Mark A. Perry_

**WEIL, GOTSHAL & MANGES LLP**
 Mark A. Perry
 Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER**
 Cynthia E. Richman

*Attorneys for Defendant Apple Inc.*

1

2

## **E-FILING ATTESTATION**

3

I, Mark Perry, am the ECF User whose ID and password are being used to file this document.  In

4

compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified

5

above has concurred in this filing.

6

7

8

9     */s/ Mark A. Perry*

10     Mark A. Perry

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28