1
DANIEL G. SWANSON, SBN 116556
    dswanson@gibsondunn.com
2
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
3
Los Angeles, CA 90071
Telephone: 213.229.7000
4
Facsimile: 213.229.7520

5
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
6
    crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
7
1700 M Street, N.W.
Washington, DC 20036
8
Telephone: 202.955.8500
Facsimile: 202.467.0539
9
JULIAN W. KLEINBRODT, SBN 302085
10
    jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
11
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
12
Telephone: 415.393.8200
Facsimile: 415.393.8306

MARK A. PERRY, SBN 212532
    mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No.
1500231; *pro hac vice*)
    joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

MORGAN D. MACBRIDE, SBN 301248
    morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
Redwood Shores Pkwy, 4th Floor
Redwood Shores, CA 94065
Telephone: 650.802.3044
Facsimile: 650.802.3100

13

14

15

16
Attorneys for Defendant APPLE INC.

17
## UNITED STATES DISTRICT COURT

18
## NORTHERN DISTRICT OF CALIFORNIA

19
## OAKLAND DIVISION

20
EPIC GAMES, INC.

21
            Plaintiff, Counter-defendant

22
v.

23
APPLE INC.,

24
            Defendant, Counterclaimant

Case No. 4:20-cv-05640-YGR-TSH

**DECLARATION OF MARK A. PERRY IN
SUPPORT OF APPLE INC.'S STATEMENT
IN SUPPORT OF MOTION TO SEAL
PORTIONS OF THE PARTIES'
EVIDENTIARY HEARING EXHIBITS**

The Honorable Yvonne Gonzalez Rogers

25

26

27

28

DECLARATION OF MARK A. PERRY ISO APPLE                    CASE NO. 4:20-CV-05640-YGR-TSH
INC.'S STATEMENT ISO MOTION TO SEAL
HEARING EXS.

I, Mark A. Perry, hereby declare as follows:

1.  I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.  I am a partner at the law firm Weil, Gotshal & Manges LLP, counsel of record for Apple Inc. ("Apple") in this case.  I am familiar with Apple's treatment of highly proprietary and confidential information based on my personal experience representing Apple.  I have personal knowledge of the facts stated below and, if called as a witness, would testify competently thereto.  I submit this declaration in support of Apple's Statement in Support of the Parties' Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5.[1]

2.  I am aware that the law of this Circuit allows information to be filed under seal for compelling circumstances.  I also understand that courts routinely seal filings where documents include non-public financial information, competitively sensitive material, internal project codenames and personally identifiable information ("PII") that may aid bad actors, attorney-client and work product privileged material, sensitive business information relating to third parties, and certain sensitive information that is not relevant to the issues before the court (here, portions of Public Relations ("PR") professionals' internal discussions).  I understand that this Court has broad latitude to prevent the public disclosure of these categories of commercially sensitive information.

3.  Apple operates in an intensely competitive environment.  Apple has serious and legitimate concerns that competitors will be quick to capitalize on any release of Apple's highly sensitive information in order to gain competitive advantage.  Similarly, bad actors may exploit non-public information to harm Apple.  As such, Apple takes extensive measures to protect the confidentiality of its information.

4.  Apple has carefully reviewed the Court's Order to file the hearing exhibits (Dkts. 1508 and 1509 at 78 n.77), including information disclosed in the Order, and now proposes to seal portions of

---

[1] Courts in the Ninth Circuit routinely grant motions to seal based on declarations of counsel.  *See, e.g.*, *In re Apple Securities Litigation*, 19-cv-02033-YGR, Dkt. 223 (N.D. Cal.); *In re Qualcomm Litig.*, No. 17-cv-00108-GPC, Dkt. 398-1 (S.D. Cal. Mar. 26, 2018); *Avago Techs. U.S. Inc. v. Iptronics Inc.*, No. 10-cv-02863-EJD, Dkt. 544 (N.D. Cal. Apr. 3, 2015); *Cisco Sys., Inc. v. OpenTV Inc.*, No. 13-cv-00282-EJD, Dkt. 76 (N.D. Cal. Oct. 8, 2013).  If the Court deems this declaration insufficient, Apple respectfully requests that it be permitted to file a further declaration supporting filing under seal.

the hearing exhibits that, if disclosed, would harm Apple, its employees, and/or a third-party developer's competitive business interests.

