1

2

3    **UNITED STATES DISTRICT COURT**

4    **NORTHERN DISTRICT OF CALIFORNIA**

5

6    EPIC GAMES, INC.,                          Case No. 4:20-CV-05640-YGR-TSH

7            Plaintiff, Counter-defendant,

8        v.

9    APPLE INC.,                                ORDER RE PARTIES' OMNIBUS SEALING
                                                MOTION
10

11

12            Defendant, Counterclaimant.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is the Parties' Omnibus Sealing Stipulation regarding Dkt. Nos. 872, 893, 916, 922, 926, 1035, 1067, 1152, 1304, 1325, 1327, 1329, 1355, 1366, 1543, and 1621. Having considered the Stipulation, supporting declarations, and other papers on file, and good cause having been found, the Court ORDERS as follows:

(1) the sealing applications at Dkt. Nos. 1327 and 1366 are DENIED as withdrawn;

(2) the sealing application at Dkt. No. 1035 is DENIED with respect to Dkt. No. 1035-1 as withdrawn by the parties;

(3) the sealing application at Dkt. No. 1325 is GRANTED consistent with this Court's order (Dkt. No. 1508);

(4) the sealing applications at Dkt. Nos. 872, 893, 916, 922, 926, 1035, 1067, 1152, 1304, 1329, 1355, 1543, and 1621 are otherwise GRANTED as modified by the parties and as set forth below:

