PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M St NW.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

MARK A. PERRY, SBN 212532
mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
joshua.wesneski@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Facsimile: 202.857.0940

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR-TSH<br><br>**MODIFIED SEALING STIPULATION REGARDING DKT. NOS. 872 AND 893**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 7-11 and 79-5, Section 12 of this Court's Standing Order regarding Post-Briefing Omnibus Sealing Procedures, and the Court's Order Regarding the Plaintiff Epic Games, Inc. and Defendant Apple Inc.'s ("Apple," and together, the "Parties") Omnibus Sealing Motion (Dkt. No. 1665), the Parties submit this Modified Sealing Stipulation in connection with the following filings:

1. The Declaration of Carlyn Irwin, attached to Apple's Motion for Entry of Judgment on Indemnification Counterclaim (filed under seal at Dkt. No. 872-5); and

2. Apple's Reply in Support of Motion for Entry of Judgment (filed under seal at Dkt. No. 893-3).

### I.    Apple's Justification for Requested Sealing

These filings contain confidential and/or competitively sensitive information of the type this Court has previously allowed to remain sealed in this case and for which courts in this District routinely authorize sealing. Generally, the documents contain information relating to Apple's internal billing policies, processes, and systems for conducting litigation, and financial data relating to costs expended by Apple in this litigation. The following table identifies each of the documents at issue with the particular grounds for Apple's sealing request.

Apple operates in an intensely competitive environment, and thus has taken extensive measures to protect the confidentiality of its information. Public access to this information could cause Apple economic harm and put it at a disadvantage with competitors.

### II.    Sealing Requests

Each of the sealing motions at Dkt. Nos. 872 and 893 were unopposed.

| UNDISPUTED REQUESTS TO MODIFY EXTENT OF SEALING ||||||
|---|---|---|---|---|---|
| Dkt. No. | Sealing Party | Portion to be Sealed | Description | Sealing Basis (Supporting Declaration) | Previously Sealed |
| 872-5 | Apple | Redactions consistent with the Order at Dkt. No. | Declaration of Carlyn Irwin | Competitively sensitive, non-public | Previous request to seal was |

| | | | | | |
|---|---|---|---|---|---|
| | | 1665 and indicated in the attached version of this document. | | information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; (2) negotiations with each of Apple's vendors during the Epic matter; and/or (3) financial information relating to costs expended by Apple in the *Epic* litigation contained in declaration. (Dkt. No. 872-1). | partially granted and partially denied. *See* Dkt. No. 1665. |
| 893-3 | Apple | Redactions consistent with the Order at Dkt. No. 1665 and indicated in the attached version of this document. | Apple's Reply in Support of Motion for Entry of Judgment | Competitively sensitive, non-public information regarding Apple's: (1) internal billing policies, processes, and systems for conducting litigation and managing vendor billing; and/or (2) financial information relating to costs expended by Apple in the *Epic* litigation contained in Reply. (Dkt. No. 893-1) | Previous request to seal was partially granted and partially denied. *See* Dkt. No. 1665. |

Pursuant to this Court's sealing procedures detailed in Section 12 of the Standing Order, the following are attached hereto: (i) the redacted versions of the two documentswhose sealing the parties seek to modify; and (ii) a Proposed Order On Parties' Modified Sealing Stipulation.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: October 8, 2025                          Respectfully submitted,

                                                By:  /s/ *Gary A. Bornstein*

                                                **CRAVATH, SWAINE & MOORE LLP**

                                                Gary A. Bornstein (*pro hac vice*)
                                                gbornstein@cravath.com
                                                Yonatan Even (*pro hac vice*)
                                                yeven@cravath.com
                                                Lauren A. Moskowitz (*pro hac vice*)
                                                lmoskowitz@cravath.com
                                                Michael J. Zaken (*pro hac vice*)
                                                mzaken@cravath.com
                                                M. Brent Byars (*pro hac vice*)
                                                mbyars@cravath.com

                                                375 Ninth Avenue
                                                New York, New York 10001
                                                Telephone: (212) 474-1000
                                                Facsimile: (212) 474-3700

                                                *Attorneys for Plaintiff Epic Games, Inc.*

Dated: October 8, 2025

Respectfully submitted,

By:   /s/ *Mark A. Perry*

**WEIL, GOTSHAL & MANGES LLP**
  Mark A. Perry
  Joshua M. Wesneski

**GIBSON, DUNN & CRUTCHER**
  Cynthia E. Richman

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Mark Perry, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

|  | */s/ Mark A. Perry* |
|---|---|
|  | Mark A. Perry |