# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | [PROPOSED] ORDER ON PARTIES' MODIFIED SEALING STIPULATION REGARDING DKT. NOS. 872 AND 893 |
| v. | |
| APPLE INC., | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendant, Counterclaimant. | |

Before the Court is the Parties' Modified Sealing Stipulation Regarding Dkt. Nos. 872 and 893. Having considered the Stipulation and other papers on file, and good cause having been found, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that

(1) the sealing applications at Dkt. Nos. 872 and 893 are **GRANTED** as modified by the parties and set forth below:

| Dkt. No. | Document | Requested Action / Portion to Seal | Ruling |
|---|---|---|---|
| 872-5 | Declaration of Carlyn Irwin ("Irwin Declaration") | Redact 3:3 | Grant |
| 872-5 | Irwin Declaration | Redact 3:4 | Grant |
| 872-5 | Irwin Declaration | Redact 4:2 | Grant |
| 872-5 | Irwin Declaration | Redact 4:17 | Grant |
| 872-5 | Irwin Declaration | Redact 5:1–2 | Grant |
| 872-5 | Irwin Declaration | Redact Table 1, 5:4–17 | Grant |
| 872-5 | Irwin Declaration | Redact 5:21–28 | Grant |
| 872-5 | Irwin Declaration | Redact 6:13–14 | Grant |
| 872-5 | Irwin Declaration | Redact 7:14 | Grant |
| 872-5 | Irwin Declaration | Redact 7:25–8:3 | Grant |
| 872-5 | Irwin Declaration | Redact 8:10 | Grant |
| 872-5 | Irwin Declaration | Redact 8:13–16 | Grant |
| 872-5 | Irwin Declaration | Redact 8:25–27 | Grant |
| 872-5 | Irwin Declaration | Redact Table 2, 9:9–13 | Grant |

| | | | |
|---|---|---|---|
| 893-3 | Apple's Reply in Support of Motion for Entry of Judgment ("Motion for Entry of Judgment Reply") | Redact 10:6 | Grant |
| 893-3 | Motion for Entry of Judgment Reply | Redact 10:7–9 | Grant |

IT IS SO ORDERED.

DATED: October 16, 2025

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge