| | |
|---|---|
| PAUL J. RIEHLE (SBN 115199) <br> paul.riehle@faegredrinker.com <br> **FAEGRE DRINKER BIDDLE & REATH LLP** <br> Four Embarcadero Center <br> San Francisco, California 94111 <br> Telephone: (415) 591-7500 <br> Facsimile: (415) 591-7510 <br><br> GARY A. BORNSTEIN (pro hac vice) <br> gbornstein@cravath.com <br> YONATAN EVEN (pro hac vice) <br> yeven@cravath.com <br> LAUREN A. MOSKOWITZ (pro hac vice) <br> lmoskowitz@cravath.com <br> MICHAEL J. ZAKEN (pro hac vice) <br> mzaken@cravath.com <br> M. BRENT BYARS (pro hac vice) <br> mbyars@cravath.com <br> **CRAVATH, SWAINE & MOORE LLP** <br> 375 Ninth Avenue <br> New York, New York 10001 <br> Telephone: (212) 474-1000 <br> Facsimile: (212) 474-3700 <br><br> *Attorneys for Plaintiff Epic Games, Inc.* <br><br> SARAH M. RAY, SBN 229670 <br> sarah.ray@lw.com <br> AARON T. CHIU, SBN 287788 <br> aaron.chiu@lw.com <br> **LATHAM & WATKINS LLP** <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, California 94111-6538 <br> Telephone: +1.415.391.0600 <br><br> *Attorneys for Defendant, Apple Inc.* | RICHARD J. DOREN, SBN 124666 <br> rdoren@gibsondunn.com <br> DANIEL G. SWANSON, SBN 116556 <br> dswanson@gibsondunn.com <br> JASON C. LO, SBN 219030 <br> jlo@gibsondunn.com <br> **GIBSON, DUNN & CRUTCHER LLP** <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Telephone: 213.229.7000 <br><br> CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*) <br> crichman@gibsondunn.com <br> **GIBSON, DUNN & CRUTCHER LLP** <br> 1700 M Street, N.W. <br> Washington, DC 20036-4504 <br> Telephone: 202.955.8500 <br><br> JULIAN W. KLEINBRODT, SBN 302085 <br> jkleinbrodt@gibsondunn.com <br> **GIBSON, DUNN & CRUTCHER LLP** <br> One Embarcadero Center, Suite 2600 <br> San Francisco, CA 94111 <br> Telephone: 415.393.8200 <br><br> MARK A. PERRY, SBN 212532 <br> mark.perry@weil.com <br> JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*) <br> joshua.wesneski@weil.com <br> **WEIL, GOTSHAL & MANGES LLP** <br> 2001 M Street NW, Suite 600 <br> Washington, DC 20036 <br> Telephone: 202.682.7000 <br><br> *Attorneys for Defendant, Apple Inc.* <br> *Additional Counsel on Signature Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 20-CV-05640-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING UNRESOLVED MOTIONS FOR RELIEF** <br><br> The Honorable Yvonne Gonzalez Rogers |

WHEREAS, on July 24, 2025, the Court entered the Joint Stipulation and Order Regarding Unresolved Motions for Relief (Dkt. 1658), staying decision on certain motions seeking relief from rulings of Magistrate Judge Hixson (the "Unresolved Motions") and providing the parties two weeks after the Ninth Circuit's decision on Apple Inc.'s appeal from the Order of April 30, 2025 ("Apple's Appeal") to withdraw any portion of their respective Unresolved Motions or to submit supplemental authority relevant to those motions;

WHEREAS, Federal Rule of Appellate Procedure 41(b) provides that the court of appeals' mandate issues seven days after the time to file a petition for rehearing expires, or seven days after the entry of an order denying rehearing, unless the time is shortened or extended, and the mandate is effective upon issuance;

WHEREAS, the parties agree that the two-week period referenced in the Joint Stipulation and Order Regarding Unresolved Motions for Relief should run from the date the Ninth Circuit issues its mandate regarding Apple's Appeal, rather than the date of its decision;

**THEREFORE, IT IS STIPULATED AND AGREED THAT:**

Within two weeks of the issuance of the Ninth Circuit's mandate regarding Apple's Appeal, either party may withdraw any portion of its respective Unresolved Motions or submit supplemental authority relevant to those Motions based on the Ninth Circuit's decision.

