Paul J. Riehle, Bar No. 115199
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>　　　　Plaintiff, Counter-defendant,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant, Counterclaimant. | Case No. 20-CV-05640-YGR<br><br>**PLAINTIFF EPIC GAMES, INC.'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1. AND LOCAL CIVIL RULE 3-15**<br><br>Judge:　Hon. Yvonne Gonzalez Rogers |

-2-

# CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Plaintiff Epic Games, Inc. ("Epic") supplements its initial disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15.  An additional publicly held company now indirectly owns 10% or more of Epic's stock through its wholly owned subsidiaries:  The Walt Disney Company.  Epic's disclosures under the above rules should now read as follows:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that Epic has no parent corporation and that the following entities indirectly own more than 10% of Epic stock:  Tencent Holdings Limited and The Walt Disney Company.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  the named parties, Tencent Holdings Limited, The Walt Disney Company and Timothy Sweeney.

DATED: February 12, 2026

**CRAVATH, SWAINE & MOORE LLP**
 Gary A. Bornstein (*pro hac vice*)
 Yonatan Even (*pro hac vice*)
 Lauren A. Moskowitz (*pro hac vice*)
 Michael J. Zaken (*pro hac vice*)
 M. Brent Byars (*pro hac vice*)

**FAEGRE DRINKER BIDDLE & REATH LLP**
 Paul J. Riehle (SBN 115199)

By:  /s/ *Gary Bornstein*
 _____
 Gary A. Bornstein

 *Counsel for Plaintiff Epic Games, Inc.*