David Shuang Liu

1509 Mefferd Ave

San Mateo, CA 94401

(650) 549-5777

david.shuang.liu@gmail.com

Movant David Shuang Liu (pro se)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **EPIC GAMES, INC.,** | No.  4:20-cv-05640-YGR |
| Plaintiff, | **DECLARATION OF DAVID SHUANG LIU IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |
| v. | |
| **APPLE INC.,** | |
| Defendant. | JUDGE: Hon. Yvonne Gonzalez Rogers CTRM: 1-4th floor |
| ------------------------------------------------- | |
| THIS DOCUMENT RELATES TO: | |
| **DAVID SHUANG LIU**, | |
| v. | |
| **APPLE INC.;** ET AL, | |

DECLARATION OF DAVID SHUANG LIU
IN SUPPORT OF ADMINISTRATIVE
MOTION

1

4:20-cv-05640-YGR

## DECLARATION OF DAVID SHUANG LIU

I, David Shuang Liu, declare as follows:

1. I am the Plaintiff in this action, Liu v. Apple Inc., et al, appearing *pro se*. I have personal knowledge of the facts set forth in this declaration. If called upon, I could and would competently testify thereto.

2. Pursuant to Civil Local Rule 7-11(a), I am filing this Administrative Motion immediately after the reassignment of this action.

3. Attached as **Exhibit 1** to this Declaration is a true and correct copy of the filed complaint in Liu v. Apple Inc., et al., No. 4:26-cv-00170-HSG.

4. Attached as **Exhibit 2** to this Declaration is a true and correct copy of the complaint filed in Epic Games, Inc. v. Apple Inc., No. 4:20-cv-05640-YGR.

5. I have not obtained a stipulation from the Defendants regarding this motion. A stipulation was not possible because the Complaint in this action has not yet been served on the Defendants, and consequently, no counsel has appeared or entered a record for the Defendants in this specific docket (Case No. 4:26-cv-00170-HSG) with whom I could meet and confer.

6. I am filing this motion unilaterally to conserve judicial resources, seeking to have the case assignment determined before the Defendants are served or any substantive deadlines are triggered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 18, 2026

Respectfully submitted,

/s/ *David Shuang Liu*

David Shuang Liu
(650) 549-5777
david.shuang.liu@gmail.com

Movant David Shuang Liu (pro se)

DECLARATION OF DAVID SHUANG LIU
IN SUPPORT OF ADMINISTRATIVE
MOTION

2

4:20-cv-05640-YGR