David Shuang Liu
1509 Mefferd Ave
San Mateo, CA 94401
(650) 549-5777
david.shuang.liu@gmail.com

Movant David Shuang Liu (pro se)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **EPIC GAMES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC.,**<br><br>Defendant.<br><br>------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>**DAVID SHUANG LIU**,<br><br>v.<br><br>**APPLE INC.**; ET AL, | No.  4:20-cv-05640-YGR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>JUDGE: Hon. Yvonne Gonzalez Rogers<br>CTRM: 1-4th floor |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED (CIVIL L.R. 3-12)**

Movant, David Shuang Liu, Pro Se, has filed an administrative motion to consider whether the following cases should be related pursuant to Civil L.R. 3-12:

| Case Name | Case No. | Filing Date |
|---|---|---|
| Epic Games, Inc. v. Apple Inc. | 4:20-cv-05640-YGR | 08/13/2020 |
| Liu v. Apple Inc., et al. | 4:26-cv-00170-HSG | 01/06/2026 |

The Court, having considered Movant's motion and the papers submitted in support thereof, GRANTS the motion to relate Liu v. Apple Inc. et al., No. 4:26-cv-00170, to the low-numbered action, Epic Games, Inc. v. Apple Inc., 4:20-cv-05640. Each of the above-captioned actions shall now be assigned to the undersigned judge. All future filings are to bear the initials "YGR." Unless otherwise ordered, any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in each of the above-referenced actions.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____

Hon. Yvonne Gonzalez Rogers
United States District Judge

[PROPOSED] ORDER GRANTING ADMIN
MOTION TO CONSIDER WHETHER CASE
SHOULD BE RELATED

2

4:20-cv-05640-YGR