UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EPIC GAMES, INC.,

        Plaintiff-ctr-defendant -
Appellee,

  v.

APPLE INC.,

        Defendant-ctr-claimant -
Appellant.

No. 25-2935

D.C. No.
4:20-cv-05640-YGR

Northern District of California,
Oakland

MANDATE

The judgment of this Court, entered December 11, 2025, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT