**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,** | **Case No.: 4:20-CV-05640-YGR** |
| Plaintiff, | |
| v. | **ORDER REQUIRING STATUS UPDATE** |
| **APPLE INC.,** | |
| Defendant. | |

On May 8, 2026, the Ninth Circuit issued its mandate to the Court. (Dkt. No. 1677.) The Court instructs the parties to meet and confer regarding the Ninth Circuit's opinion and to file a joint statement regarding proposed next steps in this action. That statement shall be filed no later than **May 15, 2026**.

**IT IS SO ORDERED**.

Date: May 8, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**