GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

*Attorneys for Plaintiff and Counter-defendant*
*Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-CV-05640-YGR-TSH |
| Plaintiff, Counter-defendant, | **EPIC GAMES, INC.'S NOTICE OF PARTIAL WITHDRAWAL** |
| v. | |
| APPLE INC., | Courtroom:  1, 4th Floor |
| Defendant, Counterclaimant. | Judge:  Hon. Yvonne Gonzalez Rogers |

WHEREAS, Plaintiff Epic Games, Inc. ("Epic") filed motions with this Court pursuant to Federal Rule of Civil Procedure 72(a), seeking relief from certain of Magistrate Judge Hixson's rulings regarding Apple Inc. ("Apple's") assertions of privilege (the "Unresolved Motions") (*see* Dkts. 1305 and 1622);

WHEREAS, on July 24, 2025, this Court ruled that a "decision on the Unresolved Motions is stayed pending the Ninth Circuit's decision in Apple's appeal from the Order of April 30, 2025" (Dkt. 1658);

WHEREAS, on May 6, 2026, the Ninth Circuit issued the mandate, thus lifting the Court-ordered stay;

WHEREAS, on December 26, 2025, this Court ordered that within two weeks of the issuance of the mandate (*i.e.*, by May 20, 2026), the parties "may withdraw any portion of [their] Unresolved Motions or submit supplemental authority relevant to those Motions based on the Ninth Circuit's decision" (Dkt. 1672);

NOW, THEREFORE, Epic gives notice that:

(i)    Epic withdraws the following portions of its Unresolved Motions:

   a.    From Epic's Motion for Relief dated March 4, 2025 (Dkt. 1305), Epic withdraws its challenges with respect to Entry Nos. 178, 527, 762, 1467, 1469, 1470, 245 and 530;[1] Epic maintains its challenges with respect to Entry Nos. 1207, 1211, 1212, 1217, 1218, 1285, 1286, 186, 195, 212, 242 and 243.

   b.    From Epic's Motion for Relief dated May 29, 2025 (Dkt. 1622), Epic withdraws its challenges with respect to Entry Nos. 224, 8180, 9799 and 10952; Epic maintains its challenges with respect to Entry Nos. 8173, 7825 and 2622.

(ii)    Epic stands on the remaining challenges as they are and does not see a need to submit supplemental authority at this point, as the Ninth Circuit's decision did not disturb this

---

[1] On March 5, 2025, Epic notified this Court that, due to a prior ruling, "Epic's request that Your Honor review Entry No. 1471 is moot." (Dkt. 1315.) For the avoidance of doubt, Epic withdraws its challenge to Entry No. 1471.

Court's prior pronouncements of the applicable standards governing privilege and related protections.

Dated:  May 20, 2026

Respectfully submitted,

/s/ Yonatan Even
_____

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff and Counter-defendant Epic Games, Inc.*