Sarah M. Ray (SBN 229670)
 sarah.ray@lw.com
Aaron T. Chiu (SBN 287788)
 aaron.chiu@lw.com
Blake R. Davis (SBN 294360)
 blake.davis@lw.com
Brett M. Sandford (SBN 302072)
 brett.sandford@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 christopher.bower@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant, Apple Inc.*

James P. Rouhandeh (*pro hac vice*)
 rouhandeh@davispolk.com
David B. Toscano (*pro hac vice*)
 david.toscano@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Micah G. Block
 micah.block@davispolk.com
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 4:20-cv-05640-YGR-TSH <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT APPLE INC.'S MOTIONS FOR RELIEF FROM A NONDISPOSITIVE PRE-TRIAL ORDER OF A MAGISTRATE JUDGE** <br><br> Judge: Honorable Yvonne Gonzalez Rogers |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE'S NOTICE OF WITHDRAWAL OF MOTIONS
FOR RELIEF FROM A PRE-TRIAL ORDER
CASE NO. 4:20-cv-05640-YGR-TSH

PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple"), by and through its undersigned counsel, hereby withdraws its Motions for Relief From a Nondispositive Pre-Trial Order of a Magistrate Judge ("Motions").  Dkt. Nos. 1193, 1221, 1285, 1298, 1618, 1625, 1647.

For the avoidance of doubt, Apple's withdrawal of its privilege motions in this case is without prejudice to Apple's right to reassert privilege over any of the at-issue documents in any other proceeding or context.  *See Transamerica Computer Co. v. IBM Corp.*, 573 F.2d 646, 651 (9th Cir. 1978) (holding that "waiver cannot result from compelled production").  Apple also reserves the right to challenge the application of the primary purpose test as to these or any other documents in future proceedings.  *See* Dkt. 1193, at 1; *In re Kellogg Brown & Root, Inc.*, 756 F.3d 754, 759-60 (D.C. Cir. 2014) ("[T]rying to find the one primary purpose for a communication motivated by two sometimes overlapping purposes (one legal and one business, for example) can be an inherently impossible task."); *In re Gen. Motors LLC Ignition Switch Litig.*, 80 F. Supp. 3d 521, 530 (S.D.N.Y. 2015) (similar).  Finally, Apple maintains the confidentiality designations for these documents under the protective order (Dkt. 112) and expects Epic to abide by the protective order with respect to all documents at issue.

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE'S NOTICE OF WITHDRAWAL OF MOTIONS
FOR RELIEF FROM A PRE-TRIAL ORDER
CASE NO. 4:20-cv-05640-YGR-TSH

1

Dated:  May 20, 2026

By:    */s/ Sarah Meyers Ray*
        Sarah Meyers Ray

**LATHAM & WATKINS LLP**

Sarah Meyers Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Brett M. Sandford (SBN 302072)
Blake Richard Davis (SBN 294360)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: 415-391-0600
Fax: 415-395-8095
Email:  sarah.ray@lw.com
      aaron.chiu@lw.com
      blake.davis@lw.com
      brett.sandford@lw.com

Gary Feinerman
  (*pro hac vice* application pending)
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312-876-7700
Email: gary.feinerman@lw.com

Christopher Bower (SBN 301379)
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel: 267-746-0398
Email: christopher.bower@lw.com

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh
David B. Toscano
  (*pro hac vice* applications pending)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Email: rouhandeh@davispolk.com
      david.toscano@davispolk.com

Micah G. Block
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
Fax: 752-2111
Email: micah.block@davispolk.com

*Attorneys for Defendant Apple Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE'S NOTICE OF WITHDRAWAL OF MOTIONS
FOR RELIEF FROM A PRE-TRIAL ORDER
CASE NO. 4:20-cv-05640-YGR-TSH

2