Sarah M. Ray (SBN 229670)
  *sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
  *aaron.chiu@lw.com*
Brett M. Sandford (SBN 302072)
  *brett.sandford@lw.com*
Blake Richard Davis (SBN 294360)
  *blake.davis@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
  *gary.feinerman@lw.com*
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
  *christopher.bower@lw.com*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
david.toscano@davispolk.com

Micah G. Block (SBN 270712)
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
micah.block@davispolk.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:20-cv-05640-YGR-TSH <br><br> **DEFENDANT APPLE INC.'S STATEMENT OF RECENT DECSION** <br><br> Chief Judge: The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Apple Inc. ("Apple") respectfully notifies this Court of a recent decision by the United States District Court for the Northern District of California in *City of Coral Springs Police Officers Pension Plan v. Apple Inc.,* No. 25-cv-06252-NW (N.D. Cal. July 17, 2026), ECF No. 114.  This recent decision, attached hereto as Exhibit A, is relevant to this Court's analysis of Apple's pending Motion to Stay Proceedings Pending Supreme Court Review.  ECF No. 1697.

Dated:   July 17, 2026

By: */s/ Sarah M. Ray*

**LATHAM & WATKINS LLP**

Sarah M. Ray (SBN 229670)
 *sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
 *aaron.chiu@lw.com*
Brett M. Sandford (SBN 302072)
 *brett.sandford@lw.com*
Blake Richard Davis (SBN 294360)
 *blake.davis@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 *gary.feinerman@lw.com*
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 *christopher.bower@lw.com*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
david.toscano@davispolk.com

Micah G. Block (SBN 270712)
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
micah.block@davispolk.com

*Attorneys for Defendant Apple Inc.*