# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 11, 2026 | **Time:** 13 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5640-YGR | **Case Name:** Epic Games, Inc. v. Apple Inc. | |

**Attorney for Plaintiff:** Lauren Moskowitz and Tina Seideman
**Attorney for Defendant:** James Rouhandeh, Sarah Ray, Brett Sandford, Micah Block
　　　　　　　　　and Serge Voronov

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Kelly Shainline

## PROCEEDINGS

Motion to Stay – Held.

The Court heard argument on the defendant's motion to stay proceedings pending Supreme Court review. The arguments are taken in submission.

Written order to issue.