# Supreme Court of the United States

No.    26A194

APPLE, INC.,

Applicant

v.

EPIC GAMES, INC.

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicant,

IT IS ORDERED that further proceedings in the United States District Court for the Northern District of California, case No. 4:20-cv-5640, are hereby administratively stayed until 5 p.m. (EDT) on Thursday, August 13, 2026.

/s/      Elena Kagan
Associate Justice of the Supreme
Court of the United States

Dated this 12th
day of August, 2026.