# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EPIC GAMES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20-cv-05640-YGR |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**EXPERT REPORT OF CHRISTOPHER THOMPSON**

**TABLE OF CONTENTS**

**Page**

I.     Introduction ................................................................................................1

II.    Qualifications and Experience ...................................................................1

III.   Materials Relied On ...................................................................................2

IV.    Legal Principles .........................................................................................3

       A.     Patents ..............................................................................................3

       B.     Copyrights ........................................................................................4

       C.     Trade Secrets ....................................................................................5

V.     Summary of Opinions ................................................................................5

VI.    Technology Background And Terminology ...............................................7

VII.   Methodology ..............................................................................................9

VIII.  Apple's Developer Tools and Technologies ............................................18

       A.     Xcode .............................................................................................19

              1.     Patents ..................................................................................23

              2.     Copyrights ............................................................................24

              3.     Trade Secrets ........................................................................27

       B.     User Interfaces ...............................................................................27

              1.     Patents ..................................................................................32

              2.     Copyrights ............................................................................35

              3.     Trade Secrets ........................................................................38

       C.     3D Graphics ...................................................................................40

              1.     Patents ..................................................................................47

              2.     Copyrights ............................................................................48

              3.     Trade Secrets ........................................................................53

       D.     2D Graphics ...................................................................................54

              1.     Patents ..................................................................................59

2. Copyrights.................................................................................60

3. Trade Secrets............................................................................63

E. Core Video ........................................................................................64

1. Patents.....................................................................................68

2. Copyrights................................................................................69

3. Trade Secrets............................................................................71

F. Core Motion .....................................................................................72

1. Patents.....................................................................................78

2. Copyrights................................................................................79

3. Trade Secrets............................................................................83

G. GameKit and Game Center................................................................85

1. Patents.....................................................................................89

2. Copyrights................................................................................90

3. Trade Secrets............................................................................92

H. Augmented Reality (AR) ....................................................................93

1. Patents.....................................................................................99

2. Copyrights..............................................................................101

3. Trade Secrets..........................................................................104

I. Haptics ..........................................................................................105

1. Patents...................................................................................109

2. Copyrights..............................................................................111

3. Trade Secrets..........................................................................113

J. Spotlight.........................................................................................114

1. Patents...................................................................................118

2. Copyrights..............................................................................119

3. Trade Secrets..........................................................................122

K. Live Activities and Widgets..............................................................123

1. Patents...................................................................................129

2. Copyrights..............................................................................130

3. Trade Secrets..........................................................................134

L.    FairPlay ..................................................................................................135

    1.    Patents ..................................................................................139

    2.    Copyrights ...........................................................................140

    3.    Trade Secrets .......................................................................143

M.    Connectivity ..........................................................................................144

    1.    Patents ..................................................................................149

    2.    Copyrights ...........................................................................151

    3.    Trade Secrets .......................................................................154

N.    Apple Intelligence and Machine Learning ..........................................155

    1.    Patents ..................................................................................167

    2.    Copyrights ...........................................................................168

    3.    Trade Secrets .......................................................................171

O.    HealthKit ...............................................................................................172

    1.    Patents ..................................................................................177

    2.    Copyrights ...........................................................................178

    3.    Trade Secrets .......................................................................181

P.    HomeKit .................................................................................................182

    1.    Patents ..................................................................................186

    2.    Copyrights ...........................................................................187

    3.    Trade Secrets .......................................................................190

Q.    Core Location ........................................................................................191

    1.    Patents ..................................................................................198

    2.    Copyrights ...........................................................................199

    3.    Trade Secrets .......................................................................202

R.    Siri .........................................................................................................203

    1.    Patents ..................................................................................210

    2.    Copyrights ...........................................................................211

    3.    Trade Secrets .......................................................................216

S.    CarPlay ..................................................................................................218

    1.    Patents ..................................................................................222

2.    Copyrights................................................................................223

3.    Trade Secrets............................................................................226

T.    Core Audio..................................................................................227

1.    Patents......................................................................................231

2.    Copyrights................................................................................233

3.    Trade Secrets............................................................................236

U.    Camera........................................................................................238

1.    Patents......................................................................................242

2.    Copyrights................................................................................246

3.    Trade Secrets............................................................................249

V.    Wallet..........................................................................................250

1.    Patents......................................................................................257

2.    Copyrights................................................................................258

3.    Trade Secrets............................................................................261

W.    Privacy, Security, and App Integrity..........................................262

1.    Patents......................................................................................268

2.    Copyrights................................................................................272

3.    Trade Secrets............................................................................275

IX.    Apple Developer Services................................................................276

X.    Apple App Store Services................................................................278

A.    App Store Distribution................................................................279

B.    App Store Discovery...................................................................282

C.    App Store Marketing...................................................................286

D.    App Store Analytics....................................................................291

E.    Patents........................................................................................296

F.    Copyrights...................................................................................299

G.    Trade Secrets..............................................................................304

XI.    Linked Out Purchase......................................................................307

1.    Patents......................................................................................318

2.      Copyrights..........................................................................................323

3.      Trade Secrets.....................................................................................328

XII.    Analogous Technologies.................................................................................329

XIII.   Conclusion ....................................................................................................339

## I.    INTRODUCTION

1.    I was retained by Apple Inc. to provide opinions relating to Apple's intellectual property ("IP")-protected tools, technologies, and services related to apps developed for Apple's iOS and iPadOS platforms.

2.    This report is based on the information currently available to me. I reserve the right to modify and/or supplement my opinions in view of additional information or Court orders.

3.    The citations and quotations in this report are non-exhaustive examples and my opinion is not limited to those citations.

4.    I reserve the right to use demonstratives including drawings, animations, enlargements of exhibits, and physical evidence at any hearing or trial in this case.

5.    I am being compensated for my services in this case at my standard consulting rate of $475 per hour. My compensation does not depend on the outcome of this case.

## II.    QUALIFICATIONS AND EXPERIENCE

6.    My *curriculum vitae*, which includes a more detailed summary of my background, experience, prior testimony, and publications, is attached as **Appendix A**.

7.    I am a Partner at 233 Analytics, LLC, which provides technical analyses in complex litigation and acquisition-related matters to law firms and other entities. In my role, I also provide software development, project management, and technology leadership services to clients in a variety of industries including the development of mobile apps, API integration, backend services, data retention and processing, machine learning ("ML"), computer vision, bioinformatics, medical research, and ERP (Enterprise Resource Planning) systems.

8.    I received a Bachelor of Engineering degree in Computer Engineering from Vanderbilt University in 2010. During my undergraduate career, I participated in numerous

research projects involving emerging mobile device platforms including iOS and Android. This research included resource management techniques, social gaming, and advanced sensor usage.

9. I have first-hand experience developing and designing cellular-connected embedded devices. I co-founded Cyber Physical Systems and led the development of an aftermarket, automotive crash detection system. Part of my work with this company involved negotiations with cellular carriers and Mobile Virtual Network Operators (MVNOs).

10. I have developed numerous mobile apps for a variety of purposes including social networking, healthcare research, and digital marketing, among others. With respect to healthcare research, I have designed and developed an ecological momentary assessment tool for researching interventions for children with Type 1 diabetes. In addition, this app interfaced with digital blood glucose meters to collect real-time blood sugar levels. I have also developed apps to collect HealthKit data for the purposes of monitoring sleep quality and the impact on brain health.

11. I have analyzed the functionality of numerous mobile apps including games, web browsers, streaming media platforms, e-commerce solutions, geographic information systems. For example, I have analyzed mobile games for patent, regulatory, and copyright matters. In total, I have spent over 1,000 hours analyzing and explaining the functions of mobile games. I have also spent thousands of hours analyzing iOS components and the corresponding SDK, including the components related to Find My, iMessage, baseband cellular components, audio processing components, health-related sensor components, Apple Maps/MapKit, UIKit, SpringBoard and the iOS user interface ("UI"), CoreBluetooth and AirPods, SignInWithApple, HealthKit, and others. I have also personally developed apps that leverage MapKit, UIKit, and HealthKit.

III. MATERIALS RELIED ON

12. The materials that I relied on to form my opinions include those cited in this report. For example, I analyzed Apple's patents and patent applications, developer documents, Worldwide

2

Developers Conference ("WWDC") videos. A complete list of the materials I relied on to form my opinions is listed in **Appendix B** to this report.

## IV.    LEGAL PRINCIPLES

13.    I am not an attorney and I offer no legal opinions. I have been informed by counsel of the applicable legal standards and I have applied them to form my opinions in this report.

### A.    Patents

14.    I understand that the United States Patent and Trademark Office ("USPTO") is a federal agency that examines, grants, and issues patents. I understand that an issued patent is presumed valid.

15.    I understand that a patent includes a specification, drawings, and claims.

16.    I understand that the specification provides a written description of the invention and the manner and process of making and using the invention.

17.    I understand that a patent's claims particularly point out and distinctly claim the subject matter which the inventor or a joint inventor regards as the invention.

18.    I understand that the claims define the scope or boundaries of the claimed invention. I understand that patent claims may be written in independent or dependent form and generally may cover a method or an apparatus or system.

19.    I understand that a patent term begins on the date on which the patent issues and, barring any patent term adjustment, ends 20 years from the date on which the application for the patent was filed in the United States or, if the application claims priority to an earlier filed application, from the date on which the earliest such application was filed.

**B.    Copyrights**

20.    I understand that the United States Copyright Office is a federal agency that examines and registers copyrights. I understand that a copyright registered with the United States Copyright Office before or within five years after first publication of the work is presumed valid.

21.    I understand that copyright laws protect original works of authorship as soon as an author fixes the work in any tangible medium of expression from which they can be perceived, reproduced, or otherwise communicated.

22.    I understand that copyright protection exists automatically in an original work of authorship once it is fixed and that there is no requirement that a party register their copyright with the United States Copyright Office. I understand that copyright protection applies to works at any stage of creation, from initial drafts to completed works, and to published and unpublished works. I understand that, at a high level, for a work to be protected by copyright it must meet three criteria: (1) originality, (2) fixation, and (3) minimal creativity.

23.    I understand that originality for copyright protection is broad and does not require that a creation be novel or have an aesthetic, artistic or literary quality to be protectable. If the work originates from the author and is not copied, it likely meets the originality requirement.

24.    I understand that fixation requires that a work be fixed in a tangible medium of expression, which includes any readily perceptible format.

25.    I understand that minimal creativity requires that a work consist of something more than public, common or factual information.

26.    I understand that copyright holders generally have the exclusive rights to do and to authorize any of the following, depending on the subject matter of the copyright: (1) reproduce the copyrighted work; (2) prepare derivative works based upon the copyrighted work; (3) distribute

4

copies of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending; (4) perform the copyrighted work publicly; (5) display the copyrighted work publicly; and (6) perform the copyrighted work publicly by means of a digital audio transmission.

27.     I understand that copyrights can have varying terms. My understanding is that works created on or after January 1, 1978, have a copyright term of the life of the author plus 70 years after the author's death. If the work is a joint work, the term lasts for 70 years after the last surviving author's death. For works made for hire and anonymous or pseudonymous works, copyright protection is 95 years from publication or 120 years from creation, whichever is shorter.

### C.     Trade Secrets

28.     I understand that a trade secret can be all forms and types of financial, business, scientific, technical, economic, or engineering information, including patterns, plans, compilations, program devices, formulas, designs, prototypes, methods, techniques, processes, procedures, programs, or codes, whether tangible or intangible, and whether or how stored, compiled, or memorialized physically, electronically, graphically, photographically, or in writing.

29.     I understand that to qualify as a trade secret, the owner must have taken reasonable measures to keep such information secret and the information must derive independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.  I understand that trade secrets do not have a set term; they can continue to exist so long as the information continues to meet the eligibility requirements to be a trade secret.

## V.     SUMMARY OF OPINIONS

30.     Apple's IP-protected tools, technologies, and services provide immense and indispensable benefit to developers who build and operate apps for Apple's iOS and iPadOS platforms. Apple provides developers with a comprehensive suite of development tools,

5

frameworks, APIs, and services that are protected by a substantial portfolio of patents, copyrights, and trade secrets.

31.    Apple's tools and technologies enable developers to create and operate high-quality, engaging, and innovative apps that attract users and facilitate monetization, including through linked-out purchases. Apple's proprietary APIs allow developers to access and use sophisticated functionality without needing to independently develop the underlying source code that powers the capabilities that Apple provides developers at every stage of the app development lifecycle. It would be extremely resource-intensive and likely very difficult, and would require expertise that not every developer holds, to create the functionality that Apple's IP-protected tools and technologies provide, and would require the development of hundreds of thousands (if not millions) of lines of source code. Many developers rely on the tools and technologies provided by a platform.

32.    Apple provides highly valuable services to developers, including app development and services, that are protected by Apple's IP. These IP-protected services save developers significant amounts of time and effort, help them reach users, consummate transactions, and grow their businesses, further demonstrating the breadth and depth of the value delivered by Apple.

33.    Some third-party analogous technologies may exist for certain tools, technologies, and services Apple provides. Their use typically requires substantial additional development, integration, maintenance, and testing efforts by developers. Developers would likely be required to combine multiple third-party solutions, build custom functionality, or undertake significant engineering work to achieve capabilities comparable to the full set of what is enabled by Apple's technology. For example, many existing third-party offerings are limited in the functionality they

offer and often still rely on Apple's proprietary frameworks and infrastructure, and thus augment rather than replace what Apple provides.

34.     In the sections below, I describe the specific tools, technologies, and services that Apple provides to developers, identify the IP that protects them, and explain how they provide value to developers and facilitate end-user purchases, including linked-out purchases.

## VI.    TECHNOLOGY BACKGROUND AND TERMINOLOGY

35.     API refers to an application programming interface, a software intermediary that provides access to technologies, data, services, or hardware. APIs allow for the communication and interaction of two separate portions of software. Apple's proprietary APIs permit access to Apple's proprietary technologies.

36.     Framework refers to a structured bundle or directory comprising shared resources, including a dynamic shared library, image files, header files and reference documents in a single package, which can be called by an app to perform a specific task. Code accesses the capabilities of a framework via APIs that are published by the framework. Apple's Frameworks are a foundational component of modern software development on Apple's platforms, including iOS and iPadOS, that enable developers to leverage on-device services and hardware and to access the collective experience and learnings Apple has integrated into its platforms to solve problems.

37.     SDK is an acronym for a software development kit. Apple's SDKs are proprietary software development kits including a collection of software (source code and object code), libraries, APIs and header files that enable developers to build apps to run on Apple products.

38.     A Native Application (or app) is software designed to run on Apple devices using Apple operating systems ("OS") like iOS and iPadOS. Third parties can develop apps to operate within and using Apple's iOS and iPadOS, which allows developers to design and build apps that share code and services, reducing development time and effort while delivering a seamless

7

experience. While developers can also design apps to run on other Apple OSes, such as macOS, for purposes of this report, when I discuss apps I am referring to iOS and iPadOS apps, and when I discuss iOS I am also referring to iPadOS.

39.    App Store refers to the Apple digital distribution platforms for iOS and iPadOS that serve as the official Apple marketplaces for browsing, purchasing, and downloading apps for iOS and iPadOS operating systems. The App Store makes it easy for developers to distribute their apps to users on iPhones and iPads, and for users to discover and download those apps. While Apple has other App Stores for other Apple devices (e.g., macOS App Store), for purposes of this report, the App Store refers to App Stores for iOS and iPadOS apps.

40.    Apple developer documentation refers to the comprehensive repository of resources created and maintained by Apple for developing software on Apple platforms, including iOS and iPadOS, located at developer.apple.com. It provides a variety of materials for developers, such as API references, framework guidelines, sample code, release notes, articles, tutorials, and design guidelines.

41.    WWDC is an acronym for Apple's Worldwide Developers Conference, an annual event where Apple unveils major software updates (including for iOS and iPadOS), new developer tools, and future technology directions. It is a valuable event for developers where Apple engages with third-party developers building apps for iPhones and iPads.

42.    Apple IAP is an acronym for Apple's In-App Purchase, which refers to the Apple technology for purchasing of digital content, services, or subscriptions directly within an app on an Apple device, rather than on a website. IAP uses Apple's secure payment system for transactions.

43.    Link-Out Purchase (or Linked-Out Purchases) are purchases made outside of the Apple App Store and IAP, where the customer uses an external link placed within an app. I understand that Apple did not allow linked-out purchases in the U.S. until January 2024.

## VII.    METHODOLOGY

44.    I was asked to analyze how Apple's IP-protected tools, technologies, and services provide value to app developers and facilitate end-user purchases related to apps developed for Apple's iOS and iPadOS platforms. To do so, I first sought to identify, at a functional level, the specific Apple tools and technologies that can be used by developers to create apps and support monetization of those apps. Next, I strove to identify the patents, copyrights, and trade secrets that protect and support those technologies. I discuss each of these steps in more detail below.

45.    First, I sought to understand the Apple technologies that permit developers to consummate linked-out purchases. I started with Apple's public-facing technical materials, including Apple's developer documents (such as API references, framework guides, sample code, and design guidelines) and Apple's WWDC presentations and session videos. For each major technical area (e.g., Core Video, GameKit and Game Center, Augmented Reality), I reviewed the relevant framework documents (for example, Core Video framework, GameKit, ARKit, and related frameworks), Apple's high-level overview pages for those frameworks, and WWDC sessions in which Apple engineers explain new technologies, intended use cases, and implementation specifics. This allowed me to identify the functionality provided to developers, the key value propositions provided through these tools, and how developers are expected to use them in real apps, including in contexts that lead to or support developer monetization.

46.    Next, I identified categories of functionality that Apple provides to developers and, in my opinion, are relevant to driving end user engagement and facilitating purchases. I refer to

9

these categories as "rubrics." Within each rubric I catalogued specific technologies and APIs and summarized the technical functions they provide and how they benefit developers.

47.     Second, I searched for patents and pending patent applications owned by Apple that relate to each rubric using the USPTO advanced search, including its searchable indexes[1] and operators[2] functionalities. For example, I used the following indexes[3] in the patent search strings:

| **ALIAS** | **Descriptive Name** |
| --- | --- |
| AANM | Applicant Name |
| AB | Abstract |
| AS | Assignee Name |
| BSUM | Brief Summary |
| CLM<br><br>CLMS | Claims |
| CPC | Current CPC Classification |
| CPCI | Current CPC Inventive |
| IPC | Issued International Patent Classification |
| PY | Patent Issue Year |
| SPEC | Description |
| TI | Title |

48.     Some patent search strings also use patent classification codes (such as CPC and IPC). The patent classification system organizes all U.S. patent documents and other technical

---

[1] *Searchable Indexes*, USPTO, https://www.uspto.gov/patents/search/patent-public-search/searchable-indexes (last visited May 5, 2026).

[2] *Operators*, USPTO, https://www.uspto.gov/patents/search/patent-public-search/operators (last visited May 5, 2026).

[3] *Searchable Indexes*, USPTO, https://www.uspto.gov/patents/search/patent-public-search/searchable-indexes (last visited May 5, 2026).

documents into specific technology groups based on subject matter.[4] I understand the IPC is used worldwide and CPC is an extension of IPC used in the U.S.[5] For example, I used classifications (formatted: X#), classes (formatted: X##) within the classifications, or subclasses (formatted: X##Y) within those classes in the search strings to include or exclude certain technology:

| Classification Code Subclass | Descriptive Name |
| --- | --- |
| A6 | Health; Amusement[6] |
| B42D | Books[7] |
| B6 | Generating or transmitting mechanical vibrations[8] |
| G01C | Measuring distances, levels or bearings; Surveying; Navigation; Gyroscopic instruments; Photogrammetry or videogrammetry[9] |
| G01S | Radio direction-finding; Radio navigation; Determining distance or velocity by use of radio waves; Locating or presence-detecting by use of the reflection or reradiation of radio waves; Analogous arrangements using other waves[10] |
| G06 | Computing, calculating, counting[11] |
| G06F | Electrical digital data processing[12] |

---

[4] *Patent Classification*, USPTO, https://www.uspto.gov/patents/search/classification-standards-and-development#:~:text=Patent%20classification%20is%20a%20system,based%20on%20common%20subject%20matter. (last visited May 6, 2026).

[5] *Patent classification*, EPO,  https://www.epo.org/en/searching-for-patents/helpful-resources/first-time-here/classification. (last visited May 14, 2026).

[6] *CPC-A*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-A.html (last visited May 6, 2026).

[7] *CPC-B42D*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-B42D.html (last visited May 6, 2026).

[8] *CPC-B*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-B.html (last visited May 6, 2026).

[9] *CPC-G01C*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G01C.html (last visited May 6, 2026).

[10] *CPC-G01S*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G01S.html (last visited May 6, 2026).

[11] *CPC-G*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G.html#G06 (last visited May 6, 2026).

[12] *CPC-G06F*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06F.html (last visited May 6, 2026).

| G06Q | Information and communication technology [ICT] specially adapted for administrative, commercial, financial, managerial or supervisory purposes; Systems or methods specially adapted for administrative, commercial, financial, managerial or supervisory purposes[13] |
|---|---|
| G06T | Image data processing and generation |
| G08B | Signalling systems[14] |
| G10L | Speech analysis techniques or speech synthesis; Speech recognition; Speech or voice processing techniques; Speech or audio coding or decoding[15] |
| H04L | Transmission of digital information[16] |
| H04M | Telephonic communication |
| H04N | Pictorial communication (e.g., Television)[17] |
| H04W | Wireless communication networks[18] |

49.    In addition, I also took advantage of the Boolean operators the USPTO advanced patent search provides.[19] I summarized the table of the operators from the USPTO below:

| **Operator** | **Use in Patent Public Search** |
|---|---|
| OR | Two terms joined by "OR" means at least one of the terms must occur in the document. |

---

[13] *CPC-G06Q*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06Q.html (last visited May 6, 2026).

[14] *CPC-G08B*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G08B.html (last visited May 6, 2026).

[15] *CPC-G10L*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G10L.html (last visited May 6, 2026).

[16] *CPC-H04L*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04L.html (last visited May 6, 2026).

[17] *CPC-H04N*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04N.html (last visited May 6, 2026).

[18] *CPC-H04W*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04W.html (last visited May 6, 2026).

[19] *Operators*, USPTO, https://www.uspto.gov/patents/search/patent-public-search/operators (last visited May 6, 2026).

12

| AND | Two terms joined by "AND" must occur within the same document. |
|---|---|
| NOT | The first term must occur, the second term must not. |
| XOR | Two terms joined by "XOR" means at least one of the terms must occur in the document, but not both terms. |
| WITHn | Terms joined with WITH must occur within [n] sentences of each other. |
| SAMEn | Two terms occur within n paragraphs of each other. |
| ADJn | Two terms must occur within [n] terms of each other, in order and within the same sentence. |
| NEARn | Two terms must occur within [n] terms of each other and within the same sentence, but order is not relevant. |
| x NOT SAME y | The two terms are not contained in the same paragraph. |
| x NOT WITH y | The two terms are not contained in the same sentence. |
| x NOT ADJ y | The two terms are not contained adjacent to each other in the specific order in the same sentence. |
| x NOT NEAR y | The two terms are not contained adjacent to each other in any order in the same sentence. For example, a search for "blue NOT NEAR green" would not exclude a document containing "blue with green" but would exclude a document containing "green not blue." |

50.    With these tools, I used the terminology and concepts from developer documents and WWDC materials to construct targeted search strings for the USPTO databases, including key framework names, class names, API names, technology labels, and descriptive phrases that Apple uses. I searched both issued patents and published applications. After identifying an initial set of patents, I spot-checked the results and iteratively refined the search terms—adding limiters, excluding irrelevant categories, and incorporating additional technical terminology in the patents themselves. This process allowed me to construct a search string reflecting a reasonable estimation

13

of Apple's patents and applications associated with each rubric. I reviewed the results to manually exclude patents that, in my opinion, did not relate to the developer-facing functionality I identified.

51.    To conduct the patent searches, I applied filters to identify the most relevant patents. These included narrowing to method claims that describe processes implemented in software, rather than apparatus claims directed to physical device components. My search focused on patents listing Apple Inc. (or a relevant Apple entity) as the applicant or assignee, as well as other assignees that Apple acquired.[20] My analysis also does not include patents that are inactive or have been

---

[20] In each search string reproduced throughout the following sections of this Report, the search string includes only "Apple.AANM. OR Apple.as." While not listed for the sake of brevity, I also ran each search with additional Apple-acquired company names by adding the following phrase to each search string "AND ("anobit" or "hj laboratories" or "primesense" or "luxvue" or "emotient" or "powerbyproxi" or "next issue media" or "shazam" or "mobeewave" or "tesoro scientific" or "beddit" or "novauris" or "linx computational imaging" or "spectral edge" or "la la media" or "authentec" or "passif" or "Topsy" or "typesoft" or "xnor.ai" or "xris" or "beats music" or "beats electronics" or "laserlike" or ("p.a." and "semi inc")) or ("cvon").as.). This additional part of each search string was used to capture patents assigned to companies that Apple has acquired such as AuthenTec, Beats Music, and Mobeewave, and I included those results in the exemplary set of patents identified in **Appendix C**. *See Apple Buys Mobile Security Firm AuthenTec for $356 Million*, Reuters, https://www.reuters.com/article/world/americas/apple-buys-mobile-security-firm-authentec-for-356-million-idUSBRE86Q0KF/ (2026); *Apple to Acquire Beats Music & Electronics*, Apple, https://www.apple.com/newsroom/2014/05/28Apple-to-Acquire-Beats-Music-Beats-Electronics/ (2026); *Apple buys startup that turns smartphones into mobile payments terminals*, Apple Insider, https://appleinsider.com/articles/20/08/01/apple-buys-startup-that-turns-smartphones-into-mobile-payments-terminals (2026); *Apple confirms Lala music service acquisition*, Computerworld, https://www.computerworld.com/article/1464520/apple-confirms-lala-music-service-acquisition.html (2026); *Apple to acquire digital magazine service Texture*, Apple Newsroom, https://www.apple.com/newsroom/2018/03/apple-to-acquire-digital-magazine-service-texture/ (2026); *5 Major Brands That Are Actually Owned By Apple*, BGR, https://www.bgr.com/2148007/major-brands-owned-by-apple/ (2026); *Apple acquires Seattle-based AI company Xnor.ai*, HTTech, https://tech.hindustantimes.com/tech/news/apple-acquires-seattle-based-ai-company-xnor-ai-story-dSF34ys128UB6WgSMcXNsK.html (2026); *TypeSoft Technologies Overview*, PitchBook, https://pitchbook.com/profiles/company/86235-13 (2026); *Apple acquisitions are fueling the growth of its semiconductor patent portfolio*, IAM, https://www.iam-media.com/article/apple-acquisitions-are-fuelling-the-growth-of-its-semiconductor-patent-portfolio (2026); *Meet the Philly duo that sold a patent to Apple*, Technical.ly, https://technical.ly/startups/hj-laboratories-apple-jaron-rhodes-harry-vartanian/ (2026); *Apple acquires LuxVue, a power-efficient micro-LED display maker*, Apple Insider, https://appleinsider.com/articles/14/05/02/apple-acquires-luxvue-a-power-efficient-micro-led-maker---report (2026); *Apple buys Emotient, a company that uses AI to read emotions*, the Verge, https://www.theverge.com/2016/1/7/10731232/apple-emotient-ai-startup-acquisition (2026); *Apple acquires wireless charging specialist PowerbyProxi*, Apple Insider, https://appleinsider.com/articles/17/10/24/apple-acquires-wireless-charging-specialist-powerbyproxi (2026); *Apple Could Introduce Micro LED into Vision Pro, Replacing Existing Micro OLED Technology*, News, https://www.trendforce.com/news/2023/10/02/news-apple-could-introduce-micro-led-into-vision-pro-replacing-existing-micro-oled-technology/ (2026); *Apple acquires sleep tracking company Beddit, but its site will stay live*, Tech Crunch, https://techcrunch.com/2017/05/09/apple-acquires-sleep-tracking-company-beddit/ (2026); *Apple acquired speech recognition firm Novauris last year to improve Siri*, Apple Insider, https://appleinsider.com/articles/14/04/03/apple-acquired-speech-recognition-firm-novauris-last-year-to-improve-siri---report (2026); Apple acquires Israeli camera tech firm LinX for estimated $20M, 9TO5Mac,

14

declared essential to a standard, so the resulting sets focused on active, Apple-controlled patents and applications not encumbered by licensing commitments to standard-setting organizations.[21] Finally, I excluded patents with a priority date earlier than January 1, 2006, to exclude patents that likely exceeded the standard 20-year term. To do so, I prepared a script for USPTO advanced search as shown in **Appendix D**. Using this methodology, I identified an exemplary set of 6,025 unique patent assets, including 5,029 issued patents and 996 published patent applications identified in **Appendix C**. The results of my search represent a reasonable and likely understated representative listing of patents and pending applications related to the technology Apple provides to developers.

52.    Third, I examined the copyrights that apply to the materials Apple provides to developers. Apple's developer documentation is expansive and includes API references, framework guidelines, sample code, release notes, articles, tutorials,[22] interface and design guidelines, and other resources. Each document is protected by copyright as an original work of authorship. Apple's WWDC videos, slides, and other presentation materials are

---

https://9to5mac.com/2015/04/14/apple-linx-acquisition/ (2026); *Apple confirms acquisition of Passif Semiconductor*, Semiconductor Digest, https://sst.semiconductor-digest.com/2013/08/apple-confirms-acquisition-of-passif-semiconductor/ (2026); *Apple Buys Topsy For Price Reportedly North Of $200M, Could Use Social Signals To Bolster Siri, App Store Relevance*, Tech Crunch, https://techcrunch.com/2013/12/02/apple-buys-topsy-for-a-reported-200m-could-use-social-signals-to-bolster-app-store-relevance/ (2026); *Apple Xris – Video Patents From Korean Research Entity*, TT Consultants, https://ttconsultants.com/apple-xris-tt-consultants/ (2026); *Apple buys up Laserlike, an ex-Googler founded AI startup focused on following news topics*, 9TO5Mac, https://9to5mac.com/2019/03/13/apple-acquires-laser-like-google-ai/ (2026); *iMoney Patent and Other Digital Wallet Patent Battles*, The Street, https://www.thestreet.com/personal-finance/imoney-patent-and-other-digital-wallet-patent-battles-11975931 (2026).

[21] In order to determine whether patents identified in this report were declared essential to a standard, I searched public IEEE and ETSI databases, including https://standards.ieee.org/wp-content/uploads/import/governance/patcom/xls-files/ieee-802.11-amendments.xlsx and https://ipr.etsi.org, which resulted in excluding certain patents such as U.S. Patent Nos. 9,763,051 and 9,763,050 (same family, disclosed to ETSI for 3GPP, LTE); 12,177,739 (disclosed to ETSI as U.S. Patent App. Pub. No. 2022/103973 for 5G), and 11,617,069 (disclosed to ETSI as U.S. Patent. App. Pub. No. 2021/258761 for 5G).

[22] *Apple Developer, All Videos*, Apple, https://developer.apple.com/videos/all-videos/ (last visited Jan. 29, 2026).

copyright-protected audiovisual works. In addition, many developer documents and WWDC sessions refer to and exemplify use of Apple's APIs that pass information from the app into Apple's proprietary software stack. In my experience, the underlying source code that implements Apple's APIs is protected by copyright. Accordingly, Apple's proprietary framework and system code are protected by copyright. While I did not conduct an exhaustive copyright search or registration analysis, I understand that Apple has a substantial number of registered and unregistered copyrights related to iOS and iPadOS, including copyrights covering iOS source code, SDKs, frameworks, developer documents, sample code, beta builds, and other proprietary software made available to developers through the Apple Developer Program.[23] For example, iOS is an original, copyrighted work of authorship that Apple has continuously developed, authored, and refined since the iPhone's introduction. In my experience, each version of iOS as well as the corresponding SDK and developer documents is protected by copyright.[24]

53.    Fourth, I considered trade secrets associated with the technology rubrics. When an app calls an Apple API, the call passes parameters and data into Apple's proprietary software, which executes internal logic not disclosed to developers or the public. The specific ways in which Apple's internal source code processes data, manages resources, and delivers functionality are maintained as trade secrets because they are kept confidential and provide value to Apple. APIs allow developers to leverage the functionality of Apple's confidential source code without

---

[23] *See, e.g.*, *Public Records System*, Copyright, https://publicrecords.copyright.gov/advanced-search (2026) (Field Heading "All Names," Search Type "Is Exact," "Apple Inc.").

[24] *See, e.g.*, *Public Records System*, Copyright, https://publicrecords.copyright.gov/advanced-search (2026) (Field Heading "Registration Number," Search Type "As a Phrase," "TX 6-457-868," "TX 6-871-140," "TX 7-488-678," "TX 7-567-070," "TX 7-685-323," "TX 7-934-810," "TX 7-934-817," "TX 7-946-959," "TX 8-169-043," "TX 8-253-098," "TX 8-253-100," "TX 8-205-229," "TX 8-205-204," "TX 8-344-158," "TX 8-609-048," "TX 8-584-724," "TX 8-634-702," "TX 8-647-053," "TX 8-584-722," "TX 8-611-420," "TX 8-651-122," "TX 9-506-293," "TX 9-506-971," "TX 9-519-164," "TX 9-508-882," "TX 9-506-451," "TX 9-507-425," "TX 9-512-251," "TX 9-514-803," "TX 9-507-520," "TX 9-515-647," "TX 9-517-901," "TX 9-516-315," "TX 9-511-339," "TX 9-519-362," "TX 9-505-800," "TX 9-507-973," "TX 9-448-765," "TX 9-540-780.").

disclosing the code itself.  In my experience, APIs are a common method of protecting confidential source code from disclosure while still providing the benefit of the trade secrets embodied in the confidential source code. Further, Apple takes reasonable measures to protect its trade secrets. For example, Apple's Business Conduct Policy emphasizes the requirement to protect confidential information[25], and Apple's Confidentiality and IP Agreement requires employees to maintain the confidentiality of trade secrets and source code.[26] Apple's Apple Developer Program License Agreement includes prohibitions on attempting to derive Apple source code, among other prohibitions.[27] Apple's trade secrets also derive independent economic value from not being generally known. These trade secrets are integral to the performance, reliability, and quality of the developer-facing technologies, and derive independent economic value by allowing developers to create first-rate apps for Apple platforms.

54.    Using this methodology—identifying the relevant developer-facing technologies from Apple's own materials, mapping them to Apple patents and patent applications using targeted USPTO searches refined through iterative review, recognizing the copyrighted nature of Apple's documents, videos, and source code, and considering Apple trade secrets associated with the functionality provided to developers—I assembled, for each technology rubric, a set of IP assets that protect the functionalities that Apple provides to developers.

---

[25] *Business Conduct*, Apple, https://www.apple.com/compliance/pdfs/Business-Conduct-Policy.pdf (2026) ("Even within Apple, Apple Confidential Information should only be shared on a need-to-know basis.").

[26] Confidentiality and Intellectual Property Agreement at 1-2.

[27] *Apple Developer Program License Agreement*, Apple, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/ (2026) ("You may not and You agree not to, or to enable others to, copy (except as expressly permitted under this Agreement), decompile, reverse engineer, disassemble, attempt to derive the source code of, modify, decrypt, or create derivative works of the Apple Software, Apple Certificates or any Services provided by the Apple Software or otherwise provided hereunder, or any part thereof (except as and only to the extent any foregoing restriction is prohibited by applicable law or to the extent as may be permitted by licensing terms governing use of open-sourced components or sample code included with the Apple Software).").

17

## VIII. APPLE'S DEVELOPER TOOLS AND TECHNOLOGIES

55.     The following section details each technology rubric and patents, copyrights, and trade secrets that protect them. While I sought to identify specific tools and technologies Apple makes available to developers that help consummate linked-out purchases, this section is not exhaustive. Similarly, while I sought to identify which of Apple's more than 40,000 U.S. patents,[28] countless copyrights, and 250,000 APIs[29] embodying numerous trade secrets protected each technology rubric, this section is not exhaustive. The tools and technologies identified below are not listed in any particular order of importance, and some naturally may be more or less valuable to certain developers. For example, 3D Graphics and GameKit may provide more value to a gaming app developer, whereas Core Audio and CarPlay may provide more value to a music streaming app developer. All developers, however, benefit from Apple's IP-protected tools and technologies.

---

[28] According to the USPTO as of June 1, 2026, Apple has over 40,000 published pending U.S. patent applications and unexpired patents, including utility patents and design patents. USPTO records show Apple Inc. is listed as the Applicant or Assignee on over 40,000 U.S. pending patent applications and issued patents with filing dates on or after January 1, 2006, which have not expired due to lack of payment of maintenance fees. I obtained this number by using the USPTO's API to query the USPTO's systems with the following query: ""q": 'applicationMetaData.applicantBag.applicantNameText:"Apple Inc." OR assignmentBag.assigneeBag.assigneeNameText:"Apple Inc."'" I excluded records for international applications filed under the Patent Cooperation Treaty, expired patent applications, issued patents expired due to nonpayment of maintenance fees, and filing dates before January 1, 2006.  My methodology was conservative because it likely understates Apple's total U.S. patent assets, as it likely does not capture patents acquired from other companies where the assignment has not yet been recorded or unpublished pending patent applications filed in the 18 months preceding the date on which this search was performed (which have not yet published). Thus, Apple likely has significantly more than 40,000 pending U.S. patent applications and unexpired patents.

[29] *Apple Supercharges Its Tools and Technologies for Developers to Foster Creativity, Innovation, and Design*, Apple, https://www.apple.com/newsroom/2025/06/apple-supercharges-its-tools-and-technologies-for-developers/ (2026) ("These new resources join the extensive and continuously evolving set of technologies Apple offers developers, including over 250,000 APIs that enable developers to integrate their apps with Apple's hardware and software features.").

### A.      Xcode

56.      Xcode is a valuable category of tools and technologies that relate to app development technologies. Xcode is a proprietary integrated development environment ("IDE") for building apps for iPhones and iPads. The Xcode development environment allows developers to write, edit, test, and debug code for their apps.

57.      Below is a non-exhaustive list of Xcode tools and technologies:

- **Source Editor**, Xcode's primary code editor, which provides syntax highlighting, navigation, diagnostics, and code editing capabilities.[30]

- **Build System**, the Xcode component that orchestrates building an app development project. This component compiles, links, and packages source code into executable apps.[31]

- **Interface Builder**, a visual drag-and-drop integrated into Xcode for designing UIs.[32]

- **Storyboard Editor**, a mode of Interface Builder specifically intended for designing multi-screen app flows and navigation.[33]

- **File Browser / Project Navigator**, Xcode's navigator area, which provides a central file browser for managing project files, groups, and folder references.[34]

- **Code Completion**, outputs automatic suggestions for code symbols, methods, and properties as the developer types.[35]

---

[30] *Apple Developer, What's New in Xcode 11*, Apple, https://developer.apple.com/videos/play/wwdc2019/401/ (2026); *Apple Developer, Source editor*, Apple, https://developer.apple.com/documentation/xcode/source-editor (2026).

[31] *Behind the Scenes of the Xcode Build Process*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/415/ (2026); *Apple Developer, Build system*, Apple, https://developer.apple.com/documentation/xcode/build-system (2026); *Apple Developer, Xcode Release Notes*, Apple, https://developer.apple.com/library/archive/releasenotes/DeveloperTools/RN-Xcode/Chapters/Introduction.html (2026).

[32] *What's New in Xcode*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/104/ (2026); *Apple Developer, Xcode 4 Transition Guide Designing User Interfaces in Xcode 4*, Apple, https://developer.apple.com/library/archive/documentation/IDEs/Conceptual/Xcode4TransitionGuide/InterfaceBuilder/InterfaceBuilder.html (2026).

[33] *Apple Developer, Converting to Storyboards Release Notes*, Apple, https://developer.apple.com/library/archive/releasenotes/Miscellaneous/RN-AdoptingStoryboards/ (2026).

[34] *Apple Developer, Managing files and folders in your Xcode project*, Apple, https://developer.apple.com/documentation/xcode/managing-files-and-folders-in-your-xcode-project (2026).

[35] *Apple Developer, What's new in Xcode 16*, Apple, https://developer.apple.com/videos/play/wwdc2024/10135/ (2026); *Apple Developer, Xcode*, Apple, https://developer.apple.com/xcode/ (2026); *Apple Developer, Fixing issues*

- **AI and ML Coding Assistance**, uses an on-device ML model for intelligent code suggestions and provides large language model ("LLM")-powered coding assistance for writing, testing, and documentation.[36]

- **Debug Area and Console**, the pane of the Xcode workspace window that displays runtime logs, print statements, and debugger output.[37]

- **Issue Navigator**, a navigator tab that aggregates compile-time errors and warnings, runtime issues, and static analyzer findings, with one-click navigation to the source location.[38]

- **Instruments**, a standalone profiling application bundled with Xcode providing performance analysis and profiling applications on a timeline for performance and behavior analysis.[39]

- **Workspace**, a container that groups multiple Xcode projects and their shared dependencies so they can be built, indexed, and debugged together.[40]

- **XCTest Framework**, Xcode's long-standing testing framework, supporting unit tests, performance tests, and UI tests.[41]

- **Simulator**, a standalone application bundled with Xcode that simulates iPhones and iPads for debugging apps.[42]

---

*in your code as you type*, Apple, https://developer.apple.com/documentation/xcode/fixing-issues-in-your-code-as-you-type (2026).

[36] *Apple Developer, What's new in Xcode 16*, Apple, https://developer.apple.com/videos/play/wwdc2024/10135/ (2026); *Apple Developer, Xcode*, Apple, https://developer.apple.com/xcode/ (2026); *Apple Developer, What's new in Xcode 26*, Apple, https://developer.apple.com/videos/play/wwdc2025/247/ (2026); *Apple Developer, Xcode*, Apple, https://developer.apple.com/xcode/ (2026).

[37] *Apple Developer, What's new in Xcode 15*, Apple, https://developer.apple.com/videos/play/wwdc2023/10165/ (2026); *Apple Developer, Debugging an App Playground using the Console*, Apple, https://developer.apple.com/documentation/swift-playgrounds/console-print-debugging (2026).

[38] *Finding Bugs Using Xcode Runtime Tools*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/406/ (2026); *Apple Developer, Diagnosing and resolving bugs in your running app*, Apple, https://developer.apple.com/documentation/xcode/diagnosing-and-resolving-bugs-in-your-running-app (2026).

[39] *Apple Developer, Getting Started with Instruments*, Apple, https://developer.apple.com/videos/play/wwdc2019/411/ (2026); *Apple Developer, What's new in Xcode 16*, Apple, https://developer.apple.com/videos/play/wwdc2024/10135/ (2026); *Apple Developer, Profiling apps using Instruments*, Apple, https://developer.apple.com/tutorials/instruments (2026).

[40] *Apple Developer, Managing multiple projects and their dependencies*, Apple, https://developer.apple.com/documentation/xcode/managing-multiple-projects-and-their-dependencies (2026).

[41] *Apple Developer, Meet Swift Testing*, Apple, https://developer.apple.com/videos/play/wwdc2024/10179/ (2026); *Apple Developer, XCTest*, Apple, https://developer.apple.com/documentation/xctest (2026).

[42] *Apple Developer, Become a Simulator expert*, Apple, https://developer.apple.com/videos/play/wwdc2020/10647/ (2026); *Apple Developer, Running your app in Simulator or on a device*, Apple, https://developer.apple.com/documentation/xcode/running-your-app-in-simulator-or-on-a-device (2026).

20

- **Swift Playground**, an interactive Swift coding environment with inline result sidebars and live views, useful for experimentation, prototyping, and learning how to code and build apps with Swift.[43]

- **Automatic Signing**, an Xcode capability that creates and refreshes development and distribution signing certificates, registers connected devices, and provisions profiles in the Apple Developer portal on the developer's behalf.[44]

- **Preview Canvas**, a live preview system for UI views that renders interactive previews of views alongside the Source Editor, across multiple device, appearance, and data variants, without launching the full app.[45]

- **Xcode Cloud**, Apple's continuous integration and delivery service for automated building, testing, and distribution.[46]

58.     Apple's Xcode tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies provide developers with an IDE that provides source code editing, debugging, performance analysis, UI design tools, and app distribution capabilities for the Apple platform development lifecycle, giving developers the tools to develop their apps. These technologies allow developers to create stable applications across devices that improve user satisfaction, which can improve realization of purchases through applications. They also create a uniform and predictable user experience, which, in turn, can improve purchase realizations through apps.

---

[43] *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026).

[44] *What's New in Xcode App Signing*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2016/401/ (2026); *Apple Developer, Distributing your app for beta testing and releases*, Apple, https://developer.apple.com/documentation/xcode/distributing-your-app-for-beta-testing-and-releases (2026).

[45] *Apple Developer, What's New in Xcode 11*, Apple, https://developer.apple.com/videos/play/wwdc2019/401/ (2026); *Apple Developer, Previewing your app's interface in Xcode*, Apple, https://developer.apple.com/documentation/xcode/previewing-your-apps-interface-in-xcode (2026).

[46] *Apple Developer, Meet Xcode Cloud*, Apple, https://developer.apple.com/videos/play/wwdc2021/10267/ (2026); *Apple Developer, Xcode Cloud*, Apple, https://developer.apple.com/xcode-cloud/ (2026).

59.    Xcode's core development tools help developers build and refine the technologies that generate revenue. The File Browser / Project Navigator, Workspace, and Issue Navigator give developers a structured way to organize all code and assets while controlling versions and catching build or configuration errors that could break access to paid technologies. The Build System, and Xcode Cloud, then ensure this code compiles efficiently, is optimized, and can be tested and released frequently, allowing rapid iteration on a developer's logic.

60.    The authoring and UI tools shape app quality and user experience. The Source Editor, Code Completion, and AI and ML Coding Assistance speed up writing and maintaining complex logic. Interface Builder, Storyboard Editor, Preview Canvas, and Swift Playground enable fast experimentation with functionalities including upgrade prompts and different layouts or messaging for free versus paid experiences. By helping developers quickly design, preview, and refine the screens that explain value and present premium options paid for through subsequent transactions, these tools help optimize conversion from free usage to paid tiers.

61.    Xcode's diagnostics suite supports quality, stability, and performance-enhancing functionalities that are critical to building high-quality apps that keep users engaged. The Debug Area and Console and other Xcode technologies and functionalities let developers trace and fix failures in their apps across a range of use cases, devices, and conditions. Developers can evaluate different user states, test upgrade/downgrade prompts, ensure their app logic behaves correctly over time, and profile performance to create and maintain responsive and reliable functionality.

62.    Xcode platform and infrastructure technologies facilitate the delivery of revenue-generating app builds to users. Automatic Signing simplifies code signing and entitlements so builds can be installed and distributed through official channels with the necessary capabilities enabled. They help developers create, test, and offer stable, intuitive, and advanced experiences.

22

### 1.    Patents

63.    Using the methodology in Section VII, I identified an exemplary set of 111 U.S. patent assets, including 102 patents and 9 published patent applications relating to Xcode technologies, that are identified in **Appendix C**.

64.    I identified these patents using the following search string:

(((("build system" AND "compile")) OR ("multilevel configuration").ti. OR ("dynamic service discovery").ti.) OR (("interface builder") OR ("asset catalog").ti. OR ("bulk constraint").ti.) OR ((("learning model" NEAR10 "software development")) OR ("mutable parameters" AND "machine learning").ti. OR ("artificial intelligence controller").ti. OR ("decomposition" AND "machine learning").ti.) OR ("logging techniques" ) OR (("memory debugging" ) OR ("software performance" AND "data mining").ti.) OR ((("inlined code" OR "speculative compilation") ) OR ("converting javascript").ti. OR ("runtime state" AND "inlined code").ti.) OR ((("debugger" AND "breakpoint" AND "target device")) OR ("suspending and resuming" AND "graphics").ti. OR ("gpu" AND "execution control").ti.) OR (("anti-pattern" AND "performance")) OR ((("code coverage" AND "testing") AND method.clms.) OR ("performance testing" AND "blocks of code").ti.) OR ((("simulator" NEAR10 "mobile application")) OR ("simulator" AND "nearby interactions").ti.) OR ((("interactive learning" AND "code")) OR ("dynamic program evaluation").ti.) OR ((("code signing" AND "certificate")) OR ("access control" AND "development profiles").ti. OR ("restricting resources" AND "entitlements").ti. OR ("security profile" AND "entitlements").ti. OR ("automated qualification" AND "binary").ti.) OR (("preview" NEAR10 "source code")) OR (("dynamic translation" AND "emulated")) OR ((software NEAR IDE) OR ((software AND development) OR "Programming Environment").ti. OR "source code".ab.)) AND (apple.as. OR apple.aanm.) AND method.clms.

65.    I developed this string by looking for terms relating to Xcode technologies also found in Apple's Xcode developer documents and WWDC videos, such as "build system," "compile," "interface builder," "machine learning," and "memory debugging."[47] I included these terms, and other related terms, as search terms in this string.

---

[47] *Apple Developer, Xcode*, Apple https://developer.apple.com/documentation/xcode (2026) ("**Build system**... **Compile** your code into a binary format, and customize your project settings to build your code."); *Apple Developer, Xcode 4 Transition Guide Designing User Interfaces in Xcode 4*, Apple, https://developer.apple.com/library/archive/documentation/IDEs/Conceptual/Xcode4TransitionGuide/InterfaceBuilder/InterfaceBuilder.html (2026) ("In Xcode 4, **Interface Builder** is an editor within the Xcode app"); *Apple Developer, Xcode*, Apple, https://developer.apple.com/xcode/ (2026) ("Predictive code completion . . . uses an on-

66.     Through an iterative process of spot checking the results and honing the search string, I noted that most results fit well into the Xcode technology rubric. Because the search terms were narrowly tailored, I did not need to add any exclusions. Instead, I used the search string as-is and removed those that did not fit well into the Xcode technology rubric based on my review.

67.     Using these techniques, I arrived at a search result that reflects a set of U.S.patents that reasonably relates to Apple's patented Xcode tools and technologies.

### 2.     Copyrights

68.     Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Xcode technologies.

69.     First, Apple's Xcode tools and technologies provide developers with "access to thousands of APIs in the iOS and macOS SDKs"[48] to use to develop their apps.[49]  In addition, Xcode provides developers with Frameworks and APIs, including XcodeKit.[50] Apple's Xcode APIs are at the center of everything a developer does related to Xcode.

70.     When developers use Xcode APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and experience, I expect that the source code is

---

device **machine learning** model trained for Swift and Apple SDKs to give you intelligent suggestions based on your project and coding style," "With Simulator, you get access to great performance, advanced **debugging** tools, and the ability to simulate various scenarios like location changes, **memory** warnings, network throttling, and more.").  In this report, all emphasis added unless otherwise noted.

[48] *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026).

[49] *Apple Developer, Xcode*, Apple, https://developer.apple.com/documentation/xcode/ (2026); *Apple Developer, Xcode Cloud*, Apple, https://developer.apple.com/xcode-cloud/ (2026); *Apple Developer, Meet Swift Testing*, Apple, https://developer.apple.com/videos/play/wwdc2024/10179/ (2026); *Apple Developer, Running your app in Simulator or on a device*, Apple, https://developer.apple.com/documentation/xcode/running-your-app-in-simulator-or-on-a-device (2026); *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026).

[50] *Apple Developer, XcodeKit*, Apple, https://developer.apple.com/documentation/xcodekit (2026).

extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

71.    Apple's APIs related to Xcode help developers use every aspect of Xcode tools and technologies to develop and test their apps. For example, Apple provides information about its APIs available using Swift Playground, including instructions on how to implement and use them.[51] As shown below, developers can take advantage of Apple's expansive Xcode tools and technologies enabled by its APIs.



Figure: Swift Playground, Experiment with code[52]

72.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Xcode tools and technologies. Developers use these

---

[51] *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026).

[52] *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026).

materials to better understand and implement Xcode functionality, leading to higher user interest and engagement.[53] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

73.    Apple's developer documents and instructional videos help developers use all aspects of Xcode tools and technologies to develop and test apps. For example, Apple's instructional videos help developers use LLMs in their development workflow.[54]

---

[53] *See, e.g.*, *Apple Developer, Managing files and folders in your Xcode project*, Apple, https://developer.apple.com/documentation/xcode/managing-files-and-folders-in-your-xcode-project (2026); *Apple Developer, Source editor*, Apple, https://developer.apple.com/documentation/xcode/source-editor (2026); *Apple Developer, Build system*, Apple, https://developer.apple.com/documentation/xcode/build-system (2026); *Apple Developer, What's new in Xcode 16*, Apple, https://developer.apple.com/videos/play/wwdc2024/10135/ (2026); *Apple Developer, Xcode*, Apple, https://developer.apple.com/xcode/ (2026); *Apple Developer, Fixing issues in your code as you type*, Apple, https://developer.apple.com/documentation/xcode/fixing-issues-in-your-code-as-you-type (2026); *Apple Developer, Review code and collaborate in Xcode*, Apple, https://developer.apple.com/videos/play/wwdc2021/10205/ (2026); *Apple Developer, Meet Swift Testing*, Apple, https://developer.apple.com/videos/play/wwdc2024/10179/ (2026); *Apple Developer, Debugging an App Playground using the Console*, Apple, https://developer.apple.com/documentation/swift-playgrounds/console-print-debugging (2026); *Apple Developer, Getting Started with Instruments*, Apple, https://developer.apple.com/videos/play/wwdc2019/411/ (2026); *Apple Developer, Profiling apps using Instruments*, Apple, https://developer.apple.com/tutorials/instruments (2026); *Apple Developer, Source control management*, Apple, https://developer.apple.com/documentation/xcode/source-control-management (2026); *Apple Developer, Managing multiple projects and their dependencies*, Apple, https://developer.apple.com/documentation/xcode/managing-multiple-projects-and-their-dependencies (2026); *Apple Developer, Diagnosing and resolving bugs in your running app*, Apple, https://developer.apple.com/documentation/xcode/diagnosing-and-resolving-bugs-in-your-running-app (2026); *Apple Developer, XCTest*, Apple, https://developer.apple.com/documentation/xctest (2026); *Apple Developer, Become a Simulator expert*, Apple, https://developer.apple.com/videos/play/wwdc2020/10647/ (2026); *Apple Developer, Running your app in Simulator or on a device*, Apple, https://developer.apple.com/documentation/xcode/running-your-app-in-simulator-or-on-a-device (2026); *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026); *Apple Developer, Build settings reference*, Apple, https://developer.apple.com/documentation/xcode/build-settings-reference (2026); *Apple Developer, Distributing your app for beta testing and releases*, Apple, https://developer.apple.com/documentation/xcode/distributing-your-app-for-beta-testing-and-releases (2026); *Apple Developer, Previewing your app's interface in Xcode*, Apple, https://developer.apple.com/documentation/xcode/previewing-your-apps-interface-in-xcode (2026); *Apple Developer, Meet Xcode Cloud*, Apple, https://developer.apple.com/videos/play/wwdc2021/10267/ (2026); *Apple Developer, Xcode Cloud*, Apple, https://developer.apple.com/xcode-cloud/ (2026); *Apple Developer, What's new in Xcode 26*, Apple, https://developer.apple.com/videos/play/wwdc2025/247/ (2026); *Behind the Scenes of the Xcode Build Process*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/415/ (2026); *What's New in Xcode*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/104/ (2026); *Finding Bugs Using Xcode Runtime Tools*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/406/ (2026); *What's New in Xcode App Signing*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2016/401/ (2026).

[54] *Apple Developer, What's new in Xcode 26*, Apple, https://developer.apple.com/videos/play/wwdc2025/247/ (2026).

### 3.    Trade Secrets

74.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Xcode technologies.

75.    Apple's Xcode tools and technologies provide developers with "access to thousands of APIs in the iOS and macOS SDKs"[55] to use when developing apps.[56]  In addition, Xcode provides developers with Frameworks and APIs, including XcodeKit,[57] which allow developers to perform complex Xcode tasks with simple API commands that they could not otherwise perform absent Apple's proprietary source code designed to carry out the functionalities.

76.    While developers cannot view or access Apple's confidential source code, it powers the APIs that developers access and use via Apple's Xcode tools and technologies. This proprietary source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Xcode APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### B.    User Interfaces

77.    User Interfaces is a valuable category of tools and technologies and relates to creating and managing a graphical, event-driven UI for apps. They provide the visual building

---

[55] *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026).

[56] *Apple Developer, Xcode*, Apple, https://developer.apple.com/documentation/xcode/ (2026); *Apple Developer, Xcode Cloud*, Apple, https://developer.apple.com/xcode-cloud/ (2026); *Apple Developer, Meet Swift Testing*, Apple, https://developer.apple.com/videos/play/wwdc2024/10179/ (2026); *Apple Developer, Running your app in Simulator or on a device*, Apple, https://developer.apple.com/documentation/xcode/running-your-app-in-simulator-or-on-a-device (2026); *Apple Developer, Learn to code with Swift Playground*, Apple, https://developer.apple.com/swift-playground/ (2026).

[57] *Apple Developer, XcodeKit*, Apple, https://developer.apple.com/documentation/xcodekit (2026).

blocks developers use to create what users see and interact with on screen, and allow them to create attractive apps with minimal time, effort, and code. They handle numerous tasks—from detecting touches, taps, and swipes to arranging content, animating transitions, managing keyboard input, and adapting layouts to different screen sizes. User Interfaces also includes visual design tools, privacy protections for personal data, and accessibility functionality that allow developers to create apps for users with varying vision, hearing, or mobility needs.

78.    Below is a non-exhaustive list of User Interface tools and technologies:

- **UIKit**, Apple's object-oriented programming framework for creating an app's UI by providing detailed code instructions defining how the UI should look and function.[58]

- **SwiftUI**, Apple's declarative programming framework for creating an app's UI by describing the desired outcome and allowing the framework to translate the code into a functional UI.[59] SwiftUI allows developers to create attractive-looking apps with minimal time, effort, and code.

- **Touch detection** detects, tracks, and updates a UI's response to a user's touch in the viewed content of an app using size, movement, and force/duration of a touch occurrence.[60]

- **Gestures** process and interpret gesture events, such as taps, clicks, presses, pinches, and swipes, and produce consistent responses based on the gesture performed.[61]

---

[58] *Apple Developer, UIKit*, Apple, https://developer.apple.com/documentation/UIKit (2026); *Apple Developer, UIKit Updates*, Apple, https://developer.apple.com/documentation/Updates/UIKit (2026); *What's New in UIKit*, Seb Vidal, https://sebvidal.com/blog/whats-new-in-uikit-26/ (2026); *SwiftUI vs UIKit: Making the Decision*, BairesDev Blog https://www.bairesdev.com/blog/swiftui-vs-uikit/ (2026).

[59] *Apple Developer, SwiftUI*, Apple, https://developer.apple.com/documentation/SwiftUI (2026); *Apple Developer, SwiftUI*, Apple, https://developer.apple.com/news/?id=06032019b (2026); *SwiftUI vs UIKit: Making the Decision*, BairesDev Blog https://www.bairesdev.com/blog/swiftui-vs-uikit/ (2026); *Swift UI Pathway*, Apple, https://developer.apple.com/swiftui/get-started/ (2026).

[60] *Apple Developer, Touches, presses, and gestures*, Apple, https://developer.apple.com/documentation/uikit/touches-presses-and-gestures (2026); *Apple Developer, UITouch*, Apple, https://developer.apple.com/documentation/uikit/uitouch (2026).

[61] *Apple Developer, Handling UIKit gestures*, Apple, https://developer.apple.com/documentation/uikit/handling-uikit-gestures (2026); *Apple Developer, Touches, presses, and gestures*, Apple, https://developer.apple.com/documentation/uikit/touches-presses-and-gestures (2026); *Apple Developer, UITapGestureRecognizer*, Apple, https://developer.apple.com/documentation/uikit/uitapgesturerecognizer (2026).

28

- **Scrolling** tracks the movements of an input event such as a touch or gesture and adjusts the view of the UI accordingly, allowing for scrolling and page movement.[62]

- **Hierarchical views** define the relationship of different views of a window in an app's user interface, where the views nest within a window creating a hierarchy.[63]

- **Auto Layout** dynamically calculates the size and position of all views in a view hierarchy, based on constraints such as the device screen size.[64]

- **Collections and Tables** display a set of related content in a nested style collection format or a table format based on the data to be presented.[65]

- **Transitions and Animations** provide the user with developer-customizable feedback (through outputs such as tactile, visual, and audio responses) based on user actions in an app.[66]

- **Keyboards & writing** allow developers to create or allow their app to interact with on-screen and physical keyboards that handle user inputs or detect key presses.[67]

- **Alerts** present important information to a user or prompts the user about an important choice. Includes audio-based inputs and outputs of the UI that enables user interaction.[68]

---

[62] *Apple Developer, UIScrollView*, Apple, https://developer.apple.com/documentation/uikit/uiscrollview (2026).

[63] *Apple Developer, Views and controls*, Apple, https://developer.apple.com/documentation/uikit/views-and-controls (2026); *Apple Developer, The View Controller Hierarchy*, Apple, https://developer.apple.com/library/archive/featuredarticles/ViewControllerPGforiPhoneOS/TheViewControllerHierarchy.html (2026).

[64] *Apple Developer, Understanding Auto Layout*, Apple, https://developer.apple.com/library/archive/documentation/UserExperience/Conceptual/AutolayoutPG/index.html (2026).

[65] *Apple Developer, Collection views*, Apple, https://developer.apple.com/documentation/uikit/collection-views (2026); *Apple Developer, UICollectionView*, Apple, https://developer.apple.com/documentation/uikit/uicollectionview (2026); *Apple Developer, Tables*, Apple, https://developer.apple.com/documentation/swiftui/tables (2026).

[66] *Apple Developer, Animation and haptics*, Apple, https://developer.apple.com/documentation/uikit/animation-and-haptics (2026); *Apple Developer, Enhance your UI animations and transitions*, Apple, https://developer.apple.com/videos/play/wwdc2024/10145/ (2026); *Apple Developer, Preparing your app to play haptics*, Apple, https://developer.apple.com/documentation/corehaptics/preparing-your-app-to-play-haptics/ (2026); *Apple Developer, Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2026).

[67] *Apple Developer, Keyboards and input*, Apple, https://developer.apple.com/documentation/uikit/keyboards-and-input (2026); *Apple Developer, Keep up with the keyboard*, Apple, https://developer.apple.com/videos/play/wwdc2023/10281/ (2026).

[68] *Apple Developer, Getting the user's attention with alerts and action sheets*, Apple, https://developer.apple.com/documentation/uikit/getting-the-user-s-attention-with-alerts-and-action-sheets (2026); *Apple Developer, What's new in UIKit*, Apple, https://developer.apple.com/videos/play/wwdc2025/243/ (2026); *Apple Developer, Working with Audio*, Apple, https://developer.apple.com/audio/ (2026).

29

- **User privacy and protection** safeguard a user's personal data that is accessed during use of an app, based on user preference.[69]

- **Storyboard Builder**, a visual design tool allowing for integrated UI development in Xcode.[70]

- **Accessibility** allows a user to access and experience an app based on user need (including but not limited to vision, hearing, and tactile limitations).[71]

79.     Apple's User Interfaces tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, Fortnite, GoodShort, SoundCloud, and Strava apps offer linked-out purchases[72] and appear to use these tools and technologies.[73]

80.     The User Interfaces tools and technologies allow developers to create both simple and advanced views and controls that users see and interact with to affect how the interface looks, feels, and moves.[74] For example, developers can build their apps using common UIKit views and controls, in which case UIKit automatically handles touch events for the developer, or they can use custom views to display their content, in which case the developer must handle all touch events

---

[69] *Apple Developer, Protecting the User's Privacy*, Apple, https://developer.apple.com/documentation/uikit/protecting-the-user-s-privacy (2026); *Apple Developer, What's new in UIKit*, Apple, https://developer.apple.com/videos/play/wwdc2021/10059/ (2026).

[70] *Apple Developer, UIStoryboard*, Apple, https://developer.apple.com/documentation/uikit/uistoryboard (2026).

[71] *Apple Developer, Build accessible apps with SwiftUI and UIKit*, Apple, https://developer.apple.com/videos/play/wwdc2023/10036/ (2026); *Apple Developer, Accessibility fundamentals*, Apple, https://developer.apple.com/documentation/SwiftUI/Accessibility-fundamentals (2026).

[72] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also Fortnite Item Shop*, Epic Games, https://www.fortnite.com/item-shop (2026) (displaying web purchase of items for gameplay); GoodShort, https://www.goodshort.com/ (2026) ("Score 10% extra value vs the app"); SoundCloud, https://soundcloud.com/company/plans (2026) (describing subscription levels to unlock certain features in select apps); Strava, https://www.strava.com/subscribe (describing subscription levels that unlock app features).

[73] *Fortnite*, Apple, https://apps.apple.com/us/app/fortnite/id6483539426 (2026) (displaying gaming and entertainment-based user interfaces); GoodShort – Short Dramas Hub, https://apps.apple.com/us/app/goodshort-short-dramas-hub/id6448176203 (2026) (displaying entertainment-based user interfaces); SoundCloud, https://soundcloud.com/download (2026) (displaying audio media-based user interfaces); Strava, https://www.strava.com/mobile (displaying various activity-based user interfaces); Epic December 11, 2020 Responses and Objections to Apple's First Set of Interrogatories at 14.

[74] *Apple Developer, Adopting Liquid Glass*, Apple, https://developer.apple.com/documentation/TechnologyOverviews/adopting-liquid-glass (2026).

using either gesture recognizers or by tracking touches directly using the UIView technology.[75]
These options give developers flexibility to choose between creating low-maintenance, common
views and controls or more customized solutions, depending on their app and user needs.

81.    UIKit and SwiftUI enable developers to build polished, responsive interfaces that
improve user engagement and ease of use. UIKit's imperative tools and SwiftUI's declarative tools
allow developers to design and iterate on visually consistent screens for onboarding, pricing pages,
account management, and content browsing. Hierarchical views, Auto Layout, and
Storyboard/Interface Builder let developers present complex information in a way that scales
cleanly across devices. Collections and tables give structure to large sets of items, so developers
can highlight premium content and organize upgrades intuitively.

82.    Touch detection, gestures, scrolling, and animation/transition APIs help developers
create fluid interactions that guide users through app discovery and use. Apple pioneered the
modern multi-touch paradigm, defining intuitive interaction models—pinch-to-zoom, swipe, tap-
and-hold. Apple provides these underlying technologies to developers, allowing every app to
inherit a premium interaction paradigm without being independently engineered. Smooth scrolling
and gesture handling make it easy to browse offerings, compare options, and navigate between
details and summaries. Because these behaviors are powered by Apple's finely tuned UIKit and
SwiftUI components, even simple lists and navigation stacks feel immediately responsive and
satisfying to use. Animations and transitions provide rich feedback when users interact with
buttons, toggles, or sliders, reinforcing a sense of quality. Alerts and UI-level audio allow
developers to surface key information at the right moment.

---

[75] *Apple Developer, Touches, presses, and gestures*, Apple,
https://developer.apple.com/documentation/uikit/touches-presses-and-gestures (2026).

83.     Keyboards, writing tools, and related input configurations reduce user friction when entering information required to complete higher-value interactions such as registration, authentication, or configuration of personalized services. Good keyboard behavior, including appropriate layout, auto-advance, and support for external input devices, makes it easier for users to fill out forms, specify preferences, or provide necessary details (for example, household configuration for a smart-home app or profile attributes for a training app). Thoughtful input flows, combined with gesture-driven navigation, reduce abandonment and help ensure that users can complete the steps needed to unlock and maintain access to paid offerings.

84.     Accessibility tools—such as support for VoiceOver, larger text, high-contrast modes, switch control, and haptic accommodations—ensure a broader range of users can navigate screens, understand upgrade options, and interact with core technologies. By making premium functionality usable and trustworthy for more people, these technologies support both adoption and long-term retention of paid services.[76]

### 1.    Patents

85.     Using the methodology in Section VII, I identified an exemplary set of 2,238 U.S. patent assets, including 1,892 patents and 346 published patent applications relating to User Interfaces technologies, that are identified in **Appendix C**.

86.     Due to the number of search terms and exclusions required for this technology rubric, I identified these patents using the following nine search strings:

---

[76] *Beyond Compliance: How Inclusive Design Drives Real Revenue*, LinkedIn, https://www.linkedin.com/pulse/beyond-compliance-how-inclusive-design-drives-real-digital-davis-ptrke (2026) (finding that accessible user interfaces result in "More conversions. More repeat purchases. More loyalty.")

| Aspects | Search String |
|---|---|
| Touch Detection, Gestures, Scrolling | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$.cpci. NOT (virtual OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry).clms. AND method.clms. SAME (interfac$ OR GUI OR UI OR layout).clms. AND (((((touch$ OR tactile OR finger$ OR stylus) OR (gestur$ OR tap$ OR click$ OR press$ OR swip$)).clms.) AND (detect$ OR (user adj3 input).clms.)) OR (zoom$ WITH input).clms. OR pinch$.clms. OR scroll$.clms.) AND ((mobil$ OR personal$) WITH (phone OR device$)).spec. |
| Hierarchical Views, Auto Layout | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$.cpci. NOT (virtual OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry).clms. AND method.clms. SAME (interfac$ OR GUI OR UI OR layout).clms. and (((hierar$ OR order$ OR background OR overl$ OR region OR loca$ OR portion or layer) WITH (view$ OR object OR fram$ OR screen OR window))) .clms. AND ((mobil$ OR personal$) WITH (phone OR device$)).spec. |
| Collections and Tables | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$8.cpci. NOT (virtual$ OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry OR ((synthesiz$ OR virtual OR augment$) ADJ3 reality) OR (three ADJ3 dimension$) OR volt$ OR pixel OR (cross$ ADJ3 talk) OR waveguide OR wavelength OR route OR map$ OR (angle ADJ3 vector) OR diode OR bus OR multiplex$ OR buffer OR calibration OR substrate OR shield$ OR hardware OR driver OR circuit OR keyfram$ OR wearab$).clms. AND (method.clms. SAME (interfac$ OR GUI OR UI OR layout or display).clms. SAME (data OR media OR documents OR files OR apps OR widgets OR shortcuts OR contacts OR events OR orders OR tickets OR records).clms. SAME (collection OR array OR matrix OR grid OR library OR catalog OR repository OR table OR batch OR cluster OR aggregate OR bundle OR pool OR assortment).clms.) |
| Animations and Transitions | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$8.cpci. NOT (virtual OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry ).clms. AND method.clms. SAME (interfac$ OR GUI OR UI OR layout).clms. AND (((tactile OR haptic) WITH (display OR interface)).clms. OR ((replac$ OR transition$ OR updat$) NEAR (display OR interface)).clms. OR (animat$ WITH (display OR interface) SAME behavior$ AND (interface |

33

| | OR display).ab.)) AND ((mobil$3 OR personal$3) WITH (phone OR device$1)).spec. |
|---|---|
| Keyboards and Writing | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$8.cpci. NOT (virtual$ OR watch OR desktop OR dimension$ OR power OR (eye NEAR3 track$)).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry).clms. AND ((writ$ OR alpha$ OR keyboard$) WITH (user OR display$ OR screen)).clms. AND ((method OR process) SAME (interfac$ OR GUI OR UI OR layout OR display$)).clms. AND (user ADJ3 input).clms. AND ((mobil$3 OR personal$3) WITH (phone OR device$1)).spec. |
| Alerts | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$.cpci. NOT (virtual OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry).clms. AND method.clms. SAME (interfac$ OR GUI OR UI OR layout).clms. AND ((((notif$8 OR action$3 OR alert$ OR sounds OR indicat$ OR status) ).clms.)) AND ((mobil$3 OR personal$3) WITH (phone OR device$1)).spec. |
| User Privacy and Protection | @PY>"2002" AND (Apple.AANM. OR Apple.as.) NOT (virtual$ OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry).clms. AND (method.clms. SAME (interfac$ OR GUI OR UI OR layout or display$ or sound or haptic).clms. SAME (protect$ OR secur$ OR safety OR confident$ OR anonym$ OR permission OR consent OR priva$).clms.) AND ((mobil$3 OR personal$3) WITH (phone OR device$1)).spec. |
| Storyboard Builder | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$.cpci. NOT (virtual OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry).clms. AND method.clms. AND (cod$ NOT (passcode OR "activation code") AND (program$ OR storyboard OR creat$) WITH (visual$ OR display$ OR view)).clms. AND ((mobil$3 OR personal$3) WITH (phone OR device$1)).spec. |
| Accessibility | @PY>"2002" AND (Apple.AANM. OR Apple.as.) AND G06$8.cpci. NOT (virtual OR watch OR desktop OR dimension$ OR power).ab. NOT (3D OR virtual OR reality OR transducer OR circuitry).clms. AND method.clms. SAME (interfac$ OR GUI OR UI OR layout).clms. AND ((accessibility same ("tactile output") and ("tactile output").clms. ) OR (("voice over") AND accessibility NOT ("voice over" SAME "VoIP")) OR (accessibility.ab. OR accessibility.clms.) OR (accessibility SAME rotor) or ((accessibility with affordance).spec. and affordance.clms.) or ((("accessibility mode" or "accessibility setting" or "accessibility control") |

| | same input) and input.clms.)) AND ((mobil$3 OR personal$3) WITH (phone OR device$1)).spec. |
|---|---|

87.     I developed these search strings by looking for terms relating to User Interfaces technologies also found in Apple's User Interfaces developer documents and WWDC videos, such as "interface," "touch$," "press$," "screen," "window," "display$," and "keyboard$."[77] I included these terms, and other related terms, as search terms in these strings.

88.     Through an iterative process of spot checking the results and honing the search strings, I modified the search strings to exclude terms that seemed to bring in patents that did not fit as well into the User Interfaces technology rubric. For example, I added exclusions for terms relating to "virtual$," "reality," "desktop," and "circuitry."

89.     Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented User Interfaces tools and technologies.

## 2.    Copyrights

90.     Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of User Interfaces technologies.

91.     First, Apple's User Interfaces tools and technologies provide developers with Frameworks and APIs, including UIKit, UIGlassEffect, UIGlassContainerEffect, UIScrollEdgeEffect, UIBarButtonItem, UIMainMenuSystem, UIColorPickerViewController, SwiftUI, UIView, UIResponder, UIEvent, UITouch, UITapGestureRecognizer, UIGestureRecognizer, UIScrollView, UIControl, UINavigationController, UIPageViewController, UICollectionView, Tables, UIFeedbackGenerator, UITextInput,

---

[77] *Apple Developer, UIKit*, Apple, https://developer.apple.com/documentation/UIKit (2026) ("Construct and manage a graphical, event-driven user **interface**," "**[t]ouches, presses**, and gestures," "**[w]indows and screens**," "Views help you **display** content onscreen and facilitate user interactions," "Navigate the interface of your UIKit app using a remote, game controller, or **keyboard**").

UITextInteraction, UITextItem, UIAlertController, UIAlertAction, UIDevice, UIStoryboard, UIViewRepresentable, Accessibility, and the many related APIs.[78] Apple's User Interfaces APIs are at the center of everything a developer does related to User Interfaces.

92.     When developers use User Interfaces APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

93.     Apple's APIs related to User Interfaces help developers use every aspect of Apple's User Interfaces tools and technologies to create and manage a graphical, event-driven UI for apps. For example, Apple provides information regarding its APIs that relate to a gesture recognizer that

---

[78] *Apple Developer, UIKit*, Apple, https://developer.apple.com/documentation/UIKit (2026); *Apple Developer, UIKit Updates*, Apple, https://developer.apple.com/documentation/Updates/UIKit (2026); *Apple Developer, SwiftUI*, Apple, https://developer.apple.com/documentation/SwiftUI (2026); *Apple Developer, Touches, presses, and gestures*, Apple, https://developer.apple.com/documentation/uikit/touches-presses-and-gestures (2026); *Apple Developer, UITouch*, Apple, https://developer.apple.com/documentation/uikit/uitouch (2026); *Apple Developer, Handling UIKit gestures*, Apple, https://developer.apple.com/documentation/uikit/handling-uikit-gestures (2026); *Apple Developer, UITapGestureRecognizer*, Apple, https://developer.apple.com/documentation/uikit/uitapgesturerecognizer (2026); *Apple Developer, UIScrollView*, Apple, https://developer.apple.com/documentation/uikit/uiscrollview (2026); *Apple Developer, Views and controls*, Apple, https://developer.apple.com/documentation/uikit/views-and-controls (2026); *Apple Developer, The View Controller Hierarchy*, Apple, https://developer.apple.com/library/archive/featuredarticles/ViewControllerPGforiPhoneOS/TheViewControllerHierarchy.html (2026); *Apple Developer, Collection views*, Apple, https://developer.apple.com/documentation/uikit/collection-views (2026); *Apple Developer, UICollectionView*, Apple, https://developer.apple.com/documentation/uikit/uicollectionview (2026); *Apple Developer, Tables*, Apple, https://developer.apple.com/documentation/swiftui/tables (2026); *Apple Developer, Animation and haptics*, Apple, https://developer.apple.com/documentation/uikit/animation-and-haptics (2026); *Apple Developer, Keyboards and input*, Apple, https://developer.apple.com/documentation/uikit/keyboards-and-input (2026); *Apple Developer, Getting the user's attention with alerts and action sheets*, Apple, https://developer.apple.com/documentation/uikit/getting-the-user-s-attention-with-alerts-and-action-sheets (2026); *Apple Developer, Protecting the User's Privacy*, Apple, https://developer.apple.com/documentation/uikit/protecting-the-user-s-privacy (2026); *Apple Developer, UIStoryboard*, Apple, https://developer.apple.com/documentation/uikit/uistoryboard (2026); *Apple Developer, Accessibility fundamentals*, Apple, https://developer.apple.com/documentation/SwiftUI/Accessibility-fundamentals (2026).

interprets single or multiple taps, including instructions about how to use the APIs.[79] As shown below, developers can take advantage of Apple's expansive User Interfaces tools and technologies enabled by its APIs.



Figure: UITapGestureRecognizer[80]

94.     Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's User Interfaces tools and technologies. Developers use these materials to better understand and implement User Interfaces functionality, leading to higher consumer interest and engagement.[81] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[79] *Apple Developer, UITapGestureRecognizer*, Apple, https://developer.apple.com/documentation/uikit/uitapgesturerecognizer (2026).

[80] *Apple Developer, UITapGestureRecognizer*, Apple, https://developer.apple.com/documentation/uikit/uitapgesturerecognizer (2026).

[81] *Apple Developer, UIKit*, Apple, https://developer.apple.com/documentation/UIKit (2026); *Apple Developer, UIKit Updates*, Apple, https://developer.apple.com/documentation/Updates/UIKit (2026); *Apple Developer, SwiftUI*, Apple, https://developer.apple.com/documentation/SwiftUI (2026); *Apple Developer, SwiftUI*, Apple, https://developer.apple.com/news/?id=06032019b (2026); *Apple Developer, Touches, presses, and gestures*, Apple, https://developer.apple.com/documentation/uikit/touches-presses-and-gestures (2026); *Apple Developer, UITouch*, Apple, https://developer.apple.com/documentation/uikit/uitouch (2026); *Apple Developer, Handling UIKit gestures*, Apple, https://developer.apple.com/documentation/uikit/handling-uikit-gestures (2026); *Apple Developer,*

95.    Apple's developer documents and instructional videos help developers use all aspects of Apple's User Interfaces tools and technologies to create and manage a graphical, event-driven UI for apps. For example, Apple's instructional videos assist developers in learning how to animate UIKit views with SwiftUI animations to make it easier to build animations that feel responsive, continuous, and engaging.[82]

### 3.    Trade Secrets

96.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to User Interfaces technologies that, although secret, developers can leverage.

---

*UITapGestureRecognizer*, Apple, https://developer.apple.com/documentation/uikit/uitapgesturerecognizer (2026); *Apple Developer, UIScrollView*, Apple, https://developer.apple.com/documentation/uikit/uiscrollview (2026); *Apple Developer, Views and controls*, Apple, https://developer.apple.com/documentation/uikit/views-and-controls (2026); *Apple Developer, The View Controller Hierarchy*, Apple, https://developer.apple.com/library/archive/featuredarticles/ViewControllerPGforiPhoneOS/TheViewControllerHierarchy.html (2026); *Apple Developer, Understanding Auto Layout*, Apple, https://developer.apple.com/library/archive/documentation/UserExperience/Conceptual/AutolayoutPG/index.html (2026); *Apple Developer, Collection views*, Apple, https://developer.apple.com/documentation/uikit/collection-views (2026); *Apple Developer, UICollectionView*, Apple, https://developer.apple.com/documentation/uikit/uicollectionview (2026); *Apple Developer, Tables*, Apple, https://developer.apple.com/documentation/swiftui/tables (2026); *Apple Developer, Animation and haptics*, Apple, https://developer.apple.com/documentation/uikit/animation-and-haptics (2026); *Apple Developer, Enhance your UI animations and transitions*, Apple, https://developer.apple.com/videos/play/wwdc2024/10145/ (2026); *Apple Developer, Preparing your app to play haptics*, Apple, https://developer.apple.com/documentation/corehaptics/preparing-your-app-to-play-haptics/ (2026); *Apple Developer, Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2026); *Apple Developer, Keyboards and input*, Apple, https://developer.apple.com/documentation/uikit/keyboards-and-input (2026); *Apple Developer, Keep up with the keyboard*, Apple, https://developer.apple.com/videos/play/wwdc2023/10281/ (2026); *Apple Developer, Getting the user's attention with alerts and action sheets*, Apple, https://developer.apple.com/documentation/uikit/getting-the-user-s-attention-with-alerts-and-action-sheets (2026); *Apple Developer, What's new in UIKit*, Apple, https://developer.apple.com/videos/play/wwdc2025/243/ (2026); *Apple Developer, Working with Audio*, Apple, https://developer.apple.com/audio/ (2026); *Apple Developer, Protecting the User's Privacy*, Apple, https://developer.apple.com/documentation/uikit/protecting-the-user-s-privacy (2026); *Apple Developer, What's new in UIKit*, Apple, https://developer.apple.com/videos/play/wwdc2021/10059/ (2026); *Apple Developer, UIStoryboard*, Apple, https://developer.apple.com/documentation/uikit/uistoryboard (2026); *Apple Developer, Build accessible apps with SwiftUI and UIKit*, Apple, https://developer.apple.com/videos/play/wwdc2023/10036/ (2026); *Apple Developer, Accessibility fundamentals*, Apple, https://developer.apple.com/documentation/SwiftUI/Accessibility-fundamentals (2026).

[82] *Apple Developer, Enhance your UI animations and transitions*, Apple, https://developer.apple.com/videos/play/wwdc2024/10145/ (2026).

97.     Apple's User Interfaces tools and technologies provide developers with Frameworks and APIs, including UIKit, UIGlassEffect, UIGlassContainerEffect, UIScrollEdgeEffect, UIBarButtonItem, UIMainMenuSystem, UIColorPickerViewController, SwiftUI, UIView, UIResponder, UIEvent, UITouch, UITapGestureRecognizer, UIGestureRecognizer, UIScrollView, UIControl, UINavigationController, UIPageViewController, UICollectionView, Tables, UIFeedbackGenerator, UITextInput, UITextInteraction, UITextItem, UIAlertController, UIAlertAction, UIDevice, UIStoryboard, UIViewRepresentable, Accessibility, and the many related APIs.[83] These APIs allow developers to perform complex User Interfaces tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the User Interfaces API functionalities that provide value to developers and help monetize their apps, including by consummating linked-out purchases.

---

[83] *Apple Developer, UIKit*, Apple, https://developer.apple.com/documentation/UIKit (2026); *Apple Developer, UIKit Updates*, Apple, https://developer.apple.com/documentation/Updates/UIKit (2026); *Apple Developer, SwiftUI*, Apple, https://developer.apple.com/documentation/SwiftUI (2026); *Apple Developer, Touches, presses, and gestures*, Apple, https://developer.apple.com/documentation/uikit/touches-presses-and-gestures (2026); *Apple Developer, UITouch*, Apple, https://developer.apple.com/documentation/uikit/uitouch (2026); *Apple Developer, Handling UIKit gestures*, Apple, https://developer.apple.com/documentation/uikit/handling-uikit-gestures (2026); *Apple Developer, UITapGestureRecognizer*, Apple, https://developer.apple.com/documentation/uikit/uitapgesturerecognizer (2026); *Apple Developer, UIScrollView*, Apple, https://developer.apple.com/documentation/uikit/uiscrollview (2026); *Apple Developer, Views and controls*, Apple, https://developer.apple.com/documentation/uikit/views-and-controls (2026); *Apple Developer, The View Controller Hierarchy*, Apple, https://developer.apple.com/library/archive/featuredarticles/ViewControllerPGforiPhoneOS/TheViewControllerHierarchy.html (2026); *Apple Developer, Collection views*, Apple, https://developer.apple.com/documentation/uikit/collection-views (2026); *Apple Developer, UICollectionView*, Apple, https://developer.apple.com/documentation/uikit/uicollectionview (2026); *Apple Developer, Tables*, Apple, https://developer.apple.com/documentation/swiftui/tables (2026); *Apple Developer, Animation and haptics*, Apple, https://developer.apple.com/documentation/uikit/animation-and-haptics (2026); *Apple Developer, Keyboards and input*, Apple, https://developer.apple.com/documentation/uikit/keyboards-and-input (2026); *Apple Developer, Getting the user's attention with alerts and action sheets*, Apple, https://developer.apple.com/documentation/uikit/getting-the-user-s-attention-with-alerts-and-action-sheets (2026); *Apple Developer, Protecting the User's Privacy*, Apple, https://developer.apple.com/documentation/uikit/protecting-the-user-s-privacy (2026); *Apple Developer, UIStoryboard*, Apple, https://developer.apple.com/documentation/uikit/uistoryboard (2026); *Apple Developer, Accessibility fundamentals*, Apple, https://developer.apple.com/documentation/SwiftUI/Accessibility-fundamentals (2026).

39

98.    While developers cannot view or access Apple's confidential source code, this source code powers the APIs that developers access and use via Apple's User Interfaces tools and technologies. Based on my experience, Apple's proprietary source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which User Interfaces APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

## C.    3D Graphics

99.    3D Graphics is a valuable category of tools and technologies that relate to creating apps that efficiently engage Apple's custom-designed and proprietary graphics processing unit(s) ("GPU")—the specialized component in an iPhone or iPad that draws images on screen. These tools and technologies allow developers to send instructions to the GPU, render complex visual effects like realistic lighting and reflections, and process highly detailed scenes. Apple's specialized 3D Graphics tools and technologies allow apps to process visual data by breaking that data into smaller pieces and processing the pieces simultaneously, enable ML to intelligently enhance image quality, and allow games and other graphics-based apps to look better while using less processing power and extending battery life so users can continue enjoying their apps longer.

100.    Below is a non-exhaustive list of 3D Graphics tools and technologies:

- **Command Encoders** tell the GPU what to do. Every time an app needs something done related to 3D Graphics—like drawing an image—it encodes commands and sends them to the GPU.[84]

---

[84] *See, e.g.*, *MTLCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlcommandencoder (2026); *Blit Passes*, Apple, https://developer.apple.com/documentation/metal/blit-passes (2026); *MTLBlitCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlblitcommandencoder (2026); *MTLRenderCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlrendercommandencoder (2026);

- **Metal Shading Language (MSL)**, a programming language used to tell the GPU how to draw graphics and process data, designed specifically for high-performance tasks like visuals and calculations.[85] Includes tile shader and raster order groups, which are discussed below.

- **Tile Shaders (Tile-Based Deferred Rendering)** break an image into many small squares and work on each one separately. Instead of processing the whole image at once, this approach helps the GPU work faster and more efficiently by focusing only on small sections at a time and processing them in parallel.[86]

- **Raster Order Groups** let developers control the order in which the GPU processes pixels, even when it is working on many at the same time. Raster Order Groups make sure things happen in a consistent, controlled order, which helps with tricky visual effects like transparency and other advanced graphics techniques.[87]

- **Metal Performance Shaders**, a library of ready-made, highly optimized tools that help the GPU handle tasks like image processing, math calculations, and ML.[88]

- **Mesh Shading**, a graphics pipeline that replaces traditional graphics shaders, offering greater flexibility and performance to developers. Mesh shading provides a GPU-driven way to process geometry and increase performance, especially with complex scenes. It enables advanced effects like procedural geometry (hair, foliage) by reducing CPU overhead and maximizing GPU utilizations for huge polygon counts and fine-grained control.[89]

---

*MTLComputeCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlcomputecommandencoder (2026); *Working with Metal - Overview*, Apple, https://developer.apple.com/la/videos/play/wwdc2014/603 (2026).

[85] *Metal Shading Language Specification*, Apple, https://developer.apple.com/metal/Metal-Shading-Language-Specification.pdf (2025).

[86] *Tailor Your Apps for Apple GPUs and Tile-Based Deferred Rendering*, Apple, https://developer.apple.com/documentation/metal/tailor-your-apps-for-apple-gpus-and-tile-based-deferred-rendering (2026); *Optimize Metal Performance for Apple Silicon Macs*, Apple, https://developer.apple.com/videos/play/wwdc2020/10632/ (2020).

[87] *Tailor Your Apps for Apple GPUs and Tile-Based Deferred Rendering*, Apple, https://developer.apple.com/documentation/metal/tailor-your-apps-for-apple-gpus-and-tile-based-deferred-rendering (2026); *Metal 2 on A11 – Raster Order Groups*, Apple, https://developer.apple.com/videos/play/tech-talks/605 (2017).

[88] *Metal Performance Shaders*, Apple, https://developer.apple.com/documentation/metalperformanceshaders (2026); *What's New in Metal, Part 2*, Apple, https://devstreaming-cdn.apple.com/videos/wwdc/2016/605ooaey8tbzegv8fth/605/605_whats_new_in_metal_part_2.pdf (2016); *Accelerate Machine Learning with Metal Performance Shaders Graph*, Apple, https://developer.apple.com/videos/play/wwdc2021/10152 (2021).

[89] *Mesh and Object Shader Resource Preparation Commands*, Apple, https://developer.apple.com/documentation/metal/mesh-and-object-shader-resource-preparation-commands (2026); *Adjusting the Level of Detail Using Metal Mesh Shaders*, Apple, https://developer.apple.com/documentation/metal/adjusting-the-level-of-detail-using-metal-mesh-shaders (2026); *Transform Your Geometry with Metal Mesh Shaders*, Apple, https://developer.apple.com/videos/play/wwdc2022/10162 (2022).

41

- **Framebuffer Fetch and Memoryless Render Targets**, performance optimization techniques that help the GPU work faster, use less memory, and keep data in its own fast, temporary storage while drawing an image, instead of constantly moving data back and forth.[90]

- **Indirect Command Buffers (ICB)** can be built on CPUs or GPUs and reused for GPU-driven workloads[91] to help reduce CPU overhead and allow for fully GPU-driven rendering pipelines.

- **Sparse Resources (such as Textures, Heaps, Depth/Stencil)** allow the GPU to handle very large images and data without needing to load all of them into memory at once. Instead, the GPU loads only the parts it actually needs at a given moment, making it possible for apps to run with huge assets smoothly and without an iPhone or iPad running out of memory.[92]

- **Argument Buffers**, a Metal API technology that groups multiple resources like textures and buffers, reducing the time needed for the CPU to tell the GPU what to render.[93]

- **Function Constants and Specialization** let developers create slightly customized versions of GPU programs ahead of time, instead of making lots of separate versions.[94]

- **Binary Archives** store precompiled GPU binaries for reuse and faster loading. This helps things start up faster and avoids slowdowns or stutters when graphics are first used.[95]

---

[90] *MTLStorageMode.Memoryless*, Apple, https://developer.apple.com/documentation/metal/mtlstoragemode/memoryless (2026); *What's New in Metal*, Apple https://devstreaming-cdn.apple.com/videos/wwdc/2016/605ooaey8tbzegv8fth/605/605_whats_new_in_metal_part_2.pdf (2016).

[91] *Indirect Command Encoding*, Apple, https://developer.apple.com/documentation/metal/indirect-command-encoding (2026); *MTLIndirectCommandBuffer*, Apple, https://developer.apple.com/documentation/metal/mtlindirectcommandbuffer (2026); *Modern rendering with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2019/601 (2019).

[92] *Managing Sparse Texture Memory*, Apple, https://developer.apple.com/documentation/metal/managing-sparse-texture-memory (2026); *Harness Apple GPUs with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2020/10602 (2020).

[93] *Improving CPU Performance by Using Argument Buffers*, Apple, https://developer.apple.com/documentation/metal/improving-cpu-performance-by-using-argument-buffers (2026); *MTLArgumentBuffersTier*, Apple, https://developer.apple.com/documentation/metal/mtlargumentbufferstier (2026); *Go Bindless with Metal* 3, Apple, https://developer.apple.com/videos/play/wwdc2022/10101 (2022); *Metal 2 Optimization and Debugging*, Apple, https://devstreaming-cdn.apple.com/videos/wwdc/2017/607x3ix6ocbh8/607/607_metal_2_optimization_and_debugging.pdf (2017).

[94] *What's New in Metal*, Apple, https://devstreaming-cdn.apple.com/videos/wwdc/2016/605ooaey8tbzegv8fth/605/605_whats_new_in_metal_part_2.pdf (2016); *What's New in Metal 2, Part 2*, Apple https://nonstrict.eu/wwdcindex/wwdc2016/605 (2016); *Learn Performance Best Practices for Metal Shaders*, YouTube, https://youtu.be/LXTUFmbZwec?si=X8ZQ3MEgZQIeq3tc (Sep. 11, 2024).

[95] *MTLBinaryArchive*, Apple, https://developer.apple.com/documentation/metal/mtlbinaryarchive (2026); *binaryArchives*, Apple, https://developer.apple.com/documentation/metal/mtlcomputepipelinedescriptor/binaryarchives (2026); *Build GPU Binaries with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2020/10615 (2020); *Build GPU Binaries with Metal Notes*, Apple, https://wwdcnotes.com/documentation/wwdcnotes/wwdc20-10615-build-gpu-binaries-

42

- **Metal Dynamic Libraries** enable modular linking of shaders across pipeline stages, simplifying code reuse and enabling faster shader iteration.[96]

- **Deferred Lighting** optimizes lighting for graphics and increases lighting GPU efficiency.[97]

- **Ray Tracing**, using the GPU to simulate light, enabling realistic reflections, global illumination techniques, and hybrid pipelines.[98]

- **Vertex Amplifications and Barycentric Coordinates**. Vertex Amplification allows the GPU to reuse a single piece of geometry multiple times in one go—like drawing the same object from different views—without extra work from the CPU.[99] Barycentric Coordinates are a method the GPU uses to figure out exactly where a point lies inside a shape, helping to smoothly blend colors, lighting, and other visual details across the surface.[100]

- **Variable Rasterization Rate** increases detail in important parts of the image and lowers detail in areas where a user is less likely to notice, like the edges or blurry regions.[101] This improves

---

with-metal (2020); *Target and Optimize GPU Binaries with Metal 3*, Apple, https://developer.apple.com/videos/play/wwdc2022/10102 (2022).

[96] *MTLDynamicLibrary*, Apple, https://developer.apple.com/documentation/metal/mtldynamiclibrary (2026); *MakeDynamicLibrary,* Apple, *https://developer.apple.com/documentation/metal/mtldevice/makedynamiclibrary%28library%3A%29* (2026); *Build GPU Binaries with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2020/10615 (2020); *Discover Compilation Workflows in Metal*, Apple, https://developer.apple.com/videos/play/wwdc2021/10229 (2021).

[97] *Metal Sample Code Library*, Apple, https://developer.apple.com/documentation/metal/metal-sample-code-library (2026); *Metal Sample Code*, Apple, https://developer.apple.com/metal/sample-code/ (2026); *Modern Rendering with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2019/601 (2019).

[98] *Rendering Reflections in Real Time Using Ray Tracing*, Apple, https://developer.apple.com/documentation/Metal/rendering-reflections-in-real-time-using-ray-tracing (2026); *Discover Ray Tracing with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2020/10012 (2020); *Discover Metal 3*, Apple, https://wwdcnotes.com/documentation/wwdcnotes/wwdc22-10066-discover-metal-3 (2022); *Maximize Your Metal Ray Tracing Performance*, Apple, https://wwdcnotes.com/documentation/wwdcnotes/wwdc22-10105-maximize-your-metal-ray-tracing-performance (2022).

[99] *Improving Rendering Performance with Vertex Amplification*, Apple, https://developer.apple.com/documentation/metal/improving-rendering-performance-with-vertex-amplification (2026); *Metal Shading Language Specification*, https://developer.apple.com/metal/Metal-Shading-Language-Specification.pdf, Apple (2026); *SetVertexAmplificationsCount*, Apple, https://developer.apple.com/documentation/metal/mtlrendercommandencoder/setvertexamplificationcount%28_%3Aviewmappings%3A%29 (2026); *Metal Enhancements for A13 Bionic*, Apple, https://developer.apple.com/videos/play/tech-talks/608 (2019).

[100] *Metal Shading Language Specification*, https://developer.apple.com/metal/Metal-Shading-Language-Specification.pdf, Apple (2026); *PixelCastHit*, Apple, https://developer.apple.com/documentation/realitykit/pixelcasthit (2026); *SupportsShaderBarycentricCoordinates*, Apple, https://developer.apple.com/documentation/metal/mtldevice/supportsshaderbarycentriccoordinates (2026).

[101] *Rendering at Different Rasterization Rates*, Apple, https://developer.apple.com/documentation/metal/rendering-at-different-rasterization-rates (2026); *Scaling Variable Rasterization Rate Content*, Apple, https://developer.apple.com/documentation/metal/scaling-variable-rasterization-rate-content (2026); *Metal Enhancements for A13 Bionic*, Apple, https://developer.apple.com/videos/play/tech-talks/608 (2019).

rendering performance and power efficiency by focusing the GPU's effort where it matters most.

- **MetalFX**, Apple's GPU-accelerated image reconstruction suite for upscaling images in real time, making them appear sharper, smoothing out edges, and reducing visual noise while using less GPU processing. MetalFX can also interpolate new frames between each fully rendered frame, effectively doubling the frame rate for games and other graphics-intensive apps.[102]

- **Native Tensor and ML Integration** allow developers to use tensors (a structured way to store and work with data, especially for things like images, videos, or ML) within Apple's graphics API, enabling the seamless combination of ML with graphics and compute tasks.[103]

101. Apple's 3D Graphics tools and technologies, including the patents, copyrights and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies enable smoother performance, higher visual fidelity, and intelligent personalization within apps, which collectively drive higher conversion rates and user engagement while enabling developers to create more complex digital goods for sale. Advanced rendering technologies like ray tracing, mesh shading, deferred lighting, and MetalFX allow the creation of premium, immersive product previews (especially in games and AR commerce), increasing perceived app value and purchase confidence. Performance optimizations such as indirect command buffers, sparse resources, argument buffers, and binary archives reduce lag, battery drain, and load times. Meanwhile, Metal Performance Shaders, native tensor integration, and the 3D Graphics tools and technologies as a whole enhance user experience and engagement. For example, Fortnite, Brawl Stars, Call of Duty Mobile, Dragon

---

[102] *MetalFX*, Apple, https://developer.apple.com/documentation/metalfx (2026); *Discover Metal 3*, Apple, https://developer.apple.com/videos/play/wwdc2022/10066 (2022).

[103] *Machine-Learning Passes*, Apple, https://developer.apple.com/documentation/metal/machine-learning-passes (2026); *MTL4MachineLearningCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtl4machinelearningcommandencoder (2026); *What's New in Games*, Apple, https://developer.apple.com/games/whats-new (2026); *Discover Metal 4*, Apple, https://developer.apple.com/metal/whats-new/ (2026); *Discover Metal 4*, YouTube, https://www.youtube.com/watch?v=t18z64iecZM (June 9, 2025).

Ball Legends, Raid Shadow Legends, and Rise of Kingdoms offer linked-out purchases[104] and appear to use these tools and technologies.[105]

102.    Apple's 3D Graphics tools and technologies allow developers to make apps (e.g., games) more realistic, interactive, and modern. These technologies help differentiate their apps, create a better user experience, and produce a premium feel—all of which drives user engagement and increases the likelihood of purchases and higher tiers, cosmetic upgrades, or content.

103.    Command Encoders, Indirect Command Buffers, Argument Buffers, Sparse Resources, Mesh Shading, Vertex Amplification, and Variable Rasterization Rate work together to render complex scenes while keeping CPU overhead, GPU load, and power consumption under control. This enables high visual fidelity and smooth performance even in asset-heavy apps,

---

[104] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also Fortnite Item Shop*, Epic Games, https://www.fortnite.com/item-shop (2026) (displaying web purchase of items for gameplay); *Discover Brawl Stars Store*, SuperCell, https://store.supercell.com/brawlstars (2026) (offering purchase of digital goods for in-app use on store, including bonuses for purchases through the store); *Call of Duty Web Store*, Activision, https://store.callofdutymobile.com/en-us/codm (offering purchase of digital COD points for in-app use, including web purchase bonuses); *COD Points*, Activision, https://www.callofduty.com/en/store/cod-points (explaining that COD Points are in-game currency); *Dragon Ball Legends Webstore*, Bandai Namco Entertainment, https://ww.bandainamcoentwebstore.com/dble-ww/en (offering purchase of digital goods for in-app use, including "Better Deal[s] Than In-App"); *Raid Web Store*, Plarium, https://raid.plarium.store/en/ (2026) (indicating that users should use the RAID Web Store instead of buying in-game because they have the ability to earn exclusive Plarium Points and that "[a]ll items purchased through the RAID Web Store are automatically credited to your linked game account instantly"); *Rise of Kingdoms*, Lilith Games, https://store.lilith.com/rok (2026) (offering purchase of digital goods that "will be directly added to your account" for in-game use).

[105] *Fortnite*, Apple, https://apps.apple.com/us/app/fortnite/id6483539426 (2026) (Fortnite is a 3D rendered app that offers purchased upgrades); *Brawl Stars*, Apple, https://apps.apple.com/us/app/brawl-stars/id1229016807 (2026) (Brawl Stars is a 3D rendered app which offers 3D rendered brawlers and skins for purchase); *Call of Duty: Mobile*, Apple, https://apps.apple.com/us/app/call-of-duty-mobile/id1287282214 (2026) ("CALL OF DUTY: MOBILE boasts console quality HD gaming on your phone with customizable and intuitive controls, voice and text chat with your friends, and thrilling 3D graphics and sound."); *Dragon Ball Legends*, Apple, https://apps.apple.com/us/app/dragon-ball-legends/id1358222641 (2026) ("With intuitive fighting controls and simple-card based strategic gameplay, presented in stunning 3D animation & visuals, DRAGON BALL LEGENDS brings the anime to life on your mobile device!"); *Raid: Shadow Legends*, Apple, https://apps.apple.com/us/app/raid-shadow-legends/id1371565796 (2026) (Fantasy RPG game rendered in 3D and offering purchase of digital goods rendered in 3D); *Rise of Kingdoms*, Apple, https://apps.apple.com/us/app/rise-of-kingdoms/id1354260888 (2026) (a civilian strategy game with a zoomable 3D world map, cities, commanders, and troops, in which users can use Flux funds, such as those obtained via linked-out purchases, to purchase 3D goods); Epic December 11, 2020 Responses and Objections to Apple's First Set of Interrogatories at 14.

making it easier to sell downloadable content, visual customization, and other paid enhancements without compromising responsiveness.

104.    Shading and rendering technologies like Metal Shading Language, Tile Shaders with tile-based deferred rendering, Raster Order Groups, Framebuffer Fetch and memoryless render targets, Deferred Lighting, Ray Tracing (MetalRT), and Barycentric Coordinates provide the building blocks for advanced lighting, transparency, and material effects (realistic reflections, soft shadows, dense foliage, particle systems, multi-layered surfaces). These visual aspects are often a key selling point for premium content—skins, environments, character models, and effects that users value enough to buy. Because they are optimized for Apple GPUs (including keeping intermediate data on-chip and exploiting tile-based architecture), developers can offer richer scenes and more impressive "wow" moments during item showcases, cinematic reveals, or preview screens without causing long load times or overheating.

105.    Pipeline and compilation technologies—Function Constants and specialization, Binary Archives, Metal Dynamic Libraries, Metal Performance Shaders ("MPS"), Metal FX, and Native Tensor/ML integration—support fast startup, smooth updates, and advanced graphics and ML effects. Precompiled binaries and specialization minimize shader compilation delays, so users quickly reach interactive content. MetalFX's upscaling and frame-interpolation techniques allow apps to render at lower internal resolutions while preserving visual fidelity, freeing GPU headroom for more complex scenes or additional UI layers around store, inventory, or preview views.[106] MPS

---

[106] *A Rational Analysis of the iPhone Gaming Ecosystem: From User Experience to Monetization Possibilities*, Medium, https://medium.com/@j100000001/a-rational-analysis-of-the-iphone-gaming-ecosystem-from-user-experience-to-monetization-ce3e9cb187b9 (2026) ("Apple's proprietary Metal graphics API has clear performance advantages on iOS devices compared to cross-platform OpenGL ES and Vulkan. Test data shows that games developed using Metal can achieve 20-30% higher GPU utilization under identical hardware conditions. This is why many intensive games prioritize or exclusively release iOS versions."); *Technological Drivers and Revenue Growth in Mobile Gaming: An Educational Perspective*, Luminor Media, https://www.luminor.media/misc/technological-drivers-and-revenue-growth-in-mobile-gaming-an-educational-perspective/ (2026)("Tools like . . . Metal . . .

46

and ML integration can power technologies like AI-driven upscaling, recommendation systems, adaptive difficulty, or intelligent camera and layout behaviors that enhance the overall polish and personalization of paid content or services.

106.    The cumulative performance and efficiency gains—through predictable GPU scheduling, explicit CPU/GPU parallelism, careful memory usage, and dynamic allocation of shading effort—help developers maintain stable frame rates even in complex menus, hubs, and overlays where users discover and evaluate paid options. This stability and visual consistency build user trust and make users more comfortable committing to premium offerings.

### 1.    Patents

107.    Using the methodology in Section VII, I identified an exemplary set of 142 U.S. patent assets, including 121 patents and 21 published patent applications that relate to Apple's 3D Graphics tools and technologies, that are identified in **Appendix C**.

108.    I identified these patents using the following search string:

((("command encoder" or "command encoding") and ("3D")) or ("tile shader" OR "tile shading" or "tile function") or (("fragment shader" OR "fragment ordering" OR "raster ordering" OR "raster order group") not debugging.ab.) or ("memoryless render" OR "framebuffer fetch") or (graphics.ab. and "rendering".ab. and "GPU".ab. ) or (("indirect command" OR "indirect draw") and "buffer") or "sparse texture" or ("argument buffer" OR "shader resource") or "master function" or "shader binary" or "stencil buffer" or mesh.ab. AND light.ab. near20 3d.ab. or (("ray tracing" near30 ("intersection" or "intersector" or "acceleration")) not voltage.ti.) or (("task shader" OR "object shader" or "mesh shading") not voltage) or ((vertex adj amplif*) or ("barycentric coordinate" not "flash modules")) or ("variable rasterization rate" and render) or "performance shader" or (("machine learning" near20 shader) not voltage not "thread scheduling") or ("image".ab. and "tone mapped".ab.) or ("Gaussian blur".ab. and "GPU") or (edge near "anti-aliasing") or ("enqueue".ab. and "GPU".ab.) or (command.ab. near queue.ab. near20 "gpu") or (intermediary near5 texture)) and ("Apple Inc".AS. or Apple.aanm.) and method.clms. not G06T11/00.cpci.

---

empower developers to craft high-fidelity graphics and immersive gameplay. The ability to develop complex visual effects efficiently can lead to innovative titles that stand out in crowded markets, thus increasing revenue opportunities.").

109.    I developed this string by looking for terms relating to 3D Graphics technologies also found in Apple's 3D Graphics developer documents and WWDC videos, such as "command encoder," "tile shader," "raster order group," and "stencil buffer."[107] I included these terms, and other related terms, as search terms in this string.

110.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the 3D Graphics technology rubric. For example, I added exclusions for terms relating to voltage, limited other terms to when they appear near another term, such as "(command.ab. near queue.ab. near20 "gpu")", and excluded terms when they appear in the same document as certain other terms, such as "(("fragment shader" OR "fragment ordering" OR "raster ordering" OR "raster order group") not debugging.ab.)."[108] I then manually reviewed the results to further exclude patents that did not relate to the developer-facing functionalities I had identified.

111.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented 3D Graphics tools and technologies.

### 2.    Copyrights

112.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of 3D Graphics tools and technologies.

---

[107] *Apple Developer, Metal*, Apple, https://developer.apple.com/documentation/metal (2026) ("**Command encoders**... Send work to a GPU by issuing commands and configuring the pipeline states for those commands," "learn about characteristic Apple GPU technologies, including imageblocks, **tile shaders**, and **raster order groups**."); *Rendering a Scene with Deferred Lighting in Objective-C*, Apple, https://developer.apple.com/documentation/Metal/rendering-a-scene-with-deferred-lighting-in-objective-c (2026) ("This sample demonstrates a deferred lighting renderer that implements shadows using a shadow map, and culls light volumes using the **stencil buffer**.").

[108] *See also Cooperative Patent Classification*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06T.html (2026) (excluding "Two-dimensional [2D] image generation" classification).

113.    First, Apple's 3D Graphics tools and technologies provide developers with Frameworks and APIs, including Metal 4 Core API, MetalFX, Model I/O, MTLCommandEncoder, MTLBlitCommandEncoder, MTLRenderCommandEncoder, MTLComputeCommandEncoder, MTL4MachineLearningCommandEncoder, MTLIndirectCommandBuffer, MTLBinaryArchive, and MTLDynamicLibrary.[109]    Apple's 3D Graphics APIs are at the center of everything a developer does related to 3D Graphics.

114.    When developers use 3D Graphics APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

115.    Apple's APIs related to 3D Graphics help developers use every aspect of 3D Graphics tools and technologies to develop their apps. For example, Apple provides sample code for creating a buffer for a rate map for its variable rasterization tool using Metal:

---

[109] *MetalFX*, Apple, https://developer.apple.com/documentation/metalfx (2026); *Understanding the Metal 4 Core API*, Apple, https://developer.apple.com/documentation/metal/understanding-the-metal-4-core-api (2026); *Model I/O*, Apple, https://developer.apple.com/documentation/ModelIO (2026); *MTLCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlcommandencoder (2026); *MTLBlitCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlblitcommandencoder (2026); *MTLRenderCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlrendercommandencoder (2026); *MTLComputeCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlcomputecommandencoder (2026); *MTL4MachineLearningCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtl4machinelearningcommandencoder (2026); *MTLIndirectCommandBuffer*, Apple, https://developer.apple.com/documentation/metal/mtlindirectcommandbuffer (2026); *MTLBinaryArchive*, Apple, https://developer.apple.com/documentation/metal/mtlbinaryarchive (2026); *MTLDynamicLibrary*, Apple, https://developer.apple.com/documentation/metal/mtldynamiclibrary (2026).



Figure: Scaling variable rasterization rate content[110]

116.    Second, Apple develops, implements, and maintains developer documents and instructional videos that explain Apple's 3D Graphics tools and technologies.[111] These resources

---

[110] *Scaling Variable Rasterization Rate Content*, Apple, https://developer.apple.com/documentation/metal/scaling-variable-rasterization-rate-content (2026).

[111] *See MTLCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlcommandencoder (2026); *Blit Passes*, Apple, https://developer.apple.com/documentation/metal/blit-passes (2026); *MTLBlitCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlblitcommandencoder (2026); *MTLRenderCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlrendercommandencoder (2026); *MTLComputeCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlcomputecommandencoder (2026); *Working with Metal – Overview*, Apple, https://developer.apple.com/la/videos/play/wwdc2014/603 (2026); *Metal Shading Language Specification*, Apple, https://developer.apple.com/metal/Metal-Shading-Language-Specification.pdf (2025); *Tailor*

*Your Apps for Apple GPUs and Tile-Based Deferred Rendering*, Apple,
https://developer.apple.com/documentation/metal/tailor-your-apps-for-apple-gpus-and-tile-based-deferred-rendering
(2026); *Optimize Metal Performance for Apple Silicon Macs*, Apple,
https://developer.apple.com/videos/play/wwdc2020/10632/ (2020); *Metal 2 on A11 – Raster Order Groups*, Apple,
https://developer.apple.com/videos/play/tech-talks/605 (2017); *Metal Performance Shaders*, Apple,
https://developer.apple.com/documentation/metalperformanceshaders (2026); *What's New in Metal, Part 2*, Apple,
https://devstreaming-
cdn.apple.com/videos/wwdc/2016/605ooaey8tbzegv8fth/605/605_whats_new_in_metal_part_2.pdf (2016);
*Accelerate Machine Learning with Metal Performance Shaders Graph*, Apple,
https://developer.apple.com/videos/play/wwdc2021/10152 (2021); *Mesh and Object Shader Resource Preparation
Commands*, Apple, https://developer.apple.com/documentation/metal/mesh-and-object-shader-resource-preparation-
commands (2026); *Adjusting the Level of Detail Using Metal Mesh Shaders*, Apple,
https://developer.apple.com/documentation/metal/adjusting-the-level-of-detail-using-metal-mesh-shaders (2026);
*Transform Your Geometry with Metal Mesh Shaders*, Apple,
https://developer.apple.com/videos/play/wwdc2022/10162 (2022); *MTLStorageMode.Memoryless*, Apple,
https://developer.apple.com/documentation/metal/mtlstoragemode/memoryless (2026); *Indirect Command
Encoding*, Apple, https://developer.apple.com/documentation/metal/indirect-command-encoding (2026);
*MTLIndirectCommandBuffer*, Apple, https://developer.apple.com/documentation/metal/mtlindirectcommandbuffer
(2026); *Modern Rendering with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2019/601 (2019);
*Managing Sparse Texture Memory*, Apple, https://developer.apple.com/documentation/metal/managing-sparse-
texture-memory (2026); *Harness Apple GPUs with Metal*, Apple,
https://developer.apple.com/videos/play/wwdc2020/10602 (2020); *Improving CPU Performance by Using Argument
Buffers*, Apple, https://developer.apple.com/documentation/metal/improving-cpu-performance-by-using-argument-
buffers (2026); *MTLArgumentBuffersTier*, Apple,
https://developer.apple.com/documentation/metal/mtlargumentbufferstier (2026); *Go Bindless with Metal 3*, Apple,
https://developer.apple.com/videos/play/wwdc2022/10101 (2022); *Metal 2 Optimization and Debugging*, Apple,
https://devstreaming-
cdn.apple.com/videos/wwdc/2017/607x3ix6ocbh8/607/607_metal_2_optimization_and_debugging.pdf (2017);
*What's New in Metal 2, Part 2*, Apple, https://nonstrict.eu/wwdcindex/wwdc2016/605 (2016); *Learn Performance
Best Practices for Metal Shaders*, YouTube, https://youtu.be/LXTUFmbZwec?si=X8ZQ3MEgZQIeq3tc (Sep. 11,
2024); *MTLBinaryArchive*, Apple, https://developer.apple.com/documentation/metal/mtlbinaryarchive (2026);
*binaryArchives*, Apple,
https://developer.apple.com/documentation/metal/mtlcomputepipelinedescriptor/binaryarchives (2026); *Build GPU
Binaries with Metal*, Apple, https://developer.apple.com/videos/play/wwdc2020/10615 (2020); *Build GPU Binaries
with Metal Notes*, Apple, https://wwdcnotes.com/documentation/wwdcnotes/wwdc20-10615-build-gpu-binaries-
with-metal (2020); *Target and Optimize GPU Binaries with Metal 3*, Apple,
https://developer.apple.com/videos/play/wwdc2022/10102 (2022); *MTLDynamicLibrary*, Apple,
https://developer.apple.com/documentation/metal/mtldynamiclibrary (2026); *makeDynamicLibrary*, Apple,
https://developer.apple.com/documentation/metal/mtldevice/makedynamiclibrary%28library%3A%29 (2026);
*Discover Compilation Workflows in Metal*, Apple, https://developer.apple.com/videos/play/wwdc2021/10229
(2021); *Metal Sample Code Library*, Apple, https://developer.apple.com/documentation/metal/metal-sample-code-
library (2026); *Metal Sample Code*, Apple, https://developer.apple.com/metal/sample-code/ (2026); *Rendering
Reflections in Real Time Using Ray Tracing*, Apple, https://developer.apple.com/documentation/Metal/rendering-
reflections-in-real-time-using-ray-tracing (2026); *Discover Ray Tracing with Metal*, Apple,
https://developer.apple.com/videos/play/wwdc2020/10012 (2020); *Discover Metal 3*, Apple,
https://wwdcnotes.com/documentation/wwdcnotes/wwdc22-10066-discover-metal-3 (2022); *Maximize Your Metal
Ray Tracing Performance*, Apple, https://wwdcnotes.com/documentation/wwdcnotes/wwdc22-10105-maximize-
your-metal-ray-tracing-performance (2022); *Improving Rendering Performance with Vertex Amplification*, Apple,
https://developer.apple.com/documentation/metal/improving-rendering-performance-with-vertex-amplification
(2026); *setVertexAmplificationCount*, Apple,
https://developer.apple.com/documentation/metal/mtlrendercommandencoder/setvertexamplificationcount%28_%3
Aviewmappings%3A%29 (2026); *Metal Enhancements for A13 Bionic*, Apple,
https://developer.apple.com/videos/play/tech-talks/608 (2019); *PixelCastHit*, Apple,
https://developer.apple.com/documentation/realitykit/pixelcasthit (2026); *supportsShaderBarycentricCoordinates*,

51

are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

117.    For example, MetalFX developer documents elaborate on the MetalFX framework and the best app in which to use a particular Metal 4 Core API, MetalFX, and Model I/O[112]:

---

Apple, https://developer.apple.com/documentation/metal/mtldevice/supportsshaderbarycentriccoordinates (2026); *Rendering at Different Rasterization Rates*, Apple, https://developer.apple.com/documentation/metal/rendering-at-different-rasterization-rates (2026); *Scaling Variable Rasterization Rate Content*, Apple, https://developer.apple.com/documentation/metal/scaling-variable-rasterization-rate-content (2026); *MetalFX*, Apple, https://developer.apple.com/documentation/metalfx (2026); *Discover Metal 3*, Apple, https://developer.apple.com/videos/play/wwdc2022/10066 (2022); *Machine-Learning Passes*, Apple, https://developer.apple.com/documentation/metal/machine-learning-passes (2026); *MTL4MachineLearningCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtl4machinelearningcommandencoder (2026); *What's New in Games*, Apple, https://developer.apple.com/games/whats-new (2026); *Discover Metal 4*, Apple, https://developer.apple.com/metal/whats-new/ (2026); *Discover Metal 4*, YouTube, https://www.youtube.com/watch?v=t18z64iecZM (June 9, 2025).

[112] *MetalFX*, Apple, https://developer.apple.com/documentation/metalfx (2026); *Understanding the Metal 4 Core API*, Apple, https://developer.apple.com/documentation/metal/understanding-the-metal-4-core-api (2026); *Model I/O*, Apple, https://developer.apple.com/documentation/ModelIO (2026).

Figure: MetalFX[113]

### 3.    Trade Secrets

118.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to 3D Graphics technologies that, although secret, developers can leverage.

119.    Apple's 3D Graphics tools and technologies provide developers with Frameworks and APIs, Metal 4 Core API, MetalFX, Model I/O, MTLCommandEncoder, MTLBlitCommandEncoder, MTLRenderCommandEncoder, MTLComputeCommandEncoder, MTL4MachineLearningCommandEncoder, MTLIndirectCommandBuffer, MTLBinaryArchive, and MTLDynamicLibrary.[114] These APIs allow developers to perform complex 3D Graphics tasks

---

[113] *MetalFX*, Apple, https://developer.apple.com/documentation/metalfx (2026).

[114] *MetalFX*, Apple, https://developer.apple.com/documentation/metalfx (2026); *Understanding the Metal 4 Core API*, Apple, https://developer.apple.com/documentation/metal/understanding-the-metal-4-core-api (2026); *Model I/O*, Apple, https://developer.apple.com/documentation/ModelIO (2026); *MTLCommandEncoder*, Apple,

with simple API commands. Those commands are only possible because Apple develops and maintains proprietary source code designed to carry out the 3D Graphics API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

120.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's 3D Graphics tools and technologies. Based on my experience, Apple's proprietary source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which 3D Graphics APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### D.    2D Graphics

121.    2D Graphics is a valuable category of tools and technologies that form the foundation of 2D drawing shapes, images, text, and animations capabilities on an iPhone or iPad. These tools and technologies offer a high-quality drawing engine that lets apps render everything from simple lines and gradients to complex documents. The 2D Graphics technologies also provide a dedicated engine for 2D scenes and animations that support physics, user interaction, and

---

https://developer.apple.com/documentation/metal/mtlcommandencoder (2026); *MTLBlitCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlblitcommandencoder (2026); *MTLRenderCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlrendercommandencoder (2026); *MTLComputeCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtlcomputecommandencoder (2026); *MTL4MachineLearningCommandEncoder*, Apple, https://developer.apple.com/documentation/metal/mtl4machinelearningcommandencoder (2026); *MTLIndirectCommandBuffer*, Apple, https://developer.apple.com/documentation/metal/mtlindirectcommandbuffer (2026); *MTLBinaryArchive*, Apple, https://developer.apple.com/documentation/metal/mtlbinaryarchive (2026); *MTLDynamicLibrary*, Apple, https://developer.apple.com/documentation/metal/mtldynamiclibrary (2026).

integration with augmented reality. Together, these tools give developers flexible, efficient ways to display and manipulate flat visual content across iPhones and iPads.

122.    Below is a non-exhaustive list of 2D Graphics tools and technologies:

- **Core Graphics**, a lightweight and precise system for drawing 2D visuals like text, shapes, and images with sharp and high-quality rendering.[115]  The Core Graphics framework is based on the Quartz advanced drawing engine, otherwise referred to as "Quartz 2D."

- **Drawing Destinations** allow developers to reuse the same drawing code to output the same graphics to different places.[116]

- **Drawing a path** provides a mathematical description of shapes or lines to be drawn in a graphics context.[117]

- **Drawing using a pattern** fills an area with a repeating image instead of just a solid color (like using a tiled wallpaper) without requiring developers to manually position and draw each repetition.[118]

- **Creating gradients or shadings** allow a shape to be filled using a smooth transition between colors across an area.[119]

---

[115] *2D Graphics Using Quartz*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2001/107/ (2026); *Quartz 2D in Depth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2003/207/ (2026); *Apple Developer, Quartz 2D Programming Guide Document Revision History*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/RevisionHistory.html#//apple_ref/doc/uid/TP30001066-CH2-SW1 (2026); *Apple Developer, Quartz 2D Programming Guide Introduction*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/Introduction/Introduction.html#//apple_ref/doc/uid/TP30001066 (2026).

[116] *Apple Developer, Quartz 2D Programming Guide Graphics Contexts*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_context/dq_context.html#//apple_ref/doc/uid/TP30001066-CH203-TPXREF101 (2026); *2D Graphics and Animation for iPhone and Mac*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/711/ (2026).

[117] *Apple Developer, CGPath*, Apple, https://developer.apple.com/documentation/coregraphics/cgpath (2026); *2D Graphics and Animation for iPhone and Mac*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/711/ (2026).

[118] *Apple Developer, Quartz 2D Programming Guide Patterns*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_patterns/dq_patterns.html#//apple_ref/doc/uid/TP30001066-CH206-TPXREF101 (2026).

[119] *Apple Developer, CGShading*, Apple, https://developer.apple.com/documentation/coregraphics/cgshading (2026); *Apple Developer, CGGradient*, Apple, https://developer.apple.com/documentation/coregraphics/cggradient (2026).

- **Creating or displaying images** use raw data to create a graphic made up of pixels that store a specific color value.[120]

- **Creating image masks** act as stencils that control where and how much of the current fill color is painted, allowing developers to produce shapes with variable transparency.[121]

- **Transparency, anti-aliasing, and support for the document imaging model**, drawing technologies that developers can use in Apple's Quartz 2D graphics drawing engine to make drawings transparent, properly color-blended, and easily printed without losing quality.[122]

- **Layer drawing** allows developers to group multiple drawing operations together and apply effects (e.g., shadows or opacity) to the entire group as a single unit, rather than individually.[123]

- **Offscreen rendering** provides a location for developers to draw items to save and reuse later, allowing developers to prepare an image in the background that can be displayed as needed.[124]

- **Transforming** converts the abstract space coordinates a developer uses when drawing into the actual pixel position on a specific device's screen.[125]

- **Quartz 2D Display Services** provide developers with direct access to technologies for configuring and controlling display hardware.[126]

- **Event Services** manage event taps, such as filters for observing and altering the stream of low-level user input events.[127]

---

[120] *Apple Developer, CGImage*, Apple, https://developer.apple.com/documentation/coregraphics/cgimage (2026); *2D Graphics and Animation for iPhone and Mac*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/711/ (2026).

[121] *Apple Developer, CGImage*, Apple, https://developer.apple.com/documentation/coregraphics/cgimage (2026).

[122] *Quartz 2D in Depth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2003/207/ (2026).

[123] *Apple Developer, Quartz 2D Programming Guide Transparency Layers*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_trans_layers/dq_trans_layers.html#//apple_ref/doc/uid/TP30001066-CH210-TPXREF101 (2026); *2D Graphics and Animation for iPhone and Mac*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/711/ (2026).

[124] *Apple Developer, CGLayer*, Apple, https://developer.apple.com/documentation/coregraphics/cglayer (2026).

[125] *Apple Developer, Quartz 2D Programming Guide Transforms*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_affine/dq_affine.html#//apple_ref/doc/uid/TP30001066-CH204-SW1 (2026); *2D Graphics and Animation for iPhone and Mac*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/711/ (2026).

[126] *Apple Developer, Quartz Display Services*, Apple, https://developer.apple.com/documentation/coregraphics/quartz-display-services (2026).

[127] *Apple Developer, Quartz Event Services*, Apple, https://developer.apple.com/documentation/coregraphics/quartz-event-services (2026).

- **Quartz 2D Data Management** allows developers to move data into and out of Quartz.[128]

- **Core Graphics Workflow**, a technology that passes image data between the Core Graphics framework and the vImage library to efficiently draw and manipulate images.[129]

- **SpriteKit framework**, a high-level 2D scene rendering and animation engine.[130]

- **Scene rendering**, technologies that render, run, and update a 2D scene.[131]

- **Animation**, technologies that create, configure, and run actions assigned to objects and scenes.[132]

- **User input and interaction** allows 2D scene or graphics to respond to user input.[133]

- **Physics simulation** applies real-world physics effects to displayed objects.[134]

- **Working with ARKit** uses ARKit to include 2D content in augmented reality experiences.[135]

- **CoreText framework** provides a low-level programming interface for laying out text and handling fonts, including text layout, which renders text.[136]

---

[128] *Apple Developer, Quartz 2D Programming Guide Data Management in Quartz 2D*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_data_mgr/dq_data_mgr.html#//apple_ref/doc/uid/TP30001066-CH216-TPXREF101 (2026).

[129] *Apple Developer, Core Graphics Interoperability*, Apple, https://developer.apple.com/documentation/accelerate/core-graphics-interoperability (2026).

[130] *Apple Developer, SpriteKit*, Apple, https://developer.apple.com/documentation/SpriteKit (2026); *Introduction to Sprite Kit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/502/ (2026).

[131] *Apple Developer, SKView*, Apple, https://developer.apple.com/documentation/spritekit/skview (2026); *Apple Developer, SKRenderer*, Apple, https://developer.apple.com/documentation/spritekit/skrenderer (2026).

[132] *Apple Developer, Getting Started with Actions*, Apple, https://developer.apple.com/documentation/spritekit/getting-started-with-actions (2026).

[133] *Apple Developer, Controlling User Interaction on Nodes*, Apple, https://developer.apple.com/documentation/spritekit/controlling-user-interaction-on-nodes (2026).

[134] *Apple Developer, Getting Started with Physics*, Apple, https://developer.apple.com/documentation/spritekit/getting-started-with-physics (2026); *Apple Developer, Getting Started with Actions*, Apple, https://developer.apple.com/documentation/spritekit/getting-started-with-actions (2026).

[135] *Apple Developer, Providing 2D Virtual Content with SpriteKit*, Apple, https://developer.apple.com/documentation/arkit/providing-2d-virtual-content-with-spritekit (2026); *Going Beyond 2D with SpriteKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/609/ (2026).

[136] *Apple Developer, Core Text*, Apple, https://developer.apple.com/documentation/CoreText (2026); *Apple Developer, Quartz 2D Programming Guide Text*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_text/dq_text.html#//apple_ref/doc/uid/TP30001066-CH213-TPXREF101 (2026); *Getting Started with Core Text*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2007/127/ (2026); *Advanced Text Handling for iPhone OS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/110/ (2026); *Apple Developer, Core Text Programming Guide Document Revision History*, Apple,

123.    Apple's 2D Graphics tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. These technologies increase monetization by allowing developers to use Apple's powerful 2D graphics engine with advanced technologies to create more appealing apps. For example, Fortnite, Bingo-Blitz, Clash of Clans, Cricut Design Space, and Phase 10 offer linked-out purchases[137] that use 2D Graphics tools and technologies.[138]

124.    Apple's 2D Graphics tools and technologies allow developers to use Apple's SpriteKit framework, which adds high-performance 2D content with smooth animations in addition to technologies available to developers using Quartz 2D, Apple's advanced, two-dimensional drawing engine. SpriteKit and Quartz 2D provide developers with the tools they need to create apps with advanced graphics, leading to better apps.

125.    2D Graphics technologies, including data management capabilities, are particularly useful to allow developers to provide paid upgrades or premium versions of apps that add value via informational or document-centric content. Developers can create, view, transform, and parse documents to generate professional-quality reports, statements, formatted outputs, or secured

---

https://developer.apple.com/library/archive/documentation/StringsTextFonts/Conceptual/CoreText_Programming/RevisionHistory.html#//apple_ref/doc/uid/TP40005533-CH2-SW1 (2026).

[137] *Fortnite Item Shop*, Epic Games, https://www.fortnite.com/item-shop (2026) (displaying web purchase of items for gameplay); *New Bingo Store*, Bingo Blitz, https://www.bingoblitz.com/support/new-bingo-store/ (2026) (announcing launch of online Bingo Blitz store for purchases that can be used in-app); *Clash of Clans Store*, SuperCell, https://store.supercell.com/clashofclans (2026) (Clash of Clans store offering purchase of digital goods); *Phase 10 Mobile*, Mattel 163, https://store.mattel163.com/phase10 (2026) (offering purchase of digital goods for Phase 10 Mobile); **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps).

[138] *Fortnite*, Apple, https://apps.apple.com/us/app/fortnite/id6483539426 (2026) (Fortnite app page displaying 2D rendered features); *Bingo Blitz*, Bingo Blitz, https://www.bingoblitz.com (2026) (Bingo Blitz bingo game rendered via 2D graphics); *Clash of Clans*, SuperCell, https://supercell.com/en/games/clashofclans/ (2026) (Clash of Clans is rendered in an isometric 2D world); *Phase 10*, Apple, https://apps.apple.com/us/app/phase-10-casual-card-game/id1463509237 (depicting app images rendered via 2D graphics); *Compare Subscription Benefits*, Cricut, https://cricut.com/en-us/join-cricut-access (2026) (offering Cricut Access subscription plan wherein user receives thousands of additional 2D graphics); Epic December 11, 2020 Responses and Objections to Apple's First Set of Interrogatories at 14.

documents. Core Graphics and CoreText render these documents with layout and typographic fidelity consistent with on-screen views, and data management APIs move content in and out of Quartz for export, archiving, or sharing.

126. SpriteKit, scene rendering, animation, and physics allow developers to build dynamic, engaging 2D environments. Upgrade scenes can be implemented as SpriteKit scenes with animated emphasis on higher-value options and reward animations when a user unlocks new capabilities or content.

127. Interfacing directly with other graphics and image-processing technologies enables higher-value processing, visualization, and enhancement technologies. For example, image or document apps can use Core Graphics with vImage to implement advanced visual enhancements and then render results as high-quality on-screen views or exportable images. Across these technologies, the common thread is that they provide the visual fidelity, layout precision, performance, and interaction richness needed to create premium app capabilities and content.

128. Physics simulation lets developers attach real-world behaviors—such as gravity, collisions, and momentum—to on-screen objects. For example, when a user activates a higher tier of service or unlocks additional content, items can fall into place or rearrange themselves using physics, visually conveying that the user's environment has changed in a meaningful way.

### 1.    Patents

129. Using the methodology in Section VII, I identified an exemplary set of 83 U.S. patent assets, including 65 patents and 18 published patent applications relating to 2D Graphics technologies, that are identified in **Appendix C**.

130. I identified these patents using the following search string:

G06T11/00.cpc. AND (Apple.as. OR Apple.AANM.) AND method.clms. NOT (("hmd" OR "head mounted").clms. NOT ("electronic device" SAME ("smartphone" OR "mobile")) OR

(3d.clms. NOT 2d.clms.) OR (("movement" AND "physical environment").clms. NOT "two dimensional") OR ("physical environment" WITH "electronic device").clms. OR ("real environment" NOT "image processing").ab. OR ("audio sensor" SAME "CGR").ab. or ("sensor data".clms.) or ( "three dimensional environment".clms.) or ("cgr" not ("2d" or "two dimensional" or "text content")).clms.)

131.    I developed this string by first looking for cooperative patent classifications related to 2D Graphics technologies as found in Apple's 2D Graphics developer documents and WWDC videos. I found the cooperative patent classification code "G06T11/00," which relates to image data processing or generation, two-dimensional image generation.[139]

132.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the 2D Graphics technology rubric. For example, I added exclusions for terms relating to "head mounted," "physical environment," "audio sensor," and "three dimensional environment."

133.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented 2D Graphics tools and technologies.

### 2.    Copyrights

134.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of 2D Graphics technologies.

135.    First, Apple's 2D Graphics tools and technologies provide developers with Frameworks and APIs, including CGPath, CGLayer, CGShading, CGGradient, CGImage, Core Graphics, Quartz Display Services, Quartz Event Services, Core Graphics Workflow, SpriteKit, SKView, SKRenderer, SKAction, SKNode, SKPhysicsBody, ARSKView, Core Text, and the

---

[139] *Cooperative Patent Classification*, USPTO, https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06T.html (2026).

60

many related APIs.[140]  Apple's 2D Graphics APIs are at the center of everything a developer does related to 2D Graphics.

136.    When developers use 2D Graphics APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

137.    Apple's APIs related to 2D Graphics help developers use all aspects of Apple's 2D Graphics tools and technologies to create advanced 2D graphics. For example, Apple provides information regarding its APIs that relate to creating a smooth transition between colors using CGshading, including instructions about how to use the APIs.[141] As shown below, developers can take advantage of Apple's expansive 2D Graphics tools and technologies enabled by its APIs.

---

[140] *Apple Developer, CGPath*, Apple, https://developer.apple.com/documentation/coregraphics/cgpath (2026); *Apple Developer, CGLayer*, Apple, https://developer.apple.com/documentation/coregraphics/cglayer (2026); *Apple Developer, CGShading*, Apple, https://developer.apple.com/documentation/coregraphics/cgshading (2026); *Apple Developer, CGGradient*, Apple, https://developer.apple.com/documentation/coregraphics/cggradient (2026); *Apple Developer, CGImage*, Apple, https://developer.apple.com/documentation/coregraphics/cgimage (2026); *Apple Developer, Core Graphics*, Apple, https://developer.apple.com/documentation/coregraphics (2026); *Apple Developer, Quartz Display Services*, Apple, https://developer.apple.com/documentation/coregraphics/quartz-display-services (2026); *Apple Developer, Quartz Event Services*, Apple, https://developer.apple.com/documentation/coregraphics/quartz-event-services (2026); *Apple Developer, Core Graphics Interoperability*, Apple, https://developer.apple.com/documentation/accelerate/core-graphics-interoperability (2026); *Apple Developer, SpriteKit*, Apple, https://developer.apple.com/documentation/SpriteKit (2026); *Apple Developer, SKView*, Apple, https://developer.apple.com/documentation/spritekit/skview (2026); *Apple Developer, SKRenderer*, Apple, https://developer.apple.com/documentation/spritekit/skrenderer (2026); *Apple Developer, Getting Started with Actions*, Apple, https://developer.apple.com/documentation/spritekit/getting-started-with-actions (2026); *Apple Developer, Controlling User Interaction on Nodes*, Apple, https://developer.apple.com/documentation/spritekit/controlling-user-interaction-on-nodes (2026); *Apple Developer, Getting Started with Physics*, Apple, https://developer.apple.com/documentation/spritekit/getting-started-with-physics (2026); *Apple Developer, Providing 2D Virtual Content with SpriteKit*, Apple, https://developer.apple.com/documentation/arkit/providing-2d-virtual-content-with-spritekit (2026); *Apple Developer, Core Text*, Apple, https://developer.apple.com/documentation/CoreText (2026).

[141] *Apple Developer, CGShading*, Apple, https://developer.apple.com/documentation/coregraphics/cgshading (2026).

61

```
Overview

Shading means to fill using a smooth transition between colors across an area. You create a shading using a custom
function with a CGFunction instance. To paint with a Core Graphics shading, you call drawShading(_:). This
function fills the current clipping path using the specified color gradient, calling your parametric function repeatedly
as it draws.

An alternative to using a CGShading instance is to use the CGGradient type. For applications that run in macOS
10.5 and later, CGGradient objects are much simpler to use.


Topics

Creating Shading Objects

init?(axialSpace: CGColorSpace, start: CGPoint, end: CGPoint, function: CGFunction,
extendStart: Bool, extendEnd: Bool)
    Creates a shading object to use for axial shading.

init?(radialSpace: CGColorSpace, start: CGPoint, startRadius: CGFloat, end: CGPoint,
endRadius: CGFloat, function: CGFunction, extendStart: Bool, extendEnd: Bool)
    Creates a shading object to use for radial shading.

Working with Core Foundation Types

class var typeID: CFTypeID
    Returns the Core Foundation type identifier for Core Graphics shading objects.
```

Figure: CGShading[142]

138.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's 2D Graphics tools and technologies. Developers use these materials to understand and implement 2D Graphics functionality, leading to higher consumer interest and engagement.[143] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[142] *Apple Developer, CGShading*, Apple, https://developer.apple.com/documentation/coregraphics/cgshading (2026).

[143] *See, e.g.*, *2D Graphics Using Quartz*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2001/107/ (2026); *Quartz 2D in Depth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2003/207/ (2026); *Apple Developer, Quartz 2D Programming Guide Introduction*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/Introduction/Introduction.html#//apple_ref/doc/uid/TP30001066 (2026); *2D Graphics and Animation for iPhone and Mac*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/711/ (2026); *Apple Developer, Core Graphics*, Apple, https://developer.apple.com/documentation/coregraphics (2026); *Apple Developer, Quartz Display Services*, Apple, https://developer.apple.com/documentation/coregraphics/quartz-display-services (2026); *Apple Developer, SpriteKit*, Apple, https://developer.apple.com/documentation/SpriteKit (2026); *Introduction to Sprite Kit*, Nonstrict,

139.    Apple's developer documents and instructional videos help developers use all aspects of Apple's 2D Graphics tools and technologies to create advanced 2D graphics. For example, Apple's instructional videos help developers use SpriteKit to develop 2D action games, platformers, puzzle games, and more, using realistic animations.[144]

### 3.    Trade Secrets

140.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to 2D Graphics technologies that, although secret, developers can leverage.

141.    Apple's 2D Graphics tools and technologies provide developers with Frameworks and APIs, including CGPath, CGLayer, CGShading, CGGradient, CGImage, Core Graphics, Quartz Display Services, Quartz Event Services, Core Graphics Interoperability, SpriteKit, SKView, SKRenderer, SKAction, SKNode, SKPhysicsBody, ARSKView, Core Text, and the many related APIs.[145]    These APIs allow developers to perform complex 2D Graphics tasks with

---

https://nonstrict.eu/wwdcindex/wwdc2013/502/ (2026); *Going Beyond 2D with SpriteKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/609/ (2026); *Apple Developer, Core Text*, Apple, https://developer.apple.com/documentation/CoreText (2026); *Getting Started with Core Text*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2007/127/ (2026); *Advanced Text Handling for iPhone OS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/110/ (2026).

[144] *Introduction to Sprite Kit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/502/ (2026).

[145] *Apple Developer, CGPath*, Apple, https://developer.apple.com/documentation/coregraphics/cgpath (2026); *Apple Developer, CGLayer*, Apple, https://developer.apple.com/documentation/coregraphics/cglayer (2026); *Apple Developer, CGShading*, Apple, https://developer.apple.com/documentation/coregraphics/cgshading (2026); *Apple Developer, CGGradient*, Apple, https://developer.apple.com/documentation/coregraphics/cggradient (2026); *Apple Developer, CGImage*, Apple, https://developer.apple.com/documentation/coregraphics/cgimage (2026); *Apple Developer, Core Graphics*, Apple, https://developer.apple.com/documentation/coregraphics (2026); *Apple Developer, Quartz Display Services*, Apple, https://developer.apple.com/documentation/coregraphics/quartz-display-services (2026); *Apple Developer, Quartz Event Services*, Apple, https://developer.apple.com/documentation/coregraphics/quartz-event-services (2026); *Apple Developer, Core Graphics Interoperability*, Apple, https://developer.apple.com/documentation/accelerate/core-graphics-interoperability (2026); *Apple Developer, SpriteKit*, Apple, https://developer.apple.com/documentation/SpriteKit (2026); *Apple Developer, SKView*, Apple, https://developer.apple.com/documentation/spritekit/skview (2026); *Apple Developer, SKRenderer*, Apple, https://developer.apple.com/documentation/spritekit/skrenderer (2026); *Apple Developer, Getting Started with Actions*, Apple, https://developer.apple.com/documentation/spritekit/getting-started-with-actions (2026); *Apple Developer, Controlling User Interaction on Nodes*, Apple, https://developer.apple.com/documentation/spritekit/controlling-user-interaction-on-nodes (2026); *Apple Developer, Getting Started with Physics*, Apple, https://developer.apple.com/documentation/spritekit/getting-started-with-physics (2026); *Apple Developer, Providing 2D Virtual Content with SpriteKit*, Apple,

simple API commands. Those commands are only possible because Apple develops and maintains proprietary source code designed to carry out the 2D Graphics API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

142.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's 2D Graphics tools and technologies. Based on my experience, Apple's proprietary source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which 2D Graphics APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### E.    Core Video

143.    Core Video is a valuable category of tools and technologies that relate to processing digital videos in apps. These tools and technologies let developers create apps that store, access, and recycle frame data without wasting memory. They also enable videos to remain synced with a display's refresh rate to ensure smooth playback. These tools and technologies interface directly with Apple's custom and proprietary GPUs, resulting in faster and more efficient video processing.

144.    Below is a non-exhaustive list of Core Video tools and technologies:

- **Buffer Management** enables access to and the manipulation of individual video frames without translating between data types to ensure efficient frame processing and rendering.[146]

---

https://developer.apple.com/documentation/arkit/providing-2d-virtual-content-with-spritekit (2026); *Apple Developer, Core Text*, Apple, https://developer.apple.com/documentation/CoreText (2026).

[146] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026).

- **Pixel Buffer Management** stores video frames, is used for GPU processing and rendering,[147] and includes functions that allow developers to create, inspect, and modify video data stored in memory.[148]

- **Pixel Buffer Recycling** allows developers to reuse memory for images instead of creating new ones,[149] and allows developers to create, inspect, and flush pools of video data based on their app's needs.[150] As Apple's Core Video Programming Guide explains, "[y]ou can think of a buffer pool as a small fleet of cars bought for corporate use. An employee simply takes a car from the fleet when needed and returns it when she's done with it. Doing so requires much less overhead than buying and selling a car each time. To maximize resources, the number of cars in the fleet can be adjusted based on demand."[151]

- **Time Management** enables real-time access to decoded video frames for synchronization with the display frame rate.[152] Apple's Time Management technology provides developers with several functions and structures to effectively manage time.[153]

- **Directly Interfacing with Metal** lets apps share video data directly between different parts of an iPhone or iPad—like the camera, video processing, and graphics—without making extra copies, minimizing latency and memory bandwidth in video pipelines.[154] These technologies allow apps to handle high-speed video without producing noticeable lag, improving efficient video processing, system performance, and user experience. This technology uses Metal to directly read from or write to GPU-based Core Video image buffers for efficient rendering.[155]

---

[147] *Apple Developer, CVPixelBuffer*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e (2026).

[148] *Apple Developer, CVPixelBuffer*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e (2026).

[149] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026).

[150] *Apple Developer, CVPixelBufferPool*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbufferpool-77o (2026).

[151] *Core Video Programming Guide, Core Video Concepts*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/CoreVideo/CVProg_Concepts/CVProg_Concepts.html#//apple_ref/doc/uid/TP40001536-CH202-BABJDFHJ (2026).

[152] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026).

[153] *Apple Developer, CVTime*, Apple, https://developer.apple.com/documentation/corevideo/cvtime-q1e (2026).

[154] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026); *Apple Developer, Metal*, Apple, https://developer.apple.com/metal/ (2026); *Apple Developer, CVMetalTextureCache*, Apple, https://developer.apple.com/documentation/corevideo/cvmetaltexturecache-q3j (2026); *Apple Developer, CVPixelBuffer*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e (2026); *Apple Developer, MTLTexture*, Apple, https://developer.apple.com/documentation/metal/mtltexture (2026); *Display HDR video in EDR with AVFoundation and Metal*, Apple, https://developer.apple.com/videos/play/wwdc2022/110565/ (2026).

[155] *Apple Developer, CVMetalTextureCache*, Apple, https://developer.apple.com/documentation/corevideo/cvmetaltexturecache-q3j (2026).

65

145. Apple's Core Video tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out transactions. For example, Fortnite, YouTube TV, and GoodShort apps offer linked-out purchases[156] and appear to use these tools and technologies.[157]

146. Core Video technologies provides technical benefits because, for example, it "simplifies working with video by partitioning the process into discrete steps" and "makes it easier for developers to access and manipulate individual frames without having to worry about translating between data types or display synchronization issues."[158] Further, technologies like Metal Interfacing allow apps to handle high-speed video, which drives user experience and engagement. These and other Core Video technologies allow developers to create effective digital videos, including ones that users may want to purchase. For example, these technologies can be used to more easily create and display high-quality videos within their apps. This allows developers to create apps with greater user-experience that meet users' desires, both of which are factors that increase user-demand and ultimately help developers consummate transactions.

147. From a developer's perspective, Core Video technologies are foundational capabilities that enable the creation, delivery, and monetization of high-quality video experiences. Core Video supports the code paths that present premium content, differentiate free from paid tiers,

---

[156] See **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); see also Fortnite Item Shop, Epic Games, https://www.fortnite.com/item-shop (2026) (displaying web purchase of items for gameplay); GoodShort, https://www.goodshort.com/ (2026) ("Score 10% extra value vs the app"); Youtube TV Help, https://support.google.com/youtubetv/answer/7249585?co=GENIE.Platform%3DiOS&oco=1 (2026) ("YouTube TV no longer accepts payment through Apple's in-app purchase.").

[157] Fortnite, Apple, https://apps.apple.com/us/app/fortnite/id6483539426 (2026) (Fortnite app page displaying video-based gaming and entertainment content); GoodShort – Short Dramas Hub, https://apps.apple.com/us/app/goodshort-short-dramas-hub/id6448176203 (2026) (displaying video-based entertainment); YouTube TV, https://apps.apple.com/us/app/youtube-tv/id1193350206 (2026) (displaying video-based entertainment); Epic December 11, 2020 Responses and Objections to Apple's First Set of Interrogatories at 14.

[158] Apple Developer, Core Video Framework, Apple, https://developer.apple.com/documentation/corevideo (2026).

and deliver value immediately after purchase. For video-centric apps—such as streaming services, fitness platforms, education products, and video editing apps—Core Video is central to making business models like subscriptions, pay-per-view, and ad-supported with paid "ad-free" upgrades technically feasible.

148.    Core Video's frame-level and pixel-level tools can be tightly coupled to specific monetized technologies. Buffer Management enables real-time manipulation of individual video frames, underpinning premium editing capabilities like frame-accurate editing, slow motion, and high-resolution export. Pixel Buffer Management supports sophisticated visual technologies—AI-based filters, color grading, HDR output—that are frequently packaged as "Pro" offerings. Developers often allow users to preview these capabilities in a constrained way for no charge, and then unlock the complete functionalities after a purchase or subscription upgrade.

149.    Other Core Video components support real-time and latency-sensitive offerings. Time Management provides real-time access to decoded video frames and synchronizes their display with the device's refresh rate, ensuring smooth playback and accurate audio-video sync. Metal interfacing enables high-end, graphics-intensive capabilities by allowing zero-copy wrapping of Core Video buffers into Metal textures, supporting real-time shaders, AI enhancements, and 3D compositing that developers often reserve for premium tiers.

150.    Core Video enhances user engagement and session length through smooth, visually compelling video, which creates opportunities to display paywalls and premium offerings. Stable, high-performance video handling also improves app ratings and user trust. Core Video technologies are foundational tools for monetizing video content and video-based functionality.

### 1. Patents

151.    Using the methodology in Section VII, I identified an exemplary set of 56 U.S. patent assets, including 50 patents and 6 published patent applications relating to Core Video technologies, that are identified in **Appendix C**.

152.    I identified these patents using the following search string:

> ((( (pixel NEAR buffer$).spec. AND video.SPEC. NOT ((codec or encod$ OR decod$ OR compress$ OR decompress$).AB.) NOT (("user interface" OR "UI").ab.) NOT (image near3 (sensor or captur*) or camera).ab. ) or ( (pixel ADJ buffer*).SPEC. AND (((buffer) near10(recycle or recycling or reus*)) or pool).spec. ) or ( ((frame SAME (timestamp or "time stamp")).spec.) AND((synchroniz$ OR refresh) near10 display).spec.) or (((zero adj cop$) same (pixel same buffer)).SPEC. and video.spec. ) or ((pipeline).SPEC. and (pixel NEAR buffer$).spec. and ((OpenGL* or metal)).spec. )) and (Apple.as. OR Apple.AANM.) and method.clms.

153.    I developed this string by first looking for terms relating to Core Video technologies also found in Apple's Core Video developer documents and WWDC videos, such as "pixel," "buffer," "video," "recycle," and "metal."[159] I included these terms, and other related terms, as search terms in this string.

154.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Core Video technology rubric. For example, I added exclusions for terms relating to video encoding and decoding (e.g., "codec", "encod$", "decod$", "compress$", "decompress$"), UI, or image capture.

---

[159] *Apple Developer, Core Video*, Apple, https://developer.apple.com/documentation/corevideo (2026) ("CVPixelBufferPool... A utility object for managing a **recyclable** set of **pixel buffer** objects," "Core **Video**... Process digital **video**, including manipulation of individual frames, using a pipeline-based API and support for both **Metal** and OpenGL.").

155.   Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Core Video tools and technologies.

### 2.   Copyrights

156.   Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Core Video technologies.

157.   First, Apple's Core Video tools and technologies provide developers with Frameworks and APIs, including Core Video, CVPixelBuffer, CVPixelBufferPool, CVTime, CVMetalTextureCache, MTLTexture, and many other related APIs. [160]  Apple's Core Video APIs are at the center of everything a developer does related to Core Video.

158.   When developers use Core Video APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

159.   Apple's APIs related to Core Video help developers use all aspects of Apple's Core Video tools and technologies to create the high-quality apps. For example, Apple provides information regarding its APIs that relate to buffer management such as CVPixelBuffer, including instructions about how to use the APIs to create pixel buffers and inspect pixel buffers based on

---

[160] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026). Similarly, Apple's other Core Video tools and technologies also rely on an extensive set of APIs. *See generally Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026); *Apple Developer, CVPixelBuffer*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e (2026); *Apple Developer, CVPixelBufferPool*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbufferpool-77o (2026); *Apple Developer, CVTime*, Apple, https://developer.apple.com/documentation/corevideo/cvtime-q1e (2026); *Apple Developer, CVMetalTextureCache*, Apple, https://developer.apple.com/documentation/corevideo/cvmetaltexturecache-q3j (2026); *Apple Developer, MTLTexture*, Apple, https://developer.apple.com/documentation/metal/mtltexture (2026).

the given size, format, and memory locations. As shown below, developers can take advantage of Apple's expansive Core Video tools and technologies enabled by its APIs to create high-speed video without lag that users desire and developers can monetize.

**Creating pixel buffers**

```
func CVPixelBufferCreate(CFAllocator?, Int, Int, OSType, CFDictionary?, UnsafeMutable
Pointer<CVPixelBuffer?>) -> CVReturn
```
Creates a single pixel buffer for a given size and pixel format.

```
func CVPixelBufferCreateWithBytes(CFAllocator?, Int, Int, OSType, UnsafeMutableRaw
Pointer, Int, CVPixelBufferReleaseBytesCallback?, UnsafeMutableRawPointer?,
CFDictionary?, UnsafeMutablePointer<CVPixelBuffer?>) -> CVReturn
```
Creates a pixel buffer for a given size and pixel format containing data specified by a memory location.

```
func CVPixelBufferCreateWithPlanarBytes(CFAllocator?, Int, Int, OSType, UnsafeMutable
RawPointer?, Int, Int, UnsafeMutablePointer<UnsafeMutableRawPointer?>, UnsafeMutable
Pointer<Int>, UnsafeMutablePointer<Int>, UnsafeMutablePointer<Int>, CVPixelBuffer
ReleasePlanarBytesCallback?, UnsafeMutableRawPointer?, CFDictionary?, UnsafeMutable
Pointer<CVPixelBuffer?>) -> CVReturn
```
Creates a single pixel buffer in planar format for a given size and pixel format containing data specified by a memory location.

```
func CVPixelBufferCreateWithIOSurface(CFAllocator?, IOSurfaceRef, CFDictionary?, Unsafe
MutablePointer<Unmanaged<CVPixelBuffer>?>) -> CVReturn
```
Creates a single pixel buffer for the IO surface that you specify.

**Inspecting Pixel Buffers**

```
func CVPixelBufferGetBaseAddress(CVPixelBuffer) -> UnsafeMutableRawPointer?
```
Returns the base address of the pixel buffer.

```
func CVPixelBufferGetBaseAddressOfPlane(CVPixelBuffer, Int) -> UnsafeMutableRawPointer?
```
Returns the base address of the plane at the specified plane index.

```
func CVPixelBufferGetBytesPerRow(CVPixelBuffer) -> Int
```
Returns the number of bytes per row of the pixel buffer.

```
func CVPixelBufferGetBytesPerRowOfPlane(CVPixelBuffer, Int) -> Int
```
Returns the number of bytes per row for a plane at the specified index in the pixel buffer.

```
func CVPixelBufferGetHeight(CVPixelBuffer) -> Int
```
Returns the height of the pixel buffer.

```
func CVPixelBufferGetHeightOfPlane(CVPixelBuffer, Int) -> Int
```
Returns the height of the plane at planeIndex in the pixel buffer.

```
func CVPixelBufferGetWidth(CVPixelBuffer) -> Int
```
Returns the width of the pixel buffer.

Figure: Core Video, CVPixelBuffer[161]

---

[161] *Apple Developer, CVPixelBuffer*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e (2026).

70

160. Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Core Video tools and technologies. Developers use these materials to better understand and implement Core Video functionality within their apps, leading to higher consumer interest and engagement.[162] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and therefore are protected by copyright.

161. Apple's developer documents and instructional videos help developers use all aspects of Apple's Core Video tools and technologies to create high quality apps. For example, Apple's instructional videos help developers use Core Video with Metal to achieve efficient video processing, which results in higher quality video content by allowing smooth playback, precise synchronization, and advanced real-time rendering or effects.[163]

### 3. Trade Secrets

162. Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Core Video technologies that, although secret, developers can leverage.

163. Apple's Core Video tools and technologies provide developers with Frameworks and APIs, including Core Video, CVPixelBuffer, CVPixelBufferPool, CVTime, CVMetalTextureCache, MTLTexture, and many other related APIs. [164] These APIs allow

---

[162] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026); *see also Introduction to Core Video Programming Guide*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/CoreVideo/CVProg_Intro/CVProg_Intro.html#//apple_ref/doc/uid/TP40001536 (2026); *see also Direct Access to Video Encoding and Decoding*, Apple, https://developer.apple.com/videos/play/wwdc2014/513/ (2026); *Decode ProRes with AVFoundation and VideoToolbox*, Apple, https://developer.apple.com/videos/play/wwdc2020/10090/ (2026); *Display HDR video in EDR with AVFoundation and Metal*, Apple, https://developer.apple.com/videos/play/wwdc2022/110565/ (2026); *Optimize the Core Image Pipeline for your Video App*, Apple, https://developer.apple.com/videos/play/wwdc2020/10008/ (2026).

[163] *Display HDR video in EDR with AVFoundation and Metal*, Apple, https://developer.apple.com/videos/play/wwdc2022/110565/ (2026).

[164] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026). Similarly, Apple's other Core Video tools and technologies also rely on an extensive set of APIs. *See generally Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026); *Apple Developer, CVPixelBuffer*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e

developers to perform complex Core Video tasks with simple API commands. Those commands are only possible because Apple develops and maintains proprietary source code designed to carry out the Core Video API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

164.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Core Video tools and technologies. Based on my experience, Apple's proprietary source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Core Video APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### F.    Core Motion

165.    Core Motion is a valuable category of tools and technologies that relate to obtaining and using data related to the orientation, movement, and location of a device. These tools and technologies allow developers to create apps that leverage information about how an iPhone or iPad and its user are moving in the world. They collect data from built-in sensors in iPhones and iPads, like accelerometers, gyroscopes, and magnetometers, to determine orientation, movement, altitude, and even pressure. Together, these tools let developers create apps that respond intelligently to physical motion and environmental conditions.

---

(2026); *Apple Developer, CVPixelBufferPool*, Apple, https://developer.apple.com/documentation/corevideo/cvpixelbufferpool-77o (2026); *Apple Developer, CVTime*, Apple, https://developer.apple.com/documentation/corevideo/cvtime-q1e (2026); *Apple Developer, CVMetalTextureCache*, Apple, https://developer.apple.com/documentation/corevideo/cvmetaltexturecache-q3j (2026); *Apple Developer, MTLTexture*, Apple, https://developer.apple.com/documentation/metal/mtltexture (2026).

166.    Below is a non-exhaustive list of Core Motion tools and technologies:

- **Device Motion** tracks how a device is moving—like tilting, rotating, or shaking—while filtering out gravity and other confounding factors to increase accuracy.[165]

- **Heading orientation** allows apps to detect the direction of an iPhone or iPad, like a compass.[166]

- **Obtaining pitch, roll, yaw, a rotation matrix, or a quaternion**, technologies that provide data to CoreMotion used in advanced math formats that iPhones and iPads can use to track and calculate movement accurately.[167]

- **Reference frames** provide a starting point to help measure how a device is tilted or rotated.[168]

- **Headphone motion data** delivers headphone movement updates if a headphone supports motion.[169]

- **Accelerometers** provide movement data outputs to CoreMotion. Apps can enable hardware using CMMotionManager[170] to record[171] and store[172] accelerometer data.

---

[165] *Apple Developer, CMDeviceMotion*, Apple, https://developer.apple.com/documentation/coremotion/cmdevicemotion (2026); *Sensing Device Motion in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/423/ (2026).

[166] *Apple Developer, CMAttitude*, Apple, https://developer.apple.com/documentation/coremotion/cmattitude (2026).

[167] *Apple Developer, CMRotationMatrix*, Apple, https://developer.apple.com/documentation/coremotion/cmrotationmatrix (2026); *Apple Developer, CMQuaternion*, Apple, https://developer.apple.com/documentation/coremotion/cmquaternion (2026).

[168] *What's New in Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/423/ (2026); *Apple Developer, CMAttitudeReferenceFrame*, Apple, https://developer.apple.com/documentation/coremotion/cmattitudereferenceframe (2026).

[169] *Apple Developer, CMHeadphoneMotionManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphonemotionmanager (2026).

[170] *What's New in Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/423/ (2026); *Apple Developer, Getting raw accelerometer events*, Apple, https://developer.apple.com/documentation/coremotion/getting-raw-accelerometer-events (2026).

[171] *Creating Immersive Apps with Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/704/ (2026); *Apple Developer, CMSensorRecorder*, Apple, https://developer.apple.com/documentation/coremotion/cmsensorrecorder (2026).

[172] *Creating Immersive Apps with Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/704/ (2026); *Apple Developer, CMRecordedAccelerometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmrecordedaccelerometerdata (2026).

73

- **Gyroscopes** provide rotation data outputs to CoreMotion, allowing developers to obtain and access rotation data (e.g., rotation rates) as well as accessing the rotation rate measured by the gyroscope or a single rotation-rate measurement at a specific time.[173]

- **Magnetometer** provides magnetic field data outputs to CoreMotion, allowing developers to obtain and access magnetic field data.[174] Core Motion can calibrate this data to reflect the Earth's magnetic field and surrounding fields while removing device bias.

- **Altitude Data**, technologies that deliver altitude data outputs to CoreMotion, allowing developers to obtain and access absolute altitude data,[175] altitude change data,[176] altitude data availability,[177] and starting/stopping altitude updates.[178]

- **Ambient Pressure**, technologies that deliver pressure data outputs to CoreMotion, allowing developers to obtain and access ambient pressure,[179] submersion events,[180] and date, depth, water pressure, surface pressure, depth state, and water temperature data[181] for a developer to use in their app.[182]

---

[173] *Apple Developer, CMGyroData*, Apple, https://developer.apple.com/documentation/coremotion/cmgyrodata (2026); *Apple Developer, CMRecordedRotationRateData*, Apple, https://developer.apple.com/documentation/coremotion/cmrecordedrotationratedata (2026).

[174] *What's New in Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/423/ (2026); *Apple Developer, CMMagnetometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmmagnetometerdata (2026).

[175] *Apple Developer, CMAbsoluteAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmabsolutealtitudedata (2026).

[176] *What's New in Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/705/ (2026); *Apple Developer, CMAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmaltitudedata (2026).

[177] *Apple Developer, isAbsoluteAltitudeAvailable()*, Apple, https://developer.apple.com/documentation/coremotion/cmaltimeter/isabsolutealtitudeavailable() (2026).

[178] *Apple Developer, startAbsoluteAltitudeUpdates(to: withHandler:)*, Apple, https://developer.apple.com/documentation/coremotion/cmaltimeter/startabsolutealtitudeupdates(to: withhandler:) (2026).

[179] *Apple Developer, What's new in Core Motion*, Apple, https://developer.apple.com/videos/play/wwdc2023/10179/ (2026); *Apple Developer, CMAmbientPressureData*, Apple, https://developer.apple.com/documentation/coremotion/cmambientpressuredata (2026).

[180] *Apple Developer, What's new in Core Motion*, Apple, https://developer.apple.com/videos/play/wwdc2023/10179/ (2026); *Apple Developer, CMWaterSubmersionEvent*, Apple, https://developer.apple.com/documentation/coremotion/cmwatersubmersionevent.

[181] *Apple Developer, What's new in Core Motion*, Apple, https://developer.apple.com/videos/play/wwdc2023/10179/ (2026); *Apple Developer, CMWaterSubmersionMeasurement*, Apple, https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement (2026); *Apple Developer, CMWaterTemperature*, Apple, https://developer.apple.com/documentation/coremotion/cmwatertemperature (2026).

[182] *Apple Developer, What's new in Core Motion*, Apple, https://developer.apple.com/videos/play/wwdc2023/10179/ (2026).

- **Activity** provides notifications when motion changes or provides past motion change data.[183]

- **Motion data** provides movement data outputs to CoreMotion, allowing developers to obtain and access data that reflects whether a user is walking, running, cycling, in a vehicle, or stationary for periods of time.[184]  This data includes pedometer and fitness data such as step counts, [185] pace and cadence data, [186] live walking data, [187] and odometer data. [188]

- **Movement disorder data** records and queries movement disorder data in CoreMotion as discussed further below.[189]  These technologies require heightened entitlements and approval from Apple and are only available to developers with proper entitlements.[190]

  - **Tremor Data** provides tremor data to CoreMotion, allowing developers to obtain and access data about the presence and strength of tremors.[191]

---

[183] *Apple Developer, CMMotionActivity*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivity (2026).

[184] *Apple Developer, CMMotionActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivitymanager (2026); *Apple Developer, CMHeadphoneActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphoneactivitymanager (2026); *Apple Developer, CMMotionActivity*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivity (2026); *Apple Developer, Cycling*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivity/cycling (2026).

[185] *What's New in Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/705/ (2026); *Health and Fitness with Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2016/713/ (2026); *Apple Developer, CMPedometerEvent*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerevent (2026).

[186] *What's New in Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/705/ (2026); *Apple Developer, currentCadence*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentcadence (2026); *Apple Developer, currentPace*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentpace (2026).

[187] *Apple Developer, numberOfSteps*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata/numberofsteps (2026); *Apple Developer, floorsAscended*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata/floorsascended (2026).

[188] *Apple Developer, CMOdometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmodometerdata (2026).

[189] *Apple Developer, heartRate*, Apple, https://developer.apple.com/documentation/coremotion/cmhighfrequencyheartratedata/heartrate (2026); *Apple Developer, Getting movement disorder symptom data*, Apple, https://developer.apple.com/documentation/coremotion/getting-movement-disorder-symptom-data (2026).

[190] *Apple Developer, Getting movement disorder symptom data*, Apple, https://developer.apple.com/documentation/coremotion/getting-movement-disorder-symptom-data (2026).

[191] *Apple Developer, CMTremorResult*, Apple, https://developer.apple.com/documentation/coremotion/cmtremorresult (2026).

75

- **Dyskinetic Symptom Data** provides dyskinetic symptom data to CoreMotion, allowing developers to obtain and access data about the presence of such symptoms.[192]

- **Fall detection** indicates the occurrence of a fall detection event.[193]

- **Fall resolutions** allow a user to indicate whether a fall is confirmed, dismissed, rejected, or the user is determined to be unresponsive.[194]

- **Collecting historical data** allows developers to use CoreMotion to obtain and access device motion data and accelerometer data.[195]

- **Update frequency** configures the update frequency of data collection.[196]

167.    Apple's Core Motion tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies allow developers to create apps that use data indicating the orientation, movement, and location of a device. The resulting apps can use such data to provide, for example, precise fitness tracking and health and safety monitoring. Developers can therefore provide end users with high quality apps that include technologies that quickly and accurately display and interpret a device's motion.

168.    Apple's Core Motion tools and technologies allow developers to use enhanced motion-based user interaction technologies. Such technologies can, for example, allow a user to

---

[192] *Apple Developer, CMDyskineticSymptomResult*, Apple, https://developer.apple.com/documentation/coremotion/cmdyskineticsymptomresult (2026).

[193] *Apple Developer, CMFallDetectionEvent*, Apple, https://developer.apple.com/documentation/coremotion/cmfalldetectionevent (2026).

[194] *Apple Developer, resolution*, Apple, https://developer.apple.com/documentation/coremotion/cmfalldetectionevent/resolution (2026).

[195] *Apple Developer, startDeviceMotionUpdates()*, Apple, https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/startdevicemotionupdates() (2026); *Apple Developer, startAccelerometerUpdates()*, Apple, https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/startaccelerometerupdates() (2026).

[196] *Apple Developer, deviceMotionDataFrequency*, Apple, https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/devicemotiondatafrequency (2026).

interact with an app in ways beyond tapping the screen. Using Apple's Core Motion technologies such as headphone motion data, users can interact with apps by interacting with their headphones, or, by using manage motion data, users can interact with apps by participating in an activity and apps can detect movement associated with an activity and automatically respond accordingly.[197]

169.    Motion and sensor technologies allow developers to build apps that are responsive to the user's real-world context. Using device motion, attitude, rotation, acceleration, reference frames, magnetic field values, and heading data, developers can create functionalities such as precise AR experiences, navigation tools, measurement utilities, and sports analytics. These capabilities let developers differentiate between basic and advanced technology sets and offer enhanced tiers that rely on more precise or richer motion data.

170.    Core Motion access to accelerometers, gyroscopes, magnetometers, altitude and ambient-pressure data, as well as water-submersion and depth information, supports a wide range of CoreMotion apps that can become professional-grade or enthusiast tools. Fitness, hiking, mountaineering, skiing, aviation, marine, and diving apps use acceleration, rotation rates, heading, absolute altitude, altitude change, pressure, and water depth/temperature to provide accurate tracking of distance, vertical gain, slope, descent profiles, and dive profiles. By combining recording, storage, historical access, and configurable update frequency, developers can build long-term analytical views and high-resolution metrics that distinguish a basic "tracking"

---

[197] *Apple Developer, CMMotionActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivitymanager (2026); *Apple Developer, CMHeadphoneActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphoneactivitymanager (2026); *Apple Developer, CMHeadphoneMotionManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphonemotionmanager (2026).

experience from a more sophisticated premium service with detailed history, charts, performance reports, and planning tools.

171.    Activity classification and motion-state technologies (activity notifications, motion state, cycling detection, pedometer data, pace and cadence, odometer data) are central to coaching, training, and wellness-oriented services. Developers can detect whether a user is walking, running, cycling, driving, or stationary, and track relevant sessions and metrics to enable context-aware services like structured training plans and performance feedback tailored to the user's activities.

172.    Historical data collection and configurable update frequency of data collection allow developers to shape distinct service levels around data depth and fidelity. Batched historical motion and accelerometer data support long-term analytics and retrospective insights. Adjusting update frequency lets developers reserve higher-sampling, more granular analysis for higher tiers. Across these technologies, motion and sensor data feed the advanced functionality, analytics, and personalized experiences that form the basis of higher-value app offerings.

## 1.    Patents

173.    Using the methodology in Section VII, I identified an exemplary set of 79 U.S. patent assets, including 68 patents and 11 published patent applications relating to Core Motion technologies, that are identified in **Appendix C**.

174.    I identified these patents using the following search string:

> (Apple.as. OR Apple.aanm.) and (method.clms. or process.clms) AND (sensor and fallen and ( (detect near fall) OR(detecting near fall) OR (processing near fall) OR (calculating near fall) OR (fall near process)OR (calculate near fall) OR (fall near event)) OR((((determine adj5 reference adj5 frame)near (user or device)) or ((determine adj2 heading)near(user or device))) not ( radio.clms. or (augmented adj reality)or (display near content) or (video adj frame))) OR (((access or get or obtain) adj5 gyroscope )) OR (((pedometer and (step adj count) and (pedestrian or user or (pedestrian nearactivity) or velocity or speed or slope or distance or altitude or heart)) or ( (user or pedestrian or device) near(pace ORcadence OR stride) near (determine or calculate)) ) not map not (music adj synchronization or sleep adj alarm or fitness adj machine)) OR ((( (retrieving or accessing or transmitting) adj3 accelerometer) OR (calibrate adj3 magnetic) or(c

78

alibrate adj3 magnetometer)) ) OR ( ((((determine or calculate or estimate )adj3 altitude) near ( user or device)) not(smart adj alerts or fallen)) OR (((determine adj (motion or activity) adj state ) and (((static or stationary or standing) with (moving or walking or cycling or running or vehicle or car ) ) same state) not (cellular or rf).clms.) ) OR ( (((((retrieve or access or obtain) with barometric) and (pressure adj sensor) not wi-fi) or (submersion same depth))) OR(((sensor near frequency) same (batch or set or group))) OR ((tremor or dyskines$3) and wearable and motion))

175.    I developed this string by first looking for terms relating to Core Motion technologies also found in Apple's Core Motion developer documents and WWDC videos, such as "gyroscope," "pedometer," "magnetometer," and "altitude."[198] I included these terms, and other related terms, as search terms in this string.

176.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Core Motion technology rubric. For example, I added exclusions for terms relating to "augmented reality," "display content," and "video frame."

177.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Core Motion tools and technologies.

## 2.    Copyrights

178.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Core Motion technologies.

179.    First, Apple's Core Motion tools and technologies provide developers with APIs, including CoreMotion, CMDeviceMotion, CMAttitude, CMRotationMatrix, CMQuaternion, CMAttitudeReferenceFrame,         CMHeadphoneMotionManager,         CMSensorRecorder,

---

[198] *Apple Developer, Core Motion*, Apple, https://developer.apple.com/documentation/coremotion/ (2026) ("Core Motion ... This hardware includes the device's accelerometers and **gyroscopes**, and, when available, the **pedometer**, **magnetometer**, and barometer."; "**Altitude** data... Access altitude data based on barometric sensor information.").

CMRecordedAccelerometerData, CMGyroData, CMRecordedRotationRateData, CMMagnetometerData, CMAbsoluteAltitudeData, CMAltitudeData, CMAmbientPressureData, CMWaterSubmersionMeasurement, CMWaterTemperature, CMMotionActivityManager, CMMotionActivity, CMPedometerData, CMPedometerEvent, CMOdometerData, CMHighFrequencyHeartRateData, CMTremorResult, CMDyskineticSymptomResult, CMFallDetectionEvent, CMBatchedSensorManager, CMHeadphoneActivityManager, and the many related APIs.[199]  Apple's Core Motion APIs are at the center of everything a developer does related to Core Motion.

---

[199] *Apple Developer, CMAbsoluteAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmabsolutealtitudedata (2026); *Apple Developer, CMAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmaltitudedata (2026).

[199] *Apple Developer, CMDeviceMotion*, Apple, https://developer.apple.com/documentation/coremotion/cmdevicemotion (2026); *Apple Developer, CMAttitude*, Apple, https://developer.apple.com/documentation/coremotion/cmattitude (2026); *Apple Developer, CMRotationMatrix*, Apple, https://developer.apple.com/documentation/coremotion/cmrotationmatrix (2026); *Apple Developer, CMQuaternion*, Apple, https://developer.apple.com/documentation/coremotion/cmquaternion (2026); *Apple Developer, CMAttitudeReferenceFrame*, Apple, https://developer.apple.com/documentation/coremotion/cmattitudereferenceframe (2026); *Apple Developer, CMHeadphoneMotionManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphonemotionmanager (2026); *Apple Developer, CMSensorRecorder*, Apple, https://developer.apple.com/documentation/coremotion/cmsensorrecorder (2026); *Apple Developer, CMRecordedAccelerometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmrecordedaccelerometerdata (2026); *Apple Developer, CMGyroData*, Apple, https://developer.apple.com/documentation/coremotion/cmgyrodata (2026); *Apple Developer, CMRecordedRotationRateData*, Apple, https://developer.apple.com/documentation/coremotion/cmrecordedrotationratedata (2026); *Apple Developer, CMMagnetometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmmagnetometerdata (2026); *Apple Developer, CMAbsoluteAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmabsolutealtitudedata (2026); *Apple Developer, CMAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmaltitudedata (2026); *Apple Developer, CMAmbientPressureData*, Apple, https://developer.apple.com/documentation/coremotion/cmambientpressuredata (2026); *Apple Developer, CMWaterSubmersionMeasurement*, Apple, https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement (2026); *Apple Developer, CMWaterTemperature*, Apple, https://developer.apple.com/documentation/coremotion/cmwatertemperature (2026); *Apple Developer, CMMotionActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivitymanager (2026); *Apple Developer, CMMotionActivity*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivity (2026); *Apple Developer, currentCadence*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentcadence (2026); *Apple Developer, CMPedometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata (2026); *Apple Developer, CMPedometerEvent*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerevent

180.    When developers use Core Motion APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

181.    Apple's APIs related to Core Motion help developers use all aspects of Apple's Core Motion tools and technologies to create the engaging and entertaining apps. For example, Apple provides information regarding its APIs that relate to device submersion data, including instructions about how to use the APIs.[200] As shown below, developers can take advantage of Apple's expansive Core Motion tools and technologies enabled by its APIs.

(2026); *Apple Developer, CMOdometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmodometerdata (2026); *Apple Developer, CMHighFrequencyHeartRateData*, Apple, https://developer.apple.com/documentation/coremotion/cmhighfrequencyheartratedata (2026); *Apple Developer, CMTremorResult*, Apple, https://developer.apple.com/documentation/coremotion/cmtremorresult (2026); *Apple Developer, CMDyskineticSymptomResult*, Apple, https://developer.apple.com/documentation/coremotion/cmdyskineticsymptomresult (2026); *Apple Developer, CMFallDetectionEvent*, Apple, https://developer.apple.com/documentation/coremotion/cmfalldetectionevent (2026); *Apple Developer, CMBatchedSensorManager*, Apple, https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager (2026); *Apple Developer, CMHeadphoneActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphoneactivitymanager (2026).

[199] *Apple Developer, CMWaterSubmersionMeasurement*, Apple, https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement (2026); *Apple Developer, CMWaterTemperature*, Apple, https://developer.apple.com/documentation/coremotion/cmwatertemperature (2026).

[200] *Apple Developer, CMWaterSubmersionMeasurement*, Apple, https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement (2026); *Apple Developer, CMWaterTemperature*, Apple, https://developer.apple.com/documentation/coremotion/cmwatertemperature (2026).

81

**Water submersion**

📄 <u>Accessing submersion data</u>
Use a water-submersion manager to receive water pressure, temperature, and depth data on Apple Watch Ultra.

class `CMWaterSubmersionManager`
An object for managing the collection of pressure and temperature data during submersion.

protocol `CMWaterSubmersionManagerDelegate`
A delegate that receives updates about ambient pressure, water pressure, water temperature, and submersion events.

class `CMWaterSubmersionEvent`
An event indicating that the device's submersion state has changed.

class `CMWaterTemperature`
An update that contains data about the water temperature.

Figure: Core Motion, CMWaterSubmersionMeasurement[201]

182.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Core Motion tools and technologies. Developers use these materials to better understand and implement Core Motion functionality within their apps, leading to higher consumer interest and engagement.[202] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

183.    Apple's developer documents and instructional videos help developers use all aspects of Apple's Core Motion tools and technologies to create high quality apps. For example,

---

[201] *Apple Developer, CMWaterSubmersionMeasurement*, Apple, https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement (2026).

[202] *Sensing Device Motion in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/423/ (2026); *Apple Developer, CMDeviceMotion*, Apple, https://developer.apple.com/documentation/coremotion/cmdevicemotion (2026); *What's New in Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/423/ (2026); *Creating Immersive Apps with Core Motion*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/704/ (2026); *Apple Developer, Getting raw accelerometer events*, Apple, https://developer.apple.com/documentation/coremotion/getting-raw-accelerometer-events (2026).

82

Apple's developer documents help developers use altitude data technologies, which results in more informed, accurate, and relevant apps.[203]

### 3.    Trade Secrets

184.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Core Motion technologies that, although secret, developers can leverage.

185.    Apple's Core Motion tools and technologies provide developers with APIs, including CoreMotion, CMDeviceMotion, CMAttitude, CMRotationMatrix, CMQuaternion, CMAttitudeReferenceFrame, CMHeadphoneMotionManager, CMSensorRecorder, CMRecordedAccelerometerData, CMGyroData, CMRecordedRotationRateData, CMMagnetometerData, CMAbsoluteAltitudeData, CMAltitudeData, CMAmbientPressureData, CMWaterSubmersionMeasurement, CMWaterTemperature, CMMotionActivityManager, CMMotionActivity, CMPedometerData, CMPedometerEvent, CMOdometerData, CMHighFrequencyHeartRateData, CMTremorResult, CMDyskineticSymptomResult, CMFallDetectionEvent, CMBatchedSensorManager, CMHeadphoneActivityManager, and the many related APIs.[204] These APIs allow developers to perform complex Core Motion tasks with

---

[203] *Apple Developer, CMAbsoluteAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmabsolutealtitudedata (2026); *Apple Developer, CMAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmaltitudedata (2026).

[204] *Apple Developer, CMDeviceMotion*, Apple, https://developer.apple.com/documentation/coremotion/cmdevicemotion (2026); *Apple Developer, CMAttitude*, Apple, https://developer.apple.com/documentation/coremotion/cmattitude (2026); *Apple Developer, CMRotationMatrix*, Apple, https://developer.apple.com/documentation/coremotion/cmrotationmatrix (2026); *Apple Developer, CMQuaternion*, Apple, https://developer.apple.com/documentation/coremotion/cmquaternion (2026); *Apple Developer, CMAttitudeReferenceFrame*, Apple, https://developer.apple.com/documentation/coremotion/cmattitudereferenceframe (2026); *Apple Developer, CMHeadphoneMotionManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphonemotionmanager (2026); *Apple Developer, CMSensorRecorder*, Apple, https://developer.apple.com/documentation/coremotion/cmsensorrecorder (2026); *Apple Developer, CMRecordedAccelerometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmrecordedaccelerometerdata (2026); *Apple Developer, CMGyroData*, Apple, https://developer.apple.com/documentation/coremotion/cmgyrodata (2026); *Apple Developer, CMRecordedRotationRateData*, Apple, https://developer.apple.com/documentation/coremotion/cmrecordedrotationratedata (2026); *Apple Developer,*

simple API commands. Those commands are only possible because Apple develops and maintains proprietary source code designed to carry out the Core Motion API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

186.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Core Motion tools and technologies. Based on my experience, Apple's proprietary source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Core Motion APIs

---

*CMMagnetometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmmagnetometerdata (2026); *Apple Developer, CMAbsoluteAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmabsolutealtitudedata (2026); *Apple Developer, CMAltitudeData*, Apple, https://developer.apple.com/documentation/coremotion/cmaltitudedata (2026); *Apple Developer, CMAmbientPressureData*, Apple, https://developer.apple.com/documentation/coremotion/cmambientpressuredata (2026); *Apple Developer, CMWaterSubmersionMeasurement*, Apple, https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement (2026); *Apple Developer, CMWaterTemperature*, Apple, https://developer.apple.com/documentation/coremotion/cmwatertemperature (2026); *Apple Developer, CMMotionActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivitymanager (2026); *Apple Developer, CMMotionActivity*, Apple, https://developer.apple.com/documentation/coremotion/cmmotionactivity (2026); *Apple Developer, currentCadence*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentcadence (2026); *Apple Developer, CMPedometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerdata (2026); *Apple Developer, CMPedometerEvent*, Apple, https://developer.apple.com/documentation/coremotion/cmpedometerevent (2026); *Apple Developer, CMOdometerData*, Apple, https://developer.apple.com/documentation/coremotion/cmodometerdata (2026); *Apple Developer, CMHighFrequencyHeartRateData*, Apple, https://developer.apple.com/documentation/coremotion/cmhighfrequencyheartratedata (2026); *Apple Developer, CMTremorResult*, Apple, https://developer.apple.com/documentation/coremotion/cmtremorresult (2026); *Apple Developer, CMDyskineticSymptomResult*, Apple, https://developer.apple.com/documentation/coremotion/cmdyskineticsymptomresult (2026); *Apple Developer, CMFallDetectionEvent*, Apple, https://developer.apple.com/documentation/coremotion/cmfalldetectionevent (2026); *Apple Developer, CMBatchedSensorManager*, Apple, https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager (2026); *Apple Developer, CMHeadphoneActivityManager*, Apple, https://developer.apple.com/documentation/coremotion/cmheadphoneactivitymanager (2026).

provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### G.      GameKit and Game Center

187.    GameKit and Game Center are valuable tools and technologies that relate to Apple's comprehensive social gaming infrastructure built into iPhones and iPads. They allow developers to create apps where users can gain achievements, compete on leaderboards, and play with friends in real-time or turn-based multiplayer matches. These tools and technologies also include social aspects like customizable avatars, friend suggestions based on shared games, and the ability to record and share game clips. Together, these tools help developers boost player engagement and make games more social and competitive.

188.    Below is a non-exhaustive list of GameKit and Game Center tools and technologies:

- **Activities** allow developers to link players directly to developer game content, including deep links that take players directly to specific destinations in a game. For example, a developer could create an activity that takes users to a particular level or challenge in a game.[205]

- **Dashboard** enables developers to show users activities, leaderboards, and game progress.[206]

- **Avatar** gives developers the ability to support customizable player icons unique to players.[207]

---

[205] *Get Started with Game Center*, Apple, https://nonstrict.eu/wwdcindex/wwdc2025/214/ (2025); *Creating Activities for Your Game*, Apple, https://developer.apple.com/documentation/gamekit/creating-activities-for-your-game (2026).

[206] *Displaying the Game Center Dashboard*, Apple, https://developer.apple.com/documentation/gamekit/displaying-the-game-center-dashboard (2026); *Display Curated Data with Dashboards*, Apple, https://developer.apple.com/icloud/dashboards/ (2026); *Reached New Players with Game Center Dashboard*, Apple (2022); *Design for Game Center*, Apple, https://developer.apple.com/videos/play/wwdc2020/10145/ (2020).

[207] *Adding an Access Point to Your Game*, Apple, https://developer.apple.com/documentation/GameKit/adding-an-access-point-to-your-game (2026); *Design for Game Center*, Apple, https://developer.apple.com/videos/play/wwdc2020/10145/ (2026).

- **Access point** enables developers to allow players to access Game Center from within a game, permitting users to view their leaderboards or achievements.[208]

- **Achievements** allow developers to define milestones or goals that reward players for completing specific tasks or reaching progress points in a game. The achievements serve as collectible items that enhance engagement, track progress, and encourage competition.[209]

- **Leaderboards** allow developers to create games with high scores, where users can compare best scores against friends and against players around the world.[210]

- **Leaderboard Challenges** allow developers to create challenges where players can compete.[211]

- **Real-Time Games** allows developers to create real-time multiplayer gaming apps for up to four players.[212]

- **Turn-Based Multiplayer** allows developers to create turn-based multiplayer gaming apps.[213]

- **Friend Recommendations** enable developers' apps to suggest new friends to a user.[214]

- **Friend Requests Inbox** allows developers to facilitate friend requests through Game Center to be sent via iMessage and stores friend requests in one place so users can see all requests without having to search through their iMessages.[215]

---

[208] *Adding Access Point to Your Game*, Apple, https://developer.apple.com/videos/play/wwdc2020/10145/ (2026); *Design for Game Center*, Apple, https://developer.apple.com/videos/play/wwdc2020/10145/ (2026).

[209] *Rewarding Players with Achievements*, Apple, https://developer.apple.com/documentation/gamekit/rewarding-players-with-achievements (2026); *Design for Game Center*, Apple, https://developer.apple.com/videos/play/wwdc2020/10145/ (2026).

[210] *Encourage Progress and Competition with Leaderboard*, Apple, https://developer.apple.com/documentation/gamekit/encourage-progress-and-competition-with-leaderboards (2026); *Working with Game Center*, Apple, https://nonstrict.eu/wwdcindex/wwdc2011/409/?t=124 (2011).

[211] *Creating Engaging Challenges from Leaderboards*, Apple, https://developer.apple.com/documentation/gamekit/creating-engaging-challenges-from-leaderboards (2026).

[212] *Finding Multiple Players for a Game*, Apple, https://developer.apple.com/documentation/gamekit/finding-multiple-players-for-a-game (2026); *Creating Turn-Based Games*, Apple, https://developer.apple.com/documentation/gamekit/creating-turn-based-games (2026); *What's New in Game Center*, Apple, https://nonstrict.eu/wwdcindex/wwdc2016/611/?t=259 (2016).

[213] *Creating Turn-Based Games*, Apple, https://developer.apple.com/documentation/gamekit/creating-turn-based-games (2026); *Turn-Based Gaming with Game Center*, Apple, https://nonstrict.eu/wwdcindex/wwdc2013/506/ (2013).

[214] *Connecting Players with Their Friends in Your Game*, Apple https://developer.apple.com/documentation/gamekit/connecting-players-with-their-friends-in-your-game (2026); *About iOS 5*, Apple, https://support.apple.com/en-us/102998 (2023); *About iOS 6*, Apple, https://support.apple.com/en-us/102995 (2023); *Integrating with Facebook, Twitter and Sina Weibo*, Apple, https://nonstrict.eu/wwdcindex/wwdc2012/306/ (2012).

[215] *Connecting Players with Their Friends in Your Game*, Apple https://developer.apple.com/documentation/gamekit/connecting-players-with-their-friends-in-your-game (2026);

- **Game recording and sharing** allows developers to create apps that support users' ability to record and send game clips to their friends.[216]

189.     Apple's GameKit and Game Center tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies help developers monetize their games by increasing engagement, competition, and social interaction, and by directing users into purchase-adjacent experiences. For example, Fortnite, Brawl Stars, Call of Duty Mobile, and Dragon Ball Legends offer linked-out purchases[217] and appear to use these tools and technologies.[218]

190.     Activities (deep links into specific levels, battles, or events) allow developers to bring players directly into monetizable contexts. For example, a notification or shared link can open into a limited-time event or premium mode. The Dashboard, which displays activities, leaderboards, and challenges, surfaces moments when the player is close to a goal or behind a rival—precisely the times when offers for premium content are most compelling.

---

*What's New in Game Center: Widgets, Friends, and Multiplayer Improvements*, Apple, https://nonstrict.eu/wwdcindex/wwdc2021/10066/ (2021).

[216] *ReplayKit*, Apple, https://developer.apple.com/documentation/ReplayKit (2026).

[217] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also Fortnite Item Shop*, Epic Games, https://www.fortnite.com/item-shop (2026) (displaying web purchase of items for gameplay); *Discover Brawl Stars Store*, SuperCell, https://store.supercell.com/brawlstars (2026) (offering purchase of digital goods for in-app use on store, including bonuses for purchases through the store); *Call of Duty Web Store*, Activision, https://store.callofdutymobile.com/en-us/codm (offering purchase of digital COD points for in-app use, including web purchase bonuses); *COD Points*, Activision, https://www.callofduty.com/en/store/cod-points (explaining that COD Points are in-game currency); *Dragon Ball Legends Webstore*, Bandai Namco Entertainment, https://ww.bandainamcoentwebstore.com/dble-ww/en (offering purchase of digital goods for in-app use, including "Better Deal[s] Than In-App").

[218] *Fortnite*, Apple, https://apps.apple.com/us/app/fortnite/id6483539426 (2026) ("Play and battle with friends in Fortnite."); *Brawl Stars*, Apple, https://apps.apple.com/us/app/brawl-stars/id1229016807 (2026) ("Play online with friends or solo across a variety of . . . game modes); *Call of Duty: Mobile*, Apple, https://apps.apple.com/us/app/call-of-duty-mobile/id1287282214 (2026) ("Jump into intense Multiplayer battles with classic modes"); *Dragon Ball Legends*, Apple, https://apps.apple.com/us/app/dragon-ball-legends/id1358222641 (2026) ("Enjoy 1 on 1 fighting action against your friends or rival players"); Epic December 11, 2020 Responses and Objections to Apple's First Set of Interrogatories at 14.

191.    Identity technologies like Access Point reinforce engagement by anchoring competitive status and personalization. In-game Access Point lets players quickly view their leaderboards and achievements. Achievements break gameplay into clear goals and collectible milestones that structure progression.

192.    Leaderboards and challenges provide the competitive framework that games can monetize.[219] General leaderboards compare scores globally and among friends, while challenge leaderboards focus on specific events. Real-Time Multiplayer and Turn-Based Multiplayer enable social modes—tournaments, leagues, or special matches—that can be gated by passes or subscriptions, or enhanced by paid cosmetic items whose value is amplified when seen by other players. The GameKit APIs manage matchmaking and turn/connection handling.

193.    Social discovery and sharing tools extend these dynamics. Suggested Friends and the Friend Requests Inbox grow and deepen friend networks, increasing opportunities for competitive comparisons and challenges, which in turn create natural points to present purchase offers ("catch up to your friend," "beat this challenge"). Game recording and sharing lets players capture and send clips of achievements or premium content; developers can integrate deep links (Activities) into these shares so recipients are taken directly into the same mode or event, where they are presented with similar monetization opportunities. Across these technologies, GameKit and Game Center provide the structures—deep links, context, identity, progress, competition, social connectivity—that developers use to guide players into high-value moments, present timely offers, and immediately reflect the benefits of completed purchases. In this way, they play a direct

---

[219] *Product Management Optimization and Enhancement for iOS Game Development with SpriteKit and Multiplayer GameCenter — GameKit*, Medium, https://medium.com/@yusuf141012/product-management-optimization-and-enhancement-for-ios-game-development-with-spritekit-and-83fb91c22860 (2026) ("Your iOS game can incorporate multiplayer features with ease thanks to GameCenters strong infrastructure. It supports . . . Enhanced Retention: Players are more likely to return when they engage in competitive and social multiplayer games.").

and material role in facilitating monetization and consummating purchases, including subscriptions.

### 1.    Patents

194.    Using the methodology in Section VII, I identified an exemplary set of 38 U.S. patent assets, including 37 patents and 1 published patent application relating to the GameKit and Game Center technologies, that are identified in **Appendix C**.

195.    I identified these patents using the following search string:

((("Challenge" AND ("single-player game" OR "E-award")) or ("activity" NEAR20 "challenge" NEAR10 "game") or ("dashboard environment" near20 "game widget") or ("avatar" NEAR10 "game center") or ("avatar" AND " access point" AND "game center") or ("achievements" NEAR10 "game center") or ("matching" AND "online session" AND "game center") or ("turn based" AND "game center") or ("Social network" AND "gaming network") or ("peer-to-peer connections" AND "game center") or ("Video recording" AND "replay" AND "game center") or ((record or replay) near10 "video game" )) and (apple.as. or apple.aanm.) And method.clms.

196.    I developed this string by first looking for terms relating to the GameKit and Game Center technologies also found in Apple's GameKit and Game Center developer documents and WWDC videos, such as "challenge," "activity," and "avatar."[220] I included these terms, and other related terms, as search terms in this string.

197.    Through an iterative process of spot checking the results and honing the search string, I noted that most results fit well into the GameKit and Game Center technology rubric. Because the search terms for this rubric were narrowly tailored, specific terms, I did not need to add any exclusions. Instead, I used the search string as-is and manually review and remove patents

---

[220] *Creating Activities for Your Game*, Apple, https://developer.apple.com/documentation/gamekit/creating-activities-for-your-game (2026) ("You can configure **activities** with achievements, leaderboards, and **challenges**."); *Adding Access Point to Your Game*, Apple, https://developer.apple.com/videos/play/wwdc2020/10145/ (2026) (video transcript stating "Your friends' **avatars** will now show up on app icons and feature prominently in the game's tab.").

and/or pending patent applications that did not fit as well into the GameKit and Game Center technology rubric.

198. Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented GameKit and Game Center tools and technologies.

### 2. Copyrights

199. Using the methodology discussed in Section VII, I identified numerous copyrighted works provided to developers that enable the use of GameKit and Game Center technologies.

200. First, Apple's GameKit and Game Center tools and technologies provide developers with Frameworks and APIs, including GameKit, GKAchievements, GKMatchmakerViewController, GKLocalPlayer, and many other related APIs.[221] Apple's GameKit and Game Center APIs are at the center of everything a developer does related to GameKit and Game Center.

201. When developers use GameKit and Game Center APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs. While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

202. Apple's APIs related to GameKit and Game Center help developers use all aspects of Apple's GameKit and Game Center tools and technologies to create interactive and engaging

---

[221] *Apple Developer, GameKit*, Apple, https://developer.apple.com/documentation/gamekit (2026); *Apple Developer, GKAchievements*, Apple, https://developer.apple.com/documentation/gamekit/gkachievement (2026); *Apple Developer, GKMatchmakerViewController*, Apple, https://developer.apple.com/documentation/gamekit/gkmatchmakerviewcontroller (2026); *Apple Developer, GKLocalPlayer*, Apple, https://developer.apple.com/documentation/gamekit/gklocalplayer (2026).

games. For example, Apple provides information regarding its APIs that relate to Game Kit,[222] including instructions about how to use the APIs, for example as shown below, developers can take advantage of Apple's expansive tools and technologies enabled by its propriety source code.

**Players**

📄 Connecting players with their friends in your game
   Give players the ability to connect and interact with friends in your game.

📄 Saving the player's game data to an iCloud account
   Save game data during play or after a game in the player's iCloud account that's accessible from any device.

📄 Protecting the player's privacy using scoped identifiers
   Use the scoped identifiers that GameKit provides you as player IDs when transmitting or saving player data.

class GKLocalPlayer
   The local player who signs in to Game Center on the device running the game.

class GKPlayer
   A remote player who the local player running your game can invite and communicate with through Game Center.

class GKBasePlayer
   A class that provides common data and methods for the different player objects.

Figure: GameKit, Players[223]

203. Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's GameKit and Game Center tools and technologies. Developers use these materials to better understand and implement GameKit and Game Center functionality within their apps, leading to higher consumer interest and engagement, which in turn increases monetization.[224] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[222] *E.g.*, *Apple Developer, GameKit*, Apple, https://developer.apple.com/documentation/gamekit/ (2026).

[223] *Apple Developer, GameKit*, Apple, https://developer.apple.com/documentation/gamekit/ (2026).

[224] *Apple Developer, Core Video Framework*, Apple, https://developer.apple.com/documentation/corevideo (2026); *see also Introduction to Core Video Programming Guide*, Apple, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/CoreVideo/CVProg_Intro/CVProg_Intro.html#//apple_ref/doc/uid/TP40001536; *see also Direct Access to Video Encoding and Decoding*,

204.    Apple's developer documents and instructional videos help developers use all aspects of Apple's GameKit and Game Center tools and technologies to create high quality apps. For example, Apple's instructional videos help developers use GameKit and Game Center to achieve appealing and interactive games.

### 3.    Trade Secrets

205.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to GameKit and Game Center technologies that, although secret, developers can leverage.

206.    Apple's GameKit and Game Center tools and technologies provide developers with Frameworks and APIs, including GameKit, GKAchievements, GKMatchmakerViewController, GKLocalPlayer, and many other related APIs.[225] These APIs allow developers to perform complex GameKit and Game Center tasks with simple API commands. Those commands are only possible because Apple develops and maintains proprietary source code designed to carry out the GameKit and Game Center API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

207.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's GameKit and Game Center tools and technologies. Based on my experience, Apple's proprietary source code contains

---

Apple, https://developer.apple.com/videos/play/wwdc2014/513/ (2026); *Decode ProRes with AVFoundation and VideoToolbox*, Apple, https://developer.apple.com/videos/play/wwdc2020/10090/ (2026); *Display HDR video in EDR with AVFoundation and Metal*, Apple, https://developer.apple.com/videos/play/wwdc2022/110565/ (2026); *Optimize the Core Image Pipeline for your Video App*, Apple, https://developer.apple.com/videos/play/wwdc2020/10008/ (2026).

[225] *Apple Developer, GameKit*, Apple, https://developer.apple.com/documentation/gamekit (2026); *Apple Developer, GKAchievements*, Apple, https://developer.apple.com/documentation/gamekit/gkachievement (2026); *Apple Developer, GKMatchmakerViewController*, Apple, https://developer.apple.com/documentation/gamekit/gkmatchmakerviewcontroller (2026); *Apple Developer, GKLocalPlayer*, Apple, https://developer.apple.com/documentation/gamekit/gklocalplayer (2026).

Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which GameKit and Game Center APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### H.    Augmented Reality (AR)

208.    Augmented Reality is a valuable category of tools and technologies that relate to overlaying digital elements onto the real world as seen through an iPhone or iPad's camera to provide an Augmented Reality. Developers can use Apple's AR tools and technologies to track a device's relative position, detect surfaces and objects, recognize faces and bodies, and make virtual content look and behave realistically. They also allow developers to create apps that scan rooms and real-world objects to create 3D models, support shared multi-user experiences, and build complete AR apps, enabling everything from measuring furniture to interactive games overlaid on your surroundings.

209.    Below is a non-exhaustive list of AR tools and technologies:

- **ARKit**, the framework for building AR experiences. ARKit handles scene understanding and tracking and enables the ability to add interactive virtual objects to the real-world environment captured by an iPhone or iPad's camera.[226]

- **World tracking** tracks the device's orientation and relative position within a real-world environment across 6 degrees of freedom.[227]

---

[226] *Introducing ARKit: Augmented Reality for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/602/ (2026); *Apple Developer, frameSemantics*, Apple, https://developer.apple.com/documentation/arkit/arconfiguration/framesemantics-swift.property?language=objc (2026).

[227] *Apple Developer, Understanding World Tracking*, Apple, https://developer.apple.com/documentation/arkit/understanding-world-tracking (2026); *Introducing ARKit: Augmented Reality for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/602/ (2026). Six degrees of freedom refers to forwards/backwards, up/down, and left/right movement, combined with rotation around any of the three identified axes.

- **Scene understanding** determines attributes or properties about the surrounding environment.[228]

- **Rendering** ensures that a resulting AR experience (i.e., the virtual objects within the real-world environment) look realistic.[229]

- **Anchoring** uses real-world reference points to place and track virtual content in an AR environment.[230]

- **Image incorporation** adds real images and photos to AR environments.

- **Face detection/tracking** estimates face positions and orientations in an augmented environment.[231]

- **Multi-face tracking** enables AR environments to include multiple real moving faces.[232]

- **Motion capture/body tracking** follows the movements and locations of real people in an augmented environment.[233]

- **Image detection/tracking** establishes 3D content in its real-world position by tracking the motion of known 2D images in view of the camera.[234]

- **Object detection** detects real-world 3D objects within an AR environment.[235]

---

[228] *Introducing ARKit: Augmented Reality for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/602/ (2026).

[229] *Introducing ARKit: Augmented Reality for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/602/ (2026).

[230] *Introducing ARKit: Augmented Reality for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/602/ (2026); *Apple Developer, ARAnchor*, Apple, https://developer.apple.com/documentation/arkit/aranchor (2026).

[231] *What's New in ARKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/602/ (2026); *Apple Developer, ARFaceTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arfacetrackingconfiguration (2026).

[232] *Apple Developer, Introducing ARKit 3*, Apple, https://developer.apple.com/videos/play/wwdc2019/604/ (2026); *Apple Developer, ARFaceTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arfacetrackingconfiguration (2026).

[233] *Apple Developer, Introducing ARKit 3*, Apple, https://developer.apple.com/videos/play/wwdc2019/604/ (2026); *Apple Developer, ARBodyTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arbodytrackingconfiguration (2026).

[234] *Understanding ARKit Tracking and Detection*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/610/ (2026); *Apple Developer, ARImageTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arimagetrackingconfiguration (2026).

[235] *What's New in ARKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/602/ (2026); *Apple Developer, Scanning and Detecting 3D Objects*, Apple, https://developer.apple.com/documentation/arkit/scanning-and-detecting-3d-objects (2026).

- **Persistence** saves and restores an AR experience (e.g., after returning to a physical space).[236]

- **Multi-user experiences** enable multiple users to interact with the same AR experience from different angles using separate devices.[237]

- **Object scanning**, an ARKit tool that creates virtual objects by scanning a real-world location or reference object that triggers inclusion of the virtual object in the real-world environment. For example, a museum app might add interactive 3D visualizations when the user points their device at a displayed sculpture or artifact.[238]

- **Simultaneous use of the front and back camera** provides the ability to use real-world environments (world tracking) and real faces (face tracking) in the same AR environment.[239]

- **Audio** adds audio to AR environments.[240]

- **Integration of clip codes** allows users to use a scannable code to initiate an AR experience.[241]

- **AR Quick Look** allows users to preview 3D content in real-world environments.[242]

- **Reality Composer**, a tool for creating and prototyping AR experiences.[243]

- **Reality Composer app**, an app for building simple AR experiences.[244]

---

[236] *What's New in ARKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/602/ (2026).

[237] *What's New in ARKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/602/ (2026); *Apple Developer, Creating a multiuser AR experience*, Apple, https://developer.apple.com/documentation/arkit/creating-a-multiuser-ar-experience (2026).

[238] *What's New in ARKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/602/ (2026).

[239] *Apple Developer, Introducing ARKit 3*, Apple, https://developer.apple.com/videos/play/wwdc2019/604/ (2026); *Apple Developer, Combining user face-tracking and world tracking*, Apple, https://developer.apple.com/documentation/ARKit/combining-user-face-tracking-and-world-tracking (2026).

[240] *Apple Developer, Creating an immersive ar experience with audio*, Apple, https://developer.apple.com/documentation/arkit/creating-an-immersive-ar-experience-with-audio (2026).

[241] *Explore ARKit 5*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10073/ (2026); *Apple Developer, Interacting with App Clip Codes in AR*, Apple, https://developer.apple.com/documentation/appclip/interacting-with-app-clip-codes-in-ar (2026).

[242] *Integrating Apps and Content with AR Quick Look*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/603/?t=2221 (2026); *Apple Developer, Previewing a Model with AR Quick Look*, Apple, https://developer.apple.com/documentation/arkit/previewing-a-model-with-ar-quick-look (2026).

[243] *Apple Developer, Introducing RealityKit and Reality Composer*, Apple, https://developer.apple.com/videos/play/wwdc2019/603/ (2026); Building AR Experiences with Reality Composer, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2019/609/ (2026).

[244] Building AR Experiences with Reality Composer, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2019/609/ (2026).

95

- **Behaviors** enable user interaction with virtual objects in a real-world environment.[245]

- **RealityKit** enables integration of virtual objects into a real-world environment.[246] RealityKit focuses on rendering, animating, and simulating 3D virtual content.

- **User-controlled animation playback** allows a user to start and stop the animation associated with an entity in an AR environment.[247]

- **Content rendering** helps developers create realistic appearances of objects.[248]

- **Content animation** helps developers animate virtual objects by dictating movements.[249]

- **Content physics** enables interactions between AR content.[250]

- **Dynamic audio content** allows audio related to virtual objects to be adjusted based on the distance of the audio source from the user.[251]

- **Video Material** applies videos to a scene or virtual object.[252]

- **Character controller**s allow virtual objects to interact with real-world environments.[253]

---

[245] Apple Developer, Advances in AR Quick Look, Apple, https://developer.apple.com/videos/play/wwdc2019/612/ (2026).

[246] *Apple Developer, Introducing RealityKit and Reality Composer*, Apple, https://developer.apple.com/videos/play/wwdc2019/603/ (2026); Apple Developer, RealityKit, Apple, https://developer.apple.com/documentation/realitykit (2026).

[247] Apple Developer, Advances in AR Quick Look, Apple, https://developer.apple.com/videos/play/wwdc2019/612/ (2026); Apple Developer, AnimationPlaybackController, Apple, https://developer.apple.com/documentation/realitykit/animationplaybackcontroller (2026).

[248] *Apple Developer, Introducing RealityKit and Reality Composer*, Apple, https://developer.apple.com/videos/play/wwdc2019/603/ (2026).

[249] *Apple Developer, Introducing RealityKit and Reality Composer*, Apple, https://developer.apple.com/videos/play/wwdc2019/603/ (2026); Apple Developer, Entity animations, Apple, https://developer.apple.com/documentation/realitykit/game-development-entity-animations (2026).

[250] *Apple Developer, Introducing RealityKit and Reality Composer*, Apple, https://developer.apple.com/videos/play/wwdc2019/603/ (2026).

[251] *Apple Developer, Introducing RealityKit and Reality Composer*, Apple, https://developer.apple.com/videos/play/wwdc2019/603/ (2026); Apple Developer, AudioPlaybackController, Apple, https://developer.apple.com/documentation/realitykit/audioplaybackcontroller (2026).

[252] Apple Developer, What's new in RealityKit, Apple, https://developer.apple.com/videos/play/wwdc2020/10612/ (2026); Apple Developer, VideoMaterial, Apple, https://developer.apple.com/documentation/realitykit/videomaterial (2026).

[253] *Dive into RealityKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10074/ (2026); Apple Developer, CharacterControllerComponent, Apple, https://developer.apple.com/documentation/realitykit/charactercontrollercomponent (2026).

- **RealityView** allows AR content to be integrated into UI frameworks and vice versa.[254]

- **Portals** render fully virtual environments on a plane in a real-world environment.[255]

- **RoomPlan** scans a room to generate a parametric 3D model with defining characteristics.[256]

- **Multiroom support** provides the ability to merge multiple rooms into one structure.[257]

- **Object Capture**, a RealityKit tool that turns real-world objects into 3D models using a series of photographs.[258]

- **LiDAR support** allows 3D scanning of low-texture objects using the device's built-in LiDAR camera.[259]

- **Area mode** enables the capture of uneven terrain outdoors or 2.5D surfaces.[260]

210.    Apple's AR tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. Research indicates that AR functionalities drive user engagement and increase transactions.[261]

---

[254] *Build spatial experiences with RealityKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2023/10080/ (2026); Apple Developer, RealityView, Apple, https://developer.apple.com/documentation/realitykit/realityview (2026).

[255] *Enhance your spatial computing app with RealityKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2023/10081/ (2026); *Apple Developer, PortalComponent*, Apple, https://developer.apple.com/documentation/realitykit/portalcomponent (2026).

[256] *Create parametric 3D room scans with RoomPlan*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10127/ (2026); *Apple Developer, RoomPlan*, Apple, https://developer.apple.com/documentation/roomplan/ (2026).

[257] *Apple Developer, Explore enhancements to RoomPlan*, Apple, https://developer.apple.com/videos/play/wwdc2023/10192/ (2026); *Apple Developer, Scanning the rooms of a single structure*, Apple, https://developer.apple.com/documentation/roomplan/scanning-the-rooms-of-a-single-structure (2026); Apple Developer, RoomPlan, Apple, https://developer.apple.com/documentation/roomplan/ (2026).

[258] *Meet Object Capture for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2023/10191/ (2026); Apple Developer, Object capture, Apple, https://developer.apple.com/documentation/realitykit/realitykit-object-capture/ (2026).

[259] *Meet Object Capture for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2023/10191/ (2026).

[260] *Discover area mode for Object Capture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2024/10107/ (2026).

[261] *ARKit and User Engagement – How Augmented Reality Enhances Business Revenue*, MoldStud, https://moldstud.com/articles/p-arkit-and-user-engagement-how-augmented-reality-enhances-business-revenue (2026) ("Revenue gains follow direct integration of virtual features, as shown by Houzz's results: their users spent 2.7 times more time in-app, leading to an elevenfold spike in completed transactions.").

97

211.    Apple's AR technologies—such as ARKit, RealityKit, Reality Composer, and related tools—help developers monetize their apps by making high-quality, interactive AR experiences feasible and easy to deploy at scale. ARKit, world tracking, scene understanding, anchoring, and LiDAR provide foundational support for placing realistic, stable virtual objects into the user's physical environment. Rendering, animation, physics, video materials, dynamic audio, and character controllers ensure these virtual objects look, sound, and behave believably. RealityKit, RealityView, and Reality Composer lower the cost and complexity of building such experiences. Developers can monetize these capabilities by selling premium AR content packs, subscription-based AR technologies, and pay-per-use services such as AR design consultations or room planning. For example, Pokémon Go offers linked-out purchases[262] and takes advantage of Apple's AR tools and technologies.[263]

212.    AR Quick Look allows users to preview products or assets in AR before buying, with purchase or external checkout options. Object Capture and Object Scanning let developers turn real-world objects into 3D models that can be sold as part of AR content libraries or enterprise solutions. Object detection, image/face/body tracking, and simultaneous front and back camera use enable interactive AR effects and filters suited to cosmetic or technology-based monetization, such as premium AR filters, branded lenses, or virtual outfits.

213.    AR enables new categories of paid utility and enterprise apps. RoomPlan provides accurate scanning and measurement of rooms and objects, which developers can leverage in

---

[262] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also Web Store*, Pokémon Go, https://store.pokemongo.com/ (2026) (offering web store purchase of digital currency for in-game purchases).

[263] *Pokémon Go*, Apple, https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 (2026) (Pokémon Go is an "Epic AR adventure and online RPG" where users can "Join Trainers across the globe who are discovering Pokémon as they explore the world around them.").

interior design, real estate, and construction apps such as Polycam, where users pay to unlock AR-based functions.[264] World tracking, scene understanding, persistence, and multi-user experiences make it possible to create shared, persistent AR workspaces and training environments.

214.    Other AR technologies help developers acquire and retain users. Integration of clip codes and portals allows users to launch specific AR experiences by scanning a code or seamlessly move between related AR scenes—tools that developers can use for campaigns, demos, and limited-time events that lead into premium offerings. Behaviors and user-controlled animation playback let users interact with objects (start/stop animations, trigger behaviors) in ways that are ideal for "demo-then-buy" flows: users can interact with a basic or trial version of an AR object and are then prompted to unlock full functionality or additional content. Multi-user experiences and AR-enhanced social technologies increase engagement and session length; when users see others interacting with premium AR content, they are more likely to purchase similar content. Across these AR technologies, Apple provides developers with the tracking, rendering, interaction, and distribution infrastructure that can be used to create purchase-adjacent AR experiences, present well-timed offers, and deliver the benefits of completed transactions. In that sense, these tools can play a direct role in facilitating the monetization of apps that overlay digital elements onto the real world and help developers consummate purchases, subscriptions, and AR-driven transactions.

### 1.    Patents

215.    Using the methodology in Section VII, I identified an exemplary set of 332 U.S. patent assets, including 220 patents and 112 published patent applications relating to Augmented Reality technologies, which are identified in **Appendix C**.

---

[264] *AI reality capture for professionals*, Polycam, https://poly.cam/ (2026); *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps).

216.    I identified these patents using the following search string:

((("visual inertial odometry" OR "VIO") near30 motion AND (" physical environment" OR "reality").clms.) OR (("augmented reality") near20("simultaneous localization mapping" OR "slam") AND ("environment" OR "3d coordinate").clms.) OR (("three-dimensional world" OR "3D world" OR "three dimensional world") AND ("augmented reality" OR "extended reality") AND "physical environment" AND ("cgr environment" OR "virtual object" NOT "hand").ab.) OR ("plane detection" AND "reality") OR (("depth estimation") AND ("augmented reality") AND ("cgr" OR "3d environment" OR "virtual element").clms.) OR (("projection matrix" ) AND perspective near20 pixel AND ("augmented reality")) OR (("light estimation") AND ("augmented reality") ) OR (("augmented reality") AND anchor near15 (environment AND (orientation OR position))) OR (("multi user" near30 session) AND ("augmented reality") AND ("multi user" OR "multi-user").clms.) OR (("virtual camera" near10 orientation) AND ("augmented reality") ) OR (("face geometry" OR "face mesh" OR "face model") AND ("augmented reality") AND ("real environment" OR "real-world environment").clms.) OR (("skeleton") AND ("augmented reality") AND ("reality" OR "environment" OR "physical").clms. NOT (("gaze").ab. OR ("gaze").clms.)) OR (("physics simulation") AND ("cgr" OR "computer generated reality environment").clms.) OR (("photogrammetry") AND ("augmented reality") AND ("real object" OR "real environment" OR "reality").clms. ) or ("augmented reality" AND "3d audio" AND ("audio" OR "sound" OR "record").clms. not ("head tracking").ti.)) AND ("method").clms. AND (Apple.as. OR Apple.AANM.) NOT (("head mounted" OR "hmd" OR "headset" OR "lenticular" OR "interpupillary" or "head-locked").clms.)

217.    I developed this string by first looking for terms relating to Augmented Reality technologies also found in Apple's Augmented Reality developer documents and WWDC videos, such as "augmented reality," "3d coordinate," "3D world," and "real-world environment."[265] I included these terms, and other related terms, as search terms in this string.

218.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit

---

[265] *Apple Developer, ARKit*, Apple, https://developer.apple.com/documentation/arkit/ (2026) ("**Augmented reality** (AR) describes user experiences that add 2D or **3D** elements to the live view from a device's sensors in a way that makes those elements appear to inhabit the **real world**," "ARAnchor... An object that specifies the position and orientation of an item in the physical **environment**."); *Apple Developer, Understanding World Tracking*, Apple, https://developer.apple.com/documentation/arkit/understanding-world-tracking (2026) ("In all AR experiences, ARKit uses world and camera **coordinate** systems").

100

as well into the Augmented Reality technology rubric. For example, I added exclusions for terms relating to "head tracking," "head mounted," and "lenticular."

219.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented AR tools and technologies.

## 2.    Copyrights

220.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Augmented Reality technologies.

221.    First, Apple's AR tools and technologies provide developers with Frameworks and APIs, including ARKit, ARAnchor, ARFaceTrackingConfiguration, ARImageTrackingConfiguration, and many related APIs.[266]  Apple's Augmented Reality APIs are at the center of everything a developer does related to Augmented Reality.

222.    When developers use Augmented Reality APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

223.    Apple's APIs related to Augmented Reality help developers use all aspects of Apple's AR tools and technologies to create engaging and entertaining apps. For example, Apple provides information regarding its APIs that relate to scanning and detecting 3D objects, including

---

[266] *Apple Developer, ARKit*, Apple, https://developer.apple.com/documentation/arkit (2026); Apple Developer, ARAnchor, Apple, https://developer.apple.com/documentation/arkit/aranchor (2026); *Apple Developer, ARFaceTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arfacetrackingconfiguration (2026); *Apple Developer, ARImageTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arimagetrackingconfiguration (2026); *Apple Developer, Scanning and Detecting 3D Objects*, Apple, https://developer.apple.com/documentation/arkit/scanning-and-detecting-3d-objects (2026).

instructions about how to use the APIs. As shown below, developers can use Apple's AR tools and technologies enabled by its APIs.

## Overview

One way to build compelling AR experiences is to recognize features of the user's environment and use them to trigger the appearance of virtual content. For example, a museum app might add interactive 3D visualizations when the user points their device at a displayed sculpture or artifact.

In iOS 12, you can create such AR experiences by enabling *object detection* in ARKit: Your app provides *reference objects*, which encode three-dimensional spatial features of known real-world objects, and ARKit tells your app when and where it detects the corresponding real-world objects during an AR session.

This sample code project provides multiple ways to make use of object detection:

- Run the app to scan a real-world object and export a reference object file, which you can use in your own apps to detect that object.

- Use the ARObjectScanningConfiguration and ARReferenceObject classes as demonstrated in this sample app to record reference objects as part of your own asset production pipeline.

- Use detectionObjects in a world-tracking AR session to recognize a reference object and create AR interactions.

Figure: Overview of ARKit, Scanning and Detecting 3D Objects[267]

224.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's AR tools and technologies. Developers use these materials to better understand and implement Augmented Reality functionality within their apps, leading to higher consumer interest and engagement.[268] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[267] *Apple Developer, Scanning and Detecting 3D Objects*, Apple, https://developer.apple.com/documentation/arkit/scanning-and-detecting-3d-objects (2026).

[268] *Introducing ARKit: Augmented Reality for iOS*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/602/ (2026); *What's New in ARKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/602/ (2026); *Apple Developer, ARFaceTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arfacetrackingconfiguration (2026); *Understanding ARKit Tracking and Detection*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/610/ (2026); *Apple Developer, ARImageTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arimagetrackingconfiguration (2026); *Discover area mode for Object Capture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2024/10107/ (2026); *Apple Developer, RoomPlan*, Apple, https://developer.apple.com/documentation/roomplan/ (2026); *Apple Developer, What's new in RealityKit*,

225. Apple's developer documents and instructional videos help developers use all aspects of Apple's AR tools and technologies to create high quality apps. For example, Apple's developer documents help developers use Augmented Reality to use world tracking to build rear-camera Augmented Reality experiences, which are highly interactive, desirable user technologies.[269]



In all AR experiences, ARKit uses world and camera coordinate systems following a right-handed convention: the y-axis points upward, and (when relevant) the z-axis points toward the viewer and the x-axis points toward the viewer's right.

Session configurations can change the origin and orientation of the coordinate system with respect to the real world (see worldAlignment). Each anchor in an AR session defines its own local coordinate system, also following the right-handed, z-towards-viewer convention; for example, the ARFaceAnchor class defines a system for locating facial features.

Figure: Overview of World Tracking[270]

---

Apple, https://developer.apple.com/videos/play/wwdc2020/10612/ (2026); *Dive into RealityKit 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10074/ (2026); *Explore ARKit 5*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10073/ (2026); *Apple Developer, RealityKit*, Apple, https://developer.apple.com/documentation/realitykit (2026); *Apple Developer, Introducing ARKit 3*, Apple, https://developer.apple.com/videos/play/wwdc2019/604/ (2026).

[269] *Apple Developer, Understanding World Tracking*, Apple, https://developer.apple.com/documentation/arkit/understanding-world-tracking (2026).

[270] *Apple Developer, Understanding World Tracking*, Apple, https://developer.apple.com/documentation/arkit/understanding-world-tracking (2026).

### 3.    Trade Secrets

226.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Augmented Reality technologies that, although secret, developers can leverage.

227.    Apple's AR tools and technologies provide developers with Frameworks and APIs, including ARKit, ARAnchor, ARFaceTrackingConfiguration, ARImageTrackingConfiguration, and many related APIs.[271] These APIs allow developers to perform complex Augmented Reality tasks with simple API commands. Those commands are only possible because Apple develops and maintains proprietary source code designed to carry out the Augmented Reality API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

228.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's AR tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Augmented Reality APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

---

[271] *Apple Developer, ARKit*, Apple, https://developer.apple.com/documentation/arkit (2026); Apple Developer, ARAnchor, Apple, https://developer.apple.com/documentation/arkit/aranchor (2026); *Apple Developer, ARFaceTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arfacetrackingconfiguration (2026); *Apple Developer, ARImageTrackingConfiguration*, Apple, https://developer.apple.com/documentation/arkit/arimagetrackingconfiguration (2026); *Apple Developer, Scanning and Detecting 3D Objects*, Apple, https://developer.apple.com/documentation/arkit/scanning-and-detecting-3d-objects (2026).

## I.    Haptics

229.    Haptics is a valuable category of tools and technologies that relate to the ability to create custom haptic or tactile feedback (like vibrations) that users can feel when interacting with their iPhone or iPad. Developers use these tools and technologies to design haptic patterns—ranging from quick taps to sustained vibrations—and control characteristics like intensity and sharpness, even changing them dynamically during playback. These tools and technologies help developers create apps that can communicate with users through touch beyond what's visible on screen.

230.    Below is a non-exhaustive list of Haptic tools and technologies:

- **Haptic Engine** establishes the connection between the app and the underlying device hardware and technical aspects, such as ignoring or muting audio and haptic events,[272] playing audio events only,[273] registering audio resources,[274] monitoring finished playback,[275] getting the current media time,[276] and managing power.[277]

---

[272] Allows the developer to set whether to ignore audio events, mute audio events, and/or mute haptic events. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *isMutedForHaptic*, Apple https://developer.apple.com/documentation/corehaptics/chhapticengine/ismutedforhaptics (2026); *isMutedForAudio*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticengine/ismutedforaudio (2026); *playsHapticsOnly*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticengine/playshapticsonly (2026).

[273] Allows the developer to set whether the engine ignores haptic events and plays audio events only. *playsAudioOnly*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticengine/playsaudioonly (2026).

[274] Allows the developer to register external audio to use as a custom waveform. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *registerAudioResource(_: options:)*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticengine/registeraudioresource(_:options:) (2026).

[275] Allows notifications of when all haptic pattern players have finished playing their haptic patterns. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *notifyWhenPlayersFinished(finishedHandler:)*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticengine/notifywhenplayersfinished(finishedhandler:) (2026).

[276] Provides the absolute time, in seconds, to use for scheduling haptic and audio events. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *currentTime*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticengine/currenttime (2026).

[277] Allows the developer to set whether the haptic engine starts and stops automatically on request from one of its patter players, or when idle. *Introducing Core Haptics*, Apple,

- **Haptic Pattern** lets developers create, save, and reuse custom vibration effects like taps, pulses, or textures, to create richer touch experiences.[278]

- **Haptic Pattern Player**, a pattern player capable of playing haptic patterns, starting and stopping vibration effects,[279] sending vibration effects,[280] and scheduling the same.[281]

- **Advanced Haptic Pattern Player** creates more advanced and customizable vibration effects, including looping or syncing them with audio patterns, and dynamically changing intensity or sharpness of vibrations.[282]

---

https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *isAutoShutdownEnabled*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticengine/isautoshutdownenabled (2026).

[278] *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticPatter*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticpattern (2026); *Representing Haptic Patterns In AHAP Files*, Apple, https://developer.apple.com/documentation/corehaptics/representing-haptic-patterns-in-ahap-files (2026); *exportDictionary()*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticpattern/exportdictionary() (2026).

[279] Allows a developer to start an stop playing a haptic pattern at a specified time. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticPatternPlayer*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticpatternplayer (2026).

[280] Sends an array of haptic parameters, starting at the specified time. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticPatternPlayer*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticpatternplayer (2026).

[281] Schedules a parameter curve to begin transitioning a parameter at a certain time, which tells the haptic pattern player to vary a parameter gradually along the curve. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticPatternPlayer*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticpatternplayer (2026).

[282] *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticAdvancedPatternPlayer*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticadvancedpatternplayer (2026).

- **Programmable Haptics** allows developers to create and configure haptic events and includes aspects such as categorizing haptic events,[283] creating haptic events,[284] configuring haptic events,[285] configuring audio events,[286] dynamic parameters,[287] and haptic parameter curves.[288]

- **File-Based Haptics** allows developers to save vibration effects in a file so they can easily reuse and modify haptic patterns.[289]

231.    Apple's Haptics tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies improve retention, differentiate the app, increase engagement, and improve the perceived quality of the app. For example, developers have reported that using iOS Haptics improved user session duration,

---

[283] Allows the developer to specific between transient and continuous haptics or audio events. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticEvent*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticevent (2026).

[284] Allows the developers to initialize events: from a previously loaded audio resource, specifying event parameters and start time; from previously loaded audio resource, specifying event parameters, start time, and duration; of the specified type, parameters, and start time; or of the specified type, parameters, start time, and duration. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticEvent*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticevent (2026).

[285] Allows the developer to set strength, sharpness, attack time, decay time, and release time of a haptic event and whether the haptic event is to be "sustained." *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticEvent*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticevent (2026).

[286] Allows the developer to set the volume, stereo panning, audio pitch, and audio brightness of an audio event. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticEvent.ParameterID*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticevent/parameterid (2026).

[287] Dynamic parameters change their associated event parameters at specific times. Dynamics parameters allows developers to change the parameters across all events in the pattern. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticEventParameter*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticeventparameter (2026).

[288] A haptic parameter curve is a curve that the developer can program an app to send to a haptic pattern player to alter a property value gradually during playback. *Introducing Core Haptics*, Apple, https://developer.apple.com/videos/play/wwdc2019/520/ (2019); *CHHapticEventParameter*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticeventparameter (2026).

[289] *Playing a Custom Haptic Pattern from a File*, Apple, https://developer.apple.com/documentation/CoreHaptics/playing-a-custom-haptic-pattern-from-a-file (2026); *Representing Haptic Patterns in AHAP Files*, Apple, https://developer.apple.com/documentation/corehaptics/representing-haptic-patterns-in-ahap-files (2026); *Core Haptics*, Apple, https://developer.apple.com/documentation/corehaptics (2026).

checkout completion, rates, reductions in accidental purchase, and customer satisfaction scores, and implementing haptics as part of "Success Confirmations" where haptics can be used to issue a "Gentle pulse when completing purchases, sending messages, or achieving goals."[290]

232.    These technologies help developers make key interactions in their apps feel more engaging, premium, and trustworthy, particularly for moments where users evaluate or confirm actions. The Haptic Engine establishes the low-level connection between the app and device hardware so that haptic and audio feedback are reliable, synchronized, and power-efficient. Because Apple provides developers with the tools to mute or ignore haptics, play audio-only events, register resources, and monitor playback, developers can optimize haptic feedback.

233.    Haptic Pattern and Haptic Pattern Player let developers design and deliver consistent tactile signatures for important UI events without incurring runtime complexity. By encoding patterns as reusable AHAP files or structured key-value descriptions, developers can attach distinctive haptic "feel" to specific actions and with predictable and repeatable effects.

234.    The Advanced Haptic Pattern Player and programmable haptics unlock dynamic, context-aware feedback that can be tightly synchronized with custom audio and visuals. Developers can loop patterns, adjust intensity and sharpness over time through parameter curves, and update haptic characteristics during playback. Programmable haptics also allow different categories of events (success, warning, error, selection) to each have their own tactile identity.

235.    File-based haptics (via AHAP files) make it easy for design and product teams to iterate on tactile experiences for key commercial aspects of an app. In games, for example, predefined patterns can be reused across different parts of the app so that, for example, different

---

[290] *Haptic Feedback: Boost App Engagement*, App369, https://app369.com/blog/haptic-feedback-ios-android-app369-guide/ (also discussing "iOS Haptic Engine Excellence" and "The Business Impact of Premium Haptic Design").

"value-granting" events (redeeming credits, unlocking levels, activating passes) share a common, memorable feel, and can encourage transactions unlocking those value-granting events.

### 1. Patents

236. Using the methodology in Section VII, I identified an exemplary set of 109 U.S. patent assets, including 92 patents and 17 published patent applications relating to Haptics technologies, that are identified in **Appendix C**.

237. I identified these patents using the following search strings:

| Aspects | Search String |
|---|---|
| Haptic Search Terms | (Apple.as. OR Apple.aanm.) and method.clms. and haptic AND ((haptic adj3 pattern) OR (haptic adj event) OR (haptic adj3 parameter)) AND ( (haptic near audio) or (haptic adj3 strength) OR (haptic adj3 decay) OR (haptic adj5 transient) OR (haptic adj3 continuous) OR (haptic adj3 parameter)) not (pencil or press adj input or keyboard adj key) |
| Tactile Search Terms | (Apple.as. OR Apple.aanm.) and method.clms. and ((tactile adj3 feedback) and (tactile adj3 output) ) and ( (tactile adj3 parameter) or (tactile adj3 continuous) or (tactile adj3 event)) |

238. I developed these search strings by first looking for terms relating to Haptics technologies also found in Apple's Haptics developer documents and WWDC videos, such as Apple's documents about Haptic Patterns:

## Overview

A haptic pattern represents the waveform of a haptic through a hierarchical set of key-value pairs, starting at the topmost level with a CHHapticPattern.Key. This key marks the beginning of an array of events and parameterID definitions. Each event has an associated time that indicates when the system delivers the event to the haptic engine.



These key-value pairs represent not only events constituting the pattern, but also individual parameters of each event, which are characteristics of the haptic, such as sharpness and intensity. More complicated patterns also contain key-value pairs for parameter curves, which you can use to modulate parameters over time.

## Haptic Patterns

To add haptics to your app, you create an instance of CHHapticEngine, load a pattern, and use the engine to create a player to play that pattern. You create a pattern in one of three ways:

- **Dictionaries**. Each entry in the dictionary defines a single characteristic of the haptic, like its intensity, start time, or duration. See Playing a single-tap haptic pattern to learn more about creating a dictionary inline.

- **Arrays of events and parameters**. The CHHapticEvent class represents a haptic event as an object in code. The key-value pairs in a dictionary correspond to the properties and parameters associated with a CHHapticEvent. Haptic event objects are just another representation of the haptics dictionary.

- **AHAP files**. This JSON-compliant file format specifies a haptic pattern through key-value pairs, analogous to a dictionary literal, except in a text file. Add this file to your Xcode project bundle.

You can produce the same kind of content with all forms of pattern creation.

*CHHapticPattern*[291]

---

[291] *CHHapticPattern*, Apple, https://developer.apple.com/documentation/corehaptics/chhapticpattern (2026).

110

239. I included terms such as "haptic" and "pattern," and other related terms, as search terms in these strings.

240. Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Haptics technology rubric. For example, I added exclusions for terms relating to the Apple Pencil ("pencil"), iOS UI interactions ("press," "input"), and "keyboard."

241. Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Haptics tools and technologies.

### 2. Copyrights

242. Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Haptics technologies.

243. First, Apple's Haptics tools and technologies provide developers with Frameworks and APIs, including Core Haptics and the Animation and Haptics API collection.[292]  Apple's Haptics APIs are at the center of everything a developer does related to Haptics.

244. When developers use Haptics APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

245. Apple's APIs related to Haptics help developers use all aspects of Apple's Haptics tools and technologies to create interactive and engaging games. For example, Apple provides

---

[292] *Core Haptics*, Apple, https://developer.apple.com/documentation/corehaptics/ (2026); *Animation and Haptics*, Apple, https://developer.apple.com/documentation/uikit/animation-and-haptics (2026).

information regarding its APIs that relate to Core Haptics,[293] including instructions about how to use those APIs. For example, as shown below, developers can take advantage of Apple's expansive tools and technologies enabled by its propriety source code.



Figure: Core Haptics[294]

---

[293] *Core Haptics*, Apple, https://developer.apple.com/documentation/corehaptics/ (2026).

[294] *Core Haptics*, Apple, https://developer.apple.com/documentation/corehaptics/ (2026).

246. Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Haptics tools and technologies. Developers use these materials to better understand and implement Haptics functionality within their apps, leading to increased conversion rates, improved retention, a differentiated app, increased engagement, improved perceived quality of the app, and reduced errors and friction, which in turn increases monetization. These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

247. Apple's developer documents and instructional videos help developers use all aspects of Apple's Haptics tools and technologies to create high quality apps. For example, Apple's instructional videos help developers use Haptics to achieve appealing, interactive, and engaging games.

### 3. Trade Secrets

248. Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Haptics technologies that, although secret, developers can leverage.

249. Apple's Haptics tools and technologies provide developers with Frameworks and APIs, including Core Haptics and the Animation and Haptics API collection.[295] These APIs allow developers to perform complex Haptics tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Haptics API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

---

[295] *Core Haptics*, Apple, https://developer.apple.com/documentation/corehaptics/ (2026); *Animation and Haptics*, Apple, https://developer.apple.com/documentation/uikit/animation-and-haptics (2026).

250.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Haptics tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Haptics APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

**J.      Spotlight**

251.    Spotlight is a valuable category of tools and technologies that relate to a search function that allows users of the developer's apps to quickly find files, apps, and information in iPhones and iPads, the App Store, and the internet. These tools and technologies let developers create apps that interface with other content across an iPhone or iPad—including inside apps— using one system-wide search. They also allow developers to make their app content easily discoverable by indexing it for Spotlight, linking app content to websites, and integrating with Siri and other iPhone or iPad functionalities.

252.    Below is a non-exhaustive list of Spotlight tools and technologies:

- **Spotlight APIs**, the three main APIs that relate to Spotlight: Core Spotlight, NSUserActivity, and Web Markup.[296] Core Spotlight allows developers to have their content indexed so that

---

[296] *Apple Developer, NSUserActivity*, Apple, https://developer.apple.com/documentation/foundation/nsuseractivity (2026); *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026); *Apple Developer, Mark Up Web Content*, Apple, https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/WebContent.html (2026); and *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/ (2026).

114

users can find their content from a system-wide search using Spotlight.[297] NSUserActivity allows for the creation and storage of a form of searchable app history making specific app states and navigation points searchable via Spotlight.[298] Web Markup enables Spotlight to surface web content that may be associated with corresponding apps.[299]

- **Core Data** persists and updates an app's content and records, allowing developers to make their latest and most accurate app data searchable via Spotlight.[300]

- **Public indexing** allows an app's content to be searchable by all users via Spotlight, even those that do not have the app installed.[301] This technology can greatly increase an app's potential audience.[302]

- **Universal links** allow Spotlight search results to open directly to a specific screen in an app or on a developer's website.[303]

- **Persistent history tracking results in Spotlight** tracks changes made to relevant databases to provide more accurate Spotlight search results.[304]

- **Spotlight Integration with App Intents Framework** allows app functionalities to integrate with system-wide tools and technologies, including Siri, widgets, controls, and more, to further increase the discoverability of an app's actions and content.[305]

---

[297] *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/ (2026); *Showcase app data in Spotlight*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10098/ (2026); *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026).

[298] *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026).

[299] *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026).

[300] *Showcase app data in Spotlight*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10098/ (2026).

[301] *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026).

[302] *Apple Developer, Search Drives User Engagement*, Apple, https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/index.html (2026).

[303] *Showcase app data in Spotlight*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10098/ (2026).

[304] *Apple Developer, Persistent History*, Apple, https://developer.apple.com/documentation/coredata/persistent-history/ (2026); *What's New in Core Data*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/210/ (2026).

[305] *Apple Developer, App Intents*, Apple, https://developer.apple.com/documentation/appintents/ (2026); *Design Shortcuts for Spotlight*, Apple, https://developer.apple.com/videos/play/wwdc2023/10193/ (2026); *Spotlight your app with App Shortcuts*, Apple, https://developer.apple.com/videos/play/wwdc2023/10102/ (2026); *Bring your app's core technologies to users with App Intents*, Apple, https://developer.apple.com/videos/play/wwdc2024/10210/ (2026); *Develop for Shortcuts and Spotlight with App Intents*, Apple, https://developer.apple.com/videos/play/wwdc2025/260/ (2026); *Design App Shortcuts*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10169/ (2026).

- **Semantic Search** makes an app's content available in a user's private, on-device index so people can search for items using natural language.[306]

253. Apple's Spotlight tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, developers can use Spotlight technologies to take advantage of the Spotlight APIs, which provide crucial functionality that improves users' searching experience and provides results that are more likely to lead to app downloads and purchases. Technologies like Core Spotlight, for example, help developers index app content so that their content is searchable via Spotlight, suggest and rank results, and more.[307] The tools and technologies behind Spotlight simplify the work that developers must invest to make their app compatible with Spotlight, increasing the discoverability and accessibility of their app.

254. Apple's Spotlight tools and technologies work together to provide substantial value to developers by increasing app exposure. Spotlight allows developers to expose their apps to users who are searching for terms or items that are relevant to the given app. In this way, the Spotlight technologies connect users to apps they are interested in and, by extension, connects apps to the target audience. Users experience a seamless search function that leads to increased app downloads and app traffic, and developers receive the benefit of increased downloads of users that are more likely to engage with and potentially make purchases within their app.

255. These technologies also improve app re-engagement. Core Data supports this by efficiently modeling and persisting app content so it can be indexed and kept current. By handling much of the complexity of indexing, Core Data allows developers to maintain accurate, up-to-date

---

[306] *Support semantic search with Core Spotlight*, Apple, https://developer.apple.com/videos/play/wwdc2024/10131/ (2026).

[307] *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/ (2026); *Apple Developer, Core Data*, Apple, https://developer.apple.com/documentation/coredata/ (2026).

search results with far less engineering effort, ensuring what Spotlight surfaces is relevant to users and aligned with the developer's monetization strategy.

256. The primary Spotlight APIs—NSUserActivity, Web Markup, and Core Spotlight— give developers concrete mechanisms to expose valuable app states and content to search. NSUserActivity allows developers to define meaningful in-app states (such as a specific screen offering an upgrade or a premium content view) and make those states searchable. This lets users return via Spotlight directly to high-value parts of the app that are more likely to lead to purchases and thus revenue. Web Markup and Universal Links connect app content with related website content so that system search can bridge web and app experiences; this helps channel users into richer, logged-in, and often better experiences inside the app. Core Spotlight lets developers explicitly index selected items and app content, attach descriptive metadata, and associate each indexed item with identifiers or links, so that tapping a Spotlight can result in opening the app at precisely the screen that the developer wants users to see for engagement or monetization.

257. A set of specific Spotlight-related technologies further amplifies these effects. Indexed content allows certain app content to be searchable by all users, expanding the potential audience beyond the current user base and giving developers an additional, search-based channel to bring new or lapsed users into monetizable experiences. Universal links ensure that URLs appearing in search results open the app directly to the relevant screen rather than a generic web page, reducing friction and drop-off. Updates to app content can be reflected in Spotlight when developers reindex items, helping ensure that search results remain aligned with current offerings.

258. Integration with the App Intents framework, semantic search, and Apple Intelligence allows more precise targeting of high-value user actions. App Intents lets developers expose specific actions (including revenue-relevant ones such as upgrading, renewing, or

117

accessing premium content) as callable intents that can be initiated from Spotlight or other system surfaces. Using App Intents with Spotlight allows developers "to find, serve, engage, and ultimately monetize people who use [their] app."[308] Underpinning all of this, Core Spotlight components—including the Core Spotlight index, allow app content to be indexed, queried, presented, and updated. Collectively, these technologies reduce engineering overhead while maximizing the likelihood that users discover, return to, and act on the app experiences that generate revenue.

### 1.    Patents

259.    Using the methodology in Section VII, I identified an exemplary set of 36 U.S. patent assets, including 31 patents and 5 published patent applications relating to Spotlight technologies, that are identified in **Appendix C**.

260.    I identified these patents using the following search string:

> (apple.as. OR apple.aanm.) AND @PY>"2002" AND ((search ADJ (result* OR quer*)) WITH ( ("user interface") OR (rank* OR (deep ADJ link*)) WITH index*) NOT ((playback not ("search engine" or "search software")) OR ("smart folder" or "existing folder") OR ("health management" OR "health app") OR "news feed" OR "routes")) WITH ((content OR data OR metadata) OR ("partial search" OR "extended search" OR "query search" OR (seamless ADJ search)) or ("deep links" adj4 index)) AND "method".clms.

261.    I developed this string by first looking for terms relating to Spotlight technologies also found in Apple's Core Spotlight developer documents and WWDC videos, such as "search," "content," "data," and "seamless search."[309] I included these terms, and other related terms, as search terms in this string.

---

[308] *App Intents in iOS 18: on-device marketing, engagement, retention*, Singular, https://www.singular.net/blog/app-intents-ios18/ (2026).

[309] *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/ (2026) ("For example, you might index photos, contacts, the items someone purchased, or **data** they see in your interface. You can then use Core Spotlight to **search** for your indexed **content** and display those results in your app."); *Spotlight your app with App Shortcuts*, Apple, https://developer.apple.com/videos/play/wwdc2023/10102/ (2026) (transcript

262.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Spotlight technology rubric. For example, I added exclusions for patents relating to Apple News ("news feed"), Apple Health ("health management"), and media-related products.

263.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Spotlight tools and technologies.

### 2.    Copyrights

264.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Spotlight technologies.

265.    First, Apple's Spotlight tools and technologies provide developers with Frameworks and APIs, including NSUserActivity API, the Core Spotlight API, and the Web Markup API.[310] Spotlight tools and technologies work in conjunction with app data, often managed through frameworks such as Core Data APIs to make apps searchable by indexing app data.[311] For example, the Core Spotlight API provides APIs to add app content to an index and to search for items in that index.[312] Apple's Spotlight APIs are at the center of everything a developer does related to Spotlight.

---

stating "With just a small amount of code, I've now made it easier for people to get the information they need in a quick, **seamless** way.").

[310] *Apple Developer, NSUserActivity*, Apple, https://developer.apple.com/documentation/foundation/nsuseractivity (2026); *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026); *Apple Developer, Mark Up Web Content*, Apple, https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/WebContent.html (2026); and *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/ (2026).

[311] *Apple Developer, Core Data*, Apple, https://developer.apple.com/documentation/coredata/ (2026).

[312] *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/ (2026).

266.    When developers use Spotlight APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

267.    Apple's APIs related to Spotlight help developers use all aspects of Apple's Spotlight tools and technologies to create high quality apps. For example, Apple provides information regarding its APIs that relate to creating an on-device index for an app's searchable content, "CSSearchableIndex."

**Creating an index**

```
class func `default`() -> Self
```
Returns the default on-device index.

```
init(name: String)
```
Returns an on-device index with the specified name.

```
init(name: String, protectionClass: FileProtectionType?)
```
Returns an on-device index with the specified name and data protection class.

**Determining if indexing is available**

```
class func isIndexingAvailable() -> Bool
```
Returns a Boolean value that indicates whether indexing is available on the current device.

**Responding to index-related changes**

```
protocol CSSearchableIndexDelegate
```
A protocol that defines methods a delegate object or app extension uses to handle communication from the on-device index.

```
var indexDelegate: (any CSSearchableIndexDelegate)?
```
The delegate object that can handle index-management tasks.

**Managing items in an index**

```
func indexSearchableItems([CSSearchableItem], completionHandler: (((any Error)?) -> Void)?)
```
Adds or updates items in the index.

```
func deleteAllSearchableItems(completionHandler: (((any Error)?) -> Void)?)
```
Deletes all searchable items from the index.

```
func deleteSearchableItems(withDomainIdentifiers: [String], completionHandler: (((any Error)?) -> Void)?)
```
Removes from the index all searchable items associated with the specified domain.

```
func deleteSearchableItems(withIdentifiers: [String], completionHandler: (((any Error)?) -> Void)?)
```
Removes from the index all items with the specified identifiers.

**Batching index updates**

```
func beginBatch()
```
Begins a batch of updates to an index.

```
func endBatch(withClientState: Data, completionHandler: (((any Error)?) -> Void)?)
```
Ends a batch of index updates and stores the specified state information.

```
func endIndexBatch(expectedClientState: Data?, newClientState: Data, completionHandler: (((any Error)?) -> Void)?)
```
Ends a batch of index updates and stores the specified state information.

```
func fetchLastClientState(completionHandler: (Data?, (any Error)?) -> Void)
```
Fetches the app's most recent client state information asynchronously.

Figure: Core Spotlight, CSSearchableIndex[313]

---

[313] *Apple Developer, CSSearchableIndex*, Apple,
https://developer.apple.com/documentation/corespotlight/cssearchableindex (2026).

268.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Spotlight tools and technologies so that developers can implement Spotlight functionality in their apps, leading to greater app exposure and engagement, which increases monetization.[314] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

269.    Apple's developer documents and instructional videos help developers use all aspects of Apple's Spotlight tools and technologies to make their apps searchable to help consumers find the apps and information they desire. For example, Apple's instructional videos assist developers in integrating Spotlight with Apple's App Intents Framework to boost app visibility.[315] Increased visibility leads directly to increased traffic and better monetization.

### 3.    Trade Secrets

270.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Spotlight technologies that, although secret, developers can leverage.

271.    Apple's Spotlight tools and technologies provide developers with Frameworks and APIs, including NSUserActivity API, the Core Spotlight API, and the Web Markup API.[316] These

---

[314] *Develop for Shortcuts and Spotlight with App Intents*, Apple, https://developer.apple.com/videos/play/wwdc2025/260/ (2026); *Support semantic search with Core Spotlight*, Apple, https://developer.apple.com/videos/play/wwdc2024/10131/ (2026); *Design Shortcuts for Spotlight*, Apple, https://developer.apple.com/videos/play/wwdc2023/10193/ (2026); *Spotlight your app with App Shortcuts*, Apple, https://developer.apple.com/videos/play/wwdc2023/10102/ (2026); *Bring your app's core technologies to users with App Intents*, Apple, https://developer.apple.com/videos/play/wwdc2024/10210/ (2026); *Bring your app to Siri*, Apple, https://developer.apple.com/videos/play/wwdc2024/10133/ (2026).

[315] *Develop for Shortcuts and Spotlight with App Intents*, Apple, https://developer.apple.com/videos/play/wwdc2025/260/ (2026).

[316] *Apple Developer, NSUserActivity*, Apple, https://developer.apple.com/documentation/foundation/nsuseractivity (2026); *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026); *Apple Developer, Mark Up Web Content*, Apple, https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/WebContent.html (2026); and *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/ (2026).

APIs allow developers to perform complex Spotlight tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Spotlight API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

272.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Spotlight tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Spotlight APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### K.    Live Activities and Widgets

273.    Live Activities and Widgets together comprise a valuable category of tools and technologies that relate to providing periodic and real time information about app content outside of the app without sending separate notifications. These tools and technologies let developers create apps that display glanceable, up-to-date information directly on a user's home screen, lock screen, today view,[317] CarPlay, and Dynamic Island, without needing to open the app. Widgets show things like weather, calendars, or fitness data at a glance, while Live Activities provide real-time updates for ongoing events like food deliveries or sports scores.

---

[317] The today view is a dashboard accessible from the home screen or lock screen that can display widgets. *How to add and edit widgets on your iPhone*, Apple, https://support.apple.com/en-us/118610 (2026).

274.    Below is a non-exhaustive list of Live Activities and Widgets tools and technologies:

- **WidgetKit Framework**, the framework that allows developers to make live app data available outside the app through glanceable experiences via the home screen or lock screen.[318]

- **ActivityKit Framework**, the framework that allows developers to create real-time, ongoing status updates that display on the lock screen or the Dynamic Island (the black, pill-shaped area at the top of the iPhone's screen).[319] Using the Live Activities functionality, developers can configure the content[320] and status[321] of Live Activities, set visual alerts when a Live Activity is updated,[322] and add descriptions to enable assistive technologies like VoiceOver to read aloud what each element represents.[323]

---

[318] *Apple Developer, WidgetKit*, Apple, https://developer.apple.com/documentation/WidgetKit (2026); *Apple Developer, Meet WidgetKit*, Apple, https://developer.apple.com/videos/play/wwdc2020/10028/ (2026); *Apple Developer, Principles of great widgets*, Apple, https://developer.apple.com/videos/play/wwdc2021/10048/ (2026); *Apple Developer, Building Widgets Using WidgetKit and SwiftUI*, Apple, https://developer.apple.com/documentation/widgetkit/building_widgets_using_widgetkit_and_swiftui (2026); *Apple Developer, Extend your app's controls across the system*, Apple, https://developer.apple.com/videos/play/wwdc2024/10157/ (2026); *Apple Developer, Creating accessory widgets and watch complications*, Apple, https://developer.apple.com/documentation/widgetkit/creating-accessory-widgets-and-watch-complications (2026); *Apple Developer, Widgets*, Apple, https://developer.apple.com/design/human-interface-guidelines/widgets (2026); *Apple Developer, Keeping a widget up to date*, Apple, https://developer.apple.com/documentation/widgetkit/keeping-a-widget-up-to-date (2026); *Apple Developer, reloadAllTimelines()*, Apple, https://developer.apple.com/documentation/widgetkit/widgetcenter/reloadalltimelines() (2026).

[319] *Apple Developer, ActivityKit*, Apple, https://developer.apple.com/documentation/activitykit (2026); *Apple Developer, Meet ActivityKit*, Apple, https://developer.apple.com/videos/play/wwdc2023/10184/ (2026); *View Live Activities in the Dynamic Island on iPhone*, Apple, https://support.apple.com/guide/iphone/view-live-activities-in-the-dynamic-island-iph28f50d10d/ios (2026); *Apple Developer, DynamicIsland*, Apple, https://developer.apple.com/documentation/widgetkit/dynamicisland (2026); *Apple Developer, Design dynamic Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2023/10194/ (2026); *Apple Developer, Displaying live data with Live Activities*, Apple, https://developer.apple.com/documentation/ActivityKit/displaying-live-data-with-live-activities (2026).

[320] *Apple Developer, ActivityAttributes*, Apple, https://developer.apple.com/documentation/activitykit/activityattributes (2026); *Apple Developer, ActivityContent*, Apple, https://developer.apple.com/documentation/activitykit/activitycontent (2026).

[321] *Apple Developer, ActivityState*, Apple, https://developer.apple.com/documentation/activitykit/activitystate (2026); *Apple Developer, Design dynamic Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2023/10194/ (2026).

[322] *Apple Developer, AlertConfiguration*, Apple, https://developer.apple.com/documentation/activitykit/alertconfiguration (2026).

[323] *Apple Developer, Adding accessible descriptions to widgets and Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/adding-accessible-descriptions-to-widgets-and-live-activities (2026).

- **Deep Linking** allows developers to include links to specific scenes or locations in an app.[324]

- **Widget Bundles** are containers that a developer can use to expose multiple widgets from a single widget extension.[325]

- **Interactivity and Actions** allow developers to make widgets interactive (like adding a button to toggle a light) or configurable (like selecting a specific calendar view).[326]

- **Control Center Controls** allow the creation of interactive controls, toggles, and shortcuts for apps in Control Center, accessible by dragging down from the top right of the screen.[327]

- **Smart Stack** stacks multiple widgets and, by using Smart Rotate, shows the most relevant widget. Users may configure a widget to appear in the Smart Stack or pin it to a location.[328]

    - **Providing relevant information** offers contextual information to ensure a developer's widget appears more prominently in Smart Stacks.[329]

    - **Location Clues** tell iOS that a widget is relevant at a specific location, or inferred location like home, work, school, or on a commute.[330]

---

[324] *Apple Developer, Linking to specific app scenes from your widget or Live Activity*, Apple, https://developer.apple.com/documentation/widgetkit/linking-to-specific-app-scenes-from-your-widget-or-live-activity (2026); *Apple Developer, DynamicIsland*, Apple, https://developer.apple.com/documentation/widgetkit/dynamicisland (2026); *Apple Developer, Supporting universal links in your app*, Apple, https://developer.apple.com/documentation/xcode/supporting-universal-links-in-your-app (2026); *Apple Developer, Launching your app from a Live Activity*, Apple, https://developer.apple.com/documentation/activitykit/launching-your-app-from-a-live-activity (2026).

[325] *Apple Developer, WidgetBundle*, Apple, https://developer.apple.com/documentation/swiftui/widgetbundle (2026).

[326] *Apple Developer, Adding interactivity to widgets and Live Activities*, Apple, https://developer.apple.com/documentation/widgetkit/adding-interactivity-to-widgets-and-live-activities (2026); *Apple Developer, App Intents*, Apple, https://developer.apple.com/documentation/appintents (2026); *Apple Developer, WidgetKit*, Apple, https://developer.apple.com/documentation/WidgetKit (2026); *Apple Developer, Linking to specific app scenes from your widget or Live Activity*, Apple, https://developer.apple.com/documentation/widgetkit/linking-to-specific-app-scenes-from-your-widget-or-live-activity (2026); *Apple Developer, What's new in widgets*, Apple, https://developer.apple.com/videos/play/wwdc2025/278/ (2026)

[327] *Apple Developer, Controls*, Apple, https://developer.apple.com/design/human-interface-guidelines/controls (2026).

[328] *Apple Developer, Increasing the visibility of widgets in Smart Stacks*, Apple, https://developer.apple.com/documentation/widgetkit/widget-suggestions-in-smart-stacks (2026); *Apple Developer, WidgetKit*, Apple, https://developer.apple.com/documentation/WidgetKit (2026).

[329] *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026); *Apple Developer, Increasing the visibility of widgets in Smart Stacks*, Apple, https://developer.apple.com/documentation/widgetkit/widget-suggestions-in-smart-stacks (2026).

[330] *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026).

- **Fitness Clues** tell iOS that a widget is relevant because of a person's fitness activity and shows values that represent a person's fitness activity.[331]

- **Hardware Clues** tell iOS that a widget is relevant when an accessory device (such as a person's headphones) is connected.[332]

- **Sleep Clues** tell iOS that a widget is relevant because of a person's sleep schedule based on stored values that represent a person's typical bedtime or wakeup time.[333]

- **Time Clues** tell iOS that a widget is relevant at a specific date or date range.[334]

- **Status Updates** provide updates (e.g., through the Apple Push Notification service) that may update, alert, or end an ongoing Live Activity — even when the app is not in the foreground.[335]

- **Location** allows for customizable widgets based on user location (e.g., for a weather app).[336]

- **VoiceOver Support** allows widget content to be read aloud for increased accessibility.[337]

- **Activity Authorization** allows users to control when Live Activities appear.[338]

- **Dismissing Live Activities** allows developers to control when a Live Activity ends.[339]

---

[331] *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026).

[332] *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026).

[333] *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026).

[334] *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026).

[335] *Apple Developer, Live Activities*, Apple, https://developer.apple.com/design/human-interface-guidelines/live-activities (2026); *Apple Developer, Displaying live data with Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/displaying-live-data-with-live-activities (2026); *Apple Developer, ActivityKit*, Apple, https://developer.apple.com/documentation/activitykit (2026); *Apple Developer, Update Live Activities with push notifications*, Apple, https://developer.apple.com/videos/play/wwdc2023/10185/ (2026); *Apple Developer, Starting and updating Live Activities with ActivityKit push notifications*, Apple, https://developer.apple.com/documentation/activitykit/starting-and-updating-live-activities-with-activitykit-push-notifications (2026); *Apple Developer, Broadcast updates to your Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2024/10069/ (2026).

[336] *Apple Developer, Accessing location information in widgets*, Apple, https://developer.apple.com/documentation/widgetkit/accessing-location-information-in-widgets (2026); *Apple Developer, Principles of great widgets*, Apple, https://developer.apple.com/videos/play/wwdc2021/10048/ (2026).

[337] *Apple Developer, VoiceOver*, Apple, https://developer.apple.com/documentation/accessibility/voiceover (2026); *Apple Developer, Widgets*, Apple, https://developer.apple.com/design/human-interface-guidelines/widgets (2026).

[338] *Apple Developer, ActivityAuthorizationInfo*, Apple, https://developer.apple.com/documentation/activitykit/activityauthorizationinfo (2026); *Apple Developer, Update Live Activities with push notifications*, Apple, https://developer.apple.com/videos/play/wwdc2023/10185/ (2026); *Apple Developer, Broadcast updates to your Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2024/10069/ (2026).

[339] *Apple Developer, ActivityUIDismissalPolicy*, Apple, https://developer.apple.com/documentation/activitykit/activityuidismissalpolicy (2026).

- **Widget and Live Activity Previews** allow developers to quickly test in Xcode how a widget or Live Activity will look and behave.[340]

- **Custom Views** allow developers to create reusable custom views and layouts that support each Live Activity presentation.[341]

- **Variable Sizing** allows developers to create Live Activities of multiple sizes for display on different devices.[342]

- **Animated Data Updates** use SwiftUI animations to indicate data updates in Live Activities.[343]

275.    Apple's Live Activities and Widgets tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies increase monetization by providing a convenient and powerful way for developers to communicate with users even when they are not actively using the app. This allows developers to surface their app based on what a user is currently doing, for example, by providing live location updates. Research indicates that "[a]pps that use iOS Live Activities have 23.7% higher average 30-day retention rates" and "enterprises that strategically adopted iOS Widgets for mission-critical data saw a 15-20% increase in daily active user engagement within the first six months. This is a direct result of reducing the friction of app launch."[344]

---

[340] *Apple Developer, Previewing widgets and Live Activities in Xcode*, Apple, https://developer.apple.com/documentation/widgetkit/previewing-widgets-and-live-activities-in-xcode (2026).

[341] *Apple Developer, Creating custom views for Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/creating-custom-views-for-live-activities (2026); *Apple Developer, Design dynamic Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2023/10194/ (2026).

[342] *Apple Developer, ActivityFamily*, Apple, https://developer.apple.com/documentation/widgetkit/activityfamily (2026).

[343] *Apple Developer, Animating data updates in widgets and Live Activities*, Apple, https://developer.apple.com/documentation/widgetkit/animating-data-updates-in-widgets-and-live-activities (2026); *Apple Developer, Design dynamic Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2023/10194/ (2026).

[344] *How Strategic Pricing Beat First-Mover Timing*, Ruby, https://www.rubychilds.com/work/live-activities#hero (2026); *The Enduring Strategic Impact of iOS 14*, CiS, https://www.cisin.com/coffee-break/ios-14-latest-upcoming-changes-in-live-wallpaper-app-drawer-new-ar-and-more.html (2026).

276.    Apple's Live Activities and Widgets tools and technologies allow developers to link Live Activities and Widgets to specific parts of their app. This allows users to quickly and easily navigate to the portion of an app that corresponds to the Live Activity or Widget displayed outside of the app, thereby allowing the user to directly navigate to the app content that is most relevant to the user.  It also allows developers to direct users to the most relevant portions of apps.

277.    Apple's Live Activities and Widgets tools and technologies help developers surface high-value, key functionality and service flows, such as when a user most desires certain app content, allowing the user to open the relevant app content with minimal friction. WidgetKit, Widget Bundles, Smart Stack, and the ability to show widgets on the Home Screen, Lock Screen, Today View, and in Control Center let a developer keep their service front of mind with glanceable, continuously updated data and lightweight interactivity. By configuring widgets with Actions, Interactivity (Controls), and Updating, a developer can give users one-tap access to premium information and technologies and then use a tap on the widget to deep link straight into specific content. Providing relevant information (using Location, Time, Location Clues, Fitness Clues, Hardware Clues, and Sleep Clues) allows the system to surface those widgets in Smart Stacks at appropriate times or places, helping developers present timely, value-focused entry points into app offerings. Accessibility technologies such as VoiceOver and adding accessible descriptions ensure that these technologies are usable by a wider set of users, which can increase engagement.

278.    ActivityKit and Live Activities extend this by creating persistent, real-time surfaces where activities can be tracked and managed. Using Activity Authorization and the technologies for Starting, Updating, and Ending a Live Activity, developers can keep a user engaged with ongoing sessions, tracked usage, or expiring benefits, and then use deep linking and the Launching apps technology to bring the user back into an app when it is most compelling or applicable.

128

Attributes, Content, activity state, alert configuration, animating data updates, varied sizing, and Dynamic Island displays let a developer design rich, prominent Live Activity presentations that highlight the key aspects of their apps, and then prompt users to return to their app. Adding interactivity to Live Activities, including buttons and toggles, gives users the ability to perform key account or technology actions directly from the Dynamic Island, Lock Screen, or CarPlay with taps configured to route via deep links to the relevant in app content.

279.    Deep Linking is central to facilitating user engagement because it can connect every surface (widgets, Live Activities, Control Center entries) to precise locations inside an app. Developers can link to specific app scenes relevant to what the user was last doing, reducing friction in navigation. For example, a tap on a Live Activity or widget can open an account-management scene that already knows the user's current plan and context.

280.    Live Activities and Widgets support these flows by letting developers proactively draw attention to timely moments. Developers can configure status updates and widget-style summaries that show real-time status, thresholds, or usage milestones, paired with deep links that land the user in a relevant scene. The ability to preview Live Activities, create custom views, and test layouts makes it easier for developers to iteratively refine how prompts are presented. Dismissing Live Activities and managing activity state also let developers gracefully end these surfaces once an action has been completed.

### 1.    Patents

281.    Using the methodology in Section VII, I identified an exemplary set of 63 U.S. patent assets, including 47 patents and 16 published patent applications relating to Live Activities and Widgets technologies, that are identified in **Appendix C**.

282.    I identified these patents using the following search string:

(Apple.aanm. OR Apple.as.) AND (method).clms. AND (((((widget OR "information card").ti.) OR widget.clms.) AND ("software" AND "operating system").spec. NOT (("power control") OR (three NEAR dimension$) OR ("cooperative health management")).ti. NOT (virtual).clms.) OR (((state near4 application).clms. OR ((updating OR status) near4 (region OR object)).clms.) AND ("graphical user interface").ti. AND (notifications OR updating).ti.))

283.    I developed this string by first looking for terms relating to Live Activities and Widgets technologies also found in Apple's Live Activities and Widgets developer documents and WWDC videos, such as "widget," "update," "status," and "notification."[345] I included these terms, and other related terms, as search terms in this string.

284.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Live Activities and Widgets technology rubric. For example, I added exclusions for terms relating to "power control," "three dimension$," and "virtual."

285.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Live Activities and Widgets tools and technologies.

### 2.    Copyrights

286.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Live Activities and Widgets technologies.

287.    First, Apple's Live Activities & Widgets tools and technologies provide developers with    Frameworks    and    APIs,    including    WidgetKit,    ActivityKit,    RelevanceKit,

---

[345] *Apple Developer, WidgetKit*, Apple, https://developer.apple.com/documentation/WidgetKit (2026) ("Extend the reach of your app by creating **widgets**," "**[u]pdate** content with timelines and push **notifications**"); *Apple Developer, Live Activities*, Apple, https://developer.apple.com/design/human-interface-guidelines/live-activities (2026) ("Live Activities let people keep track of tasks and events in glanceable locations across devices. They go beyond push **notifications**, delivering frequent content and **status updates** over a few hours and letting people interact with the displayed information").

130

*ActivityAuthorizationInfo*, and Activity.[346]   Apple's Live Activities & Widgets APIs are at the center of everything a developer does related to Live Activities & Widgets.

288.    When developers use Live Activities & Widgets APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

289.    Apple's APIs related to Live Activities and Widgets help developers use all aspects of Apple's Live Activities and Widgets tools and technologies to provide periodic and real time information about app content outside of the app without providing repeated notifications. For example, Apple provides information regarding its APIs that relate to displaying live data with Live Activities, including instructions about how to use the APIs.[347] As shown below, developers can take advantage of Apple's expansive Live Activities and Widgets tools and technologies enabled by its APIs.

---

[346] *Apple Developer, WidgetKit*, Apple, https://developer.apple.com/documentation/WidgetKit (2026); *Apple Developer, ActivityKit*, Apple, https://developer.apple.com/documentation/activitykit (2026); *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026); *Apple Developer, ActivityAuthorizationInfo*, Apple, https://developer.apple.com/documentation/activitykit/activityauthorizationinfo (2026); *Apple Developer, Activity*, https://developer.apple.com/documentation/activitykit/activity (2026).

[347] *Apple Developer, Displaying live data with Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/displaying-live-data-with-live-activities (2026) ("ActivityKit's role is to handle the life cycle of each Live Activity: You use its **API** to request, schedule, update, and end a Live Activity and to receive ActivityKit push notifications.").



Devices that support the Dynamic Island display Live Activities in the Dynamic Island using several presentations. When there's only one ongoing Live Activity, the system uses the compact presentation. It's composed of two elements: one that displays on the leading side of the TrueDepth camera, and one that displays on the trailing side. Although the leading and trailing elements are separate views, they form a cohesive view in the Dynamic Island, representing a single piece of information from your app. People can tap a compact Live Activity to open the app and get more details about the event or task.

Figure: Displaying live data with Live Activities[348]

290.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Live Activities and Widgets tools and technologies. Developers use these materials to better understand and implement Live Activities and Widgets functionality, leading to higher consumer interest and engagement.[349] These resources are marked

---

[348] *Apple Developer, Displaying live data with Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/displaying-live-data-with-live-activities (2026).

[349] *Apple Developer, WidgetKit*, Apple, https://developer.apple.com/documentation/WidgetKit (2026); *Apple Developer, ActivityKit*, Apple, https://developer.apple.com/documentation/activitykit (2026); *Apple Developer, Widgets*, Apple, https://developer.apple.com/design/human-interface-guidelines/widgets (2026); *Apple Developer, Linking to specific app scenes from your widget or Live Activity*, Apple, https://developer.apple.com/documentation/widgetkit/linking-to-specific-app-scenes-from-your-widget-or-live-activity (2026); *Apple Developer, Meet WidgetKit*, Apple, https://developer.apple.com/videos/play/wwdc2020/10028/ (2026); *Apple Developer, Meet ActivityKit*, Apple, https://developer.apple.com/videos/play/wwdc2023/10184/ (2026); *Apple Developer, WidgetBundle*, Apple, https://developer.apple.com/documentation/swiftui/widgetbundle (2026); *Apple Developer, Adding interactivity to widgets and Live Activities*, Apple, https://developer.apple.com/documentation/widgetkit/adding-interactivity-to-widgets-and-live-activities (2026); *Apple Developer, What's new in widgets*, Apple, https://developer.apple.com/videos/play/wwdc2025/278/ (2026); *Apple Developer, Controls*, Apple, https://developer.apple.com/design/human-interface-guidelines/controls (2026); *Apple Developer, Extend your app's controls across the system*, Apple, https://developer.apple.com/videos/play/wwdc2024/10157/ (2026); *Apple*

as copyrighted and are creative expressions captured in a tangible medium, and thus are protected

by copyright.

---

*Developer, Live Activities*, Apple, https://developer.apple.com/design/human-interface-guidelines/live-activities (2026); *Apple Developer, Update Live Activities with push notifications*, Apple, https://developer.apple.com/videos/play/wwdc2023/10185/ (2026); *Apple Developer, Accessing location information in widgets*, Apple, https://developer.apple.com/documentation/widgetkit/accessing-location-information-in-widgets (2026); *Apple Developer, Principles of great widgets*, Apple, https://developer.apple.com/videos/play/wwdc2021/10048/ (2026); *Apple Developer, Keeping a widget up to date*, Apple, https://developer.apple.com/documentation/widgetkit/keeping-a-widget-up-to-date (2026); *Apple Developer, Widgets*, Apple, https://developer.apple.com/design/human-interface-guidelines/widgets (2026); *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026); *Apple Developer, Increasing the visibility of widgets in Smart Stacks*, Apple, https://developer.apple.com/documentation/widgetkit/widget-suggestions-in-smart-stacks (2026); *Apple Developer, Starting and updating Live Activities with ActivityKit push notifications*, Apple, https://developer.apple.com/documentation/activitykit/starting-and-updating-live-activities-with-activitykit-push-notifications (2026); *Apple Developer, Broadcast updates to your Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2024/10069/ (2026); *Apple Developer, Design dynamic Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2023/10194/ (2026); *Apple Developer, Adding accessible descriptions to widgets and Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/adding-accessible-descriptions-to-widgets-and-live-activities (2026); *Apple Developer, Displaying live data with Live Activities*, Apple, https://developer.apple.com/documentation/ActivityKit/displaying-live-data-with-live-activities (2026); *Apple Developer, Previewing widgets and Live Activities in Xcode*, Apple, https://developer.apple.com/documentation/widgetkit/previewing-widgets-and-live-activities-in-xcode (2026); *Apple Developer, Creating custom views for Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/creating-custom-views-for-live-activities (2026); *View Live Activities in the Dynamic Island on iPhone*, Apple, https://support.apple.com/guide/iphone/view-live-activities-in-the-dynamic-island-iph28f50d10d/ios (2026); *Apple Developer, Animating data updates in widgets and Live Activities*, Apple, https://developer.apple.com/documentation/widgetkit/animating-data-updates-in-widgets-and-live-activities (2026); *Apple Developer, Launching your app from a Live Activity*, Apple, https://developer.apple.com/documentation/activitykit/launching-your-app-from-a-live-activity (2026); *Apple Developer, Adding interactivity to widgets and Live Activities*, Apple, https://developer.apple.com/documentation/widgetkit/adding-interactivity-to-widgets-and-live-activities (2026); *Apple Developer, Linking to specific app scenes from your widget or Live Activity*, Apple, https://developer.apple.com/documentation/widgetkit/linking-to-specific-app-scenes-from-your-widget-or-live-activity (2026); *Apple Developer, DynamicIsland*, Apple, https://developer.apple.com/documentation/widgetkit/dynamicisland (2026); *Apple Developer, Supporting universal links in your app*, Apple, https://developer.apple.com/documentation/xcode/supporting-universal-links-in-your-app (2026); *Apple Developer, App Intents*, Apple, https://developer.apple.com/documentation/appintents (2026); *Apple Developer, Linking to specific app scenes from your widget or Live Activity*, Apple, https://developer.apple.com/documentation/widgetkit/linking-to-specific-app-scenes-from-your-widget-or-live-activity (2026); *Apple Developer, Building Widgets Using WidgetKit and SwiftUI*, Apple, https://developer.apple.com/documentation/widgetkit/building_widgets_using_widgetkit_and_swiftui (2026); *Apple Developer, Creating accessory widgets and watch complications*, Apple, https://developer.apple.com/documentation/widgetkit/creating-accessory-widgets-and-watch-complications (2026); *Apple Developer, Increasing the visibility of widgets in Smart Stacks*, Apple, https://developer.apple.com/documentation/widgetkit/widget-suggestions-in-smart-stacks (2026); *Apple Developer, Preparing widgets for additional platforms, contexts, and appearances*, Apple, https://developer.apple.com/documentation/WidgetKit/Preparing-widgets-for-additional-contexts-and-appearances (2026); *Apple Developer, Displaying live data with Live Activities*, Apple, https://developer.apple.com/documentation/activitykit/displaying-live-data-with-live-activities (2026).

133

291.    Apple's developer documents and instructional videos help developers use all aspects of Apple's Live Activities and Widgets tools and technologies to provide periodic and real time information about app content outside of the app without providing repeated notifications. For example, Apple's instructional videos help developers use broadcast status updates to update thousands of Live Activities in a single request, allowing developers to ensure that users are receiving the most relevant, up to date information available.[350]

### 3.    Trade Secrets

292.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Live Activities and Widgets technologies that, although secret, developers can leverage.

293.    Apple's Live Activities & Widgets tools and technologies provide developers with Frameworks and APIs, including WidgetKit, ActivityKit, RelevanceKit, Activity, and *ActivityAuthorizationInfo*.[351] These APIs allow developers to perform complex Live Activities & Widgets tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

294.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Live Activities & Widgets tools and technologies. Based on my experience, Apple's confidential source code

---

[350] *Apple Developer, Broadcast updates to your Live Activities*, Apple, https://developer.apple.com/videos/play/wwdc2024/10069/ (2026).

[351] *Apple Developer, WidgetKit*, Apple, https://developer.apple.com/documentation/WidgetKit (2026); *Apple Developer, ActivityKit*, Apple, https://developer.apple.com/documentation/activitykit (2026); *Apple Developer, RelevanceKit*, Apple, https://developer.apple.com/documentation/relevancekit (2026); *Apple Developer, ActivityAuthorizationInfo*, Apple, https://developer.apple.com/documentation/activitykit/activityauthorizationinfo (2026); *Apple Developer, Activity*, https://developer.apple.com/documentation/activitykit/activity (2026).

contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Live Activities & Widgets APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### L.    FairPlay

295.    FairPlay is a valuable category of tools and technologies that relate to a Digital Rights Management (DRM) technologies that protects copyrighted digital content from unauthorized copying and distribution on iPhones and iPads. These tools and technologies allow developers to protect video and audio content from unauthorized access by encrypting it and securely managing the keys to unlock it. They handle the entire process—from encrypting video, to securely delivering decryption keys to authorized devices, to enabling offline playback of downloaded content with automatic license expiration. The FairPlay tools and technologies give content providers a complete, end-to-end solution for delivering protected video across iPhones and iPads.

296.    Below is a non-exhaustive list of FairPlay tools and technologies:

- **FairPlay Session Key Encryption Layer** allow developers to encrypt live streaming segments using a content key.[352]

- **FPS Key Server Specification** implements a key server module, authenticates key requests, and provides the bridge between the user's device and the content provider's database.[353]

---

[352] *Apple Developer, FairPlay Streaming Overview*, Apple,
https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

[353] *Apple Developer, FairPlay Streaming Overview*, Apple,
https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

- **Initiating server playback context** initiates a key request when providing content.[354]

- **Wrapping content key** uses a content provider key server to wrap a content key with a session key.[355]

- **Authenticating delivery** identifies the requesting device and provides an anonymous identifier and lease-type content key and random session key.[356]

- **Decoding and playback**, where a content key and initialization vector are unwrapped and a play context is created.[357]

- **FairPlay Streaming Deployment Package** is a set of production credentials, cryptographic tools, and documents provided to approved content owners or licensees to deploy FairPlay Streaming.[358]

- **Requests and handles keys**, the AVFoundation and AVPlayer technologies that manage decryption keys.[359]

- **Signing requests and authentication**, implemented by the FairPlay Streaming App Certificate that Apple issues to the content provider. This technology allows users to communicate with necessary servers to receive content.[360]

- **FairPlay offline playback**, a set of AVFoundation-based technologies developers can use to handle encrypted content offline, including local storage and playback of downloaded content, batch licensing, and controlling offline playback.[361]

- **Local storing and playback of content** lets developers store live streaming content in an app for offline playback.[362]

---

[354] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

[355] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

[356] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

[357] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

[358] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

[359] *Content Protection for HTTP Live Streaming*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/502 (2026).

[360] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026).

[361] *Apple Developer, Discover how to download and play HLS offline*, Apple, https://developer.apple.com/videos/play/wwdc2020/10655/ (2026).

[362] *Apple Developer, Discover how to download and play HLS offline*, Apple, https://developer.apple.com/videos/play/wwdc2020/10655/ (2026).

136

- **Batch Licensing** allows developers to proactively initiate and batch content key requests before playback begins, manage renewal, and enforce content expiration.[363]

- **Controlling playback** allows automatic expiration for an offline window.[364]

- **AVContentKeySession API**, part of Apple's AVFoundation framework that handles FairPlay Streaming workflows. This technology manages key server communications, including by providing a secure channel between apps and the FairPlay Key Server to handle key requests with AVContentKeyRequest objects.[365]

- **HTTP Live Streaming Tools**, Apple's tools for managing streaming content, including creating, segmenting, validating, and deploying Live Streaming streams.[366]

- **Securely delivering video on demand (VOD)** uses Live Streaming with FairPlay to deliver protected on-demand content.[367]

297. Apple's FairPlay tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, Audible, SoundCloud, and Tidal apps offer linked-out purchases[368] and appear to use these tools and technologies.[369]

---

[363] *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).

[364] *Apple Developer, Discover how to download and play HLS offline*, Apple, https://developer.apple.com/videos/play/wwdc2020/10655/ (2026); *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).

[365] *Apple Developer, Discover how to download and play HLS offline*, Apple, https://developer.apple.com/videos/play/wwdc2020/10655/ (2026); *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).

[366] *Apple Developer, Using Apple's HTTP Live Streaming (HLS) Tools*, Apple, https://developer.apple.com/documentation/http-live-streaming/using-apple-s-http-live-streaming-hls-tools (2026).

[367] *Content Protection for HTTP Live Streaming*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/502 (2026).

[368] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also* Audible, https://www.audible.com/ep/memberbenefits (2026) (discussing subscription options and subscribing on the web versus in app); SoundCloud, https://soundcloud.com/company/plans (2026) (describing subscription levels to unlock certain features in select apps); *Press play on the perfect TIDAL plan*, TIDAL, https://tidal.com/pricing (2026) (describing various subscription types and benefits unlocked).

[369] Audible, https://apps.apple.com/us/app/audible-audiobooks-podcasts/id379693831 (2026) (describing content delivery-based offerings); SoundCloud, https://soundcloud.com/download (2026) (displaying audio media-based content delivery); TIDAL Musis: HiFi Sound, https://apps.apple.com/us/app/tidal-music-hifi-sound/id913943275 (2026) (describing audio media-based content delivery).

298.    The FairPlay technologies increase monetization by enabling playback of encrypted video content on authorized devices only, thus protecting content that developers are providing and therefore increasing monetization by requiring proper authorization to view desired content. DRM "sits at the core of how platforms protect content value, control distribution, and unlock premium monetization."[370]

299.    For example, Apple's FairPlay tools and technologies provide developers with access to secure HTTP Live Streaming functionalities, allowing them to segment their video stream and create media playlists for successfully transmitting to Apple tools. This provides the technical support that allows developers to send video for playback on iOS-based devices, a technology of many apps that users desire.

300.    FairPlay's encryption and delivery stack enables developers to gate premium audiovisual content behind controlled access. The FairPlay SDK Encryption Layer encrypts video per segment and frame, ensuring that media is unusable without the correct keys. Segmenting content into playlists and segments allows adaptive bitrate streaming while maintaining strong per-segment protection, giving content owners confidence to license valuable catalogs.

301.    The FPS Key Server Specification, AVContentKeySession API, and related technologies give developers a controlled licensing workflow. When a user attempts to play an item, the app initiates a server playback context and sends a key request tied to a content identifier and user/account state. The key server checks entitlement logic and only issues wrapped content keys if access criteria are satisfied. FairPlay authenticates the requesting device, uses anonymous

---

[370] *DRM in OTT: Why Content Protection Is a Revenue and Advertising Strategy*, AI Digital, https://www.aidigital.com/blog/ott-drm (2026); *see also How FairPlay DRM is Revolutionizing Digital Media Security*, TechnoChops, https://www.technochops.com/how-fairplay-drm-is-revolutionizing-digital-media-security/ (2026) ("FairPlay DRM helps content providers protect subscription models and preserve advertising revenue.").

identifiers and lease-type keys, and wraps content keys with session keys, supporting per-device and time-bound access. Decryption occurs at the OS/kernel level, including for AirPlay.

302. The FairPlay Streaming Deployment Package, App Certificate, and key exchange tools secure the path between the app and key server. AVFoundation and AVPlayer automatically request and handle keys, while the developer's code adds business logic checking account status or subscription tier. App certificates ensure that only authorized clients can request licenses, and HTTPS/TLS secures license exchanges in transit.

303. Offline FairPlay technologies enable secure downloads while preserving strict control over viewing windows. Content is stored as encrypted.movpkg offline packages in the app sandbox and remains inaccessible without valid licenses. Batch licensing supports downloading and managing multiple titles or episodes at once, improving the perceived value of bundles and season-based offerings. License parameters such as auto-expiry allow developers to enforce rental windows or subscription-dependent offline viewing; when the license expires, the app denies playback or prompts the user to renew or extend access in line with subscription or access rules.

304. Additionally, EME interface support in Safari with FairPlay (via com.apple.fps and ServerCertificate management) extends the same DRM and entitlement framework to web playback. Developers implement EME in JavaScript to create FairPlay sessions in the browser, route license requests to their key server, and apply the same entitlement checks they use in native apps. This allows users to access their entitled content securely across iPhones and iPads, increasing reach and supporting a unified subscription or viewing-rights model across devices.

### 1. Patents

305. Using the methodology in Section VII, I identified an exemplary set of 20 U.S. patent assets, including 20 patents relating to FairPlay technologies, that are identified in **Appendix C**.

139

306.    I identified these patents using the following search string:

(apple.as. OR apple.aanm.) AND (("digital rights management" OR "content protection") AND ((frame SAME decrypt$) OR( sample SAME decrypt$) OR "AES-128" OR "fairplay" OR "cipher block chaining" OR (frame and "decryption key")) OR H04L2209/60$.cpc. OR (Streaming NEAR content NEAR5 encrypt$)) AND "method".clms.

307.    I developed this string by first looking for terms relating to FairPlay technologies also found in Apple's FairPlay developer documents and WWDC videos, such as "FairPlay," "digital rights management," "content protection," "frame decrypt$," and "decryption key."[371] I included these terms, and other related terms, as search terms in this string.

308.    Through an iterative process of spot checking the results and honing the search string, I noted that most results fit well into the FairPlay technology rubric. Because the search terms for the FairPlay technology rubric were narrowly tailored, specific terms, I did not need to add any exclusions. Instead, I used the search string as-is and manually review and remove patents and/or pending patent applications that did not fit as well into the FairPlay technology rubric.

309.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented FairPlay tools and technologies.

### 2.    Copyrights

310.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of FairPlay technologies.

---

[371] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026) ("This overview provides a high-level description of Apple's **FairPlay** Streaming (FPS) specification... which enables playback of encrypted video **content**," "FPS always enforces HDCP [High-bandwidth Digital **Content Protection**] for each **protected content** block," "[t]he **key** handling and the **content decryption** occur on the kernel of the iOS device," "the app can process the **decryption** of the **content** on the per **frame** basis").

311.    First, Apple's FairPlay tools and technologies provide developers with Frameworks and APIs, including AVContentKeySession and related APIs.[372]  Apple's FairPlay APIs are at the center of everything a developer does related to FairPlay.

312.    When developers use FairPlay APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

313.    Apple's APIs related to FairPlay help developers use all aspects of Apple's FairPlay tools and technologies to protect encrypted content. For example, Apple provides information regarding its APIs that relate to FairPlay content decryption keys, including instructions about how to use the APIs.[373] As shown below, developers can take advantage of Apple's expansive FairPlay tools and technologies enabled by its APIs, including the interplay between Apple's platform, the app seeking to play content, the encryption and decryption process, how keys are used in this process, and more.

---

[372] *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).

[373] *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).



Figure: AVContentKeySession Best Practices[374]

314.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's FairPlay tools and technologies. Developers use these materials to better understand and implement FairPlay functionality, leading to more purchases and thus greater monetization.[375] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

315.    Apple's developer documents and instructional videos help developers use all aspects of Apple's FairPlay tools and technologies to implement and deploy FairPlay streaming to

---

[374] *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).

[375] *Apple Developer, FairPlay Streaming Overview*, Apple, https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf (2026); *Content Protection for HTTP Live Streaming*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/502 (2026); *Apple Developer, Discover how to download and play HLS offline*, Apple, https://developer.apple.com/videos/play/wwdc2020/10655/ (2026); *Apple Developer, Using Apple's HTTP Live Streaming (HLS) Tools*, Apple, https://developer.apple.com/documentation/http-live-streaming/using-apple-s-http-live-streaming-hls-tools (2026); *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).

protect content. For example, Apple's instructional videos help developers use HTTP Live Streaming to protect streaming content.[376]

### 3.    Trade Secrets

316.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to FairPlay technologies that, although secret, developers can leverage.

317.    Apple's FairPlay tools and technologies provide developers with Frameworks and APIs, including AVContentKeySession and related APIs.[377] These APIs allow developers to perform complex FairPlay tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the FairPlay API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

318.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's FairPlay tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which FairPlay APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

---

[376] *Content Protection for HTTP Live Streaming*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/502 (2026).

[377] *AVContentKeySession Best Practices*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/507/ (2026).

**M.    Connectivity**

319.    Connectivity is a valuable category of tools and technologies that relate to facilitating communication with nearby devices using Apple's proprietary implementation of infrastructure Wi-Fi, Bluetooth, and peer-to-peer Wi-Fi functionalities. Apple has developed these tools and technologies to provide efficient and easy-to-use ways for nearby devices to discover each other and communicate over Wi-Fi, Bluetooth, and peer-to-peer Wi-Fi. They enable developers to build apps that exchange data with nearby devices, pair with accessories, stream media to speakers or TVs via AirPlay, and automatically choose the best available wireless protocol based on the use case. Apple's Connectivity tools and technologies also simplify background connections, auto-reconnection, and performance tuning—making it easy for developers to create apps that seamlessly connect devices without requiring users to manage complex network settings.

320.    Below is a non-exhaustive list of Connectivity tools and technologies:

- **Multipeer Connectivity**, a set of Apple technologies that enable developers to build apps that can communicate with nearby devices and exchange data securely over infrastructure Wi-Fi, Bluetooth, and peer-to-peer Wi-Fi.[378]  These technologies automatically select the most suitable wireless interface (e.g., Bluetooth, infrastructure Wi-Fi, peer-to-peer Wi-Fi) for communication with nearby devices.[379]

  - **Device Discovery** can search for services offered by nearby devices.[380]

---

[378] *Apple Developer, Multipeer Connectivity*, Apple, https://developer.apple.com/documentation/multipeerconnectivity/ (2026).

[379] *Nearby Networking with Multipeer Connectivity*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/708/ (2026); *Apple Developer, Multipeer Connectivity*, Apple, https://developer.apple.com/documentation/MultipeerConnectivity (2026).

[380] *Nearby Networking with Multipeer Connectivity*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/708/ (2026).

- **Browser view controller**, a common UI that presents nearby devices to the user and enables the user to invite nearby devices to a session.[381]

- **Service Advertiser** broadcasts the availability of a discoverable service, presents incoming invitations to the user, and handles users' responses.[382]

- **Enable communication between devices not sharing a common interface**, allowing devices using different connectivity interfaces to be aware of and communicate with each other via another nearby device that supports both interfaces.[383]

- **Apple Wireless Direct Link ("AWDL")**, a proprietary wireless protocol developed by Apple for high quality peer-to-peer Wi-Fi communication between Apple devices.[384] AWDL underlies several Apple technologies including AirDrop, peer-to-peer AirPlay, and the peer-to-peer Wi-Fi side of Multipeer Connectivity.

- **Reliable/unreliable data modes** are two options for sending data between connected peers in the Multipeer Connectivity framework. Reliable mode ensures each message is delivered in order. Unreliable mode sends messages immediately with no delivery guarantee.[385]

- **Bluetooth (Core Bluetooth)**, Apple's framework that provides a simplified developer API to implement Bluetooth functionality in apps. Core Bluetooth adds Apple-specific technologies to complement Bluetooth functionality, including requiring user consent before providing any Bluetooth access, managing the connection lifecycle, and automatically upgrading connections to build on Bluetooth capabilities (like faster data rates and extended advertising) when the connected hardware supports them, without requiring any additional developer effort.[386]

  - **Accessory Setup Kit**, a framework that enables users to discover and pair Bluetooth/Wi-Fi accessories directly in an app. Using this framework, a developer can obtain all necessary methods of communication with an accessory using one setup flow.[387]

---

[381] *Nearby Networking with Multipeer Connectivity*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/708/ (2026).

[382] *Nearby Networking with Multipeer Connectivity*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/708/ (2026).

[383] *Nearby Networking with Multipeer Connectivity*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/708/ (2026).

[384] *Apple Wireless Direct Link*, The Apple Wiki, https://theapplewiki.com/wiki/Apple_Wireless_Direct_Link (2026); *Apple Support, About the security content of iOS 13.1 and iPadOS 13.1*, Apple, https://support.apple.com/en-us/103821 (2026).

[385] *Nearby Networking with Multipeer Connectivity*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/708/ (2026).

[386] *Apple Developer, Core Bluetooth*, Apple, https://developer.apple.com/documentation/CoreBluetooth (2026).

[387] *Apple Developer, Meet AccessorySetupKit*, Apple, https://developer.apple.com/videos/play/wwdc2024/10203/ (2026); *Apple Developer, Setting up and authorizing a Bluetooth accessory*, Apple, https://developer.apple.com/documentation/accessorysetupkit/setting-up-and-authorizing-a-bluetooth-accessory (2026).

145

- **Bluetooth caching** refers to Apple's proprietary implementation of technology that, after the first discovery, stores services, characteristics, and characteristic descriptors to reduce discovery latency and power on subsequent connections. Apple builds on standardized Bluetooth caching functionality by managing Apple's implementation entirely by iOS, persisting across app launches, and storing per-device data using the identifier that iOS assigns to each Bluetooth device. [388]

- **Bluetooth Auto Reconnection** refers to Apple's proprietary implementation of technology that builds on Bluetooth connection establishment procedures by, after a peripheral device connects, enabling the system to initiate a connection to the peer device automatically when the link drops without the app needing to run or issue an explicit connect request.[389]

- **Bluetooth peripheral state preservation and restoration**, a Core Bluetooth technology that goes beyond standardized Bluetooth functionality by preserving the state of the app's central or peripheral manager — including pending connection requests, connected peripherals, subscribed characteristics, and discovered services — if iOS terminates an app due to memory pressure, and continuing to monitor Bluetooth events on the app's behalf.[390]

- **Retrieve connected peripherals** returns a list of the peripherals connected to the system whose services match a given set of criteria.[391]

- **Bluetooth background execution modes**, an iOS platform technology that continues scanning and connecting to BLE peripherals and processing data transfers while running in the background.[392]

- **AirPlay picker**, a user interface element that displays all of the nearby AirPlay devices that can receive and play back media (AVRoutePickerView); it also displays discovered third-party devices and protocols in the same system menu.[393]

---

[388] *Core Bluetooth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/703/ (2026).

[389] *Core Bluetooth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/703/ (2026); *Apple Developer, CBConnectPeripheralOptionEnableAutoReconnect*, Apple, https://developer.apple.com/documentation/corebluetooth/cbconnectperipheraloptionenableautoreconnect (2026).

[390] *What's New in Core Bluetooth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/712/ (2026); *Apple Developer, CBCentralManagerRestoredStatePeripheralsKey*, Apple, https://developer.apple.com/documentation/corebluetooth/cbcentralmanagerrestoredstateperipheralskey (2026).

[391] *What's New in Core Bluetooth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/712/ (2026); *Apple Developer, retrieveConnectedPeripherals(withServices:)*, Apple, https://developer.apple.com/documentation/corebluetooth/cbcentralmanager/retrieveconnectedperipherals(withservices:) (2026).

[392] *Core Bluetooth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/703/ (2026); *Apple Developer, Core Bluetooth Background Processing for iOS Apps*, Apple, https://developer.apple.com/library/archive/documentation/NetworkingInternetWeb/Conceptual/CoreBluetooth_concepts/CoreBluetoothBackgroundProcessingForIOSApps/PerformingTasksWhileYourAppIsInTheBackground.html#//apple_ref/doc/uid/TP40013257-CH7-SW1 (2026).

[393] *Apple Developer, DeviceDiscoveryExtension*, Apple, https://developer.apple.com/documentation/devicediscoveryextension (2026); *Apple Developer,*

146

- **Discover iOS and iPadOS devices**, a capability that surfaces available iPhones and iPads on the local network.[394]

- **Discover third-party media receivers (DeviceDiscoveryExtension)**, the framework that allows apps to discover and stream media to non-AirPlay devices on the local network or over Bluetooth without requiring the app to have broad local network or Bluetooth permissions.[395]

321.    Apple's Connectivity tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies provide the infrastructure necessary for a developer's app to discover, communicate, and connect with nearby devices, which allows apps to use and seamlessly integrate with nearby devices, and create better more enjoyable immersive experiences for users.

322.    Apple's Connectivity tools and technologies allow developers to create user-friendly procedures for setting up a Bluetooth or Wi-Fi accessory using a pairing dialog instead of requiring users to go to their Settings app.[396] Multipeer Connectivity, nearby-device discovery, browser view controllers, service advertisers, and automatic interface selection (Bluetooth, infrastructure Wi-Fi, and peer-to-peer Wi-Fi) make it easy for users to find each other and join shared sessions such as games, collaborative tools, events, and classes.

323.    Underlying transport technologies such as AWDL, reliable/unreliable data modes, performance modes, and on-demand performance reports help developers deliver higher-quality

---

*AVRoutePickerView*, Apple, https://developer.apple.com/documentation/AVKit/AVRoutePickerView (2026); *Apple Developer, Tune up your AirPlay audio experience*, Apple, https://developer.apple.com/videos/play/wwdc2023/10238/ (2026); *Apple Developer, AVRoutePickerView*, Apple, https://developer.apple.com/documentation/AVKit/AVRoutePickerView (2026).

[394] *Apple Developer, DeviceDiscoveryUI*, Apple, https://developer.apple.com/documentation/DeviceDiscoveryUI (2026).

[395] *Apple Developer, DeviceDiscoveryExtension*, Apple, https://developer.apple.com/documentation/devicediscoveryextension (2026).

[396] *Apple Developer, Meet AccessorySetupKit*, Apple, https://developer.apple.com/videos/play/wwdc2024/10203/ (2026).

services. AWDL and real-time modes support low-latency, high-throughput interactions for live multi-user experiences, while bulk modes and reliable delivery help ensure smooth transfer of large or important data (such as high-quality media or synchronized content) that users access. Performance metrics let developers detect poor link quality and adapt behavior or guide users, which improves perceived reliability and supports higher-value feel, especially in professional or enterprise contexts.

324. Apple's proprietary implementation of Bluetooth and its associated technologies—Core Bluetooth, accessory picker, caching, auto reconnection, state preservation and restoration, retrieve-connected-peripherals, and background execution—enable developers to build apps around persistent and seamless interactions with wireless devices. By reducing friction in discovery and pairing, and by maintaining stable connections across app restarts, background operation, and network changes, these technologies support offerings that depend on continuous or recurring device connectivity (for example, health monitoring, industrial telemetry, media control, or specialized professional tools). Reliable background operation and automatic reconnection are valuable where users expect ongoing monitoring, alerts, or automation.

325. AirPlay and media receiver discovery technologies allow developers to offer enhanced large-screen and multi-speaker experiences for audio, video, games, fitness, and education content. The AirPlay picker, unified route menus, and discovery of Apple TVs, HomePods, Macs, and third-party AirPlay receivers make it easy for users to stream paid content to TVs, speakers, and other endpoints, significantly increasing the perceived value of the app. Developers can support different target audiences based on device support and multi-device participation, including household, classroom, venue, or enterprise deployments where multiple displays and receivers are involved.

326.    Taken together, these connectivity technologies enable rich, high-quality, and low-friction experiences. They allow developers to: (1) reserve advanced multi-user and multi-device capabilities for paying users; (2) support always-on or long-running services that justify recurring revenue; (3) deliver premium reliability and performance expected for professional or enterprise offerings; and (4) scale across a wide range of devices and environments, making paid plans more attractive to individual users, groups, and organizations.

### 1.    Patents

327.    Using the methodology in Section VII, I identified an exemplary set of 233 U.S. patent assets, including 190 patents and 43 published patent applications relating to Connectivity technologies, that are identified in **Appendix C**.

328.    Due to the number of search terms and exclusions required for this technology rubric, I identified these patents using the following three search strings:

| Aspects | Search String |
|---|---|
| Device Pairing | (Apple.as. OR Apple.AANM.) and "method".clms. and ((((discover SAME (nearby or proximity)).spec. and ("wi-fi direct" or "Apple Wireless Direct Link" or AWDL or peer-to-peer or p2p).spec. and (bluetooth OR BLE OR "bluetooth low energy").spec. not ("sidelink").spec.) or (discover.spec. and((brows* adj3 controller) or (((brows* OR "user interface" or UI or display)) SAME nearby) or (brows* near3 "service")).spec. and (("wi-fi direct" or "Apple Wireless Direct Link" or AWDL or peer-to-peer or p2p OR bluetooth OR BLE OR "bluetooth low energy").bsum.)) or ((service near3 advertis*)and (discover* near3 nearby) and (("wi-fi direct" or "Apple Wireless Direct Link" or AWDL or peer-to-peer or p2p or bluetooth OR BLE OR "bluetooth low energy").spec.)) or ((discover*).spec. and (((accessory SAME setup) same pair) same user).spec. and(accessory same ("user interface" or UI OR display )).spec. and (("wi-fi" or wifi) with (bluetooth OR BLE OR "bluetooth low energy")).spec.) or ((discover*).spec. and ((cache or caching or store or storing).spec. same(bluetooth OR BLE OR "bluetooth low energy").spec.) and((reduc* |

149

| | |
|---|---|
| | near3(latency or delay)).spec. same connect*.spec.)) or ((nearby with device .spec.) and(((("user interface" or UI OR display ) same list ).spec.) same (stream* same ((video or audio) or media)).spec.) and ((list with devices).spec.)) or (((discover with devices*)same (local with network)).spec. AND ((("user interface" OR UI or display) with devices*)same select*).spec.) ) |
| Device Pairing | (Apple.as. OR Apple.AANM.) and "method".clms. and (((discover* same nearby).spec.) same ((playback or stream).spec same ((video or audio) or media)).spec.) and (("wi-fi" or wifi).spec. or (bluetooth OR BLE OR "bluetooth low energy").spec.) |
| Connection Establishment and Performance Optimization | (Apple.as. OR Apple.AANM.) and "method".clms. and ((((("wi-fi direct" or "Apple Wireless Direct Link" or AWDL or peer-to-peer or p2p) same(bluetooth OR BLE OR "bluetooth low energy").bsum.) and ((coexistence or multiple or different) same (wireless with (technologies or interfaces)).spec.)) or (((different near3 interface) WITH wireless).spec. AND (indirect WITH (peer-to-peer or p2p)).spec.) or ((peer-to-peer or p2p) with ("Apple Wireless Direct Link" or "AWDL")) or (( reconnect* with (automatic* or (without with repeat*) ))and(((link or connection) with(loss or lost or drop* or disconnect*))) and ("bluetooth".bsum. or bluetooth.clms. or bluetooth.ab.)) or ((profile.spec.) same (((BLE or BTLE OR "bluetooth low energy").spec.) same ("Bluetooth Classic" or "BR/EDR" OR "BTC").spec.)) or ((restor* same (identifier or "ID")) same(bluetooth or BLE or "bluetooth low energy" or BTL )) or (bluetooth OR BLE OR "bluetooth low energy").spec. and ((( list with retriev*)SAme(peripheral OR accessory))).spec. or (((background with ((scan or connect)or execut*)) same (bluetooth or BLE or "bluetooth low energy" or BTLE).spec.) not iBeacon*.spec.) or ((( (mode) with ("wi-fi" or wifi)) same (data or packet*)) same performance) and ((wi-fi or wifi)with ("peer-to-peer") or p2p) or ((performance with metric* ) same3 (("peer-to-peer" or p2p) with ("wifi" or "wi-fi"))) or ((reliable or unreliable) with mode ) same3("peer-to-peer" or p2p )) |

329.    I developed these search strings by first looking for terms relating to Connectivity technologies also found in Apple's Connectivity developer documents and WWDC videos, such

as "discover*," "nearby," "Wi-Fi," "Bluetooth," "Apple Wireless Direct Link," and "peer-to-peer."[397] I included these terms, and other related terms, as search terms in this string.

330.    Through an iterative process of spot checking the results and honing the search strings, I modified the search strings to exclude terms that seemed to bring in patents that did not fit as well into the Connectivity technology rubric. For example, I added exclusions for terms relating to "sidelink" and "iBeacon*."

331.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Connectivity tools and technologies.

## 2.    Copyrights

332.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Connectivity technologies.

333.    First, Apple's Connectivity tools and technologies provide developers with Frameworks and APIs, including Multipeer Connectivity, Core Bluetooth, AccessorySetupKit, DeviceDiscoveryExtension, AVRoutePickerView, DeviceDiscoveryUI, WAPerformanceReport, WAPerformanceMode, and many related APIs.[398]  Apple's Connectivity APIs are at the center of everything a developer does related to Connectivity.

---

[397] *Apple Developer, Multipeer Connectivity*, Apple, https://developer.apple.com/documentation/multipeerconnectivity/ (2026) ("Support **peer-to-peer** connectivity and the **discovery** of **nearby** devices," "the framework uses infrastructure **Wi-Fi** networks, peer-to-peer Wi-Fi, and **Bluetooth**"); *Apple Wireless Direct Link*, The Apple Wiki, https://theapplewiki.com/wiki/Apple_Wireless_Direct_Link (2026) ("**Apple Wireless Direct Link** is a proprietary peer-to-peer wireless protocol based on Wi-Fi.").

[398] *Apple Developer, Multipeer Connectivity*, Apple, https://developer.apple.com/documentation/multipeerconnectivity/ (2026); *Apple Developer, Core Bluetooth*, Apple, https://developer.apple.com/documentation/CoreBluetooth (2026); *Apple Developer, AccessorySetupKit*, Apple, https://developer.apple.com/documentation/accessorysetupkit (2026); *Apple Developer, DeviceDiscoveryExtension*, Apple, https://developer.apple.com/documentation/devicediscoveryextension (2026); *Apple Developer, AVRoutePickerView*, Apple, https://developer.apple.com/documentation/AVKit/AVRoutePickerView (2026); *Apple Developer, DeviceDiscoveryUI*, Apple, https://developer.apple.com/documentation/DeviceDiscoveryUI (2026); *Apple Developer, WAPerformanceReport*, Apple,

334.    When developers use Connectivity APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

335.    Apple's APIs related to Connectivity help developers use all aspects of Apple's Connectivity tools and technologies to enable communication with nearby devices. For example, Apple provides information regarding its APIs that relate to streaming media to a third-party device that a user selects in a system menu, including instructions about how to use the APIs.[399] As shown below, developers can use Apple's expansive Connectivity tools and technologies enabled by its APIs, which connect users, apps, systems, and third-party devices.

---

https://developer.apple.com/documentation/wifiaware/waperformancereport (2026); *Apple Developer, WAPerformanceMode*, Apple, https://developer.apple.com/documentation/wifiaware/waperformancemode (2026).

[399] *Apple Developer, DeviceDiscoveryExtension*, Apple, https://developer.apple.com/documentation/devicediscoveryextension (2026).



Figure: DeviceDiscoveryExtension[400]

336.     Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Connectivity tools and technologies. Developers use these materials to better understand and implement Connectivity functionality, leading to higher consumer interest and engagement.[401] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[400] *Apple Developer, DeviceDiscoveryExtension*, Apple, https://developer.apple.com/documentation/devicediscoveryextension (2026).

[401] *Apple Developer, Multipeer Connectivity*, Apple, https://developer.apple.com/documentation/multipeerconnectivity/ (2026); N*early Networking with Multipeer Connectivity*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/708/ (2026); *Apple Developer, Core Bluetooth*, Apple, https://developer.apple.com/documentation/CoreBluetooth (2026); *Apple Developer, Meet AccessorySetupKit*, Apple, https://developer.apple.com/videos/play/wwdc2024/10203/ (2026); *Apple Developer, Setting up and authorizing a Bluetooth accessory*, Apple, https://developer.apple.com/documentation/accessorysetupkit/setting-up-and-authorizing-a-bluetooth-accessory (2026); *Core Bluetooth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/703/ (2026); *Apple Developer, CBConnectPeripheralOptionEnableAutoReconnect*, Apple, https://developer.apple.com/documentation/corebluetooth/cbconnectperipheraloptionenableautoreconnect (2026); *Apple Developer, What's New in Core Bluetooth*, Apple, https://developer.apple.com/videos/play/wwdc2019/901/ (2026); *Apple Developer, CBConnectPeripheralOptionEnableTransportBridgingKey*, Apple, https://developer.apple.com/documentation/corebluetooth/cbconnectperipheraloptionenabletransportbridgingkey (2026); *What's New in Core Bluetooth*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/712/ (2026); *Apple Developer, CBCentralManagerRestoredStatePeripheralsKey*, Apple, https://developer.apple.com/documentation/corebluetooth/cbcentralmanagerrestoredstateperipheralskey (2026); *Apple Developer, retrieveConnectedPeripherals(withServices:)*, Apple,

337.    Apple's developer documents and instructional videos help developers use all aspects of Apple's Connectivity tools and technologies to enable communication with nearby devices. For example, Apple's instructional videos assist developers in upgrading their app's AirPlay audio experience to be more robust and responsive.[402]

### 3.    Trade Secrets

338.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Connectivity technologies that, although secret, developers can leverage.

339. Apple's Connectivity tools and technologies provide developers with Frameworks and APIs, including Multipeer Connectivity, Core Bluetooth, AccessorySetupKit, DeviceDiscoveryExtension, AVRoutePickerView, DeviceDiscoveryUI, WAPerformanceReport, WAPerformanceMode, and many related APIs.[403] These APIs allow developers to perform

---

https://developer.apple.com/documentation/corebluetooth/cbcentralmanager/retrieveconnectedperipherals(withservices:) (2026); *Apple Developer, Core Bluetooth Background Processing for iOS Apps*, Apple, https://developer.apple.com/library/archive/documentation/NetworkingInternetWeb/Conceptual/CoreBluetooth_concepts/CoreBluetoothBackgroundProcessingForIOSApps/PerformingTasksWhileYourAppIsInTheBackground.html#//apple_ref/doc/uid/TP40013257-CH7-SW1 (2026); *Apple Developer, DeviceDiscoveryExtension*, Apple, https://developer.apple.com/documentation/devicediscoveryextension (2026); *Apple Developer, AVRoutePickerView*, Apple, https://developer.apple.com/documentation/AVKit/AVRoutePickerView (2026); *Apple Developer, Tune up your AirPlay audio experience*, Apple, https://developer.apple.com/videos/play/wwdc2023/10238/ (2026); *Apple Developer, DeviceDiscoveryUI*, Apple, https://developer.apple.com/documentation/DeviceDiscoveryUI (2026); *Apple Developer, Supercharge device connectivity with Wi-Fi Aware*, Apple, https://developer.apple.com/videos/play/wwdc2025/228/ (2026); *Apple Developer, WAPerformanceReport*, Apple, https://developer.apple.com/documentation/wifiaware/waperformancereport (2026); *Apple Developer, WAPerformanceMode*, Apple, https://developer.apple.com/documentation/wifiaware/waperformancemode (2026).

[402] *Apple Developer, Tune up your AirPlay audio experience*, Apple, https://developer.apple.com/videos/play/wwdc2023/10238/ (2026).

[403] *Apple Developer, Multipeer Connectivity*, Apple, https://developer.apple.com/documentation/multipeerconnectivity/ (2026); *Apple Developer, Core Bluetooth*, Apple, https://developer.apple.com/documentation/CoreBluetooth (2026); *Apple Developer, AccessorySetupKit*, Apple, https://developer.apple.com/documentation/accessorysetupkit (2026); *Apple Developer, DeviceDiscoveryExtension*, Apple, https://developer.apple.com/documentation/devicediscoveryextension (2026); *Apple Developer, AVRoutePickerView*, Apple, https://developer.apple.com/documentation/AVKit/AVRoutePickerView (2026); *Apple Developer, DeviceDiscoveryUI*, Apple, https://developer.apple.com/documentation/DeviceDiscoveryUI (2026); *Apple Developer, WAPerformanceReport*, Apple, https://developer.apple.com/documentation/wifiaware/waperformancereport (2026); *Apple Developer, WAPerformanceMode*, Apple, https://developer.apple.com/documentation/wifiaware/waperformancemode (2026).

complex Connectivity tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Connectivity API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

340. While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Connectivity tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Connectivity APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

## N.    Apple Intelligence and Machine Learning

341.    Apple Intelligence and Machine Learning together comprise a valuable category of tools and technologies that relate to integrating Apple's artificial intelligence systems directly into iPhones and iPads. These tools and technologies let developers build intelligent components into their apps—from recognizing images, faces, and text to understanding natural language and training custom models. The Apple Intelligence and Machine Learning tools and technologies also unlock system-wide capabilities for developers such as writing assistance (rewriting, proofreading, and summarizing), image generation, custom emoji creation, Siri enhancements such as on-screen awareness, visual intelligence for photos and screenshots, real-time translation, and direct access to on-device language models.

342.    Below is a non-exhaustive list of Apple Intelligence and Machine Learning tools and technologies:[404]

- **Core Machine Learning**, a framework that allows for integrating ML models into an app.[405]

- **Vision framework**, a framework that provides developers with face tracking, face detection, face landmark detection (e.g., nose, eyes, chin etc.), text detection, rectangle detection, barcode detection, object tracking, and image registration capabilities.[406]

- **Natural Language framework**, which provides developers with language identification, tokenization, lemmatization, "part of speech," and named entity recognition capabilities.[407]

- **Machine Learning Model Converter**, allows developers to take models they've built with popular third-party tools and execute them on-device.[408]

- **Quantization**, a compression technique available in Core ML Tools that allows developers to reduce model size while still maintaining the same functionality.[409]

- **Flexible Shapes and Sizes**, allows developers to reduce their app size while still maintaining the same functionality by reducing the number of models required.[410]

- **On-device Model Personalization** can personalize models for users on-device, offering tailored experiences while maintaining privacy.[411]

---

[404] The Apple Intelligence and Machine Learning tools and technologies discussed herein refer to those available in the released OS/SKD as of this report. In addition, Apple recently announced tools and technologies that would fall within this technology rubric that will be available later in 2026. *See Apple accelerates app development with new intelligence frameworks and advanced tools*, Apple, https://www.apple.com/newsroom/2026/06/apple-aids-app-development-with-new-intelligence-frameworks-and-advanced-tools/ (2026).

[405] *Apple Developer, Core ML*, Apple, https://developer.apple.com/documentation/coreml (2026).

[406] *Apple Developer, Core ML 3 Framework*, Apple, https://developer.apple.com/videos/play/wwdc2019/704/ (2026); *Apple Developer, Explore machine learning on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2024/10223/ (2026); *Apple Developer, Vision*, Apple, https://developer.apple.com/documentation/Vision (2026).

[407] *Apple Developer, Core ML 3 Framework*, Apple, https://developer.apple.com/videos/play/wwdc2019/704/ (2026).

[408] *Apple Developer, Deploy machine learning and AI models on-device with Core ML*, Apple, https://developer.apple.com/videos/play/wwdc2024/10161/ (2026).

[409] *Apple Developer, Use Core ML Tools for machine learning model compression*, Apple, https://developer.apple.com/videos/play/wwdc2023/10047/ (2026).

[410] *Apple Developer, Use Core ML Tools for machine learning model compression*, Apple, https://developer.apple.com/videos/play/wwdc2023/10047/ (2026).

[411] *Apple Developer, Core ML 3 Framework*, Apple, https://developer.apple.com/videos/play/wwdc2019/704/ (2026).

- **MLModel** contains all the details of a developer's ML model.[412]

- **Data Input/Output & Representation**, technologies that handle how data flows into, out of, or is held within a model, as discussed further below.

  - **MLFeatureValue** provides a generic wrapper around an underlying value and the value's type.[413]

  - **MLFeatureProvider** provides an interface that represents a collection of values for either a model's input or output.[414]

  - **MLDictionaryFeatureProvider** provides a convenience wrapper for the given dictionary of data.[415]

  - **MLBatchProvider** provides an interface representing a collection of technology providers.[416]

  - **MLArrayBatchProvider** provides a convenience wrapper for batches of technology providers.[417]

  - **MLState** provides a handle to the state buffers.[418]

  - **MLStateConstraint** provides a constraint of a state technology value.[419]

---

[412] *Apple Developer, Optimize your Core ML usage*, Apple, https://developer.apple.com/videos/play/wwdc2022/10027/ (2026).

[413] *Apple Developer, MLFeatureValue*, Apple, https://developer.apple.com/documentation/coreml/mlfeaturevalue (2026).

[414] *Apple Developer, Optimize your Core ML usage*, Apple, https://developer.apple.com/videos/play/wwdc2022/10027/ (2026); *Apple Developer, MLFeatureProvider*, Apple, https://developer.apple.com/documentation/coreml/mlfeatureprovider (2026).

[415] *Apple Developer, MLDictionaryFeatureProvider*, Apple, https://developer.apple.com/documentation/coreml/mldictionaryfeatureprovider (2026).

[416] *Apple Developer, MLBatchProvider*, Apple, https://developer.apple.com/documentation/coreml/mlbatchprovider (2026).

[417] *Apple Developer, Tune your Core ML models*, Apple, https://developer.apple.com/videos/play/wwdc2021/10038/ (2026).

[418] *Apple Developer, MLState*, Apple, https://developer.apple.com/documentation/coreml/mlstate (2026).

[419] *Apple Developer, MLStateConstraint*, Apple, https://developer.apple.com/documentation/coreml/mlstateconstraint (2026).

- **MLTensor** provides a multi-dimensional array of numerical or Boolean scalars tailored to ML use cases, containing methods to perform transformations and mathematical operations efficiently using a ML compute device.[420]

- **Compute Devices & Execution**, technologies that deal with where and how a model executes, including which hardware to use, the plan for distributing work, and policies governing device selection, as discussed further below.

  - **MLComputeDevice** computes devices for framework operations.[421]

  - **MLNeuralEngineComputeDevice** provides an object that represents a Neural Engine compute device.[422]

  - **MLComputeDeviceProtocol** provides an interface representing a compute device type.[423]

  - **MLComputePlan** provides a class representing the compute plan of a model.[424]

  - **MLComputePolicy** provides the compute policy determining what compute device, or compute devices, to execute ML workloads on.[425]

- **Model Structure & Error Handling**, technologies that deal with the model itself, including structure, and the errors it can produce, as discussed further below.

  - **MLModelAsset** provides an abstraction of a compiled Core ML model asset.[426]

  - **MLModelStructure** provides an enumeration representing the structure of a model.[427]

---

[420] *Apple Developer, Tune your Core ML models*, Apple, https://developer.apple.com/videos/play/wwdc2021/10038/ (2026); *Apple Developer, Combine Metal 4 machine learning and graphics*, Apple, https://developer.apple.com/videos/play/wwdc2025/262/ (2026).

[421] *Apple Developer, MLComputeDevice*, Apple, https://developer.apple.com/documentation/coreml/mlcomputedevice (2026).

[422] *Apple Developer, MLNeuralEngineComputeDevice*, Apple, https://developer.apple.com/documentation/coreml/mlneuralenginecomputedevice (2026).

[423] *Apple Developer, MLComputeDeviceProtocol*, Apple, https://developer.apple.com/documentation/coreml/mlcomputedeviceprotocol (2026).

[424] *Apple Developer, MLComputePlan*, Apple, https://developer.apple.com/documentation/coreml/mlcomputeplan-1w21n (2026).

[425] *Apple Developer, MLComputePolicy*, Apple, https://developer.apple.com/documentation/coreml/mlcomputepolicy (2026).

[426] *Apple Developer, MLModelAsset*, Apple, https://developer.apple.com/documentation/coreml/mlmodelasset (2026).

[427] *Apple Developer, MLModelStructure*, Apple, https://developer.apple.com/documentation/coreml/mlmodelstructure-swift.enum (2026).

- **MLModelError** provides information about a Core ML model error.[428]

- **MLModelError.Code** provides information about a Core ML model error.[429]

- **MLModelErrorDomain** provides the domain for Core ML errors.

- **Create ML**, a framework that allows developers to train their ML models including to select from given model types (including image, video, spatial, sound, and text models) and add data and parameters to start training them; visualize and inspect their data to identify issues such as wrongly labelled images, misplaced object annotations; train multiple models using different datasets in a single project; pause, save, resume, and extend their training process.[430]

- **Image, Text, and Sound Classifying** includes models developers train to classify images,[431] styles,[432] text,[433] and sound.[434]

- **MLDataTable**, a table of data for training or evaluating a ML model.[435]

- **MLClassifierMetrics** provides metrics used to evaluate a classifier's performance.[436]

- **MLRegressorMetrics** provides metrics used to evaluate a regressor's performance.[437]

---

[428] *Apple Developer, Combine Metal 4 machine learning and graphics*, Apple, https://developer.apple.com/videos/play/wwdc2025/262/ (2026).

[429] *Apple Developer, Combine Metal 4 machine learning and graphics*, Apple, https://developer.apple.com/videos/play/wwdc2025/262/ (2026).

[430] *Apple Developer, Build dynamic iOS apps with the Create ML framework*, Apple, https://developer.apple.com/videos/play/wwdc2021/10037/ (2026); *Apple Developer, Combine Metal 4 machine learning and graphics*, Apple, https://developer.apple.com/videos/play/wwdc2025/262/ (2026); *Apple Developer, Create ML*, Apple, https://developer.apple.com/documentation/createml/ (2026); *Apple Developer, Introducing the Create ML App*, Apple, https://developer.apple.com/videos/play/wwdc2019/430/ (2026); *Apple Developer, What's new in Create ML*, Apple, https://developer.apple.com/videos/play/wwdc2024/10183/ (2026); *Apple Developer, What's new in Create ML*, Apple, https://developer.apple.com/videos/play/wwdc2022/110332/ (2026).

[431] *Apple Developer, Build dynamic iOS apps with the Create ML framework*, Apple, https://developer.apple.com/videos/play/wwdc2021/10037/ (2026).

[432] *Apple Developer, MLStyleTransfer*, Apple, https://developer.apple.com/documentation/createml/mlstyletransfer (2026).

[433] *Apple Developer, Build dynamic iOS apps with the Create ML framework*, Apple, https://developer.apple.com/videos/play/wwdc2021/10037/ (2026).

[434] *Apple Developer, Build dynamic iOS apps with the Create ML framework*, Apple, https://developer.apple.com/videos/play/wwdc2021/10037/ (2026).

[435] *Apple Developer, MLDataTable*, Apple, https://developer.apple.com/documentation/createml/mldatatable (2026).

[436] *Apple Developer, Optimize your Core ML usage*, Apple, https://developer.apple.com/videos/play/wwdc2022/10027/ (2026); *Apple Developer, Build dynamic iOS apps with the Create ML framework*, Apple, https://developer.apple.com/videos/play/wwdc2021/10037/ (2026).

[437] *Apple Developer, Optimize your Core ML usage*, Apple, https://developer.apple.com/videos/play/wwdc2022/10027/ (2026); *Apple Developer, Build dynamic iOS apps with the Create ML framework*, Apple, https://developer.apple.com/videos/play/wwdc2021/10037/ (2026).

- **MLJob**, a representation of a model's asynchronous training session developers use to monitor the session's progress or terminate its execution.[438]

- **MLTrainingSession and MLTrainingSessionParameters** provides the configuration settings and current state of a model's training session.[439]

- **MLCheckpoint** provides the state of a model's asynchronous training session at a specific point in time during the technology extraction or training phase.[440]

- **MLCreateError** provides the errors Create ML throws while performing various operations, such as training models, making predictions, writing models to a file system, and so on.[441]

- **MLModelMetadata** provides information about a model stored in a Core ML model file.[442]

- **MLSplitStrategy** provides data partitioning approaches, typically for creating a validation dataset from a training dataset.[443]

- **Create ML Components** allow developers to create more customizable ML models in apps.[444]

- **Writing Tools**, a set of technologies discussed further below that can rewrite, proofread, summarize, reply, and compose messages.[445]

  - **Rewrite** gives users different versions of what they've written so they can choose the one they like best; also lets users change the tone of what they've written from pre-defined

---

[438] *Apple Developer, Improve Core ML integration with async prediction*, Apple, https://developer.apple.com/videos/play/wwdc2023/10049/ (2026).

[439] *Apple Developer, Improve Core ML integration with async prediction*, Apple, https://developer.apple.com/videos/play/wwdc2023/10049/ (2026); *Apple Developer, MLTrainingSessionParameters*, Apple, https://developer.apple.com/documentation/createml/mltrainingsessionparameters (2026).

[440] *Apple Developer, Improve Core ML integration with async prediction*, Apple, https://developer.apple.com/videos/play/wwdc2023/10049/ (2026).

[441] *Apple Developer, MLCreateError*, Apple, https://developer.apple.com/documentation/createml/mlcreateerror (2026).

[442] *Apple Developer, MLModelMetadata*, Apple, https://developer.apple.com/documentation/createml/mlmodelmetadata (2026).

[443] *Apple Developer, MLSplitStrategy*, Apple, https://developer.apple.com/documentation/createml/mlsplitstrategy (2026).

[444] *Apple Developer, Create ML*, Apple, https://developer.apple.com/documentation/createml/ (2026).

[445] *Apple Developer, Discover machine learning & AI frameworks on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2025/360/ (2026); *Apple Developer, Explore machine learning on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2024/10223/ (2026).

tones (friendly, professional, or concise) or describe (in natural language) how they want something re-written.[446]

- **Proofread** reviews grammar, word choice, and sentence structure and gives suggestions of changes with explanations.[447]

- **Summarize** identifies key points from text and allows users to add the summary at the top of an email, for example.[448]

- **Smart Reply** suggests replies based on contents of an email, text, etc.[449]

- **Priority Messages** highlights high-priority messages or notifications based on content.[450]

- **Image Playground** lets users create custom images by choosing themes, costumes, accessories, places, and similar elements. This technology can be built into apps and is available via the Image Playground API.[451]

- **ImagePlaygroundConcept** includes text elements specifying content to include in an image.[452]

- **ImagePlaygroundStyle** provides style options that determine the appearance of generated images.[453]

---

[446] *Apple Developer, Get started with Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2024/10168/ (2026); *Apple Developer, Dive deeper into Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2025/265/ (2026).

[447] *Apple Developer, Get started with Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2024/10168/ (2026); *Apple Developer, Dive deeper into Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2025/265/ (2026).

[448] *Apple Developer, Get started with Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2024/10168/ (2026); *Apple Developer, Dive deeper into Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2025/265/ (2026).

[449] *Apple Developer, Get started with Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2024/10168/ (2026); *Apple Developer, Dive deeper into Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2025/265/ (2026).

[450] *Apple Developer, isPriority*, Apple, https://developer.apple.com/documentation/corespotlight/cssearchableitemattributeset/ispriority (2026).

[451] *Apple Developer, Discover machine learning & AI frameworks on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2025/360/ (2026); *Apple Developer, Explore machine learning on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2024/10223/ (2026); *Apple Developer, Image Playground*, Apple, https://developer.apple.com/documentation/ImagePlayground (2026).

[452] *Apple Developer, ImagePlaygroundConcept*, Apple, https://developer.apple.com/documentation/imageplayground/imageplaygroundconcept (2026).

[453] *Apple Developer, ImagePlaygroundStyle*, Apple, https://developer.apple.com/documentation/imageplayground/imageplaygroundstyle (2026).

161

- **Genmoji** allows users to create emojis using Apple Intelligence and Machine Learning.[454]

- **Siri enhancements**, a set of Apple Intelligence and Machine Learning-powered improvements to Siri. Using these technologies allows Apple Intelligence and Machine Learning to provide Siri with personal context.[455]

- **Natural Language Search** lets users use natural language to search in Photos, Videos, and Spotlight (e.g., to search for particular moments in middle of a video clip).[456]

- **Natural Language**, a framework that provides technologies that can analyze natural language text and deduce its language-specific metadata.[457]

  - **NLTokenizer** provides a tokenizer that segments natural language text into semantic units.[458]

  - **NLLanguageRecognizer** captures the language of a body of text.[459]

  - **NLLanguage** captures the languages that the Natural Language framework supports.[460]

  - **NLTagger** provides a tagger that analyzes natural language text.[461]

  - **NLEmbedding** provides a map of strings to vectors which locates neighboring, similar strings.[462]

  - **NLContextualEmbedding** provides a model that computes sequences of embedding vectors for natural language utterances.[463]

---

[454] *Apple Developer, Discover machine learning & AI frameworks on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2025/360/ (2026); *Apple Developer, Bring expression to your app with Genmoji*, Apple, https://developer.apple.com/videos/play/wwdc2024/10220/ (2026).

[455] *Apple Intelligence*, Apple, https://www.apple.com/apple-intelligence/ (2026).

[456] *Apple Developer, Natural Language*, Apple, https://developer.apple.com/documentation/NaturalLanguage (2026).

[457] *Apple Developer, Natural Language*, Apple, https://developer.apple.com/documentation/NaturalLanguage (2026).

[458] *Apple Developer, NLTokenizer*, Apple, https://developer.apple.com/documentation/naturallanguage/nltokenizer (2026).

[459] *Apple Developer, NLLanguageRecognizer*, Apple, https://developer.apple.com/documentation/naturallanguage/nllanguagerecognizer (2026).

[460] *Apple Developer, NLLanguage*, Apple, https://developer.apple.com/documentation/naturallanguage/nllanguage (2026).

[461] *Apple Developer, NLTagger*, Apple, https://developer.apple.com/documentation/naturallanguage/nltagger (2026).

[462] *Apple Developer, NLEmbedding*, Apple, https://developer.apple.com/documentation/naturallanguage/nlembedding (2026).

[463] *Apple Developer, NLContextualEmbedding*, Apple, https://developer.apple.com/documentation/naturallanguage/nlcontextualembedding (2026).

- **NLContextualEmbeddingKey** provides contextual embedding keys.[464]

- **NLScript** includes the writing scripts that the Natural Language framework supports.[465]

- **NLModel** provides a custom model trained to classify or tag natural language text.[466]

- **Visual Intelligence** allows developers to integrate their apps with and build on Apple Intelligence and Machine Learning to help users explore their surroundings and learn quickly about the places and things around them.[467]

- **SemanticContentDescriptor** refers to a technology that provides a type that represents a scene that visual intelligence captures, like a screenshot, photo, or photo and video stream.[468]

- **Foundation Models framework**, a framework that gives developers direct access to the on-device models that power Apple Intelligence and Machine Learning and perform tasks that specialize in language understanding, structured output, and tool calling. Developers can use the models to help develop apps and incorporate technologies such as summarize, understand text, refine or edit text, generate video game dialogue, and more.[469]

- **SystemLanguageModel**, the on-device LLM capable of text generation tasks.[470]

- **SystemLanguageModel.UseCase**, a type that represents the use case for prompting.[471]

- **LanguageModelSession**, an object representing a session interacting with a LM.[472]

---

[464] *Apple Developer, NLContextualEmbeddingKey*, Apple, https://developer.apple.com/documentation/naturallanguage/nlcontextualembeddingkey (2026).

[465] *Apple Developer, NLScript*, Apple, https://developer.apple.com/documentation/naturallanguage/nlscript (2026).

[466] *Apple Developer, NLModel*, Apple, https://developer.apple.com/documentation/naturallanguage/nlmodel (2026).

[467] *Apple Developer, Visual Intelligence*, Apple, https://developer.apple.com/documentation/VisualIntelligence (2026); *Apple Developer, Explore new advances in App Intents*, Apple, https://developer.apple.com/videos/play/wwdc2025/275/ (2026).

[468] *Apple Developer, SemanticContentDescriptor*, Apple, https://developer.apple.com/documentation/visualintelligence/semanticcontentdescriptor (2026).

[469] *Apple Developer, Foundation Models*, Apple, https://developer.apple.com/documentation/FoundationModels (2026); *Apple Developer, Deep dive into the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/301/ (2026); *Apple Developer, Code-along: Bring on-device AI to your app using the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/259/ (2026); *Apple Developer, Code along with the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/meet-with-apple/205/ (2026); *Apple Developer, Meet the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/286/ (2026).

[470] *Apple Developer, SystemLanguageModel*, Apple, https://developer.apple.com/documentation/foundationmodels/systemlanguagemodel (2026).

[471] *Apple Developer, SystemLanguageModel.UseCase*, Apple, https://developer.apple.com/documentation/foundationmodels/systemlanguagemodel/usecase (2026).

[472] *Apple Developer, LanguageModelSession*, Apple, https://developer.apple.com/documentation/foundationmodels/languagemodelsession (2026).

- **Instructions**, developer-supplied details that define a model's intended behavior on prompts.[473]

- **Transcript**, a linear history of entries that reflect an interaction with a session.[474]

- **GenerationOptions**, options that control how the model generates its response to a prompt.[475]

- **Protocol Tool**, a tool that a model calls to gather information at runtime or perform side effects.[476]

- **LanguageModelFeedback** is a technology that provides feedback appropriate for logging.[477]

- **Live Translation**, a technology where, using Apple Intelligence and Machine Learning, users can translate conversations in real-time. Developers can implement these technologies in their apps using the Live Translation API.[478]

343.    Apple's Apple Intelligence and Machine Learning tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies increase monetization by allowing developers to integrate generative, engaging, and time-saving artificial intelligence technologies into their apps without needing to invest the time and effort to build these technologies from the ground up. For example, Babbel and Hinge offer

---

[473] *Apple Developer, Instructions*, Apple, https://developer.apple.com/documentation/foundationmodels/instructions (2026).

[474] *Apple Developer, Transcript*, Apple, https://developer.apple.com/documentation/foundationmodels/transcript (2026).

[475] *Apple Developer, GenerationOptions*, Apple, https://developer.apple.com/documentation/foundationmodels/generationoptions (2026).

[476] *Apple Developer, Tool*, Apple, https://developer.apple.com/documentation/foundationmodels/tool (2026).

[477] *Apple Developer, LanguageModelFeedback*, Apple, https://developer.apple.com/documentation/foundationmodels/languagemodelfeedback (2026).

[478] *Apple Developer, Explore machine learning on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2024/10223/ (2026); *Apple Developer, Translation*, Apple, https://developer.apple.com/documentation/translation/ (2026).

linked-out purchases[479] and appear to use these tools and technologies.[480] As another example, many of LinkedIn's AI-powered features are available only through its Premium subscription, which users can subscribe to through a linked-out purchase.[481] Developer-based research indicates that "[i]f you're aiming to increase earnings from your software on Apple devices . . . apps implementing [ML] for user behavior prediction see a revenue boost of up to 30% within six months."[482]

344. Apple's Apple Intelligence and Machine Learning tools allow developers to build apps that users rely on for high-value, personalized workflows. Core ML, Vision, Natural Language, and associated infrastructure let developers create fast, reliable on-device intelligence. Developers use Create ML, Create ML Components, and related training tools to train, evaluate, and iterate on models that power premium technologies such as advanced classification, personalization, and domain-specific automation. Model converter tools, quantization, flexible

---

[479] *Pricing*, Babbel, https://support.babbel.com/hc/en-us/articles/19650417983378-Pricing (2026) ("The cost of a Babbel subscription can vary depending on several factors, including your location, the duration and type of your subscription, and whether you purchase directly through Babbel, partner websites, Google, or Apple."); *Subscribing to Hinge+ or HingeX*, Hinge, https://help.hinge.co/hc/en-us/articles/36311070196243-Subscribing-to-Hinge-or-HingeX (2026) (offering subscription through Hinge payment (powered by Stripe) instead of subscribing with App Store through IAP); **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps).

[480] *Babbel*, Babbel, https://www.babbel.com/ (2026) (offering "practice conversations with an AI partner"); *AI Principles*, Hinge, https://hinge.co/ai-principles (2026) (explaining how Hinge uses AI, including by "suggesting people based on the preferences each dater sets in the app (such as age, distance, family plans and more), who you are likely to like, and who is likely to like you back – all based on your previous interactions and the information you provide us.").

[481] **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *LinkedIn Introduces New AI-Powered Premium Experience*, LinkedIn, https://news.linkedin.com/2023/november/linkedIn-introduces-new-aI-powered-premium-experience (Nov. 1, 2023) (indicating that LinkedIn's Premium subscription includes AI-powered features); *Introduction to LinkedIn Premium*, LinkedIn Help, https://www.linkedin.com/help/linkedin/answer/a7474393 (2026) (same).

[482] *Future Trends in iOS App Monetization – How AI and ML Are Shaping Revenue Strategies*, MoldStud, https://moldstud.com/articles/p-future-trends-in-ios-app-monetization-how-ai-and-ml-are-shaping-revenue-strategies (2026).

shapes, and on-device model personalization reduce footprint and latency so these advanced capabilities are practical to include in apps.

345.    Writing Tools (Rewrite, Proofread, Summarize, Smart Reply) and Siri integration allow developers to embed sophisticated language assistance directly into workflows like drafting messages, documents, or structured content. Developers configure these tools—using Instructions, SystemLanguageModel, SystemLanguageModel.UseCase, LanguageModelSession, Transcript, GenerationOptions, Tool, and LanguageModelFeedback—to provide task-specific assistance, such as guided drafting, automated summarization of long records, or smart response suggestions in collaboration or productivity apps. By controlling prompts, tools, and generation options, developers can align outputs with their product's tone, compliance needs, and technology tiers. Live Translation and the Natural Language framework enable real-time multilingual collaboration and content understanding, which can be packaged as advanced language or communication technologies.

346.    Visual Intelligence, the Foundation Models framework, and related APIs let developers build apps that understand context from images, scenes, and user content, then layer powerful assistance on top. Technologies like Image Playground, ImagePlaygroundViewController, ImagePlaygroundConcept, ImagePlaygroundStyle, Genmoji, Image Wand, Clean Up, and Natural Language Search allow developers to offer creative tooling, media enhancement, visual search, and contextual understanding in media, productivity, design, and communication apps. Recording Summaries, Priority Messages, and Siri enhancements allow developers to build app experiences that manage information overload—summarizing calls, organizing communications, and surfacing the most important content—making higher-end organizational or professional-grade tiers more attractive.

166

347.    Additionally, the Apple Intelligence and Machine Learning stack—on-device SystemLanguageModel, tool-calling, and Visual Intelligence—provides a consistent way to offer advanced technologies while maintaining user trust through privacy and performance.

### 1.    Patents

348.    Using the methodology in Section VII, I identified an exemplary set of 145 U.S. patent assets, including 108 patents and 37 published patent applications relating to Apple Intelligence and Machine Learning technologies, that are identified in **Appendix C**.

349.    I identified these patents using the following search string:

> ((method.CLM.) AND (model AND learning AND generate$ AND process$ AND access$ AND device AND interface) AND ("generat$".TI. OR assistant.TI. OR intelligent.TI. OR contextual.TI. OR summaries.TI. OR task.TI. OR privacy.TI. OR "neural network".TI. OR "machine learning".TI. OR reasoning.TI. OR determin$.TI. OR model.TI.) AND (Apple.AS. OR Apple.AANM.)) NOT (voice.TI. OR acoustic.TI. OR phonetic.TI. OR vocab$.TI. OR reading.TI. OR "automated assistant".TI. OR "speech recognition".TI. OR "digital assistant".TI. OR algorithm.TI. OR "intelligent assistant".TI. OR antenna OR location.TI. OR sensor.TI. OR "search assistant".TI. OR touch.TI. OR "augmented reality".TI. OR "text-to-speech".TI. OR speech.TI. OR hands.TI. OR "hands-free".TI. OR sound.TI. OR hear$.TI. OR language.TI. OR window.TI. OR power.TI. OR "virtual assistant".TI. OR fitness.AB. OR vehicle$.AB.)

350.    I developed this string by first looking for terms relating to Apple Intelligence and Machine Learning technologies also found in Apple's Apple Intelligence and Machine Learning developer documents and WWDC videos, such as "model," "machine," "learning," "generate$," and "intelligent."[483] I included these terms, and other related terms, as search terms in this string.

---

[483] *Apple Developer, Core ML*, Apple, https://developer.apple.com/documentation/coreml (2026) ("Use Core ML to integrate **machine learning models** into your app"); *Apple Intelligence*, Apple, https://www.apple.com/apple-intelligence/ (2026) ("Transform how you communicate using **intelligent** writing tools," "Apple **Intelligence**"); *Apple Developer, Image Playground*, Apple, https://developer.apple.com/documentation/ImagePlayground (2026) ("Present a system interface to **generate** images based on descriptive information").

351.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Apple Intelligence and Machine Learning technology rubric. For example, I added exclusions for terms relating to "voice," "acoustic," "phonetic," "automated assistant," "location," and "augmented reality."

352.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Apple Intelligence and Machine Learning tools and technologies.

### 2.    Copyrights

353.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Apple Intelligence and Machine Learning technologies.

354.    First, Apple's Apple Intelligence and Machine Learning tools and technologies provide developers with Frameworks and APIs, including Core ML, Create ML, Image Playground, Natural Language, Visual Intelligence, Foundation Models, Vision, and Translation.[484]   Apple's Apple Intelligence and Machine Learning APIs are at the center of everything a developer does related to Apple Intelligence and Machine Learning.

355.    When developers use Apple Intelligence and Machine Learning APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.

---

[484] *Apple Developer, Core ML*, Apple, https://developer.apple.com/documentation/coreml (2026); *Apple Developer, Create ML*, Apple, https://developer.apple.com/documentation/createml/ (2026); *Apple Developer, Image Playground*, Apple, https://developer.apple.com/documentation/ImagePlayground (2026); *Apple Developer, Natural Language*, Apple, https://developer.apple.com/documentation/NaturalLanguage (2026); *Apple Developer, Visual Intelligence*, Apple, https://developer.apple.com/documentation/VisualIntelligence (2026); *Apple Developer, Foundation Models*, Apple, https://developer.apple.com/documentation/FoundationModels (2026); *Apple Developer, Vision*, Apple, https://developer.apple.com/documentation/Vision (2026); *Apple Developer, Translation*, Apple, https://developer.apple.com/documentation/translation/ (2026).

While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

356.   Apple's APIs related to Apple Intelligence and Machine Learning help developers use all aspects of Apple's Apple Intelligence and Machine Learning tools and technologies to leverage Apple's artificial intelligence system and create advanced apps with AI-capable technologies. For example, Apple provides information regarding its APIs that relate to Foundation Models, including instructions about how to use the APIs to perform tasks such as "providing personalized search suggestions . . . generating an itinerary in a travel app . . . [and] create dialog on-the-fly for characters in a game."[485] As shown below, developers can take advantage of Apple's expansive Apple Intelligence and Machine Learning tools and technologies enabled by its APIs.

---

[485] *Apple Developer, Meet the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/286/ (2026); *Apple Developer, Foundation Models*, Apple, https://developer.apple.com/documentation/FoundationModels (2026).



Figure: Meet the Foundation Models framework[486]

357.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Apple Intelligence and Machine Learning tools and technologies. Developers use these materials to better understand and implement Apple Intelligence and Machine Learning functionality, leading to higher consumer interest and engagement.[487] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[486] *Apple Developer, Meet the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/286/ (2026).

[487] *See, e.g.*, *Apple Developer, Deploy machine learning and AI models on-device with Core ML*, Apple, https://developer.apple.com/videos/play/wwdc2024/10161/ (2026); *Apple Developer, Improve Core ML integration with async prediction*, Apple, https://developer.apple.com/videos/play/wwdc2023/10049/ (2026); *Apple Developer, Optimize your Core ML usage*, Apple, https://developer.apple.com/videos/play/wwdc2022/10027/ (2026); *Apple Developer, Use Core ML Tools for machine learning model compression*, Apple, https://developer.apple.com/videos/play/wwdc2023/10047/ (2026); *Apple Developer, Tune your Core ML models*, Apple, https://developer.apple.com/videos/play/wwdc2021/10038/ (2026); *Apple Developer, Discover machine learning & AI frameworks on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2025/360/ (2026); *Apple Developer, Combine Metal 4 machine learning and graphics*, Apple, https://developer.apple.com/videos/play/wwdc2025/262/ (2026); *Apple Developer, Core ML 3 Framework*, Apple, https://developer.apple.com/videos/play/wwdc2019/704/ (2026); *Apple Developer, Explore machine learning on Apple platforms*, Apple, https://developer.apple.com/videos/play/wwdc2024/10223/ (2026); *Apple Developer, Bring your machine learning and AI models to Apple silicon*, Apple,

358.     Apple's developer documents and instructional videos help developers use all aspects of Apple's Apple Intelligence and Machine Learning tools and technologies to leverage Apple's artificial intelligence system and create advanced apps with AI-capable technologies. For example, Apple's instructional videos assist developers in bringing writing tools to their apps to "help users proofread, rewrite, and transform text" in their apps, and obtain "details on how Writing Tools interact with [their] app so users can refine what they have written in any text view."[488]

### 3.    Trade Secrets

359.     Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Apple Intelligence and Machine Learning technologies that, although secret, developers can leverage.

---

https://developer.apple.com/videos/play/wwdc2024/10159/ (2026); *Apple Developer, Build dynamic iOS apps with the Create ML framework*, Apple, https://developer.apple.com/videos/play/wwdc2021/10037/ (2026); *Apple Developer, Core ML*, Apple, https://developer.apple.com/documentation/coreml (2026); *Apple Intelligence*, Apple, https://www.apple.com/apple-intelligence/ (2026); *Apple Developer, Keynote*, Apple, https://developer.apple.com/videos/play/wwdc2024/101/ (2026); *Apple Developer, Get started with Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2024/10168/ (2026); *Apple Developer, Dive deeper into Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2025/265/ (2026); *Apple Developer, Create ML*, Apple, https://developer.apple.com/documentation/createml/ (2026); *Apple Developer, Bring expression to your app with Genmoji*, Apple, https://developer.apple.com/videos/play/wwdc2024/10220/ (2026); *Apple Developer, Image Playground*, Apple, https://developer.apple.com/documentation/ImagePlayground (2026); *Apple Developer, Natural Language*, Apple, https://developer.apple.com/documentation/NaturalLanguage (2026); *Apple Developer, Visual Intelligence*, Apple, https://developer.apple.com/documentation/VisualIntelligence (2026); *Apple Developer, Foundation Models*, Apple, https://developer.apple.com/documentation/FoundationModels (2026); *Apple Developer, Deep dive into the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/301/ (2026); *Apple Developer, Code-along: Bring on-device AI to your app using the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/259/ (2026); *Apple Developer, Code along with the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/meet-with-apple/205/ (2026); *Apple Developer, Meet the Foundation Models framework*, Apple, https://developer.apple.com/videos/play/wwdc2025/286/ (2026); *Apple Developer, Introducing the Create ML App*, Apple, https://developer.apple.com/videos/play/wwdc2019/430/ (2026); *Apple Developer, What's new in Create ML*, Apple, https://developer.apple.com/videos/play/wwdc2024/10183/ (2026); *Apple Developer, What's new in Create ML*, Apple, https://developer.apple.com/videos/play/wwdc2022/110332/ (2026).

[488] *Apple Developer, Get started with Writing Tools*, Apple, https://developer.apple.com/videos/play/wwdc2024/10168/ (2026).

360.    Apple's Apple Intelligence and Machine Learning tools and technologies provide developers with Frameworks and APIs, including Core ML, Create ML, Image Playground, Natural Language, Visual Intelligence, Foundation Models, Vision, and Translation.[489] These APIs allow developers to perform complex Apple Intelligence and Machine Learning tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Apple Intelligence and Machine Learning API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

361.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Apple Intelligence and Machine Learning tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Apple Intelligence and Machine Learning APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### O.    HealthKit

362.    HealthKit is a valuable category of tools and technologies that relate to accessing and sharing health and fitness data. These tools and technologies let developers create apps that

---

[489] *Apple Developer, Core ML*, Apple, https://developer.apple.com/documentation/coreml (2026); *Apple Developer, Create ML*, Apple, https://developer.apple.com/documentation/createml/ (2026); *Apple Developer, Image Playground*, Apple, https://developer.apple.com/documentation/ImagePlayground (2026); *Apple Developer, Natural Language*, Apple, https://developer.apple.com/documentation/NaturalLanguage (2026); *Apple Developer, Visual Intelligence*, Apple, https://developer.apple.com/documentation/VisualIntelligence (2026); *Apple Developer, Foundation Models*, Apple, https://developer.apple.com/documentation/FoundationModels (2026); *Apple Developer, Vision*, Apple, https://developer.apple.com/documentation/Vision (2026); *Apple Developer, Translation*, Apple, https://developer.apple.com/documentation/translation/ (2026).

securely store, share, and access a user's health and fitness data in one central place. They allow developers to read and write information like workouts, route data, and health characteristics such as blood type—all with the user's permission. The HealthKit tools and technologies also support background updates and a user interface for viewing health data, enabling developers to provide apps that track and manage health information across Apple devices.

363.    Below is a non-exhaustive list of HealthKit tools and technologies:

- **HealthKit Framework**, the primary framework that enables developers to create apps that facilitate storing, sharing, and accessing health and fitness data, with user authorization.[490]

- **HealthKitUI**, a framework that provides UI components for displaying HealthKit data in an app.[491]

- **HKHealthStore** provides a central access point for all data managed by HealthKit.[492] Nearly every HealthKit operation, including authorization, saving, querying, background delivery, and workout management, is performed through an HKHealthStore instance. Developers can design apps that can create new HealthKit data samples, add them to the HealthKit store, use queries to request sample data from HealthKit, manage requests for permission to share or read HealthKit data, and execute the provided query.[493]

- **Reading characteristic data** returns the user's relatively static health attributes from the HealthKit store, such as blood type and biological sex.[494]

---

[490] *Apple Developer, HealthKit*, Apple, https://developer.apple.com/documentation/healthkit (2026).

[491] *Apple Developer, HealthKitUI*, Apple, https://developer.apple.com/documentation/healthkitui (2026).

[492] *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026).

[493] *Apple Developer, Saving data to HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/saving-data-to-healthkit (2026); *Introducing HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/203/ (2026); *Apple Developer, Samples*, Apple, https://developer.apple.com/documentation/healthkit/samples (2026); *Apple Developer, Reading data from HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/reading-data-from-healthkit (2026); *Apple Developer, Authorizing access to health data*, Apple, https://developer.apple.com/documentation/healthkit/authorizing-access-to-health-data (2026); *Apple Developer, Reading data from HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/reading-data-from-healthkit (2026).

[494] *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *Introducing HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/203/ (2026).

173

- **Accessing preferred units** returns the user's preferred display units for a given set of quantity types (for example, pounds versus kilograms, or miles versus kilometers), so apps can present values consistently with the user's settings.[495]

- **Managing background delivery** enables the delivery of HealthKit updates to an app while it is running in the background.[496]

- **Managing workouts, workout sessions, and estimates** can build workouts, run active sessions, mirror sessions to a paired iPhone or iPad, recover interrupted sessions, and recalibrate prediction algorithms.[497]

- **Accessing the move mode** returns user's current activity move mode, enabling apps to display and reason about progress in a selected mode (move time vs. active energy burned).[498]

- **Workout Data**, a set of technologies that capture and represent workout activity:

  - **Samples**, such as heart rate, distance, and active energy can be associated with a workout to provide detailed metrics.[499]

  - **Activity summaries**, the move, exercise, and stand data for a given day.[500]

  - **Activity rings**, a visual representation of progress against daily Move, Exercise, and Stand goals.[501]

  - **Route data**, the user's GPS route during a workout.[502]

---

[495] *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *What's New in HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/203/ (2026).

[496] *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *Introducing HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/203/ (2026).

[497] *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *What's New in HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/203/ (2026).

[498] *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *Apple Developer, activityMoveMode*, Apple, https://developer.apple.com/documentation/healthkit/hkactivitysummary/activitymovemode (2026).

[499] *Apple Developer, Adding samples to a workout*, Apple, https://developer.apple.com/documentation/healthkit/adding-samples-to-a-workout (2026); *What's New in HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/203/ (2026); *Apple Developer, Samples*, Apple, https://developer.apple.com/documentation/healthkit/samples (2026).

[500] *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026); *What's New in HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/203/ (2026).

[501] *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026).

[502] *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026); *What's New in Health*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/221/ (2026).

364.    Apple's HealthKit tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, the Flo, Lose-It, and Strava apps offer linked-out purchases[503] and take advantage of Apple's HealthKit tools and technologies.[504] Strava places HealthKit-enabled data behind a paywall so that users pay for a premium subscription to access more data than available in a free version.[505]

365.    The HealthKit technologies increase monetization by providing a central repository for health and fitness data on iPhones and iPads that allows apps to communicate with the HealthKit store to access and share this data. HealthKit allows developers to create apps that leverage access to health and fitness data in ways that users desire; "[t]he comprehensive nature of HealthKit data supports higher-value service offerings that can command premium pricing."[506]

366.    Apple's HealthKit tools and technologies allow developers to create apps that provide details about a workout using HealthKit samples, such as to track how the intensity of an exercise changed during a workout.[507]

---

[503] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also What is the price for a Flo subscription?*, Flo, https://help.flo.health/hc/en-us/articles/4411278780564-What-is-the-price-for-a-Flo-subscription (2026) ("It's possible to subscribe to Flo Premium in the app and at flo.health. The subscription provides the same full access to all Premium features in the mobile app no matter where you've subscribed."); *How It Works*, Lose It!, https://www.loseit.com/how-it-works/#premium (2026) (describing "unlocking features" in app via online purchase); Strava, https://www.strava.com/subscribe (2026) (describing subscription levels that unlock app features).

[504] Flo Cycle & Period Tracker, https://apps.apple.com/us/app/flo-cycle-period-tracker/id1038369065 (2026) (Health tracking app; "Category: Health & Fitness"); Lose it! – Calorie Counter, https://apps.apple.com/us/app/lose-it-calorie-counter/id297368629 (2026) (Health tracking app; "Category: Health & Fitness"); Strava, https://www.strava.com/mobile ("Strava lets you track your running and riding with GPS, join Challenges, share photos from your activities, and follow friends").

[505] Strava, https://www.strava.com/subscribe (2026).

[506] *How Healthcare Startups Can Leverage Apple's HealthKit for Business Growth*, www, https://3wbiz.com/business/healthkit-startup-growth/ (2026).

[507] *Apple Developer, Adding samples to a workout*, Apple, https://developer.apple.com/documentation/healthkit/adding-samples-to-a-workout (2026); *Apple Developer, Samples*, Apple, https://developer.apple.com/documentation/healthkit/samples (2026).

367.    HealthKit and its related technologies enable developers to create richer, more personalized health and fitness experiences, particularly in the form of enhanced analytics, coaching, and long-term tracking. The core HealthKit framework, HKHealthStore, and associated functionality (reading, saving, and querying data) allow an app to become a central hub that aggregates workouts, activity, sleep, and other health metrics from multiple sources. Developers can then offer premium technologies such as multi-source dashboards, detailed trend analysis, adaptive training plans, and personalized insights that rely on this integrated data environment. By reading and writing to HealthKit, an app can position itself as the user's comprehensive health log and analytic tool, with deeper, more sophisticated technologies than would otherwise be possible. This can result in greater user engagement, as "studies indicate that fitness apps utilizing health data can see a retention boost of over 30%."[508]

368.    User-facing elements like HealthKitUI, preferred units, and route or workout data support professional-grade interfaces and detailed analytics. Developers can present high-quality visualizations of heart rate, pace, calories, and routes, as well as activity rings, sessions, and samples. Access to preferred units and characteristic data (such as age or sex) allows for tailored displays and recommendations, supporting differentiated offerings.

369.    Capabilities around background delivery, managing workouts and workout sessions, and managing estimates support continuous, higher-value services. With background delivery and ongoing session management, an app can provide timely updates, daily summaries, and ongoing guidance without requiring constantly opening the app. Managing estimates and recalibrating prediction algorithms improves the accuracy of metrics such as calorie burn and

---

[508] *Real-World Success with HealthKit in iOS Apps*, MoldStud, https://moldstud.com/articles/p-real-world-success-with-healthkit-in-ios-apps (2026).

176

performance indicators, which underpins more advanced coaching and readiness technologies. These higher-fidelity, always-up-to-date insights offer meaningful long-term value rather than one-off functionality.

370.    Technologies like accessing move mode, working with specific HealthKit object types, reading characteristic data, and handling workout-related data like samples, sessions, activity rings, and routes, allow developers to build targeted premium experiences for particular user groups and use cases. For example, developers can create dedicated training programs tailored to different mobility profiles, sophisticated habit-tracking and streak-building tools, and performance analysis and advanced planning for runners and cyclists. Taken together, these technologies support basic tracking and more specialized programs, deep analytics, and personalized coaching—all powered by the full breadth of HealthKit-integrated functionality.

### 1.    Patents

371.    Using the methodology in Section VII, I identified an exemplary set of 50 U.S. patent assets, including 38 patents and 12 published patent applications relating to HealthKit technologies, that are identified in **Appendix C**.

372.    I identified these patents using the following search string:

(Apple.as. OR Apple.aanm.) NOT (wearable OR watch OR wrist).clms. AND (shar$ ADJ4 ((medic$ OR health$ OR wellness OR fitness)ADJ data)) AND method.clms.

373.    I developed this string by first looking for terms relating to HealthKit technologies also found in Apple's HealthKit developer documents and WWDC videos, such as "health$,"

"medic\$," "fitness," and "fitness data."[509] I included these terms, and other related terms, as search terms in this string.

374.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the HealthKit technology rubric. For example, I added exclusions for terms relating to "wearable," "watch," and "wrist."

375.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented HealthKit tools and technologies.

## 2.    Copyrights

376.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of HealthKit technologies.

377.    First, Apple's HealthKit tools and technologies provide developers with Frameworks and APIs, including HealthKit, HealthKitUI, HKQuantity, HKCategoryValueSleepAnalysis, HKHealthStore, HKActivitySummaryQueryDescriptor, HKActivityMoveMode, HKSample, HKWorkout, HKWorkoutSession, and many more APIs.[510] Apple's HealthKit APIs are at the center of everything a developer does related to HealthKit.

---

[509] *Apple Developer, HealthKit*, Apple, https://developer.apple.com/documentation/healthkit (2026) ("Access and share **health** and **fitness data**," "[c]reating a complete, personalized **health** and **fitness** experience includes a variety of tasks," "[f]etch **medications** and dose events from the HealthKit store").

[510] *Apple Developer, HealthKit*, Apple, https://developer.apple.com/documentation/healthkit (2026); *Apple Developer, HealthKitUI*, Apple, https://developer.apple.com/documentation/healthkitui (2026); *Apple Developer, Saving data to HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/saving-data-to-healthkit (2026); *Apple Developer, Reading data from HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/reading-data-from-healthkit (2026); *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *Apple Developer, activityMoveMode*, Apple, https://developer.apple.com/documentation/healthkit/hkactivitysummary/activitymovemode (2026); *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026).

378.    When developers use HealthKit APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

379.    Apple's APIs related to HealthKit help developers use all aspects of Apple's HealthKit tools and technologies to access and share health and fitness data. For example, Apple provides information regarding its APIs that relate to managing workouts, workout sessions, and activity summaries, including instructions about how to use the APIs.[511] As shown below, developers can take advantage of Apple's expansive HealthKit tools and technologies enabled by its APIs, including relating to storing information about physical activity, describing activity within a workout, constructing workouts, identifying a workout type, flagging important events within a workout, and more.

---

[511] *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026).

179

```
class HKWorkout
    A workout sample that stores information about a single physical activity.

class HKWorkoutActivity
    An object that describes an activity within a longer workout.

class HKWorkoutBuilder
    A builder object that incrementally constructs a workout.

class HKWorkoutType
    A type that identifies samples that store information about a workout.

let HKWorkoutTypeIdentifier: String
    The workout type identifier.

enum HKWorkoutActivityType
    The type of activity performed during a workout.

enum HKWorkoutSessionType
    The type of session.

class HKWorkoutEvent
    An object representing an important event during a workout.
```

Figure: API Collection, Workouts and activity rings[512]

380.    Second, Apple provides access to a substantial volume of developer documents and instructional videos related to HealthKit that explain Apple's HealthKit tools and technologies. Developers use these materials to better understand and implement HealthKit functionality, leading to higher consumer interest and engagement.[513] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[512] *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026).

[513] *Apple Developer, HealthKit*, Apple, https://developer.apple.com/documentation/healthkit (2026); *Apple Developer, HealthKitUI*, Apple, https://developer.apple.com/documentation/healthkitui (2026); *Apple Developer, Saving data to HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/saving-data-to-healthkit (2026); *Apple Developer, Reading data from HealthKit*, Apple,

381.     Apple's developer documents and instructional videos help developers use all aspects of Apple's HealthKit tools and technologies to access and share health and fitness data. For example, Apple's instructional videos help developers use HealthKit data to support people managing diabetes.[514]

### 3.     Trade Secrets

382.     Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to HealthKit technologies that, although secret, developers can leverage.

383.     Apple's HealthKit tools and technologies provide developers with Frameworks and APIs, including HealthKit, HealthKitUI, HKQuantity, HKCategoryValueSleepAnalysis, HKHealthStore, HKActivitySummaryQueryDescriptor, HKActivityMoveMode, HKSample, HKWorkout, HKWorkoutSession, and many more APIs.[515] These APIs allow developers to perform complex HealthKit tasks with simple API commands. Those commands are only possible

---

https://developer.apple.com/documentation/healthkit/reading-data-from-healthkit (2026); *Apple Developer, Authorizing access to health data*, Apple, https://developer.apple.com/documentation/healthkit/authorizing-access-to-health-data (2026); *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *Apple Developer, activityMoveMode*, Apple, https://developer.apple.com/documentation/healthkit/hkactivitysummary/activitymovemode (2026); *Apple Developer, Adding samples to a workout*, Apple, https://developer.apple.com/documentation/healthkit/adding-samples-to-a-workout (2026); *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026); *Introducing HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/203/ (2026); *What's New in HealthKit*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/203/ (2026); *What's New in Health*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/221/ (2026); *Apple Developer, Samples*, Apple, https://developer.apple.com/documentation/healthkit/samples (2026).

[514] *What's New in Health*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2017/221/ (2026).

[515] *Apple Developer, HealthKit*, Apple, https://developer.apple.com/documentation/healthkit (2026); *Apple Developer, HealthKitUI*, Apple, https://developer.apple.com/documentation/healthkitui (2026); *Apple Developer, Saving data to HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/saving-data-to-healthkit (2026); *Apple Developer, Reading data from HealthKit*, Apple, https://developer.apple.com/documentation/healthkit/reading-data-from-healthkit (2026); *Apple Developer, HKHealthStore*, Apple, https://developer.apple.com/documentation/healthkit/hkhealthstore (2026); *Apple Developer, activityMoveMode*, Apple, https://developer.apple.com/documentation/healthkit/hkactivitysummary/activitymovemode (2026); *Apple Developer, Workouts and activity rings*, Apple, https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings (2026).

because Apple develops and maintains confidential source code designed to carry out the HealthKit API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

384.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's HealthKit tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which HealthKit APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### P.    HomeKit

385.    HomeKit is a valuable category of tools and technologies that provide centralized control and coordination of home automation accessories, including managing such accessories with varying permission levels for adding, modifying, and deleting home accessories, automations, and events (among others). They allow developers to create apps that improve how users' iPhones and iPads can control smart home accessories—like lights, locks, cameras, and sensors. They provide a shared home setup, support automations triggered by time, location, or sensor events, and enable functionalities like unlocking doors with iPhone credentials. The HomeKit tools and technologies use encrypted communication to keep all interactions private and secure and include tools for developers to design and test how their apps can operate with new smart home accessories without physical hardware.

386.    Below is a non-exhaustive list of HomeKit tools and technologies:

182

- **HomeKit Framework**, the framework that allows developers to create apps that implement HomeKit functionality to allow users to control their smart home on iPhones and iPads. Using this framework, apps can add, modify, or delete homes, rooms, zones, accessories, and automations across apps and devices the user has authorized.[516]

- **HomeKit Accessory Protocol**, Apple's proprietary protocol that defines how HomeKit controllers such as iPhones and iPads and certified accessories pair, authenticate, and communicate. Enables encrypted communications between hubs and devices such that no one, not even Apple, can see communications.[517]

- **Automation**, a configured action, or set of actions, that HomeKit runs automatically in response to a trigger. Automations can control one or many accessories (for example, "lock the front door and turn off the lights when I leave home").[518]

- **Trigger**, the condition that causes an automation to run. HomeKit supports time-based triggers, event-based triggers, and calendar- and location-based variants.[519]

- **Event**, a discrete occurrence that can serve as a trigger, such as a characteristic change on an accessory, a geofence crossing, a calendar moment, or a presence change.[520]

- **Adaptive Lighting** automatically adjusts the color temperature of compatible lights connected to a home hub to match ambient light and complement natural daylight patterns. This runs on a time-of-day model and is distinct from automations and triggers.[521]

- **HomeKit Data**, HomeKit's per-user database of home configuration (homes, rooms, zones, accessories, services, characteristics, scenes, triggers, and users), which can be synchronized across the user's devices via iCloud. Any app the user has authorized for HomeKit can read from and contribute to this shared database through the HomeKit framework.[522]

---

[516] *Apple Developer, HomeKit*, Apple, https://developer.apple.com/documentation/homekit/ (2026).

[517] If a user opts to share metrics data with Apple, Apple can receive baseline knowledge of accessories in the home from such users. *Apple Platform Security, HomeKit communication security*, Apple, https://support.apple.com/en-ge/guide/security/sec3a881ccb1/web (2026); *Apple Developer, authorizationStatus*, Apple, https://developer.apple.com/documentation/homekit/hmhomemanager/authorizationstatus (2026).

[518] *Apple Developer, HMAccessory*, Apple, https://developer.apple.com/documentation/homekit/hmaccessory (2026).

[519] *Apple Developer, triggers*, Apple, https://developer.apple.com/documentation/homekit/hmhome/triggers (2026).

[520] *Apple Developer, triggers*, Apple, https://developer.apple.com/documentation/homekit/hmhome/triggers (2026).

[521] *Apple Developer, HMCharacteristicTypeCurrentLightLevel*, Apple, https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel (2026); *iPhone User Guide, Control accessories with Home on iPhone*, Apple, https://support.apple.com/en-gb/guide/iphone/iph0a717a8fd/ios (2026).

[522] *Apple Developer, HomeKit*, Apple, https://developer.apple.com/documentation/homekit/ (2026); *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026).

- **Reading and modifying HomeKit data**, apps can fetch the user's HomeKit data, modify it, and observe changes through callbacks.[523]

- **HomeKit Simulator**, the set of tools and specifications a developer uses to bring a HomeKit-compatible accessory to market, which allow developers to rapidly design new accessories.[524]

- **Accessory design and development**, tools a developer uses to configure a home automation device for use within a user's home.[525]

  - **Accessory Simulator**, a tool capable of simulating all available accessory types available for HomeKit.[526] Allows developers to design and test accessory behavior, services, and characteristics.

- **HomeKey**, a Wallet-based digital credential, set up through the Home app that allows unlocking of supported smart locks using iPhone credentials.[527]

- **HomeKit-Enabled Secure Routers**, Wi-Fi routers that integrate with HomeKit to enforce per-accessory network access policies. This is a router-level capability that complements the HomeKit Accessory Protocol.[528]

387. Apple's HomeKit tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies increase monetization by allowing developers to create apps that control home accessories and facilitate integrating the accessories and apps into a user's everyday life and automating everyday tasks

---

[523] *Apple Developer, HMHomeDelegate*, Apple, https://developer.apple.com/documentation/homekit/hmhomedelegate (2026).

[524] *Apple Developer, Configuring a home automation device*, Apple, https://developer.apple.com/documentation/homekit/configuring-a-home-automation-device (2026); *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026).

[525] *Apple Developer, Configuring a home automation device*, Apple, https://developer.apple.com/documentation/homekit/configuring-a-home-automation-device (2026); *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026).

[526] *Apple Developer, Testing your app with the HomeKit Accessory Simulator*, Apple, https://developer.apple.com/documentation/homekit/testing-your-app-with-the-homekit-accessory-simulator (2026).

[527] *iPhone User Guide, Unlock your door with a home key on iPhone or Apple Watch*, Apple, https://support.apple.com/en-ge/guide/iphone/iph0dc255875/ios (2026).

[528] *Apple Support, Use routers secured with HomeKit*, Apple, https://support.apple.com/en-us/102189 (2026).

around the home. Users desire apps that seamlessly integrate into their life patterns and routines, and thus developers can meet user needs by using HomeKit technologies.

388. Apple's HomeKit tools and technologies allow developers to easily categorize the location of accessories using HMHome. HMHome is the primary unit for a living space, typically composed of rooms organized into zones. HMHome's organizational pattern allows developers to easily divide and categorize the various functionalities they may seek to provide users using HomeKit technologies, leading to a more effective and greater user experience.[529]

389. HomeKit technologies directly support monetization by letting developers build highly reliable smart-home experiences that users are willing to pay for, particularly in the form of expanded functionality, higher-tier services, and premium accessory ecosystems. The HomeKit Framework, along with HomeKit Data (saving and reading home, room, zone, and accessory information from a common database), enables an app to act as a unified controller for multiple homes, rooms, and devices across Apple platforms. Because home configuration is synchronized across apps and devices, developers can offer premium experiences built on that persistent, shared home graph—such as advanced dashboards, multi-home management technologies, customized home profiles, and persistent scenes or automations that follow the user across their devices.

390. Automation, triggers, and events provide the behavioral layer that makes smart homes feel intelligent. Developers use triggers (time, presence, sensors, accessory events) to configure complex, adaptive automations that control multiple accessories at once. This enables sophisticated scenes, energy-saving programs, security routines, and comfort profiles. Technologies like Adaptive Lighting, which automatically adjusts lighting to ambient conditions, provide yet another advanced technology that users desire.

---

[529] *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026).

185

391.    HomeKey and related secure communication capabilities enhance monetization opportunities by enabling high-trust use cases. HomeKey allows users to unlock supported smart locks using iPhone credentials, enabling apps and device makers to offer sophisticated access-management technologies such as digital keys and time-limited access. These can underpin paid service tiers for property management, hospitality, or high-end residential and security solutions.

392.    The HomeKit Accessory Protocol and HomeKit Secure Routers contribute to monetization by building trust in iPhone and iPad apps and enabling higher-end offerings that emphasize safety. Developers can differentiate premium products on the basis of reliable, Apple-certified integrations. This trust and reliability supports service relationships in markets like home security, energy management, and property automation.

### 1.    Patents

393.    Using the methodology in Section VII, I identified an exemplary set of 208 U.S. patent assets, including 152 patents and 56 published patent applications relating to HomeKit technologies, that are identified in **Appendix C**.

394.    I identified these patents using the following search string:

> (Apple.aanm. or (apple.as.) AND method.clms. AND (trigger OR event OR states) AND accessor* AND (((room OR zone) AND (context) AND ((Automat* Near home) OR (smart Near (home OR house)) OR (accessor* near home))) OR ((access* near4 manag*) AND smart AND hub and environment) OR (adapt* adj3 light*) or (secure adj3 rout*)) NOT ("three dimensional").clms. not euicc not ("voice-based digital assistant" near10 "speech-based").ab. not "smart home API" not disease.ti. not spatial.ti. not wearable.ti. not "managing audio messages".ab. not "local network".ti. not energy.ti.

395.    I developed this string by first looking for terms relating to HomeKit technologies also found in Apple's HomeKit developer documents and WWDC videos, such as "room," "zone,"

186

"home," "house," and "hub."[530] I included these terms, and other related terms, as search terms in this string.

396.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the HomeKit technology rubric. For example, I added exclusions for terms relating to "voice-based digital assistant," "speech-based," "smart home API," and "managing audio messages."

397.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented HomeKit tools and technologies.

### 2.    Copyrights

398.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of HomeKit technologies.

399.    First, Apple's HomeKit tools and technologies provide developers with Frameworks and APIs, including HomeKit, HMAccessory, HMHome, HMHomeDelegate, HMCharacteristicTypeCurrentLightLevel, and other related APIs.[531] Apple's HomeKit APIs are at the center of everything a developer does related to HomeKit.

400.    When developers use HomeKit APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source

---

[530] *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026) ("An HMHome instance is a top-level container in **Home**Kit representing a structure that a user considers as a single **home**," "[d]ividing a **house** into **rooms**," "[t]he primary unit of living space, typically composed of **rooms** organized into **zones**," "[q]uerying the state of a home **hub**").

[531] *Apple Developer, HomeKit*, Apple, https://developer.apple.com/documentation/homekit/ (2026); *Apple Developer, HMAccessory*, Apple, https://developer.apple.com/documentation/homekit/hmaccessory (2026); *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026); *Apple Developer, HMHomeDelegate*, Apple, https://developer.apple.com/documentation/homekit/hmhomedelegate (2026); *Apple Developer, HMCharacteristicTypeCurrentLightLevel*, Apple, https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel (2026).

code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

401.    Apple's APIs related to HomeKit help developers use all aspects of Apple's HomeKit tools and technologies to create apps that can control smart home accessories in a user's home and can automate home tasks. For example, Apple provides information regarding its APIs that relate to lighting levels within the home, including instructions about how to use the APIs.[532] As shown below, developers can take advantage of Apple's expansive HomeKit tools and technologies enabled by its APIs, such as displaying the current light level of a lightbulb, dictating the hue of the color used by a light, the brightness of a light, the saturation of the color used by a light, the color temperature of a light, and more. Apple's APIs work with other home accessories at a similarly high level of granularity.

---

[532] *Apple Developer, HMCharacteristicTypeCurrentLightLevel*, Apple,
https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel (2026).



Figure: HMCharacteristicTypeCurrentLightLevel[533]

402.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's HomeKit tools and technologies. Developers use these materials to better understand and implement HomeKit functionality, leading to higher consumer

---

[533] *Apple Developer, HMCharacteristicTypeCurrentLightLevel*, Apple,
https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel (2026).

189

interest and engagement.[534] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

403.    Apple's developer documents and instructional videos help developers use all aspects of Apple's HomeKit tools and technologies to provide a central repository for homes and home automation accessories. For example, Apple's instructional videos help developers use Accessory Simulator to help developers test and debug their HomeKit-enabled app, which allows developers to locally test pairing and setup flows, validate automations and state changes, debug and reproduce issues reliably, and iterate quickly on HomeKit-enabled app logic without needing physical hardware.[535]

### 3.    Trade Secrets

404.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to HomeKit technologies that, although secret, developers can leverage.

405.    Apple's HomeKit tools and technologies provide developers with Frameworks and APIs, including HomeKit, HMAccessory, HMHome, HMHomeDelegate, HMCharacteristicTypeCurrentLightLevel, and other related APIs.[536] These APIs allow developers

---

[534] *Apple Developer, HomeKit*, Apple, https://developer.apple.com/documentation/homekit/ (2026); *Apple Developer, HMAccessory*, Apple, https://developer.apple.com/documentation/homekit/hmaccessory (2026); *Apple Developer, triggers*, Apple, https://developer.apple.com/documentation/homekit/hmhome/triggers (2026); *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026); *Apple Developer, HMHomeDelegate*, Apple, https://developer.apple.com/documentation/homekit/hmhomedelegate (2026); *Apple Developer, Configuring a home automation device*, Apple, https://developer.apple.com/documentation/homekit/configuring-a-home-automation-device (2026); *Apple Developer, Testing your app with the HomeKit Accessory Simulator*, Apple, https://developer.apple.com/documentation/homekit/testing-your-app-with-the-homekit-accessory-simulator (2026); *Apple Developer, HMCharacteristicTypeCurrentLightLevel*, Apple, https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel (2026).

[535] *Apple Developer, Testing your app with the HomeKit Accessory Simulator*, Apple, https://developer.apple.com/documentation/homekit/testing-your-app-with-the-homekit-accessory-simulator (2026).

[536] *Apple Developer, HomeKit*, Apple, https://developer.apple.com/documentation/homekit/ (2026); *Apple Developer, HMAccessory*, Apple, https://developer.apple.com/documentation/homekit/hmaccessory (2026); *Apple Developer, HMHome*, Apple, https://developer.apple.com/documentation/homekit/hmhome (2026); *Apple Developer, HMHomeDelegate*, Apple, https://developer.apple.com/documentation/homekit/hmhomedelegate

190

to perform complex HomeKit tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the HomeKit API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

406.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's HomeKit tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which HomeKit APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

**Q.    Core Location**

407.    Core Location is a valuable category of tools and technologies that relate to determining the current location and position of a device. These tools and technologies allow developers to create apps that determine where a device is located by combining data from GPS, Wi-Fi, cell towers, Bluetooth beacons, and onboard sensors. They support functionalities like turn-by-turn navigation, geofencing (triggering actions when a user enters or leaves an area), and proximity detection near Bluetooth beacons. The Core Location tools and technologies include permission and control information that allow applications to track locations in the background and automatically pause when not needed to save battery.

---

(2026); *Apple Developer, HMCharacteristicTypeCurrentLightLevel*, Apple,
https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel (2026).

408.    Below is a non-exhaustive list of Core Location tools and technologies:

- **Location Monitoring**, a set of technologies described further below that use CLMonitor to observe events such as the entry to a specific geographic area or proximity to a beacon with developer-specified characteristics.[537]

- **Location without Data** lets a device obtain location information without a data connection.[538]

- **Acquisition Sensitivity**, the capability of a device's GPS subsystem to acquire a position.[539]

- **Geotags** let a user add location data to content in apps.[540]

- **MapKit**, a framework that can integrate maps into an app.[541]

- **Geo-coding/Reverse Geo-coding** lets an app convert location coordinates (i.e., data from Core Location) to a street address (reverse geo-coding) and vice versa (geo-coding).[542]

- **Local Country Formatting** detects where a user is in the world and formats addresses according to local requirements and in the country's native language.[543]

- **Triggers**, defined user actions that cause the device to update the user's location (such as access to a new Wi-Fi network or rotating the screen). [544]

- **Wi-Fi-Aided Location**, technology to improve location accuracy based on surrounding Wi-Fi networks, which can also reduce the accuracy of location to save battery, if desired.[545]

- **Map-Aided Location** compares raw GPS and course information (e.g., sensor data) with map locations to make more accurate position determinations. For example, if it seems like the user is driving, the system will move the user's position (based on raw sensor data) to the road.[546]

---

[537] *Apple Developer, Core Location*, https://developer.apple.com/documentation/corelocation (2026); Apple, *Apple Developer, CLMonitor*, Apple, https://developer.apple.com/documentation/corelocation/clmonitor-2r51v (2026).

[538] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026).

[539] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026).

[540] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026).

[541] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026).

[542] *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026).

[543] *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026).

[544] *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026).

[545] *Staying on Track with Location Services*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/303/ (2026).

[546] *Staying on Track with Location Services*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/303/ (2026).

- **Background Location** continues location services even when an app is not running in the foreground. Background location is used when invoked from the background (e.g., Background App Refresh).[547]

- **Continuous Location Apps**, a technology where a user's position continues to update no matter what the user is doing. The user can switch between apps without negatively affecting the app's location tracking.[548]

- **Pause Notification (Autopause)**, if the user is no longer moving or indoors, this technology pauses location gathering.[549]

- **Multitasking Behaviors**, the system's handling of an app's location updates as it moves between the foreground and background.[550]

- **Location Arrow**, the system indicator that signals that the app in the system is using or has recently used location services.[551]

- **Authorization**, a set of technologies discussed further below that prevent apps from using location data until they obtain authorization to do so.

  - **Permission Dialogue/Location Authorization**, the system-presented prompt through which the user must allow or deny the app to have access to the user's location data. Apps may only access continuous updates (location, background location, range) and location monitoring (region monitoring and significant location changes) with user approval (which can be granted on an "allow once," "while using," or "always" basis).[552]

  - **Location Button** gives apps an "allow once" authorization without making the user go through the prompt every time they open the app.[553]

  - **Requesting Location Authorization**, APIs that allow apps to request permission for location access ("Allow Once" or "When in Use").[554]

---

[547] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026).

[548] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026).

[549] *Staying on Track with Location Services*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/303/ (2026).

[550] *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/307/ (2026).

[551] *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026); *Staying on Track with Location Services*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/303/ (2026).

[552] *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026).

[553] *Meet the Location Button*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10102/ (2026).

[554] *Apple Developer, Requesting authorization to use location services*, Apple, https://developer.apple.com/documentation/corelocation/requesting-authorization-to-use-location-services (2026).

193

- **Suspending Authorization Requests** lets apps temporarily suspend location authorization prompts so that it appears at a more convenient time.[555]

- **Authorization Status** provides the current authorization state (e.g., not determined, restricted, denied, authorized when in use, authorized always).[556]

- **Precise Location** lets a user grant an app their precise location (not an approximate one).[557]

- **Accuracy Authorization** indicates whether the app has full or reduced location accuracy.[558]

- **Location Manager**, a set of technologies that uses CLLocationManager to (1) track large or small changes in the user's current location with a configurable degree of accuracy, (2) report heading changes from the onboard compass, (3) monitor geographical regions of interest and generate events when someone enters or leaves those regions, (4) and report the range to nearby Bluetooth beacons.[559]

- **Location Update** continuously delivers the device's geographic position (latitude/longitude), with configurable accuracy and frequency. This technology uses a combination of Wi-Fi, GPS, and cell towers for positioning.[560]

- **Significant Location Change Service** delivers regular updates when the user changes their position significantly, even when device is in the background.[561]

- **Region Monitoring Service (Circular and Beacon)/(Geofencing)** lets an app specify locations and regions of interest and then get notified by the Core Location framework when the user enters/exits those locations/regions of interest (for specific location apps). This technology generates events when the user crosses boundaries.[562]

---

[555] *Apple Developer, Suspending authorization requests*, Apple, https://developer.apple.com/documentation/corelocation/suspending-authorization-requests (2026).

[556] *Apple Developer, CLAuthorizationStatus*, Apple, https://developer.apple.com/documentation/corelocation/clauthorizationstatus (2026).

[557] *What's new in location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2020/10660/ (2026).

[558] *Apple Developer, CLAccuracyAuthorization*, Apple, https://developer.apple.com/documentation/corelocation/claccuracyauthorization (2026).

[559] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026).

[560] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026).

[561] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026).

[562] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026).

194

- **iBeacon/Beacon Ranging** detects nearby Bluetooth Low Energy beacons and estimates the user's proximity to them. Advanced technologies include associating all beacons in a given region (e.g., all exhibits in a museum are identified so that when user stands in front of exhibit, information for that exhibit pops up).[563]

- **Heading (heading available, heading filter, stop update heading)** provides the direction the user is facing (which may be different from direction of travel). This technology also reports changes in the device's compass heading and orientation.[564]

- **Course** provides information about the direction a user is traveling.[565]

- **Multi-sensor Fusion for Location (GPS/Wi-Fi/Cell Tower, accelerometer, compass, cell positioning, Wi-Fi positioning, GPS positioning, magnetometer)** refers to Apple's proprietary technology that combines GPS, Wi-Fi, cellular, Bluetooth, magnetometer, and barometer measurements to determine geographic location, altitude, and orientation.[566]

- **Live Updates** support asynchronous streams of location/monitoring events (CLLocationUpdate and CLMonitor) to allow the delivery of events to resume in the event of an app's return from background, launch of the app, or relaunch after a crash.[567]

- **Visit Monitoring (Journal Location)** monitors destinations and launches an associated app when it detects a visit. This technology requires "always" authorization from user and detects when the user arrives at or departs from a location and reports a "visit" event.[568]

- **Providing Context (Social Locations)** lets a device automatically provide information, without prompting, to a user based on the user's location. This technology also shares locations with others, adds context to updates, and makes updates richer.[569]

---

[563] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/307/ (2026).

[564] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026); *Finding Your Place with Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2009/119/ (2026).

[565] *Finding Your Place with Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2009/119/ (2026).

[566] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026).

[567] *Apple Developer, Supporting live updates in SwiftUI and Mac Catalyst apps*, Apple, https://developer.apple.com/documentation/corelocation/supporting-live-updates-in-swiftui-and-mac-catalyst-apps (2026).

[568] *Apple Developer, locationManager(_: didVisit:)*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanagerdelegate/locationmanager(_: didvisit:) (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/706/ (2026).

[569] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026).

195

409. Apple's Core Location tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies increase monetization by enabling geographical context within an app, meaning that developers can sort results by proximity, provide turn-by-turn navigation, provide resources and notifications based on a user's location, connect nearby users in social networks, and more. For example, the Pokémon Go app offers linked-out purchases[570] and takes advantage of Apple's Core Location tools and technologies.[571] As another example, the AllTrails app provides features, such as wrong-turn alerts, only in its Plus membership (which users can subscribe to through a linked-out purchase) that rely on Apple's Core Location tools and technologies.[572]

410. Apple's Core Location tools and technologies allow developers to ensure that they comply with privacy implications related to location data, including by managing the process of obtaining user authorization to use location data.[573]

411. Geo-related technologies help developers monetize by enabling context-aware, location-specific experiences that surface relevant services, offers, and actions at just the right moment. Geo-coding and reverse geo-coding, Map-Aided Location, Wi-Fi-Aided Location, Multi-sensor Fusion, Location Updates, and Course provide accurate, human-readable positioning

---

[570] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also Web Store*, Pokémon Go, https://store.pokemongo.com/ (2026) (offering web store purchase of digital currency for in-game purchases).

[571] *Pokémon Go*, Apple, https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 (2026) (Pokémon Go is an "Epic AR adventure and online RPG" where users can "Join Trainers across the globe who are discovering Pokémon as they explore the world around them.").

[572] **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *Plus Membership*, AllTrails, https://www.alltrails.com/plans (2026) (listing benefits of Plus membership, including wrong-turn alerts).

[573] *Apple Developer, Requesting authorization to use location services*, Apple, https://developer.apple.com/documentation/corelocation/requesting-authorization-to-use-location-services (2026).

(addresses, roads, venues), which developers use to tailor content, pricing, and options to where a user is. Local Country Formatting further refines this by presenting addresses and location details in a familiar local style and language. Combined, these technologies let an app reliably recognize, for example, that a user is at a specific venue or in a particular country or neighborhood and present contextual content.

412. Triggers, Region Monitoring (geofencing), Significant Location Change, iBeacon/Beacon Ranging, Visit Monitoring, and Providing Context allow developers to initiate interactions when a user enters, dwells in, or leaves a relevant location. For example, an app can use beacons or region monitoring to detect when a user enters a store or approaches a venue, then display targeted content. Region-based notifications, background location, and live update streams support these behaviors even when the app is not in the foreground.

413. Location authorization and privacy controls are critical to sustaining location-driven services. Permission dialogues, Authorization Status, Accuracy Authorization, and Precise Location help developers request the right level of access. Visual indicators like the Location Arrow icon reinforce transparency. When users trust that their location is handled appropriately, they are more willing to enable the location capabilities that underpin personalized services.

414. Location Manager and its related behaviors—Region Monitoring, Heading, Visit Monitoring, Background Activity, Pause Notification (Autopause), and Multitasking Behaviors—help developers balance accuracy, battery life, and responsiveness so that location-enabled technologies remain reliable and unobtrusive over time. For navigation, fitness, and travel apps, continuous location, heading, and map-aided corrections ensure that users receive dependable guidance and context-sensitive prompts throughout a journey, including when switching between apps. This reliability encourages users to rely on the app for real-world tasks, increasing overall

197

engagement and the likelihood that users will discover and use higher-tier services embedded in these location-aware flows.

### 1. Patents

415. Using the methodology in Section VII, I identified an exemplary set of 760 U.S. patent assets, including 654 patents and 106 published patent applications relating to Core Location technologies, that are identified in **Appendix C**.

416. I identified these patents using the following search string:

( apple.as. OR apple.aanm.) AND ("location-aware" OR "location-based" OR "location system" OR (specific ADJ3 location$) OR (significant ADJ3 location$) OR "location-tracking" OR "location tracking" OR (current ADJ2 location) OR "geographic data" OR (location ADJ3 (data or database)) OR "user location" OR (location WITH (anonymous OR anonymity)) OR "location determination" OR "location-sharing" OR geofence$ OR geo-fence OR (notification WITH location) OR "expected location" OR (location$ ADJ update$) OR magnetometer OR ((power OR "power-saving") WITH location) OR "geographic location" OR ((arrival OR departure) WITH (notification OR reminder OR trigger) WITH location) OR (estimate$ ADJ position$) OR (estimated ADJ position) OR (remind$ with trigger) OR (locat$ WITH lost) OR journal$ OR (location WITH granular$) OR "location-based services" OR (location$ ADJ3 service) OR (location$ WITH tag$) OR (location ADJ interest) OR (location$ WITH authorization) OR (location WITH "access points") OR compass OR (location WITH map) OR "distance information" OR (point$ ADJ2 interest) OR beacon OR (device WITH monitor$) OR (trigger$ ADJ (event OR condition)) OR geocod$ OR (location NEAR5 information) OR navigation OR (estimat$ WITH location) OR "location-specific" OR (location WITH (background OR foreground)) OR (share WITH location)).ab. AND "method".CLMS.  AND (H04L51$ OR H04W4$ OR H04W64$ OR G01C17$  OR G06F16$ OR G01C21$ OR G01S5$ OR H04M1$ OR G08B13$ OR G01S19$ OR G06Q10$ OR G01S3$ OR G06Q30$ OR H04M3$ OR G08B21$).cpc.  NOT(((wireless ADJ communication$) OR 5G OR (cell$ ADJ connect$) OR "electrical energy" OR (realit$) OR HARQ OR HPLMN OR "UE" OR "credential" OR "camera" OR (fast ADJ switch$) OR (packet$ ADJ data) OR (Siri ADJ reminders)OR "cyclist" OR (relativ$ ADJ address$) OR (image ADJ display) OR (bluetooth ADJ connection) OR (carrier ADJ wave) or "network-state" OR (thermal ADJ condition$) OR (state ADJ transition$) OR (network ADJ infrastructure) OR (channel ADJ switch$) OR "peer-to-peer" OR (background ADJ update$)).ti. OR (PDCCH OR (image ADJ process$) OR (millimeter ADJ wave) OR "playlist" OR (fraud$ ADJ detect$) OR GPU OR (Wi-Fi ADJ beacon) OR (file ADJ3 system$) OR (membership ADJ3 group) OR (software ADJ application) OR UWB OR (network$ ADJ daemon) OR (data ADJ object) OR camp OR (untrusted ADJ3 network)).ab.)

417.    I developed this string by first looking for terms relating to Core Location technologies also found in Apple's Core Location developer documents and WWDC videos, such as "location," "track," "geographic location," "arrival," and "departure."[574] I included these terms, and other related terms, as search terms in this string.

418.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Core Location technology rubric. For example, I added exclusions for terms relating to "wireless communication$," "Bluetooth connection," "cyclist," "thermal condition$," "5G," and "peer-to-peer."

419.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Core Location tools and technologies.

## 2.    Copyrights

420.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Core Location technologies.

421.    First, Apple's Core Location tools and technologies provide developers with Frameworks and APIs, including Core Location, CLLocationUpdate, CLMonitor, CLBackgroundActivitySession, CLFloor, CLVisit, CLLocationSourceInformation, CLLocationManager, CLAuthorizationStatus, CLAccuracyAuthorization, and many other related

---

[574] *Apple Developer, Core Location*, Apple https://developer.apple.com/documentation/corelocation (2026) ("Core Location provides services that determine a device's **geographic location**," **[t]rack** large or small changes in the user's current **location**"); *Apple Developer, arrivalDate*, Apple https://developer.apple.com/documentation/corelocation/clvisit/arrivaldate (2026) ("**arrival**Date... [t]he approximate time at which the user arrived at the specified location," "[s]ee [a]lso... **departure**Date").

APIs.[575]  Apple's Core Location APIs are at the center of everything a developer does related to Core Location.

422.    When developers use Core Location APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

423.    Apple's APIs related to Core Location help developers use all aspects of Apple's Core Location tools and technologies to determine the current location and position of a device. For example, Apple provides information regarding its APIs that relate to starting and stopping the delivery of location-related events to their apps, including instructions about how to use the APIs to indicate whether a significant location change event has happened, whether an app has permission to use a given level of location accuracy, and more.[576] As shown below, developers can take advantage of Apple's expansive Core Location tools and technologies enabled by its APIs.

---

[575] *Apple Developer, CLAuthorizationStatus*, Apple, https://developer.apple.com/documentation/corelocation/clauthorizationstatus (2026); *Apple Developer, CLAccuracyAuthorization*, Apple, https://developer.apple.com/documentation/corelocation/claccuracyauthorization (2026); *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026); *Apple Developer, Core Location*, Apple, https://developer.apple.com/documentation/corelocation (2026).

[576] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026).

```
Determining the availability of services 🔗

class func significantLocationChangeMonitoringAvailable() -> Bool
    Returns a Boolean value indicating whether the significant-change location service is available on the device.

class func headingAvailable() -> Bool
    Returns a Boolean value indicating whether the location manager is able to generate heading-related events.

var isAuthorizedForWidgetUpdates: Bool
    A Boolean value that indicates whether a widget is eligible to receive location updates.

var accuracyAuthorization: CLAccuracyAuthorization
    A value that indicates the level of location accuracy the app has permission to use.

class func isMonitoringAvailable(for: AnyClass) -> Bool
    Returns a Boolean value indicating whether the device supports region monitoring using the specified class.

class func isRangingAvailable() -> Bool
    Returns a Boolean value indicating whether the device supports ranging of beacons that use the iBeacon protocol.

class func locationServicesEnabled() -> Bool
    Returns a Boolean value indicating whether location services are enabled on the device.


Receiving data from location services

var delegate: (any CLLocationManagerDelegate)?
    The delegate object to receive update events.

protocol CLLocationManagerDelegate
    The methods you use to receive events from an associated location-manager object.
```

Figure: CLLocationManager[577]

424.     Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Core Location tools and technologies. Developers use these materials to better understand and implement Core Location functionality, leading to higher consumer interest and engagement.[578] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[577] *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026).

[578] *Using Core Location in iOS 4*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/115/ (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2011/500/ (2026); *Staying on Track with Location Services*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/303/ (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/706/ (2026); *Meet the Location Button*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10102/ (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/307/ (2026); *Apple Developer, Requesting authorization to use location services*, Apple, https://developer.apple.com/documentation/corelocation/requesting-authorization-to-use-location-

425. Apple's developer documents and instructional videos help developers use all aspects of Apple's Core Location tools and technologies to determine and use the current location and position of a device. For example, Apple's instructional videos help developers use CLLocationButton, which is a secure interface element that provides an easy, low-friction way for a developer to grant its app location access only when and where it is needed.[579]

### 3. Trade Secrets

426. Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Core Location technologies that, although secret, developers can leverage.

427. Apple's Core Location tools and technologies provide developers with Frameworks and APIs, including Core Location, CLLocationUpdate, CLMonitor, CLBackgroundActivitySession, CLFloor, CLVisit, CLLocationSourceInformation, CLLocationManager, CLAuthorizationStatus, CLAccuracyAuthorization, and many other related APIs.[580] These APIs allow developers to perform complex Core Location tasks with simple API

---

services (2026); *Apple Developer, Suspending authorization requests*, Apple, https://developer.apple.com/documentation/corelocation/suspending-authorization-requests (2026); *What's New in Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2019/705/ (2026); *What's new in location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2020/10660/ (2026); *Apple Developer, CLAuthorizationStatus*, Apple, https://developer.apple.com/documentation/corelocation/clauthorizationstatus (2026); *Apple Developer, CLAccuracyAuthorization*, Apple, https://developer.apple.com/documentation/corelocation/claccuracyauthorization (2026); *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026); *Finding Your Place with Core Location*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2009/119/ (2026); *Apple Developer, Supporting live updates in SwiftUI and Mac Catalyst apps*, Apple, https://developer.apple.com/documentation/corelocation/supporting-live-updates-in-swiftui-and-mac-catalyst-apps (2026); *Apple Developer, locationManager(_: didVisit:)*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanagerdelegate/locationmanager(_: didvisit:) (2026).

[579] *Meet the Location Button*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10102/ (2026).

[580] *Apple Developer, CLAuthorizationStatus*, Apple, https://developer.apple.com/documentation/corelocation/clauthorizationstatus (2026); *Apple Developer, CLAccuracyAuthorization*, Apple, https://developer.apple.com/documentation/corelocation/claccuracyauthorization (2026); *Apple Developer, CLLocationManager*, Apple, https://developer.apple.com/documentation/corelocation/cllocationmanager (2026); *Apple Developer, Core Location*, Apple, https://developer.YGER.apple.com/documentation/corelocation (2026).

commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Core Location API functionalities that provide value to developers and help them monetize their apps, including by consummating linked-out purchases.

428.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Core Location tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Core Location APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

## R.    Siri

429.  Siri is a valuable category of tools and technologies that relate to allowing users to interact with their devices through voice, providing intelligent suggestions, and generating personalized workflows. These tools and technologies let developers integrate their apps with Siri so users can accomplish tasks using voice commands, shortcuts, and intelligent suggestions. They support a wide range of actions—from sending messages and making payments to booking rides, controlling media, and managing workouts—all through Siri. The Siri tools and technologies also learn from user habits to proactively suggest relevant actions and shortcuts, and allow developers to customize how their app appears in the Siri interface.

430.  Below is a non-exhaustive list of Siri tools and technologies: [581]

---

[581] The Siri tools and technologies discussed herein refer to the tools and technologies available to developers in the released OS/SKD at the time I prepared this report. In addition to these tools and technologies, Apple recently announced tools and technologies that would fall within this technology rubric that will be available to developers later in 2026. *See, e.g.*, *Apple introduces Siri AI, a profoundly more capable and personal assistant*, Apple,

- **SiriKit**, a set of technologies that allow developers to empower users to interact with their apps through voice, intelligent suggestions, and personalized workflows.[582]

- **Intents App Extension** provides developers with the tools necessary to handle an app's interactions with SiriKit.[583]

- **Intents**, a framework that allows developers to empower users to customize their interactions for an app on their device.[584]

- **INIntent** sends a request to fulfill in the developer's app or Intents extension.[585]

- **INIntentResponse** captures the developer's response to an intent object.[586]

- **INInteraction** captures an interaction between the user and the app involving an intent object. This technology encapsulates information about a SiriKit request and the app's response.[587]

- **INParameter** reflects a parameter of an interaction object. Developers can use parameters when configuring a custom user interface for their Siri or Maps interactions.[588]

- **Intent Handling Infrastructure** lets developers specify required permissions and provide handlers for the intents that their app supports, and configure app extensions.[589]

---

https://www.apple.com/newsroom/2026/06/apple-introduces-siri-ai-a-profoundly-more-capable-and-personal-assistant/ (2026).

[582] *Apple Developer, SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/ (2026); *Apple Developer, Bring your app to Siri*, Apple, https://developer.apple.com/videos/play/wwdc2024/10133/ (2026); *Apple Developer, What's new in SiriKit and Shortcuts*, Apple, https://developer.apple.com/videos/play/wwdc2020/10068/ (2026); *Apple Developer, Introducing SiriKit Media Intents*, Apple, https://developer.apple.com/videos/play/wwdc2019/207/ (2026); *Apple Developer, Introduction to Siri Shortcuts*, Apple, https://developer.apple.com/videos/play/wwdc2018/211/ (2026); *Apple Developer, Design high quality Siri media interactions*, Apple, https://developer.apple.com/videos/play/wwdc2020/10060/ (2026); *Apple Developer, Siri for developers*, Apple, https://developer.apple.com/siri/ (2026).

[583] *Apple Developer, Creating an Intents App Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-app-extension (2026); *Apple Developer, AppIntentsExtension*, Apple, https://developer.apple.com/documentation/appintents/appintentsextension (2026).

[584] *Apple Developer, App Intents*, Apple, https://developer.apple.com/documentation/appintents (2026); *Apple Developer, Introducing SiriKit Media Intents*, Apple, https://developer.apple.com/videos/play/wwdc2019/207/ (2026).

[585] *Apple Developer, INIntent*, Apple, https://developer.apple.com/documentation/intents/inintent (2026).

[586] *Apple Developer, INIntentResponse*, Apple, https://developer.apple.com/documentation/intents/inintentresponse (2026).

[587] *Apple Developer, INInteraction*, Apple, https://developer.apple.com/documentation/Intents/INInteraction (2026).

[588] *Apple Developer, INParameter*, Apple, https://developer.apple.com/documentation/Intents/INParameter (2026).

[589] *Apple Developer, Intent Handling Infrastructure*, Apple, https://developer.apple.com/documentation/sirikit/intent-handling-infrastructure (2026).

- **Resolution Results** resolves common types of data like strings and dates into specific values that an app recognizes.[590]

- **Common Data Types**, the shared data types developers use to manage data such as strings, dates, currencies, images, and contacts.[591]

- **INIntentDonationMetadata**, metadata about intents exposed to Siri to improve Siri Suggestions. This technology helps Siri learn someone's habits and suggest relevant shortcuts over time.[592]

- **Siri Event Suggestions** integrates reservations made in an app seamlessly, sharing the information with certain apps and technologies, such as Calendar, Maps, Spotlight, and the Lock Screen. This technology allows a developer to provide users with current, actionable information connected to a reservation.[593]

- **Siri Shortcuts** lets developers add custom intents and parameters to help users interact more quickly and effectively with Siri through phrase-driven shortcuts.[594]

- **Shortcuts App**, where users can make changes to what a Siri Shortcut will do when invoked.[595]

- **INShortcut** represents an action available in a developer's app that the system may suggest to a user or a user may add to Siri.[596]

- **INVoiceShortcutCenter** retrieves the user's shortcuts and makes shortcut suggestions. Using this technology, a developer's app can retrieve shortcuts associated with their app that the user added to Siri and suggest shortcuts the user may want to add to Siri.[597]

---

[590] *Apple Developer, Resolution Results*, Apple, https://developer.apple.com/documentation/sirikit/resolution-results (2026).

[591] *Apple Developer, Common Data Types*, Apple, https://developer.apple.com/documentation/sirikit/common-data-types (2026).

[592] *Apple Developer, INIntentDonationMetadata*, Apple, https://developer.apple.com/documentation/intents/inintentdonationmetadata (2026).

[593] *Apple Developer, Siri Event Suggestions*, Apple, https://developer.apple.com/documentation/SiriKit/siri-event-suggestions (2026).

[594] *Apple Developer, Adding User Interactivity with Siri Shortcuts and the Shortcuts App*, Apple, https://developer.apple.com/documentation/sirikit/adding-user-interactivity-with-siri-shortcuts-and-the-shortcuts-app (2026).

[595] *Apple Developer, Adding User Interactivity with Siri Shortcuts and the Shortcuts App*, Apple, https://developer.apple.com/documentation/sirikit/adding-user-interactivity-with-siri-shortcuts-and-the-shortcuts-app (2026); *Apple Developer, Offering Actions in the Shortcuts App*, Apple, https://developer.apple.com/documentation/SiriKit/offering-actions-in-the-shortcuts-app (2026).

[596] *Apple Developer, INShortcut*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference?changes=l_8_4&language=objc (2026).

[597] *Apple Developer, INVoiceShortcutCenter*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcutcenter (2026).

- **INVoiceShortcut** reflects a shortcut the user added to Siri.[598]

- **INShortcutReference**, an object representing an action available in a developer's app that the system may suggest to a user or a user may add to Siri.[599]

- **Custom Vocabulary**, a set of technologies where apps register vocabulary that's used in a nonconventional way or that's completely unique to the app. Siri uses Custom Vocabulary to improve the speech recognition process and to ensure that the app has correct information.[600]

- **INVocabularyStringType**, the set of possible usages for a custom vocabulary term.[601]

- **INVocabulary**, an object for registering user-specific vocabulary that Siri requests might include.[602]

- **Car Commands**, a set of technologies that manage vehicle door locks and obtain the vehicle's status. Using this technology, users can lock or unlock their car's doors and get other car-related information using Siri.[603]

- **Lists and Notes** create and manage notes and to-do list items. Users can ask Siri to create or modify notes in their favorite note-taking app.[604]

- **Media** allow developers to listen and control audio through Siri Intents or listen and watch media content from their app with shortcuts.[605]

- **Messaging** let users ask Siri to compose new messages, read existing messages, and indicate to other users whether they're available.[606]

---

[598] *Apple Developer, INVoiceShortcut*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcut (2026).

[599] *Apple Developer, INShortcutReference*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference (2026).

[600] *Apple Developer, Registering Custom Vocabulary with SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/registering-custom-vocabulary-with-sirikit (2026).

[601] *Apple Developer, INVocabularyStringType*, Apple, https://developer.apple.com/documentation/intents/invocabularystringtype (2026).

[602] *Apple Developer, INVocabulary*, Apple, https://developer.apple.com/documentation/Intents/INVocabulary (2026).

[603] *Apple Developer, Car Commands*, Apple, https://developer.apple.com/documentation/SiriKit/car-commands (2026).

[604] *Apple Developer, Lists and Notes*, Apple, https://developer.apple.com/documentation/SiriKit/lists-and-notes (2026).

[605] *Apple Developer, Media*, Apple, https://developer.apple.com/documentation/SiriKit/media (2026).

[606] *Apple Developer, Messaging*, Apple, https://developer.apple.com/documentation/SiriKit/messaging (2026).

- **Payments** allow users to send payments between users or pay bills. This technology allows users to pay bills or initiate monetary transfers between themselves and others using Siri.[607]

- **Ride Booking** allows users to book rides and report their status. Users can use this technology to book rides from Siri Suggestions. When the user requests a ride from the developer's service, SiriKit forwards the information to the developer's Intents app extension for processing.[608]

- **VoIP Calling** can initiate calls and search a user's call history. Using this technology, users can ask Siri to initiate audio and video calls or search for calls received.[609]

- **Workouts** can start, end, and manage fitness routines. Using this technology, users can start, pause, resume, cancel, or end workouts with Siri.[610]

- **IntentsUI**, a framework that allows a developer to customize content in the interface for Siri and Maps.[611]

- **Intents UI Extension**, an extension that allows developers to customize the interfaces displayed by Siri. SiriKit offers different levels of customization for its interface. Developers can use intent parameters to customize every portion of the Siri interface, making it possible to replace the default interface entirely.[612]

- **Shortcut-Related UI**, buttons and interfaces that developers can incorporate into their user interface to offer easy shortcut creation.[613]

- **INUIInteractiveBehavior**, constants indicating how users can interact with a developer's interface.[614]

- **INUIHostedViewContext**, constants indicating where a developer's view controller appears.[615]

---

[607] *Apple Developer, Payments*, Apple, https://developer.apple.com/documentation/SiriKit/payments (2026).

[608] *Apple Developer, Booking Rides with SiriKit*, Apple, https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit (2026).

[609] *Apple Developer, VoIP Calling*, Apple, https://developer.apple.com/documentation/SiriKit/voip-calling (2026).

[610] *Apple Developer, Workouts*, Apple, https://developer.apple.com/documentation/SiriKit/workouts (2026).

[611] *Apple Developer, IntentsUI*, Apple, https://developer.apple.com/documentation/intentsui (2026).

[612] *Apple Developer, Creating an Intents UI Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-ui-extension (2026).

[613] *Apple Developer, Shortcut-Related UI*, Apple, https://developer.apple.com/documentation/SiriKit/shortcut-related-ui (2026).

[614] *Apple Developer, INUIInteractiveBehavior*, Apple, https://developer.apple.com/documentation/intentsui/inuiinteractivebehavior (2026).

[615] *Apple Developer, INUIHostedViewContext*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontext (2026).

- **INUIHostedViewControlling**, methods for presenting custom content in the Siri and Maps interfaces.[616]

- **INUIHostedViewSiriProviding**, methods for hiding portions of the default interfaces that Siri provides.[617]

- **App Selection** streamlines voice-driven interactions. As Siri learns about a user's listening habits, it intelligently predicts when the user intends for an app to handle a request, even if the user didn't mention the app by name.[618]

- **Siri Suggestions** proactively suggests actions to users in some apps even before the user asks and provides relevant search results.[619]

431. Apple's Siri tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases.

432. Apple's Siri tools and technologies allow developers to design apps to empower the use of Siri to automatically perform actions that would otherwise require multiple steps. Apple's SiriKit APIs, including Intents and IntentsUI, allow developers to quickly and easily ensure that their app's unique capabilities can interface with Siri. Adding Siri functionality drives user engagement as research indicates that "80% of apps with proper [SiriKit] configuration see increased usage."[620]

---

[616] *Apple Developer, INUIHostedViewControlling*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontrolling (2026).

[617] *Apple Developer, INUIHostedViewSiriProviding*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewsiriproviding (2026).

[618] *Apple Developer, Improving Siri Media Interactions and App Selection*, Apple, https://developer.apple.com/documentation/SiriKit/improving-siri-media-interactions-and-app-selection (2026).

[619] *Apple Developer, Increasing App Usage with Suggestions Based on User Activities*, Apple, https://developer.apple.com/documentation/Foundation/increasing-app-usage-with-suggestions-based-on-user-activities (2026).

[620] *Leveraging SiriKit for Seamless Voice Integration in iOS Applications*, MoldStud, https://moldstud.com/articles/p-leveraging-sirikit-for-voice-integration-in-ios-apps (2026).

433. SiriKit and related intent technologies help developers monetize by reducing friction in key actions and bringing users back into their apps with minimal effort. At a high level, SiriKit, Intents, INIntent, INIntentResponse, INInteraction, and the intent-handling infrastructure let developers expose specific actions from their apps as voice-driven, system-level capabilities. Resolution Results and Common Data Types (strings, dates, currencies, contacts) ensure that Siri can understand the details of such requests and hand the app sufficient structured data to complete them reliably.

434. Shortcut-related technologies deepen this effect by letting users and the system automate repeated actions. Siri Shortcuts, INShortcut, INVoiceShortcut, INVoiceShortcutCenter, INShortcutReference, and the Shortcuts app together allow users to create explicit voice shortcuts and let the system suggest shortcuts based on past behavior (via INIntentDonationMetadata and Siri Suggestions). Developers can design shortcut flows around high-value actions.

435. Domain-specific intents—particularly Payments, Gaming, Media, Messaging, VoIP Calling, Car Commands, Lists and Notes, and Workouts—allow developers to place relevant actions directly into Siri's conversational and suggestion space. For media, users can invoke playback or content from the app's catalog, increasing engagement that supports paid tiers; for communications and productivity apps, messaging and list/notes, intents keep users within the app's ecosystem for coordination and task completion. By tightly integrating these intents, developers can make it natural for users to initiate or repeat services without navigating through the user interface.

436. Custom vocabulary (INVocabulary, INVocabularyStringType, and app-specific terms) ensures that Siri recognizes product names, brand terms, plan labels, and other domain-specific phrases correctly. Better recognition reduces failed attempts, making it more likely that

209

the requested action succeeds on the first try and that users are comfortable relying on voice for future actions. App Selection streamlines this by letting Siri route requests to the appropriate app based on a user's history, so that "play my podcast" goes to the app the user actually uses for that purpose, strengthening that app's role as the default provider for the associated service.

437. The Intents UI stack (IntentsUI, Intents UI Extension, Shortcut-related UI, INParameter, INUIInteractiveBehavior, INUIHostedViewContext, INUIHostedViewControlling, and INUIHostedViewSiriProviding) lets developers control how their content and options are presented in Siri when an intent is handled. Developers can design custom, focused interfaces that surface key information, highlight plan or product choices, and provide clear confirmation and next steps, all within Siri. For example, a media app can show recommended premium content. By tailoring these intent-driven interfaces, developers can guide users through the last steps needed to complete a transaction, minimize confusion, and encourage repeat use of voice-driven flows.

## 1.    Patents

438. Using the methodology in Section VII, I identified an exemplary set of 348 U.S. patent assets, including 311 patents and 37 published patent applications relating to Siri technologies, that are identified in **Appendix C**.

439. I identified these patents using the following search string:

> ((("Apple Inc".as. or Apple.AANM.) AND method.clms. AND ("virtual assistant" OR "digital assistant" OR "personal assistant" OR "Voice assistant" OR "voice command" OR "intelligent") AND SIRI.oref.) OR (("Apple Inc".as. or Apple.AANM.) AND method.clms. AND ("intelligent automated assistant".ti. OR "digital assistant".ti. OR "voice assistant".ti.))) not (H04M1/72442.IPC. or G06F3/04817 or A6*.ipc. or B6*.ipc. or h04w5*.ipc. or h04w6*.ipc. or G10L25/30.ipc. or G06F21/40.ipc. or G10L17/24.ipc. or G10L15/222.ipc. or H04M1/72412.ipc. or H04L67/59.ipc. or H04N21/266.ipc. or H04L43/0811.ipc. or G06F16/438.ipc. or G06Q10/00.ipc. or G06F9/54.ipc. or G06F9/4806.ipc. or H04W4/80 or H04L41*.ipc. or "Display screen".ti. or TV.ti. or channel.ti. or case.ti. or  media.ti. or "touch sensitive".clms. OR "media content".clms.)

440. I developed this string by first looking for terms relating to Siri technologies also found in Apple's Siri developer documents and WWDC videos, such as "Siri," "assistant," "digital assistant," and "intelligent . . . assistant."[621] I included these terms, and other related terms, as search terms in this string.

441. Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Siri technology rubric. For example, I added exclusions for terms relating to "display screen," "TV," "channel," "touch sensitive," or "media content."

442. Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Siri tools and technologies.

### 2.    Copyrights

443. Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Siri technologies.

444. First, Apple's Siri tools and technologies provide developers with Frameworks and APIs, including SiriKit, INPlayMediaIntent, AppIntentsExtension, App Intents, INIntent, INIntentResponse, INInteraction, INParameter, Intent Handling Infrastructure, Resolution Results, Common Data Types, INIntentDonationMetadata, Siri Event Suggestions, INShortcut, INVoiceShortcutCenter, INVoiceShortcut, INShortcutReference, INVocabularyStringType, INVocabulary, Car Commands, Lists and Notes, Media, Messaging, Payments, INGetRideStatusIntentHandling, INRequestRideIntentHandling, VoIP Calling, Workouts, IntentsUI, INUIHostedViewControlling, INUIHostedViewSiriProviding, INParameter,

---

[621] *Siri*, Apple, https://www.apple.com/siri/ (2026) ("**Siri**," "[p]rotected by the strongest privacy of any **intelligent assistant**," "[t]he most private **digital assistant**").

INIntentSetImageKeyPath,        Shortcut-Related        UI,        INUIInteractiveBehavior,

INUIHostedViewContext, INSearchForMediaIntent, INPlayMediaIntent, INMediaUserContext,

NSUserActivity, and the many related APIs.[622]   Apple's Siri APIs are at the center of everything

a developer does related to Siri.

---

[622] *See, e.g.*, *Apple Developer, SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/ (2026); *Apple Developer, Creating an Intents App Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-app-extension (2026); *Apple Developer, AppIntentsExtension*, Apple, https://developer.apple.com/documentation/appintents/appintentsextension (2026); *Apple Developer, App Intents*, Apple, https://developer.apple.com/documentation/appintents (2026); *Apple Developer, INIntent*, Apple, https://developer.apple.com/documentation/intents/inintent (2026); *Apple Developer, INIntentResponse*, Apple, https://developer.apple.com/documentation/intents/inintentresponse (2026); *Apple Developer, INInteraction*, Apple, https://developer.apple.com/documentation/Intents/INInteraction (2026); *Apple Developer, INParameter*, Apple, https://developer.apple.com/documentation/Intents/INParameter (2026); *Apple Developer, Intent Handling Infrastructure*, Apple, https://developer.apple.com/documentation/sirikit/intent-handling-infrastructure (2026); *Apple Developer, Resolution Results*, Apple, https://developer.apple.com/documentation/sirikit/resolution-results (2026); *Apple Developer, Common Data Types*, Apple, https://developer.apple.com/documentation/sirikit/common-data-types (2026); *Apple Developer, INIntentDonationMetadata*, Apple, https://developer.apple.com/documentation/intents/inintentdonationmetadata (2026); *Apple Developer, Siri Event Suggestions*, Apple, https://developer.apple.com/documentation/SiriKit/siri-event-suggestions (2026); *Apple Developer, INShortcut*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference?changes=l_8_4&language=objc (2026); *Apple Developer, INVoiceShortcutCenter*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcutcenter (2026); *Apple Developer, INVoiceShortcut*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcut (2026); *Apple Developer, INShortcutReference*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference (2026); *Apple Developer, INVocabularyStringType*, Apple, https://developer.apple.com/documentation/intents/invocabularystringtype (2026); *Apple Developer, INVocabulary*, Apple, https://developer.apple.com/documentation/Intents/INVocabulary (2026); *Apple Developer, Car Commands*, Apple, https://developer.apple.com/documentation/SiriKit/car-commands (2026); *Apple Developer, Lists and Notes*, Apple, https://developer.apple.com/documentation/SiriKit/lists-and-notes (2026); *Apple Developer, Media*, Apple, https://developer.apple.com/documentation/SiriKit/media (2026); *Apple Developer, Messaging*, Apple, https://developer.apple.com/documentation/SiriKit/messaging (2026); *Apple Developer, Payments*, Apple, https://developer.apple.com/documentation/SiriKit/payments (2026); *Apple Developer, Booking Rides with SiriKit*, Apple, https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit (2026); *Apple Developer, VoIP Calling*, Apple, https://developer.apple.com/documentation/SiriKit/voip-calling (2026); *Apple Developer, Workouts*, Apple, https://developer.apple.com/documentation/SiriKit/workouts (2026); *Apple Developer, IntentsUI*, Apple, https://developer.apple.com/documentation/intentsui (2026); *Apple Developer, Creating an Intents UI Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-ui-extension (2026); *Apple Developer, Shortcut-Related UI*, Apple, https://developer.apple.com/documentation/SiriKit/shortcut-related-ui (2026); *Apple Developer, INUIInteractiveBehavior*, Apple, https://developer.apple.com/documentation/intentsui/inuiinteractivebehavior (2026); *Apple Developer, INUIHostedViewContext*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontext (2026); *Apple Developer, INUIHostedViewControlling*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontrolling (2026); *Apple Developer, Improving Siri Media Interactions and App Selection*, Apple, https://developer.apple.com/documentation/SiriKit/improving-siri-media-interactions-and-app-selection (2026); *Apple Developer, Increasing App Usage with Suggestions Based on User Activities*, Apple, https://developer.apple.com/documentation/Foundation/increasing-app-usage-with-

445.    When developers use Siri APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.   While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

446.    Apple's APIs related to Siri help developers use all aspects of Apple's Siri tools and technologies to design apps that allow users to interact with their devices through voice. For example, Apple provides information regarding its APIs that relate to using SiriKit with rideshare apps, including instructions about how to use the APIs such as to resolve pick up and drop off locations.[623] As shown below, developers can take advantage of Apple's expansive Siri tools and technologies enabled by its APIs.

---

suggestions-based-on-user-activities (2026); *Apple Developer, INUIHostedViewSiriProviding*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewsiriproviding (2026).

[623] *Apple Developer, Booking Rides with SiriKit*, Apple, https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit (2026).

```
Handle Ride Booking with Siri

To enable Siri to recognize and respond to ride-booking requests, you must implement classes that conform to the
INRequestRideIntentHandling protocol. Within the protocol, different methods are responsible for different
components of the ride-booking process.

The first step is to resolve the parameters necessary for booking a ride; most commonly, you need to resolve pickup and
drop-off locations. If the parameters you choose to resolve are not provided in the initial command, they show up as
prompts from Siri. For example, if the user says "Book a ride" without including a destination, and you choose to resolve
the drop-off location, Siri prompts the user to add a destination.

The pickup and drop-off locations are resolved within the RideRequestHandler class.


func resolvePickupLocation(for intent: INRequestRideIntent, with completion: @escaping (INPlacemarkRes
    // Always check if parameter is not nil
    if let pickup = intent.pickupLocation {
        completion(.success(with: pickup))
    } else {
        completion(.confirmationRequired(with: intent.pickupLocation))
    }
}

func resolveDropOffLocation(for intent: INRequestRideIntent, with completion: @escaping (INPlacemarkRe
    if let dropOff = intent.dropOffLocation {
        completion(.success(with: dropOff))
    } else {
        completion(.confirmationRequired(with: intent.dropOffLocation))
    }
}
```

Figure: Booking Rides with SiriKit[624]

447.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Siri tools and technologies. Developers use these materials to better understand and implement Siri functionality, leading to higher consumer interest and engagement.[625] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[624] *Apple Developer, Booking Rides with SiriKit*, Apple, https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit (2026).

[625] *Apple Developer, SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/ (2026); *Apple Developer, Bring your app to Siri*, Apple, https://developer.apple.com/videos/play/wwdc2024/10133/ (2026); *Apple Developer, What's new in SiriKit and Shortcuts*, Apple, https://developer.apple.com/videos/play/wwdc2020/10068/ (2026); *Apple Developer, Introducing SiriKit Media Intents*, Apple, https://developer.apple.com/videos/play/wwdc2019/207/ (2026); *Apple Developer, Introduction to Siri Shortcuts*, Apple, https://developer.apple.com/videos/play/wwdc2018/211/ (2026); *Apple Developer, Design high quality Siri*

214

*media interactions*, Apple, https://developer.apple.com/videos/play/wwdc2020/10060/ (2026); *Apple Developer, Creating an Intents App Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-app-extension (2026); *Apple Developer, AppIntentsExtension*, Apple, https://developer.apple.com/documentation/appintents/appintentsextension (2026); *Apple Developer, App Intents*, Apple, https://developer.apple.com/documentation/appintents (2026); *Apple Developer, INIntent*, Apple, https://developer.apple.com/documentation/intents/inintent (2026); *Apple Developer, INIntentResponse*, Apple, https://developer.apple.com/documentation/intents/inintentresponse (2026); *Apple Developer, INInteraction*, Apple, https://developer.apple.com/documentation/Intents/INInteraction (2026); *Apple Developer, INParameter*, Apple, https://developer.apple.com/documentation/Intents/INParameter (2026); *Apple Developer, Intent Handling Infrastructure*, Apple, https://developer.apple.com/documentation/sirikit/intent-handling-infrastructure (2026); *Apple Developer, Resolution Results*, Apple, https://developer.apple.com/documentation/sirikit/resolution-results (2026); *Apple Developer, Common Data Types*, Apple, https://developer.apple.com/documentation/sirikit/common-data-types (2026); *Apple Developer, INIntentDonationMetadata*, Apple, https://developer.apple.com/documentation/intents/inintentdonationmetadata (2026); *Apple Developer, Siri Event Suggestions*, Apple, https://developer.apple.com/documentation/SiriKit/siri-event-suggestions (2026); *Apple Developer, INShortcut*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference?changes=l_8_4&language=objc (2026); *Apple Developer, INVoiceShortcutCenter*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcutcenter (2026); *Apple Developer, INVoiceShortcut*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcut (2026); *Apple Developer, INShortcutReference*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference (2026); *Apple Developer, INVocabularyStringType*, Apple, https://developer.apple.com/documentation/intents/invocabularystringtype (2026); *Apple Developer, INVocabulary*, Apple, https://developer.apple.com/documentation/Intents/INVocabulary (2026); *Apple Developer, Car Commands*, Apple, https://developer.apple.com/documentation/SiriKit/car-commands (2026); *Apple Developer, Lists and Notes*, Apple, https://developer.apple.com/documentation/SiriKit/lists-and-notes (2026); *Apple Developer, Media*, Apple, https://developer.apple.com/documentation/SiriKit/media (2026); *Apple Developer, Messaging*, Apple, https://developer.apple.com/documentation/SiriKit/messaging (2026); *Apple Developer, Payments*, Apple, https://developer.apple.com/documentation/SiriKit/payments (2026); *Apple Developer, Booking Rides with SiriKit*, Apple, https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit (2026); *Apple Developer, VoIP Calling*, Apple, https://developer.apple.com/documentation/SiriKit/voip-calling (2026); *Apple Developer, Workouts*, Apple, https://developer.apple.com/documentation/SiriKit/workouts (2026); *Apple Developer, IntentsUI*, Apple, https://developer.apple.com/documentation/intentsui (2026); *Apple Developer, Creating an Intents UI Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-ui-extension (2026); *Apple Developer, Shortcut-Related UI*, Apple, https://developer.apple.com/documentation/SiriKit/shortcut-related-ui (2026); *Apple Developer, INUIInteractiveBehavior*, Apple, https://developer.apple.com/documentation/intentsui/inuiinteractivebehavior (2026); *Apple Developer, INUIHostedViewContext*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontext (2026); *Apple Developer, INUIHostedViewControlling*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontrolling (2026); *Apple Developer, Registering Custom Vocabulary with SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/registering-custom-vocabulary-with-sirikit (2026); *Apple Developer, Improving Siri Media Interactions and App Selection*, Apple, https://developer.apple.com/documentation/SiriKit/improving-siri-media-interactions-and-app-selection (2026); *Apple Developer, Siri for developers*, Apple, https://developer.apple.com/siri/ (2026); *Apple Developer, Increasing App Usage with Suggestions Based on User Activities*, Apple, https://developer.apple.com/documentation/Foundation/increasing-app-usage-with-suggestions-based-on-user-activities (2026); *Apple Developer, Offering Actions in the Shortcuts App*, Apple, https://developer.apple.com/documentation/SiriKit/offering-actions-in-the-shortcuts-app (2026); *Apple Developer, Adding User Interactivity with Siri Shortcuts and the Shortcuts App*, Apple, https://developer.apple.com/documentation/sirikit/adding-user-interactivity-with-siri-shortcuts-and-the-shortcuts-app (2026).

215

448.    Apple's developer documents and instructional videos help developers use all aspects of Apple's Siri tools and technologies to design apps that allow users to interact with their devices through voice. For example, Apple's instructional videos help developers design Siri experiences for music and audio apps, such as using voice commands to pause and resume.[626]

### 3.    Trade Secrets

449.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Siri technologies that, although secret, developers can leverage.

450.    Apple's Siri tools and technologies provide developers with Frameworks and APIs, including SiriKit, INPlayMediaIntent, AppIntentsExtension, App Intents, INIntent, INIntentResponse, INInteraction, INParameter, Intent Handling Infrastructure, Resolution Results, Common Data Types, INIntentDonationMetadata, Siri Event Suggestions, INShortcut, INVoiceShortcutCenter, INVoiceShortcut, INShortcutReference, INVocabularyStringType, INVocabulary, Car Commands, Lists and Notes, Media, Messaging, Payments, INGetRideStatusIntentHandling, INRequestRideIntentHandling, VoIP Calling, Workouts, IntentsUI, INUIHostedViewControlling, INUIHostedViewSiriProviding, INParameter, INIntentSetImageKeyPath, Shortcut-Related UI, INUIInteractiveBehavior, INUIHostedViewContext, INSearchForMediaIntent, INPlayMediaIntent, INMediaUserContext, NSUserActivity, and the many related APIs.[627] These APIs allow developers to perform complex

---

[626] *Apple Developer, Design high quality Siri media interactions*, Apple, https://developer.apple.com/videos/play/wwdc2020/10060/ (2026).

[627] *See, e.g.*, *Apple Developer, SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/ (2026); *Apple Developer, Creating an Intents App Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-app-extension (2026); *Apple Developer, AppIntentsExtension*, Apple, https://developer.apple.com/documentation/appintents/appintentsextension (2026); *Apple Developer, App Intents*, Apple, https://developer.apple.com/documentation/appintents (2026); *Apple Developer, INIntent*, Apple, https://developer.apple.com/documentation/intents/inintent (2026); *Apple Developer, INIntentResponse*, Apple, https://developer.apple.com/documentation/intents/inintentresponse (2026); *Apple Developer, INInteraction*, Apple, https://developer.apple.com/documentation/Intents/INInteraction (2026); *Apple Developer, INParameter*, Apple,

Siri tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Siri API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

451.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Siri tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including

https://developer.apple.com/documentation/Intents/INParameter (2026); *Apple Developer, Intent Handling Infrastructure*, Apple, https://developer.apple.com/documentation/sirikit/intent-handling-infrastructure (2026); *Apple Developer, Resolution Results*, Apple, https://developer.apple.com/documentation/sirikit/resolution-results (2026); *Apple Developer, Common Data Types*, Apple, https://developer.apple.com/documentation/sirikit/common-data-types (2026); *Apple Developer, INIntentDonationMetadata*, Apple, https://developer.apple.com/documentation/intents/inintentdonationmetadata (2026); *Apple Developer, Siri Event Suggestions*, Apple, https://developer.apple.com/documentation/SiriKit/siri-event-suggestions (2026); *Apple Developer, INShortcut*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference?changes=l_8_4&language=objc (2026); *Apple Developer, INVoiceShortcutCenter*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcutcenter (2026); *Apple Developer, INVoiceShortcut*, Apple, https://developer.apple.com/documentation/intents/invoiceshortcut (2026); *Apple Developer, INShortcutReference*, Apple, https://developer.apple.com/documentation/intents/inshortcutreference (2026); *Apple Developer, INVocabularyStringType*, Apple, https://developer.apple.com/documentation/intents/invocabularystringtype (2026); *Apple Developer, INVocabulary*, Apple, https://developer.apple.com/documentation/Intents/INVocabulary (2026); *Apple Developer, Car Commands*, Apple, https://developer.apple.com/documentation/SiriKit/car-commands (2026); *Apple Developer, Lists and Notes*, Apple, https://developer.apple.com/documentation/SiriKit/lists-and-notes (2026); *Apple Developer, Media*, Apple, https://developer.apple.com/documentation/SiriKit/media (2026); *Apple Developer, Messaging*, Apple, https://developer.apple.com/documentation/SiriKit/messaging (2026); *Apple Developer, Payments*, Apple, https://developer.apple.com/documentation/SiriKit/payments (2026); *Apple Developer, Booking Rides with SiriKit*, Apple, https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit (2026); *Apple Developer, VoIP Calling*, Apple, https://developer.apple.com/documentation/SiriKit/voip-calling (2026); *Apple Developer, Workouts*, Apple, https://developer.apple.com/documentation/SiriKit/workouts (2026); *Apple Developer, IntentsUI*, Apple, https://developer.apple.com/documentation/intentsui (2026); *Apple Developer, Creating an Intents UI Extension*, Apple, https://developer.apple.com/documentation/SiriKit/creating-an-intents-ui-extension (2026); *Apple Developer, Shortcut-Related UI*, Apple, https://developer.apple.com/documentation/SiriKit/shortcut-related-ui (2026); *Apple Developer, INUIInteractiveBehavior*, Apple, https://developer.apple.com/documentation/intentsui/inuiinteractivebehavior (2026); *Apple Developer, INUIHostedViewContext*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontext (2026); *Apple Developer, INUIHostedViewControlling*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewcontrolling (2026); *Apple Developer, Improving Siri Media Interactions and App Selection*, Apple, https://developer.apple.com/documentation/SiriKit/improving-siri-media-interactions-and-app-selection (2026); *Apple Developer, Increasing App Usage with Suggestions Based on User Activities*, Apple, https://developer.apple.com/documentation/Foundation/increasing-app-usage-with-suggestions-based-on-user-activities (2026); *Apple Developer, INUIHostedViewSiriProviding*, Apple, https://developer.apple.com/documentation/intentsui/inuihostedviewsiriproviding (2026).

217

linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Siri APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### S.     CarPlay

452.     CarPlay is a valuable category of tools and technologies that help developers optimize how an iPhone app is used with a car's built-in systems for safer, hands-free use while driving. Examples include providing turn-by-turn navigation with predictive destinations, hands-free calling and messaging, calendar access, and distraction-reducing functionalities like driving focus modes. The CarPlay tools and technologies provide support for developer's apps, including for things like parking, EV charging, and food ordering, and let developers build CarPlay-compatible experiences—giving drivers access to car-optimized versions of their apps.

453.     Below is a non-exhaustive list of CarPlay tools and technologies:

- **Turn-by-turn guidance** speaks turn-by-turn directions as CarPlay follows driving progress.[628]

- **Phone**, technologies that enable hands-free calling, returning missed calls, and listening to voicemail using Siri voice control for safer driving.[629]

- **Driving Focus and Do Not Disturb While Driving**, CarPlay settings to silence or limit incoming notifications and calls automatically while the user is in a session.[630]

- **Call Notifications** allow CarPlay to make phone calls and listen to voicemail from iPhones.[631]

---

[628] *iPhone User Guide, Get turn-by-turn directions with CarPlay*, Apple, https://support.apple.com/en-in/guide/iphone/iph215b053f6/13.0/ios/13.0 (2026).

[629] *Use CarPlay with your iPhone*, Apple, https://support.apple.com/en-us/108415 (2026).

[630] *iOS 11 brings powerful new technologies to iPhone and iPad this fall*, Apple, https://www.apple.com/newsroom/2017/06/ios-11-brings-new-features-to-iphone-and-ipad-this-fall/ (2026); *Use the Driving Focus on your iPhone to concentrate on the road*, Apple, https://support.apple.com/en-us/108384 (2026).

[631] *iPhone User Guide, Make and receive phone calls with CarPlay*, Apple, https://support.apple.com/en-in/guide/iphone/iphfc2cd4c5f/17.0/ios/17.0 (2026).

- **Compact Phone Controls During Navigation**, incoming calls appear in a compact view, allowing users to continue seeing navigation directions or current tasks on screen without disruption.[632]

- **Messages** support audio messaging and Siri-based dictation. These technologies can announce incoming messages and allow quick replies without requiring users to look at their phone. Alternatively, users may open Messages with their vehicle's built-in controls.[633]

- **CarPlay Framework** provides developers with a set of APIs that support third-party apps on CarPlay, including parking, EV charging, food ordering, fueling, podcasts, VoIP, and automaker-specific apps for deeper car integration.[634]

- **Control your home from CarPlay**. Users can use Siri suggestions that appear on the CarPlay Dashboard or invoke Siri directly to control HomeKit-enabled accessories, such as garage doors, lights, and door locks.[635]

- **Instrument Cluster** makes symbols available for managing a vehicle's instrument cluster.[636]

- **CarPlay Scenes** make app content available in CarPlay.[637]

- **Now Playing information**, a shared system template that displays now playing information.[638]

- **Location and Information** provides templates available exclusively to apps with parking, EV-charging, or food-ordering entitlements providing point of interest and ordering capabilities.[639]

- **Communication** provides scene technologies for communications apps that include contact management.[640]

- **Actions, Alerts, and Buttons**, interactive elements that provide interactions between CarPlay scene with an app and handlers for apps.[641]

---

[632] *About iOS 26 Updates*, Apple, https://support.apple.com/en-us/123075 (2026).

[633] *Apple Developer, Turbocharge your app for CarPlay*, Apple, https://developer.apple.com/videos/play/wwdc2025/216/ (2026); *iPhone User Guide, Send and receive text messages with CarPlay*, Apple, https://support.apple.com/en-in/guide/iphone/iphb5d45624c/12.0/ios/12.0 (2026).

[634] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[635] *iPhone User Guide, Control your home from CarPlay*, Apple, https://support.apple.com/en-in/guide/iphone/iph11a3c5370/13.0/ios/13.0 (2026).

[636] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[637] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[638] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[639] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[640] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[641] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

- **Switch the appearance of CarPlay**, CarPlay automatically switches between dark and light appearance.[642]

- **View Live Activities**, where a user can view app activities on CarPlay Dashboard so they can easily follow live updates.[643]

- **Video Streaming**, where AirPlay video in the car enables people to watch their favorite videos from an iPhone right on their CarPlay display when the car is parked.[644]

454.    Apple's CarPlay tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies increase monetization by allowing developers to integrate their apps with CarPlay so that users can see relevant information while in their car at a glance. Further, CarPlay allows developers to customize their app's interface, while at the same time maintaining certain aspects of CarPlay's interface elements, resulting in apps that are safe and easy for users to use while in their vehicle.

455.    CarPlay's navigation and mapping technologies help developers monetize their services by increasing engagement and making it easy for users to act on contextually relevant offerings. CarPlay's mapping technologies keep users within an app's ecosystem while driving, making it natural to surface and confirm reservations, bookings, subscriptions, or service engagements (for example, parking reservations, EV charging sessions, or professional services attached to particular locations). Turn-by-turn guidance and rich visual scenes give users confidence they will arrive at the right place at the right time, which supports the completion of

---

[642] *iPhone User Guide, Change settings in CarPlay*, Apple, https://support.apple.com/en-il/guide/iphone/iph6ade13329/13.0/ios/13.0 (2026).

[643] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[644] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026); *Apple Developer, CarPlay*, Apple, https://developer.apple.com/carplay/ (2026).

those service transactions and encourages repeat use of the same provider through favorites and frequent destinations.

456.    Communication capabilities in CarPlay—Phone, Messages, call notifications, recent calls and contacts, and communication scenes—support user experience. Within CarPlay, apps can present "call now" or "contact provider" actions tied to particular locations or services, enabling users to schedule appointments, confirm reservations, or engage with customer support. Siri-based dictation, audio messaging, Tapbacks, and announcement of incoming messages allow users to respond quickly to communications using voice or simple acknowledgments, which makes it easier to finalize or adjust service arrangements while on the road.

457.    When CarPlay displays upcoming events and destinations, apps can offer context-aware options related to those events—such as booking-associated logistics or time-based services near a meeting or venue—and then initiate navigation directly from the calendar entry. Live Activities on the Dashboard let users monitor the status of ongoing services (for example, the progress of a scheduled engagement or a time-bound reservation) while driving, reinforcing trust in the service provider and providing natural touchpoints for follow-on interactions.

458.    The CarPlay technologies—CarPlay scenes, navigation scenes, Location and Information templates, communication scenes, actions/alerts/buttons, instrument cluster integration, and appearance switching—give developers the UI and interaction framework needed to tie these services seamlessly into the in-car experience. Location and Information templates, in particular, allow apps with entitlements (such as parking, EV charging, and food ordering apps) to present detailed information, availability, and simple service actions directly in CarPlay. For example, research indicates that the Dunkin' mobile app went "from below market average to

221

opening up an 18.5 percent gap above it, once CarPlay became available."[645] Actions, alerts, and buttons provide concise, high-value prompts (for example, extending a time-based service or modifying an existing booking) that can be confirmed with a single tap or a short voice command. Instrument cluster and Now Playing integration, as well as support for third-party audio, VoIP, and home-control apps, enable developers to deliver premium, subscription, or managed services in a way that feels fully integrated with the vehicle, supporting higher perceived value and sustained use across trips.

### 1. Patents

459. Using the methodology in Section VII, I identified an exemplary set of 34 U.S. patent assets, including 32 patents and 2 published patent applications relating to CarPlay technologies, that are identified in **Appendix C**.

460. I identified these patents using the following search string:

((((("Apple Inc".as. or Apple.AANM.) AND method.clms. AND "User Interface" AND (car.ab. OR vehicle.ab. OR driving.ab. ) AND (car OR vehicle) AND (("turn-by-turn directions" OR "likely destination" ) OR (map AND ("Three-dimensional" OR landmark OR traffic)))) OR (("Apple Inc".as. or Apple.AANM.) AND method.clms. AND "User Interface" AND (car.ab. OR vehicle.ab. OR driving.ab.) AND (car OR vehicle) AND ("Disturb" OR "focus" OR "Mute" OR "silence" OR "voicemail" "recent calls")) OR (("Apple Inc".as. or Apple.AANM.) AND method.clms. AND "User Interface" AND (car.ab. OR vehicle.ab. OR driving.ab.) AND (car OR vehicle) AND ("text message" OR Siri OR "respond to a message" )) OR (("Apple Inc".as. or Apple.AANM.) AND method.clms. AND "User Interface".ab. AND (car.ab. OR vehicle.ab.) AND music) OR (("Apple Inc".as. or Apple.AANM.) AND method.clms. AND "User Interface" AND (car.ab. OR vehicle.ab. OR driving.ab.) AND (car OR vehicle) AND ("third-party apps" OR "third-party app" OR Siri ) ) OR (("Apple Inc".as. or Apple.AANM.) AND method.clms. AND "User Interface" AND (car.ab. OR vehicle.ab. OR driving.ab.) AND (car OR vehicle) AND "EV charging" ))) and (display near10 vehicle not Unmanned Not reality not Autonomous not V2X not "transit vehicle" not exit.ab. not transit.ab. not climate.ab. Not pixel.ab. Not "field of view".ab. not

---

[645] *CarPlay integration drives engagement for Dunkin'*, apptopia, https://apptopia.com/en/insights/carplay-integration-drives-engagement-for-dunkin/ (2026).

exit.ab. not exit.ti. Not autonomous.ti. not V2V not Key.ab. not video.ab. not "image data".ab.
not Parking.ab. not mobile.ti.)

461.    I developed this string by first looking for terms relating to CarPlay technologies also found in Apple's CarPlay developer documents and WWDC videos, such as "car," "vehicle," "driving," "turn-by-turn directions," and "user interface."[646] I included these terms, and other related terms, as search terms in this string.

462.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the CarPlay technology rubric. For example, I added exclusions for terms relating to "unmanned," "reality," "autonomous," "transit," and "climate."

463.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented CarPlay tools and technologies.

## 2.    Copyrights

464.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of CarPlay technologies.

465.    First, Apple's CarPlay tools and technologies provide developers with Frameworks and APIs, including CarPlay, CPTemplateAppScene, CPTemplateAppSceneDelegate, CPSessionConfiguration, CPListTemplate, CPGridTemplate, CPTabBarTemplate, CPTemplate, CPBarButtonProviding, CPNowPlayingTemplate, CPInstrumentClusterController, CPInstrumentClusterControllerDelegate, CPTemplateAppInstrumentClusterScene,

---

[646] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026) ("CPTemplateAppScene... A **Car**Play scene that controls your app's **user interface**," "**Car**Play handles variations in **vehicle** systems"); *Apple Developer, CarPlay*, Apple, https://developer.apple.com/carplay/ (2026) ("Navigation apps can provide **turn-by-turn directions**," "you can support video in the car so people can watch their favorite content when they aren't **driving**").

CPTemplateAppInstrumentClusterSceneDelegate,    CPTemplateAppDashboardScene,
CPTemplateAppDashboardSceneDelegate,    CPMapTemplate,    CPSearchTemplate,
CPVoiceControlTemplate, CPPointOfInterestTemplate, CPInformationTemplate, CPTextButton,
and the many other related APIs.[647]  Apple's CarPlay APIs are at the center of everything a
developer does related to CarPlay.

466.    When developers use CarPlay APIs, they leverage Apple's proprietary source code
to perform the functionality underlying those APIs.  While I have not reviewed the actual source
code, based on my understanding of the APIs and professional experience, I expect that the source
code is extensive, protected by copyright, and provides developers significant value by offering
functionality that would be difficult and costly for them to recreate independently.

467.    Apple's APIs related to CarPlay help developers use all aspects of Apple's CarPlay
tools and technologies to integrate their apps in CarPlay. For example, Apple provides information
regarding its APIs that relate to CarPlay templates (such as list templates, grid templates, and tab
templates), including instructions about how to use the APIs to create user-friendly apps that are
specifically designed for users to safely access apps while in their vehicle.[648] As shown below,
developers can take advantage of Apple's expansive CarPlay tools and technologies enabled by its
APIs, such as how to display their app's content in a CarPlay-friendly format.

---

[647] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[648] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

Figure: CarPlay[649]

468.    Second, Apple provides access to developer documents and instructional videos that explain Apple's CarPlay tools and technologies. Developers use these materials to better understand and implement CarPlay functionality, leading to higher consumer interest and engagement.[650] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

469.    Apple's developer documents and instructional videos help developers use all aspects of Apple's CarPlay tools and technologies to allow users to safely and easily use apps while in their vehicle. For example, Apple's instructional videos help developers use CarPlay to allow users to view the progress of their activities and see relevant information at a glance.[651]

---

[649] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

[650] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026); *Apple Developer, Turbocharge your app for CarPlay*, Apple, https://developer.apple.com/videos/play/wwdc2025/216/ (2026); *iOS 11 brings powerful new technologies to iPhone and iPad this fall*, Apple, https://www.apple.com/newsroom/2017/06/ios-11-brings-new-features-to-iphone-and-ipad-this-fall/ (2026).

[651] *Apple Developer, Turbocharge your app for CarPlay*, Apple, https://developer.apple.com/videos/play/wwdc2025/216/ (2026).

225

### 3.      Trade Secrets

470.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to CarPlay technologies that, although secret, developers can leverage.

471.    Apple's CarPlay tools and technologies provide developers with Frameworks and APIs, including CarPlay, CPTemplateAppScene, CPTemplateAppSceneDelegate, CPSessionConfiguration, CPListTemplate, CPGridTemplate, CPTabBarTemplate, CPTemplate, CPBarButtonProviding, CPNowPlayingTemplate, CPInstrumentClusterController, CPInstrumentClusterControllerDelegate, CPTemplateAppInstrumentClusterScene, CPTemplateAppInstrumentClusterSceneDelegate, CPTemplateAppDashboardScene, CPTemplateAppDashboardSceneDelegate, CPMapTemplate, CPSearchTemplate, CPVoiceControlTemplate, CPPointOfInterestTemplate, CPInformationTemplate, CPTextButton, and the many other related APIs.[652] These APIs allow developers to perform complex CarPlay tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the CarPlay API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

472.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's CarPlay tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which CarPlay APIs provide

---

[652] *Apple Developer, CarPlay*, Apple, https://developer.apple.com/documentation/carplay/ (2026).

access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### T.       Core Audio

473.     Core Audio is a valuable category of tools and technologies that relate to Apple's digital audio infrastructure designed to handle the audio needs of an app. These tools and technologies allow developers to create apps that have direct access to a device's sound capabilities for recording, playback, and processing. They support everything from playing simple alert sounds to advanced real-time audio processing, format conversion, and 3D spatial audio. The Core Audio tools and technologies also manage how an app's audio interacts with the rest of the device— handling interruptions, routing sound to different outputs, and mixing audio from multiple apps— so that developers can build rich audio experiences that work seamlessly.

474.     Below is a non-exhaustive list of Core Audio tools and technologies:

- **Core Audio**, a set of technologies that allow a developer to create apps that interact with device's audio hardware.[653]

- **Core Audio Types**, the set of technologies that use specialized data types (e.g., AudioBuffer, AudioTimeStamp) to interact with audio streams, complex buffers, and audiovisual timestamps.[654]

  - **Audio Buffer** uses audio buffer types, such as AudioBuffer and AudioBuffer List, to hold and access audio data for app-level services.[655]

---

[653] *Apple Developer, Core Audio*, Apple, https://developer.apple.com/documentation/coreaudio (2026); *Core Audio Overview, What is Core Audio?*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/WhatisCoreAudio/WhatisCoreAudio.html#//apple_ref/doc/uid/TP40003577-CH3-SW1 (2026); *Core Audio Glossary*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Reference/CoreAudioGlossary/Glossary/core_audio_glossary.html#//apple_ref/doc/uid/TP40004453-CH210-CHDHHCFH (2026).

[654] *Apple Developer, Core Audio Types*, Apple, https://developer.apple.com/documentation/coreaudiotypes (2026).

[655] *Apple Developer, AudioBufferList*, Apple, https://developer.apple.com/documentation/coreaudiotypes/audiobufferlist (2026); *Understanding the Core Audio Architecture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/704/ (2026).

- **Audio Time**, audio timestamps and clock information, such as AudioTimeStamp and host time, that are used to represent timing information for audio processing and I/O.[656]

- **Audio Toolbox**, a framework that can record or play audio, convert formats, parse audio streams, and configure audio sessions, including Audio Units, Audio Converter, Audio Queue, Audio File, and Audio File Stream services.[657]

- **Audio Queue** provides a developer's app with timing control to support scheduled playback and synchronization. Developers can use it to synchronize playback of multiple audio queues and to synchronize audio with video.[658]

- **Audio Units** encapsulates audio signal processing operations as a plug-in API that operates in a processing context and render audio data into audio buffer lists.[659]

- **Audio Converter** converts between linear pulse code modulation audio formats, and between linear pulse code modulation and compressed formats.[660]

- **Audio File Stream Services** provide an interface for parsing streamed audio files.[661]

- **System Sound Services** plays short sounds or triggers a vibration effect on iPhones and iPads to provide audible alerts.[662]

- **Audio File Services**, the interface for parsing audio data to or from disk or a memory buffer.[663]

---

[656] *Apple Developer, AudioTimeStamp*, Apple, https://developer.apple.com/documentation/coreaudiotypes/audiotimestamp (2026).

[657] *Apple Developer, Audio Toolbox*, Apple, https://developer.apple.com/documentation/AudioToolbox (2026).

[658] *Apple Developer, Audio Queue Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-queue-services (2026); *Audio Queue Services Programming Guide, Introduction*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/AudioQueueProgrammingGuide/Introduction/Introduction.html#//apple_ref/doc/uid/TP40005343 (2026); *Understanding the Core Audio Architecture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/704/ (2026).

[659] *Apple Developer, Audio Toolbox*, Apple, https://developer.apple.com/documentation/audiotoolbox (2026); *Apple Developer, Audio Units*, Apple, https://developer.apple.com/documentation/avfaudio/audio-units/ (2026); *Apple Developer, Audio Unit*, Apple, https://developer.apple.com/library/archive/documentation/General/Conceptual/ExtensibilityPG/AudioUnit.html (2026); *Understanding the Core Audio Architecture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/704/ (2026).

[660] *Apple Developer, Audio Converter Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-converter-services (2026); *Understanding the Core Audio Architecture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/704/ (2026).

[661] *Apple Developer, Audio File Stream Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-stream-services (2026).

[662] *Apple Developer, Audio Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-services (2026).

[663] *Apple Developer, Audio File Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-services (2026); *Core Audio Overview, Sound Files*, Apple,

228

- **AVFAudio**, the framework that developers can use to play, record, and process audio in their apps, and to configure their apps' system audio behavior.[664]

- **Audio Engine** performs advanced real-time and offline audio processing, implement 3D spatialization, and work with musical instrument digital interface and samplers.[665]

- **Audio Session** communicates an app's audio to the operating system without detailing the specific behavior or required interactions with the audio hardware.[666]

- **Managing audio routing** inspects and configures audio routes, ports, and data sources.[667]

- **Mixing with other audio** mixes primary audio with secondary audio from another app.[668]

475.    Apple's Core Audio tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help them develop desirable apps. For example, Audible, SoundCloud, and Tidal apps offer linked-out purchases[669] and appear to use these tools and technologies.[670]

---

https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW8 (2026).

[664] *Apple Developer, AVFAudio*, Apple, https://developer.apple.com/documentation/AVFAudio (2026).

[665] *Apple Developer, Audio Engine*, Apple, https://developer.apple.com/documentation/avfaudio/audio-engine (2026); *Core Audio Overview, Audio Processing Graphs*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW28 (2026); *Understanding the Core Audio Architecture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/704/ (2026).

[666] *Apple Developer, AVAudioSession*, Apple, https://developer.apple.com/documentation/avfaudio/avaudiosession (2026); *Apple Developer, Handling audio interruptions*, Apple, https://developer.apple.com/documentation/avfaudio/handling-audio-interruptions (2026); *What's New in Core Audio*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/501/ (2026).

[667] *Apple Developer, Audio routing*, Apple, https://developer.apple.com/documentation/avfaudio/audio-routing (2026).

[668] *Apple Developer, silenceSecondaryAudioHintNotification*, Apple, https://developer.apple.com/documentation/avfaudio/avaudiosession/silencesecondaryaudiohintnotification/ (2026); *What's New in Core Audio*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/501/ (2026).

[669] *See* **Appendix E** (screen captures of linked-out purchase functionality of exemplary apps); *see also* Audible, https://www.audible.com/ep/memberbenefits (2026) (discussing subscription options and subscribing on the web versus in app); SoundCloud, https://soundcloud.com/company/plans (2026) (describing subscription levels to unlock certain features in select apps); *Press play on the perfect TIDAL plan*, TIDAL, https://tidal.com/pricing (2026) (describing various subscription types and benefits unlocked).

[670] Audible, https://apps.apple.com/us/app/audible-audiobooks-podcasts/id379693831 (2026) (describing audio streaming capabilities); SoundCloud, https://soundcloud.com/download (2026) (describing audio streaming capabilities); TIDAL Musis: HiFi Sound, https://apps.apple.com/us/app/tidal-music-hifi-sound/id913943275 (2026) (describing audio streaming capabilities).

476.    The Core Audio technologies allow developers to offer premium apps that include high performance and low latency audio technologies. Audio technologies are key to an app's feel and functionality, and Apple's Core Audio technologies are specifically designed to interact with and are tightly integrated with the device's audio hardware components.

477.    Core Audio and related technologies (such as AudioBuffer, AudioTimeStamp, and other Core Audio Types) enable developers to build responsive, low-latency audio experiences centered on access to content, subscriptions, or usage-based models. By giving control over audio input/output paths and timing, developers can deliver professional-grade sound quality for music, podcasts, live audio rooms, language learning, and communication tools.

478.    Audio Toolbox components — including Audio Units, Audio Queue, Audio Converter, Audio File Services, and Audio File Stream Services — provide concrete building blocks for premium audio technologies. Audio Units and the Audio Engine support sophisticated digital signal processing, real-time effects, virtual instruments, and speech or time-based processing that can be reserved for paying users of creative, production, or communications tools. Audio Queue, Audio Time, and Audio Buffer facilities allow precise synchronization, smooth streaming, and reliable playback/recording, enabling the offering of technologies like multitrack recording, synchronized multi-participant audio, and high-resolution or lossless playback.

479.    File and stream handling tools such as Audio File Services and Audio File Stream Services enable scalable access models for large audio catalogs and live or on-demand streams. Developers can implement playback of libraries, access to particular audio assets, or channels, using these services to manage formats, metadata, buffering, and bandwidth-aware streaming.

480.    AVFAudio, including Audio Session, Audio Engine, mixing, and audio routing management, lets developers control how their apps behave in real-world listening contexts, which

230

is critical for paid audio services and professional-grade tools. Audio Session and routing APIs help ensure reliable behavior with headphones, Bluetooth devices, car systems, and external audio interfaces commonly used by power users and professionals. Mixing with other audio and precise routing allow scenarios such as background listening, live commentary over another source, and configurable input/output chains, all of which can be packaged into higher-tier offerings that emphasize flexibility, production-quality workflows, and uninterrupted listening experiences.

481.    By combining these technologies, developers can create differentiated, high-value audio products whose business models are built around access to advanced capabilities rather than simple playback. Low-latency capture and monitoring, pro-quality effects chains, robust streaming, and intelligent session and routing control form the technical foundation for subscription-driven media services, professional creative tools, and communications platforms where users want reliability, quality, and technology richness.

### 1.    Patents

482.    Using the methodology in Section VII, I identified an exemplary set of 357 U.S. patent assets, including 296 patents and 61 published patent applications relating to Core Audio technologies, that are identified in **Appendix C**.

483.    I identified these patents using the following three search strings:

| Aspects | Search String |
|---|---|
| Audio Buffer, Audio Time, Audio Queue, Audio Converter, Audio File Stream Services, System Sound Services, Mixing With Other Audio | (Apple.as. OR Apple.AANM.) AND "method".clms. AND (((access* with "audio buffer").spec.  and audio.ab. ) Or (("Audio data" SAME (audio near10("timestamp" or "time stamp"))).spec. and audio.ab.) or (((audio near3 (queu*))same (playback or synchroniz* or recording or buffer*)).spec.) or (("audio" AND pars$).clms. AND (stream$ SAME audio)  NOT (pars$ WITH ("speech input" OR "spoken user input" OR text)).clms.) or (((audio WITH (convert$ OR conversion OR reformat$)).clms. OR (audio WITH (convert$ OR conversion OR reformat$)).ab.) AND ("bit depth" OR "sample rate" OR ("floating point" SAME "integer") OR (interleaved SAME deinterleaved) OR |

| | |
|---|---|
| | compressed).spec. NOT (conver$ WITH (sound OR DAC OR text)).clms. NOT (microphone OR "audio signal").clms. NOT (conver$ NEAR (text adj3 speech)).ab.) or (( ( (notif$ or alert$) with vibrat$).clms. or (audi$ ADJ (alert OR notification)).ab. OR (alert SAME sound).ab. OR (alert SAME sound).clms. or (audi$ ADJ (alert OR notification)).clms.) and (notif$ or alert$).ab.)  or ( (mix* same (secondary near3 audio)).spec. )) |
| Audio Units, Audio File Services | (Apple.as. OR Apple.AANM.) AND "method".clms. AND(((("speech synthesis" NOT ((digital OR virtual OR automated) ADJ assistant).ab. AND ( ("speech output" OR "speech synthesis" OR "text-to-speech")).ab.) OR (( ("audio effect" near5 ( generat* OR creat* OR implement*)) OR "multiband equalizer" OR "multistage distortion" OR "reverb effect" OR "delay effect").spec. AND audio.ab.) OR ( (("playback rate" near5 control* OR (pitch ADJ shift*))).spec. AND audio.ab.))NOT (xr OR ar OR immersive OR "extended reality").ab. ) or (( audio SAME (disk OR "memory" OR "buffer")).spec. AND (audio WITH (file OR data) WITH (writ$ OR pars$ OR (read OR reading NOT (readable ADJ medium) WITH method) OR creat$ OR load$ OR (propert$ near3 file))).clms. not (headset or (insert$ with ear)).clms.)) |
| Audio Engine, Audio Session, Audio Routing | (Apple.as. OR Apple.AANM.) aND "method".clms. AND (((( "spatial audio" with (generat* or process*) not (xr or ar or immersive or "extended reality").ab. and audio.ab.) or ( MIDI.ab. ) or ( ( ("audio signal" with "processing chain") or ((audio or stereo or 3D) ADJ mixing) ) and audio.ab.)) ) or ((("audio session") with (interrupt* or activ*)) and audio.ab.) or (((input or output) near3 (device or port or source))same (audio near3(route or routing))).spec. aND "method".clms. NOT (route same(navigation OR map)).spec. ) |

484.    I developed these search strings by first looking for terms relating to Core Audio technologies also found in Apple's Core Audio developer documents and WWDC videos, such as "audio," "buffer," "timestamp," "playback," and "speech."[671] I included these terms, and other related terms, as search terms in these strings.

---

[671] *Apple Developer, Core Audio Types*, Apple, https://developer.apple.com/documentation/coreaudiotypes (2026) ("Use specialized data types to interact with **audio** streams, complex **buffers**, and audiovisual **timestamps**."); *Apple Developer, Audio Toolbox*, Apple, https://developer.apple.com/documentation/AudioToolbox (2026) ("Configure

485.    Through an iterative process of spot checking the results and honing the search string, I modified the search strings to exclude terms that seemed to bring in patents that did not fit as well into the Core Audio technology rubric. For example, I added exclusions for terms relating to "alert," "notification," "AR," "route," "navigation," or "map."

486.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Core Audio tools and technologies.

### 2.    Copyrights

487.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Core Audio technologies.

488.    First, Apple's Core Audio tools and technologies provide developers with Frameworks and APIs, including Core Audio, Core Audio Types, Audio Toolbox, AVFAudio, Audio Queue Services, Audio Units, Audio Converter Services, Audio File Stream Services, Audio Services, Audio File Services, Audio Engine, and Audio Routing.[672]  Apple's Core Audio APIs are at the center of everything a developer does related to Core Audio.

---

system voice processing and respond to **speech** events," Connect to **audio** hardware and manage the recording or **playback** process.").

[672] *Apple Developer, Core Audio*, Apple, https://developer.apple.com/documentation/coreaudio (2026); *Apple Developer, Core Audio Types*, Apple, https://developer.apple.com/documentation/coreaudiotypes (2026); *Apple Developer, Audio Toolbox*, Apple, https://developer.apple.com/documentation/AudioToolbox (2026); *Apple Developer, AVFAudio*, Apple, https://developer.apple.com/documentation/AVFAudio (2026); *Apple Developer, Audio Queue Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-queue-services (2026); *Apple Developer, Audio Units*, Apple, https://developer.apple.com/documentation/avfaudio/audio-units/ (2026); *Apple Developer, Audio Converter Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-converter-services (2026); *Apple Developer, Audio File Stream Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-stream-services (2026); *Apple Developer, Audio Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-services (2026); *Apple Developer, Audio File Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-services (2026); *Apple Developer, Audio Engine*, Apple, https://developer.apple.com/documentation/avfaudio/audio-engine (2026); *Apple Developer, Audio routing*, Apple, https://developer.apple.com/documentation/avfaudio/audio-routing (2026).

489.    When developers use Core Audio APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

490.    Apple's APIs related to Core Audio help developers use all aspects of Apple's Core Audio tools and technologies to enable low-latency, high-resolution audio recording, playback, and processing. For example, Apple provides information regarding its APIs that relate to its Audio Engine technology that "provides a powerful, technology-rich API to simplify audio generation, processing, and input/output tasks," including instructions about how to implement the APIs.[673] As shown below, developers can take advantage of Apple's expansive Core Audio tools and technologies enabled by its APIs.

---

[673] *Apple Developer, Audio Engine*, Apple, https://developer.apple.com/documentation/avfaudio/audio-engine (2026).

Figure: Core Audio Overview, Core Audio Essentials[674]

491.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Core Audio tools and technologies. Developers use these materials to better understand and implement Core Audio functionality, leading to higher consumer interest and engagement.[675] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[674] *Core Audio Overview, Core Audio Essentials*, Apple https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudi oEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW1 (2026).

[675] *Core Audio Overview, What is Core Audio?*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/WhatisCo reAudio/WhatisCoreAudio.html#//apple_ref/doc/uid/TP40003577-CH3-SW1 (2026); *Core Audio Glossary*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Reference/CoreAudioGlossary/Glossary/cor e_audio_glossary.html#//apple_ref/doc/uid/TP40004453-CH210-CHDHHCFH (2026); *Apple Developer, Core Audio*, Apple, https://developer.apple.com/documentation/coreaudio (2026); *Apple Developer, Core Audio Types*, Apple, https://developer.apple.com/documentation/coreaudiotypes (2026); *Apple Developer, Audio Toolbox*, Apple,

235

492.    Apple's developer documents and instructional videos help developers use all aspects of Apple's Core Audio tools and technologies to enable low-latency, high-resolution audio recording, playback, and processing. For example, Apple's instructional videos help developers use "powerful new APIs for managing audio buffers, files, and data formats."[676]

### 3.    Trade Secrets

493.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Core Audio technologies that, although secret, developers can leverage.

---

https://developer.apple.com/documentation/AudioToolbox (2026); *Apple Developer, AVFAudio*, Apple, https://developer.apple.com/documentation/AVFAudio (2026); *Apple Developer, AudioBufferList*, Apple, https://developer.apple.com/documentation/coreaudiotypes/audiobufferlist (2026); *Understanding the Core Audio Architecture*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/704/ (2026); *Apple Developer, AudioTimeStamp*, Apple, https://developer.apple.com/documentation/coreaudiotypes/audiotimestamp (2026); *Apple Developer, Audio Queue Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-queue-services (2026); *Audio Queue Services Programming Guide, Introduction*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/AudioQueueProgrammingGuid e/Introduction/Introduction.html#//apple_ref/doc/uid/TP40005343 (2026); *Apple Developer, Audio Toolbox*, Apple, https://developer.apple.com/documentation/audiotoolbox (2026); *Apple Developer, Audio Units*, Apple, https://developer.apple.com/documentation/avfaudio/audio-units/ (2026); *Apple Developer, Audio Unit*, Apple, https://developer.apple.com/library/archive/documentation/General/Conceptual/ExtensibilityPG/AudioUnit.html (2026); *Apple Developer, Audio Converter Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-converter-services (2026); *Apple Developer, Audio File Stream Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-stream-services (2026); *Apple Developer, Audio Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-services (2026); *Apple Developer, Audio File Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-services (2026); *Core Audio Overview, Sound Files*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudi oEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW8 (2026); *Apple Developer, AVAudioSession*, Apple, https://developer.apple.com/documentation/avfaudio/avaudiosession (2026); *Apple Developer, Audio Engine*, Apple, https://developer.apple.com/documentation/avfaudio/audio-engine (2026); *Apple Developer, Handling audio interruptions*, Apple, https://developer.apple.com/documentation/avfaudio/handling-audio-interruptions (2026); *Core Audio Overview, Audio Processing Graphs*, Apple, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudi oEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW28 (2026); *What's New in Core Audio*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/501/ (2026); *Apple Developer, Audio routing*, Apple, https://developer.apple.com/documentation/avfaudio/audio-routing (2026); *Apple Developer, silenceSecondaryAudioHintNotification*, Apple, https://developer.apple.com/documentation/avfaudio/avaudiosession/silencesecondaryaudiohintnotification/ (2026).

[676] *What's New in Core Audio*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/501/ (2026).

494.     Apple's Core Audio tools and technologies provide developers with Frameworks and APIs, including Core Audio, Core Audio Types, Audio Toolbox, AVFAudio, Audio Queue Services, Audio Units, Audio Converter Services, Audio File Stream Services, Audio Services, Audio File Services, Audio Engine, and Audio Routing.[677] These APIs allow developers to perform complex Core Audio tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Core Audio API functionalities that provide value to developers.

495.     While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Core Audio tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Core Audio APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

---

[677] *Apple Developer, Core Audio*, Apple, https://developer.apple.com/documentation/coreaudio (2026); *Apple Developer, Core Audio Types*, Apple, https://developer.apple.com/documentation/coreaudiotypes (2026); *Apple Developer, Audio Toolbox*, Apple, https://developer.apple.com/documentation/AudioToolbox (2026); *Apple Developer, AVFAudio*, Apple, https://developer.apple.com/documentation/AVFAudio (2026); *Apple Developer, Audio Queue Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-queue-services (2026); *Apple Developer, Audio Units*, Apple, https://developer.apple.com/documentation/avfaudio/audio-units/ (2026); *Apple Developer, Audio Converter Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-converter-services (2026); *Apple Developer, Audio File Stream Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-stream-services (2026); *Apple Developer, Audio Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-services (2026); *Apple Developer, Audio File Services*, Apple, https://developer.apple.com/documentation/audiotoolbox/audio-file-services (2026); *Apple Developer, Audio Engine*, Apple, https://developer.apple.com/documentation/avfaudio/audio-engine (2026); *Apple Developer, Audio routing*, Apple, https://developer.apple.com/documentation/avfaudio/audio-routing (2026).

### U.    Camera

496.    Camera is a valuable category of tools and technologies that relate to still and video image technologies. These tools and technologies provide developers with access to powerful software to capture, process, and enhance photos and video. They enable functionalities like Smart HDR, cinematic video modes, image stabilization, Face ID authentication, and augmented reality experiences. These tools and technologies also provide APIs for developers to create apps that can access the camera, apply filters and effects, integrate with video calling platforms, and use object recognition—giving developers access to Apple's imaging capabilities within their own apps.

497.    Below is a non-exhaustive list of Camera tools and technologies:

- **Photo Capture**, Apple's software-based aspects of the camera that allow developers to support professional-grade photography.[678]

- **Flash/Lighting Performance**, Apple's software-based aspects of the camera that allow developers to take advantage of camera capabilities that adjust color temperature for natural lighting and use adaptive flash for balanced exposure in low-light conditions.[679]

- **Focus**, software-based aspects of the camera that allow developers to use camera capabilities that reduce blur during motion, including sensor-shift stabilization for enhanced clarity.[680]

- **Security/Biometrics** use Face ID (TrueDepth camera) for secure authentication and privacy protection in camera-related apps.[681]

---

[678] *Apple Developer, Photo capture*, Apple, https://developer.apple.com/documentation/avfoundation/photo-capture (2026); *Apple Developer, Selecting a selfie based on capture quality*, Apple, https://developer.apple.com/documentation/Vision/selecting-a-selfie-based-on-capture-quality (2026).

[679] *Apple Developer, flashMode*, Apple, https://developer.apple.com/documentation/avfoundation/avcapturephotosettings/flashmode (2026).

[680] *Apple Developer, Capture setup*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026).

[681] *Apple Developer, Detect people, faces, and poses using Vision*, Apple, https://developer.apple.com/videos/play/wwdc2021/10040/ (2026); *Apple Support, About Face ID advanced technology*, Apple, https://support.apple.com/en-us/102381 (2026).

- **Image Processing**, computational photography technology powered by Apple's image signal processor ("ISP") and Neural Engine technologies, enabling advanced noise reduction for crisp, detailed images.[682]

- **Dynamic Capture**, software controls for selecting video modes (e.g., Cinematic mode, Slo-Mo) and dynamic adjustments for lighting and motion; and a panorama mode.[683]

- **Gaming**, ARKit's use of camera and motion sensors for immersive AR gaming experiences.[684]

- **Stabilization**, digital video stabilization that complements hardware Optical Image Stabilization ("OIS") for smooth video and sharp photos.[685]

- **Communications**, camera capture that is optimized for FaceTime and video calls with adaptive resolution and bandwidth management.[686]

- **Control (e.g., Siri)**, Siri commands allow hands-free photo and video capture, switching modes, and launching camera apps.[687]

- **AI/AR** enables AR experiences and object recognition using LiDAR and TrueDepth cameras for depth mapping.[688]

---

[682] *Apple Developer, Create a more responsive camera experience*, Apple, https://developer.apple.com/videos/play/wwdc2023/10105/ (2026); *Apple Developer, Use HDR for dynamic image experiences in your app*, Apple, https://developer.apple.com/videos/play/wwdc2024/10177/ (2026); *Apple Developer, Core Image*, Apple, https://developer.apple.com/documentation/CoreImage (2026).

[683] *Apple Developer, AVFoundation*, Apple, https://developer.apple.com/documentation/AVFoundation (2026); *Apple Developer, Capture setup*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026); *Apple Developer, Capturing Cinematic video*, Apple, https://developer.apple.com/documentation/AVFoundation/capturing-cinematic-video (2026).

[684] *Apple Developer, Discover ARKit 6*, Apple, https://developer.apple.com/videos/play/wwdc2022/10126/ (2026); *Apple Developer, ARKit*, Apple, https://developer.apple.com/documentation/arkit (2026).

[685] *Apple Developer, AVFoundation*, Apple, https://developer.apple.com/documentation/AVFoundation (2026); *Apple Developer, AVCaptureVideoStabilizationMode*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026).

[686] *Apple Developer, AVCam: Building a camera app*, Apple, https://developer.apple.com/documentation/avfoundation/avcam-building-a-camera-app (2026); *Apple Developer, AVCaptureSession*, Apple, https://developer.apple.com/documentation/avfoundation/avcapturesession (2026).

[687] *Apple Developer, Making camera actions available to Siri and Apple Intelligence*, Apple, https://developer.apple.com/documentation/appintents/making-camera-actions-available-to-siri-and-apple-intelligence (2026).

[688] *Apple Developer, Detect people, faces, and poses using Vision*, Apple, https://developer.apple.com/videos/play/wwdc2021/10040/ (2026); *Apple Developer, Discover ARKit 6*, Apple, https://developer.apple.com/videos/play/wwdc2022/10126/ (2026); *Apple Developer, ARKit*, Apple, https://developer.apple.com/documentation/arkit (2026).

- **Camera Interfacing**, a set of technologies discussed further below that include aspects of camera that allow for integration of camera tools into third-party apps and platforms.[689]

- **Image Processing APIs**, APIs for third-party apps to apply filters or effects using Apple's Core Image and Metal frameworks.[690]

- **Motion and Capture Control Access** provides access to system-level stabilization and focus technologies through AVFoundation APIs.[691]

- **Third Party - Video Call Integration** provides camera access for third-party video conferencing apps with adaptive quality controls.[692]

- **SiriKit Extensions**, SiriKit integration for app-specific camera commands and automation.[693]

- **Editing Extensions** provides photo editing extensions for non-destructive edits within the Photos app or custom workflows.[694]

498.    Apple's Camera tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies increase monetization by allowing developers to create apps that provide high quality and useful

---

[689] *Apple Developer, Core Media I/O*, Apple, https://developer.apple.com/documentation/CoreMediaIO (2026); *Apple Developer, LockedCameraCapture*, Apple, https://developer.apple.com/documentation/LockedCameraCapture (2026).

[690] *Apple Developer, Create a more responsive camera experience*, Apple, https://developer.apple.com/videos/play/wwdc2023/10105/ (2026); *Apple Developer, Core Image*, Apple, https://developer.apple.com/documentation/CoreImage (2026); *Apple Developer, Metal*, Apple, https://developer.apple.com/documentation/metal (2026).

[691] *Apple Developer, AVFoundation*, Apple, https://developer.apple.com/documentation/AVFoundation (2026); *Apple Developer, Core Media*, Apple, https://developer.apple.com/documentation/CoreMedia (2026); *Apple Developer, Core Media I/O*, Apple, https://developer.apple.com/documentation/CoreMediaIO (2026); *Apple Developer, DockKit*, Apple, https://developer.apple.com/documentation/DockKit (2026).

[692] *Apple Developer, AVFoundation*, Apple, https://developer.apple.com/documentation/AVFoundation (2026); *Apple Developer, Capture setup*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026).

[693] *Apple Developer, Making camera actions available to Siri and Apple Intelligence*, Apple, https://developer.apple.com/documentation/appintents/making-camera-actions-available-to-siri-and-apple-intelligence (2026); *Apple Developer, SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/ (2026).

[694] *Apple Developer, Core Image*, Apple, https://developer.apple.com/documentation/CoreImage (2026); *Apple Developer, PhotoKit*, Apple, https://developer.apple.com/documentation/PhotoKit (2026).

240

functionality such as based on understanding, explaining, and interacting with the world as viewed from the device.

499.    Apple's image processing, dynamic capture, stabilization, and motion control capabilities let developers create higher-quality visual content experiences that users are more willing to engage within. By using ISP- and Neural Engine-powered technologies like Smart HDR, Deep Fusion, advanced noise reduction, and digital stabilization (via AVFoundation and camera APIs), developers can offer professional-grade photo and video capture—such as Cinematic mode and Slo-Mo—that supports advanced capture modes. The same APIs that expose panorama, focus, and stabilization controls also enable "pro" capture workflows and advanced settings that can be tied to higher-value technology bundles, which be delivered as digital goods and services purchased using linked-out transactions.

500.    Vision framework APIs enable developers to build immersive, differentiated computer vision–driven services that support several use cases. With LiDAR, TrueDepth cameras, and Vision-based object and scene analysis, developers can deliver advanced background effects, virtual overlays, and environment-aware technologies that can form the basis of premium tiers, usage-based pricing, or technology-locked experiences that users purchase. Camera-powered interactive content can support richer engagement and time spent in the app, which in turn makes advanced tools or exclusive levels more accessible.

501.    Core Image-photo editing extensions and system-level image processing APIs help developers provide robust editing suites that can be integrated into specialized creative or productivity apps. By leveraging non-destructive editing, advanced filters, fine-grained adjustments, and custom editing workflows—within the Photos app via extensions or in third-

party apps—developers can justify paid "pro" toolsets, export options, or workflow automation technologies.

502.    Communications-focused technologies and camera interfacing further support app monetization by enabling higher-quality, more reliable media experiences across third-party services. Optimizations for video calls (adaptive resolution and bandwidth management) and third-party video call integration allow conferencing, collaboration, and social platforms to offer premium-quality video, background effects, and enhanced camera modes built on Apple's camera and media stack. Camera interfacing and share extensions for social stills and video—plus optimized export formats for social posting—let developers streamline publishing workflows and analytics that enhance the commercial appeal of their apps.

### 1.    Patents

503.    Using the methodology in Section VII, I identified an exemplary set of 610 U.S. patent assets, including 494 patents and 116 published patent applications relating to Camera technologies, that are identified in **Appendix C**.

504.    I identified these patents using the following search strings:

| Aspects | Search String |
| --- | --- |
| Photo Capture | (Apple.as.  OR Apple.aanm.) AND ((camera Near rear) OR (camera Near front))  AND (camera or (image near capture)).clms.  and ((resolution or (framerate near "120") or (framerate near "60") OR (4K near resolution) or (1080p near resolution)OR oversampl* or(readout near speed) or(rolling adj2 shutter) (bit adj2 depth) or ProRes or (dynamic adj2 range) or (pixel near pitch)))AND (method.clms. ) |
| Flash/Lighting Performance | (Apple.as.  OR Apple.aanm.)  AND ((camera Near rear) OR (camera Near front)) and ((*light* or flash or (true near tone) or (quad near LED) OR (high near key) or (flash near sync*)OR strobe or (night near illuminat*) OR (color near temperature) or torch)).clms. AND (method.clms.) |
| Focus | (Apple.as.  OR Apple.aanm.) AND ((camera Near rear) OR (camera Near front) OR(auto near focus*) or (stabil*)) AND((( (phase ADJ |

| | |
|---|---|
| | detect and auto near focus*) )or (sensor ADJ shift AND shift near stability*) OR( (gyro ADJ stabil*) and (image near stabil*)) or (contrast near focus)OR (anti near shake) or (lock near focus))) AND (method.clms. ) |
| Security/Biometrics | (Apple.as.  OR Apple.aanm.) AND ((camera Near rear) OR (camera Near front))  and (truedepth or(face near ID)or (face near identifi*) or authentica*  OR (enclave near secure) or (liv* near detect*)OR (spoof near detect*) or(privacy near gating)) AND (method.clms.) NOT ((TV.TI.) OR (Power adj2 Control)) |
| Image Processing | (Apple.as.  OR Apple.aanm.) AND ((camera Near rear) OR (camera Near front))  AND ((deep ADJ Fusion) OR(night adj mode) OR (noise near2 reduction AND noise near imag*)OR(white near2 balance) OR(color near3 correction) or(local near2 contrast)Or(neural near enhancement)or(tone near mapping)) AND (method.clms. or process.clms.) |
| Dynamic Capture | (Apple.as.  OR Apple.aanm.)  AND ((camera Near rear) OR (camera Near front)) And (camera or (image near capture)).clms. AND ((exposure near program) OR(h.265) OR (h.264) OR(frame near2 interpolat*) OR(variable adj fram*) or(dynamic adj range)) AND (method.clms. ) |
| Gaming | (Apple.as.  OR Apple.aanm.) AND ((camera) or (image near capture)).clms. AND ((game or gaming) OR(world near3 track) OR(motion near2 capture) OR(body near2 track*) OR(low adj latency ) OR (latency near render*)).clms. AND (method.clms. or process.clms.) |
| Stabilization | (Apple.as.  OR Apple.aanm.)  AND ((camera NEAR rear) OR (camera NEAR front)) and (camera or (image near2 capture)).clms.<br><br>AND ((stabiliz* OR (electronic NEAR stabilization)) OR (cinematic NEAR stabilization OR (optical NEAR stabilization) OR (AF NEAR mode) OR autofocus OR (auto* near2 focus) OR (continuous NEAR AF)OR (face NEAR detection)OR (eye NEAR detection)OR (focus NEAR peaking)OR (tap NEAR focus)OR (exposure NEAR lock) OR (AE NEAR bias) OR (AF NEAR bias))) and (method.clms.) |
| Communications | (Apple.as.  OR Apple.aanm.) AND ((camera NEAR front) OR (camera NEAR rear)) and ((FaceTime NEAR video) OR FaceTime OR (call NEAR quality) OR (bandwidth NEAR aware)OR (adaptive NEAR bitrate) OR (bandwidth NEAR management)OR (portrait NEAR video) OR (background NEAR blur)OR (microphone NEAR array) OR (echo NEAR cancellation)OR (AVFoundation NEAR (camera NEAR |

243

| | |
|---|---|
| | capture)) OR (camera NEAR capture NEAR VoIP)OR(bandwidth NEAR aware NEAR encoding)) and (method.clms.) |
| Control | (Apple.as.  OR Apple.aanm.) AND ((camera Near rear) OR (camera Near front))AND ((Siri NEAR (camera OR shutter OR capture))OR (voice NEAR capture NEAR command*)OR (Shortcuts NEAR automation)OR (hands NEAR free NEAR shutter)OR (mode NEAR switching) OR (photo NEAR mode) OR (video NEAR mode) OR (portrait NEAR mode)OR (Hey NEAR2 Siri NEAR camera)OR (camera NEAR intent*)) and (method.clms.) |
| AI/AR | (Apple.as.  OR Apple.aanm.) AND ((front adj2 camera) Or(rear adj2 camera)) AND (machine adj2 learn*)AND (LiDAR OR (TrueDepth) OR (depth NEAR map) OR (scene NEAR geometry)OR (object NEAR detection) OR (person NEAR segmentation)OR (portrait NEAR relighting)OR (Vision NEAR framework) OR VN* OR (semantic NEAR segmentation)OR (ML NEAR based NEAR (denoise OR deblur))) and (method.clms.) |
| Image Editing | (Apple.as.  OR Apple.aanm.) AND ((photo OR image) near edit*) AND (camera or (image near2 capture)).clms. AND ((Photos NEAR adjustment*) OR (non NEAR destructive NEAR edit*) OR ((image or photo)near filter) OR  CIFilter OR crop OR straight* OR retouch OR (color NEAR grading)OR (RAW NEAR development) OR (Live NEAR Photo NEAR edit)OR(portrait NEAR depth NEAR adjustment)OR (keyframe NEAR selection)) and (method.clms.) |
| Social – Video/Still | (Apple.as. OR Apple.aanm.) AND(camera OR capture).clms. AND (camera OR capture) NEAR10 ("third party application" OR "external application" OR extension OR framework) AND (shar$4 OR transmit$4 OR provid$3 OR publish$3) AND (method.clms.) |
| Image Processing APIs | (Apple.as.  OR Apple.aanm.) AND ((Core NEAR Image near filter) OR (custom NEAR LUT*) OR (image near process* near plugin) OR (extension NEAR point)OR (photo NEAR3 editing NEAR3 extension) OR (RAW NEAR developer NEAR SDK)OR (batch NEAR3 image near3 processing)) and (method.clms.) |
| Gaming Extensions | (Apple.as. OR Apple.aanm.)  AND ((camera Near rear) OR (camera Near front)) AND (ARKit OR RealityKit OR (camera NEAR passthrough OR (plane NEAR detection) OR (feature NEAR points))OR occlu* OR (scene NEAR anchor*)OR (performance NEAR tuning NEAR Metal)) and (method.clms.) |

244

| Motion Control Access | (Apple.as. OR Apple.aanm.)  AND ((AVFoundation NEAR (focus OR exposure OR stabilization)OR(autofocus NEAR range NEAR restriction)OR (subject NEAR area NEAR change NEAR monitoring)OR (device NEAR format NEAR stabilization NEAR flag*)OR (stabilization NEAR modes))) and (method.clms.) |
|---|---|
| Third Party – Video Call Integration | (Apple.as. OR Apple.aanm.)  AND ((camera Near rear) OR (camera Near front)) and(video OR camera)AND((camera NEAR capture NEAR WebRTC)OR (adaptive NEAR bitrate)OR (auto NEAR exposure) OR (auto NEAR white NEAR balance) OR (AWB)OR (background NEAR blur NEAR API) OR (portrait NEAR effect)OR (device NEAR orientation NEAR handling)OR (echo NEAR control*) OR (noise NEAR control*)) and (method.clms.) |
| SiriKit Extensions | (Apple.as. OR Apple.aanm.)  AND (camera OR photo OR video or (image near2 capture)).clms. AND ((SiriKit NEAR intents) OR (App NEAR intent*)OR (shortcuts NEAR actions)OR (custom NEAR voice NEAR command*)OR (automation NEAR trigger*)OR(foreground NEAR capture) OR (background NEAR capture)OR (camera NEAR task* NEAR automation)) and (method.clms.) |
| Vision Framework APIs | (Apple.as. OR Apple.aanm.)  AND((camera Near rear) OR (camera Near front)) AND (camera OR image).clms. AND ((Vision NEAR request*) OR (Vision NEAR framework)OR (device NEAR model*)OR (depth NEAR map*) OR (segmentation NEAR map*)OR (feature NEAR detection)OR (AR NEAR anchor*) OR meshes OR (based NEAR upscal*) OR denoise) and (method.clms.) NOT (head NEAR mount$5) |
| Editing Extensions | (Apple.as. OR Apple.aanm.)  AND ((camera Near rear) OR (camera Near front)) AND(photo OR image or video).clms. AND( (photo NEAR editing NEAR extension*) OR (non NEAR destructive NEAR pipeline) OR (HEIF OR HEIC OR ProRAW)OR (tone NEAR curve) OR (split NEAR toning) OR (selective NEAR color) OR (masking OR brushes) OR(batch NEAR export NEAR preset*) ) and (method.clms.) |

505.    I developed these search strings by first looking for terms relating to Camera technologies also found in Apple's Camera developer documents and WWDC videos, such as

245

"camera," "front," "rear," "capture," "photo," and "stabilization."[695] I included these terms, and other related terms, as search terms in these strings.

506.    Through an iterative process of spot checking the results and honing the search strings, I modified the search strings to exclude terms that seemed to bring in patents that did not fit as well into the Camera technology rubric. For example, I added exclusions for terms relating to "TV," "Power Control," and "head mount$."

507.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Camera tools and technologies.

### 2.    Copyrights

508.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Camera technologies.

509.    First, Apple's Camera tools and technologies provide developers with Frameworks and APIs, including Core Image, Core Media, Core Media I/O, Photos, PhotosUI, ReplayKit, Vision, VisionKit, DockKit, LockedCameraCapture, and Capture setup.[696]  Apple's Camera APIs are at the center of everything a developer does related to Camera.

---

[695] *Apple Developer, Capture setup*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026) ("**Capture photos** and record video using the **front** and **rear** iPhone and iPad **cameras**"); *Apple Developer, AVCaptureVideoStabilizationMode*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026) ("An enumeration of video **stabilization** modes that **capture** devices and formats support.").

[696] *Apple Developer, Core Media*, Apple, https://developer.apple.com/documentation/CoreMedia (2026); *Apple Developer, Core Media I/O*, Apple, https://developer.apple.com/documentation/CoreMediaIO (2026); *Apple Developer, Core Image*, Apple, https://developer.apple.com/documentation/CoreImage (2026); *Apple Developer, PhotoKit*, Apple, https://developer.apple.com/documentation/PhotoKit (2026); *Apple Developer, ReplayKit*, Apple, https://developer.apple.com/documentation/ReplayKit (2026); *Apple Developer, Vision*, Apple, https://developer.apple.com/documentation/Vision (2026); *Apple Developer, VisionKit*, Apple, https://developer.apple.com/documentation/VisionKit (2026); *Apple Developer, DockKit*, Apple, https://developer.apple.com/documentation/DockKit (2026); *Apple Developer, LockedCameraCapture*, Apple, https://developer.apple.com/documentation/LockedCameraCapture (2026); *Apple Developer, Capture setup*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026).

510.    When developers use Camera APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

511.    Apple's APIs related to Camera help developers use all aspects of Apple's Camera tools and technologies to provide advanced still and video image technologies within their apps. For example, Apple provides information regarding its APIs that relate to "how to build a basic camera app for iOS," including instructions about how to implement and use these APIs.[697] As shown below, developers can take advantage of Apple's expansive Camera tools and technologies enabled by its APIs.



Figure: Sample Code, AVCam: Building a camera app[698]

---

[697] *Apple Developer, AVCam: Building a camera app*, Apple,
https://developer.apple.com/documentation/avfoundation/avcam-building-a-camera-app (2026).

[698] *Apple Developer, AVCam: Building a camera app*, Apple,
https://developer.apple.com/documentation/avfoundation/avcam-building-a-camera-app (2026).

512. Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Camera tools and technologies. Developers use these materials to better understand and implement Camera functionality, leading to higher consumer interest and engagement.[699] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

513. Apple's developer documents and instructional videos help developers use all aspects of Apple's Camera tools and technologies to provide advanced still and video image technologies within their apps. For example, Apple's instructional videos help developers use Camera to "help [their] apps detect people, faces, and poses," "separate people in images from

---

[699] *Apple Developer, Detect people, faces, and poses using Vision*, Apple, https://developer.apple.com/videos/play/wwdc2021/10040/ (2026); *Apple Developer, Create a more responsive camera experience*, Apple, https://developer.apple.com/videos/play/wwdc2023/10105/ (2026); *Apple Developer, Discover ARKit 6*, Apple, https://developer.apple.com/videos/play/wwdc2022/10126/ (2026); *Apple Developer, Use HDR for dynamic image experiences in your app*, Apple, https://developer.apple.com/videos/play/wwdc2024/10177/ (2026); *Apple Developer, AVFoundation*, Apple, https://developer.apple.com/documentation/AVFoundation (2026); *Apple Developer, Core Media*, Apple, https://developer.apple.com/documentation/CoreMedia (2026); *Apple Developer, Core Media I/O*, Apple, https://developer.apple.com/documentation/CoreMediaIO (2026); *Apple Developer, Core Image*, Apple, https://developer.apple.com/documentation/CoreImage (2026); *Apple Developer, PhotoKit*, Apple, https://developer.apple.com/documentation/PhotoKit (2026); *Apple Developer, Metal*, Apple, https://developer.apple.com/documentation/metal (2026); *Apple Developer, ReplayKit*, Apple, https://developer.apple.com/documentation/ReplayKit (2026); *Apple Developer, ARKit*, Apple, https://developer.apple.com/documentation/arkit (2026); *Apple Developer, Vision*, Apple, https://developer.apple.com/documentation/Vision (2026); *Apple Developer, VisionKit*, Apple, https://developer.apple.com/documentation/VisionKit (2026); *Apple Developer, DockKit*, Apple, https://developer.apple.com/documentation/DockKit (2026); *Apple Developer, LockedCameraCapture*, Apple, https://developer.apple.com/documentation/LockedCameraCapture (2026); *Apple Support, About Face ID advanced technology*, Apple, https://support.apple.com/en-us/102381 (2026); *Apple Developer, Capture setup*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026); *Apple Developer, Capturing Cinematic video*, Apple, https://developer.apple.com/documentation/AVFoundation/capturing-cinematic-video (2026); *Apple Developer, AVCaptureVideoStabilizationMode*, Apple, https://developer.apple.com/documentation/avfoundation/avcapturevideostabilizationmode (2026); *Apple Developer, AVCam: Building a camera app*, Apple, https://developer.apple.com/documentation/avfoundation/avcam-building-a-camera-app (2026); *Apple Developer, AVCaptureSession*, Apple, https://developer.apple.com/documentation/avfoundation/avcapturesession (2026); *Apple Developer, Making camera actions available to Siri and Apple Intelligence*, Apple, https://developer.apple.com/documentation/appintents/making-camera-actions-available-to-siri-and-apple-intelligence (2026); *Apple Developer, SiriKit*, Apple, https://developer.apple.com/documentation/sirikit/ (2026).

248

their surroundings, and explore the latest contiguous metrics for tracking pitch, yaw, and roll of the human head."[700]

### 3.    Trade Secrets

514.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Camera technologies that, although secret, developers can leverage.

515.    Apple's Camera tools and technologies provide developers with Frameworks and APIs, including Core Image, Core Media, Core Media I/O, Photos, PhotosUI, ReplayKit, Vision, VisionKit, DockKit, LockedCameraCapture, and Capture setup.[701] These APIs allow developers to perform complex Camera tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Camera API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

516.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Camera tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many

---

[700] *Apple Developer, Detect people, faces, and poses using Vision*, Apple, https://developer.apple.com/videos/play/wwdc2021/10040/ (2026).

[701] *Apple Developer, Core Media*, Apple, https://developer.apple.com/documentation/CoreMedia (2026); *Apple Developer, Core Media I/O*, Apple, https://developer.apple.com/documentation/CoreMediaIO (2026); *Apple Developer, Core Image*, Apple, https://developer.apple.com/documentation/CoreImage (2026); *Apple Developer, PhotoKit*, Apple, https://developer.apple.com/documentation/PhotoKit (2026); *Apple Developer, ReplayKit*, Apple, https://developer.apple.com/documentation/ReplayKit (2026); *Apple Developer, Vision*, Apple, https://developer.apple.com/documentation/Vision (2026); *Apple Developer, VisionKit*, Apple, https://developer.apple.com/documentation/VisionKit (2026); *Apple Developer, DockKit*, Apple, https://developer.apple.com/documentation/DockKit (2026); *Apple Developer, LockedCameraCapture*, Apple, https://developer.apple.com/documentation/LockedCameraCapture (2026); *Apple Developer, Capture setup*, Apple, https://developer.apple.com/documentation/avfoundation/capture-setup (2026).

249

developers not reasonably feasible, to replicate the functionality to which Camera APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

## V.    Wallet

517.    Wallet is a valuable category of tools and technologies that allow users to securely store and use digital versions of their credit and debit cards (including for purchases made outside of the App Store), driver's license or digital ID, transit cards, event tickets, keys, and more. They enable contactless payments, automatic pass updates based on time and location, lock screen notifications when a pass is relevant, and identity verification. The Wallet tools and technologies benefit developers by giving them tools to create, customize, distribute, and update passes, and to integrate with Apple Pay for secure purchases.

518.    Below is a non-exhaustive list of Wallet tools and technologies:

- **Wallet Passes** allow developers to create dynamic and interactive "passes" that are digital representations of information that allow users to take certain actions, such as event tickets, coupons, and gift cards that can be used to facilitate payments for digital goods.[702]

- **Apple Pay** lets developers support Apple Pay in external purchases on the web.[703]

- **Companion App/Conduit App Integration**, passes work with a companion app (e.g., allowing user to add more money to a gift card in Wallet).[704]

- **Associate app with pass**, an array of App Store identifiers for apps associated with a pass, including allowing a developer to associate an app with a pass so that a link to launch the app is on the back of the pass.[705]

---

[702] *Apple Developer, Wallet Passes*, Apple, https://developer.apple.com/documentation/walletpasses (2026).

[703] *Apple Developer, ApplePayPaymentPass*, Apple, https://developer.apple.com/documentation/applepayontheweb/applepaypaymentpass (2026); *Apple Developer, PassKit (Apple Pay and Wallet)*, Apple, https://developer.apple.com/documentation/passkit (2026); *Wallet - The home for Apple Pay and more*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/701/ (2026).

[704] *Introducing Passbook, Part 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/309/ (2026).

[705] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026); *Wallet - The home for Apple Pay and more*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/701/ (2026).

- **PkPassLibrary** queries a user's passes that a developer's apps have entitlements to access and allows passes from apps to be added by a user to their Wallet.[706]

- **Relevancy** keeps passes up to date including updates, images, and formatting, allowing developers to make changes that are then reflected on the pass.[707]

- **PassKit** links payment passes to Wallet within an app.[708]

- **Contactless**, passes work with Apple Pay. This technology allows passes to be used contactless, which works with terminal manufacturers. This technology results in (1) seamless payment experience and (2) higher conversion rates.[709]

- **Pass User Interface** manages the display and lighting of a pass in Wallet and provides a clean UI that developers can leverage so users can correctly select one pass from many to display.[710]

- **Lock screen integration**, developer can put a pass on the lock screen in front of a user at a time or location that's meaningful and convenient for them.[711]

- **Pass Style**, styles that are available to developers to design their pass with colors, logos, and images, allowing developers to differentiate their passes from others and to add relevant times and locations for lock screen integration.[712]

- **App Independence**. Passes can exist completely without the associated app installed, and developers can place a link on the pass to allow users to open the associated app directly from the pass or to download the app (implemented with developer's Atom ID).[713]

- **Barcode Support** supports 2D barcodes for developers, allowing in-store events where users can scan a barcode to access discounts or limited time events in an app.[714]

- **Add to Apple Wallet**, the user interface that allows developers to integrate a button in their app allowing users to add a pass (or multiple passes) to Wallet. This technology reduces the

---

[706] *Wallet - The home for Apple Pay and more*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/701/ (2026).

[707] *Wallet - The home for Apple Pay and more*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/701/ (2026).

[708] *Wallet - The home for Apple Pay and more*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/701/ (2026).

[709] *Wallet - The home for Apple Pay and more*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/701/ (2026).

[710] *Introducing Passbook, Part 1*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/301/ (2026).

[711] *Apple Developer, Showing a Pass on the Lock Screen*, Apple, https://developer.apple.com/documentation/walletpasses/showing-a-pass-on-the-lock-screen (2026); *Introducing Passbook, Part 1*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/301/ (2026).

[712] *Introducing Passbook, Part 1*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/301/ (2026).

[713] *Introducing Passbook, Part 1*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/301/ (2026).

[714] *Introducing Passbook, Part 1*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/301/ (2026).

amount of code a developer has to write by calling an API, AddPassToWalletButton, after creating a pass in the app.[715]

- **View Automatic Payments** allows users to view automatic payments they set up with merchants from the Wallet app. This technology supports recurring payments (e.g., subscriptions, installments, recurring billing) and automatic reload payments (e.g., store card balance top-ups). Developers can request to set up an automatic payment upon user request.[716]

- **Automatically Add Passes**. Multiple passes can be automatically added from a developer's app to Wallet after the user provides a one-time authorization (e.g., allowing an airline app to automatically send boarding passes to Wallet whenever a user checks into a flight).[717]

- **Pass Image** allows developers to customize the look of a pass by using images for a logo and other items.[718]

- **Pass Localization**, developers can use this technology to localize certain fields on a pass to different languages and regions.[719]

- **Distributable Pass** allows developers to distribute a pass by (1) adding a pass from an app or App Clip, (2) providing a download on a web page for a pass or a bundle containing multiple passes, or (3) send a pass as an attachment in an email.[720]

- **Bundle Passes**, developers can distribute multiple passes the same way as distributing a single pass.[721]

- **Max Distance** allows a developer to create a maximum distance where the pass will work.[722]

- **Purchase Parking**, a string object created by the developer within the pass that uses a URL that links to a site to purchase parking for the event that the pass represents.[723]

---

[715] *What's new in Wallet and Apple Pay*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10041/ (2026).

[716] *What's new in Wallet and Apple Pay*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10041/ (2026).

[717] *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026).

[718] *Apple Developer, Creating the Source for a Pass*, Apple, https://developer.apple.com/documentation/walletpasses/creating-the-source-for-a-pass (2026).

[719] *Apple Developer, Creating the Source for a Pass*, Apple, https://developer.apple.com/documentation/walletpasses/creating-the-source-for-a-pass (2026).

[720] *Apple Developer, Building a Pass*, Apple, https://developer.apple.com/documentation/walletpasses/building-a-pass (2026).

[721] *Apple Developer, Distributing and updating a pass*, Apple, https://developer.apple.com/documentation/walletpasses/distributing-and-updating-a-pass (2026).

[722] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

[723] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

- **Sharing Prohibited**, a pass property that uses a value set by the developer within the pass that controls whether to show the "Share" button on the back of a pass.[724]

- **Voided**, a pass property that uses a value set by the developer within the pass that indicates that the pass is void, such as a redeemed, one-time-use coupon.[725]

- **PassFieldContent**, an object that represents the information to display in a field on a pass. Developers can display text that alerts users when a pass is updated, control the style of the displayed date, choose whether to ignore time zones, and define styles (text alignment, number style, time style).[726]

- **Currency Tag**, an object that represents an amount of money and the currency type.[727]

- **Event Date Info**, an object that represents a date for an event. Holds information in a pass for date, time components of date, time zone, whether to announce event, and whether the date of event is determined.[728]

- **Location**, an object that represents the coordinates of a location.[729]

- **Person's Name**, an object that represents the parts of a person's name. This technology holds information in a pass for last name, first name, middle name, name prefix, name suffix, nickname and phonetic representation[730]

- **Wi-Fi Network** connects users to a Wi-Fi network, including performing authentication and holding information for Wi-Fi password, name for Wi-Fi network, credentials to log into Captive Portal, and the URL for an authentication server.[731]

- **Store Card**, an object that represents groups of fields that show the information for a store card (e.g., a loyalty or gift card).[732]

---

[724] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

[725] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

[726] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

[727] *Apple Developer, SemanticTagType.CurrencyAmount*, Apple, https://developer.apple.com/documentation/walletpasses/semantictagtype/currencyamount-data.dictionary (2026).

[728] *Apple Developer, SemanticTagType.EventDateInfo*, Apple, https://developer.apple.com/documentation/walletpasses/semantictagtype/eventdateinfo-data.dictionary (2026).

[729] *Apple Developer, SemanticTagType.Location*, Apple, https://developer.apple.com/documentation/walletpasses/semantictagtype/location-data.dictionary (2026).

[730] *Apple Developer, SemanticTagType.PersonNameComponents*, Apple, https://developer.apple.com/documentation/walletpasses/semantictagtype/personnamecomponents-data.dictionary (2026).

[731] *Apple Developer, SemanticTagType.WifiNetwork*, Apple, https://developer.apple.com/documentation/walletpasses/semantictagtype/wifinetwork-data.dictionary (2026).

[732] *Apple Developer, Pass.StoreCard*, Apple, https://developer.apple.com/documentation/walletpasses/pass/storecard-data.dictionary (2026).

- **Personalize** allows developers to add personalization information for a rewards pass. This technology holds information for a description of the program, signup data, and terms & conditions[733]

- **Upcoming Pass Information Entry** allows developers to create ordered lists of all upcoming pass information entries. This technology holds information for URL collections, information fields, App Store identifiers, and start/end time of upcoming pass information entry[734]

- **Identity Verification** allows users to store an ID card in Wallet and later allow an app or App Clip to access the card to verify identity.[735]

- **IDs in Wallet**. Apps can request to review ID info, including name, address, DOB, photo, issuing authority, number and expiration date of ID, and driving privileges. Users can easily store IDs in Wallet, which apps may be able to access for verification.[736]

- **Verification**. Apps and App Clips can request information from IDs in Wallet to verify user's age/identity.[737]

- **Digital ID Document Verification/Digital Credentials API**. Users can present an ID in Wallet or saved in a local app, and developers can use that information to verify identity.[738]

- **Poster Event**, a pass style available to developers for contactless event tickets that prominently displays the event artwork, provides easy access to additional event information, and integrates with system apps like Weather and Maps.[739]

- **Semantic Tags**, machine-readable metadata that enables the system to offer suggestions for actions related to passes, including things like admission level, admission level abbreviation, airline code, album IDs, artist IDs, attendee name, date/time of event, and genre of event.[740]

- **URL Accessibility**. One or more URLs can be integrated into a pass that users can easily access the developer's or merchant's website/app.[741]

---

[733] *Apple Developer, Personalize*, Apple, https://developer.apple.com/documentation/walletpasses/personalize (2026).

[734] *Apple Developer, UpcomingPassInformationEntry*, Apple, https://developer.apple.com/documentation/walletpasses/upcomingpassinformationentry (2026).

[735] *ID in Wallet,* Apple, https://learn.wallet.apple/id (2026).

[736] *What's new in Wallet and Apple Pay*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10041/ (2026).

[737] *What's new in Wallet and Apple Pay*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10041/ (2026).

[738] *What's new in Apple Pay*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/201/ (2026).

[739] *Apple Developer, Creating a poster event pass using semantic tags*, Apple, https://developer.apple.com/documentation/walletpasses/creating-an-event-pass-using-semantic-tags (2026).

[740] *Apple Developer, Supporting semantic tags in Wallet passes*, Apple, https://developer.apple.com/documentation/walletpasses/supporting-semantic-tags-in-wallet-passes (2026).

[741] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

- **Upcoming Events** provide easy access to multiple events in a single pass, allowing developers flexibility so they don't have to define all upcoming events when they create the pass.[742]

- **Boarding Passes**, a pass style where Wallet will automatically pull information from semantics to update boarding passes and display important information.

- **Boarding Pass Upgrade (integration with Apple flight service)** allows developers to create apps that integrate boarding passes with Apple's flight service for automatic updates to changes and includes flight tracking built into boarding pass.[743]

- **App Usage** allows developers to create boarding passes that work with other apps such as Maps (for directions to the airport) and FindMy (for tracking luggage).[744]

- **Airline Services and Upgrades** let developers integrate updated airline information for users about their trip, like flight number, date (departure and arrival), city name (departure and arrival), and airport code (departure and destination). This information is pulled automatically from a file the developer can create.[745]

- **Boarding Duration**. Developers can display the length of time for boarding. Wallet automatically updates departure and arrival times, and Wallet calculates boarding duration based on boarding and departure times.[746]

- **Badges** include easily identifiable information on a boarding pass. This technology allows developers to provide important, up-to-date information on the pass (e.g., priority, lap child, economy). This information is pulled from developer's file.[747]

- **Transit Provider Contact Info** provides contact information to the passenger. This technology makes transit provider contact information (including email, phone number, and website) easily accessible from inside the boarding pass.[748]

519. Apple's Wallet tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, developers can use Apple Pay on

---

[742] *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026).

[743] *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026).

[744] *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026).

[745] *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026).

[746] *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026).

[747] *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026).

[748] *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

linked-out purchase webpages to allow customers quickly and easily complete linked-out purchases.

520.    Wallet technologies also allow developers to create custom passes and then integrate those passes with their apps to increase app exposure and engagement.  The Wallet technologies can present custom passes and present them the moment people need them, securely verify an individual's identity so they can access personal content, offer detailed receipts and tracking information where it's most convenient, and create premium paid-for services in travel and airline apps.[749] These technologies allow developers to create passes that seamlessly integrate into their user's lifestyle and provide technologies that users desire, which can increase exposure for developers' apps that are associated with a given pass. Developers can use Pass technologies that provide detailed properties about their pass, including associated URLs, contact information, descriptions, and more. These precise technologies allow developers to quickly and easily provide users with information that is directly relevant to their passes and to update users as information changes.

521.    Wallet technologies help developers make it easier for users to take actions using their Wallet at contextually relevant moments. Wallet passes serve as persistent, branded surfaces that keep a merchant or service top-of-mind on a user's device. Technologies like Pass Style, Pass Image, PassFieldContent, Currency Tag, Event Date Info, Location, Person's Name, Store Card, and Personalize let developers design visually distinctive, information-rich passes (for events, transit, store cards, rewards, etc.) that can guide users to certain content or information in their Wallet and to an app. Pass Localization and Distributable Pass/Bundle Passes broaden reach by enabling distribution and use across languages, regions, and multiple events or services at once.

---

[749] *Apple Developer, Wallet*, Apple, https://developer.apple.com/design/human-interface-guidelines/wallet (2026).

522.    Contextual surfacing and relevance technologies keep passes timely and actionable, which is critical for converting user attention into revenue. Lock screen integration, Max Distance, Relevancy, Upcoming Events, Poster Event, Semantic Tags, Upcoming Pass Information Entry, Boarding Passes, Boarding Pass Upgrade, Boarding Duration, Badges, and Airline Services and Upgrades all work together so that the right pass appears at the right time and place with the most current information, improving user experiences. A pass can surface a button or URL that takes the user directly into an app or webpage to make linked-out purchases.

523.    Usability and reliability technologies support user trust and smooth execution at the point of use. The Wallet UI ensures that relevant passes are easy to locate and that the screen remains readable at the moment of scanning. Barcode Support optimizes passes for scanning in physical environments. Fields such as Sharing Prohibited and Voided allow developers to control or reflect status (for example, a redeemed coupon or non-shareable ticket) in ways that support business rules and fraud management. Wi-Fi Network support, Transit Provider Contact Info, and App Integration with services like Maps and FindMy provide ancillary convenience which helps users perceive the Wallet-enabled experience as reliable.

### 1.    Patents

524.    Using the methodology in Section VII, I identified an exemplary set of 281 U.S. patent assets, including 235 patents and 46 published patent applications relating to Wallet technologies, that are identified in **Appendix C**.

525.    I identified these patents using the following search string:

> ((apple).as. OR apple.aanm.) AND ( ((ticket OR pass) WITH (information OR venue OR selling OR access OR website OR application OR polic$ OR map OR store$))OR ((flight or fly OR train OR airport OR airline OR transit OR terminal OR gate) WITH(pass OR ticket OR credential))OR ((ID or identification OR identity) WITH (document) WITH (verif$ OR authentic$))OR ((ticket$ OR pass$ OR card$ OR receipt$ OR order$ OR token) WITH (time OR location OR relevan$ OR pay$ OR distribut$ OR bundle OR transfer$ OR tag)).ab. OR

(NFC near wallet) or (nfc adj3 financial) or (nfc adj3 transaction) OR (NFC ADJ3 payment) OR ((Apple ADJ pay) OR (payment ADJ card)).spec.) AND (G06Q10$.cpc. OR G06Q20$.cpc. OR H04L9$.cpc. OR B42D25$.cpc. OR H04W12$.cpc. OR G06Q30$.cpc. OR B42D25$.cpc. OR G06F40$.cpc. OR G01C21$.cpc OR H04M$.cpc.) NOT((pass adj2 information) OR "pass-through" OR "service access" OR UE OR "pass gate" OR (vector ADJ3 passes) OR (pass ADJ data) OR G06F3$.cpc. OR (pass ADJ along) OR "non-waking maintenance" OR "locating contacts" OR (receipt ADJ3 WLAN) OR "echo gate" OR (pass ADJ filter) OR G01C21/3617.cpc. OR "annotation migration" OR (application ADJ developer) OR (store ADJ "digital content") OR "on-line media store" OR "connection ticket" OR "restricted content") AND "method".clms.

526.    I developed this string by first looking for terms relating to Wallet technologies also found in Apple's Wallet developer documents and WWDC videos, such as "ticket," "pass," "venue," and "identity."[750] I included these terms, and other related terms, as search terms in this string.

527.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Wallet technology rubric. For example, I added exclusions for terms relating to "pass information," "pass gate," "pass data," "application developer," "digital content," and "restricted content."

528.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Wallet tools and technologies.

### 2.    Copyrights

529.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Wallet technologies.

---

[750] *Apple Developer, Wallet*, Apple, https://developer.apple.com/design/human-interface-guidelines/wallet (2026) ("When you integrate Apple Wallet into your app, you can create custom **passes**," "a digital **pass** can reflect updates to events," "[t]he system uses the metadata that you provide to generate a Maps shortcut to the **venue** directions and an event guide below the **ticket** when in the Wallet app"); *ID in Wallet,* Apple, https://learn.wallet.apple/id (2026) ("Simply add your eligible ID to the Wallet app and use it to show proof of age or **identity**").

530.    First, Apple's Wallet tools and technologies provide developers with Frameworks and APIs, including Wallet, FinanceKit, PassKit, Pass, PKPayment, PKPass, PKAddPassesViewController,        PKIdentityPhotoIDDescriptor,        PKIdentityRequest, PKTransitPassProperties, PKAddShareablePassConfiguration, PKAddCarKeyPassConfiguration, and many related APIs.[751]  Apple's Wallet APIs are at the center of everything a developer does related to Wallet.

531.    When developers use Wallet APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

532.    Apple's APIs related to Wallet help developers use all aspects of Apple's Wallet tools and technologies to help people securely store and use their credit and debit cards, driver's license or state ID, transit cards, event tickets, keys, and more. For example, Apple provides information regarding its APIs that relate to identity passes and authorization, including instructions about how to use the APIs.[752] As shown below, developers can take advantage of Apple's expansive Wallet tools and technologies enabled by its APIs.

---

[751] *Apple Developer, Wallet*, Apple, https://developer.apple.com/documentation/passkit/wallet (2026); *Apple Developer, FinanceKit*, Apple, https://developer.apple.com/documentation/FinanceKit (2026); *Apple Developer, PassKit (Apple Pay and Wallet)*, Apple, https://developer.apple.com/documentation/passkit (2026); *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

[752] *Apple Developer, Wallet*, Apple, https://developer.apple.com/documentation/passkit/wallet (2026).



Figure: PassKit, Wallet[753]

533.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Wallet tools and technologies. Developers use these materials to better understand and implement Wallet functionality, leading to higher consumer interest and engagement.[754] These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

---

[753] *Apple Developer, Wallet*, Apple, https://developer.apple.com/documentation/passkit/wallet (2026).

[754] *See, e.g.*, *Apple Developer, PassKit (Apple Pay and Wallet)*, Apple, https://developer.apple.com/documentation/passkit (2026); *Apple Developer, ApplePayPaymentPass*, Apple, https://developer.apple.com/documentation/applepayontheweb/applepaypaymentpass (2026); *Wallet - The home for Apple Pay and more*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/701/ (2026); *Introducing Passbook, Part 2*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/309/ (2026); *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026); *Introducing Passbook, Part 1*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2012/301/ (2026); *Apple Developer, Showing a Pass on the Lock Screen*, Apple, https://developer.apple.com/documentation/walletpasses/showing-a-pass-on-the-lock-screen (2026); *What's new in Wallet and Apple Pay*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10041/ (2026); *What's new in Wallet*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2025/202/ (2026); *Apple Developer, Creating the Source for a Pass*, Apple, https://developer.apple.com/documentation/walletpasses/creating-the-source-for-a-pass (2026); *Apple Developer, Building a Pass*, Apple, https://developer.apple.com/documentation/walletpasses/building-a-pass (2026); *Apple Developer, Distributing and updating a pass*, Apple, https://developer.apple.com/documentation/walletpasses/distributing-and-updating-a-pass (2026); *Apple Developer, Supporting semantic tags in Wallet passes*, Apple, https://developer.apple.com/documentation/walletpasses/supporting-semantic-tags-in-wallet-passes (2026); *Apple*

534.    Apple's developer documents and instructional videos help developers use all aspects of Apple's Wallet tools and technologies to help people securely store and use their credit and debit cards, driver's license or state ID, transit cards, event tickets, keys, and more. For example, Apple's instructional videos help developers use the identity verification API to securely validate someone's age and identity in Wallet.[755]

### 3.    Trade Secrets

535.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Wallet technologies that, although secret, developers can leverage.

536.    Apple's Wallet tools and technologies provide developers with Frameworks and APIs, including Wallet, FinanceKit, PassKit, Pass, PKPayment, PKPass, PKAddPassesViewController, PKIdentityPhotoIDDescriptor, PKIdentityRequest, PKTransitPassProperties, PKAddShareablePassConfiguration, PKAddCarKeyPassConfiguration, and many related APIs.[756] These APIs allow developers to perform complex Wallet tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Wallet API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

537.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Wallet tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade

---

*Developer, Wallet*, Apple, https://developer.apple.com/design/human-interface-guidelines/wallet (2026); *Apple Developer, FinanceKit*, Apple, https://developer.apple.com/documentation/FinanceKit (2026).

[755] *What's new in Wallet and Apple Pay*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2022/10041/ (2026).

[756] *Apple Developer, Wallet*, Apple, https://developer.apple.com/documentation/passkit/wallet (2026); *Apple Developer, FinanceKit*, Apple, https://developer.apple.com/documentation/FinanceKit (2026); *Apple Developer, PassKit (Apple Pay and Wallet)*, Apple, https://developer.apple.com/documentation/passkit (2026); *Apple Developer, Pass*, Apple, https://developer.apple.com/documentation/walletpasses/pass (2026).

secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Wallet APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

### W.    Privacy, Security, and App Integrity

538.    Privacy, Security, and App Integrity is a valuable category of tools and technologies for protecting user data and securing devices. These tools and technologies allow developers to protect users and their data across iPhones and iPads. These tools and technologies allow developers to leverage functionalities like biometric login (Face ID and Touch ID), passkeys for phishing-resistant sign-in, app sandboxing that isolates apps from each other, and a dedicated security chip (Secure Enclave) that handles encryption separately from the main processor. The Privacy, Security, and App Integrity tools and technologies also provide developers with tools for verifying app authenticity, replacing CAPTCHAs, managing tracking permissions, and syncing credentials securely across devices—ensuring strong security while minimizing the burden on developers.

539.    Below is a non-exhaustive list of Privacy, Security, and App Integrity tools and technologies:

- **Sandboxing** provides a self-contained environment that isolates apps from each other and the operating system. This prevents developers from incidentally interfering with Apple or third-party assets or having their assets interfered with by other apps.[757]

---

[757] *Apple Developer, Protecting user data with App Sandbox*, Apple, https://developer.apple.com/documentation/security/protecting-user-data-with-app-sandbox (2026).

- **Biometric app login** allows users to login to apps via Face ID and Touch ID, allowing developers to increase the security of their apps while streamlining the login process.[758]

- **Security Code Autofill** provides secure automation of two-factor authentication code on app login. This technology allows developers to implement two-factor authentication in a streamlined manner by allowing users to autofill authentication codes sent via SMS.[759]

- **Sign In with Apple** improves an app's user experience by allowing users to sign-in with their Apple IDs instead of inputting a username and password.[760]

- **Passkeys**, a cryptographic key pair invisible to users where one key is on device and one is registered with the app/website. Passkeys on iPhones and iPads are synced through iCloud Keychain, authenticated with Face ID or Touch ID, and implemented through the AuthenticationServices framework, letting developers offer passwordless sign-in.[761]

- **Device Check** allows developers to set two bits of data per device, stored by Apple, that can be returned to the developer with a signature. This technology provides high-integrity answers to questions about device history (free trials, abusive use, etc.) while preserving privacy.[762]

---

[758] *Apple Developer, Local Authentication*, Apple, https://developer.apple.com/documentation/localauthentication (2026); *Better Apps through Better Privacy*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/718/#:~:text=Face%20ID,learning%20techniques (2026); *Keychain and Authentication with Touch ID*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/711/ (2026).

[759] *About iOS 12 Updates*, Apple, https://support.apple.com/en-us/118387 (2026); *Automatic Strong Passwords and Security Code AutoFill*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/204/#:~:text=All%20right.%20Final,nothing%20less. (2026).

[760] *Apple Privacy, We're committed to protecting your data*, Apple, https://www.apple.com/privacy/features/ (2026); *About iOS 13 Updates*, Apple, https://support.apple.com/en-us/118392 (2026); *Apple Developer, Introducing Sign In with Apple*, Apple, https://developer.apple.com/videos/play/wwdc2019/706/ (2026); *Apple Developer, Sign in with Apple*, Apple, https://developer.apple.com/design/human-interface-guidelines/sign-in-with-apple (2026); *Apple Developer, Authentication Services*, Apple, https://developer.apple.com/documentation/AuthenticationServices (2026).

[761] *Apple Developer, Supporting passkeys*, Apple, https://developer.apple.com/documentation/authenticationservices/supporting-passkeys (2026); *Apple Developer, Passkeys*, Apple, https://developer.apple.com/passkeys/ (2026); *iPhone User Guide, Sign in with passkeys on iPhone*, Apple, https://support.apple.com/guide/iphone/sign-in-with-passkeys-iphf538ea8d0/16.0/ios/16.0 (2026); *About iOS 16 Updates*, Apple, https://support.apple.com/en-us/101566 (2026); *Apple Developer, Meet passkeys*, Apple, https://developer.apple.com/videos/play/wwdc2022/10092/ (2026).

[762] *Apple Developer, DeviceCheck*, Apple, https://developer.apple.com/documentation/devicecheck (2026); *Apple Developer, Mitigate fraud with App Attest and DeviceCheck*, Apple, https://developer.apple.com/videos/play/wwdc2021/10244/ (2026); *Better Apps through Better Privacy*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/718/#:~:text=Now%20data,these%20questions. (2026); *iOS 14 introduces new 'App Attest' API to cut down on app fraud*, Apple Insider, https://appleinsider.com/articles/20/08/18/ios-14-introduces-new-app-attest-api-to-cut-down-on-app-fraud (2026).

263

- **Private Access Tokens**, Apple's proprietary method to seamlessly validate users when CAPTCHA would otherwise have to be used. This technology allows developers to verify the humanity of users by relying on native Apple technologies to perform the verification.[763]

- **iCloud Keychain**, encrypted storage and syncing of passwords, credit cards, and Wi-Fi credentials across iPhones and iPads via iCloud. This technology allows developers to rely on Apple for encryption/decryption of secure data.[764]

- **Hidden/Locked Apps** allow users to require authentication (via Face ID, Touch ID, or a password) to open, and allows apps to be hidden from the home screen and App Library. This technology allows developers to market their more sensitive apps (e.g., financial or health apps) as protectable and discrete via using this technology.[765]

- **Secure Boot Chain**, a method of booting a device in a way that verifies the integrity of the OS and prohibits unauthorized OS modifications; also includes Kernel Integrity Protection, a method of preventing modifications to the kernel and driver code after the boot process is complete. This technology protects developers from incidentally modifying key system files, protecting the performance and integrity of the device.[766]

- **Data Protection Classes**, a method of allowing some data to be used by apps when the device is locked without compromising data security. Third party apps receive Apple Data protection via encryption automatically, which lessens the burden on developers.[767]

- **Secure Enclave**, the environment created by a dedicated coprocessor for secure data isolated from the main processor for an extra layer of security. Sensitive data in third-party apps are protected by Apple, lessening the burden on developers to build data protection into their own

---

[763] *Apple Developer, iOS 16 Release Notes*, Apple, https://developer.apple.com/documentation/ios-ipados-release-notes/ios-16-release-notes (2026); *Apple Developer, Replace CAPTCHAs with Private Access Tokens*, Apple, https://developer.apple.com/videos/play/wwdc2022/10077/ (2026); *Apple Developer, Challenge: Private Access Tokens*, Apple, https://developer.apple.com/news/?id=huqjyh7k (2026); *About Automatic Verification*, Apple, https://support.apple.com/en-us/102591 (2026).

[764] *Apple Developer, Keychain services*, Apple, https://developer.apple.com/documentation/security/keychain-services (2026); *Protecting Secrets with the Keychain*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/709/ (2026).

[765] *Apple Developer, Restrictions*, Apple, https://developer.apple.com/documentation/devicemanagement/restrictions (2026); *About iOS 18 Updates*, Apple, https://support.apple.com/en-us/121161 (2026); *Apple Developer, What's new in privacy*, Apple, https://developer.apple.com/videos/play/wwdc2024/10123/ (2026); *Apple Developer, Keynote*, Apple, https://developer.apple.com/videos/play/wwdc2024/101/ (2026).

[766] *Apple Platform Security, Boot process for iPad and iPhone devices*, Apple, https://support.apple.com/guide/security/boot-process-for-ipad-and-iphone-devices-secb3000f149/web (2026); *Apple Platform Security*, Apple, https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf (2026).

[767] *Apple Platform Security, Data Protection classes*, Apple, https://support.apple.com/guide/security/data-protection-classes-secb010e978a/web (2026); *Apple Platform Security*, Apple, https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf (2026); *Securing App Data*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/209/#:~:text=That%20requires,protecting%20class. (2026).

apps. The Secure Enclave handles the encryption/decryption of data as well as authentication services.[768]

- **App Tracking Transparency**, a technology where Apple prompts a user for permission to allow an app to track the user's activity across other apps/websites.[769]

- **Generic Security Service API**, a common interface through which the operating system vends secure data transport operations. This technology allows developers to rely on native and secure Apple technology for data transfer operations.[770]

- **App Attest**, a method of asserting an app's authenticity. Apple creates a hardware-based cryptographic key that uses Apple servers to certify that the key belongs to a valid instance of an app. This technology prevents a compromised app from perpetrating fraud and is underneath the DeviceCheck umbrella. This technology allows developers to rely on native Apple technology to self-verify app authenticity.[771]

- **Receipts** contain signatures and security measures to ensure that the receipt came from Apple unaltered and ties directly to a specific app on a specific device.[772]

540.    Apple's Privacy, Security, and App Integrity tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers and help consummate transactions, including linked-out purchases. For example, these technologies

---

[768] *Apple Developer, SecureEnclave*, Apple, https://developer.apple.com/documentation/cryptokit/secureenclave (2026); *Apple Platform Security, The Secure Enclave*, Apple, https://support.apple.com/guide/security/the-secure-enclave-sec59b0b31ff/web (2026).

[769] *Apple Privacy, Control is yours*, Apple, https://www.apple.com/privacy/control/ (2026); *Apple's privacy pillars in focus*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10085/#:~:text=Labels%20need,ones%2C%20too. (2026).

[770] *Apple Developer, GSS*, Apple, https://developer.apple.com/documentation/GSS (2026).

[771] *Apple Developer, Establishing your app's integrity*, Apple, https://developer.apple.com/documentation/devicecheck/establishing-your-app-s-integrity (2026); *Apple Developer, Validating apps that connect to your server*, Apple, https://developer.apple.com/documentation/devicecheck/validating-apps-that-connect-to-your-server (2026); *Apple Developer, DCAppAttestService*, Apple, https://developer.apple.com/documentation/devicecheck/dcappattestservice (2026); *Mitigate fraud with App Attest and DeviceCheck*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10244/ (2026); *iOS 14 introduces new 'App Attest' API to cut down on app fraud*, Apple Insider, https://appleinsider.com/articles/20/08/18/ios-14-introduces-new-app-attest-api-to-cut-down-on-app-fraud (2026).

[772] *Apple Developer, AppTransaction*, Apple, https://developer.apple.com/documentation/StoreKit/AppTransaction (2026); *Apple Developer, Choosing a receipt validation technique*, Apple, https://developer.apple.com/documentation/storekit/choosing-a-receipt-validation-technique (2026); *Using Receipts to Protect Your Digital Sales*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/308/ (2026).

increase monetization by building user trust and instilling confidence that apps developed for Apple's OS are safe, secure, and will protect user data.

541. Apple's Privacy, Security, and App Integrity tools and technologies help developers reduce friction and build user trust at the moments when users sign up, sign in, and authorize access to sensitive services or data. Biometric app login, Sign In with Apple, Passkeys, and iCloud Keychain all streamline account creation and login by minimizing password entry, lowering abandonment when users return to an app, and making it easier and safer for users to authorize access to accounts that may be linked to billing or subscription profiles. These tools enable developers to integrate Apple's native frameworks so that users can authenticate with Face ID, Touch ID, or store credentials in just a tap, shortening the path from opening the app to engaging with its technologies. Research indicates that offering login options such as Sign In with Apple "can increase sign-up conversion rates by 20-60% by eliminating form friction—the average person manages 170 passwords, and 81% of users abandon forms after starting them."[773]

542. Security Code Autofill and Private Access Tokens simplify secure verification steps that might otherwise cause users to drop off. By automatically surfacing two-factor authentication codes and replacing CAPTCHAs with device-based attestation, these technologies maintain strong security while keeping the sign-in and verification flows fast and user-friendly. Developers can implement robust fraud and bot defenses without adding extra fields, puzzles, or delays that would discourage users from logging back in to manage accounts, updating plans, or engaging with higher-value functionality.

---

[773] Social Login for Mobile Apps (Google, Apple, LinkedIn): Boosting Sign-Up Conversion by Removing Friction, Dogtown Media, https://www.dogtownmedia.com/social-login-for-mobile-apps-google-apple-linkedin-boosting-sign-up-conversion-by-removing-friction/ (2026).

543.    Device Check provides developers with a privacy-preserving way to track device-level history, such as whether a device has accessed certain tiers of service, taken advantage of restricted benefits (e.g., a one-week trial), or exhibited abusive patterns. This helps developers enforce business rules (for example, limiting repeated trial access, or identifying suspicious behavior) without collecting unnecessary personal data. By curbing abusive behavior and maintaining a healthier user base, developers can protect the value of their service offerings.

544.    Hidden/Locked Apps allow developers to position certain apps or app experiences as more secure and discreet, requiring Face ID or a password to open. This enhances the perceived and actual security of apps that handle particularly sensitive user data or services, increasing user confidence in using them for higher-value or more sensitive functionality. Together, these technologies give developers a toolkit to design authentication, security, and access flows that are fast, intuitive, and trustworthy, which in turn supports user willingness to sign up, return frequently, and engage more deeply with the app's services.

545.    Apple's Secure Boot Chain and Kernel Integrity Protection help developers monetize by ensuring apps run on a trustworthy platform where malware and OS tampering are less likely to compromise app behavior, user data, or payment-related workflows. When users trust that their devices and apps are secure and stable, they are more willing to store credentials, authorize transactions, and engage in higher-value activity. For developers, this reduces the need to build custom defenses against low-level attacks and lets them focus on product technologies and user experience that drive engagement.

546.    Data Protection Classes and the Secure Enclave support monetization by making it easier and safer for developers to handle sensitive user data and authentication flows essential to transacting with confidence. Because data protection is applied automatically and cryptographic

267

operations and authentication (e.g., device-based credentials, secure keys) are handled in hardware, developers can implement secure account access, stored value, and trusted identity checks with less custom security engineering. A smoother, secure authorization experience reduces friction, encourages repeat use, and builds the user confidence necessary for higher engagement.

547.    App Tracking Transparency helps developers better understand and target their audiences while remaining within privacy and platform constraints by giving developers a common, OS-managed mechanism for requesting tracking permission, which can improve user trust.

548.    The Generic Security Service API, App Attest, and Receipts work together to provide robust, common mechanisms for secure transport, authenticity, and transaction validation. By relying on system-level secure transport, developers can confidently transmit sensitive information without rolling their own cryptographic protocols. App Attest gives developers a way to confirm that transactions and critical calls originate from a genuine, untampered app instance on a legitimate device, making it harder for attackers to script or spoof revenue-related flows. Receipts, containing cryptographic signatures tied to specific apps and devices, provide a reliable basis for developers to verify that transactions are valid and not the product of manipulation, helping reduce fraud, protect margins, and maintain a healthier revenue stream.

### 1.    Patents

549.    Using the methodology in Section VII, I identified an exemplary set of 621 U.S. patent assets, including 539 patents and 82 published patent applications relating to Privacy, Security, and App Integrity technologies, that are identified in **Appendix C**.

550.    I identified these patents using the following search strings, which focus on Privacy and Security capabilities, and App Integrity capabilities, respectively:

| Aspects | Search String |
|---|---|
| Privacy & Security | (((apple).as. apple.AANM.) and "method".clm. and ((((sandbox$3 (sand near box$3)) with device) and ((sandbox$3 (sand near box$3)) with (isolat$3 separat$3 prevent$3)))((code with sign$5) near (execut$5 with code) near certificate)(((verif$8 SAME boot$3) OR ((secure$2 near6 boot$3) WITH ($2crypt$3 key trust chain certificate))) not((watch adj2 clock) (carplay)("authenticating components")("selectable user interface objects")("application menu" adj2 "application icons")("visual format" adj4 "limited version")("pass-through application enabling transmission")(synchronization adj2 time)("out-of-order data transactions")("context-specific user interfaces")(exchange adj2 position adj2 icons)("multifunction device" with1 "user-adjustable settings")("relevant user interface objects")("touch-sensitive displays" adj5 "interface reconfiguration mode")("concurrently displaying" adj2 "second user interface")("multifunction device" adj2 ((animated adj2 "user interface transitions")("graphical user interface supporting")))("reliable operating system" adj5 "net-booted environment")("Dynamically Adjusting Computer Operation")))((data$1 with (protection ADJ (class$2 domain$1))) OR ((protection ADJ domain$1) SAME (key OR crypt$9)))(("secure enclave" OR "secure hardware component") AND(((encrypt$5 NEAR circuit) WITH (security) AND (system adj2 chip))(ephemeral near3 key$1)))(((youth young child children) same ("age range")) with (store download$4))((("administration entity locker" OR "AE locker" OR "keychain" OR "keybag") near10 (backup "back up" "backed up" "backed-up" "back-up" (stor$3 near3 (remote$2 server network$1)))))not((preselected with (list adj2 contacts))(plurality adj2 "system software updates")("delay value" adj2 "auto-installation")(spell adj check$3)("touch input gesture")))(((biometric$4 facial fingerprint$3 iris$2 thumbprint$3 (thumb NEAR print$3)(finger NEAR print$3) ) WITH (login "log in" logging "sign in" "signing in")) NOT (("ring device" with "health-related")("peripheral device" with "host device")("IR camera" with "face verification")("find-my-device")("first device" with "second device" with "trusted relationship")("second portion" adj3 "respective application")(animating adj2 transition adj2 shifting)("auxiliary computing device" adj2 cure)("message service" with "spam messages")("visual indication" with "authorization criteria")("pairing operation" adj5 "digital signature")("connection mechanisms" with "attachment element")("meeting space management")(contained adj2 packaging)("internal power source")))((differen$7 near2 priva$2) WITH (algorithm))or "privacy budget")((((identifier with (device or unique))and (free near trial)) not |

| | |
|---|---|
| | (("shared content sessions") ("media item")("compact disk")))((("two-factor" "two factor" "two step" "two-step" "multi-factor" "multi factor" 2fa 3fa mfa) WITH (sms mms text communication email prng pseudorandom random)) and ((("two-factor" "two factor" "two step" "two-step" "multi-factor" "multi factor" 2fa 3fa mfa) with (sms mms text communication email prng pseudorandom random)) with2 (login "log in")))(("sign in" "sign-in" "signin" "log in" "log-in" "login" "logging in" "signing in") with "apple id")((((permission$3 with location ) same request$3) same3 GPS) not ("gating circuit" with "secure circuit"))((((microphone near2 (indicat$3)) WITH (priva$3)) or (microphone same "Recording Indicator")) not("sound level" adj3 "threshold level"))((((app application) near3 track$3) and (track$3 SAME (transparen$3 inform$3 tell$3 advis$3 hint$3 notifying notification))) and (opt adj out adj options) not((sleep adj quality)(medication adj tracking)("analytics interface")(extended adj reality) (biometric not near inputs)(physical adj activities)(avatar not near application)("remote locator object")("managing audio exposure") (cycle adj tracking)))((attest$5) AND captcha)((((director$3 near3 hash$3) WITH (SDK dependenc$3 metadata manifest code plist)) and (authentic$3 near2 program))((priva$2 WITH (discover$3 pair$3 link$3)) SAME (accessor$3 peripheral) AND ((discover$3 pair$3 link$3) near5 (bluetooth)) and ((accessor$3 peripheral) near3 bluetooth))(((locked near application) with (unlock$3 facial face biometric authenticat$3 finger fingerprint iris)) not ("mismatched IMEI state"))(((age "age-appropriate") same5 (guardian parent) ) and ((age "age-appropriate") same4 restriction))(((((pairing near2 (model process request)) with (bluetooth accessory)) same (secur$3 key private pair)) not "discovery information")(((allocat$5 and free$4)near (memory with dynamic$6)) (token near opaque))(data near(health wellness) NEAR (permission with share))((end-to-end NEAR encrypt$5) same cloud))) ("microphone indication light") |
| App Integrity | (apple.as. apple.AANM.) and "method".clm. and ((((cryptograph$3 NEAR3 (key identity)) AND ((cryptograph$3 NEAR3 (key identity)) SAME (app application program))) AND ((cryptograph$3 NEAR3 (key identity)) AND ((valid genuine legitimate unmodified paid) near4 (app application program))))((((identifier with (device or unique))and (free near trial)) not (("shared content sessions") ("media item")("compact disk")))((sign$5 near2 (receipt order)) with (purchas$3))((attest$5) AND captcha)(("sign in" "sign-in" "signin" "log in" "log-in" "login" "logging in" "signing in") with "apple id")((passkey "key pair") with (login "log in" "sign in" "signing in" "logging in"))((((sandbox$3 (sand near box$3)) with device)) and ((sandbox$3 (sand near box$3)) with |

| | (isolat$3 separat$3 prevent$3)))(((code with sign$5) near (execut$5 with code) near certificate))(("secure enclave" OR "secure hardware component") AND(((encrypt$5 NEAR circuit) WITH (security) AND (system adj2 chip))(ephemeral near3 key$1)))) |
|---|---|

551.    I developed these search strings by first looking for terms relating to Privacy, Security, and App Integrity technologies also found in Apple's Privacy, Security, and App Integrity developer documents and WWDC videos, such as "verified," "secure boot," "data$1 with protection ADJ class$2," "secure enclave," "differen$7 near2 priva$2," "receipt," "biometric," "sign in," "Apple ID," "passkey," and "keychain."[774] I included these terms, and other related terms, as search terms in these strings.

552.    Through an iterative process of spot checking the results and honing the search strings, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Privacy, Security, and App Integrity technology rubric. For example, I added exclusions for terms relating to "ring device," "health-related," "power source," "sleep quality," "medication," "watch clock," and "carplay."

---

[774] *Apple Developer, Local Authentication*, Apple, https://developer.apple.com/documentation/localauthentication (2026) ("Many users rely on **biometric** authentication"); *Apple Developer, Authentication Services*, Apple, https://developer.apple.com/documentation/AuthenticationServices (2026) ("Give users the ability to sign into your services with their **Apple ID**," "upgrade to using **Sign in** with Apple"); *Apple Developer, Supporting passkeys*, Apple, https://developer.apple.com/documentation/authenticationservices/supporting-passkeys (2026) ("**Passkeys** use iCloud **Keychain** public key credentials"). *Apple Platform Security, Boot process for iPad and iPhone devices*, Apple, https://support.apple.com/guide/security/boot-process-for-ipad-and-iphone-devices-secb3000f149/web (2026) ("The **Secure Enclave** also performs a **secure boot** that checks its software (sepOS) is **verified** and signed by Apple."); *Apple Platform Security, Data Protection classes*, Apple, https://support.apple.com/guide/security/data-protection-classes-secb010e978a/web (2026) ("**Data Protection classes** … When a new file is created on devices supporting **Data Protection**, it's assigned a **class** by the app that creates it."); *Differential Privacy*, Apple, https://www.apple.com/privacy/docs/Differential_Privacy_Overview.pdf (2026) ("**Differential privacy** transforms the information shared with Apple before it ever leaves the user's device such that Apple can never reproduce the true data."; *Apple Developer, Choosing a receipt validation technique*, Apple, https://developer.apple.com/documentation/storekit/choosing-a-receipt-validation-technique (2026) ("Select the type of **receipt** validation, on the device or on your server, that works for your app.").

271

553.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented Privacy, Security, and App Integrity tools and technologies.

### 2.    Copyrights

554.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable the use of Privacy, Security, and App Integrity technologies.

555.    First, Apple's Privacy, Security, and App Integrity tools and technologies provide developers with Frameworks and APIs, including Apple CryptoKit, GSS, Local Authentication, DeviceCheck, Authentication Services, and Security.[775] Privacy, Security, and App Integrity APIs are integral to protecting the privacy, security, and integrity of an app.

556.    When developers use Privacy, Security, and App Integrity APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

557.    Apple's APIs related to Privacy, Security, and App Integrity help developers use many aspects of Apple's Privacy, Security, and App Integrity tools and technologies to protect user data and secure a user's device. For example, Apple provides information regarding its APIs that relate to the Authentication Services framework, including instructions about how to use the

---

[775] *Apple Developer, Apple CryptoKit*, Apple, https://developer.apple.com/documentation/cryptokit (2026); *Apple Developer, GSS*, Apple, https://developer.apple.com/documentation/GSS (2026); *Apple Developer, Local Authentication*, Apple, https://developer.apple.com/documentation/localauthentication (2026); *Apple Developer, DeviceCheck*, Apple, https://developer.apple.com/documentation/devicecheck (2026); *Apple Developer, Authentication Services*, Apple, https://developer.apple.com/documentation/AuthenticationServices (2026); *Apple Developer, Security*, Apple, https://developer.apple.com/documentation/security (2026).

APIs.[776] As shown below, developers can take advantage of Apple's expansive Privacy, Security, and App Integrity tools and technologies enabled by its APIs.

Figure: Authentication Services, Sign In with Apple[777]

558.    Second, Apple provides access to a substantial volume of developer documents and instructional videos that explain Apple's Privacy, Security, and App Integrity tools and technologies. Developers use these materials to better understand and implement Privacy, Security, and App Integrity functionality, leading to higher consumer interest and engagement.[778]

---

[776] *Apple Developer, Authentication Services*, Apple, https://developer.apple.com/documentation/AuthenticationServices (2026).

[777] *Apple Developer, Authentication Services*, Apple, https://developer.apple.com/documentation/AuthenticationServices (2026).

[778] *Apple Platform Security, Boot process for iPad and iPhone devices*, Apple, https://support.apple.com/guide/security/boot-process-for-ipad-and-iphone-devices-secb3000f149/web (2026); *Apple Platform Security*, Apple, https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf (2026); *Apple Platform Security, Data Protection classes*, Apple, https://support.apple.com/guide/security/data-protection-classes-secb010e978a/web (2026); *Securing App Data*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2010/209/#:~:text=That%20requires,protecting%20class. (2026); *Apple Developer, SecureEnclave*, Apple, https://developer.apple.com/documentation/cryptokit/secureenclave (2026);

*Apple Platform Security, The Secure Enclave*, Apple, https://support.apple.com/guide/security/the-secure-enclave-sec59b0b31ff/web (2026); *Differential Privacy*, Apple, https://www.apple.com/privacy/docs/Differential_Privacy_Overview.pdf (2026); *Apple Newsroom, Apple previews iOS 10, the biggest iOS release ever*, Apple, https://www.apple.com/newsroom/2016/06/apple-previews-ios-10-biggest-ios-release-ever/ (2026); *Engineering Privacy for Your Users*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2016/709/#:~:text=Well%20there%20is,and%20macOS (2026); *Apple Privacy, Control is yours*, Apple, https://www.apple.com/privacy/control/ (2026); *Apple's privacy pillars in focus*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10085/#:~:text=Labels%20need,ones%2C%20too. (2026); *Apple Developer, GSS*, Apple, https://developer.apple.com/documentation/GSS (2026); *Apple Developer, Establishing your app's integrity*, Apple, https://developer.apple.com/documentation/devicecheck/establishing-your-app-s-integrity (2026); *Apple Developer, Validating apps that connect to your server*, Apple, https://developer.apple.com/documentation/devicecheck/validating-apps-that-connect-to-your-server (2026); *Apple Developer, DCAppAttestService*, Apple, https://developer.apple.com/documentation/devicecheck/dcappattestservice (2026); *Mitigate fraud with App Attest and DeviceCheck*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10244/ (2026); *Apple Developer, AppTransaction*, Apple, https://developer.apple.com/documentation/StoreKit/AppTransaction (2026); *Apple Developer, Choosing a receipt validation technique*, Apple, https://developer.apple.com/documentation/storekit/choosing-a-receipt-validation-technique (2026); *Using Receipts to Protect Your Digital Sales*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/308/ (2026); *Apple Developer, Local Authentication*, Apple, https://developer.apple.com/documentation/localauthentication (2026); *Better Apps through Better Privacy*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/718/#:~:text=Face%20ID,learning%20techniques (2026); *Keychain and Authentication with Touch ID*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2014/711/ (2026); *About iOS 12 Updates*, Apple, https://support.apple.com/en-us/118387 (2026); *Automatic Strong Passwords and Security Code AutoFill*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/204/#:~:text=All%20right.%20Final,nothing%20less. (2026); *Apple Privacy, We're committed to protecting your data*, Apple, https://www.apple.com/privacy/features/ (2026); *About iOS 13 Updates*, Apple, https://support.apple.com/en-us/118392 (2026); *Apple Developer, Introducing Sign In with Apple*, Apple, https://developer.apple.com/videos/play/wwdc2019/706/ (2026); *Apple Developer, Supporting passkeys*, Apple, https://developer.apple.com/documentation/authenticationservices/supporting-passkeys (2026); *Apple Developer, Passkeys*, Apple, https://developer.apple.com/passkeys/ (2026); *iPhone User Guide, Sign in with passkeys on iPhone*, Apple, https://support.apple.com/guide/iphone/sign-in-with-passkeys-iphf538ea8d0/16.0/ios/16.0 (2026); *About iOS 16 Updates*, Apple, https://support.apple.com/en-us/101566 (2026); *Apple Developer, Meet passkeys*, Apple, https://developer.apple.com/videos/play/wwdc2022/10092/ (2026); *Apple Developer, DeviceCheck*, Apple, https://developer.apple.com/documentation/devicecheck (2026); *Apple Developer, Mitigate fraud with App Attest and DeviceCheck*, Apple, https://developer.apple.com/videos/play/wwdc2021/10244/ (2026); *Better Apps through Better Privacy*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/718/#:~:text=Now%20data,these%20questions. (2026); *iOS 14 introduces new 'App Attest' API to cut down on app fraud*, Apple Insider, https://appleinsider.com/articles/20/08/18/ios-14-introduces-new-app-attest-api-to-cut-down-on-app-fraud (2026); *Apple Developer, iOS 16 Release Notes*, Apple, https://developer.apple.com/documentation/ios-ipados-release-notes/ios-16-release-notes (2026); *Apple Developer, Replace CAPTCHAs with Private Access Tokens*, Apple, https://developer.apple.com/videos/play/wwdc2022/10077/ (2026); *Apple Developer, Challenge: Private Access Tokens*, Apple, https://developer.apple.com/news/?id=huqjyh7k (2026); *About Automatic Verification*, Apple, https://support.apple.com/en-us/102591 (2026); *Apple Developer, Keychain services*, Apple, https://developer.apple.com/documentation/security/keychain-services (2026); *Protecting Secrets with the Keychain*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2013/709/ (2026); *Apple Developer, Restrictions*, Apple, https://developer.apple.com/documentation/devicemanagement/restrictions (2026); *About iOS 18 Updates*, Apple, https://support.apple.com/en-us/121161 (2026); *Apple Developer, What's new in privacy*, Apple, https://developer.apple.com/videos/play/wwdc2024/10123/ (2026); *Apple Developer, Keynote*, Apple, https://developer.apple.com/videos/play/wwdc2024/101/ (2026); *Apple Developer, Sign in with Apple*, Apple, https://developer.apple.com/design/human-interface-guidelines/sign-in-with-apple (2026); *Apple Developer, Authentication Services*, Apple, https://developer.apple.com/documentation/AuthenticationServices (2026).

274

These resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

559.    Apple's developer documents and instructional videos help developers use many aspects of Apple's Privacy, Security, and App Integrity tools and technologies to protect user data and secure a user's device. For example, Apple's instructional videos help developers use App Attest to mitigate fraud and "safeguard your apps and content."[779] They also help developers use Sign In with Apple, which is "the fast, easy way for people to sign in to apps using the Apple IDs they already have."[780] Developers can further use Apple's instructional video to "[l]earn how easy it is to add a Sign In with Apple button to your app or website to acquire new customers."[781]

### 3.    Trade Secrets

560.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Privacy, Security, and App Integrity technologies that, although secret, developers can leverage.

561.    Apple's Privacy, Security, and App Integrity tools and technologies provide developers with Frameworks and APIs, including Apple CryptoKit, GSS, Local Authentication, DeviceCheck, Authentication Services, and Security.[782] These APIs allow developers to perform

---

[779] *Mitigate fraud with App Attest and DeviceCheck*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2021/10244/ (2026).

[780] *Apple Developer, Introducing Sign In with Apple*, Apple, https://developer.apple.com/videos/play/wwdc2019/706/ (2026).

[781] *Apple Developer, Introducing Sign In with Apple*, Apple, https://developer.apple.com/videos/play/wwdc2019/706/ (2026).

[782] *Apple Developer, Apple CryptoKit*, Apple, https://developer.apple.com/documentation/cryptokit (2026); *Apple Developer, GSS*, Apple, https://developer.apple.com/documentation/GSS (2026); *Apple Developer, Local Authentication*, Apple, https://developer.apple.com/documentation/localauthentication (2026); *Apple Developer, DeviceCheck*, Apple, https://developer.apple.com/documentation/devicecheck (2026); *Apple Developer, Authentication Services*, Apple, https://developer.apple.com/documentation/AuthenticationServices (2026); *Apple Developer, Security*, Apple, https://developer.apple.com/documentation/security (2026).

complex Privacy, Security, and App Integrity tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Privacy, Security, and App Integrity API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

562.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Privacy, Security, and App Integrity tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which Privacy, Security, and App Integrity APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

## IX.    APPLE DEVELOPER SERVICES

563.    In addition to the tools and technologies in Section VIII, Apple provides developers with many other services, including Meet with Apple, and Developer Forums and Developer Support. These exemplary services are protected by Apple's IP, including the copyrights and trade secrets as described below, and help developers consummate transactions among other benefits.

564.    Meet with Apple is a global, year-round program offering developers direct access to Apple engineers and designers for support, feedback, and guidance.[783] Meet with Apple provides developers with the opportunity for one-on-one meetings with Apple experts for guidance on their app or game, labs to provide developers with hands-on opportunities to test and optimize

---

[783] *Meet with Apple-Events*, Apple, https://developer.apple.com/events/ (2026) ("Join us around the world and online for a variety of sessions, labs, and workshops").

their apps for Apple's platform, workshops to allow developers to dive into newly released technologies.[784] In 2023, Apple hosted nearly 50,000 Meet with Apple Experts engagements and trained over 3,700 students through Apple Developer Academies and Apple Foundation programs.[785] To facilitate this service, Apple has invested in "Developer Centers" where many of these events are held, including in Bengaluru, India; Cupertino, California; Singapore; and Shanghai, China.[786] These in-person and virtual events help developers implement and optimize the latest Apple tools and technologies, including how to use Game Center to optimize discovery, engagement, and revenue.[787] The underlying IP includes Apple's copyrighted videos of Meet with Apple events,[788] as well as Apple's proprietary technical know-how and insights—which are not otherwise publicly available—that developers benefit from at Meet with Apple events.[789]

565.    Apple's Developer Forums and Developer Support, including code-level support, provide critical troubleshooting and clarification when developers encounter issues integrating Apple frameworks, APIs, and tools. Developers can submit their membership, account, or app management issues via phone or email, or can seek code-level support via the Apple Developer

---

[784] *Meet with Apple*, Apple, https://developer.apple.com/events/ (2026).

[785] *Apple Expands Developer Support and Resources*, Apple, https://www.apple.com/newsroom/2024/06/apple-expands-developer-support-and-resources/ (June 7, 2024).

[786] *Apple Developer Centers*, Apple, https://developer.apple.com/events/developer-centers/ (2026).

[787] *Unlock Success With Premium Games on the App Store*, Apple, https://developer.apple.com/videos/play/meet-with-apple/246/ (2026) ("Learn how game developers can find success with paid and premium titles across the Apple ecosystem. Find out how tools and strategies like pre-order, Universal Purchase, and Game Center can help you optimize discovery, engagement, and revenue while reaching hundreds of millions of players worldwide."); *Developer Centers*, Apple, https://developer.apple.com/events/developer-centers/ (2026) ("Having direct access to Apple improved our abilities and helped us enhance our app's user experience. – Michael Simmons, *Fantastical* and *Cardhop* developer").

[788] *Meet with Apple-Videos*, Apple, https://developer.apple.com/videos/meet-with-apple/ (2026).

[789] *See, e.g.*, *Meet with Apple-Videos*, Apple, https://developer.apple.com/videos/meet-with-apple/ (2026).

Forums or email and will receive a response from Apple experts.[790] For example, Apple's developer forums include thousands of posts relating to monetization systems for which Apple experts reply with troubleshooting and proposed solutions.[791] In addition, Apple code-level support helps when developers "get stuck writing, building, or running [their] software."[792] Apple also works collaboratively with developers to refine or enhance the Apple technology. Developers can submit feedback and bugs to Apple and request enhancements to APIs, tools, and services.[793] Apple's Developer Forums and Developer Support minimize revenue loss caused by technical errors by empowering and assisting developers to quickly resolve any issues and maintain a smooth, reliable experience for the user. The Developer Forum and Developer Support services draw on Apple's internal expertise and IP, such as trade secrets, including proprietary platform knowledge and insights into Apple's internal systems, which are not otherwise publicly available.

## X.    APPLE APP STORE SERVICES

566.    Apple provides immense value to developers through the App Store services that it offers, including distribution, discovery, marketing, and analytics. These exemplary services are supported by Apple's IP, including patents, copyrights and trade secrets, and provide substantial value to developers, including helping developers consummate transactions.

---

[790] *Developer Support*, Apple, https://developer.apple.com/support/ (2026); *Code-Level Support*, Apple, https://developer.apple.com/support/technical/ (2026).

[791] *Developer Forums*, Apple, https://developer.apple.com/forums/ (2026); *Code-Level Support*, Apple, https://developer.apple.com/support/technical/ (2026) ("Members of the Apple Developer Program and Apple Developer Enterprise Program can request code-level support for Apple frameworks, APIs, and tools."); *see, e.g.*, *Developer Forum*, Apple, https://developer.apple.com/forums/search?q=subscription+model (last visited May 6, 2026) (search returning 34,377 forum posts relating to a "subscription model"); *Developer Forum*, Apple, https://developer.apple.com/forums/search?q=purchase+flow (last visited May 6, 2026) (search returning 19,413 results relating to "purchase flow").

[792] *Code-Level Support*, Apple, https://developer.apple.com/support/technical/ (2026).

[793] *Feedback Assistant*, Apple, https://developer.apple.com/feedback-assistant/ (2026).

### A.    App Store Distribution

567.    Apple's App Store provides developers with an integrated digital distribution platform that enables the submission, hosting, delivery, and restoration of apps to users of iPhones and iPads.[794] Developers interact with this system primarily through App Store Connect, which facilitates app submission, metadata management, version control, bug fixes, security patches, and release scheduling.[795]

568.    Apple's data storage service gives developers a managed backend for storing the application for download by users, storing user data, syncing it across devices, and handling authentication without building their own infrastructure.[796] These distribution services provide substantial value by reducing the technical and operational burden associated with bringing an app to market. Developers gain immediate access to a large, global user base of more than 2.5 billion devices[797] without needing to build or maintain their own distribution channels or payment systems. Apple's data storage services not only improve user experience by making it seamless for users to download and use apps across their devices,[798] but also directly supports monetization

---

[794] *App Store*, Apple, https://www.apple.com/app-store/ (2026); *Redownload Apps from Apple*, Apple, https://support.apple.com/en-us/102417 (2026) ("You can redownload apps in the App Store.").

[795] *App Store Connect*, Apple, https://developer.apple.com/app-store-connect/ (2026) ("As an Apple Developer Program member, you can easily upload, submit, and manage your apps on the App Store with App Store Connect on the web, iPhone, and iPad.").

[796] *See Build Apps Using CloudKit*, Apple, https://developer.apple.com/icloud/cloudkit/ (2026) ("Store your app's data in iCloud and keep everything up to date across devices and on the web. Featuring efficient syncing, as well as simple monitoring and management, it's never been easier to build and grow your apps with CloudKit.")

[797] *Apple Reports First Quarter Results*, Apple, https://www.apple.com/newsroom/2026/01/apple-reports-first-quarter-results/ (Jan. 29, 2026) (quoting Tim Cook as stating "We are also excited to announce that our installed base now has more than 2.5 billion active devices, which is a testament to incredible customer satisfaction for the very best products and services in the world.").

[798] *CloudKit*, Apple, https://developer.apple.com/icloud/cloudkit/ (2026) ("CloudKit is designed for manageability, flexibility, and power. By organizing apps in containers, CloudKit ensures each app is siloed so its data won't get entangled with other apps."); *iCloud*, Apple, https://developer.apple.com/icloud/ (2026) ("iCloud securely stores your users' data and seamlessly keeps it up to date across their devices, so they'll have a great experience no matter which device they use.").

by enabling technologies like account-based purchases, subscription syncing, and entitlement restoration across devices.[799] Developers use Apple's data storage service to ensure that once a user completes a purchase (e.g., a subscription upgrade), that status is reliably stored and reflected everywhere—critical to maintaining paid access and reducing friction in repeat purchases.[800]

569.    Many of the App Store Distribution Services discussed above use Apple's tools and technologies. Below is a non-exhaustive list of such "App Store Distribution" tools and technologies:

- **App Installation** is the process for downloading applications onto a user device.[801]

- **Keychain & Shared Web Credentials** helps web-initiated accounts to persist after log-in with related app activity.[802]

- **StoreDownloader Extension**, an app extension that schedules Apple-hosted asset-pack downloads automatically, allowing developers to automatically ensure apps are up to date.[803]

- **Background Assets**, a system technology that lets apps download large or non-critical assets, including those accessed via linked-out purchases, in the background to mitigate waiting time caused by asset downloads.[804]

---

[799] *See iCloud for Developers*, Apple, https://developer.apple.com/icloud/ (2026) ("iCloud securely stores your users' data and seamlessly keeps it up to date across their devices, so they'll have a great experience no matter which device they use.").

[800] *See Persisting a Purchase*, Apple, https://developer.apple.com/documentation/storekit/persisting-a-purchase (2026) ("For non-renewing subscriptions, use iCloud or your own server to keep a persistent record."); *iCloud for Developers*, Apple, https://developer.apple.com/icloud/ (2026) ("iCloud securely stores your users' data and seamlessly keeps it up to date across their devices, so they'll have a great experience no matter which device they use.").

[801] *Apple Developer*, *Install Application Command*, Apple, https://developer.apple.com/documentation/devicemanagement/install-application-command (2026); *Apple Developer, UIRequiredDeviceCapabilities*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/uirequireddevicecapabilities (2026).

[802] *Apple Developer*, *Shared Web Credentials*, Apple, https://developer.apple.com/documentation/security/shared-web-credentials (2026).

[803] *Apple Developer, StoreDownloaderExtension*, Apple, https://developer.apple.com/documentation/storekit/storedownloaderextension (2026).

[804] *Apple Developer, Creating managed asset packs*, Apple, https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs (2026).

280

- **Managed Asset Packs** enables developers to specify download policies and upload Apple-hosted asset packs to App Store Connect (e.g., game content packs, media-packs, technology-based packs, and more) so the system orchestrates downloads on behalf of the app.[805]

- **Managed Downloader Extensions**, an app extension that uses the system implementation to schedule asset-pack downloads automatically.[806]

- **NSBundleResourceRequest**. Apple hosts asset packs for download post-installation that can also facilitate automatic updates.[807]

- **Unmanaged Asset Downloads** enable developers to manage and download individual assets and configure asset downloads.[808]

- **Transaction.currentEntitlements API**. StoreKit maintains an entitlement ledger on App Store services that can be used to sync subscriptions with accounts and across devices.[809]

- **App Store Connect API**, an API that allows developers to automate actions they take in App Store Connect, including to help provide the medium for app transactions.[810]

  - **Create API Keys** allows developers to authenticate and authorize programmatic requests to the App Store Connect API.[811]

  - **Generate Tokens for API Request** lets developers generate tokens that are used to authenticate each request to the App Store Connect API.[812]

- **App Store Server API**, together with App Store Connect API, supports installation tracking and post-installation reconciliation of an app state. It can be used to enable

---

[805] *Apple Developer, Creating managed asset packs*, Apple, https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs (2026).

[806] *Apple Developer, ManagedDownloaderExtension*, Apple, https://developer.apple.com/documentation/backgroundassets/manageddownloaderextension (2026).

[807] *Apple Developer, Creating Managed Asset Packs*, Apple, https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs (2026).

[808] *Apple Developer, Configuring an unmanaged Background Assets project*, Apple, https://developer.apple.com/documentation/backgroundassets/configuring-an-unmanaged-background-assets-project (2026).

[809] *Apple Developer, Transaction*, Apple, https://developer.apple.com/documentation/storekit/transaction (2026).

[810] *Apple Developer, Your apps on the App Store*, Apple, https://developer.apple.com/app-store-connect/ (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026).

[811] *Apple Developer, Creating API Keys for App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/creating-api-keys-for-app-store-connect-api (2026).

[812] *Apple Developer, Generating Tokens for API Requests*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/generating-tokens-for-api-requests (2026).

developers to manage keys and packages. It can also be used to schedule app releases and updates.[813]

570.    The App Store Distribution technologies, including asset-management technologies help deliver a responsive, high-quality experience that supports conversion and ongoing engagement. For example, the App Store Distribution technologies allow developers to make their apps available to more users, leading to greater exposure and potential monetization. The Background Assets framework, including the functionalities of managed asset packs and unmanaged asset downloads, as well as extensions like StoreDownloader Extension and Managed Downloader Extension, let developers tailor the content delivered, when, and under what conditions, across different devices and regions. By configuring how and when assets are downloaded and updated, developers can minimize initial wait times, optimize app size, support regional or language-specific content strategies, and ensure content is available. This combination of performance, personalization, and reliability helps maintain the user experience and create apps from which users will purchase digital goods and services.

## B.    App Store Discovery

571.    Apple's App Store includes a range of discovery mechanisms that help developers make their apps easier to locate and by surfacing an app to appropriate audiences. These mechanisms include keyword-based search, category browsing, curated editorial features, top charts, and personalized recommendations driven by user behavior and preferences for apps.[814] Apple's App Store also includes editorial content including written features, curated collections,

---

[813]  *Apple Developer, App Store Server API*, Apple, https://developer.apple.com/documentation/appstoreserverapi (2026).

[814] *Discovery on the App Store and Mac App Store*, Apple, https://developer.apple.com/app-store/discoverability/ (2026).

and promotional narratives to further support the discovery of developers' apps.[815] Apple also provides services to developers where they can influence discovery of their app through App Store Optimization (ASO) services available in App Store Connect, including the ability to manage app titles, keywords, descriptions, screenshots, preview videos, and localization across regions.[816] Apple provides developers with analytics related to impressions and conversion rates (discussed further below), allowing developers to assess how users find and interact with their app listings.[817]

572.    Developers benefit from enhanced app store discoverability through increased downloads, stronger user engagement, and increased monetization. For example, Apple's discovery services present users with apps that align with their interests or needs, enabling apps to have higher placement in search results, rankings, or editorial technologies for the users most likely to download and spend money.[818] Apple's recommendation systems help developers match apps to users with a higher likelihood of engagement, improving conversion rates and retention.[819]

573.    Apple provides product page optimization services, where developers can compare different app icons, screenshots, and app previews on their App Store product page.[820] Developers can use these services to determine how to make their app best resonate with potential users and track how different assets impact customer conversion rates.[821] Apple instructs developers how to

[815] *Discovery on the App Store and Mac App Store*, Apple, https://developer.apple.com/app-store/discoverability/ (2026).

[816] *App Store Connect*, Apple, https://developer.apple.com/app-store-connect/ (2026).

[817] *App Store Connect*, Apple, https://developer.apple.com/app-store-connect/ (2026).

[818] *Discovery on the App Store and Mac App Store*, Apple, https://developer.apple.com/app-store/discoverability/ (2026).

[819] *Discovery on the App Store and Mac App Store*, Apple, https://developer.apple.com/app-store/discoverability/ (2026).

[820] *Apple Developer, Product Page Optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026).

[821] *Expand Your App to New Markets*, Apple, https://developer.apple.com/localization/ (2026).

use these services in copyrighted documents and videos,[822] explaining how product page optimization provides a "data-driven way to optimize your product page assets across the App Store."[823] Developers can further leverage other Apple IP-protected services, like App Store Analytics (discussed below), with product page optimization to maximize engagement.



Figure: Product Page Optimization[824]

574.    Many of the App Store Discovery Services discussed above use Apple's tools and technologies. Below is a non-exhaustive list of such App Store Discovery tools and technologies:

- **StoreKit API** allows apps to present the Apple App Store product page. This technology helps maintain continuity and to avoid customers switching out of the existing context.[825]

- **Custom Product Pages and Product Page Optimization** allow developers to create and test custom product pages in Apple's App Store Connect to highlight particular technologies or

---

[822] *See, e.g., Apple Developer, Create a test*, Apple, https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/create-a-test/ (2026); *Apple Developer, Product Page Optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026)*; Creating Your Product Page*, Apple, https://developer.apple.com/app-store/product-page/ (2026); *Show More with App Previews*, Apple, https://developer.apple.com/app-store/app-previews/ (2026); *Screenshot Specifications*, Apple, https://developer.apple.com/help/app-store-connect/reference/app-information/screenshot-specifications (2026); *Apple Developer, Apply a test treatment to your product page*, Apple, https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/apply-a-test-treatment-to-your-product-page/ (2026); *Apple Developer, Make the most of product page optimization*, Apple, https://developer.apple.com/videos/play/tech-talks/110349/ (2026).

[823] *Apple Developer, Make the most of product page optimization*, Apple, https://developer.apple.com/videos/play/tech-talks/110349/ (2026).

[824] *See Product Page Optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026).

[825] *Apple Developer, SKStoreProductViewController*, Apple, https://developer.apple.com/documentation/storekit/skstoreproductviewcontroller (2026).

content and identify which versions drive higher conversion rates. These custom pages can be shared through unique URLs and used within Apple Ads campaigns to promote their app.[826]

- **Smart App Banners** facilitate the transition from Safari to app install.[827]

- **App Clips SDK** enables use of pre-install execution of some app functionality (like a trial layer before later full installation of the app).[828]

- **Spotlight Framework**, Apple's user-facing technology for system-wide search.[829] Spotlight allows users to discover apps, app content, app-specific data, and other on-device and web information services.[830]

- **Apple Intelligence in Spotlight[831]** leverages Apple Intelligence to summarize content for use in connection with Spotlight searching and to improve Spotlight's search accuracy.[832]

575.   Apple's App Store Discovery tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers. For

---

[826] *Apple Developer, Custom product pages on the App Store*, Apple, https://developer.apple.com/app-store/custom-product-pages/ (2026); *Apple Developer, Product page optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026); *Apple Developer, Get started with custom product pages*, Apple, https://developer.apple.com/videos/play/tech-talks/10886/ (2026); *Apple Developer, Make the most of custom product pages*, Apple, https://developer.apple.com/videos/play/tech-talks/110361/ (2026); *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026); *Apple Developer, Overview of product page optimization*, Apple, https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/overview-of-product-page-optimization/ (2026); *Apple Developer, Get ready to optimize your App Store product page*, Apple, https://developer.apple.com/videos/play/wwdc2021/10295/ (2026); *Apple Developer, Custom Product Pages*, Apple, https://developer.apple.com/documentation/apple_ads/custom-product-pages/ (2026).

[827]  *Apple Developer, Promoting Apps with Smart App Banners*, Apple, https://developer.apple.com/documentation/webkit/promoting-apps-with-smart-app-banners (2026).

[828]  *Apple Developer*, *App Clips*, Apple, https://developer.apple.com/documentation/appclip (2026).

[829] *Spotlight: Search and Be Searched*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/534/ (2026); *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026).

[830]*Spotlight: Search and Be Searched*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2008/534/ (2026); *Introducing Search APIs*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2015/709/ (2026).

[831] The Apple Intelligence tools and technologies discussed herein refer to the tools and technologies available to developers in the released OS/SKD at the time I prepared this report. In addition to these tools and technologies, Apple recently announced tools and technologies that would fall within this technology rubric that will be available to developers later in 2026.  *See, e.g.*, *WWDC26: Apple Unveils Next Generation of Apple Intelligence, Siri AI, Powerful Parental Controls, and an Expansive Set of Software Improvements*, Apple, https://www.apple.com/newsroom/2026/06/apple-unveils-next-generation-of-apple-intelligence-siri-ai-and-more/ (2026).

[832] *Bring your app to Siri*, Apple, https://developer.apple.com/videos/play/wwdc2024/10133/ (2026).

example, the App Store Discovery technologies increase monetization by helping developers make their apps seen by additional users, leading to greater exposure and potential purchases. Custom Product Pages and Product Page Optimization help developers improve how they present their apps at the point of discovery so that more of the right users download and engage. In App Store Connect, developers create multiple product pages, each tailored to a particular audience segment or technology set, and link those pages to specific ad campaigns or unique URLs. This allows targeted messaging that emphasizes the parts of the app most relevant to users with higher expected lifetime value. Product Page Optimization adds structured A/B testing of icons, screenshots, and previews, with results available in App Analytics. By iterating on these assets, developers raise conversion from impression to download, especially among users whose behavior consistently aligns with the app's revenue model. Further, research indicates that "83 of the top 100 grossing apps and games leverage [Custom Product Pages]."[833]

### C.    App Store Marketing

576.    Apple provides developers with a variety of marketing tools within the App Store to enhance the presentation and promotion of their apps. For example, developers can use Apple's marketing services to generate short links or embeddable code for advertisements, where the link or code will lead to the app's product page. Apple also provides developers with services where they can create custom marketing assets, such as banners and images, and Apple provides preset messages in multiple languages for advertising efforts.[834] Developers can also promote in-app events, highlight new technologies, and localize marketing content for different geographic markets. Apple also provides various services and tutorials regarding making ads designed

---

[833] *Custom Product Pages Are the App Store's Secret Weapon*, appfigures, https://appfigures.com/resources/insights/20250718 (2026).

[834] *Promoting Your Apps and Games*, Apple, https://developer.apple.com/app-store/promote/ (2026).

specifically for the App Store, including the creation of custom product pages and the ability to publish multiple versions of an App Store product page to highlight different aspects or specific content with unique URLs for each product page.[835] Apple reports that these custom product page services can increase customer conversion by over 150% compared to default product pages.[836] Apple allows users to leverage these custom product pages further through Apple's search functionalities, where custom product pages can appear in search results for selected keywords or other metadata curated by the developer.[837] Developers can also use Apple's marketing services to promote paid In-App Events, such as game competitions, movie premiers, and live-streamed experiences, by having In-App Events appear across the App Store.[838]

577. Developers derive significant value from the IP protecting App Store Marketing services, including various copyrighted websites and videos that explain how developers can, for example, "[t]ake advantage of marketing guidance, tools, promotional offers, and more to help drive discovery of your app or game."[839] Through curated editorial features, such as "App of the Day" and themed collections, Apple offers developers high-impact storytelling opportunities that significantly elevate a brand's prestige and organic reach.[840] Beyond editorial placement, App

---

[835] *Custom Product Pages on the App Store*, Apple, https://ads.apple.com/app-store; https://developer.apple.com/app-store/custom-product-pages/ (2026) ("You can publish up to 70 additional versions of your product page on the App Store for iPhone and iPad. Vary the screenshots, promotional text, and/or app previews on each product page to showcase specific features or content.")

[836] *Custom Product Pages on the App Store*, Apple, https://developer.apple.com/app-store/custom-product-pages/ (2026) ("Developers see a 2.5 percentage point increase on average when referring people to a custom product page. This is a 156% increase compared to the 1.6% average conversion rate on default product pages.").

[837] *Configure Multiple Product Page Versions*, Apple, https://developer.apple.com/help/app-store-connect/create-custom-product-pages/configure-multiple-product-page-versions/ (2026).

[838] *Overview of In-App Events*, Apple, https://developer.apple.com/help/app-store-connect/offer-in-app-events/overview-of-in-app-events (2026).

[839] *Promoting Your Apps and Games*, Apple, https://developer.apple.com/app-store/promote/ (2026).

[840] *Getting Featured on the App Store*, Apple, https://developer.apple.com/app-store/getting-featured/ (2026).

Store Marketing offers robust Search Ads and promotional capabilities that allow for targeting based on anonymized user interest and search behavior data, ensuring specialized tools reach the intended demographic.[841] Apple provides marketing services with upcoming releases, where developers can build momentum by making their apps available for pre-order and marketing on Apple's "Today" and "Apps" tabs, with apps automatically downloading upon launch to maximize initial impact.[842]

578.    Many of the App Store Marketing Services discussed above use Apple's tools and technologies that enable and relate to advertisements and marketing. Below is a non-exhaustive list of such App Store Marketing tools and technologies:

- **AdAttributionKit framework**, a set of technologies that help developers measure ad attribution that supports re-engagement, click-through attribution (including support for custom creative), formatted impressions and postbacks, and more. AdAttributionKit helps advertisers measure the effectiveness of ad campaigns by attributing app installs and re-engagements to the ads that drove them.[843]

- **Apple Ads Platform**, Apple's advertising platform that provides an efficient way to help users discover a developer's app when they search in Apple's App Store. With Apple Ads Campaign Management API (discussed below), developers can build ad campaigns with budgets, and create ad groups that include keywords, audience refinement criteria, and scheduling.[844]

---

[841] *Apple Ads*, Apple, https://ads.apple.com/ (2026).

[842] *Pre-Orders*, Apple, https://developer.apple.com/app-store/pre-orders/ (2026); *Promoting Your Apps and Games*, Apple, https://developer.apple.com/app-store/promote/ (2026).

[843] *Apple Developer, AdAttributionKit*, Apple, https://developer.apple.com/documentation/AdAttributionKit (2026); *Apple Developer, Meet AdAttributionKit*, Apple, https://developer.apple.com/videos/play/wwdc2024/10060/ (2026); *Apple Developer, What's new in AdAttributionKit*, Apple, https://developer.apple.com/videos/play/wwdc2025/221/ (2026); *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026); *Ads on Apple News, Getting Started with Workbench*, Apple, https://developer.apple.com/apple-news/Workbench-Getting-Started-for-Publishers.pdf (2026); *Apple Developer, Integrate privacy into your development process*, Apple, https://developer.apple.com/videos/play/wwdc2025/246/ (2026).

[844] *Apple Developer, Apple Ads*, Apple, https://developer.apple.com/documentation/apple_ads (2026); *Apple Developer, Ads on the App Store*, Apple, https://ads.apple.com/app-store (2026); *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026).

- **Apple Ads Basic**, a quick and easy way for developers to get set up and start driving discovery of their apps. Apple's intelligent automation optimizes app promotion in search results on developer's behalf, delivering downloads at a predictable cost per acquisition and without requiring manual campaign management.[845]

- **AdSupport framework** provides apps with an advertising identifier—i.e., an alphanumeric string that's unique to each device, and which developers only use for advertising.[846]

- **Apple Ads Attribution API**, a solution that combines the AdServices framework on client devices and a RESTful (Representational State Transfer) API for server-side communication with Apple's attribution server. The API retrieves attribution data from app downloads and redownloads from Apple Search Ads campaigns. This API measures attribution data using specific Apple Search Ads campaign metadata against the performance of those campaigns.[847]

- **Apple Ads Campaign Management API** allows developers to build ad campaigns with budgets, and create ad groups that include keywords, audience refinement criteria, and scheduling. Developers can implement their own keyword-bidding strategy in ad groups or build a campaign keywords strategy with the search match technology to automatically match their ad to relevant user searches in Apple's App Store. Developers can promote their campaigns to multiple countries or regions by creating ad variations in app store custom product pages. Developers can measure the effectiveness of their campaigns by generating campaign reports and impression and share reports with meaningful metrics.[848]

579. Apple's App Store Marketing tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers. For example, the App Store Marketing technologies increase monetization by helping developers make their apps more discoverable, leading to greater exposure and new downloads.

---

[845] *Apple Developer, Promote an app with Apple Ads Basic*, Apple, https://ads.apple.com/app-store/help/apple-ads-basic/0039-promote-an-app-with-basic (2026); *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026).

[846] *Apple Developer, AdSupport*, Apple, https://developer.apple.com/documentation/AdSupport (2026); *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026).

[847] *Apple Developer, AdServices*, Apple, https://developer.apple.com/documentation/adservices (2026); *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026).

[848] *Apple Developer, Apple Ads*, Apple, https://developer.apple.com/documentation/apple_ads (2026); *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026).

580. Apple's App Store Marketing tools and technologies allow developers to measure the success of their ad campaigns using AdAttributionKit. This technology provides developers with tools to use secure, accurate, real-time conversion tracking by presenting, processing, and registering postbacks according to the following process:



Figure: AdAttributionKit[849]

581. AdAttributionKit, the Apple Ads Attribution API, and the AdSupport framework work together to help developers understand which ad campaigns and creatives drive the app usage and revenue events they care about. By integrating AdAttributionKit into their apps and backend systems, developers register ad impressions and clicks and receive postbacks that associate campaign activity with subsequent user behavior. Likewise, by using the Apple Ads Attribution API (AdServices on-device plus the API server-side), developers retrieve detailed Apple Search Ads campaign metadata for downloads and redownloads and correlate that with engagement and revenue metrics. When users consent under App Tracking Transparency, the AdSupport framework exposes the advertising identifier, which can further refine attribution and cohort

---

[849] *Apple Developer, AdAttributionKit*, Apple, https://developer.apple.com/documentation/AdAttributionKit (2026).

290

analysis. This measurement stack lets developers reallocate budget to campaigns and audiences that produce the most valuable users and reduce spend on underperforming traffic.

582.    Apple's Ads Platform, Apple Ads Basic, and the Apple Ads Campaign Management API help developers efficiently acquire new users. With the Apple Ads Platform and Campaign Management API, developers create and manage campaigns and ad groups, define keywords and audience criteria, set bids and budgets, and schedule campaigns across countries and regions. They can also use Search Match to automatically find relevant search terms and programmatically adjust bids and budgets based on performance reports. Apple Ads Basic offers a simplified, automated setup where developers specify a budget and Apple optimizes placements to generate downloads at a predictable cost. Through these tools, developers systematically grow their user base with cohorts that their analytics show to be highly engaged and revenue-generating.

583.    The Apple Ads Campaign Management API and reporting capabilities close the loop between acquisition and optimization. Developers can use the API to create/manage campaigns and generate detailed reports that show impressions, taps, installs, and share-of-voice metrics at the campaign, ad group, keyword, and regional levels. When combined with attribution signals from AdAttributionKit or the Apple Ads Attribution API and internal analytics, developers can implement data-driven bidding and budget strategies—such as increasing investment in regions, keywords, or creative sets associated with higher revenue and scaling back where performance is weak. This continuous feedback loop systematically improves the economics of user acquisition.

### D.    App Store Analytics

584.    Apple provides developers with analytics services through App Store Connect and related tools, offering detailed insights into app performance, user behavior, and business

outcomes.[850] For example, developers can take advantage of analytics such as app impressions, product page views, downloads, conversion rates, retention rates, session activity, crash reports, and revenue generated from app sales and purchases to adjust monetization strategies, marketing, or pricing to improve their performance, including revenue.[851] Apple allows developers to review the cohorts and sources that drive the highest proceeds so they can focus acquisition and marketing efforts on those channels.[852] App Store Analytics also provides developers geographic and device-level breakdowns to identify whether, for example, a different price in certain regions may improve their revenue.[853] Apple also provides various services and tutorials leveraging these analytics to improve app performance, such as facilitating product page optimization testing, enabling developers to create custom product pages to highlight different offerings or content within the app, and allowing developers to create localized versions of their product pages and app experience tailored to the local cultures and languages, as discussed above for Apple's marketing services.[854]

585.    Developers derive significant value from the IP protecting Apple's analytics services, including copyrighted websites and videos that explain how developers can "[u]nderstand how people discover and interact with [a developer's] app or game."[855] Through App Analytics, developers can gain a deep understanding of where their downloads come from, broken down by

---

[850] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[851] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[852] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[853] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026); *Managing Prices*, Apple, https://developer.apple.com/app-store/subscriptions/#managing-prices-for-existing-subscribers (2026) ("You can price your auto-renewable subscriptions by storefront and choose from 800 price points across all available currencies and price tiers, with an additional 100 higher price points available upon request.").

[854] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026); *Product Page Optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026); *Custom Product Pages on the App Store*, Apple, https://developer.apple.com/app-store/custom-product-pages/ (2026); *Expand Your App to New Markets*, Apple, https://developer.apple.com/localization/ (2026).

[855] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

sources such as App Store Browse, App Store Search, App Referrers, and Web Referrers.[856] Developers can assess the effectiveness of their discovery efforts and modify marketing strategy[857] accordingly. App Analytics also enables developers to assess technical performance with crash and performance data,[858] review crash rates, and pinpoint potential causes by platform, app version, and operating system.[859]

586.    Many of Apple's App Store Analytics Services depend on Apple's tools and technologies that enable developers to interface with the App Store. A non-exhaustive list of these tools and technologies include:

- **StoreKit**, the framework that provides developers control of subscriptions, transaction details, sophisticated analytics, and the technical infrastructure to support linked-out purchases.[860]

- **App Store Connect API**, an API that allows developers to automate actions they take in App Store Connect, including TestFlight, Xcode Cloud, Access, App Metadata, Reporting, and Performance Metrics. The App Store Connect API spans capability areas such as app management and submission, reporting and analytics, and provisioning and development.[861]

    - **Manage App Metadata** lets developers programmatically create and manage App Store product page information and associated metadata, including localized app information, screenshots, previews, categories, age rating, End User License Agreements, and more.[862]

    - **Create and Modify an End User License Agreement** allows developers to add a custom EULA to an app and configure the territories to which it applies.[863]

---

[856] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[857] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[858] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[859] *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[860] *Apple Developer, StoreKit*, Apple, https://developer.apple.com/documentation/StoreKit (2026).

[861] *Apple Developer, Your apps on the App Store*, Apple, https://developer.apple.com/app-store-connect/ (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026).

[862] *Apple Developer, App Metadata*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-metadata (2026).

[863] *Apple Developer, End User License Agreements (EULA)*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/end-user-license-agreements-eula (2026).

- **Manage Builds** enables developers to manage application builds for testers, submit builds for review, individually assign builds to testers, and add the build to a beta group for testing.[864]

- **Testflight API** enables developers to manage their beta testing program, including beta testers and groups, apps, App Clips, and builds.[865]

- **Xcode Cloud Workflow** enables developers to automate reading Xcode Cloud data, manage workflows, and start builds of their apps. This provides developers data about workflows and builds using custom dashboards or reports and integrate with other continuous integration and delivery systems.[866]

- **Webhooks** enable event-driven notifications via push communications between servers, including for events such as new beta tester feedback, crash logs, build status changes, and app version state changes.[867]

- **Retrieve Power and Performance Metrics** allows developers to collect and parse logs and metrics for their apps, including aggregated power and performance metrics.[868]

- **Analytics Reports API** enables developers to download and access data for App Store Engagement, App Store Commerce, App Usage, Framework Usage, and Performance. Example Analytics reports consist of App Store Engagement, App Usage (app sessions, installations, deletions), Performance (battery/data usage, crash reports, user retention).[869]

- **Merchant ID**. Developers can set up and manage a merchant ID that uniquely identifies the developer to Apple Pay as a merchant who can accept payments.[870]

---

[864] *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).

[865] *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026); *Apple Developer, Build Beta Details*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-beta-details (2026).

[866] *Apple Developer, Xcode Cloud Workflows and Builds*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/xcode-cloud-workflows-and-builds (2026).

[867] *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026); *Apple Developer, App Store Connect API 4.1 release notes*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-store-connect-api-4-1-release-notes (2026).

[868] *Apple Developer, Measuring app performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[869] *Apple Developer, Analytics*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/analytics (2026).

[870] *Apple Developer, Merchant ID*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/merchantids (2026).

- **Payment Processing Certificates**. Developers can manage an Apple Payment Processing Certificate, which is a digital key tied to a Merchant ID and is essential for Apple Pay to securely encrypt sensitive payment data from a user's device, ensuring only the merchant can decrypt and process the transaction.[871]

- **App Transaction**, a representation that the customer purchased an app, cryptographically signed by the App Store.[872]

- **Application Performance** assists with monitoring app performance after installation.[873]

587. Apple's App Store Analytics tools and technologies, including the patents, copyrights, and trade secrets discussed below, provide substantial value to developers. For example, the App Store Analytics technologies allow developers to automate tasks they are already performing as part of their development process, such as managing user feedback and build delivery, to improve efficiency and streamline their process.

588. Apple's App Store Analytics tools and technologies help developers streamline how users access app experiences. App Store Connect API enables developers to securely authenticate backend systems, manage app records, configure commerce-related metadata, and orchestrate submissions. Programmatic management of metadata (such as territories, licensing terms, and age ratings) lets developers quickly align offerings with business objectives and expand into new markets efficiently.

589. Lifecycle and quality-management technologies support better retention once users reach the app. Tools such as Manage Builds, TestFlight API, and Xcode Cloud workflows let developers automate build creation, testing, and deployment pipelines, ensuring new technologies,

---

[871] *Apple Developer, Certificates*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/certificates (2026).

[872] *Apple Developer, AppTransaction*, Apple, https://developer.apple.com/documentation/storekit/apptransaction (2026).

[873] *Apple Developer*, *Performance and Metrics*, Apple, https://developer.apple.com/documentation/xcode/performance-and-metrics (2026).

pricing models, or premium tiers are reliably delivered and tested. Webhooks then notify backend systems in real time about build status, app version state changes, crash logs, and tester feedback. This enables rapid iteration, faster bug resolution, and more stable releases—key to reducing churn, increasing user trust, and keeping paying users engaged.

590.    Robust reporting and measurement capabilities allow developers to understand and optimize commercial performance. The Analytics Reports API provides granular data about App Store engagement, App Store commerce, app usage, framework usage, and performance, while power and performance metrics provide aggregate metrics, diagnostics, and logs for App Store versions of an app. Developers can automate downloads, filter and aggregate data, and feed data into custom dashboards or internal systems to refine strategies, technology roadmaps, and geographic expansion plans. Better insight into user behavior and app performance allows for more targeted investment in technologies and experiences.

## E.    Patents

591.    Using the methodology in Section VII, I identified an exemplary set of 208 U.S. patent assets, including 184 patents and 24 published patent applications relating to Apple's App Store Services, that are identified in **Appendix C**.

592.    I identified these patents using the following search strings:

| Aspect | Search String |
|---|---|
| App Store Distribution | "(apple.as. OR apple.aanm.) AND (( ((JWT or ""App Store Connect"") ADJ3(key OR token))) OR (( (asset ADJ pack)OR((download OR update$ OR compression)ADJ manag$) OR ((manifest ADJ file)NEAR download)) NOT(H04W$.cpc. OR GUI OR ""media data"" OR journaling OR QoS OR (temporal ADJ filter$)) ) OR ( (((""automatic download"")ADJ asset)) OR ( (download WITH application WITH additional WITH resources ).clms.) ((metric ADJ data) AND (issue ADJ subset) NOT (magazine)) OR ((performance ADJ anti-pattern) NOT (disk ADJ write)) OR ((data ADJ repository) AND (network ADJ performance) AND (digital ADJ assets) NOT (in-application)) OR ((manag$ ADJ download ADJ application) AND (digital ADJ media ADJ assets)) OR ((pre-installed ADJ3 application) AND (online ADJ store)) OR ((automatic$ ADJ updat$) AND (install ADJ update$) NOT (firmware or plugins))) AND "methods".clms." |
| App Store Discovery | (apple.as. OR apple.aanm.) AND (search AND method).clms. SAME ((seed NEAR objects) OR (deep NEAR links) OR (index$3 NEAR (information OR application OR record)) OR (subscription NEAR information) OR (application NEAR (state OR information OR term)) OR (different WITH "search application" WITH content)) |
| App Store Marketing | (apple.as. OR apple.aanm.) AND @ay>"2002" AND "method".clms. AND (advertis$ AND (campaign AND ((demographic AND target) OR engagem$ OR invit$ OR promote)) OR (invit$ WITH content WITH product)) NOT ((haptic ADJ output) OR (transportation ADJ network) OR (method NEAR (profiling OR payment)) OR (quality NEAR monitoring) OR (repack$ NEAR media) OR (trending NEAR content) OR (reader NEAR mode)) |
| App Store Analytics | ((apple).as. OR Apple.AANM.) AND (((JWT or "App Store Connect") ADJ3(key OR token)) OR (((licens$ ADJ agree$) AND "software application") AND ("region-specific" OR "software licenses".ti.)) OR (("mergeable libraries" OR "demand resources" OR "application building").ti.) OR (((variant ADJ testing) OR (beta ADJ testing)) NOT(radio)) OR (("programming system and language" OR "dynamically loading object" OR "multi-OS") NOT("input/output scheduling" or "code obfuscation")) OR (("push notification".ti. and "software application") NOT (websites)) OR (((((performance ADJ metric) OR (app ADJ3 metric) OR (execution ADJ time)).ab. AND(G06Q10$.cpc. or |

| | |
|---|---|
| | G06F11\$.cpc.))OR (((app or application) ADJ develop\$) AND (diagno\$ AND power AND G06F11\$.cpc.))OR ((software ADJ application) AND "analyzing resource"))NOT(H04W\$.cpc. OR "subroutine execution time tracer" or "task priority") ) OR ((Apple ADJ pay) AND merchant\$ AND (encrypt\$ ADJ3 (pay\$ OR transaction\$ OR data OR card OR detail\$))) OR ((((app or application) ADJ purchas\$)NEAR(info or information)) ) OR ( success\$ ADJ purchas\$) OR (((asset ADJ (delivery OR download)) OR (asset ADJ pack) OR (automatic ADJ update))AND(software ADJ application) NOT(patient OR 3D OR plugin OR "updating playlists")) ) AND "methods".clms. |

593.    I developed these search strings by first looking for terms relating to Apple's App Store Services discussed above also found in Apple's App Store Services developer documents and WWDC videos, such as "search," "index," "application," "objects," "deep links," "campaign," "advertis\$," "engagem\$," "promote," "App Store Connect," "token," "develop\$," "performance," "download," "manag\$," "update," and "beta test."[874] I included these terms, and other related terms, as search terms in this string.

---

[874] *Apple Developer, AdAttributionKit*, Apple, https://developer.apple.com/documentation/AdAttributionKit (2026) ("AdAttributionKit helps **advertisers** measure the success of **ad campaigns** while helping maintain user privacy," "As that person **engages** with the app, the app updates the conversion value," "The framework doesn't generate runner-up postbacks for **reengagements**"); *Apple Developer, Custom product pages on the App Store*, Apple, https://developer.apple.com/app-store/custom-product-pages/ (2026) ("Share your custom product pages with different audiences through unique URLs, and use them within Apple Ads campaigns to **promote** your app"); *Apple Developer, Your apps on the App Store*, Apple, https://developer.apple.com/app-store-connect/ (2026) ("As an Apple **Developer** Program member, you can easily upload, submit, and manage your apps on the **App Store** with **App Store Connect**); *Apple Developer, Build Beta Details*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-beta-details (2026) ("Update **beta test** details for a specific build"); *Apple Developer, Analytics*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/analytics (2026) ("Use the Analytics Reports API to analyze your app's **performance** on iOS and the App Store"); *Apple Developer, Creating API Keys for App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/creating-api-keys-for-app-store-connect-api (2026) ("Create API keys to sign . . . **Tokens**."); *Apple Developer, Core Spotlight*, Apple, https://developer.apple.com/documentation/corespotlight/adding-your-app-s-content-to-spotlight-indexes/ (2026) ("To help search find your content, create a private, on-device **index** using the Core Spotlight framework and add your app's data to that index."); *Apple Developer, Extend Your App's Presence with Deep Linking*, Apple, https://developer.apple.com/videos/play/wwdc2017/250/ (2026) (transcript stating: "The way you get started with **Deep Links** is you add an entitlement for all web domains that your app supports.").

594.    Through an iterative process of spot checking the results and honing the search string, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into Apple's App Store Services. For example, I added exclusions for terms relating to "haptic output," "transportation network," "method profiling," "radio," "input/output scheduling," "websites," "task priority," "patient," "firmware" and "plugins."

595.    Using these techniques, I arrived at a search result that reflects a set of U.S. patents that reasonably relates to Apple's patented App Store Services.

## F.    Copyrights

596.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that enable developers to use Apple's distribution, discovery, marketing, and analytics App Store Services.

597.    First, Apple's App Store Services provide developers with Frameworks and APIs, including AdAttributionKit, AdSupport, Apple Ads Campaign Management API, Custom Product Pages, App Store Connect API, Build uploads, Build Beta Details, Sales and Finance, Analytics, Merchant ID, Certificates, StoreKit, Webhook API, Feedback API, and many other related APIs.[875]  Apple's App Store Services APIs are at the center of everything a developer does related to App Store Services.

---

[875] *Apple Developer, AdAttributionKit*, Apple, https://developer.apple.com/documentation/AdAttributionKit (2026); *Apple Developer, AdSupport*, Apple, https://developer.apple.com/documentation/AdSupport (2026); *Apple Developer, Apple Ads*, Apple, https://developer.apple.com/documentation/apple_ads (2026); *Apple Developer, Custom Product Pages*, Apple, https://developer.apple.com/documentation/apple_ads/custom-product-pages/ (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026); *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, Build Beta Details*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-beta-details (2026); *Apple Developer, Sales and Finance*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/sales-and-finance (2026); *Apple Developer, Analytics*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/analytics (2026); *Apple Developer, Merchant ID*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/merchantids (2026); *Apple Developer, Certificates*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/certificates (2026); *Apple*

598.    When developers use App Store Services APIs, they leverage Apple's proprietary source code to perform the functionality underlying those APIs.  While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently.

599.    Apple's APIs related to App Store Services help developers use all aspects of Apple's App Store Services to manage and improve the distribution, discovery, and marketing of, and analytics for their apps.  For example, Apple provides information regarding its APIs that relate to Apple Ads Campaign Management, including instructions about how to implement the APIs.[876] As shown below, developers can take advantage of Apple's expansive App Store Services enabled by its APIs related to custom product pages.

---

*Developer, StoreKit*, Apple, https://developer.apple.com/documentation/StoreKit (2026); *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).

[876] *Apple Developer, Apple Ads*, Apple, https://developer.apple.com/documentation/apple_ads (2026).



Figure: API Collection, Custom Product Pages[877]

600.    Apple provides information regarding its APIs that relate to the build uploads, including instructions about how to use the APIs.[878] As shown below, developers can take advantage of Apple's expansive App Store Services enabled by its APIs.

---

[877] *Apple Developer, Custom Product Pages*, Apple, https://developer.apple.com/documentation/apple_ads/custom-product-pages/ (2026).

[878] *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).



Figure: Automate your development process with the App Store Connect API[879]

601.    Second, Apple provides access to a substantial volume of developer documents and instructional videos explaining Apple's App Store Services to developers. Developers use these materials to better understand and implement all aspects of Apple's App Store Services, including to use Apple's distribution, discovery, marketing, and analytics App Store Services.[880] These

---

[879] *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).

[880] *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026); *Apple Developer, What's new in App Store Connect*, Apple, https://developer.apple.com/videos/play/wwdc2025/328/ (2026); *Apple Developer, AdAttributionKit*, Apple, https://developer.apple.com/documentation/AdAttributionKit (2026); *Apple Developer, Meet AdAttributionKit*, Apple, https://developer.apple.com/videos/play/wwdc2024/10060/ (2026); *Apple Developer, What's new in AdAttributionKit*, Apple, https://developer.apple.com/videos/play/wwdc2025/221/ (2026); *Ads on Apple News, Getting Started with Workbench*, Apple, https://developer.apple.com/apple-news/Workbench-Getting-Started-for-Publishers.pdf (2026); *Apple Developer, Integrate privacy into your development process*, Apple, https://developer.apple.com/videos/play/wwdc2025/246/ (2026); *Apple Developer, Custom product pages on the App Store*, Apple, https://developer.apple.com/app-store/custom-product-pages/ (2026); *Apple Developer, Product page optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026); *Apple Developer, Get started with custom product pages*, Apple, https://developer.apple.com/videos/play/tech-talks/10886/ (2026); *Apple Developer, Make the most of custom product pages*, Apple, https://developer.apple.com/videos/play/tech-talks/110361/ (2026); *Apple Developer, Custom Product Pages*, Apple, https://developer.apple.com/documentation/apple_ads/custom-product-pages/ (2026); *Apple Developer, Overview of product page optimization*, Apple, https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/overview-of-product-page-optimization/ (2026); *Apple Developer, Get ready to optimize your App Store product page*, Apple, https://developer.apple.com/videos/play/wwdc2021/10295/ (2026); *Apple*

302

*Developer, Apple Ads*, Apple, https://developer.apple.com/documentation/apple_ads (2026); *Apple Developer, Ads on the App Store*, Apple, https://ads.apple.com/app-store (2026); *Apple Developer, Promote an app with Apple Ads Basic*, Apple, https://ads.apple.com/app-store/help/apple-ads-basic/0039-promote-an-app-with-basic (2026); *Apple Developer, AdSupport*, Apple, https://developer.apple.com/documentation/AdSupport (2026); *Apple Developer, AdServices*, Apple, https://developer.apple.com/documentation/adservices (2026); *Apple Developer, Your apps on the App Store*, Apple, https://developer.apple.com/app-store-connect/ (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026); *Apple Developer, Creating API Keys for App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/creating-api-keys-for-app-store-connect-api (2026); *Apple Developer, Generating Tokens for API Requests*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/generating-tokens-for-api-requests (2026); *Apple Developer, App Metadata*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-metadata (2026); *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026); *Apple Developer, Build Beta Details*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-beta-details (2026); *Apple Developer, Xcode Cloud Workflows and Builds*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/xcode-cloud-workflows-and-builds (2026); *Apple Developer, App Store Connect API 4.1 release notes*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-store-connect-api-4-1-release-notes (2026); *Apple Developer, Sales and Finance*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/sales-and-finance (2026); *Apple Developer, Measuring app performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026); *Apple Developer, Analytics*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/analytics (2026); *Apple Developer, Merchant ID*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/merchantids (2026); *Apple Developer, Certificates*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/certificates (2026); *Apple Developer, StoreKit*, Apple, https://developer.apple.com/documentation/StoreKit (2026); *Apple Developer, AppTransaction*, Apple, https://developer.apple.com/documentation/storekit/apptransaction (2026); *Apple Developer, StoreDownloaderExtension*, Apple, https://developer.apple.com/documentation/storekit/storedownloaderextension (2026); *Apple Developer, Identifying the parameters in a postback*, Apple, https://developer.apple.com/documentation/adattributionkit/identifying-the-parameters-in-a-postback (2026); *Apple Developer, Creating managed asset packs*, Apple, https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs (2026); *Apple Developer, Creating managed asset packs*, Apple, https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs (2026); *Apple Developer, ManagedDownloaderExtension*, Apple, https://developer.apple.com/documentation/backgroundassets/manageddownloaderextension (2026); *Apple Developer, Configuring an unmanaged Background Assets project*, Apple, https://developer.apple.com/documentation/backgroundassets/configuring-an-unmanaged-background-assets-project (2026); *CloudKit*, Apple, https://developer.apple.com/icloud/cloudkit/ (2026); *iCloud for Developers*, Apple, https://developer.apple.com/icloud/ (2026); *See Persisting a Purchase*, Apple, https://developer.apple.com/documentation/storekit/persisting-a-purchase (2026); *App Store Connect*, Apple, https://developer.apple.com/app-store-connect/ (2026); *Build Apps Using CloudKit*, Apple, https://developer.apple.com/icloud/cloudkit/ (2026); *Apple Developer, Create a test*, Apple, https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/create-a-test/ (2026); *Apple Developer, Product Page Optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026)*; Creating Your Product Page*, Apple, https://developer.apple.com/app-store/product-page/ (2026); *Show More with App Previews*, Apple, https://developer.apple.com/app-store/app-previews/ (2026); *Screenshot Specifications*, Apple, https://developer.apple.com/help/app-store-connect/reference/app-information/screenshot-specifications (2026); *Apple Developer, Apply a test treatment to your product page*, Apple, https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/apply-a-test-treatment-to-your-product-page/ (2026); *Apple Developer, Make the most of product page optimization*, Apple, https://developer.apple.com/videos/play/tech-talks/110349/ (2026); *Promoting Your Apps and Games*, Apple, https://developer.apple.com/app-store/promote/ (2026); *App Store Marketing Tools*, Apple, https://toolbox.marketingtools.apple.com/en-us/app-store/us (2026); *Marketing Resource and Identity Guide*, Apple,

303

resources are marked as copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright.

602.    Apple's developer documents and instructional videos help developers use all aspects of Apple's App Store Services to manage and improve the distribution, discovery, and marketing of, and analytics for their apps. For example, Apple's instructional videos assist developers in understanding the elements of a great product page, the role of search, referral traffic, and promotional technologies that developers can use to encourage new downloads.[881] As another example, Apple's instructional videos help developers use "the new Webhook API" that provides developers "with real-time notifications from App Store Connect."[882]

### G.    Trade Secrets

603.    Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Apple's App Store Services that, although secret, developers can leverage.

604.    Apple's App Store Services provide developers with Frameworks and APIs, including App Store Connect API, Build uploads, Build Beta Details, Sales and Finance, Analytics, Merchant ID, Certificates, StoreKit, Webhook API, Feedback API, AdAttributionKit, AdSupport, Apple Ads Campaign Management API, Custom Product Pages, and many other

---

https://developer.apple.com/app-store/marketing/guidelines/ (2026); *Product Page Optimization*, Apple, https://developer.apple.com/app-store/product-page-optimization/ (2026); *Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026); *Acquisition*, Apple, https://developer.apple.com/help/app-store-connect-analytics/acquisition/acquisition (2026); *Metric Definitions*, Apple, https://developer.apple.com/help/app-store-connect-analytics/reference/metrics-definitions (2026); *Filters and Dimensions*, Apple, https://developer.apple.com/help/app-store-connect-analytics/reference/filters-and-dimensions (2026); *Peer Group Benchmarks*, Apple, https://developer.apple.com/help/app-store-connect-analytics/benchmarks/peer-group-benchmarks (2026); *App Store Connect Analytics Help*, Apple, https://developer.apple.com/help/app-store-connect-analytics/ (2026); *Analytics Dashboard*, Apple, https://developer.apple.com/help/app-store-connect-analytics/overview/analytics-dashboard/ (2026).

[881] *Apple Developer, Get started with app discovery and marketing*, Apple, https://developer.apple.com/videos/play/tech-talks/110358/ (2026).

[882] *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).

related APIs.[883] These APIs allow developers to perform complex App Store Services tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the App Store Services API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

605.    While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's App Store Services. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide substantial value to developers and help them monetize their apps, including linked-out purchases. Absent these APIs, it would be extremely resource-intensive, and for many developers not reasonably feasible, to replicate the functionality to which App Store Services APIs provide access, particularly because the mechanisms for accessing Apple's proprietary hardware are often not public.

606.    Developers can leverage Apple's trade secrets relating to Apple's backend system from which they benefit but are not publicly disclosed, such as proprietary cloud architecture, data synchronization protocols, identity management systems (e.g., Apple ID), and security

---

[883] *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026); *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, Build Beta Details*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-beta-details (2026); *Apple Developer, Sales and Finance*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/sales-and-finance (2026); *Apple Developer, Analytics*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/analytics (2026); *Apple Developer, Merchant ID*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/merchantids (2026); *Apple Developer, Certificates*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/certificates (2026); *Apple Developer, StoreKit*, Apple, https://developer.apple.com/documentation/StoreKit (2026); *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026); *Apple Developer, AdAttributionKit*, Apple, https://developer.apple.com/documentation/AdAttributionKit (2026); *Apple Developer, AdSupport*, Apple, https://developer.apple.com/documentation/AdSupport (2026); *Apple Developer, Apple Ads*, Apple, https://developer.apple.com/documentation/apple_ads (2026); *Apple Developer, Custom Product Pages*, Apple, https://developer.apple.com/documentation/apple_ads/custom-product-pages/ (2026).

technologies like end-to-end encryption, all of which enable reliable and secure data storage.[884] Apple's search and recommendation systems are based on non-public proprietary algorithms, and ranking methodologies that in my opinion would constitute trade secrets. Based on my review of the documents that Apple provides, the Apple App Store Discovery services rely on confidential signals derived from user interactions, app performance metrics, and contextual data.[885] Additional trade secrets include Apple's internal criteria and processes for selecting apps for editorial featuring, as well as the algorithms and data models used to implement custom product pages, and the embedded links and QR codes linking to those product pages and particularized offerings.

607.    Apple maintains as confidential its specific discovery logic, search ranking parameters, and user segmentation workflows that developers use to market their apps on the App Store, such that developers use Apple's trade secrets when using App Store Marketing services. In addition, although Apple discusses the developer-facing metrics and some of the inputs, Apple maintains as confidential its internal data pipelines, criteria, processes, algorithms, and statistical models used to generate the user acquisition, engagement, monetization, benchmarking, performance, and other analytics provided to developers such that they are also using Apple's trade

---

[884] *What's the Difference Between iCloud Storage and Device Storage on Your iPhone or iPad*, Apple, https://support.apple.com/en-us/102670 (2026) ("iCloud storage securely stores [a user's] photos, files, notes, and other data in the cloud and keeps it up-to-date across all your devices that are signed in with the same Apple Account."); *Build Apps Using CloudKit*, Apple, https://developer.apple.com/icloud/cloudkit/ (2026); *iCloud Data Security Overview*, Apple, https://support.apple.com/en-us/102651 (2026) ("iCloud uses strong security methods, employs strict policies to protect your information, and leads the industry in using privacy-preserving security technologies like end-to-end encryption for your data."); *Prepare Your App For Distribution*, Apple, https://developer.apple.com/documentation/xcode/preparing-your-app-for-distribution/ (2026).

[885] *Discovery on the App Store and Mac App Store*, Apple, https://developer.apple.com/app-store/discoverability/ (2026) ("When customers search for an app, the App Store returns a list of apps that are ranked based on a number of factors, including text relevance (matches for the app's title, keywords, and primary category) and customer behavior (downloads and the number and quality of ratings and reviews).").

306

secrets when using App Analytics services.[886] This IP enables developers to gain and leverage the insights from Apple's App Analytics services.

## XI.    LINKED OUT PURCHASE

608.    I was asked to analyze and identify the Apple intellectual property that is directly used in permitting Epic and others to consummate linked-out purchases. I have also been asked to identify which of that intellectual property relates to security and privacy, and to identify which technologies are already used to facilitate IAP.

609.    Based on my review, Apple allows developers in the United States to implement external links to the developer's website (or another website determined by the developer) to consummate a linked-out purchase "outside of the app" using common universal resource locator (URL) technology.[887] URLs themselves are not proprietary Apple intellectual property, with various sources crediting Sir Tim Berners-Lee with the creation of URL technology with the invention of the world wide web in the late 1980s and early 1990s.[888] Accordingly, limited to the external link itself, I am not aware of any Apple intellectual property that is "directly used" by developers to consummate linked-out purchases.[889]

---

[886] *See Measuring App Performance*, Apple, https://developer.apple.com/app-store-connect/analytics/ (2026).

[887] *Apple Developer, ExternalPurchaseLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchaselink (2026); *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, SKExternalPurchaseLink*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselink (2026); *Apple Developer, ExternalPurchaseCustomLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink (2026); *Apple Developer, SKExternalPurchaseMultiLink*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasemultilink (2026).

[888] *See, e.g., https://www.w3.org/DesignIssues/Architecture.html* (dated Sept. 4, 1989 and describing "Universal Resource Identifiers" (URIs) that could be used to identify resources on the web); *https://www.welcometothejungle.com/en/articles/btc-url-internet*

[889] Apple does not currently provide a U.S. link-out entitlement to developers. However, if Apple were to provide such an entitlement, developing the entitlement would involve a relatively modest and largely one-time engineering project that could build upon Apple's prior implementations of link-out entitlements in other countries. *See Apple*

610. Beyond the external link itself, there are three additional categories of Apple tools and technologies that developers use to consummate linked-out purchases: (1) developer processes, including entitlements and external purchase reporting, (2) content delivery and access, where users are delivered in-app digital goods that are purchased using an external link, and (3) link out tracking, where Apple tracks external purchases for digital goods and services.[890] These tools and technologies are reasonably necessary because they provide the infrastructure needed to ensure that external purchasing works securely, consistently, and maintain user privacy while allowing Apple to track external purchases for purposes of charging a commission.

611. Below is a non-exhaustive list of Linked Out Purchase tools and technologies:

**Developer Process**

- **App Store Connect API**, an API that automates App Store Connect operations, including provisioning external-purchase entitlements and managing linked-out builds.[891]

- **App Store Connect API Keys**, permission-scoped keys that allow backend communication with Apple services.[892]

---

*Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026) (only identifying link out entitlement implementation instructions for foreign countries).

[890] Some of these technologies relating to categories (1) developer processes and (3) link out tracking are currently available in markets where Apple is permitted to charge a commission on external links, such as the EU, Netherlands, Russia, South Korea, and Japan. *See, e.g., Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, Receiving and decoding external purchase tokens*, https://developer.apple.com/documentation/storekit/receiving-and-decoding-external-purchase-tokens. These technologies are not currently available in the U.S., where Apple is not permitted to charge a commission, but I would expect Apple to implement similar technologies in the U.S. if permitted to track external linked-out purchases and charge a commission.

[891] *Apple Developer, Your apps on the App Store*, Apple, https://developer.apple.com/app-store-connect/ (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026); *Automating App Store Connect*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/303/ (2026).

[892] *Automating App Store Connect*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/303/ (2026); *Apple Developer, Creating API Keys for App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/creating-api-keys-for-app-store-connect-api (2026).

- **Build Management** manages build records, processing state, TestFlight distribution, and App Store submission.[893]

- **Metadata Management** provides programmatic metadata including updates to App Store versions, localizations, screenshots, app info, and related metadata.[894]

- **Webhooks** provide event-driven notifications for App Store Connect events (such as a build status or review state) to developers.[895]

- **App Sandbox and Entitlements**, the per-app container that provides limited access to system resources, including external purchase entitlements.[896]

- **External Purchase Entitlement** permits qualifying apps to offer external purchases by allowing SKExternalPurchase keys to take effect. These are the foundational permissions Apple grants to qualifying apps to participate in the external-purchase program.[897]

- **External Purchase Link Entitlement** permits qualifying apps to include a link that directs people to a website to make an external purchase.[898]

- **External Link Account Entitlement**, an entitlement that lets qualifying apps link out to an external website for account creation or management.[899]

---

[893] *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).

[894] *Apple Developer, App Metadata*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-metadata (2026).

[895] *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026); *Apple Developer, App Store Connect API 4.1 release notes*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-store-connect-api-4-1-release-notes (2026); *Apple Developer, SKExternalPurchase*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchase (2026); *Apple Developer, SKExternalPurchaseLink*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselink (2026); *Apple Developer, App Review*, Apple, https://developer.apple.com/distribute/app-review/ (2026).

[896] *Apple Developer, Protecting user data with App Sandbox*, Apple, https://developer.apple.com/documentation/security/protecting-user-data-with-app-sandbox (2026).

[897] *Apple Developer, com.apple.developer.storekit.external-purchase*, Apple, https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase (2026); *Apple Developer, SKExternalPurchase*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchase (2026); *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026).

[898] *Apple Developer, com.apple.developer.storekit.external-purchase-link*, Apple, https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link (2026).

[899] *Apple Developer, External link account*, Apple, https://developer.apple.com/documentation/storekit/external-link-account (2026).

- **Music Streaming Services Entitlement**, the entitlement that allows qualifying music streaming apps to inform users about and link out to alternative purchase mechanisms on the developer's website.[900]

- **Regional Compliance**

  - **Storefront**, the Storefront API that returns the App Store storefront the user's device is currently signed into, including a country code and identifier so that developers can vary app behavior by region, including determining which external-purchase URL (if any) is permitted in the user's storefront.[901]

  - **Region Eligibility**, keys that allow developers to declare to which storefronts each external-purchase URL applies.[902]

  - **SKExternalPurchase**, the declaration that defines the storefront regions in which external purchases are supported by the app. Works in concert with the External Purchase entitlement to enable the system-managed eligibility and disclosure flow.[903]

- **External Purchase Link**

  - **External Purchase Link and SKExternalPurchaseLink** allow developers to provide a single declared external URL from within an app, subject to entitlement and storefront eligibility.[904]

  - **External Purchase Custom Link and ExternalPurchaseCustomLink** allows developers to provide per-region custom links. This technology lets developers tailor external-purchase calls to action by region and offer type while the OS continues to manage the disclosure user experience.[905]

---

[900] *Apple Developer, com.apple.developer.storekit.external-purchase-link-streaming*, Apple, https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link-streaming (2026).

[901] *Apple Developer, Storefront*, Apple, https://developer.apple.com/documentation/storekit/storefront (2026).

[902] *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, ExternalPurchaseLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchaselink (2026); *Apple Developer, ExternalPurchaseCustomLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink (2026).

[903] *Apple Developer, SKExternalPurchase*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchase (2026).

[904] *Apple Developer, ExternalPurchaseLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchaselink (2026); *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, SKExternalPurchaseLink*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselink (2026).

[905] *Apple Developer, ExternalPurchaseCustomLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink (2026).

- **Multi-External Purchase Link and SKExternalPurchaseMultiLink** provide the capability to declare an array of external destinations from a single app binary (rather than separate regional builds) and the dictionary structure (keyed by storefront) containing arrays of URLs to websites where users can make external purchases.[906]

- **UIApplication**, the framework that supports asynchronously opening the resource at the specified URL to transition the user from the app to the external payment website.[907]

- **Disclosure Sheet**

  - **System Disclosure Sheet**, a system-rendered sheet that presents a message informing users that they are going to a third-party site before any external-purchase URL opens.[908]

  - **System Disclosure Sheet Result**, the StoreKit-mediated return value indicating whether the user elected to continue with or cancel the external navigation in response to the system disclosure.[909]

  - **Continuation Sheet**, the system-rendered sheet that asks the user to confirm before opening the developer's external account-management URL.[910]

  612.    Collectively, these Developer Process technologies create the infrastructure Apple uses to manage developers' implementation of external purchase links. These mechanisms control when, where, and how those links appear inside apps.

---

[906] *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, SKExternalPurchaseMultiLink*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasemultilink (2026).

[907] *Apple Developer, open(_:options:completionHandler:)*, Apple, https://developer.apple.com/documentation/uikit/uiapplication/open(_:options:completionhandler:) (2026).

[908] *Apple Developer, ExternalPurchaseLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchaselink (2026); *Apple Developer, ExternalPurchaseCustomLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink (2026); *Apple Developer, ExternalPurchaseCustomLink.NoticeType*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticetype (2026); *Apple Developer, ExternalPurchaseCustomLink.NoticeResult*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticeresult (2026).

[909] *Apple Developer, ExternalPurchaseCustomLink.NoticeResult*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticeresult (2026).

[910] *Apple Developer, open()*, Apple, https://developer.apple.com/documentation/storekit/externallinkaccount/open() (2026).

613.    One important function of these technologies is regional compliance. External purchase rules vary across countries and marketplaces, so Apple reasonably requires technology to determine whether a developer may provide external purchase options in a particular region. Technologies like storefront detection and region eligibility gating help ensure that apps only display linked-out purchasing options where permitted. Similarly, technologies such as External Purchase Link, SKExternalPurchaseLink, External Purchase Custom Link, Multi-External Purchase Link, SKExternalPurchaseMultiLink, and region-specific link configuration technologies allow Apple to centrally manage which external URLs may appear in which countries or storefronts. These technologies provide developers with approved mechanisms to present one or more external purchase destinations while allowing Apple to enforce regional eligibility rules, storefront restrictions, and category-specific limitations such as those applicable to streaming apps.

614.    These technologies also support platform integrity. Sandboxing, API authentication, and entitlement management ensure that only authorized developers and approved apps can use external purchasing capabilities. This helps protect against malicious apps that would add unauthorized payment links or alter approved purchasing behavior after review.

615.    App metadata management, build management, and event notifications support consumer protection by providing the operational infrastructure needed to manage external purchase permissions at App Store scale. APIs, automated workflows, and webhooks allow developers and Apple to efficiently address compliance issues across millions of apps and users. This infrastructure helps protect against inconsistent implementations of linked-out purchases from different developers resulting in sub-par user experiences.

616.    These technologies support, for example, user-consent tracking and flow management. Technologies like System Disclosure Sheet Result allow the system to determine

whether a user chose to continue to an external purchase site or cancel the process, which is necessary in conjunction with external purchase tokens so that a developer can report when purchases are *not* made as a result of declining a system disclosure sheet.

617.    The technologies also support account-management coordination. Capabilities like External Link Account and the Continuation Sheet allow developers to direct users to external websites for account creation or management while still operating within Apple's controlled entitlement framework. This allows Apple to distinguish between account-management flows and direct purchasing flows.

618.    Technologies such as the UIApplication framework are necessary because they provide the underlying operating-system mechanism that transitions the user from the app to the external website asynchronously and securely.

**Content Delivery & Access**

- **Background Assets — Managed Asset Packs**, a framework that ships large app content separately from the binary using Apple-hosted asset packs whose download policies are declared in App Store Connect.[911]

- **Background Assets Downloader**, app extensions that schedule Apple-hosted asset-pack downloads automatically and remove the need for bespoke download infrastructure for managed asset packs.[912]

- **Unmanaged Asset Downloads** provide support within the Background Assets framework for downloading content hosted on developer-controlled (non-Apple) servers, including content

---

[911] *Apple Developer, Discover Apple-Hosted Background Assets*, Apple, https://developer.apple.com/videos/play/wwdc2025/325/ (2026); *Apple Developer, Creating managed asset packs*, Apple, https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs (2026); *Apple Developer, ManagedDownloaderExtension*, Apple, https://developer.apple.com/documentation/backgroundassets/manageddownloaderextension (2026); *Apple Developer, StoreDownloaderExtension*, Apple, https://developer.apple.com/documentation/storekit/storedownloaderextension (2026).

[912] *Apple Developer, ManagedDownloaderExtension*, Apple, https://developer.apple.com/documentation/backgroundassets/manageddownloaderextension (2026).

313

delivered after linked-out purchase, giving developers flexibility to manage assets that are not Apple-hosted.[913]

619.     These "content delivery and access" technologies are reasonably necessary for Apple to coordinate external purchases because when a user leaves an app using an external link to make a purchase of digital goods or services for use within the app, the purchased digital goods and/or services are expected to be consistently available to the user within the app.

620.     These technologies coordinate externally purchased or externally hosted content. Managed asset packs, automatic background downloaders, and unmanaged asset downloads provide infrastructure for downloading large content packages associated with purchases made outside the app. Apple-hosted delivery systems allow developers to efficiently distribute large assets without building custom download infrastructure, while unmanaged download technologies provide flexibility when content must be hosted externally after a linked-out purchase. These systems can help deliver externally purchased content efficiently, securely, and reliably.

621.     Taken together, these tools and technologies provide the infrastructure necessary to coordinate external purchase experiences in a consistent and scalable manner. They allow Apple (or the developer) to manage content delivery while still permitting developers to offer purchases outside Apple's own payment system.

**Link Out Tracking**

- **Re-Download Verification** allows apps to recognize a returning paid customer when the external system-of-record is unreachable.[914]

---

[913] *Apple Developer, Configuring an unmanaged Background Assets project*, Apple, https://developer.apple.com/documentation/backgroundassets/configuring-an-unmanaged-background-assets-project (2026); *Apple Developer, Meet Background Assets*, Apple, https://developer.apple.com/videos/play/wwdc2022/110403/ (2026).

[914] *Apple Developer, shared*, Apple, https://developer.apple.com/documentation/storekit/apptransaction/shared (2026); *Apple Developer, Meet the App Store Server Library*, Apple, https://developer.apple.com/videos/play/wwdc2023/10143/ (2026); *Apple Developer, What's new in App Store server APIs*, Apple, https://developer.apple.com/videos/play/wwdc2023/10141/ (2026).

- **External Purchase API**, the framework providing server-to-server endpoints for sending and managing reports of external-purchase tokens.[915]

- **External Purchase Report**, the data record describing an external purchase token and any transactions that occurred outside of the App Store.[916]

  - **Send External Purchase Report**, the External Purchase Server API developers call to submit reports of customer external linked-out purchases.[917]

  - **Success Response**, the success response returned by the Send External Purchase Report API indicating that Apple's server successfully received the developer's submission.[918]

  - **Error Response**, the error response returned when a submission did not succeed.[919]

  - **Retrieve External Purchase Report**, the External Purchase Server API that retrieves a previously submitted report by request identifier.[920]

  - **Reporting Corrections (external purchase report)**, the supported mechanism for amending prior submissions, either by submitting corrections to specific transaction-data line items or by substituting a corrected report.[921]

- **Token Technology**

  - **External Purchase Token Lifecycle and Revocation**, an Apple-managed cryptographic token lifecycle for external purchases without developer-built revocation infrastructure.[922]

---

[915] *Apple Developer, External Purchase Server API*, Apple, https://developer.apple.com/documentation/ExternalPurchaseServerAPI (2026).

[916] *Apple Developer, ExternalPurchaseReport*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/externalpurchasereport (2026).

[917] *Apple Developer, Send External Purchase Report*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/send-external-purchase-report (2026); *Apple Developer, Receiving and decoding external purchase tokens*, Apple, https://developer.apple.com/documentation/storekit/receiving-and-decoding-external-purchase-tokens (2026).

[918] *Apple Developer, SendReportSuccessResponse*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/sendreportsuccessresponse (2026).

[919] *Apple Developer, SendReportErrorResponse*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/sendreporterrorresponse (2026).

[920] *Apple Developer, Retrieve External Purchase Report*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/retrieve-external-purchase-report (2026).

[921] *Apple Developer, Reporting corrections*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/reportcorrections (2026).

[922] *Apple Developer, token(for:)*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token(for:) (2026); *Apple Developer, Handling refund notifications*, Apple, https://developer.apple.com/documentation/storekit/handling-refund-notifications (2026); *Apple Developer, Receiving and decoding external purchase tokens*, Apple, https://developer.apple.com/documentation/storekit/receiving-and-decoding-external-purchase-tokens (2026); *Apple*

315

- **Reporting Unrecognized or Transactionless Tokens**, the required reporting path for tokens that did not result in a completed transaction, including duplicates and tokens that the developer cannot match to a customer transaction.[923]

- **Sandbox Testing for Custom-Link Tokens**, the sandbox testing environment for external-link-token transaction flows.[924]

- **External Purchase Tokens**, the unique, signed token string emitted by the OS when a customer chooses an external-purchase offering surfaced via ExternalPurchaseLink.[925]

- **Decoding External Purchase Tokens**, the supported procedure for extracting information regarding the external transaction from the purchase token.[926]

- **External Purchase Custom Link Token**, the unique token string emitted when customers choose an external purchase offering using a custom purchase link.[927]

622.    These "link out tracking" technologies are reasonably necessary for Apple to coordinate external links by tracking eligibility, validating transactions, enforcing platform policies, supporting customer restoration flows, and maintaining reliable records of external purchase activity. Together, these technologies create a consistent reporting system for purchases that happen outside Apple's own payment platform.

623.    One purpose of these tools is transaction accountability and policy enforcement. Because linked-out purchases occur outside Apple's payment system, Apple does not process or store the transaction. Technologies such as External Purchase Reports, Send External Purchase

---

*Developer, External Purchase Server API*, Apple,
https://developer.apple.com/documentation/ExternalPurchaseServerAPI (2026).

[923] *Apple Developer, Reporting unrecognized and transactionless tokens*, Apple,
https://developer.apple.com/documentation/externalpurchaseserverapi/reportwithouttransactions (2026).

[924] *Apple Developer, Testing transactions that use custom link tokens*, Apple,
https://developer.apple.com/documentation/storekit/testing-transactions-that-use-custom-link-tokens (2026).

[925] *Apple Developer, ExternalPurchaseCustomLink*, Apple,
https://developer.apple.com/documentation/storekit/externalpurchasecustomlink (2026).

[926] *Apple Developer, Receiving and decoding external purchase tokens*, Apple,
https://developer.apple.com/documentation/storekit/receiving-and-decoding-external-purchase-tokens (2026).

[927] *Apple Developer, ExternalPurchaseCustomLink.Token*, Apple,
https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token (2026).

Report, Retrieve External Purchase Report, and Reporting Corrections provide developers with a structured way to report external transaction activity back to Apple. This allows Apple to maintain records regarding subscriptions, refunds, renewals, cancellations, and one-time purchases while ensuring that external purchasing activity complies with App Store rules and regional obligations.

624. These technologies also support reliable transaction tracking through cryptographic identifiers. External Purchase Tokens and External Purchase Custom Link Tokens provide unique identifiers generated by the operating system whenever a user chooses to make an external purchase. These tokens allow Apple and developers to associate later transaction activity with a specific external-purchase event without requiring Apple to directly process the payment itself. Technologies for decoding tokens and managing token lifecycles further allow the system to interpret, validate, revoke, or reconcile these identifiers over time.

625. These technologies are important for checking the completion and authenticity of linked-out transactions. External Purchase Token Lifecycle and Revocation technologies allow Apple to centrally manage the validity of external purchase tokens instead of relying on each developer to build its own revocation system. Similarly, Verify Transactions uses cryptographic signatures to validate transaction information and confirm authenticity. These mechanisms help prevent spoofed purchases, duplicate reporting, unauthorized entitlements, or fraudulent transaction claims in external purchase flows.

626. Another important function is continuity of user access and restoring purchases. Re-Download Verification is a type of link out tracking that allows apps to recognize returning users even when the developer's own servers are temporarily unavailable. This provides a fallback mechanism that, together with content delivery & access, helps users regain access to externally

317

purchased content or subscriptions after reinstalling an app or switching devices. Without these technologies, users could lose access to purchases whenever external systems were unreachable.

627.    These technologies also support operational coordination and automation between Apple and developers. APIs, success and error responses, server notifications, and webhooks allow external purchase activity to be reported, validated, corrected, and monitored programmatically at scale. Developers need reliable confirmation when reports are successfully received, as well as detailed error information when submissions fail. Push-based notifications and webhook systems further allow transaction lifecycle events to be communicated automatically between Apple and developer systems without requiring constant polling or manual reconciliation.

628.    Testing infrastructure is reasonably necessary because external purchase flows involve multiple systems operating together across apps, websites, servers, and Apple-managed entitlements. Sandbox testing technologies allow developers to safely test token generation, transaction reporting, and purchase flows before deploying them to production users. This reduces the likelihood of broken purchase flows, reporting failures, or compliance errors in live environments.

629.    Overall, these technologies are designed to give Apple visibility into external purchasing activity even when payments occur outside Apple's own billing system. They provide the infrastructure for transaction tracking, reporting, compliance enforcement, and lifecycle management, and can be used to verify external transactions, enforce platform rules, protect users, and reliably coordinate linked-out purchase experiences across millions of apps and users.

### 1.    Patents

630.    Using the methodology in Section VII, I identified an exemplary set of 27 U.S. patent assets, including 20 patents and 7 published patent applications relating to Linked Out Purchase technologies, that are identified in **Appendix C**.

318

631.    I identified these patents using the following search string:

| Aspects | Search String |
|---|---|
| Developer Process | (apple.as. OR apple.aanm.) AND method.clms. AND ( (((("http post") SAME request SAME application SAME client) AND "http post".clms.) OR ((application SAME (code WITH sign$) SAME certificat$) AND (code WITH sign$ NOT signal).clms.) OR "build product" OR ((application SAME entitlement).ab. AND (application SAME entitlement).clms.) ) (apple.as. OR apple.aanm.) AND method.clms. AND ( ("software application" SAME operat$ SAME characteristic NOT radio).clms. OR ((application near2 config$) SAME ("geographic region" OR country ) NOT (navigation OR wallet)).clms. OR ((application SAME sandbox$).clms. AND ((payment OR transaction OR purchase OR buy$ OR url OR web$ OR browser) SAME sandbox$)) OR ("API" AND ("JSON" SAME (token OR key) SAME (application OR program) SAME request SAME (authentica$ OR verif$ OR certif$ OR authoriz$))) ) |
| Content Delivery & Access | (apple.as. OR apple.aanm.) AND method.clms. AND (  (((purchase$ SAME application) OR (application SAME (problem$ OR error))) AND (link OR "url" ) SAME "web site" SAME "installed application") OR ((warning OR error ) SAME display$ AND "software application$").clms. OR (initiat$ WITH activity WITH application).clms. OR (download WITH application WITH additional WITH resources ).clms.) |
| Link Out Tracking | (apple.as. OR apple.aanm.) AND method.clms. AND ( ((transaction SAME token).clms. AND (application SAME token))  or ((("report" SAME ("transaction" OR "purchase") SAME "third party")) AND (transaction OR purchase OR payment).clms.)) |

632.    I developed these search strings by first looking for terms relating to Linked Out

Purchase technologies also found in Apple's Linked Out Purchase developer documentation and

WWDC videos, such as "certificat$," "token," "region," "country," "key," and "authoriz$."[928] I

---

[928] *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026) ("Create, download, and revoke signing **certificates** for app development and distribution"; "**authorize** API requests"); *App code signing process in iOS, iPadOS, tvOS, visionOS, and watchOS*, Apple, https://support.apple.com/guide/security/app-code-signing-process-sec7c917bf14/web (2026) ("Mandatory **code signing**"); *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026)

319

included these terms, and other related terms from other developer documentation and WWDC videos discussed herein, as search terms in these strings.

633. Through an iterative process of spot checking the results and honing the search strings, I modified the search string to exclude terms that seemed to bring in patents that did not fit as well into the Linked Out Purchase technology rubric. For example, I added exclusions for terms relating to "signal," "radio," "navigation," and "wallet."

634. Using these techniques, I arrived at a search result that reflects a set of 27 patents and published patent applications that reasonably relate to Apple's patented Linked Out Purchase tools and technologies.

635. Of those 27 patents and published patent applications, 13 relate to technologies that developers can directly use for purposes of security or privacy:

- U.S. Patent No. 10,216,928; *see, e.g.*, *id.* at claim 1 ("generating one or more **security profile** extensions");

- U.S. Patent No. 11,055,438; *see, e.g.*, *id.* at claim 1 ("A computer-implemented method for generating a **security profile** for a program");

- U.S. Patent No. 12,074,849; *see, e.g.*, *id.* at claim 1 ("performing, outside of the sandbox and outside of the application, a schema validation of the object based on the object type"), Abstract ("Any **malicious or otherwise potentially harmful data** that is included in the network data may be removed");

- U.S. Patent No. 8,473,961; *see, e.g.*, *id.* at claim 1 ("A computer-implemented method for dynamically compiling a **security profile** for a program");

- U.S. Patent No. 9,280,644; *see, e.g.*, *id.* at claim 1 ("dynamically generating a **security profile** for the program");

- U.S. Patent No. 9,361,454; *see, e.g.*, *id.* at claim 1 ("dynamically generating one or more **security profile** extensions");

---

("SKExternalPurchaseCustomLinkRegions property list **key**, providing the **country** code for each permitted **region** where your app implements external purchases").

- U.S. Patent No. 9,734,327; *see, e.g.*, *id.* at claim 1 ("generating one or more **security profile extensions**");

- U.S. Patent No. 10,586,260; *see, e.g.*, *id.* at claim 1 ("method of providing a **protected communication** session");

- U.S. Patent No. 12,598,068; *see, e.g.*, *id.* at claim 1 ("transmitting, by the first computing system, the re-encrypted key to the second computing system such that **the sensitive data** may be decrypted.");

- U.S. Patent App. Pub. No. 2025/0330310; *see, e.g.*, *id.* at claim 1 ("encrypting, by the application executed on the user device, the first key using a public key of a public-private key pair to **create an encrypted key**;"), Title ("Systems and Methods for Handling Encrypted Data");

- U.S. Patent No. 12,282,538; *see, e.g., id.* at claim 1 ("[a] method for identifying when a vetted software application transitions into providing **unauthorized features**");

- U.S. Patent No. 10,387,131; *see, e.g.*, *id.* at claim 1 ("installing the first application and downloading a second list which comprises a signed list of one or more URIs; validating the signed list of URIs; storing, in a data structure, an association between the URIs in the signed list and the first application;), Abstract ("Methods and systems for associating, in a **secure manner**, a link between web sites");

- U.S. Patent No. 9,922,354; *see, e.g.*, *id.* at claim 1 ("the targeting data comprising user and device data and wherein the operating system daemon **prohibits a third party from accessing an identity of a user associated with the targeting data**"), 4:19-22 ("**User protection and privacy** is a primary concern, and one of the many benefits of the present technology is the protection of the user's sensitive information . . . .").

636.    Of the remaining 14 patents and published patent applications relating to Linked Out Purchase technologies, I identified 10 that relate to technologies that can be used to consummate both IAP and linked-out purchases:

- U.S. Patent No. 12,462,230; *see, e.g.*, *id.* at 6:41-42 ("purchasing the good or service associated with the service provider 106 through another application on the device"), claim 1;

- U.S. Patent Application Publication No. 2026/0030605; *see, e.g.*, *id.* at [0109] ("a user . . . may make an in-app purchase (e.g., within an application of the mobile phone)"), claim 1;

- U.S. Patent No. 11,042,846; *see, e.g.*, *id.* at 22:4-5 (discussing "a merchant subsystem to conduct an online payment for a financial transaction"), claim 21 ("A method for conducting a financial transaction using an electronic device");

- U.S. Patent No. 10,567,225; *see, e.g.*, *id.* at 1:54-55 ("Configurations may be customized to comply with jurisdictional restrictions on apps"), claim 1;

- U.S. Patent No. 12,489,830; *see, e.g.*, *id.* at 3:12-15 ("electronic games, such as games for mobile devices or other personal electronic devices, often distribute content separately from the app, such as additional game levels, skins, characters, and other content"); claim 7;

- U.S. Patent No. 10,511,670 at claim 1 ("A method for enabling a client application executing on a remote computing device to access content hosted by a content provider"););

- U.S. Patent No. 9,245,112 at Abstract ("A method, apparatus and machine readable medium are described for managing entitlements on a computing device."), claim 1 ("A computer-implemented method for enforcing entitlements");

- U.S. Patent No. 10,601,796; *see, e.g.*, *id.* at Abstract ("Systems, methods, and computer-readable media for personalizing program credentials are provided."), claim 1;

- U.S. Patent No. 11,880,808; *see, e.g.*, *id.* at Abstract ("In one embodiment, a unique (or quasi unique) identifier can be received by an application store, or other on-line store, and the store can create a signed receipt that includes data desired from the unique identifier."), claim 1 ("A method of providing purchases through an application purchased from an online store");

- U.S. Patent Application Publication No. 2025/0238796 at Abstract, claim 1 (describing and claiming "techniques for managing transaction tokens to facilitate reconciliation procedures" where the transaction is "performed at least in part by a software application executing on the computing device").

637.    The remaining 4 published patent applications relate to technologies that can be used to consummate linked-out purchases.

- U.S. Patent Application Publication No. 2025/0238795 at Abstract, claim 1 (describing and claiming "techniques for managing transaction tokens to facilitate reconciliation procedures");

- U.S. Patent Application Publication No. 2025/0238789 at Abstract, claim 1 (describing and claiming "techniques for managing transaction tokens to facilitate reconciliation procedures" and a method for "causing, via the web browser application, the developer entity to perform the transaction");

- U.S. Patent Application Publication No. 2025/0238788 at Abstract, claim 1 (describing and claiming "techniques for managing transaction tokens to facilitate reconciliation procedures" and a method "to cause the developer entity to perform the transaction");

- U.S. Patent Application Publication No. 2025/0371529 at claim 1 ("receiving a selection of a payment provider at a user interface of **a merchant website on a web browser on a first user device**, the selection corresponding to a request to perform a transaction with a first server associated with the merchant website using the payment provider;").

322

## 2.    Copyrights

638.    Using the methodology in Section VII, I identified numerous copyrighted works provided to developers that are reasonably necessary for Apple to coordinate purchases via external links.

639.    First, Apple's Linked Out Purchase tools and technologies provide developers with Frameworks and APIs, including External Purchase API, App Store Connect API, Background Assets, Bundle Resources, Build uploads, External link account, and External Purchase Server API.[929]

640.    When developers use Linked Out Purchase APIs, developers leverage Apple's internal proprietary source code to perform the functionality underlying those APIs. While I have not reviewed the actual source code, based on my understanding of the APIs and professional experience, I expect that the source code is protected by copyright, and provides developers value by offering functionality that would be difficult and costly for them to recreate independently.

641.    Apple's APIs related to Linked Out Purchase help developers use all aspects of Apple's Linked Out Purchase tools and technologies to offer and complete linked-out purchases. For example, Apple provides information regarding its APIs that relate to the External Purchase Server API, including instructions about how to use the APIs to report external purchases.[930] As

---

[929] *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026); *Apple Developer, Background Assets*, Apple, https://developer.apple.com/documentation/BackgroundAssets (2026); *Apple Developer, Bundle Resources*, Apple, https://developer.apple.com/documentation/bundleresources (2026); *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, External link account*, Apple, https://developer.apple.com/documentation/storekit/external-link-account (2026); *Apple Developer, External Purchase Server API*, Apple, https://developer.apple.com/documentation/ExternalPurchaseServerAPI (2026).

[930] *Apple Developer, External Purchase Server API*, Apple, https://developer.apple.com/documentation/ExternalPurchaseServerAPI (2026).

323

shown below and later discussed with respect to trade secrets, developers can take advantage of

Apple's Linked Out Purchase tools and technologies enabled by its APIs.

## Overview

Call this REST API from your server to report external purchase tokens and your customers' transactions related to the tokens. Use this API if your app uses External Purchase API and provides alternative payment options for digital goods and services, using any of the following:

- *Payment Service Providers (PSP)*: An alternative payment processor that lets customers complete transactions within your app.

- *Linking out to purchase*: Directing customers to complete a transaction for digital goods and services on your external website, or a distribution channel of your choice.

Report all tokens, including those that didn't result in a transaction, and report the transactions associated with the tokens. For more information on the reporting requirements, including scope and report timing expectations, see the Commission, transaction reports, and payments section of the article Using alternative payment options on the App Store in the European Union.

## Authorize your API calls

Calls to the API require JSON Web Tokens (JWTs) for authorization. Get keys to create JWTs from your organization's App Store Connect account. See Creating API keys to authorize API requests to create your keys. See Generating JSON Web Tokens for API requests to generate tokens using your keys, and send API requests.

Figure: External Purchase Server API[931]

642.    Second, Apple provides access to a substantial volume of developer documentation

and instructional videos related to setting up purchases via external links.  These materials are

designed to explain Apple's Linked Out Purchase tools and technologies to developers and allow

developers to implement that functionality in their apps.[932]  These resources are marked as

---

[931] *Apple Developer, External Purchase Server API*, Apple,
https://developer.apple.com/documentation/ExternalPurchaseServerAPI (2026).

[932] *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, ExternalPurchaseLink*, Apple,
https://developer.apple.com/documentation/storekit/externalpurchaselink (2026); *Apple Developer, ExternalPurchaseCustomLink*, Apple,
https://developer.apple.com/documentation/storekit/externalpurchasecustomlink (2026); *Apple Developer, SKExternalPurchase*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchase (2026); *Apple Developer, SKExternalPurchaseLink*, Apple,
https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselink (2026); *Apple Developer, App Review*, Apple, https://developer.apple.com/distribute/app-review/ (2026); *Apple Developer, Your apps on the App Store*, Apple, https://developer.apple.com/app-store-connect/ (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026); *Apple Developer, Creating API Keys for App Store Connect API*, Apple,
https://developer.apple.com/documentation/appstoreconnectapi/creating-api-keys-for-app-store-connect-api (2026);

*Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, App Store Connect API 4.1 release notes*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-store-connect-api-4-1-release-notes (2026); *Apple Developer, App code signing process in iOS, iPadOS, tvOS, visionOS, and watchOS*, Apple, https://support.apple.com/guide/security/app-code-signing-process-sec7c917bf14/web (2026); *Apple Developer, Protecting user data with App Sandbox*, Apple, https://developer.apple.com/documentation/security/protecting-user-data-with-app-sandbox (2026); *Apple Developer, App Metadata*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/app-metadata (2026); *Apple Developer, com.apple.developer.storekit.external-purchase*, Apple, https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase (2026); *Apple Developer, com.apple.developer.storekit.external-purchase-link*, Apple, https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link (2026); *Apple Developer, com.apple.developer.storekit.external-purchase-link-streaming*, Apple, https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link-streaming (2026); *Apple Developer, Storefront*, Apple, https://developer.apple.com/documentation/storekit/storefront (2026); *Automating App Store Connect*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2018/303/ (2026); *How iOS Security Really Works*, Nonstrict, https://nonstrict.eu/wwdcindex/wwdc2016/705/ (2026); *Apple Developer, ExternalPurchaseCustomLink.NoticeType*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticetype (2026); *Apple Developer, ExternalPurchaseCustomLink.NoticeResult*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticeresult (2026); *Apple Developer, Creating managed asset packs*, Apple, https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs (2026); *Apple Developer, ManagedDownloaderExtension*, Apple, https://developer.apple.com/documentation/backgroundassets/manageddownloaderextension (2026); *Apple Developer, StoreDownloaderExtension*, Apple, https://developer.apple.com/documentation/storekit/storedownloaderextension (2026); *Apple Developer, SensitiveContentAnalysis*, Apple, https://developer.apple.com/documentation/sensitivecontentanalysis (2026); *Apple Developer, SCSensitivityAnalysisPolicy.descriptiveInterventions*, Apple, https://developer.apple.com/documentation/sensitivecontentanalysis/scsensitivityanalysispolicy/descriptiveinterventions (2026); *Apple Developer, SKExternalPurchaseMultiLink*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasemultilink (2026); *Apple Developer, External link account*, Apple, https://developer.apple.com/documentation/storekit/external-link-account (2026); *Apple Developer, open()*, Apple, https://developer.apple.com/documentation/storekit/externallinkaccount/open() (2026); *Apple Developer, SKExternalPurchaseCustomLinkRegions*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasecustomlinkregions (2026); *Apple Developer, SKExternalPurchaseLinkStreamingRegions*, Apple, https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselinkstreamingregions (2026); *Apple Developer, Configuring an unmanaged Background Assets project*, Apple, https://developer.apple.com/documentation/backgroundassets/configuring-an-unmanaged-background-assets-project (2026); *Apple Developer, open(_:options:completionHandler:)*, Apple, https://developer.apple.com/documentation/uikit/uiapplication/open(_:options:completionhandler:) (2026); *Apple Developer, Discover Apple-Hosted Background Assets*, Apple, https://developer.apple.com/videos/play/wwdc2025/325/ (2026); *Apple Developer, What's new in privacy*, Apple, https://developer.apple.com/videos/play/wwdc2023/10053/ (2026); *Apple Developer, Meet Background Assets*, Apple, https://developer.apple.com/videos/play/wwdc2022/110403/ (2026); *Apple Developer, token(for:)*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token(for:) (2026); *Apple Developer, Handling refund notifications*, Apple, https://developer.apple.com/documentation/storekit/handling-refund-notifications (2026); *Apple Developer, Receiving and decoding external purchase tokens*, Apple, https://developer.apple.com/documentation/storekit/receiving-and-decoding-external-purchase-tokens (2026); *Apple Developer, shared*, Apple, https://developer.apple.com/documentation/storekit/apptransaction/shared (2026); *Apple Developer, External Purchase Server API*, Apple,

325

copyrighted and are creative expressions captured in a tangible medium, and thus are protected by copyright. For example, Apple provides information about how to add their external purchase entitlement to their app:

https://developer.apple.com/documentation/ExternalPurchaseServerAPI (2026); *Apple Developer, ExternalPurchaseReport*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/externalpurchasereport (2026); *Apple Developer, Send External Purchase Report*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/send-external-purchase-report (2026); *Apple Developer, SendReportSuccessResponse*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/sendreportsuccessresponse (2026); *Apple Developer, SendReportErrorResponse*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/sendreporterrorresponse (2026); *Apple Developer, Retrieve External Purchase Report*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/retrieve-external-purchase-report (2026); *Apple Developer, Reporting corrections*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/reportcorrections (2026); *Apple Developer, Reporting unrecognized and transactionless tokens*, Apple, https://developer.apple.com/documentation/externalpurchaseserverapi/reportwithouttransactions (2026); *Apple Developer, Testing transactions that use custom link tokens*, Apple, https://developer.apple.com/documentation/storekit/testing-transactions-that-use-custom-link-tokens (2026); *Apple Developer, ExternalPurchaseCustomLink*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink (2026); *Apple Developer, ExternalPurchaseCustomLink.Token*, Apple, https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token (2026); *Apple Developer, Transaction*, Apple, https://developer.apple.com/documentation/storekit/transaction (2026); *Apple Developer, VerificationResult*, Apple, https://developer.apple.com/documentation/storekit/verificationresult (2026); *Apple Developer, notificationType*, Apple, https://developer.apple.com/documentation/appstoreservernotifications/notificationtype (2026); *Apple Developer, Meet the App Store Server Library*, Apple, https://developer.apple.com/videos/play/wwdc2023/10143/ (2026); *Apple Developer, What's new in App Store server APIs*, Apple, https://developer.apple.com/videos/play/wwdc2023/10141/ (2026); *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).

If your account receives this entitlement, which is also known as the StoreKit External Purchase entitlement, add it to your app by opening the project's `.entitlements` file in Xcode. Then add the following key and set the corresponding value to `true`:

```
<plist>
<dict>
    <key>com.apple.developer.storekit.external-purchase</key>
    <true/>
</dict>
</plist>
```

For more information, see External Purchase.

Figure: com.apple.developer.storekit.external-purchase[933]

643.     Apple's developer documents and instructional videos help developers use all aspects of Apple's Linked Out Purchase tools and technologies to offer and complete linked-out purchases.  For example, Apple's instructional videos help developers use the App Store Connect API to provision external-purchase entitlements and manage linked-out builds.[934] Apple's instructional videos teach developers how to automate the App Store Connect API using Webhooks, which provide event-driven updates to the App Store Connect API to automatically manage workflow development and tracking.

---

[933] *Apple Developer, com.apple.developer.storekit.external-purchase*, Apple, https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase (2026).

[934] *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).



Figure: Automate your development process with the App Store Connect API[935]

### 3. Trade Secrets

644. Using the methodology in Section VII, I identified that Apple owns numerous trade secrets relating to Linked Out technologies that, although secret, developers can leverage.

645. Apple's Linked Out Purchase tools and technologies provide developers with Frameworks and APIs, including External Purchase API, App Store Connect API, Background Assets, Bundle Resources, Build uploads, External link account, and External Purchase Server API.[936] These APIs allow developers to perform complex Linked Out Purchase tasks with simple API commands. Those commands are only possible because Apple develops and maintains confidential source code designed to carry out the Linked Out Purchase API functionalities that provide value to developers and help monetize their apps, including through linked-out purchases.

---

[935] *Apple Developer, Automate your development process with the App Store Connect API*, Apple, https://developer.apple.com/videos/play/wwdc2025/324/ (2026).

[936] *Apple Developer, External Purchase*, Apple, https://developer.apple.com/documentation/storekit/external-purchase (2026); *Apple Developer, App Store Connect API*, Apple, https://developer.apple.com/documentation/appstoreconnectapi (2026); *Apple Developer, Background Assets*, Apple, https://developer.apple.com/documentation/BackgroundAssets (2026); *Apple Developer, Bundle Resources*, Apple, https://developer.apple.com/documentation/bundleresources (2026); *Apple Developer, Build uploads*, Apple, https://developer.apple.com/documentation/appstoreconnectapi/build-uploads (2026); *Apple Developer, External link account*, Apple, https://developer.apple.com/documentation/storekit/external-link-account (2026); *Apple Developer, External Purchase Server API*, Apple, https://developer.apple.com/documentation/ExternalPurchaseServerAPI (2026).

646. While developers cannot see or access Apple's confidential internal source code, this source code powers the APIs that developers access and use via Apple's Linked Out Purchase tools and technologies. Based on my experience, Apple's confidential source code contains Apple trade secrets, which provide value to developers and help them monetize their apps, including linked-out purchases.

## XII.   ANALOGOUS TECHNOLOGIES

647. While Apple is not the only company that offers technologies to developers that permits developers to consummate purchases related to the apps that they develop, in my opinion, Apple provides the highest quality, most comprehensive, and thus the most valuable technologies to developers. No other platform offers a comparable depth and breadth of IP-protected tools, technologies, and services that are as tightly integrated with the underlying hardware and software.

648. Although third-party analogous technologies exist for certain tools, technologies, and services that Apple provides to developers, these analogous technologies typically require substantial additional development, integration, maintenance, and testing efforts by developers. Developers would likely be required to combine multiple third-party solutions, build custom functionality, or undertake significant engineering work to achieve capabilities comparable to the full set of what is enabled by Apple's offerings. For example, many existing third-party offerings are limited in the functionality they offer and often still use Apple's proprietary frameworks. Where that occurs, such third-party analogous technologies augment rather than replace Apple technology.

649. In my experience, Apple's developer tools, technologies, and services work seamlessly in the app development and deployment lifecycle for iOS and iPadOS apps. By contrast, third-party analogous technologies have not been developed to provide the same

329

comprehensive experience as the full set of what Apple provides. Apple has developed extensive and advanced tools and technologies across a broad range of functionality. It would take significant engineering and software development work to build similar technology, with a workflow that is less efficient and places a greater burden on the developer. Apple's tools and technologies can be critically important for the development of an app.

650.    I considered all third-party analogous technologies that I am aware of, in my experience, that developers may use to perform functionality related to the Tools, Technologies, and Services discussed herein. In addition to my experience with and general knowledge about these analogous technologies, I also analyzed publicly available information about these analogous technologies, including website pages cited herein discussing each analogous technology.

651.    As discussed in Section VIII.A, Apple provides developers with technologies related to Xcode, which is an IDE. There are some third-party IDEs such as IntelliJ IDEA,[937] JetBrains Rider,[938] PyCharm,[939] Visual Studio by Microsoft,[940] Android Studio by Google,[941] NetBeans,[942] and Eclipse.[943] Such third-party IDEs attempt to offer comparable functionality, but none of them are optimized for building native Apple apps in the way that Xcode is. For example, Xcode includes technologies that third-party IDEs cannot match, such as Interface Builder, Instruments for performance profiling, and seamless integration with Apple's software development kits (SDKs), simulators, and device management tools. A developer using a third-

---

[937] *IntelliJ IDEA*, JETBRAINS, https://www.jetbrains.com/idea/ (2026).

[938] *Rider*, JETBRAINS, https://www.jetbrains.com/rider/ (2026).

[939] *PyCharm*, JETBRAINS, https://www.jetbrains.com/pycharm/ (2026).

[940] *Visual Studio*, Microsoft, https://visualstudio.microsoft.com/ (2026).

[941] *Android Studio*, Android Developers, https://developer.android.com/studio (2026).

[942] *Apache NetBeans 29*, Apache NetBeans, https://netbeans.apache.org/front/main/index.html (2026).

[943] *Eclipse IDE*, Eclipse, https://eclipseide.org/ (2026).

party IDE would need to supplement that IDE with additional tools and workarounds, and even with those gap-filling measures, would not be able to replicate the same experience as using Xcode.

652.     The same dynamic applies across other categories of Apple's developer offerings. Apple's testing and continuous integration and delivery tools—Xcode and TestFlight—are embedded in the Apple development workflow, enabling developers to build, test, and distribute apps with minimal configuration. Further, Xcode and TestFlight are easy to use, provide advanced technologies, and allow developers to create premium apps. Third parties seek to provide analogous technologies such as Appetize,[944] Kobiton,[945] Perfecto,[946] Circle CI,[947] Azure Pipelines,[948] Sauce Mobile App Distribution (TestFairy),[949] GitHub Actions,[950] and AWS Code Build[951] to perform similar functions, but they are often of lower quality and require separate setup, configuration, and maintenance.

653.     Apple's app development frameworks, including SwiftUI and UIKit, are integrated with the underlying operating systems and hardware, and are designed to expose the full breadth of Apple platform functionality in a consistent manner. Third-party frameworks such as ReactNative,[952] and .NET MAUI[953] provide cross-platform abstractions that aim to "write once, run anywhere," but in doing so they necessarily sacrifice deep, native optimization and

[944] *Speed in mobile drives excellence,* appetize, https://appetize.io/ (2026).

[945] *Accelerate Delivery of Better Mobile Experiences*, Kobiton, https://kobiton.com/ (2026).

[946] *Perfecto*, perforce https://www.perfecto.io/ (2026).

[947] *circleci*, circleci https://circleci.com/ (2026).

[948] *Azure Pipelines*, Microsoft, https://azure.microsoft.com/en-us/products/devops/pipelines (2026).

[949] *TestFairy*, SauceLabs https://saucelabs.com/products/testfairy-sauce-labs (2026).

[950] *Automate your workflow from idea to production*, GitHub Actions https://github.com/features/actions (2026).

[951] *AWS CodeBuild*, AWS, https://aws.amazon.com/codebuild/ (2026).

[952] *Learn once, write anywhere*, React Native, https://reactnative.dev/ (2026).

[953] *.NET Multi-platform App UI*, Microsoft, https://dotnet.microsoft.com/en-us/apps/maui (2026).

fine-grained access to platform-specific technologies. These cross-platform frameworks often depend on additional runtime layers, bridging code, and plug-ins, which can introduce performance overhead, latency, and compatibility risks. As a result, while it is theoretically possible to build Apple-platform apps using these third-party frameworks, the developer must navigate a more complex and brittle toolchain, and the resulting apps are more likely to exhibit performance and quality limitations relative to those built using SwiftUI and UIKit within Apple's native development environment.

654.    Apple's gaming framework—GameKit—is engineered to take full advantage of Apple's platform. While third parties seek to provide analogous technologies such as Unity multiplayer services[954] and Steamworks[955] that provide leaderboards and other multiplayer functionalities, they are not optimized for Apple's hardware (or available to iOS games, in the case of Steamworks) and often do not have the same capabilities as Apple's gaming framework.

655.    Apple's FairPlay digital rights management system is both high quality and tightly woven into the iOS content delivery and security architecture, whereas analogous technologies like Widevine[956] and PlayReady,[957] while functional, are fragmented and platform-specific, making them cumbersome (if possible at all) to deploy as replacements within Apple's ecosystem.

656.    Apple's HealthKit technologies further illustrate the imperfect nature of these comparisons. HealthKit, for example, provides developers with deep access to health and motion data collected by Apple's devices and their respective suite of sensors. Third parties have sought

---

[954] *Multiplayer game development and services,* Unity, https://unity.com/features/multiplayer (2026).

[955] *Steamworks APIs*, Steam, https://partner.steamgames.com/doc/sdk/api (2026).

[956] *Leading Content Protection for Media*, Widevine, https://www.widevine.com/ (2026).

[957] *PlayReady Product Suite*, Microsoft, https://www.microsoft.com/playready/ (2026).

to develop analogous technologies such as Health Connect,[958] Terra,[959] and Spike,[960] but they operate at a higher level of abstraction, often lack the same granularity of sensor access, and are less mature technologies.

657.    Apple's CoreLocation and MapKit frameworks provide integrated access to location, mapping, and geospatial capabilities that are optimized for Apple devices, including efficient use of sensors, battery-aware location tracking, and smooth integration with Apple's UI components. By contrast, third-party mapping and location services such as Google Maps,[961] Azure Maps,[962] TomTom,[963] Amazon Location Services,[964] HERE Location Service[965] and Map Box[966] are primarily delivered through web-based APIs or embedded components designed for broad, cross-platform usage. These third-party services often require additional dependencies and may not integrate as seamlessly with Apple's UI toolkits, offline capabilities, or privacy controls. As a result, developers relying on Google Maps, Azure Maps, or the other analogous technologies within Apple apps must manage more complex configurations, face potential inconsistencies in behavior and performance, and are unlikely to achieve the same level of responsiveness, reliability, and user experience afforded by CoreLocation and MapKit.

---

[958] *Health Connect*, Google Play, https://play.google.com/store/apps/details?id=com.google.android.apps.healthdata&hl=en_US (2026).

[959] *Build smarter products with connected health data*, Terra API, https://tryterra.co/ (2026).

[960] *360 Health Data for AI*, Spike, https://www.spikeapi.com/ (2026).

[961] *Google Maps,* Google Play, https://play.google.com/store/apps/details?id=com.google.android.apps.maps&hl=en_US (2026).

[962] *Azure Maps*, Microsoft, https://azure.microsoft.com/en-us/products/azure-maps (2026).

[963] *TomTom*, TomTom, https://www.tomtom.com/ (2026).

[964] *Amazon Location Service*, Amazon, https://aws.amazon.com/location/ (2026).

[965] *HERE Location Service*, HERE Technologies, https://www.here.com/products (2026).

[966] *Maps That Do More*, MapBox, https://www.mapbox.com/ (2026).

658.    Apple's App Store Distribution provides a fully integrated distribution and delivery platform for iPhones and iPads. By contrast, third-party analogous technologies for data transfer—such as AWS CloudFront,[967] Azure CDN,[968] Google Cloud CDN,[969] and Fastly[970] require separate configuration and are not embedded within Apple's native app distribution workflow. Likewise, object storage services such as AWS S3,[971] Azure Blob Storage,[972] and Google Cloud Storage[973] do not supply the tightly integrated app packaging and update mechanisms that the App Store provides. Similarly, third-party security solutions such as AWS WAF,[974] Azure Web App Firewall,[975] and Google Cloud Armor[976] must be separately engineered rather than forming part of a unified distribution model. Developers seeking to replicate the App Store's functionality using these services would face substantial integration burdens and increased operational complexity.

659.    The App Store's ratings and reviews system is embedded directly within the app listing, providing developers with context-specific feedback from verified users that influences discovery and ranking. Third-party platforms such as Trustpilot[977] operate as external web-based services detached from the in-app experience and not integrated into Apple's discovery algorithms.

---

[967] *Amazon CloudFront*, AWS, https://aws.amazon.com/cloudfront/ (2026).

[968] *Azure Content Delivery Network*, Microsoft, https://azure.microsoft.com/en-us/products/cdn (2026).

[969] *Cloud CDN and Media CDN*, Google Cloud, https://cloud.google.com/cdn (2026).

[970] *Build, Secure, and Deliver. Instantly.*, fastly, https://www.fastly.com/ (2026).

[971] *Amazon S3,* AWS, https://aws.amazon.com/s/idc-server-side-test/awswt-934-new-template-s3/variant-s3/ (2026).

[972] *Azure Blob Storage*, Microsoft, https://azure.microsoft.com/en-us/products/storage/blobs (2026).

[973] *Object storage for companies of all sizes,* Google Cloud, https://cloud.google.com/storage (2026).

[974] *AWS WAF*, AWS, https://aws.amazon.com/waf/ (2026).

[975] *Azure Web Application Firewall*, Microsoft, https://azure.microsoft.com/en-us/products/web-application-firewall (2026).

[976] *Google Cloud Armor*, Google Cloud, https://cloud.google.com/security/products/armor (2026).

[977] *Find a company you can trust*, Trustpilot, https://www.trustpilot.com/ (2026).

These external ratings do not carry the same weight within Apple's ecosystem and cannot serve as an effective substitute for the App Store's native ratings and reviews system.

660.    Apple's App Store incorporates personalization and curation mechanisms that operate within the store's core infrastructure using device-level signals, editorial selection, and analytics to surface relevant apps in a privacy-conscious manner. Third-party personalization tools such as Personyze[978] function as external platforms not integrated into the App Store's ranking or editorial workflows. Implementing such tools would require developers to build separate experiences outside of the App Store, increasing complexity and failing to replicate the integrated discovery and curation that Apple's systems provide.

661.    Apple's App Analytics is integrated directly into the App Store and Apple's operating systems, providing developers with privacy-preserving, platform-level insights into user acquisition, engagement, and retention, as well as crash data and other performance metrics, without requiring an additional SDK or complex configuration. Third-party analytics and optimization tools such as Covert Insights,[979] Zoho PageSense,[980] Optimizely,[981] Qonversion,[982] Amplitude,[983] Mixpanel,[984] App Figures,[985] and Countly[986] typically require embedding external SDKs, managing separate dashboards and data pipelines, and handling additional compliance and

---

[978] *Personalization Engine*, Personyze, https://www.personyze.com/ (2026).

[979] *Covert*, Covert, https://www.covert.com.au/page/4/ (2026).

[980] *Conversion Optimization and Personalization Platform*, Zoho, https://www.zoho.com/pagesense/ (2026).

[981] *AI-powered digital experiences*, Optimizely, https://www.optimizely.com/ (2026).

[982] *Qonversion,* Qonversion, https://qonversion.io/ (2026).

[983] *AI analytics platform*, Amplitude, https://www.amplitude.com/ (2026).

[984] *Digital analytics reimagined for an AI-first world*, mixpanel, https://mixpanel.com/home/ (2026).

[985] *Build a Smarter Growth Strategy*, appfigures, https://appfigures.com/ (2026).

[986] *First-party analytics and customer experience*, Countly, https://countly.com/ (2026).

privacy obligations. These tools are often oriented toward cross-platform analytics and may not have the same level of access to system-level signals on iPhones and iPads, and their instrumentation can add overhead to the app. As a result, relying solely on these third-party tools introduces integration burden, potential performance impacts, and privacy risks, and does not replicate the seamless, tightly integrated analytics experience that Apple's App Analytics offers within the Apple ecosystem.

662.    The App Store itself functions as a primary discovery and user-acquisition channel, leveraging Apple's global user base, on-device storefronts, search, editorial technologies, and integrated advertising products. By contrast, third-party methods such as CPI-based ad campaigns and marketing automation platforms like HubSpot[987] require developers to orchestrate separate advertising networks, tracking mechanisms, and CRM workflows. These approaches operate outside of the App Store's native discovery mechanisms and impose substantial additional complexity and cost.

663.    Apple's App Store infrastructure provides developers with consistent product pages, media hosting, localized descriptions, ratings and reviews, and purchase flows natively integrated into Apple's operating systems. Building a custom website or using tools such as GoDaddy,[988] Wix,[989] SquareSpace,[990] or WordPress.com[991] requires developers to design, host, secure, and update separate web properties. These solutions do not integrate into Apple's

---

[987] *HubSpot's Customer Platform*, HubSpot, https://www.hubspot.com/products/get-started-f049 (2026).

[988] *Your domain*, GoDaddy, https://www.godaddy.com/ (2026).

[989] *The new way to create a website*, Wix, https://www.wix.com/ (2026).

[990] *SquareSpace*, SquareSpace, https://www.squarespace.com/ (2026).

[991] *WordPress, done right,* WordPress.com, https://wordpress.com/ (2026).

storefront, search, or purchase mechanisms and typically demand additional work to manage domains, SSL certificates, payment solutions, and analytics.

664.    Apple provides developers with technologies related to Linked Out Purchase that support the infrastructure reasonably necessary for permitting Epic and others to consummate linked-out purchases, including technologies within the developer processes, content delivery and access, and link out tracking categories described above.  There are some third-party offerings that are analogous to Apple's Linked Out Purchase tools and technologies. These third-party offerings provide functionality that correspond to Apple's technology for managing region eligibility and storefronts      (e.g.,      getBillingConfigAsync()      from      Google      Play,[992] GlobalizationPreferences.HomeGeographicRegion    Property    from    Microsoft    Store,[993] MaxMind,[994] IPinfo,[995] IPstack,[996]), provisioning external-purchase entitlements and managing linked-out builds  (e.g., Publishing API from Google Play,[997] Bitrise,[998]), providing webhook metadata management (e.g., Adyen,[999] PayPal Braintree,[1000]), managing background assets (e.g.,

---

[992] *Android Developer, Integrate the Google Play Billing Library into your app*, Android, https://developer.android.com/google/play/billing/integrate (2026).

[993] *Microsoft Build 2026, GlobalizationPreferences.Home GeographicRegion Property*, Microsoft, https://learn.microsoft.com/en-us/uwp/api/windows.system.userprofile.globalizationpreferences.homegeographicregion?view=winrt-28000 (2026).

[994] *Create smarter, safer digital experiences with accurate data*, MaxMind, https://www.maxmind.com/en/home (2026).

[995] *The Trusted Source For IP Address Data*, IPinfo, https://ipinfo.io/ (2026).

[996] *Real-time IP Geolocation API Service*, IPstack, https://ipstack.com/ (2026).

[997] *Google Play Developer APIs*, Google Play Developer API, https://developers.google.com/android-publisher (2026).

[998] *The mobile DevOps platform built for the speed of AI*, bitrise, https://bitrise.io/ (2026).

[999] *Ayden*, https://www.adyen.com/ (2026).

[1000] *PayPal Braintree*, Paypal, https://www.paypal.com/us/braintree (2026).

Google Play Asset Delivery (PAD),[1001] Addressables package from Unity,[1002]), and managing external purchase reports, tokens, transaction verifications, and store server notifications technologies (e.g., Real-time developer notifications from Google Play,[1003] External transaction token through the Play Billing Library,[1004] Stripe API,[1005] Paddle,[1006] and Adyen[1007]).  These third-party technologies attempt to offer comparable functionality, but many of them are designed for other non-Apple application stores and do not provide functionality on par with Apple's Linked Out Purchase tools and technologies.

665.    In sum, the illustrative third-party analogous technologies discussed herein do not provide the same comprehensive, extensive, and advanced scope and breadth of tools and technologies as that provided by Apple's integrated toolkit and it would impose a significant cost on developers to depart from Apple's integrated toolkit. The third-party analogous technologies discussed herein would not be drop-in replacements for what Apple provides; they impose additional integration burdens, lack native optimization, often introduce compatibility risks, do not include many of the same technologies that Apple's tools provide, and may not have been developed with the same expertise and investment as those provided by Apple. The comparison

---

[1001] *Play Asset Delivery*, Android Developers, https://developer.android.com/guide/playcore/asset-delivery (2026).

[1002] *Addressables package*, Unity, https://docs.unity3d.com/Packages/com.unity.addressables@3.1/manual/index.html (2026).

[1003] *Real-time developer notifications reference guide*, Google Play, https://developer.android.com/google/play/billing/rtdn-reference (2026).

[1004] *Google Play's billing system*, Android Developer, https://developer.android.com/google/play/billing (2026).

[1005] *API Reference*, Stripe API, https://docs.stripe.com/api (2026).

[1006] *Paddle*, https://www.paddle.com/ (2026).

[1007] *Ayden*, https://www.adyen.com/ (2026).

between Apple and third-party analogous technologies therefore cannot fully account for the value of the seamless, purpose-built tools, technologies, and services that Apple provides to developers.

## XIII.   CONCLUSION

666.   Based on my extensive review and analysis of the materials available to me, it is my opinion that Apple's IP-protected tools, technologies, and services are fundamental to the iOS and iPadOS app development ecosystem and provide substantial, quantifiable value to developers.

667.   The opinions in my report are based on my present review and analysis of the materials available to me at the time I prepared this report. I reserve the right to amend and/or supplement my analysis and opinions should new information be made available, including any reports from Plaintiffs, deposition transcripts or tapes, oral information, and court orders. In addition, I may provide my testimony in an alternative format, including through the preparation of demonstratives, graphics, charts, or other similar formats to further illustrate my testimony.

668.   The citations herein are exemplary, and I reserve the right to rely on any other portions of the cited documents, or any other available document or information, that help to better explain my opinions or rebut any opinions offered by Epic or its experts. I also reserve the right to rely on documents and information in any other report and testimony in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Christopher Thompson

| Bates Beginning | Bates End | Document |
|---|---|---|
| APL-EG-R_00008676 | APL-EG-R_00008687 | Apple Confidentiality and Intellectual Property Agreement |
| APL-EG-R_00017352 | APL-EG-R_00017360 | Epic December 11, 2020 Responses and Objections to Apple's First Set of Interrogatories |

| Bates Beginning | Bates End | URL |
|---|---|---|
| APL-EG-R_00008688 | APL-EG-R_00008690 | https://developer.apple.com/apple-news/Workbench-Getting-Started-for-Publishers.pdf |
| APL-EG-R_00008691 | APL-EG-R_00008693 | https://www.apple.com/privacy/docs/Differential_Privacy_Overview.pdf |
| APL-EG-R_00008694 | APL-EG-R_00008713 | https://www.apple.com/compliance/pdfs/Business-Conduct-Policy.pdf |
| APL-EG-R_00008714 | APL-EG-R_00008990 | https://devstreaming-cdn.apple.com/videos/wwdc/2016/605ooaey8tbzegv8fth/605/605_whats_new_in_metal_part_2.pdf |
| APL-EG-R_00008991 | APL-EG-R_00009047 | https://devstreaming-cdn.apple.com/videos/wwdc/2017/607x3ix6ocbh8/607/607_metal_2_optimization_and_debugging.pdf |
| APL-EG-R_00009048 | APL-EG-R_00009430 | https://developer.apple.com/metal/Metal-Shading-Language-Specification.pdf |
| APL-EG-R_00009431 | APL-EG-R_00009442 | https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf |
| APL-EG-R_00009443 | APL-EG-R_00009704 | https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf |
| APL-EG-R_00009705 | APL-EG-R_00009709 | https://developer.apple.com/documentation/apple_ads/custom-product-pages/ |
| APL-EG-R_00009710 | APL-EG-R_00009713 | https://developer.apple.com/documentation/accessorysetupkit |
| APL-EG-R_00009714 | APL-EG-R_00009716 | https://developer.apple.com/documentation/arkit/ |
| APL-EG-R_00009717 | APL-EG-R_00009721 | https://developer.apple.com/documentation/appintents/making-camera-actions-available-to-siri-and-apple-intelligence |
| APL-EG-R_00009722 | APL-EG-R_00009727 | https://developer.apple.com/documentation/appstoreconnectapi |
| APL-EG-R_00009728 | APL-EG-R_00009731 | https://developer.apple.com/documentation/arkit/arimagetrackingconfiguration |

341

| APL-EG-R_00009732 | APL-EG-R_00009742 | https://developer.apple.com/design/human-interface-guidelines/sign-in-with-apple |
|---|---|---|
| APL-EG-R_00009743 | APL-EG-R_00009746 | https://developer.apple.com/documentation/appstoreconnectapi/end-user-license-agreements-eula |
| APL-EG-R_00009747 | APL-EG-R_00009752 | https://developer.apple.com/documentation/appintents |
| APL-EG-R_00009753 | APL-EG-R_00009759 | https://developer.apple.com/documentation/ARKit/combining-user-face-tracking-and-world-tracking |
| APL-EG-R_00009760 | APL-EG-R_00009765 | https://developer.apple.com/documentation/authenticationservices/supporting-passkeys |
| APL-EG-R_00009766 | APL-EG-R_00009768 | https://developer.apple.com/documentation/applepayontheweb/applepaypaymentpass |
| APL-EG-R_00009769 | APL-EG-R_00009773 | https://developer.apple.com/documentation/arkit/aranchor |
| APL-EG-R_00009774 | APL-EG-R_00009796 | https://developer.apple.com/design/human-interface-guidelines/wallet |
| APL-EG-R_00009797 | APL-EG-R_00009808 | https://developer.apple.com/app-store-connect/analytics/ |
| APL-EG-R_00009809 | APL-EG-R_00009813 | https://developer.apple.com/documentation/appstoreconnectapi/build-uploads |
| APL-EG-R_00009814 | APL-EG-R_00009819 | https://developer.apple.com/documentation/avfaudio/audio-engine |
| APL-EG-R_00009820 | APL-EG-R_00009823 | https://developer.apple.com/documentation/arkit/arfacetrackingconfiguration |
| APL-EG-R_00009824 | APL-EG-R_00009827 | https://developer.apple.com/documentation/accessibility/voiceover |
| APL-EG-R_00009828 | APL-EG-R_00009832 | https://developer.apple.com/documentation/appstoreconnectapi/app-store-connect-api-4-1-release-notes |
| APL-EG-R_00009833 | APL-EG-R_00009837 | https://developer.apple.com/app-store-connect/ |
| APL-EG-R_00009838 | APL-EG-R_00009852 | https://developer.apple.com/documentation/activitykit/starting-and-updating-live-activities-with-activitykit-push-notifications |
| APL-EG-R_00009853 | APL-EG-R_00009856 | https://developer.apple.com/documentation/AVFAudio |
| APL-EG-R_00009857 | APL-EG-R_00009864 | https://developer.apple.com/documentation/arkit/creating-a-multiuser-ar-experience |
| APL-EG-R_00009865 | APL-EG-R_00009868 | https://developer.apple.com/documentation/appstoreconnectapi/app-metadata |

| APL-EG-R_00009869 | APL-EG-R_00009877 | https://developer.apple.com/distribute/app-review/ |
| APL-EG-R_00009878 | APL-EG-R_00009882 | https://developer.apple.com/app-store/app-previews/ |
| APL-EG-R_00009883 | APL-EG-R_00009887 | https://developer.apple.com/documentation/avfaudio/handling-audio-interruptions |
| APL-EG-R_00009888 | APL-EG-R_00009894 | https://developer.apple.com/documentation/AdAttributionKit |
| APL-EG-R_00009895 | APL-EG-R_00009899 | https://developer.apple.com/documentation/arkit/arbodytrackingconfiguration |
| APL-EG-R_00009900 | APL-EG-R_00009903 | https://developer.apple.com/documentation/appstoreconnectapi/build-beta-details |
| APL-EG-R_00009904 | APL-EG-R_00009907 | https://developer.apple.com/documentation/activitykit/launching-your-app-from-a-live-activity |
| APL-EG-R_00009908 | APL-EG-R_00009912 | https://developer.apple.com/documentation/arkit/arconfiguration/framesemantics-swift.property?language=objc |
| APL-EG-R_00009913 | APL-EG-R_00009917 | https://developer.apple.com/documentation/AVFoundation |
| APL-EG-R_00009918 | APL-EG-R_00009938 | https://developer.apple.com/design/human-interface-guidelines/widgets |
| APL-EG-R_00009939 | APL-EG-R_00009951 | https://developer.apple.com/app-store/marketing/guidelines/ |
| APL-EG-R_00009952 | APL-EG-R_00009957 | https://developer.apple.com/documentation/appstoreconnectapi/analytics |
| APL-EG-R_00009958 | APL-EG-R_00009960 | https://developer.apple.com/documentation/appintents/appintentsextension |
| APL-EG-R_00009961 | APL-EG-R_00009963 | https://developer.apple.com/documentation/accessorysetupkit/setting-up-and-authorizing-a-bluetooth-accessory |
| APL-EG-R_00009964 | APL-EG-R_00009971 | https://developer.apple.com/documentation/AudioToolbox |
| APL-EG-R_00009972 | APL-EG-R_00009975 | https://developer.apple.com/documentation/appstoreconnectapi/certificates |
| APL-EG-R_00009976 | APL-EG-R_00009987 | https://developer.apple.com/documentation/avfoundation/avcam-building-a-camera-app |
| APL-EG-R_00009988 | APL-EG-R_00010005 | https://developer.apple.com/design/human-interface-guidelines/live-activities |
| APL-EG-R_00010006 | APL-EG-R_00010010 | https://developer.apple.com/documentation/adattributionkit/identifying-the-parameters-in-a-postback |

| APL-EG-R_00010011 | APL-EG-R_00010013 | https://developer.apple.com/documentation/arkit/providing-2d-virtual-content-with-spritekit |
| APL-EG-R_00010014 | APL-EG-R_00010018 | https://developer.apple.com/documentation/appstoreconnectapi/creating-api-keys-for-app-store-connect-api |
| APL-EG-R_00010019 | APL-EG-R_00010024 | https://developer.apple.com/documentation/accelerate/core-graphics-interoperability |
| APL-EG-R_00010025 | APL-EG-R_00010030 | https://developer.apple.com/app-store/custom-product-pages/ |
| APL-EG-R_00010031 | APL-EG-R_00010040 | https://developer.apple.com/documentation/avfoundation/avcapturesession |
| APL-EG-R_00010041 | APL-EG-R_00010043 | https://developer.apple.com/documentation/arkit |
| APL-EG-R_00010044 | APL-EG-R_00010048 | https://developer.apple.com/documentation/arkit/previewing-a-model-with-ar-quick-look |
| APL-EG-R_00010049 | APL-EG-R_00010053 | https://developer.apple.com/documentation/activitykit/activityattributes |
| APL-EG-R_00010054 | APL-EG-R_00010062 | https://developer.apple.com/app-store/promote/ |
| APL-EG-R_00010063 | APL-EG-R_00010082 | https://developer.apple.com/documentation/ActivityKit/displaying-live-data-with-live-activities |
| APL-EG-R_00010083 | APL-EG-R_00010086 | https://developer.apple.com/documentation/avfoundation/avcapturephotosettings/flashmode |
| APL-EG-R_00010087 | APL-EG-R_00010094 | https://developer.apple.com/documentation/appstoreconnectapi/generating-tokens-for-api-requests |
| APL-EG-R_00010095 | APL-EG-R_00010098 | https://developer.apple.com/documentation/activitykit/activityauthorizationinfo |
| APL-EG-R_00010099 | APL-EG-R_00010104 | https://developer.apple.com/documentation/appstoreconnectapi/xcode-cloud-workflows-and-builds |
| APL-EG-R_00010105 | APL-EG-R_00010108 | https://developer.apple.com/documentation/apple_ads |
| APL-EG-R_00010109 | APL-EG-R_00010117 | https://developer.apple.com/app-store/getting-featured/ |
| APL-EG-R_00010118 | APL-EG-R_00010121 | https://developer.apple.com/documentation/avfaudio/audio-routing |
| APL-EG-R_00010122 | APL-EG-R_00010127 | https://developer.apple.com/documentation/audiotoolbox/audio-converter-services |
| APL-EG-R_00010128 | APL-EG-R_00010134 | https://developer.apple.com/documentation/activitykit/activity |

344

| APL-EG-R_00010135 | APL-EG-R_00010138 | https://developer.apple.com/documentation/appstoreconnectapi/merchantids |
|---|---|---|
| APL-EG-R_00010139 | APL-EG-R_00010141 | https://developer.apple.com/documentation/AdSupport |
| APL-EG-R_00010142 | APL-EG-R_00010147 | https://developer.apple.com/design/human-interface-guidelines/controls |
| APL-EG-R_00010148 | APL-EG-R_00010151 | https://developer.apple.com/documentation/arkit/understanding-world-tracking |
| APL-EG-R_00010152 | APL-EG-R_00010154 | https://developer.apple.com/documentation/appstoreconnectapi/sales-and-finance |
| APL-EG-R_00010155 | APL-EG-R_00010158 | https://developer.apple.com/documentation/activitykit/activitycontent |
| APL-EG-R_00010159 | APL-EG-R_00010161 | https://developer.apple.com/documentation/adservices |
| APL-EG-R_00010162 | APL-EG-R_00010174 | https://developer.apple.com/documentation/avfaudio/avaudiosession |
| APL-EG-R_00010175 | APL-EG-R_00010178 | https://developer.apple.com/documentation/arkit/creating-an-immersive-ar-experience-with-audio |
| APL-EG-R_00010179 | APL-EG-R_00010182 | https://developer.apple.com/app-store/pre-orders/ |
| APL-EG-R_00010183 | APL-EG-R_00010194 | https://developer.apple.com/documentation/appstoreservernotifications/notificationtype |
| APL-EG-R_00010195 | APL-EG-R_00010199 | https://developer.apple.com/documentation/activitykit |
| APL-EG-R_00010200 | APL-EG-R_00010203 | https://developer.apple.com/documentation/avfaudio/audio-units/ |
| APL-EG-R_00010204 | APL-EG-R_00010214 | https://developer.apple.com/documentation/appclip/interacting-with-app-clip-codes-in-ar |
| APL-EG-R_00010215 | APL-EG-R_00010222 | https://developer.apple.com/documentation/arkit/scanning-and-detecting-3d-objects |
| APL-EG-R_00010223 | APL-EG-R_00010230 | https://developer.apple.com/app-store/discoverability/ |
| APL-EG-R_00010231 | APL-EG-R_00010234 | https://developer.apple.com/documentation/activitykit/activitystate |
| APL-EG-R_00010235 | APL-EG-R_00010238 | https://developer.apple.com/documentation/avfaudio/avaudiosession/silencesecondaryaudiohintnotification/ |
| APL-EG-R_00010239 | APL-EG-R_00010244 | https://developer.apple.com/documentation/activitykit/creating-custom-views-for-live-activities |

345

| APL-EG-R_00010245 | APL-EG-R_00010254 | https://developer.apple.com/documentation/audiotoolbox/audio-file-services |
|---|---|---|
| APL-EG-R_00010255 | APL-EG-R_00010258 | https://developer.apple.com/documentation/activitykit/alertconfiguration |
| APL-EG-R_00010259 | APL-EG-R_00010270 | https://developer.apple.com/app-store/product-page/ |
| APL-EG-R_00010271 | APL-EG-R_00010282 | https://developer.apple.com/documentation/audiotoolbox/audio-queue-services |
| APL-EG-R_00010283 | APL-EG-R_00010289 | https://developer.apple.com/app-store/product-page-optimization/ |
| APL-EG-R_00010290 | APL-EG-R_00010292 | https://developer.apple.com/documentation/activitykit/activityuidismissalpolicy |
| APL-EG-R_00010293 | APL-EG-R_00010297 | https://developer.apple.com/documentation/audiotoolbox/audio-services |
| APL-EG-R_00010298 | APL-EG-R_00010301 | https://developer.apple.com/documentation/activitykit/adding-accessible-descriptions-to-widgets-and-live-activities |
| APL-EG-R_00010302 | APL-EG-R_00010306 | https://developer.apple.com/audio/ |
| APL-EG-R_00010307 | APL-EG-R_00010312 | https://developer.apple.com/documentation/audiotoolbox/audio-file-stream-services |
| APL-EG-R_00010313 | APL-EG-R_00010320 | https://developer.apple.com/documentation/AuthenticationServices |
| APL-EG-R_00010321 | APL-EG-R_00010342 | https://developer.apple.com/app-store/subscriptions/#managing-prices-for-existing-subscribers |
| APL-EG-R_00010343 | APL-EG-R_00010348 | https://developer.apple.com/carplay/ |
| APL-EG-R_00010349 | APL-EG-R_00010352 | https://developer.apple.com/documentation/coremotion/cmdyskineticsymptomresult |
| APL-EG-R_00010353 | APL-EG-R_00010356 | https://developer.apple.com/documentation/avfoundation/avcapturevideostabilizationmode |
| APL-EG-R_00010357 | APL-EG-R_00010359 | https://developer.apple.com/documentation/coreml/mlcomputedevice |
| APL-EG-R_00010360 | APL-EG-R_00010363 | https://developer.apple.com/documentation/corehaptics/chhapticeventparameter |
| APL-EG-R_00010364 | APL-EG-R_00010367 | https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager |
| APL-EG-R_00010368 | APL-EG-R_00010370 | https://developer.apple.com/documentation/corehaptics/chhapticengine/currenttime |

| APL-EG-R_00010371 | APL-EG-R_00010373 | https://developer.apple.com/documentation/coreaudiotypes/audiobufferlist |
|---|---|---|
| APL-EG-R_00010374 | APL-EG-R_00010376 | https://developer.apple.com/documentation/coremotion/cmfalldetectionevent |
| APL-EG-R_00010377 | APL-EG-R_00010379 | https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasecustomlinkregions |
| APL-EG-R_00010380 | APL-EG-R_00010386 | https://developer.apple.com/documentation/coreml |
| APL-EG-R_00010387 | APL-EG-R_00010391 | https://developer.apple.com/documentation/corehaptics/chhapticpattern |
| APL-EG-R_00010392 | APL-EG-R_00010394 | https://developer.apple.com/documentation/coremotion/cmambientpressuredata |
| APL-EG-R_00010395 | APL-EG-R_00010399 | https://developer.apple.com/documentation/corehaptics/ |
| APL-EG-R_00010400 | APL-EG-R_00010405 | https://developer.apple.com/documentation/CoreBluetooth |
| APL-EG-R_00010406 | APL-EG-R_00010409 | https://developer.apple.com/documentation/AVFoundation/capturing-cinematic-video |
| APL-EG-R_00010410 | APL-EG-R_00010412 | https://developer.apple.com/documentation/corehaptics/chhapticpattern/exportdictionary() |
| APL-EG-R_00010413 | APL-EG-R_00010415 | https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/devicemotiondatafrequency |
| APL-EG-R_00010416 | APL-EG-R_00010419 | https://developer.apple.com/documentation/CoreMediaIO |
| APL-EG-R_00010420 | APL-EG-R_00010422 | https://developer.apple.com/documentation/corehaptics/chhapticengine/playsaudioonly |
| APL-EG-R_00010423 | APL-EG-R_00010431 | https://developer.apple.com/documentation/carplay/ |
| APL-EG-R_00010432 | APL-EG-R_00010438 | https://developer.apple.com/documentation/avfoundation/capture-setup |
| APL-EG-R_00010439 | APL-EG-R_00010442 | https://developer.apple.com/documentation/coreml/mlbatchprovider |
| APL-EG-R_00010443 | APL-EG-R_00010446 | https://developer.apple.com/documentation/coremotion/cmattitude |
| APL-EG-R_00010447 | APL-EG-R_00010450 | https://developer.apple.com/documentation/corehaptics/chhapticpatternplayer |
| APL-EG-R_00010451 | APL-EG-R_00010453 | https://developer.apple.com/documentation/corelocation/clvisit/arrivaldate |

347

| APL-EG-R_00010454 | APL-EG-R_00010457 | https://developer.apple.com/documentation/coreaudiotypes/audiotimestamp |
|---|---|---|
| APL-EG-R_00010458 | APL-EG-R_00010461 | https://developer.apple.com/documentation/coremotion/cmattitudereferenceframe |
| APL-EG-R_00010462 | APL-EG-R_00010466 | https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselink |
| APL-EG-R_00010467 | APL-EG-R_00010470 | https://developer.apple.com/documentation/corelocation/suspending-authorization-requests |
| APL-EG-R_00010471 | APL-EG-R_00010474 | https://developer.apple.com/documentation/corehaptics/chhapticadvancedpatternplayer |
| APL-EG-R_00010475 | APL-EG-R_00010479 | https://developer.apple.com/documentation/coremotion/cmdevicemotion |
| APL-EG-R_00010480 | APL-EG-R_00010485 | https://developer.apple.com/documentation/corehaptics/preparing-your-app-to-play-haptics/ |
| APL-EG-R_00010486 | APL-EG-R_00010490 | https://developer.apple.com/documentation/coreaudio |
| APL-EG-R_00010491 | APL-EG-R_00010493 | https://developer.apple.com/documentation/coreml/mlcomputedeviceprotocol |
| APL-EG-R_00010494 | APL-EG-R_00010499 | https://developer.apple.com/documentation/AVKit/AVRoutePickerView |
| APL-EG-R_00010500 | APL-EG-R_00010504 | https://developer.apple.com/documentation/corehaptics/chhapticevent |
| APL-EG-R_00010505 | APL-EG-R_00010511 | https://developer.apple.com/documentation/coremotion/ |
| APL-EG-R_00010512 | APL-EG-R_00010516 | https://developer.apple.com/documentation/CoreHaptics/playing-a-custom-haptic-pattern-from-a-file |
| APL-EG-R_00010517 | APL-EG-R_00010519 | https://developer.apple.com/documentation/corebluetooth/cbcentralmanagerrestoredstateperipheralskey |
| APL-EG-R_00010520 | APL-EG-R_00010523 | https://developer.apple.com/documentation/coreml/mlcomputeplan-1w21n |
| APL-EG-R_00010524 | APL-EG-R_00010528 | https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasemultilink |
| APL-EG-R_00010529 | APL-EG-R_00010531 | https://developer.apple.com/documentation/corehaptics/chhapticengine/playshapticsonly |
| APL-EG-R_00010532 | APL-EG-R_00010534 | https://developer.apple.com/documentation/coremotion/cmabsolutealtitudedata |
| APL-EG-R_00010535 | APL-EG-R_00010540 | https://developer.apple.com/documentation/corelocation/requesting-authorization-to-use-location-services |

| APL-EG-R_00010541 | APL-EG-R_00010543 | https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase |
|---|---|---|
| APL-EG-R_00010544 | APL-EG-R_00010549 | https://developer.apple.com/documentation/coreaudiotypes |
| APL-EG-R_00010550 | APL-EG-R_00010555 | https://developer.apple.com/documentation/CoreMedia |
| APL-EG-R_00010556 | APL-EG-R_00010558 | https://developer.apple.com/documentation/corehaptics/chhapticengine/isautoshutdownenabled |
| APL-EG-R_00010559 | APL-EG-R_00010561 | https://developer.apple.com/documentation/coremotion/cmaltitudedata |
| APL-EG-R_00010562 | APL-EG-R_00010564 | https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselinkstreamingregions |
| APL-EG-R_00010565 | APL-EG-R_00010569 | https://developer.apple.com/documentation/corelocation/supporting-live-updates-in-swiftui-and-mac-catalyst-apps |
| APL-EG-R_00010570 | APL-EG-R_00010572 | https://developer.apple.com/documentation/coredata/persistent-history/ |
| APL-EG-R_00010573 | APL-EG-R_00010576 | https://developer.apple.com/documentation/coreml/mlmodelstructure-swift.enum |
| APL-EG-R_00010577 | APL-EG-R_00010579 | https://developer.apple.com/documentation/corehaptics/chhapticengine/ismutedforaudio |
| APL-EG-R_00010580 | APL-EG-R_00010584 | https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs |
| APL-EG-R_00010585 | APL-EG-R_00010587 | https://developer.apple.com/documentation/corebluetooth/cbconnectperipheraloptionenableautoreconnect |
| APL-EG-R_00010588 | APL-EG-R_00010595 | https://developer.apple.com/documentation/CoreImage |
| APL-EG-R_00010596 | APL-EG-R_00010598 | https://developer.apple.com/documentation/corehaptics/chhapticengine/ismutedforhaptics |
| APL-EG-R_00010599 | APL-EG-R_00010602 | https://developer.apple.com/documentation/coreml/mlfeatureprovider |
| APL-EG-R_00010603 | APL-EG-R_00010608 | https://developer.apple.com/documentation/BackgroundAssets |
| APL-EG-R_00010609 | APL-EG-R_00010611 | https://developer.apple.com/documentation/corebluetooth/cbconnectperipheraloptionenabletransportbridgingkey |
| APL-EG-R_00010612 | APL-EG-R_00010615 | https://developer.apple.com/documentation/corehaptics/chhapticevent/parameterid |
| APL-EG-R_00010616 | APL-EG-R_00010619 | https://developer.apple.com/documentation/coreml/mlcomputepolicy |

349

| APL-EG-R_00010620 | APL-EG-R_00010627 | https://developer.apple.com/documentation/corehaptics/representing-haptic-patterns-in-ahap-files |
| APL-EG-R_00010628 | APL-EG-R_00010631 | https://developer.apple.com/documentation/backgroundassets/manageddownloaderextension |
| APL-EG-R_00010632 | APL-EG-R_00010637 | https://developer.apple.com/documentation/coredata/ |
| APL-EG-R_00010638 | APL-EG-R_00010646 | https://developer.apple.com/documentation/coregraphics/quartz-event-services |
| APL-EG-R_00010647 | APL-EG-R_00010654 | https://developer.apple.com/documentation/coreml/mlfeaturevalue |
| APL-EG-R_00010655 | APL-EG-R_00010662 | https://developer.apple.com/documentation/corelocation |
| APL-EG-R_00010663 | APL-EG-R_00010665 | https://developer.apple.com/documentation/coregraphics/cglayer |
| APL-EG-R_00010666 | APL-EG-R_00010671 | https://developer.apple.com/documentation/backgroundassets/configuring-an-unmanaged-background-assets-project |
| APL-EG-R_00010672 | APL-EG-R_00010675 | https://developer.apple.com/documentation/coreml/mlstate |
| APL-EG-R_00010676 | APL-EG-R_00010679 | https://developer.apple.com/documentation/coregraphics/cgshading |
| APL-EG-R_00010680 | APL-EG-R_00010688 | https://developer.apple.com/documentation/corelocation/cllocationmanager |
| APL-EG-R_00010689 | APL-EG-R_00010691 | https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link |
| APL-EG-R_00010692 | APL-EG-R_00010697 | https://developer.apple.com/documentation/coregraphics/cgimage |
| APL-EG-R_00010698 | APL-EG-R_00010701 | https://developer.apple.com/documentation/coreml/mldictionaryfeatureprovider |
| APL-EG-R_00010702 | APL-EG-R_00010706 | https://developer.apple.com/documentation/corehaptics |
| APL-EG-R_00010707 | APL-EG-R_00010710 | https://developer.apple.com/documentation/corelocation/clauthorizationstatus |
| APL-EG-R_00010711 | APL-EG-R_00010713 | https://developer.apple.com/documentation/bundleresources |
| APL-EG-R_00010714 | APL-EG-R_00010717 | https://developer.apple.com/documentation/coregraphics/cggradient |
| APL-EG-R_00010718 | APL-EG-R_00010721 | https://developer.apple.com/documentation/coreml/mlmodelasset |

| APL-EG-R_00010722 | APL-EG-R_00010725 | https://developer.apple.com/documentation/corelocation/claccuracyauthorization |
|---|---|---|
| APL-EG-R_00010726 | APL-EG-R_00010728 | https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link-streaming |
| APL-EG-R_00010729 | APL-EG-R_00010743 | https://developer.apple.com/documentation/coregraphics/quartz-display-services |
| APL-EG-R_00010744 | APL-EG-R_00010748 | https://developer.apple.com/documentation/coregraphics |
| APL-EG-R_00010749 | APL-EG-R_00010751 | https://developer.apple.com/documentation/coreml/mlstateconstraint |
| APL-EG-R_00010752 | APL-EG-R_00010755 | https://developer.apple.com/documentation/corelocation/clmonitor-2r51v |
| APL-EG-R_00010756 | APL-EG-R_00010759 | https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchase |
| APL-EG-R_00010760 | APL-EG-R_00010765 | https://developer.apple.com/documentation/coregraphics/cgpath |
| APL-EG-R_00010766 | APL-EG-R_00010768 | https://developer.apple.com/documentation/coreml/mlneuralenginecomputedevice |
| APL-EG-R_00010769 | APL-EG-R_00010772 | https://developer.apple.com/documentation/coremotion/cmwatersubmersionevent |
| APL-EG-R_00010773 | APL-EG-R_00010775 | https://developer.apple.com/documentation/coremotion/cmfalldetectionevent/resolution |
| APL-EG-R_00010776 | APL-EG-R_00010778 | https://developer.apple.com/documentation/healthkitui |
| APL-EG-R_00010779 | APL-EG-R_00010781 | https://developer.apple.com/documentation/coremotion/cmmagnetometerdata |
| APL-EG-R_00010782 | APL-EG-R_00010784 | https://developer.apple.com/documentation/coremotion/cmrecordedaccelerometerdata |
| APL-EG-R_00010785 | APL-EG-R_00010789 | https://developer.apple.com/documentation/foundationmodels/generationoptions |
| APL-EG-R_00010790 | APL-EG-R_00010796 | https://developer.apple.com/documentation/cryptokit |
| APL-EG-R_00010797 | APL-EG-R_00010803 | https://developer.apple.com/documentation/healthkit/adding-samples-to-a-workout |
| APL-EG-R_00010804 | APL-EG-R_00010807 | https://developer.apple.com/documentation/coremotion/cmmotionactivity |
| APL-EG-R_00010808 | APL-EG-R_00010811 | https://developer.apple.com/documentation/coremotion/cmquaternion |

351

| APL-EG-R_00010812 | APL-EG-R_00010817 | https://developer.apple.com/documentation/DeviceDiscoveryUI |
|---|---|---|
| APL-EG-R_00010818 | APL-EG-R_00010822 | https://developer.apple.com/documentation/foundationmodels/instructions |
| APL-EG-R_00010823 | APL-EG-R_00010830 | https://developer.apple.com/documentation/healthkit/authorizing-access-to-health-data |
| APL-EG-R_00010831 | APL-EG-R_00010837 | https://developer.apple.com/documentation/createml/ |
| APL-EG-R_00010838 | APL-EG-R_00010840 | https://developer.apple.com/documentation/coremotion/cmpedometerdata/floorsascended |
| APL-EG-R_00010841 | APL-EG-R_00010844 | https://developer.apple.com/documentation/coremotion/cmtremorresult |
| APL-EG-R_00010845 | APL-EG-R_00010849 | https://developer.apple.com/documentation/healthkit/saving-data-to-healthkit |
| APL-EG-R_00010850 | APL-EG-R_00010854 | https://developer.apple.com/documentation/foundationmodels/tool |
| APL-EG-R_00010855 | APL-EG-R_00010862 | https://developer.apple.com/documentation/Foundation/increasing-app-usage-with-suggestions-based-on-user-activities |
| APL-EG-R_00010863 | APL-EG-R_00010866 | https://developer.apple.com/documentation/createml/mlcreateerror |
| APL-EG-R_00010867 | APL-EG-R_00010870 | https://developer.apple.com/documentation/coremotion/cmhighfrequencyheartratedata |
| APL-EG-R_00010871 | APL-EG-R_00010873 | https://developer.apple.com/documentation/coremotion/cmrecordedrotationratedata |
| APL-EG-R_00010874 | APL-EG-R_00010876 | https://developer.apple.com/documentation/healthkit/hkactivitysummary/activitymovemode |
| APL-EG-R_00010877 | APL-EG-R_00010879 | https://developer.apple.com/documentation/foundationmodels/systemlanguagemodel/usecase |
| APL-EG-R_00010880 | APL-EG-R_00010888 | https://developer.apple.com/documentation/devicecheck/validating-apps-that-connect-to-your-server |
| APL-EG-R_00010889 | APL-EG-R_00010893 | https://developer.apple.com/documentation/devicecheck/dcappattestservice |
| APL-EG-R_00010894 | APL-EG-R_00010897 | https://developer.apple.com/documentation/coremotion/cmmotionactivitymanager |
| APL-EG-R_00010898 | APL-EG-R_00010901 | https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement |
| APL-EG-R_00010902 | APL-EG-R_00010906 | https://developer.apple.com/documentation/healthkit/reading-data-from-healthkit |

352

| APL-EG-R_00010907 | APL-EG-R_00010913 | https://developer.apple.com/documentation/foundationmodels/transcript |
|---|---|---|
| APL-EG-R_00010914 | APL-EG-R_00010921 | https://developer.apple.com/documentation/createml/mldatatable |
| APL-EG-R_00010922 | APL-EG-R_00010924 | https://developer.apple.com/documentation/coremotion/cmrotationmatrix |
| APL-EG-R_00010925 | APL-EG-R_00010930 | https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings |
| APL-EG-R_00010931 | APL-EG-R_00010939 | https://developer.apple.com/documentation/FoundationModels |
| APL-EG-R_00010940 | APL-EG-R_00010944 | https://developer.apple.com/documentation/coremotion/cmheadphonemotionmanager |
| APL-EG-R_00010945 | APL-EG-R_00010948 | https://developer.apple.com/documentation/cryptokit/secureenclave |
| APL-EG-R_00010949 | APL-EG-R_00010953 | https://developer.apple.com/documentation/foundationmodels/systemlanguagemodel |
| APL-EG-R_00010954 | APL-EG-R_00010958 | https://developer.apple.com/documentation/coremotion/cmsensorrecorder |
| APL-EG-R_00010959 | APL-EG-R_00010965 | https://developer.apple.com/documentation/healthkit/samples |
| APL-EG-R_00010966 | APL-EG-R_00010968 | https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentpace |
| APL-EG-R_00010969 | APL-EG-R_00010972 | https://developer.apple.com/documentation/externalpurchaseserverapi/reportwithouttransactions |
| APL-EG-R_00010973 | APL-EG-R_00010976 | https://developer.apple.com/documentation/coremotion/cmwatertemperature |
| APL-EG-R_00010977 | APL-EG-R_00010980 | https://developer.apple.com/documentation/foundationmodels/languagemodelfeedback |
| APL-EG-R_00010981 | APL-EG-R_00010985 | https://developer.apple.com/documentation/createml/mlstyletransfer |
| APL-EG-R_00010986 | APL-EG-R_00010991 | https://developer.apple.com/documentation/gamekit/gkachievement |
| APL-EG-R_00010992 | APL-EG-R_00010994 | https://developer.apple.com/documentation/coremotion/cmhighfrequencyheartratedata/heartrate |
| APL-EG-R_00010995 | APL-EG-R_00011000 | https://developer.apple.com/documentation/corespotlight/cssearchableindex |
| APL-EG-R_00011001 | APL-EG-R_00011005 | https://developer.apple.com/documentation/devicediscoveryextension |

| APL-EG-R_00011006 | APL-EG-R_00011008 | https://developer.apple.com/documentation/createml/mlsplitstrategy |
|---|---|---|
| APL-EG-R_00011009 | APL-EG-R_00011018 | https://developer.apple.com/documentation/foundationmodels/languagemodelsession |
| APL-EG-R_00011019 | APL-EG-R_00011022 | https://developer.apple.com/documentation/coremotion/cmheadphoneactivitymanager |
| APL-EG-R_00011023 | APL-EG-R_00011030 | https://developer.apple.com/documentation/healthkit/hkhealthstore |
| APL-EG-R_00011031 | APL-EG-R_00011036 | https://developer.apple.com/documentation/coremotion/getting-movement-disorder-symptom-data |
| APL-EG-R_00011037 | APL-EG-R_00011040 | https://developer.apple.com/documentation/devicecheck |
| APL-EG-R_00011041 | APL-EG-R_00011043 | https://developer.apple.com/documentation/DockKit |
| APL-EG-R_00011044 | APL-EG-R_00011046 | https://developer.apple.com/documentation/coremotion/cmpedometerdata/numberofsteps |
| APL-EG-R_00011047 | APL-EG-R_00011054 | https://developer.apple.com/documentation/gamekit |
| APL-EG-R_00011055 | APL-EG-R_00011062 | https://developer.apple.com/documentation/gamekit/finding-multiple-players-for-a-game |
| APL-EG-R_00011063 | APL-EG-R_00011068 | https://developer.apple.com/documentation/coremotion/getting-raw-accelerometer-events |
| APL-EG-R_00011069 | APL-EG-R_00011071 | https://developer.apple.com/documentation/createml/mltrainingsessionparameters |
| APL-EG-R_00011072 | APL-EG-R_00011074 | https://developer.apple.com/documentation/coremotion/cmmotionactivity/cycling |
| APL-EG-R_00011075 | APL-EG-R_00011084 | https://developer.apple.com/documentation/gamekit/creating-turn-based-games |
| APL-EG-R_00011085 | APL-EG-R_00011091 | https://developer.apple.com/documentation/gamekit/gklocalplayer |
| APL-EG-R_00011092 | APL-EG-R_00011097 | https://developer.apple.com/documentation/corespotlight/ |
| APL-EG-R_00011098 | APL-EG-R_00011101 | https://developer.apple.com/documentation/coremotion/cmpedometerevent |
| APL-EG-R_00011102 | APL-EG-R_00011105 | https://developer.apple.com/documentation/createml/mlmodelmetadata |
| APL-EG-R_00011106 | APL-EG-R_00011111 | https://developer.apple.com/documentation/gamekit/gkmatchmakerviewcontroller |

354

| | | |
|---|---|---|
| APL-EG-R_00011112 | APL-EG-R_00011145 | https://developer.apple.com/documentation/devicemanagement/restrictions |
| APL-EG-R_00011146 | APL-EG-R_00011153 | https://developer.apple.com/documentation/gamekit/creating-activities-for-your-game |
| APL-EG-R_00011154 | APL-EG-R_00011157 | https://developer.apple.com/documentation/corevideo |
| APL-EG-R_00011158 | APL-EG-R_00011160 | https://developer.apple.com/documentation/coremotion/cmgyrodata |
| APL-EG-R_00011161 | APL-EG-R_00011164 | https://developer.apple.com/documentation/corevideo/cvmetaltexturecache-q3j |
| APL-EG-R_00011165 | APL-EG-R_00011170 | https://developer.apple.com/documentation/gamekit/rewarding-players-with-achievements |
| APL-EG-R_00011171 | APL-EG-R_00011173 | https://developer.apple.com/documentation/corespotlight/cssearchableitemattributeset/ispriority |
| APL-EG-R_00011174 | APL-EG-R_00011177 | https://developer.apple.com/documentation/externalpurchaseserverapi/reportcorrections |
| APL-EG-R_00011178 | APL-EG-R_00011184 | https://developer.apple.com/documentation/gamekit/creating-engaging-challenges-from-leaderboards |
| APL-EG-R_00011185 | APL-EG-R_00011189 | https://developer.apple.com/documentation/coremotion/cmodometerdata |
| APL-EG-R_00011190 | APL-EG-R_00011194 | https://developer.apple.com/documentation/healthkit |
| APL-EG-R_00011195 | APL-EG-R_00011198 | https://developer.apple.com/documentation/CoreText |
| APL-EG-R_00011199 | APL-EG-R_00011205 | https://developer.apple.com/documentation/devicecheck/establishing-your-app-s-integrity |
| APL-EG-R_00011206 | APL-EG-R_00011209 | https://developer.apple.com/documentation/coremotion/cmpedometerdata |
| APL-EG-R_00011210 | APL-EG-R_00011215 | https://developer.apple.com/documentation/gamekit/displaying-the-game-center-dashboard |
| APL-EG-R_00011216 | APL-EG-R_00011224 | https://developer.apple.com/documentation/foundation/nsuseractivity |
| APL-EG-R_00011225 | APL-EG-R_00011228 | https://developer.apple.com/documentation/GSS |
| APL-EG-R_00011229 | APL-EG-R_00011231 | https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentcadence |
| APL-EG-R_00011232 | APL-EG-R_00011238 | https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e |

355

| APL-EG-R_00011239 | APL-EG-R_00011246 | https://developer.apple.com/documentation/gamekit/encourage-progress-and-competition-with-leaderboards |
|---|---|---|
| APL-EG-R_00011247 | APL-EG-R_00011252 | https://developer.apple.com/documentation/ExternalPurchaseServerAPI |
| APL-EG-R_00011253 | APL-EG-R_00011255 | https://developer.apple.com/documentation/corevideo/cvtime-q1e |
| APL-EG-R_00011256 | APL-EG-R_00011261 | https://developer.apple.com/documentation/GameKit/adding-an-access-point-to-your-game |
| APL-EG-R_00011262 | APL-EG-R_00011266 | https://developer.apple.com/documentation/externalpurchaseserverapi/externalpurchasereport |
| APL-EG-R_00011267 | APL-EG-R_00011270 | https://developer.apple.com/documentation/corevideo/cvpixelbufferpool-77o |
| APL-EG-R_00011271 | APL-EG-R_00011276 | https://developer.apple.com/documentation/gamekit/connecting-players-with-their-friends-in-your-game |
| APL-EG-R_00011277 | APL-EG-R_00011280 | https://developer.apple.com/documentation/externalpurchaseserverapi/send-external-purchase-report |
| APL-EG-R_00011281 | APL-EG-R_00011284 | https://developer.apple.com/documentation/externalpurchaseserverapi/retrieve-external-purchase-report |
| APL-EG-R_00011285 | APL-EG-R_00011287 | https://developer.apple.com/documentation/externalpurchaseserverapi/sendreporterrorresponse |
| APL-EG-R_00011288 | APL-EG-R_00011290 | https://developer.apple.com/documentation/externalpurchaseserverapi/sendreportsuccessresponse |
| APL-EG-R_00011291 | APL-EG-R_00011296 | https://developer.apple.com/documentation/FinanceKit |
| APL-EG-R_00011297 | APL-EG-R_00011301 | https://developer.apple.com/documentation/homekit/ |
| APL-EG-R_00011302 | APL-EG-R_00011312 | https://developer.apple.com/documentation/metalperformanceshaders |
| APL-EG-R_00011313 | APL-EG-R_00011319 | https://developer.apple.com/documentation/realitykit/portalcomponent |
| APL-EG-R_00011320 | APL-EG-R_00011326 | https://developer.apple.com/documentation/homekit/hmaccessory |
| APL-EG-R_00011327 | APL-EG-R_00011336 | https://developer.apple.com/documentation/metal/understanding-the-metal-4-core-api |
| APL-EG-R_00011337 | APL-EG-R_00011340 | https://developer.apple.com/documentation/ImagePlayground |
| APL-EG-R_00011341 | APL-EG-R_00011344 | https://developer.apple.com/documentation/realitykit/realitykit-object-capture/ |

| APL-EG-R_00011345 | APL-EG-R_00011347 | https://developer.apple.com/documentation/metal/mtldevice/makedynamiclibrary%28library%3A%29 |
|---|---|---|
| APL-EG-R_00011348 | APL-EG-R_00011351 | https://developer.apple.com/documentation/metal/mtl4machinelearningcommandencoder |
| APL-EG-R_00011352 | APL-EG-R_00011357 | https://developer.apple.com/documentation/Intents/INInteraction |
| APL-EG-R_00011358 | APL-EG-R_00011360 | https://developer.apple.com/documentation/homekit/hmhomemanager/authorizationstatus |
| APL-EG-R_00011361 | APL-EG-R_00011364 | https://developer.apple.com/documentation/metalfx |
| APL-EG-R_00011365 | APL-EG-R_00011371 | https://developer.apple.com/documentation/realitykit/charactercontrollercomponent |
| APL-EG-R_00011372 | APL-EG-R_00011374 | https://developer.apple.com/documentation/homekit/hmhome/triggers |
| APL-EG-R_00011375 | APL-EG-R_00011379 | https://developer.apple.com/documentation/metal/mesh-and-object-shader-resource-preparation-commands |
| APL-EG-R_00011380 | APL-EG-R_00011383 | https://developer.apple.com/documentation/intents/invoiceshortcut |
| APL-EG-R_00011384 | APL-EG-R_00011387 | https://developer.apple.com/documentation/metal/mtldevice/supportsshaderbarycentriccoordinates |
| APL-EG-R_00011388 | APL-EG-R_00011392 | https://developer.apple.com/documentation/roomplan/ |
| APL-EG-R_00011393 | APL-EG-R_00011395 | https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel |
| APL-EG-R_00011396 | APL-EG-R_00011399 | https://developer.apple.com/documentation/Intents/INParameter |
| APL-EG-R_00011400 | APL-EG-R_00011409 | https://developer.apple.com/documentation/metal/mtlcomputecommandencoder |
| APL-EG-R_00011410 | APL-EG-R_00011413 | https://developer.apple.com/documentation/ReplayKit |
| APL-EG-R_00011414 | APL-EG-R_00011422 | https://developer.apple.com/documentation/ModelIO |
| APL-EG-R_00011423 | APL-EG-R_00011430 | https://developer.apple.com/documentation/homekit/configuring-a-home-automation-device |
| APL-EG-R_00011431 | APL-EG-R_00011435 | https://developer.apple.com/documentation/intents/inshortcutreference |
| APL-EG-R_00011436 | APL-EG-R_00011440 | https://developer.apple.com/documentation/metal/mtlcommandencoder |

| APL-EG-R_00011441 | APL-EG-R_00011444 | https://developer.apple.com/documentation/NaturalLanguage |
|---|---|---|
| APL-EG-R_00011445 | APL-EG-R_00011448 | https://developer.apple.com/documentation/metal/mtldynamiclibrary |
| APL-EG-R_00011449 | APL-EG-R_00011454 | https://developer.apple.com/documentation/realitykit/game-development-entity-animations |
| APL-EG-R_00011455 | APL-EG-R_00011459 | https://developer.apple.com/documentation/intents/invoiceshortcutcenter |
| APL-EG-R_00011460 | APL-EG-R_00011464 | https://developer.apple.com/documentation/metal/indirect-command-encoding |
| APL-EG-R_00011465 | APL-EG-R_00011468 | https://developer.apple.com/documentation/metal/mtlindirectcommandbuffer |
| APL-EG-R_00011469 | APL-EG-R_00011473 | https://developer.apple.com/documentation/relevancekit |
| APL-EG-R_00011474 | APL-EG-R_00011478 | https://developer.apple.com/documentation/naturallanguage/nlcontextualembedding |
| APL-EG-R_00011479 | APL-EG-R_00011481 | https://developer.apple.com/documentation/imageplayground/imageplaygroundconcept |
| APL-EG-R_00011482 | APL-EG-R_00011484 | https://developer.apple.com/documentation/realitykit/pixelcasthit |
| APL-EG-R_00011485 | APL-EG-R_00011488 | https://developer.apple.com/documentation/intents/invocabularystringtype |
| APL-EG-R_00011489 | APL-EG-R_00011491 | https://developer.apple.com/documentation/metal/mtlcomputepipelinedescriptor/binaryarchives |
| APL-EG-R_00011492 | APL-EG-R_00011499 | https://developer.apple.com/documentation/metal/mtltexture |
| APL-EG-R_00011500 | APL-EG-R_00011505 | https://developer.apple.com/documentation/MultipeerConnectivity |
| APL-EG-R_00011506 | APL-EG-R_00011513 | https://developer.apple.com/documentation/homekit/hmhome |
| APL-EG-R_00011514 | APL-EG-R_00011519 | https://developer.apple.com/documentation/realitykit/realityview |
| APL-EG-R_00011520 | APL-EG-R_00011523 | https://developer.apple.com/documentation/intents/inshortcutreference?changes=l_8_4&language=objc |
| APL-EG-R_00011524 | APL-EG-R_00011526 | https://developer.apple.com/documentation/metal/mtlstoragemode/memoryless |
| APL-EG-R_00011527 | APL-EG-R_00011529 | https://developer.apple.com/documentation/http-live-streaming/using-apple-s-http-live-streaming-hls-tools |

358

| APL-EG-R_00011530 | APL-EG-R_00011535 | https://developer.apple.com/documentation/metal/machine-learning-passes |
|---|---|---|
| APL-EG-R_00011536 | APL-EG-R_00011540 | https://developer.apple.com/documentation/realitykit/videomaterial |
| APL-EG-R_00011541 | APL-EG-R_00011543 | https://developer.apple.com/documentation/metal/mtlrendercommandencoder/setvertexamplificationcount%28_%3Aviewmappings%3A%29 |
| APL-EG-R_00011544 | APL-EG-R_00011547 | https://developer.apple.com/documentation/Intents/INVocabulary |
| APL-EG-R_00011548 | APL-EG-R_00011552 | https://developer.apple.com/documentation/homekit/hmhomedelegate |
| APL-EG-R_00011553 | APL-EG-R_00011558 | https://developer.apple.com/documentation/multipeerconnectivity/ |
| APL-EG-R_00011559 | APL-EG-R_00011565 | https://developer.apple.com/documentation/roomplan/scanning-the-rooms-of-a-single-structure |
| APL-EG-R_00011566 | APL-EG-R_00011572 | https://developer.apple.com/documentation/metal/metal-sample-code-library |
| APL-EG-R_00011573 | APL-EG-R_00011577 | https://developer.apple.com/documentation/intentsui/inuihostedviewcontrolling |
| APL-EG-R_00011578 | APL-EG-R_00011588 | https://developer.apple.com/documentation/metal/mtlrendercommandencoder |
| APL-EG-R_00011589 | APL-EG-R_00011592 | https://developer.apple.com/documentation/imageplayground/imageplaygroundstyle |
| APL-EG-R_00011593 | APL-EG-R_00011596 | https://developer.apple.com/documentation/metal/mtlbinaryarchive |
| APL-EG-R_00011597 | APL-EG-R_00011603 | https://developer.apple.com/documentation/realitykit |
| APL-EG-R_00011604 | APL-EG-R_00011610 | https://developer.apple.com/documentation/naturallanguage/nllanguage |
| APL-EG-R_00011611 | APL-EG-R_00011613 | https://developer.apple.com/documentation/intentsui |
| APL-EG-R_00011614 | APL-EG-R_00011619 | https://developer.apple.com/documentation/homekit/testing-your-app-with-the-homekit-accessory-simulator |
| APL-EG-R_00011620 | APL-EG-R_00011634 | https://developer.apple.com/documentation/Metal/rendering-a-scene-with-deferred-lighting-in-objective-c |
| APL-EG-R_00011635 | APL-EG-R_00011638 | https://developer.apple.com/documentation/metal/managing-sparse-texture-memory |
| APL-EG-R_00011639 | APL-EG-R_00011642 | https://developer.apple.com/documentation/naturallanguage/nlcontextualembeddingkey |

| APL-EG-R_00011643 | APL-EG-R_00011650 | https://developer.apple.com/documentation/passkit/wallet |
|---|---|---|
| APL-EG-R_00011651 | APL-EG-R_00011654 | https://developer.apple.com/documentation/intents/inintentdonationmetadata |
| APL-EG-R_00011655 | APL-EG-R_00011658 | https://developer.apple.com/documentation/intentsui/inuihostedviewsiriproviding |
| APL-EG-R_00011659 | APL-EG-R_00011662 | https://developer.apple.com/documentation/metal/rendering-at-different-rasterization-rates |
| APL-EG-R_00011663 | APL-EG-R_00011667 | https://developer.apple.com/documentation/realitykit/animationplaybackcontroller |
| APL-EG-R_00011668 | APL-EG-R_00011672 | https://developer.apple.com/documentation/naturallanguage/nlmodel |
| APL-EG-R_00011673 | APL-EG-R_00011676 | https://developer.apple.com/documentation/metal/mtlargumentbufferstier |
| APL-EG-R_00011677 | APL-EG-R_00011681 | https://developer.apple.com/documentation/localauthentication |
| APL-EG-R_00011682 | APL-EG-R_00011687 | https://developer.apple.com/documentation/intents/inintent |
| APL-EG-R_00011688 | APL-EG-R_00011691 | https://developer.apple.com/documentation/metal/scaling-variable-rasterization-rate-content |
| APL-EG-R_00011692 | APL-EG-R_00011696 | https://developer.apple.com/documentation/realitykit/audioplaybackcontroller |
| APL-EG-R_00011697 | APL-EG-R_00011702 | https://developer.apple.com/documentation/naturallanguage/nltagger |
| APL-EG-R_00011703 | APL-EG-R_00011712 | https://developer.apple.com/documentation/metal/mtlblitcommandencoder |
| APL-EG-R_00011713 | APL-EG-R_00011715 | https://developer.apple.com/documentation/intentsui/inuiinteractivebehavior |
| APL-EG-R_00011716 | APL-EG-R_00011720 | https://developer.apple.com/documentation/intents/inintentresponse |
| APL-EG-R_00011721 | APL-EG-R_00011724 | https://developer.apple.com/documentation/PhotoKit |
| APL-EG-R_00011725 | APL-EG-R_00011727 | https://developer.apple.com/documentation/Metal/rendering-reflections-in-real-time-using-ray-tracing |
| APL-EG-R_00011728 | APL-EG-R_00011731 | https://developer.apple.com/documentation/passkit |
| APL-EG-R_00011732 | APL-EG-R_00011735 | https://developer.apple.com/documentation/metal/blit-passes |

| APL-EG-R_00011736 | APL-EG-R_00011738 | https://developer.apple.com/documentation/intentsui/inuihostedviewcontext |
|---|---|---|
| APL-EG-R_00011739 | APL-EG-R_00011747 | https://developer.apple.com/documentation/metal/tailor-your-apps-for-apple-gpus-and-tile-based-deferred-rendering |
| APL-EG-R_00011748 | APL-EG-R_00011753 | https://developer.apple.com/documentation/naturallanguage/nlembedding |
| APL-EG-R_00011754 | APL-EG-R_00011760 | https://developer.apple.com/documentation/metal/improving-cpu-performance-by-using-argument-buffers |
| APL-EG-R_00011761 | APL-EG-R_00011770 | https://developer.apple.com/documentation/ios-ipados-release-notes/ios-16-release-notes |
| APL-EG-R_00011771 | APL-EG-R_00011774 | https://developer.apple.com/documentation/naturallanguage/nllanguagerecognizer |
| APL-EG-R_00011775 | APL-EG-R_00011784 | https://developer.apple.com/documentation/metal/improving-rendering-performance-with-vertex-amplification |
| APL-EG-R_00011785 | APL-EG-R_00011787 | https://developer.apple.com/documentation/LockedCameraCapture |
| APL-EG-R_00011788 | APL-EG-R_00011792 | https://developer.apple.com/documentation/naturallanguage/nlscript |
| APL-EG-R_00011793 | APL-EG-R_00011796 | https://developer.apple.com/documentation/metal/adjusting-the-level-of-detail-using-metal-mesh-shaders |
| APL-EG-R_00011797 | APL-EG-R_00011804 | https://developer.apple.com/documentation/metal |
| APL-EG-R_00011805 | APL-EG-R_00011808 | https://developer.apple.com/documentation/naturallanguage/nltokenizer |
| APL-EG-R_00011809 | APL-EG-R_00011811 | https://developer.apple.com/documentation/security/keychain-services |
| APL-EG-R_00011812 | APL-EG-R_00011815 | https://developer.apple.com/documentation/storekit/externalpurchaselink |
| APL-EG-R_00011816 | APL-EG-R_00011821 | https://developer.apple.com/documentation/uikit/uitouch |
| APL-EG-R_00011822 | APL-EG-R_00011826 | https://developer.apple.com/documentation/SiriKit/workouts |
| APL-EG-R_00011827 | APL-EG-R_00011833 | https://developer.apple.com/documentation/WidgetKit |
| APL-EG-R_00011834 | APL-EG-R_00011839 | https://developer.apple.com/documentation/SiriKit/payments |
| APL-EG-R_00011840 | APL-EG-R_00011846 | https://developer.apple.com/documentation/security |

| APL-EG-R_00011847 | APL-EG-R_00011853 | https://developer.apple.com/documentation/storekit/receiving-and-decoding-external-purchase-tokens |
|---|---|---|
| APL-EG-R_00011854 | APL-EG-R_00011862 | https://developer.apple.com/documentation/uikit/views-and-controls |
| APL-EG-R_00011863 | APL-EG-R_00011866 | https://developer.apple.com/documentation/walletpasses/showing-a-pass-on-the-lock-screen |
| APL-EG-R_00011867 | APL-EG-R_00011871 | https://developer.apple.com/documentation/SiriKit/car-commands |
| APL-EG-R_00011872 | APL-EG-R_00011876 | https://developer.apple.com/documentation/SiriKit/offering-actions-in-the-shortcuts-app |
| APL-EG-R_00011877 | APL-EG-R_00011881 | https://developer.apple.com/documentation/walletpasses/supporting-semantic-tags-in-wallet-passes |
| APL-EG-R_00011882 | APL-EG-R_00011885 | https://developer.apple.com/documentation/storekit/handling-refund-notifications |
| APL-EG-R_00011886 | APL-EG-R_00011889 | https://developer.apple.com/documentation/swiftui/widgetbundle |
| APL-EG-R_00011890 | APL-EG-R_00011895 | https://developer.apple.com/documentation/uikit/touches-presses-and-gestures |
| APL-EG-R_00011896 | APL-EG-R_00011899 | https://developer.apple.com/documentation/sensitivecontentanalysis |
| APL-EG-R_00011900 | APL-EG-R_00011902 | https://developer.apple.com/documentation/walletpasses/pass/storecard-data.dictionary |
| APL-EG-R_00011903 | APL-EG-R_00011905 | https://developer.apple.com/documentation/storekit/storedownloaderextension |
| APL-EG-R_00011906 | APL-EG-R_00011911 | https://developer.apple.com/documentation/SiriKit/voip-calling |
| APL-EG-R_00011912 | APL-EG-R_00011916 | https://developer.apple.com/documentation/uikit/protecting-the-user-s-privacy |
| APL-EG-R_00011917 | APL-EG-R_00011932 | https://developer.apple.com/documentation/uikit/uicollectionview |
| APL-EG-R_00011933 | APL-EG-R_00011938 | https://developer.apple.com/documentation/SiriKit/lists-and-notes |
| APL-EG-R_00011939 | APL-EG-R_00011941 | https://developer.apple.com/documentation/walletpasses/semantictagtype/location-data.dictionary |
| APL-EG-R_00011942 | APL-EG-R_00011944 | https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token |
| APL-EG-R_00011945 | APL-EG-R_00011949 | https://developer.apple.com/documentation/SiriKit/siri-event-suggestions |

362

| APL-EG-R_00011950 | APL-EG-R_00011953 | https://developer.apple.com/documentation/security/protecting-user-data-with-app-sandbox |
|---|---|---|
| APL-EG-R_00011954 | APL-EG-R_00011961 | https://developer.apple.com/documentation/SwiftUI |
| APL-EG-R_00011962 | APL-EG-R_00011965 | https://developer.apple.com/documentation/uikit/uistoryboard |
| APL-EG-R_00011966 | APL-EG-R_00011968 | https://developer.apple.com/documentation/walletpasses/semantictagtype/currencyamount-data.dictionary |
| APL-EG-R_00011969 | APL-EG-R_00011972 | https://developer.apple.com/documentation/storekit/storefront |
| APL-EG-R_00011973 | APL-EG-R_00011977 | https://developer.apple.com/documentation/sirikit/resolution-results |
| APL-EG-R_00011978 | APL-EG-R_00011982 | https://developer.apple.com/documentation/uikit/uitapgesturerecognizer |
| APL-EG-R_00011983 | APL-EG-R_00011987 | https://developer.apple.com/documentation/walletpasses/upcomingpassinformationentry |
| APL-EG-R_00011988 | APL-EG-R_00011995 | https://developer.apple.com/documentation/sirikit/adding-user-interactivity-with-siri-shortcuts-and-the-shortcuts-app |
| APL-EG-R_00011996 | APL-EG-R_00012000 | https://developer.apple.com/documentation/SwiftUI/Accessibility-fundamentals |
| APL-EG-R_00012001 | APL-EG-R_00012003 | https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticeresult |
| APL-EG-R_00012004 | APL-EG-R_00012009 | https://developer.apple.com/documentation/sirikit/registering-custom-vocabulary-with-sirikit |
| APL-EG-R_00012010 | APL-EG-R_00012016 | https://developer.apple.com/documentation/SiriKit/creating-an-intents-app-extension |
| APL-EG-R_00012017 | APL-EG-R_00012019 | https://developer.apple.com/documentation/walletpasses/semantictagtype/eventdateinfo-data.dictionary |
| APL-EG-R_00012020 | APL-EG-R_00012030 | https://developer.apple.com/documentation/uikit/uiscrollview |
| APL-EG-R_00012031 | APL-EG-R_00012034 | https://developer.apple.com/documentation/storekit/testing-transactions-that-use-custom-link-tokens |
| APL-EG-R_00012035 | APL-EG-R_00012042 | https://developer.apple.com/documentation/storekit/externalpurchasecustomlink |
| APL-EG-R_00012043 | APL-EG-R_00012045 | https://developer.apple.com/documentation/SiriKit/shortcut-related-ui |
| APL-EG-R_00012046 | APL-EG-R_00012048 | https://developer.apple.com/documentation/walletpasses/personalize |

363

| APL-EG-R_00012049 | APL-EG-R_00012054 | https://developer.apple.com/documentation/sirikit/ |
|---|---|---|
| APL-EG-R_00012055 | APL-EG-R_00012058 | https://developer.apple.com/documentation/Vision/selecting-a-selfie-based-on-capture-quality |
| APL-EG-R_00012059 | APL-EG-R_00012062 | https://developer.apple.com/documentation/storekit/persisting-a-purchase |
| APL-EG-R_00012063 | APL-EG-R_00012067 | https://developer.apple.com/documentation/swiftui/tables |
| APL-EG-R_00012068 | APL-EG-R_00012073 | https://developer.apple.com/documentation/storekit/apptransaction |
| APL-EG-R_00012074 | APL-EG-R_00012079 | https://developer.apple.com/documentation/walletpasses/creating-the-source-for-a-pass |
| APL-EG-R_00012080 | APL-EG-R_00012082 | https://developer.apple.com/documentation/sensitivecontentanalysis/scsensitivityanalysispolicy/descriptiveinterventions |
| APL-EG-R_00012083 | APL-EG-R_00012093 | https://developer.apple.com/documentation/walletpasses/creating-an-event-pass-using-semantic-tags |
| APL-EG-R_00012094 | APL-EG-R_00012096 | https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticetype |
| APL-EG-R_00012097 | APL-EG-R_00012105 | https://developer.apple.com/documentation/storekit/transaction |
| APL-EG-R_00012106 | APL-EG-R_00012110 | https://developer.apple.com/documentation/spritekit/skrenderer |
| APL-EG-R_00012111 | APL-EG-R_00012114 | https://developer.apple.com/documentation/widgetkit/accessing-location-information-in-widgets |
| APL-EG-R_00012115 | APL-EG-R_00012122 | https://developer.apple.com/documentation/SiriKit/improving-siri-media-interactions-and-app-selection |
| APL-EG-R_00012123 | APL-EG-R_00012127 | https://developer.apple.com/documentation/VisionKit |
| APL-EG-R_00012128 | APL-EG-R_00012131 | https://developer.apple.com/documentation/storekit/choosing-a-receipt-validation-technique |
| APL-EG-R_00012132 | APL-EG-R_00012137 | https://developer.apple.com/documentation/uikit/getting-the-user-s-attention-with-alerts-and-action-sheets |
| APL-EG-R_00012138 | APL-EG-R_00012141 | https://developer.apple.com/documentation/walletpasses/distributing-and-updating-a-pass |
| APL-EG-R_00012142 | APL-EG-R_00012147 | https://developer.apple.com/documentation/StoreKit |
| APL-EG-R_00012148 | APL-EG-R_00012150 | https://developer.apple.com/documentation/storekit/external-link-account |

364

| APL-EG-R_00012151 | APL-EG-R_00012157 | https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit |
|---|---|---|
| APL-EG-R_00012158 | APL-EG-R_00012165 | https://developer.apple.com/documentation/Updates/UIKit |
| APL-EG-R_00012166 | APL-EG-R_00012168 | https://developer.apple.com/documentation/walletpasses/semantictagtype/wifinetwork-data.dictionary |
| APL-EG-R_00012169 | APL-EG-R_00012174 | https://developer.apple.com/documentation/uikit/handling-uikit-gestures |
| APL-EG-R_00012175 | APL-EG-R_00012181 | https://developer.apple.com/documentation/spritekit/skview |
| APL-EG-R_00012182 | APL-EG-R_00012184 | https://developer.apple.com/documentation/SiriKit/creating-an-intents-ui-extension |
| APL-EG-R_00012185 | APL-EG-R_00012187 | https://developer.apple.com/documentation/storekit/apptransaction/shared |
| APL-EG-R_00012188 | APL-EG-R_00012196 | https://developer.apple.com/documentation/Vision |
| APL-EG-R_00012197 | APL-EG-R_00012203 | https://developer.apple.com/documentation/SpriteKit |
| APL-EG-R_00012204 | APL-EG-R_00012211 | https://developer.apple.com/documentation/storekit/external-purchase |
| APL-EG-R_00012212 | APL-EG-R_00012217 | https://developer.apple.com/documentation/storekit/verificationresult |
| APL-EG-R_00012218 | APL-EG-R_00012221 | https://developer.apple.com/documentation/sirikit/intent-handling-infrastructure |
| APL-EG-R_00012222 | APL-EG-R_00012225 | https://developer.apple.com/documentation/VisualIntelligence |
| APL-EG-R_00012226 | APL-EG-R_00012228 | https://developer.apple.com/documentation/walletpasses/semantictagtype/personnamecomponents-data.dictionary |
| APL-EG-R_00012229 | APL-EG-R_00012232 | https://developer.apple.com/documentation/spritekit/getting-started-with-actions |
| APL-EG-R_00012233 | APL-EG-R_00012236 | https://developer.apple.com/documentation/sirikit/common-data-types |
| APL-EG-R_00012237 | APL-EG-R_00012242 | https://developer.apple.com/documentation/uikit/keyboards-and-input |
| APL-EG-R_00012243 | APL-EG-R_00012248 | https://developer.apple.com/documentation/walletpasses/building-a-pass |
| APL-EG-R_00012249 | APL-EG-R_00012259 | https://developer.apple.com/documentation/walletpasses/pass |

| APL-EG-R_00012260 | APL-EG-R_00012267 | https://developer.apple.com/documentation/spritekit/controlling-user-interaction-on-nodes |
|---|---|---|
| APL-EG-R_00012268 | APL-EG-R_00012273 | https://developer.apple.com/documentation/SiriKit/media |
| APL-EG-R_00012274 | APL-EG-R_00012278 | https://developer.apple.com/documentation/swift-playgrounds/console-print-debugging |
| APL-EG-R_00012279 | APL-EG-R_00012282 | https://developer.apple.com/documentation/visualintelligence/semanticcontent descriptor |
| APL-EG-R_00012283 | APL-EG-R_00012286 | https://developer.apple.com/documentation/spritekit/getting-started-with-physics |
| APL-EG-R_00012287 | APL-EG-R_00012292 | https://developer.apple.com/documentation/SiriKit/messaging |
| APL-EG-R_00012293 | APL-EG-R_00012296 | https://developer.apple.com/documentation/uikit/animation-and-haptics |
| APL-EG-R_00012297 | APL-EG-R_00012302 | https://developer.apple.com/documentation/walletpasses |
| APL-EG-R_00012303 | APL-EG-R_00012308 | https://developer.apple.com/documentation/uikit/collection-views |
| APL-EG-R_00012309 | APL-EG-R_00012312 | https://developer.apple.com/documentation/translation/ |
| APL-EG-R_00012313 | APL-EG-R_00012319 | https://developer.apple.com/documentation/UIKit |
| APL-EG-R_00012320 | APL-EG-R_00012332 | https://developer.apple.com/documentation/TechnologyOverviews/adopting-liquid-glass |
| APL-EG-R_00012333 | APL-EG-R_00012336 | https://developer.apple.com/help/app-store-connect/offer-in-app-events/overview-of-in-app-events |
| APL-EG-R_00012337 | APL-EG-R_00012341 | https://developer.apple.com/documentation/xcode/build-system |
| APL-EG-R_00012342 | APL-EG-R_00012344 | https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/overview-of-product-page-optimization/ |
| APL-EG-R_00012345 | APL-EG-R_00012349 | https://developer.apple.com/documentation/xcode/fixing-issues-in-your-code-as-you-type |
| APL-EG-R_00012350 | APL-EG-R_00012353 | https://developer.apple.com/icloud/ |
| APL-EG-R_00012354 | APL-EG-R_00012361 | https://developer.apple.com/documentation/xcode/diagnosing-and-resolving-bugs-in-your-running-app |
| APL-EG-R_00012362 | APL-EG-R_00012366 | https://developer.apple.com/support/technical/ |

| APL-EG-R_00012367 | APL-EG-R_00012372 | https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/WhatisCoreAudio/WhatisCoreAudio.html#//apple_ref/doc/uid/TP40003577-CH3-SW1 |
|---|---|---|
| APL-EG-R_00012373 | APL-EG-R_00012377 | https://developer.apple.com/documentation/widgetkit/linking-to-specific-app-scenes-from-your-widget-or-live-activity |
| APL-EG-R_00012378 | APL-EG-R_00012380 | https://developer.apple.com/la/videos/play/wwdc2014/603 |
| APL-EG-R_00012381 | APL-EG-R_00012382 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_text/dq_text.html#//apple_ref/doc/uid/TP30001066-CH213-TPXREF101 |
| APL-EG-R_00012383 | APL-EG-R_00012394 | https://developer.apple.com/documentation/xcode/previewing-your-apps-interface-in-xcode |
| APL-EG-R_00012395 | APL-EG-R_00012397 | https://developer.apple.com/help/app-store-connect-analytics/reference/filters-and-dimensions |
| APL-EG-R_00012398 | APL-EG-R_00012402 | https://developer.apple.com/library/archive/releasenotes/Miscellaneous/RN-AdoptingStoryboards/ |
| APL-EG-R_00012403 | APL-EG-R_00012406 | https://developer.apple.com/icloud/dashboards/ |
| APL-EG-R_00012407 | APL-EG-R_00012418 | https://developer.apple.com/documentation/widgetkit/widget-suggestions-in-smart-stacks |
| APL-EG-R_00012419 | APL-EG-R_00012421 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_trans_layers/dq_trans_layers.html#//apple_ref/doc/uid/TP30001066-CH210-TPXREF101 |
| APL-EG-R_00012422 | APL-EG-R_00012429 | https://developer.apple.com/documentation/xcode/managing-files-and-folders-in-your-xcode-project |
| APL-EG-R_00012430 | APL-EG-R_00012433 | https://developer.apple.com/help/app-store-connect/create-custom-product-pages/configure-multiple-product-page-versions/ |
| APL-EG-R_00012434 | APL-EG-R_00012441 | https://developer.apple.com/swift-playground/ |
| APL-EG-R_00012442 | APL-EG-R_00012445 | https://developer.apple.com/icloud/cloudkit/ |
| APL-EG-R_00012446 | APL-EG-R_00012448 | https://developer.apple.com/documentation/widgetkit/building_widgets_using_widgetkit_and_swiftui |
| APL-EG-R_00012449 | APL-EG-R_00012452 | https://developer.apple.com/documentation/xcode/managing-multiple-projects-and-their-dependencies |
| APL-EG-R_00012453 | APL-EG-R_00012476 | https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW8 |

| APL-EG-R_00012477 | APL-EG-R_00012485 | https://developer.apple.com/feedback-assistant/ |
|---|---|---|
| APL-EG-R_00012486 | APL-EG-R_00012490 | https://developer.apple.com/news/?id=huqjyh7k |
| APL-EG-R_00012491 | APL-EG-R_00012493 | https://developer.apple.com/help/app-store-connect/reference/app-information/screenshot-specifications |
| APL-EG-R_00012494 | APL-EG-R_00012498 | https://developer.apple.com/documentation/widgetkit/activityfamily |
| APL-EG-R_00012499 | APL-EG-R_00012505 | https://developer.apple.com/documentation/xcode/preparing-your-app-for-distribution/ |
| APL-EG-R_00012506 | APL-EG-R_00012511 | https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/WebContent.html |
| APL-EG-R_00012512 | APL-EG-R_00012514 | https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/apply-a-test-treatment-to-your-product-page/ |
| APL-EG-R_00012515 | APL-EG-R_00012520 | https://developer.apple.com/metal/ |
| APL-EG-R_00012521 | APL-EG-R_00012544 | https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW1 |
| APL-EG-R_00012545 | APL-EG-R_00012546 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/CoreVideo/CVProg_Intro/CVProg_Intro.html#//apple_ref/doc/uid/TP40001536 |
| APL-EG-R_00012547 | APL-EG-R_00012550 | https://developer.apple.com/documentation/wifiaware/waperformancemode |
| APL-EG-R_00012551 | APL-EG-R_00012559 | https://developer.apple.com/documentation/xcode/distributing-your-app-for-beta-testing-and-releases |
| APL-EG-R_00012560 | APL-EG-R_00012562 | https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/create-a-test/ |
| APL-EG-R_00012563 | APL-EG-R_00012566 | https://developer.apple.com/passkeys/ |
| APL-EG-R_00012567 | APL-EG-R_00012570 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/CoreVideo/CVProg_Concepts/CVProg_Concepts.html#//apple_ref/doc/uid/TP40001536-CH202-BABJDFHJ |
| APL-EG-R_00012571 | APL-EG-R_00012573 | https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/AudioQueueProgrammingGuide/Introduction/Introduction.html#//apple_ref/doc/uid/TP40005343 |
| APL-EG-R_00012574 | APL-EG-R_00012577 | https://developer.apple.com/documentation/wifiaware/waperformancereport |

| APL-EG-R_00012578 | APL-EG-R_00012581 | https://developer.apple.com/support/ |
|---|---|---|
| APL-EG-R_00012582 | APL-EG-R_00012588 | https://developer.apple.com/library/archive/documentation/General/Conceptual/ExtensibilityPG/AudioUnit.html |
| APL-EG-R_00012589 | APL-EG-R_00012593 | https://developer.apple.com/forums/ |
| APL-EG-R_00012594 | APL-EG-R_00012597 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/RevisionHistory.html#//apple_ref/doc/uid/TP30001066-CH2-SW1 |
| APL-EG-R_00012598 | APL-EG-R_00012603 | https://developer.apple.com/documentation/xcode |
| APL-EG-R_00012604 | APL-EG-R_00012607 | https://developer.apple.com/metal/whats-new/ |
| APL-EG-R_00012608 | APL-EG-R_00012631 | https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW28 |
| APL-EG-R_00012632 | APL-EG-R_00012640 | https://developer.apple.com/documentation/widgetkit/adding-interactivity-to-widgets-and-live-activities |
| APL-EG-R_00012641 | APL-EG-R_00012648 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_affine/dq_affine.html#//apple_ref/doc/uid/TP30001066-CH204-SW1 |
| APL-EG-R_00012649 | APL-EG-R_00012652 | https://developer.apple.com/help/app-store-connect-analytics/reference/metrics-definitions |
| APL-EG-R_00012653 | APL-EG-R_00012671 | https://developer.apple.com/metal/sample-code/ |
| APL-EG-R_00012672 | APL-EG-R_00012681 | https://developer.apple.com/library/archive/documentation/IDEs/Conceptual/Xcode4TransitionGuide/InterfaceBuilder/InterfaceBuilder.html |
| APL-EG-R_00012682 | APL-EG-R_00012686 | https://developer.apple.com/documentation/widgetkit/animating-data-updates-in-widgets-and-live-activities |
| APL-EG-R_00012687 | APL-EG-R_00012690 | https://developer.apple.com/events/developer-centers/ |
| APL-EG-R_00012691 | APL-EG-R_00012810 | https://developer.apple.com/documentation/xcode/build-settings-reference |
| APL-EG-R_00012811 | APL-EG-R_00012820 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_context/dq_context.html#//apple_ref/doc/uid/TP30001066-CH203-TPXREF101 |
| APL-EG-R_00012821 | APL-EG-R_00012823 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/Introduction/Introduction.html#//apple_ref/doc/uid/TP30001066 |

| APL-EG-R_00012824 | APL-EG-R_00012829 | https://developer.apple.com/documentation/xcode/supporting-universal-links-in-your-app |
|---|---|---|
| APL-EG-R_00012830 | APL-EG-R_00012833 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_data_mgr/dq_data_mgr.html#//apple_ref/doc/uid/TP30001066-CH216-TPXREF101 |
| APL-EG-R_00012834 | APL-EG-R_00012839 | https://developer.apple.com/documentation/WidgetKit/Preparing-widgets-for-additional-contexts-and-appearances |
| APL-EG-R_00012840 | APL-EG-R_00012843 | https://developer.apple.com/documentation/xcode/source-control-management |
| APL-EG-R_00012844 | APL-EG-R_00012854 | https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_patterns/dq_patterns.html#//apple_ref/doc/uid/TP30001066-CH206-TPXREF101 |
| APL-EG-R_00012855 | APL-EG-R_00012862 | https://developer.apple.com/documentation/widgetkit/keeping-a-widget-up-to-date |
| APL-EG-R_00012863 | APL-EG-R_00012867 | https://developer.apple.com/documentation/xctest |
| APL-EG-R_00012868 | APL-EG-R_00012871 | https://developer.apple.com/library/archive/documentation/UserExperience/Conceptual/AutolayoutPG/index.html |
| APL-EG-R_00012872 | APL-EG-R_00012875 | https://developer.apple.com/documentation/widgetkit/dynamicisland |
| APL-EG-R_00012876 | APL-EG-R_00012878 | https://developer.apple.com/documentation/xcodekit |
| APL-EG-R_00012879 | APL-EG-R_00012880 | https://developer.apple.com/library/archive/documentation/StringsTextFonts/Conceptual/CoreText_Programming/RevisionHistory.html#//apple_ref/doc/uid/TP40005533-CH2-SW1 |
| APL-EG-R_00012881 | APL-EG-R_00012884 | https://developer.apple.com/documentation/widgetkit/previewing-widgets-and-live-activities-in-xcode |
| APL-EG-R_00012885 | APL-EG-R_00012888 | https://developer.apple.com/events/ |
| APL-EG-R_00012889 | APL-EG-R_00012894 | https://developer.apple.com/library/archive/documentation/NetworkingInternetWeb/Conceptual/CoreBluetooth_concepts/CoreBluetoothBackgroundProcessingForIOSApps/PerformingTasksWhileYourAppIsInTheBackground.html#//apple_ref/doc/uid/TP40013257-CH7-SW1 |
| APL-EG-R_00012895 | APL-EG-R_00012897 | https://developer.apple.com/documentation/xcode/source-editor |
| APL-EG-R_00012898 | APL-EG-R_00013077 | https://developer.apple.com/library/archive/releasenotes/DeveloperTools/RN-Xcode/Chapters/Introduction.html |
| APL-EG-R_00013078 | APL-EG-R_00013088 | https://developer.apple.com/library/archive/documentation/MusicAudio/Reference/CoreAudioGlossary/Glossary/core_audio_glossary.html#//apple_ref/doc/uid/TP40004453-CH210-CHDHHCFH |

| APL-EG-R_00013089 | APL-EG-R_00013094 | https://developer.apple.com/documentation/xcode/running-your-app-in-simulator-or-on-a-device |
| APL-EG-R_00013095 | APL-EG-R_00013099 | https://developer.apple.com/documentation/widgetkit/creating-accessory-widgets-and-watch-complications |
| APL-EG-R_00013100 | APL-EG-R_00013104 | https://developer.apple.com/library/archive/featuredarticles/ViewControllerPGforiPhoneOS/TheViewControllerHierarchy.html |
| APL-EG-R_00013105 | APL-EG-R_00013114 | https://developer.apple.com/localization/ |
| APL-EG-R_00013115 | APL-EG-R_00013119 | https://developer.apple.com/tutorials/instruments |
| APL-EG-R_00013120 | APL-EG-R_00013123 | https://developer.apple.com/siri/ |
| APL-EG-R_00013124 | APL-EG-R_00013125 | https://developer.apple.com/news/?id=06032019b |
| APL-EG-R_00013126 | APL-EG-R_00013129 | https://developer.apple.com/help/app-store-connect-analytics/overview/analytics-dashboard/ |
| APL-EG-R_00013130 | APL-EG-R_00013133 | https://developer.apple.com/help/app-store-connect-analytics/acquisition/acquisition |
| APL-EG-R_00013134 | APL-EG-R_00013138 | https://developer.apple.com/help/app-store-connect-analytics/ |
| APL-EG-R_00013139 | APL-EG-R_00013142 | https://developer.apple.com/help/app-store-connect-analytics/benchmarks/peer-group-benchmarks |
| APL-EG-R_00013143 | APL-EG-R_00013146 | https://developer.apple.com/games/whats-new |
| APL-EG-R_00013147 | APL-EG-R_00013154 | https://3wbiz.com/business/healthkit-startup-growth/ |
| APL-EG-R_00013155 | APL-EG-R_00013163 | https://9to5mac.com/2015/04/14/apple-linx-acquisition/ |
| APL-EG-R_00013164 | APL-EG-R_00013168 | https://9to5mac.com/2019/03/13/apple-acquires-laser-like-google-ai/ |
| APL-EG-R_00013169 | APL-EG-R_00013177 | https://ads.apple.com/ |
| APL-EG-R_00013178 | APL-EG-R_00013187 | https://ads.apple.com/app-store |
| APL-EG-R_00013188 | APL-EG-R_00013191 | https://ads.apple.com/app-store/help/apple-ads-basic/0039-promote-an-app-with-basic |
| APL-EG-R_00013192 | APL-EG-R_00013199 | https://app369.com/blog/haptic-feedback-ios-android-app369-guide/ |

| APL-EG-R_00013200 | APL-EG-R_00013206 | https://appetize.io/ |
|---|---|---|
| APL-EG-R_00013207 | APL-EG-R_00013217 | https://appfigures.com/ |
| APL-EG-R_00013218 | APL-EG-R_00013222 | https://appfigures.com/resources/insights/20250718 |
| APL-EG-R_00013223 | APL-EG-R_00013235 | https://appleinsider.com/articles/14/04/03/apple-acquired-speech-recognition-firm-novauris-last-year-to-improve-siri---report |
| APL-EG-R_00013236 | APL-EG-R_00013243 | https://appleinsider.com/articles/14/05/02/apple-acquires-luxvue-a-power-efficient-micro-led-maker---report |
| APL-EG-R_00013244 | APL-EG-R_00013252 | https://appleinsider.com/articles/17/10/24/apple-acquires-wireless-charging-specialist-powerbyproxi |
| APL-EG-R_00013253 | APL-EG-R_00013260 | https://appleinsider.com/articles/20/08/01/apple-buys-startup-that-turns-smartphones-into-mobile-payments-terminals |
| APL-EG-R_00013261 | APL-EG-R_00013268 | https://appleinsider.com/articles/20/08/18/ios-14-introduces-new-app-attest-api-to-cut-down-on-app-fraud |
| APL-EG-R_00013269 | APL-EG-R_00013272 | https://apps.apple.com/us/app/audible-audiobooks-podcasts/id379693831 |
| APL-EG-R_00013273 | APL-EG-R_00013276 | https://apps.apple.com/us/app/brawl-stars/id1229016807 |
| APL-EG-R_00013277 | APL-EG-R_00013280 | https://apps.apple.com/us/app/call-of-duty-mobile/id1287282214 |
| APL-EG-R_00013281 | APL-EG-R_00013284 | https://apps.apple.com/us/app/dragon-ball-legends/id1358222641 |
| APL-EG-R_00013285 | APL-EG-R_00013288 | https://apps.apple.com/us/app/flo-cycle-period-tracker/id1038369065 |
| APL-EG-R_00013289 | APL-EG-R_00013292 | https://apps.apple.com/us/app/goodshort-short-dramas-hub/id6448176203 |
| APL-EG-R_00013293 | APL-EG-R_00013296 | https://apps.apple.com/us/app/lose-it-calorie-counter/id297368629 |
| APL-EG-R_00013297 | APL-EG-R_00013300 | https://apps.apple.com/us/app/phase-10-casual-card-game/id1463509237 |
| APL-EG-R_00013301 | APL-EG-R_00013304 | https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 |
| APL-EG-R_00013305 | APL-EG-R_00013308 | https://apps.apple.com/us/app/raid-shadow-legends/id1371565796 |
| APL-EG-R_00013309 | APL-EG-R_00013312 | https://apps.apple.com/us/app/rise-of-kingdoms/id1354260888 |

| APL-EG-R_00013313 | APL-EG-R_00013316 | https://apps.apple.com/us/app/tidal-music-hifi-sound/id913943275 |
|---|---|---|
| APL-EG-R_00013317 | APL-EG-R_00013322 | https://apptopia.com/en/insights/carplay-integration-drives-engagement-for-dunkin/ |
| APL-EG-R_00013323 | APL-EG-R_00013329 | https://aws.amazon.com/cloudfront/ |
| APL-EG-R_00013330 | APL-EG-R_00013334 | https://aws.amazon.com/codebuild/ |
| APL-EG-R_00013335 | APL-EG-R_00013344 | https://aws.amazon.com/location/ |
| APL-EG-R_00013345 | APL-EG-R_00013353 | https://aws.amazon.com/s/idc-server-side-test/awswt-934-new-template-s3/variant-s3/ |
| APL-EG-R_00013354 | APL-EG-R_00013360 | https://aws.amazon.com/waf/ |
| APL-EG-R_00013361 | APL-EG-R_00013367 | https://azure.microsoft.com/en-us/products/azure-maps |
| APL-EG-R_00013368 | APL-EG-R_00013374 | https://azure.microsoft.com/en-us/products/cdn |
| APL-EG-R_00013375 | APL-EG-R_00013380 | https://azure.microsoft.com/en-us/products/devops/pipelines |
| APL-EG-R_00013381 | APL-EG-R_00013387 | https://azure.microsoft.com/en-us/products/storage/blobs |
| APL-EG-R_00013388 | APL-EG-R_00013395 | https://azure.microsoft.com/en-us/products/web-application-firewall |
| APL-EG-R_00013396 | APL-EG-R_00013403 | https://circleci.com/ |
| APL-EG-R_00013404 | APL-EG-R_00013412 | https://cloud.google.com/cdn |
| APL-EG-R_00013413 | APL-EG-R_00013421 | https://cloud.google.com/security/products/armor |
| APL-EG-R_00013422 | APL-EG-R_00013435 | https://cloud.google.com/storage |
| APL-EG-R_00013436 | APL-EG-R_00013443 | https://countly.com/ |
| APL-EG-R_00013444 | APL-EG-R_00013451 | https://developer.android.com/studio |
| APL-EG-R_00013452 | APL-EG-R_00013455 | https://dotnet.microsoft.com/en-us/apps/maui |

373

| APL-EG-R_00013456 | APL-EG-R_00013460 | https://eclipseide.org/ |
|---|---|---|
| APL-EG-R_00013461 | APL-EG-R_00013467 | https://github.com/features/actions |
| APL-EG-R_00013468 | APL-EG-R_00013470 | https://help.flo.health/hc/en-us/articles/4411278780564-What-is-the-price-for-a-Flo-subscription |
| APL-EG-R_00013471 | APL-EG-R_00013474 | https://help.hinge.co/hc/en-us/articles/36311070196243-Subscribing-to-Hinge-or-HingeX |
| APL-EG-R_00013475 | APL-EG-R_00013478 | https://hinge.co/ai-principles |
| APL-EG-R_00013479 | APL-EG-R_00013480 | https://kobiton.com/ |
| APL-EG-R_00013481 | APL-EG-R_00013487 | https://learn.wallet.apple/id |
| APL-EG-R_00013488 | APL-EG-R_00013497 | https://medium.com/@j100000001/a-rational-analysis-of-the-iphone-gaming-ecosystem-from-user-experience-to-monetization-ce3e9cb187b9 |
| APL-EG-R_00013498 | APL-EG-R_00013504 | https://medium.com/@yusuf141012/product-management-optimization-and-enhancement-for-ios-game-development-with-spritekit-and-83fb91c22860 |
| APL-EG-R_00013505 | APL-EG-R_00013511 | https://mixpanel.com/home/ |
| APL-EG-R_00013512 | APL-EG-R_00013522 | https://moldstud.com/articles/p-arkit-and-user-engagement-how-augmented-reality-enhances-business-revenue |
| APL-EG-R_00013523 | APL-EG-R_00013535 | https://moldstud.com/articles/p-future-trends-in-ios-app-monetization-how-ai-and-ml-are-shaping-revenue-strategies |
| APL-EG-R_00013536 | APL-EG-R_00013559 | https://moldstud.com/articles/p-leveraging-sirikit-for-voice-integration-in-ios-apps |
| APL-EG-R_00013560 | APL-EG-R_00013577 | https://moldstud.com/articles/p-real-world-success-with-healthkit-in-ios-apps |
| APL-EG-R_00013578 | APL-EG-R_00013580 | https://netbeans.apache.org/front/main/index.html |
| APL-EG-R_00013581 | APL-EG-R_00013594 | https://nonstrict.eu/wwdcindex/wwdc2001/107/ |
| APL-EG-R_00013595 | APL-EG-R_00013610 | https://nonstrict.eu/wwdcindex/wwdc2003/207/ |
| APL-EG-R_00013611 | APL-EG-R_00013625 | https://nonstrict.eu/wwdcindex/wwdc2007/127/ |
| APL-EG-R_00013626 | APL-EG-R_00013640 | https://nonstrict.eu/wwdcindex/wwdc2008/534/ |

374

| APL-EG-R_00013641 | APL-EG-R_00013654 | https://nonstrict.eu/wwdcindex/wwdc2008/704/ |
|---|---|---|
| APL-EG-R_00013655 | APL-EG-R_00013670 | https://nonstrict.eu/wwdcindex/wwdc2008/711/ |
| APL-EG-R_00013671 | APL-EG-R_00013682 | https://nonstrict.eu/wwdcindex/wwdc2009/119/ |
| APL-EG-R_00013683 | APL-EG-R_00013695 | https://nonstrict.eu/wwdcindex/wwdc2010/110/ |
| APL-EG-R_00013696 | APL-EG-R_00013709 | https://nonstrict.eu/wwdcindex/wwdc2010/115/ |
| APL-EG-R_00013710 | APL-EG-R_00013723 | https://nonstrict.eu/wwdcindex/wwdc2010/209/#:~:text=That%20requires |
| APL-EG-R_00013724 | APL-EG-R_00013734 | https://nonstrict.eu/wwdcindex/wwdc2010/423/ |
| APL-EG-R_00013735 | APL-EG-R_00013747 | https://nonstrict.eu/wwdcindex/wwdc2011/409/?t=124 |
| APL-EG-R_00013748 | APL-EG-R_00013759 | https://nonstrict.eu/wwdcindex/wwdc2011/423/ |
| APL-EG-R_00013760 | APL-EG-R_00013773 | https://nonstrict.eu/wwdcindex/wwdc2011/500/ |
| APL-EG-R_00013774 | APL-EG-R_00013787 | https://nonstrict.eu/wwdcindex/wwdc2012/301/ |
| APL-EG-R_00013788 | APL-EG-R_00013802 | https://nonstrict.eu/wwdcindex/wwdc2012/303/ |
| APL-EG-R_00013803 | APL-EG-R_00013815 | https://nonstrict.eu/wwdcindex/wwdc2012/306/ |
| APL-EG-R_00013816 | APL-EG-R_00013830 | https://nonstrict.eu/wwdcindex/wwdc2012/309/ |
| APL-EG-R_00013831 | APL-EG-R_00013843 | https://nonstrict.eu/wwdcindex/wwdc2013/307/ |
| APL-EG-R_00013844 | APL-EG-R_00013855 | https://nonstrict.eu/wwdcindex/wwdc2013/308/ |
| APL-EG-R_00013856 | APL-EG-R_00013867 | https://nonstrict.eu/wwdcindex/wwdc2013/502/ |
| APL-EG-R_00013868 | APL-EG-R_00013883 | https://nonstrict.eu/wwdcindex/wwdc2013/506/ |
| APL-EG-R_00013884 | APL-EG-R_00013898 | https://nonstrict.eu/wwdcindex/wwdc2013/703/ |

| APL-EG-R_00013899 | APL-EG-R_00013909 | https://nonstrict.eu/wwdcindex/wwdc2013/708/ |
|---|---|---|
| APL-EG-R_00013910 | APL-EG-R_00013920 | https://nonstrict.eu/wwdcindex/wwdc2013/709/ |
| APL-EG-R_00013921 | APL-EG-R_00013932 | https://nonstrict.eu/wwdcindex/wwdc2014/203/ |
| APL-EG-R_00013933 | APL-EG-R_00013946 | https://nonstrict.eu/wwdcindex/wwdc2014/501/ |
| APL-EG-R_00013947 | APL-EG-R_00013958 | https://nonstrict.eu/wwdcindex/wwdc2014/706/ |
| APL-EG-R_00013959 | APL-EG-R_00013969 | https://nonstrict.eu/wwdcindex/wwdc2014/711/ |
| APL-EG-R_00013970 | APL-EG-R_00013978 | https://nonstrict.eu/wwdcindex/wwdc2015/104/ |
| APL-EG-R_00013979 | APL-EG-R_00013988 | https://nonstrict.eu/wwdcindex/wwdc2015/203/ |
| APL-EG-R_00013989 | APL-EG-R_00013996 | https://nonstrict.eu/wwdcindex/wwdc2015/502/ |
| APL-EG-R_00013997 | APL-EG-R_00014005 | https://nonstrict.eu/wwdcindex/wwdc2015/701/ |
| APL-EG-R_00014006 | APL-EG-R_00014015 | https://nonstrict.eu/wwdcindex/wwdc2015/705/ |
| APL-EG-R_00014016 | APL-EG-R_00014027 | https://nonstrict.eu/wwdcindex/wwdc2015/709/ |
| APL-EG-R_00014028 | APL-EG-R_00014036 | https://nonstrict.eu/wwdcindex/wwdc2016/401/ |
| APL-EG-R_00014037 | APL-EG-R_00014050 | https://nonstrict.eu/wwdcindex/wwdc2016/605/ |
| APL-EG-R_00014051 | APL-EG-R_00014060 | https://nonstrict.eu/wwdcindex/wwdc2016/611/?t=259 |
| APL-EG-R_00014061 | APL-EG-R_00014067 | https://nonstrict.eu/wwdcindex/wwdc2016/705/ |
| APL-EG-R_00014068 | APL-EG-R_00014077 | https://nonstrict.eu/wwdcindex/wwdc2016/709/#:~:text=Well%20there%20is |
| APL-EG-R_00014078 | APL-EG-R_00014086 | https://nonstrict.eu/wwdcindex/wwdc2016/713/ |
| APL-EG-R_00014087 | APL-EG-R_00014096 | https://nonstrict.eu/wwdcindex/wwdc2017/210/ |

376

| APL-EG-R_00014097 | APL-EG-R_00014109 | https://nonstrict.eu/wwdcindex/wwdc2017/221/ |
|---|---|---|
| APL-EG-R_00014110 | APL-EG-R_00014122 | https://nonstrict.eu/wwdcindex/wwdc2017/406/ |
| APL-EG-R_00014123 | APL-EG-R_00014135 | https://nonstrict.eu/wwdcindex/wwdc2017/602/ |
| APL-EG-R_00014136 | APL-EG-R_00014144 | https://nonstrict.eu/wwdcindex/wwdc2017/609/ |
| APL-EG-R_00014145 | APL-EG-R_00014153 | https://nonstrict.eu/wwdcindex/wwdc2017/704/ |
| APL-EG-R_00014154 | APL-EG-R_00014164 | https://nonstrict.eu/wwdcindex/wwdc2017/712/ |
| APL-EG-R_00014165 | APL-EG-R_00014174 | https://nonstrict.eu/wwdcindex/wwdc2018/204/#:~:text=All%20right.%20Final |
| APL-EG-R_00014175 | APL-EG-R_00014185 | https://nonstrict.eu/wwdcindex/wwdc2018/303/ |
| APL-EG-R_00014186 | APL-EG-R_00014198 | https://nonstrict.eu/wwdcindex/wwdc2018/415/ |
| APL-EG-R_00014199 | APL-EG-R_00014203 | https://nonstrict.eu/wwdcindex/wwdc2018/507/ |
| APL-EG-R_00014204 | APL-EG-R_00014215 | https://nonstrict.eu/wwdcindex/wwdc2018/602/ |
| APL-EG-R_00014216 | APL-EG-R_00014226 | https://nonstrict.eu/wwdcindex/wwdc2018/603/?t=2221 |
| APL-EG-R_00014227 | APL-EG-R_00014239 | https://nonstrict.eu/wwdcindex/wwdc2018/610/ |
| APL-EG-R_00014240 | APL-EG-R_00014248 | https://nonstrict.eu/wwdcindex/wwdc2018/718/#:~:text=Face%20ID |
| APL-EG-R_00014249 | APL-EG-R_00014257 | https://nonstrict.eu/wwdcindex/wwdc2018/718/#:~:text=Now%20data |
| APL-EG-R_00014258 | APL-EG-R_00014271 | https://nonstrict.eu/wwdcindex/wwdc2019/609/ |
| APL-EG-R_00014272 | APL-EG-R_00014280 | https://nonstrict.eu/wwdcindex/wwdc2019/705/ |
| APL-EG-R_00014281 | APL-EG-R_00014289 | https://nonstrict.eu/wwdcindex/wwdc2020/10660/ |
| APL-EG-R_00014290 | APL-EG-R_00014296 | https://nonstrict.eu/wwdcindex/wwdc2021/10066/ |

377

| APL-EG-R_00014297 | APL-EG-R_00014303 | https://nonstrict.eu/wwdcindex/wwdc2021/10073/ |
|---|---|---|
| APL-EG-R_00014304 | APL-EG-R_00014311 | https://nonstrict.eu/wwdcindex/wwdc2021/10074/ |
| APL-EG-R_00014312 | APL-EG-R_00014320 | https://nonstrict.eu/wwdcindex/wwdc2021/10085/#:~:text=Labels%20need |
| APL-EG-R_00014321 | APL-EG-R_00014325 | https://nonstrict.eu/wwdcindex/wwdc2021/10098/ |
| APL-EG-R_00014326 | APL-EG-R_00014330 | https://nonstrict.eu/wwdcindex/wwdc2021/10102/ |
| APL-EG-R_00014331 | APL-EG-R_00014335 | https://nonstrict.eu/wwdcindex/wwdc2021/10244/ |
| APL-EG-R_00014336 | APL-EG-R_00014345 | https://nonstrict.eu/wwdcindex/wwdc2022/10041/ |
| APL-EG-R_00014346 | APL-EG-R_00014351 | https://nonstrict.eu/wwdcindex/wwdc2022/10127/ |
| APL-EG-R_00014352 | APL-EG-R_00014358 | https://nonstrict.eu/wwdcindex/wwdc2022/10169/ |
| APL-EG-R_00014359 | APL-EG-R_00014366 | https://nonstrict.eu/wwdcindex/wwdc2023/10080/ |
| APL-EG-R_00014367 | APL-EG-R_00014373 | https://nonstrict.eu/wwdcindex/wwdc2023/10081/ |
| APL-EG-R_00014374 | APL-EG-R_00014379 | https://nonstrict.eu/wwdcindex/wwdc2023/10191/ |
| APL-EG-R_00014380 | APL-EG-R_00014384 | https://nonstrict.eu/wwdcindex/wwdc2024/10107/ |
| APL-EG-R_00014385 | APL-EG-R_00014392 | https://nonstrict.eu/wwdcindex/wwdc2025/201/ |
| APL-EG-R_00014393 | APL-EG-R_00014399 | https://nonstrict.eu/wwdcindex/wwdc2025/202/ |
| APL-EG-R_00014400 | APL-EG-R_00014408 | https://nonstrict.eu/wwdcindex/wwdc2025/214/ |
| APL-EG-R_00014409 | APL-EG-R_00014416 | https://partner.steamgames.com/doc/sdk/api |
| APL-EG-R_00014417 | APL-EG-R_00014423 | https://developer.apple.com/xcode-cloud/ |
| APL-EG-R_00014424 | APL-EG-R_00014432 | https://developer.apple.com/xcode/ |

378

| APL-EG-R_00014433 | APL-EG-R_00014438 | https://pitchbook.com/profiles/company/86235-13#faqs |
|---|---|---|
| APL-EG-R_00014439 | APL-EG-R_00014441 | https://publicrecords.copyright.gov/advanced-search |
| APL-EG-R_00014442 | APL-EG-R_00014449 | https://qonversion.io/ |
| APL-EG-R_00014450 | APL-EG-R_00014454 | https://raid.plarium.store/en/ |
| APL-EG-R_00014455 | APL-EG-R_00014461 | https://reactnative.dev/ |
| APL-EG-R_00014462 | APL-EG-R_00014470 | https://saucelabs.com/products/testfairy-sauce-labs |
| APL-EG-R_00014471 | APL-EG-R_00014548 | https://sebvidal.com/blog/whats-new-in-uikit-26/ |
| APL-EG-R_00014549 | APL-EG-R_00014551 | https://soundcloud.com/company/plans |
| APL-EG-R_00014552 | APL-EG-R_00014555 | https://soundcloud.com/download |
| APL-EG-R_00014556 | APL-EG-R_00014558 | https://sst.semiconductor-digest.com/2013/08/apple-confirms-acquisition-of-passif-semiconductor/ |
| APL-EG-R_00014559 | APL-EG-R_00014564 | https://store.callofdutymobile.com/en-us/codm |
| APL-EG-R_00014565 | APL-EG-R_00014568 | https://store.lilith.com/rok |
| APL-EG-R_00014569 | APL-EG-R_00014571 | https://store.mattel163.com/phase10 |
| APL-EG-R_00014572 | APL-EG-R_00014577 | https://store.pokemongo.com/ |
| APL-EG-R_00014578 | APL-EG-R_00014581 | https://store.supercell.com/brawlstars |
| APL-EG-R_00014582 | APL-EG-R_00014585 | https://store.supercell.com/clashofclans |
| APL-EG-R_00014586 | APL-EG-R_00014589 | https://supercell.com/en/games/clashofclans/ |
| APL-EG-R_00014590 | APL-EG-R_00014593 | https://support.apple.com/en-gb/guide/iphone/iph0a717a8fd/ios |
| APL-EG-R_00014594 | APL-EG-R_00014596 | https://support.apple.com/en-ge/guide/iphone/iph0dc255875/ios |

| APL-EG-R_00014597 | APL-EG-R_00014600 | https://support.apple.com/en-ge/guide/security/sec3a881ccb1/web |
|---|---|---|
| APL-EG-R_00014601 | APL-EG-R_00014603 | https://support.apple.com/en-il/guide/iphone/iph6ade13329/13.0/ios/13.0 |
| APL-EG-R_00014604 | APL-EG-R_00014605 | https://support.apple.com/en-in/guide/iphone/iph11a3c5370/13.0/ios/13.0 |
| APL-EG-R_00014606 | APL-EG-R_00014608 | https://support.apple.com/en-in/guide/iphone/iph215b053f6/13.0/ios/13.0 |
| APL-EG-R_00014609 | APL-EG-R_00014610 | https://support.apple.com/en-in/guide/iphone/iphb5d45624c/12.0/ios/12.0 |
| APL-EG-R_00014611 | APL-EG-R_00014612 | https://support.apple.com/en-in/guide/iphone/iphfc2cd4c5f/17.0/ios/17.0 |
| APL-EG-R_00014613 | APL-EG-R_00014626 | https://support.apple.com/en-us/101566 |
| APL-EG-R_00014627 | APL-EG-R_00014629 | https://support.apple.com/en-us/102189 |
| APL-EG-R_00014630 | APL-EG-R_00014633 | https://support.apple.com/en-us/102381 |
| APL-EG-R_00014634 | APL-EG-R_00014636 | https://support.apple.com/en-us/102417 |
| APL-EG-R_00014637 | APL-EG-R_00014639 | https://support.apple.com/en-us/102591 |
| APL-EG-R_00014640 | APL-EG-R_00014647 | https://support.apple.com/en-us/102651 |
| APL-EG-R_00014648 | APL-EG-R_00014651 | https://support.apple.com/en-us/102670 |
| APL-EG-R_00014652 | APL-EG-R_00014657 | https://support.apple.com/en-us/102995 |
| APL-EG-R_00014658 | APL-EG-R_00014663 | https://support.apple.com/en-us/102998 |
| APL-EG-R_00014664 | APL-EG-R_00014669 | https://support.apple.com/en-us/103821 |
| APL-EG-R_00014670 | APL-EG-R_00014676 | https://support.apple.com/en-us/108384 |
| APL-EG-R_00014677 | APL-EG-R_00014680 | https://support.apple.com/en-us/108415 |
| APL-EG-R_00014681 | APL-EG-R_00014694 | https://support.apple.com/en-us/118387 |

| APL-EG-R_00014695 | APL-EG-R_00014710 | https://support.apple.com/en-us/118392 |
|---|---|---|
| APL-EG-R_00014711 | APL-EG-R_00014716 | https://support.apple.com/en-us/118610 |
| APL-EG-R_00014717 | APL-EG-R_00014731 | https://support.apple.com/en-us/121161 |
| APL-EG-R_00014732 | APL-EG-R_00014741 | https://support.apple.com/en-us/123075 |
| APL-EG-R_00014742 | APL-EG-R_00014746 | https://support.apple.com/guide/iphone/sign-in-with-passkeys-iphf538ea8d0/16.0/ios/16.0 |
| APL-EG-R_00014747 | APL-EG-R_00014749 | https://support.apple.com/guide/iphone/view-live-activities-in-the-dynamic-island-iph28f50d10d/ios |
| APL-EG-R_00014750 | APL-EG-R_00014752 | https://support.apple.com/guide/security/app-code-signing-process-sec7c917bf14/web |
| APL-EG-R_00014753 | APL-EG-R_00014755 | https://support.apple.com/guide/security/boot-process-for-ipad-and-iphone-devices-secb3000f149/web |
| APL-EG-R_00014756 | APL-EG-R_00014759 | https://support.apple.com/guide/security/data-protection-classes-secb010e978a/web |
| APL-EG-R_00014760 | APL-EG-R_00014769 | https://support.apple.com/guide/security/the-secure-enclave-sec59b0b31ff/web |
| APL-EG-R_00014770 | APL-EG-R_00014772 | https://support.babbel.com/hc/en-us/articles/19650417983378-Pricing |
| APL-EG-R_00014773 | APL-EG-R_00014777 | https://tech.hindustantimes.com/tech/news/apple-acquires-seattle-based-ai-company-xnor-ai-story-dSF34ys128UB6WgSMcXNsK.html |
| APL-EG-R_00014778 | APL-EG-R_00014782 | https://techcrunch.com/2026/06/15/malaysias-respond-io-raises-62-5m-eyes-acquisitions-in-north-america-and-europe/ |
| APL-EG-R_00014783 | APL-EG-R_00014787 | https://techcrunch.com/2026/06/15/malaysias-respond-io-raises-62-5m-eyes-acquisitions-in-north-america-and-europe/ |
| APL-EG-R_00014788 | APL-EG-R_00014792 | https://techcrunch.com/2017/05/09/apple-acquires-sleep-tracking-company-beddit/ |
| APL-EG-R_00014793 | APL-EG-R_00014800 | https://technical.ly/startups/hj-laboratories-apple-jaron-rhodes-harry-vartanian/ |
| APL-EG-R_00014801 | APL-EG-R_00014803 | https://theapplewiki.com/wiki/Apple_Wireless_Direct_Link |
| APL-EG-R_00014804 | APL-EG-R_00014806 | https://tidal.com/pricing |
| APL-EG-R_00014807 | APL-EG-R_00014808 | https://toolbox.marketingtools.apple.com/en-us/app-store/us |

381

| APL-EG-R_00014809 | APL-EG-R_00014819 | https://tryterra.co/ |
|---|---|---|
| APL-EG-R_00014820 | APL-EG-R_00014825 | https://ttconsultants.com/apple-xris-tt-consultants/ |
| APL-EG-R_00014826 | APL-EG-R_00014833 | https://unity.com/features/multiplayer |
| APL-EG-R_00014834 | APL-EG-R_00014838 | https://visualstudio.microsoft.com/ |
| APL-EG-R_00014839 | APL-EG-R_00014843 | https://wordpress.com/ |
| APL-EG-R_00014844 | APL-EG-R_00014847 | https://ww.bandainamcoentwebstore.com/dble-ww/en |
| APL-EG-R_00014848 | APL-EG-R_00014850 | https://wwdcnotes.com/documentation/wwdc20-10615-build-gpu-binaries-with-metal/ |
| APL-EG-R_00014851 | APL-EG-R_00014853 | https://wwdcnotes.com/documentation/wwdc22-10066-discover-metal-3/ |
| APL-EG-R_00014854 | APL-EG-R_00014856 | https://wwdcnotes.com/documentation/wwdc22-10105-maximize-your-metal-ray-tracing-performance/ |
| APL-EG-R_00014857 | APL-EG-R_00014870 | https://www.aidigital.com/blog/ott-drm |
| APL-EG-R_00014871 | APL-EG-R_00014878 | https://www.amplitude.com/ |
| APL-EG-R_00014879 | APL-EG-R_00014893 | https://www.apple.com/app-store/ |
| APL-EG-R_00014894 | APL-EG-R_00014904 | https://www.apple.com/apple-intelligence/ |
| APL-EG-R_00014905 | APL-EG-R_00014908 | https://www.apple.com/newsroom/2014/05/28Apple-to-Acquire-Beats-Music-Beats-Electronics/ |
| APL-EG-R_00014909 | APL-EG-R_00014916 | https://www.apple.com/newsroom/2016/06/apple-previews-ios-10-biggest-ios-release-ever/ |
| APL-EG-R_00014917 | APL-EG-R_00014920 | https://www.apple.com/newsroom/2018/03/apple-to-acquire-digital-magazine-service-texture/ |
| APL-EG-R_00014921 | APL-EG-R_00014927 | https://www.apple.com/newsroom/2024/06/apple-expands-developer-support-and-resources/ |
| APL-EG-R_00014928 | APL-EG-R_00014943 | https://www.apple.com/newsroom/2025/06/apple-supercharges-its-tools-and-technologies-for-developers/ |
| APL-EG-R_00014944 | APL-EG-R_00014947 | https://www.apple.com/newsroom/2026/01/apple-reports-first-quarter-results/ |

| APL-EG-R_00014948 | APL-EG-R_00014965 | https://www.apple.com/privacy/control/ |
|---|---|---|
| APL-EG-R_00014966 | APL-EG-R_00014969 | https://www.audible.com/ep/memberbenefits |
| APL-EG-R_00014970 | APL-EG-R_00014975 | https://www.babbel.com/ |
| APL-EG-R_00014976 | APL-EG-R_00014986 | https://www.bairesdev.com/blog/swiftui-vs-uikit/ |
| APL-EG-R_00014987 | APL-EG-R_00014995 | https://www.bgr.com/2148007/major-brands-owned-by-apple/ |
| APL-EG-R_00014996 | APL-EG-R_00015002 | https://www.bingoblitz.com/ |
| APL-EG-R_00015003 | APL-EG-R_00015008 | https://www.bingoblitz.com/support/new-bingo-store/ |
| APL-EG-R_00015009 | APL-EG-R_00015011 | https://www.callofduty.com/en/store/cod-points |
| APL-EG-R_00015012 | APL-EG-R_00015021 | https://www.cisin.com/coffee-break/ios-14-latest-upcoming-changes-in-live-wallpaper-app-drawer-new-ar-and-more.html |
| APL-EG-R_00015022 | APL-EG-R_00015025 | https://www.computerworld.com/article/1464520/apple-confirms-lala-music-service-acquisition.html |
| APL-EG-R_00015026 | APL-EG-R_00015030 | https://www.covert.com.au/page/4/ |
| APL-EG-R_00015031 | APL-EG-R_00015046 | https://www.dogtownmedia.com/social-login-for-mobile-apps-google-apple-linkedin-boosting-sign-up-conversion-by-removing-friction/ |
| APL-EG-R_00015047 | APL-EG-R_00015048 | https://www.epo.org/en/searching-for-patents/helpful-resources/first-time-here/classification |
| APL-EG-R_00015049 | APL-EG-R_00015054 | https://www.fastly.com/ |
| APL-EG-R_00015055 | APL-EG-R_00015065 | https://www.godaddy.com/ |
| APL-EG-R_00015066 | APL-EG-R_00015070 | https://www.goodshort.com/ |
| APL-EG-R_00015071 | APL-EG-R_00015074 | https://www.here.com/products |
| APL-EG-R_00015075 | APL-EG-R_00015077 | https://www.hubspot.com/products/get-started-f049 |
| APL-EG-R_00015078 | APL-EG-R_00015083 | https://www.iam-media.com/article/apple-acquisitions-are-fuelling-the-growth-of-its-semiconductor-patent-portfolio |

383

| APL-EG-R_00015084 | APL-EG-R_00015091 | https://www.jetbrains.com/idea/ |
|---|---|---|
| APL-EG-R_00015092 | APL-EG-R_00015098 | https://www.jetbrains.com/pycharm/ |
| APL-EG-R_00015099 | APL-EG-R_00015106 | https://www.jetbrains.com/rider/ |
| APL-EG-R_00015107 | APL-EG-R_00015115 | https://www.linkedin.com/pulse/beyond-compliance-how-inclusive-design-drives-real-digital-davis-ptrke |
| APL-EG-R_00015116 | APL-EG-R_00015120 | https://www.loseit.com/how-it-works/#premium |
| APL-EG-R_00015121 | APL-EG-R_00015128 | https://www.luminor.media/misc/technological-drivers-and-revenue-growth-in-mobile-gaming-an-educational-perspective/ |
| APL-EG-R_00015129 | APL-EG-R_00015134 | https://www.mapbox.com/ |
| APL-EG-R_00015135 | APL-EG-R_00015138 | https://www.microsoft.com/playready/ |
| APL-EG-R_00015139 | APL-EG-R_00015143 | https://www.optimizely.com/ |
| APL-EG-R_00015144 | APL-EG-R_00015152 | https://www.perfecto.io/ |
| APL-EG-R_00015153 | APL-EG-R_00015158 | https://www.personyze.com/ |
| APL-EG-R_00015159 | APL-EG-R_00015166 | https://www.reuters.com/article/world/americas/apple-buys-mobile-security-firm-authentec-for-356-million-idUSBRE86Q0KF/ |
| APL-EG-R_00015167 | APL-EG-R_00015168 | https://www.rubychilds.com/work/live-activities#hero |
| APL-EG-R_00015169 | APL-EG-R_00015176 | https://www.singular.net/blog/app-intents-ios18/ |
| APL-EG-R_00015177 | APL-EG-R_00015188 | https://www.spikeapi.com/ |
| APL-EG-R_00015189 | APL-EG-R_00015196 | https://www.squarespace.com/ |
| APL-EG-R_00015197 | APL-EG-R_00015199 | https://www.strava.com/mobile |
| APL-EG-R_00015200 | APL-EG-R_00015205 | https://www.strava.com/subscribe |
| APL-EG-R_00015206 | APL-EG-R_00015212 | https://www.technochops.com/how-fairplay-drm-is-revolutionizing-digital-media-security/ |

384

| APL-EG-R_00015213 | APL-EG-R_00015218 | https://www.theverge.com/2016/1/7/10731232/apple-emotient-ai-startup-acquisition |
|---|---|---|
| APL-EG-R_00015219 | APL-EG-R_00015220 | https://www.tomtom.com/ |
| APL-EG-R_00015221 | APL-EG-R_00015224 | https://www.trendforce.com/news/2023/10/02/news-apple-could-introduce-micro-led-into-vision-pro-replacing-existing-micro-oled-technology/ |
| APL-EG-R_00015225 | APL-EG-R_00015229 | https://www.trustpilot.com/ |
| APL-EG-R_00015230 | APL-EG-R_00015232 | https://www.uspto.gov/patents/search/classification-standards-and-development#:~:text=Patent%20classification%20is%20a%20system |
| APL-EG-R_00015233 | APL-EG-R_00015235 | https://www.uspto.gov/patents/search/patent-public-search/operators |
| APL-EG-R_00015236 | APL-EG-R_00015257 | https://www.uspto.gov/patents/search/patent-public-search/searchable-indexes |
| APL-EG-R_00015258 | APL-EG-R_00015277 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-A.html |
| APL-EG-R_00015278 | APL-EG-R_00015329 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-B.html |
| APL-EG-R_00015330 | APL-EG-R_00015335 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-B42D.html |
| APL-EG-R_00015336 | APL-EG-R_00015362 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G.html#G06 |
| APL-EG-R_00015363 | APL-EG-R_00015373 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G01C.html |
| APL-EG-R_00015374 | APL-EG-R_00015405 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G01S.html |
| APL-EG-R_00015406 | APL-EG-R_00015506 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06F.html |
| APL-EG-R_00015507 | APL-EG-R_00015539 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06Q.html |
| APL-EG-R_00015540 | APL-EG-R_00015552 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06T.html |
| APL-EG-R_00015553 | APL-EG-R_00015564 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G08B.html |
| APL-EG-R_00015565 | APL-EG-R_00015572 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G10L.html |
| APL-EG-R_00015573 | APL-EG-R_00015643 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04L.html |

| APL-EG-R_00015644 | APL-EG-R_00015736 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04N.html |
|---|---|---|
| APL-EG-R_00015737 | APL-EG-R_00015758 | https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04W.html |
| APL-EG-R_00015759 | APL-EG-R_00015770 | https://www.w3.org/DesignIssues/Architecture.html |
| APL-EG-R_00015771 | APL-EG-R_00015781 | https://www.welcometothejungle.com/en/articles/btc-url-internet |
| APL-EG-R_00015782 | APL-EG-R_00015785 | https://www.widevine.com/ |
| APL-EG-R_00015786 | APL-EG-R_00015797 | https://www.wix.com/ |
| APL-EG-R_00015798 | APL-EG-R_00015801 | https://www.youtube.com/watch?v=t18z64iecZM |
| APL-EG-R_00015802 | APL-EG-R_00015807 | https://www.zoho.com/pagesense/ |
| APL-EG-R_00015808 | APL-EG-R_00015811 | https://www.youtube.com/watch?v=LXTUFmbZwec |
| APL-EG-R_00015812 | APL-EG-R_00015815 | https://developer.apple.com/forums/search?q=purchase+flow |
| APL-EG-R_00015816 | APL-EG-R_00015819 | https://developer.apple.com/forums/search?q=subscription+model |
| APL-EG-R_00015820 | APL-EG-R_00015951 | https://developer.apple.com/videos/all-videos/ |
| APL-EG-R_00015952 | APL-EG-R_00015957 | https://developer.apple.com/videos/meet-with-apple/ |
| APL-EG-R_00015958 | APL-EG-R_00015960 | https://developer.apple.com/documentation/corebluetooth/cbcentralmanager/retrieveconnectedperipherals(withservices:) |
| APL-EG-R_00015961 | APL-EG-R_00015963 | https://developer.apple.com/documentation/corehaptics/chhapticengine/notifywhenplayersfinished(finishedhandler:) |
| APL-EG-R_00015964 | APL-EG-R_00015966 | https://developer.apple.com/documentation/corelocation/cllocationmanagerdelegate/locationmanager(_:didvisit:) |
| APL-EG-R_00015967 | APL-EG-R_00015969 | https://developer.apple.com/documentation/coremotion/cmaltimeter/isabsolutealtitudeavailable() |
| APL-EG-R_00015970 | APL-EG-R_00015972 | https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/startaccelerometerupdates() |
| APL-EG-R_00015973 | APL-EG-R_00015975 | https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/startdevicemotionupdates() |

386

| APL-EG-R_00015976 | APL-EG-R_00015978 | https://developer.apple.com/documentation/storekit/externallinkaccount/open() |
|---|---|---|
| APL-EG-R_00015979 | APL-EG-R_00015981 | https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token(for:) |
| APL-EG-R_00015982 | APL-EG-R_00015984 | https://developer.apple.com/documentation/uikit/uiapplication/open(_:options:completionhandler:) |
| APL-EG-R_00015985 | APL-EG-R_00015987 | https://developer.apple.com/documentation/widgetkit/widgetcenter/reloadalltimelines() |
| APL-EG-R_00015988 | APL-EG-R_00015991 | https://apps.apple.com/us/app/youtube-tv/id1193350206 |
| APL-EG-R_00015992 | APL-EG-R_00015997 | https://cricut.com/en-us/join-cricut-access |
| APL-EG-R_00015998 | APL-EG-R_00016000 | https://news.linkedin.com/2023/november/linkedIn-introduces-new-aI-powered-premium-experience |
| APL-EG-R_00016001 | APL-EG-R_00016006 | https://poly.cam/ |
| APL-EG-R_00016007 | APL-EG-R_00016009 | https://support.google.com/youtubetv/answer/7249585?co=GENIE.Platform%3DiOS&oco=1 |
| APL-EG-R_00016010 | APL-EG-R_00016012 | https://www.alltrails.com/plans |
| APL-EG-R_00016013 | APL-EG-R_00016021 | https://www.apple.com/newsroom/2026/06/apple-aids-app-development-with-new-intelligence-frameworks-and-advanced-tools/ |
| APL-EG-R_00016022 | APL-EG-R_00016035 | https://www.apple.com/newsroom/2026/06/apple-introduces-siri-ai-a-profoundly-more-capable-and-personal-assistant/ |
| APL-EG-R_00016036 | APL-EG-R_00016042 | https://www.forbes.com/sites/janakirammsv/2020/01/19/apple-acquires-xnorai-to-bolster-ai-at-the-edge/ |
| APL-EG-R_00016043 | APL-EG-R_00016045 | https://www.linkedin.com/help/linkedin/answer/a7474393 |
| APL-EG-R_00016046 | APL-EG-R_00016053 | https://www.wsj.com/articles/apple-buys-artificial-intelligence-startup-emotient-1452188715 |
| APL-EG-R_00016054 | APL-EG-R_00016056 | https://developer.apple.com/documentation/coremotion/cmaltimeter/startabsolutealtitudeupdates(to:withhandler:) |
| APL-EG-R_00016057 | APL-EG-R_00016060 | https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/index.html |
| APL-EG-R_00016061 | APL-EG-R_00016205 | https://developer.apple.com/support/terms/apple-developer-program-license-agreement/ |
| APL-EG-R_00016206 | APL-EG-R_00016209 | https://developer.apple.com/videos/play/wwdc2024/10179/ |

| APL-EG-R_00016210 | APL-EG-R_00016212 | https://developer.apple.com/videos/play/wwdc2021/10040/ |
|---|---|---|
| APL-EG-R_00016213 | APL-EG-R_00016215 | https://developer.apple.com/videos/play/tech-talks/10886/ |
| APL-EG-R_00016216 | APL-EG-R_00016218 | https://developer.apple.com/videos/play/wwdc2020/10008/ |
| APL-EG-R_00016219 | APL-EG-R_00016222 | https://developer.apple.com/videos/play/wwdc2025/216/ |
| APL-EG-R_00016223 | APL-EG-R_00016226 | https://developer.apple.com/videos/play/wwdc2023/10185/ |
| APL-EG-R_00016227 | APL-EG-R_00016229 | https://developer.apple.com/videos/play/wwdc2024/10060/ |
| APL-EG-R_00016230 | APL-EG-R_00016232 | https://developer.apple.com/videos/play/wwdc2021/10295/ |
| APL-EG-R_00016233 | APL-EG-R_00016236 | https://developer.apple.com/videos/play/wwdc2019/603/ |
| APL-EG-R_00016237 | APL-EG-R_00016239 | https://developer.apple.com/videos/play/wwdc2019/901/ |
| APL-EG-R_00016240 | APL-EG-R_00016243 | https://developer.apple.com/videos/play/wwdc2025/246/ |
| APL-EG-R_00016244 | APL-EG-R_00016246 | https://developer.apple.com/videos/play/wwdc2022/110565/ |
| APL-EG-R_00016247 | APL-EG-R_00016249 | https://developer.apple.com/videos/play/meet-with-apple/246/ |
| APL-EG-R_00016250 | APL-EG-R_00016252 | https://developer.apple.com/videos/play/wwdc2024/10177/ |
| APL-EG-R_00016253 | APL-EG-R_00016255 | https://developer.apple.com/videos/play/wwdc2025/221/ |
| APL-EG-R_00016256 | APL-EG-R_00016258 | https://developer.apple.com/videos/play/wwdc2021/10152 |
| APL-EG-R_00016259 | APL-EG-R_00016261 | https://developer.apple.com/videos/play/wwdc2019/604/ |
| APL-EG-R_00016262 | APL-EG-R_00016264 | https://developer.apple.com/videos/play/wwdc2023/10105/ |
| APL-EG-R_00016265 | APL-EG-R_00016267 | https://developer.apple.com/videos/play/tech-talks/605 |
| APL-EG-R_00016268 | APL-EG-R_00016270 | https://developer.apple.com/videos/play/wwdc2024/10069/ |

388

| APL-EG-R_00016271 | APL-EG-R_00016273 | https://developer.apple.com/videos/play/wwdc2025/228/ |
|---|---|---|
| APL-EG-R_00016274 | APL-EG-R_00016276 | https://developer.apple.com/videos/play/wwdc2021/10059/ |
| APL-EG-R_00016277 | APL-EG-R_00016279 | https://developer.apple.com/videos/play/wwdc2019/612/ |
| APL-EG-R_00016280 | APL-EG-R_00016283 | https://developer.apple.com/videos/play/wwdc2023/10165/ |
| APL-EG-R_00016284 | APL-EG-R_00016287 | https://developer.apple.com/videos/play/wwdc2025/243/ |
| APL-EG-R_00016288 | APL-EG-R_00016290 | https://developer.apple.com/videos/play/tech-talks/110358/ |
| APL-EG-R_00016291 | APL-EG-R_00016294 | https://developer.apple.com/videos/play/wwdc2024/10123/ |
| APL-EG-R_00016295 | APL-EG-R_00016297 | https://developer.apple.com/videos/play/wwdc2022/10066 |
| APL-EG-R_00016298 | APL-EG-R_00016300 | https://developer.apple.com/videos/play/wwdc2025/324/ |
| APL-EG-R_00016301 | APL-EG-R_00016303 | https://developer.apple.com/videos/play/wwdc2019/704/ |
| APL-EG-R_00016304 | APL-EG-R_00016306 | https://developer.apple.com/videos/play/wwdc2023/10141/ |
| APL-EG-R_00016307 | APL-EG-R_00016310 | https://developer.apple.com/videos/play/wwdc2024/10135/ |
| APL-EG-R_00016311 | APL-EG-R_00016313 | https://developer.apple.com/videos/play/wwdc2021/10267/ |
| APL-EG-R_00016314 | APL-EG-R_00016316 | https://developer.apple.com/videos/play/wwdc2019/706/ |
| APL-EG-R_00016317 | APL-EG-R_00016320 | https://developer.apple.com/videos/play/wwdc2025/247/ |
| APL-EG-R_00016321 | APL-EG-R_00016323 | https://developer.apple.com/videos/play/wwdc2023/10143/ |
| APL-EG-R_00016324 | APL-EG-R_00016326 | https://developer.apple.com/videos/play/wwdc2025/259/ |
| APL-EG-R_00016327 | APL-EG-R_00016329 | https://developer.apple.com/videos/play/wwdc2024/101/ |
| APL-EG-R_00016330 | APL-EG-R_00016332 | https://developer.apple.com/videos/play/wwdc2021/10048/ |

389

| APL-EG-R_00016333 | APL-EG-R_00016336 | https://developer.apple.com/videos/play/wwdc2020/10028/ |
|---|---|---|
| APL-EG-R_00016337 | APL-EG-R_00016339 | https://developer.apple.com/videos/play/wwdc2025/262/ |
| APL-EG-R_00016340 | APL-EG-R_00016343 | https://developer.apple.com/videos/play/wwdc2023/10193/ |
| APL-EG-R_00016344 | APL-EG-R_00016346 | https://developer.apple.com/videos/play/wwdc2024/10220/ |
| APL-EG-R_00016347 | APL-EG-R_00016350 | https://developer.apple.com/videos/play/wwdc2020/10632/ |
| APL-EG-R_00016351 | APL-EG-R_00016353 | https://developer.apple.com/videos/play/wwdc2022/10027/ |
| APL-EG-R_00016354 | APL-EG-R_00016357 | https://developer.apple.com/videos/play/wwdc2025/328/ |
| APL-EG-R_00016358 | APL-EG-R_00016360 | https://developer.apple.com/videos/play/wwdc2023/10194/ |
| APL-EG-R_00016361 | APL-EG-R_00016363 | https://developer.apple.com/videos/play/wwdc2024/10183/ |
| APL-EG-R_00016364 | APL-EG-R_00016366 | https://developer.apple.com/videos/play/wwdc2020/10012 |
| APL-EG-R_00016367 | APL-EG-R_00016369 | https://developer.apple.com/videos/play/wwdc2021/10205/ |
| APL-EG-R_00016370 | APL-EG-R_00016372 | https://developer.apple.com/videos/play/wwdc2023/10179/ |
| APL-EG-R_00016373 | APL-EG-R_00016375 | https://developer.apple.com/videos/play/wwdc2025/301/ |
| APL-EG-R_00016376 | APL-EG-R_00016378 | https://developer.apple.com/videos/play/wwdc2020/10090/ |
| APL-EG-R_00016379 | APL-EG-R_00016381 | https://developer.apple.com/videos/play/wwdc2024/10133/ |
| APL-EG-R_00016382 | APL-EG-R_00016384 | https://developer.apple.com/videos/play/wwdc2021/10229 |
| APL-EG-R_00016385 | APL-EG-R_00016387 | https://developer.apple.com/videos/play/wwdc2025/260/ |
| APL-EG-R_00016388 | APL-EG-R_00016390 | https://developer.apple.com/videos/play/wwdc2022/110403/ |
| APL-EG-R_00016391 | APL-EG-R_00016393 | https://developer.apple.com/videos/play/wwdc2021/10244/ |

390

| APL-EG-R_00016394 | APL-EG-R_00016396 | https://developer.apple.com/videos/play/wwdc2024/10223/ |
|---|---|---|
| APL-EG-R_00016397 | APL-EG-R_00016399 | https://developer.apple.com/videos/play/wwdc2020/10060/ |
| APL-EG-R_00016400 | APL-EG-R_00016402 | https://developer.apple.com/videos/play/wwdc2023/10192/ |
| APL-EG-R_00016403 | APL-EG-R_00016405 | https://developer.apple.com/videos/play/wwdc2025/286/ |
| APL-EG-R_00016406 | APL-EG-R_00016408 | https://developer.apple.com/videos/play/wwdc2021/10038/ |
| APL-EG-R_00016409 | APL-EG-R_00016412 | https://developer.apple.com/videos/play/wwdc2020/10602 |
| APL-EG-R_00016413 | APL-EG-R_00016415 | https://developer.apple.com/videos/play/wwdc2024/10203/ |
| APL-EG-R_00016416 | APL-EG-R_00016418 | https://developer.apple.com/videos/play/wwdc2023/10238/ |
| APL-EG-R_00016419 | APL-EG-R_00016421 | https://developer.apple.com/videos/play/wwdc2025/265/ |
| APL-EG-R_00016422 | APL-EG-R_00016424 | https://developer.apple.com/videos/play/wwdc2022/10101 |
| APL-EG-R_00016425 | APL-EG-R_00016427 | https://developer.apple.com/videos/play/wwdc2024/10210/ |
| APL-EG-R_00016428 | APL-EG-R_00016430 | https://developer.apple.com/videos/play/wwdc2020/10612/ |
| APL-EG-R_00016431 | APL-EG-R_00016433 | https://developer.apple.com/videos/play/wwdc2023/10184/ |
| APL-EG-R_00016434 | APL-EG-R_00016437 | https://developer.apple.com/videos/play/wwdc2025/275/ |
| APL-EG-R_00016438 | APL-EG-R_00016440 | https://developer.apple.com/videos/play/wwdc2022/10092/ |
| APL-EG-R_00016441 | APL-EG-R_00016443 | https://developer.apple.com/videos/play/wwdc2025/325/ |
| APL-EG-R_00016444 | APL-EG-R_00016446 | https://developer.apple.com/videos/play/wwdc2024/10131/ |
| APL-EG-R_00016447 | APL-EG-R_00016450 | https://developer.apple.com/videos/play/wwdc2020/10068/ |
| APL-EG-R_00016451 | APL-EG-R_00016454 | https://developer.apple.com/videos/play/wwdc2023/10053/ |

| APL-EG-R_00016455 | APL-EG-R_00016457 | https://developer.apple.com/videos/play/wwdc2022/10102 |
|---|---|---|
| APL-EG-R_00016458 | APL-EG-R_00016611 | https://developer.apple.com/videos/all-videos/ |
| APL-EG-R_00016612 | APL-EG-R_00016615 | https://developer.apple.com/videos/play/wwdc2025/278/ |
| APL-EG-R_00016616 | APL-EG-R_00016619 | https://developer.apple.com/videos/play/wwdc2024/10159/ |
| APL-EG-R_00016620 | APL-EG-R_00016622 | https://developer.apple.com/videos/play/wwdc2020/10655/ |
| APL-EG-R_00016623 | APL-EG-R_00016625 | https://developer.apple.com/videos/play/wwdc2023/10102/ |
| APL-EG-R_00016626 | APL-EG-R_00016628 | https://developer.apple.com/videos/play/wwdc2022/10077/ |
| APL-EG-R_00016629 | APL-EG-R_00016631 | https://developer.apple.com/videos/play/wwdc2019/520/ |
| APL-EG-R_00016632 | APL-EG-R_00016634 | https://developer.apple.com/videos/play/wwdc2025/360/ |
| APL-EG-R_00016635 | APL-EG-R_00016637 | https://developer.apple.com/videos/play/wwdc2020/10647/ |
| APL-EG-R_00016638 | APL-EG-R_00016640 | https://developer.apple.com/videos/play/wwdc2023/10047/ |
| APL-EG-R_00016641 | APL-EG-R_00016643 | https://developer.apple.com/videos/play/wwdc2024/10145/ |
| APL-EG-R_00016644 | APL-EG-R_00016646 | https://developer.apple.com/videos/play/wwdc2022/10162 |
| APL-EG-R_00016647 | APL-EG-R_00016649 | https://developer.apple.com/videos/play/tech-talks/608 |
| APL-EG-R_00016650 | APL-EG-R_00016652 | https://developer.apple.com/videos/play/wwdc2020/10145/ |
| APL-EG-R_00016653 | APL-EG-R_00016655 | https://developer.apple.com/videos/play/wwdc2023/10036/ |
| APL-EG-R_00016656 | APL-EG-R_00016658 | https://developer.apple.com/videos/play/wwdc2024/10157/ |
| APL-EG-R_00016659 | APL-EG-R_00016661 | https://developer.apple.com/videos/play/wwdc2022/110332/ |
| APL-EG-R_00016662 | APL-EG-R_00016665 | https://developer.apple.com/videos/play/wwdc2024/10168/ |

| APL-EG-R_00016666 | APL-EG-R_00016668 | https://developer.apple.com/videos/play/tech-talks/110361/ |
| APL-EG-R_00016669 | APL-EG-R_00016671 | https://developer.apple.com/videos/play/wwdc2020/10615 |
| APL-EG-R_00016672 | APL-EG-R_00016674 | https://developer.apple.com/videos/play/wwdc2023/10049/ |
| APL-EG-R_00016675 | APL-EG-R_00016677 | https://developer.apple.com/videos/play/wwdc2021/10037/ |
| APL-EG-R_00016678 | APL-EG-R_00016680 | https://developer.apple.com/videos/play/wwdc2023/10281/ |
| APL-EG-R_00016681 | APL-EG-R_00016683 | https://developer.apple.com/videos/play/wwdc2022/10126/ |
| APL-EG-R_00016684 | APL-EG-R_00016686 | https://developer.apple.com/videos/play/wwdc2024/10161/ |
| APL-EG-R_00016687 | APL-EG-R_00016689 | https://developer.apple.com/videos/play/wwdc2019/430/ |
| APL-EG-R_00016690 | APL-EG-R_00016693 | https://developer.apple.com/videos/play/meet-with-apple/205/ |
| APL-EG-R_00016694 | APL-EG-R_00016696 | https://developer.apple.com/videos/play/wwdc2014/513/ |
| APL-EG-R_00016697 | APL-EG-R_00016699 | https://developer.apple.com/videos/play/tech-talks/110349/ |
| APL-EG-R_00016700 | APL-EG-R_00016705 | https://developer.apple.com/videos/meet-with-apple/ |
| APL-EG-R_00016706 | APL-EG-R_00016708 | https://developer.apple.com/videos/play/wwdc2019/601 |
| APL-EG-R_00016709 | APL-EG-R_00016711 | https://developer.apple.com/videos/play/wwdc2019/401/ |
| APL-EG-R_00016712 | APL-EG-R_00016715 | https://developer.apple.com/videos/play/wwdc2019/411/ |
| APL-EG-R_00016716 | APL-EG-R_00016718 | https://developer.apple.com/videos/play/wwdc2019/207/ |
| APL-EG-R_00016719 | APL-EG-R_00016721 | https://developer.apple.com/videos/play/wwdc2018/211/ |
| APL-EG-R_00016722 | APL-EG-R_00016722 | https://www.youtube.com/watch?v=t18z64iecZM |
| APL-EG-R_00016723 | APL-EG-R_00016723 | https://youtu.be/LXTUFmbZwec?si=X8ZQ3MEgZQIeq3tc |

393

| APL-EG-R_00016724 | APL-EG-R_00016724 | https://developer.apple.com/videos/play/wwdc2023/10238/ |
| APL-EG-R_00016725 | APL-EG-R_00016725 | https://developer.apple.com/videos/play/wwdc2021/10244/ |
| APL-EG-R_00016726 | APL-EG-R_00016726 | https://developer.apple.com/videos/play/wwdc2025/216/ |
| APL-EG-R_00016727 | APL-EG-R_00016727 | https://developer.apple.com/videos/play/wwdc2024/10123/ |
| APL-EG-R_00016728 | APL-EG-R_00016728 | https://developer.apple.com/videos/play/wwdc2019/401/ |
| APL-EG-R_00016729 | APL-EG-R_00016729 | https://developer.apple.com/videos/play/wwdc2019/704/ |
| APL-EG-R_00016730 | APL-EG-R_00016730 | https://developer.apple.com/videos/play/wwdc2025/221/ |
| APL-EG-R_00016731 | APL-EG-R_00016731 | https://developer.apple.com/videos/play/meet-with-apple/246/ |
| APL-EG-R_00016732 | APL-EG-R_00016732 | https://developer.apple.com/videos/play/wwdc2021/10048/ |
| APL-EG-R_00016733 | APL-EG-R_00016733 | https://developer.apple.com/videos/play/wwdc2024/10060/ |
| APL-EG-R_00016734 | APL-EG-R_00016734 | https://developer.apple.com/videos/play/wwdc2023/10143/ |
| APL-EG-R_00016735 | APL-EG-R_00016735 | https://developer.apple.com/videos/play/wwdc2021/10267/ |
| APL-EG-R_00016736 | APL-EG-R_00016736 | https://developer.apple.com/videos/play/wwdc2019/901/ |
| APL-EG-R_00016737 | APL-EG-R_00016737 | https://developer.apple.com/videos/play/wwdc2025/243/ |
| APL-EG-R_00016738 | APL-EG-R_00016738 | https://developer.apple.com/videos/play/wwdc2019/601 |
| APL-EG-R_00016739 | APL-EG-R_00016739 | https://developer.apple.com/videos/play/wwdc2025/228/ |
| APL-EG-R_00016740 | APL-EG-R_00016740 | https://developer.apple.com/videos/play/wwdc2019/706/ |
| APL-EG-R_00016741 | APL-EG-R_00016741 | https://developer.apple.com/videos/play/wwdc2024/10177/ |
| APL-EG-R_00016742 | APL-EG-R_00016742 | https://developer.apple.com/videos/play/wwdc2021/10059/ |

| APL-EG-R_00016743 | APL-EG-R_00016743 | https://developer.apple.com/videos/play/tech-talks/110361/ |
|---|---|---|
| APL-EG-R_00016744 | APL-EG-R_00016744 | https://developer.apple.com/videos/play/wwdc2020/10008/ |
| APL-EG-R_00016745 | APL-EG-R_00016745 | https://developer.apple.com/videos/play/wwdc2023/10105/ |
| APL-EG-R_00016746 | APL-EG-R_00016746 | https://developer.apple.com/videos/play/wwdc2025/246/ |
| APL-EG-R_00016747 | APL-EG-R_00016747 | https://developer.apple.com/videos/play/wwdc2021/10295/ |
| APL-EG-R_00016748 | APL-EG-R_00016748 | https://developer.apple.com/videos/play/wwdc2024/10069/ |
| APL-EG-R_00016749 | APL-EG-R_00016749 | https://developer.apple.com/videos/play/wwdc2023/10179/ |
| APL-EG-R_00016750 | APL-EG-R_00016750 | https://developer.apple.com/videos/play/wwdc2025/301/ |
| APL-EG-R_00016751 | APL-EG-R_00016751 | https://developer.apple.com/videos/play/wwdc2021/10040/ |
| APL-EG-R_00016752 | APL-EG-R_00016752 | https://developer.apple.com/videos/play/wwdc2024/10133/ |
| APL-EG-R_00016753 | APL-EG-R_00016753 | https://developer.apple.com/videos/play/wwdc2025/260/ |
| APL-EG-R_00016754 | APL-EG-R_00016754 | https://developer.apple.com/videos/play/wwdc2023/10141/ |
| APL-EG-R_00016755 | APL-EG-R_00016755 | https://developer.apple.com/videos/play/wwdc2025/324/ |
| APL-EG-R_00016756 | APL-EG-R_00016756 | https://developer.apple.com/videos/play/wwdc2023/10192/ |
| APL-EG-R_00016757 | APL-EG-R_00016757 | https://developer.apple.com/videos/play/wwdc2019/612/ |
| APL-EG-R_00016758 | APL-EG-R_00016758 | https://developer.apple.com/videos/play/wwdc2021/10152 |
| APL-EG-R_00016759 | APL-EG-R_00016759 | https://developer.apple.com/videos/play/wwdc2023/10165/ |
| APL-EG-R_00016760 | APL-EG-R_00016760 | https://developer.apple.com/videos/play/wwdc2021/10205/ |
| APL-EG-R_00016761 | APL-EG-R_00016761 | https://developer.apple.com/videos/play/wwdc2025/247/ |

| APL-EG-R_00016762 | APL-EG-R_00016762 | https://developer.apple.com/videos/play/wwdc2023/10194/ |
|---|---|---|
| APL-EG-R_00016763 | APL-EG-R_00016763 | https://developer.apple.com/videos/play/meet-with-apple/205/ |
| APL-EG-R_00016764 | APL-EG-R_00016764 | https://developer.apple.com/videos/play/wwdc2025/265/ |
| APL-EG-R_00016765 | APL-EG-R_00016765 | https://developer.apple.com/videos/play/wwdc2022/10027/ |
| APL-EG-R_00016766 | APL-EG-R_00016766 | https://developer.apple.com/videos/play/wwdc2023/10184/ |
| APL-EG-R_00016767 | APL-EG-R_00016767 | https://developer.apple.com/videos/play/wwdc2019/430/ |
| APL-EG-R_00016768 | APL-EG-R_00016768 | https://developer.apple.com/videos/play/wwdc2019/604/ |
| APL-EG-R_00016769 | APL-EG-R_00016769 | https://developer.apple.com/videos/play/wwdc2023/10193/ |
| APL-EG-R_00016770 | APL-EG-R_00016770 | https://developer.apple.com/videos/play/wwdc2022/10066 |
| APL-EG-R_00016771 | APL-EG-R_00016771 | https://developer.apple.com/videos/play/wwdc2025/325/ |
| APL-EG-R_00016772 | APL-EG-R_00016772 | https://developer.apple.com/videos/play/wwdc2023/10185/ |
| APL-EG-R_00016773 | APL-EG-R_00016773 | https://developer.apple.com/videos/play/wwdc2020/10060/ |
| APL-EG-R_00016774 | APL-EG-R_00016774 | https://developer.apple.com/videos/play/wwdc2021/10229 |
| APL-EG-R_00016775 | APL-EG-R_00016775 | https://developer.apple.com/videos/play/wwdc2025/278/ |
| APL-EG-R_00016776 | APL-EG-R_00016776 | https://developer.apple.com/videos/play/wwdc2023/10047/ |
| APL-EG-R_00016777 | APL-EG-R_00016777 | https://developer.apple.com/videos/play/wwdc2021/10038/ |
| APL-EG-R_00016778 | APL-EG-R_00016778 | https://developer.apple.com/videos/play/wwdc2020/10028/ |
| APL-EG-R_00016779 | APL-EG-R_00016779 | https://developer.apple.com/videos/play/wwdc2025/328/ |
| APL-EG-R_00016780 | APL-EG-R_00016780 | https://developer.apple.com/videos/play/wwdc2022/10077/ |

| | | |
|---|---|---|
| APL-EG-R_00016781 | APL-EG-R_00016781 | https://developer.apple.com/videos/play/wwdc2019/603/ |
| APL-EG-R_00016782 | APL-EG-R_00016782 | https://developer.apple.com/videos/play/wwdc2022/110403/ |
| APL-EG-R_00016783 | APL-EG-R_00016783 | https://developer.apple.com/videos/play/wwdc2020/10012 |
| APL-EG-R_00016784 | APL-EG-R_00016784 | https://developer.apple.com/videos/play/wwdc2025/259/ |
| APL-EG-R_00016785 | APL-EG-R_00016785 | https://developer.apple.com/videos/play/wwdc2020/10068/ |
| APL-EG-R_00016786 | APL-EG-R_00016786 | https://developer.apple.com/videos/play/wwdc2022/110565/ |
| APL-EG-R_00016787 | APL-EG-R_00016787 | https://developer.apple.com/videos/play/wwdc2019/411/ |
| APL-EG-R_00016788 | APL-EG-R_00016788 | https://developer.apple.com/videos/play/wwdc2022/10101 |
| APL-EG-R_00016789 | APL-EG-R_00016789 | https://developer.apple.com/videos/play/wwdc2020/10647/ |
| APL-EG-R_00016790 | APL-EG-R_00016790 | https://developer.apple.com/videos/play/wwdc2024/101/ |
| APL-EG-R_00016791 | APL-EG-R_00016791 | https://developer.apple.com/videos/play/wwdc2023/10049/ |
| APL-EG-R_00016792 | APL-EG-R_00016792 | https://developer.apple.com/videos/play/tech-talks/110349/ |
| APL-EG-R_00016793 | APL-EG-R_00016793 | https://developer.apple.com/videos/play/wwdc2022/10092/ |
| APL-EG-R_00016794 | APL-EG-R_00016794 | https://developer.apple.com/videos/play/wwdc2025/262/ |
| APL-EG-R_00016795 | APL-EG-R_00016795 | https://developer.apple.com/videos/play/wwdc2020/10090/ |
| APL-EG-R_00016796 | APL-EG-R_00016796 | https://developer.apple.com/videos/play/wwdc2023/10102/ |
| APL-EG-R_00016797 | APL-EG-R_00016797 | https://developer.apple.com/videos/play/wwdc2022/10102 |
| APL-EG-R_00016798 | APL-EG-R_00016798 | https://developer.apple.com/videos/play/wwdc2020/10145/ |
| APL-EG-R_00016799 | APL-EG-R_00016799 | https://developer.apple.com/videos/play/wwdc2024/10179/ |

| APL-EG-R_00016800 | APL-EG-R_00016800 | https://developer.apple.com/videos/play/wwdc2025/360/ |
|---|---|---|
| APL-EG-R_00016801 | APL-EG-R_00016801 | https://developer.apple.com/videos/play/tech-talks/110358/ |
| APL-EG-R_00016802 | APL-EG-R_00016802 | https://developer.apple.com/videos/play/wwdc2022/10126/ |
| APL-EG-R_00016803 | APL-EG-R_00016803 | https://developer.apple.com/videos/play/tech-talks/605 |
| APL-EG-R_00016804 | APL-EG-R_00016804 | https://developer.apple.com/videos/play/wwdc2023/10053/ |
| APL-EG-R_00016805 | APL-EG-R_00016805 | https://developer.apple.com/videos/play/wwdc2020/10602 |
| APL-EG-R_00016806 | APL-EG-R_00016806 | https://developer.apple.com/videos/play/wwdc2022/110332/ |
| APL-EG-R_00016807 | APL-EG-R_00016807 | https://developer.apple.com/videos/play/wwdc2024/10145/ |
| APL-EG-R_00016808 | APL-EG-R_00016808 | https://developer.apple.com/videos/play/wwdc2025/275/ |
| APL-EG-R_00016809 | APL-EG-R_00016809 | https://developer.apple.com/videos/play/wwdc2019/520/ |
| APL-EG-R_00016810 | APL-EG-R_00016810 | https://developer.apple.com/videos/play/wwdc2020/10655/ |
| APL-EG-R_00016811 | APL-EG-R_00016811 | https://developer.apple.com/videos/play/wwdc2022/10162 |
| APL-EG-R_00016812 | APL-EG-R_00016812 | https://developer.apple.com/videos/play/wwdc2023/10036/ |
| APL-EG-R_00016813 | APL-EG-R_00016813 | https://developer.apple.com/videos/play/wwdc2024/10131/ |
| APL-EG-R_00016814 | APL-EG-R_00016814 | https://developer.apple.com/videos/play/wwdc2025/286/ |
| APL-EG-R_00016815 | APL-EG-R_00016815 | https://developer.apple.com/videos/play/wwdc2024/10135/ |
| APL-EG-R_00016816 | APL-EG-R_00016816 | https://developer.apple.com/videos/play/wwdc2023/10281/ |
| APL-EG-R_00016817 | APL-EG-R_00016817 | https://developer.apple.com/videos/play/wwdc2020/10615 |
| APL-EG-R_00016818 | APL-EG-R_00016818 | https://developer.apple.com/videos/play/wwdc2021/10037/ |

| APL-EG-R_00016819 | APL-EG-R_00016819 | https://developer.apple.com/videos/play/tech-talks/10886/ |
| APL-EG-R_00016820 | APL-EG-R_00016820 | https://developer.apple.com/videos/play/wwdc2024/10210/ |
| APL-EG-R_00016821 | APL-EG-R_00016821 | https://developer.apple.com/videos/play/wwdc2020/10612/ |
| APL-EG-R_00016822 | APL-EG-R_00016822 | https://developer.apple.com/videos/play/wwdc2024/10157/ |
| APL-EG-R_00016823 | APL-EG-R_00016823 | https://developer.apple.com/videos/play/wwdc2024/10203/ |
| APL-EG-R_00016824 | APL-EG-R_00016824 | https://developer.apple.com/videos/play/wwdc2020/10632/ |
| APL-EG-R_00016825 | APL-EG-R_00016825 | https://developer.apple.com/videos/play/wwdc2024/10183/ |
| APL-EG-R_00016826 | APL-EG-R_00016826 | https://developer.apple.com/videos/play/wwdc2018/211/ |
| APL-EG-R_00016827 | APL-EG-R_00016827 | https://developer.apple.com/videos/play/wwdc2019/207/ |
| APL-EG-R_00016828 | APL-EG-R_00016828 | https://developer.apple.com/videos/play/wwdc2024/10159/ |
| APL-EG-R_00016829 | APL-EG-R_00016829 | https://developer.apple.com/videos/play/wwdc2024/10161/ |
| APL-EG-R_00016830 | APL-EG-R_00016830 | https://developer.apple.com/videos/play/wwdc2024/10168/ |
| APL-EG-R_00016831 | APL-EG-R_00016831 | https://developer.apple.com/videos/play/wwdc2024/10220/ |
| APL-EG-R_00016832 | APL-EG-R_00016832 | https://developer.apple.com/videos/play/wwdc2024/10223/ |
| APL-EG-R_00016833 | APL-EG-R_00016836 | https://apps.apple.com/us/app/fortnite/id6483539426 |
| APL-EG-R_00016837 | APL-EG-R_00016844 | https://bitrise.io/ |
| APL-EG-R_00016845 | APL-EG-R_00016849 | https://developer.android.com/google/play/billing |
| APL-EG-R_00016850 | APL-EG-R_00016868 | https://developer.android.com/google/play/billing/integrate |
| APL-EG-R_00016869 | APL-EG-R_00016877 | https://developer.android.com/google/play/billing/rtdn-reference |

399

| APL-EG-R_00016878 | APL-EG-R_00016885 | https://developer.android.com/guide/playcore/asset-delivery |
|---|---|---|
| APL-EG-R_00016886 | APL-EG-R_00016888 | https://developer.apple.com/apple-news/Workbench-Getting-Started-for-Publishers.pdf |
| APL-EG-R_00016889 | APL-EG-R_00016894 | https://developer.apple.com/documentation/appclip |
| APL-EG-R_00016895 | APL-EG-R_00016903 | https://developer.apple.com/documentation/appstoreserverapi |
| APL-EG-R_00016904 | APL-EG-R_00016907 | https://developer.apple.com/documentation/avfoundation/photo-capture |
| APL-EG-R_00016908 | APL-EG-R_00016914 | https://developer.apple.com/documentation/bundleresources/information-property-list/uirequireddevicecapabilities |
| APL-EG-R_00016915 | APL-EG-R_00016920 | https://developer.apple.com/documentation/corespotlight/adding-your-app-s-content-to-spotlight-indexes/ |
| APL-EG-R_00016921 | APL-EG-R_00016925 | https://developer.apple.com/documentation/devicemanagement/install-application-command |
| APL-EG-R_00016926 | APL-EG-R_00016928 | https://developer.apple.com/documentation/security/shared-web-credentials |
| APL-EG-R_00016929 | APL-EG-R_00016933 | https://developer.apple.com/documentation/storekit/skstoreproductviewcontroller |
| APL-EG-R_00016934 | APL-EG-R_00016939 | https://developer.apple.com/documentation/webkit/promoting-apps-with-smart-app-banners |
| APL-EG-R_00016940 | APL-EG-R_00016944 | https://developer.apple.com/documentation/xcode/performance-and-metrics |
| APL-EG-R_00016945 | APL-EG-R_00016951 | https://developer.apple.com/swiftui/get-started/ |
| APL-EG-R_00016952 | APL-EG-R_00016954 | https://developer.apple.com/videos/play/wwdc2017/250/ |
| APL-EG-R_00016955 | APL-EG-R_00016958 | https://developers.google.com/android-publisher |
| APL-EG-R_00016959 | APL-EG-R_00016970 | https://docs.stripe.com/api |
| APL-EG-R_00016971 | APL-EG-R_00016972 | https://docs.unity3d.com/Packages/com.unity.addressables@3.1/manual/index.html |
| APL-EG-R_00016973 | APL-EG-R_00016979 | https://ipinfo.io/ |
| APL-EG-R_00016980 | APL-EG-R_00016981 | https://ipr.etsi.org |

400

| APL-EG-R_00016982 | APL-EG-R_00016987 | https://ipstack.com/ |
|---|---|---|
| APL-EG-R_00016988 | APL-EG-R_00016990 | https://learn.microsoft.com/en-us/uwp/api/windows.system.userprofile.globalizationpreferences.homegeographicregion?view=winrt-28000 |
| APL-EG-R_00016991 | APL-EG-R_00016991 | https://standards.ieee.org/wp-content/uploads/import/governance/patcom/xls-files/ieee-802.11-amendments.xlsx |
| APL-EG-R_00016992 | APL-EG-R_00017010 | https://techcrunch.com/2013/12/02/apple-buys-topsy-for-a-reported-200m-could-use-social-signals-to-bolster-app-store-relevance/ |
| APL-EG-R_00017011 | APL-EG-R_00017022 | https://www.adyen.com/ |
| APL-EG-R_00017023 | APL-EG-R_00017035 | https://www.apple.com/newsroom/2026/06/apple-unveils-next-generation-of-apple-intelligence-siri-ai-and-more/ |
| APL-EG-R_00017036 | APL-EG-R_00017046 | https://www.apple.com/siri/ |
| APL-EG-R_00017047 | APL-EG-R_00017066 | https://www.fortnite.com/item-shop |
| APL-EG-R_00017067 | APL-EG-R_00017071 | https://www.maxmind.com/en/home |
| APL-EG-R_00017072 | APL-EG-R_00017077 | https://www.paddle.com/ |
| APL-EG-R_00017078 | APL-EG-R_00017083 | https://www.paypal.com/us/braintree |
| APL-EG-R_00017084 | APL-EG-R_00017092 | https://www.thestreet.com/personal-finance/imoney-patent-and-other-digital-wallet-patent-battles-11975931 |
| APL-EG-R_00017093 | APL-EG-R_00017098 | https://publicrecords.copyright.gov/advanced-search "Apple Inc." search |
| APL-EG-R_00017099 | APL-EG-R_00017293 | https://publicrecords.copyright.gov/advanced-search  TX Registration Nos. |
| APL-EG-R_00017294 | APL-EG-R_00017296 | https://developer.apple.com/documentation/corehaptics/chhapticengine/registeraudioresource(_:options:) |
| APL-EG-R_00017297 | APL-EG-R_00017305 | https://www.apple.com/newsroom/2017/06/ios-11-brings-new-features-to-iphone-and-ipad-this-fall/ |
| APL-EG-R_00017306 | APL-EG-R_00017343 | https://www.apple.com/privacy/features/ |
| APL-EG-R_00017344 | APL-EG-R_00017347 | https://play.google.com/store/apps/details?id=com.google.android.apps.maps&hl=en_US |
| APL-EG-R_00017348 | APL-EG-R_00017351 | https://play.google.com/store/apps/details?id=com.google.android.apps.healthdata&hl=en_US |

# **APPENDIX A**

# Christopher Thompson

233 Analytics, LLC
112 Hadley Reserve Ct.
Nolensville, TN 37135
Cell Phone (727) 481-2833
chris@233analytics.com

| | |
|---|---|
| **Education** | **Vanderbilt University** Nashville, Tennessee   *Bachelor of Engineering May 2010*<br>Major: Computer Engineering<br>Minor: Engineering Management (School of Engineering) |
| **Publications** | **Journal Publications**<br>Jules White, Chris Thompson, Hamilton Turner, Brian Dougherty, Douglas C. Schmidt, WreckWatch: Automatic Traffic Accident Detection and Notification with Smartphones, Springer Journal of Mobile Applications and Networks |

**Journal Publications**
Jules White, Chris Thompson, Hamilton Turner, Brian Dougherty, Douglas C. Schmidt, WreckWatch: Automatic Traffic Accident Detection and Notification with Smartphones, Springer Journal of Mobile Applications and Networks

Jules White, Sibohan Clarke, Brian Dougherty, Chris Thompson, Douglas C. Schmidt, R&D Challenges and Solutions for Mobile Cyber-Physical Applications and Supporting Internet Services, Springer Journal of Internet Services and Applications

Jules White, Brian Dougherty, Chris Thompson, Douglas C. Schmidt, "ScatterD: Spatial Deployment Optimization with Hybrid Heuristic / Evolutionary Algorithms," ACM Transactions on Autonomous and Adaptive Systems Special Issue on Spatial Computing.

**Conference Publications**
Chris Thompson, Hamilton Turner, Jules White, and Douglas C. Schmidt, Analyzing Mobile Application Software Power Consumption via Model-Driven Engineering, Proceedings of the 1st International Conference on Pervasive and Embedded Computing and Communication Systems, Algarve, Portugal, March 5-7, 2011. **Received Best Student Paper Award**

Chris Thompson, Jules White, and Douglas C. Schmidt, Analyzing Mobile Application Software Power Consumption via Model-Driven Engineering, ACM/IEEE 13th International Conference on Model Driven Engineering Languages and Systems, October 3-8, 2010 Oslo, Norway

Chris Thompson, Jules White, Brian Dougherty and Douglas C. Schmidt, Using Smartphones to Detect Car Accidents and Provide Situational Awareness to Emergency Responders, MobilWare 2010, June 28 – July 2, 2010, Chicago, IL USA. **Best Paper Recipient**

Brian Dougherty, Jules White, Jaiganesh Balasubramanian, Chris Thompson, and Douglas C. Schmidt, Deployment Automation with BLITZ, 31st International Conference on Software Engineering, May 16-24, 2009 Vancouver, Canada.

Brian Dougherty, Jules White, Chris Thompson, and Douglas C. Schmidt, Automating Hardware and Software Evolution Analysis, 16th Annual IEEE International Conference and Workshop on the Engineering of Computer Based Systems (ECBS), April 13-16, 2009 San Francisco, CA USA.

**Workshop Publications**
Chris Thompson, Jules White, Brian Dougherty, and Douglas C. Schmidt, Optimizing Mobile Application Performance with Model-Driven Engineering, The Seventh Annual IFIP Workshop on Software Technologies for Future Embedded and Ubiquitous Systems, November 16-18, 2009 Newport Beach, California

**Book Chapters**
Hamilton Turner, Jules White, Chris Thompson, Krzysztof Zienkiewicz, Scott Campbell, Douglas C. Schmidt, Building Mobile Sensor Networks Using Smartphones and Web Services: Ramifications and Development Challenges, *Handbook of Research on Mobility and Computing: Evolving Technologies and Ubiquitous Impacts*, edited by Maria Manuela Cruz-Cunha and Fernando Moreira, IGI Global, Hershey, PA, USA 2009 (Accepted Proposal)

Thompson 2

**Patents**

**Issued**
8,907,772: *System and method for automatic unsafe driving determination and notification*
9,578,445: *Systems and methods to synchronize data to a mobile device based on a device usage context*
9,363,670: *Systems and methods for restricting access to network resources via in-location access point protocol*
9,773,107: *Systems and methods for enforcing security in mobile computing*
12,450,075: *System and method for rendering a graphical user interface for defining policies to output digital content*

**Pending**
US20230385862A1: *System and method for targeting digital content at product terminals using reference data*
US20230316309A1: *System and method for targeting digital content at product terminals using reference data*
US20230316310A1: *System and method for targeting digital content at product terminals using reference data*

**Testimony**

October 2025, submitted an expert report and provided testimony on behalf of Donna Crowe, et al., in Donna Crowe, et al., v. Managed Care of North America, INC. d/b/a MCNA Dental, MCNA Insurance Company d/b/a MCNA Dental, and Healthplex, Inc.
Southern District of Florida, Fort Lauderdale Division, Case No. 23-61065-CIV-SINGHAL

July 2025, submitted a declaration and provided testimony on behalf of Coupa in Coupa Software Inc. et al v. Optilogic, Inc. et al
District of Delaware, Case No. 1:24-cv-01275

June 2025, provided testimony in court on behalf of Sun Pharmaceuticals in *In the Matter of Certain Photodynamic Therapy Systems, Components Thereof, And Pharmaceutical Products Used In Combination With The Same*,
U.S. International Trade Commission, Investigation No. 337-TA1411

June 2025, submitted an expert report and provided testimony on behalf of Rule 14 in Rule 14 v. UiPath in Rule 14 v UiPath
Eastern District of Texas; Case No. 2:23-cv-627

June 2025, provided testimony in court on behalf of Csupo et. al, in Csupo et. al. v. Google LLC
Superior Court of the State of California, County of Santa Clara; Case No. 19CV352557

March 2025, submitted an expert report and provided testimony on behalf of Sun Pharmaceuticals in in *In the Matter of Certain Photodynamic Therapy Systems, Components Thereof, And Pharmaceutical Products Used In Combination With The Same*,
U.S. International Trade Commission, Investigation No. 337-TA1411

February 2025, submitted an affidavit and provided testimony in court on behalf of ZOLL Data Systems, Inc. in ZOLL Data Systems, Inc v. Wave HDC, LLC and Experian Health, Inc
District of Colorado, Case No. 1:24-cv-00584-DDD-KASA

January 2025, submitted a declaration and provided testimony in support of claim construction on behalf of Rule 14 in Rule 14 v. UiPath in Rule 14 v UiPath
Eastern District of Texas; Case No. 2:23-cv-627

January 2025, submitted expert reports and provided testimony on behalf of Csupo et. al, in Csupo et. al. v. Google LLC Superior Court of the State of California, County of Santa Clara; Case No. 19CV352557 and on behalf of Taylor et. al, in Taylor et. al. v. Google LLC

Thompson 3

Northern District of California; Case No. 5:20-CV-07956-VK

September 2024, provided testimony in court on behalf of IBM in International Business
Machines v. Zynga, Inc
District of Delaware; Case No. 1:22-cv-00590

May 2024, provided testimony on behalf of IBM in International Business Machines v. Rakuten,
Inc. et al.
District of Delaware; Case No. 1:21-cv-00461-LPS

March 2024, submitted an expert report/provided testimony on behalf of IBM in International
Business Machines v. Zynga, Inc
District of Delaware; Case No. 1:22-cv-00590

March 2024, submitted an expert report/provided testimony on behalf of Ravgen Inc. in Ravgen
Inc. v. Ariosa Diagnostics Roche Sequencing Solutions, Inc., Roche Molecular Systems,
Inc., and Foundation Medicine, Inc
District of Delaware; Case No. 20-cv-1646-RGA-JLH

January 2024, provided testimony in court on behalf of Ravgen Inc. in Ravgen Inc. v. Natera, Inc.
Western District of Texas; Case No. 6:20-cv-451

September 2023, submitted an expert report/provided testimony on behalf of Ravgen Inc. in
Ravgen Inc. v. Natera, Inc.
Western District of Texas; Case No. 6:20-cv-451

June 2023, submitted an expert report/provided testimony on behalf of Guardant Health in
Guardant Health in Twinstrand Biosciences Inc., & University of Washington v. Guardant
Health
District of Delaware; Case No 1:21-cv-01126-LPS

April 2022, submitted declarations and provided testimony in court on behalf of Brown et. al. in
Brown et. al. v. Google, LLC et. al
Northern District of California; Case No. 20-CV-03664-LHK

September 2021, submitted an expert report/provided testimony on behalf of Ravgen Inc. in
Ravgen Inc. v. Natera, Inc.
Western District of Texas; Case No. 6:20-cv-451

| | |
|---|---|
| **Technology Consulting and Experience (ongoing)** | **NewsBreak Media Networks** Nashville, Tennessee<br>*Chief Technology Officer/Technical Advisor* January 2015 – Present<br><ul><li>Responsible for ground-up architecture of marketing automation tools for brick and mortar, convenience retail</li><li>Designed and built critical software components and infrastructure for video distribution to remote and distributed player software</li><li>Tasked with defining and implementing the product roadmap and technology vision</li></ul>**Firebolt Group** Wixom, MI<br>*Chief Technology Officer* July 2022 – April 2024<br><ul><li>Responsible for overseeing new technology initiatives and software development</li><li>Engaged to provide leadership and structure for early-stage CV and analytics technology acquisition</li><li>Onboarded and grew multinational development and operations team</li></ul> |

**JMG Marketing**
*Technology Strategy Consultant and Developer* March 2021 - Present
- Provided development resources for print and business process automation

**Vanderbilt University**
*Technology Strategy Consultant and Developer* January 2018 – Present
- Research IT consulting and software development for research-related projects.

**Vanderbilt University Medical Center**
*Technology Strategy Consultant and Developer* January 2019 – Present
- Research IT consulting and software development for research-related projects. Entity separated from Vanderbilt University.

**University of Kentucky**
*Technology Strategy Consultant and Developer* August 2020 – Present
- Research IT consulting and software development for research-related projects.

**233 Analytics, LLC**
*Consultant* April 2010 - Present
- Provided development resources for custom enterprise applications and mobile applications along with consulting expert services for software patent litigation.

**Technology Consulting and Experience (historical)**

**Macy's Department Stores**
*Third-party software developer* June 2013 – August 2022
- Software development services for back-office automation of loss prevention division.

**Braze, Inc**
*Third-party software developer* May 2019 – December 2021
- Developed a mobile application to support developer and user events demonstrating the Braze user-engagement platform.

**Savantis Solutions**
*Technology Strategy Consultant* September 2019 – December 2019
- Provided technology and software development process guidance for custom product development pertaining to point of sale and e-commerce systems

**TalentWell, LLC**
*Technology Strategy Consultant* January 2018 – December 2019
- Provided CTO and technology strategy services for the professional development space.

**Nationwide Studios** Nashville, Tennessee
*Chief Product Officer* December 2017 – November 2018
- Responsible for overseeing development and architecture of photography capture and commerce products
- Designed and implemented data analytics platform to leverage historical customer data to increase product efficacy
- Managed migration of legacy back office systems to modern architectures to increase efficiency and agility

**WellPath**
*Third-party software developer* January 2017 – August 2019
- Provided mobile app development and data analytics services for the prison healthcare space.

Thompson 5

**Nationwide Studios, Inc**
*Chief Product Officer* June 2017 – November 2018
- Responsible for overseeing development and architecture of photography capture and commerce products
- Designed and implemented data analytics platform to leverage historical customer data to increase product efficacy
- Managed migration of legacy back office systems to modern architectures to increase efficiency and agility

**OptioLabs, LLC** Nashville, Tennessee
*Senior Software Development Consultant* March 2012 – December 2015
- Worked on numerous projects including a secure Android middleware layer, command and control systems for remote devices, custom data analytics packages and other business services
- Architected and managed cloud computing resources including EC2 instances and infrastructure
- Automated deployment and testing frameworks

**Cyber Physical Systems, Inc.** Nashville, Tennessee
*Founder & CEO* May 2010 – May 2013
- Raised over $2.1m in venture funding for consumer electronic startup
- Architected and implemented command and control server for distributed network of devices
- Managed product development cycle to bring concept to physical product
- Featured in Engadget, TechCrunch, VentureBeat, FoxNews.com among others

**Institute for Software Integrated Systems** Vanderbilt University, Nashville, Tennessee
*Undergraduate Research Assistant* Summer 2009
- Constructed 4 mobile applications based on the Android platform
- Conducted research on mobile performance analysis and power-consumption optimization
- Presented findings and projects to upper-level administrators within the School of Engineering and Vanderbilt University.

**Litigation Consulting (ongoing)**

Consultant to Apple Inc, in Ginko v. Apple, Inc
    Western District of Texas, Case No 1-24-cv-01279
    October 2025 – Present
    Case pertains to local network connectivity

Consultant to Valtrus Innovations Limited in Vertiv Corporation v. Valtrus Innovations Limited
    Northern District of Texas, Case No. 3:24-cv-01152
    October 2025 – Present
    Case pertains to data center cooling technologies

Consultant to Regions Bank in United Services Automobile Association v. Regions Bank
    Eastern District of Texas, Case No 2:25-cv-00082-JRG
    September 2025 - Present
    Case pertains to mobile check deposit and web security,

Consultant to Salesforce, Inc in Spriv LLC v. Salesforce, Inc
    Western District of Texas, Case No 1:25-cv-00354
    September 2025 – Present
    Case pertains to authentication technology

Consultant to Apple, Inc in LS Cable & System Ltd. v. Apple Inc.,
    Northern District of California, Case No. 3:24-cv-09194-JD

August 2025 - Present
Case pertains to wireless power distribution

Consultant to Appalachian Underwriters in Slice Insurance Technologies v. Appalachian
Underwriters
Southern District of New York, Case No 1:24-cv-09803-LGS
August 2025 – Present
Case pertains to trade dress and web design

Consultant to Intel on confidential matters pertaining to display drivers and CPU architectures
July 2025 – Present

Consultant to Apple Inc, in Rally AG v. Apple, Inc
District of Delaware, Case No 1:23-cv-01106-JHS
May 2025 – Present
Case pertains to email aliasing

Consultant to Donna Crowe, et al., v. Managed Care of North America, INC. d/b/a MCNA Dental,
MCNA Insurance Company d/b/a MCNA Dental, and Healthplex, Inc.
Southern District of Florida, Fort Lauderdale Division, Case No. 23-61065-CIV-
SINGHAL
March 2025 – Present
Case pertains to a data breach

Consultant to Berman et al. in Berman et al. v. Forbes
Northern District of California, Case No. 3:24-cv-09287
February 2025 – Present
Case pertains to internet privacy and tracking

Consultant to International Business Machines in Algebraix LLC. v. International Business
Machines Corporation
Eastern District of Texas, Case No. 2:24-cv-00999
February 2025 - Present
Case pertains to advertising and database technology

Consultant to Inuit, Inc. in Vieri v. Intuit, Inc,.
Eastern District of Texas, Case No. 2:24-cv-00774
January 2025 – Present
Case pertains to marketing automation

Consultant to ZOLL Data Systems, Inc. in ZOLL Data Systems, Inc v. Wave HDC, LLC and
Experian Health, Inc
District of Colorado, Case No. 1:24-cv-00584-DDD-KASA
November 2024 – Present
Case pertains to trade software secrets

Consultant to Coupa in Coupa Software Inc. et al v. Optilogic, Inc. et al
District of Delaware, Case No. 1:24-cv-01275
February 2025 - Present
Case pertains to supply chain trade secrets

Consultant to Sun Pharmaceuticals Inc, in *In the Matter of Certain Photodynamic Therapy
Systems, Components Thereof, And Pharmaceutical Products Used In Combination With
The Same*,
U.S. International Trade Commission, Investigation No. 337-TA1411

October 2024 – Present
Case pertains to photodynamic therapy technology

Consultant to Gill et. al. in *In re: Data Breach Security Litigation Against Caesars Entertainment, Inc.*
District of Nevada, Case No. 2:23-cv-01447-ART-BNW
October 2024 – Present
Case pertains to a data breach

Consultant to Cengage Learning, Inc. et al. in Cengage Learning, Inc. et al. v. Google LLC
Southern District of New York; Case No. 1:24-cv-04274-JLR-BCM
September 2024 – Present
Case pertains to DMCA violations

Consultant to Shopify Inc. in Lower48 IP LLC v. Shopify Inc.
Western District of Texas; Case No. 6:22-cv-00997-DAE
September 2024 – Present
Case pertains to database access technology

Consultant to Korein Tillery in matter pertaining to tax software privacy
July 2024 - Present

Consultant to Delta Air Lines in Delta Air Lines v. CrowdStrike
Superior Court of Fulton County, Georgia, Case No. 24-CV-013621
July 2024 – Present
Case pertains to EDR software

Consultant to Arthur et. al. in *In re Lakeview Loan Servicing Data Breach Litigation*
Southern District of Florida, Case No. 1:22-CV-20955-DPG
May 2024 – Present
Case pertains to a data breach

Consultant to IBM in Carvana v. IBM
Southern District of New York; Case No. 7:23-cv-08616 (KMK) (VR)
April 2024 – Present
Case pertains to web technology.

Consultant to Lenovo (United States) Inc. in Lenovo (United States) Inc. v. ASUSTeK Computer, Inc. et al.
Northern District of California; Case No. 5:23-cv-05892
March 2024 – Present
Case pertains to touchpad technology.

Consultant to Dropbox, Inc, in Datanet , LLC v. Dropbox, Inc.
Western District of Texas; Case No. 6:22-cv-001142-DTG
March 2024 – Present
Case pertains to data transfer and synchronization technology.

Consultant to X Corp. in B.E. Tech LLC v. Twitter Inc.
District of Delaware; Case 20-CV-621
January 2024 – Present
Case pertains to digital advertising.

Consultant to Multimedia Technologies Pte Ltd. in Multimedia Technologies Pte Ltd. v. Vizio, Inc
Eastern District of Texas; Case 2:23-CV-00124-JRG-RSP

October 2023 – Present
Case pertains to television user interfaces.

Consultant to Multimedia Technologies Pte Ltd. in Multimedia Technologies Pte Ltd. v. LG
Electronics, Inc
Eastern District of Texas; Case 2:22-CV-00494-JRG-RSP
October 2023 – Present
Case pertains to television user interfaces.

Consultant to OBM, Inc. in OBM, Inc. v. Lancium
Southern District of Texas; Case 4:23-cv-1798
September 2023 – Present
Case pertains to industrial power management technology.

Consultant to Genius Media Group, Inc in In re Google Digital Publisher Antitrust Litigation
Northern District of California; Case 20-08984
Southern District of New York; Case 21-03010
January 2023 – Present
Case pertains to anticompetitive behavior and advertising technology.

Consultant to VL Collective IP, LLC in Starz Entertainment, LLC v. VL Collective IP, LLC, et al.
District of Delaware; Case 21-cv-01448-JLH
December 2022 – Present
Case pertains to adaptive bitrate streaming technologies.

Consultant to Apple in AliveCor v. Apple
Northern District of California; Case No 4:21-cv-03958
July 2022 – Present
Case pertains to heart rate monitoring via wearable technology.

Consultant to Disney in matter involving streaming technologies.
June 2022 – Present

Consultant to Hewlett Packard Enterprise Company in Intellectual Ventures I LLC and Intellectual
Ventures II LLC v. Hewlett Packard Enterprise Company
Western District of Texas; Case Nos. 6:21-cv-226-ADA, 6:21-cv-596-ADA, and 6:21-cv-
1298-ADA
May 2022 – Present
Case pertains to distributed storage technologies.

Consultant to IBM in Chewy, Inc. v. International Business Machines Corporation,
Southern District of New York; Case No. 1:21-cv-01319-JSR
April 2021 – Present
Case pertains to web technologies.

Consultant to Csupo et. al. in Csupo et. al. v. Google LLC
Superior Court of the State of California, County of Santa Clara; Case No. 19-cv-352557,
March 2021 – Present
Case pertains to conversion of cellular data.

Consultant to Taylor et. al. in Taylor et. al. v. Google LLC
Northern District of California; Case No. 5:20-CV-07956-VK
June 2019 - Present
Case pertains to conversion of cellular data.

Consultant to Rodriguez, et. Al.  in Rodriguez et. al. v. Google LLC

Northern District of California; Case No. 3:20-cv-04688-RS
September 2020 – Present
Case pertains to undisclosed tracking of user behavior.

Consultant to Brown, et. Al.  in Brown et. al. v. Google LLC
Northern District of California; Case No. 5:20-cv-03664-LHK
August 2020 – Present
Case pertains to undisclosed tracking of user behavior.

Consultant to IBM in IBM v. Zillow
Western District of Washington, Case No. 2-20-cv-01130
January 2020 – Present
Case pertains to web technologies.

Consultant to IBM in IBM v. Zillow
Western District of Washington, Case No. 2-20-cv-00851
January 2020 – Present
Case pertains to web technologies.

Consultant to MLB Advanced Media in Sport Vision v. MLB Advanced Media LP
Southern District of New York, Case No. 1:18-cv-03025
November 2018 – Present
Case pertains to baseball data and video analysis.

**Litigation Consulting (historical)**

Consultant to Polaris PowerLED Technologies, LLC in Polaris PowerLED Technologies, LLC v. Dell Technologies, Inc., Dell Inc., and Microsoft Corporation
Western District of Texas, Case No. 6:22-cv-00254
June 2022 – November 2025
Case pertained to automatic display brightness control.

Consultant to Roche Molecular Systems, Inc. in Roche Molecular Systems, Inc. et al. v. Foresight Diagnostics Inc. et al.,
Northern District of California; Case Nos. 5:24-cv-03972-EKL and 5:34-cv-06117-EKL
October 2024 – October 2025
Case pertains to biological testing trade secrets

Consultant to Rule 14 in Rule 14 v. UiPath in Rule 14 v UiPath
Eastern District of Texas; Case No. 2:23-cv-627
March 2024 – August 2025
Case pertains to AI and automation

Consultant to Sonos Inc in Sonos, Inc. v. Linkplay Technology Inc., et al.
District of Delaware; Case No. 24-131-JNR
October 2024 – August 2025
Case pertains to smart home and IoT technology

Consultant to The State of Texas in The State of Texas v. Google, LLC
Texas State, Victoria County, 377th District Court; Case 22-01-88230-D
March 2024 – May 2025
Case pertains the location tracking.

Consultant to Motorola Solutions Inc in STA Group LLC v. Motorola Solutions, Inc.
Eastern District of Texas; Case 2:22-CV-00381
July 2023 – February 2025
Case pertains to radio and communication technology.

Consultant to X Corp. in VidStream LLC v. Twitter Inc.
 Northern District of Texas; Case 3:16-CV-0764-N
 January 2024 – January 2025
 Case pertains to web technology and video capture.

Consultant to IBM in International Business Machines v. Zynga, Inc
 District of Delaware; Case No. 1:22-cv-00590
 January 2022 – January 2025
 Case pertains to web technology.

Consultant to Carr et. al. in Carr et. al. v. Google LLC
 Northern District of California; Case No. 5:20-cv-05761
 March 2021 – January 2025
 Case pertains to anticompetitive behavior in the mobile application market.

Consultant to IBM in Pardalis Tech. v. IBM
 Eastern District of Texas; Case 2:22-cv-00452-JRG-RSP
 February 2024 – October 2024
 Case pertains to blockchain technology

Consultant to TrackThings LLC in TrackThings LLC v. Netgear, Inc.
 District of Delaware; Case No. 1:22-cv-00981
 August 2021 – October 2024
 Case pertains to mesh networking technology.

Consultant to TrackThings LLC in TrackThings LLC v. Amazon Inc.
 Western District of Texas; Case No. 6:21-cv-00720
 August 2021 – October 2024
 Case pertains to mesh networking technology.

Consultant to Motorola Mobility LLC in SEVEN Networks, LLC v Motorola Mobility LLC
 Northern District of Texas; Case 3:21-cv-1036
 March 2023 – September 2024
 Case pertains to power management in mobile devices.

Consultant to IBM in International Business Machines Corporation v. Rakuten, Inc. et al.
 District of Delaware; Case No. 1:21-cv-00461-LPS
 April 2021 – June 2024
 Case pertains to web technologies.

Consultant to Ravgen Inc. in Ravgen Inc. v. Ariosa Diagnostics Roche Sequencing Solutions, Inc.,
 Roche Molecular Systems, Inc., and Foundation Medicine, Inc
 District of Delaware; Case No. 20-cv-1646-RGA-JLH
 July 2023 – April 2024
 Case pertains to noninvasive prenatal testing.

Consultant to Malikie Innovations Limited in confidential matter pertaining to wireless standards
 March 2024

Consultant to Motorola Mobility LLC in Sonrai Memory Technologies v. Motorola Mobility LLC
 ITC; Case No. 337-TA-1280
 December 2021 – February 2024
 Case pertains to battery optimization strategies.

Consultant to Ravgen Inc. in Ravgen Inc. v. Natera, Inc.

Thompson 11

Western District of Texas; Case No. 6:20-cv-451
June 2021 – January 2024
Case pertains to genetic analysis.

Consultant to ViaSat in prelitigation matter pertaining to CDN technologies.
December 2023 – January 2024

Consultant to Avia Games in Skillz Platform, Inc v. Avia Games, Inc
Northern District of California; Case No. 5:21-cv-02436
October 2021 – December 2023
Case pertains to mobile gaming platforms.

Consultant to Guardant Health in Twinstrand Biosciences Inc., & University of Washington v.
Guardant Health
District of Delaware; Case No 1:21-cv-01126-LPS
November 2022 – November 2023
Case pertains to genomic analysis.

Consultant to Broadcom in confidential matter pertaining to streaming technologies.
June 2023

Consultant to Vector Flow, Inc in HID Global Corporation v. Vector Flow, Inc.
District of Delaware, Case 1:21-cv-01769
April 2023 – January 2024
Case pertains to access management systems

Consultant to OnPoint Systems, LLC in OnPoint Systems, LLC v. Protect Animals With Satellites
LLC
Eastern District of Texas; Case No. 20-657-ALM
October 2021 – January 2024
Case pertains to GIS and pet tracking solutions.

Consultant to Polaris PowerLED Technologies, LLC in Polaris PowerLED Technologies, LLC v.
Nintendo Co., Ltd. and Nintendo of America, Inc.
Western District of Washington, Case No. 2:22cv-00386 (W.D. Wash.)
June 2022 – December 2024
Case pertained to automatic display brightness control.

Consultant to Droplets Inc in Droplets, Inc. v. Yahoo! Inc.
Northern District of California; Case No. 12-cv-3733
July 2020 – August 2022
Matter pertains to internet and web design technologies.

Consultant to Reichman Jorgensen Lehman & Feldberg LLP in matter pertaining storage
technologies
August 2022 – December 2022

Consultant to Grant and Eisenhofer PA in regulatory matter
May 2022 – August 2022

Consultant to SpaceTime 3D in SpaceTime 3D v. LG Electronics
Eastern District of Texas; Case No 2:22-cv-00049-RWS
November 2022 – April 2023
Base pertains to brightness control in digital displays.

Thompson 12

Consultant to Honeywell International Inc in Honeywell International Inc. v. Zebra Technologies Corporation
>
> Western District of Texas; Case No. 6:21-CV-01008
> February 2022 – July 2022
> Case pertains to barcode scanning technology.

Consultant to Apple Inc, in KOSS Corporation v. Apple, Inc.
>
> Western District of Texas; Case No. 6:20-cv-00665
> September 2021 – November 2022
> Case pertains to digital audio and wireless headphone technology.

Consultant to T-Mobile USA, Inc in AGIS Software Development, LLC v. T-Mobile USA, Inc.
>
> Eastern District of Texas; Case No. 2:21-cv-00072
> September 2021 – November 2021
> Case pertains to digital audio and wireless headphone technology.

Consultant to Lyft, Inc in AGIS Software Development, LLC v. Lyft, Inc.
>
> Eastern District of Texas; Case No. 2:21-cv-00024
> September 2021 – November 2021
> Case pertains to GIS and location tracking.

Consultant to Uber Technologies, Inc in AGIS Software Development, LLC v. Uber Technologies, Inc.
>
> Eastern District of Texas; Case No. 2:21-cv-00026
> September 2021 – November 2021
> Case pertains to GIS and location tracking.

Consultant to the State of Arizona in State of Arizona v. Google, LLC
>
> Maricopa Superior Court; Case No. CV2020-006219
> June 2021 – October 2022
> Case pertains to mobile device location tracking.

Consultant to Dropbox, Inc in Dropbox. Inc v. Motion Offense, LLC
>
> Western District of Texas; Case No. 6:20-cv-00251-ADA
> June 2021 – May 2023
> Case pertains to file synchronization.

Consultant to Dropbox, Inc in Justservice.net LLC v. Dropbox. Inc
>
> Western District of Texas; Case No. 6:20-cv-00070-ADA
> June 2021 – June 2022
> Case pertains to file synchronization.

Consultant to NetApp in Proven Networks v. NetApp
>
> Western District of Texas; Case No. 6:20-cv-00369
> May 2021 – October 2022
> Case pertains to distributed storage technologies.

Consultant to G Holdings in G Holdings v. Samsung
>
> Eastern District of Texas; Case No. 2:20-cv-00342
> May 2021 – August 2021
> Case pertains to mobile payment technologies.

Consultant to KinectUs LLC in KinectUs LLC v. Bumble Trading LLC
>
> Western District of Texas; Case No. 6:20-CV-00942
> April 2021 – January 2022

Case pertains to social networking technologies.

Consultant to Gigamon in Gigamon, Inc. v. Apcon, Inc.
  Eastern District of Texas; Case No. 2:19-cv-00300
  December 2019 – April 2021
  Matter pertains to packet broker technologies
  Case pertains to network monitoring technologies.

Consultant to IBM in IBM v. Airbnb Inc.
  District of Delaware; Case No. 20-351-LPS
  August 2020 – December 2020
  Matter pertains to internet and web design technologies

Consultant to Droplets Inc in Droplets, Inc. v. Nordstrom Inc.
  Northern District of California; Case No. 12-cv-04049
  July 2020 – April 2022
  Matter pertains to internet and web design technologies

Consultant to Polaris PowerLED Technologies in Polaris PowerLED Technologies v. LG Electronics, Inc
  Central District of California; Case No. 8:20-cv-00125-JVS-DFM
  July 2020 – December 2022
  Matter pertains to automatic brightness control in digital displays.

Consultant to Spacetime 3D, Inc in Spacetime 3D, Inc v Samsung Electronics America, Inc.
  Eastern District of Texas; Case No. 2:19-cv-00372-JRG
  June 2020 – March 2021
  Matter pertains to human computer interaction technologies

Consultant to Sound View Innovations in Sound View Innovations v Delta Airlines, Inc
  District of Delaware; Case No. 1:19-cv-00659-CFC-CJB
  December 2019 – October 2020
  Matter pertains to data processing at scale

Consultant to Sound View Innovations in Sound View Innovations v Cigna Corporation
  District of Delaware; Case No. 1:19-cv-00964-CFC-CJB
  December 2019 – October 2020
  Matter pertains to data processing at scale

Consultant to Sound View Innovations in Sound View Innovations v CBS Interactive, Inc
  District of Delaware; Case No. 1:19-cv-00146-CFC-CJB
  December 2019 – June 2020
  Matter pertains to data processing at scale and streaming media

Consultant to MV3 Partners in MV3 Partners LLC v. Roku, Inc.
  Western District of Texas; Case No. 6:18-cv-00308
  August 2019 – October 2020
  Matter pertains to streaming media technologies

Consultant to Apple, Inc in IXI Mobile v. Apple, Inc.
  Southern District of New York; Case No. 4:15-cv-03755
  June 2019 – January 2020
  Matter pertains to mobile application design

Consultant to Polaris PowerLED Technologies in Polaris PowerLED Technologies LLC v Vizio, Inc

Central District of California; Case No. 8:18-cv-01571
June 2019 – Present
Matter pertains to automatic brightness control in digital displays

Consultant to Apple Inc in VoIP-Pal v. Apple
Northern District of California, Case No. 5:18-cv-06216
March 2019 – October 2020
Matter pertains to digital telephony

Consultant to Kroy IP Holdings, LLC in Kroy IP Holdings, LLC v. Groupon, Inc.
District of Delaware, Case No. 1 : 17-cv-01405
February 2019 – June 2020
Matter pertains to digital couponing

Consultant to Deluxe Corp in confidential matter pertaining to ACH and payment processing
December 2018 – March 2019

Consultant to C3 IoT in Blattman et al. v. Siebel et al.
District of Delaware, Case No. 1:15-cv-00530
October 2018 – February 2020
Non-patent contract dispute

Consultant to Polaris PowerLED Technologies in Polaris PowerLED Technologies, LLC v.
Samsung Electronics America, Inc.
Eastern District of Texas, Case No. 2:17-cv-00715
April 2018 – June 2019
Matter pertains to automatic brightness control in digital displays

Consultant to Apple Inc. in AGIS Software Development LLC v. Apple Inc.
Eastern District of Texas, Case No. 2:17-cv-00516
March 2018 – January 2019
Matter pertains to geospatial software and mobile applications

Consultant to IBM in IBM v Expedia, INC
District of Delaware, Case No. 1:17-cv-01875-UNA
December 2017 – September 2019
Matter pertains to internet and web design technologies

Consultant to Velocity Patent LLC vs FCA US LLC
Northern District of Illinois, Case No. 1:13-cv-08419
May 2017 – June 2019
Matter pertains to automotive control software

Consultant to Apple Inc. in Nokia Technologies Oy & Alcatel-Lucent USA Inv. v. Apple Inc.
Eastern District of Texas, Case Nos. 2:16-cv-1440 and 2:16-cv-1441
March 2017 – October 2017
Matter pertains to baseband processing and LTE technologies

Consultant to Koninklijke Philips N.V. in Koninklijke Philips N.V. v. Acer, ASUSTeK, Double
Power Tech, HTC Corp, Southern Telecom, Visual Land and YiFang USA
US District Court for the District of Delaware, Case Nos. 15-1170-GMS, 15-1125-GMS,
15-1130-GMS, 15-1126-GMS, 15-1128-GMS, 15-1127-GMS, 15-1131-GMS
January 2017 – October 2020
Matter pertains to touch screen interfaces and gesture detection

Consultant to IBM in IBM v. Groupon

US District Court for the District of Delaware, Case No. 1:16-cv-00122
December 2016 – December 2018
Matter pertains to web technologies

Consultant to IBM in confidential contractual matter
July 2016 – July 2019
Matter pertained to terms of software development/implementation contract and outcomes of project.

Consultant to IBM in IBM v. Priceline Group
US District Court for the District of Delaware, Case No. 1:15-cv-00137
July 2016 – January 2018
Matter pertains to internet and web design technologies

Consultant to Oracle Inc. in Oracle v. Google
Northern District of California, Case No. 3:10-cv-03561-WHA
December 2015 – June 2019
Non-patent copyright matter

Consultant to Apple Inc. in Core Wireless v. Apple Inc.
Eastern District of Texas, Case No. 6:14-cv-00752-JRG-JDL
May 2015 – December 2016
Matter pertains to mobile applications and cloud technologies

Consultant to Apple Inc. in Ericsson v. Apple Inc.
Eastern District of Texas, Case No. 2:15-cv-00017-JRG-RSP
May 2015 – April 2016
Case pertained to cellular communications protocols and standards

Consultant to Apple Inc. in Ericsson v. Apple Inc.
International Trade Commission, ITC Investigation 337-TA-953
May 2015 – April 2016
Case pertained to cellular communications protocols and standards

Consultant to Apple Inc. in Ericsson v. Apple Inc.
Northern District of California, Case No. 15-CV-00154-JD
May 2015 – April 2016
Case pertained to cellular communications protocols and standards

Consultant to Apple Inc. in Dragon Intellectual Property v. Apple Inc.
Delaware District Court, Case No. 1:13-cv-02058
March 2015 – June 2015
Case pertained to media playback and recording

Consultant to Apple Inc. in Cellular Communications Equipment v. Apple Inc.
Eastern District of Texas, Case No. 6:14-cv-00031
July 2014 – June 2015
Case pertained to low level baseband processing and cellular communication

Consultant to Apple Inc. in Unwired Planet v. Apple Inc.
Northern District of California, Case No. 13-cv-04134-VC
November 2014 – January 2015
Case pertained to cloud computing technologies.

Consultant, Confidential Matter pertaining to mobile operating systems
October 2014 – June 2015

Thompson 16

Consultant, Confidential Matter pertaining to networking technologies and streaming media
August 2014 – December 2014

Consultant to InfoSpan Inc. in InfoSpan v. Emirates NBD Bank PJSC
Central District of California, Case No. 8:2014-cv-01679
October 2013 – July 2015
Case pertained to trade secrets involving mobile banking technologies

Consultant to TLI Communications in TLI Communications v. Snapchat
District of Delaware, Case No. 1:13-cv-01931
December 2014 – August 2015
Case pertained to web technologies.

Consultant to TLI Communications in TLI Communications v. Imgur
District of Delaware, Case No. 1:13-cv-01926
December 2014 – August 2015
Case pertained to web technologies.

Consultant to TLI Communications in TLI Communications v. Shutterfly
Eastern District of Virginia, Case No. 1:14-cv-00788
December 2014 – August 2015
Case pertained to web technologies.

Consultant to TLI Communications in TLI Communications v. Dropbox
Eastern District of Virginia, Case No. 1:2014cv00781
December 2014 – August 2015
Case pertained to web technologies.

Consultant to Apple Inc. in Intertrust Technologies Corp. v. Apple
Inc., Northern District of California, Case No. 4:13-cv-1235
October 2013 – April 2014
Case pertained to distribution of mobile content, such as music and apps.

Consultant to Apple Inc. in PersonalWeb et. al. v Apple
Eastern District of Texas, Case No. 6:12-cv-00660
July 2013 – March 2014
Case pertained to cloud computing technologies.

Consultant to Apple Inc. in EPL Holdings v. Apple
Northern District of California, Case No. 5:12-cv-04306-HRL
July 2013 – December 2014
Case pertained to audio processing technologies.

Consultant to Apple Inc. in FlatWorld Interactives LLC v. Apple
Northern District of California, Case No. 3:12-cv-01956
April 2013 – December 2014
Case pertained to multitouch input processing.

Consultant to Collarity Inc. in Collarity v. Google
Delaware District Court, Case No. 1:11-cv-01103-MPT
November 2012 – February 2013
Case pertained to web search technologies.

Consultant to Apple Inc. in Apple v. Samsung
Northern District of California, Case No. 5:12-cv-00630-LHK

Thompson 17

August 2012 – March 2014
Case pertained to mobile operating systems and mobile user interfaces

Consultant to Apple Inc. in Apple v. Motorola Mobility. Inc.
Southern District of Florida, Case No. 1:12-cv-20271
April 2012 – June 2014
Case pertained to mobile operating systems and mobile user interfaces

Consultant to Apple Inc. in Apple v. Samsung
Northern District of California, Case No. 5:11-cv-01846-LHK
August 2011 – February 2012
Case pertained to mobile operating systems and mobile user interfaces

Consultant to General Growth Properties in NorthMobile Tech v. General Growth Properties
Western District of Wisconsin, Case No. 3:11-cv-00291
May 2011 – September 2011
Case pertained to mobile distribution of advertisements.

Consultant, Confidential Matter, May 2011 – May 2011 pertaining to mobile operating systems.

Consultant to Apple Inc. in Apple v. HTC
Delaware District Court, Court No. 1:10-cv-00166-RK
May 2010– May 2011
Case pertained to mobile operating systems and mobile user interfaces

Consultant to Apple Inc. in Apple v. HTC
International Trade Commission, ITC Investigation 337-TA-710
May 2010 – May 2011
Case pertained to mobile operating systems and mobile user interfaces

# <u>APPENDIX B</u>

# Materials Considered

## Apple Documents
Apple Confidentiality and Intellectual Property Agreement

## Discovery Responses
Epic December 11, 2020 Responses and Objections to Apple's First Set of Interrogatories

## Public Web Sources
https://3wbiz.com/business/healthkit-startup-growth/
https://9to5mac.com/2015/04/14/apple-linx-acquisition/
https://9to5mac.com/2019/03/13/apple-acquires-laser-like-google-ai/
https://ads.apple.com/
https://ads.apple.com/app-store
https://ads.apple.com/app-store/help/apple-ads-basic/0039-promote-an-app-with-basic
https://app369.com/blog/haptic-feedback-ios-android-app369-guide/
https://appetize.io/
https://appfigures.com/
https://appfigures.com/resources/insights/20250718
https://appleinsider.com/articles/14/04/03/apple-acquired-speech-recognition-firm-novauris-last-year-to-improve-siri---report
https://appleinsider.com/articles/14/05/02/apple-acquires-luxvue-a-power-efficient-micro-led-maker---report
https://appleinsider.com/articles/17/10/24/apple-acquires-wireless-charging-specialist-powerbyproxi
https://appleinsider.com/articles/20/08/01/apple-buys-startup-that-turns-smartphones-into-mobile-payments-terminals
https://appleinsider.com/articles/20/08/18/ios-14-introduces-new-app-attest-api-to-cut-down-on-app-fraud
https://apps.apple.com/us/app/audible-audiobooks-podcasts/id379693831
https://apps.apple.com/us/app/brawl-stars/id1229016807
https://apps.apple.com/us/app/call-of-duty-mobile/id1287282214
https://apps.apple.com/us/app/dragon-ball-legends/id1358222641
https://apps.apple.com/us/app/flo-cycle-period-tracker/id1038369065
https://apps.apple.com/us/app/fortnite/id6483539426
https://apps.apple.com/us/app/goodshort-short-dramas-hub/id6448176203
https://apps.apple.com/us/app/lose-it-calorie-counter/id297368629
https://apps.apple.com/us/app/phase-10-casual-card-game/id1463509237
https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345
https://apps.apple.com/us/app/raid-shadow-legends/id1371565796
https://apps.apple.com/us/app/rise-of-kingdoms/id1354260888
https://apps.apple.com/us/app/tidal-music-hifi-sound/id913943275
https://apps.apple.com/us/app/youtube-tv/id1193350206
https://apptopia.com/en/insights/carplay-integration-drives-engagement-for-dunkin/
https://aws.amazon.com/cloudfront/
https://aws.amazon.com/codebuild/
https://aws.amazon.com/location/
https://aws.amazon.com/s/idc-server-side-test/awswt-934-new-template-s3/variant-s3/
https://aws.amazon.com/waf/
https://azure.microsoft.com/en-us/products/azure-maps
https://azure.microsoft.com/en-us/products/cdn
https://azure.microsoft.com/en-us/products/devops/pipelines
https://azure.microsoft.com/en-us/products/storage/blobs
https://azure.microsoft.com/en-us/products/web-application-firewall
https://bitrise.io/
https://circleci.com/
https://cloud.google.com/cdn
https://cloud.google.com/security/products/armor
https://cloud.google.com/storage
https://countly.com/
https://cricut.com/en-us/join-cricut-access
https://developer.android.com/google/play/billing
https://developer.android.com/google/play/billing/integrate
https://developer.android.com/google/play/billing/rtdn-reference
https://developer.android.com/guide/playcore/asset-delivery
https://developer.android.com/studio

1

https://developer.apple.com/apple-news/Workbench-Getting-Started-for-Publishers.pdf
https://developer.apple.com/app-store/app-previews/
https://developer.apple.com/app-store/custom-product-pages/
https://developer.apple.com/app-store/discoverability/
https://developer.apple.com/app-store/getting-featured/
https://developer.apple.com/app-store/marketing/guidelines/
https://developer.apple.com/app-store/pre-orders/
https://developer.apple.com/app-store/product-page/
https://developer.apple.com/app-store/product-page-optimization/
https://developer.apple.com/app-store/promote/
https://developer.apple.com/app-store/subscriptions/#managing-prices-for-existing-subscribers
https://developer.apple.com/app-store-connect/
https://developer.apple.com/app-store-connect/analytics/
https://developer.apple.com/audio/
https://developer.apple.com/carplay/
https://developer.apple.com/design/human-interface-guidelines/controls
https://developer.apple.com/design/human-interface-guidelines/live-activities
https://developer.apple.com/design/human-interface-guidelines/sign-in-with-apple
https://developer.apple.com/design/human-interface-guidelines/wallet
https://developer.apple.com/design/human-interface-guidelines/widgets
https://developer.apple.com/distribute/app-review/
https://developer.apple.com/documentation/accelerate/core-graphics-interoperability
https://developer.apple.com/documentation/accessibility/voiceover
https://developer.apple.com/documentation/accessorysetupkit
https://developer.apple.com/documentation/accessorysetupkit/setting-up-and-authorizing-a-bluetooth-accessory
https://developer.apple.com/documentation/activitykit
https://developer.apple.com/documentation/activitykit/activity
https://developer.apple.com/documentation/activitykit/activityattributes
https://developer.apple.com/documentation/activitykit/activityauthorizationinfo
https://developer.apple.com/documentation/activitykit/activitycontent
https://developer.apple.com/documentation/activitykit/activitystate
https://developer.apple.com/documentation/activitykit/activityuidismissalpolicy
https://developer.apple.com/documentation/activitykit/adding-accessible-descriptions-to-widgets-and-live-activities
https://developer.apple.com/documentation/activitykit/alertconfiguration
https://developer.apple.com/documentation/activitykit/creating-custom-views-for-live-activities
https://developer.apple.com/documentation/ActivityKit/displaying-live-data-with-live-activities
https://developer.apple.com/documentation/activitykit/launching-your-app-from-a-live-activity
https://developer.apple.com/documentation/activitykit/starting-and-updating-live-activities-with-activitykit-push-notifications
https://developer.apple.com/documentation/AdAttributionKit
https://developer.apple.com/documentation/adattributionkit/identifying-the-parameters-in-a-postback
https://developer.apple.com/documentation/adservices
https://developer.apple.com/documentation/AdSupport
https://developer.apple.com/documentation/appclip
https://developer.apple.com/documentation/appclip/interacting-with-app-clip-codes-in-ar
https://developer.apple.com/documentation/appintents
https://developer.apple.com/documentation/appintents/
https://developer.apple.com/documentation/appintents/appintentsextension
https://developer.apple.com/documentation/appintents/making-camera-actions-available-to-siri-and-apple-intelligence
https://developer.apple.com/documentation/apple_ads
https://developer.apple.com/documentation/apple_ads/custom-product-pages/
https://developer.apple.com/documentation/applepayontheweb/applepaypaymentpass
https://developer.apple.com/documentation/appstoreconnectapi
https://developer.apple.com/documentation/appstoreconnectapi/analytics
https://developer.apple.com/documentation/appstoreconnectapi/app-metadata
https://developer.apple.com/documentation/appstoreconnectapi/app-store-connect-api-4-1-release-notes
https://developer.apple.com/documentation/appstoreconnectapi/build-beta-details
https://developer.apple.com/documentation/appstoreconnectapi/build-uploads
https://developer.apple.com/documentation/appstoreconnectapi/certificates
https://developer.apple.com/documentation/appstoreconnectapi/creating-api-keys-for-app-store-connect-api
https://developer.apple.com/documentation/appstoreconnectapi/end-user-license-agreements-eula
https://developer.apple.com/documentation/appstoreconnectapi/generating-tokens-for-api-requests
https://developer.apple.com/documentation/appstoreconnectapi/merchantids

2

https://developer.apple.com/documentation/appstoreconnectapi/sales-and-finance
https://developer.apple.com/documentation/appstoreconnectapi/xcode-cloud-workflows-and-builds
https://developer.apple.com/documentation/appstoreserverapi
https://developer.apple.com/documentation/appstoreservernotifications/notificationtype
https://developer.apple.com/documentation/arkit
https://developer.apple.com/documentation/arkit/aranchor
https://developer.apple.com/documentation/arkit/arbodytrackingconfiguration
https://developer.apple.com/documentation/arkit/arconfiguration/framesemantics-swift.property?language=objc
https://developer.apple.com/documentation/arkit/arfacetrackingconfiguration
https://developer.apple.com/documentation/arkit/arimagetrackingconfiguration
https://developer.apple.com/documentation/ARKit/combining-user-face-tracking-and-world-tracking
https://developer.apple.com/documentation/arkit/creating-a-multiuser-ar-experience
https://developer.apple.com/documentation/arkit/creating-an-immersive-ar-experience-with-audio
https://developer.apple.com/documentation/arkit/previewing-a-model-with-ar-quick-look
https://developer.apple.com/documentation/arkit/providing-2d-virtual-content-with-spritekit
https://developer.apple.com/documentation/arkit/scanning-and-detecting-3d-objects
https://developer.apple.com/documentation/arkit/understanding-world-tracking
https://developer.apple.com/documentation/AudioToolbox
https://developer.apple.com/documentation/audiotoolbox/audio-converter-services
https://developer.apple.com/documentation/audiotoolbox/audio-file-services
https://developer.apple.com/documentation/audiotoolbox/audio-file-stream-services
https://developer.apple.com/documentation/audiotoolbox/audio-queue-services
https://developer.apple.com/documentation/audiotoolbox/audio-services
https://developer.apple.com/documentation/AuthenticationServices
https://developer.apple.com/documentation/authenticationservices/supporting-passkeys
https://developer.apple.com/documentation/AVFAudio
https://developer.apple.com/documentation/avfaudio/audio-engine
https://developer.apple.com/documentation/avfaudio/audio-routing
https://developer.apple.com/documentation/avfaudio/audio-units/
https://developer.apple.com/documentation/avfaudio/avaudiosession
https://developer.apple.com/documentation/avfaudio/avaudiosession/silencesecondaryaudiohintnotification/
https://developer.apple.com/documentation/avfaudio/handling-audio-interruptions
https://developer.apple.com/documentation/AVFoundation
https://developer.apple.com/documentation/avfoundation/avcam-building-a-camera-app
https://developer.apple.com/documentation/avfoundation/avcapturephotosettings/flashmode
https://developer.apple.com/documentation/avfoundation/avcapturesession
https://developer.apple.com/documentation/avfoundation/avcapturevideostabilizationmode
https://developer.apple.com/documentation/avfoundation/capture-setup
https://developer.apple.com/documentation/AVFoundation/capturing-cinematic-video
https://developer.apple.com/documentation/avfoundation/photo-capture
https://developer.apple.com/documentation/AVKit/AVRoutePickerView
https://developer.apple.com/documentation/BackgroundAssets
https://developer.apple.com/documentation/backgroundassets/configuring-an-unmanaged-background-assets-project
https://developer.apple.com/documentation/backgroundassets/creating-managed-asset-packs
https://developer.apple.com/documentation/backgroundassets/manageddownloaderextension
https://developer.apple.com/documentation/bundleresources
https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase
https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link
https://developer.apple.com/documentation/bundleresources/entitlements/com.apple.developer.storekit.external-purchase-link-streaming
https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchase
https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasecustomlinkregions
https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselink
https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchaselinkstreamingregions
https://developer.apple.com/documentation/bundleresources/information-property-list/skexternalpurchasemultilink
https://developer.apple.com/documentation/bundleresources/information-property-list/uirequireddevicecapabilities
https://developer.apple.com/documentation/carplay/
https://developer.apple.com/documentation/coreaudio
https://developer.apple.com/documentation/coreaudiotypes
https://developer.apple.com/documentation/coreaudiotypes/audiobufferlist
https://developer.apple.com/documentation/coreaudiotypes/audiotimestamp
https://developer.apple.com/documentation/CoreBluetooth

3

https://developer.apple.com/documentation/corebluetooth/cbcentralmanager/retrieveconnectedperipherals(withservices:)
https://developer.apple.com/documentation/corebluetooth/cbcentralmanagerrestoredstateperipheralskey
https://developer.apple.com/documentation/corebluetooth/cbconnectperipheraloptionenableautoreconnect
https://developer.apple.com/documentation/corebluetooth/cbconnectperipheraloptionenabletransportbridgingkey
https://developer.apple.com/documentation/coredata/
https://developer.apple.com/documentation/coredata/persistent-history/
https://developer.apple.com/documentation/coregraphics
https://developer.apple.com/documentation/coregraphics/cggradient
https://developer.apple.com/documentation/coregraphics/cgimage
https://developer.apple.com/documentation/coregraphics/cglayer
https://developer.apple.com/documentation/coregraphics/cgpath
https://developer.apple.com/documentation/coregraphics/cgshading
https://developer.apple.com/documentation/coregraphics/quartz-display-services
https://developer.apple.com/documentation/coregraphics/quartz-event-services
https://developer.apple.com/documentation/corehaptics
https://developer.apple.com/documentation/corehaptics/chhapticadvancedpatternplayer
https://developer.apple.com/documentation/corehaptics/chhapticengine/currenttime
https://developer.apple.com/documentation/corehaptics/chhapticengine/isautoshutdownenabled
https://developer.apple.com/documentation/corehaptics/chhapticengine/ismutedforaudio
https://developer.apple.com/documentation/corehaptics/chhapticengine/ismutedforhaptics
https://developer.apple.com/documentation/corehaptics/chhapticengine/notifywhenplayersfinished(finishedhandler:)
https://developer.apple.com/documentation/corehaptics/chhapticengine/playsaudioonly
https://developer.apple.com/documentation/corehaptics/chhapticengine/playshapticsonly
https://developer.apple.com/documentation/corehaptics/chhapticengine/registeraudioresource(_:options:)
https://developer.apple.com/documentation/corehaptics/chhapticevent
https://developer.apple.com/documentation/corehaptics/chhapticevent/parameterid
https://developer.apple.com/documentation/corehaptics/chhapticeventparameter
https://developer.apple.com/documentation/corehaptics/chhapticpattern
https://developer.apple.com/documentation/corehaptics/chhapticpattern/exportdictionary()
https://developer.apple.com/documentation/corehaptics/chhapticpatternplayer
https://developer.apple.com/documentation/CoreHaptics/playing-a-custom-haptic-pattern-from-a-file
https://developer.apple.com/documentation/corehaptics/preparing-your-app-to-play-haptics/
https://developer.apple.com/documentation/corehaptics/representing-haptic-patterns-in-ahap-files
https://developer.apple.com/documentation/CoreImage
https://developer.apple.com/documentation/corelocation
https://developer.apple.com/documentation/corelocation/claccuracyauthorization
https://developer.apple.com/documentation/corelocation/clauthorizationstatus
https://developer.apple.com/documentation/corelocation/cllocationmanager
https://developer.apple.com/documentation/corelocation/cllocationmanagerdelegate/locationmanager(_:didvisit:)
https://developer.apple.com/documentation/corelocation/clmonitor-2r51v
https://developer.apple.com/documentation/corelocation/clvisit/arrivaldate
https://developer.apple.com/documentation/corelocation/requesting-authorization-to-use-location-services
https://developer.apple.com/documentation/corelocation/supporting-live-updates-in-swiftui-and-mac-catalyst-apps
https://developer.apple.com/documentation/corelocation/suspending-authorization-requests
https://developer.apple.com/documentation/CoreMedia
https://developer.apple.com/documentation/CoreMediaIO
https://developer.apple.com/documentation/coreml
https://developer.apple.com/documentation/coreml/mlbatchprovider
https://developer.apple.com/documentation/coreml/mlcomputedevice
https://developer.apple.com/documentation/coreml/mlcomputedeviceprotocol
https://developer.apple.com/documentation/coreml/mlcomputeplan-1w21n
https://developer.apple.com/documentation/coreml/mlcomputepolicy
https://developer.apple.com/documentation/coreml/mldictionaryfeatureprovider
https://developer.apple.com/documentation/coreml/mlfeatureprovider
https://developer.apple.com/documentation/coreml/mlfeaturevalue
https://developer.apple.com/documentation/coreml/mlmodelasset
https://developer.apple.com/documentation/coreml/mlmodelstructure-swift.enum
https://developer.apple.com/documentation/coreml/mlneuralenginecomputedevice
https://developer.apple.com/documentation/coreml/mlstate
https://developer.apple.com/documentation/coreml/mlstateconstraint
https://developer.apple.com/documentation/coremotion/
https://developer.apple.com/documentation/coremotion/cmabsolutealtitudedata

https://developer.apple.com/documentation/coremotion/cmaltimeter/isabsolutealtitudeavailable()
https://developer.apple.com/documentation/coremotion/cmaltimeter/startabsolutealtitudeupdates(to:withhandler:)
https://developer.apple.com/documentation/coremotion/cmaltitudedata
https://developer.apple.com/documentation/coremotion/cmambientpressuredata
https://developer.apple.com/documentation/coremotion/cmattitude
https://developer.apple.com/documentation/coremotion/cmattitudereferenceframe
https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager
https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/devicemotiondatafrequency
https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/startaccelerometerupdates()
https://developer.apple.com/documentation/coremotion/cmbatchedsensormanager/startdevicemotionupdates()
https://developer.apple.com/documentation/coremotion/cmdevicemotion
https://developer.apple.com/documentation/coremotion/cmdyskineticsymptomresult
https://developer.apple.com/documentation/coremotion/cmfalldetectionevent
https://developer.apple.com/documentation/coremotion/cmfalldetectionevent/resolution
https://developer.apple.com/documentation/coremotion/cmgyrodata
https://developer.apple.com/documentation/coremotion/cmheadphoneactivitymanager
https://developer.apple.com/documentation/coremotion/cmheadphonemotionmanager
https://developer.apple.com/documentation/coremotion/cmhighfrequencyheartratedata
https://developer.apple.com/documentation/coremotion/cmhighfrequencyheartratedata/heartrate
https://developer.apple.com/documentation/coremotion/cmmagnetometerdata
https://developer.apple.com/documentation/coremotion/cmmotionactivity
https://developer.apple.com/documentation/coremotion/cmmotionactivity/cycling
https://developer.apple.com/documentation/coremotion/cmmotionactivitymanager
https://developer.apple.com/documentation/coremotion/cmodometerdata
https://developer.apple.com/documentation/coremotion/cmpedometerdata
https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentcadence
https://developer.apple.com/documentation/coremotion/cmpedometerdata/currentpace
https://developer.apple.com/documentation/coremotion/cmpedometerdata/floorsascended
https://developer.apple.com/documentation/coremotion/cmpedometerdata/numberofsteps
https://developer.apple.com/documentation/coremotion/cmpedometerevent
https://developer.apple.com/documentation/coremotion/cmquaternion
https://developer.apple.com/documentation/coremotion/cmrecordedaccelerometerdata
https://developer.apple.com/documentation/coremotion/cmrecordedrotationratedata
https://developer.apple.com/documentation/coremotion/cmrotationmatrix
https://developer.apple.com/documentation/coremotion/cmsensorrecorder
https://developer.apple.com/documentation/coremotion/cmtremorresult
https://developer.apple.com/documentation/coremotion/cmwatersubmersionevent
https://developer.apple.com/documentation/coremotion/cmwatersubmersionmeasurement
https://developer.apple.com/documentation/coremotion/cmwatertemperature
https://developer.apple.com/documentation/coremotion/getting-movement-disorder-symptom-data
https://developer.apple.com/documentation/coremotion/getting-raw-accelerometer-events
https://developer.apple.com/documentation/corespotlight/
https://developer.apple.com/documentation/corespotlight/adding-your-app-s-content-to-spotlight-indexes/
https://developer.apple.com/documentation/corespotlight/cssearchableindex
https://developer.apple.com/documentation/corespotlight/cssearchableitemattributeset/ispriority
https://developer.apple.com/documentation/CoreText
https://developer.apple.com/documentation/corevideo
https://developer.apple.com/documentation/corevideo/cvmetaltexturecache-q3j
https://developer.apple.com/documentation/corevideo/cvpixelbufferpool-77o
https://developer.apple.com/documentation/corevideo/cvpixelbuffer-q2e
https://developer.apple.com/documentation/corevideo/cvtime-q1e
https://developer.apple.com/documentation/createml/
https://developer.apple.com/documentation/createml/mlcreateerror
https://developer.apple.com/documentation/createml/mldatatable
https://developer.apple.com/documentation/createml/mlmodelmetadata
https://developer.apple.com/documentation/createml/mlsplitstrategy
https://developer.apple.com/documentation/createml/mlstyletransfer
https://developer.apple.com/documentation/createml/mltrainingsessionparameters
https://developer.apple.com/documentation/cryptokit
https://developer.apple.com/documentation/cryptokit/secureenclave
https://developer.apple.com/documentation/devicecheck
https://developer.apple.com/documentation/devicecheck/dcappattestservice

5

https://developer.apple.com/documentation/devicecheck/establishing-your-app-s-integrity
https://developer.apple.com/documentation/devicecheck/validating-apps-that-connect-to-your-server
https://developer.apple.com/documentation/devicediscoveryextension
https://developer.apple.com/documentation/DeviceDiscoveryUI
https://developer.apple.com/documentation/devicemanagement/install-application-command
https://developer.apple.com/documentation/devicemanagement/restrictions
https://developer.apple.com/documentation/DockKit
https://developer.apple.com/documentation/ExternalPurchaseServerAPI
https://developer.apple.com/documentation/externalpurchaseserverapi/externalpurchasereport
https://developer.apple.com/documentation/externalpurchaseserverapi/reportcorrections
https://developer.apple.com/documentation/externalpurchaseserverapi/reportwithouttransactions
https://developer.apple.com/documentation/externalpurchaseserverapi/retrieve-external-purchase-report
https://developer.apple.com/documentation/externalpurchaseserverapi/send-external-purchase-report
https://developer.apple.com/documentation/externalpurchaseserverapi/sendreporterrorresponse
https://developer.apple.com/documentation/externalpurchaseserverapi/sendreportsuccessresponse
https://developer.apple.com/documentation/FinanceKit
https://developer.apple.com/documentation/Foundation/increasing-app-usage-with-suggestions-based-on-user-activities
https://developer.apple.com/documentation/foundation/nsuseractivity
https://developer.apple.com/documentation/FoundationModels
https://developer.apple.com/documentation/foundationmodels/generationoptions
https://developer.apple.com/documentation/foundationmodels/instructions
https://developer.apple.com/documentation/foundationmodels/languagemodelfeedback
https://developer.apple.com/documentation/foundationmodels/languagemodelsession
https://developer.apple.com/documentation/foundationmodels/systemlanguagemodel
https://developer.apple.com/documentation/foundationmodels/systemlanguagemodel/usecase
https://developer.apple.com/documentation/foundationmodels/tool
https://developer.apple.com/documentation/foundationmodels/transcript
https://developer.apple.com/documentation/gamekit
https://developer.apple.com/documentation/GameKit/adding-an-access-point-to-your-game
https://developer.apple.com/documentation/gamekit/connecting-players-with-their-friends-in-your-game
https://developer.apple.com/documentation/gamekit/creating-activities-for-your-game
https://developer.apple.com/documentation/gamekit/creating-engaging-challenges-from-leaderboards
https://developer.apple.com/documentation/gamekit/creating-turn-based-games
https://developer.apple.com/documentation/gamekit/displaying-the-game-center-dashboard
https://developer.apple.com/documentation/gamekit/encourage-progress-and-competition-with-leaderboards
https://developer.apple.com/documentation/gamekit/finding-multiple-players-for-a-game
https://developer.apple.com/documentation/gamekit/gkachievement
https://developer.apple.com/documentation/gamekit/gklocalplayer
https://developer.apple.com/documentation/gamekit/gkmatchmakerviewcontroller
https://developer.apple.com/documentation/gamekit/rewarding-players-with-achievements
https://developer.apple.com/documentation/GSS
https://developer.apple.com/documentation/healthkit
https://developer.apple.com/documentation/healthkit/adding-samples-to-a-workout
https://developer.apple.com/documentation/healthkit/authorizing-access-to-health-data
https://developer.apple.com/documentation/healthkit/hkactivitysummary/activitymovemode
https://developer.apple.com/documentation/healthkit/hkhealthstore
https://developer.apple.com/documentation/healthkit/reading-data-from-healthkit
https://developer.apple.com/documentation/healthkit/samples
https://developer.apple.com/documentation/healthkit/saving-data-to-healthkit
https://developer.apple.com/documentation/healthkit/workouts-and-activity-rings
https://developer.apple.com/documentation/healthkitui
https://developer.apple.com/documentation/homekit/
https://developer.apple.com/documentation/homekit/configuring-a-home-automation-device
https://developer.apple.com/documentation/homekit/hmaccessory
https://developer.apple.com/documentation/homekit/hmcharacteristictypecurrentlightlevel
https://developer.apple.com/documentation/homekit/hmhome
https://developer.apple.com/documentation/homekit/hmhome/triggers
https://developer.apple.com/documentation/homekit/hmhomedelegate
https://developer.apple.com/documentation/homekit/hmhomemanager/authorizationstatus
https://developer.apple.com/documentation/homekit/testing-your-app-with-the-homekit-accessory-simulator
https://developer.apple.com/documentation/http-live-streaming/using-apple-s-http-live-streaming-hls-tools
https://developer.apple.com/documentation/ImagePlayground

https://developer.apple.com/documentation/imageplayground/imageplaygroundconcept
https://developer.apple.com/documentation/imageplayground/imageplaygroundstyle
https://developer.apple.com/documentation/intents/inintent
https://developer.apple.com/documentation/intents/inintentdonationmetadata
https://developer.apple.com/documentation/intents/inintentresponse
https://developer.apple.com/documentation/Intents/INInteraction
https://developer.apple.com/documentation/Intents/INParameter
https://developer.apple.com/documentation/intents/inshortcutreference
https://developer.apple.com/documentation/intents/inshortcutreference?changes=l_8_4&language=objc
https://developer.apple.com/documentation/Intents/INVocabulary
https://developer.apple.com/documentation/intents/invocabularystringtype
https://developer.apple.com/documentation/intents/invoiceshortcut
https://developer.apple.com/documentation/intents/invoiceshortcutcenter
https://developer.apple.com/documentation/intentsui
https://developer.apple.com/documentation/intentsui/inuihostedviewcontext
https://developer.apple.com/documentation/intentsui/inuihostedviewcontrolling
https://developer.apple.com/documentation/intentsui/inuihostedviewsiriproviding
https://developer.apple.com/documentation/intentsui/inuiinteractivebehavior
https://developer.apple.com/documentation/ios-ipados-release-notes/ios-16-release-notes
https://developer.apple.com/documentation/localauthentication
https://developer.apple.com/documentation/LockedCameraCapture
https://developer.apple.com/documentation/metal
https://developer.apple.com/documentation/metal/adjusting-the-level-of-detail-using-metal-mesh-shaders
https://developer.apple.com/documentation/metal/blit-passes
https://developer.apple.com/documentation/metal/improving-cpu-performance-by-using-argument-buffers
https://developer.apple.com/documentation/metal/improving-rendering-performance-with-vertex-amplification
https://developer.apple.com/documentation/metal/indirect-command-encoding
https://developer.apple.com/documentation/metal/machine-learning-passes
https://developer.apple.com/documentation/metal/managing-sparse-texture-memory
https://developer.apple.com/documentation/metal/mesh-and-object-shader-resource-preparation-commands
https://developer.apple.com/documentation/metal/metal-sample-code-library
https://developer.apple.com/documentation/metal/mtl4machinelearningcommandencoder
https://developer.apple.com/documentation/metal/mtlargumentbufferstier
https://developer.apple.com/documentation/metal/mtlbinaryarchive
https://developer.apple.com/documentation/metal/mtlblitcommandencoder
https://developer.apple.com/documentation/metal/mtlcommandencoder
https://developer.apple.com/documentation/metal/mtlcomputecommandencoder
https://developer.apple.com/documentation/metal/mtlcomputepipelinedescriptor/binaryarchives
https://developer.apple.com/documentation/metal/mtldevice/makedynamiclibrary%28library%3A%29
https://developer.apple.com/documentation/metal/mtldevice/supportsshaderbarycentriccoordinates
https://developer.apple.com/documentation/metal/mtldynamiclibrary
https://developer.apple.com/documentation/metal/mtlindirectcommandbuffer
https://developer.apple.com/documentation/metal/mtlrendercommandencoder
https://developer.apple.com/documentation/metal/mtlrendercommandencoder/setvertexamplificationcount%28_%3Aviewmappin
gs%3A%29
https://developer.apple.com/documentation/metal/mtlstoragemode/memoryless
https://developer.apple.com/documentation/metal/mtltexture
https://developer.apple.com/documentation/Metal/rendering-a-scene-with-deferred-lighting-in-objective-c
https://developer.apple.com/documentation/metal/rendering-at-different-rasterization-rates
https://developer.apple.com/documentation/Metal/rendering-reflections-in-real-time-using-ray-tracing
https://developer.apple.com/documentation/metal/scaling-variable-rasterization-rate-content
https://developer.apple.com/documentation/metal/tailor-your-apps-for-apple-gpus-and-tile-based-deferred-rendering
https://developer.apple.com/documentation/metal/understanding-the-metal-4-core-api
https://developer.apple.com/documentation/metalfx
https://developer.apple.com/documentation/metalperformanceshaders
https://developer.apple.com/documentation/ModelIO
https://developer.apple.com/documentation/MultipeerConnectivity
https://developer.apple.com/documentation/NaturalLanguage
https://developer.apple.com/documentation/naturallanguage/nlcontextualembedding
https://developer.apple.com/documentation/naturallanguage/nlcontextualembeddingkey
https://developer.apple.com/documentation/naturallanguage/nlembedding
https://developer.apple.com/documentation/naturallanguage/nllanguage

https://developer.apple.com/documentation/naturallanguage/nllanguagerecognizer
https://developer.apple.com/documentation/naturallanguage/nlmodel
https://developer.apple.com/documentation/naturallanguage/nlscript
https://developer.apple.com/documentation/naturallanguage/nltagger
https://developer.apple.com/documentation/naturallanguage/nltokenizer
https://developer.apple.com/documentation/passkit
https://developer.apple.com/documentation/passkit/wallet
https://developer.apple.com/documentation/PhotoKit
https://developer.apple.com/documentation/realitykit
https://developer.apple.com/documentation/realitykit/animationplaybackcontroller
https://developer.apple.com/documentation/realitykit/audioplaybackcontroller
https://developer.apple.com/documentation/realitykit/charactercontrollercomponent
https://developer.apple.com/documentation/realitykit/game-development-entity-animations
https://developer.apple.com/documentation/realitykit/pixelcasthit
https://developer.apple.com/documentation/realitykit/portalcomponent
https://developer.apple.com/documentation/realitykit/realitykit-object-capture/
https://developer.apple.com/documentation/realitykit/realityview
https://developer.apple.com/documentation/realitykit/videomaterial
https://developer.apple.com/documentation/relevancekit
https://developer.apple.com/documentation/ReplayKit
https://developer.apple.com/documentation/roomplan/
https://developer.apple.com/documentation/roomplan/scanning-the-rooms-of-a-single-structure
https://developer.apple.com/documentation/security
https://developer.apple.com/documentation/security/keychain-services
https://developer.apple.com/documentation/security/protecting-user-data-with-app-sandbox
https://developer.apple.com/documentation/security/shared-web-credentials
https://developer.apple.com/documentation/sensitivecontentanalysis
https://developer.apple.com/documentation/sensitivecontentanalysis/scsensitivityanalysispolicy/descriptiveinterventions
https://developer.apple.com/documentation/sirikit/
https://developer.apple.com/documentation/sirikit/adding-user-interactivity-with-siri-shortcuts-and-the-shortcuts-app
https://developer.apple.com/documentation/SiriKit/booking-rides-with-sirikit
https://developer.apple.com/documentation/SiriKit/car-commands
https://developer.apple.com/documentation/sirikit/common-data-types
https://developer.apple.com/documentation/SiriKit/creating-an-intents-app-extension
https://developer.apple.com/documentation/SiriKit/creating-an-intents-ui-extension
https://developer.apple.com/documentation/SiriKit/improving-siri-media-interactions-and-app-selection
https://developer.apple.com/documentation/sirikit/intent-handling-infrastructure
https://developer.apple.com/documentation/SiriKit/lists-and-notes
https://developer.apple.com/documentation/SiriKit/media
https://developer.apple.com/documentation/SiriKit/messaging
https://developer.apple.com/documentation/SiriKit/offering-actions-in-the-shortcuts-app
https://developer.apple.com/documentation/SiriKit/payments
https://developer.apple.com/documentation/sirikit/registering-custom-vocabulary-with-sirikit
https://developer.apple.com/documentation/sirikit/resolution-results
https://developer.apple.com/documentation/SiriKit/shortcut-related-ui
https://developer.apple.com/documentation/SiriKit/siri-event-suggestions
https://developer.apple.com/documentation/SiriKit/voip-calling
https://developer.apple.com/documentation/SiriKit/workouts
https://developer.apple.com/documentation/SpriteKit
https://developer.apple.com/documentation/spritekit/controlling-user-interaction-on-nodes
https://developer.apple.com/documentation/spritekit/getting-started-with-actions
https://developer.apple.com/documentation/spritekit/getting-started-with-physics
https://developer.apple.com/documentation/spritekit/skrenderer
https://developer.apple.com/documentation/spritekit/skview
https://developer.apple.com/documentation/StoreKit
https://developer.apple.com/documentation/StoreKit/AppTransaction
https://developer.apple.com/documentation/storekit/apptransaction/shared
https://developer.apple.com/documentation/storekit/choosing-a-receipt-validation-technique
https://developer.apple.com/documentation/storekit/external-link-account
https://developer.apple.com/documentation/storekit/externallinkaccount/open()
https://developer.apple.com/documentation/storekit/external-purchase
https://developer.apple.com/documentation/storekit/externalpurchasecustomlink

8

https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticeresult
https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/noticetype
https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token
https://developer.apple.com/documentation/storekit/externalpurchasecustomlink/token(for:)
https://developer.apple.com/documentation/storekit/externalpurchaselink
https://developer.apple.com/documentation/storekit/handling-refund-notifications
https://developer.apple.com/documentation/storekit/persisting-a-purchase
https://developer.apple.com/documentation/storekit/receiving-and-decoding-external-purchase-tokens
https://developer.apple.com/documentation/storekit/skstoreproductviewcontroller
https://developer.apple.com/documentation/storekit/storedownloaderextension
https://developer.apple.com/documentation/storekit/storefront
https://developer.apple.com/documentation/storekit/testing-transactions-that-use-custom-link-tokens
https://developer.apple.com/documentation/storekit/transaction
https://developer.apple.com/documentation/storekit/verificationresult
https://developer.apple.com/documentation/swift-playgrounds/console-print-debugging
https://developer.apple.com/documentation/SwiftUI
https://developer.apple.com/documentation/SwiftUI/Accessibility-fundamentals
https://developer.apple.com/documentation/swiftui/tables
https://developer.apple.com/documentation/swiftui/widgetbundle
https://developer.apple.com/documentation/TechnologyOverviews/adopting-liquid-glass
https://developer.apple.com/documentation/translation/
https://developer.apple.com/documentation/UIKit
https://developer.apple.com/documentation/uikit/animation-and-haptics
https://developer.apple.com/documentation/uikit/collection-views
https://developer.apple.com/documentation/uikit/getting-the-user-s-attention-with-alerts-and-action-sheets
https://developer.apple.com/documentation/uikit/handling-uikit-gestures
https://developer.apple.com/documentation/uikit/keyboards-and-input
https://developer.apple.com/documentation/uikit/protecting-the-user-s-privacy
https://developer.apple.com/documentation/uikit/touches-presses-and-gestures
https://developer.apple.com/documentation/uikit/uiapplication/open(_:options:completionhandler:)
https://developer.apple.com/documentation/uikit/uicollectionview
https://developer.apple.com/documentation/uikit/uiscrollview
https://developer.apple.com/documentation/uikit/uistoryboard
https://developer.apple.com/documentation/uikit/uitapgesturerecognizer
https://developer.apple.com/documentation/uikit/uitouch
https://developer.apple.com/documentation/uikit/views-and-controls
https://developer.apple.com/documentation/Updates/UIKit
https://developer.apple.com/documentation/Vision
https://developer.apple.com/documentation/Vision/selecting-a-selfie-based-on-capture-quality
https://developer.apple.com/documentation/VisionKit
https://developer.apple.com/documentation/VisualIntelligence
https://developer.apple.com/documentation/visualintelligence/semanticcontentdescriptor
https://developer.apple.com/documentation/walletpasses
https://developer.apple.com/documentation/walletpasses/building-a-pass
https://developer.apple.com/documentation/walletpasses/creating-an-event-pass-using-semantic-tags
https://developer.apple.com/documentation/walletpasses/creating-the-source-for-a-pass
https://developer.apple.com/documentation/walletpasses/distributing-and-updating-a-pass
https://developer.apple.com/documentation/walletpasses/pass
https://developer.apple.com/documentation/walletpasses/pass/storecard-data.dictionary
https://developer.apple.com/documentation/walletpasses/personalize
https://developer.apple.com/documentation/walletpasses/semantictagtype/currencyamount-data.dictionary
https://developer.apple.com/documentation/walletpasses/semantictagtype/eventdateinfo-data.dictionary
https://developer.apple.com/documentation/walletpasses/semantictagtype/location-data.dictionary
https://developer.apple.com/documentation/walletpasses/semantictagtype/personnamecomponents-data.dictionary
https://developer.apple.com/documentation/walletpasses/semantictagtype/wifinetwork-data.dictionary
https://developer.apple.com/documentation/walletpasses/showing-a-pass-on-the-lock-screen
https://developer.apple.com/documentation/walletpasses/supporting-semantic-tags-in-wallet-passes
https://developer.apple.com/documentation/walletpasses/upcomingpassinformationentry
https://developer.apple.com/documentation/webkit/promoting-apps-with-smart-app-banners
https://developer.apple.com/documentation/WidgetKit
https://developer.apple.com/documentation/widgetkit/accessing-location-information-in-widgets
https://developer.apple.com/documentation/widgetkit/activityfamily

9

https://developer.apple.com/documentation/widgetkit/adding-interactivity-to-widgets-and-live-activities
https://developer.apple.com/documentation/widgetkit/animating-data-updates-in-widgets-and-live-activities
https://developer.apple.com/documentation/widgetkit/building_widgets_using_widgetkit_and_swiftui
https://developer.apple.com/documentation/widgetkit/creating-accessory-widgets-and-watch-complications
https://developer.apple.com/documentation/widgetkit/dynamicisland
https://developer.apple.com/documentation/widgetkit/keeping-a-widget-up-to-date
https://developer.apple.com/documentation/widgetkit/linking-to-specific-app-scenes-from-your-widget-or-live-activity
https://developer.apple.com/documentation/WidgetKit/Preparing-widgets-for-additional-contexts-and-appearances
https://developer.apple.com/documentation/widgetkit/previewing-widgets-and-live-activities-in-xcode
https://developer.apple.com/documentation/widgetkit/widgetcenter/reloadalltimelines()
https://developer.apple.com/documentation/widgetkit/widget-suggestions-in-smart-stacks
https://developer.apple.com/documentation/wifiaware/waperformancemode
https://developer.apple.com/documentation/wifiaware/waperformancereport
https://developer.apple.com/documentation/xcode
https://developer.apple.com/documentation/xcode/build-settings-reference
https://developer.apple.com/documentation/xcode/build-system
https://developer.apple.com/documentation/xcode/diagnosing-and-resolving-bugs-in-your-running-app
https://developer.apple.com/documentation/xcode/distributing-your-app-for-beta-testing-and-releases
https://developer.apple.com/documentation/xcode/fixing-issues-in-your-code-as-you-type
https://developer.apple.com/documentation/xcode/managing-files-and-folders-in-your-xcode-project
https://developer.apple.com/documentation/xcode/managing-multiple-projects-and-their-dependencies
https://developer.apple.com/documentation/xcode/performance-and-metrics
https://developer.apple.com/documentation/xcode/preparing-your-app-for-distribution/
https://developer.apple.com/documentation/xcode/previewing-your-apps-interface-in-xcode
https://developer.apple.com/documentation/xcode/running-your-app-in-simulator-or-on-a-device
https://developer.apple.com/documentation/xcode/source-control-management
https://developer.apple.com/documentation/xcode/source-editor
https://developer.apple.com/documentation/xcode/supporting-universal-links-in-your-app
https://developer.apple.com/documentation/xcodekit
https://developer.apple.com/documentation/xctest
https://developer.apple.com/events/
https://developer.apple.com/events/developer-centers/
https://developer.apple.com/feedback-assistant/
https://developer.apple.com/forums/
https://developer.apple.com/forums/search?q=purchase+flow
https://developer.apple.com/forums/search?q=subscription+model
https://developer.apple.com/games/whats-new
https://developer.apple.com/help/app-store-connect/create-custom-product-pages/configure-multiple-product-page-versions/
https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/apply-a-test-treatment-to-your-product-page/
https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/create-a-test/
https://developer.apple.com/help/app-store-connect/create-product-page-optimization-tests/overview-of-product-page-optimization/
https://developer.apple.com/help/app-store-connect/offer-in-app-events/overview-of-in-app-events
https://developer.apple.com/help/app-store-connect/reference/app-information/screenshot-specifications
https://developer.apple.com/help/app-store-connect-analytics/
https://developer.apple.com/help/app-store-connect-analytics/acquisition/acquisition
https://developer.apple.com/help/app-store-connect-analytics/benchmarks/peer-group-benchmarks
https://developer.apple.com/help/app-store-connect-analytics/overview/analytics-dashboard/
https://developer.apple.com/help/app-store-connect-analytics/reference/filters-and-dimensions
https://developer.apple.com/help/app-store-connect-analytics/reference/metrics-definitions
https://developer.apple.com/icloud/
https://developer.apple.com/icloud/cloudkit/
https://developer.apple.com/icloud/dashboards/
https://developer.apple.com/la/videos/play/wwdc2014/603
https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/index.html
https://developer.apple.com/library/archive/documentation/General/Conceptual/AppSearch/WebContent.html
https://developer.apple.com/library/archive/documentation/General/Conceptual/ExtensibilityPG/AudioUnit.html
https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/CoreVideo/CVProg_Concepts/CVProg_Concepts.html#//apple_ref/doc/uid/TP40001536-CH202-BABJDFHJ
https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/CoreVideo/CVProg_Intro/CVProg_Intro.html#//apple_ref/doc/uid/TP40001536

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_affine/dq_affine.html#//apple_ref/doc/uid/TP30001066-CH204-SW1

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_context/dq_context.html#//apple_ref/doc/uid/TP30001066-CH203-TPXREF101

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_data_mgr/dq_data_mgr.html#//apple_ref/doc/uid/TP30001066-CH216-TPXREF101

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_patterns/dq_patterns.html#//apple_ref/doc/uid/TP30001066-CH206-TPXREF101

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_text/dq_text.html#//apple_ref/doc/uid/TP30001066-CH213-TPXREF101

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/dq_trans_layers/dq_trans_layers.html#//apple_ref/doc/uid/TP30001066-CH210-TPXREF101

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/Introduction/Introduction.html#//apple_ref/doc/uid/TP30001066

https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/drawingwithquartz2d/RevisionHistory.html#//apple_ref/doc/uid/TP30001066-CH2-SW1

https://developer.apple.com/library/archive/documentation/IDEs/Conceptual/Xcode4TransitionGuide/InterfaceBuilder/InterfaceBuilder.html

https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/AudioQueueProgrammingGuide/Introduction/Introduction.html#//apple_ref/doc/uid/TP40005343

https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW1

https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW28

https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioEssentials/CoreAudioEssentials.html#//apple_ref/doc/uid/TP40003577-CH10-SW8

https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/WhatisCoreAudio/WhatisCoreAudio.html#//apple_ref/doc/uid/TP40003577-CH3-SW1

https://developer.apple.com/library/archive/documentation/MusicAudio/Reference/CoreAudioGlossary/Glossary/core_audio_glossary.html#//apple_ref/doc/uid/TP40004453-CH210-CHDHHCFH

https://developer.apple.com/library/archive/documentation/NetworkingInternetWeb/Conceptual/CoreBluetooth_concepts/CoreBluetoothBackgroundProcessingForIOSApps/PerformingTasksWhileYourAppIsInTheBackground.html#//apple_ref/doc/uid/TP40013257-CH7-SW1

https://developer.apple.com/library/archive/documentation/StringsTextFonts/Conceptual/CoreText_Programming/RevisionHistory.html#//apple_ref/doc/uid/TP40005533-CH2-SW1

https://developer.apple.com/library/archive/documentation/UserExperience/Conceptual/AutolayoutPG/index.html

https://developer.apple.com/library/archive/featuredarticles/ViewControllerPGforiPhoneOS/TheViewControllerHierarchy.html

https://developer.apple.com/library/archive/releasenotes/DeveloperTools/RN-Xcode/Chapters/Introduction.html

https://developer.apple.com/library/archive/releasenotes/Miscellaneous/RN-AdoptingStoryboards/

https://developer.apple.com/localization/

https://developer.apple.com/metal/

https://developer.apple.com/metal/Metal-Shading-Language-Specification.pdf

https://developer.apple.com/metal/sample-code/

https://developer.apple.com/metal/whats-new/

https://developer.apple.com/news/?id=06032019b

https://developer.apple.com/news/?id=huqjyh7k

https://developer.apple.com/passkeys/

https://developer.apple.com/siri/

https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf

https://developer.apple.com/support/

https://developer.apple.com/support/technical/

https://developer.apple.com/support/terms/apple-developer-program-license-agreement/

https://developer.apple.com/swift-playground/

https://developer.apple.com/swiftui/get-started/

https://developer.apple.com/tutorials/instruments

https://developer.apple.com/videos/all-videos/

https://developer.apple.com/videos/meet-with-apple/

https://developer.apple.com/videos/play/meet-with-apple/205/

https://developer.apple.com/videos/play/meet-with-apple/246/

https://developer.apple.com/videos/play/tech-talks/10886/

https://developer.apple.com/videos/play/tech-talks/110349/

https://developer.apple.com/videos/play/tech-talks/110358/

11

https://developer.apple.com/videos/play/tech-talks/110361/
https://developer.apple.com/videos/play/tech-talks/605
https://developer.apple.com/videos/play/tech-talks/608
https://developer.apple.com/videos/play/wwdc2014/513/
https://developer.apple.com/videos/play/wwdc2017/250/
https://developer.apple.com/videos/play/wwdc2018/211/
https://developer.apple.com/videos/play/wwdc2019/207/
https://developer.apple.com/videos/play/wwdc2019/401/
https://developer.apple.com/videos/play/wwdc2019/411/
https://developer.apple.com/videos/play/wwdc2019/430/
https://developer.apple.com/videos/play/wwdc2019/520/
https://developer.apple.com/videos/play/wwdc2019/601
https://developer.apple.com/videos/play/wwdc2019/603/
https://developer.apple.com/videos/play/wwdc2019/604/
https://developer.apple.com/videos/play/wwdc2019/612/
https://developer.apple.com/videos/play/wwdc2019/704/
https://developer.apple.com/videos/play/wwdc2019/706/
https://developer.apple.com/videos/play/wwdc2019/901/
https://developer.apple.com/videos/play/wwdc2020/10008/
https://developer.apple.com/videos/play/wwdc2020/10012
https://developer.apple.com/videos/play/wwdc2020/10028/
https://developer.apple.com/videos/play/wwdc2020/10060/
https://developer.apple.com/videos/play/wwdc2020/10068/
https://developer.apple.com/videos/play/wwdc2020/10090/
https://developer.apple.com/videos/play/wwdc2020/10145/
https://developer.apple.com/videos/play/wwdc2020/10602
https://developer.apple.com/videos/play/wwdc2020/10612/
https://developer.apple.com/videos/play/wwdc2020/10615
https://developer.apple.com/videos/play/wwdc2020/10632/
https://developer.apple.com/videos/play/wwdc2020/10647/
https://developer.apple.com/videos/play/wwdc2020/10655/
https://developer.apple.com/videos/play/wwdc2021/10037/
https://developer.apple.com/videos/play/wwdc2021/10038/
https://developer.apple.com/videos/play/wwdc2021/10040/
https://developer.apple.com/videos/play/wwdc2021/10048/
https://developer.apple.com/videos/play/wwdc2021/10059/
https://developer.apple.com/videos/play/wwdc2021/10152
https://developer.apple.com/videos/play/wwdc2021/10205/
https://developer.apple.com/videos/play/wwdc2021/10229
https://developer.apple.com/videos/play/wwdc2021/10244/
https://developer.apple.com/videos/play/wwdc2021/10267/
https://developer.apple.com/videos/play/wwdc2021/10295/
https://developer.apple.com/videos/play/wwdc2022/10027/
https://developer.apple.com/videos/play/wwdc2022/10066
https://developer.apple.com/videos/play/wwdc2022/10077/
https://developer.apple.com/videos/play/wwdc2022/10092/
https://developer.apple.com/videos/play/wwdc2022/10101
https://developer.apple.com/videos/play/wwdc2022/10102
https://developer.apple.com/videos/play/wwdc2022/10126/
https://developer.apple.com/videos/play/wwdc2022/10162
https://developer.apple.com/videos/play/wwdc2022/110332/
https://developer.apple.com/videos/play/wwdc2022/110403/
https://developer.apple.com/videos/play/wwdc2022/110565/
https://developer.apple.com/videos/play/wwdc2023/10036/
https://developer.apple.com/videos/play/wwdc2023/10047/
https://developer.apple.com/videos/play/wwdc2023/10049/
https://developer.apple.com/videos/play/wwdc2023/10053/
https://developer.apple.com/videos/play/wwdc2023/10102/
https://developer.apple.com/videos/play/wwdc2023/10105/
https://developer.apple.com/videos/play/wwdc2023/10141/
https://developer.apple.com/videos/play/wwdc2023/10143/
https://developer.apple.com/videos/play/wwdc2023/10165/

https://developer.apple.com/videos/play/wwdc2023/10179/
https://developer.apple.com/videos/play/wwdc2023/10184/
https://developer.apple.com/videos/play/wwdc2023/10185/
https://developer.apple.com/videos/play/wwdc2023/10192/
https://developer.apple.com/videos/play/wwdc2023/10193/
https://developer.apple.com/videos/play/wwdc2023/10194/
https://developer.apple.com/videos/play/wwdc2023/10238/
https://developer.apple.com/videos/play/wwdc2023/10281/
https://developer.apple.com/videos/play/wwdc2024/10060/
https://developer.apple.com/videos/play/wwdc2024/10069/
https://developer.apple.com/videos/play/wwdc2024/101/
https://developer.apple.com/videos/play/wwdc2024/10123/
https://developer.apple.com/videos/play/wwdc2024/10131/
https://developer.apple.com/videos/play/wwdc2024/10133/
https://developer.apple.com/videos/play/wwdc2024/10135/
https://developer.apple.com/videos/play/wwdc2024/10145/
https://developer.apple.com/videos/play/wwdc2024/10157/
https://developer.apple.com/videos/play/wwdc2024/10159/
https://developer.apple.com/videos/play/wwdc2024/10161/
https://developer.apple.com/videos/play/wwdc2024/10168/
https://developer.apple.com/videos/play/wwdc2024/10177/
https://developer.apple.com/videos/play/wwdc2024/10179/
https://developer.apple.com/videos/play/wwdc2024/10183/
https://developer.apple.com/videos/play/wwdc2024/10203/
https://developer.apple.com/videos/play/wwdc2024/10210/
https://developer.apple.com/videos/play/wwdc2024/10220/
https://developer.apple.com/videos/play/wwdc2024/10223/
https://developer.apple.com/videos/play/wwdc2025/216/
https://developer.apple.com/videos/play/wwdc2025/221/
https://developer.apple.com/videos/play/wwdc2025/228/
https://developer.apple.com/videos/play/wwdc2025/243/
https://developer.apple.com/videos/play/wwdc2025/246/
https://developer.apple.com/videos/play/wwdc2025/247/
https://developer.apple.com/videos/play/wwdc2025/259/
https://developer.apple.com/videos/play/wwdc2025/260/
https://developer.apple.com/videos/play/wwdc2025/262/
https://developer.apple.com/videos/play/wwdc2025/265/
https://developer.apple.com/videos/play/wwdc2025/275/
https://developer.apple.com/videos/play/wwdc2025/278/
https://developer.apple.com/videos/play/wwdc2025/286/
https://developer.apple.com/videos/play/wwdc2025/301/
https://developer.apple.com/videos/play/wwdc2025/324/
https://developer.apple.com/videos/play/wwdc2025/325/
https://developer.apple.com/videos/play/wwdc2025/328/
https://developer.apple.com/videos/play/wwdc2025/360/
https://developer.apple.com/xcode/
https://developer.apple.com/xcode-cloud/
https://developers.google.com/android-publisher
https://devstreaming-cdn.apple.com/videos/wwdc/2016/605ooaey8tbzegv8fth/605/605_whats_new_in_metal_part_2.pdf
https://devstreaming-cdn.apple.com/videos/wwdc/2017/607x3ix6ocbh8/607/607_metal_2_optimization_and_debugging.pdf
https://docs.stripe.com/api
https://docs.unity3d.com/Packages/com.unity.addressables@3.1/manual/index.html
https://dotnet.microsoft.com/en-us/apps/maui
https://eclipseide.org/
https://github.com/features/actions
https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf
https://help.flo.health/hc/en-us/articles/4411278780564-What-is-the-price-for-a-Flo-subscription
https://help.hinge.co/hc/en-us/articles/36311070196243-Subscribing-to-Hinge-or-HingeX
https://hinge.co/ai-principles
https://ipinfo.io/
https://ipr.etsi.org
https://ipstack.com/

13

https://kobiton.com/
https://learn.microsoft.com/en-us/uwp/api/windows.system.userprofile.globalizationpreferences.homegeographicregion?view=winrt-28000
https://learn.wallet.apple/id
https://medium.com/@j100000001/a-rational-analysis-of-the-iphone-gaming-ecosystem-from-user-experience-to-monetization-ce3e9cb187b9
https://medium.com/@yusuf141012/product-management-optimization-and-enhancement-for-ios-game-development-with-spritekit-and-83fb91c22860
https://mixpanel.com/home/
https://moldstud.com/articles/p-arkit-and-user-engagement-how-augmented-reality-enhances-business-revenue
https://moldstud.com/articles/p-future-trends-in-ios-app-monetization-how-ai-and-ml-are-shaping-revenue-strategies
https://moldstud.com/articles/p-leveraging-sirikit-for-voice-integration-in-ios-apps
https://moldstud.com/articles/p-real-world-success-with-healthkit-in-ios-apps
https://netbeans.apache.org/front/main/index.html
https://news.linkedin.com/2023/november/linkedIn-introduces-new-aI-powered-premium-experience
https://nonstrict.eu/wwdcindex/wwdc2001/107/
https://nonstrict.eu/wwdcindex/wwdc2003/207/
https://nonstrict.eu/wwdcindex/wwdc2007/127/
https://nonstrict.eu/wwdcindex/wwdc2008/534/
https://nonstrict.eu/wwdcindex/wwdc2008/704/
https://nonstrict.eu/wwdcindex/wwdc2008/711/
https://nonstrict.eu/wwdcindex/wwdc2009/119/
https://nonstrict.eu/wwdcindex/wwdc2010/110/
https://nonstrict.eu/wwdcindex/wwdc2010/115/
https://nonstrict.eu/wwdcindex/wwdc2010/209/
https://nonstrict.eu/wwdcindex/wwdc2010/423/
https://nonstrict.eu/wwdcindex/wwdc2011/409/
https://nonstrict.eu/wwdcindex/wwdc2011/423/
https://nonstrict.eu/wwdcindex/wwdc2011/500/
https://nonstrict.eu/wwdcindex/wwdc2012/301/
https://nonstrict.eu/wwdcindex/wwdc2012/303/
https://nonstrict.eu/wwdcindex/wwdc2012/306/
https://nonstrict.eu/wwdcindex/wwdc2012/309/
https://nonstrict.eu/wwdcindex/wwdc2013/307/
https://nonstrict.eu/wwdcindex/wwdc2013/308/
https://nonstrict.eu/wwdcindex/wwdc2013/502/
https://nonstrict.eu/wwdcindex/wwdc2013/506/
https://nonstrict.eu/wwdcindex/wwdc2013/703/
https://nonstrict.eu/wwdcindex/wwdc2013/708/
https://nonstrict.eu/wwdcindex/wwdc2013/709/
https://nonstrict.eu/wwdcindex/wwdc2014/203/
https://nonstrict.eu/wwdcindex/wwdc2014/501/
https://nonstrict.eu/wwdcindex/wwdc2014/706/
https://nonstrict.eu/wwdcindex/wwdc2014/711/
https://nonstrict.eu/wwdcindex/wwdc2015/104/
https://nonstrict.eu/wwdcindex/wwdc2015/203/
https://nonstrict.eu/wwdcindex/wwdc2015/502
https://nonstrict.eu/wwdcindex/wwdc2015/701/
https://nonstrict.eu/wwdcindex/wwdc2015/705/
https://nonstrict.eu/wwdcindex/wwdc2015/709/
https://nonstrict.eu/wwdcindex/wwdc2016/401/
https://nonstrict.eu/wwdcindex/wwdc2016/605
https://nonstrict.eu/wwdcindex/wwdc2016/611/
https://nonstrict.eu/wwdcindex/wwdc2016/705/
https://nonstrict.eu/wwdcindex/wwdc2016/709/
https://nonstrict.eu/wwdcindex/wwdc2016/713/
https://nonstrict.eu/wwdcindex/wwdc2017/210/
https://nonstrict.eu/wwdcindex/wwdc2017/221/
https://nonstrict.eu/wwdcindex/wwdc2017/406/
https://nonstrict.eu/wwdcindex/wwdc2017/602/
https://nonstrict.eu/wwdcindex/wwdc2017/609/
https://nonstrict.eu/wwdcindex/wwdc2017/704/

14

https://nonstrict.eu/wwdcindex/wwdc2017/712/
https://nonstrict.eu/wwdcindex/wwdc2018/204/
https://nonstrict.eu/wwdcindex/wwdc2018/303/
https://nonstrict.eu/wwdcindex/wwdc2018/415/
https://nonstrict.eu/wwdcindex/wwdc2018/507/
https://nonstrict.eu/wwdcindex/wwdc2018/602/
https://nonstrict.eu/wwdcindex/wwdc2018/603/
https://nonstrict.eu/wwdcindex/wwdc2018/610/
https://nonstrict.eu/wwdcindex/wwdc2018/718/
https://nonstrict.eu/wwdcindex/wwdc2018/718/
https://nonstrict.eu/wwdcindex/wwdc2019/609/
https://nonstrict.eu/wwdcindex/wwdc2019/705/
https://nonstrict.eu/wwdcindex/wwdc2020/10660/
https://nonstrict.eu/wwdcindex/wwdc2021/10066/
https://nonstrict.eu/wwdcindex/wwdc2021/10073/
https://nonstrict.eu/wwdcindex/wwdc2021/10074/
https://nonstrict.eu/wwdcindex/wwdc2021/10085/
https://nonstrict.eu/wwdcindex/wwdc2021/10098/
https://nonstrict.eu/wwdcindex/wwdc2021/10102/
https://nonstrict.eu/wwdcindex/wwdc2021/10244/
https://nonstrict.eu/wwdcindex/wwdc2022/10041/
https://nonstrict.eu/wwdcindex/wwdc2022/10127/
https://nonstrict.eu/wwdcindex/wwdc2022/10169/
https://nonstrict.eu/wwdcindex/wwdc2023/10080/
https://nonstrict.eu/wwdcindex/wwdc2023/10081/
https://nonstrict.eu/wwdcindex/wwdc2023/10191/
https://nonstrict.eu/wwdcindex/wwdc2024/10107/
https://nonstrict.eu/wwdcindex/wwdc2025/201/
https://nonstrict.eu/wwdcindex/wwdc2025/202/
https://nonstrict.eu/wwdcindex/wwdc2025/214/
https://partner.steamgames.com/doc/sdk/api
https://pitchbook.com/profiles/company/86235-13
https://play.google.com/store/apps/details?id=com.google.android.apps.healthdata&hl=en_US
https://play.google.com/store/apps/details?id=com.google.android.apps.maps&hl=en_US
https://poly.cam/
https://publicrecords.copyright.gov/advanced-search
https://qonversion.io/
https://raid.plarium.store/en/
https://reactnative.dev/
https://saucelabs.com/products/testfairy-sauce-labs
https://sebvidal.com/blog/whats-new-in-uikit-26/
https://soundcloud.com/company/plans
https://soundcloud.com/download
https://sst.semiconductor-digest.com/2013/08/apple-confirms-acquisition-of-passif-semiconductor/
https://standards.ieee.org/wp-content/uploads/import/governance/patcom/xls-files/ieee-802.11-amendments.xlsx
https://store.callofdutymobile.com/en-us/codm
https://store.lilith.com/rok
https://store.mattel163.com/phase10
https://store.pokemongo.com/
https://store.supercell.com/brawlstars
https://store.supercell.com/clashofclans
https://supercell.com/en/games/clashofclans/
https://support.apple.com/en-gb/guide/iphone/iph0a717a8fd/ios
https://support.apple.com/en-ge/guide/iphone/iph0dc255875/ios
https://support.apple.com/en-ge/guide/security/sec3a881ccb1/web
https://support.apple.com/en-il/guide/iphone/iph6ade13329/13.0/ios/13.0
https://support.apple.com/en-in/guide/iphone/iph11a3c5370/13.0/ios/13.0
https://support.apple.com/en-in/guide/iphone/iph215b053f6/13.0/ios/13.0
https://support.apple.com/en-in/guide/iphone/iphb5d45624c/12.0/ios/12.0
https://support.apple.com/en-in/guide/iphone/iphfc2cd4c5f/17.0/ios/17.0
https://support.apple.com/en-us/101566
https://support.apple.com/en-us/102189

15

https://support.apple.com/en-us/102381
https://support.apple.com/en-us/102417
https://support.apple.com/en-us/102591
https://support.apple.com/en-us/102651
https://support.apple.com/en-us/102670
https://support.apple.com/en-us/102995
https://support.apple.com/en-us/102998
https://support.apple.com/en-us/103821
https://support.apple.com/en-us/108384
https://support.apple.com/en-us/108415
https://support.apple.com/en-us/118387
https://support.apple.com/en-us/118392
https://support.apple.com/en-us/118610
https://support.apple.com/en-us/121161
https://support.apple.com/en-us/123075
https://support.apple.com/guide/iphone/sign-in-with-passkeys-iphf538ea8d0/16.0/ios/16.0
https://support.apple.com/guide/iphone/view-live-activities-in-the-dynamic-island-iph28f50d10d/ios
https://support.apple.com/guide/security/app-code-signing-process-sec7c917bf14/web
https://support.apple.com/guide/security/boot-process-for-ipad-and-iphone-devices-secb3000f149/web
https://support.apple.com/guide/security/data-protection-classes-secb010e978a/web
https://support.apple.com/guide/security/the-secure-enclave-sec59b0b31ff/web
https://support.babbel.com/hc/en-us/articles/19650417983378-Pricing
https://support.google.com/youtubetv/answer/7249585?co=GENIE.Platform%3DiOS&oco=1
https://tech.hindustantimes.com/tech/news/apple-acquires-seattle-based-ai-company-xnor-ai-story-dSF34ys128UB6WgSMcXNsK.html
https://techcrunch.com/2013/12/02/apple-buys-topsy-for-a-reported-200m-could-use-social-signals-to-bolster-app-store-relevance/
https://techcrunch.com/2017/05/09/apple-acquires-sleep-tracking-company-beddit/
https://technical.ly/startups/hj-laboratories-apple-jaron-rhodes-harry-vartanian/
https://theapplewiki.com/wiki/Apple_Wireless_Direct_Link
https://tidal.com/pricing
https://toolbox.marketingtools.apple.com/en-us/app-store/us
https://tryterra.co/
https://ttconsultants.com/apple-xris-tt-consultants/
https://unity.com/features/multiplayer
https://visualstudio.microsoft.com/
https://wordpress.com/
https://ww.bandainamcoentwebstore.com/dble-ww/en
https://wwdcnotes.com/documentation/wwdcnotes/wwdc20-10615-build-gpu-binaries-with-metal
https://wwdcnotes.com/documentation/wwdcnotes/wwdc22-10066-discover-metal-3
https://wwdcnotes.com/documentation/wwdcnotes/wwdc22-10105-maximize-your-metal-ray-tracing-performance
https://www.adyen.com/
https://www.aidigital.com/blog/ott-drm
https://www.alltrails.com/plans
https://www.amplitude.com/
https://www.apple.com/apple-intelligence/
https://www.apple.com/app-store/
https://www.apple.com/compliance/pdfs/Business-Conduct-Policy.pdf
https://www.apple.com/il/newsroom/2017/06/ios-11-brings-new-features-to-iphone-and-ipad-this-fall/
https://www.apple.com/newsroom/2014/05/28Apple-to-Acquire-Beats-Music-Beats-Electronics/
https://www.apple.com/newsroom/2016/06/apple-previews-ios-10-biggest-ios-release-ever/
https://www.apple.com/newsroom/2018/03/apple-to-acquire-digital-magazine-service-texture/
https://www.apple.com/newsroom/2024/06/apple-expands-developer-support-and-resources/
https://www.apple.com/newsroom/2025/06/apple-supercharges-its-tools-and-technologies-for-developers/
https://www.apple.com/newsroom/2026/01/apple-reports-first-quarter-results/
https://www.apple.com/newsroom/2026/06/apple-aids-app-development-with-new-intelligence-frameworks-and-advanced-tools/
https://www.apple.com/newsroom/2026/06/apple-introduces-siri-ai-a-profoundly-more-capable-and-personal-assistant/
https://www.apple.com/newsroom/2026/06/apple-unveils-next-generation-of-apple-intelligence-siri-ai-and-more/
https://www.apple.com/privacy/control/
https://www.apple.com/privacy/docs/Differential_Privacy_Overview.pdf
https://www.apple.com/privacy/features/
https://www.apple.com/siri/

16

https://www.audible.com/ep/memberbenefits
https://www.babbel.com/
https://www.bairesdev.com/blog/swiftui-vs-uikit/
https://www.bgr.com/2148007/major-brands-owned-by-apple/
https://www.bingoblitz.com
https://www.bingoblitz.com/support/new-bingo-store/
https://www.callofduty.com/en/store/cod-points
https://www.cisin.com/coffee-break/ios-14-latest-upcoming-changes-in-live-wallpaper-app-drawer-new-ar-and-more.html
https://www.computerworld.com/article/1464520/apple-confirms-lala-music-service-acquisition.html
https://www.covert.com.au/page/4/
https://www.dogtownmedia.com/social-login-for-mobile-apps-google-apple-linkedin-boosting-sign-up-conversion-by-removing-friction/
https://www.epo.org/en/searching-for-patents/helpful-resources/first-time-here/classification
https://www.fastly.com/
https://www.forbes.com/sites/janakirammsv/2020/01/19/apple-acquires-xnorai-to-bolster-ai-at-the-edge/
https://www.fortnite.com/item-shop
https://www.godaddy.com/
https://www.goodshort.com/
https://www.here.com/products
https://www.hubspot.com/products/get-started-f049
https://www.iam-media.com/article/apple-acquisitions-are-fuelling-the-growth-of-its-semiconductor-patent-portfolio
https://www.jetbrains.com/idea/
https://www.jetbrains.com/pycharm/
https://www.jetbrains.com/rider/
https://www.linkedin.com/help/linkedin/answer/a7474393
https://www.linkedin.com/pulse/beyond-compliance-how-inclusive-design-drives-real-digital-davis-ptrke
https://www.loseit.com/how-it-works/#premium
https://www.luminor.media/misc/technological-drivers-and-revenue-growth-in-mobile-gaming-an-educational-perspective/
https://www.mapbox.com/
https://www.maxmind.com/en/home
https://www.microsoft.com/playready/
https://www.optimizely.com/
https://www.paddle.com/
https://www.paypal.com/us/braintree
https://www.perfecto.io/
https://www.personyze.com/
https://www.reuters.com/article/world/americas/apple-buys-mobile-security-firm-authentec-for-356-million-idUSBRE86Q0KF/
https://www.rubychilds.com/work/live-activities#hero
https://www.singular.net/blog/app-intents-ios18/
https://www.spikeapi.com/
https://www.squarespace.com/
https://www.strava.com/mobile
https://www.strava.com/subscribe
https://www.technochops.com/how-fairplay-drm-is-revolutionizing-digital-media-security/
https://www.thestreet.com/personal-finance/imoney-patent-and-other-digital-wallet-patent-battles-11975931
https://www.theverge.com/2016/1/7/10731232/apple-emotient-ai-startup-acquisition
https://www.tomtom.com/
https://www.trendforce.com/news/2023/10/02/news-apple-could-introduce-micro-led-into-vision-pro-replacing-existing-micro-oled-technology/
https://www.trustpilot.com/
https://www.uspto.gov/patents/search/classification-standards-and-development#:~:text=Patent%20classification%20is%20a%20system,based%20on%20common%20subject%20matter
https://www.uspto.gov/patents/search/patent-public-search/operators
https://www.uspto.gov/patents/search/patent-public-search/searchable-indexes
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-A.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-B.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-B42D.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G.html#G06
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G01C.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G01S.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06F.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06Q.html

17

https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G06T.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G08B.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-G10L.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04L.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04N.html
https://www.uspto.gov/web/patents/classification/cpc/html/cpc-H04W.html
https://www.w3.org/DesignIssues/Architecture.html
https://www.welcometothejungle.com/en/articles/btc-url-internet
https://www.widevine.com/
https://www.wix.com/
https://www.wsj.com/articles/apple-buys-artificial-intelligence-startup-emotient-1452188715
https://www.youtube.com/watch?v=t18z64iecZM
https://www.zoho.com/pagesense/
https://youtu.be/LXTUFmbZwec?si=X8ZQ3MEgZQIeq3tc

# APPENDIX C

**Xcode Patents & Published Patent Applications**

| | | |
|---|---|---|
| 8,370,822 | 9,026,928 | 10,019,598 |
| 8,381,194 | 9,047,448 | 10,067,797 |
| 8,434,146 | 9,122,526 | 10,075,536 |
| 8,473,961 | 9,146,759 | 10,108,335 |
| 8,516,446 | 9,158,661 | 10,146,661 |
| 8,561,045 | 9,189,300 | 10,162,607 |
| 8,671,416 | 9,250,697 | 10,180,825 |
| 8,707,053 | 9,256,410 | 10,255,045 |
| 8,751,823 | 9,280,644 | 10,257,286 |
| 8,752,016 | 9,298,586 | 10,268,366 |
| 8,762,556 | 9,335,817 | 10,268,647 |
| 8,775,652 | 9,378,117 | 10,304,215 |
| 8,775,826 | 9,390,241 | 10,310,821 |
| 8,782,807 | 9,477,525 | 10,310,830 |
| 8,806,457 | 9,529,574 | 10,372,431 |
| 8,806,513 | 9,529,780 | 10,430,072 |
| 8,826,253 | 9,535,721 | 10,474,479 |
| 8,863,077 | 9,536,080 | 10,581,981 |
| 8,874,928 | 9,723,086 | 10,601,796 |
| 8,887,140 | 9,740,464 | 10,606,566 |
| 8,930,895 | 9,778,921 | 10,656,920 |
| 8,935,671 | 9,870,133 | 10,871,949 |
| 8,949,808 | 9,892,018 | 10,891,113 |
| 8,972,952 | 9,990,135 | 10,901,873 |

1

| | | |
|---|---|---|
| 10,929,008 | 11,537,368 | 12,073,854 |
| 10,942,645 | 11,556,242 | 12,259,978 |
| 10,983,803 | 11,614,922 | 12,517,755 |
| 11,036,610 | 11,687,789 | 12,619,409 |
| 11,055,438 | 11,687,830 | 2018/0260199 |
| 11,093,601 | 11,720,467 | 2023/0393888 |
| 11,107,071 | 11,726,799 | 2024/0134493 |
| 11,144,631 | 11,748,468 | 2024/0135251 |
| 11,232,171 | 11,783,223 | 2024/0211805 |
| 11,256,479 | 11,836,635 | 2024/0231559 |
| 11,474,795 | 11,886,957 | 2024/0296346 |
| 11,487,644 | 11,991,260 | 2025/0291587 |
| 11,503,431 | 12,039,525 | 2025/0377912 |

### User Interface Patents & Published Patent Applications

| | | |
|---|---|---|
| 7,574,574 | 8,041,438 | 8,286,081 |
| 7,743,341 | 8,060,825 | 8,296,656 |
| 7,774,708 | 8,072,956 | 8,302,033 |
| 7,777,732 | 8,082,523 | 8,312,371 |
| 7,788,599 | 8,099,332 | 8,315,248 |
| 7,853,566 | 8,099,665 | 8,341,557 |
| 7,853,567 | 8,104,048 | 8,347,238 |
| 7,856,424 | 8,127,246 | 8,375,312 |
| 7,860,536 | 8,131,645 | 8,381,125 |
| 7,860,839 | 8,159,455 | 8,386,965 |
| 7,861,073 | 8,166,415 | 8,405,621 |
| 7,864,163 | 8,171,432 | 8,405,688 |
| 7,872,652 | 8,185,149 | 8,407,623 |
| 7,884,834 | 8,201,109 | 8,412,150 |
| 7,895,533 | 8,205,157 | 8,416,205 |
| 7,917,846 | 8,209,630 | 8,421,762 |
| 7,917,861 | 8,225,228 | 8,423,911 |
| 7,924,271 | 8,239,276 | 8,424,756 |
| 7,930,650 | 8,244,600 | 8,429,556 |
| 7,956,847 | 8,255,810 | 8,429,557 |
| 7,956,848 | 8,255,830 | 8,432,396 |
| 7,956,849 | 8,271,114 | 8,443,285 |
| 8,010,900 | 8,274,536 | 8,451,232 |

3

| | | |
|---|---|---|
| 8,452,903 | 8,612,884 | 8,719,695 |
| 8,456,431 | 8,619,038 | 8,723,822 |
| 8,458,589 | 8,624,098 | 8,726,161 |
| 8,458,615 | 8,624,935 | 8,736,557 |
| 8,458,617 | 8,631,358 | 8,736,561 |
| 8,464,173 | 8,645,827 | 8,743,411 |
| 8,464,182 | 8,656,311 | 8,751,022 |
| 8,490,012 | 8,661,363 | 8,751,321 |
| 8,493,408 | 8,665,225 | 8,751,971 |
| 8,495,024 | 8,667,418 | 8,762,556 |
| 8,516,038 | 8,669,950 | 8,762,887 |
| 8,519,963 | 8,676,224 | 8,766,928 |
| 8,525,841 | 8,677,232 | 8,773,370 |
| 8,531,465 | 8,677,268 | 8,773,470 |
| 8,538,927 | 8,681,104 | 8,774,825 |
| 8,548,735 | 8,681,106 | 8,780,069 |
| 8,552,999 | 8,683,363 | 8,782,513 |
| 8,561,207 | 8,683,378 | 8,782,521 |
| 8,577,929 | 8,692,851 | 8,786,559 |
| 8,583,638 | 8,694,140 | 8,786,639 |
| 8,584,031 | 8,694,899 | 8,788,838 |
| 8,589,374 | 8,700,646 | 8,793,332 |
| 8,595,645 | 8,704,853 | 8,793,611 |
| 8,607,166 | 8,712,902 | 8,806,362 |
| 8,611,559 | 8,717,305 | 8,806,369 |

4

| | | |
|---|---|---|
| 8,812,580 | 8,943,580 | 9,052,894 |
| 8,812,994 | 8,954,871 | 9,055,185 |
| 8,817,053 | 8,963,959 | 9,058,337 |
| 8,819,567 | 8,965,693 | 9,059,840 |
| 8,819,571 | 8,966,375 | 9,064,453 |
| 8,826,164 | 8,966,470 | 9,069,452 |
| 8,836,652 | 8,970,647 | 9,075,884 |
| 8,839,131 | 8,971,623 | 9,081,494 |
| 8,839,142 | 8,972,903 | 9,086,785 |
| 8,839,150 | 8,983,999 | 9,092,130 |
| 8,843,401 | 8,989,773 | 9,092,893 |
| 8,843,840 | 8,994,499 | 9,098,182 |
| 8,860,752 | 8,994,660 | 9,099,010 |
| 8,863,016 | 8,994,828 | 9,104,296 |
| 8,863,246 | 9,001,047 | 9,104,896 |
| 8,881,269 | 9,003,299 | 9,105,121 |
| 8,881,310 | 9,003,427 | 9,110,561 |
| 8,884,981 | 9,009,612 | 9,111,327 |
| 8,913,802 | 9,013,488 | 9,116,596 |
| 8,918,736 | 9,013,512 | 9,128,601 |
| 8,922,523 | 9,021,354 | 9,128,960 |
| 8,924,144 | 9,026,928 | 9,129,207 |
| 8,928,944 | 9,037,959 | 9,134,896 |
| 8,933,890 | 9,038,167 | 9,135,751 |
| 8,935,671 | 9,047,691 | 9,137,024 |

| | | |
|---|---|---|
| 9,141,200 | 9,258,715 | 9,332,104 |
| 9,141,504 | 9,262,612 | 9,335,907 |
| 9,158,454 | 9,274,647 | 9,349,205 |
| 9,158,455 | 9,275,028 | 9,349,206 |
| 9,164,576 | 9,285,968 | 9,357,250 |
| 9,170,859 | 9,286,081 | 9,360,995 |
| 9,176,651 | 9,292,177 | 9,363,220 |
| 9,176,962 | 9,292,195 | 9,367,232 |
| 9,182,884 | 9,292,203 | 9,367,235 |
| 9,183,534 | 9,294,359 | 9,372,620 |
| 9,183,585 | 9,294,882 | 9,372,978 |
| 9,189,682 | 9,298,336 | 9,378,577 |
| 9,189,876 | 9,298,363 | 9,390,241 |
| 9,195,721 | 9,298,586 | 9,397,844 |
| 9,200,915 | 9,300,621 | 9,411,495 |
| 9,202,433 | 9,304,834 | 9,411,947 |
| 9,207,971 | 9,310,206 | 9,417,665 |
| 9,218,118 | 9,310,907 | 9,417,756 |
| 9,218,123 | 9,311,115 | 9,417,767 |
| 9,223,590 | 9,317,186 | 9,417,778 |
| 9,230,356 | 9,317,878 | 9,423,268 |
| 9,244,586 | 9,318,108 | 9,423,944 |
| 9,244,605 | 9,323,442 | 9,423,946 |
| 9,244,606 | 9,325,852 | 9,424,799 |
| 9,250,795 | 9,329,703 | 9,429,435 |

| | | |
|---|---|---|
| 9,430,077 | 9,495,583 | 9,563,351 |
| 9,430,120 | 9,501,217 | 9,563,488 |
| 9,430,919 | 9,507,459 | 9,569,078 |
| 9,431,985 | 9,508,158 | 9,569,080 |
| 9,443,501 | 9,513,769 | 9,571,558 |
| 9,448,700 | 9,513,801 | 9,575,646 |
| 9,451,144 | 9,519,771 | 9,575,648 |
| 9,459,781 | 9,524,272 | 9,582,165 |
| 9,459,792 | 9,529,519 | 9,584,607 |
| 9,460,608 | 9,529,524 | 9,591,039 |
| 9,465,985 | 9,529,780 | 9,591,443 |
| 9,471,200 | 9,529,924 | 9,596,333 |
| 9,471,207 | 9,532,184 | 9,600,164 |
| 9,471,764 | 9,535,578 | 9,600,172 |
| 9,477,331 | 9,535,594 | 9,600,174 |
| 9,477,393 | 9,535,721 | 9,606,705 |
| 9,477,395 | 9,542,037 | 9,606,706 |
| 9,477,404 | 9,542,038 | 9,619,076 |
| 9,477,642 | 9,542,091 | 9,619,143 |
| 9,483,164 | 9,542,907 | 9,619,469 |
| 9,483,175 | 9,547,425 | 9,619,779 |
| 9,483,574 | 9,547,683 | 9,626,087 |
| 9,483,763 | 9,552,067 | 9,626,098 |
| 9,489,104 | 9,553,974 | 9,631,945 |
| 9,495,531 | 9,558,278 | 9,632,608 |

7

| | | |
|---|---|---|
| 9,632,664 | 9,706,032 | 9,813,479 |
| 9,633,191 | 9,706,054 | 9,817,436 |
| 9,633,464 | 9,711,160 | 9,817,545 |
| 9,639,238 | 9,712,577 | 9,817,796 |
| 9,639,260 | 9,715,394 | 9,818,161 |
| 9,645,653 | 9,715,751 | 9,830,048 |
| 9,645,669 | 9,720,564 | 9,836,760 |
| 9,645,709 | 9,727,326 | 9,841,876 |
| 9,645,732 | 9,733,812 | 9,841,887 |
| 9,645,916 | 9,733,821 | 9,842,348 |
| 9,652,125 | 9,740,381 | 9,846,535 |
| 9,652,782 | 9,747,248 | 9,846,684 |
| 9,658,740 | 9,753,541 | 9,846,750 |
| 9,665,206 | 9,753,556 | 9,852,761 |
| 9,666,180 | 9,753,639 | 9,857,941 |
| 9,672,023 | 9,760,246 | 9,860,354 |
| 9,678,571 | 9,761,034 | 9,860,744 |
| 9,679,187 | 9,778,771 | 9,864,432 |
| 9,679,330 | 9,785,340 | 9,864,509 |
| 9,684,429 | 9,787,938 | 9,869,973 |
| 9,684,431 | 9,792,018 | 9,870,125 |
| 9,684,547 | 9,794,741 | 9,870,130 |
| 9,690,382 | 9,798,393 | 9,870,133 |
| 9,699,351 | 9,804,759 | 9,875,006 |
| 9,703,450 | 9,805,086 | 9,875,013 |

8

| | | |
|---|---|---|
| 9,875,219 | 9,961,239 | 10,007,418 |
| 9,880,649 | 9,965,132 | 10,007,802 |
| 9,880,704 | 9,965,141 | 10,019,142 |
| 9,880,735 | 9,965,146 | 10,025,458 |
| 9,886,179 | 9,965,157 | 10,025,499 |
| 9,887,949 | 9,965,177 | 10,031,660 |
| 9,891,811 | 9,971,485 | 10,037,138 |
| 9,894,462 | 9,971,500 | 10,037,217 |
| 9,898,162 | 9,971,739 | 10,042,513 |
| 9,898,187 | 9,971,774 | 10,042,542 |
| 9,898,642 | 9,973,674 | 10,042,599 |
| 9,900,518 | 9,974,467 | 10,043,185 |
| 9,910,524 | 9,977,668 | 10,048,725 |
| 9,911,400 | 9,983,765 | 10,054,909 |
| 9,913,142 | 9,990,107 | 10,055,096 |
| 9,921,713 | 9,990,113 | 10,055,121 |
| 9,928,029 | 9,990,121 | 10,055,634 |
| 9,933,833 | 9,990,129 | 10,057,712 |
| 9,933,937 | 9,992,420 | 10,061,507 |
| 9,946,560 | 9,996,157 | 10,061,849 |
| 9,953,152 | 9,996,231 | 10,062,094 |
| 9,954,996 | 9,996,233 | 10,067,643 |
| 9,959,025 | 9,996,538 | 10,067,645 |
| 9,959,037 | 10,001,383 | 10,067,653 |
| 9,959,293 | 10,007,400 | 10,068,157 |

| | | |
|---|---|---|
| 10,073,584 | 10,117,600 | 10,171,458 |
| 10,073,590 | 10,120,431 | 10,175,757 |
| 10,073,591 | 10,120,533 | 10,175,759 |
| 10,073,592 | 10,120,541 | 10,175,762 |
| 10,073,670 | 10,126,847 | 10,175,864 |
| 10,078,414 | 10,126,930 | 10,175,879 |
| 10,078,442 | 10,133,543 | 10,176,781 |
| 10,082,892 | 10,135,905 | 10,178,234 |
| 10,084,874 | 10,136,048 | 10,180,331 |
| 10,089,637 | 10,136,252 | 10,180,772 |
| 10,095,343 | 10,139,909 | 10,185,432 |
| 10,095,375 | 10,140,301 | 10,185,542 |
| 10,095,391 | 10,152,208 | 10,187,507 |
| 10,095,394 | 10,152,300 | 10,194,013 |
| 10,095,396 | 10,154,316 | 10,198,073 |
| 10,097,496 | 10,156,903 | 10,200,587 |
| 10,101,793 | 10,156,904 | 10,200,598 |
| 10,101,822 | 10,156,962 | 10,203,815 |
| 10,101,887 | 10,162,446 | 10,203,866 |
| 10,102,300 | 10,162,452 | 10,203,868 |
| 10,108,335 | 10,162,506 | 10,204,096 |
| 10,113,879 | 10,164,833 | 10,209,810 |
| 10,114,521 | 10,166,472 | 10,209,866 |
| 10,114,546 | 10,168,826 | 10,209,879 |
| 10,114,883 | 10,170,084 | 10,209,884 |

| | | |
|---|---|---|
| 10,210,561 | 10,262,182 | 10,310,732 |
| 10,212,596 | 10,268,341 | 10,311,403 |
| 10,216,351 | 10,268,342 | 10,311,510 |
| 10,216,408 | 10,268,366 | 10,313,505 |
| 10,218,582 | 10,270,718 | 10,318,017 |
| 10,222,975 | 10,275,262 | 10,318,034 |
| 10,223,066 | 10,275,436 | 10,318,525 |
| 10,223,682 | 10,275,585 | 10,320,987 |
| 10,228,765 | 10,276,000 | 10,324,549 |
| 10,228,815 | 10,276,170 | 10,324,612 |
| 10,228,824 | 10,281,999 | 10,324,620 |
| 10,228,846 | 10,282,070 | 10,331,297 |
| 10,235,014 | 10,282,083 | 10,331,321 |
| 10,236,079 | 10,282,727 | 10,331,336 |
| 10,241,599 | 10,284,812 | 10,331,399 |
| 10,241,644 | 10,289,660 | 10,334,054 |
| 10,241,672 | 10,296,093 | 10,338,772 |
| 10,248,302 | 10,303,239 | 10,339,293 |
| 10,250,735 | 10,303,252 | 10,341,492 |
| 10,254,911 | 10,303,348 | 10,346,012 |
| 10,254,948 | 10,303,354 | 10,346,030 |
| 10,254,949 | 10,303,436 | 10,346,035 |
| 10,254,956 | 10,304,163 | 10,346,470 |
| 10,257,709 | 10,310,711 | 10,346,510 |
| 10,261,668 | 10,310,725 | 10,352,716 |

11

| | | |
|---|---|---|
| 10,353,576 | 10,409,890 | 10,474,350 |
| 10,354,004 | 10,410,035 | 10,474,351 |
| 10,356,309 | 10,410,076 | 10,481,769 |
| 10,362,272 | 10,416,745 | 10,482,461 |
| 10,365,732 | 10,416,800 | 10,489,734 |
| 10,365,807 | 10,416,860 | 10,496,259 |
| 10,365,819 | 10,416,882 | 10,496,705 |
| 10,372,298 | 10,417,879 | 10,496,808 |
| 10,372,306 | 10,430,072 | 10,503,342 |
| 10,375,313 | 10,437,333 | 10,503,564 |
| 10,375,526 | 10,437,459 | 10,504,101 |
| 10,379,632 | 10,438,205 | 10,504,340 |
| 10,379,714 | 10,438,279 | 10,504,518 |
| 10,382,369 | 10,444,963 | 10,506,169 |
| 10,382,522 | 10,445,396 | 10,508,921 |
| 10,387,104 | 10,452,253 | 10,515,147 |
| 10,389,977 | 10,452,341 | 10,515,261 |
| 10,389,987 | 10,454,783 | 10,516,540 |
| 10,395,068 | 10,459,887 | 10,516,976 |
| 10,395,128 | 10,466,861 | 10,520,979 |
| 10,397,001 | 10,466,883 | 10,521,072 |
| 10,402,073 | 10,466,889 | 10,521,109 |
| 10,409,421 | 10,466,891 | 10,521,188 |
| 10,409,477 | 10,474,320 | 10,521,579 |
| 10,409,483 | 10,474,333 | 10,523,663 |

| | | |
|---|---|---|
| 10,523,726 | 10,572,103 | 10,623,963 |
| 10,528,139 | 10,572,109 | 10,624,550 |
| 10,528,243 | 10,572,119 | 10,628,010 |
| 10,534,508 | 10,572,572 | 10,628,025 |
| 10,534,533 | 10,579,257 | 10,630,939 |
| 10,536,414 | 10,580,221 | 10,635,134 |
| 10,540,071 | 10,581,981 | 10,635,287 |
| 10,540,976 | 10,585,559 | 10,635,294 |
| 10,545,631 | 10,587,538 | 10,635,303 |
| 10,545,635 | 10,592,041 | 10,637,986 |
| 10,545,653 | 10,592,098 | 10,642,449 |
| 10,546,366 | 10,592,601 | 10,649,622 |
| 10,547,776 | 10,599,316 | 10,649,636 |
| 10,549,173 | 10,599,394 | 10,649,889 |
| 10,552,009 | 10,606,458 | 10,650,052 |
| 10,552,016 | 10,609,208 | 10,656,920 |
| 10,558,268 | 10,613,656 | 10,659,405 |
| 10,558,358 | 10,613,739 | 10,664,048 |
| 10,558,546 | 10,613,741 | 10,664,144 |
| 10,564,826 | 10,613,743 | 10,666,710 |
| 10,564,836 | 10,613,745 | 10,671,264 |
| 10,565,219 | 10,614,607 | 10,671,275 |
| 10,565,960 | 10,616,416 | 10,674,942 |
| 10,567,529 | 10,620,794 | 10,678,351 |
| 10,568,533 | 10,623,461 | 10,678,904 |

| | | |
|---|---|---|
| 10,681,304 | 10,732,795 | 10,769,217 |
| 10,683,015 | 10,732,820 | 10,771,422 |
| 10,684,704 | 10,732,821 | 10,775,999 |
| 10,684,822 | 10,733,993 | 10,778,828 |
| 10,686,930 | 10,735,900 | 10,782,871 |
| 10,691,230 | 10,735,905 | 10,783,227 |
| 10,691,330 | 10,739,911 | 10,783,320 |
| 10,691,473 | 10,739,971 | 10,783,576 |
| 10,698,598 | 10,739,974 | 10,785,175 |
| 10,698,701 | 10,740,384 | 10,788,953 |
| 10,699,063 | 10,740,945 | 10,788,965 |
| 10,699,262 | 10,741,185 | 10,788,976 |
| 10,705,718 | 10,747,397 | 10,788,979 |
| 10,706,096 | 10,747,467 | 10,795,490 |
| 10,706,841 | 10,748,153 | 10,795,572 |
| 10,712,826 | 10,753,762 | 10,796,294 |
| 10,712,921 | 10,754,542 | 10,796,309 |
| 10,712,934 | 10,755,032 | 10,802,669 |
| 10,718,627 | 10,755,270 | 10,802,703 |
| 10,719,204 | 10,757,552 | 10,802,705 |
| 10,719,221 | 10,758,173 | 10,802,843 |
| 10,725,544 | 10,761,712 | 10,803,235 |
| 10,725,761 | 10,761,716 | 10,803,281 |
| 10,728,939 | 10,764,153 | 10,817,162 |
| 10,732,791 | 10,769,182 | 10,819,840 |

14

| | | |
|---|---|---|
| 10,827,319 | 10,884,591 | 10,928,993 |
| 10,831,339 | 10,884,592 | 10,929,008 |
| 10,831,357 | 10,884,608 | 10,936,154 |
| 10,838,586 | 10,884,617 | 10,936,164 |
| 10,845,955 | 10,887,193 | 10,936,345 |
| 10,847,142 | 10,891,013 | 10,936,609 |
| 10,852,912 | 10,891,020 | 10,942,570 |
| 10,852,914 | 10,891,023 | 10,942,634 |
| 10,852,915 | 10,893,036 | 10,942,639 |
| 10,852,935 | 10,896,221 | 10,942,645 |
| 10,852,936 | 10,901,513 | 10,942,699 |
| 10,853,342 | 10,901,601 | 10,949,081 |
| 10,860,177 | 10,902,424 | 10,951,043 |
| 10,860,199 | 10,904,029 | 10,951,188 |
| 10,860,200 | 10,904,375 | 10,955,956 |
| 10,866,731 | 10,904,379 | 10,955,994 |
| 10,867,059 | 10,904,486 | 10,956,022 |
| 10,871,868 | 10,908,559 | 10,956,486 |
| 10,871,886 | 10,908,783 | 10,963,130 |
| 10,871,949 | 10,908,797 | 10,963,142 |
| 10,872,024 | 10,908,808 | 10,963,158 |
| 10,872,536 | 10,908,809 | 10,965,687 |
| 10,877,628 | 10,915,243 | 10,969,941 |
| 10,880,098 | 10,921,975 | 10,970,083 |
| 10,884,580 | 10,928,980 | 10,970,385 |

15

| | | |
|---|---|---|
| 10,972,459 | 11,016,938 | 11,068,855 |
| 10,976,917 | 11,017,444 | 11,073,799 |
| 10,981,056 | 11,019,193 | 11,076,039 |
| 10,983,688 | 11,019,195 | 11,079,894 |
| 10,983,689 | 11,023,055 | 11,079,913 |
| 10,986,252 | 11,023,116 | 11,079,929 |
| 10,986,330 | 11,023,122 | 11,080,004 |
| 10,986,416 | 11,033,708 | 11,080,012 |
| 10,987,028 | 11,036,327 | 11,086,915 |
| 10,990,250 | 11,036,387 | 11,095,664 |
| 10,992,795 | 11,037,150 | 11,095,946 |
| 10,996,766 | 11,037,413 | 11,099,635 |
| 10,996,788 | 11,039,778 | 11,099,679 |
| 10,996,917 | 11,042,250 | 11,103,161 |
| 10,997,763 | 11,042,265 | 11,106,326 |
| 10,999,158 | 11,042,266 | 11,106,352 |
| 10,999,442 | 11,048,681 | 11,107,567 |
| 11,010,027 | 11,049,088 | 11,107,580 |
| 11,010,048 | 11,054,973 | 11,112,956 |
| 11,010,121 | 11,055,807 | 11,112,957 |
| 11,010,416 | 11,057,682 | 11,116,425 |
| 11,012,807 | 11,061,372 | 11,120,097 |
| 11,016,643 | 11,061,536 | 11,120,123 |
| 11,016,654 | 11,064,068 | 11,122,158 |
| 11,016,658 | 11,068,153 | 11,126,295 |

16

| | | |
|---|---|---|
| 11,126,321 | 11,178,335 | 11,222,325 |
| 11,126,348 | 11,181,988 | 11,223,899 |
| 11,126,704 | 11,182,017 | 11,224,782 |
| 11,132,120 | 11,182,069 | 11,226,724 |
| 11,132,454 | 11,184,425 | 11,227,446 |
| 11,137,898 | 11,184,708 | 11,228,835 |
| 11,137,904 | 11,188,168 | 11,234,077 |
| 11,144,624 | 11,188,202 | 11,237,709 |
| 11,146,514 | 11,188,220 | 11,237,711 |
| 11,150,469 | 11,190,477 | 11,237,797 |
| 11,150,798 | 11,194,455 | 11,240,362 |
| 11,152,100 | 11,194,467 | 11,243,570 |
| 11,153,235 | 11,194,546 | 11,243,627 |
| 11,157,135 | 11,194,599 | 11,243,996 |
| 11,157,136 | 11,202,598 | 11,250,385 |
| 11,157,234 | 11,204,692 | 11,256,294 |
| 11,163,440 | 11,206,309 | 11,256,394 |
| 11,165,949 | 11,209,957 | 11,256,401 |
| 11,165,963 | 11,209,969 | 11,262,890 |
| 11,169,691 | 11,216,119 | 11,263,020 |
| 11,169,830 | 11,216,181 | 11,263,540 |
| 11,175,929 | 11,221,698 | 11,263,617 |
| 11,176,021 | 11,221,744 | 11,266,330 |
| 11,177,955 | 11,221,751 | 11,268,848 |
| 11,178,271 | 11,221,752 | 11,269,483 |

17

| | | |
|---|---|---|
| 11,269,508 | 11,320,961 | 11,375,314 |
| 11,272,331 | 11,320,982 | 11,379,041 |
| 11,277,690 | 11,321,731 | 11,379,106 |
| 11,281,368 | 11,327,634 | 11,380,077 |
| 11,281,372 | 11,327,640 | 11,381,674 |
| 11,281,711 | 11,327,648 | 11,385,603 |
| 11,282,032 | 11,328,352 | 11,385,761 |
| 11,283,916 | 11,330,184 | 11,386,189 |
| 11,287,942 | 11,334,209 | 11,386,280 |
| 11,287,960 | 11,334,229 | 11,386,769 |
| 11,290,820 | 11,334,238 | 11,386,892 |
| 11,294,564 | 11,340,778 | 11,392,935 |
| 11,301,129 | 11,341,125 | 11,392,945 |
| 11,302,285 | 11,349,657 | 11,393,258 |
| 11,307,737 | 11,350,026 | 11,395,110 |
| 11,307,757 | 11,350,253 | 11,397,936 |
| 11,307,758 | 11,354,015 | 11,399,089 |
| 11,307,763 | 11,354,034 | 11,399,155 |
| 11,312,207 | 11,354,867 | 11,402,970 |
| 11,314,330 | 11,360,634 | 11,402,978 |
| 11,314,395 | 11,360,644 | 11,403,119 |
| 11,314,402 | 11,366,576 | 11,405,507 |
| 11,316,966 | 11,372,659 | 11,405,593 |
| 11,317,833 | 11,372,696 | 11,412,081 |
| 11,320,910 | 11,372,962 | 11,412,350 |

18

| | | |
|---|---|---|
| 11,416,127 | 11,449,223 | 11,487,403 |
| 11,416,134 | 11,451,924 | 11,487,421 |
| 11,416,136 | 11,452,915 | 11,487,890 |
| 11,416,205 | 11,455,085 | 11,488,136 |
| 11,416,817 | 11,467,719 | 11,489,803 |
| 11,418,699 | 11,467,726 | 11,494,046 |
| 11,422,691 | 11,467,853 | 11,494,072 |
| 11,422,694 | 11,468,155 | 11,500,937 |
| 11,422,765 | 11,468,162 | 11,501,054 |
| 11,424,018 | 11,468,749 | 11,502,984 |
| 11,429,252 | 11,470,225 | 11,507,257 |
| 11,429,274 | 11,474,626 | 11,507,702 |
| 11,429,402 | 11,474,666 | 11,507,863 |
| 11,430,276 | 11,474,674 | 11,513,557 |
| 11,431,891 | 11,475,029 | 11,513,667 |
| 11,433,290 | 11,475,691 | 11,513,677 |
| 11,435,830 | 11,477,609 | 11,514,502 |
| 11,435,894 | 11,481,094 | 11,516,337 |
| 11,435,897 | 11,481,106 | 11,520,456 |
| 11,444,766 | 11,481,107 | 11,520,465 |
| 11,445,263 | 11,481,112 | 11,523,243 |
| 11,446,548 | 11,481,205 | 11,526,256 |
| 11,449,188 | 11,481,769 | 11,526,262 |
| 11,449,217 | 11,482,328 | 11,526,270 |
| 11,449,222 | 11,487,402 | 11,526,368 |

19

| | | |
|---|---|---|
| 11,526,591 | 11,580,444 | 11,632,600 |
| 11,526,666 | 11,580,608 | 11,635,826 |
| 11,531,556 | 11,582,229 | 11,635,876 |
| 11,532,072 | 11,582,342 | 11,635,887 |
| 11,532,113 | 11,586,348 | 11,635,888 |
| 11,537,263 | 11,592,959 | 11,635,928 |
| 11,539,876 | 11,593,995 | 11,636,192 |
| 11,543,938 | 11,594,330 | 11,638,059 |
| 11,545,108 | 11,599,331 | 11,638,158 |
| 11,550,420 | 11,601,385 | 11,640,237 |
| 11,550,447 | 11,601,419 | 11,641,563 |
| 11,550,459 | 11,601,584 | 11,643,048 |
| 11,550,601 | 11,601,993 | 11,644,911 |
| 11,556,171 | 11,604,571 | 11,644,917 |
| 11,556,242 | 11,605,274 | 11,650,733 |
| 11,556,546 | 11,609,678 | 11,650,867 |
| 11,556,631 | 11,609,681 | 11,656,737 |
| 11,562,302 | 11,611,883 | 11,656,758 |
| 11,562,325 | 11,614,922 | 11,656,838 |
| 11,567,644 | 11,617,022 | 11,657,614 |
| 11,567,654 | 11,620,042 | 11,662,895 |
| 11,567,657 | 11,620,046 | 11,663,309 |
| 11,568,039 | 11,620,103 | 11,669,194 |
| 11,570,129 | 11,625,153 | 11,669,896 |
| 11,579,721 | 11,625,165 | 11,670,144 |

| | | |
|---|---|---|
| 11,671,387 | 11,716,629 | 11,762,538 |
| 11,671,530 | 11,720,171 | 11,762,546 |
| 11,671,696 | 11,720,229 | 11,765,163 |
| 11,671,697 | 11,720,467 | 11,768,575 |
| 11,675,563 | 11,720,621 | 11,768,583 |
| 11,675,608 | 11,722,178 | 11,768,956 |
| 11,681,429 | 11,722,860 | 11,775,115 |
| 11,682,182 | 11,726,799 | 11,775,128 |
| 11,683,408 | 11,733,656 | 11,775,141 |
| 11,683,565 | 11,734,407 | 11,775,248 |
| 11,688,001 | 11,735,014 | 11,776,190 |
| 11,692,840 | 11,736,602 | 11,776,307 |
| 11,693,529 | 11,740,096 | 11,777,881 |
| 11,694,590 | 11,740,725 | 11,778,421 |
| 11,696,017 | 11,740,785 | 11,782,531 |
| 11,698,716 | 11,743,213 | 11,782,575 |
| 11,699,104 | 11,743,221 | 11,782,598 |
| 11,699,412 | 11,747,956 | 11,783,117 |
| 11,706,729 | 11,747,969 | 11,783,305 |
| 11,709,560 | 11,747,975 | 11,784,956 |
| 11,710,563 | 11,750,734 | 11,785,387 |
| 11,711,614 | 11,750,888 | 11,788,851 |
| 11,712,179 | 11,750,914 | 11,789,755 |
| 11,714,597 | 11,755,146 | 11,792,242 |
| 11,716,193 | 11,755,196 | 11,792,256 |

| | | |
|---|---|---|
| 11,797,113 | 11,846,515 | 11,900,011 |
| 11,797,150 | 11,853,354 | 11,900,372 |
| 11,797,606 | 11,853,535 | 11,900,831 |
| 11,797,934 | 11,853,536 | 11,907,605 |
| 11,797,968 | 11,853,646 | 11,915,805 |
| 11,800,001 | 11,853,647 | 11,916,861 |
| 11,806,158 | 11,861,138 | 11,921,839 |
| 11,809,700 | 11,861,159 | 11,921,969 |
| 11,816,194 | 11,863,700 | 11,921,975 |
| 11,816,303 | 11,868,601 | 11,921,978 |
| 11,816,325 | 11,869,165 | 11,921,993 |
| 11,816,326 | 11,874,128 | 11,921,998 |
| 11,822,761 | 11,875,013 | 11,922,518 |
| 11,822,778 | 11,875,016 | 11,928,200 |
| 11,822,780 | 11,880,550 | 11,928,303 |
| 11,822,943 | 11,880,561 | 11,928,317 |
| 11,824,898 | 11,888,796 | 11,928,483 |
| 11,829,578 | 11,893,203 | 11,931,625 |
| 11,836,296 | 11,893,212 | 11,934,160 |
| 11,836,343 | 11,893,214 | 11,934,640 |
| 11,837,038 | 11,893,228 | 11,936,607 |
| 11,842,028 | 11,893,231 | 11,937,021 |
| 11,842,044 | 11,895,105 | 11,938,376 |
| 11,842,806 | 11,899,703 | 11,941,042 |
| 11,844,123 | 11,899,925 | 11,941,223 |

| | | |
|---|---|---|
| 11,941,235 | 11,974,037 | 12,008,232 |
| 11,941,237 | 11,977,573 | 12,008,290 |
| 11,941,243 | 11,977,726 | 12,010,364 |
| 11,941,551 | 11,977,729 | 12,013,996 |
| 11,947,724 | 11,981,181 | 12,015,732 |
| 11,947,778 | 11,983,551 | 12,019,750 |
| 11,947,782 | 11,985,506 | 12,019,862 |
| 11,947,791 | 11,989,364 | 12,020,179 |
| 11,950,916 | 11,989,394 | 12,020,380 |
| 11,954,302 | 11,989,409 | 12,022,359 |
| 11,954,308 | 11,991,127 | 12,023,567 |
| 11,954,322 | 11,992,730 | 12,026,364 |
| 11,954,323 | 11,995,171 | 12,028,473 |
| 11,955,100 | 11,995,289 | 12,030,458 |
| 11,960,615 | 11,996,190 | 12,034,713 |
| 11,960,699 | 12,001,642 | 12,034,848 |
| 11,960,707 | 12,001,670 | 12,039,146 |
| 11,962,836 | 12,001,857 | 12,039,149 |
| 11,962,889 | 12,002,010 | 12,039,157 |
| 11,966,560 | 12,002,140 | 12,041,287 |
| 11,966,577 | 12,002,143 | 12,045,017 |
| 11,966,578 | 12,002,588 | 12,045,275 |
| 11,966,579 | 12,008,160 | 12,045,437 |
| 11,972,043 | 12,008,210 | 12,045,449 |
| 11,972,104 | 12,008,230 | 12,045,451 |

23

| | | |
|---|---|---|
| 12,050,770 | 12,093,525 | 12,124,682 |
| 12,050,771 | 12,093,775 | 12,127,829 |
| 12,051,413 | 12,099,586 | 12,131,005 |
| 12,056,334 | 12,099,653 | 12,131,007 |
| 12,056,342 | 12,099,672 | 12,131,374 |
| 12,056,344 | 12,099,772 | 12,135,863 |
| 12,058,597 | 12,100,002 | 12,141,195 |
| 12,061,755 | 12,101,567 | 12,143,483 |
| 12,073,041 | 12,101,582 | 12,143,784 |
| 12,074,838 | 12,105,942 | 12,147,034 |
| 12,074,865 | 12,107,985 | 12,147,279 |
| 12,079,458 | 12,111,962 | 12,147,648 |
| 12,079,794 | 12,112,015 | 12,147,964 |
| 12,079,915 | 12,112,024 | 12,149,831 |
| 12,081,862 | 12,112,034 | 12,153,776 |
| 12,086,186 | 12,112,036 | 12,153,791 |
| 12,086,319 | 12,112,037 | 12,155,925 |
| 12,086,383 | 12,114,142 | 12,159,028 |
| 12,086,398 | 12,118,192 | 12,160,545 |
| 12,086,399 | 12,118,201 | 12,160,546 |
| 12,088,755 | 12,118,548 | 12,164,745 |
| 12,088,884 | 12,118,562 | 12,164,747 |
| 12,093,515 | 12,120,585 | 12,164,752 |
| 12,093,521 | 12,121,793 | 12,165,448 |
| 12,093,523 | 12,124,668 | 12,169,395 |

| | | |
|---|---|---|
| 12,170,579 | 12,204,734 | 12,255,857 |
| 12,175,009 | 12,204,747 | 12,260,059 |
| 12,175,065 | 12,206,980 | 12,262,077 |
| 12,175,066 | 12,210,603 | 12,265,364 |
| 12,175,070 | 12,210,796 | 12,265,657 |
| 12,182,344 | 12,216,897 | 12,265,703 |
| 12,182,391 | 12,216,959 | 12,265,704 |
| 12,182,810 | 12,218,894 | 12,267,128 |
| 12,184,969 | 12,218,896 | 12,267,622 |
| 12,186,645 | 12,219,074 | 12,271,465 |
| 12,189,748 | 12,221,065 | 12,277,275 |
| 12,189,756 | 12,223,228 | 12,277,308 |
| 12,189,865 | 12,228,411 | 12,277,381 |
| 12,189,913 | 12,228,889 | 12,278,922 |
| 12,190,071 | 12,229,396 | 12,279,227 |
| 12,190,714 | 12,236,038 | 12,283,289 |
| 12,194,366 | 12,236,072 | 12,287,953 |
| 12,197,659 | 12,239,884 | 12,287,962 |
| 12,197,695 | 12,242,668 | 12,293,741 |
| 12,197,699 | 12,242,702 | 12,299,263 |
| 12,197,716 | 12,242,718 | 12,299,273 |
| 12,198,695 | 12,243,084 | 12,299,275 |
| 12,200,161 | 12,244,755 | 12,300,095 |
| 12,200,342 | 12,245,026 | 12,301,979 |
| 12,204,584 | 12,248,643 | 12,307,067 |

25

| | | |
|---|---|---|
| 12,307,079 | 12,346,550 | 12,393,269 |
| 12,307,082 | 12,348,663 | 12,393,315 |
| 12,307,084 | 12,353,631 | 12,393,323 |
| 12,311,880 | 12,353,672 | 12,393,325 |
| 12,314,307 | 12,354,718 | 12,393,600 |
| 12,314,560 | 12,360,782 | 12,399,614 |
| 12,314,632 | 12,361,388 | 12,400,765 |
| 12,320,661 | 12,363,505 | 12,405,631 |
| 12,321,189 | 12,367,632 | 12,405,700 |
| 12,321,563 | 12,373,079 | 12,405,717 |
| 12,321,570 | 12,373,092 | 12,411,599 |
| 12,321,574 | 12,373,522 | 12,411,927 |
| 12,321,589 | 12,374,069 | 12,413,981 |
| 12,321,590 | 12,375,601 | 12,418,517 |
| 12,321,656 | 12,379,783 | 12,422,976 |
| 12,327,011 | 12,379,822 | 12,422,979 |
| 12,327,014 | 12,379,827 | 12,424,228 |
| 12,333,083 | 12,379,894 | 12,425,511 |
| 12,333,124 | 12,380,653 | 12,425,695 |
| 12,340,034 | 12,380,971 | 12,429,940 |
| 12,340,075 | 12,381,924 | 12,430,000 |
| 12,340,631 | 12,386,428 | 12,430,013 |
| 12,342,102 | 12,386,482 | 12,430,660 |
| 12,346,514 | 12,386,501 | 12,432,412 |
| 12,346,536 | 12,386,582 | 12,435,988 |

26

| | | |
|---|---|---|
| 12,436,662 | 12,470,501 | 12,541,338 |
| 12,437,853 | 12,474,817 | 12,542,862 |
| 12,438,840 | 12,477,058 | 12,547,267 |
| 12,443,274 | 12,481,388 | 12,547,521 |
| 12,444,135 | 12,487,682 | 12,549,661 |
| 12,445,437 | 12,489,936 | 12,554,382 |
| 12,445,713 | 12,493,267 | 12,554,395 |
| 12,449,907 | 12,498,842 | 12,556,592 |
| 12,449,946 | 12,504,821 | 12,566,540 |
| 12,449,947 | 12,504,944 | 12,566,872 |
| 12,449,951 | 12,511,028 | 12,572,229 |
| 12,449,961 | 12,518,427 | 12,572,266 |
| 12,450,605 | 12,524,142 | 12,572,268 |
| 12,452,389 | 12,524,143 | 12,572,270 |
| 12,455,621 | 12,524,145 | 12,578,757 |
| 12,455,673 | 12,524,193 | 12,578,840 |
| 12,455,681 | 12,524,512 | 12,579,209 |
| 12,456,129 | 12,526,361 | 12,585,330 |
| 12,461,589 | 12,530,106 | 12,586,454 |
| 12,461,758 | 12,530,107 | 12,591,329 |
| 12,462,005 | 12,530,115 | 12,591,347 |
| 12,468,418 | 12,531,821 | 12,594,887 |
| 12,468,434 | 12,535,892 | 12,596,520 |
| 12,468,436 | 12,535,931 | 12,596,774 |
| 12,469,008 | 12,535,941 | 12,602,142 |

| | | |
|---|---|---|
| 12,602,154 | 2021/0103371 | 2023/0393699 |
| 12,608,115 | 2021/0191582 | 2023/0393710 |
| 12,608,981 | 2021/0234770 | 2023/0393717 |
| 12,610,411 | 2021/0303107 | 2023/0393719 |
| 12,614,153 | 2021/0373749 | 2023/0393720 |
| 12,615,491 | 2022/0047212 | 2023/0394176 |
| 12,619,317 | 2022/0366077 | 2023/0409165 |
| 12,619,345 | 2022/0391158 | 2023/0421687 |
| 12,619,451 | 2022/0391603 | 2024/0012531 |
| 12,625,546 | 2022/0391697 | 2024/0045703 |
| 12,625,600 | 2023/0020678 | 2024/0053878 |
| 12,629,981 | 2023/0098097 | 2024/0061557 |
| 12,632,169 | 2023/0176716 | 2024/0078002 |
| 12,632,214 | 2023/0214241 | 2024/0086032 |
| 12,632,601 | 2023/0259265 | 2024/0102819 |
| 12,634,574 | 2023/0336328 | 2024/0103617 |
| 12,638,882 | 2023/0342009 | 2024/0103713 |
| 12,639,416 | 2023/0359334 | 2024/0103715 |
| 12,644,702 | 2023/0362123 | 2024/0103916 |
| 12,647,673 | 2023/0367795 | 2024/0107118 |
| 12,647,758 | 2023/0368750 | 2024/0112303 |
| 12,650,756 | 2023/0385523 | 2024/0118783 |
| 2020/0326842 | 2023/0388409 | 2024/0127705 |
| 2020/0363914 | 2023/0391189 | 2024/0143141 |
| 2020/0379946 | 2023/0391190 | 2024/0143162 |

28

| | | |
|---|---|---|
| 2024/0143553 | 2024/0361904 | 2024/0402895 |
| 2024/0152267 | 2024/0362037 | 2024/0402899 |
| 2024/0161888 | 2024/0362689 | 2024/0402901 |
| 2024/0192845 | 2024/0364806 | 2024/0402968 |
| 2024/0211053 | 2024/0370137 | 2024/0403074 |
| 2024/0211805 | 2024/0370140 | 2024/0403075 |
| 2024/0221273 | 2024/0370155 | 2024/0403481 |
| 2024/0231569 | 2024/0377206 | 2024/0404207 |
| 2024/0248577 | 2024/0377216 | 2024/0404227 |
| 2024/0248597 | 2024/0377922 | 2024/0404280 |
| 2024/0256101 | 2024/0377931 | 2024/0405600 |
| 2024/0264719 | 2024/0377936 | 2024/0406304 |
| 2024/0272722 | 2024/0378588 | 2024/0406507 |
| 2024/0302952 | 2024/0385729 | 2024/0406632 |
| 2024/0310976 | 2024/0393876 | 2024/0406672 |
| 2024/0310996 | 2024/0393933 | 2024/0406700 |
| 2024/0319869 | 2024/0393941 | 2024/0406705 |
| 2024/0320233 | 2024/0397158 | 2024/0411422 |
| 2024/0320673 | 2024/0402211 | 2024/0411439 |
| 2024/0329757 | 2024/0402871 | 2024/0411441 |
| 2024/0340615 | 2024/0402880 | 2024/0422394 |
| 2024/0344839 | 2024/0402881 | 2025/0005855 |
| 2024/0345714 | 2024/0402889 | 2025/0013272 |
| 2024/0361882 | 2024/0402891 | 2025/0013328 |
| 2024/0361898 | 2024/0402892 | 2025/0021165 |

29

| | | |
|---|---|---|
| 2025/0022049 | 2025/0095648 | 2025/0140016 |
| 2025/0022570 | 2025/0103178 | 2025/0147578 |
| 2025/0025766 | 2025/0103181 | 2025/0147608 |
| 2025/0028425 | 2025/0104368 | 2025/0156033 |
| 2025/0028429 | 2025/0104718 | 2025/0156035 |
| 2025/0028546 | 2025/0109950 | 2025/0156036 |
| 2025/0028688 | 2025/0110566 | 2025/0156059 |
| 2025/0029343 | 2025/0110568 | 2025/0156066 |
| 2025/0030981 | 2025/0110569 | 2025/0156068 |
| 2025/0032886 | 2025/0110606 | 2025/0156298 |
| 2025/0036261 | 2025/0110624 | 2025/0157163 |
| 2025/0039645 | 2025/0110630 | 2025/0158660 |
| 2025/0044916 | 2025/0110634 | 2025/0159298 |
| 2025/0047987 | 2025/0110756 | 2025/0164941 |
| 2025/0049349 | 2025/0111862 | 2025/0165075 |
| 2025/0060871 | 2025/0113094 | 2025/0165123 |
| 2025/0063303 | 2025/0113095 | 2025/0165124 |
| 2025/0068321 | 2025/0117110 | 2025/0165134 |
| 2025/0069740 | 2025/0117127 | 2025/0165136 |
| 2025/0078835 | 2025/0117130 | 2025/0165137 |
| 2025/0085827 | 2025/0123698 | 2025/0165534 |
| 2025/0086266 | 2025/0123738 | 2025/0165924 |
| 2025/0088380 | 2025/0125027 | 2025/0168252 |
| 2025/0090934 | 2025/0130697 | 2025/0168272 |
| 2025/0093947 | 2025/0138725 | 2025/0168460 |

30

| | | |
|---|---|---|
| 2025/0173054 | 2025/0260765 | 2025/0315278 |
| 2025/0175664 | 2025/0260789 | 2025/0315455 |
| 2025/0181211 | 2025/0264984 | 2025/0315598 |
| 2025/0190161 | 2025/0265100 | 2025/0315796 |
| 2025/0195954 | 2025/0265409 | 2025/0316292 |
| 2025/0196805 | 2025/0267427 | 2025/0321646 |
| 2025/0200165 | 2025/0272938 | 2025/0321668 |
| 2025/0202961 | 2025/0278134 | 2025/0322571 |
| 2025/0217009 | 2025/0279171 | 2025/0322578 |
| 2025/0217466 | 2025/0280189 | 2025/0328213 |
| 2025/0224847 | 2025/0285199 | 2025/0341936 |
| 2025/0231623 | 2025/0287184 | 2025/0341955 |
| 2025/0231682 | 2025/0291462 | 2025/0341958 |
| 2025/0231738 | 2025/0291469 | 2025/0342541 |
| 2025/0237524 | 2025/0295358 | 2025/0348149 |
| 2025/0238127 | 2025/0298470 | 2025/0348189 |
| 2025/0238128 | 2025/0298505 | 2025/0348192 |
| 2025/0244865 | 2025/0306727 | 2025/0348193 |
| 2025/0245797 | 2025/0315142 | 2025/0348208 |
| 2025/0251791 | 2025/0315143 | 2025/0348266 |
| 2025/0251799 | 2025/0315145 | 2025/0348337 |
| 2025/0258575 | 2025/0315153 | 2025/0348338 |
| 2025/0258581 | 2025/0315155 | 2025/0348505 |
| 2025/0258686 | 2025/0315221 | 2025/0348551 |
| 2025/0259730 | 2025/0315277 | 2025/0348568 |

31

| | | |
|---|---|---|
| 2025/0349052 | 2025/0377774 | 2026/0004531 |
| 2025/0350789 | 2025/0377776 | 2026/0005993 |
| 2025/0350945 | 2025/0377780 | 2026/0010281 |
| 2025/0355485 | 2025/0377781 | 2026/0016942 |
| 2025/0355534 | 2025/0377909 | 2026/0016949 |
| 2025/0355535 | 2025/0377911 | 2026/0017638 |
| 2025/0355539 | 2025/0377912 | 2026/0018271 |
| 2025/0355546 | 2025/0377938 | 2026/0019699 |
| 2025/0355550 | 2025/0378463 | 2026/0023455 |
| 2025/0355556 | 2025/0378607 | 2026/0023456 |
| 2025/0356596 | 2025/0378611 | 2026/0023835 |
| 2025/0356683 | 2025/0378946 | 2026/0030256 |
| 2025/0358279 | 2025/0379905 | 2026/0030336 |
| 2025/0362789 | 2025/0379937 | 2026/0037721 |
| 2025/0365466 | 2025/0380136 | 2026/0039616 |
| 2025/0370597 | 2025/0380140 | 2026/0039742 |
| 2025/0370616 | 2025/0383732 | 2026/0044308 |
| 2025/0370704 | 2025/0383748 | 2026/0044668 |
| 2025/0371128 | 2025/0383753 | 2026/0050323 |
| 2025/0371823 | 2025/0385967 | 2026/0050358 |
| 2025/0373578 | 2026/0003476 | 2026/0050373 |
| 2025/0377757 | 2026/0003494 | 2026/0056762 |
| 2025/0377763 | 2026/0004294 | RE46,864 |

## 3D Graphics Patents & Published Patent Applications

| | | |
|---|---|---|
| 7,849,414 | 10,115,230 | 10,719,970 |
| 8,115,773 | 10,169,887 | 10,726,811 |
| 8,203,558 | 10,180,825 | 10,755,383 |
| 8,315,461 | 10,304,215 | 10,789,756 |
| 8,855,422 | 10,310,830 | 10,795,730 |
| 8,933,948 | 10,319,068 | 10,846,131 |
| 8,988,442 | 10,346,941 | 10,896,525 |
| 9,117,286 | 10,372,431 | 10,901,777 |
| 9,183,611 | 10,402,931 | 10,930,047 |
| 9,183,664 | 10,430,169 | 10,949,944 |
| 9,412,193 | 10,437,541 | 11,010,863 |
| 9,417,767 | 10,445,043 | 11,055,812 |
| 9,430,809 | 10,475,152 | 11,087,430 |
| 9,437,035 | 10,475,170 | 11,094,036 |
| 9,519,944 | 10,489,205 | 11,113,788 |
| 9,679,346 | 10,503,546 | 11,120,591 |
| 9,740,464 | 10,535,188 | 11,243,598 |
| 9,747,659 | 10,593,094 | 11,308,685 |
| 9,799,087 | 10,621,782 | 11,321,134 |
| 9,886,739 | 10,657,619 | 11,335,061 |
| 9,947,069 | 10,664,943 | 11,360,780 |
| 10,032,263 | 10,678,553 | 11,367,242 |
| 10,074,210 | 10,692,169 | 11,373,360 |

| | | |
|---|---|---|
| 11,436,055 | 12,190,164 | 12,579,730 |
| 11,436,784 | 12,200,185 | 12,626,447 |
| 11,500,692 | 12,217,350 | 2023/0290009 |
| 11,521,343 | 12,217,353 | 2023/0290010 |
| 11,593,175 | 12,217,371 | 2023/0290063 |
| 11,676,327 | 12,265,844 | 2024/0272940 |
| 11,734,871 | 12,288,286 | 2024/0272961 |
| 11,830,124 | 12,333,339 | 2024/0273666 |
| 11,875,448 | 12,340,485 | 2024/0311952 |
| 11,915,349 | 12,354,221 | 2024/0318977 |
| 11,988,523 | 12,360,899 | 2025/0095264 |
| 11,988,524 | 12,361,643 | 2025/0095268 |
| 12,002,190 | 12,367,623 | 2025/0095272 |
| 12,026,800 | 12,405,891 | 2025/0095273 |
| 12,031,836 | 12,412,233 | 2025/0103501 |
| 12,039,368 | 12,437,470 | 2025/0104181 |
| 12,039,645 | 12,462,467 | 2025/0111591 |
| 12,051,147 | 12,475,534 | 2025/0124645 |
| 12,086,644 | 12,505,499 | 2025/0355808 |
| 12,136,169 | 12,517,760 | 2025/0363715 |
| 12,141,892 | 12,518,340 | 2025/0363744 |
| 12,165,251 | 12,524,862 | 2025/0378635 |
| 12,169,898 | 12,536,748 | 2026/0011075 |
| 12,175,300 | 12,561,887 | |
| 12,182,926 | 12,573,128 | |

34

### 2D Graphics Patents & Published Patent Applications

| | | |
|---|---|---|
| 8,234,392 | 10,497,086 | 11,783,444 |
| 8,836,727 | 10,546,366 | 11,818,455 |
| 8,878,857 | 10,580,191 | 11,880,920 |
| 9,001,230 | 10,607,375 | 11,887,228 |
| 9,019,309 | 10,607,377 | 11,887,497 |
| 9,070,314 | 10,762,601 | 11,961,291 |
| 9,135,725 | 10,785,413 | 11,983,702 |
| 9,158,455 | 10,803,628 | 12,051,133 |
| 9,275,475 | 10,878,598 | 12,098,930 |
| 9,305,380 | 11,074,725 | 12,100,310 |
| 9,355,476 | 11,120,525 | 12,118,646 |
| 9,396,563 | 11,200,650 | 12,131,417 |
| 9,396,581 | 11,238,662 | 12,132,770 |
| 9,466,127 | 11,303,812 | 12,148,066 |
| 9,489,754 | 11,308,669 | 12,148,078 |
| 9,607,408 | 11,328,456 | 12,217,342 |
| 9,685,004 | 11,373,544 | 12,277,621 |
| 9,767,535 | 11,475,608 | 12,361,651 |
| 9,947,141 | 11,532,072 | 12,651,308 |
| 9,953,391 | 11,632,600 | 2023/0391189 |
| 10,013,776 | 11,636,578 | 2023/0391190 |
| 10,037,622 | 11,670,144 | 2023/0393801 |
| 10,181,204 | 11,727,606 | 2024/0095879 |

36

2024/0104888

2024/0404253

2025/0001861

2025/0012593

2025/0046043

2025/0095320

2025/0166331

2025/0173989

2025/0182341

2025/0209720

2025/0315151

2025/0348191

2025/0349045

2026/0024238

**<u>Core Video Patents & Published Patent Applications</u>**

| | | |
|---|---|---|
| 8,669,970 | 10,186,237 | 12,271,250 |
| 8,670,634 | 10,346,941 | 12,436,593 |
| 8,754,828 | 10,388,054 | 12,436,594 |
| 8,775,480 | 10,643,572 | 12,541,243 |
| 8,797,359 | 10,665,141 | 2024/0106975 |
| 8,810,480 | 10,706,825 | 2024/0311952 |
| 8,810,560 | 10,726,811 | 2024/0428750 |
| 8,886,015 | 10,757,468 | 2025/0047909 |
| 8,954,477 | 10,942,559 | 2025/0068229 |
| 8,963,938 | 10,949,944 | 2025/0224847 |
| 9,019,291 | 11,211,036 | |
| 9,117,299 | 11,410,700 | |
| 9,183,664 | 11,442,528 | |
| 9,412,329 | 11,500,448 | |
| 9,558,536 | 11,545,108 | |
| 9,697,579 | 11,568,588 | |
| 9,870,802 | 11,614,791 | |
| 9,880,649 | 11,688,365 | |
| 9,910,533 | 11,822,416 | |
| 10,013,046 | 12,026,800 | |
| 10,055,809 | 12,057,089 | |
| 10,102,131 | 12,126,847 | |
| 10,114,650 | 12,141,016 | |

## Core Motion Patents & Published Patent Applications

| | | |
|---|---|---|
| 7,873,849 | 10,359,289 | 11,614,716 |
| 8,086,330 | 10,409,483 | 11,638,556 |
| 8,892,390 | 10,440,174 | 11,709,279 |
| 8,892,391 | 10,496,043 | 11,770,862 |
| 9,229,084 | 10,545,197 | 11,809,615 |
| 9,255,814 | 10,571,973 | 11,837,067 |
| 9,261,381 | 10,627,229 | 11,842,615 |
| 9,301,082 | 10,629,048 | 11,937,904 |
| 9,367,100 | 10,687,707 | 11,961,290 |
| 9,459,118 | 10,782,742 | 12,027,027 |
| 9,526,430 | 10,866,317 | 12,066,344 |
| 9,702,899 | 10,895,626 | 12,109,453 |
| 9,715,816 | 10,921,462 | 12,131,616 |
| 9,752,877 | 11,051,720 | 12,154,420 |
| 10,001,386 | 11,054,329 | 12,159,522 |
| 10,055,121 | 11,131,562 | 12,343,128 |
| 10,088,308 | 11,276,290 | 12,361,810 |
| 10,121,374 | 11,282,361 | 12,380,789 |
| 10,154,789 | 11,282,362 | 12,390,119 |
| 10,171,946 | 11,282,363 | 12,592,140 |
| 10,187,765 | 11,313,935 | 12,618,738 |
| 10,197,396 | 11,410,523 | 12,644,702 |
| 10,345,426 | 11,527,140 | 2021/0393162 |

2023/0112071

2023/0124158

2024/0090047

2024/0212346

2024/0370093

2025/0044883

2025/0046172

2025/0085411

2025/0109949

2025/0316155

**GameKit and Game Center Patents & Published Patent Applications**

| | |
|---|---|
| 8,341,207 | 10,374,988 |
| 8,412,833 | 10,607,419 |
| 8,694,899 | 10,776,739 |
| 8,734,255 | 10,873,786 |
| 8,764,567 | 11,336,961 |
| 8,769,278 | 11,468,388 |
| 8,819,244 | 11,481,988 |
| 8,869,027 | 11,632,591 |
| 8,958,559 | 11,868,939 |
| 9,050,535 | 11,869,165 |
| 9,078,128 | 12,223,612 |
| 9,119,067 | 12,488,300 |
| 9,130,820 | 2025/0166330 |
| 9,319,467 | RE49,044 |
| 9,443,258 | RE50,538 |
| 9,542,038 | |
| 9,569,750 | |
| 9,576,400 | |
| 9,652,134 | |
| 9,792,311 | |
| 10,042,536 | |
| 10,143,927 | |
| 10,271,084 | |

### Augmented Reality Patents & Published Patent Applications

| | | |
|---|---|---|
| 9,824,495 | 10,783,706 | 11,170,139 |
| 9,888,235 | 10,796,445 | 11,182,961 |
| 9,990,726 | 10,824,864 | 11,182,974 |
| 10,074,215 | 10,839,577 | 11,182,978 |
| 10,109,107 | 10,896,548 | 11,189,052 |
| 10,121,247 | 10,902,625 | 11,197,119 |
| 10,192,145 | 10,984,583 | 11,227,446 |
| 10,339,721 | 10,984,607 | 11,249,197 |
| 10,402,684 | 11,003,308 | 11,272,308 |
| 10,417,824 | 11,030,784 | 11,295,529 |
| 10,444,005 | 11,073,374 | 11,302,023 |
| 10,460,529 | 11,073,375 | 11,336,867 |
| 10,475,253 | 11,080,879 | 11,340,756 |
| 10,528,847 | 11,099,707 | 11,341,704 |
| 10,565,796 | 11,102,601 | 11,348,316 |
| 10,612,908 | 11,127,161 | 11,372,253 |
| 10,643,373 | 11,128,977 | 11,391,561 |
| 10,659,750 | 11,132,546 | 11,393,164 |
| 10,719,727 | 11,138,771 | 11,393,174 |
| 10,733,804 | 11,138,798 | 11,394,898 |
| 10,748,302 | 11,146,905 | 11,410,391 |
| 10,776,948 | 11,157,739 | 11,417,060 |
| 10,777,007 | 11,163,417 | 11,443,453 |

41

| | | |
|---|---|---|
| 11,521,359 | 11,783,552 | 11,972,088 |
| 11,533,580 | 11,785,176 | 11,972,607 |
| 11,538,200 | 11,797,146 | 11,997,463 |
| 11,540,081 | 11,800,059 | 12,003,890 |
| 11,557,102 | 11,804,014 | 12,020,379 |
| 11,562,528 | 11,805,176 | 12,020,380 |
| 11,567,625 | 11,808,562 | 12,032,803 |
| 11,574,485 | 11,809,618 | 12,039,644 |
| 11,599,239 | 11,810,244 | 12,055,403 |
| 11,610,397 | 11,816,759 | 12,099,692 |
| 11,615,596 | 11,823,339 | 12,100,106 |
| 11,615,597 | 11,825,375 | 12,100,194 |
| 11,625,857 | 11,832,086 | 12,100,229 |
| 11,640,692 | 11,853,527 | 12,112,009 |
| 11,694,392 | 11,867,917 | 12,118,646 |
| 11,711,565 | 11,880,951 | 12,118,685 |
| 11,727,650 | 11,900,527 | 12,124,673 |
| 11,727,661 | 11,909,791 | 12,131,429 |
| 11,727,675 | 11,922,588 | 12,133,016 |
| 11,733,769 | 11,922,590 | 12,147,591 |
| 11,740,755 | 11,950,084 | 12,148,116 |
| 11,741,620 | 11,954,242 | 12,154,234 |
| 11,748,966 | 11,956,231 | 12,154,236 |
| 11,763,479 | 11,956,623 | 12,174,006 |
| 11,768,579 | 11,968,056 | 12,175,010 |

| | | |
|---|---|---|
| 12,177,274 | 12,316,819 | 12,469,207 |
| 12,184,974 | 12,348,953 | 12,475,635 |
| 12,198,259 | 12,354,294 | 12,482,207 |
| 12,198,260 | 12,356,166 | 12,483,854 |
| 12,211,152 | 12,361,646 | 12,489,815 |
| 12,213,019 | 12,363,497 | 12,499,636 |
| 12,236,526 | 12,385,944 | 12,501,227 |
| 12,236,540 | 12,394,168 | 12,506,953 |
| 12,249,033 | 12,399,599 | 12,511,009 |
| 12,254,579 | 12,399,601 | 12,511,847 |
| 12,262,278 | 12,406,451 | 12,524,956 |
| 12,271,521 | 12,406,452 | 12,535,931 |
| 12,272,019 | 12,412,353 | 12,536,762 |
| 12,283,020 | 12,417,117 | 12,541,280 |
| 12,284,508 | 12,417,596 | 12,578,835 |
| 12,287,913 | 12,425,256 | 12,578,837 |
| 12,287,921 | 12,437,494 | 12,592,043 |
| 12,288,301 | 12,443,324 | 12,602,865 |
| 12,294,812 | 12,449,948 | 12,604,150 |
| 12,299,251 | 12,450,843 | 12,608,115 |
| 12,307,066 | 12,450,893 | 12,608,877 |
| 12,307,067 | 12,455,670 | 12,633,044 |
| 12,307,613 | 12,461,641 | 12,638,950 |
| 12,307,614 | 12,462,471 | 12,646,267 |
| 12,315,091 | 12,462,508 | 12,646,272 |

43

| | | |
|---|---|---|
| 12,652,364 | 2024/0402211 | 2025/0069328 |
| 2022/0353432 | 2024/0402870 | 2025/0071158 |
| 2023/0092282 | 2024/0404177 | 2025/0078420 |
| 2023/0290270 | 2024/0404189 | 2025/0078429 |
| 2023/0308610 | 2024/0404206 | 2025/0097276 |
| 2023/0316658 | 2024/0404216 | 2025/0102291 |
| 2023/0419593 | 2024/0404217 | 2025/0104346 |
| 2024/0087256 | 2024/0404228 | 2025/0110569 |
| 2024/0094882 | 2024/0404233 | 2025/0113159 |
| 2024/0103684 | 2024/0420435 | 2025/0118034 |
| 2024/0104836 | 2024/0422302 | 2025/0130707 |
| 2024/0104860 | 2024/0428533 | 2025/0182419 |
| 2024/0153205 | 2025/0005855 | 2025/0191302 |
| 2024/0184356 | 2025/0005864 | 2025/0208703 |
| 2024/0211279 | 2025/0008057 | 2025/0211944 |
| 2024/0221291 | 2025/0022237 | 2025/0216931 |
| 2024/0233097 | 2025/0028423 | 2025/0220385 |
| 2024/0257486 | 2025/0029344 | 2025/0224811 |
| 2024/0272766 | 2025/0031002 | 2025/0231660 |
| 2024/0281055 | 2025/0036253 | 2025/0232541 |
| 2024/0281108 | 2025/0037404 | 2025/0238114 |
| 2024/0319841 | 2025/0044860 | 2025/0245942 |
| 2024/0320930 | 2025/0044911 | 2025/0258639 |
| 2024/0338889 | 2025/0053225 | 2025/0265789 |
| 2024/0378821 | 2025/0054253 | 2025/0278166 |

| | |
|---|---|
| 2025/0278907 | 2025/0378654 |
| 2025/0280255 | 2025/0378656 |
| 2025/0284373 | 2025/0379760 |
| 2025/0291544 | 2025/0383750 |
| 2025/0298470 | 2025/0391080 |
| 2025/0308187 | 2026/0011070 |
| 2025/0322618 | 2026/0023457 |
| 2025/0336083 | 2026/0029857 |
| 2025/0341536 | 2026/0044242 |
| 2025/0341941 | 2026/0045043 |
| 2025/0348152 | 2026/0045049 |
| 2025/0350902 | 2026/0050358 |
| 2025/0355534 | 2026/0065577 |
| 2025/0356612 | |
| 2025/0363795 | |
| 2025/0371822 | |
| 2025/0371823 | |
| 2025/0371828 | |
| 2025/0377719 | |
| 2025/0377760 | |
| 2025/0377777 | |
| 2025/0377925 | |
| 2025/0378627 | |
| 2025/0378637 | |
| 2025/0378645 | |

## Haptics Patents & Published Patent Applications

| | | |
|---|---|---|
| 9,083,821 | 10,175,757 | 10,890,973 |
| 9,507,459 | 10,175,759 | 10,901,513 |
| 9,542,037 | 10,175,762 | 10,901,514 |
| 9,542,820 | 10,198,073 | 10,928,907 |
| 9,607,527 | 10,203,868 | 10,942,570 |
| 9,645,669 | 10,209,884 | 10,955,956 |
| 9,678,571 | 10,228,765 | 10,963,158 |
| 9,690,382 | 10,276,000 | 10,966,007 |
| 9,690,383 | 10,296,093 | 10,977,911 |
| 9,740,381 | 10,303,252 | 11,009,960 |
| 9,753,541 | 10,372,221 | 11,037,413 |
| 9,830,784 | 10,417,879 | 11,099,679 |
| 9,864,432 | 10,437,333 | 11,221,675 |
| 9,880,735 | 10,481,690 | 11,221,679 |
| 9,928,699 | 10,504,340 | 11,231,975 |
| 9,959,783 | 10,528,139 | 11,320,910 |
| 9,984,539 | 10,558,268 | 11,327,648 |
| 9,996,157 | 10,606,355 | 11,379,041 |
| 10,007,344 | 10,620,708 | 11,468,749 |
| 10,019,065 | 10,692,333 | 11,507,215 |
| 10,089,840 | 10,698,598 | 11,556,201 |
| 10,133,351 | 10,712,824 | 11,635,818 |
| 10,139,909 | 10,712,826 | 11,662,824 |
| 10,156,903 | 10,754,542 | 11,726,568 |

46

| | |
|---|---|
| 11,735,014 | 2024/0152210 |
| 11,740,785 | 2024/0272773 |
| 11,790,739 | 2025/0013328 |
| 11,823,558 | 2025/0060822 |
| 11,921,926 | 2025/0088584 |
| 11,947,724 | 2025/0103272 |
| 11,995,483 | 2025/0104678 |
| 12,086,319 | 2025/0165075 |
| 12,099,672 | 2025/0341896 |
| 12,190,714 | 2025/0348149 |
| 12,223,110 | 2025/0355556 |
| 12,277,275 | 2025/0356743 |
| 12,300,095 | |
| 12,353,631 | |
| 12,380,779 | |
| 12,381,455 | |
| 12,386,501 | |
| 12,445,759 | |
| 12,504,821 | |
| 12,579,531 | |
| 2023/0375359 | |
| 2024/0012531 | |
| 2024/0044656 | |
| 2024/0102819 | |
| 2024/0102821 | |

## **Spotlight Patents & Published Patent Applications**

| | |
|---|---|
| 8,205,157 | 11,347,750 |
| 8,442,982 | 11,354,487 |
| 8,589,374 | 11,573,998 |
| 8,983,999 | 11,775,590 |
| 9,009,201 | 12,026,170 |
| 9,098,363 | 12,189,634 |
| 9,354,811 | 12,393,600 |
| 9,946,771 | 2024/0281490 |
| 10,042,513 | 2025/0231953 |
| 10,067,991 | 2025/0258883 |
| 10,379,728 | 2025/0348497 |
| 10,394,839 | 2025/0348550 |
| 10,509,834 | |
| 10,534,778 | |
| 10,592,572 | |
| 10,621,189 | |
| 10,755,032 | |
| 10,769,182 | |
| 10,846,343 | |
| 11,036,722 | |
| 11,106,722 | |
| 11,243,996 | |
| 11,294,911 | |
| 11,294,944 | |

## Live Activities & Widgets Patents & Published Patent Applications

| | | |
|---|---|---|
| 7,940,250 | 11,567,654 | 2023/0409165 |
| 7,949,634 | 11,635,887 | 2024/0320119 |
| 8,519,972 | 11,675,476 | 2024/0338104 |
| 8,558,808 | 11,736,602 | 2024/0361884 |
| 8,687,015 | 11,747,969 | 2024/0362037 |
| 8,788,954 | 11,762,538 | 2024/0402892 |
| 8,850,140 | 11,775,128 | 2024/0406304 |
| 8,869,027 | 11,842,028 | 2025/0173054 |
| 8,954,871 | 11,893,212 | 2025/0224847 |
| 9,483,164 | 11,960,714 | 2025/0264980 |
| 9,619,143 | 11,966,577 | 2025/0321646 |
| 9,811,250 | 12,028,473 | 2025/0348192 |
| 10,083,184 | 12,056,334 | 2025/0348568 |
| 10,313,505 | 12,061,755 | 2026/0003494 |
| 10,452,240 | 12,086,371 | 2026/0050322 |
| 10,572,119 | 12,118,192 | |
| 10,628,028 | 12,242,712 | |
| 10,778,828 | 12,287,957 | |
| 10,872,024 | 12,360,958 | |
| 11,106,352 | 12,411,599 | |
| 11,221,996 | 12,443,339 | |
| 11,240,362 | 12,547,521 | |
| 11,435,894 | 12,572,270 | |
| 11,442,607 | 2023/0359316 | |

**FairPlay Patents & Published Patent Applications**

8,719,947

8,755,521

8,850,206

8,934,624

8,959,605

8,976,960

8,984,284

9,077,526

9,172,683

10,102,351

10,268,806

10,382,578

10,417,392

10,686,767

10,979,529

11,017,444

11,593,851

11,956,323

12,243,084

12,355,846

**Connectivity Patents & Published Patent Applications**

| | | |
|---|---|---|
| 7,831,199 | 9,462,965 | 10,178,200 |
| 8,296,833 | 9,465,679 | 10,200,824 |
| 8,499,079 | 9,485,778 | 10,243,710 |
| 8,675,215 | 9,491,593 | 10,257,705 |
| 8,681,361 | 9,585,078 | 10,270,610 |
| 8,694,024 | 9,602,963 | 10,270,812 |
| 8,706,159 | 9,615,217 | 10,277,683 |
| 8,831,655 | 9,648,518 | 10,305,770 |
| 8,850,052 | 9,667,340 | 10,310,725 |
| 8,891,115 | 9,794,741 | 10,361,887 |
| 8,925,069 | 9,888,501 | 10,362,508 |
| 9,007,642 | 9,979,625 | 10,375,741 |
| 9,084,089 | 9,980,230 | 10,389,782 |
| 9,100,828 | 10,012,967 | 10,389,987 |
| 9,125,236 | 10,015,740 | 10,394,674 |
| 9,258,693 | 10,019,444 | 10,397,197 |
| 9,294,359 | 10,057,062 | 10,416,205 |
| 9,298,401 | 10,064,026 | 10,416,625 |
| 9,374,153 | 10,064,097 | 10,425,284 |
| 9,418,372 | 10,097,973 | 10,425,976 |
| 9,420,420 | 10,110,398 | 10,440,574 |
| 9,432,796 | 10,142,423 | 10,454,783 |
| 9,432,839 | 10,149,278 | 10,492,206 |
| 9,451,425 | 10,177,933 | 10,496,050 |

| | | |
|---|---|---|
| 10,496,508 | 10,985,937 | 11,337,151 |
| 10,511,456 | 10,992,795 | 11,354,023 |
| 10,512,038 | 11,003,147 | 11,356,352 |
| 10,548,088 | 11,003,148 | 11,385,603 |
| 10,554,786 | 11,006,315 | 11,394,575 |
| 10,571,873 | 11,010,416 | 11,405,593 |
| 10,572,530 | 11,012,941 | 11,412,081 |
| 10,595,073 | 11,061,744 | 11,425,104 |
| 10,624,099 | 11,070,949 | 11,431,836 |
| 10,630,500 | 11,074,116 | 11,482,005 |
| 10,630,647 | 11,082,854 | 11,490,316 |
| 10,667,140 | 11,088,862 | 11,496,600 |
| 10,719,122 | 11,095,738 | 11,509,726 |
| 10,735,905 | 11,095,766 | 11,528,271 |
| 10,757,552 | 11,132,275 | 11,553,350 |
| 10,764,153 | 11,201,961 | 11,635,928 |
| 10,764,941 | 11,212,808 | 11,671,250 |
| 10,805,370 | 11,233,836 | 11,671,835 |
| 10,805,879 | 11,283,703 | 11,683,408 |
| 10,827,330 | 11,283,916 | 11,698,846 |
| 10,855,411 | 11,284,452 | 11,706,729 |
| 10,880,379 | 11,297,373 | 11,723,087 |
| 10,938,593 | 11,304,160 | 11,743,819 |
| 10,945,190 | 11,316,966 | 11,750,734 |
| 10,951,592 | 11,324,054 | 11,799,955 |

| | | |
|---|---|---|
| 11,805,009 | 12,259,697 | 2024/0107312 |
| 11,831,770 | 12,267,206 | 2024/0188133 |
| 11,838,399 | 12,283,265 | 2024/0223673 |
| 11,841,986 | 12,309,696 | 2024/0340885 |
| 11,895,114 | 12,313,771 | 2024/0373457 |
| 11,895,346 | 12,328,373 | 2024/0388917 |
| 11,949,725 | 12,363,017 | 2024/0388918 |
| 11,949,938 | 12,418,517 | 2024/0402211 |
| 11,968,275 | 12,463,842 | 2025/0024538 |
| 11,985,713 | 12,483,611 | 2025/0030572 |
| 11,997,496 | 12,483,895 | 2025/0037715 |
| 12,021,724 | 12,526,361 | 2025/0088826 |
| 12,101,582 | 12,543,144 | 2025/0089039 |
| 12,107,985 | 12,549,661 | 2025/0106595 |
| 12,113,641 | 12,550,214 | 2025/0106636 |
| 12,124,349 | 12,602,237 | 2025/0168030 |
| 12,142,265 | 12,604,049 | 2025/0168031 |
| 12,143,895 | 12,627,637 | 2025/0168064 |
| 12,146,939 | 2021/0306812 | 2025/0168095 |
| 12,167,480 | 2023/0127500 | 2025/0168270 |
| 12,169,422 | 2023/0344903 | 2025/0224502 |
| 12,177,033 | 2023/0413035 | 2025/0240183 |
| 12,185,112 | 2023/0413036 | 2025/0244730 |
| 12,231,318 | 2024/0064001 | 2025/0244731 |
| 12,244,755 | 2024/0106899 | 2025/0291890 |

2025/0310416

2025/0311033

2025/0315206

2025/0324360

2025/0348193

2025/0358358

2025/0377768

2025/0379914

2025/0380140

2026/0012444

2026/0019929

54

**Apple Intelligence and Machine Learning Patents & Published Patent Applications**

| | | |
|---|---|---|
| 8,953,882 | 11,354,538 | 11,669,585 |
| 10,248,851 | 11,386,355 | 11,687,789 |
| 10,310,821 | 11,392,799 | 11,687,830 |
| 10,430,642 | 11,423,886 | 11,699,097 |
| 10,585,703 | 11,442,539 | 11,714,388 |
| 10,606,566 | 11,468,338 | 11,715,043 |
| 10,621,697 | 11,475,283 | 11,720,789 |
| 10,691,975 | 11,487,846 | 11,740,932 |
| 10,706,841 | 11,501,008 | 11,748,850 |
| 10,726,139 | 11,513,799 | 11,783,174 |
| 10,871,949 | 11,520,629 | 11,816,565 |
| 10,943,148 | 11,537,368 | 11,830,182 |
| 10,984,272 | 11,537,838 | 11,836,635 |
| 11,042,611 | 11,580,353 | 11,842,460 |
| 11,042,664 | 11,580,444 | 11,853,868 |
| 11,068,698 | 11,599,780 | 11,854,242 |
| 11,080,200 | 11,614,922 | 11,861,873 |
| 11,120,327 | 11,616,960 | 11,880,757 |
| 11,175,898 | 11,620,759 | 11,893,486 |
| 11,200,490 | 11,625,580 | 11,915,460 |
| 11,263,540 | 11,636,348 | 11,934,941 |
| 11,308,582 | 11,640,316 | 11,972,348 |
| 11,340,936 | 11,640,692 | 11,989,640 |
| 11,341,373 | 11,657,124 | 12,008,790 |

55

| | | |
|---|---|---|
| 12,020,168 | 12,412,067 | 2024/0329929 |
| 12,020,179 | 12,430,545 | 2025/0045643 |
| 12,033,049 | 12,430,660 | 2025/0124356 |
| 12,033,058 | 12,431,128 | 2025/0131286 |
| 12,033,075 | 12,437,183 | 2025/0148678 |
| 12,079,724 | 12,462,346 | 2025/0156706 |
| 12,125,130 | 12,468,926 | 2025/0165747 |
| 12,175,375 | 12,524,922 | 2025/0165748 |
| 12,182,619 | 12,541,677 | 2025/0165763 |
| 12,182,669 | 12,555,323 | 2025/0165784 |
| 12,189,599 | 12,645,918 | 2025/0202793 |
| 12,205,249 | 2019/0340498 | 2025/0232180 |
| 12,229,586 | 2021/0374615 | 2025/0252307 |
| 12,236,526 | 2021/0397957 | 2025/0323780 |
| 12,243,124 | 2021/0398020 | 2025/0355703 |
| 12,243,308 | 2022/0019875 | 2025/0371073 |
| 12,266,106 | 2022/0100989 | 2025/0377773 |
| 12,273,253 | 2023/0121448 | 2025/0378263 |
| 12,277,494 | 2023/0135306 | 2025/0378599 |
| 12,282,838 | 2023/0169316 | 2025/0383912 |
| 12,315,056 | 2024/0095541 | 2026/0011323 |
| 12,386,844 | 2024/0232571 | 2026/0030256 |
| 12,386,886 | 2024/0265233 | 2026/0057227 |
| 12,393,443 | 2024/0296346 | |
| 12,393,867 | 2024/0303778 | |

### HealthKit Patents & Published Patent Applications

| | | |
|---|---|---|
| 9,916,474 | 11,869,643 | 2025/0377912 |
| 9,974,467 | 11,915,805 | 2026/0045333 |
| 10,270,898 | 11,996,190 | |
| 10,313,506 | 12,002,588 | |
| 10,736,543 | 12,079,370 | |
| 10,810,323 | 12,080,421 | |
| 10,978,195 | 12,094,604 | |
| 11,107,567 | 12,354,718 | |
| 11,152,100 | 12,362,056 | |
| 11,182,349 | 12,394,523 | |
| 11,188,527 | 12,400,765 | |
| 11,301,130 | 12,475,981 | |
| 11,331,007 | 12,579,164 | |
| 11,424,018 | 12,632,589 | |
| 11,430,571 | 2022/0392590 | |
| 11,439,324 | 2022/0392633 | |
| 11,468,787 | 2023/0395224 | |
| 11,527,316 | 2024/0120044 | |
| 11,581,072 | 2024/0161888 | |
| 11,790,113 | 2024/0419842 | |
| 11,798,672 | 2025/0157646 | |
| 11,822,371 | 2025/0259730 | |
| 11,842,806 | 2025/0279171 | |
| 11,847,099 | 2025/0295358 | |

### HomeKit Patents & Published Patent Applications

| | | |
|---|---|---|
| 9,767,681 | 10,602,556 | 11,132,275 |
| 9,979,625 | 10,630,500 | 11,275,576 |
| 10,012,967 | 10,635,303 | 11,283,703 |
| 10,057,062 | 10,643,611 | 11,297,373 |
| 10,091,303 | 10,681,141 | 11,348,582 |
| 10,117,046 | 10,712,934 | 11,356,352 |
| 10,177,933 | 10,719,122 | 11,394,575 |
| 10,200,810 | 10,764,153 | 11,405,593 |
| 10,244,360 | 10,779,085 | 11,425,767 |
| 10,270,610 | 10,784,931 | 11,429,402 |
| 10,305,770 | 10,802,843 | 11,430,276 |
| 10,310,725 | 10,867,608 | 11,482,005 |
| 10,353,576 | 10,887,193 | 11,483,708 |
| 10,362,536 | 10,904,029 | 11,495,218 |
| 10,368,378 | 10,912,136 | 11,514,717 |
| 10,389,987 | 10,938,593 | 11,553,070 |
| 10,416,625 | 10,951,434 | 11,568,731 |
| 10,454,783 | 10,962,942 | 11,575,752 |
| 10,496,508 | 10,985,937 | 11,582,110 |
| 10,511,456 | 11,003,147 | 11,589,010 |
| 10,560,810 | 11,003,148 | 11,601,514 |
| 10,571,873 | 11,010,416 | 11,601,993 |
| 10,572,530 | 11,088,862 | 11,620,103 |
| 10,595,073 | 11,102,259 | 11,657,614 |

| | | |
|---|---|---|
| 11,671,797 | 11,960,615 | 12,238,237 |
| 11,671,920 | 11,979,836 | 12,245,327 |
| 11,675,608 | 11,983,551 | 12,249,328 |
| 11,698,846 | 12,000,637 | 12,255,782 |
| 11,710,348 | 12,015,670 | 12,256,223 |
| 11,722,985 | 12,021,724 | 12,259,697 |
| 11,736,361 | 12,032,951 | 12,265,364 |
| 11,758,035 | 12,067,985 | 12,265,696 |
| 11,770,161 | 12,089,120 | 12,267,206 |
| 11,785,387 | 12,095,939 | 12,273,404 |
| 11,799,955 | 12,101,582 | 12,313,771 |
| 11,804,215 | 12,113,641 | 12,321,574 |
| 11,805,009 | 12,114,142 | 12,363,017 |
| 11,805,401 | 12,124,349 | 12,379,827 |
| 11,831,770 | 12,131,583 | 12,416,438 |
| 11,837,038 | 12,142,265 | 12,418,517 |
| 11,841,986 | 12,146,939 | 12,418,855 |
| 11,853,646 | 12,165,448 | 12,422,976 |
| 11,870,563 | 12,169,395 | 12,463,842 |
| 11,895,346 | 12,177,033 | 12,477,470 |
| 11,900,936 | 12,177,082 | 12,487,956 |
| 11,914,537 | 12,199,817 | 12,499,680 |
| 11,937,021 | 12,219,631 | 12,549,661 |
| 11,941,968 | 12,223,228 | 12,562,047 |
| 11,949,938 | 12,231,318 | 12,580,788 |

59

| | | |
|---|---|---|
| 12,587,902 | 2025/0037715 | 2025/0278175 |
| 12,604,049 | 2025/0056632 | 2025/0315035 |
| 12,610,411 | 2025/0063615 | 2025/0330507 |
| 12,627,637 | 2025/0104718 | 2025/0344266 |
| 12,647,497 | 2025/0106805 | 2025/0350489 |
| 2020/0326842 | 2025/0111851 | 2025/0377774 |
| 2022/0100989 | 2025/0123738 | 2025/0380016 |
| 2023/0127500 | 2025/0150300 | 2026/0012444 |
| 2023/0344903 | 2025/0164951 | 2026/0050322 |
| 2023/0421687 | 2025/0165216 | 2026/0056603 |
| 2024/0000312 | 2025/0168030 | 2026/0056604 |
| 2024/0022292 | 2025/0168031 | |
| 2024/0102678 | 2025/0168064 | |
| 2024/0106899 | 2025/0168095 | |
| 2024/0129690 | 2025/0168270 | |
| 2024/0201776 | 2025/0184710 | |
| 2024/0276177 | 2025/0193682 | |
| 2024/0380575 | 2025/0202772 | |
| 2024/0388651 | 2025/0224502 | |
| 2024/0397291 | 2025/0224859 | |
| 2024/0402211 | 2025/0240183 | |
| 2024/0402895 | 2025/0244730 | |
| 2024/0406632 | 2025/0244731 | |
| 2025/0030572 | 2025/0258589 | |
| 2025/0037503 | 2025/0264984 | |

### Core Location Patents & Published Patent Applications

| | | |
|---|---|---|
| 8,599,709 | 8,965,696 | 9,104,670 |
| 8,607,167 | 8,965,828 | 9,104,896 |
| 8,620,344 | 8,977,294 | 9,113,300 |
| 8,712,382 | 8,977,298 | 9,113,309 |
| 8,718,644 | 8,982,732 | 9,125,014 |
| 8,719,091 | 8,989,773 | 9,135,751 |
| 8,727,216 | 8,995,322 | 9,142,114 |
| 8,738,031 | 8,996,002 | 9,161,175 |
| 8,750,895 | 8,996,302 | 9,168,927 |
| 8,775,068 | 9,019,129 | 9,170,863 |
| 8,793,332 | 9,043,135 | 9,171,464 |
| 8,825,375 | 9,043,150 | 9,173,061 |
| 8,849,303 | 9,049,553 | 9,175,964 |
| 8,849,308 | 9,052,197 | 9,179,265 |
| 8,851,380 | 9,057,620 | 9,182,243 |
| 8,862,387 | 9,066,207 | 9,185,062 |
| 8,868,254 | 9,071,453 | 9,194,717 |
| 8,880,336 | 9,071,937 | 9,195,721 |
| 8,881,310 | 9,078,230 | 9,198,003 |
| 8,934,921 | 9,080,877 | 9,204,249 |
| 8,942,115 | 9,080,878 | 9,204,341 |
| 8,942,725 | 9,080,885 | 9,204,402 |
| 8,965,353 | 9,094,503 | 9,207,835 |
| 8,965,693 | 9,103,681 | 9,208,601 |

61

| | | |
|---|---|---|
| 9,210,529 | 9,319,887 | 9,445,235 |
| 9,215,559 | 9,322,665 | 9,451,035 |
| 9,218,685 | 9,329,038 | 9,453,734 |
| 9,222,787 | 9,338,596 | 9,456,298 |
| 9,224,218 | 9,357,478 | 9,456,416 |
| 9,226,111 | 9,363,637 | 9,460,608 |
| 9,230,556 | 9,369,840 | 9,471,599 |
| 9,243,924 | 9,380,507 | 9,473,883 |
| 9,253,714 | 9,386,414 | 9,479,920 |
| 9,256,484 | 9,389,316 | 9,482,296 |
| 9,261,380 | 9,392,415 | 9,489,131 |
| 9,264,862 | 9,400,321 | 9,491,585 |
| 9,267,805 | 9,404,766 | 9,494,442 |
| 9,273,980 | 9,408,112 | 9,497,593 |
| 9,282,532 | 9,408,178 | 9,500,492 |
| 9,285,231 | 9,414,198 | 9,501,495 |
| 9,294,882 | 9,423,252 | 9,510,141 |
| 9,300,784 | 9,423,268 | 9,516,413 |
| 9,301,082 | 9,426,615 | 9,532,184 |
| 9,303,991 | 9,429,431 | 9,536,325 |
| 9,303,996 | 9,429,435 | 9,544,726 |
| 9,304,185 | 9,429,437 | 9,560,489 |
| 9,310,206 | 9,432,796 | 9,569,080 |
| 9,310,213 | 9,432,961 | 9,571,970 |
| 9,319,831 | 9,441,975 | 9,574,896 |

| | | |
|---|---|---|
| 9,578,621 | 9,667,690 | 9,820,093 |
| 9,591,052 | 9,668,121 | 9,823,077 |
| 9,591,443 | 9,671,234 | 9,826,354 |
| 9,595,195 | 9,699,617 | 9,832,603 |
| 9,596,565 | 9,702,721 | 9,838,266 |
| 9,596,670 | 9,706,032 | 9,838,848 |
| 9,599,485 | 9,706,518 | 9,843,894 |
| 9,602,963 | 9,709,409 | 9,843,895 |
| 9,603,094 | 9,712,977 | 9,844,003 |
| 9,606,241 | 9,715,816 | 9,857,193 |
| 9,612,340 | 9,730,116 | 9,860,932 |
| 9,615,202 | 9,736,633 | 9,869,564 |
| 9,619,787 | 9,743,234 | 9,874,455 |
| 9,628,952 | 9,743,251 | 9,880,735 |
| 9,631,942 | 9,749,797 | 9,885,574 |
| 9,631,945 | 9,749,803 | 9,891,068 |
| 9,635,487 | 9,763,041 | 9,894,616 |
| 9,639,241 | 9,769,107 | 9,909,897 |
| 9,641,622 | 9,778,345 | 9,910,895 |
| 9,644,983 | 9,779,596 | 9,911,400 |
| 9,645,726 | 9,791,572 | 9,913,100 |
| 9,646,318 | 9,794,741 | 9,918,203 |
| 9,646,422 | 9,798,822 | 9,922,047 |
| 9,647,850 | 9,807,561 | 9,933,527 |
| 9,652,486 | 9,807,565 | 9,936,342 |

| | | |
|---|---|---|
| 9,936,344 | 10,048,085 | 10,142,774 |
| 9,945,684 | 10,051,417 | 10,142,961 |
| 9,945,956 | 10,051,522 | 10,146,830 |
| 9,949,137 | 10,057,712 | 10,151,824 |
| 9,949,200 | 10,060,753 | 10,154,131 |
| 9,955,379 | 10,064,003 | 10,165,399 |
| 9,971,470 | 10,064,158 | 10,168,164 |
| 9,974,044 | 10,066,959 | 10,170,084 |
| 9,975,040 | 10,070,261 | 10,176,633 |
| 9,976,860 | 10,078,138 | 10,178,200 |
| 9,980,096 | 10,085,115 | 10,180,331 |
| 9,986,419 | 10,089,637 | 10,182,316 |
| 9,998,877 | 10,091,646 | 10,187,440 |
| 9,998,888 | 10,098,087 | 10,191,641 |
| 10,002,121 | 10,101,169 | 10,197,396 |
| 10,002,199 | 10,104,495 | 10,204,517 |
| 10,003,938 | 10,109,082 | 10,209,341 |
| 10,006,505 | 10,111,030 | 10,210,561 |
| 10,015,836 | 10,111,042 | 10,217,064 |
| 10,018,470 | 10,113,879 | 10,217,288 |
| 10,018,476 | 10,114,544 | 10,223,156 |
| 10,018,478 | 10,121,374 | 10,225,777 |
| 10,024,682 | 10,136,252 | 10,235,863 |
| 10,025,472 | 10,142,123 | 10,244,344 |
| 10,042,035 | 10,142,750 | 10,244,359 |

64

| | | |
|---|---|---|
| 10,244,360 | 10,378,914 | 10,508,926 |
| 10,261,192 | 10,382,378 | 10,514,270 |
| 10,264,403 | 10,386,194 | 10,516,976 |
| 10,274,336 | 10,390,213 | 10,524,084 |
| 10,278,197 | 10,395,068 | 10,528,770 |
| 10,285,000 | 10,410,485 | 10,533,865 |
| 10,296,950 | 10,412,703 | 10,545,197 |
| 10,302,446 | 10,425,284 | 10,545,231 |
| 10,317,233 | 10,433,108 | 10,548,073 |
| 10,323,701 | 10,440,506 | 10,554,786 |
| 10,330,490 | 10,440,561 | 10,560,801 |
| 10,331,705 | 10,440,651 | 10,567,225 |
| 10,341,826 | 10,447,839 | 10,593,186 |
| 10,349,374 | 10,451,425 | 10,602,313 |
| 10,352,716 | 10,451,744 | 10,612,930 |
| 10,352,718 | 10,452,253 | 10,627,248 |
| 10,353,952 | 10,452,713 | 10,631,234 |
| 10,354,004 | 10,474,727 | 10,634,776 |
| 10,354,531 | 10,475,327 | 10,635,287 |
| 10,356,559 | 10,477,609 | 10,655,979 |
| 10,362,440 | 10,488,207 | 10,659,248 |
| 10,368,235 | 10,490,205 | 10,664,856 |
| 10,375,035 | 10,499,186 | 10,667,140 |
| 10,375,515 | 10,504,380 | 10,670,735 |
| 10,375,526 | 10,506,373 | 10,677,606 |

| | | |
|---|---|---|
| 10,678,395 | 10,794,986 | 10,952,180 |
| 10,681,666 | 10,795,027 | 10,963,820 |
| 10,694,364 | 10,796,207 | 10,965,687 |
| 10,698,073 | 10,802,157 | 10,970,318 |
| 10,698,118 | 10,824,536 | 10,976,168 |
| 10,715,380 | 10,834,600 | 10,979,854 |
| 10,718,625 | 10,841,739 | 11,012,807 |
| 10,718,627 | 10,845,199 | 11,012,816 |
| 10,732,003 | 10,845,203 | 11,016,654 |
| 10,735,900 | 10,848,544 | 11,019,193 |
| 10,735,903 | 10,848,912 | 11,019,195 |
| 10,739,140 | 10,863,305 | 11,029,173 |
| 10,739,157 | 10,863,564 | 11,035,688 |
| 10,739,159 | 10,871,378 | 11,036,610 |
| 10,743,095 | 10,873,475 | 11,042,281 |
| 10,743,147 | 10,887,726 | 11,047,702 |
| 10,743,178 | 10,893,381 | 11,051,105 |
| 10,757,671 | 10,907,984 | 11,076,261 |
| 10,769,950 | 10,914,606 | 11,079,248 |
| 10,771,898 | 10,921,462 | 11,085,788 |
| 10,771,908 | 10,929,782 | 11,085,790 |
| 10,775,192 | 10,936,358 | 11,100,797 |
| 10,776,948 | 10,939,407 | 11,109,192 |
| 10,778,748 | 10,939,486 | 11,109,258 |
| 10,791,419 | 10,945,190 | 11,112,254 |

| | | |
|---|---|---|
| 11,118,929 | 11,297,453 | 11,514,502 |
| 11,126,336 | 11,297,670 | 11,516,337 |
| 11,159,932 | 11,313,935 | 11,533,580 |
| 11,162,805 | 11,320,509 | 11,536,585 |
| 11,168,993 | 11,343,640 | 11,550,459 |
| 11,181,388 | 11,350,265 | 11,550,465 |
| 11,189,052 | 11,354,023 | 11,553,302 |
| 11,193,788 | 11,363,405 | 11,562,325 |
| 11,209,969 | 11,381,900 | 11,567,622 |
| 11,218,844 | 11,381,982 | 11,567,632 |
| 11,221,221 | 11,385,318 | 11,578,981 |
| 11,228,864 | 11,397,094 | 11,586,653 |
| 11,231,288 | 11,402,221 | 11,601,514 |
| 11,231,291 | 11,412,350 | 11,604,073 |
| 11,238,503 | 11,418,929 | 11,604,287 |
| 11,249,197 | 11,419,092 | 11,606,669 |
| 11,262,762 | 11,435,888 | 11,641,563 |
| 11,262,905 | 11,441,906 | 11,641,596 |
| 11,263,617 | 11,451,924 | 11,650,068 |
| 11,269,082 | 11,470,443 | 11,653,324 |
| 11,272,331 | 11,473,922 | 11,658,841 |
| 11,282,351 | 11,475,182 | 11,665,505 |
| 11,287,278 | 11,481,100 | 11,665,638 |
| 11,290,820 | 11,486,724 | 11,665,665 |
| 11,294,785 | 11,490,316 | 11,669,338 |

| | | |
|---|---|---|
| 11,671,530 | 11,825,375 | 12,026,795 |
| 11,680,815 | 11,849,063 | 12,041,478 |
| 11,693,414 | 11,861,680 | 12,045,431 |
| 11,698,269 | 11,868,159 | 12,055,403 |
| 11,699,279 | 11,870,563 | 12,058,598 |
| 11,700,168 | 11,874,128 | 12,066,293 |
| 11,704,134 | 11,879,746 | 12,066,344 |
| 11,706,584 | 11,896,115 | 12,073,705 |
| 11,709,068 | 11,907,270 | 12,075,313 |
| 11,709,279 | 11,922,004 | 12,082,086 |
| 11,711,565 | 11,924,710 | 12,085,406 |
| 11,716,589 | 11,937,202 | 12,089,121 |
| 11,720,467 | 11,943,191 | 12,093,521 |
| 11,722,839 | 11,943,576 | 12,096,379 |
| 11,733,055 | 11,943,679 | 12,098,930 |
| 11,736,494 | 11,959,751 | 12,099,715 |
| 11,736,913 | 11,965,944 | 12,101,687 |
| 11,743,963 | 11,994,865 | 12,106,641 |
| 11,761,785 | 11,997,595 | 12,114,284 |
| 11,768,077 | 12,000,938 | 12,120,057 |
| 11,768,083 | 12,001,857 | 12,124,691 |
| 11,776,220 | 12,015,900 | 12,127,074 |
| 11,788,858 | 12,018,957 | 12,143,890 |
| 11,796,334 | 12,020,295 | 12,153,154 |
| 11,812,333 | 12,022,359 | 12,156,040 |

68

| | | |
|---|---|---|
| 12,160,787 | 12,359,935 | 12,593,297 |
| 12,163,790 | 12,369,107 | 12,607,755 |
| 12,170,632 | 12,372,617 | 12,610,264 |
| 12,177,378 | 12,380,653 | 12,615,332 |
| 12,188,777 | 12,392,910 | 12,615,652 |
| 12,207,332 | 12,393,448 | 12,618,681 |
| 12,207,342 | 12,395,458 | 12,618,738 |
| 12,213,019 | 12,426,089 | 2020/0011677 |
| 12,215,985 | 12,431,002 | 2021/0335128 |
| 12,222,210 | 12,432,523 | 2022/0248180 |
| 12,223,606 | 12,435,988 | 2023/0267422 |
| 12,228,411 | 12,469,008 | 2023/0308994 |
| 12,229,396 | 12,483,858 | 2023/0342009 |
| 12,238,605 | 12,487,312 | 2023/0358557 |
| 12,259,252 | 12,488,664 | 2023/0358845 |
| 12,259,487 | 12,490,067 | 2023/0366684 |
| 12,277,311 | 12,495,353 | 2023/0375359 |
| 12,279,146 | 12,498,492 | 2023/0393285 |
| 12,279,227 | 12,513,238 | 2023/0394111 |
| 12,281,912 | 12,537,712 | 2024/0044656 |
| 12,281,914 | 12,546,880 | 2024/0053153 |
| 12,302,190 | 12,553,984 | 2024/0056771 |
| 12,320,661 | 12,562,047 | 2024/0102811 |
| 12,332,366 | 12,581,268 | 2024/0102818 |
| 12,335,902 | 12,586,454 | 2024/0102819 |

| | | |
|---|---|---|
| 2024/0129690 | 2024/0422505 | 2025/0211944 |
| 2024/0152267 | 2025/0005195 | 2025/0220351 |
| 2024/0176918 | 2025/0016524 | 2025/0227534 |
| 2024/0200967 | 2025/0020759 | 2025/0237524 |
| 2024/0248597 | 2025/0044924 | 2025/0240571 |
| 2024/0264719 | 2025/0055936 | 2025/0240572 |
| 2024/0272773 | 2025/0080406 | 2025/0247674 |
| 2024/0276177 | 2025/0085132 | 2025/0247675 |
| 2024/0299807 | 2025/0088584 | 2025/0247676 |
| 2024/0329792 | 2025/0109945 | 2025/0247677 |
| 2024/0340615 | 2025/0110633 | 2025/0267117 |
| 2024/0344839 | 2025/0139130 | 2025/0271856 |
| 2024/0357336 | 2025/0156060 | 2025/0274897 |
| 2024/0371252 | 2025/0164262 | 2025/0274900 |
| 2024/0373190 | 2025/0164265 | 2025/0280230 |
| 2024/0377206 | 2025/0164266 | 2025/0292229 |
| 2024/0377216 | 2025/0164267 | 2025/0300849 |
| 2024/0401958 | 2025/0164268 | 2025/0310722 |
| 2024/0401967 | 2025/0164269 | 2025/0315455 |
| 2024/0401968 | 2025/0164270 | 2025/0329235 |
| 2024/0405900 | 2025/0164648 | 2025/0329236 |
| 2024/0406671 | 2025/0168272 | 2025/0330857 |
| 2024/0406677 | 2025/0168566 | 2025/0338078 |
| 2024/0406686 | 2025/0190554 | 2025/0349165 |
| 2024/0406883 | 2025/0211941 | 2025/0356596 |

2025/0371964

2025/0383452

2025/0386164

2025/0386317

2026/0004531

2026/0029547

2026/0032471

2026/0036434

2026/0036662

2026/0036666

2026/0043666

2026/0052500

2026/0063750

**<u>Siri Patents & Published Patent Applications</u>**

| | | |
|---|---|---|
| 8,352,272 | 9,620,105 | 10,067,938 |
| 8,660,849 | 9,633,004 | 10,074,360 |
| 8,670,979 | 9,633,660 | 10,078,631 |
| 8,676,904 | 9,633,674 | 10,079,014 |
| 8,706,503 | 9,668,121 | 10,083,688 |
| 8,731,942 | 9,697,820 | 10,083,690 |
| 8,799,000 | 9,715,875 | 10,089,072 |
| 8,892,446 | 9,721,566 | 10,127,220 |
| 8,903,716 | 9,733,821 | 10,127,911 |
| 8,930,191 | 9,734,193 | 10,152,299 |
| 8,935,167 | 9,818,400 | 10,169,329 |
| 8,942,986 | 9,858,925 | 10,170,123 |
| 9,190,062 | 9,865,280 | 10,176,167 |
| 9,300,784 | 9,934,775 | 10,185,542 |
| 9,318,108 | 9,953,088 | 10,186,254 |
| 9,368,114 | 9,959,870 | 10,192,552 |
| 9,412,392 | 9,966,060 | 10,223,066 |
| 9,430,463 | 9,966,065 | 10,230,841 |
| 9,431,006 | 9,966,068 | 10,249,300 |
| 9,502,031 | 9,972,304 | 10,255,907 |
| 9,548,050 | 9,977,779 | 10,269,345 |
| 9,576,574 | 9,986,419 | 10,276,170 |
| 9,606,986 | 10,049,668 | 10,283,110 |
| 9,620,104 | 10,049,675 | 10,289,433 |

72

| | | |
|---|---|---|
| 10,296,160 | 10,496,705 | 10,699,717 |
| 10,297,253 | 10,497,365 | 10,706,373 |
| 10,332,518 | 10,503,366 | 10,714,095 |
| 10,354,011 | 10,504,518 | 10,720,160 |
| 10,354,652 | 10,509,862 | 10,733,375 |
| 10,356,243 | 10,540,976 | 10,733,993 |
| 10,381,016 | 10,552,013 | 10,741,181 |
| 10,390,213 | 10,553,209 | 10,741,185 |
| 10,395,654 | 10,567,477 | 10,748,546 |
| 10,395,659 | 10,572,476 | 10,755,051 |
| 10,403,278 | 10,586,535 | 10,755,703 |
| 10,403,283 | 10,592,095 | 10,769,385 |
| 10,410,637 | 10,592,604 | 10,789,945 |
| 10,417,037 | 10,593,346 | 10,789,959 |
| 10,417,266 | 10,636,424 | 10,791,176 |
| 10,417,344 | 10,642,574 | 10,791,216 |
| 10,431,204 | 10,643,611 | 10,795,541 |
| 10,438,595 | 10,652,394 | 10,810,274 |
| 10,445,429 | 10,657,961 | 10,839,159 |
| 10,446,141 | 10,657,966 | 10,839,804 |
| 10,446,143 | 10,671,428 | 10,878,809 |
| 10,446,167 | 10,681,212 | 10,892,996 |
| 10,453,443 | 10,684,703 | 10,909,331 |
| 10,475,446 | 10,691,473 | 10,928,918 |
| 10,490,187 | 10,692,504 | 10,930,282 |

73

| | | |
|---|---|---|
| 10,942,702 | 11,269,678 | 11,501,758 |
| 10,942,703 | 11,289,073 | 11,526,368 |
| 10,956,666 | 11,301,477 | 11,532,306 |
| 10,984,780 | 11,307,752 | 11,538,469 |
| 10,984,798 | 11,314,370 | 11,550,542 |
| 11,009,970 | 11,321,116 | 11,556,230 |
| 11,010,561 | 11,348,573 | 11,580,990 |
| 11,023,513 | 11,348,582 | 11,595,517 |
| 11,025,565 | 11,350,253 | 11,609,739 |
| 11,037,565 | 11,360,577 | 11,630,525 |
| 11,038,934 | 11,380,310 | 11,656,884 |
| 11,043,220 | 11,386,266 | 11,657,820 |
| 11,048,473 | 11,386,892 | 11,670,289 |
| 11,120,372 | 11,388,291 | 11,675,491 |
| 11,127,397 | 11,405,466 | 11,699,448 |
| 11,133,008 | 11,423,898 | 11,705,130 |
| 11,145,294 | 11,431,642 | 11,710,482 |
| 11,151,899 | 11,462,215 | 11,727,219 |
| 11,169,616 | 11,467,802 | 11,749,275 |
| 11,170,166 | 11,468,282 | 11,755,276 |
| 11,183,193 | 11,468,890 | 11,756,574 |
| 11,217,251 | 11,475,884 | 11,765,209 |
| 11,217,255 | 11,475,898 | 11,769,497 |
| 11,231,904 | 11,487,364 | 11,783,815 |
| 11,257,504 | 11,500,672 | 11,783,827 |

| | | |
|---|---|---|
| 11,790,914 | 11,995,457 | 12,216,894 |
| 11,798,547 | 12,001,933 | 12,223,282 |
| 11,809,783 | 12,010,262 | 12,230,264 |
| 11,809,886 | 12,027,166 | 12,236,938 |
| 11,810,562 | 12,033,636 | 12,243,523 |
| 11,837,232 | 12,061,752 | 12,254,887 |
| 11,837,237 | 12,067,990 | 12,260,234 |
| 11,838,734 | 12,073,147 | 12,266,380 |
| 11,853,647 | 12,080,287 | 12,271,658 |
| 11,854,539 | 12,087,284 | 12,277,935 |
| 11,861,265 | 12,087,308 | 12,293,203 |
| 11,862,151 | 12,118,999 | 12,293,763 |
| 11,886,805 | 12,136,172 | 12,293,764 |
| 11,888,791 | 12,136,419 | 12,307,423 |
| 11,893,992 | 12,147,733 | 12,327,554 |
| 11,900,923 | 12,154,016 | 12,333,404 |
| 11,900,936 | 12,154,571 | 12,361,943 |
| 11,902,460 | 12,175,977 | 12,367,879 |
| 11,907,436 | 12,190,873 | 12,386,434 |
| 11,914,848 | 12,197,712 | 12,388,926 |
| 11,924,254 | 12,197,817 | 12,400,677 |
| 11,942,090 | 12,197,857 | 12,405,703 |
| 11,954,405 | 12,198,695 | 12,406,661 |
| 11,955,137 | 12,204,932 | 12,407,894 |
| 11,978,436 | 12,211,502 | 12,413,663 |

75

| | | |
|---|---|---|
| 12,423,917 | 2025/0029339 | 2026/0044522 |
| 12,424,218 | 2025/0046310 | |
| 12,436,619 | 2025/0053375 | |
| 12,437,747 | 2025/0077786 | |
| 12,468,721 | 2025/0078835 | |
| 12,468,883 | 2025/0095648 | |
| 12,556,890 | 2025/0104429 | |
| 12,608,171 | 2025/0110757 | |
| 12,613,730 | 2025/0118328 | |
| 12,619,452 | 2025/0140255 | |
| 12,626,702 | 2025/0149038 | |
| 12,633,289 | 2025/0157467 | |
| 12,646,510 | 2025/0190233 | |
| 12,651,020 | 2025/0259629 | |
| 2022/0375553 | 2025/0266042 | |
| 2023/0306968 | 2025/0278175 | |
| 2023/0359334 | 2025/0298818 | |
| 2024/0054996 | 2025/0315145 | |
| 2024/0211108 | 2025/0315598 | |
| 2024/0265914 | 2025/0342828 | |
| 2024/0347059 | 2025/0348702 | |
| 2024/0379101 | 2025/0356875 | |
| 2024/0379104 | 2025/0358363 | |
| 2024/0404519 | 2025/0377916 | |
| 2024/0404520 | 2025/0378834 | |

**CarPlay Patents & Published Patent Applications**

| | |
|---|---|
| 8,947,202 | 11,324,054 |
| 9,170,122 | 11,441,919 |
| 9,200,915 | 11,692,840 |
| 9,273,980 | 11,740,096 |
| 9,351,102 | 11,788,851 |
| 9,599,485 | 11,846,515 |
| 9,869,564 | 11,985,713 |
| 9,888,501 | 12,088,755 |
| 9,891,068 | 2023/0324196 |
| 10,048,085 | 2024/0094017 |
| 10,200,824 | |
| 10,202,100 | |
| 10,317,233 | |
| 10,371,546 | |
| 10,378,914 | |
| 10,425,976 | |
| 10,655,979 | |
| 10,670,735 | |
| 10,705,794 | |
| 10,718,627 | |
| 10,775,192 | |
| 11,042,340 | |
| 11,079,248 | |
| 11,316,968 | |

### Core Audio Patents & Published Patent Applications

| | | |
|---|---|---|
| 7,514,620 | 8,751,667 | 9,411,495 |
| 7,952,012 | 8,751,933 | 9,412,351 |
| 7,957,547 | 8,768,243 | 9,418,645 |
| 8,032,672 | 8,785,757 | 9,420,394 |
| 8,041,848 | 8,793,332 | 9,450,902 |
| 8,095,694 | 8,849,202 | 9,483,461 |
| 8,131,216 | 8,929,561 | 9,520,045 |
| 8,153,882 | 8,934,645 | 9,574,896 |
| 8,171,177 | 8,937,237 | 9,602,963 |
| 8,255,069 | 8,943,225 | 9,615,217 |
| 8,311,481 | 8,948,797 | 9,620,104 |
| 8,338,684 | 8,957,296 | 9,635,493 |
| 8,346,203 | 8,963,695 | 9,659,482 |
| 8,415,549 | 8,983,639 | 9,674,707 |
| 8,433,813 | 8,996,376 | 9,691,260 |
| 8,635,377 | 9,067,096 | 9,692,860 |
| 8,682,014 | 9,105,260 | 9,696,807 |
| 8,682,649 | 9,129,583 | 9,697,820 |
| 8,704,863 | 9,161,186 | 9,712,658 |
| 8,706,272 | 9,251,773 | 9,716,986 |
| 8,711,736 | 9,299,244 | 9,729,830 |
| 8,719,947 | 9,330,720 | 9,742,442 |
| 8,725,880 | 9,344,720 | 9,794,741 |
| 8,736,700 | 9,383,820 | 9,804,818 |

| | | |
|---|---|---|
| 9,824,719 | 10,381,016 | 10,805,370 |
| 9,852,721 | 10,387,109 | 10,819,840 |
| 9,886,090 | 10,440,578 | 10,856,081 |
| 9,930,310 | 10,452,339 | 10,856,152 |
| 9,934,775 | 10,491,981 | 10,861,210 |
| 9,966,060 | 10,511,707 | 10,878,135 |
| 9,984,539 | 10,523,805 | 10,911,872 |
| 9,997,069 | 10,531,196 | 10,955,984 |
| 10,024,682 | 10,553,209 | 10,970,030 |
| 10,039,003 | 10,555,175 | 10,992,795 |
| 10,067,734 | 10,567,965 | 10,999,426 |
| 10,089,853 | 10,585,545 | 11,019,309 |
| 10,149,278 | 10,592,095 | 11,026,083 |
| 10,156,455 | 10,599,394 | 11,068,326 |
| 10,176,644 | 10,600,310 | 11,079,913 |
| 10,186,138 | 10,609,207 | 11,095,766 |
| 10,187,507 | 10,652,687 | 11,102,578 |
| 10,210,743 | 10,665,250 | 11,102,601 |
| 10,218,840 | 10,666,084 | 11,115,773 |
| 10,223,553 | 10,666,920 | 11,115,820 |
| 10,224,012 | 10,725,731 | 11,122,328 |
| 10,270,270 | 10,750,367 | 11,128,977 |
| 10,331,399 | 10,778,023 | 11,169,650 |
| 10,346,226 | 10,785,221 | 11,170,139 |
| 10,349,120 | 10,798,511 | 11,172,298 |

| | | |
|---|---|---|
| 11,172,320 | 11,375,333 | 11,557,055 |
| 11,184,708 | 11,382,017 | 11,564,103 |
| 11,194,294 | 11,412,081 | 11,582,573 |
| 11,197,119 | 11,417,347 | 11,586,280 |
| 11,201,961 | 11,422,769 | 11,589,183 |
| 11,212,679 | 11,431,836 | 11,595,754 |
| 11,223,899 | 11,446,548 | 11,611,883 |
| 11,227,623 | 11,452,915 | 11,630,636 |
| 11,228,835 | 11,456,006 | 11,638,158 |
| 11,233,836 | 11,460,925 | 11,647,352 |
| 11,234,077 | 11,489,803 | 11,652,510 |
| 11,240,585 | 11,490,218 | 11,662,974 |
| 11,268,848 | 11,496,834 | 11,675,423 |
| 11,272,308 | 11,499,865 | 11,678,111 |
| 11,272,465 | 11,501,758 | 11,681,415 |
| 11,277,690 | 11,509,726 | 11,682,414 |
| 11,283,916 | 11,513,667 | 11,683,408 |
| 11,289,073 | 11,514,921 | 11,706,729 |
| 11,295,754 | 11,521,477 | 11,716,629 |
| 11,304,160 | 11,523,243 | 11,721,355 |
| 11,315,277 | 11,539,831 | 11,722,178 |
| 11,316,966 | 11,540,081 | 11,736,862 |
| 11,340,962 | 11,546,687 | 11,750,734 |
| 11,367,305 | 11,546,692 | 11,758,348 |
| 11,375,314 | 11,550,542 | 11,765,114 |

| | | |
|---|---|---|
| 11,785,465 | 12,069,469 | 12,360,733 |
| 11,818,554 | 12,075,220 | 12,363,492 |
| 11,823,472 | 12,087,284 | 12,366,914 |
| 11,832,077 | 12,107,985 | 12,380,876 |
| 11,832,086 | 12,143,784 | 12,413,922 |
| 11,847,378 | 12,150,209 | 12,413,981 |
| 11,863,709 | 12,154,234 | 12,423,052 |
| 11,900,012 | 12,177,643 | 12,425,799 |
| 11,937,063 | 12,185,112 | 12,457,464 |
| 11,941,319 | 12,192,717 | 12,483,611 |
| 11,949,725 | 12,197,809 | 12,513,485 |
| 11,956,609 | 12,210,796 | 12,526,361 |
| 11,978,035 | 12,219,344 | 12,556,878 |
| 11,985,506 | 12,229,473 | 12,585,429 |
| 11,995,483 | 12,244,755 | 12,598,443 |
| 11,997,463 | 12,249,328 | 12,602,269 |
| 11,997,496 | 12,256,212 | 12,604,139 |
| 12,001,753 | 12,265,696 | 12,604,150 |
| 12,003,954 | 12,266,365 | 12,608,171 |
| 12,009,877 | 12,267,128 | 12,614,555 |
| 12,010,490 | 12,282,705 | 12,625,670 |
| 12,010,494 | 12,317,061 | 12,626,707 |
| 12,010,506 | 12,340,631 | 12,641,389 |
| 12,028,711 | 12,356,161 | 2021/0335128 |
| 12,041,514 | 12,356,166 | 2021/0385527 |

| | | |
|---|---|---|
| 2023/0274756 | 2025/0063303 | 2025/0358358 |
| 2023/0283977 | 2025/0080933 | 2025/0377852 |
| 2023/0309059 | 2025/0087222 | 2025/0377855 |
| 2023/0410348 | 2025/0087225 | 2025/0379937 |
| 2024/0096335 | 2025/0106636 | 2025/0383837 |
| 2024/0098444 | 2025/0111851 | 2026/0010335 |
| 2024/0107257 | 2025/0113154 | 2026/0012555 |
| 2024/0205605 | 2025/0113158 | 2026/0016884 |
| 2024/0259759 | 2025/0124927 | 2026/0017010 |
| 2024/0272766 | 2025/0157443 | RE48,323 |
| 2024/0311074 | 2025/0158660 | |
| 2024/0312468 | 2025/0175945 | |
| 2024/0339120 | 2025/0193629 | |
| 2024/0379101 | 2025/0224859 | |
| 2024/0388917 | 2025/0231737 | |
| 2024/0388918 | 2025/0245880 | |
| 2024/0404497 | 2025/0273010 | |
| 2024/0406656 | 2025/0280230 | |
| 2024/0406660 | 2025/0285199 | |
| 2024/0406661 | 2025/0315206 | |
| 2024/0411506 | 2025/0316024 | |
| 2025/0030981 | 2025/0316117 | |
| 2025/0036352 | 2025/0342821 | |
| 2025/0039606 | 2025/0342862 | |
| 2025/0047777 | 2025/0350902 | |

**Camera Patents & Published Patent Applications**

| | | |
|---|---|---|
| 8,089,479 | 8,848,059 | 9,251,431 |
| 8,233,789 | 8,850,052 | 9,264,659 |
| 8,294,823 | 8,854,491 | 9,277,144 |
| 8,326,001 | 8,872,946 | 9,288,396 |
| 8,385,648 | 8,874,090 | 9,300,873 |
| 8,451,994 | 8,885,978 | 9,300,969 |
| 8,493,482 | 8,905,314 | 9,307,112 |
| 8,502,817 | 8,917,632 | 9,313,397 |
| 8,539,377 | 8,922,704 | 9,326,060 |
| 8,611,678 | 8,928,765 | 9,332,239 |
| 8,717,381 | 8,941,706 | 9,380,225 |
| 8,736,700 | 8,953,882 | 9,386,234 |
| 8,760,472 | 8,957,944 | 9,396,377 |
| 8,786,735 | 8,970,739 | 9,398,205 |
| 8,786,761 | 8,988,456 | 9,420,198 |
| 8,811,729 | 9,007,428 | 9,436,999 |
| 8,816,868 | 9,025,867 | 9,437,247 |
| 8,817,120 | 9,055,185 | 9,449,239 |
| 8,818,091 | 9,076,029 | 9,459,792 |
| 8,819,557 | 9,077,943 | 9,479,695 |
| 8,824,747 | 9,105,078 | 9,531,947 |
| 8,837,785 | 9,142,012 | 9,538,106 |
| 8,837,822 | 9,177,360 | 9,568,604 |
| 8,837,827 | 9,232,150 | 9,571,739 |

83

| | | |
|---|---|---|
| 9,602,729 | 10,009,505 | 10,271,084 |
| 9,615,021 | 10,038,855 | 10,277,829 |
| 9,628,711 | 10,062,169 | 10,284,812 |
| 9,661,228 | 10,062,409 | 10,284,835 |
| 9,667,881 | 10,062,410 | 10,306,140 |
| 9,668,121 | 10,063,783 | 10,318,721 |
| 9,674,426 | 10,097,759 | 10,325,416 |
| 9,706,127 | 10,109,063 | 10,325,417 |
| 9,716,825 | 10,109,107 | 10,330,935 |
| 9,742,977 | 10,122,931 | 10,334,254 |
| 9,756,266 | 10,122,940 | 10,341,574 |
| 9,766,702 | 10,136,048 | 10,347,050 |
| 9,787,938 | 10,168,882 | 10,356,309 |
| 9,792,955 | 10,170,157 | 10,362,272 |
| 9,819,676 | 10,171,786 | 10,366,497 |
| 9,846,942 | 10,176,845 | 10,366,538 |
| 9,854,156 | 10,178,490 | 10,375,313 |
| 9,860,436 | 10,191,636 | 10,379,719 |
| 9,860,451 | 10,200,587 | 10,389,977 |
| 9,869,881 | 10,200,598 | 10,395,128 |
| 9,912,860 | 10,210,381 | 10,410,076 |
| 9,934,818 | 10,217,439 | 10,410,434 |
| 9,942,375 | 10,230,901 | 10,417,824 |
| 9,942,486 | 10,244,175 | 10,429,608 |
| 9,973,674 | 10,270,983 | 10,430,645 |

| | | |
|---|---|---|
| 10,438,373 | 10,659,405 | 10,861,248 |
| 10,445,895 | 10,664,048 | 10,880,549 |
| 10,455,146 | 10,674,072 | 10,904,426 |
| 10,477,005 | 10,681,282 | 10,904,486 |
| 10,484,583 | 10,706,892 | 10,942,423 |
| 10,496,753 | 10,733,804 | 10,969,941 |
| 10,521,091 | 10,734,025 | 10,991,083 |
| 10,521,948 | 10,735,642 | 10,992,845 |
| 10,523,879 | 10,735,643 | 10,997,768 |
| 10,528,127 | 10,739,599 | 11,003,308 |
| 10,528,243 | 10,762,716 | 11,010,867 |
| 10,547,776 | 10,771,697 | 11,012,774 |
| 10,553,002 | 10,775,614 | 11,017,608 |
| 10,579,225 | 10,785,413 | 11,019,266 |
| 10,580,221 | 10,788,967 | 11,025,921 |
| 10,587,810 | 10,791,273 | 11,030,784 |
| 10,602,053 | 10,825,154 | 11,044,398 |
| 10,616,471 | 10,839,577 | 11,054,973 |
| 10,616,490 | 10,841,484 | 11,061,744 |
| 10,628,010 | 10,845,968 | 11,074,116 |
| 10,630,939 | 10,846,871 | 11,080,879 |
| 10,645,294 | 10,846,905 | 11,080,932 |
| 10,650,546 | 10,848,661 | 11,089,247 |
| 10,652,470 | 10,848,889 | 11,094,039 |
| 10,659,200 | 10,852,968 | 11,102,414 |

| | | |
|---|---|---|
| 11,107,261 | 11,277,553 | 11,467,719 |
| 11,112,956 | 11,282,543 | 11,468,625 |
| 11,120,264 | 11,294,422 | 11,468,787 |
| 11,122,251 | 11,315,287 | 11,481,096 |
| 11,128,792 | 11,327,273 | 11,483,461 |
| 11,138,771 | 11,327,300 | 11,487,402 |
| 11,138,798 | 11,330,184 | 11,487,890 |
| 11,163,417 | 11,330,296 | 11,488,285 |
| 11,165,949 | 11,335,094 | 11,490,017 |
| 11,170,521 | 11,350,026 | 11,494,880 |
| 11,176,643 | 11,350,063 | 11,496,723 |
| 11,178,335 | 11,354,390 | 11,523,043 |
| 11,182,961 | 11,361,501 | 11,526,591 |
| 11,182,974 | 11,378,813 | 11,526,995 |
| 11,189,017 | 11,379,273 | 11,532,112 |
| 11,189,248 | 11,380,077 | 11,539,876 |
| 11,196,943 | 11,386,355 | 11,550,420 |
| 11,204,692 | 11,393,067 | 11,562,528 |
| 11,210,458 | 11,393,258 | 11,589,010 |
| 11,212,449 | 11,394,898 | 11,589,035 |
| 11,223,771 | 11,399,155 | 11,592,864 |
| 11,227,446 | 11,416,134 | 11,601,584 |
| 11,240,424 | 11,418,699 | 11,617,022 |
| 11,245,837 | 11,430,181 | 11,617,026 |
| 11,250,541 | 11,431,891 | 11,630,525 |

| | | |
|---|---|---|
| 11,632,600 | 11,711,614 | 11,849,255 |
| 11,641,517 | 11,714,536 | 11,853,117 |
| 11,651,192 | 11,720,996 | 11,856,293 |
| 11,652,722 | 11,721,098 | 11,863,889 |
| 11,653,118 | 11,722,764 | 11,875,021 |
| 11,657,614 | 11,727,650 | 11,887,283 |
| 11,663,309 | 11,740,755 | 11,895,391 |
| 11,665,427 | 11,741,624 | 11,900,527 |
| 11,670,144 | 11,749,018 | 11,902,651 |
| 11,670,261 | 11,750,914 | 11,915,460 |
| 11,671,554 | 11,763,421 | 11,922,584 |
| 11,671,696 | 11,770,600 | 11,927,874 |
| 11,671,697 | 11,770,601 | 11,937,021 |
| 11,675,412 | 11,778,339 | 11,943,559 |
| 11,681,415 | 11,782,508 | 11,948,380 |
| 11,681,429 | 11,783,815 | 11,953,755 |
| 11,682,182 | 11,797,146 | 11,954,242 |
| 11,687,224 | 11,805,319 | 11,956,623 |
| 11,689,826 | 11,808,950 | 11,962,889 |
| 11,693,209 | 11,810,244 | 11,967,039 |
| 11,694,392 | 11,812,135 | 11,972,043 |
| 11,704,766 | 11,816,866 | 12,001,642 |
| 11,706,521 | 11,818,455 | 12,020,380 |
| 11,709,347 | 11,835,985 | 12,026,962 |
| 11,709,372 | 11,847,778 | 12,028,611 |

87

| | | |
|---|---|---|
| 12,033,296 | 12,132,981 | 12,219,267 |
| 12,033,600 | 12,132,996 | 12,231,782 |
| 12,039,142 | 12,143,726 | 12,260,493 |
| 12,039,644 | 12,149,828 | 12,262,278 |
| 12,041,365 | 12,149,831 | 12,267,622 |
| 12,045,923 | 12,154,218 | 12,271,520 |
| 12,061,752 | 12,155,925 | 12,279,056 |
| 12,066,623 | 12,159,351 | 12,283,289 |
| 12,075,163 | 12,169,947 | 12,301,979 |
| 12,078,914 | 12,169,959 | 12,302,035 |
| 12,081,862 | 12,170,579 | 12,307,067 |
| 12,081,892 | 12,170,834 | 12,309,352 |
| 12,093,457 | 12,175,783 | 12,314,553 |
| 12,094,079 | 12,177,586 | 12,314,781 |
| 12,099,586 | 12,182,916 | 12,340,481 |
| 12,100,229 | 12,198,259 | 12,340,631 |
| 12,101,567 | 12,198,260 | 12,342,102 |
| 12,106,534 | 12,198,306 | 12,346,550 |
| 12,112,024 | 12,200,332 | 12,348,399 |
| 12,112,028 | 12,200,342 | 12,348,875 |
| 12,112,449 | 12,206,980 | 12,348,953 |
| 12,118,999 | 12,206,994 | 12,356,083 |
| 12,124,291 | 12,216,387 | 12,360,435 |
| 12,125,149 | 12,216,754 | 12,361,576 |
| 12,126,884 | 12,218,894 | 12,361,651 |

| | | |
|---|---|---|
| 12,367,545 | 12,495,204 | 2023/0273350 |
| 12,368,946 | 12,498,844 | 2023/0308873 |
| 12,374,069 | 12,506,953 | 2023/0334909 |
| 12,385,944 | 12,524,193 | 2023/0367857 |
| 12,386,434 | 12,530,116 | 2023/0377370 |
| 12,389,704 | 12,535,875 | 2023/0379564 |
| 12,400,419 | 12,535,931 | 2023/0394089 |
| 12,401,889 | 12,538,047 | 2023/0394755 |
| 12,405,700 | 12,556,818 | 2023/0421687 |
| 12,406,451 | 12,567,199 | 2024/0041354 |
| 12,412,241 | 12,578,840 | 2024/0080543 |
| 12,426,392 | 12,592,043 | 2024/0103678 |
| 12,443,324 | 12,596,077 | 2024/0107186 |
| 12,449,961 | 12,598,399 | 2024/0143141 |
| 12,450,811 | 12,602,738 | 2024/0187361 |
| 12,450,854 | 12,603,067 | 2024/0201776 |
| 12,450,949 | 12,610,138 | 2024/0259676 |
| 12,452,389 | 12,619,701 | 2024/0259687 |
| 12,456,225 | 12,638,920 | 2024/0284037 |
| 12,462,323 | 12,645,778 | 2024/0290046 |
| 12,462,336 | 12,647,673 | 2024/0291944 |
| 12,462,518 | 12,650,756 | 2024/0297949 |
| 12,474,365 | 2022/0091398 | 2024/0303778 |
| 12,475,573 | 2022/0100989 | 2024/0320930 |
| 12,482,161 | 2022/0353432 | 2024/0361898 |

89

| | | |
|---|---|---|
| 2024/0373121 | 2025/0039011 | 2025/0272938 |
| 2024/0378821 | 2025/0047987 | 2025/0280189 |
| 2024/0380834 | 2025/0054240 | 2025/0287019 |
| 2024/0380959 | 2025/0054274 | 2025/0294237 |
| 2024/0388683 | 2025/0069264 | 2025/0308271 |
| 2024/0394921 | 2025/0071423 | 2025/0315153 |
| 2024/0402870 | 2025/0076672 | 2025/0315277 |
| 2024/0402872 | 2025/0080830 | 2025/0315278 |
| 2024/0402891 | 2025/0088734 | 2025/0316292 |
| 2024/0402972 | 2025/0095320 | 2025/0322618 |
| 2024/0403402 | 2025/0104183 | 2025/0328216 |
| 2024/0404075 | 2025/0111486 | 2025/0328232 |
| 2024/0404227 | 2025/0113107 | 2025/0330554 |
| 2024/0404228 | 2025/0165123 | 2025/0330699 |
| 2024/0406368 | 2025/0166144 | 2025/0341536 |
| 2024/0406526 | 2025/0173039 | 2025/0341936 |
| 2024/0411218 | 2025/0182402 | 2025/0341941 |
| 2024/0411439 | 2025/0191283 | 2025/0348126 |
| 2024/0428533 | 2025/0193416 | 2025/0350828 |
| 2024/0430564 | 2025/0208703 | 2025/0350914 |
| 2025/0012886 | 2025/0209720 | 2025/0356608 |
| 2025/0022211 | 2025/0209733 | 2025/0371809 |
| 2025/0024133 | 2025/0212153 | 2025/0371822 |
| 2025/0028434 | 2025/0231660 | 2025/0373751 |
| 2025/0037283 | 2025/0254506 | 2025/0377760 |

2025/0378641

2025/0378655

2025/0378834

2026/0011065

2026/0016319

2026/0016942

2026/0019699

2026/0023270

2026/0030336

2026/0030856

2026/0039742

2026/0044926

2026/0050202

**Wallet Patents & Published Patent Applications**

| | | |
|---|---|---|
| 7,959,065 | 9,087,344 | 9,697,514 |
| 7,971,782 | 9,098,719 | 9,778,345 |
| 8,083,643 | 9,107,040 | 9,794,746 |
| 8,127,982 | 9,137,254 | 9,794,867 |
| 8,131,645 | 9,194,717 | 9,847,999 |
| 8,140,418 | 9,210,662 | 9,864,984 |
| 8,215,546 | 9,237,016 | 9,911,123 |
| 8,254,902 | 9,299,072 | 9,934,014 |
| 8,260,640 | 9,319,480 | 9,940,637 |
| 8,381,101 | 9,324,067 | 9,977,890 |
| 8,396,485 | 9,336,544 | 9,996,825 |
| 8,417,575 | 9,400,977 | 10,019,699 |
| 8,463,286 | 9,424,568 | 10,025,597 |
| 8,676,182 | 9,426,615 | 10,026,094 |
| 8,682,746 | 9,436,455 | 10,043,185 |
| 8,718,620 | 9,451,448 | 10,051,003 |
| 8,818,269 | 9,460,608 | 10,057,197 |
| 8,818,827 | 9,483,763 | 10,064,003 |
| 8,909,297 | 9,524,500 | 10,083,435 |
| 8,935,718 | 9,530,120 | 10,121,144 |
| 8,996,030 | 9,578,173 | 10,129,735 |
| 9,026,462 | 9,603,090 | 10,198,726 |
| 9,037,513 | 9,646,318 | 10,209,341 |
| 9,070,149 | 9,661,068 | 10,223,096 |

92

| | | |
|---|---|---|
| 10,223,682 | 10,621,581 | 10,972,911 |
| 10,230,722 | 10,650,372 | 10,977,642 |
| 10,255,595 | 10,664,856 | 10,977,651 |
| 10,257,780 | 10,681,212 | 10,990,934 |
| 10,282,727 | 10,685,346 | 11,005,533 |
| 10,289,996 | 10,699,262 | 11,017,384 |
| 10,296,889 | 10,735,412 | 11,037,131 |
| 10,332,079 | 10,742,050 | 11,037,150 |
| 10,334,054 | 10,742,662 | 11,042,846 |
| 10,341,425 | 10,748,153 | 11,086,387 |
| 10,356,243 | 10,749,967 | 11,093,597 |
| 10,362,484 | 10,755,270 | 11,107,071 |
| 10,380,573 | 10,770,173 | 11,132,665 |
| 10,438,205 | 10,796,309 | 11,164,179 |
| 10,460,227 | 10,838,481 | 11,184,353 |
| 10,482,461 | 10,853,471 | 11,200,385 |
| 10,489,769 | 10,878,414 | 11,200,557 |
| 10,504,101 | 10,885,520 | 11,206,309 |
| 10,504,102 | 10,902,424 | 11,228,421 |
| 10,552,830 | 10,909,524 | 11,228,864 |
| 10,567,408 | 10,917,804 | 11,277,394 |
| 10,579,997 | 10,929,843 | 11,301,835 |
| 10,587,654 | 10,936,719 | 11,321,708 |
| 10,600,068 | 10,943,001 | 11,321,731 |
| 10,621,570 | 10,972,459 | 11,354,390 |

93

| | | |
|---|---|---|
| 11,372,964 | 11,698,269 | 12,073,394 |
| 11,373,168 | 11,734,678 | 12,079,794 |
| 11,385,318 | 11,734,708 | 12,086,769 |
| 11,386,424 | 11,748,746 | 12,088,740 |
| 11,388,569 | 11,756,021 | 12,127,074 |
| 11,392,896 | 11,783,305 | 12,141,266 |
| 11,392,935 | 11,783,654 | 12,153,154 |
| 11,392,937 | 11,836,242 | 12,154,016 |
| 11,397,936 | 11,836,725 | 12,190,192 |
| 11,468,282 | 11,900,355 | 12,222,794 |
| 11,481,769 | 11,900,372 | 12,223,495 |
| 11,488,138 | 11,922,408 | 12,245,026 |
| 11,488,141 | 11,941,620 | 12,261,841 |
| 11,494,574 | 11,978,035 | 12,321,916 |
| 11,498,734 | 11,983,702 | 12,333,404 |
| 11,514,430 | 11,984,943 | 12,333,509 |
| 11,531,992 | 11,989,739 | 12,354,424 |
| 11,546,174 | 12,001,933 | 12,359,935 |
| 11,556,165 | 12,002,042 | 12,367,475 |
| 11,588,804 | 12,022,011 | 12,373,534 |
| 11,606,217 | 12,026,705 | 12,380,971 |
| 11,658,959 | 12,039,525 | 12,382,266 |
| 11,669,883 | 12,041,185 | 12,388,805 |
| 11,687,920 | 12,063,513 | 12,389,227 |
| 11,693,946 | 12,067,105 | 12,393,447 |

| | | |
|---|---|---|
| 12,393,448 | 2024/0265383 | 2025/0371524 |
| 12,407,517 | 2024/0303625 | 2025/0371529 |
| 12,443,731 | 2024/0320673 | 2025/0378434 |
| 12,452,078 | 2024/0330920 | 2025/0378437 |
| 12,456,129 | 2024/0333512 | 2025/0378440 |
| 12,462,230 | 2024/0362689 | 2025/0379737 |
| 12,463,833 | 2024/0378583 | 2025/0392451 |
| 12,480,778 | 2024/0378588 | 2026/0030605 |
| 12,586,054 | 2024/0386421 | 2026/0032110 |
| 12,602,684 | 2024/0419825 | |
| 12,614,172 | 2025/0016524 | |
| 12,639,416 | 2025/0053637 | |
| 12,641,435 | 2025/0086633 | |
| 2022/0036340 | 2025/0111368 | |
| 2023/0013352 | 2025/0111378 | |
| 2023/0014939 | 2025/0165036 | |
| 2023/0015850 | 2025/0224481 | |
| 2023/0017151 | 2025/0247901 | |
| 2023/0127816 | 2025/0265558 | |
| 2023/0351377 | 2025/0278130 | |
| 2023/0353365 | 2025/0278715 | |
| 2023/0394559 | 2025/0278717 | |
| 2024/0103916 | 2025/0284923 | |
| 2024/0107312 | 2025/0308656 | |
| 2024/0146531 | 2025/0371523 | |

95

**Privacy, Security, and App Integrity Patents & Published Patent Applications**

| | | |
|---|---|---|
| 7,519,808 | 8,806,221 | 9,165,175 |
| 7,640,440 | 8,813,198 | 9,170,859 |
| 7,813,715 | 8,826,405 | 9,197,700 |
| 7,877,631 | 8,832,465 | 9,202,061 |
| 7,900,074 | 8,850,206 | 9,237,016 |
| 7,913,297 | 8,850,572 | 9,237,305 |
| 8,045,472 | 8,873,747 | 9,247,377 |
| 8,086,281 | 8,873,758 | 9,280,644 |
| 8,127,982 | 8,949,935 | 9,299,072 |
| 8,161,306 | 8,966,574 | 9,317,683 |
| 8,464,061 | 8,971,924 | 9,361,454 |
| 8,472,874 | 8,978,094 | 9,402,153 |
| 8,473,961 | 9,043,632 | 9,411,947 |
| 8,537,659 | 9,047,471 | 9,414,232 |
| 8,589,667 | 9,052,919 | 9,419,794 |
| 8,612,857 | 9,052,977 | 9,436,455 |
| 8,638,385 | 9,053,351 | 9,456,298 |
| 8,688,967 | 9,077,759 | 9,460,313 |
| 8,694,766 | 9,098,719 | 9,473,562 |
| 8,750,799 | 9,100,828 | 9,532,111 |
| 8,752,165 | 9,106,411 | 9,532,219 |
| 8,755,521 | 9,124,637 | 9,542,558 |
| 8,775,757 | 9,137,261 | 9,558,363 |
| 8,789,037 | 9,158,957 | 9,563,488 |

| | | |
|---|---|---|
| 9,591,339 | 9,898,642 | 10,122,759 |
| 9,591,443 | 9,904,629 | 10,133,725 |
| 9,602,963 | 9,912,476 | 10,133,868 |
| 9,619,377 | 9,918,664 | 10,136,252 |
| 9,653,079 | 9,942,355 | 10,142,104 |
| 9,674,707 | 9,974,467 | 10,153,900 |
| 9,684,547 | 9,979,625 | 10,171,458 |
| 9,684,801 | 9,990,128 | 10,177,933 |
| 9,706,032 | 10,012,967 | 10,192,055 |
| 9,710,673 | 10,021,440 | 10,200,761 |
| 9,712,550 | 10,025,597 | 10,200,824 |
| 9,734,327 | 10,031,000 | 10,205,833 |
| 9,743,450 | 10,039,003 | 10,210,648 |
| 9,747,435 | 10,042,595 | 10,216,928 |
| 9,774,917 | 10,042,701 | 10,218,685 |
| 9,778,728 | 10,055,634 | 10,223,096 |
| 9,788,209 | 10,057,062 | 10,243,990 |
| 9,794,741 | 10,078,361 | 10,262,182 |
| 9,811,393 | 10,078,749 | 10,270,898 |
| 9,825,762 | 10,079,019 | 10,271,209 |
| 9,830,137 | 10,079,880 | 10,272,294 |
| 9,842,062 | 10,091,558 | 10,276,165 |
| 9,864,984 | 10,097,973 | 10,289,996 |
| 9,875,346 | 10,103,934 | 10,303,289 |
| 9,877,193 | 10,116,996 | 10,303,885 |

97

| | | |
|---|---|---|
| 10,305,770 | 10,440,578 | 10,606,539 |
| 10,313,506 | 10,445,396 | 10,613,808 |
| 10,318,377 | 10,447,839 | 10,628,105 |
| 10,318,721 | 10,453,375 | 10,628,580 |
| 10,331,321 | 10,454,679 | 10,630,647 |
| 10,341,860 | 10,454,783 | 10,642,416 |
| 10,372,930 | 10,454,962 | 10,643,004 |
| 10,372,932 | 10,488,230 | 10,652,736 |
| 10,372,963 | 10,489,146 | 10,671,275 |
| 10,375,519 | 10,491,708 | 10,671,428 |
| 10,382,210 | 10,491,932 | 10,694,364 |
| 10,382,895 | 10,503,564 | 10,698,701 |
| 10,389,782 | 10,515,209 | 10,699,622 |
| 10,395,128 | 10,521,188 | 10,701,042 |
| 10,405,181 | 10,521,579 | 10,708,049 |
| 10,410,035 | 10,546,293 | 10,713,351 |
| 10,410,076 | 10,551,906 | 10,715,380 |
| 10,410,568 | 10,555,175 | 10,715,609 |
| 10,410,569 | 10,558,546 | 10,719,167 |
| 10,417,429 | 10,567,965 | 10,726,139 |
| 10,419,377 | 10,571,996 | 10,735,905 |
| 10,419,912 | 10,573,319 | 10,736,543 |
| 10,431,224 | 10,594,835 | 10,750,367 |
| 10,432,614 | 10,595,073 | 10,754,603 |
| 10,437,580 | 10,599,867 | 10,755,787 |

| | | |
|---|---|---|
| 10,757,552 | 10,902,137 | 11,055,438 |
| 10,771,545 | 10,902,903 | 11,055,492 |
| 10,771,847 | 10,908,864 | 11,068,419 |
| 10,776,502 | 10,915,160 | 11,070,889 |
| 10,776,511 | 10,924,793 | 11,070,949 |
| 10,778,633 | 10,924,921 | 11,079,261 |
| 10,782,651 | 10,936,719 | 11,086,915 |
| 10,783,227 | 10,951,419 | 11,095,758 |
| 10,783,269 | 10,951,592 | 11,107,567 |
| 10,783,929 | 10,965,474 | 11,115,818 |
| 10,789,642 | 10,970,083 | 11,115,820 |
| 10,803,281 | 10,977,642 | 11,120,600 |
| 10,827,330 | 10,978,195 | 11,144,297 |
| 10,841,401 | 10,986,211 | 11,144,624 |
| 10,845,868 | 10,986,482 | 11,148,007 |
| 10,852,968 | 10,993,274 | 11,157,136 |
| 10,853,510 | 11,003,148 | 11,161,010 |
| 10,856,148 | 11,010,485 | 11,165,963 |
| 10,856,152 | 11,012,428 | 11,175,929 |
| 10,860,412 | 11,012,438 | 11,176,021 |
| 10,863,307 | 11,012,807 | 11,177,955 |
| 10,872,024 | 11,017,109 | 11,178,124 |
| 10,872,042 | 11,026,051 | 11,178,260 |
| 10,872,256 | 11,049,503 | 11,188,477 |
| 10,884,604 | 11,050,737 | 11,188,624 |

| | | |
|---|---|---|
| 11,194,546 | 11,374,967 | 11,533,607 |
| 11,204,733 | 11,379,273 | 11,553,350 |
| 11,209,961 | 11,386,189 | 11,556,631 |
| 11,212,679 | 11,393,258 | 11,568,039 |
| 11,227,063 | 11,405,185 | 11,570,143 |
| 11,228,421 | 11,424,018 | 11,582,229 |
| 11,238,160 | 11,429,145 | 11,582,517 |
| 11,245,967 | 11,430,571 | 11,601,287 |
| 11,263,020 | 11,439,324 | 11,601,419 |
| 11,263,326 | 11,450,372 | 11,606,217 |
| 11,269,575 | 11,461,279 | 11,606,669 |
| 11,283,703 | 11,467,853 | 11,616,765 |
| 11,287,942 | 11,468,787 | 11,636,192 |
| 11,290,411 | 11,482,005 | 11,641,563 |
| 11,290,762 | 11,483,712 | 11,660,503 |
| 11,297,369 | 11,493,890 | 11,665,505 |
| 11,297,373 | 11,494,046 | 11,669,338 |
| 11,297,392 | 11,496,286 | 11,669,883 |
| 11,307,921 | 11,500,672 | 11,671,250 |
| 11,317,161 | 11,501,008 | 11,671,493 |
| 11,321,041 | 11,508,380 | 11,671,833 |
| 11,329,827 | 11,514,157 | 11,671,835 |
| 11,331,007 | 11,516,622 | 11,675,476 |
| 11,334,404 | 11,528,271 | 11,675,919 |
| 11,363,137 | 11,531,758 | 11,683,396 |

| | | |
|---|---|---|
| 11,690,041 | 11,818,681 | 11,978,035 |
| 11,700,168 | 11,822,664 | 11,989,394 |
| 11,704,134 | 11,822,858 | 11,989,634 |
| 11,706,584 | 11,825,380 | 11,995,929 |
| 11,710,035 | 11,831,770 | 11,996,190 |
| 11,722,315 | 11,832,100 | 12,001,579 |
| 11,722,450 | 11,842,028 | 12,001,857 |
| 11,727,093 | 11,861,350 | 12,001,858 |
| 11,728,972 | 11,862,173 | 12,008,087 |
| 11,737,012 | 11,863,671 | 12,022,011 |
| 11,747,969 | 11,893,486 | 12,028,711 |
| 11,751,162 | 11,895,082 | 12,034,994 |
| 11,758,035 | 11,895,111 | 12,036,018 |
| 11,765,163 | 11,895,114 | 12,041,185 |
| 11,765,585 | 11,895,346 | 12,052,315 |
| 11,768,575 | 11,903,090 | 12,066,344 |
| 11,775,128 | 11,914,419 | 12,073,705 |
| 11,775,632 | 11,914,737 | 12,074,849 |
| 11,782,573 | 11,914,983 | 12,074,865 |
| 11,783,654 | 11,918,857 | 12,075,313 |
| 11,785,465 | 11,941,108 | 12,079,260 |
| 11,792,242 | 11,941,688 | 12,079,532 |
| 11,798,672 | 11,949,938 | 12,080,421 |
| 11,800,168 | 11,973,859 | 12,088,740 |
| 11,805,009 | 11,974,338 | 12,089,178 |

101

| | | |
|---|---|---|
| 12,094,604 | 12,231,318 | 12,354,424 |
| 12,095,907 | 12,259,697 | 12,363,017 |
| 12,101,687 | 12,259,978 | 12,368,576 |
| 12,111,962 | 12,260,331 | 12,375,850 |
| 12,117,320 | 12,260,452 | 12,380,196 |
| 12,120,083 | 12,262,111 | 12,381,728 |
| 12,124,895 | 12,262,278 | 12,394,523 |
| 12,126,657 | 12,265,687 | 12,395,327 |
| 12,141,266 | 12,267,206 | 12,396,045 |
| 12,143,483 | 12,274,918 | 12,399,667 |
| 12,143,895 | 12,277,003 | 12,411,927 |
| 12,149,779 | 12,278,922 | 12,431,002 |
| 12,164,901 | 12,279,227 | 12,445,273 |
| 12,170,089 | 12,294,655 | 12,445,437 |
| 12,177,207 | 12,299,107 | 12,449,948 |
| 12,177,527 | 12,301,550 | 12,460,950 |
| 12,177,768 | 12,301,948 | 12,461,642 |
| 12,185,096 | 12,306,592 | 12,462,005 |
| 12,189,756 | 12,307,841 | 12,478,835 |
| 12,199,817 | 12,314,408 | 12,483,756 |
| 12,204,932 | 12,314,527 | 12,483,858 |
| 12,210,612 | 12,314,781 | 12,483,895 |
| 12,211,506 | 12,321,666 | 12,487,682 |
| 12,225,253 | 12,335,569 | 12,493,458 |
| 12,229,475 | 12,342,050 | 12,494,913 |

| | | |
|---|---|---|
| 12,495,353 | 2024/0264727 | 2025/0110774 |
| 12,536,060 | 2024/0276177 | 2025/0111082 |
| 12,547,521 | 2024/0289143 | 2025/0111557 |
| 12,549,641 | 2024/0314383 | 2025/0112967 |
| 12,550,214 | 2024/0333719 | 2025/0119273 |
| 12,554,373 | 2024/0371252 | 2025/0138767 |
| 12,554,815 | 2024/0372855 | 2025/0155921 |
| 12,556,929 | 2024/0380575 | 2025/0156025 |
| 12,561,463 | 2024/0380735 | 2025/0165279 |
| 12,566,835 | 2024/0397477 | 2025/0165582 |
| 12,574,241 | 2024/0403402 | 2025/0166059 |
| 12,596,774 | 2024/0422136 | 2025/0168064 |
| 12,598,468 | 2024/0422724 | 2025/0168095 |
| 12,604,049 | 2024/0429746 | 2025/0168497 |
| 12,618,738 | 2025/0013290 | 2025/0200165 |
| 12,627,637 | 2025/0016131 | 2025/0226847 |
| 12,632,531 | 2025/0053637 | 2025/0244730 |
| 2023/0127500 | 2025/0056632 | 2025/0244731 |
| 2023/0393888 | 2025/0071550 | 2025/0247674 |
| 2023/0397005 | 2025/0086141 | 2025/0247675 |
| 2023/0421687 | 2025/0086266 | 2025/0247676 |
| 2024/0048985 | 2025/0088825 | 2025/0247677 |
| 2024/0078079 | 2025/0088826 | 2025/0251704 |
| 2024/0129690 | 2025/0106319 | 2025/0260765 |
| 2024/0179532 | 2025/0106595 | 2025/0267427 |

103

2025/0278715

2025/0278717

2025/0294334

2025/0343680

2025/0344070

2025/0348568

2025/0350445

2025/0350455

2025/0350467

2025/0350585

2025/0350828

2025/0356064

2025/0362979

2025/0371128

2025/0371964

2025/0373610

2025/0377933

2025/0379735

2025/0379782

2025/0379914

2025/0379924

2025/0392456

2026/0023835

2026/0046114

**App Store Services Patents & Published Patent Applications**

| | | |
|---|---|---|
| 7,577,433 | 8,812,494 | 9,542,172 |
| 7,581,101 | 8,874,792 | 9,547,683 |
| 7,603,106 | 8,924,516 | 9,552,359 |
| 7,606,562 | 8,965,828 | 9,582,642 |
| 7,707,273 | 8,983,978 | 9,582,643 |
| 7,764,968 | 8,990,103 | 9,589,007 |
| 7,958,357 | 8,996,402 | 9,600,830 |
| 8,081,954 | 9,059,950 | 9,633,368 |
| 8,081,956 | 9,098,363 | 9,652,782 |
| 8,117,309 | 9,183,247 | 9,672,023 |
| 8,370,330 | 9,191,687 | 9,674,151 |
| 8,478,240 | 9,201,895 | 9,710,252 |
| 8,510,309 | 9,203,624 | 9,727,326 |
| 8,510,658 | 9,220,084 | 9,729,596 |
| 8,640,032 | 9,244,673 | 9,767,477 |
| 8,676,682 | 9,277,530 | 9,826,354 |
| 8,706,808 | 9,319,406 | 9,836,760 |
| 8,712,902 | 9,329,844 | 9,842,348 |
| 8,719,091 | 9,342,842 | 9,881,320 |
| 8,744,951 | 9,350,778 | 9,898,500 |
| 8,745,153 | 9,363,238 | 9,952,841 |
| 8,751,513 | 9,369,840 | 9,965,146 |
| 8,755,769 | 9,417,767 | 9,977,668 |
| 8,799,123 | 9,529,500 | 10,019,726 |

| | | |
|---|---|---|
| 10,025,785 | 10,684,871 | 11,048,681 |
| 10,055,756 | 10,755,032 | 11,144,297 |
| 10,069,898 | 10,757,552 | 11,184,425 |
| 10,084,874 | 10,769,182 | 11,294,785 |
| 10,089,637 | 10,783,227 | 11,347,750 |
| 10,108,748 | 10,795,750 | 11,354,487 |
| 10,142,774 | 10,810,250 | 11,381,674 |
| 10,158,635 | 10,819,769 | 11,386,189 |
| 10,185,988 | 10,824,536 | 11,393,258 |
| 10,236,079 | 10,831,339 | 11,399,089 |
| 10,290,367 | 10,872,256 | 11,403,673 |
| 10,311,121 | 10,896,437 | 11,404,146 |
| 10,318,119 | 10,901,761 | 11,416,471 |
| 10,353,693 | 10,904,375 | 11,467,726 |
| 10,394,838 | 10,938,936 | 11,490,155 |
| 10,395,128 | 10,949,316 | 11,528,271 |
| 10,410,076 | 10,955,994 | 11,556,979 |
| 10,447,812 | 10,956,933 | 11,659,022 |
| 10,474,479 | 10,983,803 | 11,671,835 |
| 10,521,579 | 10,983,811 | 11,720,467 |
| 10,534,778 | 10,991,013 | 11,726,799 |
| 10,567,225 | 11,025,622 | 11,748,224 |
| 10,592,572 | 11,032,604 | 11,765,163 |
| 10,621,026 | 11,036,610 | 11,816,694 |
| 10,621,189 | 11,036,722 | 11,818,224 |

| | | |
|---|---|---|
| 11,829,787 | 12,395,319 | 2025/0202793 |
| 11,853,306 | 12,430,660 | 2025/0258883 |
| 11,861,350 | 12,443,693 | 2025/0274268 |
| 11,895,105 | 12,461,726 | 2025/0385782 |
| 11,895,114 | 12,462,005 | 2026/0030336 |
| 11,935,113 | 12,489,830 | 2026/0037242 |
| 11,936,627 | 12,493,458 | 2026/0050535 |
| 12,008,232 | 12,513,130 | 2026/0059021 |
| 12,019,750 | 12,517,755 | 2026/0072639 |
| 12,032,552 | 12,530,274 | 2026/0075133 |
| 12,045,275 | 12,561,221 | 2026/0106863 |
| 12,073,854 | 12,603,762 | |
| 12,141,266 | 2024/0086412 | |
| 12,149,779 | 2024/0200967 | |
| 12,154,136 | 2024/0223540 | |
| 12,160,462 | 2024/0281490 | |
| 12,189,634 | 2024/0282107 | |
| 12,223,540 | 2024/0302952 | |
| 12,299,273 | 2024/0362199 | |
| 12,309,259 | 2024/0388761 | |
| 12,321,269 | 2025/0053637 | |
| 12,332,765 | 2025/0138725 | |
| 12,363,196 | 2025/0138984 | |
| 12,380,466 | 2025/0165121 | |
| 12,386,481 | 2025/0168443 | |

**Linked Out Purchase Patents & Published Patent Applications**

| | |
|---|---|
| 8,473,961 | 2025/0330310 |
| 9,245,112 | 2025/0371529 |
| 9,280,644 | 2026/0030605 |
| 9,361,454 | |
| 9,734,327 | |
| 9,922,354 | |
| 10,216,928 | |
| 10,387,131 | |
| 10,511,670 | |
| 10,567,225 | |
| 10,586,260 | |
| 10,601,796 | |
| 11,042,846 | |
| 11,055,438 | |
| 11,880,808 | |
| 12,074,849 | |
| 12,282,538 | |
| 12,462,230 | |
| 12,489,830 | |
| 12,598,068 | |
| 2025/0238788 | |
| 2025/0238789 | |
| 2025/0238795 | |
| 2025/0238796 | |

# APPENDIX D

```python
import os
import time
import requests
import pandas as pd


# ============================================================
# Config
# ============================================================

APP_NUMBERS = [
"18893727",

]

OUTPUT_CSV = "patents_output.csv"
CLEANED_COL = "cleaned number"
TITLE_COL = "title"
APPLICANT_COL = "applicant"
PRIORITY_COL = "priority date"
BEFORE_2006_COL = "Before 1.1.2006"

# Set your key here or via the USPTO_ODP_API_KEY env var
ODP_API_KEY = os.environ.get("USPTO_ODP_API_KEY", "rqrmxiasmaw")
ODP_URL = "https://api.uspto.gov/api/v1/patent/applications/{app_num}"

HEADERS = {
    "X-API-KEY": ODP_API_KEY,
    "Accept": "application/json",
}

RETRIES = 100
RETRY_DELAY = 10
REQUEST_TIMEOUT = 60
PER_CALL_SLEEP = 0.5  # ODP rate limit is roughly 60/min


# ============================================================
# Helpers
# ============================================================

def clean_app_number(ref):
    """Strip US prefix, slashes, spaces, commas. 'US18/405979' -> '18405979'."""
    s = str(ref).strip().upper()
    if s.startswith("US"):
        s = s[2:]
    return s.replace("/", "").replace(",", "").replace(" ", "").strip()


def get_with_retry(url):
    for attempt in range(1, RETRIES + 1):
        try:
```

```python
            r = requests.get(url, headers=HEADERS, timeout=REQUEST_TIMEOUT)
            if r.status_code == 404:
                return None  # don't retry not founds
            r.raise_for_status()
            return r.json()
        except requests.exceptions.RequestException as e:
            print(f"[attempt {attempt}/{RETRIES}] {url} failed: {e}")
            if attempt < RETRIES:
                time.sleep(RETRY_DELAY)
    return None


def is_before_2006(iso_date):
    """Return 'Yes' / 'No' / None for a YYYY-MM-DD string."""
    if not iso_date:
        return None
    s = str(iso_date)
    if len(s) >= 4 and s[:4].isdigit():
        return "Yes" if int(s[:4]) < 2006 else "No"
    return None


def earliest_priority_date(record):
    """Walk filingDate, foreignPriorityBag, and parentContinuityBag.
    Return the minimum date as a YYYY-MM-DD string, or None."""
    candidates = []

    meta = record.get("applicationMetaData", {}) or {}
    if meta.get("filingDate"):
        candidates.append(meta["filingDate"])
    if meta.get("effectiveFilingDate"):
        candidates.append(meta["effectiveFilingDate"])

    for fp in record.get("foreignPriorityBag", []) or []:
        if fp.get("filingDate"):
            candidates.append(fp["filingDate"])

    for parent in record.get("parentContinuityBag", []) or []:
        if parent.get("parentApplicationFilingDate"):
            candidates.append(parent["parentApplicationFilingDate"])

    # ISO dates sort lexicographically
    candidates = [c for c in candidates if c]
    return min(candidates) if candidates else None


# ============================================================
# Fetch one application
# ============================================================
```

```python
def fetch_application(app_number):
    """Return the first patentFileWrapperDataBag record, or None."""
    url = ODP_URL.format(app_num=app_number)
    payload = get_with_retry(url)
    if not payload:
        return None
    bag = payload.get("patentFileWrapperDataBag") or []
    return bag[0] if bag else None


# ============================================================
# Run
# ============================================================

input_refs = []
cleaned_numbers = []
titles = []
applicants = []
priority_dates = []
before_flags = []

print(f"Fetching {len(APP_NUMBERS)} applications from USPTO ODP...")
for ref in APP_NUMBERS:
    ref = str(ref).strip()
    app_num = clean_app_number(ref)
    record = fetch_application(app_num)

    input_refs.append(ref)

    if record is None:
        print(f"  {ref} -> error")
        cleaned_numbers.append("error")
        titles.append(None)
        applicants.append(None)
        priority_dates.append(None)
        before_flags.append(None)
        time.sleep(PER_CALL_SLEEP)
        continue

    meta = record.get("applicationMetaData", {}) or {}
    earliest = earliest_priority_date(record)

    cleaned_numbers.append(app_num)
    titles.append(meta.get("inventionTitle"))
    applicants.append(meta.get("firstApplicantName"))
    priority_dates.append(earliest)
    before_flags.append(is_before_2006(earliest))

    print(f"  {ref} -> {app_num} | earliest priority: {earliest}")
    time.sleep(PER_CALL_SLEEP)
```

```python
df = pd.DataFrame({
    "ref number": input_refs,
    CLEANED_COL: cleaned_numbers,
    TITLE_COL: titles,
    APPLICANT_COL: applicants,
    PRIORITY_COL: priority_dates,
    BEFORE_2006_COL: before_flags,
})

df.to_csv(OUTPUT_CSV, index=False)
print(f"\nWrote -> {OUTPUT_CSV}")

errors = (df[CLEANED_COL] == "error").sum()
filled = df[PRIORITY_COL].notna().sum()
print(f"Filled {filled}/{len(df)} priority dates. {errors} lookup errors.")
print(df.to_string(index=False))
```

# **<u>APPENDIX E</u>**

## Phase 10



**<u>Audible</u>**



2

**Tidal**



3

## GoodShort



4

**AllTrails**



5

## FortNite





6

**Flo**



**<u>Lose It!</u>**



## SoundCloud



**Strava**



## <u>Bingo Blitz</u>





11

## Clash of Clans





## **LinkedIn**



**<u>Cricut</u>**



**Hinge**



## <u>Polycam</u>



16

**YouTubeTV**