5. Apple seeks to partially seal the Parties' evidentiary hearing exhibits. These documents contain: (1) non-public financial information and competitively sensitive material; (2) information that could aid a bad actor; (3) attorney-client and work product privileged material; and/or (4) sensitive business information relating to third-party developers and other business partners; (5) public relations work and extraneous personal information not relevant to the hearing.

6. ***Non-public financial information and competitively sensitive material***. Apple asks the Court to seal specific, non-public, competitively sensitive financial information, the disclosure of which would harm Apple. The financial information includes Apple finances, projections, estimates, and developer cost estimates based on proprietary information. Apple also seeks to seal as competitively sensitive certain research reports which were either commissioned by or conducted by Apple to gain unique insights into its services and developers. Disclosure of this material would substantially harm Apple and its partners. Competitors who gain access to these insights could strategically exploit Apple's proprietary knowledge to undermine Apple's business plans, preempt Apple's strategic decisions, and improperly compete by replicating strategies without incurring similar research and development costs. Additionally, those with access to Apple's confidential cost analyses and research could leverage that information to negotiate more favorable terms, weakening Apple's market position. Speculative investors obtaining such sensitive data—divorced from its greater context—could misinterpret or misuse projections and internal assessments, potentially causing unnecessary volatility, investor confusion, and reputational harm to Apple.

7. ***Codenames and PII that could aid a bad actor***. Apple seeks to seal its competitively sensitive internal project codenames and personally identifiable information ("PII"). Apple operates in an intensely competitive environment and thus has taken extensive measures to protect the confidentiality of its information. Confidential codenames advance these measures. Disclosure of the information relating to confidential project codenames could harm Apple's business interests and/or aid bad actor third parties to harm Apple, its customers, and developers. Apple also seeks to seal PII, such

as employee phone numbers, email addresses, and personalized links to documents or web conference lines. Sealing is necessary here because public disclosure of this information would offer bad actors means to access Apple's confidential materials and gain unfair business insights by obtaining information Apple intended to keep confidential. Apple uses project codenames to reduce the risk of accidental disclosure of sensitive information and streamline security protocols because only cleared personnel possess the knowledge of the codenames' meaning. Disclosure of codenames in conjunction with documents discussing the associated work compromises the protective layer that prevents unauthorized disclosure. Bad actors may also leverage exposed codenames to represent themselves as legitimate internal personnel, increasing the likelihood of successful social engineering or phishing attempts. Disclosure of PII could lead to unwanted contact or harassment and harms the privacy interests of the individuals. Additionally, PII disclosure could harm Apple's business interests and/or aid bad actor third parties to harm Apple, its employees, and/or business partners by providing means for access to confidential information and could lend itself to impersonation attempts (e.g., caller ID spoofing).

8. ***Public Relations Work Planning and Extraneous Personal Information that Is Not Relevant to the Hearing***. Apple seeks to seal information that relates to PR professionals' private text message conversations that include discussions of hiring and headcount needs, PR work in general, and personal musings, that if revealed, may cause reputational harm and undue attention and harassment of the employees. Much of the information Apple seeks to seal consists of personal and private discussions between two colleagues, and none of this information has any relevance to the substantive litigation topics or the issues before the Court.

9. ***Attorney-client and work product privileged material***. Apple also seeks to seal portions of Exhibit CX-0265 that contains a legal memorandum concerning a class action settlement. Disclosure of this content would reveal to Apple's litigation adversaries Apple's confidential and privileged information and certain of Apple's class actions settlement considerations, which may be exploited in other matters.

10. ***Sensitive third-party business information***. Apple seeks to seal its information that reflects or relates to sensitive business information of a third-party developer—specifically, finances and

user data—which, if revealed, could impact their competitive standing.

11.     Below is a chart detailing the portions of the exhibits that are sealable for the reasons explained above and those described in Apple's Statement in Support of the Parties' Joint Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  Documents filed under seal reflect requested portions for sealing, indicated by yellow highlights, which are narrower than the page citations below.