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 872-3 | Unredacted Version of Apple's Motion for Entry of Judgment ("Motion for Entry of Judgment") | Redact Chart, 15:11–18 | Grant |
| 872-3 | Motion for Entry of Judgment | Redact 21:24–22:14 | Grant |
| 872-3 | Motion for Entry of Judgment | Redact 26:11–14 | Grant |
| 872-3 | Motion for Entry of Judgment | Redact 26:20–22 | Grant |
| 872-3 | Motion for Entry of Judgment | Redact 27:3–6 | Grant |
| 872-4 | Unredacted Version of Declaration of Mark Rollins ("Rollins Declaration") | Redact 1:23–3:15 | Grant |
| 872-4 | Rollins Declaration | Redact 3:17–18 | Grant |
| 872-4 | Rollins Declaration | Redact 3:20–4:18 | Grant |
| 872-4 | Rollins Declaration | Redact 4:21–26 | Grant |
| 872-4 | Rollins Declaration | Redact 4:28–5:3 | Grant |
| 872-4 | Rollins Declaration | Redact 5:9–13 | Grant |
| 872-4 | Rollins Declaration | Redact 5:17 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 872-4 | Rollins Declaration | Redact 5:26 | Grant |
| 872-4 | Rollins Declaration | Redact 6:9 | Grant |
| 872-4 | Rollins Declaration | Redact 6:10 | Grant |
| 872-4 | Rollins Declaration | Redact 6:14–16 | Grant |
| 872-4 | Rollins Declaration | Redact 6:17 | Grant |
| 872-4 | Rollins Declaration | Redact 6:19–21 | Grant |
| 872-4 | Rollins Declaration | Redact 6:24–7:2 | Grant |
| 872-4 | Rollins Declaration | Redact 7:4–7 | Grant |
| 872-4 | Rollins Declaration | Redact 7:9–12 | Grant |
| 872-4 | Rollins Declaration | Redact 7:15–17 | Grant |
| 872-4 | Rollins Declaration | Redact 7:20–22 | Grant |
| 872-4 | Rollins Declaration | Redact 7:24–27 | Grant |
| 872-4 | Rollins Declaration | Redact 8:8–9 | Grant |
| 872-4 | Rollins Declaration | Redact 8:11–14 | Grant |
| 872-4 | Rollins Declaration | Redact 8:16–19 | Grant |
| 872-4 | Rollins Declaration | Redact 8:21–24 | Grant |
| 872-4 | Rollins Declaration | Redact 8:26–28 | Grant |
| 872-4 | Rollins Declaration | Redact 9:1 | Grant |
| 872-4 | Rollins Declaration | Redact 9:4–5 | Grant |
| 872-4 | Rollins Declaration | Redact Chart, 9:8–21 | Grant |
| 872-5 | Declaration of Carlyn Irwin ("Irwin Declaration") | Redact 3:3–4 | Grant |
| 872-5 | Irwin Declaration | Redact 4:2 | Grant |
| 872-5 | Irwin Declaration | Redact 4:17 | Grant |
| 872-5 | Irwin Declaration | Redact 5:1–2 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 872-5 | Irwin Declaration | Redact Table 1, 5:4–17 | Grant |
| 872-5 | Irwin Declaration | Redact 5:21–28 | Grant |
| 872-5 | Irwin Declaration | Redact 6:13–14 | Grant |
| 872-5 | Irwin Declaration | Redact 7:14 | Grant |
| 872-5 | Irwin Declaration | Redact 7:25–8:3 | Grant |
| 872-5 | Irwin Declaration | Redact 8:10 | Grant |
| 872-5 | Irwin Declaration | Redact 8:13–16 | Grant |
| 872-5 | Irwin Declaration | Redact 8:25–27 | Grant |
| 872-5 | Irwin Declaration | Redact Table 2, 9:9–14 | Grant Table 2, 9:9-13<br><br>**Deny** Table 2, 9:14 |
| 872-6 | Ex. B to Irwin Declaration | Redact Footnotes 1–8 | Grant |
| 872-6 | Ex. B to Irwin Declaration | Redact "Amount Billed (USD)," "Write Off Amount (USD)," "Net Total Amount Paid (USD)," and "Adjusted Total (USD)" Columns | Grant |
| 872-7 | Ex. C to Irwin Declaration | Redact Footnotes 1–8 | Grant |
| 872-7 | Ex. C to Irwin Declaration | "Amount Billed (USD)," "Write Off Amount (USD)," "Net Total Amount Paid (USD)," and "Adjusted Total (USD)" Columns | Grant |
| 872-8 | Ex. E to Irwin Declaration | Seal in entirety | Grant |
| 872-9 | Declaration of Richard M. Pearl ("Pearl Declaration") | Redact 7:8–10 | Grant |
| 872-9 | Pearl Declaration | Redact 7:12 | Grant |
| 872-9 | Pearl Declaration | Redact 8:9 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 872-9 | Pearl Declaration | Redact 8:22 | Grant |
| 872-9 | Pearl Declaration | Redact 9:2–3 | Grant |
| 872-9 | Pearl Declaration | Redact 9:7 | Grant |
| 872-9 | Pearl Declaration | Redact 15:8 | Grant |
| 872-9 | Pearl Declaration | Redact 15:21 | Grant |
| 872-9 | Pearl Declaration | Redact 16:2 | Grant |
| 872-9 | Pearl Declaration | Redact 20:5 | Grant |
| 872-10 | Ex. A to Pearl Declaration | Redact final two bullets in "Other" section | **Deny** |
| 893-3 | Apple's Reply in Support of Motion for Entry of Judgment ("Motion for Entry of Judgment Reply") | Redact 10:4 | **Deny** |
| 893-3 | Motion for Entry of Judgment Reply | Redact 10:6 | Grant |
| 893-3 | Motion for Entry of Judgment Reply | Redact 10:7–8 | Grant |
| 893-4 | Supplemental Declaration of Mark Rollins ("Rollins Supplemental Declaration") | Redact 1:14–15 | Grant |
| 893-4 | Rollins Supplemental Declaration | Redact 1:17–21 | Grant |
| 893-4 | Rollins Supplemental Declaration | Redact 2:3–4 | Grant |
| 893-4 | Rollins Supplemental Declaration | Redact 2:6 | Grant |
| 893-4 | Rollins Supplemental Declaration | Redact 2:9 | Grant |
| 916-3 | Apple Inc.'s Opposition to Epic Games, Inc.'s Motion to Enforce Injunction ("Motion to Enforce Opposition") | Redact 14:1 | Grant |
| 916-5 | Declaration of Alex Roman In Support of Apple Inc.'s Opposition ("Roman Declaration") | Redact 6:14–15 | Grant |
| 916-7 | Exhibit 1 to Roman Declaration | Redact financial information on page 9 | Grant |
| 916-7 | Exhibit 1 to Roman Declaration | Redact financial information on page 10 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 916-7 | Exhibit 1 to Roman Declaration | Redact financial information on page 12 | Grant |
| 916-7 | Exhibit 1 to Roman Declaration | Redact financial information on page 13 | Grant |
| 916-7 | Exhibit 1 to Roman Declaration | Redact financial information on page 14 | Grant |
| 922-1 | Reply Memorandum re Motion to Enforce Injunction ("Motion to Enforce Reply") | Redact 1:24 | Grant |
| 922-1 | Motion to Enforce Reply | Redact 5:12 | Grant |
| 922-2 | Declaration of Ned S. Barnes ("Barnes Declaration") | Redact highlighted text on page 4 | Grant |
| 922-2 | Barnes Declaration | Redact highlighted text on page 5 | Grant |
| 922-2 | Barnes Declaration | Redact highlighted text on page 6 | Grant |
| 922-2 | Barnes Declaration | Redact highlighted text on page 7 | Grant |
| 926-1 | Corrected Reply Memorandum re Motion to Enforce Injunction ("Motion to Enforce Corrected Reply") | Redact 1:24 | Grant |
| 926-1 | Motion to Enforce Corrected Reply | Redact 5:12 | Grant |
| 926-2 | Declaration of Ned S. Barnes ("Corrected Barnes Declaration") | Redact highlighted text on page 4 | Grant |
| 926-2 | Corrected Barnes Declaration | Redact highlighted text on page 5 | Grant |
| 926-2 | Corrected Barnes Declaration | Redact highlighted text on page 6 | Grant |
| 926-2 | Corrected Barnes Declaration | Redact highlighted text on page 7 | Grant |