Dated: December 24, 2025     By:     /s/ Sarah M. Ray

**LATHAM & WATKINS LLP**
Sarah M. Ray, SBN 229670
sarah.ray@lw.com
Aaron T. Chiu, SBN 287788
aaron.chiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

**GIBSON, DUNN & CRUTCHER LLP**
Richard J. Doren, SBN 124666
rdoren@gibsondunn.com
Daniel G. Swanson, SBN 116556
dswanson@gibsondunn.com
Jason C. Lo, SBN 219030
jlo@gibsondunn.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. AND [PROPOSED] ORDER
RE: UNRESOLVED MOTS. FOR RELIEF
4:20-CV-05640-YGR-TSH

|   |   |
|---|---|
| 1 | 333 South Grand Avenue |
| 2 | Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000 |
| 3 | Cynthia E. Richman (D.C. Bar No. 492089; *pro hac vice*) |
| 4 | crichman@gibsondunn.com<br>1700 M Street, N.W. |
| 5 | Washington, DC 20036-4504<br>Telephone: 202.955.8500 |
| 6 |   |
| 7 | Julian W. Kleinbrodt, SBN 302085<br>jkleinbrodt@gibsondunn.com |
| 8 | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200 |
| 9 |   |
| 10 | **WEIL, GOTSHAL & MANGES LLP**<br>Mark A. Perry, SBN 212532 |
| 11 | mark.perry@weil.com<br>Joshua M. Wesneski (D.C. Bar No. 1500231; *pro hac vice*) |
| 12 | joshua.wesneski@weil.com<br>2001 M Street NW, Suite 600 |
| 13 | Washington, DC 20036<br>Telephone: 202.682.7000 |
| 14 |   |
| 15 | Morgan D. MacBride, SBN 301248<br>morgan.macbride@weil.com |
| 16 | Redwood Shores Pkwy, 4th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.802.3044 |
| 17 |   |
| 18 | Mark I. Pinkert, (Fla. Bar No. 1003102; *pro hac vice*)<br>mark.pinkert@weil.com |
| 19 | Katherine G. Black (Fla. Bar No. 1031465, *pro hac vice*) |
| 20 | katie.black@weil.com<br>1395 Brickwell Avenue, Suite 1200 |
| 21 | Miami, FL 33131<br>Telephone: 305.577.3100 |
| 22 |   |
| 23 | *Attorneys for Defendant Apple Inc.* |
| 24 | Dated: December 24, 2025    By:    */s/ Yonatan Even* |
| 25 |   |
| 26 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br>Paul J. Riehle (SBN 115199) |
| 27 | paul.riehle@faegredrinker.com<br>Four Embarcadero Center |
| 28 | San Francisco, California 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. AND [PROPOSED] ORDER
RE: UNRESOLVED MOTS. FOR RELIEF
4:20-CV-05640-YGR-TSH

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND [PROPOSED] ORDER
RE: UNRESOLVED MOTS. FOR RELIEF
4:20-CV-05640-YGR-TSH

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding the Unresolved Motions for Relief. Pursuant to Civil Local Rule 5-1, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: December 24, 2025                    By:      */s/ Sarah M. Ray*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND [PROPOSED] ORDER
RE: UNRESOLVED MOTS. FOR RELIEF
4:20-CV-05640-YGR-TSH

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____     By: _____

THE HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIP. AND [PROPOSED] ORDER
RE: UNRESOLVED MOTS. FOR RELIEF
4:20-CV-05640-YGR-TSH