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0009.10 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.11 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.13 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.14 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.15 | Price Committee Deck dated January 16, 2024 (Dkt. 916-7) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0009.10-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.11-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.13-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.14-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0009.15-A | Price Committee Deck dated January 16, 2024 (redacted) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.15 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0014.16 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.18 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.21 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.22 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.28 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.36 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0014.60 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.61 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0014.63 | Analysis Group Report (Detailed) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0015.9 | Analysis Group Report (Streamlined) | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.20 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.22 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0054.23 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.26 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.27 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.31 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.32 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.33 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0054.35 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.36 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.37 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.38 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.42 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.43 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0054.47 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0054.48 | Price Committee Deck dated January 11, 2024 | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0202.1 | Notes titled "Dynamite Regroup" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0202.2 | Notes titled "Dynamite Regroup" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0216.1 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains personal information of Apple employees. |
| CX-0216.8 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0216.11 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0216.12 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0216.13 | Text messages among K. Vij and M. Thieme with screenshots from presentations titled: "Alternative Payments With Commission"; "Alternative Payments With Commission"; "Alternative Payments With Commission (Global)" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0223.1 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains personal information of Apple employees. |
| CX-0223.7 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0223.15 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid a bad actor in obtaining commercially sensitive information. |
| CX-0223.29 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0223.30 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0223.34 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0223.35 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0223.39 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0223.40 | Email from S. Cameron to P. Schiller et al re "Wisconsin Deck – Review for Tim Meeting on 6/20" attaching presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.1 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains personal information of Apple employees. |
| CX-0224.7 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0224.15 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.16 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information concerning third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-0224.30 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.31 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.33 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.34 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0224.38 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.39 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.41 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.42 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.54 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0224.57 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0224.58 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.61 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. |
| CX-0224.64 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.65 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.66 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.67 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0224.69 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.70 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.72 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.73 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.74 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.76 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0224.77 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.78 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.79 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.80 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.83 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.84 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0224.86 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0224.87 | Email from S. Cameron attaching a presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-0225.1 | Email from S. Cameron to T. Cook re "Epic injunction – consumer warning revision" attaching presentation titled "[CONFIDENTIAL CODENAME]/Wisconsin Sheet – Copy Update" | This exhibit should be partially sealed because it contains personal information of Apple employees. |
| CX-0225.2 | Email from S. Cameron to T. Cook re "Epic injunction – consumer warning revision" attaching presentation titled "[CONFIDENTIAL CODENAME]/Wisconsin Sheet – Copy Update" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0227.10 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.11 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0227.12 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.16 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.17 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.18 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.21 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.22 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0227.23 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.24 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0227.27 | Presentation titled "App Store Price Committee – U.S Linked Transactions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0229.1 to CX-0229.2 | Email from P. Schiller to J. Brown et al re "Wisconsin Plans" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple and a link to an confidential Apple document which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0231.5 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.6 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0231.7 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.8 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.9 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.11 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.13 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.14 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects Apple's financial information concerning a third party. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0231.15 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects Apple's financial information concerning a third party. |
| CX-0231.16 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. |
| CX-0231.17 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. |
| CX-0231.18 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. |
| CX-0231.19 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0231.20 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. |
| CX-0231.21 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. |
| CX-0231.22 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning a third party. |
| CX-0231.23 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. |
| CX-0231.24 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0231.27 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.29 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0231.30 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace.  Additionally, the slide reflects financial information concerning several third parties. |