| 1035-2 | Exhibit A to Epic's Opposition to Apple's Motion to Modify Order Regarding Witness Communications ("Motion to Modify Opposition Exhibit A") | Redact highlighted text on APL-EG_10804280 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804288 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804289 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804290 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804305 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804306 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804307 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804308 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804309 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804314 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804315 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804316 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804318 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804327 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804335 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804336 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804337 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804338 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804339 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804340 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804341 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804342 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804343 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804344 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804345 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804346 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804347 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804348 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804349 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804350 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804351 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804352 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804353 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804354 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804355 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804356 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804357 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804358 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804359 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804360 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804361 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804362 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804363 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804364 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804365 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804366 | Grant |
| 1035-2 | Motion to Modify Opposition Exhibit A | Redact highlighted text on APL-EG_10804367 | Grant |
| 1067-3 | Case Management Statement | Redact page 5, second to last row in search string chart | Grant |
| 1152-1 (1186-2) | Exhibit A to Joint Status Report | Redact portions of log entries | Grant |
| 1304-2 (1341-2) | Epic Games, Inc's Motion for Relief from Nondispositive Order of a Magistrate Judge ("Motion for Relief") | Redact 3:24–26 | Grant |
| 1304-2 (1341-2) | Motion for Relief | Redact 3:28 | Grant |
| 1304-2 (1341-2) | Motion for Relief | Redact 4:1 | Grant |
| 1304-2 (1341-2) | Motion for Relief | Redact 4:17 | Grant |
| 1304-2 (1341-2) | Motion for Relief | Redact 6:4–5 | Grant |
| 1304-2 (1341-2) | Motion for Relief | Redact 6:14 | Grant |
| 1304-2 (1341-2) | Motion for Relief | Redact 6:19 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1304-2 (1341-3) | Exhibit A to Epic Games, Inc's Motion for Relief from Nondispositive Order of a Magistrate Judge | Redact portions of log entries | Grant |
| 1329-3 | Apple Inc.'s Response to Order Regarding Discovery Sanctions ("Discovery Sanctions Response") | Redact 5:3–4 | Grant |
| 1329-3 | Discovery Sanctions Response | Redact 5:13–17 | Grant |
| 1329-3 | Discovery Sanctions Response | Redact 5:18–28 | Grant |
| 1329-3 | Discovery Sanctions Response | Redact 10:23–28 | Grant |
| 1329-3 | Discovery Sanctions Response | Redact 11:1–16 | Grant |
| 1329-4 | Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions ("Discovery Sanctions Perry Declaration") | Redact 7:17–26 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 8:1–14 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 9:14–25 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 11:26–12:5 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 12:6–16 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 12:17–23 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 21:15–26 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 22:1–10 | Grant |
| 1329-4 | Discovery Sanctions Perry Declaration | Redact 22:12–17 | Grant |
| 1329-5 | Exhibit A to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Seal in entirety | Grant |
| 1329-6 | Exhibit B to Declaration of Mark A. Perry in Support of Apple Inc.'s | Seal in entirety | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| | Response to Order Regarding Discovery Sanctions | | |
| 1329-7 | Exhibit C to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Seal in entirety | Grant |
| 1329-8 | Exhibit D to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Seal in entirety | Grant |
| 1329-9 | Exhibit K to Declaration of Mark A. Perry in Support of Apple Inc.'s Response to Order Regarding Discovery Sanctions | Seal in entirety | Grant |
| 1355-2 (1378-2) | Exhibit A to Epic Games' Response to Apple's Opposition to Discovery Sanctions ("Opposition to Discovery Sanctions Response Exhibit A") | Redact email addresses on PRIV-APL-EG_00139177 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses on PRIV-APL-EG_00139178 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses on PRIV-APL-EG_00139179 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses on PRIV-APL-EG_00139180 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses on PRIV-APL-EG_00139181 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses on PRIV-APL-EG_00139182 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses on PRIV-APL-EG_00139183 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses on PRIV-APL-EG_00139185 | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses and meeting information on PRIV-APL-EG_00139186 | Grant |
| 1355-2 (1378-2) | Opposition to Discovery Sanctions Response Exhibit A | Redact email addresses and meeting information on PRIV-APL-EG_00139187 | Grant |
| 1355-3 (1378-3) | Epic Games' Response to Apple's Opposition to Discovery Sanctions | Redact 12:8–10 | Grant |
| 1543-2 | CX-0009.11 | Redact highlighted text | Grant |
| 1543-2 | CX-0009.13 | Redact highlighted text | Grant |
| 1543-2 | CX-0009.14 | Redact highlighted text | Grant |
| 1543-2 | CX-0009.15 | Redact highlighted text | Grant |
| 1543-3 | CX-0009.10-A | Redact highlighted text | Grant |
| 1543-3 | CX-0009.11-A | Redact highlighted text | Grant |
| 1543-3 | CX-0009.13-A | Redact highlighted text | Grant |
| 1543-3 | CX-0009.14-A | Redact highlighted text | Grant |
| 1543-3 | CX-0009.15-A | Redact highlighted text | Grant |
| 1543-4 | CX-0014.15 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.16 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.18 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.21 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-4 | CX-0014.22 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.28 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.36 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.60 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.61 | Redact highlighted text | Grant |