| CX-0231.31 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace.  Additionally, the slide reflects financial information concerning several  third parties. |
| CX-0231.32 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace.  Additionally, the slide reflects financial information concerning several  third parties. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0231.33 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. |
| CX-0231.34 | Presentation titled "Existing Programs and Exceptions" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, the slide reflects financial information concerning several third parties. |
| CX-0244.1 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. |
| CX-0244.3 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing that are immaterial to the proceeding. |
| CX-0244.13 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal information (identity of a child) that are immaterial to the proceeding. |
| CX-0244.33 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (identity of a spouse) that is immaterial to the proceeding. |
| CX-0244.51 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. |
| CX-0244.52 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0244.53 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. |
| CX-0244.54 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. |
| CX-0244.55 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. |
| CX-0244.56 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations copy writing work that is immaterial to the proceeding. |
| CX-0244.62 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (identity of a spouse and birthday of grandfather) that is immaterial to the proceeding. |
| CX-0244.63 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (personal musings relating to grandfather-child relationship) that is immaterial to the proceeding. |
| CX-0244.64 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (personal musings relating to grandfather-child relationship) that is immaterial to the proceeding. |
| CX-0244.65 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal information (personal musings relating to grandfather-child relationship) that is immaterial to the proceeding. |
| CX-0244.86 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing that are immaterial to the proceeding. |
| CX-0244.87 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0244.88 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. |
| CX-0244.89 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. |
| CX-0244.91 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. |
| CX-0244.95 | Text Messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. |
| CX-0246.1 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0246.2 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0246.3 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0246.4 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. Additionally, contains personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0246.6 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information relating to third parties or concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. |
| CX-0246.8 to CX-0246.12 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information relating to third parties or concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0246.14 to CX-0246.17 | Email from C. Canter to S. Cameron, L. Lew, and J. Cody, copying C. Oliver et al, re "Privileged & Confidential - Fwd: Bumble Inc Alternative Billing Program Learnings for App Store" attaching presentation titled "Bumble Inc x Alternative Payment Learnings for App Store": "Bumble" | This exhibit should be partially sealed because it contains financial and other private information relating to third parties or concerning the business of third parties, which could put the third party at a competitive disadvantage in the marketplace, if publicly disclosed. |
| CX-0257.1 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. |
| CX-0257.9 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. |
| CX-0257.10 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. |
| CX-0257.11 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, staffing, and personal details that are immaterial to the proceeding. |
| CX-0257.26 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |
| CX-0257.27 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |
| CX-0257.28 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |
| CX-0257.29 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |
| CX-0257.30 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0257.35 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |
| CX-0257.36 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |
| CX-0257.37 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work and staffing details that are immaterial to the proceeding. |
| CX-0257.39 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. |
| CX-0257.48 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains personal details that are immaterial to the proceeding. |
| CX-0257.56 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.57 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.58 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.59 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.60 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0257.61 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.62 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.63 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.64 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.65 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.66 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.67 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.68 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.69 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0257.70 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.71 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.72 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.73 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.74 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.75 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.76 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.77 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.78 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0257.79 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.80 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.81 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.82 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.83 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.84 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.85 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.86 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0257.87 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0257.88 | Text messages between M. Goldberg and H. Smith | This exhibit should be partially sealed because it contains discussions of public relations work, business travel, and personal details that are immaterial to the proceeding. |
| CX-0264.1 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. |
| CX-0265.1 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. |
| CX-0265.12 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.16 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.17 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains a URL to one of Apple's resources and one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0265.18 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains content protected by attorney-client privilege and work product privilege.  The document has been clawed back and reproduced. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0265.20 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.21 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.26 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. It should also be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.27 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains the non-public personally identifiable information of Apple employees, specifically in the form of phone numbers. This information warrants sealing to protect the individuals' privacy. It should also be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.28 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains content protected by attorney-client privilege and work product privilege. The document has been clawed back and reproduced. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0265.29 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.30 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0265.33 | Text messages between K. Vij and N. Barton | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0266.1 | Email from Sean L. to C. Oliver et al. re "Alternative Payments in Korea - Developer Feedback" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0268.1 to CX-0268.11 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0268.1 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0268.3 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |

DECLARATION OF MARK A. PERRY ISO APPLE INC.'S STATEMENT ISO MOTION TO SEAL HEARING EXS.

36

CASE NO. 4:20-CV-05640-YGR-TSH

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0268.5 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0268.6 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0268.7 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0268.10 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0268.12 | Email from M. Gromek to P. Schiller re "HI and Copy Updates" for Netherlands dating apps | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0272.7 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0272.8 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0272.9 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0272.10 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0272.12 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0272.13 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX_0272.14 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. |
| CX-0272.16 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0272.18 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0272.19 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. |
| CX-0272.20 | Presentation titled "Proposed responses to Epic injunction" | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. |
| CX-0279.1 to CX-0279.2 | Email from C. Oliver to S. Cameron and P. Schiller et al re "Updated Wisconsin deck for review" | This exhibit should be partially sealed because it contains personal information of Apple employees. |
| CX-0279.2 | Email from C. Oliver to S. Cameron and P. Schiller et al re "Updated Wisconsin deck for review" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0281.1 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0281.5 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0281.7 | Direct messages among M. Bihai, J. Elman, R. Onak and T. Liu | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0291.13 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0291.17 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0291.18 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0291.19 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0291.20 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0291.21 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0291.22 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0291.23 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0291.24 | Presentation with notes titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0384.1 to CX-0384.2 | Email from L. Pulchny to T. Washburn et al re "Wisconsin Prep for 6/28 Tim Mtg. Actions" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0435.1 | Meeting invitation from K. Vij to C. Oliver et al re "Wisconsin Program's Slide sync" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0464.1 | Text messages among P. Ajemian, H. Smith et al | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |

DECLARATION OF MARK A. PERRY ISO APPLE INC.'S STATEMENT ISO MOTION TO SEAL HEARING EXS.

41

CASE NO. 4:20-CV-05640-YGR-TSH

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0464.4, CX-0464.6 to CX-0464.14 | Text messages among P. Ajemian, H. Smith et al | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0478.1, CX-0478.2, CX-0478.11 | Email from M. Goldberg to C. Oliver et al re Checking in: Wisconsin | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0478.1 | Email from M. Goldberg to C. Oliver et al re Checking in: Wisconsin | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0484.1 | Email from T. Liu to M. Fischer et al re [Phil Deck] Wisconsin attaching presentation titled "Wisconsin" | This exhibit should be partially sealed because it contains personal information of Apple employees. |
| CX-0485.1 to CX-0485.2 | Meeting Invitation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0486.1, CX-0486.3 | Email from J. Cheung to P. Velamuri et al re [Notes] Weekly App Store Roadmap Sync - 12/9 | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0486.1 | Email from J. Cheung to P. Velamuri et al re [Notes] Weekly App Store Roadmap Sync - 12/9 | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0487.1 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |

DECLARATION OF MARK A. PERRY ISO APPLE
INC.'S STATEMENT ISO MOTION TO SEAL
HEARING EXS.