| 1543-4 | CX-0014.63 | Redact highlighted text | Grant |
| 1543-5 | CX-0015.9 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.20 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.22 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.23 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.26 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.27 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.31 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.32 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.33 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.35 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.36 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.37 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.38 | Redact highlighted text | Grant |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-6 | CX-0054.42 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.43 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.47 | Redact highlighted text | Grant |
| 1543-6 | CX-0054.48 | Redact highlighted text | Grant |
| 1543-7 | CX-0202.1 | Redact highlighted text | Grant |
| 1543-7 | CX-0202.2 | Redact highlighted text | Grant |
| 1543-8 | CX-0216.1 | Redact highlighted text | Grant |
| 1543-8 | CX-0216.8 | Redact highlighted text | Grant |
| 1543-8 | CX-0216.11 | Redact highlighted text | Grant |
| 1543-8 | CX-0216.12 | Redact highlighted text | Grant |
| 1543-8 | CX-0216.13 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.1 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.7 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.15 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.29 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.30 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.34 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.35 | Redact highlighted text | Grant |
| 1543-9 | CX-0223.39 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-9 | CX-0223.40 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.1 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.7 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.15 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.16 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.30 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.31 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.33 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.34 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.38 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.39 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.41 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.42 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.54 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.57 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.58 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.61 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.64 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.65 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-10 | CX-0224.66 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.67 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.69 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.70 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.72 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.73 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.74 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.76 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.77 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.78 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.79 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.80 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.83 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.84 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.86 | Redact highlighted text | Grant |
| 1543-10 | CX-0224.87 | Redact highlighted text | Grant |
| 1543-10 | CX-0225.1 | Redact highlighted text | Grant |
| 1543-11 | CX-0225.2 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.10 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-12 | CX-0227.11 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.12 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.16 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.17 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.18 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.21 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.22 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.23 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.24 | Redact highlighted text | Grant |
| 1543-12 | CX-0227.27 | Redact highlighted text | Grant |
| 1543-13 | CX-0229.1 to CX-0229.2 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.5 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.6 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.7 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.8 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.9 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.11 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.13 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.14 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-14 | CX-0231.15 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.16 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.17 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.18 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.19 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.20 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.21 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.22 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.23 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.24 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.27 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.29 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.30 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.31 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.32 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.33 | Redact highlighted text | Grant |
| 1543-14 | CX-0231.34 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.1 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.3 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-15 | CX-0244.13 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.33 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.51 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.52 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.53 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.54 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.55 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.56 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.62 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.63 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.64 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.65 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.86 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.87 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.88 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.89 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.91 | Redact highlighted text | Grant |