42

CASE NO. 4:20-CV-05640-YGR-TSH

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0487.4 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0487.5 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and two of Apple's confidential codenames, which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0487.6 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0487.7 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0487.8 | Direct Message Exchange among A. Savio, D. DuBois et al | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0488.1 to CX-0488.2 | Meeting Invitation titled "Wisconsin Business Update" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0489.1 to CX-0489.2 | Email from C. Jones to V. Vu re Adding Key Stakeholders - Epic Injunction | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0490.1 to CX-0490.5 | Email from A. Hawthorne to K. Vij et al re Wisconsin - Financials Follow-Up | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0496.1 to CX-0496.3 | Text Messages among T. Liu, M. Gromek et al | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and Apple's confidential codenames which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0499.1 | Text Messages among C. Oliver, A. Thai, and S. Cameron | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0503.1 | Text Messages among C. Oliver, M. Fischer, and N. Barton | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0505.1 to CX-505.2 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple and a link to Apple's internal documents which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0505.16 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0505.20 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0505.21 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0505.22 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0505.23 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0505.24 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0505.25 | Email from T. Washburn to M. Fischer et al re "Updated Wisconsin Deck for 6/28" attaching presentation titled "Epic Injunction Implementation" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0506.2 | Document titled "Privileged & Confidential - Wisconsin Overview" | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0509.1 to CX-0509.2 | Virtual Meeting Invitation titled "Wisconsin: Team Commission Follow-Up" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0511.1 | Text Messages between C. Oliver and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0532.1 | Email from S. Cameron to K. Adams et al re Epic Injunction Implementation | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0538.1 to CX-0538.5 | Email from J. Brown to K. Vij and T. Washburn re Updated Wisconsin Deck | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple including phone numbers and links to cloud documents, which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-0538.1 | Email from J. Brown to K. Vij and T. Washburn re Updated Wisconsin Deck | This exhibit should be partially sealed because it contains Apple's non-public financial information, competitively sensitive information, and an internal codename which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace and aid bad actors to obtain access to confidential Apple information. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0539.1 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0539.6 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0539.10 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0539.12 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0539.20 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0539.21 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0539.22 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0539.26 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace |
| CX-0539.27 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-0539.31 | Text Messages between N. Barton and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0540.1 | Text Messages among M. Goldberg, F. Sainz, H. Smith | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-0859.25 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0859.27 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.28 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace.  Additionally, this slide reflects confidential information concerning third parties. |
| CX-0859.30 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.31 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.32 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.33 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0859.37 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.39 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.40 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.42 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.43 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.44 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0859.45 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.46 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.47 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.54 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.55 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.75 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0859.76 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.77 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.78 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.79 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.81 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-0859.82 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-0859.83 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. |
| CX-0859.85 | Presentation titled "Epic Injunction Implementation Proposal" | This exhibit should be partially sealed because it contains Apple's competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally this slide includes confidential information relating to third parties |
| CX-1104 (pages 1 to 2) | Email from A. Thai to J. Brown, B. Cote, J. Phillips, T. Liu, and J. Magnani re "Fwd: Wisconsin Design Deliverables" | This exhibit should be partially sealed because it contains Apple's personal identifying information of individuals affiliated with Apple which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-1208.1 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and two of Apple's confidential codenames, which could aid a bad actor in obtaining commercially sensitive information. |
| CX-1208.2 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains two of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-1208.3 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1208.4 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, confidential links to Apple's internal meeting sites, and Apple's confidential codenames which could aid a bad actor in obtaining commercially sensitive information. |
| CX-1208.5 | Direct Message Exchanges between B. Cote, J. Magnani, R. Onak, and T. Liu | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-1210.1 | Direct Message Exchanges between A. Savio, J. Woo, R. Onak, and S. Krueger re "Wisconsin" | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-1211.1 | Direct Message Exchanges between J. Phillips, J. Magnani, and R. Onak | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |
| CX-1211.2 to CX-1211.3, CX-1211.5 | Direct Message Exchanges between J. Phillips, J. Magnani, and R. Onak | This exhibit should be partially sealed because it contains one of Apple's confidential codenames which if publicly disclosed would aid bad actors to obtain access to confidential Apple information. |
| CX-1303.2 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning a third party. |

DECLARATION OF MARK A. PERRY ISO APPLE INC.'S STATEMENT ISO MOTION TO SEAL HEARING EXS.

54

CASE NO. 4:20-CV-05640-YGR-TSH

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.3 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.9 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.12 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.15 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.19 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.20 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.21 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.22 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.23 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.24 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.26 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.27 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.28 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.29 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.30 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.31 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.32 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.34 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.37 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.40 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.41 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.42 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.43 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |

DECLARATION OF MARK A. PERRY ISO APPLE INC.'S STATEMENT ISO MOTION TO SEAL HEARING EXS.

58

CASE NO. 4:20-CV-05640-YGR-TSH

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.44 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.45 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.46 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.47 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.48 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |

DECLARATION OF MARK A. PERRY ISO APPLE INC.'S STATEMENT ISO MOTION TO SEAL HEARING EXS.

59

CASE NO. 4:20-CV-05640-YGR-TSH

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.49 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if publicly disclosed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1303.50 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.51 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace.  Additionally, this slide reflects confidential information concerning third parties. |
| CX-1303.52 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.53 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.54 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.60 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. |
| CX-1303.61 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.62 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1303.63 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. Additionally, this slide reflects confidential information concerning third parties. |
| CX-1303.64 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1303.65 | Presentation titled "Business Risks Update" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.2 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.3 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.4 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.5 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and private information relating to third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. |
| CX-1304.6 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |

| Exhibit and Page | Exhibit Description | Basis to Seal |
|---|---|---|
| CX-1304.7 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.8 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.10 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.11 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1304.12 | Presentation titled "Wisconsin Financials Follow-Up" | This exhibit should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if publicly disclosed would put Apple at a competitive disadvantage in the marketplace. |
| CX-1310.1 | Text Messages between C. Oliver and K. Vij | This exhibit should be partially sealed because it contains personal information of Apple employees, as well as confidential links to Apple's internal meeting sites which could aid a bad actor in obtaining commercially sensitive information. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of May 2025, in Washington, D.C.

Respectfully submitted,


By: */s/ Mark A. Perry*

Mark A. Perry