| 1543-15 | CX-0244.95 | Redact highlighted text | Grant |
| 1543-16 | CX-0246.1 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-16 | CX-0246.2 | Redact highlighted text | Grant |
| 1543-16 | CX-0246.3 | Redact highlighted text | Grant |
| 1543-16 | CX-0246.4 | Redact highlighted text | Grant |
| 1543-16 | CX-0246.6 | Redact highlighted text | Grant |
| 1543-16 | CX-0246.8 to CX-0246.12 | Redact highlighted text | Grant |
| 1543-16 | CX-0246.14 to CX-0246.17 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.1 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.9 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.10 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.11 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.26 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.27 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.28 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.29 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.30 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.35 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.36 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.37 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.39 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-17 | CX-0257.48 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.56 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.57 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.58 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.59 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.60 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.61 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.62 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.63 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.64 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.65 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.66 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.67 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.68 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.69 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.70 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.71 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.72 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.73 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-17 | CX-0257.74 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.75 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.76 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.77 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.78 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.79 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.80 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.81 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.82 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.83 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.84 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.85 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.86 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.87 | Redact highlighted text | Grant |
| 1543-17 | CX-0257.88 | Redact highlighted text | Grant |
| 1543-18 | CX-0264.1 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.1 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.12 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.16 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-19 | CX-0265.17 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.18 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.20 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.21 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.26 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.27 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.28 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.29 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.30 | Redact highlighted text | Grant |
| 1543-19 | CX-0265.33 | Redact highlighted text | Grant |
| 1543-20 | CX-0266.1 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.1 to CX-0268.11 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.1 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.3 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.5 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.6 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.7 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.10 | Redact highlighted text | Grant |
| 1543-21 | CX-0268.12 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-22 | CX-0272.7 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.8 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.9 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.10 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.12 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.13 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.14 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.16 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.18 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.19 | Redact highlighted text | Grant |
| 1543-22 | CX-0272.20 | Redact highlighted text | Grant |
| 1543-23 | CX-0279.1 to CX-0279.2 | Redact highlighted text | Grant |
| 1543-23 | CX-0279.2 | Redact highlighted text | Grant |
| 1543-24 | CX-0281.1 | Redact highlighted text | Grant |
| 1543-24 | CX-0281.5 | Redact highlighted text | Grant |
| 1543-24 | CX-0281.7 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.13 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.17 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.18 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-25 | CX-0291.19 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.20 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.21 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.22 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.23 | Redact highlighted text | Grant |
| 1543-25 | CX-0291.24 | Redact highlighted text | Grant |
| 1543-26 | CX-0384.1 to CX-0384.2 | Redact highlighted text | Grant |
| 1543-27 | CX-0435.1 | Redact highlighted text | Grant |
| 1543-28 | CX-0464.1 | Redact highlighted text | Grant |
| 1543-28 | CX-0464.4, CX-0464.6 to CX-0464.14 | Redact highlighted text | Grant |
| 1543-29 | CX-0478.1, CX-0478.2, CX-0478.11 | Redact highlighted text | Grant |
| 1543-29 | CX-0478.1 | Redact highlighted text | Grant |
| 1543-30 | CX-0479.1 | Redact highlighted text | Grant |
| 1543-30 | CX-0479.11 | Redact highlighted text | Grant |
| 1543-31 | CX-0484.1 | Redact highlighted text | Grant |
| 1543-32 | CX-0485.1 to CX-0485.2 | Redact highlighted text | Grant |
| 1543-33 | CX-0486.1 | Redact highlighted text | Grant |
| 1543-33 | CX-0486.3 | Redact highlighted text | Grant |
| 1543-34 | CX-0487.1 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-34 | CX-0487.4 | Redact highlighted text | Grant |
| 1543-34 | CX-0487.5 | Redact highlighted text | Grant |
| 1543-34 | CX-0487.6 | Redact highlighted text | Grant |
| 1543-34 | CX-0487.7 | Redact highlighted text | Grant |
| 1543-34 | CX-0487.8 | Redact highlighted text | Grant |
| 1543-35 | CX-0488.1 to CX-0488.2 | Redact highlighted text | Grant |
| 1543-36 | CX-0489.1 to CX-0489.2 | Redact highlighted text | Grant |
| 1543-37 | CX-0490.1 to CX-0490.5 | Redact highlighted text | Grant |
| 1543-38 | CX-0496.1 to CX-0496.3 | Redact highlighted text | Grant |
| 1543-39 | CX-0499.1 | Redact highlighted text | Grant |
| 1543-40 | CX-0503.1 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.1 to CX-505.2 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.16 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.20 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.21 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.22 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.23 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.24 | Redact highlighted text | Grant |
| 1543-41 | CX-0505.25 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-42 | CX-0506.2 | Redact highlighted text | Grant |
| 1543-43 | CX-0509.1 to CX-0509.2 | Redact highlighted text | Grant |
| 1543-44 | CX-0511.1 | Redact highlighted text | Grant |
| 1543-45 | CX-0532.1 | Redact highlighted text | Grant |
| 1543-46 | CX-0538.1 to CX-0538.5 | Redact highlighted text | Grant |
| 1543-46 | CX-0538.1 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.1 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.6 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.10 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.12 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.20 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.21 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.22 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.26 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.27 | Redact highlighted text | Grant |
| 1543-47 | CX-0539.31 | Redact highlighted text | Grant |
| 1543-48 | CX-0540.1 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.25 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.27 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-49 | CX-0859.28 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.30 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.31 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.32 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.33 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.37 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.39 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.40 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.42 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.43 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.44 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.45 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.46 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.47 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.54 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.55 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.75 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.76 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.77 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-49 | CX-0859.78 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.79 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.81 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.82 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.83 | Redact highlighted text | Grant |
| 1543-49 | CX-0859.85 | Redact highlighted text | Grant |
| 1543-50 | CX-1103 (pages 1 to 2) | Redact highlighted text | Grant |
| 1543-51 | CX-1208.1 | Redact highlighted text | Grant |
| 1543-51 | CX-1208.2 | Redact highlighted text | Grant |
| 1543-51 | CX-1208.3 | Redact highlighted text | Grant |
| 1543-51 | CX-1208.4 | Redact highlighted text | Grant |
| 1543-51 | CX-1208.5 | Redact highlighted text | Grant |
| 1543-52 | CX-1211.1 | Redact highlighted text | Grant |
| 1543-52 | CX-1211.2 to CX-1211.3, CX-1211.5 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.2 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.3 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.9 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.12 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.15 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-53 | CX-1303.19 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.20 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.21 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.22 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.23 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.24 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.26 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.27 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.28 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.29 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.30 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.31 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.32 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.34 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.37 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.40 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.41 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.42 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.43 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-53 | CX-1303.44 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.45 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.46 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.47 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.48 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.49 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.50 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.51 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.52 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.53 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.54 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.60 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.61 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.62 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.63 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.64 | Redact highlighted text | Grant |
| 1543-53 | CX-1303.65 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.2 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.3 | Redact highlighted text | Grant |

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 1543-54 | CX-1304.4 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.5 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.6 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.7 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.8 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.10 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.11 | Redact highlighted text | Grant |
| 1543-54 | CX-1304.12 | Redact highlighted text | Grant |
| 1543-55 | CX-1310.1 | Redact highlighted text | Grant |
| 1621-2 (1638-2) | Exhibit A to Epic's Motion for Relief from a Non-Dispositive Order of a Magistrate Judge | Redact indicated privilege log entries | Grant |

This terminates Dkt. Nos. Dkt. 872, 893, 916, 922, 926, 1035, 1067, 1152, 1304, 1325, 1327, 1329, 1355, 1366, 1543, 1621, and 1664.

IT IS SO ORDERED.

Date:    September 23, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE