# Exhibit 2
## <u>Redacted Version</u>

Prepared for: Apple Inc.

# Analysis of the Value of Apple's IP Underpinning Apple's IP-Protected Tools, Technologies, and Services in the Context of the Limited Use Rights Granted to Developers

**Expert Report of Paul K. Meyer and Michael J. Lasinski**
**HKA Global, LLC**
**August 12, 2026**

**<u>Redacted Version</u>**

I.    Introduction ..................................................................................................................4

   A.    Background and Experience ....................................................................................4

      1.    Paul K. Meyer ...................................................................................................4

      2.    Michael J. Lasinski ...........................................................................................5

   B.    Scope of Assignment...............................................................................................7

   C.    Information Considered ...........................................................................................9

II.   Framework of Report and Summary of Opinions ....................................................9

III.  Background ................................................................................................................14

   A.    iPhone and iPad......................................................................................................14

   B.    iOS and the App Store............................................................................................15

      1.    Apple Developer Program and Related Agreements ......................................17

      2.    U.S. App Store Billings by Genre...................................................................22

   C.    Existing App Store Commission Structures in Foreign Countries.................................23

      1.    App Store Commission Structure in Japan .....................................................23

      2.    App Store Commission / Fee Structure in Europe..........................................27

      3.    App Store Commission Structure in Brazil ....................................................30

IV.   General Overview of Apple's Intellectual Property ...............................................33

   A.    Apple's Patents, Copyrights, and Trade Secrets ...................................................33

   B.    Apple's Trademarks (Brand)..................................................................................35

   C.    Apple's Substantial Investments in Research and Development.............................38

V.    Apple's IP-Protected Tools, Technologies, and Services ......................................41

   A.    Identification of Exemplary IP-Protected TTS Provided to Developers .........................42

   B.    Identification of Exemplary Benefits of Apple's TTS Provided to Developers and the Underlying Apple IP ...............................................................................................45

      1.    Xcode ..............................................................................................................45

      2.    User Interfaces ................................................................................................49

HIGHLY CONFIDENTIAL –                **1**              SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

3.   3D Graphics ...........................................................................................................52

4.   2D Graphics ...........................................................................................................55

5.   Core Video .............................................................................................................57

6.   Core Motion ...........................................................................................................59

7.   GameKit and Game Center .....................................................................................62

8.   Augmented Reality .................................................................................................65

9.   Haptics ...................................................................................................................68

10.  Spotlight .................................................................................................................70

11.  Live Activities and Widgets ...................................................................................73

12.  FairPlay ..................................................................................................................76

13.  Connectivity ...........................................................................................................78

14.  Apple Intelligence and Machine Learning ..............................................................80

15.  HealthKit ................................................................................................................83

16.  HomeKit .................................................................................................................86

17.  Core Location .........................................................................................................89

18.  Siri .........................................................................................................................91

19.  CarPlay ...................................................................................................................94

20.  Core Audio .............................................................................................................97

21.  Camera ...................................................................................................................99

22.  Wallet ...................................................................................................................102

23.  Privacy, Security, and App Integrity .....................................................................105

24.  Developer Services ...............................................................................................107

**VI. Apple's IP-Protected Additional Services .................................................................109**

A.   Distribution Services............................................................................................110

1.   Exemplary Benefits of App Store Distribution Services to Developers ...................111

HIGHLY CONFIDENTIAL –      **2**      SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

B.  Discovery Services.................................................................................................112

    1.  Exemplary Benefits of App Store Discovery Services to Developers.......................113

C.  Marketing Services ...............................................................................................114

    1.  Exemplary Benefits of App Store Marketing Services to Developers......................115

D.  App Store Analytics Services.................................................................................117

    1.  Exemplary Benefits of App Store Analytics Services to Developers ......................118

E.  Exemplary Apple IP Underlying the Additional Services Provided to Developers.......119

**VII.  Linked-Out Purchases .......................................................................................121**

**VIII.  Summary of Exemplary Apple IP Underlying the TTS and Additional Services Provided to Developers.................................................................................................123**

**IX. Analysis of the Indicators of Economic Value That Developers Obtain from Apple's IP-Protected TTS and Additional Services...........................................................126**

A.  Apple's Investments in the IP-Protected TTS and Additional Services .......................127

    1.  Apple's Investments in the IP-Protected TTS Provided to Developers.....................127

    2.  Apple's Investments in Additional Services for the App Store.................................131

B.  Costs of Analogous Tools, Technologies and Services to the TTS and Additional Services that Apple Provides to Developers...............................................................138

C.  Market and Regulatory Based Benchmarks....................................................................145

    1.  Platform Technology Commission Rates.................................................................146

    2.  *Epic v. Google* Commission Structure Under March Proposal................................150

    3.  App Store Commission Structure in Other Countries..............................................154

D.  Additional Benefits to Developers Not Reflected in the Indicators of Economic Value that Developers Obtain from Apple's IP-Protected TTS and Additional Services.................160

**X.  Conclusion...........................................................................................................162**

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

## I.    INTRODUCTION

### A.  Background and Experience

#### 1.  Paul K. Meyer

1.    I am a Partner at HKA Global LLC and the leader of the global IP practice at HKA, a global consulting firm.  Before HKA, I was a founding member and the President of TM Financial Forensics ("**TMF**"), a business, economic, financial, and damages consulting company, which became part of HKA in November 2022.

2.    I am a Certified Public Accountant, Certified Fraud Examiner, Certified Licensing Professional and Accredited in Business Valuation.  I have held positions at Stanford University in the Graduate School of Engineering, where I taught a course covering accounting, quantitative methods, valuation, and financial issues for almost 30 years.  I am a member of the Advisory Board for the McIntire School of Commerce at the University of Virginia.  I am a former member of the Board of Trustees of the University of San Francisco.

3.    I have analyzed and valued intangible and other assets, including intellectual property ("**IP**"), for over 30 years across many industries and technologies, including software, mobile apps, video gaming, computer hardware, mobile handsets, tablets, telecommunications, consumer goods, and social media platforms.

4.    I have provided valuation services to support "licensing in" and "licensing out" transactions involving intangible property and assets.  My analyses have been based on various methodologies, including the well-established market, income and cost approaches.  I have also valued contracts and tangible property assets in a variety of disputes and other analytical situations.

5.    I have over 40 years of experience consulting on financial, accounting, economic, licensing, and damages matters.  These engagements have included testimony in the International Trade Commission, International Chamber of Commerce, International Court of Arbitration, U.S. Federal District Courts, and the High Court of England and Wales.  I have also submitted declarations and filed

testimony in courts systems in the EU and China.  Over the last 30 years, I have provided expert testimony on IP valuation in globally recognized court system IP disputes.  I have prepared or analyzed hundreds of claims for lost profits and reasonable royalty damages.  Based on that work and my educational and employment background, I am highly experienced in matters related to the scope of the work in this case.

6. I have lectured on IP valuation, licensing, and damages in national and international forums, including at the Sedona Conference, University of Southern California Intellectual Property Institute, Santa Clara University, Stanford University, University of Texas Advanced Patent Law Institute (at the United States Patent and Trademark Office, "USPTO"), and the Licensing Executive Society.  I have led global panels addressing the valuation of IP rights in London, Munich, Seoul and The Hague.  I am included in the IAM Patent 1000 and IAM 300, which identify the leading global IP valuation strategists, theorists and advisors.

7. My curriculum vitae, including a listing of cases in which I have testified as an expert witness at trial, arbitration and/or deposition in the last five years is included as **Attachment 1** to this Report.  HKA is being compensated for my work on this case at my normal hourly rate of $1,200.  That compensation is not dependent on the outcome of this case.

## 2.  Michael J. Lasinski

8. I am Michael J. Lasinski, a Partner at HKA.  Previously, I was Senior Managing Director at Ankura Consulting Group and head of the Intellectual Property Group. I was also the founding member of 284 Partners, LLC, a professional services firm focused on IP valuation, litigation consulting, IP acquisition and licensing strategy, and transactional services. Over the past 30 plus years, I have assisted clients, including corporations, law firms, government entities, and investors, in understanding, evaluating and valuing the financial and economic aspects of IP.

9. My consulting practice has focused on the financial aspects of IP since 1995. I have valued IP and businesses in the context of licensing, sales, mergers,

acquisitions, investments, tax matters, and litigation, among many others.  During my career, I have completed hundreds of valuations of IP assets. I have addressed the topic of IP valuation, litigation, licensing, and tax matters throughout the U.S. and internationally, including on global panels focused on IP rights.

10.    I am a past President of the Licensing Executives Society International, the umbrella organization of national and regional associations for licensing executives, and I am a past President of the Licensing Executives Society United States and Canada ("**LES**"). LES is one of the country's largest IP licensing trade organizations. I am a past Division Chair of the American Bar Association's IP Section. I am a former Chair of the Valuation and Taxation Committee of LES and a former Vice-Chair of the Intellectual Property Owners Association's Valuation and Taxation Committee. I have also been named one of the World's 300 Leading IP Strategists by Intellectual Asset Management.

11.    I have been retained many times to provide expert testimony in federal, state, tax, and arbitration proceedings on IP value. A list of cases in which I have provided expert testimony is included in my curriculum vitae in Appendix 1 of this report.

12.    I hold a Bachelor of Science in Electrical Engineering (Summa Cum Laude) and a Master of Business Administration (High Honors) from the University of Michigan. I am a Certified Public Accountant licensed in the state of Illinois. I am also Certified in Financial Forensics by the American Institute of Certified Public Accountants, and I am a Certified Licensing Professional initiated by the LES.

13.    My curriculum vitae, including a listing of cases in which I have testified as an expert witness at trial, arbitration and/or deposition in the last five years is included as is included as **Attachment 2** to this Report.  HKA is being compensated for my work on this case at my normal hourly rate of $1,000.  That compensation is not dependent on the outcome of this case.

HIGHLY CONFIDENTIAL –                          **6**                  SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

## B.    Scope of Assignment

14.    I understand that, in *Epic Games v. Apple*, the district court issued permanent injunctive relief that required Apple to permit developers to include links directing users to external purchase mechanisms for digital goods and services ("**linked-out purchases**").[1]  I understand that the Ninth Circuit affirmed this injunction.[2]  I also understand that, after the Ninth Circuit's affirmance, the district court found Apple to be in violation of the injunction and held, among other things, that Apple may not charge a commission on linked-out purchases.[3]

15.    I understand that, on December 11, 2025, the Ninth Circuit held that the district court's injunction properly "bars only prohibitive commissions or fees" on linked-out purchases such that Apple is entitled to charge a reasonable, non-prohibitive commission that compensates Apple for, among other things, Apple's costs that are genuinely and reasonably necessary for coordinating external links for linked-out purchases as well as compensation for the use of the Apple IP directly used to permit third-party developers ("**Developers**") to consummate linked-out purchases, which I understand from Mr. Thompson include the use of certain of Apple's IP-protected tools, technologies, and services ("**TTS**"), as well as IP-protected distribution, discovery, marketing, and analytics services ("**Additional Services**").[4]  I also understand that the Ninth Circuit remanded the proceedings to the district court for the determination of a reasonable, non-prohibitive commission for linked-out purchases[5] and suggested several exemplary paths the district court could follow, stating:

> "Apple should be able to charge a commission on linked-out purchases with the following in mind: (a) Apple should be able to charge a commission on linked-out purchases based on the costs

---

[1] Order Granting Epic's Motion to Enforce Injunction, *Epic Games, Inc. v Apple, Inc.*, April 30, 2025: pp. 75-76 [APL-EG-R_00018984-063].

[2] Ninth Circuit Opinion, *Epic Games, Inc. v Apple, Inc.*, December 11, 2025: p. 9 [APL-EG-R_00019064-117].

[3] Order Granting Epic's Motion to Enforce Injunction, *Epic Games, Inc. v Apple, Inc.*, April 30, 2025: pp. 58-59, 75 [APL-EG-R_00018984-063].

[4] Ninth Circuit Opinion, *Epic Games, Inc. v Apple, Inc.*, December 11, 2025: p. 38, see also pp. 9 and 29 [APL-EG-R_00019064-117].

[5] Ninth Circuit Opinion, *Epic Games, Inc. v Apple, Inc.*, December 11, 2025: pp. 41-42 [APL-EG-R_00019064-117].

that are genuinely and reasonably necessary for its coordination of external links for linked-out purchases, but no more. We refer to these costs as "necessary costs."; (b) In making a determination of Apple's necessary costs, Apple is entitled to some compensation for the use of its intellectual property that is directly used in permitting Epic and others to consummate linked-out purchases. In deciding how much that should be, the district court should consider the fact that most of the intellectual property at issue is already used to facilitate IAP, and costs attributed to linked-out purchases should be reduced equitably and proportionately; (c) Apple should receive no commission for the security and privacy features it offers to external links, and its calculation of its necessary costs for external links should not include the cost associated with the security and privacy features it offers with its IAP; (d) Apple should not be able to charge any commission for linked-out purchases until such time as the district court has approved an appropriate fee, but both parties should be encouraged to reach agreement and/or seek the court's approval of its proposed fee expeditiously; and (e) The district court may determine how best to make the referenced determination but one possibility includes inviting the parties to provide expert testimony based upon which it would determine the appropriate fee or commission to be chargeable for Apple's actual costs of providing services for linked-out transactions."[6]

16.    HKA was retained by counsel for Apple to provide valuation analyses in response to the Ninth Circuit's December 2025 opinion, including assessments of the value of the Apple IP underpinning its IP-Protected TTS and Additional Services in the context of the limited use rights granted to Developers of native iOS apps distributed through the App Store. As part of this analysis, I evaluate the economic value Developers obtain from being provided, and accessing, these IP-protected offerings, and assess whether the value of Apple's IP as identified by

---

[6] Ninth Circuit Opinion, *Epic Games, Inc. v Apple, Inc.*, December 11, 2025: pp. 41-42 [APL-EG-R_00019064-117].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

Mr. Thompson in this context supports the commission rate(s) proposed by Apple.

17. The analyses and opinions in this report are my own; developed specifically for purposes of this case and are not intended to be used in any other proceeding.

### C. Information Considered

18. **Attachment 3** to this Report lists various documents and information that I relied on to form my opinions. I may use the documents and information listed on **Attachment 3** at any hearing and/or trial in this case. I may also prepare demonstratives or summaries based on the documents and information listed on **Attachment 3** and use them at hearings and/or trial in this case.

19. To form my opinions, I relied on input from Mr. Chris Thompson, a technical expert retained by counsel for Apple.[7]

20. The opinions and analyses in this Report are based on the documents and information that are currently available to me. I may supplement and/or amend my opinions to address additional information, additional documents, and/or any arguments advanced by Epic or Epic's witnesses.

## II. FRAMEWORK OF REPORT AND SUMMARY OF OPINIONS

21. Apple operates the App Store as a platform that enables Developers to distribute apps to users of Apple devices and to monetize those apps through in-app purchases ("**IAP**"), subscriptions, and advertising and linked-out transactions.[8] Below, I first provide a high-level overview of the structure of this Report, followed by a summary of my opinions and the methodology employed.

22. **Section III** and **Section IV** provide factual and technical background related to Apple, iOS, the App Store, the Apple Developer Program and related Agreements,

---

[7] Expert Report of Mr. Chris Thompson.
[8] https://www.apple.com/app-store/developing-for-the-app-store/ [APL-EG-R_00004973-987]; https://developer.apple.com/in-app-purchase/ [APL-EG-R_00003567-583]; https://developer.apple.com/app-store/review/guidelines/#business [APL-EG-R_00005632-693]; https://developer.apple.com/app-store/business-models/ [APL-EG-R_00001740-743].

as well as the role of Apple's IP, research and development (**"R&D"**) investments, and integrated platform.

23. **Section V** addresses the Apple TTS provided to Developers, the benefits that Developers obtain from those TTS, and the Apple IP identified by Mr. Thompson.

24. **Section VI** addresses Apple's Additional Services (i.e., distribution, discovery, marketing, and analytics), the benefits that Developers obtain from these Additional Services, and the Apple IP identified by Mr. Thompson.

25. **Section VII** addresses Apple's tools and technologies that developers use to consummate linked-out purchases, and the Apple IP identified by Mr. Thompson. **Sections V** through **VII** provide detailed identification of the Apple IP underpinning its TTS and Additional Services in the context of the limited use rights granted to Developers through the Apple Developer Program and related Agreements, and **Section VIII** provides a summary of the identified IP.

26. In **Section IX**, I introduce and apply an analytical approach to assess the value of the Apple IP underpinning Apple's TTS and Additional Services in the context of the limited use rights granted to Developers of native iOS apps distributed through the App Store. As part of this analysis, I evaluate the economic value Developers obtain from being provided, and accessing, these Apple IP-protected offerings, providing a framework to assess whether the value of Apple's IP in this context supports the commission rates proposed by Apple. This analysis employs a three-step framework that includes assessing: (1) Apple's historical and ongoing investments to develop, maintain, and improve the App Store, the TTS, and Additional Services; (2) the cost-of-analogous technologies (replacement costs); and (3) market and regulatory benchmarks.

27. Under this analytical valuation approach, I employ a three-step framework to provide an economic assessment of the value that Developers obtain from having limited use rights to Apple's IP-protected TTS and Additional Services, which

enable them to build, market, monetize, and distribute iOS compatible apps on the App Store.

28. First, my investment-based methodology assesses Apple's historical and ongoing investments in the App Store and the iOS platform that enables it. Based on my analysis, Apple has made significant historical investments to develop, maintain, and improve the App Store and iOS platform. Apple continues to make significant investments to improve the App Store and the iOS platform, as well as to expand the benefits and capabilities of the IP-protected TTS and Additional Services, including through internal initiatives and third-party acquisitions. While the economic value received by Developers is likely to be in excess of the cost of Apple's investments, these substantial investments establish that Developers receive at least substantial economic value from Apple's IP-protected TTS and Additional Services.

29. Second, my cost-of-analogous technologies methodology identifies exemplary costs Developers may incur to replicate, replace, or procure analogous tools, technologies, and services to certain Apple TTS and Additional Services, which I understand from Mr. Thompson are protected by Apple's IP. These approximate replacement costs provide an indication of a small part of the economic value that Developers obtain from their limited use right to Apple's IP-protected TTS and Additional Services. Because these analogous tools, technologies, and services are imperfect substitutes and do not fully replicate Apple's IP-protected TTS, Additional Services, and integrated developer platform, their costs serve as reliable lower-bound estimates of the economic value that Developers obtain from Apple's IP-protected TTS and Additional Services. This methodology understates the true economic value, both because the economic value received by Developers is not limited to the avoided costs relating to these particular tools, technologies and services, and because this methodology cannot account for the reduced transaction costs, network externalities, and integration efficiencies that Developers realize by accessing these capabilities through a single, unified

platform rather than piecing together with third-party alternatives.[9] Accordingly, while this is a reliable lower-bound in the sense that the economic value received by Developers is no less than suggested by this methodology, the true value received by developers is likely far greater.

30. Third, in my market and regulatory-based methodology, I assess benchmarks in the market including: (1) analogous platform technology commission rates; (2) the settlement proposed by Epic and Google in March 2026; and (3) App Store commission and fee structures in Japan, the European Union ("**EU**"), and Brazil that were established as the result of regulatory proceedings. These benchmarks provide an indicator of the value that Developers obtain from Apple's IP-protected TTS and Additional Services to Developers in the U.S. However, as explained below, the regulatory-based benchmarks are the results of negotiations conducted under the implicit or explicit threat of government sanction and are not the result of arm's-length transactions between a willing licensor and willing licensee. Therefore, they definitionally represent floors for assessing the ultimate IP value provided to Developers, rather than market valuations based on arm's-length negotiations between willing market participants.

31. Finally, I identify additional benefits that Apple provides to Developers, but that are not fully captured by my investment, cost, and market analyses, which demonstrate that my assessment of the value that Developers obtain from Apple's IP-protected TTS and Additional Services is conservatively low and understated. I recognize differences exist among developers, including: (1) developers differ in size, app category, and business model; (2) not all developers rely on the same services to the same degree; and (3) the estimated value components and metrics are not entirely additive, due to overlap and variation in app usage. However, these differences do not impact my overall opinion, and my three-step analytical framework provides reasonable, lower-bound indicators of the economic value

---

[9] **Attachment 12**.

that Developers obtain from Apple's IP-protected TTS and Additional Services.

32.     The value that Developers obtain from Apple's IP-protected TTS and Additional Services provides a lower-bound reference point for the value of Apple's IP that underlies the TTS and Additional Services in the specific circumstances discussed herein – which pertains to use of the IP by Developers (i.e., solely for use of Apple's TTS and Additional Services), which is further limited to specific use of the TTS and Additional Services as outlined in the Apple Developer Program and related agreements.   While not every aspect of Apple's TTS and Additional Services may be expressly protected by Apple's IP, I understand from Mr. Thompson that Apple's IP is pervasive throughout them.[10]   Thus, the value realized by Developers from use of Apple's TTS and Additional Services, which allows them to build, test, distribute and subsequently monetize their apps on the App Store, is enabled by, and therefore largely representative of, the value of Apple's IP provided to Developers in these circumstances.

33.     In conclusion, based on my documented summary and analysis of the IP identified by Mr. Thompson, it is my opinion that Apple provides TTS and Additional Services that rely on an underlying bundle of Apple integrated IP that provides significant economic value to Developers.   Based on my investment, cost, and market/regulatory-based analyses, it is my opinion that the value that Developers obtain from Apple's IP-protected TTS and Additional Services in connection with linked-out purchases more than supports the commission rates proposed by Apple – which I understand from counsel are 15% for standard apps, 10% for program apps, and 5% for small business program apps.

---

[10] Expert Report of Mr. Chris Thompson

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

## III.  BACKGROUND

### A.  iPhone and iPad

34.  Apple announced the iPhone on January 9, 2007 and began shipping iPhone devices in the U.S. on June 29, 2007.[11]  The iPhone introduced "an entirely new user interface based on a large multi-touch display and pioneering new software, letting users control the iPhone with just their fingers."[12]  Apple differentiated itself from other cellular handset makers, which led competitors to reconsider their designs and operating systems. [13]  The iPhone transformed communication, allowing for more "immediate and multimedia-rich" interaction among consumers via functionalities such as iMessage, FaceTime, and access to social media apps through the App Store, which were introduced in subsequent iterations of the device.[14]  The combination of different functionalities—including a mobile phone with music, camera and internet—in one product was groundbreaking.[15]

35.  Apple announced the iPad on January 27, 2010, and began shipments in the U.S. on April 3, 2010.[16]  With the iPad, Apple gave consumers "a revolutionary device for browsing the web, reading and sending email, enjoying photos, watching videos, listening to music, playing games [and] reading e-books."[17]  Steve Jobs remarked that the iPad created "an entirely new category of devices that [would]

---

[11] "Apple Reinvents the Phone with iPhone," Apple Press Release, January 9, 2007: https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/ [APL-EG-R_00001748-752]; Apple Inc., Form 10-K for fiscal year ending September 29, 2007, p. 6 [APL-EG-R_00001856-022].

[12] "Apple Reinvents the Phone with iPhone," Apple Press Release, January 9, 2007: https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/ [APL-EG-R_00001748-752]; Apple Inc., Form 10-K for fiscal year ending September 29, 2007, p. 6 [APL-EG-R_00001856-022].

[13] https://applemagazine.com/iphone-evolution-18-years-of-innovation/ [APL-EG-R_00005191-194].

[14] https://applemagazine.com/iphone-evolution-18-years-of-innovation/ [APL-EG-R_00005191-194].

[15] "Apple Reinvents the Phone with iPhone," Apple Press Release, January 9, 2007: https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/ [APL-EG-R_00001748-752].

[16] "Apple Launches iPad," Apple Press Release, January 27, 2010: https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/ [APL-EG-R_00001744-747]; "iPad Arrives This Saturday," Apple Press Release, March 29, 2010: https://www.apple.com/newsroom/2010/03/29iPad-Arrives-This-Saturday/ [APL-EG-R_00007587-589].

[17] "Apple Launches iPad," Apple Press Release, January 27, 2010: https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/ [APL-EG-R_00001744-747].

connect users with their apps and content in a much more intimate, intuitive and fun way than ever before."[18]

## B.   iOS and the App Store

36.   When the iPhone launched in 2007, Apple did not permit third parties to create native apps.[19]  The only native iPhone apps were made by Apple.[20]

37.   In March 2008, Apple introduced the iPhone Developer Program.[21]  In the first week, more than 100,000 Developers downloaded the beta iPhone Software Development Kit ("**SDK**").[22]  This SDK provided "developers with the same rich set of Application Programming Interfaces ("**APIs**") and tools that Apple used to create its native applications for iPhone."[23]

38.   In March 2008, Apple previewed the App Store, a platform application that allows Developers to deliver their apps to iPhones.[24]  On July 10, 2008, Apple launched the App Store with 500 apps.[25]  With this release, Apple enabled Developers—whether working alone or as part of a larger company—to create innovative, well-crafted native apps and easily share them with an expanding global audience.[26]

---

[18] "Apple Launches iPad," Apple Press Release, January 27, 2010: https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/ [APL-EG-R_00001744-747].

[19] https://appleinsider.com/articles/18/07/10/the-revolution-steve-jobs-resisted-apples-app-store-marks-10-years-of-third-party-innovation [APL-EG-R_00005172-176].

[20] https://appleinsider.com/articles/18/07/10/the-revolution-steve-jobs-resisted-apples-app-store-marks-10-years-of-third-party-innovation [APL-EG-R_00005172-176].

[21] "iPhone SDK Downloads Top 100,000," Apple Press Release, March 12, 2008: https://www.apple.com/newsroom/2008/03/12iPhone-SDK-Downloads-Top-100-000/ [APL-EG-R_00007590-592].

[22] "iPhone SDK Downloads Top 100,000," Apple Press Release, March 12, 2008: https://www.apple.com/newsroom/2008/03/12iPhone-SDK-Downloads-Top-100-000/ [APL-EG-R_00007590-592].

[23] "iPhone SDK Downloads Top 100,000," Apple Press Release, March 12, 2008: https://www.apple.com/newsroom/2008/03/12iPhone-SDK-Downloads-Top-100-000/ [APL-EG-R_00007590-592].

[24] "iPhone SDK Downloads Top 100,000," Apple Press Release, March 12, 2008: https://www.apple.com/newsroom/2008/03/12iPhone-SDK-Downloads-Top-100-000/ [APL-EG-R_00007590-592].

[25] "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525]; https://appleinsider.com/articles/18/07/05/apple-details-history-of-app-store-on-its-10th-anniversary [APL-EG-R_00005169-171].

[26] "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525].

39.   Apple's advanced hardware and software, together with the innovative concepts introduced by Developers who recognized the possibilities of having an iPhone always within reach, helped create new industries.[27]  For example, start-ups that began with apps in the App Store, including Uber, Instagram, Calm, and Instacart, embraced iPhone technologies such as the camera, Apple Pay, GPS, and Location Services to deliver on-demand and personalized experiences.[28]  The App Store transformed consumer interaction with businesses such that many apps are now a part of everyday tasks, experiences, and business.[29]

40.   Functionalities such as Multi-Touch on the iPhone and iPad have enabled mobile gaming applications to become mainstream due in large part to Apple, the App Store, and the IP-protected TTS and Additional Services.  The App Store has enhanced the convenience of "playing on the go,"[30] such that iOS is now the most popular gaming platform in the world.[31]  The iPhone's strong hardware and software integration provides seamless gaming experiences, allowing for quality gaming on mobile devices.[32]  In addition, the A-series chips, Retina displays, and 3D graphics of the iPhone has made games visually striking and smooth, accelerating their popularity.[33]

41.   The App Store provides Developers with unparallel global access to users.  In 2025 alone, the App Store received a weekly average of over 890 million visitors,

---

[27] "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525].

[28] "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525].

[29] "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525].

[30] "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525].

[31] The App Store "reshaped the entire mobile industry". *See:* https://www.blog.udonis.co/mobile-marketing/mobile-games/mobile-games [APL-EG-R_00005294-330]; "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525].

[32] "Apple's iPhones are known for their seamless integration of hardware and software. This tight control over both aspects allows for optimized performance, leading to smoother gameplay", *see:* https://applemagazine.com/why-gaming-on-iphones-is-more-satisfying-than-on-android/ [APL-EG-R_00005186-190]; "The App Store turns 10," Apple Press Release, July 5, 2018: https://www.apple.com/newsroom/2018/07/app-store-turns-10/ [APL-EG-R_00004511-525].

[33] https://applemagazine.com/why-gaming-on-iphones-is-more-satisfying-than-on-android/ [APL-EG-R_00005186-190].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

**16**

SUBJECT TO PROTECTIVE ORDER

929 million downloads, and 2 billion redownloads.[34]  Further, as of 2025, users can access over 2.1 million apps—140 times more than they could access at the end of 2008.[35]

### 1.  Apple Developer Program and Related Agreements

42.  As discussed throughout this report, Apple has made and continues to make significant investments to develop, enhance, and improve the IP-protected TTS and Additional Services that allow Developers to, among other things, build, test, and distribute apps on the App Store, and subsequently monetize their apps, including through linked-out purchases.  Apple's IP-protected TTS and Additional Services enable Developers to create and update apps on an ongoing basis under multiple business models, including free, freemium, paid, and paymium models—each of which allows Developers to generate revenue.[36]  As discussed above, Apple established the Developer Program to grant Developers access to Apple's IP-protected TTS and Additional Services, and ultimately to help them develop, test, and distribute apps through the App Store.[37]  As discussed below, while the Developer Program and related agreements provide Developers with access to and allows usage of Apple's IP-protected TTS and Additional Services for the limited purposes in the agreements, they do not grant or imply any other rights or licenses to Apple IP.

43.  Apple provides SDKs to Developers, which were first released when Apple announced the Developer Program.[38]  I understand from Mr. Thompson that these SDKs include an extensive library of IP-protected documents and source code,

---

[34] https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423].

[35] [2,100,000 ÷ 15,000 = 140]; https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423]; https://www.blog.udonis.co/mobile-marketing/mobile-games/mobile-games [APL-EG-R_00005294-330].

[36] https://developer.apple.com/app-store/business-models/ [APL-EG-R_00001740-743].

[37] "iPhone SDK Downloads Top 100,000," Apple Press Release, March 12, 2008: https://www.apple.com/newsroom/2008/03/12iPhone-SDK-Downloads-Top-100-000/ [APL-EG-R_00007590-592]; "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, pp. 4-5 [APL-EG-R_00003998-024].

[38] https://www.apple.com/newsroom/2008/03/06Apple-Announces-iPhone-2-0-Software-Beta/ [APL-EG-R_00004988-991].

such as tutorials, sample code, articles, and APIs.[39]  With more than 250,000 APIs, Apple gives developers broad access to its platform technologies, which power the capabilities and functionality users experience in apps.[40]  Members of Apple's Developer Program also gain access to a suite of tools where they can pre-release versions of apps to up to 10,000 external users via TestFlight, measure different levels of engagement and performance via App Analytics, and receive direct feedback from Apple engineers and designers.[41]

44.    As discussed in detail below, Developers can access many IP-protected TTS and Additional Services through the Developer Program and related agreements. Developers also benefit from Apple's Developer Program in additional ways.  For example, Developers benefit from Apple's marketing and promotional efforts.[42] Developers also benefit from Apple's "distribution services and systems" which, for example, allow for and enable the consummation of sales and delivery of software to potential customers.[43]  In addition, with the worldwide audience that Developers gain through the Developer Program and the App Store, Apple helps Developers navigate foreign taxation systems and requirements from different countries.[44]

45.    Apple provides Developers with a library of sample source code for Apple technologies.[45]  Exemplary sample source code provided to Developers include: (1) building a workout app for iPhone; (2) capturing cinematic video;

---

[39] Expert Report of Mr. Chris Thompson Section VIII; https://developer.apple.com/documentation/ [APL-EG-R_00006135-141]; "iPhone SDK Downloads Top 100,000," Apple Press Release, March 12, 2008: https://www.apple.com/newsroom/2008/03/12iPhone-SDK-Downloads-Top-100-000/ [APL-EG-R_00007590-592].

[40] "The Apple Ecosystem in the US," p. 11: https://www.apple.com/newsroom/pdfs/2024-US-Apple-Ecosystem-Report.pdf [APL-EG-R_00001393-415]; https://support.apple.com/guide/shortcuts-mac/whats-an-api-apd2e30c9d45/mac [APL-EG-R_00007999].

[41] https://developer.apple.com/programs/ [APL-EG-R_00005737-741].

[42] Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction, September 15, 2020: p. 2 [APL-EG-R_00008510-512].

[43] Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction, September 15, 2020: p. 2 [APL-EG-R_00008510-512].

[44] Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction, September 15, 2020: p. 2 [APL-EG-R_00008510-512].

[45] https://developer.apple.com/documentation/samplecode/ [APL-EG-R_00006281-326].

(3) enhancing an app's privacy and security with quantum-secure workflows; (4) translating text in an app; and (5) developing a document-based app.[46]

46.     Membership in Apple's Developer Program allows Developers to use a wide variety of services and capabilities that enhance user functionalities such as: Airplay (wireless streaming), CloudKit (data storage), StoreKit (customer purchases), Push Notifications (alerts), Face ID (biometric facial recognition), Touch ID (biometric fingerprint identity sensor), Core ML (machine learning model integration), Managed Background Assets (hosting of downloadable assets), and DeviceCheck (device state management and app integrity).[47]

47.     Apple has multiple agreements that govern the access to and use of Apple's IP-protected TTS and Additional Services, including the Apple Developer Agreement ("**Developer Agreement**")[48] and Apple Developer Program License Agreement ("**DPLA**").[49]  I discuss both agreements in turn below.

48.     The Developer Agreement governs the relationship between Apple and the Developer.  This agreement outlines benefits that Apple provides to Developers, such as the opportunity to attend certain "Apple Events" and access certain "services Apple offers at Apple Events or on the Site as well as the offering of any content or materials displayed on the Site," which includes "certain proprietary content that Apple may make available to [the Developer]."[50]  In addition, Apple provides Developers the opportunity to enhance their experience by creating a "Developer Profile" to provide relevant content and communication.[51]  The Developer Agreement states that "Apple retains ownership of all its rights in the Site, Content, Apple Events and Services, and except as expressly set forth herein,

---

[46] https://developer.apple.com/documentation/samplecode/ [APL-EG-R_00006281-326].

[47] https://developer.apple.com/programs/whats-included/ [APL-EG-R_00006227-231].

[48] Apple Developer Agreement ("Developer Agreement"), March 18, 2025: https://developer.apple.com/support/downloads/terms/apple-developer-agreement/Apple-Developer-Agreement-20250318-English.pdf [APL-EG-R_00001802-808].

[49] Apple Developer Program License Agreement ("DPLA"): https://developer.apple.com/support/terms/apple-developer-program-license-agreement/ [APL-EG-R_00005742-940].

[50] Developer Agreement: pp. 1, 3-4 [APL-EG-R_00001802-808].

[51] Developer Agreement: p. 1 [APL-EG-R_00001802-808].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                     **19**                    SUBJECT TO PROTECTIVE ORDER

no other rights or licenses are granted or to be implied under any Apple intellectual property."[52]

49.   Under the Developer Agreement, Apple grants to Developers "a nonexclusive, nontransferable, right and license to use of the Pre-Release Materials," which includes pre-release versions of Apple software, services, and hardware.[53] Developers also obtain access to Apple's "software and/or hardware compatibility testing and development labs … and/or developer technical support incidents," which includes source code snippets, sample code, software, and other materials.[54] However, the Developer Agreement "does not grant [] any right or license to incorporate or make use of any Apple intellectual property (including for example and without limitation, trade secrets, patents, copyrights, trademarks and industrial designs) in any product."[55]  The Developer Agreement also states that, except as expressly set forth in the agreement, "no other rights or licenses are granted or to be implied under any Apple intellectual property."[56]

50.   The DPLA governs the license terms under the Apple Developer Program. Specifically, the DPLA states: "Apple is willing to grant You a limited license to use the Apple Software and Services provided to You under this Program to develop and test Your Applications."[57]  The DPLA further states: "In order to use the Apple Software and Services, [Developers] must first accept this Agreement."[58]  Under the DPLA, Apple also grants Developers a "limited, non-exclusive, personal, revocable, non-sublicensable and non-transferable license" to: (a) Install a reasonable number of copies of the Apple Software for the purpose of selling or testing Covered Products; (b) Make and distribute a reasonable number of copies of the Documentation to Authorized Developers; (c) Install a Provisioning Profile on each of the Authorized Test Units; (d) Install a Provisioning Profile on each Registered Device; and (e) Incorporate the Apple

---

[52] Developer Agreement: p. 1 [APL-EG-R_00001802-808].
[53] Developer Agreement: pp. 1-2 [APL-EG-R_00001802-808].
[54] Developer Agreement: p. 4 [APL-EG-R_00001802-808].
[55] Developer Agreement: p. 2 [APL-EG-R_00001802-808].
[56] Developer Agreement: p. 2 [APL-EG-R_00001802-808].
[57] DPLA: Purpose [APL-EG-R_00005742-940].
[58] DPLA: Section 1.1: Acceptance [APL-EG-R_00005742-940].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY          **20**          SUBJECT TO PROTECTIVE ORDER

Certificates issued for purposes of digitally signing Applications, Passes, Safari Extensions, Safari Push Notifications.[59]  However, the DPLA expressly states:

> You may not use the Apple Services in any manner that is inconsistent with the terms of this Agreement or that infringes any IP Rights of a third party or Apple, or that violates any applicable laws or regulations.  You agree that the Apple Services contain proprietary content, information and material owned by Apple and its licensors, and protected by applicable intellectual property and other laws.  You may not use such proprietary content, information or materials in any way whatsoever, except for the permitted uses of the Apple Services under this Agreement, or as otherwise agreed by Apple in writing.[60]

51.    The DPLA includes a $99 per year fee for member Developers, but non-profits, educational institutions, and government entities can request a waiver.[61]  This fee "was not designed to cover any costs" or intended to compensate Apple for the IP-protected TTS and Additional Services provided to Developers.[62]

52.    As discussed below, Apple has made significant investments in R&D to create, enhance, and protect the iOS ecosystem, App Store, and IP-protected TTS and Additional Services, including the IP that is directly used to permit Developers to consummate linked-out purchases.  As the inventor, creator, and owner of this IP, Apple retains the exclusive right to govern its use.  While Apple is not required to license or grant access to any IP discussed in this Report, a Developer must use Apple's IP to develop, distribute, and monetize apps in the iOS ecosystem, including to consummate linked-out purchases.[63]  Under the Developer Program, Developers obtain limited use rights to the IP underlying the TTS and Additional Services, including the IP that is directly used to facilitate linked-out purchases.

---

[59] DPLA: Section 2.1: Permitted Uses and Restrictions [APL-EG-R_00005742-940].
[60] DPLA: Section 2.8: Use of Apple Services [APL-EG-R_00005742-940].
[61] https://developer.apple.com/programs/enroll/ [APL-EG-R_00005949-951].
[62] Deposition of Phil Schiller (Apple Fellow, App Store and Apple Events), February 11, 2021: pp. 103-104 [APL-EG-R_00008526-530].
[63] This statement applies to the IP at issue and does not apply to any SEPs.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    **21**                    SUBJECT TO PROTECTIVE ORDER

## 2.  U.S. App Store Billings by Genre

53.    Gaming drives a significant proportion of App Store billings.  As shown below in **Table 1**, gaming applications were responsible for over 40% of total App Store billings in the U.S. for 2024.  In terms of revenue share, the Games genre is nearly three times larger than the next largest genre (Entertainment).

**Table 1: App Store U.S. Billings by Genre 2024[64]**

| Rank | Genre | Billing Amount ($M) | Share of Total Billings |
|---|---|---|---|
| 1 | Games | █████ | █████ |
| 2 | Entertainment | █████ | █████ |
| 3 | Photo & Video | █████ | █████ |
| 4 | Lifestyle | █████ | █████ |
| 5 | Health & Fitness | █████ | █████ |
| 6 | Social Networking | █████ | █████ |
| 7 | Productivity | █████ | █████ |
| 8 | Education | █████ | █████ |
| 9 | Music | █████ | █████ |
| 10 | Book | █████ | █████ |
| 11 | Sports | █████ | █████ |
| 12 | Business | █████ | █████ |
| 13 | Utilities | █████ | █████ |
| 14 | News | █████ | █████ |
| 15 | Navigation | █████ | █████ |
| 16 | Graphics & Design | █████ | █████ |
| 17 | Reference | █████ | █████ |
| 18 | Finance | █████ | █████ |
| 19 | Weather | █████ | █████ |
| 20 | Travel | █████ | █████ |
| 21 | Medical | █████ | █████ |
| 22 | Shopping | █████ | █████ |
| 23 | Food & Drink | █████ | █████ |
| 24 | Magazines & Newspapers | █████ | █████ |
| 25 | Stickers | █████ | █████ |
| 26 | Developer Tools | █████ | █████ |
| 27 | Catalogs | █████ | █████ |
|  | **Total** | █████ | **100.0%** |

---

[64] **Attachment 4**.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

54.    As shown in **Figure 1** below, the Gaming genre has historically driven a significant proportion of App Store billings in the U.S.

**Figure 1: App Store U.S. Billings by Genre**
**2019 to 2024**[65]

## C.    Existing App Store Commission Structures in Foreign Countries

55.    Apple has recently established new commission structures across the globe that resulted from regulatory proceedings[66] in these countries, including in Japan, Europe, and Brazil.  I discuss these structures below, which serve as floors for assessing the value Developers obtain from the Apple IP-protected TTS and Additional Services because, for example, they resulted from regulatory proceedings, and their aim was not to specifically assess the value of the IP-protected TTS and Additional Services.

### 1.   App Store Commission Structure in Japan

56.    On December 17, 2025, to comply with the Mobile Software Competition Act, Apple announced changes to the distribution of iOS apps and sale of digital goods

---

[65] **Attachment 4**.
[66] Throughout this report, reference to regulatory proceedings generally refers to any investigation, enforcement action, or other negotiation process with a regulatory body.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    23                    SUBJECT TO PROTECTIVE ORDER

and services via iOS apps in Japan.[67] These updates created new options for Developers to distribute apps on alternative marketplaces and process payments for digital goods and services outside of IAP.[68] App Store users in Japan can continue to use IAP to purchase digital goods and services, manage subscriptions, request refunds, and view their payment history.[69] However, to comply with the Mobile Software Competition Act, Apple now shares tools that offer additional ways for users to purchase digital goods and services offered in App Store apps.[70] Specifically, for iOS apps distributed on the App Store in Japan, Developers can include an alternative payment processing method and/or direct users to a third-party website, using either an a static URL or an actionable link, to complete a transaction.[71]

57.   With these updates, Apple announced updated business terms for Developers in Japan, which "reflect the many ways Apple creates value for developers' apps, whether or not they use the App Store and/or Apple In-App Purchase."[72] The new terms for the App Store in Japan are shown below:[73]

---

[67] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

[68] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

[69] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

[70] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

[71] For apps that use alternative payment processing or link users to the web for transactions, Apple cannot issue refunds and will have less ability to support customers encountering issues, scams, or fraud. Users may need to share their payment information with additional parties, which can introduce privacy and security risks. https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

[72] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024]; https://developer.apple.com/support/app-distribution-in-japan/ [APL-EG-R_00005962-970].

[73] https://developer.apple.com/support/app-distribution-in-japan/ [APL-EG-R_00005962-970]; https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

# Business terms for the App Store in Japan

## App Store commission

| Rate | Applies to |
|---|---|
| 10% | Transactions from participants in the App Store Small Business Program, Mini Apps Partner Program, and Video Partner Program. |
| 10% | Auto-renewable subscriptions after their first year. |
| 21% | Sale of digital goods or services (including using alternative payments within apps). Excludes transactions from program participants or auto-renewable subscriptions after their first year. |

## Apple payment processing fee

| Rate | Applies to |
|---|---|
| 5% | Payments processed by Apple In-App Purchase. |

## Store services commission

The store services commission is applicable when your app directs users to offers and promotions available outside of your app with actionable links that open in a web browser to a website for the purchase of digital goods and services. Only sales made within 7 days of the link tap are subject to this commission.

| Rate | Applies to |
|---|---|
| 10% | Out-of-app offers for relevant transactions from participants in the App Store Small Business Program, Mini Apps Partner Program, and Video Partner Program. |
| 10% | Out-of-app offers for relevant auto-renewable subscriptions after their first year. |
| 15% | Out-of-app offers. |

## Core Technology Commission for iOS apps distributed outside of the App Store

| Rate | Applies to |
|------|------------|
| 5% | Alternative app marketplaces or apps distributed through them are subject to a commission on the sales of paid apps and digital goods or services (including one-time purchases and auto-renewing subscriptions) for use within apps on an Apple platform. |

The Core Technology Commission (CTC) reflects the value Apple provides developers through ongoing investments in the tools, technologies, and services that enable developers to build and share innovative apps with users.

**The CTC covers the following types of transactions:**

- Sales of digital goods and services within apps distributed via alternative marketplaces.

- Sales made directly by an alternative app marketplace, such as sales of digital goods or services, paid app downloads (including the marketplace app itself), and paid subscriptions for content or app catalogs it offers.

- Sales when your app directs users to offers and promotions available outside of your app with actionable links that open in a web browser to a website for the purchase of digital goods and services. Only sales made within 7 days of the link tap are subject to this commission.

58. Apple stated the following when announcing the new Japan commission structure:

> The commissions and fees reflect the extensive value Apple provides developers through ongoing investments in the tools, technologies, and services that enable them to create innovative apps for the Apple ecosystem — as well as the value delivered by the App Store, which offers capabilities such as app distribution and management, discovery, trust and safety, re-engagement, promotional tools and services, app insights, and payment processing and commerce services.[74]

59. Under these new terms, Developers that sell digital goods and services in Japan will pay Apple the same or less than they did before.[75] Developers that do not sell digital goods and services will continue to not pay any commission or fee.[76]

---

[74] https://developer.apple.com/support/app-distribution-in-japan/ [APL-EG-R_00005962-970].

[75] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

[76] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

26

SUBJECT TO PROTECTIVE ORDER

### 2. App Store Commission / Fee Structure in Europe

60. On January 25, 2024, to comply with the Digital Markets Act, Apple announced it would allow Alternative App Marketplaces on iOS in the EU and use a new fee structure for iOS apps.[77] Since then, Apple has been in discussions with the European Commission to find mutually agreeable terms.[78] As of June 26, 2025, for iOS apps in the EU, Apple offered two alternative sets of business terms to developers: (1) remain on Apple's existing terms, or (2) updated Alternative Terms Addendum for Apps in the EU (the "**AEUTA**"). Developers opting to remain on Apple's existing terms could also sign up to the StoreKit External Purchase Link Entitlement (EU) Addendum (the "**SKEPLA**").[79]

61. In the EU the fees payable by Developers depend on the terms they have opted into and whether they choose to use Apple's IAP or "communication and promotion" options to transact with end users, which include the following:

    1) Developers on the original terms using IAP pay a Commission Fee;[80]

    2) Developers on the original terms who have also signed up to the SKEPLA, and use "communication and promotion" options pay an "Initial Acquisition Fee", a "Store Services Fee" and a "Core Technology Commission"; and[81]

    3) Developers on the AEUTA terms using IAP pay a Commission Fee and a "Core Technology Fee"[82]

---

[77] https://www.apple.com/newsroom/2024/01/apple-announces-changes-to-ios-safari-and-the-app-store-in-the-european-union/ [APL-EG-R_00001753-760]; https://9to5mac.com/2024/01/25/apple-announces-reduced-commission-structure-for-apps-europe/ [APL-EG-R_00001426-427].

[78] Apple has been "nearing a settlement with the European Commission" and is in the "final stages of talks with European regulators" regarding Digital Markets Act (DMA) compliance, *see* https://www.macrumors.com/2025/10/08/apple-nearing-agreement-with-eu/ [APL-EG-R_00007654-656].

[79] Alternative Terms Addendum for Apps in the EU, June 26, 2025 [APL-EG-R_00001592-605]; StoreKit External Purchase Link Entitlement (EU) Addendum, June 26, 2025 [APL-EG-R_00004478-485]; https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985]; https://developer.apple.com/support/dma-and-apps-in-the-eu/ [APL-EG-R_00006418-432].

[80] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[81] StoreKit External Purchase Link Entitlement (EU) Addendum, June 26, 2025: § 5.1 [APL-EG-R_00004478-485]; https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[82] Alternative Terms Addendum for Apps in the EU, June 26, 2025: § 3.4.A [APL-EG-R_00001592-605]; https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

    4) Developers on the AEUTA using "communication and promotion" options pay an "Initial Acquisition Fee", a "Store Services Fee" and a "Core Technology Fee."[83]

62. Apple has stated that it will move to a single business model in the EU for all Developers and transition from a "Core Technology Fee" to a "Core Technology Commission".[84] I therefore consider that the fees payable under the SKEPLA terms provide the most useful comparison because those are the only terms that include a Core Technology Commission. I discuss these terms below.

### a. StoreKit External Purchase Link Entitlement (EU) Addendum

63. Under the SKEPLA terms, Developers have the ability to "communicate" and "promote" offers for purchases of digital goods or services for apps distributed on the App Store in the EU.[85] The terms of this Addendum, as communicated by Apple to Developers, are below:[86]

---

[83] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[84] https://developer.apple.com/support/dma-and-apps-in-the-eu/#core-technology-commission [APL-EG-R_00006418-432] [Apple updated its website to confirm that as of January 1, 2026, the CTC may be explicitly charged as a separate commission and additional details regarding the transition would be provided at a later date.].

[85] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[86] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985]; *See also*, StoreKit External Purchase Link Entitlement (EU) Addendum, June 26, 2025 [APL-EG-R_00004478-485].

> **Communication and promotion of offers:** Communicate and promote offers, including steering to transactions other than App Store In-App Purchase, to end users regarding digital goods or services that are available for purchase in a distribution channel of your choice. The distribution channel can be a website, alternative app marketplace, or another app, whether operated by you or someone else, and it can be accessed outside the app, or appear within the app in a web view or native experience. In addition, you may choose whether to take users to the destination using an actionable link (i.e., a link that can be tapped, clicked, or scanned).
>
> - **Initial acquisition fee.** The initial acquisition fee applies when a customer purchases a digital goods or services using an actionable link from your app within a 6-month period after their initial unpaid download of your app. The fee reflects the capabilities the App Store provides when connecting developers with customers in the EU.
> - **Store services fee.** In addition to the initial acquisition fee, you'll pay Apple a fee on all sales of digital goods or services that occur within a 12-month period from the date of an install, including app updates and reinstalls. This reflects the ongoing services and capabilities that Apple the App Store provides developers, including tools and technologies; app distribution and management; App Store trust and safety; re-discovery, re-engagement, and promotional tools and services; app insights, and more.
> - **Core Technology Commission.** You'll also pay Apple a fee on all sales of digital goods or services that occur within a 12-month period from the date of an install, including app updates and reinstalls. This fee reflects value Apple provides developers through ongoing investments in tools, technologies, and services that enable them to build and share innovative apps with users.

64.    The Initial Acquisition Fee, Store Services Fee, and Core Technology Commission ("**CTC**") do not apply to (i) transactions made outside the app that were communicated and promoted without an actionable link, or (ii) auto-renewals of prior subscriptions.[87]

65.    The fee and commission amounts are shown below under a two-tier structure:[88]

| Store Services - Tier 1 | | | |
| --- | --- | --- | --- |
| **Store Services - Tier 2**<br>For apps using optional store services | | | |
| Commission/Fee | Rate | Program Rate* | Description |
| Initial acquisition fee | 2% | 0% | Within 6 months after the first install of your app. |
| Store services fee | 13% | 10% | Within 12 months of the most recent install, update, or reinstall. |
| Core Technology Commission (CTC) | 5% | 5% | Within 12 months of the most recent install, update, or reinstall. |

*For App Store Small Business Program participants or subscriptions after their first year.

---

[87] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[88] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985]; *See also*, StoreKit External Purchase Link Entitlement (EU) Addendum, June 26, 2025 [APL-EG-R_00004478-485].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                29                SUBJECT TO PROTECTIVE ORDER

66. **Attachment 5** lists the store services provided under Tiers 1 and 2.[89]

67. By default, App Store apps are provided Store Services – Tier 2.[90] Developers with App Store apps in the EU that "communicate" and "promote" offers for digital goods or services can choose to move their apps to only use Store Services – Tier 1 which, as noted above, results in a reduced store services fee.[91]

68. In the EU, the CTC "reflects value Apple provides developers through ongoing investments in the tools, technologies, and services that enable them to build and share innovative apps with users,"[92] which are made available regardless of whether an app is distributed through the App Store.[93] Developers that agree to the SKEPLA terms for EU Apps and implement the SKEPLA terms are subject to the CTC.[94]

### 3. App Store Commission Structure in Brazil

69. On December 23, 2025, the Tribunal of the Administrative Council for Economic Defense ("**CADE**"), Brazil's competition authority, approved and announced a settlement with Apple.[95] The settlement ends a three-year investigation triggered by complaints that Apple's iOS rules allegedly restricted competition.[96] Under the settlement, Apple will allow third-party app stores, alternative in-app payment

---

[89] https://developer.apple.com/help/app-store-connect/reference/store-services-tiers/ [APL-EG-R_00006363-365].
[90] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].
[91] Store Services – Tier 1 "provides capabilities needed for app delivery, trust & safety, app management, and engagement; and features a reduced store services fee. This tier is mandatory for apps communicating and promoting offers." Store Services Tier 2 is optional, and "provides additional capabilities for app delivery and management, engagement, curation & personalization, app insights, and developer marketing." https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].
[92] https://developer.apple.com/support/core-technology-fee/ [APL-EG-R_00006032-042]; https://developer.apple.com/support/dma-and-apps-in-the-eu/#core-technology-commission [APL-EG-R_00006418-432].
[93] https://developer.apple.com/support/dma-and-apps-in-the-eu/#distribution-eu [APL-EG-R_00006418-432]. This is also the value that is charged through the Core Technology Fee under the AEUTA terms.
[94] https://developer.apple.com/support/dma-and-apps-in-the-eu/#core-technology-commission [APL-EG-R_00006418-432].
[95] https://antitrust-intelligence.com/brazil-approves-settlement-with-apple-in-ios-antitrust-investigation/ [APL-EG-R_00004943-944]; *see also* https://www.gov.br/cade/en/matters/noticias/cade-firma-un-compromiso-de-cese-con-apple [APL-EG-R_00006626-628].
[96] https://antitrust-intelligence.com/brazil-approves-settlement-with-apple-in-ios-antitrust-investigation/ [APL-EG-R_00004943-944]; *see also* https://www.gov.br/cade/en/matters/noticias/cade-firma-un-compromiso-de-cese-con-apple [APL-EG-R_00006626-628].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

30

SUBJECT TO PROTECTIVE ORDER

systems, and the presentation of payment methods and external offers alongside IAP, accompanied by neutral and objective disclosures.[97]  Apple has 105 days from the Effective Date to implement these changes, and an additional 120 day Transition Period during which prior commercial terms may still apply.[98]

70.    The agreed structure includes an "App Store Commission" of 25% under standard terms or a reduced percentage of 10% for certain Developers.[99]  This commission compensates Apple for "the value of the App Store platform services and tools, including but not limited to distribution, discovery, curation, Developer tools, related technologies and services."[100]  Developers using Apple's payment processing services for IAP pay an additional 5% transaction fee, only applicable to App Store transactions and IAP.[101]

71.    Where an app distributed by the App Store includes a link that sends users to an external website for payment, the Developer pays Apple a 15% commission.[102] This commission is designed to compensate Apple for App Store services, such as distribution and discovery, which Developers benefit from even when users are directed to external websites to complete transactions.[103]  Developers displaying external payment options available on their website, using static, non-clickable text, will not be charged any commission on resulting purchases.[104]  Third-party

---

[97] https://antitrust-intelligence.com/brazil-approves-settlement-with-apple-in-ios-antitrust-investigation/ [APL-EG-R_00004943-944]; *see also* https://www.gov.br/cade/en/matters/noticias/cade-firma-un-compromiso-de-cese-con-apple [APL-EG-R_00006626-628].

[98] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 5.1 – 5.4 [APL-EG-R_00003185-202]; https://money.usnews.com/investing/news/articles/2025-12-23/apple-to-allow-third-party-app-stores-in-brazil-to-settle-ios-case-with-regulator [APL-EG-R_00007829-830]; *see also* https://www.gov.br/cade/en/matters/noticias/cade-firma-un-compromiso-de-cese-con-apple [APL-EG-R_00006626-628].

[99] Cease and Desist Agreement between Apple Inc. and Ministry of Justice and Public Security (MJSP) and Administrative Council for Economic Defense (CADE), December 23, 2025: Annex II, § 1.1 [APL-EG-R_00003185-202].

[100] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 1.2 [APL-EG-R_00003185-202].

[101] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 2.1 [APL-EG-R_00003185-202].

[102] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 4.1 [APL-EG-R_00003185-202].

[103] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 4.2 [APL-EG-R_00003185-202].

[104] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 4.4 [APL-EG-R_00003185-202].

app stores operating on iOS in Brazil will also be subject to a 5% CTC.[105]

72.   On June 18, 2026, Apple announced updated business terms for iOS apps in Brazil which create new options for developers to distribute apps on alternative app marketplaces and to process app payments for digital goods and services outside of Apple IAP.[106]  The updated business terms for iOS apps in Brazil, which now effectively mirror the business terms in Japan discussed above, are shown below:[107]

- **App Store commission**: Developers with iOS apps on the App Store in Brazil will pay a reduced commission of either 10 percent for the vast majority of developers — including members of the Small Business Program, Video Partner Program, Mini Apps Partner Program, and for subscriptions following their first year — or 21 percent on transactions for digital goods and services. The App Store commission reflects the value of the tools, technology, and services that enable developers to create apps, in addition to App Store distribution, discovery, and ongoing services.

- **Apple payment processing fee**: In their iOS apps on the App Store, developers can process payments using Apple In-App Purchase for an additional 5 percent fee.

- **Store services commission**: Developers with iOS apps on the App Store in Brazil will pay a commission of 15 percent on transactions for digital goods and services made on a website linked to by the developer's app. Developers in the programs mentioned above, and subscriptions following their first year, will pay a reduced rate of 10 percent.

- **Core Technology Commission**: iOS apps distributed outside of the App Store in Brazil will pay a 5 percent commission on the sale of digital goods and services, including paid apps. The Core Technology Commission compensates Apple for the tools, technologies, and services that enable developers to build and share their apps with iOS users.

---

[105] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, §§ 3.1, 3.2 [APL-EG-R_00003185-202].

[106] https://www.apple.com/newsroom/2026/06/apple-announces-changes-to-ios-in-brazil/ [APL-EG-R_00005004-013].

[107] https://www.apple.com/newsroom/2026/06/apple-announces-changes-to-ios-in-brazil/ [APL-EG-R_00005004-013].

## IV.    GENERAL OVERVIEW OF APPLE'S INTELLECTUAL PROPERTY

73.    "Apple's innovation is embodied in its Intellectual Property," including patents, trademarks, copyrights, and trade secrets covering parts of its hardware, software, and services.[108]  The success of the App Store is driven by Apple's IP, and Apple's significant investments, business practices, and business risks it has undertaken, including to create the IP-protected TTS and Additional Services.

74.    Apple has a strong commitment to developing IP.  Apple's CEO, Tim Cook, stated that "we pride ourselves in intellectual property.  We put a lot of our personal energy and our investment into R&D to innovate."[109]

### A.  Apple's Patents, Copyrights, and Trade Secrets

75.    Apple has been recognized "as the most intangible-rich firm globally, indicating its success in technological innovations."[110]  Increased R&D spending over the past decade has been a catalyst for developing new IP.  For example, software frameworks with functionalities such as biometric authentication are often protected through layered patents, while distinct interface behaviors such as gestures and animations are also subject to patent protection when uniquely implemented.[111]

76.    As of the date of this Report, I understand Apple owns more than 40,000 issued and unexpired U.S. patents and pending U.S. published patent applications.[112]  In 2025, Apple had the sixth most U.S. patents granted.[113]  In 2024, *IEEE Spectrum* ranked Apple's patent portfolio second in patent power and first within the

---

[108] https://www.apple.com/legal/intellectual-property/ [APL-EG-R_00003798-799]; Apple, Inc. 10-K for the fiscal year ended September 27, 2025: p. 3 [APL-EG-R_00002621-725].

[109] Deposition of Timothy Cook (CEO of Apple Inc.), February 12, 2021: p. 209 [APL-EG-R_00008531-533].

[110] "The Value of Intangible Assets of Corporations Worldwide Rebounds to All-Time High of USD 80 Trillion in 2024," WIPO, 28 February 2025: https://www.wipo.int/en/web/global-innovation-index/w/blogs/2025/the-value-of-intangible-assets-of-corporations [APL-EG-R_00004774-776].

[111] https://applemagazine.com/intellectual-property-portfolio-02/ [APL-EG-R_00005181-185].

[112] Expert Report of Mr. Chris Thompson: ¶ 55.

[113] https://parolaanalytics.com/parolanews/2025-top-100-u-s-patent-owners/ [APL-EG-R_00007848-852].

HIGHLY CONFIDENTIAL –                    **33**                    SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

consumer electronics sector, reflecting strong performance across growth, impact, originality, and generality.[114]

77.    Copyrights are a significant part of Apple's broader IP framework. As of June 29, 2026, Apple held over 6,700 registered U.S. copyrights and numerous unregistered copyrights[115] that protect, for example, Apple's software, imagery, SDKs, source code, and developer documents.[116] In addition to registered copyrights, Apple also protects certain key works, such as SDKs and frameworks with unregistered copyrights.[117] Apple also provides rules restricting how third parties may use its copyrighted works.[118] For instance, Apple requires all iPhone and iPad users to accept the terms of an "iOS and iPadOS Software License Agreement."[119] Users must agree that "Apple and its licensors retain ownership of the Apple Software itself and reserve all rights not expressly granted."[120] Other users of Apple's IP, such as Developers, must agree to the DPLA and individual software licenses for authorized limited use.[121] All sample source code supplied by Apple also includes a notice establishing Apple's copyright protection of the source code and associated documentation.[122]

78.    I understand from Mr. Thompson that Apple has developed a significant amount of information that is confidential, proprietary, and/or qualifies as a trade secret because it derives substantial economic value from not being known to others,

---

[114] "These Companies Were the Patent Powerhouses of 2024 Amazon, Apple, and Snap dominate the rankings," IEE Spectrum, 23 April 2025: https://spectrum.ieee.org/patent-power-2025 [APL-EG-R_00004613-622].

[115] Copyright Public Records System: <https://publicrecords.copyright.gov/> Field Heading - All Names, Search Type - Is Exact: "Apple Inc" [APL-EG-R_00008207-208].

[116] https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html [APL-EG-R_00003790-797]; *see also* https://developer.apple.com/documentation/samplecode/ [APL-EG-R_00006281-326].

[117] Expert Report of Mr. Chris Thompson: ¶ 52.

[118] https://www.apple.com/legal/sla/ [APL-EG-R_00003800-803]; https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html [APL-EG-R_00003790-797].

[119] https://www.apple.com/legal/sla/docs/iOS26_iPadOS26.pdf [APL-EG-R_00006657-586].

[120] https://www.apple.com/legal/sla/docs/iOS26_iPadOS26.pdf [APL-EG-R_00006657-586].

[121] DPLA: https://developer.apple.com/support/terms/apple-developer-program-license-agreement/ [APL-EG-R_00005742-940]; *see also* https://www.apple.com/legal/sla/ [APL-EG-R_00003800-803].

[122] https://developer.apple.com/documentation/samplecode/ [APL-EG-R_00006281-326]; *see, for example,* source code of "Understanding StoreKit workflows": https://developer.apple.com/documentation/StoreKit/understanding-storekit-workflows [APL-EG-R_00006415-417].

which helps Apple maintain a competitive advantage.[123]  Apple takes significant measures to protect the secrecy of this information, including those of unreleased product designs, confidential algorithms, and source code for operating systems and software.[124]  For example, Apple's Confidentiality and Intellectual Property Agreement is a contract between Apple and employees and temporary/contingent workers, whereby they agree to not use or disclose Apple confidential information outside the scope of their work during and after employment, unless and until it becomes publicly available.[125]  Apple's Business Conduct Policy calls attention to the duty employees have to protect Apple's confidential information.[126]

79.  In **Section V.A**, I address the TTS provided to Developers, which I understand from Mr. Thompson are protected by Apple's IP.  I understand that Mr. Thompson identified categories of TTS provided to Developers, which he found are protected by Apple's IP.[127]  I also understand from Mr. Thompson that Developers benefit substantially from these IP-protected TTS, which enable them to distribute and monetize apps on the App Store, including through linked-out purchases.[128]

### B.  Apple's Trademarks (Brand)

80.  Trademarks are a significant part of Apple's IP framework.  As of June 29, 2026, Apple held over 1,000 active registered or pending trademarks.[129]  Apple has published a non-exhaustive list of over 400 trademarks and service marks, over

---

[123] "In general, any confidential business information which provides an enterprise a competitive edge and is unknown to others may be protected as a trade secret," *see* https://www.wipo.int/en/web/trade-secrets [APL-EG-R_00004767-773].

[124] *See, for example,* https://www.macrumors.com/2026/04/14/prosser-still-not-cooperating-in-lawsuit/ [APL-EG-R_00007652-653]; https://www.scbc-law.org/post/apple-and-rivios-settlement-former-employees-and-trade-secret-misappropriation [APL-EG-R_00007907-911].

[125] "Confidentiality and Intellectual Property Agreement," pp. 1-3, 9 [APL-EG-R_00008676-687]. Apple confidential information includes, but is not limited to, inventions, trade secrets, R&D records, ideas, know how, designs, prototypes, software, source code, sources of material, market research, and product roadmaps.

[126] "Business Conduct – The way we do business," February 2026, p. 7: https://www.apple.com/compliance/pdfs/Business-Conduct-Policy.pdf [APL-EG-R_00001766-785].

[127] Expert Report of Mr. Chris Thompson: Section VIII.

[128] Expert Report of Mr. Chris Thompson: Section VIII.

[129] USPTO, Trademark Search: <https://tmsearch.uspto.gov/search/search-information> Owner: "Apple Inc", Status Filter: "Live", "Registered" and "Pending" [APL-EG-R_00008210-212].

100 of which relate to software platforms, features, or technology.[130]  Apple provides comprehensive guidelines and rules restricting the use of this content.[131]

81.  Apple's brand is the corporate image that it has built over time.  It reflects Apple's reputation for innovation, quality, consumer trust, and security.  The Apple® trademark is the legal protection of the Apple brand.  Apple owns other trademarks related to the IP-Protected TTS and Additional Services provided to Developers, including iPhone®, App Store®, and "There's an app for that"®.[132]

82.  Apple's brand contributes to the sales of products and services by Developers.  In May 2011, Apple surpassed Google as the world's most valuable brand.[133]  In 2012, Interbrand stated that Apple enjoyed the biggest increase in brand value (129%), explaining that "increasingly associated with the luxury sector, Apple now produces items that consumers feel they must own to fit in socially."[134]  Interbrand identified Apple as the most valuable global brand in 2013,[135] stating:

> Every so often, a company changes our lives, not just with its products, but with its ethos.  This is why … Interbrand has a new #1—Apple … For revolutionizing the way we work, play, and communicate—and for mastering the ability to surprise and delight—Apple has set a high bar for aesthetics, simplicity, and ease of use that all other tech brands are now expected to match, and that Apple itself is expected to continually exceed.[136]

---

[130] https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html [APL-EG-R_00005102-125].

[131] https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html [APL-EG-R_00003790-797].

[132] https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html [APL-EG-R_00005102-125].

[133] Financial Times, "Apple is World's Most Valuable Brand," May 8, 2011: http://www.ft.com/cms/s/2/5807b944-798d-11e0-86bd-00144feabdc0.html#axzz4FcfgZPZS [APL-EG-R_00001761-762].

[134] "Best Global Brands 2012," Interbrand, 2012: p. 26, *see* https://www.rankingthebrands.com/PDF/Interbrand%20Best%20Global%20Brands%202012.pdf [APL-EG-R_00003588-662].

[135] https://popsop.com/the-brandz-top-100-ranking-has-listed-2013s-most-valuable-brands [APL-EG-R_00001344-345]; "Best Global Brands 2013," Interbrand, 2013: pp. 12-13, *see* https://www.rankingthebrands.com/PDF/Best%20global%20Brands%202013,%20Interbrand.pdf [APL-EG-R_00003663-736].

[136] "Best Global Brands 2013," Interbrand, 2013: pp. 12-13, *see* https://www.rankingthebrands.com/PDF/Best%20global%20Brands%202013,%20Interbrand.pdf [APL-EG-R_00003663-736].

83.    Apple has remained at the top of Interbrand's rankings since 2013, reaching a brand value of approximately $470.9 billion in 2025.[137]

84.    Additional independent sources confirm that Apple is a leader in brand value. Forbes named Apple the world's most valuable brand for 10 consecutive years as of 2020.[138]  Fortune ranked Apple the most valuable brand for four consecutive years as of 2025.[139]  In a 2017 analyst report, Canaccord Genuity stated: "Given the iPhone's strong brand loyalty and customer satisfaction," it "view[ed] the growing installed base as a strong indicator of future long term iPhone sales."[140]  A 2020 UBS analyst report claimed that "Apple smartphones lead the industry in brand loyalty and retention rates."[141]  According to a 2025 Bernstein analyst report, Apple users have high brand loyalty and, with more than 2.35 billion devices and around 1 billion unique users "currently onboarded on Apple's platform, an ever-growing installed base and above-industry margins [], the value of the Apple brand and its ecosystem speaks for itself."[142]

85.    Publicly available surveys also demonstrate the enormous value of Apple's brand. A 2020 survey by HSBC found that the Apple Watch is nearly tied with Rolex in terms of brand preferences among U.S. consumers, which shows Apple's ability to drive luxury and mainstream appeal simultaneously.[143]  According to a report by Baptista Research, Apple is often faced with demand for their products that

---

[137] https://interbrand.com/best-brands/ [APL-EG-R_00003025-033]; "Best Global Brands 2025," Interbrand, 2025: p. 40 [APL-EG-R_00003737-764]; "Apple entered the top quartile of the world's most valuable brands for the first time in 2008—ranked #24, with a brand value of $13.7bn. Within five years, they were ranked #1. They have topped our ranking ever since" *see* "Best Global Brands 2024," Interbrand, 2024: pp. 36, 53 [APL-EG-R_00003034-066].

[138] https://www.forbes.com/sites/kurtbadenhausen/2019/05/22/the-worlds-most-valuable-brands-2019-apple-on-top-at-206-billion/#5fc49d8137c2 [APL-EG-R_00006559-562]; https://www.forbes.com/the-worlds-most-valuable-brands/#6879f79e119c [APL-EG-R_00006555-558].

[139] https://fortune.com/2025/05/16/apple-worlds-most-valuable-brand-2025/ [APL-EG-R_00006563-564].

[140] Canaccord Genuity Analyst Report, November 19, 2017: p. 7 [APL-EG-R_00003104-117].

[141] "Apple Inc., Don't bite the big Apple; Assume coverage with a Neutral rating and a $115 price target," UBS, September 22, 2020: p. 14 [APL-EG-R_00004623-687].

[142] "U.S. IT Hardware," Bernstein, September 25, 2025: p. 52 [APL-EG-R_00002902-024].

[143] "US Deluxe, Checking in on luxury consumption in the US," HSBC Global Research, January 2020: pp. 25-26 [APL-EG-R_00003270-319].

exceeds supply, indicating popularity among consumers.[144]  Notably, a survey by 451 Research found a 98% satisfaction rate for the iPhone in the U.S.[145]

86.    The reputation of the App Store brand serves as a key intangible resource and an important element of the App Store value proposition.[146]  It has expanded with Apple's brand value, growing from approximately 500 in 2008 to over 2.1 million apps in 2025.[147]  In 2018, Apple praised the App Store as having "ignited a cultural, social and economic phenomenon that changed how people work, play, meet, travel and so much more."[148]

## C.    Apple's Substantial Investments in Research and Development

87.    Apple has made, and continues to make, substantial R&D investments, including for iOS and the App Store.  Apple designs and develops nearly the entire solution for the iPhone technology stack, including the hardware, operating system, software, and services.[149]  According to Apple, "the company remains focused on the future and on continuing to think different in the years ahead," and "will continue to innovate in groundbreaking silicon, life-enriching products, transformative software, and services that improve people's lives, while deepening its commitments to environmental responsibility, education, and community impact around the world."[150]

88.    Apple's R&D investments have steadily grown over time.  As shown below, Apple's annual R&D expenditures has grown from approximately $535 million

---

[144] "Apple Inc. (AAPL)," Baptista Research, November 14, 2025: p. 5 [APL-EG-R_00002768-835].

[145] "Apple Inc. (AAPL)," Baptista Research, November 14, 2025: p. 5 [APL-EG-R_00002768-835].

[146] "Apple App Store – the iOS innovation platform," Dominik Bork and Nadja Lapter, June 14, 2024: p. 3: https://digitalplatformcreator.io/wp-content/uploads/2025/02/Apple-App-Store-the-iOS-innovation-platform.pdf [APL-EG-R_00001786-801].

[147] https://www.apple.com/newsroom/2018/07/app-store-turns-10/#:~:text=In%2010%20years%2C%20the%20App,how%20we%20live%20every%20day [APL-EG-R_00004511-525]; https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423].

[148] https://www.apple.com/newsroom/2018/07/app-store-turns-10/#:~:text=In%2010%20years%2C%20the%20App,how%20we%20live%20every%20day [APL-EG-R_00004511-525].

[149] Apple Inc. Form 10-K for the fiscal year ended September 27, 2025: p. 3 [APL-EG-R_00002621-725].

[150] https://www.apple.com/newsroom/2026/03/apple-to-celebrate-50-years-of-thinking-different/ [APL-EG-R_00001763-765].

in FY 2005 (when Apple began working on the iPhone) to over $34 billion in FY 2025, for a combined total of more than $245 billion over this period.

**Figure 2: Apple's R&D Expenses
FY 2005 – FY 2025[151]**

89.    Additional evidence shows that Apple's R&D efforts and investments have been substantial.  In 2021, Apple's CEO, Tim Cook, testified in the trial in this case:

> "[W]e do a number of things.  We invest like crazy in R&D.  We've invested a hundred billion dollars since – since the start of the iPhone development, and – and that number [has] just accelerated.  In fact, we've invested $50 billion in the last three years.  In addition to that, we have a maniacal focus on the user, in doing the right thing by the customer.  We integrate hardware, software, and services, and we think that we do that better than anyone else.  We take a lot of the complexity of technology away from the user and make things simple, not complex."[152]

---

[151] **Attachment 6**.
[152] "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, p. 3,845 [APL-EG-R_00008551-553].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY    39    SUBJECT TO PROTECTIVE ORDER

90.     Apple's sustained R&D spending and continued investments support a steady cadence of product and platform advancements, which help Apple preserve its brand value, competitive advantage, and reputation as an innovator.[153]

91.     Apple's substantial R&D investments are particularly important because Apple competes in a market driven by "rapidly evolving consumer expectations and technological advancements." [154]   Apple's ability to design, develop, and manufacture differentiating technologies and incorporate those innovations into Apple products and services has significantly contributed to Apple's financial success.[155]  Phil Schiller, an Apple Fellow responsible for leading the App Store and Apple Events, testified that Apple differentiates the iPhone through superior design and quality, as well as unique features and capabilities.[156]

92.     Economic authorities recognize R&D as a key mechanism through which firms invest in and generate IP-based assets.[157]  R&D expenditures drive innovation and create long-term value for many organizations, and ultimately an organization's clientele.[158]  Organizations typically align R&D with strategic goals, to ensure that expenditures support long-term objections and create value for customers within

---

[153] https://www.apple.com/newsroom/2025/02/apple-will-spend-more-than-500-billion-usd-in-the-us-over-the-next-four-years/ [APL-EG-R_00005035-048].

[154] "Apple Inc. (AAPL)," Baptista Research, December 5, 2025: p. 5 [APL-EG-R_00002836-901].

[155] "Apple's deep focus on in-house hardware and software innovation combined with an increasing set of features that allows Apple's platform of products and services to function more uniformly, ultimately providing an unmatched, and unreplicable, user experience. While innovation comes at a cost - we estimate Apple will spend an incremental $24B on R&D over the next 3 years (vs. FY21) - it has also translated to share gains across end-markets which we believe is sustainable and a key factor underpinning the recent growth acceleration in Apple's installed base of active devices" *see* "WWDC 2022: Innovation Engine at Full Throttle," Morgan Stanley, June 6, 2022: p. 1 [APL-EG-R_00001346-354]; *see also* "The Path to Over $3 Trillion of Market Cap Is Cheaper Than a Cup of Coffee," Morgan Stanley, July 21, 2022: p. 8 [APL-EG-R_00001355-386].

[156] Deposition of Phil Schiller (Apple Fellow, App Store and Apple Events), February 11, 2021: p. 194 [APL-EG-R_00008526-530].  *See also*, "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Phil Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2713-2714, 2720-2725 [APL-EG-R_00008537-546]; "Reporter's Transcript of Proceedings: Volume 12 – Testimony of Phil Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 18, 2021, pp. 2931-2932 [APL-EG-R_00008547-550].

[157] https://www.bea.gov/data/special-topics/intellectual-property [APL-EG-R_00005278-280]; "Handbook on Deriving Capital Measures of Intellectual Property Products," OECD, 2010: p. 3, https://unstats.un.org/unsd/nationalaccount/docs/OECD-IPP.pdf [APL-EG-R_00003320-489].

[158] https://www.datastudios.org/post/accounting-for-research-and-development-r-d-costs [APL-EG-R_00008274-276].

a competitive market.[159]  Organizations continuously invest in R&D to stay ahead of competition, maintain market share, and charge a competitive price which allows them to recoup the cost of their investment in R&D.[160]

93.    Apple's significant R&D investments have created an ever-increasing IP portfolio (in both size and quality), including the patents, copyrights, trade secrets, and trademarks underlying the TTS and Additional Services, which I discuss below.[161] Apple's ability to charge a commission for IAP and linked-out purchases allows Apple to recoup these investment costs; conversely, if a commission does not appropriately compensate a company such as Apple for these investments, the company may be less likely to make such substantial investments in the future.

## V.    APPLE'S IP-PROTECTED TOOLS, TECHNOLOGIES, AND SERVICES

94.    Apple provides IP-protected TTS that allows Developers to build, optimize, enhance, and monetize their apps.  This broad suite of TTS includes integrated development environments, programming languages, analytics, testing tools, frameworks, and innovative technologies.  Apple provides these TTS without any upfront fees—other than the $99/year Developer Program member fee[162] (which, as noted above, is "not designed to cover any costs" or intended to compensate Apple for the IP-protected TTS and Additional Services provided to Developers[163]), which materially reduces the startup costs and financial risks, while also enabling the development of quality apps and increased user engagement, creating the opportunity for monetization, including through IAP and

---

[159] "Building an R&D Strategy for Moden Times," McKinsey & Company, November 2020: pp. 2, 8-9: https://www.mckinsey.com/capabilities/strategy-and-corporate-finance/our-insights/building-an-r-and-d-strategy-for-modern-times [APL-EG-R_00003804-812]; https://www.globalbankingandfinance.com/r-d-investment-and-profitability-analysis-in-the-technology-sector/#heading-aligning-r-d-with-strategic-goals [APL-EG-R_00006595-600].

[160] "Building an R&D Strategy for Moden Times," McKinsey & Company, November 2020: pp. 2, 4: https://www.mckinsey.com/capabilities/strategy-and-corporate-finance/our-insights/building-an-r-and-d-strategy-for-modern-times [APL-EG-R_00003804-812]; https://whye.org/how-do-research-and-development-expenses-impact-a-company-s-profitability-ratios [APL-EG-R_00008068-071].

[161] https://www.bea.gov/data/special-topics/intellectual-property [APL-EG-R_00005278-280]; "Handbook on Deriving Capital Measures of Intellectual Property Products," OECD, 2010: p. 3, https://unstats.un.org/unsd/nationalaccount/docs/OECD-IPP.pdf [APL-EG-R_00003320-489].

[162] https://developer.apple.com/programs/enroll/ [APL-EG-R_00005949-951].

[163] Deposition of Phil Schiller (Apple Fellow, App Store and Apple Events), February 11, 2021: pp. 103-104 [APL-EG-R_00008526-530].

linked-out purchases.

95.   Apple continuously improves these TTS over time, which are complemented by Apple's continuous investments in enhancing hardware and software.

## A. Identification of Exemplary IP-Protected TTS Provided to Developers

96.   In the sections below, I address the Apple TTS provided to Developers, and the Apple IP that protects them.  To do so, I rely on Mr. Thompson, who identified categories of TTS that Apple provides to Developers that assist and facilitate end-user purchases within apps.[164]  I understand from Mr. Thompson that Developers benefit significantly from these TTS, which are protected by Apple's IP, including patents, copyrights, trademarks, and trade secrets.[165]

97.   **Table 2** below summarizes the categories of TTS identified by Mr. Thompson. **Table 2** also describes exemplary key frameworks and APIs[166] in each category that Developers can use to, for example, build, enhance, and monetize their apps.

**Table 2: Exemplary Apple IP-Protected TTS Provided to Developers[167]**

| TTS Category | Frameworks and Functionalities | General Description |
|---|---|---|
| Xcode | Xcode, File Browser / Project Navigator, Source Editor, Code Completion, Issue Navigator | Xcode is an integrated development environment that facilitates app building and testing.[168] |
| User Interfaces | UIKit, SwiftUI, Touch detection, gestures, scrolling, hierarchical views, Auto Layout, animation, transitions, keyboards, writing tools | UIKit, SwiftUI and corresponding APIs that allow for Developers to create user interfaces for their apps.[169] |
| 3D Graphics | Metal, Command Encoders, Tile Shaders, Deferred Lighting, Argument Buffers | Metal is a hardware-accelerated 3D graphic and compute shader API created by Apple.[170] There are multiple related frameworks that supplement |

---

[164] Expert Report of Mr. Chris Thompson.

[165] Expert Report of Mr. Chris Thompson.

[166] The iOS API offers developers a full suite of tools and frameworks for building iOS apps.  iOS APIs are designed to support a wide range of functionalities, including user interface design, data management, and hardware interaction.  Apple has released more than 250 thousand APIs to developers, with many APIs as a part of frameworks and many that facilitate the creation of apps for different purposes ("The Apple Ecosystem in the US," p. 11: https://www.apple.com/newsroom/pdfs/2024-US-Apple-Ecosystem-Report.pdf [APL-EG-R_00001393-415]).

[167] Expert Report of Mr. Chris Thompson.

[168] https://developer.apple.com/documentation/xcode [APL-EG-R_00006468-471].

[169] https://developer.apple.com/documentation/uikit [APL-EG-R_00006404-408].

[170] https://developer.apple.com/documentation/metal [APL-EG-R_00006232-237].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                          42                    SUBJECT TO PROTECTIVE ORDER

| TTS Category | Frameworks and Functionalities | General Description |
|---|---|---|
| | | Metal (e.g., MetalFX).[171] |
| 2D Graphics | Core Graphics, Drawing Destinations, drawing a path, offscreen rendering, creating gradients or shadings, creating image masks | Core Graphics provides low-level, lightweight 2D rendering with high quality output fidelity. This framework is used to handle path-based drawing, transformations, color management, offscreen rendering, patterns, gradients and shadings, image data management, image creation, and image masking.[172] |
| Core Video | Buffer Management, Time Management, Pixel Buffer Management, Pixel Buffer Recycling | Core Video allows developers to efficiently process and manipulate video data in iOS and macOS apps.[173] |
| Core Motion | Device motion, altitude data, heading orientation, activity notifications, pedometer data, movement disorder data, fall detection | Core Motion reports motion/environment related data from the available onboard hardware of iOS devices.[174] For example, a game might use accelerometer and gyroscope input to control onscreen game behavior.[175] Also applicable to health and fitness related apps.[176] |
| GameKit / Game Center | Challenges, Activities, Dashboard, identity, achievements, leaderboards, Real-Time Multiplayer, Suggested Friends | GameKit allows players to interact with friends, compare leaderboard ranks, earn achievements, and participate in multiplayer games.[177] |
| Augmented Reality (AR) | ARKit, RealityKit, Reality Composer, RoomPlan, content rendering | ARKit combines device motion tracking, world tracking, scene understanding, and display conveniences to simplify building an AR experience.[178] |
| Haptics | Haptic Engine, Haptic Pattern, Haptic Pattern Player, programmable haptics, file-based haptics | Haptics allow Developers to add customized audio and tactile feedback to their app, which helps grab users' attention and reinforce actions.[179] |
| Spotlight | Spotlight APIs, Core Data, public indexing, universal links | Spotlight allows Developers to make their app's content searchable and discoverable via device-wide search.[180] |
| Live Activities and Widgets | ActivityKit, WidgetKit, Deep Linking, Dismissing Live Activities | Live Activities allow users to follow the progress of ongoing tasks, events, or activities via timely, continuously updated information.[181] Widgets let users quickly view key information and perform focused interactions from an app or game in additional contexts.[182] |

[171] https://developer.apple.com/documentation/metal [APL-EG-R_00006232-237].

[172] https://developer.apple.com/documentation/CoreGraphics [APL-EG-R_00005997-6000].

[173] https://developer.apple.com/documentation/corevideo [APL-EG-R_00006043-047].

[174] https://developer.apple.com/documentation/CoreMotion [APL-EG-R_00006015-019].

[175] https://developer.apple.com/documentation/CoreMotion [APL-EG-R_00006015-019].

[176] Expert Report of Mr. Chris Thompson: ¶¶ 170-171.

[177] https://developer.apple.com/documentation/gamekit [APL-EG-R_00006149-155].

[178] https://developer.apple.com/documentation/arkit [APL-EG-R_00005596-597].

[179] https://developer.apple.com/documentation/corehaptics/ [APL-EG-R_00006001-003].

[180] https://developer.apple.com/documentation/foundation/spotlight [APL-EG-R_00006361-362].

[181] https://developer.apple.com/design/human-interface-guidelines/live-activities/ [APL-EG-R_00006196-219].

[182] https://developer.apple.com/design/human-interface-guidelines/widgets/ [APL-EG-R_00006438-467].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    43    SUBJECT TO PROTECTIVE ORDER

| TTS Category | Frameworks and Functionalities | General Description |
|---|---|---|
| FairPlay | FairPlay Session Key Encryption Layer, FairPlay Streaming Deployment Package, batch licensing | Digital rights management technologies enable developers to safeguard original content and business models used on Apple devices.[183] |
| Connectivity | Multipeer Connectivity, Core Bluetooth, AirPlay picker, unified route menus, performance modes, on-demand performance reports | Core Bluetooth and Multipeer Connectivity provide Apple's proprietary implementation of technology that enables apps to wirelessly communicate with nearby hardware and peers.[184] Airplay lets users wirelessly stream audio and video from iOS, iPadOS, macOS, and tvOS devices to Apple TV, HomePod, and AirPlay-compatible TVs and speakers.[185] |
| Apple Intelligence | Core ML, Create ML, Writing Tools, Genmoji, Natural Language, Visual Intelligence, Foundation Models, Live Translation | Apple's suite of generative AI and personal intelligence functionalities.[186] |
| HealthKit | HealthKit, HKHealthStore, workout data, HealthKitUI | HealthKit provides a centralized, secure repository where health and fitness data can be stored, shared, and queried.[187] |
| HomeKit | HomeKit, HomeKit Data, HomeKit Accessory Protocol | HomeKit is a smart-home framework that allows apps to securely discover, coordinate and control connected home devices.[188] |
| Core Location | Region Monitoring, MapKit, Background Activity, location authorization, Location Manager | Core Location allows apps to obtain a device's geographic location, altitude, orientation, and region-based events.[189] MapKit allows developers to embed maps in apps, add overlays and annotations, and add search functions.[190] |
| Siri | SiriKit, Intents, App Selection, Siri Suggestions, Siri Event Suggestions, Siri Shortcuts, Shortcuts App, Custom Vocabulary | SiriKit, Intents, and related frameworks provide the technical interface between Siri, Apple's intelligent assistant, and apps, enabling the interpretation of users' requests, routing to the appropriate app, and execution of app-supported actions through voice, suggestions, or shortcuts across Apple devices.[191] |
| CarPlay | Turn-by-turn guidance, Phone, Messages, Instrument Cluster, View Live Activities | CarPlay is Apple's in-vehicle platform that extends the iPhone experience onto a car's displays, enabling drivers to use apps for navigation, communication, audio, and driving related tasks in a safety-first interface.[192] |

---

[183] https://business.adobe.com/blog/basics/digital-rights-management [APL-EG-R_00005335-342].

[184] https://developer.apple.com/documentation/multipeerconnectivity [APL-EG-R_00006256-259]; https://developer.apple.com/documentation/corebluetooth [APL-EG-R_00005993-996].

[185] https://developer.apple.com/design/human-interface-guidelines/airplay/ [APL-EG-R_00005617-622].

[186] https://www.apple.com/apple-intelligence/ [APL-EG-R_00004992-999].

[187] https://developer.apple.com/documentation/healthkit [APL-EG-R_00006177-180].

[188] https://developer.apple.com/documentation/homekit [APL-EG-R_00006183-185].

[189] https://developer.apple.com/documentation/corelocation [APL-EG-R_00006004-009].

[190] https://developer.apple.com/documentation/mapkit [APL-EG-R_00006220-221].

[191] https://developer.apple.com/design/human-interface-guidelines/siri [APL-EG-R_00006330-355].

[192] https://developer.apple.com/carplay/ [APL-EG-R_00005956-961].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

| TTS Category | Frameworks and Functionalities | General Description |
|---|---|---|
| Core Audio | Audio Buffer, Audio Toolbox, Audio Engine, Audio Converter | The Core Audio framework enables Developers to interact with the device's audio hardware.[193] |
| Camera | Image Processing, Camera Interfacing, Dynamic Capture, Stabilization | These tools and technologies provide Developers access to powerful photo and video related software.[194] They also enable functionalities such as Smart HDR, cinematic video modes, image stabilization, Face ID authentication and augmented reality experiences.[195] |
| Wallet | Wallet Passes, Apple Pay, PassKit, lock screen integration, Store Card | Wallet enables Developers to provide users items such as boarding passes, coupons, event tickets, store cards, and keys in one place.[196] |
| Privacy, Security, and App Integrity | Sandboxing, biometric app login, iCloud Keychain, Generic Security Service API | These tools and technologies allow Developers to protect users and their data leveraging functionalities such as biometric login and passkeys.[197] |
| Developer Services | Meet with Apple, Developer Forums, Developer Support | Services include feedback, guidance, and troubleshooting support by Apple to Developers.[198] |

## B. Identification of Exemplary Benefits of Apple's TTS Provided to Developers and the Underlying Apple IP

98. Below I provide an overview of exemplary benefits to Developers from the Apple TTS identified above, based in part on my understanding from Mr. Thompson. I also identify the patents, copyrights, trademarks, and trade secrets underlying these TTS, also based in part on my understanding from Mr. Thompson.

### 1. Xcode

99. Xcode is a suite of tools and technologies related to Apple's proprietary integrated development environment for building applications.[199] Xcode is used to manage the entire development workflow—creating, testing, optimizing, and submitting an app to the App Store.[200] I understand that Mr. Thompson identified exemplary

---

[193] https://developer.apple.com/documentation/coreaudio [APL-EG-R_00005990-992].
[194] Expert Report of Mr. Chris Thompson: ¶ 496.
[195] Expert Report of Mr. Chris Thompson: ¶ 496.
[196] https://developer.apple.com/wallet/ [APL-EG-R_00006434-437].
[197] Expert Report of Mr. Chris Thompson: ¶ 538.
[198] Expert Report of Mr. Chris Thompson: ¶¶ 563-565.
[199] https://developer.apple.com/xcode [APL-EG-R_00004954-960].
[200] https://developer.apple.com/documentation/xcode [APL-EG-R_00006468-471].

Xcode tools and technologies including:[201]

- Core Development: File Browser / Project Navigator, Workspace, Issue Navigator.

- Authoring and UI: Source Editor, Code Completion, AI and ML Coding Assistance, Interface Builder, Storyboard Editor, Preview Canvas, Swift Playground.

- Diagnostics: Debug Area and Console, Instruments, XCTest framework, Simulator.

- Platform and Infrastructure: Automatic Signing.

100. Since the initial release of Xcode in 2003, Apple has continuously updated the suite and issued over 400 new release versions.[202]  With each version, Apple adds new or improves existing functionalities.  In February 2026, Xcode 26.3 introduced support for agentic coding, a new way for Developers to collaborate throughout the development life cycle, streamline workflows, and iterate faster.[203]

101. Apple-provided historical data on first-time downloads, re-downloads and updates of Xcode by Developers, which demonstrates the importance and frequent use of this suite of tools.  For example, from November 2018 to April 2026, there were over 10 million "user first-time downloads",[204] 30 million "institutional first-time downloads",[205] 13 million re-downloads,[206] and 170 million updates.[207]

102. I understand that Mr. Thompson concluded that these tools and technologies are

---

[201] Expert Report of Mr. Chris Thompson: ¶¶ 57-62.

[202] **Attachment 7.1**; https://www.apple.com/newsroom/2003/06/23Apple-Introduces-Xcode-the-Fastest-Way-to-Create-Mac-OS-X-Applications/ [APL-EG-R_00005000-001].

[203] https://www.apple.com/newsroom/2026/02/xcode-26-point-3-unlocks-the-power-of-agentic-coding/ [APL-EG-R_00005142-146].

[204] Defined as "The number of App Store first-time downloads with a unique Apple ID." Xcode First Time Downloads November 2018 to April 2026 [APL-EG-R_00000423].

[205] Defines as "Institutional Purchase is indicating the copies of Xcode downloaded under Apple's Volume Purchase Program. (Like Enterprise, Schools etc.…)." Xcode First Time Downloads November 2018 to April 2026 [APL-EG-R_00000423].

[206] Defined as "The number of redownloads on a device with iOS, macOS, tvOS, or visionOS. Redownloads do not include auto-downloads, restores, or updates." Xcode First Time Downloads November 2018 to April 2026 [APL-EG-R_00000423].

[207] Defined as "The number of times the app has been updated to its latest version."  Xcode First Time Downloads November 2018 to April 2026 [APL-EG-R_00000423].

protected, at least in part, by Apple's patents, copyrights, and trade secrets.

103. **Patents**: Mr. Thompson identified an example set of 111 U.S. patent assets, including 102 patents and 9 published patent applications related to Xcode tools and technologies.[208]

104. **Copyrights:** Mr. Thompson identified numerous copyrighted works relating to Xcode,[209] including Developer documents, instructional videos, and APIs.[210]    I understand from Mr. Thompson that when Developers use Apple's Xcode APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[211]    Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[212]

105. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Xcode.[213]  He explains they "provide substantial value to developers and help them monetize their apps, including linked-out purchases," and include Apple's confidential source code and non-public implementation details that are leveraged by the APIs used to access the related tools and technologies.[214]    According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[215]

106. **Trademarks**: Apple holds at least 3 trademarks related to Xcode, including: Xcode Cloud®, Xcode®, and Swift Playground®.[216]

107. I understand from Mr. Thompson that Apple's IP-protected Xcode tools and

---

[208] Expert Report of Mr. Chris Thompson: ¶ 63, Appendix C.
[209] Expert Report of Mr. Chris Thompson: ¶ 68.
[210] Expert Report of Mr. Chris Thompson: ¶¶ 69, 72.
[211] Expert Report of Mr. Chris Thompson: ¶ 70.
[212] Expert Report of Mr. Chris Thompson: ¶ 70.
[213] Expert Report of Mr. Chris Thompson: ¶ 74.
[214] Expert Report of Mr. Chris Thompson: ¶ 76.
[215] Expert Report of Mr. Chris Thompson: ¶ 76.
[216] **Attachment 8**.

technologies provide substantial value to Developers, and help consummate transactions, including through linked-out purchases.[217]  For example, Xcode tools and technologies:

- "[P]rovide developers with an IDE that provides source code editing, debugging, performance analysis, UI design tools, and app distribution capabilities for the Apple platform development lifecycle, giving developers the tools to develop their apps."[218]

- Help "developers build and refine the technologies that generate revenue."[219]

- Provide "authoring and UI tools [that] shape app quality and user experience."[220]

- Enable "developers [to] quickly design, preview, and refine the screens that explain value and present premium options paid for through subsequent transactions, these tools help optimize conversion from free usage to paid tiers."[221]

- Allow Developers to "evaluate different user states, test upgrade/downgrade prompts, ensure their app logic behaves correctly over time, and profile performance to create and maintain responsive and reliable functionality."[222]

- Include "platform and infrastructure technologies [that] facilitate the delivery of revenue-generating app builds to users."[223]

108. When asked about the ways in which Epic has used the TTS and Additional Services provided by Apple, Epic stated in an interrogatory response that "the Xcode Integrated Development Environment ('Xcode IDE') [] provides developers the software features that are necessary to design, develop, and debug software for use on iOS and macOS.  Epic has used Xcode IDE for writing and debugging code when working on the iOS and macOS versions of Fortnite. Epic

---

[217] Expert Report of Mr. Chris Thompson: ¶ 58.
[218] Expert Report of Mr. Chris Thompson: ¶ 58.
[219] Expert Report of Mr. Chris Thompson: ¶ 59.
[220] Expert Report of Mr. Chris Thompson: ¶ 60.
[221] Expert Report of Mr. Chris Thompson: ¶ 60.
[222] Expert Report of Mr. Chris Thompson: ¶ 61.
[223] Expert Report of Mr. Chris Thompson: ¶ 62.

HIGHLY CONFIDENTIAL –                    **48**                    SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

also has used other tools included with Xcode IDE to measure the performance of Fortnite, install builds of Fortnite on development devices, and upload builds of Fortnite to Apple's AppStore Connect for distribution. Apple's SDKs also include other tools that are necessary to develop apps for iOS and macOS devices, including the compiler and linkers. Epic has used these tools to develop the iOS and macOS versions of Fortnite too."[224]

## 2. User Interfaces

109. Apple provides a suite of User Interfaces tools and technologies—Developers can use the UIKit and SwiftUI frameworks with corresponding APIs and conventions to create a user interface for iOS, iPadOS, or tvOS apps.[225] UIKit serves as the primary framework for Developers to build user interfaces for Apple devices based on iOS, providing them "with complete control over UI elements, layout, and interaction handling in a programmatic or storyboard-based way."[226] UIKit supplies the core objects that Developers need to build apps for iOS and tvOS.[227] These objects can be used to display "content onscreen, to interact with that content, and to manage interactions with the system."[228] SwiftUI is a development framework for building user interface[229] and uses a declarative syntax meaning that minimal code is needed to create a user interface.[230] It integrates deeply with Apple's development tools, allowing for real-time previews in Xcode to allow Developers to instantly view user interface changes as they code.[231] SwiftUI offers developers a faster way build app user interfaces with Swift and can be used

---

[224] Epic Games, Inc.'s Responses and Objections to Apple, Inc.'s First Set of Interrogatories, December 11, 2020: pp. 14-15 [APL-EG-R_00008554-557].
[225] https://developer.apple.com/documentation/uikit [APL-EG-R_00006404-408]; https://developer.apple.com/documentation/SwiftUI [APL-EG-R_00006379-380].
[226] https://medium.com/@shweta.trrev/uikit-the-backbone-of-ios-app-development-c14c940fe075 [APL-EG-R_00007754-756].
[227] https://developer.apple.com/documentation/uikit/about-app-development-with-uikit [APL-EG-R_00005599-603].
[228] https://developer.apple.com/documentation/uikit/about-app-development-with-uikit [APL-EG-R_00005599-603].
[229] https://developer.apple.com/swiftui/ [APL-EG-R_00006381-383].
[230] https://developer.apple.com/swiftui/ [APL-EG-R_00006381-383].
[231] https://developer.apple.com/swiftui/ [APL-EG-R_00006381-383].

across all Apple platforms.[232]

110. I understand that Mr. Thompson identified exemplary User Interfaces tools and technologies including:[233]

- App Development Frameworks: UIKit, SwiftUI.

- User Interaction and Feedback APIs: Touch detection, Gestures, Scrolling, Alerts, Transitions and Animations.

- Input Configurations: Keyboards & writing.

111. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

112. **Patents**: Mr. Thompson identified an example set of 2,238 U.S. patent assets, including 1,892 patents and 346 published patent applications related to User Interfaces tools and technologies.[234]

113. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to User Interfaces, [235] including Developer documents, instructional videos and APIs.[236] I understand from Mr. Thompson that when Developers use Apple's User Interfaces APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[237] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[238]

114. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to User Interfaces,[239] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's

---

[232] https://medium.com/@hitesh.trivedi1987/title-introduction-to-swiftui-apples-new-ui-framework-6c2d6ea48845 [APL-EG-R_00007742-753].
[233] Expert Report of Mr. Chris Thompson: ¶¶ 78-84.
[234] Expert Report of Mr. Chris Thompson: ¶ 85, Appendix C.
[235] Expert Report of Mr. Chris Thompson: ¶ 90.
[236] Expert Report of Mr. Chris Thompson: ¶¶ 91, 94.
[237] Expert Report of Mr. Chris Thompson: ¶ 92.
[238] Expert Report of Mr. Chris Thompson: ¶ 92.
[239] Expert Report of Mr. Chris Thompson: ¶ 96.

confidential source code that drives the APIs Developers use to access the related tools and technologies.[240] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[241]

115. **Trademarks**: Apple holds at least 2 trademarks related to User Interfaces, including: SwiftUI® and AssistiveTouch®[242]

116. I understand from Mr. Thompson that Apple's User Interfaces tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[243] For example, these tools and technologies:

- "[A]llow developers to create both simple and advanced views and controls that users see and interact with to affect how the interface looks, feels, and moves."[244]

- "[G]ive developers flexibility to choose between creating low-maintenance, common views and controls or more customized solutions, depending on their app and user needs."[245]

- "[E]nable developers to build polished, responsive interfaces that improve user engagement and ease of use."[246]

- "[H]elp developers create fluid interactions that guide users through app discovery and use."[247]

- Enable features to be included that "reduce abandonment and help ensure that users can complete the steps needed to unlock and maintain

---

[240] Expert Report of Mr. Chris Thompson: ¶ 98.
[241] Expert Report of Mr. Chris Thompson: ¶ 98.
[242] **Attachment 8**.
[243] Expert Report of Mr. Chris Thompson: ¶ 79.
[244] Expert Report of Mr. Chris Thompson: ¶ 80.
[245] Expert Report of Mr. Chris Thompson: ¶ 80.
[246] Expert Report of Mr. Chris Thompson: ¶ 81.
[247] Expert Report of Mr. Chris Thompson: ¶ 82.

access to paid offerings."[248]

- "[S]upport both adoption and long-term retention of paid services"[249] by, for example, "making premium functionality usable and trustworthy for more people."[250]

### 3. 3D Graphics

117. Apple provides a suite of tools and technologies related to efficiently generating and rendering high-fidelity 3-dimensional ("**3D**") graphics in iOS apps. [251] Apple's 3D graphics capabilities center on Metal, its high-performance graphics framework that allows access to a device's graphics processing unit ("**GPU**").[252] The types of apps that commonly use Metal to maximize performance include games that render sophisticated 2D or 3D environments, video processing apps, scientific research apps, and visionOS apps.[253] I understand that Mr. Thompson identified exemplary 3G graphics tools and technologies including:[254]

- Advanced Rendering: Ray tracing, mesh shading, MetalFX.

- Performance Optimizing: Command Encoders, Indirect Command Buffers, argument buffers, sparse resources, Vertex Amplification and Barycentric Coordinates, variable rasterization rate, Binary Archives.

- Shading and Rendering: Metal Shading Language, Tile Shaders, Raster Order Groups, Framebuffer Fetch and memoryless render targets, Deferred Lighting, Ray Tracing.

- Pipeline and Compilation: Function Constants and specialization, Metal Dynamic Libraries, Metal Performance Shaders, MetalFX, Native Tensor and ML integration.

118. The value of Metal to Developers is evidenced by its use in over "70% of graphics-intensive applications on iOS and macOS devices," and popularity among

---

[248] Expert Report of Mr. Chris Thompson: ¶ 83.
[249] Expert Report of Mr. Chris Thompson: ¶ 84.
[250] Expert Report of Mr. Chris Thompson: ¶ 84.
[251] https://developer.apple.com/metal [APL-EG-R_00006238-239];
https://developer.apple.com/documentation/metal [APL-EG-R_00006232-237].
[252] https://developer.apple.com/documentation/metal [APL-EG-R_00006232-237].
[253] https://developer.apple.com/documentation/metal [APL-EG-R_00006232-237].
[254] Expert Report of Mr. Chris Thompson: ¶¶ 100-106.

developers looking to create visually impressive and life-like experiences.[255] Metal, which is designed for efficiency, also results in "smoother animations, faster load times, and improved battery life, enhancing the overall user experience."[256] The Metal Performance Shader framework provides a library of compute and graphics shaders,[257] and allows for high performance and efficiency, with apps "that use Metal Performance Shaders" having "an average rendering speed increase of up to 30% compared to applications that do not utilize MPS."[258]

119. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

120. **Patents**: Mr. Thompson identified an example set of 142 U.S. patents assets, including 121 patents and 21 published patent applications related to 3D Graphics tools and technologies.[259]

121. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to 3D Graphics,[260] including developer documents, instructional videos, and APIs.[261] I understand from Mr. Thompson that when Developers use Apple's 3D Graphics APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[262] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[263]

122. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets

---

[255] https://moldstud.com/articles/p-harnessing-the-power-of-metal-tips-for-graphics-programming-on-apple-devices (Accessed May 11, 2026) [APL-EG-R_00007797-806].

[256] https://www.techaheadcorp.com/blog/app-performance-with-apple-metal-api/ [APL-EG-R_00003550-566]; *see also* https://moldstud.com/articles/p-harnessing-the-power-of-metal-tips-for-graphics-programming-on-apple-devices (Accessed May 11, 2026) [APL-EG-R_00007797-806].

[257] https://developer.apple.com/documentation/metalperformanceshaders [APL-EG-R_00006240-244].

[258] https://moldstud.com/articles/p-harnessing-the-power-of-metal-tips-for-graphics-programming-on-apple-devices (Accessed May 11, 2026) [APL-EG-R_00007797-806].

[259] Expert Report of Mr. Chris Thompson: ¶ 107, Appendix C.

[260] Expert Report of Mr. Chris Thompson: ¶ 112.

[261] Expert Report of Mr. Chris Thompson: ¶¶ 113, 116.

[262] Expert Report of Mr. Chris Thompson: ¶ 114.

[263] Expert Report of Mr. Chris Thompson: ¶ 114.

relating to 3D Graphics,[264] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[265]    According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[266]

123.  **Trademarks**: Apple holds at least 1 trademark related to 3D Graphics, Metal®.[267]

124.  I understand from Mr. Thompson that Apple's 3D Graphics tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[268]  For example, these tools and technologies:

- "[E]nable smoother performance, higher visual fidelity, and intelligent personalization within apps, which collectively drive higher conversion rates and user engagement while enabling developers to create more complex digital goods for sale."[269]

- "[A]llow the creation of premium, immersive product previews… increasing perceived app value and purchase confidence."[270]

- Allow Developers to make their apps "more realistic, interactive, and modern," which helps "differentiate their apps, create a better user experience, and produce a premium feel—all of which drives user engagement and increases the likelihood of purchases and higher tiers, cosmetic upgrades, or content."[271]

- Create "visual aspects [that] are often a key selling point for premium content—skins, environments, character models, and effects that users

---

[264] Expert Report of Mr. Chris Thompson: ¶ 118.
[265] Expert Report of Mr. Chris Thompson: ¶ 120.
[266] Expert Report of Mr. Chris Thompson: ¶ 120.
[267] **Attachment 8**.
[268] Expert Report of Mr. Chris Thompson: ¶ 101.
[269] Expert Report of Mr. Chris Thompson: ¶ 101.
[270] Expert Report of Mr. Chris Thompson: ¶ 101.
[271] Expert Report of Mr. Chris Thompson: ¶ 102.

value enough to buy."[272]

### 4. 2D Graphics

125. Apple provides a suite of tools and technologies with 2D Graphics, which provides 2D rendering with high quality output fidelity.[273] Apple's Quartz advanced drawing engine is the basis for the framework.[274] I understand that Mr. Thompson identified exemplary 2D Graphics tools and technologies including:[275]

- Drawing: SpriteKit framework, Core Graphics, Drawing Destinations, drawing a path, drawing using a pattern, transparency, anti-aliasing, and support for the document imaging model, layer drawing, transforming.

- Shading and Rendering: Offscreen rendering, creating gradients or shadings.

- Image Handling: Creating or displaying images, creating image masks, Core Graphics Workflow.

126. 2D Graphics tools and technologies improve user experience by allowing Developers to create apps featuring advanced visual and functionality, leading to engaging digital interactions.[276] Research shows that user retention can be improved by up to 80% for apps with high-quality visuals.[277] Increased engagement also occurs as "data reveals that users are 67% more likely to interact with features presented through dynamic graphics rather than static images."[278]

127. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

128. **Patents**: Mr. Thompson identified an example set of 83 U.S. patent assets, including 65 patents and 18 published patent applications related to 2D Graphics

---

[272] Expert Report of Mr. Chris Thompson: ¶ 104.

[273] https://developer.apple.com/documentation/CoreGraphics [APL-EG-R_00005997-6000].

[274] https://developer.apple.com/documentation/CoreGraphics [APL-EG-R_00005997-6000].

[275] Expert Report of Mr. Chris Thompson: ¶¶ 122-128.

[276] https://moldstud.com/articles/p-the-impact-of-core-graphics-in-app-design (Accessed January 26, 2026) [APL-EG-R_00003813-872].

[277] https://moldstud.com/articles/p-the-impact-of-core-graphics-in-app-design (Accessed January 26, 2026) [APL-EG-R_00003813-872].

[278] https://moldstud.com/articles/p-the-impact-of-core-graphics-in-app-design (Accessed January 26, 2026) [APL-EG-R_00003813-872].

HIGHLY CONFIDENTIAL –                    **55**                    SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

tools and technologies.[279]

129. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to 2D Graphics,[280] including Developer documents, instructional videos and APIs.[281] I understand from Mr. Thompson that when Developers use Apple's 2D Graphics APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[282] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[283]

130. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to 2D Graphics,[284] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[285] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[286]

131. **Trademarks**: Apple holds at least 1 trademark related to 2D Graphics, Core Animation®.[287]

132. I understand from Mr. Thompson that Apple's 2D Graphics tools and technologies provide substantial value to Developers and help consummate transactions,

---

[279] Expert Report of Mr. Chris Thompson: ¶ 129, Appendix C.
[280] Expert Report of Mr. Chris Thompson: ¶ 134.
[281] Expert Report of Mr. Chris Thompson: ¶¶ 135, 138.
[282] Expert Report of Mr. Chris Thompson: ¶ 136.
[283] Expert Report of Mr. Chris Thompson: ¶ 136.
[284] Expert Report of Mr. Chris Thompson: ¶ 140.
[285] Expert Report of Mr. Chris Thompson: ¶ 142.
[286] Expert Report of Mr. Chris Thompson: ¶ 142.
[287] **Attachment 8**.

including linked-out purchases.[288]  For example, these tools and technologies:

- "[I]ncrease monetization by allowing developers to use Apple's powerful 2D graphics engine with advanced technologies to create more appealing apps."[289]

- Allow Developers to use Apple's SpriteKit and Quartz 2D, which "provide developers with the tools they need to create apps with advanced graphics, leading to better apps."[290]  In addition, "SpriteKit, scene rendering, animation, and physics allow developers to build dynamic, engaging 2D environments. Upgrade scenes can be implemented as SpriteKit scenes with animated emphasis on higher-value options and reward animations when a user unlocks new capabilities or content."[291]

- "[A]re particularly useful to allow developers to provide paid upgrades or premium versions of apps that add value via informational or document-centric content."[292]

### 5. Core Video

133.  Apple's Core Video tools and technologies serve as the optimized foundation for advanced video processing, simplifying working with video and allowing Developers to manipulate individual frames, if needed.[293]  Core Video can help Developers maximize video playback performance and implement efficient rendering techniques by "enabling [them] to process video frames at a granular level, apply custom video effects, and perform real-time video analysis."[294]  I understand that Mr. Thompson identified exemplary Core Video tools and technologies including:[295]

- Frame-Level and Pixel-Level: Buffer Management, Pixel Buffer Management, Pixel Buffer Recycling.

- Timing & Latency: Time Management, Directly Interfacing with

---

[288] Expert Report of Mr. Chris Thompson: ¶ 123.
[289] Expert Report of Mr. Chris Thompson: ¶ 123.
[290] Expert Report of Mr. Chris Thompson: ¶ 124.
[291] Expert Report of Mr. Chris Thompson: ¶ 126.
[292] Expert Report of Mr. Chris Thompson: ¶ 125.
[293] https://developer.apple.com/documentation/corevideo [APL-EG-R_00006043-047].
[294] https://clouddevs.com/ios/exploring-core-video/ [APL-EG-R_00003203-214].
[295] Expert Report of Mr. Chris Thompson: ¶¶ 144-150.

Metal.

134. Further, the resulting efficiency from Core Video tools and technologies allow for a better user experience and help to minimize performance issues stemming from memory management, device capabilities, and video streams. [296] Because approximately 85% of internet users consume video content on a monthly basis, the quality of video has become increasingly important, resulting in an increase in value Core Video tools and technologies provide to Developers.[297]

135. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

136. **Patents**: Mr. Thompson identified an example set of 56 U.S. patent assets, including 50 patents and 6 published patent applications related to Core Video tools and technologies.[298]

137. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Core Video,[299] including Developer documents, instructional videos, and APIs.[300] I understand from Mr. Thompson that when Developers use Apple's Core Video APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[301] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[302]

138. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Core Video,[303] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related

---

[296] https://moldstud.com/articles/p-utilizing-core-video-for-advanced-video-playback [APL-EG-R_00007787-796].
[297] https://jobera.com/resources/online-video-consumption-statistics/ [APL-EG-R_00003788-789].
[298] Expert Report of Mr. Chris Thompson: ¶ 151, Appendix C.
[299] Expert Report of Mr. Chris Thompson: ¶ 156.
[300] Expert Report of Mr. Chris Thompson: ¶¶ 157, 160.
[301] Case Expert Report of Mr. Chris Thompson: ¶ 158.
[302] Expert Report of Mr. Chris Thompson: ¶ 158.
[303] Expert Report of Mr. Chris Thompson: ¶ 162.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

tools and technologies.[304]  According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[305]

139.  I understand from Mr. Thompson that Apple's Core Video tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out transactions.[306]  For example, these tools and technologies:

- Provide "technologies like Metal Interfacing [that] allow apps to handle high-speed video, which drives user experience and engagement."[307]

- Allow "developers to create apps with greater user-experience that meet users' desires, both of which are factors that increase user-demand and ultimately help developers consummate transactions."[308]

- "[Are] central to making business models like subscriptions, pay-per-view, and ad-supported with paid 'ad-free' upgrades technically feasible."[309]

- Enhance "user engagement and session length through smooth, visually compelling video, which creates opportunities to display paywalls and premium offerings."[310]

- Allow Developers to create "[s]table, high-performance video handling," [311] which "improves app ratings and user trust."[312]

### 6. Core Motion

140.  Apple provides Core Motion tools and technologies that can leverage components of the device's hardware such as accelerometers, gyroscopes, pedometer,

---

[304] Expert Report of Mr. Chris Thompson: ¶ 164.
[305] Expert Report of Mr. Chris Thompson: ¶ 164.
[306] Expert Report of Mr. Chris Thompson: ¶ 145.
[307] Expert Report of Mr. Chris Thompson: ¶ 146.
[308] Expert Report of Mr. Chris Thompson: ¶ 146.
[309] Expert Report of Mr. Chris Thompson: ¶ 147.
[310] Expert Report of Mr. Chris Thompson: ¶ 150.
[311] Expert Report of Mr. Chris Thompson: ¶ 150.
[312] Expert Report of Mr. Chris Thompson: ¶ 150.

magnetometer, and barometer to report motion and environment-related data.[313] Developers may use this data for areas such as fitness tracking, user interactions, and health-related matters.[314]  I understand that Mr. Thompson identified exemplary Core Motion tools and technologies, including:[315]

- Motion and Sensor: Device Motion, heading orientation, reference frames, obtaining pitch, roll, yaw, a rotation matrix, or a quaternion.

- Activity Classification and Motion-state: Activity, motion data, pedometer and fitness data, pace and cadence data, live walking data, odometer data.

- Health-related Motion: Movement disorder data, tremor data, Dyskinetic Symptom Data, fall detection and fall resolutions.

141. Implementing motion detection functionalities "open[s] a realm of possibilities for app developers to create innovative and engaging experiences for users."[316] By leveraging motion data from the device's hardware to track user movement and gestures, Developers can create apps that enable a new level of interactivity.[317]

142. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

143. **Patents**: Mr. Thompson identified an example set of 79 U.S. patent assets, including 68 patents and 11 published patent applications related to Core Motion tools and technologies.[318]

144. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Core Motion,[319] including Developer documents, instructional videos, and APIs.[320]  I understand from Mr. Thompson that when Developers use Apple's Core Motion APIs, they leverage Apple's internal proprietary source code to

[313] https://developer.apple.com/documentation/CoreMotion [APL-EG-R_00006015-019].
[314] https://developer.apple.com/documentation/CoreMotion [APL-EG-R_00006015-019].
[315] Expert Report of Mr. Chris Thompson: ¶¶ 166-172.
[316]  https://clouddevs.com/ios/building-motion-sensitive-apps/ [APL-EG-R_00005407-412].
[317]  https://clouddevs.com/ios/building-motion-sensitive-apps/ [APL-EG-R_00005407-412].
[318] Expert Report of Mr. Chris Thompson: ¶ 173, Appendix C.
[319] Expert Report of Mr. Chris Thompson: ¶ 178.
[320] Expert Report of Mr. Chris Thompson: ¶¶ 179, 182.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    **60**             SUBJECT TO PROTECTIVE ORDER

perform the functionality underlying them.[321]  Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[322]

145. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Core Motion,[323] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[324]  According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[325]

146. **Trademarks**: Apple holds at least 2 trademarks related to Core Motion, including: Motion® and ProMotion®.[326]

147. I understand from Mr. Thompson that Apple's Core Motion tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[327]  For example, these tools and technologies:

- "[A]llow developers to create apps that use data indicating the orientation, movement, and location of a device."[328]

- Allow "developers to use enhanced motion-based user interaction technologies."[329]

- "[A]llow developers to build apps that are responsive to the user's real-world context,"[330] which can enable Developers to "differentiate

---

[321] Expert Report of Mr. Chris Thompson: ¶ 180.
[322] Expert Report of Mr. Chris Thompson: ¶ 180.
[323] Expert Report of Mr. Chris Thompson: ¶ 184.
[324] Expert Report of Mr. Chris Thompson: ¶ 186.
[325] Expert Report of Mr. Chris Thompson: ¶ 186.
[326] **Attachment 8**.
[327] Expert Report of Mr. Chris Thompson: ¶ 167.
[328] Expert Report of Mr. Chris Thompson: ¶ 167.
[329] Expert Report of Mr. Chris Thompson: ¶ 168.
[330] Expert Report of Mr. Chris Thompson: ¶ 169.

between basic and advanced technology sets and offer enhanced tiers that rely on more precise or richer motion data."[331]

- Provide access that "supports a wide range of CoreMotion apps that can become professional-grade or enthusiast tools."[332]

- Contain "[a]ctivity classification and motion-state technologies … [that] are central to coaching, training, and wellness-oriented services."[333]

- Include "[h]istorical data collection and configurable update frequency of data collection [that] allow developers to shape distinct service levels around data depth and fidelity."[334]

### 7. GameKit and Game Center

148. GameKit and Game Center provide Developers with a suite of tools and technologies for integrating social gaming features into apps, with Game Center functioning as Apple's centralized social gaming network.[335] I understand that Mr. Thompson identified exemplary GameKit and Game Center tools and technologies including:[336]

- Identity: Avatar, Access Point.

- Competition: Achievements, Leaderboards, Leaderboard Challenges.

- Multiplayer: Real-Time Games, Turn-Based Multiplayer.

- Social Discovery and Sharing: Friend Recommendations, Friend Requests Inbox, game recording and sharing.

149. Data suggests that competitive and multiplayer features significantly boost user engagement and retention. For example, by supplying users with incentives such

---

[331] Expert Report of Mr. Chris Thompson: ¶ 169.
[332] Expert Report of Mr. Chris Thompson: ¶ 170.
[333] Expert Report of Mr. Chris Thompson: ¶ 171.
[334] Expert Report of Mr. Chris Thompson: ¶ 172.
[335] https://developer.apple.com/documentation/gamekit/ [APL-EG-R_00006149-155]; https://developer.apple.com/documentation/gamekit/initializing-and-configuring-game-center [APL-EG-R_00003241-246]; https://developer.apple.com/game-center/ [APL-EG-R_00003247-249].
[336] Expert Report of Mr. Chris Thompson: ¶¶ 188-193.

as achievements, session length can increase by 25%.[337]  Achievements can also positively affect player retention: "Reward systems and cumulative progression mechanics can boost retention by up to two-thirds relative to baseline."[338] Incorporating leaderboards can increase retention rates by up to 30%.[339]

150.  In addition, "[s]tatistics show that 75% of gamers prefer titles that allow multiplayer interactions."[340]  By including matchmaking, games can "see a 30% increase in user retention."[341]  Moldstud, an IT consulting and development company, reports that 65% of successful games incorporate multiplayer features that allow for social interaction and collaborative gameplay.[342]

151.  I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

152.  **Patents**: Mr. Thompson identified an example set of 38 U.S. patent assets, including 37 patents and 1 published patent application related to GameKit and Game Center tools and technologies.[343]

153.  **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to GameKit and Game Center,[344] including Developer documents, instructional videos, and APIs.[345]  I understand from Mr. Thompson that when Developers use Apple's GameKit and Game Center APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[346]  Mr. Thompson explains "the source code is extensive, protected by copyright, and

---

[337] "Engaging users with these incentives can lead to a 25% rise in session length, as players strive to complete specific tasks": https://moldstud.com/articles/p-top-10-essential-gamekit-features-every-swift-developer-must-know [APL-EG-R_00007769-783].

[338] https://techrt.com/ios-app-retention-statistics/ [APL-EG-R_00001723-736].

[339] https://moldstud.com/articles/p-top-10-essential-gamekit-features-every-swift-developer-must-know [APL-EG-R_00007769-783].

[340] https://moldstud.com/articles/p-top-10-essential-gamekit-features-every-swift-developer-must-know [APL-EG-R_00007769-783].

[341] https://moldstud.com/articles/p-top-10-essential-gamekit-features-every-swift-developer-must-know [APL-EG-R_00007769-783].

[342] https://moldstud.com/articles/p-top-10-essential-gamekit-features-every-swift-developer-must-know [APL-EG-R_00007769-783]; https://moldstud.com/about-us [APL-EG-R_00007784-786].

[343] Expert Report of Mr. Chris Thompson: ¶ 194, Appendix C.

[344] Expert Report of Mr. Chris Thompson: ¶ 199.

[345] Expert Report of Mr. Chris Thompson: ¶¶ 200, 203.

[346] Expert Report of Mr. Chris Thompson: ¶ 201.

HIGHLY CONFIDENTIAL –                      **63**                 SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[347]

154. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to GameKit and Game Center technology,[348] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[349] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[350]

155. **Trademarks**: Apple holds at least 2 trademarks related to GameKit and Game Center, including: GameplayKit® and Game Center Logo®.[351]

156. I understand from Mr. Thompson that Apple's GameKit and Game Center tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[352] For example, these tools and technologies:

- "[H]elp developers monetize their games by increasing engagement, competition, and social interaction, and by directing users into purchase-adjacent experiences."[353]

- "[A]llow developers to bring players directly into monetizable contexts. For example, a notification or shared link can open into a limited-time event or premium mode."[354]

- "[R]einforce engagement by anchoring competitive status and

---

[347] Expert Report of Mr. Chris Thompson: ¶ 201.
[348] Expert Report of Mr. Chris Thompson: ¶ 205.
[349] Expert Report of Mr. Chris Thompson: ¶ 207.
[350] Expert Report of Mr. Chris Thompson: ¶ 207.
[351] **Attachment 8**.
[352] Expert Report of Mr. Chris Thompson: ¶ 189.
[353] Expert Report of Mr. Chris Thompson: ¶ 189.
[354] Expert Report of Mr. Chris Thompson: ¶ 190.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY            **64**            SUBJECT TO PROTECTIVE ORDER

personalization."[355]

- "[P]rovide the competitive framework that games can monetize."[356]

- "[P]rovide the structures—deep links, context, identity, progress, competition, social connectivity—that developers use to guide players into high-value moments, present timely offers, and immediately reflect the benefits of completed purchases."[357]

### 8. Augmented Reality

157. Developers can implement augmented reality ("**AR**") functionalities using Apple's AR tools and technologies.[358] Apple introduced ARKit in 2017, a robust framework that enables Developers to create immersive AR experiences for iPhones.[359] AR games leverage real-world surroundings and overlay digital objects, providing a more interactive and engaging gaming experience.[360] I understand that Mr. Thompson identified exemplary AR tools and technologies including:[361]

- Frameworks: ARKit, RealityKit.

- Detecting and Tracking: World tracking, face detection/tracking, image detection/tracking, object detection, object scanning, motion capture/body tracking, multi-face tracking, simultaneous use of the front and back camera.

- Scanning and Measurement: RoomPlan, multiroom support, dynamic

---

[355] Expert Report of Mr. Chris Thompson: ¶ 191.
[356] Expert Report of Mr. Chris Thompson: ¶ 192.
[357] Expert Report of Mr. Chris Thompson: ¶ 193.
[358] The introduction of ARKit by Apple was described as a "game-changer" by Apple Magazine: https://applemagazine.com/apples-ios-a-game-changer-in-the-mobile-gaming-landscape/ [APL-EG-R_00001737-739]. Apple was described as a pillar in shaping the AR gaming industry's trajectory by Medium: https://medium.com/@lunawolfe01/the-evolution-of-augmented-reality-ar-gaming-a-deep-dive-into-industry-leaders-b87f207ecfc4 [APL-EG-R_00003224-228].
[359] https://developer.apple.com/augmented-reality/arkit/ [APL-EG-R_00005596-597]; https://appleinsider.com/inside/arkit [APL-EG-R_00001487-493].
[360] https://medium.com/@lunawolfe01/the-evolution-of-augmented-reality-ar-gaming-a-deep-dive-into-industry-leaders-b87f207ecfc4 [APL-EG-R_00003224-228].
[361] Expert Report of Mr. Chris Thompson: ¶¶ 209-214.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **65**    SUBJECT TO PROTECTIVE ORDER

audio content.

- Content: Content rendering, content animation, content physics.

158. Across several industries, AR can be used to elevate the user's experience while operating an app, which can increase the likelihood the user makes a purchase, including through a linked-out purchase. "A report by the Pew Research Center suggests that 60% of consumers are more likely to make a purchase after previewing a product using visual augmentation."[362] An example in retail includes IKEA's Place app, which saw a 20% increase in sales conversion when customers used the AR functionality to visualize furniture in their own homes.[363]

159. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

160. **Patents**: Mr. Thompson identified an example set of 332 U.S. patent assets, including 220 patents and 112 published patent applications related to AR tools and technologies.[364]

161. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to AR,[365] including Developer documents, instructional videos, and APIs.[366] I understand from Mr. Thompson that when Developers use Apple's Augmented Reality APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[367] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[368]

162. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets

---

[362] https://moldstud.com/articles/p-top-case-studies-of-successful-mobile-apps-utilizing-augmented-reality [APL-EG-R_00007818-828].

[363] https://moldstud.com/articles/p-top-case-studies-of-successful-mobile-apps-utilizing-augmented-reality [APL-EG-R_00007818-828].

[364] Expert Report of Mr. Chris Thompson: ¶ 215, Appendix C.

[365] Expert Report of Mr. Chris Thompson: ¶ 220.

[366] Expert Report of Mr. Chris Thompson: ¶¶ 221, 224.

[367] Expert Report of Mr. Chris Thompson: ¶ 222.

[368] Expert Report of Mr. Chris Thompson: ¶ 222.

relating to AR technology,[369] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs that Developers use to access the related tools and technologies.[370]  According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[371]

163. **Trademarks**: Apple holds at least 6 trademarks related to Augmented Reality, including: ARKit®, RealityKit® (2 variations), Reality Converter®, Reality Composer®, and Reality Composer Pro®.[372]

164. I understand from Mr. Thompson that Apple's AR tools and technologies provide substantial value to Developers, and help consummate transactions, including linked-out purchases.[373]  For example, these tools and technologies:

- "[H]elp developers monetize their apps by making high-quality, interactive AR experiences feasible and easy to deploy at scale."[374]

- Allow Developers to create apps for "users to preview products or assets in AR before buying, with purchase or external checkout options."[375]

- Enable "new categories of paid utility and enterprise apps."[376]

- "[H]elp developers acquire and retain users."[377]

- "[P]lay a direct role in facilitating the monetization of apps that overlay digital elements onto the real world and help developers consummate purchases, subscriptions, and AR-driven

---

[369] Expert Report of Mr. Chris Thompson: ¶ 226.
[370] Expert Report of Mr. Chris Thompson: ¶ 228.
[371] Expert Report of Mr. Chris Thompson: ¶ 228.
[372] **Attachment 8**.
[373] Expert Report of Mr. Chris Thompson: ¶ 210.
[374] Expert Report of Mr. Chris Thompson: ¶ 211.
[375] Expert Report of Mr. Chris Thompson: ¶ 212.
[376] Expert Report of Mr. Chris Thompson: ¶ 213.
[377] Expert Report of Mr. Chris Thompson: ¶ 214.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                67                SUBJECT TO PROTECTIVE ORDER

transactions."[378]

### 9. Haptics

165. Apple provides a suite of tools and technologies related to Haptics, which refers to the use of physical responses such as vibration to make an effect.[379] This technology can be used in basic forms as vibrations to indicate that a phone is ringing to more advanced use cases such as subtle vibrations occurring when a person touches the phone screen.[380] I understand that Mr. Thompson identified exemplary Haptics tools and technologies including:[381]

- Haptic System: Haptic Engine, Programmable Haptics, File-Based Haptics.

- Pattern Players: Haptic Pattern, Haptic Pattern Player, Advanced Haptic Pattern Player.

166. When apps feature haptic technology, user satisfaction and engagement improve. Engaging users physically by using haptic-enabled interactions and sensations has become an essential component of the modern user experience.[382] In addition, haptic displays in gaming have become increasingly popular as approximately 70% of users prioritize immersive gaming experiences.[383]

167. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

168. **Patents**: Mr. Thompson identified an example set of 109 U.S. patent assets, including 92 patents and 17 published patent applications related to Haptics tools and technologies.[384]

169. **Copyrights:** Mr. Thompson identified numerous copyrighted works relating to

---

[378] Expert Report of Mr. Chris Thompson: ¶ 214.
[379] https://electronics.howstuffworks.com/everyday-tech/haptic-technology.htm [APL-EG-R_00003494-497].
[380] https://electronics.howstuffworks.com/everyday-tech/haptic-technology.htm [APL-EG-R_00003494-497].
[381] Expert Report of Mr. Chris Thompson: ¶¶ 230-235.
[382] https://softhandtech.com/why-is-haptic-feedback-important/ [APL-EG-R_00004533-543].
[383] https://techyconcepts.com/the-future-of-haptic-displays-in-gaming/ [APL-EG-R_00003490-493].
[384] Expert Report of Mr. Chris Thompson: ¶ 236, Appendix C.

Haptics,[385] including Developer documents, instructional videos, and APIs.[386] I understand from Mr. Thompson that when Developers use Apple's Haptics APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[387] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[388]

170. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Haptics tools and technology,[389] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[390] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary to access Apple's hardware.[391]

171. **Trademarks**: Apple holds at least 4 trademarks related to Haptics, including: Taptic Engine® (3 variations) and Core Haptics®.[392]

172. I understand from Mr. Thompson that Apple's Haptics tools and technologies provide substantial value to Developers, and help consummate transactions, including linked-out purchases.[393] For example, these tools and technologies:

- "[I]mprove retention, differentiate the app, increase engagement, and improve the perceived quality of the app."[394]

- "[H]elp developers make key interactions in their apps feel more engaging, premium, and trustworthy, particularly for moments where

---

[385] Expert Report of Mr. Chris Thompson: ¶ 242.
[386] Expert Report of Mr. Chris Thompson: ¶¶ 243, 246.
[387] Expert Report of Mr. Chris Thompson: ¶ 244.
[388] Expert Report of Mr. Chris Thompson: ¶ 244.
[389] Expert Report of Mr. Chris Thompson: ¶ 248.
[390] Expert Report of Mr. Chris Thompson: ¶ 250.
[391] Expert Report of Mr. Chris Thompson: ¶ 250.
[392] **Attachment 8**.
[393] Expert Report of Mr. Chris Thompson: ¶ 231.
[394] Expert Report of Mr. Chris Thompson: ¶ 231.

users evaluate or confirm actions."[395]

- "[U]nlock dynamic, context-aware feedback that can be tightly synchronized with custom audio and visuals."[396]

- "[M]ake it easy for design and product teams to iterate on tactile experiences for key commercial aspects of an app. In games, for example, predefined patterns can be reused across different parts of the app so that, for example, different 'value-granting' events (redeeming credits, unlocking levels, activating passes) share a common, memorable feel, and can encourage transactions unlocking those value-granting events."[397]

### 10. Spotlight

173. Apple provides Spotlight tools and technologies, enabling to Developers to leverage a search function that allows users to quickly find files, apps, and information on iPhones, iPads, and the internet.[398]  For example, Developers can use Core Spotlight to add search capabilities to their app, helping users to quickly access activities and items.[399]  Spotlight enables users to search for apps, contacts, content in apps, text in users' photos, and web related content all in one place.[400]  In iOS 17 and subsequent versions, Spotlight has features such as allowing users to take actions directly from the search result (e.g., an option to create a new note is shown when searching for the Notes app).[401]  I understand that Mr. Thompson identified exemplary Spotlight tools and technologies including:[402]

- Primary Spotlight APIs: NSUserActivity, Web Markup, Core Spotlight.

- Audience Expansion & Routing: Public indexing, universal links.

- Precision Targeting: Spotlight Integration with App Intents

---

[395] Expert Report of Mr. Chris Thompson: ¶ 232.
[396] Expert Report of Mr. Chris Thompson: ¶ 234.
[397] Expert Report of Mr. Chris Thompson: ¶ 235.
[398] Expert Report of Mr. Chris Thompson: ¶ 251.
[399] https://developer.apple.com/documentation/corespotlight [APL-EG-R_00006022-024].
[400] https://support.apple.com/guide/iphone/search-on-iphone-iph3c511548/ios [APL-EG-R_00007988-990]; https://support.apple.com/en-us/118232 [APL-EG-R_00007991-995].
[401] https://support.apple.com/en-us/118232 [APL-EG-R_00007991-995].
[402] Expert Report of Mr. Chris Thompson: ¶¶ 252-258.

**70**

Framework, semantic search.

174. Spotlight tools and technologies allow Developers to make their app and app content discoverable from Spotlight and Safari.[403]  By adding search tools, users can find content more easily.[404]  Spotlight prioritizes content that users interact with frequently, such as favorites, recent activity, or items they "care[] about."[405]  Third-party iOS engineering guidance reinforces that fast, relevant search results increase user engagement and satisfaction.[406]

175. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

176. **Patents:** Mr. Thompson identified an example set of 36 U.S. patent assets, including 31 patents and 5 published patent applications related to Spotlight.[407]

177. **Copyrights:** Mr. Thompson identified numerous copyrighted works relating to Spotlight,[408] including Developer documents, instructional videos, and APIs.[409]  I understand from Mr. Thompson that when Developers use Apple's Spotlight APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[410]  Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[411]

178. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Spotlight tools and technology,[412] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases,"

---

[403] https://developer.apple.com/documentation/corespotlight [APL-EG-R_00006022-024].

[404] https://developer.apple.com/documentation/corespotlight/building-a-search-interface-for-your-app [APL-EG-R_00006027-031].

[405] https://developer.apple.com/documentation/corespotlight/adding-your-app-s-content-to-spotlight-indexes [APL-EG-R_00005612-616].

[406] https://clouddevs.com/ios/working-with-core-spotlight/ [APL-EG-R_00005394-400].

[407] Expert Report of Mr. Chris Thompson: ¶ 259, Appendix C.

[408] Expert Report of Mr. Chris Thompson: ¶ 264.

[409] Expert Report of Mr. Chris Thompson: ¶¶ 265, 268.

[410] Expert Report of Mr. Chris Thompson: ¶ 266.

[411] Expert Report of Mr. Chris Thompson: ¶ 266.

[412] Expert Report of Mr. Chris Thompson: ¶ 270.

reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[413]  According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[414]

179. **Trademarks**: Apple holds at least 1 trademark related to Spotlight, Spotlight®.[415]

180. I understand from Mr. Thompson that Apple's Spotlight tools and technologies provide substantial value to Developers, and help consummate transactions, including linked-out purchases.[416]  For example, these tools and technologies:

- Enable developers "to take advantage of the Spotlight APIs, which provide crucial functionality that improves users' searching experience and provides results that are more likely to lead to app downloads and purchases."[417]

- "[S]implify the work that developers must invest to make their app compatible with Spotlight, increasing the discoverability and accessibility of their app."[418]

- "[P]rovide substantial value to developers by increasing app exposure," which increases opportunities for monetization.[419]

- Ensure "what Spotlight surfaces is relevant to users and aligned with the developer's monetization strategy."[420]

- "[G]ive developers concrete mechanisms to expose valuable app states and content to search."[421]

- "[T]he Core Spotlight index, allow app content to be indexed, queried, presented, and updated. Collectively, these technologies reduce

---

[413] Expert Report of Mr. Chris Thompson: ¶ 272.
[414] Expert Report of Mr. Chris Thompson: ¶ 272.
[415] **Attachment 8**.
[416] Expert Report of Mr. Chris Thompson: ¶ 253.
[417] Expert Report of Mr. Chris Thompson: ¶ 253.
[418] Expert Report of Mr. Chris Thompson: ¶ 253.
[419] Expert Report of Mr. Chris Thompson: ¶ 254.
[420] Expert Report of Mr. Chris Thompson: ¶ 255.
[421] Expert Report of Mr. Chris Thompson: ¶ 256.

engineering overhead while maximizing the likelihood that users discover, return to, and act on the app experiences that generate revenue."[422]

### 11. Live Activities and Widgets

181.  Apple provides a suite of tools and technologies related to Live Activities and Widgets.  Live Activities allow apps to display continuously updated information, such as delivery progress, timers, sports scores, or workout metrics, directly on prominent system surfaces like the Lock Screen and Dynamic Island.[423]  They go beyond push notifications by consolidating ongoing events into a single view that updates dynamically for up to eight hours, reducing notification overload while keeping essential information visible at a glance.[424]  On iPhones, a Live Activity is displayed in highly prominent interface areas, such as the top of the Home Screen and along the top edge of an active application via the Dynamic Island.[425]  Users can tap the Live Activity in the Dynamic Island to open the app and receive details about the relevant event or task.[426]

182.  Where Live Activities show real-time updates, widgets display timely, glanceable content on the Home Screen, Lock Screen, and other system contexts.[427]  They update periodically, can be location-based or specific to ongoing system actions, and are designed for passive information (e.g., weather and calendar events).[428]

183.  Because Live Activities and Widgets share the same underlying frameworks and have design similarities, Apple enables Developers to reuse code and design components, which offers opportunities for time and cost savings.[429]  I understand that Mr. Thompson identified exemplary Live Activities and Widgets tools and

---

[422] Expert Report of Mr. Chris Thompson: ¶ 258.
[423] https://developer.apple.com/design/human-interface-guidelines/live-activities/ [APL-EG-R_00006196-219].
[424] https://developer.apple.com/design/human-interface-guidelines/live-activities/ [APL-EG-R_00006196-219].
[425] https://developer.apple.com/documentation/ActivityKit [APL-EG-R_00005606-607];
https://support.apple.com/guide/iphone/view-live-activities-in-the-dynamic-island-iph28f50d10d/ios [APL-EG-R_00007996-998].
[426] https://developer.apple.com/documentation/activitykit/displaying-live-data-with-live-activities [APL-EG-R_00006093-112].
[427] https://developer.apple.com/design/human-interface-guidelines/widgets [APL-EG-R_00006438-467].
[428] https://developer.apple.com/design/human-interface-guidelines/widgets [APL-EG-R_00006438-467].
[429] https://developer.apple.com/design/human-interface-guidelines/widgets [APL-EG-R_00006438-467].

technologies including:[430]

- Frameworks: WidgetKit, ActivityKit.

- Activity: Location Clues, Fitness Clues, Hardware Clues, Sleep Clues, Time Clues, providing relevant information.

- Display and Presentation: Attributes, content, activity state, alert configuration, animating data updates, Variable Sizing, Dynamic Island displays.

184. Apps that incorporate Live Activities experience 23.7% higher average 30-day retention rates than those that do not.[431]  By also adding widgets, an app can expand "its reach by taking up limited but effective, eye-catching space."[432]

185. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

186. **Patents**: Mr. Thompson identified an example set of 63 U.S. patent assets, including 47 patents and 16 published patent applications related to Live Activities and Widgets tools and technologies.[433]

187. **Copyrights:** Mr. Thompson identified numerous copyrighted works relating to Live Activities and Widgets,[434] including Developer documents, instructional videos, and APIs.[435]  I understand from Mr. Thompson that when Developers use Apple's Live Activities and Widgets APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[436]  Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be

---

[430] Expert Report of Mr. Chris Thompson: ¶¶ 274-280.
[431] "The 2024 State of Customer Engagement Report," One Signal: p. 7: https://onesignal.com/the-2024-state-of-customer-engagement-report [APL-EG-R_00003873-902].
[432] https://developer.apple.com/documentation/widgetkit/developing-a-widgetkit-strategy [APL-EG-R_00006079-086].
[433] Expert Report of Mr. Chris Thompson: ¶ 281, Appendix C.
[434] Expert Report of Mr. Chris Thompson: ¶ 286.
[435] Expert Report of Mr. Chris Thompson: ¶¶ 287, 290.
[436] Expert Report of Mr. Chris Thompson: ¶ 288.

difficult and costly for them to recreate independently."[437]

188. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Live Activities and Widgets,[438] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[439] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[440]

189. **Trademarks**: Apple holds at least 4 trademarks related to Live Activities and Widgets, including: Live Activities® (2 variations) and Dynamic Island® (2 variations).[441]

190. I understand from Mr. Thompson that Apple's Live Activities and Widgets tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out transactions.[442] For example, these tools and technologies:

- "[I]ncrease monetization by providing a convenient and powerful way for developers to communicate with users even when they are not actively using the app."[443]

- "[H]elp developers surface high-value, key functionality and service flows, such as when a user most desires certain app content, allowing the user to open the relevant app content with minimal friction."[444]

- "[L]ink to specific app scenes relevant to what the user was last doing,

---

[437] Expert Report of Mr. Chris Thompson: ¶ 288.
[438] Expert Report of Mr. Chris Thompson: ¶ 292.
[439] Expert Report of Mr. Chris Thompson: ¶ 294.
[440] Expert Report of Mr. Chris Thompson: ¶ 294.
[441] **Attachment 8**.
[442] Expert Report of Mr. Chris Thompson: ¶ 275.
[443] Expert Report of Mr. Chris Thompson: ¶ 275.
[444] Expert Report of Mr. Chris Thompson: ¶ 277.

reducing friction in navigation."[445]

- Let "developers proactively draw attention to timely moments."[446]

### 12. FairPlay

191. Apple provides a suite of FairPlay tools and technologies related to Digital rights management ("**DRM**"), which refers to the broader set of policies, processes, and technologies used to ensure that only authorized users access digital content.[447] FairPlay Streaming "can encrypt content, securely exchange keys, and protect playback on Apple platforms," which protects user privacy and security while remaining efficient in power consumption.[448] As Apple's system for securely delivering encrypted video over HTTP Live Streaming, FairPlay Streaming preserves user privacy by providing anonymous device identification and performing all decryption securely within the device.[449] I understand that Mr. Thompson identified exemplary FairPlay tools and technologies including:[450]

- Encryption and Delivery: FairPlay Session Key Encryption Layer.

- Controlled Licensing Workflow: FPS Key Server Specification, AVContentKeySession API.

- Trust, Identity & Secure Transport: FairPlay Streaming Deployment Package, App Certificate.

- Offline and Integration: Offline FairPlay, EME interface support.

192. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

193. **Patents**: Mr. Thompson identified an example set of 20 U.S. patents related to

---

[445] Expert Report of Mr. Chris Thompson: ¶ 279.
[446] Expert Report of Mr. Chris Thompson: ¶ 280.
[447] https://business.adobe.com/blog/basics/digital-rights-management [APL-EG-R_00005335-342].
[448] https://developer.apple.com/streaming/fps/ [APL-EG-R_00006132-134];
https://www.gumlet.com/learn/fairplay-drm/ [APL-EG-R_00006632-638].
[449] "FairPlay Streaming Overview," pp. 4-5, 7:
https://developer.apple.com/streaming/fps/FairPlayStreamingOverview.pdf [APL-EG-R_00003229-240].
[450] Expert Report of Mr. Chris Thompson: ¶¶ 296-304.

FairPlay tools and technologies.[451]

194. **Copyrights:** Mr. Thompson identified numerous copyrighted works relating to FairPlay,[452] including Developer documents, instructional videos, and APIs.[453] I understand from Mr. Thompson that when Developers use Apple's FairPlay APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[454] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[455]

195. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to FairPlay,[456] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[457] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[458]

196. **Trademarks:** Apple holds at least 1 trademark related to FairPlay, FairPlay®.[459]

197. I understand from Mr. Thompson that Apple's Fairplay tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out transactions.[460] For example, these tools and technologies:

- "[I]ncrease monetization by enabling playback of encrypted video content on authorized devices only, thus protecting content that

---

[451] Expert Report of Mr. Chris Thompson: ¶ 305, Appendix C.
[452] Expert Report of Mr. Chris Thompson: ¶ 310.
[453] Expert Report of Mr. Chris Thompson: ¶¶ 311, 314.
[454] Expert Report of Mr. Chris Thompson: ¶ 312.
[455] Expert Report of Mr. Chris Thompson: ¶ 312.
[456] Expert Report of Mr. Chris Thompson: ¶ 316.
[457] Expert Report of Mr. Chris Thompson: ¶ 318.
[458] Expert Report of Mr. Chris Thompson: ¶ 318.
[459] **Attachment 8**.
[460] Expert Report of Mr. Chris Thompson: ¶ 297.

developers are providing and therefore increasing monetization by requiring proper authorization to view desired content."[461]

- Enable "developers to gate premium audiovisual content behind controlled access."[462]

- Allow "users to access their entitled content securely across iPhones and iPads, increasing reach and supporting a unified subscription or viewing-rights model across devices."[463]

### 13. Connectivity

198.  Apple provides device-to-device and media connectivity through its Connectivity tools and technologies via frameworks like Multipeer Connectivity and Core Bluetooth, alongside AirPlay for the seamless sharing of videos, photos, music, and more.[464]  Multipeer Connectivity allows devices to discover and communicate with nearby devices irrespective of internet connectivity.[465]  I understand that Mr. Thompson identified exemplary Connectivity tools and technologies including:[466]

- Connectivity and Discovery: Multipeer Connectivity, Device Discovery, browser view controllers, service advertisers, automatic interface selection.

- Underlying Transport: Apple Wireless Direct Link ("**AWDL**"), reliable/unreliable data modes, performance modes, on-demand performance reports.

- Apple's Proprietary Implementation of Bluetooth and Associated Functionalities: Core Bluetooth, accessory picker, caching, auto reconnection, state preservation and restoration, retrieve-connected-peripherals, background execution.

- AirPlay and Media Receiver Discovery: AirPlay picker, unified route menus, and discovery of Apple TVs, HomePods, Macs, and third-

---

[461] Expert Report of Mr. Chris Thompson: ¶ 298.
[462] Expert Report of Mr. Chris Thompson: ¶ 300.
[463] Expert Report of Mr. Chris Thompson: ¶ 304.
[464] https://developer.apple.com/documentation/multipeerconnectivity [APL-EG-R_00006256-259];
https://developer.apple.com/documentation/corebluetooth/ [APL-EG-R_00005993-996];
https://developer.apple.com/design/human-interface-guidelines/airplay/ [APL-EG-R_00005617-622].
[465] https://developer.apple.com/documentation/multipeerconnectivity [APL-EG-R_00006256-259]; *see also*
https://www.ituonline.com/tech-definitions/what-is-multipeer-connectivity/ [APL-EG-R_00004777-789].
[466] Expert Report of Mr. Chris Thompson: ¶¶ 320-326.

party AirPlay receivers.

199. Apps that require instant interaction like multiplayer games, collaborative workspaces, and social networking apps can benefit from this technology.[467] For example, Multipeer Connectivity can help ensure "a smooth and immersive gaming experience, even in areas with poor network coverage."[468]

200. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

201. **Patents**: Mr. Thompson identified an example set of 233 U.S. patent assets, including 190 patents and 43 published patent applications related to Connectivity tools and technologies.[469]

202. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Connectivity, [470] including Developer documents, instructional videos, and APIs.[471] I understand from Mr. Thompson that when Developers use Apple's Connectivity APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[472] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[473]

203. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Connectivity technology. [474] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[475] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely

---

[467] https://www.ituonline.com/tech-definitions/what-is-multipeer-connectivity/ [APL-EG-R_00004777-789].
[468] https://www.ituonline.com/tech-definitions/what-is-multipeer-connectivity/ [APL-EG-R_00004777-789].
[469] Expert Report of Mr. Chris Thompson: ¶ 327, Appendix C.
[470] Expert Report of Mr. Chris Thompson: ¶ 332.
[471] Expert Report of Mr. Chris Thompson: ¶¶ 333, 336.
[472] Expert Report of Mr. Chris Thompson: ¶ 334.
[473] Expert Report of Mr. Chris Thompson: ¶ 334.
[474] Expert Report of Mr. Chris Thompson: ¶ 338.
[475] Expert Report of Mr. Chris Thompson: ¶ 340.

resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[476]

204. **Trademarks**: Apple holds at least 5 trademarks related to Connectivity, including: AirPlay® (3 variations) and "Works with Apple Airplay"™ (2 variations).[477]

205. I understand from Mr. Thompson that Apple's Connectivity tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out transactions.[478] For example, these tools and technologies:

- Provide "the infrastructure necessary for a developer's app to discover, communicate, and connect with nearby devices, which allows apps to use and seamlessly integrate with nearby devices, and create better more enjoyable immersive experiences for users."[479]

- "[E]nable developers to build apps around persistent and seamless interactions with wireless devices."[480] This level of reliability is "valuable where users expect ongoing monitoring, alerts, or automation."[481]

- Allow Developers to design apps that "make it easy for users to stream paid content to TVs, speakers, and other endpoints, significantly increasing the perceived value of the app."[482]

## 14. Apple Intelligence and Machine Learning

206. Apple provides tools and technologies related to Apple Intelligence and Machine Learning, Apple's system-wide suite of generative AI and personal intelligence features built into iPhone, iPad, Mac, and Apple Vision Pro.[483] Apple provides multiple frameworks for machine learning **("ML")** models for app

---

[476] Expert Report of Mr. Chris Thompson: ¶ 340.
[477] **Attachment 8**.
[478] Expert Report of Mr. Chris Thompson: ¶ 321.
[479] Expert Report of Mr. Chris Thompson: ¶ 321.
[480] Expert Report of Mr. Chris Thompson: ¶ 324.
[481] Expert Report of Mr. Chris Thompson: ¶ 324.
[482] Expert Report of Mr. Chris Thompson: ¶ 325.
[483] https://www.apple.com/apple-intelligence/ [APL-EG-R_00004992-999].

development.[484] Apple defines a model as "the result of applying a machine learning algorithm to a set of training data."[485] Core ML is a framework that helps Developers integrate ML models, including popular frameworks like TensorFlow and PyTorch, and optimize ML models to make the most of Apple silicon.[486]

207. Apple is expanding its AI capabilities and offerings by developing "multiple new features powered by Apple Intelligence, including advanced writing tools, live translation, prioritized notifications, and Visual Intelligence for context-based image search and summarization."[487] I understand that Mr. Thompson identified exemplary Apple Intelligence and Machine Learning tools and technologies including:[488]

- Training, Evaluation and Iteration: Create ML, Create ML Components, Image, Text, and Sound Classifying, MLDataTable, MLSplitStrategy, MLClassifierMetrics, MLRegressorMetrics, MLJob, MLTrainingSession, MLTrainingSessionParameters, MLCheckpoint, MLCreateError, and MLModelMetadata.

- Writing: Rewrite, Proofread, Summarize, Smart Reply, SystemLanguageModel, SystemLanguageModel.UseCase, LanguageModelSession, Transcript, GenerationOptions, Tool, LanguageModelFeedback.

- Natural Language Framework: NLTokenizer, NLLanguageRecognizer, NLLanguage, NLTagger, NLEmbedding, NLContextualEmbedding, NLContextualEmbeddingKey, NLScript, NLModel.

- Understand Context: Visual Intelligence and the Foundation Models framework.

208. I understand that Mr. Thompson concluded that these tools and technologies are

---

[484] For frameworks *see*: https://developer.apple.com/documentation/coreml [APL-EG-R_00006011-012]; https://developer.apple.com/documentation/createml [APL-EG-R_00006050-051]. For models *see* https://developer.apple.com/machine-learning/models/ [APL-EG-R_00006245-255].

[485] https://developer.apple.com/documentation/coreml [APL-EG-R_00006011-012].

[486] https://developer.apple.com/apple-intelligence/get-started/#go-further [APL-EG-R_00006158-161]; *see also* https://developer.apple.com/documentation/coreml  [APL-EG-R_00006011-012].

[487] "Company Report – Research Update, Apple Inc.," Tigress Financial Partners, September 17, 2025: p. 4 [APL-EG-R_00004595-612].

[488] Expert Report of Mr. Chris Thompson: ¶¶ 342-347.

protected, at least in part, by Apple's patents, copyrights, and trade secrets.

209. **Patents**: Mr. Thompson identified an example set of 145 U.S. patent assets, including 108 patents and 37 published patent applications related to Apple Intelligence and Machine Learning tools and technologies.[489]

210. **Copyrights:** Mr. Thompson identified numerous copyrighted works relating to Apple Intelligence and Machine Learning,[490] including Developer documents, instructional videos, and APIs.[491] I understand from Mr. Thompson that when Developers use Apple's Apple Intelligence and Machine Learning APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[492] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently." [493]

211. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Apple Intelligence and Machine Learning, [494] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[495] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[496]

212. **Trademarks**: Apple holds at least 10 trademarks related to Apple Intelligence and Machine Learning, including: Core ML®, Co-ML®, Create ML®, ML® (3

---

[489] Expert Report of Mr. Chris Thompson: ¶ 348, Appendix C.
[490] Expert Report of Mr. Chris Thompson: ¶ 353.
[491] Expert Report of Mr. Chris Thompson: ¶¶ 354, 357.
[492] Expert Report of Mr. Chris Thompson: ¶ 355.
[493] Expert Report of Mr. Chris Thompson: ¶ 355.
[494] Expert Report of Mr. Chris Thompson: ¶ 359.
[495] Expert Report of Mr. Chris Thompson: ¶ 361.
[496] Expert Report of Mr. Chris Thompson: ¶ 361.

variations), Genmoji™, AXLearn® and Apple Intelligence™ (2 variations).[497]

213. I understand from Mr. Thompson that Apple's Apple Intelligence and Machine Learning tools and technologies provide substantial value to Developers, and help consummate transactions, including linked-out transactions.[498]  For example, these tools and technologies:

- "[I]ncrease monetization by allowing developers to integrate generative, engaging, and time-saving artificial intelligence technologies into their apps without needing to invest the time and effort to build these technologies from the ground up."[499]

- "[A]llow developers to build apps that users rely on for high-value, personalized workflows."[500]

- "[A]llow developers to build app experiences that manage information overload—summarizing calls, organizing communications, and surfacing the most important content—making higher-end organizational or professional-grade tiers more attractive."[501]

## 15. HealthKit

214. Apple provides a suite of tools and technologies related to accessing and sharing health and fitness data, including Apple's health data framework, HealthKit.[502] This framework provides a centralized and secure repository where health and fitness information can be stored, shared, and queried with the user's consent.[503] HealthKit is tightly integrated with iPhone, iPad, Apple Watch, and Apple Vision Pro, and can be used with third-party apps and devices.[504]  With access to a user's health data, apps "can provide deeper, more personalized and informative workout and health and fitness experiences."[505]  I understand that Mr. Thompson identified

---

[497] **Attachment 8**.
[498] Expert Report of Mr. Chris Thompson: ¶ 343.
[499] Expert Report of Mr. Chris Thompson: ¶ 343.
[500] Expert Report of Mr. Chris Thompson: ¶ 344.
[501] Expert Report of Mr. Chris Thompson: ¶ 346.
[502] https://developer.apple.com/documentation/healthkit [APL-EG-R_00006177-180].
[503] https://developer.apple.com/documentation/healthkit [APL-EG-R_00006177-180].
[504] https://developer.apple.com/health-fitness/ [APL-EG-R_00006171-176]; *See also* https://clouddevs.com/ios/healthkit/ [APL-EG-R_00005401-406].
[505] https://developer.apple.com/health-fitness/ [APL-EG-R_00006171-176].

exemplary HealthKit tools and technologies including:[506]

- Core: HealthKit framework, HKHealthStore.

- User-Facing: HealthKitUI, Accessing preferred units, Activity rings, and route or workout data.

- Continuous Insights: Managing background delivery, managing workouts, workout sessions, and estimates.

- Specialized: Accessing move mode, reading characteristic data, and handling workout data.

215. Using this type of data to engage users with "meaningful notifications can result in a 30% boost in app interaction, compelling users to return regularly for health management."[507]  These and other functionalities can enhance social sharing options with over 60% of users appreciating "apps that facilitate social competition or collaboration in fitness goals."[508]

216. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

217. **Patents**: Mr. Thompson identified an example set of 50 U.S. patent assets, including 38 patents and 12 published patent applications related to HealthKit tools and technologies.[509]

218. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to HealthKit,[510] including Developer documents, instructional videos and APIs.[511]  I understand from Mr. Thompson that when Developers use Apple's HealthKit APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[512]  Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by

---

[506] Expert Report of Mr. Chris Thompson: ¶¶ 363-370.
[507] https://moldstud.com/articles/p-advanced-healthkit-features-every-ios-developer-should-know-enhance-your-app-with-health-data (Accessed June 8, 2026) [APL-EG-R_00007807-817].
[508] https://moldstud.com/articles/p-advanced-healthkit-features-every-ios-developer-should-know-enhance-your-app-with-health-data (Accessed June 8, 2026) [APL-EG-R_00007807-817].
[509] Expert Report of Mr. Chris Thompson: ¶ 371, Appendix C.
[510] Expert Report of Mr. Chris Thompson: ¶ 376.
[511] Expert Report of Mr. Chris Thompson: ¶¶ 377, 380.
[512] Expert Report of Mr. Chris Thompson: ¶ 378.

offering functionality that would be difficult and costly for them to recreate independently."[513]

219. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to HealthKit,[514] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[515]  According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[516]

220. **Trademarks**: Apple holds at least 14 trademarks related to HealthKit, including: HealthKit® (2 variations), Apple Health™ (4 variations), Works with Apple Health® (2 variations), Apple Fitness+® (2 variations), Fitness+® (2 variations), and Burn Bar® (2 variations).[517]

221. I understand from Mr. Thompson that Apple's HealthKit tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out transactions.[518]  For example, these tools and technologies:

- "[I]ncrease monetization by providing a central repository for health and fitness data on iPhones and iPads that allows apps to communicate with the HealthKit store to access and share this data."[519]

- "[E]nable developers to create richer, more personalized health and fitness experiences, particularly in the form of enhanced analytics, coaching, and long-term tracking."[520]

- Provide user-facing elements that "support professional-grade

---

[513] Expert Report of Mr. Chris Thompson: ¶ 378.
[514] Expert Report of Mr. Chris Thompson: ¶ 382.
[515] Expert Report of Mr. Chris Thompson: ¶ 384.
[516] Expert Report of Mr. Chris Thompson: ¶ 384.
[517] **Attachment 8**.
[518] Expert Report of Mr. Chris Thompson: ¶ 364.
[519] Expert Report of Mr. Chris Thompson: ¶ 365.
[520] Expert Report of Mr. Chris Thompson: ¶ 367.

HIGHLY CONFIDENTIAL –                                  **85**                    SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

interfaces and detailed analytics."[521]

- Include "[c]apabilities around background delivery, managing workouts and workout sessions, and managing estimates [that] support continuous, higher-value services."[522]

- Contain specialized features that "allow developers to build targeted premium experiences for particular user groups and use cases."[523]

### 16. HomeKit

222. Apple provides a suite of tools and technologies related to HomeKit which enables them to build apps that can discover, coordinate, and control home accessories.[524] Using this framework, an app can discover HomeKit-compatible accessories, use the data in the home configuration database, and communicate with configured accessories and services.[525] HomeKit supports smart home accessories, including lightbulbs, sensors, and cameras.[526] I understand that Mr. Thompson identified exemplary HomeKit tools and technologies including:[527]

- Unified Controller: HomeKit Framework, HomeKit Data.

- Behavioral Layer: Automation, Trigger, Event, Adaptive Lighting.

- Access-Management: HomeKey.

- Trust and Reliability: HomeKit Simulator, accessory design and development, Accessory Simulator, HomeKit Accessory Protocol, HomeKit-Enabled Secure Routers.

223. HomeKit tools and technologies are very valuable to Developers as nearly half (45%) of consumers control their smart home devices through smartphone apps.[528] Survey evidence indicates that smart home device usage is growing, with "77%

---

[521] Expert Report of Mr. Chris Thompson: ¶ 368.
[522] Expert Report of Mr. Chris Thompson: ¶ 369.
[523] Expert Report of Mr. Chris Thompson: ¶ 370.
[524] https://developer.apple.com/documentation/homekit/ [APL-EG-R_00006183-185].
[525] https://developer.apple.com/documentation/homekit/ [APL-EG-R_00006183-185].
[526] https://www.createwithswift.com/developing-apps-with-the-homekit-accessory-simulator/ [APL-EG-R_00005456-472].
[527] Expert Report of Mr. Chris Thompson: ¶¶ 386-392.
[528] https://www.deloitte.com/us/en/insights/industry/telecommunications/connectivity-mobile-trends-survey/2023/smart-home-industry-adoption-trend [APL-EG-R_00005473-475].

of consumers who have embraced smart home devices believ[ing] that these technologies improve their overall quality of life."[529] The survey also indicated that "34% said they want all their devices to work together seamlessly," with 79% thinking the way they work together is very or somewhat important.[530]  This is underscored by estimates that over half of U.S. households have at least one smart home device.[531]

224. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

225. **Patents**: Mr. Thompson identified an example set of 208 U.S. patent assets, including 152 patents and 56 published patent applications related to HomeKit tools and technologies.[532]

226. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to HomeKit,[533] including Developer documents, instructional videos, and APIs.[534]  I understand from Mr. Thompson that when Developers use Apple's HomeKit APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[535]  Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[536]

227. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to HomeKit,[537] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related

---

[529] https://www.deloitte.com/us/en/insights/industry/telecommunications/connectivity-mobile-trends-survey/2023/smart-home-industry-adoption-trend [APL-EG-R_00005473-475].
[530] https://www.deloitte.com/us/en/insights/industry/telecommunications/connectivity-mobile-trends-survey/2023/smart-home-industry-adoption-trend [APL-EG-R_00005473-475].
[531] https://sqmagazine.co.uk/smart-home-statistics/ [APL-EG-R_00007925-940].
[532] Expert Report of Mr. Chris Thompson: ¶ 393, Appendix C.
[533] Expert Report of Mr. Chris Thompson: ¶ 398.
[534] Expert Report of Mr. Chris Thompson: ¶¶ 399, 402.
[535] Case Report of Mr. Chris Thompson: ¶ 400.
[536] Expert Report of Mr. Chris Thompson: ¶ 400.
[537] Expert Report of Mr. Chris Thompson: ¶ 404.

tools and technologies.[538]   According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[539]

228. **Trademarks**: Apple holds at least 4 trademarks related to HomeKit, including: HomeKit® (2 variations), Works with Apple Home™ and Works with Apple HomeKit®.[540]

229. I understand from Mr. Thompson that Apple's HomeKit tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[541]   For example, these tools and technologies:

- "[I]ncrease monetization by allowing developers to create apps that control home accessories and facilitate integrating the accessories and apps into a user's everyday life and automating everyday tasks around the home."[542]

- "[D]irectly support monetization by letting developers build highly reliable smart-home experiences that users are willing to pay for, particularly in the form of expanded functionality, higher-tier services, and premium accessory ecosystems."[543]

- "[P]rovide the behavioral layer that makes smart homes feel intelligent."[544]

- "[E]nhance monetization opportunities by enabling high-trust use cases."[545]

- "[C]ontribute to monetization by building trust in iPhone and iPad

---

[538] Expert Report of Mr. Chris Thompson: ¶ 406.
[539] Expert Report of Mr. Chris Thompson: ¶ 406.
[540] **Attachment 8**.
[541] Expert Report of Mr. Chris Thompson: ¶ 387.
[542] Expert Report of Mr. Chris Thompson: ¶ 387.
[543] Expert Report of Mr. Chris Thompson: ¶ 389.
[544] Expert Report of Mr. Chris Thompson: ¶ 390.
[545] Expert Report of Mr. Chris Thompson: ¶ 391.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

apps and enabling higher-end offerings that emphasize safety."[546]

## 17. Core Location

230. Apple provides a suite of tools and technologies related to Core Location, a framework used for obtaining a device's geographic location, altitude, orientation, and region-based events.[547] There are many different use cases for returning a device's current location, including navigation, finding nearby points of interest, sharing a location with others, and tagging the location of a photo.[548]

231. The Core Location framework combines Wi-Fi, cellular, and GPS hardware to deliver accurate results while optimizing battery life.[549] Core Location supports multiple accuracy levels so that Developers can choose a value appropriate for their usage and save on battery consumption.[550] I understand that Mr. Thompson identified exemplary Core Location tools and technologies including:[551]

- Positioning and Location: Geo-coding and reverse geo-coding, Map-Aided Location, Wi-Fi-Aided Location, Multi-sensor Fusion, Location Updates, Course, Location Monitoring, Local Country Formatting.

- Interaction Initiation: Triggers, Region Monitoring (geofencing), Significant Location Change, iBeacon/Beacon Ranging, Visit Monitoring, Providing Context.

- Location Authorization and Privacy: Permission Dialogues, Requesting Location Authorization, Temporary Authorization, Authorization Status, Accuracy Authorization, Precise Location, Suspending Authorization Requests, Location Button, Location

---

[546] Expert Report of Mr. Chris Thompson: ¶ 392.

[547] https://developer.apple.com/documentation/corelocation [APL-EG-R_00006004-009].

[548] https://developer.apple.com/documentation/CoreLocation/getting-the-current-location-of-a-device [APL-EG-R_00006166-168].

[549] https://developer.apple.com/documentation/corelocation/configuring-your-app-to-use-location-services [APL-EG-R_00005986-989].

[550] https://developer.apple.com/documentation/CoreLocation/getting-the-current-location-of-a-device [APL-EG-R_00006166-168]; *See also* https://developer.apple.com/documentation/corelocation/cllocationmanager/desiredaccuracy [APL-EG-R_00006472-473].

[551] Expert Report of Mr. Chris Thompson: ¶¶ 408-414.

Arrow.

- Location Manager and Related Behaviors: Region Monitoring, Heading, Visit Monitoring, Background Activity, Pause Notification (Autopause), Multitasking Behaviors.

232. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

233. **Patents**: Mr. Thompson identified an example set of 760 U.S. patent assets, including 654 patents and 106 published patent applications related to Core Location tools and technologies.[552]

234. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Core Location,[553] including Developer documents, instructional videos, and APIs.[554] I understand from Mr. Thompson that when Developers use Apple's Core Location APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[555] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[556]

235. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Core Location tools and technology,[557] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[558] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information

---

[552] Expert Report of Mr. Chris Thompson: ¶ 415, Appendix C.
[553] Expert Report of Mr. Chris Thompson: ¶ 420.
[554] Expert Report of Mr. Chris Thompson: ¶¶ 421, 424.
[555] Expert Report of Mr. Chris Thompson: ¶ 422.
[556] Expert Report of Mr. Chris Thompson: ¶ 422.
[557] Expert Report of Mr. Chris Thompson: ¶ 426
[558] Expert Report of Mr. Chris Thompson: ¶ 428.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY            **90**            SUBJECT TO PROTECTIVE ORDER

to access Apple's hardware.[559]

236. **Trademarks**: Apple holds at least 5 trademarks related to Core Location, including: iBeacon® (4 variations) and Works with Apple iBeacon™.[560]

237. I understand from Mr. Thompson that Apple's Core Location tools and technologies provide substantial value to Developers, and help consummate transactions in their apps, including linked-out purchases.[561] For example, these tools and technologies:

- "[I]ncrease monetization by enabling geographical context within an app, meaning that developers can sort results by proximity, provide turn-by-turn navigation, provide resources and notifications based on a user's location, connect nearby users in social networks, and more."[562]

- "[H]elp developers monetize by enabling context-aware, location-specific experiences that surface relevant services, offers, and actions at just the right moment."[563]

- Make it more likely that users will "trust that their location is handled appropriately,"[564] which makes them "more willing to enable the location capabilities that underpin personalized services."[565]

- Enable Developers to create apps that balance accuracy, battery life, and responsiveness, which "encourages users to rely on the app for real-world tasks, increasing overall engagement and the likelihood that users will discover and use higher-tier services embedded in these location-aware flows."[566]

## 18. Siri

238. Siri is Apple's personal assistant that enables people to interact with apps, services, and content using voice, text, touch, and automation as supported on

---

[559] Expert Report of Mr. Chris Thompson: ¶ 428.
[560] **Attachment 8**.
[561] Expert Report of Mr. Chris Thompson: ¶ 409.
[562] Expert Report of Mr. Chris Thompson: ¶ 409.
[563] Expert Report of Mr. Chris Thompson: ¶ 411.
[564] Expert Report of Mr. Chris Thompson: ¶ 413.
[565] Expert Report of Mr. Chris Thompson: ¶ 413.
[566] Expert Report of Mr. Chris Thompson: ¶ 414.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

each of Apple's devices such as iPhone, iPad, Mac, Apple Watch, HomePod, and AirPods.[567] Apple provides a suite of Siri tools and technologies to Developers, including Apple's SiriKit technology, which serves as a collection of frameworks, sample code, and best practices that allow "users to interact with their devices through voice, intelligent suggestions, and personalized workflows."[568] SiriKit allows apps to support voice-controlled tasks using predefined or custom intents, such as sending messages, starting workouts, or playing music.[569] I understand that Mr. Thompson identified exemplary Siri tools and technologies including:[570]

- SiriKit and Related Intent: SiriKit, Intents, INIntent, INIntentResponse, INInteraction, Intent Handling Infrastructure.

- Shortcut: Siri Shortcuts, INShortcut, INVoiceShortcut, INVoiceShortcutCenter, INShortcutReference, Shortcuts app.

- Domain-Specific: Payments, Gaming, Media, Messaging, VoIP Calling, Car Commands, Lists and Notes, Workouts.

- Custom Vocabulary: INVocabulary, INVocabularyStringType.

- Intents UI Stack: IntentsUI, Intents UI Extension, Shortcut-Related UI, INParameter, INUIInteractiveBehavior, INUIHostedViewContext, INUIHostedViewControlling, INUIHostedViewSiriProviding.

239. Developers can obtain an improvement in discoverability by providing shortcuts suggestions.[571] Through SiriKit, they can build "apps that seamlessly integrate with Siri, enhancing user convenience and engagement."[572]

240. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

241. **Patents**: Mr. Thompson identified an example set of 348 U.S. patent assets,

---

[567] https://developer.apple.com/design/human-interface-guidelines/siri [APL-EG-R_00006330-355].
[568] https://developer.apple.com/documentation/sirikit [APL-EG-R_00006356-359].
[569] https://developer.apple.com/design/human-interface-guidelines/siri [APL-EG-R_00006330-355]; *See also* https://developer.apple.com/documentation/sirikit [APL-EG-R_00006356-359].
[570] Expert Report of Mr. Chris Thompson: ¶¶ 430-437.
[571] https://developer.apple.com/documentation/intents [APL-EG-R_00006192-195].
[572] https://clouddevs.com/ios/voice-based-apps-with-sirikit/ [APL-EG-R_00005388-393].

including 311 patents and 37 published patent applications related to Siri tools and technologies.[573]

242. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Siri,[574] including Developer documents, instructional videos, and APIs.[575] I understand from Mr. Thompson that when Developers use Apple's Siri APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[576] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[577]

243. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Siri tools and technology,[578] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[579] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[580]

244. **Trademarks**: Apple holds at least 15 trademarks related to Siri, including: Siri® (9 variations), Siri™ (2 variations), SiriKit® (2 variations), Siri Remote®, and Siri Shortcuts®.[581]

245. I understand from Mr. Thompson that Apple's Siri tools and technologies provide substantial value to Developers, and help consummate transactions in their apps,

---

[573] Expert Report of Mr. Chris Thompson: ¶ 438, Appendix C.
[574] Expert Report of Mr. Chris Thompson: ¶ 443.
[575] Expert Report of Mr. Chris Thompson: ¶¶ 444, 447.
[576] Expert Report of Mr. Chris Thompson: ¶ 445.
[577] Expert Report of Mr. Chris Thompson: ¶ 445.
[578] Expert Report of Mr. Chris Thompson: ¶ 449.
[579] Expert Report of Mr. Chris Thompson: ¶ 451.
[580] Expert Report of Mr. Chris Thompson: ¶ 451.
[581] **Attachment 8**.

including linked-out purchases.[582]  For example, these tools and technologies:

- "[A]llow developers to quickly and easily ensure that their app's unique capabilities can interface with Siri."[583]

- "[H]elp developers monetize by reducing friction in key actions and bringing users back into their apps with minimal effort."[584]

- Allow Developers to "design shortcut flows around high-value actions."[585]

- Enable Developers to "make it natural for users to initiate or repeat services without navigating through the user interface."[586]

- Enable Developers to "guide users through the last steps needed to complete a transaction, minimize confusion, and encourage repeat use of voice-driven flows."[587]

### 19. CarPlay

246.  The CarPlay tools and technologies allow Developers to use Apple's in-vehicle platform that extends the iPhone experience onto a car's displays, enabling drivers to use apps for navigation, communication, audio, and driving-related tasks in a safety-first interface.[588]  CarPlay has extensive use cases and supports various categories of apps, including audio, communication, driving tasks, EV charging, fueling, navigation, parking, public safety, food ordering and voice-based conversational. [589]  Millions of vehicles feature CarPlay, showcasing the platform's ability to reach a broad audience.[590]  CarPlay is powered by iOS and receives updates with each new release of the operating system.[591]  CarPlay

---

[582] Expert Report of Mr. Chris Thompson: ¶ 431.
[583] Expert Report of Mr. Chris Thompson: ¶ 432.
[584] Expert Report of Mr. Chris Thompson: ¶ 433.
[585] Expert Report of Mr. Chris Thompson: ¶ 434.
[586] Expert Report of Mr. Chris Thompson: ¶ 435.
[587] Expert Report of Mr. Chris Thompson: ¶ 437.
[588] https://developer.apple.com/carplay/ [APL-EG-R_00005956-961].
[589] CarPlay Developer Guide, p. 3: https://developer.apple.com/download/files/CarPlay-Developer-Guide.pdf [APL-EG-R_00003118-184].
[590] https://medium.com/@expertappdevs/carplay-integration-in-apps-key-features-benefits-11a0271fb715 [APL-EG-R_00007736-741].
[591] https://appleinsider.com/articles/26/06/19/what-siri-ai-apple-tv-more-are-like-with-carplay-in-ios-27 [APL-EG-R_00008127-133].

includes functionalities such as Driving Focus which ensures incoming calls are only allowed if the user's iPhone is connected to CarPlay or other hands-free system.[592]   I understand that Mr. Thompson identified exemplary CarPlay tools and technologies including:[593]

- Navigation and Mapping: Turn-by-turn Guidance.

- Communication: Phone, Messages, Call Notifications, Recent Calls and Contacts, Communication, Siri-based dictation, audio messaging, Tapbacks, announcement of incoming text messages.

- Integration: View Live Activities.

- Platform: CarPlay scenes, navigation scenes, Location and Information, Actions/Alerts/Buttons, Instrument Cluster, Switch the appearance of CarPlay.

247. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

248. **Patents**: Mr. Thompson identified an example set of 34 U.S. patent assets, including 32 patents and 2 published patent applications related to CarPlay tools and technologies.[594]

249. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to CarPlay,[595] including Developer documents, instructional videos, and APIs.[596]  I understand from Mr. Thompson that when Developers use Apple's CarPlay APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[597]   Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering

---

[592] https://support.apple.com/en-us/108384 [APL-EG-R_00008186-204]. Recently announced, iOS 27 will be one of the biggest updates for CarPlay in years with a number of new functionalities including Siri AI, media app upgrades, as well as Apple TV and video support on the car's infotainment system through AirPlay. *See* https://appleinsider.com/articles/26/06/19/what-siri-ai-apple-tv-more-are-like-with-carplay-in-ios-27 [APL-EG-R_00008127-133].
[593] Expert Report of Mr. Chris Thompson: ¶¶ 453-458.
[594] Expert Report of Mr. Chris Thompson: ¶ 459, Appendix C.
[595] Expert Report of Mr. Chris Thompson: ¶ 464.
[596] Expert Report of Mr. Chris Thompson: ¶¶ 465, 468.
[597] Expert Report of Mr. Chris Thompson: ¶ 466.

functionality that would be difficult and costly for them to recreate independently."[598]

250. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to CarPlay technology,[599] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[600] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[601]

251. **Trademarks**: Apple holds at least 11 trademarks related to CarPlay, including: CarPlay® (3 variations), Apple CarPlay®, Works with Apple CarPlay®, and CarPlay Ultra™ (6 variations).[602]

252. I understand from Mr. Thompson that Apple's CarPlay tools and technologies provide substantial value to Developers, and help consummate transactions in their apps, including linked-out purchases.[603] For example, these tools and technologies:

- "[I]ncrease monetization by allowing developers to integrate their apps with CarPlay so that users can see relevant information while in their car at a glance."[604]

- Allow "developers to customize their app's interface, while at the same time maintaining certain aspects of CarPlay's interface elements, resulting in apps that are safe and easy for users to use while in their

---

[598] Expert Report of Mr. Chris Thompson: ¶ 466.
[599] Expert Report of Mr. Chris Thompson: ¶ 470.
[600] Expert Report of Mr. Chris Thompson: ¶ 472.
[601] Expert Report of Mr. Chris Thompson: ¶ 472.
[602] **Attachment 8**.
[603] Expert Report of Mr. Chris Thompson: ¶ 454.
[604] Expert Report of Mr. Chris Thompson: ¶ 454.

vehicle."[605]

- "[H]elp developers monetize their services by increasing engagement and making it easy for users to act on contextually relevant offerings."[606]

- "[E]nable developers to deliver premium, subscription, or managed services in a way that feels fully integrated with the vehicle, supporting higher perceived value and sustained use across trips."[607]

### 20. Core Audio

253. Apple provides a suite of tools and technologies related to Core Audio, which allows Developers to interact with the device's audio hardware.[608] When building Audio unit interfaces, Developers can use the Core Audio Kit which provides views and controllers.[609] Core Audio tools determine how devices interact with an app's audio.[610] I understand that Mr. Thompson identified exemplary Core Audio tools and technologies including:[611]

- Interactions with Device Audio: Core Audio, Core Audio Types, Audio Buffer, AudioTimeStamp.

- Audio Toolbox: Audio Units, Audio Queue, Audio Converter, Audio File Services, and Audio File Stream Services.

- Audio Processing and Operating: AVFAudio, Audio Engine, Audio Session, Managing Audio Routing, mixing with other audio.

254. Developers benefit from Apple's Core Audio tools by offering premium audio technologies within apps, enhancing the user experience. Audio-driven entertainment and communication are key components of the user experience.[612]

255. I understand that Mr. Thompson concluded that these tools and technologies are

---

[605] Expert Report of Mr. Chris Thompson: ¶ 454.
[606] Expert Report of Mr. Chris Thompson: ¶ 455.
[607] Expert Report of Mr. Chris Thompson: ¶ 458.
[608] https://developer.apple.com/documentation/coreaudio [APL-EG-R_00005990-992].
[609] https://developer.apple.com/documentation/coreaudiokit [APL-EG-R_00006048-049].
[610] Expert Report of Mr. Chris Thompson: ¶ 473.
[611] Expert Report of Mr. Chris Thompson: ¶¶ 474-481.
[612] The Importance of Mobile Audio, Technalysis Research, 2021: p. 2 [APL-EG-R_00004526-532].

protected, at least in part, by Apple's patents, copyrights, and trade secrets.

256. **Patents**: Mr. Thompson identified an example set of 357 U.S. patent assets, including 296 patents and 61 published patent applications related to Core Audio tools and technologies.[613]

257. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Core Audio,[614] including Developer documents, instructional videos, and APIs.[615] I understand from Mr. Thompson that when Developers use Apple's Core Audio APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[616] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[617]

258. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Core Audio,[618] which "provide substantial value to developers," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[619] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[620]

259. I understand from Mr. Thompson that Apple's Core Audio tools and technologies provide substantial value to Developers and help them develop desirable apps.[621] For example, these tools and technologies:

- "[A]llow developers to offer premium apps that include high

---

[613] Expert Report of Mr. Chris Thompson: ¶ 482, Appendix C.
[614] Expert Report of Mr. Chris Thompson: ¶ 487.
[615] Expert Report of Mr. Chris Thompson: ¶¶ 488, 491.
[616] Expert Report of Mr. Chris Thompson: ¶ 489.
[617] Expert Report of Mr. Chris Thompson: ¶ 489.
[618] Expert Report of Mr. Chris Thompson: ¶ 493.
[619] Expert Report of Mr. Chris Thompson: ¶ 495.
[620] Expert Report of Mr. Chris Thompson: ¶ 495.
[621] Expert Report of Mr. Chris Thompson: ¶ 475.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

performance and low latency audio technologies."[622]

- "[E]nable developers to build responsive, low-latency audio experiences centered on access to content, subscriptions, or usage-based models."[623] With control over audio input and output, "developers can deliver professional-grade sound quality for music, podcasts, live audio rooms, language learning, and communication tools."[624]

- Allow Developers to "implement playback of libraries, access to particular audio assets, or channels, using these services to manage formats, metadata, buffering, and bandwidth-aware streaming."[625]

- Enable Developers to "create differentiated, high-value audio products whose business models are built around access to advanced capabilities rather than simple playback."[626]

### 21. Camera

260. Apple provides a suite of tools and technologies related to Camera, which provide developers the software to capture and process photos and video, which enable functionalities such as Smart HDR, Face ID authentication, image stabilization, cinematic video and augmented reality experiences.[627] I understand that Mr. Thompson identified exemplary Camera tools and technologies including:[628]

- Authentication and Privacy: Security/Biometrics.

- Image and Video Processing: Dynamic Capture, Stabilization, AI/AR, Gaming, Image Processing APIs.

- Editing: Editing Extensions.

261. The functionalities of Camera, such as image stabilization and HDR, provide substantial value to users.[629] Advanced Camera editing tools allows users to capture high-quality images and videos, as Apple continuously provides regular

---

[622] Expert Report of Mr. Chris Thompson: ¶ 476.
[623] Expert Report of Mr. Chris Thompson: ¶ 477.
[624] Expert Report of Mr. Chris Thompson: ¶ 477.
[625] Expert Report of Mr. Chris Thompson: ¶ 479.
[626] Expert Report of Mr. Chris Thompson: ¶ 481.
[627] Expert Report of Mr. Chris Thompson: ¶ 496.
[628] Expert Report of Mr. Chris Thompson: ¶¶ 497-502.
[629] https://geekschalk.com/big-advantages-of-an-iphone/#5-highquality-camera [APL-EG-R_00006582-588].

software updates to add new features and improvements.[630]  A Bloomberg survey reported that approximately 50% of Gen Z consumers determined that camera quality was the most critical factor when purchasing a smartphone.[631]

262.  I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

263.  **Patents**: Mr. Thompson identified an example set of 610 U.S. patent assets, including 494 patents and 116 published patent applications related to Camera tools and technologies.[632]

264.  **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Camera tools and technologies,[633] including Developer documents, instructional videos, and APIs.[634]  I understand from Mr. Thompson that when Developers use Apple's Camera APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[635]  Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[636]

265.  **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Camera.[637] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[638]  According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still

---

[630] https://blinksandbuttons.net/why-do-iphones-have-better-cameras/ [APL-EG-R_00005287-293].
[631] https://www.bloomberg.com/company/press/79-of-gen-z-us-consumers-prefer-iphones-to-rivals-finds-bloomberg-intelligence/ [APL-EG-R_00005331-334].
[632] Expert Report of Mr. Chris Thompson: ¶ 503, Appendix C.
[633] Expert Report of Mr. Chris Thompson: ¶ 508.
[634] Expert Report of Mr. Chris Thompson: ¶¶ 509, 512.
[635] Expert Report of Mr. Chris Thompson: ¶ 510.
[636] Expert Report of Mr. Chris Thompson: ¶ 510.
[637] Expert Report of Mr. Chris Thompson: ¶ 514.
[638] Expert Report of Mr. Chris Thompson: ¶ 516.

need to know certain Apple proprietary information to access Apple's hardware.[639]

266. **Trademarks**: Apple holds at least 1 trademark related to Camera tools and technologies, Final Cut Camera®.[640]

267. I understand from Mr. Thompson that Apple's Camera tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[641]  For example, these tools and technologies:

- "[I]ncrease monetization by allowing developers to create apps that provide high quality and useful functionality such as based on understanding, explaining, and interacting with the world as viewed from the device."[642]

- "[L]et developers create higher-quality visual content experiences that users are more willing to engage with."[643] Additionally, "developers can offer professional-grade photo and video capture—such as Cinematic mode and Slo-Mo—that supports advanced capture modes."[644]

- "[E]nable 'pro' capture workflows and advanced settings that can be tied to higher-value technology bundles, which [can] be delivered as digital goods and services purchased using linked-out transactions."[645]

- Allow Developers to "deliver advanced background effects, virtual overlays, and environment-aware technologies that can form the basis of premium tiers, usage-based pricing, or technology-locked experiences that users purchase."[646]

- "[H]elp developers provide robust editing suites that can be integrated

---

[639] Expert Report of Mr. Chris Thompson: ¶ 516.
[640] **Attachment 8**.
[641] Expert Report of Mr. Chris Thompson: ¶ 498.
[642] Expert Report of Mr. Chris Thompson: ¶ 498.
[643] Expert Report of Mr. Chris Thompson: ¶ 499.
[644] Expert Report of Mr. Chris Thompson: ¶ 499.
[645] Expert Report of Mr. Chris Thompson: ¶ 499.
[646] Expert Report of Mr. Chris Thompson: ¶ 500.

into specialized creative or productivity apps."[647]

## 22. Wallet

268.  Apple provides a suite of tools and technologies related to Wallet, which allows users to organize payment cards, tickets, and passes, leveraging the PassKit framework.[648]  Through Wallet Orders, users can track and manage Apple Pay purchases within Wallet.[649]  I understand that Mr. Thompson identified exemplary Wallet tools and technologies including:[650]

- Integrated Wallet: Apple Pay, Wallet Passes, Companion App/Conduit App Integration, PkPassLibrary, App Independence, Add to Apple Wallet, Automatically Add Passes, URL Accessibility, Purchase Parking, URL Accessibility.

- Pass: Pass Style, Pass Image, PassFieldContent, Currency Tag, Event Date Info, Location, Person's Name, Store Card, Personalize, Pass Localization, Distributable Pass, Bundle Passes.

- Contextual Surfacing & Relevance: Lock screen integration, Max Distance, Relevancy, Upcoming Events, Poster Event, Semantic Tags, Upcoming Pass Information Entry, Boarding Passes, Boarding Pass Upgrade, Boarding Duration, Badges, Airline Services and Upgrades.

- Contactless Payment & Digital Credential: PassKit, Contactless, View Automatic Payments.

- Identification: Identity Verification, IDs in Wallet, Verification, and Digital ID Document Verification/Digital Credentials APIs.

- Usability and Reliability: Wallet UI, Barcode Support, Sharing Prohibited, Voided, Wi-Fi Network support, Transit Provider Contact Info.

269.  Apple Wallet tools and technologies provide value to developers as users can use the Wallet for various functions such as mobile payments, event tickets, and boarding passes.  Apple Wallet has grown in popularity with nearly 64 million

---

[647] Expert Report of Mr. Chris Thompson: ¶ 501.
[648] https://developer.apple.com/documentation/PassKit [APL-EG-R_00006260].
[649] https://developer.apple.com/documentation/WalletOrders [APL-EG-R_00006433].
[650] Expert Report of Mr. Chris Thompson: ¶¶ 518-523.

U.S. users and approximately 85% of U.S. retailers now accepting Apple Pay.[651]

270. I understand that Mr. Thompson concluded that these tools and technologies are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

271. **Patents**: Mr. Thompson identified an example set of 281 U.S. patent assets, including 235 patents and 46 published patent applications related to Wallet tools and technologies.[652]

272. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Wallet tools and technologies,[653] including Developer documents, instructional videos, and APIs.[654] I understand from Mr. Thompson that when Developers use Apple's Wallet APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[655] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[656]

273. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Wallet,[657] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[658] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's

---

[651] https://www.clearlypayments.com/blog/apple-pay-and-other-digital-wallets-market-share-in-2025/ [APL-EG-R_00005356-360].
[652] Expert Report of Mr. Chris Thompson: ¶ 524, Appendix C.
[653] Expert Report of Mr. Chris Thompson: ¶ 529.
[654] Expert Report of Mr. Chris Thompson: ¶¶ 530, 533.
[655] Expert Report of Mr. Chris Thompson: ¶ 531.
[656] Expert Report of Mr. Chris Thompson: ¶ 531.
[657] Expert Report of Mr. Chris Thompson: ¶ 535.
[658] Expert Report of Mr. Chris Thompson: ¶ 537.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

hardware.[659]

274. **Trademarks**: Apple holds at least 3 trademarks related to Wallet tools and technologies, including: Add to Apple Wallet®, Apple Wallet®, and Add to Apple Wallet & Health®.[660]

275. I understand from Mr. Thompson that Apple's Wallet tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[661] For example, these tools and technologies:

- "[A]llow developers to create custom passes and then integrate those passes with their apps to increase app exposure and engagement. The Wallet technologies can present custom passes and present them the moment people need them, securely verify an individual's identity so they can access personal content, offer detailed receipts and tracking information where it's most convenient, and create premium paid-for services in travel and airline apps."[662]

- Allow Developers to "use Pass technologies that provide detailed properties about their pass, including associated URLs, contact information, descriptions, and more."[663]

- "[H]elp developers make it easier for users to take actions using their wallet at contextually relevant moments."[664]

- "[L]et developers design visually distinctive, information-rich passes … that can guide users to certain content or information in their Wallet and to an app."[665]

- Allow for "[c]ontextual surfacing and relevance technologies [that] keep passes timely and actionable, which is critical for converting user attention into revenue."[666]

- Enable "[u]sability and reliability technologies [that] support user

---

[659] Expert Report of Mr. Chris Thompson: ¶ 537.
[660] **Attachment 8**.
[661] Expert Report of Mr. Chris Thompson: ¶ 519.
[662] Expert Report of Mr. Chris Thompson: ¶ 520.
[663] Expert Report of Mr. Chris Thompson: ¶ 520.
[664] Expert Report of Mr. Chris Thompson: ¶ 521.
[665] Expert Report of Mr. Chris Thompson: ¶ 521.
[666] Expert Report of Mr. Chris Thompson: ¶ 522.

trust and smooth execution at the point of use."[667]

### 23. Privacy, Security, and App Integrity

276. Apple provides a suite of tools and technologies related to Privacy, Security, and App Integrity, which allow Developers to protect users and their data on iPhones and iPads through functionalities such as Face ID, Touch ID, passkeys, and app sandboxing.[668]  I understand that Mr. Thompson identified exemplary Privacy, Security, and App Integrity tools and technologies including:[669]

- Simplification of Secure Verification Steps: Security Code Autofill, Private Access Tokens.

- Secure Sign-In and Sign-Up: Sign in with Apple, Passkeys, iCloud Keychain, biometric app login.

- Handling and Understanding Data: Data Protection Classes, Secure Enclave, App Tracking Transparency.

- Malware & OS Tampering Prevention: Apple's Secure Boot Chain, Kernel Integrity Protection.

- Secure Transport, App Authenticity, & Transaction Validation: Generic Security Service API, App Attest, Receipts.

277. Developers benefit from the tools related to Privacy, Security, and App Integrity by promoting a safe and secure user experience.  Data privacy is an important part of the user experience.[670]  Privacy and security are key features of the Apple ecosystem, providing users with the ability to control their data across devices.[671]  Data privacy and security within the Apple ecosystem instills confidence in the user, leading to more comfort in adopting new services and devices.[672]

278. I understand that Mr. Thompson concluded that these tools and technologies are

---

[667] Expert Report of Mr. Chris Thompson: ¶ 523.
[668] Expert Report of Mr. Chris Thompson: ¶ 538.
[669] Expert Report of Mr. Chris Thompson: ¶¶ 539-548.
[670] https://www.apple.com/privacy/ [APL-EG-R_00008270-273].
[671] https://applemagazine.com/apple-privacy-trust-ecosystem/ [APL-EG-R_00005177-180].
[672] https://applemagazine.com/apple-privacy-trust-ecosystem/ [APL-EG-R_00005177-180].

protected, at least in part, by Apple's patents, copyrights, and trade secrets.

279. **Patents**: Mr. Thompson identified an example set of 621 U.S. patent assets, including 539 patents and 82 published patent applications related to Privacy, Security, and App Integrity tools and technologies.[673]

280. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Privacy, Security, and App Integrity tools and technologies, [674] including Developer documents, instructional videos, and APIs.[675] I understand from Mr. Thompson that when Developers use Apple's Privacy, Security, and App Integrity APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[676] Mr. Thompson explains "the source code is extensive, protected by copyright, and provides developers significant value by offering functionality that would be difficult and costly for them to recreate independently."[677]

281. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to Privacy, Security, and App Integrity,[678] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[679] According to Mr. Thompson, for Developers to recreate these functionalities it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[680]

282. **Trademarks**: Apple holds at least 5 trademarks related to Privacy, Security, and App Integrity tools and technologies, including: Face ID® (4 variations) and

---

[673] Expert Report of Mr. Chris Thompson: ¶ 549, Appendix C.
[674] Expert Report of Mr. Chris Thompson: ¶ 554.
[675] Expert Report of Mr. Chris Thompson: ¶¶ 555, 558.
[676] Expert Report of Mr. Chris Thompson: ¶ 556.
[677] Expert Report of Mr. Chris Thompson: ¶ 556.
[678] Expert Report of Mr. Chris Thompson: ¶ 560.
[679] Expert Report of Mr. Chris Thompson: ¶ 562.
[680] Expert Report of Mr. Chris Thompson: ¶ 562.

Touch ID®.[681]

283. I understand from Mr. Thompson that Apple's Privacy, Security, and App Integrity tools and technologies provide substantial value to Developers and help consummate transactions, including linked-out purchases.[682]  For example, these tools and technologies:

- "[I]ncrease monetization by building user trust and instilling confidence that apps developed for Apple's OS are safe, secure, and will protect user data."[683]

- "[H]elp developers reduce friction and build user trust at the moments when users sign up, sign in, and authorize access to sensitive services or data."[684]

- Enable Developers to "implement robust fraud and bot defenses without adding extra fields, puzzles, or delays that would discourage users from logging back in to manage accounts, updating plans, or engaging with higher-value functionality."[685]

- "[A]llow developers to position certain apps or app experiences as more secure and discreet, requiring Face ID or a password to open. This enhances the perceived and actual security of apps that handle particularly sensitive user data or services, increasing user confidence in using them for higher-value or more sensitive functionality."[686]

- "[S]upport monetization by making it easier and safer for developers to handle sensitive user data and authentication flows essential to transacting with confidence."[687]

- Give "developers a common, OS-managed mechanism for requesting tracking permission, which can improve user trust."[688]

### 24. Developer Services

---

[681] **Attachment 8**.
[682] Expert Report of Mr. Chris Thompson: ¶ 540.
[683] Expert Report of Mr. Chris Thompson: ¶ 540.
[684] Expert Report of Mr. Chris Thompson: ¶ 541.
[685] Expert Report of Mr. Chris Thompson: ¶ 542.
[686] Expert Report of Mr. Chris Thompson: ¶ 544.
[687] Expert Report of Mr. Chris Thompson: ¶ 546.
[688] Expert Report of Mr. Chris Thompson: ¶ 547.

284. I understand from Mr. Thompson that Apple provides Developer services, including, for example, Meet with Apple, Developer Forums, and Developer Support.[689]

285. Under the Meet with Apple service program, Apple provides Developers the opportunity to schedule online and in person meetings with Apple Experts and attend a variety of sessions, labs, workshops, and special events geared to helping Developers test app, optimize apps, and learn about the latest tools, technologies, features and best practices for building iOS compatible apps.[690] In 2023, Apple reached developers in over 160 countries, hosted 50,000 Meet with Apple Experts engagements, and trained over 3,700 students through Apple Developer Academies and Apple Foundation Programs.[691] To enable Meet with Apple services, Apple has invested to create Developer Centers in Bengaluru, India; Cupertino, California; Singapore; and Shanghai, China.[692] Developers attending these events have found it to be rewarding — ███████████████

███████████████████████████████████[693]

███████████████████████████████████

███████████████████████████████████

███████████████████████████████.[694]

286. Apple's Developer Support provides Developers with guides and documents that include details and instructions on how to use Apple APIs, software, and services.[695] Apple's Developer Forums provide a medium for Developers to post questions or share information with Developers and Apple engineers.[696]

---

[689] Expert Report of Mr. Chris Thompson: ¶ 563.

[690] https://developer.apple.com/events/ [APL-EG-R_00006224-226]; https://developer.apple.com/events/view/upcoming-events [APL-EG-R_00006327-329].

[691] https://www.apple.com/newsroom/2024/06/apple-expands-developer-support-and-resources/ [APL-EG-R_00005025-034].

[692] https://developer.apple.com/events/developer-centers/ [APL-EG-R_00006076-078].

[693] Meet with Apple - Q1 FY26 Attendee Feedback, January 2026: p. 5 [APL-EG-R_00000424-452].

[694] Meet with Apple - Q1 FY26 Attendee Feedback, January 2026: p. 9 [APL-EG-R_00000424-452].

[695] https://developer.apple.com/support/ [APL-EG-R_00006372-373].

[696] https://developer.apple.com/support/ [APL-EG-R_00006372-373]; https://developer.apple.com/forums/topics [APL-EG-R_00005733-736].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

287. I understand that Mr. Thompson concluded that these Apple Developer services are protected by Apple's IP, including copyrights and trade secrets.[697]  Mr. Thompson explains, "[t]he underlying IP includes Apple's copyrighted videos of Meet with Apple events, as well as Apple's proprietary technical know-how and insights—which are not otherwise publicly available—that developers benefit from at Meet with Apple events."[698]  He further explains, "[t]he Developer Forum and Developer Support services draw on Apple's internal expertise and IP, such as trade secrets, including proprietary platform knowledge and insights into Apple's internal systems, which are not otherwise publicly available."[699]

288. **Trademarks:** Apple holds at least 1 trademark related to Developer Services, including: Apple Logo Developer Academy®.[700]

289. Additionally, I understand from Mr. Thompson that Apple's Developer services, including the copyrights and trade secrets identified above, provide substantial value to Developers and help consummate transactions.[701]  For example:

- Meet With Apple "in-person and virtual events help developers implement and optimize the latest Apple tools and technologies, including how to use Game Center to optimize discovery, engagement, and revenue."[702]

- "Apple's Developer Forums and Developer Support minimize revenue loss caused by technical errors by empowering and assisting developers to quickly resolve any issues and maintain a smooth, reliable experience for the user."[703]

## VI.    APPLE'S IP-PROTECTED ADDITIONAL SERVICES

290. In addition to the TTS discussed in **Section V**, Apple's App Store delivers a comprehensive array of distribution, discovery, marketing, and analytics services that help Developers market and distribute apps to users, while simultaneously

---

[697] Expert Report of Mr. Chris Thompson: ¶ 563.
[698] Expert Report of Mr. Chris Thompson: ¶ 564.
[699] Expert Report of Mr. Chris Thompson: ¶ 565.
[700] **Attachment 8**.
[701] Expert Report of Mr. Chris Thompson: ¶ 563.
[702] Expert Report of Mr. Chris Thompson: ¶ 564.
[703] Expert Report of Mr. Chris Thompson: ¶ 565.

upholding high standards of quality, safety, and security across the platform. Developers obtain value from these services regardless of whether they monetize their apps through IAP or link-out (or both). I understand from Mr. Thompson that these services are supported by Apple's IP and provide substantial value to Developers, including helping them consummate transactions.[704]

291. **Trademarks:** Apple holds at least 5 trademarks related to the App Store.[705] These trademarks include App Store®, App Store Icon (2 variations) and There's an app for that® (2 variations).[706]

## A. Distribution Services

292. The App Store provides infrastructure and services to facilitate the distribution of apps to users around the globe. The App Store supports billions of downloads and updates annually across 175 regions and 50 languages.[707]

293. While the distribution services include facilitating initial app installs, they extend beyond the first install.[708] Users often redownload apps for various reasons, such as acquiring a new device, app updates with new features, user regret, or rediscovering the app through promotions.[709] For example, a user may delete a gaming app but redownload it after seeing an ad showing new updates were added.[710] In that context, the App Store supports both initial and ongoing installs at a large scale. Data shows that 92% of surveyed iOS users have redownloaded apps, while 33% redownloaded apps specifically to make a purchase.[711]

---

[704] Expert Report of Mr. Chris Thompson: ¶ 566.
[705] **Attachment 8**.
[706] **Attachment 8**.
[707] https://developer.apple.com/app-store/ [APL-EG-R_00006113-119].
[708] The App Store's distribution framework supports recurring updates and new versions: https://developer.apple.com/help/app-store-connect/update-your-app/create-a-new-version [APL-EG-R_00006052-053] *see also* https://support.apple.com/en-us/102417 [APL-EG-R_00007984-987].
[709] https://www.adjust.com/glossary/reinstall/ [APL-EG-R_00004897-899].
[710] https://www.adjust.com/glossary/reinstall/ [APL-EG-R_00004897-899].
[711] https://ads.apple.com/app-store/best-practices/redownloads [APL-EG-R_00003966-972].

**Table 3: Average Weekly App Downloads, Redownloads, and Updates 2022 to 2025**

|  | 2022[712] | 2023[713] | 2024[714] | 2025[715] |
|---|---|---|---|---|
| **Downloads** | 747,873,877 | 787,999,950 | 839,266,915 | 929,754,061 |
| **Redownloads** | 1,539,274,266 | 1,656,894,821 | 1,898,240,007 | 2,053,461,208 |
| **Automatic Updates** | 40,876,798,492 | 52,623,848,130 | 66,022,387,774 | 46,630,867,840 |
| **Manual Updates** | 512,545,816 | 562,782,228 | 638,006,162 | 701,572,983 |

294. In the sections below, I provide an overview of exemplary benefits from Apple's IP-protected distribution services. I also identify the Apple IP underlying these services, based in part on my understanding from Mr. Thompson.

### 1. Exemplary Benefits of App Store Distribution Services to Developers

295. Apple's distribution services provide a centralized offering that allow Developers to access data storage and hosting infrastructure, automatic updates, and secure systems. As part of the hosting infrastructure, Apple provides unlimited hosting and bandwidth for all apps, updates, and in-app purchases.[716] Apple also ensures reliability by committing hundreds of sustainability and reliability engineers to maintain dedicated data centers, and allows users to seamlessly restore apps on new devices, increasing the likelihood of continued use.[717]

296. Users can centralize updates through the App Store's "App Updates" section and control automatic versus manual updates.[718] Automatic updates improve user experience and prevent user attrition by ensuring that users make use of the latest features, security patches, and bug fixes.[719] They place Developers in a better

---

[712] https://www.apple.com/legal/more-resources/docs/2022-App-Store-Transparency-Report.pdf [APL-EG-R_00001387-388].

[713] https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf [APL-EG-R_00001389-390].

[714] https://www.apple.com/legal/more-resources/docs/2024-App-Store-Transparency-Report.pdf [APL-EG-R_00001391-392].

[715] https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423].

[716] https://developer.apple.com/app-store/features/ [APL-EG-R_00006142-148].

[717] https://developer.apple.com/app-store/features/ [APL-EG-R_00006142-148].

[718] https://support.apple.com/en-us/102629 [APL-EG-R_00008183-185].

[719] https://median.co/blog/how-to-enforce-mandatory-app-updates [APL-EG-R_00007716-723].

position to streamline support and spend less time troubleshooting older versions of their apps, which frees up Developers to spend their time in other higher value areas.[720]

297.  Apple's distribution services are important and valuable to Developers.  Through App Store distribution, Developers gain access to a large, global user base of over 2.5 billion devices without building or maintaining their distribution channels.[721] I understand that Apple's data storage services improve user experience by making it seamless for them to download and use apps across devices, as well as support monetization by enabling technologies like account-based purchases, subscription syncing, and entitlement restoration across devices.[722]  Developers use Apple's data storage service to ensure that once a user completes a purchase of a digital good or service (e.g., a subscription upgrade), that status is reliably stored and reflected everywhere, which is critical to maintaining paid access and reducing friction in repeat purchases.[723]  Respondents in an Apple Developer survey ████████████████████████████████████████████ ████████████████████████████████[724]

298.  I understand that Mr. Thompson identified exemplary tools and technologies including:[725]

- Asset management: Background asset framework, managed asset packs, unmanaged asset downloads, StoreDownloader Extension, Managed Downloader Extension.

## B.    Discovery Services

299.  Discovery services, available via the App Store, help users discover apps through, for example, an easy-to-navigate interface and promoting specific Developers and apps.[726]  They include App Store product pages, editorial curation, analytics,

---

[720] https://median.co/blog/how-to-enforce-mandatory-app-updates [APL-EG-R_00007716-723].
[721] Expert Report of Mr. Chris Thompson: ¶ 568.
[722] Expert Report of Mr. Chris Thompson: ¶ 568.
[723] Expert Report of Mr. Chris Thompson: ¶ 568.
[724] Apple Developer Marketplace Study, "Developer Marketplace Research – Apple Market Research and Analysis", June 2025: p. 10 [APL-EG-R_00000932-017].
[725] Expert Report of Mr. Chris Thompson: ¶¶ 569-570.
[726] https://developer.apple.com/app-store/discoverability/ [APL-EG-R_00006088-092].

personalization, as well as platform-level discovery functionalities such as Search and Spotlight.[727]  I understand from Mr. Thompson that Apple provides App Store Optimization services available in App Store Connect, which includes the ability to manage app titles, keywords, descriptions, screenshots, preview videos, and localization across regions.[728]  The App Store attracts over 890 million weekly visitors, providing significant user acquisition value.[729]

300.  Discovery services can improve the likelihood that an app will be installed initially, with up to 41% organic installs attributable to App Store Optimization methods surfaces (search and browse).[730]  Users also often redownload and update apps, which Apple's discovery services facilitate.[731]  Apple reports that the majority of App Store engagement relates to user activities **after** the initial download, and includes redownloads, app updates, and opening apps after the initial download.[732]

301.  In the sections below, I provide an overview of exemplary benefits from Apple's IP-protected discovery services.  I also identify the Apple IP underlying these services, based in part on my understanding from Mr. Thompson.

## 1.  Exemplary Benefits of App Store Discovery Services to Developers

302.  Apple's discovery services provide various benefits to Developers, such as increased downloads, user engagement, and monetization opportunities.[733]

303.  By offering functionalities like custom product pages, optimization, and

---

[727] "The Apple Ecosystem in the US": pp. 11-12: https://www.apple.com/newsroom/pdfs/2024-US-Apple-Ecosystem-Report.pdf [APL-EG-R_00001393-415].

[728] Expert Report of Mr. Chris Thompson: ¶ 571.

[729] https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423].

[730] https://www.digitalapplied.com/blog/app-store-optimization-aso-statistics-2026-data [APL-EG-R_00008149-166].

[731] Apple reports that 98.2% of total app downloads relate to redownloads and app updates. *See* the 2025 App Store Transparency Report: https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423]. Average weekly app downloads, redownloads and updates are equal to 50,315.7 million instances. Average weekly downloads represent 929.8 million or 1.8% of the total [929.8M / 50,315.7M = 1.8%].

[732] Apple reported an average of ~929.8 million weekly app downloads, ~2.1 billion weekly app redownloads, ~46.6 billion weekly automatic app updates, and 701.6 million weekly manual app updates in its 2025 App Store Transparency Report. *See* the 2025 App Store Transparency Report: https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423].

[733] Expert Report of Mr. Chris Thompson: ¶ 572.

personalization, Apple's discovery services give Developers powerful ways to acquire customers more efficiently and with greater precision. For example, custom product pages allow developers to publish up to 70 audience-specific variations.[734] Developers' average conversion rate has increased from 1.6% to 4.1% by directing users to these customized pages.[735] In addition, the App Store personalizes content based on users' prior activity, purchases, and Apple Account information to improve discovery and relevance (although that information can be deactivated and limited based on user preferences, among other things).[736]

304. App Store discovery services are important and valuable to Developers.


[737]

305. I understand that Mr. Thompson identified exemplary tools and technologies including:[738]

- Tailored app presentation: Custom Product Pages, Product Page Optimization.

## C.    Marketing Services

306. Apple provides a variety of marketing services to enhance the presentation and promotion of apps. Mr. Thompson discusses how Developers can use these marketing services to generate short links or embeddable code for advertisements, where the link or code will lead to the app's product page.[739] I understand from Mr. Thompson that Apple provides services where Developers can create custom marketing assets, such as banners and images, and Apple provides preset messages in multiple languages for advertising efforts.[740] I further understand that Apple provides services and tutorials regarding making ads designed specifically for the App Store, including the creation of custom product pages and the ability

---

[734] https://developer.apple.com/app-store/custom-product-pages/ [APL-EG-R_00006062-065].
[735] https://developer.apple.com/app-store/custom-product-pages/ [APL-EG-R_00006062-065].
[736] https://www.apple.com/legal/privacy/en-ww/personalized-user-experiences/ [APL-EG-R_00005139-141].
[737] Apple Developer Marketplace Study, "Developer Marketplace Research – Apple Market Research and Analysis", June 2025: p. 18 [APL-EG-R_00000932-017].
[738] Expert Report of Mr. Chris Thompson: ¶¶ 574-575.
[739] Expert Report of Mr. Chris Thompson: ¶ 576.
[740] Expert Report of Mr. Chris Thompson: ¶ 576.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY       SUBJECT TO PROTECTIVE ORDER

to publish multiple versions of an App Store product page to highlight different features or specific content with unique URLs for each page.[741]  Mr. Thompson explains that Developers can use Apple's marketing services to promote paid In-App Events, such as game competitions, movie premiers, and live-streamed experiences, by having In-App Events appear across the App Store.[742]

307.  In the sections below, I provide an overview of exemplary benefits from Apple's App Store marketing services.

### 1.  Exemplary Benefits of App Store Marketing Services to Developers

308.  Apple provides a full suite of tools that allow Developers to create, manage, automate, and measure advertising campaigns that promote their apps on the App Store.[743]  With close to 65 percent of downloads happening directly after a search, Developers often focus their ad campaigns on the search tool.[744]

309.  Rakuten is a good example of how a company can gain success using Apple Ads, which integrates advertising into Apple experiences.[745]  Rakuten created an Apple Ads strategy using the Today tab, Search tab, and product page ads to maximize their brand exposure, influence consideration, and drive incremental customer acquisition.[746]  Apple reported that, due to this campaign, impressions increased by 620% on the Search tab and by 177% on the Today tab, with Apple Ads being the central tool for testing strategies company-wide based on market information. [747]  Apple reports that these custom product page services can increase customer conversion by over 150% compared to default product pages.[748]

310.  Apple also has various marketing initiatives centered around promoting the App

---

[741] Expert Report of Mr. Chris Thompson: ¶ 576.
[742] Expert Report of Mr. Chris Thompson: ¶ 576.
[743] *See, for example,* https://developer.apple.com/documentation/apple_ads [APL-EG-R_00005730].
[744] The figure is based on App Store data from all Apple Ads countries and regions in 2022. *See* https://ads.apple.com/app-store/best-practices/ad-placements [APL-EG-R_00001506-512].
[745] https://ads.apple.com/app-store/success-stories/rakuten [APL-EG-R_00003903-908] ; *See also* https://ads.apple.com/ [APL-EG-R_00001583-591].
[746] https://ads.apple.com/app-store/success-stories/rakuten [APL-EG-R_00003903-908].
[747] https://ads.apple.com/app-store/success-stories/rakuten [APL-EG-R_00003903-908].
[748] "*Custom Product Pages on the App Store*", Apple, https://developer.apple.com/app-store/custom-product-pages/ [APL-EG-R_00006062-065] (2026) ("Developers see a 2.5 percentage point increase on average when

Store and developer applications.  In 2025 alone, Apple spent approximately



311.

312. Among Apple's marketing services, Apple provides tools and technologies to Developers. For example, AdAttributionKit serves as Apple's framework for measuring the effectiveness of in-app ad campaigns in the App Store,[755] and enables Developers to understand installs and reengagements without exposing user or device level data.[756]  Apple allows Developers to control their App Store marketing through Custom Product Pages and Product Page Optimization.[757]  The former allows Developers to create additional versions of their App Store product page, each with unique screenshots, app previews, and promotional text, and each

---

referring people to a custom product page. This is a 156% increase compared to the 1.6% average conversion rate on default product pages.")

[749] FY26 App Store Budget Presentation: p. 127 [APL-EG-R_00001157-284].

[750] FY25 App Store Budget Presentation: p. 62 [APL-EG-R_00000001-120].

[751] FY25 App Store Budget Presentation: p. 63 [APL-EG-R_00000001-120].

[752] FY26 App Store Budget Presentation: p. 127 [APL-EG-R_00001157-284].

[753] FY26 App Store Budget Presentation: p. 65 [APL-EG-R_00001157-284].

[754] FY26 App Store Budget Presentation: pp. 52-57[APL-EG-R_00001157-284].

[755] https://developer.apple.com/documentation/AdAttributionKit [APL-EG-R_00005608-611].

[756] https://developer.apple.com/documentation/AdAttributionKit [APL-EG-R_00005608-611].

[757] https://developer.apple.com/app-store/custom-product-pages/ [APL-EG-R_00006062-065]; https://developer.apple.com/app-store/product-page-optimization/ [APL-EG-R_00006261-267].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

assigned a unique shareable URL.[758]  The latter acts as Apple's testing program for App Store product pages, allowing Developers to test and compare up to three versions of the product against the default page using real App Store traffic.[759]  I understand that Mr. Thompson identified exemplary tools and technologies including:[760]

- Ad measurement & attribution: AdAttributionKit, Apple Ads Attribution API, AdSupport framework.

- User acquisition: Apple Ads Platform, Apple Ads Basic, Apple Ads Campaign Management API.

313.  Effective optimization increases organic installs that tend to produce the highest lifetime value users, supporting scalable growth while reducing user acquisition costs for developers.[761]

314.  Apple Ads helps Developers improve discoverability of their apps.[762]  Apple Ads also leads to higher conversions, which can be seen through its industry leading conversion rate of over 60% for ads appearing at the top of search results.[763]

**D.   App Store Analytics Services**

315.  Apple provides analytics services through App Store Connect and related tools which provide detailed insights into app performance, user behavior, and business outcomes.[764]  For example, Developers can analyze app impressions, product page views, downloads, conversion rates, retention rates, session activity, crash rates, and revenue generated from app sales and purchases to understand how to better optimize monetization strategies, marketing, or pricing to improve performance and increase revenue.[765]

316.  In the sections below, I provide an overview of exemplary benefits from Apple's

---

[758] https://developer.apple.com/app-store/custom-product-pages/ [APL-EG-R_00006062-065].
[759] https://developer.apple.com/app-store/product-page-optimization/ [APL-EG-R_00006261-267].
[760] Expert Report of Mr. Chris Thompson: ¶¶ 578-583.
[761] https://www.adjust.com/glossary/aso/ [APL-EG-R_00004900-903].
[762] https://developer.apple.com/documentation/apple_ads [APL-EG-R_00005730].
[763] https://ads.apple.com/app-store [APL-EG-R_00004904-930].
[764] Expert Report of Mr. Chris Thompson: ¶ 584.
[765] https://developer.apple.com/app-store-connect/analytics/ [APL-EG-R_00005623-631].

App Store analytics services.

## 1.  Exemplary Benefits of App Store Analytics Services to Developers

317.  Apple's App Store analytics services help Developers understand how users discover and engage with apps by providing detailed data on app performance.[766] These services measure and report on the effectiveness of marketing campaigns across channels to identify the efforts that are most effective.[767]  For example, app engagement metrics show how often an app is used, the number of active devices, and crash information to improve stability and user experience.[768]  It also provides information about revenue that helps Developers understand and assess whether changes can be made to impact user spending.[769]  Pre-order data helps Developers understand early interest before app launch.[770]  Peer group benchmarks allow Developers to compare their app performance with similar apps to identify strengths, weaknesses, and areas for improvement.[771]  The App Store allows Developers to individualize content based on users' prior activity, purchases, and Apple Account information to improve discovery and relevance.[772]

318.  As of December 2025, the majority of Developers reported being very satisfied or somewhat satisfied with Apple's analytics tools:[773]

- App Store Connect - Optimization – 86%
- Apple Ads – 82%
- App Store Connect – Subscription – 88%
- App Store Connect – Attribution – 90%

319.  Among Apple's analytics services, Apple provides tools and technologies, which

---

[766] https://developer.apple.com/app-store-connect/analytics/ [APL-EG-R_00005623-631].

[767] https://developer.apple.com/app-store-connect/analytics/ [APL-EG-R_00005623-631].

[768] https://developer.apple.com/app-store-connect/analytics/ [APL-EG-R_00005623-631].

[769] https://developer.apple.com/app-store-connect/analytics/ [APL-EG-R_00005623-631]. I note that even behavioral information and purchase data on consumers that consummate purchases using IAP, at least in part, can still provide valuable insights to Developers regarding typical consumer behaviors, and provide information that may allow Developers to better optimize their apps, which in turn can also drive more linked-out purchases.

[770] https://developer.apple.com/app-store-connect/analytics/ [APL-EG-R_00005623-631].

[771] https://developer.apple.com/app-store-connect/analytics/ [APL-EG-R_00005623-631].

[772] https://www.apple.com/legal/privacy/en-ww/personalized-user-experiences/ [APL-EG-R_00005139-141].

[773] Very/somewhat satisfied (net) scores shown. Apple App Store Developer Survey, "Apple App Analytics – December 2025": p. 81 [APL-EG-R_00001018-156].

allow Developers to connect to and manage interactions with the App Store.[774] For example, StoreKit supports App Store messages, reviews, ratings, recommendations, and the validation of advertisement driven app installations.[775]

320. Through the App Store Connect API, Developers can automate repetitive tasks like uploading builds, managing TestFlight beta testers, updating app metadata, and handling provisioning.[776] In particular, the App Store Connect API manages the build after it is uploaded, where it can be used to submit it for review and manage its distribution to testers individually or through beta groups.[777]

321. TestFlight is Apple's official service for distributing and testing beta versions of apps before release on the App Store.[778] It allows Developers to upload pre-release builds, invite testers, gather feedback, and ensure app quality under real-world conditions.[779] TestFlight makes distribution easy for Developers with public links and email invites to streamline beta recruitment.[780]

322. I understand that Mr. Thompson identified exemplary tools and technologies including:[781]

- App build and testing: Manage Builds, TestFlight API, Xcode Cloud Workflow.

- Reporting and metrics: Analytics Reports API, Retrieve Power and Performance Metrics.

### E.    Exemplary Apple IP Underlying the Additional Services Provided to Developers

323. I understand that Mr. Thompson concluded that these Additional Services are protected, at least in part, by Apple's patents, copyrights, and trade secrets.

324. **Patents**: Mr. Thompson identified an example set of 208 U.S. patent assets,

---

[774] https://developer.apple.com/documentation/storekit [APL-EG-R_00006366-369].
[775] https://developer.apple.com/documentation/storekit [APL-EG-R_00006366-369].
[776] https://developer.apple.com/documentation/appstoreconnectapi/ [APL-EG-R_00005727-729].
[777] https://developer.apple.com/documentation/appstoreconnectapi/builds [APL-EG-R_00005952-955].
[778] https://developer.apple.com/testflight/ [APL-EG-R_00006400-403].
[779] https://developer.apple.com/testflight/ [APL-EG-R_00006400-403].
[780] https://developer.apple.com/testflight/ [APL-EG-R_00006400-403].
[781] Expert Report of Mr. Chris Thompson: ¶¶ 586-590.

including 184 patents and 24 published patent applications related to the Additional Services discussed above.[782]

325. **Copyrights**: Mr. Thompson identified numerous copyrighted works relating to Apple's App Store distribution, discovery, marketing, and analytics services.[783] These copyrighted works include Developer documents, instructional videos, and APIs.[784] These Developer documents, instructional videos and API's assist developers in using all aspects of Apple's App Store Services to manage and improve the distribution, discovery, and marketing of, and analytics for apps.[785] I further understand from Mr. Thompson that when Developers use Apple's App Store Services APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[786]

326. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets relating to App Store Services,[787] which "provide substantial value to developers and help them monetize their apps, including linked-out purchases," that reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[788] According to Mr. Thompson, for Developers to recreate the functionalities the APIs provide, it would be extremely resource-intensive and, for many Developers, not reasonably feasible, and they would still need to know certain Apple proprietary information to access Apple's hardware.[789]

327. **Trademarks**: Among these Additional Services, Apple holds at least 2 trademarks related to the App Store analytics services, including: StoreKit® and TestFlight®.[790] Apple holds approximately 5 trademarks related to the App Store marketing services, including: Apple Search Ads®, Search Ads®, and Today at

---

[782] Expert Report of Mr. Chris Thompson: ¶ 591, Appendix C.
[783] Expert Report of Mr. Chris Thompson: ¶ 596.
[784] Expert Report of Mr. Chris Thompson: ¶¶ 597-602.
[785] Expert Report of Mr. Chris Thompson: ¶¶ 599, 602.
[786] Expert Report of Mr. Chris Thompson: ¶ 598.
[787] Expert Report of Mr. Chris Thompson: ¶ 603.
[788] Expert Report of Mr. Chris Thompson: ¶ 605.
[789] Expert Report of Mr. Chris Thompson: ¶ 605.
[790] **Attachment 8**.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple® (3 variations).[791]

## VII.    LINKED-OUT PURCHASES

328. Apple provides tools and technologies that are reasonably necessary for Developers to consummate linked-out purchases.[792]  I understand from Mr. Thompson that these tools and technologies fall into three general categories: (1) Developer processes, (2) content delivery and access, and (3) link-out tracking.[793]

329. Collectively, I understand that these three categories of tools and technologies are reasonably necessary to facilitate linked-out purchases because they provide the infrastructure needed to ensure that external purchasing works consistently.[794] First, Developer processes form the infrastructure Apple uses to support external purchase links.[795]  Second, content delivery and access supply Apple with the infrastructure needed to coordinate external purchases in a standardized and scalable way.[796]  Third, link-out tracking establishes a standardized reporting system for transactions conducted outside Apple's payment system.[797]

330. I understand that Mr. Thompson identified exemplary tools and technologies within the Developer processes category, including:[798]

- Regional Compliance: Region eligibility gating, storefront detection, External Purchase Link, SKExternalPurchaseLink, External Purchase Custom Link, Multi-External Purchase Link, SKExternalPurchaseMultiLink.

- Platform Integrity: Sandboxing, API authentication, entitlement management.

- Consumer Protection: App metadata management, build management, event notifications.

---

[791] **Attachment 8**.
[792] Expert Report of Mr. Chris Thompson: ¶ 610.
[793] Expert Report of Mr. Chris Thompson: ¶ 610.
[794] Expert Report of Mr. Chris Thompson: ¶ 610.
[795] Expert Report of Mr. Chris Thompson: ¶ 612.
[796] Expert Report of Mr. Chris Thompson: ¶ 621.
[797] Expert Report of Mr. Chris Thompson: ¶ 622.
[798] Expert Report of Mr. Chris Thompson: ¶¶ 612-618.

HIGHLY CONFIDENTIAL –                    121                    SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

- Account-Management Coordination: External Link Account, Continuation Sheet.

- Foundational: UIApplication framework.

331. I understand that Mr. Thompson identified exemplary tools and technologies within the content delivery and access category, including:[799]

- Externally Purchased or Externally Hosted Content Coordination: Managed asset packs, automatic background downloaders, unmanaged asset downloads.

332. I understand that Mr. Thompson identified exemplary tools and technologies within the link-out tracking category, including:[800]

- Transaction Accountability and Policy Enforcement: External Purchase Reports, Send External Purchase Report, Retrieve External Purchase Report, Reporting Corrections.

- Transaction Tracking Through Cryptographic Identifiers: External Purchase Tokens, External Purchase Custom Link Tokens.

- Completion and Authenticity: External Purchase Token Lifecycle and Revocation technologies, Verify Transactions.

- Continuity of User Access and Restoration of Purchases: Re-Download Verification.

- Operational Coordination and Automation: Success and error responses, server notifications, webhooks.

- Testing Infrastructure: Sandbox testing.

333. I understand that Mr. Thompson concluded the tools and technologies identified above are protected by Apple's patents, copyrights, and trade secrets.

334. **Patents**: Mr. Thompson identified an example set of 27 U.S. patent assets, including 20 patents and 7 published patent applications related to Link-Out.[801]

---

[799] Expert Report of Mr. Chris Thompson: ¶¶ 619-621.
[800] Expert Report of Mr. Chris Thompson: ¶¶ 622-628.
[801] Expert Report of Mr. Chris Thompson: ¶ 630, Appendix C.

HIGHLY CONFIDENTIAL –          **122**          SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

335. The U.S. patents and pending patent applications that Mr. Thompson identified are distributed as follows:[802]

- Security or Privacy: 13

- Both IAP and Link-Out: 10

- Link-Out Only: 4

336. **Copyrights:** Mr. Thompson identified copyrighted works relating to Link-Out,[803] including Developer documents, instructional videos and APIs.[804] I understand from Mr. Thompson that when Developers use Apple's Link-Out APIs, they leverage Apple's internal proprietary source code to perform the functionality underlying them.[805] I also understand that, according to Mr. Thompson, "the source code is protected by copyright, and provides developers value by offering functionality that would be difficult and costly for them to recreate independently."[806]

337. **Trade Secrets:** Mr. Thompson concluded that Apple owns numerous trade secrets related to Link-Out,[807] which "provide value to developers and help them monetize their apps, including linked-out purchases" reside in Apple's confidential source code that drives the APIs Developers use to access the related tools and technologies.[808]

338. **Trademarks**: Apple holds at least 1 trademark related to Link-Out: StoreKit®.[809]

## VIII. <u>SUMMARY OF EXEMPLARY APPLE IP UNDERLYING THE TTS AND ADDITIONAL SERVICES PROVIDED TO DEVELOPERS</u>

339. **Table 4** below shows the exemplary TTS and Additional Services by category and the number of exemplary U.S. patents and trademarks in each category.

---

[802] Expert Report of Mr. Chris Thompson: ¶¶ 631-637.
[803] Expert Report of Mr. Chris Thompson: ¶ 638.
[804] Expert Report of Mr. Chris Thompson: ¶¶ 639, 642.
[805] Expert Report of Mr. Chris Thompson: ¶ 640.
[806] Expert Report of Mr. Chris Thompson: ¶ 640.
[807] Expert Report of Mr. Chris Thompson: ¶ 644.
[808] Expert Report of Mr. Chris Thompson: ¶ 646.
[809] **Attachment 8**.

**Table 4: Summary of Apple's Exemplary U.S. Patents and Trademarks
Related to the TTS and Additional Services**

| | TTS and Additional Services Category | Identified Example Issued Patents[810] | Identified Example Published Patent Applications[811] | Total Identified Example Patent Assets[812] | Identified Trademarks[813] |
|---|---|---|---|---|---|
| 1 | Xcode | 102 | 9 | 111 | 3 |
| 2 | 3D Graphics | 121 | 21 | 142 | 1 |
| 3 | 2D Graphics | 65 | 18 | 83 | 1 |
| 4 | Core Video | 50 | 6 | 56 | - |
| 5 | Core Motion | 68 | 11 | 79 | 2 |
| 6 | GameKit and Game Center | 37 | 1 | 38 | 2 |
| 7 | Augmented Reality | 220 | 112 | 332 | 6 |
| 8 | Haptics | 92 | 17 | 109 | 4 |
| 9 | Spotlight | 31 | 5 | 36 | 1 |
| 10 | Live Activities and Widgets | 47 | 16 | 63 | 4 |
| 11 | FairPlay | 20 | 0 | 20 | 1 |
| 12 | Connectivity | 190 | 43 | 233 | 5 |
| 13 | Apple Intelligence | 108 | 37 | 145 | 10 |
| 14 | HealthKit | 38 | 12 | 50 | 14 |
| 15 | HomeKit | 152 | 56 | 208 | 4 |
| 16 | User Interfaces | 1,892 | 346 | 2,238 | 2 |
| 17 | Core Location | 654 | 106 | 760 | 5 |
| 18 | Siri | 311 | 37 | 348 | 15 |
| 19 | CarPlay | 32 | 2 | 34 | 11 |
| 20 | Core Audio | 296 | 61 | 357 | - |
| 21 | Camera | 494 | 116 | 610 | 1 |
| 22 | Wallet | 235 | 46 | 281 | 3 |
| 23 | Privacy, Security, and App Integrity | 539 | 82 | 621 | 5 |
| 24 | Developer Services | - | - | - | 1 |
| 25 | Additional Services | 184 | 24 | 208 | 7[814] |
| 26 | Link-Out | 20 | 7 | 27 | 1 |
| | Total[815] | 5,029 | 996 | 6,025 | 108 |

340.  As **Table 4** shows, Apple has at least 6,025 exemplary patent assets, including

[810] Expert Report of Mr. Chris Thompson: Appendix C.
[811] Expert Report of Mr. Chris Thompson: Appendix C.
[812] Expert Report of Mr. Chris Thompson: Appendix C.
[813] **Attachment 8**.
[814] The trademarks for Additional Services are inclusive of App Store analytics services and App Store marketing services, *see* **Section VI.E.**
[815] The total represents distinct patent asset and trademark counts, and therefore is less than the sum of identified patents assets and trademarks for each category above as to not double count those related to multiple TTS categories.

5,029 issued patents[816] and 996 published patent applications, and 108 exemplary trademarks underlying the TTS and Additional Services provided to Developers. As also addressed above, I understand from Mr. Thompson that Apple provides Developers with access to numerous copyrighted works (public and non-public) and enables use of trade secrets relating to these tools and technologies,[817] which Apple has updated and released new versions over time. On **Attachments 7.1** and **7.2**, I identify exemplary new release versions of Apple's TTS and Additional Services over time.[818] For example, since the announcement of the iPhone Software Development Kit (SDK) in March of 2008, there have been 18 major releases and numerous minor releases of iOS. In that time Apple has updated Xcode and issued almost 400 new release versions.[819] Additionally, Apple has issued seven major releases of SwiftUI, around 70 updates to Xcode Cloud since 2021, and more than 50 updates released for TestFlight since 2023.[820] With each version, Apple adds new or improves existing functionalities of the TTS.

341. Additionally, when asked about the ways in which Epic has used the TTS and Additional Services provided by Apple, Epic described the importance of Apple's APIs to the developer process:

> "Apple has over 250,000 [APIs] that are available to developers and it is virtually impossible to develop an app for, or a toolset for development on, iOS or macOS without them. Epic has used thousands of Apple's APIs for the development of the Fortnite apps for iOS and macOS. Each of these APIs is each related to a specific operating system "framework". While the individual APIs have changed over time, Epic has incorporated APIs that are related to a relatively constant set of frameworks in the iOS and macOS

---

[816] While Mr. Thompson identified both issued patents and published patent applications that protect the TTS provided to Developers, I have limited my opinions as to the overall economic value of the IP-protected TTS to issued patents and not included the value of any published patent applications. This is a conservative adjustment because, for example, pending patent applications can have independent value and many of the pending Apple applications will likely be granted as issue in the future, yet I do not rely on them in support of my overall opinions and conclusion.

[817] Expert Report of Mr. Chris Thompson.

[818] **Attachment 7.1**; https://www.apple.com/newsroom/2003/06/23Apple-Introduces-Xcode-the-Fastest-Way-to-Create-Mac-OS-X-Applications/ [APL-EG-R_00005000-001].

[819] **Attachment 7.1**; https://www.apple.com/newsroom/2008/03/06Apple-Announces-iPhone-2-0-Software-Beta/ [APL-EG-R_00004988-991].

[820] **Attachment 7.1**, **Attachment 7.2**.

HIGHLY CONFIDENTIAL –　　　　　　**125**　　　　　SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

versions of Fortnite. In the iOS version of Fortnite, Epic has usedAPIs from the following frameworks in the game's executable code: AdSupport, AudioToolbox, AVFoundation, Cloudkit, CoreAudio, CoreGraphics, CoreMedia, CoreMotion, CoreVideo, DeviceCheck, Foundation, GameController, GameKit, iAD, MediaToolbox, Metal, MultipeerConnectivity, QuartzCore, SafariServices, Security, StoreKit, SystemConfiguration, UIKit, UserNotifications, WebKit and VideoToolbox"[821]

342. Further, because Apple likely holds additional relevant patents and trademarks beyond those identified in **Table 4** above, my analysis below is conservative and understates the overall value of Apple's IP underlying the TTS. I also understand from Mr. Thompson that these patents, copyrights, and trade secrets provide substantial value to Developers, including by, for example, reducing costs, saving time, and helping to monetize apps through linked-out transactions.[822]

## IX. ANALYSIS OF THE INDICATORS OF ECONOMIC VALUE THAT DEVELOPERS OBTAIN FROM APPLE'S IP-PROTECTED TTS AND ADDITIONAL SERVICES

343. In the section below, I employ a three-step framework to provide an economic assessment of the value that Developers obtain from limited use rights to Apple's IP-protected TTS and Additional Services, which enable Developers to build, market, monetize, and distribute iOS compatible apps available on the App Store.

344. First, I analyze Apple's historical and ongoing investments to develop, maintain, and improve the App Store, and assess how they result in benefits to Developers. Second, I use a cost-of-analogous technologies (also referred to as a replacement cost) methodology to identify the approximate costs that Developers may incur to replace, at least in part, certain Apple TTS and Additional Services, by identifying and analyzing the cost of analogous tools, technologies, and services. Third, I assess certain benchmarks in the market and analyze how they inform the value

---

[821] Epic Games, Inc.'s Responses and Objections to Apple, Inc.'s First Set of Interrogatories, December 11, 2020: pp. 14-15 [APL-EG-R_00008554-557].
[822] Expert Report of Mr. Chris Thompson.

that Developers obtain from Apple's IP-protected TTS and Additional Services.

345.  I also identify additional benefits that Apple provides to Developers, but are not fully captured by my cost, market, and investment analyses.  This shows that my assessment of the value that Developers obtain from Apple's IP-protected TTS and Additional Services is both conservative and significantly understated.

346.  My assessment of these indicators provide a lower-bound estimate of value of Apple's IP based on the economic value that Developers obtain from Apple's IP-protected TTS and Additional Services.  My analysis establishes that Apple's IP is integral to the development, distribution and operation of iOS apps, and Developers obtain significant efficiencies and commercial benefits from having limited use rights to Apple's IP underlying the TTS and Additional Services provided to Developers.  This in turn enables the development of quality apps, increases user engagement, improves app monetization, and creates the opportunity for linked-out purchases.

## A. Apple's Investments in the IP-Protected TTS and Additional Services

### 1. Apple's Investments in the IP-Protected TTS Provided to Developers

347.  Apple has made substantial historical investments to develop, maintain, and enhance the IP-protected TTS and Additional Services provided to Developers, and continues to make such investments to this day.

348.  From an economic perspective, when a firm actively practices its IP-protected technology, the firm's historical and ongoing investments (e.g., R&D, engineering, product development, technology acquisition, and platform marketing spend) in developing and commercializing that IP-protected technology can be probative of a lower bound for the value of the underlying IP.  Such spending is the mechanism by which the firm builds an asset's service capacity (its ability to enable the platform, generate revenues, or produce cost savings) and, over time, embeds that capacity into identifiable intangible rights

and know-how.[823]  This is aligned with the cost approach, which frames value by reference to what a market participant would need to spend to recreate equivalent utility—*i.e.*, the current replacement cost, as the amount of money required to replace the asset's future service capability.  The relationship between investment and IP value is reinforced by the fact that maintaining and exploiting IP often requires ongoing support expenditures (*e.g.*, R&D or marketing), which valuation guidance establishes are relevant inputs to value intangible assets and analyze the economics attributable to them.[824]  Thus, sustained investment patterns can be informative of the: (i) resources required to build and maintain the IP-protected technologies' service capacity, and (ii) economic effort a market participant would need to incur to obtain a substitute of comparable utility.

349.  It is important to note, however, that the economic value created by investments in technology can substantially exceed the cost of developing it.[825]  That may be the case, in particular, where the cost of the investments do not scale with the subsequent usage of the relevant technology, while the benefits received by market participants does scale with usage.[826]  That appears to be the case for Apple's IP-protected TTS and Additional Services provided to Developers.  This first methodology cannot value the extent to which Apple's IP-protected TTS and Additional Services create economic value that scale with usage by Developers.

---

[823] "World Intangible Investment Highlight – Better Data for Better Policy", WIPO, June 25, 2024: pp. 3-4: https://www.wipo.int/edocs/pubdocs/en/wipo-pub-rn2024-32-en-world-intangible-investment-highlights.pdf [APL-EG-R_00004791-804]; IP and Finance: Accounting and Valuation of IP Assets and IP Based Financing, Aswath Damodaran: pp. 4-5, 8-9, 12: https://www.wipo.int/edocs/mdocs/sme/en/wipo_smes_bwn_13/wipo_smes_bwn_13_13_damodaran.pdf [APL-EG-R_00003498-549];  "Real effects of capitalized research and development expenditures: a leading indicator for future innovation performance?"  Wolfgang Herb, Maria Lotze, Wolfgang Schultze, Philipp Sandner, May 30, 2024: p. 417: https://link.springer.com/content/pdf/10.1007/s11156-024-01310-3.pdf [APL-EG-R_00003909-965].
[824] "Valuing Companies with intangible assets," Aswath Damodaran, September 2009: pp. 5-6: https://pages.stern.nyu.edu/~adamodar/pdfiles/papers/intangibles.pdf [APL-EG-R_00004688-723]; IP and Finance: Accounting and Valuation of IP Assets and IP Based Financing, Aswath Damodaran: pp. 22-23: https://www.wipo.int/edocs/mdocs/sme/en/wipo_smes_bwn_13/wipo_smes_bwn_13_13_damodaran.pdf [APL-EG-R_00003498-549]. *See also*, https://www.royaltyrange.com/news/dempe-functional-analysis-by-oecd-beps-guidance-on-intangibles/ [APL-EG-R_00007896-900].
[825] Cost does not necessarily equal value, *see, for example,* Reilly, Robert F., and Robert P. Schweihs, *Guide to Intangible Asset Valuation*, AICPA, September 2013: Chapter 14, p. 230 [APL-EG-R_00020930-963].
[826] This is observed where average costs decline as output or usage increases (i.e., economies of scale), and where network effects exist such that each additional user enhances the value received by other users, *see* https://online.hbs.edu/blog/post/economies-of-scale [APL-EG-R_00020964-969].

For that reason, it can only provide a lower bound, and the true level of economic value is likely much greater.

350. Below I provide examples of Apple's historical and ongoing investments to develop, maintain, and enhance the IP-protected TTS used by Developers to create and distribute apps that enable linked-out purchases. These serve as indicators of a lower-bound estimate of the value of Apple's IP provided to Developers in the sense I have just explained in these circumstances based on the economic value that Developers obtain from not being required to make similar investments. For example, the App Store business team presented the redesign of StoreKit APIs and integration into Xcode as a major FY21 initiative.[827] They also planned to create new capabilities for developers like enabling StoreKit testing in Xcode easier and increasing the ability for App Store Connect API to help developers automate their workflow in FY21.[828]

351. Apple has also made significant investments to enhance the IP-protected TTS via acquiring third-party companies and integrating their tools into Apple's platform.

352. **Table 5** summarizes examples of Apple acquisitions that involved IP-protected technologies related to the TTS discussed above, and identifies the primary industry of each acquisition within the technology sector and the consideration (based on public information).

---

[827] App Store – FY20 Review, FY21 Focus Areas: APL-APPSTORE_09818248-415 (at 332).
[828] App Store – FY20 Review, FY21 Focus Areas: APL-APPSTORE_09818248-415 (at 286).

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Table 5: Summary of Acquisitions by Industry[829]**

| Acquisition Target | Primary Industry | Related TTS | Estimated Payment (M) |
|---|---|---|---|
| Chomp, Inc. | Interactive Media and Services | Discovery | $50.0 |
| PrimeSense, LTD | Semiconductors | Augmented Reality | $345.05 |
| Burstly, Inc. | Application Software | TestFlight | No public estimate available |
| Perceptio, Inc. | Application Software | Apple Intelligence | No public estimate available |
| Metaio GmbH | Systems Software | Augmented Reality | $32.0 |
| FlyBy Media, Inc. | Application Software | Augmented Reality | No public estimate available |
| Turi, Inc. | Application Software | Apple Intelligence | $200.0 |
| Doe Pics Hit Inc. dba Buddybuild | Application Software | Xcode | No public estimate available |
| Shazam Entertainment Limited | Application Software | Live Activities Widgets | $523.1 |
| XNOR.AI, Inc. | Systems Software | Apple Intelligence | $200.0 |
| **Total** | | | **$1,350.2[830]** |

353. IP-protected technologies can be a principal driver underlying acquisitions of technology companies.[831] As shown above in **Table 5**, Apple invested at least $1.35 billion in aggregate related to Apple's IP-protected TTS, before giving effect to any closing adjustments related to net working capital, vested options, and company warrants. These substantial expenditures evidence Apple's commitment to making significant investments to develop, enhance, the IP-protected TTS provided to Developers.

354. Evidence of Apple's significant historical and ongoing investments is also shown by the amount of personnel dedicated to and upward trend in App Store headcount

---

[829] **Attachment 9**.

[830] Calculated in millions as [$1,350.2 = $50.0 + $345.05 + $32.0 + $200.0 + $523.1 + $200.0].

[831] "Intellectual Property in M&A Transactions and Investments: The Importance of Effective IP Due Diligence," Yuval Marcus and Jordan Garner, 2023: p. 43: https://leasonellis.com/wp-content/uploads/2023/02/IP-in-MA-Transactions-and-Investments-Article.pdf [APL-EG-R_00003584-587].

shown on **Table 6** in the section below.

### 2.  Apple's Investments in Additional Services for the App Store

355.  Apple has historically invested in and continues to invest in developing new and enhanced IP-protected Additional Services—which Developers significantly benefit from.  I discuss examples of these investments below.

356.  **In-App Events**: ███████████████████████████████████ ███████████[832]███████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████[833]  In-App Events can also appear as event cards on the App Store and can be shared by users with others via messages or social media.[834] ████████

███████████████████████████████[835] █

███████████████████████████████████████

███████████████████████████████████[836]

███████████████████████████████████████

███████████████████████████████████████

███████████████████████[837] ████████████

███████████████████████████████████████

████████████████████████████████[838]

357.  **Product Pages**: Product Pages was featured as a FY20 focus area and FY21 initiative in the App Store business plan.[839]  Product pages present key app information—including the app's name, description, screenshots, videos, ratings, and other details—to help users understand an app's features and functionality.[840]



---

[832] App Store Business Management FY20 Overview: APL-APPSTORE_10176241-337 (at 267).

[833] App Store Business Management FY20 Overview: APL-APPSTORE_10176241-337 (at 270).

[834] https://developer.apple.com/app-store/in-app-events/ [APL-EG-R_00006186-191].

[835] App Store Business Management FY20 Overview: APL-APPSTORE_10176241-337 (at 271).

[836] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 343).

[837] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 338); *See also*, FY21 Budget IAE Sizing Model Update.xlsx at tab: Summary Statistics [APL-EG-R_00000729].

[838] "FY21 Sizing Methodologies," p. 1: FY21 Sizing Methodologies copy.pdf [APL-EG-R_00000722-728].

[839] App Store Business Management FY20 Overview: APL-APPSTORE_10176241-337 (at 285); App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 338).

[840] https://developer.apple.com/app-store/product-page/ [APL-EG-R_00006054-061].

Part of the Product Page initiative includes Product Page Variants, which help Developers optimize their App Store presence through A/B testing, and Custom Product Pages, which enables Developers to publish additional versions of their product page.[841] ███████████████

████████████████████████████[842]████████

████████████████████████████████████████

████████████[843]████████████████████████

████████████████████████████████████████

██████[844]

358. **Priority Program**: Priority Program, described by Apple as "dedicated, omni-channel App Store support focused on showcasing top quality, globally relevant launches and in-app events," has undergone considerable growth via continuous program enhancements from FY21 to FY25.[845] To enhance discovery and increase purchases from re-engagement, the program requires Apple to leverage its cross-functional infrastructure where business management identifies high quality and high potential app launches and events; editorial curates the featuring placement and provides context in the App Store; marketing drives off-platform demand; and business operations manages and coordinates the process.[846] ████ ██████ in the first 30 days post-launch ("D30") billings from support attributed actions of the program occurred in FY22 alone, which was ███████████ ████████████ in D30 billings the App Store business team forecasted for the year.[847] The impact of Priority Program on the App Store has continued to grow and surpass annual forecasts; for example, there was an estimated ███████ in

---

[841] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 295-296). https://developer.apple.com/app-store/custom-product-pages/ [APL-EG-R_00006062-065].

[842] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 343).

[843] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 338); *see also*, FY21 Budget PPV Sizing Update.xlsx at tab: Summary [APL-EG-R_00000730].

[844] "FY21 Sizing Methodologies," p. 2: FY21 Sizing Methodologies copy.pdf [APL-EG-R_00000722-728].

[845] Growth Program Performance Summary - Priority and Regional Expansion Presentation: p. 3 [APL-EG-R_00000696-721]; FY26 App Store Budget Presentation: p. 15 [APL-EG-R_00001157-284]; Priority Program Review – January 2023 Presentation: p. 4 [APL-EG-R_00000731-931].

[846] Growth Program Performance Summary - Priority and Regional Expansion Presentation: pp. 5, 9 [APL-EG-R_00000696-721].

[847] Priority Program Review – January 2023 Presentation: pp. 4, 7 [APL-EG-R_00000731-931].

D30 billings from the program in FY 2025, about ██████████████ forecasted for the same fiscal year.[848]

359. **Search Enhancements**: ████████████████████████

████████████████████████████████████████

████████████ [849] ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████     ████████████████████

████████████████████████████████████████ [850]

360. The Search Landing Page acts as "the front door to the search experience" and underwent a complete redesign and algorithmic improvements in FY20.[851] Search enhancements including the redesigned Search Landing Page and the Search Language Program led to a ████████████████████████ ████████████ year-over-year for the FY20 Q1-Q3 period.[852] Apple estimated the improvement to conversation as a result of these search enhancements contributed ████████████ in incremental App Store billings in FY2020 alone.[853]

361. To support ongoing search enhancement initiatives, the App Store business team proposed adding ████████████████████ to support Search during FY21.[854] The App Store team sized this opportunity as a ████████ increase to incremental App Store billings for FY21, and a steady state of incremental App Store billings after FY21 of ████████ due to search initiatives, including Search Language Program, Search UX Experimentation, Search Personalization, Search Personalization, Search Landing Page Personalization, Search Landing

---

[848] FY26 App Store Budget Presentation: p. 15 [APL-EG-R_00001157-284]. The forecasted and estimated FY25 impact shown on p. 15 of the FY26 App Store Budget Presentation for Priority Program captures the first 90 days post-launch ("D90") and the ratio of D90 to D30 is ~1.5x. As such, forecasted and estimated FY25 D30 impact have been calculated as [$500M / 1.5 = ~ $333M] and [$550M / 1.5 = ~$367M], respectively.

[849] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 338).

[850] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 269).

[851] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 314).

[852] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 314).

[853] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 314).

[854] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 343).

Page UI Optimization, and App Metadata Localization.[855]

362. **Today Optimization Program**:   In an FY24 App Store business management presentation, the App Store business featured a growth initiative referred to as the Today Optimization Program.[856]  As part of the App Store, the Today tab presents items of interest such as exclusive premiers, new releases, App of the Day, Game of the Day, tips, and how-to-guides, designed to improve discoverability.[857]  The App Store business team forecasted ▮▮▮▮▮▮ in incremental App Store billings for FY24 and ▮▮▮▮▮▮ in incremental App Store billings over a 3-year period as a result of this program.[858]

363. **Large Language Models ("LLMs") / Generative AI**: LLMs are ML models that understand and generate text by analyzing large data sets of language.[859] ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[860]▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[861]

364. **Intelligent Discovery**: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮[862]  T▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮[863]▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[855] App Store FY20 Review and FY 21 Focus Areas Presentation: APL-APPSTORE_09818248-415 (at 338); "FY21 Sizing Methodologies," p. 5: FY21 Sizing Methodologies copy.pdf [APL-EG-R_00000722-728].

[856] FY24 App Store Budget Presentation: p. 66 [APL-EG-R_00000121-422].

[857] https://developer.apple.com/app-store/discoverability/ [APL-EG-R_00006088-092].

[858] FY24 App Store Budget Presentation: p. 66 [APL-EG-R_00000121-422].

[859] https://www.cloudflare.com/learning/ai/what-is-large-language-model/[APL-EG-R_00005413-417].

[860] FY25 App Store Budget Presentation: pp. 25, 32-45[APL-EG-R_00000001-120].

[861] FY25 App Store Budget Presentation: p. 70 [APL-EG-R_00000001-120].

[862] FY26 App Store Budget Presentation: p. 70 [APL-EG-R_00001157-284]; ASE AI/ML Intelligent Browse Presentation - February 20, 2026: p. 1 [APL-EG-R_00000453-695].

[863] ASE AI/ML Intelligent Browse Presentation - February 20, 2026: p. 2 [APL-EG-R_00000453-695].



365. Analyzing the number of personnel whose responsibilities are primarily directed to the App Store, and the upward trend in the number of personnel dedicated to the App Store, provides additional evidence of Apple's significant investments. **Table 6** below shows historical App Store headcount from FY 2020 to May 2026. The App Store departments consist of personnel devoted to developing, maintaining and operating the App Store and related services.[868]

**Table 6: Historical App Store Headcount**
**Excluding App Review**
**FY 2020 – May 2026[869]**

| Department | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| Services Direct | | | | | | | |
| Services Allocated[870] | | | | | | | |
| WWDR OPEX | | | | | | | |
| WW App Store | | | | | | | |
| WW Marketplace Platforms & Technology | | | | | | | |
| App Store iOS Engineering | | | | | | | |
| **Total Headcount** | | | | | | | |

366. The FY25 and FY26 App Store management presentations identify roles, descriptions, and proposed headcount for potential hires. ▮

---

[864] ASE AI/ML Intelligent Browse Presentation - February 20, 2026: p. 5-6 [APL-EG-R_00000453-695].
[865] FY26 App Store Budget Presentation: p. 70 [APL-EG-R_00001157-284].
[866] FY26 App Store Budget Presentation: p. 89 [APL-EG-R_00001157-284].
[867] FY26 App Store Budget Presentation: p. 70 [APL-EG-R_00001157-284].
[868] For this analysis, I was asked by counsel to exclude and not consider App Review department employees.
[869] **Attachment 10.**
[870] I understand Services Allocated HC are shared resources allocated based on Gross Billings for OCOGS and Gross Revenue for OPEX. Headcount Data 06.11.26_Final.xlsx [APL-EG-R_00001285].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    135    SUBJECT TO PROTECTIVE ORDER



367. Apple also offers an extensive range of education, training, and technical support designed to help Developers with every level of experience, from those learning to code to experienced teams publishing apps on the App Store.  For example, novice Developers benefit from Swift Playgrounds and Develop in Swift, which serve as free learning tools that teach the Swift coding language.[873]  Apple also hosts the annual Swift Student Challenge, encouraging students worldwide to build creative app playgrounds.[874]  Winners of the competition receive a one-year membership to the Apple Developer Program and recognition, with top submissions earning invitations to Apple headquarters.[875]  Apple directly engages with advanced Developers through operating Developer Academies across the globe.[876]  Developer Academies offer free, immersive, multi-month training programs focused on app development, entrepreneurship, and design thinking.[877]  In the five years since it began, over 1,800 students in the U.S. have taken part in the free programs offered by the Apple Developer Academy.[878]

368. Apple's Worldwide Developers Conference ("**WWDC**") is Apple's annual software event where the company showcases updates for Apple platforms and

[871] FY25 App Store Budget Presentation, pp. 90-91 [APL-EG-R_00000001-120]. Proposed roles with associated headcount include App Store Frameworks Engineer (4) and App Store Frameworks EPM (1).  I am not aware of any evidence suggesting that these hires were not made.
[872] FY26 App Store Budget Presentation, pp. 80-81 [APL-EG-R_00001157-284]. Proposed roles with associated headcount include Client UI Engineer (2) and Server Engineer (1).  I am not aware of any evidence suggesting that these hires were not made.
[873] https://developer.apple.com/swift-playground/ [APL-EG-R_00006374-378];
https://developer.apple.com/tutorials/develop-in-swift/ [APL-EG-R_00006066-075].
[874] https://www.apple.com/newsroom/2025/05/meet-four-of-this-years-swift-student-challenge-winners/ [APL-EG-R_00005126-138] .
[875] https://education.apple.com/story/250014160 [APL-EG-R_00006545-547].
[876] https://developer.apple.com/academies/ [APL-EG-R_00005731-732].
[877] https://developer.apple.com/academies/ [APL-EG-R_00005731-732];
https://www.apple.com/newsroom/2021/05/coders-designers-and-entrepreneurs-thrive-thanks-to-apple-developer-academy/ [APL-EG-R_00005075-085].
[878] https://www.apple.com/newsroom/2026/05/detroits-rising-developers-are-supported-by-the-apple-developer-academy/ [APL-EG-R_00005086-101].

new software and Developer tools.[879]  Through WWDC sessions and consistently updated videos, Apple provides deep technical training to Developers on topics such UI design, performance, security, ML, and platform-specific advances.[880]

369.  Apple has made significant investments to sustain Developer relations and bolster App Store marketing.  ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████[881]█████████████████████████████████████████████████████████████████████████████████████████████████████[882]

370.  As shown in **Figure 3** below, Apple's annual expenditure in Developer relations and App Store marketing has increased from ████████████████████ ████████████████████████████████████

---

[879] https://www.apple.com/newsroom/2026/03/apples-worldwide-developers-conference-returns-the-week-of-june-8/ [APL-EG-R_00005059-062].

[880] https://developer.apple.com/ [APL-EG-R_00005941-945]; https://developer.apple.com/videos/essentials/ [APL-EG-R_00006120-131]; https://developer.apple.com/pathways/?cid=ht-pathways [APL-EG-R_00006162-165].

[881] *See for example*, Apple Inc., WW Developer Relations (OPEX), FY Q1 2015 - FY Q4 2020 [APL-APPSTORE_09814099].

[882] *See for example*, Apple Inc., App Store Marketing (OPEX), FY Q1 2015 - FY Q4 2020 [APL-APPSTORE_09814098].

**Figure 3: Apple's Developer Relations and App Store Marketing Expenses FY 2015 – FY 2025[883]**



**B.      Costs of Analogous Tools, Technologies and Services to the TTS and Additional Services that Apple Provides to Developers**

371.    The Apple TTS and Additional Services discussed above allow Developers to build apps and optimize their performance, engagement, and monetization, among other things.  By providing limited use rights to these IP-protected TTS and Additional Services under the Developer Agreement and DPLA, Apple significantly lowers the startup costs and risks that Developers would otherwise need to incur because, absent access to them, Developers would need to pay upfront for use of analogous tools, technologies, and services, or otherwise develop their own (assuming that Apple's TTS and Additional Services could be replicated, which I understand from Mr. Thompson is unlikely).

372.    Valuation literature recognizes the "cost approach" as applicable in the valuation of intangible assets, including IP.[884]  Under AICPA valuation guidance, the cost

---

[883] **Attachment 11.**

[884] AICPA, Statement on Standards for Valuation Services No. 1: Valuation of a Business, Business Ownership Interest, Security, or Intangible Asset, VS § 100 (2015) (orig. issued June 2007): [.31], [.34 - .35] [APL-EG-R_00001428-486]; Reilly, Robert F., "Intellectual Property Valuation Approaches And Methods," les Nouvelles, September 2011: pp. 200-204 [APL-EG-R_00007614-625].

approach reflects the amount required to replace the service capacity (or future service capability) of an asset, often referred to as current replacement cost.[885] This framing is consistent with a cost-of-analogous technologies concept – *i.e.*, what it would cost a market participant to obtain a substitute asset of comparable utility, or in this case, analogous utility.

373.  By way of comparison, recreating widely used open source software internally can impose significant replacement costs, with firms likely needing to spend 3.5 times more on software if such tools did not already exist.[886] Time allocated to developing alternative software limits resource availability for other initiatives.[887] Enterprise grade software systems can cost tens of thousands to millions of dollars to purchase and/or license.[888] I understand from Mr. Thompson that Apple-provided TTS and related APIs help apps blend seamlessly with the system-wide look-and-feel of Apple's platforms, surface relevant app capabilities and content in widgets and shortcuts, and access cutting-edge technologies like ML without requiring Developers to incur the costs of building the functionality themselves.[889] I also understand that, without APIs, these types of functions on which Developers have built extraordinary businesses would not be reasonably feasible.[890] As addressed above, I understand that Apple's proprietary source code related to the TTS and Additional Services, which drives the APIs that developers use, is protected by copyright, embodies trade secrets, and implements Apple's patented inventions, all of which provides substantial value to Developers.[891] I also understand that developing similar TTS and Additional Services would not be reasonably feasible for many Developers and, where possible, would require

---

[885] AICPA, Statement on Standards for Valuation Services No. 1: Valuation of a Business, Business Ownership Interest, Security, or Intangible Asset, VS § 100 (2015) (orig. issued June 2007) [APL-EG-R_00001428-486]; FASB ASC Topic 820 (Fair Value Measurement): ASC 820-10 Glossary [APL-EG-R_00001494-505].

[886] "The Value of Open Source Software," Harvard Business School, p. 1: https://www.hbs.edu/ris/Publication%20Files/24-038_51f8444f-502c-4139-8bf2-56eb4b65c58a.pdf [APL-EG-R_00004544-585].

[887] https://idealink.tech/blog/understanding-the-costs-of-software-development-a-complete-breakdown [APL-EG-R_00007593-613].

[888] https://idealink.tech/blog/understanding-the-costs-of-software-development-a-complete-breakdown [APL-EG-R_00007593-613].

[889] Expert Report of Mr. Chris Thompson.

[890] Expert Report of Mr. Chris Thompson Section VIII and X.

[891] Expert Report of Mr. Chris Thompson: Section VIII and X.

significant resources.[892]

374. I employ a cost-of-analogous technologies (replacement cost) framework as a second indicator of the economic value that Developers obtain from Apple's IP-protected TTS and Additional Services. Instead of attempting to directly price or monetize Apple's IP, the analysis identifies the approximate costs that Developers may need to incur to replicate, replace, or procure analogous tools, technologies, and services and obtain similar functionality and benefits if Apple's IP-protected offerings were unavailable (understanding that, as noted below, they are imperfect alternatives for many of the TTS and Additional Services that I discussed, let alone ones that provide comparable functionality and/or benefits). This approach is grounded in the well-established economic principle that the value of an asset to a user can be reliably approximated by the cost that user would incur to obtain equivalent functionality from alternative sources – a principle that, when the alternatives are imperfect substitutes, yields (as here) a lower-bound estimate. Moreover, where, as here, the user receives value that goes beyond the avoidance of costs associated with the particular services that can be replicated, this methodology will not evaluate that additional value, and so the true value received by developers is likely much greater.

375. The cost-of-analogous technologies analysis is applied consistently to two broad categories: (1) Developer TTS (e.g., IDEs, testing tools, frameworks, graphics, gaming, and health); and (2) App Store Additional Services (e.g., distribution, discovery, marketing, and analytics). In each category, I identified exemplary tools, technologies, and services that I understand are commercially available and analogous to certain Apple TTS and Additional Services. I also identify the pricing structures, where available, for each analogous tool, technology, or service. While sufficiently reliable for purposes of my valuation exercise (and only this type of exercise), these analogous tools, technologies, and services are imperfect, fragmented, and would require Developers to stitch together multiple vendors and bear significant ongoing costs, operational risk, and

---

[892] Expert Report of Mr. Chris Thompson: Section VIII and X.

integration burdens. Additionally, I understand from Mr. Thompson that use of Apple's IP-protected TTS extends beyond development to operation of apps on iOS.[893] Because they are: (1) imperfect alternatives; (2) do not fully replicate Apple's TTS, Additional Services, or integrated developer platform; and (3) do not account for use beyond app development, their costs serve as reasonable lower-bound estimates of the economic value that Developers obtain from Apple's IP-protected TTS and Additional Services.

376. **Table 7** summarizes the illustrative and non-additive costs of the analogous tools, technologies, and services for Apple's IP-protected TTS and Additional Services.

**Table 7: Illustrative Costs of Analogous Tools, Technologies, and Services to Apple TTS and Additional Services Identified by Mr. Thompson [894]**

| Category | Apple TTS Functionality | Exemplary Analogous TTS[895] | Illustrative Cost of Analogous TTS |
|---|---|---|---|
| **TTS** | | | |
| Integrated Development Environment (IDEs) | Xcode | IntelliJ IDEA, JetBrains Rider, Pycharm Pro, Visual Studio | Per developer-seat per year: $299 - $6,000 |
| | | NetBeans, Eclipse | Additional app development framework is required (e.g. Codename One: up to $5,400/ year) |
| | | Android Studio | Available under Android SDK License Agreement terms; Google Play Store commissions as applicable |
| Testing & CI/CD Tools | Xcode Cloud, TestFlight | Appetize | Limited use at no cost - $3,828+ annually |
| | | Kobiton | $996 - $9,000+ annually |
| | | Perfecto | Trials at no cost - $1,500+ annually |
| | | CircleCI | Limited use at no cost - Usage based up to $65,760 annually before non-public enterprise pricing is required |
| | | Azure Pipelines | Limited use at no cost - $480 per parallel job per year or a maximum of $9,600 annually for Microsoft-hosted jobs |

---

[893] Expert Report of Mr. Chris Thompson: ¶¶ 30-31.
[894] **Attachment 12**.
[895] Expert Report of Mr. Chris Thompson: ¶¶ 647-665.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    141                    SUBJECT TO PROTECTIVE ORDER

| Category | Apple TTS Functionality | Exemplary Analogous TTS[895] | Illustrative Cost of Analogous TTS |
|---|---|---|---|
| | | Sauce Mobile App Distribution | ~$468 - $2,988 per parallel test annually |
| | | GitHub Actions | Pay-as-you-go: $0.002 - $0.062 per minute |
| | | AWS Code Build | Pay-as-you-go: $0.0034 - $0.30 per build minute |
| App Development Frameworks | UIKit, SwiftUI | ReactNative | Additional app development framework is required (e.g. Expo: up to $2,388+ per year) |
| | | .NET MAUI | IDE is required (e.g. Visual Studio: up to $6,000 per seat per year) |
| Gaming Frameworks | GameKit and Game Center | Unity Multiplayer Services | Pay-as-you-go for different types of services (e.g. Concurrent users: $0.16 per additional average CCU) |
| | | Steamworks | Available under Valve terms of service; Steam commissions as applicable |
| Digital Rights Management / Security | FairPlay | Widevine, PlayReady | Available under third-party license terms; Windows or Google Play Store commissions as applicable |
| Health & Motion Services | HealthKit | Terra, Spike | ~$4,788 - $5,988 per year before non-public enterprise pricing is required |
| | | Health Connect | Available with use of the Android OS; Google Play Store commissions as applicable |
| Location Services | CoreLocation, MapKit | Google Maps, Azure Maps, TomTom, Amazon Location Services, HERE Technologies, Map Box | $0.00001 - $0.08 per request |
| Developer Process Related to Link-Out | Region Eligibility, Storefront | getBillingConfigAsync() from Google Play | Available with Google Play Developer Account; Google Play Store commissions as applicable |
| | | GlobalizationPreferences.HomeGeographicRegion Property from Microsoft Store | Windows OS is required for use (e.g., Windows 11 for Professionals: $199.99 per license) |
| | | MaxMind, IPinfo, IPstack | Limited use at no cost/Trials at no cost – $31,356 per year |
| | App Store Connect API | Publishing API from Google Play | Available with Google Play Developer Account; Google Play |

| Category | Apple TTS Functionality | Exemplary Analogous TTS[895] | Illustrative Cost of Analogous TTS |
|---|---|---|---|
| | | | Store commissions as applicable |
| | | Bitrise | Limited use at no cost – $200+ per year before non-public enterprise pricing is required |
| | Metadata Management: Webhooks | Adyen, PayPal Braintree | Variable rate per transaction: 0.75% – ~4.50% plus $.10 - $0.49 |
| Content Delivery & Access | Background Assets — Managed Asset Packs, Automatic Background Asset Downloader, Unmanaged Asset Downloads | Google Play Asset Delivery (PAD) | Available under the Play Core Software Development Kit Terms of Service and the Google APIs Terms of Service; Google Play Store commissions as applicable |
| | | Addressables package from Unity | $2,310 per year per seat before non-public enterprise pricing is required |
| Link-Out Tracking | External Purchase API, External Purchase Report, Tokens, Verify Transactions, App Store Server Notifications | Real-time developer notifications from Google Play | Available with Google Play Developer Account; Google Play Store commissions as applicable |
| | | External transaction token through the Play Billing Library | Available under the Developer Terms of Service for Alternative Billing System; Google Play Store link-out commissions as applicable |
| | | Stripe API, Paddle, Adyen | Variable rate per transaction: 0.75% – ~5% plus $.10 - $0.49 |
| **Additional Services** | | | |
| Cloud Providers | App Store Distribution | Data Transfer: | |
| | | AWS Cloudfront, Azure Content Delivery Network, Fastly | Pay-as-you-go: $0.12 per GB - $0.02 per GB |
| | | Google Cloud CDN | Pay-as-you-go: $0.08 per GiB - $0.02 per GiB |
| | | Object Storage: | |
| | | AWS S3, Azure Blob Storage | Pay-as-you-go, Standard: $0.023 per GB - $0.0191 per GB |
| | | Google Cloud Storage | Pay-as-you-go, Standard: $0.023 per 1 GiB month |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

143    SUBJECT TO PROTECTIVE ORDER

| Category | Apple TTS Functionality | Exemplary Analogous TTS[895] | Illustrative Cost of Analogous TTS |
|---|---|---|---|
| | | Security: | |
| | | AWS WAF | Web ACL: $5/month<br>Rule: $1/month<br>Request : $0.60/1 million<br>Bot Control and Fraud Control incur additional costs |
| | | Azure Web Application Firewall | Pay-as-you-go: $0.031 per application gateway for containers WAF-hour |
| | | Google Cloud Armor | Rules: $1/month<br>Requests: $0.75 - $0.60/1 million<br>Security policies: $5/month<br>Cloud Armor bot management incurs additional costs |
| Website Builders | App Store infrastructure | Custom Website | $1,000 - $20,000+ for a one-time build |
| | | GoDaddy, Wix, SquareSpace | ~$10 - $159/month |
| | | Wordpress.com | ~$5 - $50/ month<br>Enterprise starting at $25,000/year |
| Ratings | App Store Reviews | Trustpilot | $99 - $799/month |
| Personalization | App Store personalization & curation | Personyze | ~$134 - $1,305/month (usage-based tiers) |
| Optimization & Analytics | App Analytics | Convert Insights, Zoho PageSense, Amplitude, App Figures, Countly | ~$8/month to $6,580/month, depending on scale and features |
| | | Optimizely | About $36,000 - $200,000/per year |
| | | Qonversion | 0.6% - 0.8% of revenue |
| | | Mixpanel | $0.20 - $0.09 per 1 thousand events inclusive of first 1 million events at no cost |
| User Acquisition / Discovery at Scale | App Store platform reach | CPI-based ad campaigns | $1.50 - $5.00 per install (iOS; region and category dependent) |
| | | HubSpot | Pay-as-you go:<br><br>Starter:<br>$9/month/seat |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

| Category | Apple TTS Functionality | Exemplary Analogous TTS[895] | Illustrative Cost of Analogous TTS |
|---|---|---|---|
| | | | $37.50 - $30 per 1,000 marketing contacts (first 1,000 included in subscription)<br><br>Professional:<br>$800/month base<br>Onboarding fee of $3,000<br>$250 - $150 per 5,000 marketing contacts (first 2,000 included in subscription)<br><br>Enterprise:<br>$3,600/month base<br>Onboarding fee of $7,000<br>$100 - $60 per 10,000 marketing contacts (first 10,000 included in subscription) |

377. The costs in **Table 7** are non-additive and vary by developer size, app category, and business model, confirming their use as approximate indicators of value for the particular services to which they relate. Further, they are imperfect, fragmented, and would require Developers to piece together multiple vendors and bear significant ongoing costs, operational risk, and integration burdens. Because they are imperfect substitutes that do not fully replicate Apple's integrated developer platform, their costs serve as reasonable lower-bound estimates of the economic value that Developers obtain from Apple's IP-protected TTS and Additional Services. Even at these conservative levels, these analogous replacement costs provide additional evidence that the Apple IP-protected TTS and Additional Services identified by Mr. Thompson provide substantial economic value to Developers.

## C.    Market and Regulatory Based Benchmarks

378. In the sections below, I assess certain market benchmarks including (1) analogous platform technology commission rates; (2) the settlement proposed by Epic and Google in March 2026 in *Epic v. Google*; and (3) the App Store commission and fee structures in Japan, the EU, and Brazil that were established after regulatory

proceedings were initiated in those countries.  I then assess how these benchmarks provide indicators of value Developers obtain from Apple's IP-protected TTS.

379.  I considered whether Apple's licensing history may be probative under the market approach.  However, it is my understanding that Apple generally does not out-license the IP rights underlying the TTS and Additional Services apart from the limited use rights under the Developer Program and related agreements.  While Apple has executed licensing-out agreements in limited contexts, such as for standard essential patents subject to FRAND commitments, those agreements pertain to discrete standardized technologies that do not constitute the combined rights, functionality, and economic value embodied in, the IP-protected TTS and Additional Services that Mr. Thompson identified.[896]  Thus, such licenses are not a reliable basis for deriving market-based indicators of value for the IP-protected TTS and Additional Services and, in any event, are not necessary for purposes of my analysis given the market-based benchmarks available.

380.  In contrast, market evidence observed from platform-related disputes and negotiated outcomes, including those described below, capture pricing and economic relationships for bundled platform services that are more closely aligned with the integrated nature of the IP-protected TTS and Additional Services identified by Mr. Thompson. These benchmarks provide a more relevant and probative basis for valuation under the market approach than attempting to extrapolate from non-comparable, technology-specific licensing arrangements.

## 1.  Platform Technology Commission Rates

381.  Apple's iOS platform technology includes the operating system, hardware-software integration, frameworks, security features, and data protections.[897] These technologies provide both a high-quality common infrastructure and a

---

[896] https://www.apple.com/legal/intellectual-property/frand/ [APL-EG-R_00008122-126] . *See also*, https://www.ericsson.com/en/press-releases/2022/12/ericsson-and-apple-sign-global-patent-license-agreement [APL-EG-R_00008167-171]; https://www.nokia.com/newsroom/nokia-and-apple-sign-long-term-patent-license-agreement/ [APL-EG-R_00008178-180].
[897] https://mas.owasp.org/MASTG/0x06a-Platform-Overview/ [APL-EG-R_00007698-709].

technological core that expands third-party developer capabilities.[898]

382. Below **Table 8** benchmarks Apple against other mobile and gaming distribution technology platforms (e.g., game consoles, and other app store marketplaces).

**Table 8: Distribution Platform Technology Benchmarks[899]**

| Analogous Technology Category | Examples | Indicative Revenue Share | Relevance to Apple Platform |
|---|---|---|---|
| Integrated app stores / gaming consoles | Xbox, PlayStation, Nintendo | 30% | Includes platform tech plus other services |
| Mobile | Google Play | 10%-25% | Includes platform tech plus other services |
| | Epic Games Mobile Store | 12%[900] | |
| | One Store | 20% | |
| | Amazon Appstore[901] | 20%-30% | |
| | Samsung Galaxy Store[902] | 15%-20% | |
| PC Gaming Platforms | Steam[903] | 20%-30% | Includes platform tech plus other services |
| | Epic Games Store | 12%[904] | |
| | Good Old Games | 30% | |
| | Microsoft Store | 12% | |

383. As shown above, analogous market technology platforms charge up to 30% of

---

[898] "By maintaining a unified operating environment across all products, Apple encourages developers to build once and deploy across multiple devices, reinforcing a virtuous cycle of app innovation and user stickiness" *see* "Apple Inc. (AAPL)," Baptista Research, November 14, 2025 [APL-EG-R_00002768-835].

[899] **Attachment 13**.

[900] After first $1 million in revenue.

[901] Amazon Appstore does not permit link-out. *See,* Amazon Developer Services Agreement, In-App Products Schedule § 6, *available at* https://developer.amazon.com/support/legal/da [APL-EG-R_00001606-670] .

[902] The Samsung Galaxy Store's terms and conditions provide for a 15% commission on subscription revenue and a 20% commission on other revenue, and further provide that "[d]ifferent revenue share arrangements may apply to sales made outside of our Services." Galaxy Store Terms & Conditions §§ 6.1, 6.2, *available at* https://seller.samsungapps.com/terms/termsAndConditions.as [APL-EG-R_00004025-035].

[903] "Steam charges a base rate of 30% on in-app purchases and game sales, along with a $100 fee to join the Steam Partner program. However, there are conditional rate reductions: after reaching $10 million in sales, Steam's cut drops to 25%, and after $50 million, it further decreases to 20%." *See,* https://www.1d3.com/blog/platform-fees [APL-EG-R_00001292-296]. Steam's discounted commissions are applied on a per-game basis, not per-developer, *see* https://web.archive.org/web/20181203190142/https://steamcommunity.com/groups/steamworks/announcements/detail/1697191267930157838 [APL-EG-R_00008205-206].

[904] After first $1 million in revenue.

revenues.

384. Although Epic does not charge a separate fee for transactions processed by third-party platforms, it does charge a royalty on certain of such transactions for games built with its proprietary game engine, Unreal Engine.[905] A game engine is a comprehensive suite of software tools that enables Developers to create games efficiently while maintaining a professional level of quality.[906] Unreal Engine is widely used to support video game development. To facilitate this, Epic provides extensive documents and learning resources, including tutorials, samples, and articles.[907] Unreal Engine also offers tools and frameworks for building mobile apps, guiding developers through optimization, debugging, and packaging processes.[908]

385. For most game titles built using Unreal Engine, Epic charges a 3.5%-5% royalty on lifetime gross revenue, applied to revenues exceeding an initial $1 million threshold.[909] This royalty applies (in whole, without apportionment) to both IAP transactions and non-IAP transactions. These business terms reflect Epic's position that Unreal Engine's suite of tools are core to game development, and it should be wholly compensated for any revenues earned by a Developer whose app was built using Unreal Engine, regardless of how the transaction occurs. These business terms are similar to Apple's business terms for link-out in Japan, EU and Brazil (discussed below), which are appropriately structured to compensate Apple for the value that Developers obtain from Apple's IP-protected TTS and

---

[905] Epic Games Distribution Agreement: https://cdn2.unrealengine.com/egs-distribution-agreement-831c3b1b8ec4.pdf, §§ 6.a, 6.b, 6.d.vi [APL-EG-R_00005476-513]; Unreal® Engine End User License Agreement: https://www.unrealengine.com/eula/unreal, §§ 3.a, 3.b, 4, Royalty Addendum [APL-EG-R_00008303-326].
[906] https://web.archive.org/web/20200928045942/https://unity.com/how-to/beginner/game-development-terms [APL-EG-R_00008327-338]
[907] https://dev.epicgames.com/documentation/unreal-engine/getting-started-with-mobile-development-in-unreal-engine [APL-EG-R_00008277-288]; https://dev.epicgames.com/documentation/unreal-engine/unreal-engine-modules [APL-EG-R_00008289-296].
[908] https://dev.epicgames.com/documentation/unreal-engine/getting-started-with-mobile-development-in-unreal-engine [APL-EG-R_00008277-288].
[909] Unreal® Engine End User License Agreement: https://www.unrealengine.com/eula/unreal, §§ 3.a, 3.b, 4. Epic charges a 5% royalty, except where the "Reduced Royalty Rate for Launch Everywhere with Epic Releases" applies [APL-EG-R_00008303-326].

HIGHLY CONFIDENTIAL –                    **148**                    SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

Additional Services, which enable them to build, market, distribute, and monetize (including through linked-out purchases) apps on the App Store.

386. As compared to the app stores and gaming platforms identified above, Apple's App Store is a superior and more robust marketplace. This indicates that the range of rates across the app stores and gaming platforms identified above represent lower-bound rates. For example, according to public reporting, Amazon's and Microsoft's mobile app distribution platforms have not been commercially successful.[910] Publications have noted that Amazon's Appstore lacked "most of the content and features people have come to expect from a mobile app store," and had limited distribution and usage because it was only present on about 0.1% of Android phones.[911] Publications have also stated that the Microsoft Store is caught in a self-reinforcing "app gap" cycle, where a small user base discouraged developer investment, resulting in fewer high-quality apps, which in turn further suppressed user adoption.[912]

387. Apple's App Store, in contrast, has been viewed by Developers across the U.S., China, and the EU who distribute on the App Store as the "primary [and] preferred marketplace for distributing apps", ranking higher than the Google Play Store, Microsoft Store, Steam, Samsung Galaxy Store, Tencent Appstore, and Huawei AppGallery. [913] The App Store also ranks highest in satisfaction among Developers in the U.S. and EU who distribute on the App Store, as a platform and for its tools and services, surpassing the aforementioned marketplaces as well as the Amazon Appstore, Aptoide, Epic Games Store, MacPaw / SetApp, Xiaomi App Store, and VIVO App Store.[914] Compared against the Amazon Appstore and Google Play Store from a monetization perspective, Apple's App Store attained higher satisfaction ratings in key areas such as organic user acquisition tools, paid

---

[910] https://www.amazon.com/b?node=210942225011 [APL-EG-R_00004936]; https://learn.microsoft.com/en-us/lifecycle/announcements/windows-10-mobile-end-of-support [APL-EG-R_00004790]; https://www.windowscentral.com/phones/windows-phone/windows-10-mobiles-app-store-bites-the-dust-half-a-decade-after-support-ended [APL-EG-R_00008072-075].

[911] https://arstechnica.com/gadgets/2025/02/amazon-remembers-it-has-an-android-app-store-kills-it/ [APL-EG-R_00005197-200].

[912] https://www.aeanet.org/why-did-windows-phone-fail/ [APL-EG-R_00004931-935].

[913] Apple Developer Marketplace Research, June 2025: p. 12 [APL-EG-R_00000932-017].

[914] Apple Developer Marketplace Research, June 2025: p. 11 [APL-EG-R_00000932-017].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

user acquisition tools, and monetization policy among developers in the U.S. who distribute on the App Store.[915]

388. Apple's App Analytics is positively viewed by Developers.



389. The App Store has over 2.1 million apps and over 463.5 million average weekly number of customer accounts performing searches, underscoring its success.[919] Unlike traditional keyword-based ranking systems, Apple's Search on the App Store prioritizes high-quality, relevant apps by incorporating behavioral signals, engagement metrics, ratings, and update cadence alongside text relevance, driving a more effective discovery experience for users and Developers.[920]

## 2. *Epic v. Google* Commission Structure Under March Proposal

390. I understand that, in *Epic Games v. Google*, the district court entered a permanent injunction on October 7, 2024 following a jury verdict against Google for antitrust violations in the Android app distribution and in-app billing markets.[921] I also understand that, on November 4, 2025, Epic and Google filed a joint motion to

---

[915] Apple Developer Marketplace Research, June 2025: p. 31 [APL-EG-R_00000932-017].
[916] Apple App Store Developer Survey, "Apple App Analytics – December 2025": p. 36 [APL-EG-R_00001018-156].
[917] Apple App Store Developer Survey, "Apple App Analytics – December 2025": p. 16 [APL-EG-R_00001018-156].
[918] Apple App Store Developer Survey, "Apple App Analytics – December 2025": pp. 17, 82 [APL-EG-R_00001018-156].
[919] 2025 App Store Transparency Report: https://www.apple.com/legal/app-store/transparency/2025/ [APL-EG-R_00001416-423].
[920] https://developer.apple.com/app-store/discoverability/ [APL-EG-R_00006088-092]; https://www.strataigize.com/blog/ios-app-search [APL-EG-R_00007957-961]
[921] Ninth Circuit Opinion, *Epic Games, Inc. v. Google LLC*, July 31, 2025: p. 15 [APL-EG-R_00008558-560].

modify the injunction as part of a comprehensive settlement.[922]  I understand that, during a January 22, 2026 hearing, the district court raised concerns about the proposed settlement, and the parties subsequently filed a status report and renewed joint motion on March 4, 2026 that modified certain terms of the proposal ("**March Proposal**").[923]  I understand on July 15, 2026, Epic and Google dropped their joint request to modify the injunction.[924]  The October 2024 injunction mandates linked-out purchases, but does not itself set a negotiated commission schedule for Google to charge on those linked-out purchases.[925]  Because the October 2024 injunction does not itself set a negotiated commission schedule for Google to charge on those linked-out purchases, I consider the March Proposal remains a relevant indicator of the rates that Epic is willing to pay on linked-out purchases.

391.  The March Proposal establishes a tiered structure determined by the method of the transaction (IAP, link-out, or subscription) and whether the install is new or existing.[926]  The Google Play Store's fee structure contemplated in the March Proposal, including for linked-out purchases, is summarized on **Table 9** below.

---

[922] Joint Motion to Modify Permanent Injunction, *Epic Games, Inc. v. Google LLC*, November 4, 2025[APL-EG-R_00008561-583] .

[923] Status Report Regarding Permanent Injunction: Google Play Fees In The United States, *Epic Games, Inc. v. Google LLC*, March 4, 2026 [APL-EG-R_00008599-602]; Renewed Joint Motion to Modify Permanent Injunction, *Epic Games, Inc. v. Google LLC*, March 4, 2026 [APL-EG-R_00008584-598]; Revised Binding Term Sheet between Google and Epic, *Epic Games, Inc. v. Google LLC*, March 4, 2026 [APL-EG-R_00008604-641].

[924] Notice of Withdrawal of Joint Renewed Motion to Modify Permanent Injunction, *Epic Games, Inc. v. Google LLC*, July 14, 2026 [APL-EG-R_00020980-983].

[925] Permanent Injunction, *Epic Games, Inc. v. Google LLC*, October 7, 2024 [APL-EG-R_00020976-979].

[926] Exhibit A of the Status Report Regarding Permanent Injunction: Google Play Fees In The United States, *Epic Games, Inc. v. Google LLC*, March 4, 2026 [APL-EG-R_00008603].

HIGHLY CONFIDENTIAL –                            **151**                    SUBJECT TO PROTECTIVE ORDER
ATTORNEYS' EYES ONLY

**Table 9: Fee Structure Under March Proposal in *Epic v. Google*** [927]

| Transaction Type | March 2026 Revised Proposal |
|---|---|
| **Standard Fees** | |
| Non-Recurring Purchases, IAPs | 20% (New Installs) <br> 25% (Existing Installs) |
| Non-Recurring Purchases, Link-outs | 20% (for purchases made within 24 hours of using the link) |
| Per-Download Fees for Link Outs | $3.65/game download; $2.85/app download (for downloads made within 24 hours of using the link) |
| Subscription Service Fee | 10% |
| Transactions for the first $1M (USD) of total developer earnings annually | 10% |
| **Games Level Up Program / App Experiences Program** | |
| Reduced Rates Programs Non-Recurring Purchases, IAPs | 15% (New Installs) <br> 20% (Existing Installs) |
| Reduced Rates Programs Non-Recurring Purchases, Link-outs | 15% (for purchases made within 24 hours of using the link) |
| **Billing Fee** | |
| Google Play Billing Fee | 5%, charged in addition to service fees |

392. While the two are not perfect substitutes and Apple's App Store offers many benefits and features that Google's Play Store does not (e.g., Apple's App Store is viewed as a more reliable, trustworthy, and secure app store), the Google Play Store can be considered a sufficiently appropriate comparable marketplace to the App Store in these circumstances for purposes of this valuation exercise. Apple's App Store and Google's Play Store are both large-scale digital marketplaces that let users discover, search for, and download apps and games, operating as trusted "storefronts" for mobile software distribution.[928] For example, while Apple's App Store is generally viewed as a more reliable, trustworthy, and secure app store, both also emphasize user trust and safety, highlighting privacy/security protections as core parts of how their stores operate and how apps are evaluated

---

[927] Exhibit A of the Status Report Regarding Permanent Injunction: Google Play Fees In The United States, *Epic Games, Inc. v. Google LLC*, March 4, 2026 [APL-EG-R_00008603].
[928] https://www.apple.com/app-store/; https://google.play/about/ [APL-EG-R_00006606-607] .

for users.[929]  Each platform supports app discovery through browsing, charts, and search, helping users find new apps and games via store navigation and listings.[930] They also require developers to follow submission and review/policy compliance processes: Apple points developers to App Store review criteria and submission steps and has an extensive app review process (influenced by both human and computer review), while Google similarly requires policy declarations and compliance with its Developer Program Policies before and during review.[931] Both stores support common app business models and provide developer tools and insights to manage listings and reach users at scale.[932]  Apple and Google also compete with respect to the App Store and Google Play Store .[933]  From an economic perspective, Google would have similar economic interests, concerns, and motivations when negotiating with Epic; likewise Epic would have similar economic interests, concerns and motivations when negotiating with Apple as it does with Google.

393.  As summarized in **Table 9**, the link-out rates under the March Proposal include (1) rates on non-recurring link out purchases ranging between 15% - 20%; and (2) per-download fees ranging from $2.85 (Apps) to $3.65 (Games).  These market-based benchmarks provide indicators of value that Developers obtain from Apple's IP-protected TTS and Additional Services, and indications of the rates that Epic is willing to pay for market comparable offerings.  Although Google's tools, technologies, and services, as well as the IP underlying them, will differ

---

[929] https://www.apple.com/app-store/; https://google.play/howplayworks/ [APL-EG-R_00006617-625].

[930] https://support.apple.com/guide/iphone/get-apps-iphc90580097/ios [APL-EG-R_00007981-983]; https://play.google.com/store/games?device=windows&pli=1 [APL-EG-R_00007881-882].

[931] https://developer.apple.com/app-store/guidelines/ [APL-EG-R_00006169-170]; https://support.google.com/googleplay/android-developer/answer/9859455?hl=en [APL-EG-R_00008007-013].

[932] https://support.apple.com/en-us/102383 [APL-EG-R_00007978-980]; https://play.google/developer-content-policy/ [APL-EG-R_00006608-616].

[933] Phil Schiller, an Apple Fellow responsible for leading the App Store and Apple Events, stated that "Google Play is a competitor to the App Store." *See* Deposition of Phil Schiller (Apple Fellow, App Store and Apple Events), February 15, 2021: p. 512 [APL-EG-R_00008534-536]; While directly comparable data on active user bases is not available, other indicators, such as U.S. smartphone market share, U.S. mobile operating system market share, and app downloads in the U.S., suggest that the App Store has a larger active user base in the U.S. than Google Play Store. *See* https://foxdata.com/en/blogs/app-downloads-by-country-2025-top-markets-on-app-store-google-play/ [APL-EG-R_00006565-581]; https://gs.statcounter.com/os-market-share/mobile/united-states-of-america/[APL-EG-R_00006629-631]; https://counterpointresearch.com/en/insights/us-smartphone-market-share [APL-EG-R_00005437-455].

from those that Apple provides to Developers discussed above, the Google Play Store can be considered a sufficiently appropriate comparable marketplace to the App Store in these circumstances for purposes of this valuation exercise.

### 3. App Store Commission Structure in Other Countries

394. As addressed in **Section III.C**, the App Store commission structures in Japan, the EU, and Brazil provide regulatory-based benchmarks of the value that Developers obtain from the Apple IP-protected TTS and Additional Services, although these regulatory benchmarks serve as floors for assessing the value of that IP for purposes of my analysis. I summarize the relevant terms of each below.

395. **Japan**: As described in **Section III.C.1**, the current commission structure in Japan includes a CTC of 5% on the sale of digital goods and services on apps distributed outside the App Store. The CTC is intended to "compensate[] Apple for the tools, technologies, and services that enable developers to build and share their apps with iOS users."[934] The commission structure in Japan also includes a "Store services commission" whereby when an app distributed by the App Store includes a link that sends users to an external website for payment, the Developer pays Apple a 15% commission, or a 10% commission for Developers in certain programs, and subscriptions following their first year.[935] Removing the 5% CTC amount from the 10% and 15% store services commission for linked-out purchases provides a regulatory-based benchmark of 5% to 10% of sales of digital goods and services sold on iOS apps for the App Store for the value that Developers obtain from the remaining Apple IP-protected "app distribution and management, discovery, trust and safety, re-engagement, promotional tools and services, and app insights services" associated with linked-out purchases.

396. **The EU**: As described in **Section III.C.2**, the EU commission structure under the SKEPLA terms for EU Apps includes a CTC of 5% on sales of digital goods or services that the Developer communicates and promotes in their app and can be

---

[934] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].
[935] https://www.apple.com/newsroom/2025/12/apple-announces-changes-to-ios-in-japan/ [APL-EG-R_00005014-024].

used in an App Store app.[936]  This includes the sale of digital goods and services for iOS apps distributed via the App Store, Web Distribution, or alternative marketplaces, including transactions made on a website linked to by the Developer's app.[937]  The CTC "reflects value Apple provides developers through ongoing investments in tools, technologies, and services that enable them to build and share innovative apps with users."[938]

397.  The EU commission structure under the SKEPLA terms includes a Store Services fee of 5% for Store Services Tier 1 and 10% or 13% (depending on the type of developer) for Store Services Tier 2 on transactions for digital goods and services.[939]  This fee "reflects the ongoing services and capabilities that the App Store provides developers, including app distribution and management; App Store trust and safety; re-discovery, re-engagement, and promotional tools and services; app insights, and more."[940]  In many circumstances, there is an additional initial acquisition fee of 2% that "applies when a customer purchases a digital good or service using an actionable link from your app within a 6 month period after their initial unpaid download of your app.  The fee reflects the capabilities the App Store provides when connecting developers with customers in the EU."[941]

398.  These fees provide a regulatory-based benchmark of value in the amount of 5% to 15% of sales of digital goods and services sold on iOS apps for the initial acquisition and IP-protected "ongoing services and capabilities that the App Store provides developers, including app distribution and management; App Store trust and safety; re-discovery, re-engagement, and promotional tools and services; app

---

[936] https://developer.apple.com/support/dma-and-apps-in-the-eu/#core-technology-commission [APL-EG-R_00006418-432]; *see also* https://developer.apple.com/contact/request/download/external/StoreKit-External-Purchase-Link-(EU)-Entitlement-Addendum.pdf [APL-EG-R_00004478-485].

[937] https://developer.apple.com/support/dma-and-apps-in-the-eu/#core-technology-commission [APL-EG-R_00006418-432].

[938] https://developer.apple.com/support/dma-and-apps-in-the-eu/#core-technology-commission [APL-EG-R_00006418-432].

[939] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[940] https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[941] This 2% fee does not apply to App Store Small Business Program participants or subscriptions after their first year.  https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    **155**              SUBJECT TO PROTECTIVE ORDER

insights, and more" associated with linked-out purchases. [942]    Under this commission structure in the EU, the Store services fees are not inclusive of the CTC as presented.  Therefore, unlike the analysis of Japan (above) and Brazil (below) where the Store services fee is inclusive of the CTC, I do not subtract the 5% CTC when analyzing this indicator of value based on the commission structure in the EU.

399.  **Brazil**:  As described in **Section III.C.3** above, the commission structure in Brazil includes a CTC of 5% on the sales of digital goods and services sold on iOS apps for the tools, technologies, and services provided to Developers. [943]    The commission structure in Brazil also includes a "Store services commission" whereby the Developer pays Apple a 15% commission, or a 10% commission for Developers in certain programs, and subscriptions following their first year, when an app distributed by the App Store includes a link that sends users to an external website for payment.[944]  This commission is designed to compensate Apple for App Store services, such as distribution and discovery, which Developers benefit from even when users are directed to the web to complete transactions. [945]  Removing the 5% CTC from the 10% and 15% Store services commission for linked-out purchases provides a regulatory-based benchmark of 5% to 10% of sales of digital goods and services sold on iOS apps for the App Store for the value that Developers obtain from the remaining Apple IP-protected distribution and discovery services.

400.  The commission structures in Japan, the EU, and Brazil provide regulatory-based benchmarks on sales of digital goods and services sold on iOS apps for the TTS and Additional Services, including the limited use rights to the Apple IP that I

---

[942] The 5% low end is based on the 5% Store Services – Tier 1 fee, and conservatively excluding the initial acquisition fee, which is applicable in many circumstances.  The 15% high end is based on the 13% Store Services – Tier 2 fee plus the 2% initial acquisition fee; https://developer.apple.com/support/communication-and-promotion-of-offers-on-the-app-store-in-the-eu/ [APL-EG-R_00005971-985].

[943] https://www.apple.com/newsroom/2026/06/apple-announces-changes-to-ios-in-brazil/ [APL-EG-R_00005004-013].

[944] https://www.apple.com/newsroom/2026/06/apple-announces-changes-to-ios-in-brazil/ [APL-EG-R_00005004-013].

[945] Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 4.2 [APL-EG-R_00003185-202].

understand underlies the TTS and Additional Services provided under the DPLA. Importantly, the link-out commission structures in these jurisdictions are designed to compensate Apple for App Store services, such as distribution and discovery, which Developers benefit from even when users are directed to external websites to complete transactions.[946] **Table 10** below summarizes the resulting indicators.

**Table 10:**
**Lower Bound Indicators of Value for Apple's IP-Protected TTS and Additional Services Provided to Developers Based on App Store Commission Structure in Japan, the EU, and Brazil**

| | Program Rate | Headline Rate |
|---|---|---|
| **Apple IP-Protected TTS** | | |
| Japan Commission Structure | 5% | 5% |
| EU SKEPLA Commission Structure | 5% | 5% |
| Brazil Commission Structure | 5% | 5% |
| **Apple IP-Protected Additional Services** | | |
| Japan Commission Structure | 5% | 10% |
| EU SKEPLA Commission Structure | 5% | 15% |
| Brazil Commission Structure | 5% | 10% |
| **Apple IP-Protected TTS and Additional Services** | | |
| Japan Commission Structure | 10% | 15% |
| EU SKEPLA Commission Structure | 10% | 20% |
| Brazil Commission Structure | 10% | 15% |

401. The commission structures summarized in **Table 10** above are understated and serve as a floor for assessing the value that Developers obtain from Apple's IP-protected TTS and Additional Services in the U.S. at least because they resulted from the initiation of regulatory proceedings in these countries, where single-sided bargaining dynamics inherently favor concessions below market value. As a result, an IP use rate within a commission set in the U.S. based (at least in part) on the value of the IP underlying Apple's TTS and Additional Services would require an upward adjustment to the rates in these countries and confirm they provide a lower bound of the IP value.

402. It is well established that remedies resulting from regulatory proceedings are often understated relative to market-determined outcomes. For example, a recent study

---

[946] *See, for example*: Cease and Desist Agreement between Apple Inc. and MJSP and CADE, December 23, 2025: Annex II, § 4.2 [APL-EG-R_00003185-202].

by the Harvard Business Review found that regulatory intervention often does not automatically create meaningful competition among market participants. [947] According to the same study, concessions made by a company imposed by regulators are intended to increase innovation, market profitability, and consumer welfare, but these results do not necessarily move in tandem. [948] Remedies implemented by regulators can often impose limitations on the company, requiring the company to make concessions that it otherwise would not make when negotiating under competitive circumstances amongst willing participants.[949] These findings support my opinion that the rates in Japan, the EU, and Brazil are correspondingly understated and serve as floors for purposes of my analysis.

403. Additionally, a paper published by the Energy Law Journal found that substituting competition for economic regulation does not produce the same results.[950] In the competitive market, "prices are determined by the play of supply and demand forces unconstrained by governmental intervention." [951] In contrast, the conventionally regulated price usually differs from the price imposed under typical competition.[952] The regulated price is sometimes "a lower price than would prevail in a competitive market." This distinction is important in the present context: because the commission structures in Japan, the EU, and Brazil emerged from regulatory processes rather than arm's-length negotiations between willing market participants, they understate what a willing licensee would pay in a competitive market to access Apple's IP-protected TTS and Additional Services.[953]

---

[947] The Surprising Consequences of Antitrust Actions Against Big Tech, Harvard Business Review, February 24, 2023: p. 2 [APL-EG-R_00006639-645].
[948] The Surprising Consequences of Antitrust Actions Against Big Tech, Harvard Business Review, February 24, 2023: p. 5 [APL-EG-R_00006639-645].
[949] Regulatory Leveraging: Problem or Solution, William Kovacic and David Hyman, August 22, 2016: p. 4 [APL-EG-R_00003973-997] .
[950] Substituting Competition For Regulation, Energy Law Journal, 1990: p. 244 [APL-EG-R_00004486-510].
[951] Substituting Competition For Regulation, Energy Law Journal, 1990: p. 246 [APL-EG-R_00004486-510].
[952] Substituting Competition For Regulation, Energy Law Journal, 1990: p. 245 [APL-EG-R_00004486-510].
[953] Substituting Competition For Regulation, Energy Law Journal, 1990: p. 245 [APL-EG-R_00004486-510].

404.  Regulatory agencies often can exploit their authority over private parties, referred to as "regulatory leveraging,"[954] using to obtain "more favorable settlements than they could otherwise have and sometimes with terms that the law would not otherwise allow."[955]   For example, an agency can use its "gatekeeping power within one policy domain to alter the behavior of firms in other policy domains."[956]  A publication from the Wisconsin Law Review found that agencies have the authority to engage in administrative "arm-twisting," which is the threat "to impose a sanction or withhold a benefit in hopes of encouraging 'voluntary' compliance with a request that the agency could not impose directly."[957] Regulatory agencies can also use their "gatekeeping power" on one component of a domain to obtain concessions from a company on other elements of the domain.[958]   Ultimately, regulatory leverage can degrade the quality of "enforcement outcomes, both substantively and procedurally."[959]

405.  Therefore, because the resulting rates in **Table 10** above resulted from the initiation of regulatory proceedings in Brazil, Japan, and the EU, if used as a starting point in an arms-length negotiation between an IP rights holder (e.g., Apple) and implementer (e.g., Developers), there would be an upward adjustment that would be applied to these commissions.[960]

---

[954] Issues in Antitrust Consent Decrees, Jonathan Jacobson, April 26, 2018: p. 5 [APL-EG-R_00003765-787]; Regulatory Leveraging: Problem or Solution, William Kovacic and David Hyman, August 22, 2016: p. 4 [APL-EG-R_00003973-997].

[955] Government by Settlement, John McGinnis, April 9, 2026: p. 4 [APL-EG-R_00007643-646]; Administrative Arm-Twisting In The Shadows of Congressional Delegations of Authority, Lars Hoah – Wisconsin Law Review: pp. 874-875 [APL-EG-R_00001513-582].

[956] Regulatory Leveraging: Problem or Solution, William Kovacic and David Hyman, August 22, 2016: p. 4 [APL-EG-R_00003973-997].

[957] Administrative Arm-Twisting In The Shadows of Congressional Delegations of Authority, Lars Hoah – Wisconsin Law Review: p. 874 [APL-EG-R_00001513-582].

[958] Regulatory Leveraging: Problem or Solution, William Kovacic and David Hyman, August 22, 2016: p. 4 [APL-EG-R_00003973-997].

[959] Issues in Antitrust Consent Decrees, Jonathan Jacobson, April 26, 2018: p. 7 [APL-EG-R_00003765-787].

[960] I understand the Ninth Circuit stated, "Apple should receive no commission for the security and privacy features it offers to external links."   If the IP-protected TTS and Additional Services related to security and privacy are excluded, my opinion does not change, because to the extent Apple's commission structures are currently higher than they would be if Apple's security and privacy features were excluded, the fact that I make no upward adjustments to the commission for these considerations, nor do I account for the additional benefits discussed in **Section IX.D**, more than offsets any incremental amount attributed to security and privacy.

**D.  Additional Benefits to Developers Not Reflected in the Indicators of Economic Value that Developers Obtain from Apple's IP-Protected TTS and Additional Services**

406.  My economic assessment of the indicators of value discussed above provide lower-bound estimates of the economic benefit and value that Developers obtain from Apple's IP-protected TTS and Additional Services.  My analysis establishes that Developers obtain significant benefits and derive substantial value from having limited use rights to Apple's IP-protected TTS and Additional Services.

407.  As discussed above, Apple provides the App Store access to a significant user base, and associated resources, including the IP-protected TTS and Additional Services that Apple provides to Developers.[961]  The App Store is the "primary way by which iOS users and developers connect with each other."[962]  Apple supports Developers in many ways, including by promoting trust and safety within the App Store.  The App Store is a "trusted marketplace" that allows Developers to reach a large base of possible consumers.[963]

408.  According to third-party reports, the App Store can provide Developers access to users that may have greater financial capacity than those using other app marketplaces in the U.S.  For example, approximately 50% of iPhone users report having a household income above $100 thousand compared to roughly 34% of those using Android.[964]  Further, 44% of iOS users in the U.S. are considered part of the upper third of household gross income.[965]

409.  In-app advertising has been, and continues to be, a significant revenue opportunity for Developers that is not subject to any commission.  The majority of free apps

---

[961] "The Apple Ecosystem in the US," p. 1: https://www.apple.com/newsroom/pdfs/2024-US-Apple-Ecosystem-Report.pdf [APL-EG-R_00001393-415].
[962] "The Apple Ecosystem in the US," p. 1: https://www.apple.com/newsroom/pdfs/2024-US-Apple-Ecosystem-Report.pdf [APL-EG-R_00001393-415].
[963] "The Apple Ecosystem in the US," p. 1, 11-12: https://www.apple.com/newsroom/pdfs/2024-US-Apple-Ecosystem-Report.pdf [APL-EG-R_00001393-415].
[964] https://www.proximic.com/Insights/Blog/The-iOS-Opportunity [APL-EG-R_00007883-886].
[965] Consumer Insights by Statista, "Target audience: iOS users in the U.S.", March 2025, pp. 2 and 8 [APL-EG-R_00004443-477].

rely on advertising as a revenue stream and charge for ads, clicks, and installs.[966] For example, Spotify—a well-known free to download app with a paid subscription option—generates about 11% of its annual revenue through advertising within the app.[967] For mobile games, Boston Consulting Group found that advertising typically accounts for about 20% of revenue.[968]

410. Within the iOS ecosystem, the magnitude of in-app advertising is substantial. In 2025, in-app advertising in the U.S. generated an estimated $71 billion in revenue to Developers facilitated by the App Store.[969] Notable apps in this group include non-gaming apps (e.g., Pinterest and YouTube) and gaming apps (e.g., Rolly Vertex and Helix Jump).[970]

411. Although Apple commercially facilitates in-app advertising revenue generated from ads placed by Developers in their iOS apps, Apple does not charge any fees or commission on such advertising.[971] Consequently, Apple's effective commission rate is lower than the headline rate that it charges on billings facilitated by the App Store.

---

[966] "Approximately 70% of free apps use advertising as a revenue stream and make money by charging for ads displays, clicks, or installs" *see* https://median.co/blog/mobile-app-monetization-statistics-2024-trends-earnings-insights [APL-EG-R_00007724-735].

[967] "For the years ended December 31, 2025 and 2024, Premium revenue comprised 89% and 88%, respectively, of our total revenue" thus Ad-Supported represents around 11% of annual revenue. *See* Spotify Form 20-F for the fiscal year ended December 31, 2025: p. 47 [APL-EG-R_00004036-442].

[968] "How Platforms Are Colliding and Why This Will Spark the Next Era of Growth, Video Gaming Report 2026," Boston Consulting Group, p. 22: https://www.bcg.com/publications/2025/video-gaming-report-2026-next-era-of-growth [APL-EG-R_00004724-749].

[969] "Apple's Global App Store Ecosystem and Its Growth, 2025," p. 8: https://www.apple.com/newsroom/pdfs/Apples_Global_App_Store_Ecosystem_and_Its_Growth_2025.pdf [APL-EG-R_00002726-745]. In-App Advertising is defined as "iOS in-app ad revenue from ads placed by developers in their apps; does not include ad-network or other ad-tech revenue, advertising on mobile web, or search ads."

[970] "Apple's Global App Store Ecosystem and Its Growth, 2025," p. 12: https://www.apple.com/newsroom/pdfs/Apples_Global_App_Store_Ecosystem_and_Its_Growth_2025.pdf [APL-EG-R_00002726-745].

[971] "Apple's Global App Store Ecosystem and Its Growth, 2025," p. 12: https://www.apple.com/newsroom/pdfs/Apples_Global_App_Store_Ecosystem_and_Its_Growth_2025.pdf [APL-EG-R_00002726-745].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

## X.    CONCLUSION

412.    Based on my documented summary and analyses of the IP described above, the limited use rights that Apple grants Developers to use Apple's IP-protected TTS and Additional Services provide substantial economic value to Developers.  The assessment of that value provides a relevant lower-bound reference point for the value of the Apple IP underlying those offerings in the context of the limited use rights granted.  Below, I summarize my overall conclusions.

413.    The value that Developers obtain from Apple's IP-protected TTS and Additional Services provides a lower bound reference point for the value of Apple's IP that underlies the TTS in the specific circumstances discussed herein – which pertains to limited use of the IP by Developers (i.e., solely for use of Apple's TTS and Additional Services), which is further limited to specific use of the TTS and Additional Services as outlined in the Apple Developer Program and related agreements.  While not every aspect of Apple's TTS and Additional Services may be expressly protected by Apple's IP, I understand from Mr. Thompson that Apple's IP is pervasive throughout the TTS and Additional Services.  Thus, the benefits and economic value realized by Developers from use of Apple's TTS and Additional Services, which allows them to build, test, distribute and subsequently monetize their apps on the App Store, is enabled by, and largely representative of the value of Apple's IP in these circumstances.

414.    My three-step valuation framework provides an economic assessment of the value that Developers obtain from limited use rights to Apple's IP-protected TTS and Additional Services, which enable Developers to build, market, monetize, and distribute iOS-compatible apps on the App Store.

415.    In **Section IX.A** I identified and quantified Apple's historical and ongoing investments in its IP-protected TTS and Additional Services, including: (1) $1.35 billion in example company acquisitions related to enhancing Apple's TTS;  (2) App Store discovery initiatives including In-App Events, Product Pages, Priority Program, Search Enhancements, Today Optimization Program, LLMs / Generative AI, and Intelligent Discovery;  (3) significant growth from

approximately 1,600 to over 2,600 personnel with responsibilities primarily directed to the App Store, including developing new and enhanced IP-protected TTS and Additional Services; and (4) Apple's annual expenditure in Developer relations and App Store marketing, which has increased from $54 million in FY 2015 to over $235 million in FY 2025, totaling over $1.5 billion in this period.[972] Although understated because they do not fully capture the company's complete expenditures relevant to this valuation exercise, Apple's historical and ongoing investments in the IP-protected TTS and Additional Services are significant, and further evidence the substantial value that Apple provides to developers.

416. In **Section IX.B**, I identified and quantified certain costs that Developers would otherwise need to incur because, absent access to Apple's IP-protected TTS and Additional Services, they must pay upfront for use of analogous tools, technologies, and services, or otherwise develop their own (assuming that Apple's TTS and Additional Services could be fully replicated, which I understand from Mr. Thompson is unlikely).  While these analogous tools, technologies, and services are imperfect, fragmented, and would require Developers to stitch together multiple vendors and bear significant ongoing costs, operational risk, and integration burdens, **Table 7** identifies the potential significant costs that they may otherwise incur. For example, the annual cost per developer seat can reach $6,000 while providing only some of the functionality that Apple's Xcode provides.

417. In **Section IX.C**, I identified and quantified, based on market and regulatory based benchmarks, indicators of value that Developers obtain from the IP-protected TTS.  These benchmarks include: (1) analogous platform technology commission rates which charge commissions ranging from 10% to 30% of revenues; (2) the March 2026 settlement proposed in *Epic v. Google*, whereby Epic agreed to commission rates on non-recurring linked-out purchases ranging from 15% to 20%; and (3) the App Store commission structures in Japan, the EU, and Brazil

---

[972] In addition to these investment-based indicators of value, over the last 20 years Apple has spent over $245 billion on R&D, which reflects Apple's continued commitment to developing its interconnected environment of hardware, software, and services, which Developers benefit tremendously from because through this significant historical investment, Apple created a premier platform on which Developers create apps and reach users around the world.  **Attachment 6**.

that provide commissions on linked-out purchases  ranging from 10% for certain programs and 15% to 20% commissions for standard apps.

418.  Based on my analysis, the value that Developers obtain from Apple's IP-protected TTS and Additional Services more than supports the commission rates proposed by Apple – which I understand from counsel are 15% for standard apps, 10% for program apps, and 5% for small business program apps.[973]

419.  I understand that Epic has argued that the Ninth Circuit's guidance on pages 41 and 42 of the December 2025 opinion should be construed to encompass only the engineering and IP associated with enabling link-out functionality itself—which I understand is the SKEPLA terms and its discrete functions, such as verification, disclosure screens, and transaction tracking.  Because Apple does not presently provide a U.S. link-out entitlement, and any re-adoption would involve relatively modest, largely one-time engineering work building on prior implementations in other jurisdictions, the recoverable costs under such a narrow reading would likely be minimal and insufficient alone to support more than a de minimis commission for linked-out transactions.[974]

420.  Additionally, I understand from Mr. Thompson that the scope of the Apple IP under Epic's proposed reading of the Ninth Circuit's guidance on pages 41 and 42 is relatively minimal and would not support a material ongoing commission in the context of App Store link-out transactions.  Further, such a narrow construction would be economically unsound because it would fundamentally ignore that the value of IP is properly measured not by the marginal cost of deploying a specific feature, but by the value of the technological contribution being licensed.[975] Setting a commission based on this limited scope of Apple's link-out-specific IP would not fairly or reasonably compensate Apple for the significant amount of IP that underlies the TTS and Additional Services which Developers rely on, and

---

[973] If TTS and Additional Services related to security and privacy are excluded, my opinion does not change.

[974] Expert Report of Mr. Chris Thompson: footnote 889.

[975] "For an IP asset to have a quantifiable value it should: generate a measurable amount of economic benefits to its owner/user" and "[t]he value of an IP asset represents the potential future economic benefits to the IP owner or authorized user."  *See* https://www.wipo.int/en/web/business/ip-valuation [APL-EG-R_00008076-083].

benefit from, to build, distribute, and monetize apps, including through linked-out purchases.  It would also likely deter future investments in these TTS, which would harm Developers and app users.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


_____                    _____

              Paul K. Meyer                                              Michael J. Lasinksi

**Index of Attachments**

| Attachment No. | Title |
| --- | --- |
| Attachment 1 | Curriculum Vitae of Paul K. Meyer and Testimony Listing since 2021 |
| Attachment 2 | Curriculum Vitae of Michael K. Laskinski and Testimony Listing since 2021 |
| Attachment 3 | Documents Relied On |
| Attachment 4 | Apple Inc. Summary of App Billing by Genre Developer Revenue and Apple Revenue by Year January 2019 - March 2025 |
| Attachment 4.1 | Apple Inc. App Billing by Genre Downloads Revenue January 2019 - March 2025 |
| Attachment 4.2 | Apple Inc. App Billing by Genre IAP Non-Subscription Revenue January 2019 - March 2025 |
| Attachment 4.3 | Apple Inc. App Billing by Genre IAP Subscription Non-Recurring Revenue January 2019 - March 2025 |
| Attachment 4.4 | Apple Inc. App Billing by Genre IAP Subscription Recurring Revenue January 2019 - March 2025 |
| Attachment 5 | Apple, Inc. App Store Services Tiers in the EU |
| Attachment 6 | Apple Inc. Research & Development Expenses FY 2005 - FY 2025 (in millions USD) |
| Attachment 7.1 | Apple Inc. Tools, Technologies, and Services and Additional Services List of Releases |
| Attachment 7.2 | Apple Inc. Supplemental Exemplary Updates to TTS and Additional Services |
| Attachment 8 | Apple Inc. Live Registered & Pending Active U.S. Trademarks Apple TTS and Additional Services Identified by Mr. Thompson |
| Attachment 9 | Apple Inc. Example Acquisitions Related to App Store TTS and Additional Services |
| Attachment 10 | Apple Inc. Historical App Store Headcount, Excluding App Review FY 2020 - FY 2026 |
| Attachment 11 | Apple Inc. Developer Relations and App Store Marketing Expenses FY 2015 - FY 2025 (in thousands USD) |
| Attachment 11.1 | Apple Inc. Worldwide Developer Relations (OPEX) FY 2015 - FY 2025 (in thousands USD) |
| Attachment 11.2 | Apple Inc. App Store Marketing (OPEX) FY 2015 - FY 2025 (in thousands USD) |
| Attachment 12 | Illustrative Costs of Analogous Tools, Technologies, and Services to Apple TTS and Additional Services Identified by Mr. Thompson |
| Attachment 13 | Distribution Platform Technology Benchmarks |

**HK>A**

Attachment 1

# Paul K. Meyer

Paul K. Meyer
Partner

HKA Global, LLC
One Letterman Dr., Bldg. D
Suite P100
San Francisco, CA 94129
Direct: 415.692.6360

Professional History

- HKA Global, LLC / TM Financial Forensics, LLC 2010 - Present
- Navigant Consulting - 2004 to 2010
- TUCKER ALAN INC. - 1994 to 2004
- Peterson Consulting L.P. & Peterson & Co. - 1981 to 1994
- Arthur Andersen LLP - 1979 to 1981

Education

- Bachelor of Science, Commerce; McIntire School of Commerce, University of Virginia, 1979

Professional Associations and Certifications

- Stanford University, School of Civil and Environmental Engineering (1994 – 2022) - Various Appointments including Adjunct Professor and Consulting Professor
- Member of Advisory Board, McIntire School of Commerce, University of Virginia
- Member, Board of Trustees University of San Francisco (2014-2018)
- Certified Public Accountant licensed in Virginia and California
- Certified Fraud Examiner (CFE)
- Accredited in Business Valuation (CPA – ABV)
- Certified Licensing Professional (CLP)

Mr. Meyer is a Partner in the San Francisco office of HKA and was a founding member and President of TM Financial Forensics, a predecessor firm. Mr. Meyer is formerly a Managing Director with Navigant Consulting and the President and co-founder of Tucker Alan. He is a Certified Public Accountant and Certified Fraud Examiner, as well as Accredited in Business Valuation (CPA-ABV). For almost 30 years, Mr. Meyer held various appointments at Stanford University, including Adjunct Professor and Consulting Professor, within the School of Civil and Environmental Engineering. Additionally, he frequently addresses industry groups on financial damages issues and intangible asset valuation issues. Mr. Meyer has been recognized by IAM as one of the top 300 leading IP strategists in the world: IAM Strategy 300.

Mr. Meyer has over 40 years of experience consulting on financial, accounting, economic and damages matters, as well as significant testimony experience. He has testified in over 250 depositions and approximately 75 trials and major arbitrations in State Court, Federal Court, Federal Bankruptcy Court, Court of Federal Claims, International Trade Commission, the High Court of Justice Business and Property Courts of England and Wales (London, UK), the London Court of International Arbitration ("LCIA") and the International Court of Arbitration of the International Chamber of Commerce ("ICC").

## Professional Experience

### Valuation, Financial Condition, and Damages Analyses

Analyzed the financial condition of corporations, partnerships and individuals under a variety of circumstances including lost profits claims, business interruption, business valuation, reduced profitability, troubled loan and bankruptcy, insolvency, reorganization, business failures, mergers and acquisitions, and various fraudulent activities.

Analyzed numerous lost profits and "loss of use" claims including economic analyses of past sales, future projections, costs of goods sold, relevant cost allocations, interest rates, and discount rates.

Business analysis and business valuation in a variety of circumstances, including business interruption, lender liability, consumer class action, and other disputes. Industries include seafood, ship repair, freight and transportation, online music distribution, pop artist touring, high technology, aquaculture, biotechnology, oil, automotive repair, wine, automotive sales, computer resellers, restaurants, service, e-commerce, real estate, hospitality and retail, as examples. Such valuations have involved extensive analysis of past operating results, future projections, comparable companies, capitalization multiples and market risk.

Analyzed the variable costs, indirect and overhead costs, and revenues of companies alleging loss of market share and revenue impact. Analyses of product pricing and discount issues including high technology, biotechnology, sporting goods, superstores, and insurance. Financial analyses of companies in industries including pharmaceutical, computer and equipment leasing, semiconductor, retail, maritime, music, automotive, service, agriculture, e-commerce, e-procurement, manufacturing, and high technology, as examples. Analyses of hotel and resort property financial operations and profitability. Analysis of impact on market of release of new pharmaceutical drug.

Analysis of damages and other financial and operational issues in various class action matters.

Prepared asset, economic benefit and business valuations, including the following:

- Electric and Gas Utility Asset Transfers, Including Intellectual Property Restructuring
- Real Estate
- Software Development Company and Software
- Automobile industry software
- High-Capacity Disk Drive Development Joint Venture
- Professional Sports Franchises

Page 1

**Attachment 1**

- Wholesale Nursery

- Aquaculture Enterprise

- Life Sciences/Bio Marker Research

- Contract Research Organization

- Pop Music Artist Touring and Music Publishing

- Ticketing Systems

- Hospitality Properties

- Environmental Remediation Company/ Environmental Permits

- Concession and Merchandise Contract (Motor Sports)

- Office Equipment Distributor

- E-procurement / E-Commerce

- Freight and Transportation

- Professional Services

- Renewable Wastewater Technology

- Numerous Retail Businesses, Including Restaurants, Major Retailers and Stores

- Many Forms of Intellectual Property

**<u>Intellectual Property Consulting, including Licensing and Patent Infringement, Copyright, Trade Secret and Trademark Matters</u>**

Analyzed the impacts due to alleged intellectual property infringements and misappropriation, including patents, trademarks, copyrights, trade secrets, trade dress and confidential information.

Analyzed lost profits related to lost sales, price erosion and convoyed sales. Evaluated and analyzed markets and potential, market share, historical and projected sales, ability to achieve projected sales, company and product profitability, revenue sources and trends, nature of costs and cost allocations, product pricing issues and cost of capital considerations.

Analyzed sales and profits, product features and other factors, production capacity, sales and distribution capacity, capital expenditures and resources required to bring products to market.

Analyzed and investigated licensing and royalty disputes. Investigated reported sales, guaranteed minimums, deductions from revenue such as returns and volume discounts, and compliance with contractual terms.

Analyzed and determined reasonable royalties. Determined reasonable royalties using a hypothetical negotiation approach. Considered cost savings and enhanced earnings related to licensing technology, licensing history and other license agreements, design-around considerations, head start advantages and avoided product development costs. Mr. Meyer has experience in the analysis of the Georgia-Pacific factors to determine reasonable royalties in numerous industries and with a wide variety of technologies. Mr. Meyer has analyzed hundreds of licensing arrangements and transactions involving the transfer of intellectual property ownership.

Analysis of technology in PC's and notebook computers including CPU's, memory devices, inverter controllers, hard drive partitioning, keyboard, graphic and audio acceleration, and computer locking devices, as examples.

Related to PC and notebook game play, analysis of financial, economic and royalty rate issues to graphic accelerators and audio acceleration technology. Technology addressed on chip data memory utilization to accomplish acceleration, as an example. Analyses of market issues, product refreshening, development costs,

**Attachment 1**

incremental margins earned and reasonable royalty rates. Analysis of numerous other notebook computer technologies related to processing, memory, utilities and other features.

Related to video games, analysis of intellectual property damage issues related to emulator software allowing PlayStation games to be played on MAC and Windows' platforms. Analyses of sales, costs, market and other issues. Analysis of video game sales on various platforms. Analysis of MAC emulator software allowing for Windows' utility software to be used on MAC platforms.

Analyzed the fair market value of intellectual property related to its transfer and disposition. Valuation of technology transferred between holding companies and subsidiaries. Analyzed technology sharing agreements, including joint product development agreements and software development projects. Mr. Meyer has been in charge of valuation projects related to patents. Mr. Meyer has participated in licensing negotiations, providing analytical inputs related to market, income and cost valuation approaches. These engagements have included high technology, aircraft and environmental technologies, as examples.

Significant valuation experience in matters involving software, including ERP software, operating systems, human resource and time and reporting enterprise applications, business to business software solutions, database applications, application diagnostic tool software, natural language search software, web hosting software, customer management solutions, business analytics software, retail software packages, video games and emulation software, online auction software, application management solutions, mainframe tools, diagnostic service contracts and support, e-commerce, security and ETL software, as examples. Mr. Meyer testified to the value of Oracle's copyright infringement damages in a trial where the jury awarded one of the largest intellectual property verdicts in history against defendant SAP.

Analyses and valuation related to intellectual property have included a variety of industries, including computer hardware and software, file and data systems, integrated circuits, flash memory, mobile phones, consumer goods, eye care, pharmaceuticals, medical devices and equipment, cosmetics, apparel, office products, plastic bottling, personal hygiene, frozen foods, 2G/3G/4G/5G wireless, WLAN, social networking, major motion pictures, highway sign reflective technology, dental technology, spinal implants, insulin pumps, utility partitioning software, e-commerce networking technology, telecommunications equipment, satellite television, web-conferencing, light emitting diodes (LEDS), liquid crystal displays, optical networking, telephonic billing systems, biotechnology, computer maintenance and servicing, hospitality, cellular communications, energy, aircraft, aerospace, flash memory, consumer credit scores, disc drives, CD-ROM controllers, flash memory, SLICs, ASICs, MOSFETs, IGBTs, FPGAs, nutritional supplements, software, video games, resettable fuses, knee braces, professional sports merchandise, laser measuring devices, sporting goods, VCR, architectural plans, RISC microprocessors, toys and games, and automotive diagnostic equipment, as examples. Analysis of pharmaceutical drug sales, medical devices and market issues

Significant experience in pharmaceutical and medical devices matters addressing market competitors, market shares, sales, profits and the costs of development. Technology includes drug-eluting stents, spinal implants, surgical devices, heart ablation, generic cyclosporine, insulin pumps, EPO, anti-PCSK9 antibody, hepatitis vaccination and urinary drugs, as examples. Analyses and determination of damages. Analyses of joint development and marketing agreements, including, research and development, sales and profits.

Analyzed value of athletic footwear cushioning and athletic performance technology.

Mr. Meyer has analyzed the financial and economic impacts of alleged trade secret misappropriation. He has determined the cost of the development of proprietary technologies and analyzed and valued the economic impact of trade secret misappropriation in a variety of industries. Mr. Meyer has analyzed revenues, apportionment issues and deductible costs in copyright and trade secret matters. Industries include software, semiconductor, mainframe computer, credit card, web conferencing, video games and book publishing, as examples.

Analyzed trademark value and alleged diminution in trademark value in matters involving consumer goods, entertainment, food, major motion picture, athletic footwear, semiconductor and other high technology, as examples. Analyzed corrective advertising issues, including the nature and amount of advertising, marketing, and selling expenditures, customer data, distribution and sales channels, and geographic considerations.

**Attachment 1**

Addressed fair, reasonable and non-discriminatory licensing (FRAND and RAND) in worldwide jurisdictions. Analyzed industry declared essential technologies in a variety of technologies including 2G/3G/4G/5G, PCMCIA, JEDEC, 802.11, h.264, h.265, digital compression, notebook computer security, as examples.

**Antitrust and Competition**

Experience on antitrust and competition matters related to alleged monopolization, tying arrangements, price maintenance and below cost pricing. Significant experience in analyzing damages claims in antitrust matters. Analysis of underlying businesses including overall company and business profitability; capitalization; working capital; cost structures; nature of costs; inventory levels; infrastructure and fixed assets; proprietary properties; transfer pricing; sources of revenues; historical customer relationships and revenues; contracts; competitors; business plans and strategies; cost accounting, as examples. Analyses of damages as well as studies of costs related to product pricing. Cost determination including the review of variable and overhead costs. Analysis of company EVA.

Analysis of product and competitors' revenues, product line shares, prices, costs and profits. Experience in various industries including computer hardware, enterprise and application software, data analytic and diagnostic tools, spare parts, and documentation. Additional experience in ocean transport and shipping, dental supply, concert promotion and ticketing, ticketing software systems, professional sports leagues and associations, wine, motion picture, sporting goods, insurance, energy, pharmaceutical, construction, electronics, airlines, and retail industries, as examples. Experience in related class action matters requiring detailed forensic analysis of prices, price changes and costs.

**Financial Institution, Bankruptcy, Workout, Alter Ego, Class Action, General Management and Accounting Consulting**

Performed general consulting on accounting, economic, financial, management and business operations matters. Analyzed accounting issues and treatment under a variety of consulting circumstances. Analysis of revenue recognition and accounting for long-term projects. Experience in accounting issues related to high technology companies, including software sales, installation and support revenue recognition.

Performed compliance reviews and determined the propriety of financial summaries and reports based upon the investigation of the underlying source documentation for a variety of industries and companies, including insurance, financial institutions, and Fortune 500 companies.

Performed detailed reviews of the "sources" and "uses" of cash and funds flow, which uncovered and documented check kiting, various investor "Ponzi-type" schemes, fraudulent invoices, and other activities involving the misuse of an entity's assets. Assisted in financial statement audits of banks and other financial institutions.

Consulted to banks and federal government agencies on management procedures and controls, lender liability matters, troubled loan analyses, bankruptcy issues, compliance with policies and procedures, funds flow reviews and assessment of allegations of impropriety such as check kiting.

Significant experience in bankruptcy matters involving solvency analysis, review of reorganization and liquidation plans, reviews for preference items and fraudulent transfers, and analysis of claims.

Assisted corporations and other entities on management reviews of corporate departments and functions, merger and acquisition matters, cost determination studies, financial statement analyses, ability to pay analyses, avoiding or reducing the impact of disputes, cost competitiveness, financial statement disclosure and contract administration issues.

Significant experience in the analysis of the relationship and operations of companies addressing alter ego issues and single entity theory.

Reviews and analyses related to special purpose studies including the verification of account activity, transactions and licensing arrangements.

Consulting to companies on a variety of issues including profitability analysis, transfer pricing, accounting systems, internal controls, account segregation and affiliate issues, as examples.

Page 4

**Attachment 1**

Consulted on assignments involving SEC inquiry into public company management disclosures related to quarterly and annual financial results. Assisted in preparation of financial data as part of Form S-1 Registration statement SEC filing.

Experience in the review and analysis of licenses, related business documents and records involving the licensing of intellectual property. This experience includes a variety of industries including athletic performance, consumer goods, household products, sports merchandising, high technology, biotechnology, telecommunications and entertainment, as examples.

Review and analysis of hundreds of talent contracts for actors, producers, directors and providers of rights in motion picture deals in class action dispute. Review and analysis of business and financial data in a variety of matters involving consumer issues and alleged unfair business practices, e.g., 17200.

Analysis of compensation of independent contractors for major freight shipping company in class action matters.

Analysis of damages and other financial and economic issues in various class action matters, including analysis related to class certification issues in financial services, DVD distribution, motor homes, insurance and movie theaters.

Experience in the review and analysis of compensation arrangements including contingent and commission structure consideration. Experience includes distributors and salespersons in industries such as high technology, oil and gas, retail, entertainment and financial services.

**Forensic And Record Reconstruction**

Significant experience in tracing and in financial and cost record reconstruction engagements. Analyses have included detailed reconstruction and record reconciliation in a variety of industries under different circumstances, including bank trust accounts, gas well production and mineral rights, general liability insurance policies (dating back to the mid 1930's), incurred cost history of Nuclear Power plants, and intellectual property disputes involving audits of historical royalties due. These assignments have required various analyses and comparisons of historical production, trends, asset valuations and detailed transaction reviews. In some instances, third party information has been relied upon in efforts to gain an understanding of missing data, e.g. various third party disclosures, annual financial filings with regulators, insurance brokers files, beneficiaries portfolio listings, published industry data, and the like.

Analyses of costs and expenditures related to long-term contract between provider of HD television programming and satellite television provider. Analyses included review, aggregation and assessment of the amount and nature of costs reported as programming under a multi-year supply agreement. Consideration of overhead and administrative costs.

As part of special purpose assignment, analysis of advertising expenditures related to a large pizza franchise operation. Study of costs of producing ad campaign, including TV, radio and print campaigns, and in-store displays and giveaways. Analysis of production costs including talent contracts. Review of media placement costs and media placement. Review of Ad Fund collections and reserves related to franchisee contributions.

Significant experience in fraud and transactions reviews related to check kiting schemes, other asset transfers, fraudulent invoice schemes and alter ego analyses. Testimony in Federal Court on the results of tracing and reconstruction. Northern California engagement required six days of trial testimony (Judge Illston, Northern District Court of California, San Francisco).

Mr. Meyer is a Certified Fraud Examiner.

**Entertainment, Sports, Games, Toys and Related Assignments**

Consulting experience in entertainment and related industries, including motion picture, artist music tours and concerts, and sporting goods. Consulting assignments related to toy and game licensing.

**Attachment 1**

Analysis of producer and director compensation related to the release of major motion pictures by a leading studio. Analysis of front-end compensation as well as various forms of contingent compensation.

Research and analyses related to sales, markets, and damages related to videogames, video chips and underlying alleged proprietary technology. Issues related to the accused products of a market leader in the supply of performance 3D graphics processors for enhanced PC game performance, as an example. Study of distribution channels including board suppliers, OEM sales and retail sales. Consideration of products features. Analysis of economic and financial issues related to SoundBlaster Live!™ audio card.

Analysis of copyright valuation and apportionment issues in music industry involving Rock Band and International Consumer Electronics Products Company. Addressed sales revenues and deductible costs. Examined sales and market issues related to songs, albums and online distribution channels. Analysis of profits, reasonable royalty issues and apportionment related to copyrighted property in the fashion doll industry.

Analyses related to major motion picture merchandising tie-in deals. Analysis of licensing agreements related to the movie Godzilla for toy distribution. Dispute related to scope of exclusivity arrangements and Classic Godzilla property.

Analysis of financial operations of international pop music star including concert tours, music contracts, appearances fees and endorsement agreements. Analysis of ticketing software contracts and concert ticketing.

Analyses related to design mark issues concerning a major entertainment company and an online search engine. Dispute related to Go Network.

Analysis of hundreds of talent contracts in a major class action related to seven Major Motion Picture Studios. Analysis of consideration paid to talent. Court granted summary judgment upon consideration of legal issues and results of analysis included in declaration related to form and nature of talent compensation including upfront and backend payments.

Analysis related to board game property owned by Whiz Kids/The Topps Company concerning alleged use of a patented game dial. Analysis of licensing agreements related to "licensing in" property to incorporate into game board themes.

Analysis related to interactive toys for children. Patent dispute asserted against a former market leader. Study of learning pad sales, profits and licensing history. Analysis of technology-based educational product market, including major competitors.

Analysis of financial results and changes in financial condition of professional football league member club. Analysis of revenue trends including ticket sales, suite income, concessions, parking, merchandising and TV and radio revenue sources. Comparisons to other league club local revenues. Review of entity capitalization over time.

Analysis of trademark and related property in a professional football league member club trust in conjunction with lawsuit brought by a team. Allegations were made related to diminution in the value of a specific team's trademark property. Analysis of licensing issues.

Royalty accounting related to professional baseball consumer product licenses. Analysis and audit of royalty payments under professional baseball licensing program for old-timers memorabilia program and merchandising agreements for trading cards, photographs, chess sets and other keepsakes. Analyses of royalties due, royalties underpaid, late payments and failure to meet minimum guarantees.

Analysis of financial issues related to professional soccer matches involving international teams playing friendly competitors in the United States.

Analysis of concessions and merchandise operations and contracts at a motor sports complex. Analyses of sales, costs and profits related to events such as stock cars and national drag races, as examples.

Analyses of athletic footwear market and sales issues related to a raw material supplier dispute and midsole shoe technology. Issues included the consideration of alternate design technology, athletic footwear market trends, and the specific cost structure and facilities of the supplier.

**Attachment 1**

<u>**Securities and Related Analyses**</u>

Performed a variety of analyses in securities and securities-related matters including:  forensic accounting in connection with criminal investigations and litigation; review and assessment of joint venture activities; analysis of complex related party transactions piercing the corporate veil; study of alleged departures from generally accepted accounting principles; funds tracing; asset valuation analyses; debt service analyses; real estate portfolio analyses; special reviews to assess insolvency and related issues; investigation of preference transactions and/or fraudulent conveyances in bankruptcy matters; evaluation of disclosures in financial statements and SEC filings; analysis of restitution damages and forensic analyses of why entities have not met planned and/or projected results.

Performed analyses of mutual fund trading activities in a variety of funds over an extended period of time. Documented and analyzed timing and nature of trades.  Considered specific mutual fund investing objectives and investor prospectus.

## Testimony and Alternative Dispute Resolution Experience

<u>**Testimony Experience**</u>

Domestic and international testimony in arbitration, state court, federal court, federal bankruptcy court, Court of Federal Claims, International Trade Commission, the London Court of International Arbitration and the International Court of Arbitration of the International Chamber of Commerce.

Testimony has covered intellectual property valuation, licensing and reasonable royalty determination, lost profits, product and technology markets, technology valuation, business interruption, business value, increased costs, cost allocations, contract accounting and compliance,  tracing of funds flow, royalty audits, the nature and behavior of costs, insurance coverage, cost of capital, business plans and forecasts, and the financial operations and relationship of companies.

Presentation of damage analysis in mediation.

Served as an arbitrator on damages and financial issues.

Testimony, depositions and declarations in civil court and arbitration, as follows:

| The United States Federal District Courts for: | Superior Courts for The State of California in the City and Counties of: |
|---|---|
| • The Northern District of California | • San Francisco |
| • The District of Delaware | • San Mateo |
| • The Eastern District of Texas | • Santa Clara |
| • The Southern District of Texas | • Sacramento |
| • The District of Massachusetts | • Sonoma |
| • The Eastern District of Virginia | • Alameda |
| • The District of Colorado | • Napa |
| • The Eastern District of California | • Stanislaus |
| • The Central District of California | • Tulare |
| • The District of Montana | • Contra Costa |
| • The Northern District of Illinois | • Sutter |
| • The Central District of Illinois | • Santa Cruz |

**Attachment 1**

- The Territory of Guam
- The Eastern District of Wisconsin
- The District of Minnesota (Minneapolis)
- The District of Arizona
- The District of Nevada
- The District of Washington
- The Eastern District of Kentucky (Lexington)
- The Southern District of Indiana (Indianapolis)
- The Southern District of New York
- The Western District of Texas (Waco Division)
- The Eastern District of Virginia (Richmond Division)

- Martinez
- Monterey
- San Luis Obispo
- Los Angeles
- Orange
- Ventura

**Other State Courts:**

Supreme Court of the State of NY, County of NY (Commercial Division)

**Federal Bankruptcy Court:**

- Mississippi
- California

**Arbitration:**

- California
- Hawaii
- Illinois
- New York

**International Trade Commission (Washington D.C.)**

**Court of Federal Claims (Washington, D.C.)**

**International Venues:**

- In the High Court of Justice Business and Property Courts of England and Wales, Intellectual Property List (ChD) Patent Court, London, UK
- London Court of International Arbitration ("LCIA"), London, UK
- International Court of Arbitration of the International Chamber of Commerce ("ICC"), London, UK

**Attachment 1**

### Alternative Dispute Resolution Experience

Consulted to companies and law firms on techniques to avoid disputes and to minimize the impact of existing disputes.

Participated in numerous mediations and settlement negotiations presenting accounting, economic and business operations analyses, and assisting in developing alternative methods to resolve disputes.

Served as mediator to assist in mediating financial issues between the parties in dispute.

Performed ability to pay analyses in the context of mediations and settlement discussions by analyzing financial statements, cash flows and other accounting and business records.

### Representative Topics Covered In Lectures And Speaking Assignments:  1985 to Present

Accounting theory and application; finance and economics; financial statement analysis; tracing of funds flow; construction accounting issues; analysis of long term contract claims; preparation and analysis of financial and economic damage claims; alternative dispute resolution; intellectual property; technology valuation and reasonable royalty determination; intangible asset valuation; trademark valuation; intellectual property damages and economics; licensing economics including royalty determinations; life science licensing; cost of capital; insurance coverage; competition and related financial issues; and employee compensation, including stock options.

PAUL K. MEYER                                                    **Attachment 1**

**TESTIMONY LISTING SINCE 2021**

**In The Matter Of:  Certain Electronic Devices, Including Computers, Tablet Computers and Components and Modules Thereof (Nokia, et al. v. *Lenovo Group Ltd., et al.*);** United States International Trade Commission Investigation Number 337-TA-1208, Washington D.C (Deposition), 2021

**Realtime Adaptive Streaming, LLC v. *Sling TV L.L.C., DISH Technologies, L.L.C., et al.*,** In the United States District Court of Colorado, Civil Action No.: 1:17-cv-02097-RBJ; (Deposition), 2021

**Acorn Semi, LLC v. *Samsung Electronics Co., Ltd., et al.*,** In the United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No.:  2:19-cv-347-JRG; (Deposition), 2020; (2nd Deposition), 2021; (Trial), 2021

**St. Louis Regional Convention and Sports Complex Authority, et al. v. *National Football League, et al.*,** In the Missouri Circuit Court, Twenty-Second Judicial Circuit, City of St. Louis, Case No.:  1722-CC00976; (Deposition), 2021

***Teradata Corporation, et al.* v. SAP SE, SAP America, Inc., et al.,** In the United States District Court of the Northern District of California, San Francisco Division, Civil Action No.: 3:18-cv-03670-WHO (EDL); (Deposition), 2021

**Eolas Technologies Inc. v. *Wal-Mart Stores, Inc., et al.*;** In the United States District Court for the Northern District of California, Civil Action No.: 6:15-cv-01040; (Deposition), 2021

**Lontex Corporation v. *Nike, Inc.*,** In the United States District Court for the Eastern District of Pennsylvania, Civil Action No.:  2:18-cv-05623-MMB; (Deposition), 2020; (Trial), 2021

**Interdigital Technology Corporation, et al. v. *Lenovo Group Limited, et al.*,** In the High Court of Justice Business and Property Courts of England and Wales, Intellectual Property List (ChD) Patent Court, London, UK, Claim No.:  HP-2019-000032; (Trial), 2022

**Quest Diagnostics Inc. v. *Ravgen, Inc.*,** In the United States Patent and Trademark Office before the Patent Trial and Appeal Board, Washington, D.C., Case Nos.:  IPR2021-00788 and IPR2021-791; (Deposition), 2022

**Laboratory Corporation of America Holdings (LabCorp) v. *Ravgen, Inc.*,** In the United States Patent and Trademark Office before the Patent Trial and Appeal Board, Washington, D.C., Case Nos.:  IPR2021-00902 and IPR2021-01054; (Deposition), 2022

**International Swimming Leagues, Ltd. v. *Fédération Internationale de Natation*,** In the United States District Court, Northern District of California, San Francisco Division, Civil Action No.:  3:18-cv-07394-JSC; (Deposition), 2022

**RAI Strategic Holdings, Inc. and R.J. Reynolds v. *Altria Client Services LLC, Philip Morris USA, Inc. and Philip Morris Products S.A.*,** In the United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 1:20-cv-00393-LO-TC; (Deposition), 2021; (Trial), 2022

**HKA Global, LLC**

**TESTIMONY LISTING SINCE 2021**                      **Attachment 1**

  **Page 2**

***Ravgen, Inc.* v. Laboratory Corporation of America Holdings**, In the United States District Court, for the Western District of Texas, Waco Division, Civil Action No.: 6:20-cv-00969-ADA; (Deposition and Trial), 2022

**Illumina, Inc. v. *Ravgen, Inc.*,** In the United States Patent and Trademark Office before the Patent Trial and Appeal Board, Washington, D.C., Case No.: IPR2021-01271; (Deposition), 2022

***Ravgen, Inc.* v. Quest Diagnostics Inc.**, In the United State District Court for the Central District of California, Civil Action No.: 2:21-cv-09011-RGK-GJS; (Deposition), 2022

**Interdigital Technology Corporation, et al. v. *Lenovo Holding Company, Inc., et al.*,** In the United States District Court for the District of Delaware, Civil Action No.: 19-1590-LPS; (Deposition), 2022

**In the Matter of Certain Mobile Phones and Tablet Computers, All with Switchable Connectivity and Products Containing Same (Ericsson v. *Apple*);** In the United States International Trade Commission Investigation No. 337-TA-1301 (Deposition), 2022; (Trial), 2022

**In the Matter of Certain Mobile Phones, Tablet Computers, Smart Watches, Smart Speakers and Digital Media Players, and Products Containing Same (Ericsson v. *Apple*)**; In the United States International Trade Commission Investigation No. 337-TA-1300 (Deposition), 2022

**In the Matter of Certain Mobile Phones and Tablet Computers with Cellular Connectivity, and Smart Watches with Cellular Connectivity, Components Thereof, and Products Containing Same (Ericsson v. *Apple*)**, International Trade Commission Investigation No. 337-TA-1299 (Deposition), 2022

**Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. v. *VMWare, Inc.*,** In the United States District Court for the District of Delaware, Civil Action No. 19-742-LPS; (Deposition), 2019; (2nd Deposition), 2022; (Trial), 2023

**Netlist, Inc. v. *Samsung Electronics Co. Ltd., et al.*,** In the United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No.: 2:21-cv-00463-JRG; (Deposition, Trial 1 and Trial 2), 2023

***Moskowitz Family LLC* v. Globus Medical, Inc.,** In the United States District Court for the Eastern District of Pennsylvania, Civil Action No.: 6:19-cv-00672-ADA; (Deposition), 2022; (Trial), 2023

**Oasis Tooling, Inc. v. *GlobalFoundries U.S. Inc.*,** In the United States District Court for the District of Delaware, Civil Action No.: 22-00312-CJB; (Deposition), 2024

**HKA Global, LLC**

**TESTIMONY LISTING SINCE 2021**　　　　　　　**Attachment 1**

**Page 3**

*Ravgen, Inc.* **v. Natera, Inc. and NSTX, Inc.,** In the United States District Court for the Western District of Texas, Austin Division, Civil Action No.:  6:20-cv-00451; (Deposition), 2021; (2nd Deposition), 2023; (Trial), 2024

**G+ Communications, LLC v.** *Samsung Electronics Co. Ltd., et al.*, In the United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No.:  2:22-cv-78; (Deposition), 2023; (Trial), January 2024; (Trial 2), April 2024

**Sight Sciences, Inc. v.** *Ivantis, Inc., Alcon Research, LLC, et al.*, In the United States District Court for the District of Delaware, Civil Action No.:  1:21-cv-01317-GBW-SRF; (Deposition), 2023; (Trial), 2024

**Neo Wireless LLC v.** *American Honda Motor Company Inc., et al.*, In the United States District Court for the Eastern District of Michigan, Southern Division, Civil Action No.:  MD-03034-TGB; (Deposition), 2024

**Valmarc Corporation v.** *Nike, Inc., and Converse, Inc.*, In the United States District Court for the District of Oregon, Portland Division, Civil Action No.:  3:21-cv-01556-IM; (Deposition), 2024⸏

**In the Matter of Certain Mobile Phones, Components Thereof and Products Containing Same (Ericsson v.** *Lenovo***)**, In the United States International Trade Commission Investigation No. 337-TA-1375 (Deposition), 2024, (Trial), 2024

**Confidential Arbitration Matter on Behalf of Respondent,** *Samsung Electronics Co., Ltd.*, In the International Court of Arbitration of the International Chamber of Commerce, (Arbitration), 2024

**In the Matter of Certain Electronic Computing Devices, and Components and Modules There of (Ericsson v.** *Lenovo***),** In the United States International Trade Commission Investigation No. 337-TA-1387, (Trial), 2024

**TQ Delta, LLC v.** *DISH Network Corporation, et al.,* In the United States District Court for the District of Delaware, Civil Action No.:  1:15-cv-614; (Deposition), 2024

**Kewazinga Corp. v.** *Google LLC, et al.*, In the United States District Court for the Southern District of New York, Civil Action No.:  1:20-cv-1106-LGS; (Deposition), 2022; (2nd Deposition), 2024

**2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. v.** *National Association for Stock Car Auto Racing, LLC ("NASCAR"), et al.*, In the United States District Court for the Western District of North Carolina, Charlotte Division, Civil Action No.:  3:24-cv-886 (Deposition), 2025

**HKA Global, LLC**

**TESTIMONY LISTING SINCE 2021**                    **Attachment 1**

**Page 4**

---

**United State of America, et al. v. *Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*,** In the United States District Court for the Southern District of New York, Civil Action No.: 1:24-cv-03973-AS (Deposition) 2025

**In the Matter of Certain Wireless Communication Devices and Components Thereof (ISG v. *Intel, Dell, et al.*)**, In the United States International Trade Commission Investigation No. 337-TA-1429 (Deposition), 2025, (Hearing), 2026

---

**HKA Global, LLC**



Michael J. Lasinski
Email: michaellasinski@hka.com
Mobile: 312.485.8500

# MICHAEL J. LASINSKI
# CURRICULUM VITAE

August 2026

Michael J. Lasinski is a Partner in the Intellectual Property Group at HKA. Previously, Mr. Lasinski was the head of Analysis at Hilco Intellectual Property Merchant Banking and before that was a Senior Managing Director and Head of the Intellectual Property (IP) Practice of Ankura Consulting Group, LLC (Ankura). Prior to its acquisition by Ankura, Mr. Lasinski was a founding member and CEO of 284 Partners, LLC, a professional services firm focused on IP valuation, litigation consulting, IP strategy, and transactional services. Over the past twenty years, Mr. Lasinski has consulted on hundreds of engagements pertaining to IP-centric transactions, IP valuations, and IP damages analyses. Damages analyses have included patent, trademark, trade dress, trade secret, data privacy, breach of contract and other commercial damages matters. Mr. Lasinski is an expert in Standard Essential Patent (SEP) licensing and FRAND (Fair, Reasonable and Non-Discriminatory) royalty determination. He has testified to his SEP/FRAND opinions globally.

Mr. Lasinski is a recognized expert on financial aspects of intellectual property. He is a *Past-President of the Licensing Executives Society International* (LESI), an association of over thirty national and regional member societies. He also served as a *Past-President of the Licensing Executives Society in USA & Canada.* Mr. Lasinski was also named one of the *World's 300 Leading IP Strategists* by Intellectual Asset Management. He is a past *Division Chair for the Intellectual Property Section of the American Bar Association.* He is a former *Chair of the Valuation and Taxation Committee for LES* and a former *Vice Chair of the Intellectual Property Owners' Valuation and Taxation Committee.* Mr. Lasinski is a Certified Public Accountant and an active member of the American Institute of Certified Public Accountants (AICPA) and the Illinois CPA Society. He is Certified in Financial Forensics by the AICPA and is a Certified Licensing Professional as initiated by the LES.

Mr. Lasinski has testified in various prestigious courts, including U.S. District Courts, the International Trade Commission (ITC), the High Court of Justice of England and Wales, the

Chancery Division, state courts, and arbitration proceedings. Mr. Lasinski was retained by Boeing as the sole agent for licensing its technology into the automotive sector. He was instrumental in advising creditors and other interested parties on IP and financial issues related to the sale of Nortel's patent portfolio for more than $4.5 billion. Mr. Lasinski's consulting experience includes a broad cross-section of industries, including the advertising, automotive, chemicals, computer hardware & software, consumer products, e-commerce, food & beverage, Internet, healthcare, life sciences, medical devices & related products, semiconductors, telecommunications, and wireless communications.

Mr. Lasinski has helped clients strategically manage their IP by creating global corporate organizations designed to maximize the current and future value of their intellectual property. His experience includes acquisitions, divestitures, mergers, joint ventures and bankruptcy. He has been a financial advisor to creditor committees, private equity companies, venture capitalists and Fortune 500 companies on numerous occasions. Mr. Lasinski was selected to be one of the developers/reviewers of the American Society of Appraisers Advanced Valuation Courses. He has lectured on intellectual property valuation for university business schools, law schools, the USPTO and other regulatory agencies.

Prior to focusing on IP, Mr. Lasinski was an automotive engineer and OEM program manager. Mr. Lasinski developed software for remote keyless entry and anti-theft systems. He was also responsible for airbag diagnostics, in-vehicle phone systems and other products.

| | |
|---|---|
| **PROFESSIONAL EXPERIENCE** | Partner HKA, Starting March 2025 |
| | Head of Market and Technical Analysis, Hilco IP Merchant Bank, Feb. 2024 – March 2025 |
| | Senior Managing Director, Ankura Consulting Group, Dec. 2019 – Feb. 2024 |
| | Managing Director & CEO, 284 Partners, 2010 – Dec. 2019 |
| | Managing Director, Capstone, 2009 – 2010<br>Managing Director, Ocean Tomo, 2006 – 2009 |
| | Executive Director, Center for Applied Innovation, 2005 – 2006<br>Vice President, Charles River Associates, 2004 – 2005 |
| | Managing Director, InteCap (now Charles River Associates), 1999 – 2004<br>Associate, IPC Group (now Charles River Associates), 1995 – 1999 |
| | Staff Accountant, Coopers & Lybrand (now PriceWaterhouseCoopers), 1994 – 1995 |
| | Program Manager, Ford Motor Company, 1989 – 1993 |
| | Electrical Engineer, General Motors Company, 1989 |

| | |
|---|---|
| **EDUCATION / LICENSES / PROFESSIONAL ASSOCIATIONS** | M.B.A., Finance and Accounting, The University of Michigan, with High Distinction |
| | B.S.E.E., Electrical Engineering, The University of Michigan, Summa Cum Laude |
| | Licensed CPA (State of Illinois) |
| | American Institute of Certified Public Accountants |
| | Illinois CPA Society |
| | Certified in Financial Forensics (CFF) |
| | Licensing Executives Society International, President |
| | Licensing Executives Society USA & Canada, Past President (former Valuation and Taxation Committee Chair) |
| | Certified Licensing Professional (CLP) |
| | Intellectual Property Owners Organization, Founder and Former Vice Chair, Valuation and Taxation Committee |
| | American Bar Association, Former-Chair of the Intellectual Property Section Division, Former-Chair of the Economics of the Profession Committee |
| **UNIVERSITY INSTRUCTION & IP VALUATION COURSE INSTRUCTION** | Franklin Pierce Law Center |
| | John Marshall Law School |
| | University of Notre Dame, Mendoza College of Business |
| | University of Michigan, Ross School of Business |
| | US Joint Committee on Taxation, Ad-hoc group for IP valuation |
| | US Chamber & USPTO to Chinese State Intellectual Property Office |

3

| | |
|---|---|
| **UNIVERSITY INSTRUCTION & IP VALUATION COURSE INSTRUCTION** | Multiple courses for: <br>■ Licensing Executives Society <br>■ American Bar Association <br>■ Intellectual Property Owners Organization <br>■ Industrial Research Institute <br>■ Many other IP Symposiums |

**PUBLICATIONS**

**Article:** "Assessing the reasonableness of 5G headline royalty rates," IAM (Law Business Research), September 8, 2021, with Philip W. Kline and Alejandra Loaiza-Delgado

**Book Chapter:** The New Role of Intellectual Property in Commercial Transactions, Cumulative Supplement, 1997, with Andrew W. Carter. "Financial Accounting and Reporting Considerations, Supplementary Material"

**Article:** "IP Survey Finds 'Gap' in Information," les Nouvelles, Volume XXXIII No. 3, September 1998, with Daniel M. McGavock.

**Book Chapter:** Intellectual Property in the Global Marketplace, Volume 1, Valuation, Protection, Exploitation, and Electronic Commerce, 2nd Edition, Melvin Simensky, Lanning Bryer and Neil J. Wilkof, September 1999, with Andrew W. Carter. Chapter 8: "Financial Accounting and Reporting Considerations"

**Book Chapter:** Intellectual Property Assets in Mergers and Acquisitions, Lanning Bryer & Melvin Simensky, December 2001.  Chapter 4: "Valuation of Intellectual Property Assets in Mergers and Acquisitions"

**Article:** "Investing in IP," European CEO, November-December 2007.

**Article:** "Patent Attorney Malpractice: What's the Value of Nonexistent Patent Rights?" Landslide (a publication of the American Bar Association Section of Intellectual Property Law), January/February 2010, with Richard Conroy. Franklin Pierce Law Center

4

| | |
|---|---|
| **PUBLICATIONS** | **Article:** "A look at licensing in the year ahead" <u>IAM Licensing 250 2010: The World's Leading Patent & Technology Licensing Lawyers</u> (a publication of Intellectual Asset Magazine – The IP Media Group), December 2010 |

**Article:** "Introduction: A brief perspective on IP valuation" <u>IP Value 2011 – An International Guide for the Boardroom</u> (a publication of Intellectual Asset Magazine – The IP Media Group), January 2011

**Article:** *"25%ルール」を否定した*Uniloc*判決の影響～会計・訴訟対 応の視点から～"* (Article about *Uniloc* published in Japanese) <u>Nikkei IP Awareness,</u> January 20, 2011, with Kevin Arst

**Article:** "Licensing in 2011 and Beyond: Observations on Intellectual Property Quality, Value and Sale" <u>WIPR, World Intellectual Property Review – Digest 2010</u>, February 2011

---

| | |
|---|---|
| **EXPERT TESTIMONY** | ***David Baldacci et al. v. OpenAI Inc. et al.*** <br> Case No.: 1:25-md-03143 (SHS) (OTW) <br> Industry: Artificial Intelligence <br> Venue: United States District Court for the Southern District of New York |

***OmniVision Technologies, Inc. v. RE Secured Networks, LLC***
Case No.: 1:24-cv-00187-JLH
Industry: Semiconductors
Venue: United States District Court for the District of Delaware

***Align Technology Inc. v. ClearCorrect Operating LLC, ClearCorrect Holdings, Inc., Institut Straumann AG, & Straumann USA, LLC***
Case No.: 6:24-cv-00187-ADA-DTG
Industry: Dental Products
Venue: United States District Court for the Western District of Texas, Waco Division

***Smartrend Manufacturing Group (SMG), Inc. v. Opti-Luxx Inc.***
Case No.: 1:21-cv-01009
Industry: Commercial Vehicles
Venue: United States District Court for the Western District of Michigan

***Anibal Rodriguez, Sal Cataldo, Julian Santiago, and Susan Lynn Harvey, Individually and on Behalf of All Other Similarly Situated v. Google LLC*** Case No.: 3:20-cv-04688-RS
Industry: Internet Data Privacy
Venue: United States District Court for the Northern District of California

5

| | |
|---|---|
| **EXPERT TESTIMONY** | ***10x Genomics, Inc. and Prognosys Biosciences, Inc. v. Nanostring Technologies, Inc.***<br>Case No.: 21-cv-653-MFK<br>Industry: Spatial Biology<br>Venue: United States District Court for the District of Delaware<br><br>***DivX, LLC v. Harman International Industries, Inc.***<br>Case No.: 656816/2021<br>Industry: Automotive Electronics<br>Venue: Supreme Court of the State of New York, County of New York: Commercial Division<br><br>***Chasom Brown, William Byatt, Jeremy Davis, Christopher Castillo, and Monique Trujillo, Individually and on Behalf of All Other Similarly Situated v. Google LLC***<br>Case No.: 4:20-cv-03664-YGR-SVK<br>Industry: Internet Data Privacy<br>Venue: United States District Court for the Northern District of California<br><br>***Moskowitz Family LLC v. Globus Medical, Inc.***<br>Case No.: 2:20-cv-03271-MSG<br>Industry: Medical Devices<br>Venue: United States District Court for the Eastern District of Pennsylvania<br><br>***Mediatek, Inc. and MediaTek USA Inc. v. NXP Semiconductors N.V. et al.***<br>Investigation No.: 337-TA-1272<br>Industry: Semiconductors<br>Venue: United States International Trade Commission<br><br>***Confidential Arbitration on behalf of HTC Corporation***<br>ICC Case No.: 24176/MK<br>Industry: Telecommunications<br>Venue: International Chamber of Commerce, International Court of Arbitration<br><br>***GE Transportation Parts, LLC v. Central Railway Manufacturing, LLC***<br>Case No.:  1:19-cv-04826-AJN<br>Industry:  Locomotive<br>Venue:  Southern District of New York |

6

| | |
|---|---|
| **EXPERT TESTIMONY** | ***In the Matter of Certain UMTS and LTE Cellular Communication Modules and Products Containing the Same (Quectel and Telit)***<br>Investigation No. 337-TA-1240<br>Industry: Communication Modules<br>Venue: United States International Trade Commission |
| | ***Syngenta Crop Protection, LLC v. Atticus, LLC***<br>Case No. 5:19-cv-00509-D<br>Industry: Agrichemical, Fungicides<br>Venue: United States District Court, Eastern District of North Carolina |
| | ***Commonwealth of Kentucky v. Stars Interactive Holdings (ION) LTD, et al.***<br>Civil Action No. 10-CI-00505<br>Industry: Internet Gaming<br>Venue: Commonwealth of Kentucky, Franklin Circuit Court, Divisions II |
| | ***Monarch Networking Solutions LLC v. Cisco Systems, Inc.***<br>Case No. 2:20-cv-00015<br>Industry: Network Routing<br>Venue: United States District Court, Eastern District of Texas |
| | ***Certain Smart Thermostats, Smart HVAC Systems, and Components Thereof***<br>Inv. No. 337-TA-1185<br>Industry: HVAC<br>Venue: United States International Trade Commission |
| | ***Confidential Arbitration on behalf of Syngenta Crop Protection AG***<br>AAA Case Nos. 01-19-0002-4192 and 01-19-0002-4208<br>Industry: Herbicides<br>Venue: American Arbitration Association |
| | ***Eaton Steel Bar Company, Inc. v. Plex Systems, Inc.***<br>Case No. 2019-173411-CB<br>Industry: Business Software<br>Venue: State of Michigan, Oakland County Circuit Court |
| | ***Bell Northern Research, LLC v. ZTE Corporation et al.***<br>Case No. 3:18-CV-01786<br>Industry: Consumer Electronics<br>Venue: United States District Court, Southern District of California |

7

| | |
|---|---|
| **EXPERT TESTIMONY** | ***Confidential Arbitration on behalf of Syngenta Crop Protection AG***<br>CPR File No. G-19-24-G<br>Industry: Insecticides<br>Venue: CPR Institute for Dispute Resolution |

***Fundamental Innovation Systems International LLC v. ZTE Corporation et al.***
Case No. 3:17-cv-01827
Industry: Consumer Electronics
Venue: United States District Court, Northern District of Texas

***Looksmart Group, Inc. v. Microsoft Corporation***
Case No. 3:17-cv-4709
Industry: Search Engines
Venue: United States District Court, Northern District of California

***Louisiana-Pacific Corporation v. James Hardie Building Products, Inc. v. The Kruse Brothers, Inc.***
Case No. 3:18-cv-00447
Industry: Manufactured Siding
Venue: United States District Court, Middle District of Tennessee

***In Re: Qualcomm Antitrust Litigation (Merits)***
Case No. 5:17-cv-0773
Industry: Telecommunications
Venue: United States District Court, Northern District of California

***Novartis Vaccines and Diagnostics, Inc., et al. v. Regeneron Pharmaceuticals, Inc.***
Case No. 18-cv-2434-DLC
Industry: Pharmaceuticals
Venue: United States District Court, Southern District of New York

***Intellectual Ventures II LLC v. Bitco General Insurance Corp. et al. and Great West Casualty Co.***
Case Nos. 6:18-cv-00298 and 6:18-cv-00299
Industry: Insurance
Venue: United States District Court, Eastern District of Texas

| | |
|---|---|
| **EXPERT TESTIMONY** | ***Confidential Appeals Pre-Conference on behalf of the United States Internal Revenue Service***<br>Valuation Issue Related to Transfer Pricing Dispute<br>Venue: Internal Revenue Service Office of Appeals<br><br>***In the Matter of: Memory Modules and Components Thereof – SK hynix, Inc.***<br>Investigation No. 337-TA-1089<br>Industry: Semiconductor<br>Venue: United States International Trade Commission<br><br>***Federal Trade Commission v. Qualcomm Incorporated***<br>Case No. 5:17-cv-00220<br>Industry: Telecommunications<br>Venue: United States District Court, Northern District of California<br><br>***In Re: Qualcomm Antitrust Litigation (Class Certification)***<br>Case No. 5:17-cv-0773<br>Industry: Telecommunications<br>Venue: United States District Court, Northern District of California<br><br>***Huawei Technologies Co., Ltd., et al. v. Samsung Electronics Co., Ltd., et al.***<br>Case No. 3:16-cv-02787<br>Industry: Telecommunications<br>Venue: United States District Court, Northern District of California<br><br>***Daniel Grellner v. Rodney D. Raabe et al.***<br>Case No. 2:15-cv-00189<br>Industry: Medical Implants<br>Venue: United States District Court, Eastern District of Washington<br><br>***The Coca-Cola Company & Subsidiaries v. Commissioner of Internal Revenue***<br>Tax Court Docket No. 31183-15<br>Industry:  Food & Beverage<br>Venue: United States Tax Court<br><br>***Evolved Wireless, LLC v. ZTE Corporation et al.***<br>Case No. 1:15-cv-00546-SLR-SRF<br>Industry: Telecommunications<br>Venue: United States District Court, District Court of Delaware |

| | |
|---|---|
| **EXPERT TESTIMONY** | ***Implicit, LLC v. Trend Micro, Inc. et al.*** <br> Case No. 6:616-cv-00080-JRG <br> Industry: Network Security <br> Venue: United States District Court, Eastern District of Texas <br><br> ***In the Matter of: Certain Memory Modules and Components Thereof, and Products Containing the Same – SK hynix, Inc.*** <br> Investigation No.: 337-TA-1023 <br> Industry: Semiconductor <br> Venue: United States International Trade Commission <br><br> ***Unwired Planet International Ltd., et al. v. Huawei Technologies Co. Ltd., et al.*** <br> Claim No. HP-2014-000005 <br> Industry: Telecommunications <br> Venue: High Court of Justice of England and Wales, Chancery Division, Patents Court <br><br> ***Green Mountain Glass, LLC and Culchrome, LLC v. Saint-Gobain Containers, Inc. d/b/a Verallia North America*** <br> Case No. 1:14-cv-00392 <br> Industry: Glass Recycling <br> Venue: United States District Court, District Court of Delaware <br><br> ***Quest Licensing Corporation v. Bloomberg LP, et al.*** <br> Case No. 1:14-cv-00561 <br> Industry: Financial Data Services <br> Venue: United States District Court, District Court of Delaware <br><br> ***Jezign Licensing, LLC v. Skechers U.S.A., Inc.*** <br> Case No. 8:16-cv-01193 <br> Industry: Fashion and Retail <br> Venue: United States District Court, District of Maryland <br><br> ***Avago Technologies U.S. Inc. et al. v. IPtronics Inc., et al.*** <br> Case No. 5:10-cv-02863 <br> Industry: Fiber Optic Data Communications <br> Venue: United States District Court, Northern District of California |

**EXPERT TESTIMONY**

*Confidential Arbitration on behalf of Huawei Technologies Co. Ltd.*
ICDR Case Number: 01-14-0002-2610
Industry: Telecommunications
Venue: International Centre for Dispute Resolution

*Eaton Corporation and Subsidiaries v. Commissioner of Internal Revenue*
Tax Court Docket No. 5576-12
Industry: Industrial and Residential Electrical Apparatus
Venue: United States Tax Court

*Confidential Arbitration on behalf of Nokia Corporation*
Case Number: 19602/AGF
Industry: Telecommunications
Venue: International Chamber of Commerce, International Court of Arbitration

*CardioNet, Inc. v. The ScottCare Corp., et al.*
Case No. 2:12-cv-02516
Industry: Medical Devices
Venue: United States District Court, Eastern District of Pennsylvania

*Mobile Telecommunications Technologies, LLC v. United Parcel Service, Inc.*
Case No. 1:12-cv-03222-AT
Industry: Telecommunications / Shipping
Venue: United States District Court, Northern District of Georgia

*Numatics, Inc. v. Balluff, Inc. and H.H. Barnum Company*
Case No. 2:13-cv-11049-DML-MKM
Industry: Industrial Automation Equipment
Venue: United States District Court, Eastern District of Michigan

*Amazon.com, Inc. & Subsidiaries v. Commissioner of Internal Revenue*
Tax Court Docket No. 31197-12
Industry: E-Commerce
Venue: United States Tax Court

*In the Matter of: Certain Wireless Devices with 3G and/or 4G Capabilities and Components Thereof – Client ZTE Corporation*
Investigation No. 337-TA-868
Industry: Consumer Electronics
Venue: United States International Trade Commission

11

| | |
|---|---|
| **EXPERT TESTIMONY** | *NeoMedia, Inc. v. Scanbuy, Inc.*<br>Case No. 13 117 01730 12<br>Industry: Consumer Electronics<br>Venue: American Arbitration Association, New York |

*In the Matter of: Certain Wireless Devices with 3G Capabilities and Components Thereof – Client ZTE Corporation*
Investigation No. 337-TA-800
Industry: Consumer Electronics
Venue: United States International Trade Commission

*Multimedia Patent Trust v. Canon, Inc., Canon U.S.A., et al.*
Case No. 10-cv-02618
Industry: Consumer Electronics
Venue: United States District Court, Southern District of California

*Realtime Data d/b/a/ IXO v. MetroPCS Texas, LLC, et al.*
Case No. 1:12-cv-10204
Industry: Telecommunications
Venue: United States District Court, Eastern District of Texas

*Zecotek Imaging Systems Pte. Ltd. and Beijing Opt-Electronics Technology Co., v. Saint-Gobain Ceramics & Plastics, Inc. et al.*
Case No. 5:12-cv-01533
Industry: Medical Device Manufacturing
Venue: United States District Court, Northern District of Ohio

*Warrior Sports, Inc. v. Dickinson Wright, PLLC, et al.*
Case No. 09-cv-12102
Industry: Sports Equipment
Venue: United States District Court, Eastern District of Michigan

*In Re: Eastman Kodak Company et al.*
Case No. 1:12-cv-10204
Industry: Digital Imaging
Venue: United States Bankruptcy Court, Southern District of New York

*Procter & Gamble Company v. United States of America*
Case No. 1:08-cv-00608
Industry: Pharmaceutical & Consumer Products
Venue: United States District Court, Southern District of Ohio

12

| | |
|---|---|
| **EXPERT TESTIMONY** | ***Pittsburgh Standard Spine Co. v. Lanx, Inc.***<br>Case No. 1:09-cv-01062<br>Industry: Medical Devices<br>Venue: United States District Court, District of Colorado |

***MacroGenics, Inc. v. Centocor, Inc. and Ortho-McNeil Pharmaceutical, Inc.***
CPR File No. G-09-08
Industry: Pharmaceutical
Venue: American Arbitration Association, New York

***MiraVista Diagnostics et al. v. Indiana University R&D et al.***
Case No. 49D04-0603-PL-009827
Industry: Medical Devices
Venue: Indiana State Court

***Vaxiion Therapeutics, Inc. v. Foley & Lardner, LLP et al.***
Case No. 3:07-cv-00280
Industry: Pharmaceutical & Medical products
Venue: United States District Court, Southern District of California

***Schütz Container Systems, Inc. v. Mauser Corp. and National Container Group, LLC***
Case No. 1:09-cv-03609
Industry: Shipping Containers
Venue: United States District Court, Northern District of Georgia

***In re: Composite Technologies Corporation, et al. (Client Partners for Growth II, LP)***
Case No. 8:11-bk-15058
Industry: General Manufacturing
Venue: United States Bankruptcy Court, Central District of California

***Joseph Chernesky v. Ronald Epstein et al.***
Case No. 491041
Industry: Patent Monetization
Venue: Superior Court of California, County of San Mateo

13

| | |
|---|---|
| **EXPERT TESTIMONY** | ***Service Employees International Union, CTW/CLC et al. v. SEIU United Healthcare Workers-West, et al.***<br>Case No. 3:09-cv-0404<br>Industry: Labor Union<br>Venue: United States District Court, Northern District of California |
| | ***Frank T. Shum v. Intel Corporation et al.***<br>Case No. 4:02-cv-03262<br>Industry: Telecommunications Equipment<br>Venue: United States District Court, Northern District of California |
| | ***DigaComm, LLC v. Vehicle Safety and Compliance, LLC et al.***<br>Case No. 08-338<br>Industry: Telecommunications Equipment<br>Venue: American Arbitration Association, Delaware |
| | ***Landmark Screens, LLC v. Pennie & Edmonds, et al.***<br>Case No. 74 194 Y 01059 60 DEAR<br>Industry: General Electronics<br>Venue: American Arbitration Association |
| | ***Simpliance, Inc., et al. v. WM. Bruce Davis, Esq.***<br>Case No. A0503866<br>Industry: Software<br>Venue: Hamilton County, Ohio Municipal Court |
| | ***Procter & Gamble Company, and Subsidiaries et al. v. United States of America***<br>Case No. 1:05-cv-00355<br>Industry: Consumer Products<br>Venue: United States District Court, Southern District of Ohio |
| | ***Tenneco Automotive Operating Company, Inc. v. Visteon Corporation***<br>Case No. 1:03-cv-01030<br>Industry: Automotive Components<br>Venue: United States District Court, District of Delaware |

| | | |
|---|---|---|
| **PATENTS AND APPLICATIONS** | ■ 7,885,897 | Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights |

14

| | | |
|---|---|---|
| **PATENTS AND APPLICATIONS** | ■  7,987,142 | Intellectual Property Trading Exchange |
| | ■  8,180,711 | Intellectual Property Trading Exchange |
| | ■  8,355,932 | System and Method for Managing Intellectual Property Based Risks |
| | ■  8,554,687 | Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights |
| | ■  Application 20090070150 | Methods and Systems for Managing the Risks of Patent Coverage |
| | ■  Application 20110295757 | Intellectual Property Trading Exchange |
| | ■  WO 2006113551 | An Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights |
| | ■  WO 2012074668 | Intellectual Property Trading Exchange |
| | ■  WO 2011126616 | Intellectual Property Trading Exchange |

| | |
|---|---|
| **CONTACT** | Michael J. Lasinski<br>(312) 485-8500 Cell<br>michaellasinski@hka.com |

15

**Documents Relied On**                                   **Attachment 3**

| Beginning Bates | Ending Bates |
|---|---|
| APL-APPSTORE_09814098 | APL-APPSTORE_09814099 |
| APL-APPSTORE_09818248 | APL-APPSTORE_09818415 |
| APL-APPSTORE_10176241 | APL-APPSTORE_10176337 |
| APL-EG-R_00000001 | APL-EG-R_00001296 |
| APL-EG-R_00001344 | APL-EG-R_00002745 |
| APL-EG-R_00002768 | APL-EG-R_00003084 |
| APL-EG-R_00003104 | APL-EG-R_00003249 |
| APL-EG-R_00003270 | APL-EG-R_00004585 |
| APL-EG-R_00004595 | APL-EG-R_00004960 |
| APL-EG-R_00004973 | APL-EG-R_00005065 |
| APL-EG-R_00005075 | APL-EG-R_00005353 |
| APL-EG-R_00005356 | APL-EG-R_00006551 |
| APL-EG-R_00006555 | APL-EG-R_00007839 |
| APL-EG-R_00007845 | APL-EG-R_00008062 |
| APL-EG-R_00008065 | APL-EG-R_00008139 |
| APL-EG-R_00008149 | APL-EG-R_00008246 |
| APL-EG-R_00008248 | APL-EG-R_00008339 |
| APL-EG-R_00008510 | APL-EG-R_00008512 |
| APL-EG-R_00008526 | APL-EG-R_00008641 |
| APL-EG-R_00008676 | APL-EG-R_00008687 |
| APL-EG-R_00018984 | APL-EG-R_00019117 |
| APL-EG-R_00020930 | APL-EG-R_00020970 |
| APL-EG-R_00020972 | APL-EG-R_00020983 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                Page 1 of 2                SUBJECT TO PROTECTIVE ORDER

**Documents Relied On**                                        **Attachment 3**

| Expert Reports | Date |
| --- | --- |
| ● Expert Report of Mr. Christopher Thompson | 8/12/2026 |

**Apple Inc.**
**Summary of App Billing by Genre**
**Actual Amount, Developer Revenue and Apple Revenue by Year[1]**
**January 2019 - March 2025**

**Attachment 4**

| Genre | 2019 | | | 2020 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Catalogs | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total** | | | | | | |

**Apple Inc.**
**Summary of App Billing by Genre**
**Actual Amount, Developer Revenue and Apple Revenue by Year**[1]
**January 2019 - March 2025**

**Attachment 4**

| Genre | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Catalogs | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**Actual Amount, Developer Revenue and Apple Revenue by Year[1]**
**January 2019 - March 2025**

Attachment 4

| Genre | 2023 | | | 2024 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Catalogs | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**Actual Amount, Developer Revenue and Apple Revenue by Year**[1]
**January 2019 - March 2025**

Attachment 4

| Genre | 2025[2] | | | Total 2019 - March 2025 | |
| --- | --- | --- | --- | --- | --- |
| | Actual Amount | Developer Revenue | Apple Revenue | Total Actual Amount | Percent of Total |
| Book | | | | | |
| Business | | | | | |
| Catalogs | | | | | |
| Developer Tools | | | | | |
| Education | | | | | |
| Entertainment | | | | | |
| Finance | | | | | |
| Food & Drink | | | | | |
| Games | | | | | |
| Graphics & Design | | | | | |
| Health & Fitness | | | | | |
| Lifestyle | | | | | |
| Magazines & Newspapers | | | | | |
| Medical | | | | | |
| Music | | | | | |
| Navigation | | | | | |
| News | | | | | |
| Photo & Video | | | | | |
| Productivity | | | | | |
| Reference | | | | | |
| Shopping | | | | | |
| Social Networking | | | | | |
| Sports | | | | | |
| Stickers | | | | | |
| Travel | | | | | |
| Utilities | | | | | |
| Weather | | | | | |
| **Total** | | | | | |

Notes:
[1] **Attachments 4.1, 4.2, 4.3, 4.4.**
[2] 2025 is representive of the first three months of the calendar year.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

Apple Inc.
**Summary of App Billing by Genre**
**Downloads Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.1**

| Genre | 2019 | | | 2020 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Catalogs | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**Downloads Revenue[1]**
**January 2019 - March 2025**

**Attachment 4.1**

| | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|
| **Genre** | **Actual Amount** | **Developer Revenue** | **Apple Revenue** | **Actual Amount** | **Developer Revenue** | **Apple Revenue** |
| Book | | | | | | |
| Business | | | | | | |
| Catalogs | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**Downloads Revenue[1]**
**January 2019 - March 2025**

**Attachment 4.1**

| Genre | 2023 | | | 2024 | | |
|---|---|---|---|---|---|---|
| | **Actual Amount** | **Developer Revenue** | **Apple Revenue** | **Actual Amount** | **Developer Revenue** | **Apple Revenue** |
| Book | | | | | | |
| Business | | | | | | |
| Catalogs | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**Downloads Revenue[1]**
**January 2019 - March 2025**

**Attachment 4.1**

| Genre | 2025[2] | | | Total 2019 - March 2025 | |
| --- | --- | --- | --- | --- | --- |
| | Actual Amount | Developer Revenue | Apple Revenue | Total Actual Amount | Percent of Total |
| Book | | | | | |
| Business | | | | | |
| Catalogs | | | | | |
| Developer Tools | | | | | |
| Education | | | | | |
| Entertainment | | | | | |
| Finance | | | | | |
| Food & Drink | | | | | |
| Games | | | | | |
| Graphics & Design | | | | | |
| Health & Fitness | | | | | |
| Lifestyle | | | | | |
| Magazines & Newspapers | | | | | |
| Medical | | | | | |
| Music | | | | | |
| Navigation | | | | | |
| News | | | | | |
| Photo & Video | | | | | |
| Productivity | | | | | |
| Reference | | | | | |
| Shopping | | | | | |
| Social Networking | | | | | |
| Sports | | | | | |
| Stickers | | | | | |
| Travel | | | | | |
| Utilities | | | | | |
| Weather | | | | | |
| **Total Revenue** | | | | | |



**Notes**:

[1]  App Store Transaction Data [APL-EG-R_00001289-291].

[2]  2025 is representive of the first three months of the calendar year.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Non-Subscription Revenue[1]**
**January 2019 - March 2025**

**Attachment 4.2**

| Genre | 2019 | | | 2020 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Non-Subscription Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.2**

| Genre | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Non-Subscription Revenue**[1]
**January 2019 - March 2025**

Attachment 4.2

| Genre | 2023 | | | 2024 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Non-Subscription Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.2**

| Genre | 2025[2] | | | Total 2019 - March 2025 | |
| | Actual Amount | Developer Revenue | Apple Revenue | Total Actual Amount | Percent of Total |
|---|---|---|---|---|---|
| Book | | | | | |
| Business | | | | | |
| Developer Tools | | | | | |
| Education | | | | | |
| Entertainment | | | | | |
| Finance | | | | | |
| Food & Drink | | | | | |
| Games | | | | | |
| Graphics & Design | | | | | |
| Health & Fitness | | | | | |
| Lifestyle | | | | | |
| Magazines & Newspapers | | | | | |
| Medical | | | | | |
| Music | | | | | |
| Navigation | | | | | |
| News | | | | | |
| Photo & Video | | | | | |
| Productivity | | | | | |
| Reference | | | | | |
| Shopping | | | | | |
| Social Networking | | | | | |
| Sports | | | | | |
| Stickers | | | | | |
| Travel | | | | | |
| Utilities | | | | | |
| Weather | | | | | |
| **Total Revenue** | | | | | |



**Notes**:

[1] App Store Transaction Data [APL-EG-R_00001289-291].

[2] 2025 is representive of the first three months of the calendar year.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Non-Recurring Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.3**

| Genre | 2019 | | | 2020 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Non-Recurring Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.3**

| Genre | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Non-Recurring Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.3**



| Genre | 2023 | | | 2024 | | |
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| --- | --- | --- | --- | --- | --- | --- |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Non-Recurring Revenue[1]**
**January 2019 - March 2025**

**Attachment 4.3**

| Genre | 2025[2] | | | Total 2019 - March 2025 | |
| | Actual Amount | Developer Revenue | Apple Revenue | Total Actual Amount | Percent of Total |
| --- | --- | --- | --- | --- | --- |
| Book | | | | | |
| Business | | | | | |
| Developer Tools | | | | | |
| Education | | | | | |
| Entertainment | | | | | |
| Finance | | | | | |
| Food & Drink | | | | | |
| Games | | | | | |
| Graphics & Design | | | | | |
| Health & Fitness | | | | | |
| Lifestyle | | | | | |
| Magazines & Newspapers | | | | | |
| Medical | | | | | |
| Music | | | | | |
| Navigation | | | | | |
| News | | | | | |
| Photo & Video | | | | | |
| Productivity | | | | | |
| Reference | | | | | |
| Shopping | | | | | |
| Social Networking | | | | | |
| Sports | | | | | |
| Stickers | | | | | |
| Travel | | | | | |
| Utilities | | | | | |
| Weather | | | | | |
| **Total Revenue** | | | | | |



**Notes**:

[1] App Store Transaction Data [APL-EG-R_00001289-291].

[2] 2025 is representive of the first three months of the calendar year.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Recurring Revenue**[1]
**January 2019 - March 2025**

Attachment 4.4

| Genre | 2019 | | | 2020 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Recurring Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.4**

| Genre | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |



**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Recurring Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.4**

| Genre | 2023 | | | 2024 | | |
|---|---|---|---|---|---|---|
| | Actual Amount | Developer Revenue | Apple Revenue | Actual Amount | Developer Revenue | Apple Revenue |
| Book | | | | | | |
| Business | | | | | | |
| Developer Tools | | | | | | |
| Education | | | | | | |
| Entertainment | | | | | | |
| Finance | | | | | | |
| Food & Drink | | | | | | |
| Games | | | | | | |
| Graphics & Design | | | | | | |
| Health & Fitness | | | | | | |
| Lifestyle | | | | | | |
| Magazines & Newspapers | | | | | | |
| Medical | | | | | | |
| Music | | | | | | |
| Navigation | | | | | | |
| News | | | | | | |
| Photo & Video | | | | | | |
| Productivity | | | | | | |
| Reference | | | | | | |
| Shopping | | | | | | |
| Social Networking | | | | | | |
| Sports | | | | | | |
| Stickers | | | | | | |
| Travel | | | | | | |
| Utilities | | | | | | |
| Weather | | | | | | |
| **Total Revenue** | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Summary of App Billing by Genre**
**IAP Subscription Recurring Revenue**[1]
**January 2019 - March 2025**

**Attachment 4.4**

| Genre | 2025[2] | | | Total 2019 - March 2025 | |
| --- | --- | --- | --- | --- | --- |
| | Actual Amount | Developer Revenue | Apple Revenue | Total Actual Amount | Percent of Total |
| Book | | | | | |
| Business | | | | | |
| Developer Tools | | | | | |
| Education | | | | | |
| Entertainment | | | | | |
| Finance | | | | | |
| Food & Drink | | | | | |
| Games | | | | | |
| Graphics & Design | | | | | |
| Health & Fitness | | | | | |
| Lifestyle | | | | | |
| Magazines & Newspapers | | | | | |
| Medical | | | | | |
| Music | | | | | |
| Navigation | | | | | |
| News | | | | | |
| Photo & Video | | | | | |
| Productivity | | | | | |
| Reference | | | | | |
| Shopping | | | | | |
| Social Networking | | | | | |
| Sports | | | | | |
| Stickers | | | | | |
| Travel | | | | | |
| Utilities | | | | | |
| Weather | | | | | |
| **Total Revenue** | | | | | |



**Notes**:
[1]  App Store Transaction Data [APL-EG-R_00001289-291].
[2]  2025 is representive of the first three months of the calendar year.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                    **Attachment 5**
**App Store Services Tiers in the EU**[1]

| Category | Feature | Store Services | |
|---|---|---|---|
| | | Tier 1 | Tier 2 |
| Trust & safety | Live moderation | ✓ | ✓ |
| | App Review | ✓ | ✓ |
| | Account antifraud | ✓ | ✓ |
| | App Store content dispute | ✓ | ✓ |
| | Regional age ratings | ✓ | ✓ |
| | Made for Kids category | ✓ | ✓ |
| | Privacy nutrition labels | ✓ | ✓ |
| | Apple Support | ✓ | ✓ |
| | Compliance app metadata | ✓ | ✓ |
| | Expedited app reviews | - | ✓ |
| App delivery | Platforms: iOS, iPadOS, macOS, tvOS, visionOS, and watchOS | ✓ | ✓ |
| | 40 languages | ✓ | ✓ |
| | Ask to Buy (app downloads) | ✓ | ✓ |
| | Universal purchase | ✓ | ✓ |
| | Manual app updates | ✓ | ✓ |
| | App restores | ✓ | ✓ |
| | Automatic app updates | - | ✓ |
| | Automatic downloads | - | ✓ |
| | Apple Business Manager | - | ✓ |
| | Apple School Manager | - | ✓ |
| App management | Country/region availability settings | ✓ | ✓ |
| | App Store Connect API | ✓ | ✓ |
| | App Store Connect app for iPhone/iPad | ✓ | ✓ |
| | Manage submissions to App Review | ✓ | ✓ |
| | Phased release | - | ✓ |
| | Respond to user reviews | - | ✓ |
| Engagement | Product page | ✓ | ✓ |
| | App Store charts | ✓ | ✓ |
| | Search - Exact match | ✓ | ✓ |
| | Language translation in search | ✓ | ✓ |
| | Ratings & Reviews | - | ✓ |
| | Search - Broad match | - | ✓ |
| | Search suggestions | - | ✓ |
| | Natural language search | - | ✓ |
| | Search hints | - | ✓ |
| | Keywords for custom product pages | - | ✓ |
| | In-App Events in search | - | ✓ |
| | Similar apps in search | - | ✓ |
| | Apple Games app | - | ✓ |
| Curation & personalization | App Store featuring and marketing | - | ✓ |
| | Personalized recommendations | - | ✓ |
| | Editorial stories in search | - | ✓ |
| | App tags | - | ✓ |
| App insights | Dashboards | - | ✓ |
| | Performance metrics | - | ✓ |
| | Weekly summaries | - | ✓ |
| | Saved views | - | ✓ |
| | Peer group benchmarks | - | ✓ |
| Developer marketing | In-App Events | - | ✓ |
| | Product page optimization | - | ✓ |
| | Custom product pages | - | ✓ |
| | App promo codes | - | ✓ |

**Notes:**

[1] https://developer.apple.com/help/app-store-connect/reference/store-services-tiers/ [APL-EG-R_00006363-365]

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                   SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                    **Attachment 6**
**Research & Development Expenses**
**FY 2005 - FY 2025 (in millions USD)**

| | | R&D Expenses |
|---|---|---|
| FY 2005 | [1] | $ 535 |
| FY 2006 | [1] | 712 |
| FY 2007 | [1] | 782 |
| FY 2008 | [2] | 1,109 |
| FY 2009 | [2] | 1,333 |
| FY 2010 | [2] | 1,782 |
| FY 2011 | [3] | 2,429 |
| FY 2012 | [3] | 3,381 |
| FY 2013 | [3] | 4,475 |
| FY 2014 | [4] | 6,041 |
| FY 2015 | [4] | 8,067 |
| FY 2016 | [4] | 10,045 |
| FY 2017 | [5] | 11,581 |
| FY 2018 | [5] | 14,236 |
| FY 2019 | [5] | 16,217 |
| FY 2020 | [6] | 18,752 |
| FY 2021 | [6] | 21,914 |
| FY 2022 | [6] | 26,251 |
| FY 2023 | [7] | 29,915 |
| FY 2024 | [7] | 31,370 |
| FY 2025 | [7] | 34,550 |
| **Total FY 2005 - FY 2025** | | **$ 245,477** |

**Notes:**

[1] Apple Inc. Form 10-K for the fiscal year ended September 29, 2007: p. 56 [APL-EG-R_00001856-022].

[2] Apple Inc. Form 10-K for the fiscal year ended September 25, 2010: p. 46 [APL-EG-R_00002023-140].

[3] Apple Inc. Form 10-K for the fiscal year ended September 28, 2013: p. 45 [APL-EG-R_00002141-238].

[4] Apple Inc. Form 10-K for the fiscal year ended September 24, 2016: p. 39 [APL-EG-R_00002239-382].

[5] Apple Inc. Form 10-K for the fiscal year ended September 28, 2019: p. 29 [APL-EG-R_00002383-486].

[6] Apple Inc. Form 10-K for the fiscal year ended September 24, 2022: p. 29 [APL-EG-R_00002487-620].

[7] Apple Inc. Form 10-K for the fiscal year ended September 27, 2025: p. 29 [APL-EG-R_00002621-725].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    Page 1 of 1                    SUBJECT TO PROTECTIVE ORDER

| | Apple Inc. | Attachment 7.1 |
| | TTS and Additional Services | |
| | List of Releases | |

| Release | Date |
| --- | --- |
| **Xcode**[1] | |
| Xcode 27.0 | 6/8/2026 |
| Xcode 26.6 | 6/8/2026 |
| Xcode 26.5 | 5/11/2026 |
| Xcode 26.5 | 5/4/2026 |
| Xcode 26.5 | 4/27/2026 |
| Xcode 26.4.1 | 4/16/2026 |
| Xcode 26.5 | 4/13/2026 |
| Xcode 26.5 | 3/30/2026 |
| Xcode 26.4 | 3/24/2026 |
| Xcode 26.4 | 3/18/2026 |
| Xcode 26.4 | 3/9/2026 |
| Xcode 26.3 | 2/26/2026 |
| Xcode 26.4 | 2/23/2026 |
| Xcode 26.3 | 2/20/2026 |
| Xcode 26.4 | 2/16/2026 |
| Xcode 26.3 | 2/3/2026 |
| Xcode 26.2 | 12/12/2025 |
| Xcode 26.2 | 12/3/2025 |
| Xcode 26.2 | 11/18/2025 |
| Xcode 26.1.1 | 11/11/2025 |
| Xcode 26.2 | 11/4/2025 |
| Xcode 26.1 | 11/3/2025 |
| Xcode 26.1 | 10/28/2025 |
| Xcode 26.1 | 10/20/2025 |
| Xcode 26.1 | 10/6/2025 |
| Xcode 26.1 | 9/22/2025 |
| Xcode 26.0.1 | 9/22/2025 |
| Xcode 26.0 | 9/15/2025 |
| Xcode 26.0 | 9/9/2025 |
| Xcode 26.0 | 8/28/2025 |
| Xcode 26.0 | 8/18/2025 |
| Xcode 26.0 | 8/5/2025 |
| Xcode 26.0 | 7/22/2025 |
| Xcode 26.0 | 7/8/2025 |
| Xcode 26.0 | 6/24/2025 |
| Xcode 26.0 | 6/9/2025 |
| Xcode 16.4 | 5/27/2025 |
| Xcode 16.4 | 5/15/2025 |
| Xcode 16.4 | 4/28/2025 |
| Xcode 16.3 | 3/31/2025 |
| Xcode 16.3 | 3/27/2025 |
| Xcode 16.3 | 3/24/2025 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**    **Attachment 7.1**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
|---|---|
| Xcode 16.3 | 3/17/2025 |
| Xcode 16.3 | 3/5/2025 |
| Xcode 16.3 | 2/21/2025 |
| Xcode 16.2 | 12/11/2024 |
| Xcode 16.2 | 12/5/2024 |
| Xcode 16.2 | 11/20/2024 |
| Xcode 16.2 | 11/4/2024 |
| Xcode 16.1 | 10/28/2024 |
| Xcode 16.2 | 10/23/2024 |
| Xcode 16.1 | 10/21/2024 |
| Xcode 16.1 | 10/7/2024 |
| Xcode 16.1 | 9/17/2024 |
| Xcode 16.0 | 9/16/2024 |
| Xcode 16.0 | 9/9/2024 |
| Xcode 16.0 | 8/20/2024 |
| Xcode 16.1 | 8/12/2024 |
| Xcode 16.0 | 8/6/2024 |
| Xcode 16.0 | 7/23/2024 |
| Xcode 16.0 | 7/8/2024 |
| Xcode 16.0 | 6/25/2024 |
| Xcode 16.0 | 6/10/2024 |
| Xcode 15.4 | 5/13/2024 |
| Xcode 15.4 | 5/7/2024 |
| Xcode 15.4 | 4/16/2024 |
| Xcode 15.3 | 3/5/2024 |
| Xcode 15.3 | 3/4/2024 |
| Xcode 15.3 | 2/27/2024 |
| Xcode 15.3 | 2/13/2024 |
| Xcode 15.3 | 2/6/2024 |
| Xcode 15.3 | 1/25/2024 |
| Xcode 15.2 | 1/8/2024 |
| Xcode 15.2 | 12/12/2023 |
| Xcode 15.1 | 12/11/2023 |
| Xcode 15.1 | 12/5/2023 |
| Xcode 15.1 | 11/14/2023 |
| Xcode 15.1 | 10/26/2023 |
| Xcode 15.0.1 | 10/18/2023 |
| Xcode 15.0.1 | 10/11/2023 |
| Xcode 15.1 | 10/3/2023 |
| Xcode 15.0 | 9/18/2023 |
| Xcode 15.0 | 9/12/2023 |
| Xcode 15.0 | 8/29/2023 |
| Xcode 15.0 | 8/22/2023 |
| Xcode 15.0 | 8/8/2023 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                             **Attachment 7.1**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
|---|---|
| Xcode 15.0 | 7/25/2023 |
| Xcode 15.0 | 7/11/2023 |
| Xcode 15.0 | 7/5/2023 |
| Xcode 15.0 | 6/21/2023 |
| Xcode 15.0 | 6/5/2023 |
| Xcode 14.3.1 | 6/1/2023 |
| Xcode 14.3.1 | 5/17/2023 |
| Xcode 14.3 | 3/30/2023 |
| Xcode 14.3 | 3/27/2023 |
| Xcode 14.3 | 3/21/2023 |
| Xcode 14.3 | 3/15/2023 |
| Xcode 14.3 | 2/28/2023 |
| Xcode 14.3 | 2/16/2023 |
| Xcode 14.2 | 12/13/2022 |
| Xcode 14.2 | 12/7/2022 |
| Xcode 14.1 | 11/1/2022 |
| Xcode 14.1 | 10/24/2022 |
| Xcode 14.1 | 10/18/2022 |
| Xcode 14.1 | 9/27/2022 |
| Xcode 14.0.1 | 9/26/2022 |
| Xcode 14.1 | 9/20/2022 |
| Xcode 14.0.1 | 9/16/2022 |
| Xcode 14.1 | 9/14/2022 |
| Xcode 14.0 | 9/12/2022 |
| Xcode 14.0 | 9/7/2022 |
| Xcode 14.0 | 8/23/2022 |
| Xcode 14.0 | 8/8/2022 |
| Xcode 14.0 | 7/27/2022 |
| Xcode 14.0 | 7/6/2022 |
| Xcode 14.0 | 6/22/2022 |
| Xcode 14.0 | 6/6/2022 |
| Xcode 13.4.1 | 6/2/2022 |
| Xcode 13.4 | 5/16/2022 |
| Xcode 13.4 | 5/12/2022 |
| Xcode 13.3.1 | 4/11/2022 |
| Xcode 13.3 | 3/14/2022 |
| Xcode 13.3 | 3/8/2022 |
| Xcode 13.3 | 2/22/2022 |
| Xcode 13.3 | 2/8/2022 |
| Xcode 13.3 | 1/27/2022 |
| Xcode 13.2.1 | 12/17/2021 |
| Xcode 13.2 | 12/13/2021 |
| Xcode 13.2 | 12/7/2021 |
| Xcode 13.2 | 11/16/2021 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Apple Inc.                                    **Attachment 7.1**
TTS and Additional Services
List of Releases

| Release | Date |
|---|---|
| Xcode 13.2 | 10/27/2021 |
| Xcode 13.1 | 10/25/2021 |
| Xcode 13.1 | 10/18/2021 |
| Xcode 13.0 | 9/20/2021 |
| Xcode 13.0 | 9/14/2021 |
| Xcode 13.0 | 8/10/2021 |
| Xcode 13.0 | 7/27/2021 |
| Xcode 13.0 | 7/16/2021 |
| Xcode 13.0 | 7/14/2021 |
| Xcode 13.0 | 6/24/2021 |
| Xcode 13.0 | 6/7/2021 |
| Xcode 12.5.1 | 6/21/2021 |
| Xcode 12.5 | 4/26/2021 |
| Xcode 12.5 | 4/20/2021 |
| Xcode 12.5 | 3/2/2021 |
| Xcode 12.5 | 2/16/2021 |
| Xcode 12.5 | 2/1/2021 |
| Xcode 12.4 | 1/26/2021 |
| Xcode 12.4 | 1/21/2021 |
| Xcode 12.3 | 12/14/2020 |
| Xcode 12.3 | 12/8/2020 |
| Xcode 12.3 | 11/12/2020 |
| Xcode 12.2 | 11/12/2020 |
| Xcode 12.2 | 11/5/2020 |
| Xcode 12.1.1 | 10/30/2020 |
| Xcode 12.1 | 10/20/2020 |
| Xcode 12.1 | 10/13/2020 |
| Xcode 12.2 | 10/13/2020 |
| Xcode 12.2 | 9/29/2020 |
| Xcode 12.0.1 | 9/24/2020 |
| Xcode 12.0 | 9/17/2020 |
| Xcode 12.2 | 9/17/2020 |
| Xcode 12.0 | 9/15/2020 |
| Xcode 12.0 | 8/25/2020 |
| Xcode 12.0 | 8/18/2020 |
| Xcode 12.0 | 8/4/2020 |
| Xcode 12.0 | 7/22/2020 |
| Xcode 12.0 | 7/7/2020 |
| Xcode 12.0 | 6/22/2020 |
| Xcode 11.7 | 9/1/2020 |
| Xcode 11.7 | 8/26/2020 |
| Xcode 11.6 | 7/15/2020 |
| Xcode 11.6 | 6/9/2020 |
| Xcode 11.5 | 5/20/2020 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                Page 4 of 15                SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
| --- | --- |
| Xcode 11.5 | 5/18/2020 |
| Xcode 11.5 | 5/6/2020 |
| Xcode 11.5 | 4/29/2020 |
| Xcode 11.4.1 | 4/16/2020 |
| Xcode 11.4 | 3/24/2020 |
| Xcode 11.4 | 3/3/2020 |
| Xcode 11.4 | 2/19/2020 |
| Xcode 11.4 | 2/5/2020 |
| Xcode 11.3.1 | 1/13/2020 |
| Xcode 11.3 | 12/10/2019 |
| Xcode 11.3 | 11/13/2019 |
| Xcode 11.2.1 | 11/12/2019 |
| Xcode 11.2.1 | 11/5/2019 |
| Xcode 11.2 | 10/31/2019 |
| Xcode 11.2 | 10/11/2019 |
| Xcode 11.1 | 10/7/2019 |
| Xcode 11.2 | 10/2/2019 |
| Xcode 11.1 | 9/24/2019 |
| Xcode 11.0 | 9/20/2019 |
| Xcode 11.0 | 9/16/2019 |
| Xcode 11.0 | 9/10/2019 |
| Xcode 11.0 | 8/27/2019 |
| Xcode 11.0 | 8/19/2019 |
| Xcode 11.0 | 7/29/2019 |
| Xcode 11.0 | 7/17/2019 |
| Xcode 11.0 | 7/2/2019 |
| Xcode 11.0 | 6/17/2019 |
| Xcode 11.0 | 6/3/2019 |
| Xcode 10.3 | 7/22/2019 |
| Xcode 10.2.1 | 4/17/2019 |
| Xcode 10.2 | 3/25/2019 |
| Xcode 10.2 | 3/4/2019 |
| Xcode 10.2 | 2/19/2019 |
| Xcode 10.2 | 2/4/2019 |
| Xcode 10.2 | 1/24/2019 |
| Xcode 10.1 | 10/30/2018 |
| Xcode 10.1 | 10/15/2018 |
| Xcode 10.1 | 10/2/2018 |
| Xcode 10.1 | 9/18/2018 |
| Xcode 10.0 | 9/17/2018 |
| Xcode 10.0 | 9/12/2018 |
| Xcode 10.0 | 8/13/2018 |
| Xcode 10.0 | 7/30/2018 |
| Xcode 10.0 | 7/17/2018 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                    **Attachment 7.1**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
|---|---|
| Xcode 10.0 | 7/3/2018 |
| Xcode 10.0 | 6/19/2018 |
| Xcode 10.0 | 6/4/2018 |
| Xcode 9.4.1 | 6/19/2018 |
| Xcode 9.4 | 5/29/2018 |
| Xcode 9.4 | 5/1/2018 |
| Xcode 9.4 | 4/2/2018 |
| Xcode 9.3.1 | 5/10/2018 |
| Xcode 9.3 | 3/29/2018 |
| Xcode 9.3 | 3/5/2018 |
| Xcode 9.3 | 2/20/2018 |
| Xcode 9.3 | 2/6/2018 |
| Xcode 9.3 | 1/24/2018 |
| Xcode 9.2 | 12/4/2017 |
| Xcode 9.2 | 11/6/2017 |
| Xcode 9.2 | 10/31/2017 |
| Xcode 9.1 | 10/31/2017 |
| Xcode 9.0.1 | 10/15/2017 |
| Xcode 9.1 | 10/9/2017 |
| Xcode 9.1 | 9/27/2017 |
| Xcode 9.0 | 9/12/2017 |
| Xcode 9.0 | 8/21/2017 |
| Xcode 9.0 | 8/7/2017 |
| Xcode 9.0 | 7/24/2017 |
| Xcode 9.0 | 7/10/2017 |
| Xcode 9.0 | 6/21/2017 |
| Xcode 9.0 | 6/5/2017 |
| Xcode 8.3.3 | 6/5/2017 |
| Xcode 8.3.2 | 4/18/2017 |
| Xcode 8.3.1 | 4/6/2017 |
| Xcode 8.3 | 3/27/2017 |
| Xcode 8.3 | 3/21/2017 |
| Xcode 8.3 | 3/8/2017 |
| Xcode 8.3 | 2/20/2017 |
| Xcode 8.3 | 2/6/2017 |
| Xcode 8.3 | 1/24/2017 |
| Xcode 8.2.1 | 12/19/2016 |
| Xcode 8.2 | 12/12/2016 |
| Xcode 8.2 | 11/14/2016 |
| Xcode 8.2 | 10/31/2016 |
| Xcode 8.1 | 10/27/2016 |
| Xcode 8.1 | 10/24/2016 |
| Xcode 8.1 | 10/10/2016 |
| Xcode 8.1 | 10/4/2016 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**TTS and Additional Services**
**List of Releases**

**Attachment 7.1**

| Release | Date |
| --- | --- |
| Xcode 8.1 | 9/21/2016 |
| Xcode 8.0 | 9/13/2016 |
| Xcode 8.0 | 9/7/2016 |
| Xcode 8.0 | 8/15/2016 |
| Xcode 8.0 | 8/9/2016 |
| Xcode 8.0 | 8/1/2016 |
| Xcode 8.0 | 7/18/2016 |
| Xcode 8.0 | 7/5/2016 |
| Xcode 8.0 | 6/13/2016 |
| Xcode 7.3.1 | 5/3/2016 |
| Xcode 7.3.1 | 4/19/2016 |
| Xcode 7.3 | 3/21/2016 |
| Xcode 7.3 | 3/1/2016 |
| Xcode 7.3 | 2/22/2016 |
| Xcode 7.3 | 2/8/2016 |
| Xcode 7.2.1 | 2/2/2016 |
| Xcode 7.3 | 1/25/2016 |
| Xcode 7.3 | 1/11/2016 |
| Xcode 7.2 | 12/8/2015 |
| Xcode 7.1.1 | 11/5/2015 |
| Xcode 7.2 | 11/3/2015 |
| Xcode 7.2 | 11/3/2015 |
| Xcode 7.2 | 11/3/2015 |
| Xcode 7.2 | 10/27/2015 |
| Xcode 7.1 | 10/21/2015 |
| Xcode 7.1 | 10/6/2015 |
| Xcode 7.0.1 | 9/28/2015 |
| Xcode 7.1 | 9/23/2015 |
| Xcode 7.0 | 9/16/2015 |
| Xcode 7.1 | 9/9/2015 |
| Xcode 7.0 | 9/9/2015 |
| Xcode 7.0 | 8/24/2015 |
| Xcode 7.0 | 8/6/2015 |
| Xcode 7.0 | 7/21/2015 |
| Xcode 7.0 | 7/8/2015 |
| Xcode 7.0 | 6/23/2015 |
| Xcode 7.0 | 6/8/2015 |
| Xcode 6.4 | 6/30/2015 |
| Xcode 6.4 | 6/9/2015 |
| Xcode 6.3.2 | 5/18/2015 |
| Xcode 6.4 | 5/11/2015 |
| Xcode 6.4 | 4/27/2015 |
| Xcode 6.3.1 | 4/21/2015 |
| Xcode 6.4 | 4/13/2015 |

<table>
<tr><td colspan="2" align="center">**Apple Inc.**<br>**TTS and Additional Services**<br>**List of Releases**</td><td align="right">**Attachment 7.1**</td></tr>
</table>

| Release | Date |
|---|---|
| Xcode 6.3 | 4/8/2015 |
| Xcode 6.3 | 3/24/2015 |
| Xcode 6.3 | 3/12/2015 |
| Xcode 6.2 | 3/9/2015 |
| Xcode 6.3 | 2/23/2015 |
| Xcode 6.3 | 2/9/2015 |
| Xcode 6.2 | 2/2/2015 |
| Xcode 6.2 | 1/12/2015 |
| Xcode 6.2 | 12/18/2014 |
| Xcode 6.2 | 12/10/2014 |
| Xcode 6.1.1 | 12/2/2014 |
| Xcode 6.2 | 11/18/2014 |
| Xcode 6.1.1 | 11/14/2014 |
| Xcode 6.1 | 10/20/2014 |
| Xcode 6.1 | 10/13/2014 |
| Xcode 6.1 | 10/6/2014 |
| Xcode 6.0.1 | 9/17/2014 |
| Xcode 6.1 | 9/9/2014 |
| Xcode 6.0 | 9/9/2014 |
| Xcode 6.0 | 9/2/2014 |
| Xcode 6.0 | 8/18/2014 |
| Xcode 6.0 | 8/4/2014 |
| Xcode 6.0 | 7/21/2014 |
| Xcode 6.0 | 7/7/2014 |
| Xcode 6.0 | 6/16/2014 |
| Xcode 6.0 | 6/2/2014 |
| Xcode 5.1.1 | 4/10/2014 |
| Xcode 5.1 | 3/10/2014 |
| Xcode 5.1 | 2/4/2014 |
| Xcode 5.1 | 1/20/2014 |
| Xcode 5.1 | 1/7/2014 |
| Xcode 5.1 | 12/5/2013 |
| Xcode 5.1 | 11/18/2013 |
| Xcode 5.0.2 | 11/11/2013 |
| Xcode 5.0.1 | 10/22/2013 |
| Xcode 5.0.1 | 10/3/2013 |
| Xcode 5.0 | 9/16/2013 |
| Xcode 5.0 | 9/10/2013 |
| Xcode 5.0 | 8/21/2013 |
| Xcode 5.0 | 8/6/2013 |
| Xcode 5.0 | 7/29/2013 |
| Xcode 5.0 | 7/8/2013 |
| Xcode 5.0 | 6/24/2013 |
| Xcode 5.0 | 6/11/2013 |

Apple Inc.                                                                    **Attachment 7.1**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
|---|---|
| Xcode 4.6.3 | 6/12/2013 |
| Xcode 4.6.2 | 4/15/2013 |
| Xcode 4.6.1 | 3/14/2013 |
| Xcode 4.6 | 1/28/2013 |
| Xcode 4.6 | 12/17/2012 |
| Xcode 4.6 | 12/3/2012 |
| Xcode 4.6 | 11/12/2012 |
| Xcode 4.6 | 11/1/2012 |
| Xcode 4.5.2 | 11/1/2012 |
| Xcode 4.5.1 | 10/3/2012 |
| Xcode 4.5 | 9/19/2012 |
| Xcode 4.4.1 | 8/7/2012 |
| Xcode 4.5 | 8/6/2012 |
| Xcode 4.5 | 7/16/2012 |
| Xcode 4.5 | 6/25/2012 |
| Xcode 4.5 | 6/11/2012 |
| Xcode 4.3.3 | 6/7/2012 |
| Xcode 4.3.2 | 3/21/2012 |
| Xcode 4.4 | 3/15/2012 |
| Xcode 4.3.1 | 3/5/2012 |
| Xcode 4.4 | 2/16/2012 |
| Xcode 4.3 | 2/12/2012 |
| Xcode 4.3 | 1/6/2012 |
| Xcode 4.3 | 12/12/2011 |
| Xcode 4.2.1 | 11/17/2011 |
| Xcode 4.2 | 10/12/2011 |
| Xcode 4.2 | 10/12/2011 |
| Xcode 4.1 | 8/29/2011 |
| Xcode 4.1 | 7/20/2011 |
| Xcode 4.0.2 | 4/12/2011 |
| Xcode 4.0.1 | 3/23/2011 |
| Xcode 4.0 | 3/9/2011 |
| Xcode 3.2.6 | 3/6/2011 |
| Xcode 3.2.5 | 11/18/2010 |
| Xcode 3.2.4 | 9/6/2010 |
| Xcode 3.2.3 | 8/10/2010 |
| Xcode 3.2.3 | 7/6/2010 |
| Xcode 3.2.2 | 3/29/2010 |
| Xcode 3.2.1 | 10/7/2009 |
| Xcode 3.2 | 8/26/2009 |
| Xcode 3.1.4 | 7/9/2009 |
| Xcode 3.1.3 | 6/16/2009 |
| Xcode 3.1.2 | 11/23/2008 |
| Xcode 3.1.1 | 7/23/2008 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                         SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                        **Attachment 7.1**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
|---|---|
| Xcode 3.1 | 7/10/2008 |
| Xcode 3.0 | 10/25/2007 |
| Xcode 2.5 | 10/29/2007 |
| Xcode 2.4.1 | 10/30/2006 |
| Xcode 2.4 | 8/17/2006 |
| Xcode 2.3 | 5/23/2006 |
| Xcode Tools 2.2.1 | 1/13/2006 |
| Xcode Tools 2.2 | 11/10/2005 |
| Xcode Tools 2.1 | 6/6/2005 |
| Xcode Tools 2.0 | 4/29/2005 |
| Xcode Tools 1.5 | 8/4/2004 |
| Xcode Tools 1.2 | 4/22/2004 |
| Xcode Tools 1.1 | 12/19/2003 |
| Xcode Tools 1.0 | 9/28/2003 |

**Xcode Cloud**[2]

| Release | Date |
|---|---|
| - | 2/10/2026 |
| - | 12/19/2025 |
| - | 9/30/2025 |
| - | 9/15/2025 |
| - | 6/6/2025 |
| - | 2/24/2025 |
| - | 11/20/2024 |
| - | 11/6/2024 |
| - | 11/5/2024 |
| - | 10/29/2024 |
| - | 9/19/2024 |
| - | 9/16/2024 |
| - | 8/21/2024 |
| - | 8/6/2024 |
| - | 7/23/2024 |
| - | 7/8/2024 |
| - | 6/25/2024 |
| - | 6/10/2024 |
| - | 5/13/2024 |
| - | 3/5/2024 |
| - | 2/27/2024 |
| - | 1/30/2024 |
| - | 1/11/2024 |
| - | 12/7/2023 |
| - | 12/6/2023 |
| - | 11/15/2023 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                       SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**TTS and Additional Services**
**List of Releases**

<span style="float:right">**Attachment 7.1**</span>

| Release | Date |
|---|---|
| - | 11/1/2023 |
| - | 10/26/2023 |
| - | 10/3/2023 |
| - | 9/12/2023 |
| - | 8/29/2023 |
| - | 8/24/2023 |
| - | 8/8/2023 |
| - | 7/26/2023 |
| - | 7/25/2023 |
| - | 7/11/2023 |
| - | 7/5/2023 |
| - | 6/27/2023 |
| - | 6/22/2023 |
| - | 6/21/2023 |
| - | 6/16/2023 |
| - | 6/5/2023 |
| - | 6/1/2023 |
| - | 5/26/2023 |
| - | 5/11/2023 |
| - | 4/24/2023 |
| - | 4/11/2023 |
| - | 3/29/2023 |
| - | 3/27/2023 |
| - | 3/21/2023 |
| - | 3/1/2023 |
| - | 2/17/2023 |
| - | 2/16/2023 |
| - | 2/10/2023 |
| - | 2/1/2023 |
| - | 1/6/2023 |
| - | 12/12/2022 |
| - | 10/18/2022 |
| - | 10/6/2022 |
| - | 9/14/2022 |
| - | 9/12/2022 |
| - | 8/24/2022 |
| - | 8/8/2022 |
| - | 7/27/2022 |
| - | 6/6/2022 |
| - | 5/16/2022 |
| - | 3/14/2022 |
| - | 1/25/2022 |
| - | 10/26/2021 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                    **Attachment 7.1**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
| --- | --- |
| **TestFlight**[3] | |
| TestFlight update | 6/8/2026 |
| TestFlight update | 5/29/2026 |
| TestFlight update | 4/30/2026 |
| TestFlight update | 4/28/2026 |
| TestFlight update | 4/14/2026 |
| TestFlight update | 3/31/2026 |
| TestFlight update | 3/10/2026 |
| TestFlight update | 2/24/2026 |
| TestFlight update | 2/17/2026 |
| TestFlight update | 12/10/2025 |
| TestFlight update | 12/8/2025 |
| TestFlight update | 11/19/2025 |
| TestFlight update | 11/4/2025 |
| TestFlight update | 10/22/2025 |
| TestFlight update | 10/21/2025 |
| TestFlight update | 10/20/2025 |
| TestFlight update | 10/6/2025 |
| TestFlight update | 10/6/2025 |
| TestFlight update | 9/22/2025 |
| TestFlight update | 9/10/2025 |
| TestFlight update | 8/28/2025 |
| TestFlight update | 8/18/2025 |
| TestFlight update | 8/6/2025 |
| TestFlight update | 7/22/2025 |
| TestFlight update | 7/8/2025 |
| TestFlight update | 6/24/2025 |
| TestFlight update | 6/10/2025 |
| TestFlight update | 6/9/2025 |
| TestFlight update | 5/15/2025 |
| TestFlight 3.8.1 is now available on the App Store | 4/15/2025 |
| TestFlight update | 3/25/2025 |
| TestFlight 3.8 is now available on the App Store | 3/21/2025 |
| TestFlight 3.7.1 is now available on the App Store | 1/18/2025 |
| TestFlight 3.7 is now available on the App Store | 12/9/2024 |
| TestFlight update | 12/5/2024 |
| TestFlight 3.6 is now available on the App Store | 10/24/2024 |
| TestFlight update | 10/21/2024 |
| TestFlight update | 9/17/2024 |
| TestFlight update | 9/9/2024 |

**Apple Inc.**                                              **Attachment 7.1**
**TTS and Additional Services**
**List of Releases**

| Release | Date |
|---|---|
| TestFlight 3.5.2 is now available on the App Store | 6/20/2024 |
| TestFlight update | 5/9/2024 |
| TestFlight 3.5.1 is now available on the App Store | 3/5/2024 |
| TestFlight update | 3/5/2024 |
| TestFlight update | 2/27/2024 |
| TestFlight 3.4.4 is now available on the App Store | 2/8/2024 |
| TestFlight update | 1/8/2024 |
| TestFlight 3.5 is now available on the App Store | 1/8/2024 |
| TestFlight update | 12/5/2023 |
| TestFlight 3.4.3 is now available on the App Store | 10/24/2023 |
| TestFlight 3.4.2 is now available on the App Store | 9/13/2023 |
| TestFlight update | 9/12/2023 |
| TestFlight 3.3.1 is now available on the App Store | 4/12/2023 |
| TestFlight update | 3/21/2023 |
| TestFlight update | 3/15/2023 |
| TestFlight 3.3 is now available on the App Store | 3/9/2023 |
| TestFlight update | 2/28/2023 |
| TestFlight update | 2/16/2023 |
| TestFlight 3.2.4 is now available on the App Store | 2/14/2023 |

**SwiftUI**[4]

| Release | Date |
|---|---|
| SwiftUI 7.0 | 2025 |
| SwiftUI 6.0 | 2024 |
| SwiftUI 5.0 | 2023 |
| SwiftUI 4.0 | 2022 |
| SwiftUI 3.0 | 2021 |
| SwiftUI 2.0 | 2020 |
| SwiftUI 1.0 | 2019 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    Page 13 of 15                    SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**TTS and Additional Services**
**List of Releases**

Attachment 7.1

| Release | | Date |
|---|---|---|

**Metal**

| Release | | Date |
|---|---|---|
| Metal 4 | [5] | 6/9/2025 |
| Metal 3 | [6] | 6/6/2022 |
| Metal 2 | [7] | 6/5/2017 |
| Metal 1 | [8] | 6/2/2014 |

**AirPlay**

| Release | | Date |
|---|---|---|
| macOS Monterey includes introduced AirPlay receiver capability on compatible Macs | [9] | 6/7/2021 |
| AirPlay 2 launch on iOS 11.4 | [10] | 5/29/2018 |
| AirPlay launch on iOS 4 | [11] | 11/22/2010 |
| Apple Ships New AirPort Express with AirTunes | [12] | 7/14/2004 |

**iOS**[13]

| Release | Date |
|---|---|
| iOS 26 | 9/15/2025 |
| iOS 18 | 9/16/2024 |
| iOS 17 | 9/18/2023 |
| iOS 16 | 9/12/2022 |
| iOS 15 | 9/24/2021 |
| iOS 14 | 9/17/2020 |
| iOS 13 | 9/19/2019 |
| iOS 12 | 9/17/2018 |
| iOS 11 | 9/19/2017 |
| iOS 10 | 9/13/2016 |
| iOS 9 | 9/16/2015 |
| iOS 8 | 9/17/2014 |
| iOS 7 | 9/18/2013 |
| iOS 6 | 9/19/2012 |
| iOS 5 | 10/12/2011 |
| iOS 4 | 6/22/2010 |
| iPhone OS 3 | 6/17/2009 |
| iPhone OS 2 | 7/11/2008 |
| iPhone OS 1 | 6/29/2007 |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

<table>
<tr><td style="text-align:center">**Apple Inc.**<br>**TTS and Additional Services**<br>**List of Releases**</td><td style="text-align:right">**Attachment 7.1**</td></tr>
</table>

| Release | Date |
| --- | --- |

**Notes**:

[1] https://xcodereleases.com/ [APL-EG-R_00004805-890] *see also* Xcode First Time Downloads November 2018 to April 2026 [APL-EG-R_00000423].

[2] https://developer.apple.com/xcode-cloud/release-notes/ [APL-EG-R_00006268-280].

[3] https://developer.apple.com/help/app-store-connect/release-notes/ [APL-EG-R_00005694-726].

[4] https://swiftprogramming.com/swiftui-version-history/ [APL-EG-R_00008016-026].

[5] https://developer.apple.com/videos/play/wwdc2025/205/ [APL-EG-R_00006087]; https://www.apple.com/newsroom/2025/03/apples-worldwide-developers-conference-returns-the-week-of-june-9/ [APL-EG-R_00005054-058].

[6] https://developer.apple.com/videos/play/wwdc2022/10066/ [APL-EG-R_00008297-298]; https://www.apple.com/newsroom/2022/05/apples-worldwide-developers-conference-kicks-off-june-6-with-keynote-address/ [APL-EG-R_00008265-269].

[7] https://web.archive.org/web/20171120014933/https://developer.apple.com/metal/ [APL-EG-R_00008066-067]; https://www.apple.com/newsroom/2017/02/wwdc-apples-worldwide-developers-conference-returns-to-san-jose-june-5-9-2017/ [APL-EG-R_00005049-053].

[8] https://arstechnica.com/gadgets/2014/06/apple-gets-heavy-with-gaming-announces-metal-development-platform/ [APL-EG-R_00005201-202].

[9] https://www.apple.com/newsroom/2021/06/macos-monterey-introduces-powerful-features-to-get-more-done/ [APL-EG-R_00005154-166].

[10] https://www.apple.com/newsroom/2018/05/ios-11-4-brings-stereo-pairs-and-multi-room-audio-with-airplay-2/ [APL-EG-R_00005147-153].

[11] https://www.apple.com/in/newsroom/2010/11/22Apples-iOS-4-2-Available-Today-for-iPad-iPhone-iPod-touch/ [APL-EG-R_00005063-065]; "AirPlay also works with music, taking over (and augmenting) duties previously handled by AirTunes" *see* https://archive.nytimes.com/gadgetwise.blogs.nytimes.com/2010/11/22/understanding-airplay-in-apples-ios-4-2/ [APL-EG-R_00005195-196].

[12] https://www.apple.com/newsroom/2004/07/14Apple-Ships-New-AirPort-Express-with-AirTunes/ [APL-EG-R_00005002-003].

[13] https://www.macworld.com/article/1659017/ios-versions-list.html [APL-EG-R_00007659-666].

**Apple Inc.**                                                    **Attachment 7.2**
**Supplemental Exemplary Updates to TTS and Additional Services**

**UIKit**

| Date | [1] |
| --- | --- |
| June 2025 | |
| June 2024 | |
| June 2023 | |

**SwiftUI**

| Date | [2] |
| --- | --- |
| June 2026 | |
| June 2025 | |
| June 2024 | |
| June 2023 | |

**Core Motion**

| Date | [3] |
| --- | --- |
| September 2024 | |
| June 2024 | |
| June 2023 | |

**GameKit**

| Date | [4] |
| --- | --- |
| June 2025 | |
| June 2024 | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY          Page 1 of 4          SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                    **Attachment 7.2**
**Supplemental Exemplary Updates to TTS and Additional Services**

### ARKit

| Date | [5] |
| --- | --- |
| June 2024 | |

### Core Spotlight

| Date | [6] |
| --- | --- |
| June 2026 | |
| June 2024 | |

### ActivityKit

| Date | [7] |
| --- | --- |
| June 2025 | |
| June 2024 | |

### Apple Intelligence

| Date | [8] |
| --- | --- |
| February 2025 | |
| January 2025 | |
| November 2024 | |
| July 2024 | |

### Core ML

| Date | [9] |
| --- | --- |
| June 2024 | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    Page 2 of 4          SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                              **Attachment 7.2**
**Supplemental Exemplary Updates to TTS and Additional Services**

**HealthKit**

| Date | [10] |
|------|------|
| June 2025 | |
| September 2024 | |
| June 2024 | |
| June 2023 | |

**Core Location**

| Date | [11] |
|------|------|
| June 2024 | |

**MapKit**

| Date | [12] |
|------|------|
| June 2025 | |
| June 2024 | |

**SiriKit**

| Date | [13] |
|------|------|
| June 2024 | |

**StoreKit**

| Date | [14] |
|------|------|
| June 2024 | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY          Page 3 of 4          SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                        **Attachment 7.2**
**Supplemental Exemplary Updates to TTS and Additional Services**

**Notes**:

[1]    https://developer.apple.com/documentation/updates/uikit [APL-EG-R_00006409-414].

[2]    https://developer.apple.com/documentation/updates/swiftui [APL-EG-R_00006384-399].

[3]    https://developer.apple.com/documentation/updates/coremotion [APL-EG-R_00006020-021].

[4]    https://developer.apple.com/documentation/updates/gamekit [APL-EG-R_00006156-157].

[5]    https://developer.apple.com/documentation/updates/arkit [APL-EG-R_00005598].

[6]    https://developer.apple.com/documentation/updates/corespotlight [APL-EG-R_00006025-026].

[7]    https://developer.apple.com/documentation/updates/activitykit [APL-EG-R_00005604-605].

[8]    https://developer.apple.com/documentation/updates/apple-intelligence [APL-EG-R_00005946-948].

[9]    https://developer.apple.com/documentation/updates/coreml [APL-EG-R_00006013-014].

[10]   https://developer.apple.com/documentation/updates/healthkit [APL-EG-R_00006181-182].

[11]   https://developer.apple.com/documentation/updates/corelocation [APL-EG-R_00006010].

[12]   https://developer.apple.com/documentation/updates/mapkit [APL-EG-R_00006222-223].

[13]   https://developer.apple.com/documentation/updates/sirikit [APL-EG-R_00006360].

[14]   https://developer.apple.com/documentation/updates/storekit [APL-EG-R_00006370-371].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                Page 4 of 4                SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                    **Attachment 8**
**Live Registered & Pending Active U.S. Trademarks**
**Apple TTS and Additional Services Identified by Mr. Thompson**

| Trademarks | Serial Number | Count |
|---|---|---|
| **Xcode**[1] | | **3** |
| Xcode Cloud® | 97065860 | |
| Xcode® | 78268896 | |
| Swift Playground® | 87023736 | |
| | | |
| **User Interfaces**[2] | | **2** |
| AssistiveTouch® | 85445715 | |
| SwiftUI® | 88713360 | |
| | | |
| **3D Graphics**[3] | | **1** |
| Metal® | 86440906 | |
| | | |
| **2D Graphics**[4] | | **1** |
| Core Animation® | 77100851 | |
| | | |
| **Core Video** | | - |
| | | |
| **Core Motion**[5] | | **2** |
| Motion® | 77635390 | |
| ProMotion® | 87689904 | |
| | | |
| **GameKit and Game Center**[6] | | **2** |
| GameplayKit® | 86831416 | |
| Game Center Logo® | 86001118 | |
| | | |
| **Augmented Reality**[7] | | **6** |
| ARKit® | 88626980 | |
| RealityKit® | 88581723 | |
| RealityKit® | 88457738 | |
| Reality Converter® | 88852639 | |
| Reality Composer® | 88607577 | |
| Reality Composer Pro® | 98139169 | |
| | | |
| **Haptics**[8] | | **4** |
| Taptic Engine® | 86543342 | |
| Taptic Engine® | 86543437 | |
| Taptic Engine® | 86543432 | |
| Core Haptics® | 88476229 | |
| | | |
| **Spotlight**[9] | | **1** |
| Spotlight® | 78532480 | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY          Page 1 of 6          SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                    **Attachment 8**
**Live Registered & Pending Active U.S. Trademarks**
**Apple TTS and Additional Services Identified by Mr. Thompson**

| Trademarks | | Serial Number | Count |
|---|---|---|---|
| **Live Activities and Widgets**[10] | | | **4** |
| Live Activities® | | 97671881 | |
| Live Activities® | | 97671905 | |
| Dynamic Island® | | 97585886 | |
| Dynamic Island® | | 97750662 | |
| | | | |
| **FairPlay**[11] | | | **1** |
| FairPlay® | | 78276947 | |
| | | | |
| **Connectivity**[12] | | | **5** |
| AirPlay® | | 85456633 | |
| AirPlay® | | 85208690 | |
| AirPlay® | | 74262559 | |
| Works with Apple Airplay™ | [28] | 99480860 | |
| Works with Apple Airplay™ | [28] | 99480937 | |
| | | | |
| **Apple Intelligence**[13] | | | **10** |
| Core ML® | | 87671766 | |
| Co-ML® | | 98100795 | |
| Create ML® | | 88186286 | |
| ML® | | 87689933 | |
| ML® | | 88210882 | |
| ML® | | 88225804 | |
| Genmoji™ | [28] | 98621044 | |
| AXLearn® | | 98139890 | |
| Apple Intelligence™ | [28] | 98776400 | |
| Apple Intelligence™ | [28] | 98594016 | |
| | | | |
| **HealthKit**[14] | | | **14** |
| HealthKit® | | 98672324 | |
| HealthKit® | | 86354157 | |
| Apple Health™ | [28] | 99871485 | |
| Apple Health™ | [28] | 99871561 | |
| Apple Health™ | [28] | 99871657 | |
| Apple Health™ | [28] | 99871359 | |
| Works with Apple Health® | | 88128446 | |
| Works with Apple Health™ | [28] | 88128438 | |
| Apple Fitness+® | | 90192241 | |
| Apple Fitness+® | | 90192275 | |
| Fitness+® | | 90578139 | |
| Fitness+® | | 90578178 | |
| Burn Bar® | | 90272101 | |
| Burn Bar® | | 90272105 | |

**Apple Inc.**                                                                      **Attachment 8**
**Live Registered & Pending Active U.S. Trademarks**
**Apple TTS and Additional Services Identified by Mr. Thompson**

| Trademarks | | Serial Number | Count |
|---|---|---|---|
| **HomeKit**[15] | | | **4** |
| HomeKit® | | 86425030 | |
| HomeKit® | | 86425014 | |
| Works with Apple HomeKit® | | 87536751 | |
| Works with Apple Home™ | [28] | 97684593 | |
| | | | |
| **Core Location**[16] | | | **5** |
| iBeacon® | | 86238890 | |
| iBeacon® | | 86238947 | |
| iBeacon® | | 86110974 | |
| iBeacon® | | 86239011 | |
| Works with Apple iBeacon ™ | | 86933908 | |
| | | | |
| **Siri**[17] | | | **15** |
| Siri® | | 85519012 | |
| Siri® | | 85519212 | |
| Siri® | | 85519228 | |
| Siri® | | 86805743 | |
| Siri® | | 85519155 | |
| Siri® | | 85519241 | |
| Siri® | | 85519176 | |
| Siri® | | 77913300 | |
| Siri® | | 77481847 | |
| Siri™ | [28] | 97921304 | |
| Siri™ | [28] | 98047173 | |
| SiriKit® | | 87218064 | |
| SiriKit® | | 87218076 | |
| Siri Remote® | | 86752097 | |
| Siri Shortcuts® | | 88211056 | |
| | | | |
| **Carplay**[18] | | | **11** |
| CarPlay® | | 86983528 | |
| CarPlay® | | 86124275 | |
| CarPlay® | | 86976274 | |
| Apple CarPlay® | | 86364433 | |
| Works with Apple CarPlay® | | 86514929 | |
| CarPlay Ultra™ | [28] | 99210175 | |
| CarPlay Ultra™ | [28] | 99209275 | |
| CarPlay Ultra™ | [28] | 99210136 | |
| CarPlay Ultra™ | [28] | 99209238 | |
| CarPlay Ultra™ | [28] | 99209286 | |
| CarPlay Ultra™ | [28] | 99209991 | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                       SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                    **Attachment 8**
**Live Registered & Pending Active U.S. Trademarks**
**Apple TTS and Additional Services Identified by Mr. Thompson**

| Trademarks | Serial Number | Count |
|---|---|---|
| **Core Audio** | | - |
| | | |
| **Camera**[19] | | **1** |
| Final Cut Camera® | 99184681 | |
| | | |
| **Wallet**[20] | | **3** |
| Add to Apple Wallet® | 86974795 | |
| Apple Wallet® | 86838506 | |
| Add to Apple Wallet & Health® | 98001764 | |
| | | |
| **Privacy, Security and App Integrity**[21] | | **5** |
| Face ID® | 87338937 | |
| Face ID® | 87338924 | |
| Face ID® | 87655943 | |
| Face ID® | 87757356 | |
| Touch ID® | 86176178 | |
| | | |
| **Developer Services**[22] | | **1** |
| Apple Logo Developer Academy® | 97456149 | |
| | | |
| **StoreKit**[23] | | **2** |
| StoreKit® | 90707095 | |
| TestFlight® | 86359371 | |
| | | |
| **Ads and Marketing**[24] | | **5** |
| Apple Search Ads® | 88468728 | |
| Search Ads® | 88468785 | |
| Today at Apple® | 87607171 | |
| Today at Apple® | 87607137 | |
| Today at Apple® | 87607048 | |
| | | |
| **Link Out**[25] | | **1** |
| StoreKit® | 90707095 | |
| | | |
| **Subtotal**[28] | | **108** |
| | | |
| **App Store**[26] | | **5** |
| App Store® | 77525433 | |
| There's an app for that® | 77886754 | |
| There's an app for that® | 77980556 | |
| App Store Icon® | 98114276 | |
| App Store Icon® | 87808065 | |
| | | |
| **Total**[28] | | **113** |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    Page 4 of 6                    SUBJECT TO PROTECTIVE ORDER

| | | Attachment 8 |
|---|---|---|

**Apple Inc.**
**Live Registered & Pending Active U.S. Trademarks**
**Apple TTS and Additional Services Identified by Mr. Thompson**

| Trademarks | Serial Number | Count |
|---|---|---|

**Notes**:

[1]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "xcode" [APL-EG-R_00008264]; Trademark Search: ON: "Apple Inc" AND CM: "swift playground" [APL-EG-R_00008254-255].

[2]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "assistivetouch" [APL-EG-R_00008227]; Trademark Search: ON: "Apple Inc" AND CM: "swiftui" [APL-EG-R_00008256-257].

[3]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "metal" [APL-EG-R_00008244].

[4]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "core animation" [APL-EG-R_00008230].

[5]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "motion" [APL-EG-R_00008245-246]; Trademark Search: ON: "Apple Inc" AND CM: "promotion" [APL-EG-R_00008248].

[6]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "game" [APL-EG-R_00008234-235]; Serial number: "86001118" [APL-EG-R_00008233].

[7]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "reality" [APL-EG-R_00008249]; Trademark Search: ON: "Apple Inc" AND CM: "arkit" [APL-EG-R_00008226].

[8]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "haptics" [APL-EG-R_00008237-238]; Trademark Search: ON: "Apple Inc" AND CM: "taptic" [APL-EG-R_00008258].

[9]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "spotlight" [APL-EG-R_00008251].

[10]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "activities" [APL-EG-R_00008216]; Trademark Search: ON: "Apple Inc" AND CM: "Dynamic Island" [APL-EG-R_00008213].

[11]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "fairplay" [APL-EG-R_00020972-973].

[12]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "airplay" [APL-EG-R_00008218].

[13]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "ML" [APL-EG-R_00008215]; Trademark Search: ON: "Apple Inc" AND CM: "genmoji" [APL-EG-R_00008236]; Trademark Search: ON: "Apple Inc" AND CM: "AXLearn" [APL-EG-R_00008209]; Trademark Search: ON: "Apple Inc" AND CM: "intelligence" [APL-EG-R_00008243].

[14]  U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "healthkit" [APL-EG-R_00008239]; Trademark Search: ON: "Apple Inc" AND CM: "apple health" [APL-EG-R_00008225]; Trademark Search: ON: "Apple Inc" AND CM: "fitness" [APL-EG-R_00020974]; Trademark Search: ON: "Apple Inc" AND CM: "burn" [APL-EG-R_00008228].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                    **Attachment 8**
**Live Registered & Pending Active U.S. Trademarks**
**Apple TTS and Additional Services Identified by Mr. Thompson**

| Trademarks | Serial Number | Count |
|---|---|---|

[15] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "home" [APL-EG-R_00008240].

[16] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "ibeacon" [APL-EG-R_00008241].

[17] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "siri" [APL-EG-R_00008250]; Trademark Search: ON: "Apple Inc" AND CM: "sirikit" [APL-EG-R_00020975].

[18] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "carplay" [APL-EG-R_00008229]; Trademark Search: ON: "Apple Inc" AND CM: "icarplay" [APL-EG-R_00008242].

[19] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "camera" [APL-EG-R_00008339].

[20] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "wallet" [APL-EG-R_00008263].

[21] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "Face ID" [APL-EG-R_00008214]; Trademark Search: ON: "Apple Inc" AND CM: "Touch ID" [APL-EG-R_00020970].

[22] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "developer" [APL-EG-R_00008231-232].

[23] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "storekit" [APL-EG-R_00008252-253]; Trademark Search: ON: "Apple Inc" AND CM: "testflight" [APL-EG-R_00008259-260].

[24] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "ads" [APL-EG-R_00008217]; Trademark Search: ON: "Apple Inc" AND CM: "today at apple" [APL-EG-R_00008262].

[25] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "storekit"  [APL-EG-R_00008252-253].

[26] U.S. Patent and Trademark Office: https://tmsearch.uspto.gov/search/search-information - Trademark Search: ON: "Apple Inc" AND CM: "app store" [APL-EG-R_00008223-224]; Trademark Search: ON: "Apple Inc" AND CM: "there's an app for that" [APL-EG-R_00008261]; Trademark Search: Serial number: "98114276" [APL-EG-R_00008221-222]; Trademark Search: Serial number: "87808065" [APL-EG-R_00008219-220].

[27] Status is listed as "Live" and "Pending."

[28] The total represents distinct trademark counts, and therefore is less than the sum of identified trademarks for each category above as to not double count those related to multiple TTS categories.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    Page 6 of 6                    SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                                                          **Attachment 9**
**Example Acquisitions Related to App Store TTS and Additional Services**

| Acquisition Target | Primary Industry | | Related TTS | Reported Motive for Acquisition | | Estimated Payment (M) | |
|---|---|---|---|---|---|---|---|
| Chomp, Inc. | Interactive Media and Services | [1] | Discovery | Apple acquired Chomp to improve App Store search by integrating Chomp's technology and talent into its ecosystem | [2] | $50.0 | [1] |
| PrimeSense, LTD | Semiconductors | [3] | Augmented Reality | Apple acquired PrimeSense to incorporate PrimeSense's motion-sensing technology into Apple's products | [4] | $345.05 | [3] |
| Burstly, Inc. | Application Software | [5] | TestFlight | Apple acquired Burstly to improve the testing process for developers | [6] | No public estimate available | [5] |
| Perceptio, Inc. | Application Software | [7] | Apple Intelligence | Reported that Perceptio's goal of developing AI image classification without needing to draw from external data sources aligned with "Apple's strategy of trying to minimize its usage of customer data and do as much processing as possible on the device." | [8] | No public estimate available | [7] |
| Metaio GmbH | Systems Software | [9] | Augmented Reality | Analysts viewed the acquisition as Apple's way of building out its AR capabilities | [10] | $32.0 | [9] |
| FlyBy Media, Inc. | Application Software | [11] | Augmented Reality | Reported "that likely that some of its tech, or its team, has made into some of iPhone X's suite of AR and face-tracking features." | [12] | No public estimate available | [11] |
| Turi, Inc. | Application Software | [13] | Apple Intelligence | Reported that Turi would be integrated into the Apple ecosystem of services as part of Apple's "plan to make its apps and services much smarter." | [14] | $200.0 | [13] |
| Doe Pics Hit Inc. dba Buddybuild | Application Software | [15] | Xcode | Reported that it would integrate into Apple's developer ecosystem and bring in "additional methods for testing, debugging and deploying mobile apps through a proprietary channel." | [16] | No public estimate available | [15] |
| Shazam Entertainment Limited | Application Software | [17] | Live Activities Widgets | Reported as one of Apple's largest acquisitions, underscoring "the amount of investment that the iPhone maker is willing to put into expanding its role as a force not just in hardware, but in the services that run on that hardware." | [18] | $523.10 | [17] |
| XNOR.AI, Inc. | Systems Software | [19] | Apple Intelligence | The acquisition reportedly aligned with Apple's goal of keeping user data, AI, and ML technology locally to increase the response speed as well as preserve the data privacy of consumers | [20] | $200.0 | [21] |
| **Total** | | | | | | **$1,350.2** | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                         SUBJECT TO PROTECTIVE ORDER

Apple Inc.                                                                                                                    **Attachment 9**
**Example Acquisitions Related to App Store TTS and Additional Services**

**Notes:**

[1]   S&P Capital IQ: Apple Inc. acquires Chomp, Inc. | Deal Profile [APL-EG-R_00001812-816].

[2]   Both the former CEO and CTO of Chomp were reported to be working at Apple after the acquisition: https://9to5mac.com/2012/02/23/apple-aquires-chomp-to-help-with-that-itunes-revamp/ [APL-EG-R_00001424-425]; *see also* https://appleinsider.com/articles/12/02/24/apple_acquires_chomp_app_search_engine_to_enhance_app_store [APL-EG-R_00005167-168].

[3]   S&P Capital IQ: Apple Inc. acquires PrimeSense, LTD | Deal Profile [APL-EG-R_00001826-829].

[4]   https://www.usatoday.com/story/tech/2013/11/25/apple-buys-primesense-xbox/3696521/ [APL-EG-R_00008062].

[5]   S&P Capital IQ: Apple Inc. acquires Burstly, Inc. | Deal Profile [APL-EG-R_00001809-811].

[6]   The acquisition "could be a sign that the company is working on improvement to its distribution process that could help developers better manage their betas and track the deployment of their apps" *see* https://www.macworld.com/article/222901/apple-scoops-up-burstly-owner-of-testflight-beta-testing-platform.html [APL-EG-R_00007657-658].

[7]   S&P Capital IQ: Apple Inc. acquires Perceptio, Inc. | Deal Profile [APL-EG-R_00001823-825].

[8]   https://web.archive.org/web/20151006084433/https://www.bloomberg.com/news/articles/2015-10-05/apple-acquires-startup-developing-advanced-ai-for-phones [APL-EG-R_00008065].

[9]   S&P Capital IQ: Apple Inc. acquires metaio GmbH | Deal Profile [APL-EG-R_00001851-855].

[10]   https://www.reuters.com/article/technology/apple-buys-german-augmented-reality-software-maker-metaio-idUSKBN0OE1RO/ [APL-EG-R_00007894-895]; https://www.cnet.com/science/apple-reportedly-buys-augmented-reality-company-metaio/ [APL-EG-R_00005420-421].

[11]   S&P Capital IQ: Apple Inc. acquires FlyBy Media, Inc. | Deal Profile [APL-EG-R_00001820-822].

[12]   https://news.crunchbase.com/startups/arvr-acquisition-pace-picks-despite-industry-setbacks/ [APL-EG-R_00007833-839].

[13]   S&P Capital IQ: Apple Inc. acquires Turi, Inc. | Deal Profile [APL-EG-R_00001836-840].

[14]   https://www.cnbc.com/2016/08/05/apple-buys-machine-learning-startup-turi.html [APL-EG-R_00005418-419].

[15]   S&P Capital IQ: Apple Inc. acquires Doe Pics Hit Inc. dba Buddybuild | Deal Profile [APL-EG-R_00001817-819].

[16]   https://techcrunch.com/2018/01/02/apple-buys-app-development-service-buddybuild/ [APL-EG-R_00008027-028].

[17]   S&P Capital IQ: Apple Inc. acquires Shazam Entertainment Limited | Deal Profile [APL-EG-R_00001830-835].

[18]   https://techcrunch.com/2018/09/24/apple-closes-its-shazam-acquisition-and-says-the-music-recognition-app-will-soon-become-ad-free/ [APL-EG-R_00008029-030].

[19]   S&P Capital IQ: Apple Inc. acquires XNOR.AI, Inc. | Deal Profile [APL-EG-R_00001841-850].

[20]   https://www.fastcompany.com/90458102/apple-cancels-preexisting-military-drone-pentagon-contract-after-acquiring-ai-company [APL-EG-R_00006548]; *see also* "Xnor.ai will provide Apple with edge computing capabilities that are in line with the Silicon Valley company's interest in preserving data privacy": https://www.geekwire.com/2020/exclusive-apple-acquires-xnor-ai-edge-ai-spin-paul-allens-ai2-price-200m-range/ [APL-EG-R_00006589-594].

[21]   https://www.geekwire.com/2020/exclusive-apple-acquires-xnor-ai-edge-ai-spin-paul-allens-ai2-price-200m-range/ [APL-EG-R_00006589-594].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                          Page 2 of 2                                          SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                                                          **Attachment 10**
**Historical App Store Headcount, Excluding App Review**[1]
**FY 2020 - FY 2026**

| | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 | FY26 (May)[2] |
|---|---|---|---|---|---|---|---|
| **Headcount Units** | | | | | | | |
| Services Direct | | | | | | | |
| Services Allocated[3] | | | | | | | |
| WWDR OPEX | | | | | | | |
| WW App Store | | | | | | | |
| WW Marketplace | | | | | | | |
| Platforms & Technology | | | | | | | |
| App Store iOS | | | | | | | [5] |
| Engineering[4] | | | | | | | |
| **Total Headcount** | | | | | | | |

**Notes**:

[1] App Store Headcount Data 06.11.26.xlsx [APL-EG-R_00001285]. For purposes of this analysis, I have rounded headcount units to the nearest whole number, where necessary.

[2] FY 26 is representative of headcount through May of FY 2026.

[3] I understand that Services Allocated HC are shared resources allocated based on Gross Billings for OCOGS and Gross Revenue for OPEX.

[4] App Store SWE Headcount Data 06.11.26.xlsx [APL-EG-R_00001286].

[5] Data for the headcount related to App Store iOS Engineering was only available through 2025.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                    Page 1 of 1                              SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Developer Relations and App Store Marketing Expenses**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11**

| | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2015 - FY 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WW Developer Relations (OPEX)**[1] | | | | | | | | | | | | |
| Headcount Related | | | | | | | | | | | | |
| Programs | | | | | | | | | | | | |
| Fixed Costs | | | | | | | | | | | | |
| Other Costs | | | | | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **App Store Marketing (OPEX)**[2] | | | | | | | | | | | | |
| Headcount Related | | | | | | | | | | | | |
| Programs | | | | | | | | | | | | |
| Fixed Costs | | | | | | | | | | | | |
| Other Costs | | | | | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Total Spend** | | | | | | | | | | | | |

**Notes**:
[1] **Attachment 11.1**.
[2] **Attachment 11.2**.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Worldwide Developer Relations (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.1**

| | Q1 FY15[1] | Q2 FY15[1] | Q3 FY15[1] | Q4 FY15[1] | Q1 FY16[1] | Q2 FY16[1] | Q3 FY16[1] | Q4 FY16[1] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                    Page 1 of 7                    SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Worldwide Developer Relations (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.1**

| | Q1 FY17[1] | Q2 FY17[1] | Q3 FY17[1] | Q4 FY17[1] | Q1 FY18[1] | Q2 FY18[1] | Q3 FY18[1] | Q4 FY18[1] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Worldwide Developer Relations (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.1**

| | Q1 FY19[1] | Q2 FY19[1] | Q3 FY19[1] | Q4 FY19[1] | Q1 FY20[1] | Q2 FY20[1] | Q3 FY20[1] | Q4 FY20[1] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Worldwide Developer Relations (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.1**

| | Q1 FY21[2] | Q2 FY21[2] | Q3 FY21[2] | Q4 FY21[2] | Q1 FY22[2] | Q2 FY22[2] | Q3 FY22[2] | Q4 FY22[2] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Worldwide Developer Relations (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.1**

| | Q1 FY23[2] | Q2 FY23[2] | Q3 FY23[2] | Q4 FY23[2] | Q1 FY24[2] | Q2 FY24[2] | Q3 FY24[2] | Q4 FY24[2] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY    Page 5 of 7    SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**Worldwide Developer Relations (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.1**

| | Q1 FY25[2] | Q2 FY25[2] | Q3 FY25[2] | Q4 FY25[2] |
|---|---|---|---|---|
| Headcount Related | | | | |
| Programs | | | | |
| Fixed Costs | | | | |
| Other Costs | | | | |
| **Total Spend (OPEX)** | | | | |



**Apple Inc.**                                                                    **Attachment 11.1**
**Worldwide Developer Relations (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

<u>**Notes**</u>:

[1]  Apple Inc., WW Developer Relations (OPEX), Q1 FY 2015 - Q4 FY 2020 [APL-APPSTORE_09814099].

[2]  Apple Inc., WW Developer Relations (OPEX), Q1 FY 2021 - Q4 FY 2025 [APL-EG-R_00001288].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                       SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**App Store Marketing (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.2**

| | Q1 FY15[1] | Q2 FY15[1] | Q3 FY15[1] | Q4 FY15[1] | Q1 FY16[1] | Q2 FY16[1] | Q3 FY16[1] | Q4 FY16[1] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**App Store Marketing (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.2**

| | Q1 FY17[1] | Q2 FY17[1] | Q3 FY17[1] | Q4 FY17[1] | Q1 FY18[1] | Q2 FY18[1] | Q3 FY18[1] | Q4 FY18[1] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**App Store Marketing (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.2**

| | Q1 FY19[1] | Q2 FY19[1] | Q3 FY19[1] | Q4 FY19[1] | Q1 FY20[1] | Q2 FY20[1] | Q3 FY20[1] | Q4 FY20[1] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**App Store Marketing (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.2**

| | Q1 FY21[2] | Q2 FY21[2] | Q3 FY21[2] | Q4 FY21[2] | Q1 FY22[2] | Q2 FY22[2] | Q3 FY22[2] | Q4 FY22[2] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**App Store Marketing (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.2**

| | Q1 FY23[2] | Q2 FY23[2] | Q3 FY23[2] | Q4 FY23[2] | Q1 FY24[2] | Q2 FY24[2] | Q3 FY24[2] | Q4 FY24[2] |
|---|---|---|---|---|---|---|---|---|
| Headcount Related | | | | | | | | |
| Programs | | | | | | | | |
| Fixed Costs | | | | | | | | |
| Other Costs | | | | | | | | |
| **Total Spend (OPEX)** | | | | | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**
**App Store Marketing (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

**Attachment 11.2**

| | Q1 FY25[2] | Q2 FY25[2] | Q3 FY25[2] | Q4 FY25[2] |
|---|---|---|---|---|
| Headcount Related | | | | |
| Programs | | | | |
| Fixed Costs | | | | |
| Other Costs | | | | |
| **Total Spend (OPEX)** | | | | |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Apple Inc.**                                                                    **Attachment 11.2**
**App Store Marketing (OPEX)**
**FY 2015 - FY 2025 (in thousands USD)**

<u>**Notes**</u>:

[1]  Apple Inc., App Store Marketing (OPEX), Q1 FY 2015 - Q4 FY 2020 [APL-APPSTORE_09814098].

[2]  Apple Inc., App Store Marketing (OPEX), Q1 FY 2021 - Q4 FY 2025 [APL-EG-R_00001287].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                                                       SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**     **Attachment 12**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|---|
| **TTS** | | | | |
| Integrated Development Environments (IDEs) | Xcode | IntelliJ IDEA Ultimate | [2] | Per developer-seat per year: $719 |
| | | JetBrains Rider Commercial | [3] | Per developer-seat per year: $519 |
| | | Pycharm Pro | [4] | Per developer-seat per year: $299 |
| | | Visual Studio by Microsoft | [5] | Per developer-seat per year: $540 - $6,000 |
| | | Android Studio by Google | [6] | Available under Android Software Development Kit License Agreement terms; Google Play Store commissions as applicable |
| | | NetBeans | [7] | Additional app development framework is required (e.g. Codename One: up to $5,400 per year) |
| | | Eclipse | [8] | Additional app development framework is required (e.g. Codename One: up to $5,400 per year) |
| App Development Frameworks | UIKit, SwiftUI | ReactNative | [9] | Additional framework is required (e.g. Expo: up to $2,388+ per year) |
| | | .NET MAUI | [10] | IDE is required (e.g. Visual Studio: up to $6,000 per seat per year) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY         SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

**Attachment 12**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|
| Testing & CI/CD Tools | Xcode Cloud, TestFlight | Appetize | [11] Limited use at no cost - $3,828+ annually |
| | | Kobiton | [12] $996 - $9,000+ annually |
| | | Perfecto | [13] Trials at no cost - $1,500+ annually |
| | | Circle CI | [14] Limited use at no cost - Usage based up to $65,760 annually before non-public enterprise pricing is required |
| | | Azure Pipelines | [15] Limited use at no cost - $480 per parallel job per year or a maximum of $9,600 annually for Microsoft-hosted jobs |
| | | Sauce Mobile App Distribution | [16] ~$468 - $2,388 per parallel test annually |
| | | GitHub Actions | [17] Pay-as-you-go: $0.002 - $0.062 per minute |
| | | AWS Code Build | [18] Pay-as-you-go: $0.0034 - $0.30 per build minute |
| Gaming Frameworks | GameKit and Game Center | Unity Multiplayer Services | [19] Pay-as-you-go for different types of services (e.g. Concurrent users: $0.16 per additional average CCU) |
| | | Steamworks | [20] Available under Valve terms of service; Steam commissions as applicable |
| Digital Rights Management / Security | Fairplay | PlayReady | [21] Available under Microsoft PlayReady Master Agreement terms; Windows Store commissions as applicable |
| | | Widevine | [22] Available under Widevine License terms; Google Play Store commissions as applicable |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**         **Attachment 12**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|
| Health & Motion Services | HealthKit | Health Connect [23] | Available with use of the Android OS; Google Play Store commissions as applicable |
| | | Terra [24] | $4,788 annually before non-public enterprise pricing is required |
| | | Spike [25] | $5,400 annually before non-public enterprise pricing is required |
| Location Services | CoreLocation, MapKit | Google Maps [26] | Pay-as-you-go: $0.0006 - $0.032 per request |
| | | Azure Maps [27] | Pay-as-you-go: $0.005; over 500 thousand requests non-public pricing is required |
| | | TomTom [28] | Pay-as-you-go: €0.00008 - €0.006 per request |
| | | Amazon Location Services [29] | Pay-as-you-go: $0.00001 - $0.0125 per request |
| | | HERE Technologies [30] | Pay-as-you-go: €0.000056 - €0.02798 per request |
| | | Map Box [31] | Pay-as-you-go: $0.00015 - $0.08 per request |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**          **Attachment 12**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|
| Developer Process | Region Eligibility, Storefront | getBillingConfigAsync() from Google Play [32] | Available with Google Play Developer Account; Google Play Store commissions as applicable [48] |
| | | GlobalizationPreferences.HomeGeographicRegion Property from Microsoft Store [33] | Windows OS is required for use; Windows 11 for Professionals costs $199.99 per license |
| | | MaxMind [34] | $374 - $1,474 per year |
| | | IPinfo [35] | IPinfo Lite (Country level) is available at no cost - Usage based up to $2,613+ per month on an annual basis |
| | | IPstack [36] | Trials at no cost - $1,019.99+ per year |
| | App Store Connect API | Publishing API from Google Play [37] | Available with Google Play Developer Account [48] |
| | | Bitrise [38] | Limited use at no cost - $200+ per year before non-public enterprise pricing is required |
| | Metadata Management: Webhooks | Adyen [39] | Processing fee of $0.13 plus a variable payment method fee of up to ~4.50% |
| | | PayPal Braintree [40] | Variable rate per transaction: 0.75% - 3.49% + $0.10 - $0.49 |

**Illustrative Costs of Analogous Tools, Technologies, and Services**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

**Attachment 12**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|
| Content Delivery & Access | Background Assets — Managed Asset Packs, Background Assets Downloader, Unmanaged Asset Downloads | Google Play Asset Delivery (PAD) [41] | Available under the Play Core Software Development Kit Terms of Service and the Google APIs Terms of Service; Google Play Store commissions as applicable [48] |
| | | Addressables package from Unity [42] | $2,310 per year per seat before non-public enterprise pricing is required |
| Link Out Tracking | External Purchase API, External Purchase Report, Token Technology | Real-time developer notifications from Google Play [43] | Available with Google Play Developer Account; Google Play Store commissions as applicable [48] |
| | | External transaction token through the Play Billing Library [44] | Available under the Developer Terms of Service for Alternative Billing System; Google Play Store commissions as applicable (10% - 20%) [48] |
| | | Stripe API [45] | 2.9% + $0.30 per transaction; 0.4% per paid invoice |
| | | Paddle [46] | 5% + $0.50 per transaction |
| | | Adyen [47] | Processing fee of $0.13 plus a variable payment method fee of up to ~4.50% |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**                    **Attachment 12**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|
| | | **Additional Services** | |
| | | Data Transfer: | |
| | | AWS Cloudfront | [49] Pay-as-you-go: $0.02 per GB - $0.085 per GB |
| | | Azure Content Delivery Network | [50] Pay-as-you-go: $0.028 per GB - $0.081 per GB |
| | | Google Cloud CDN | [51] Pay-as-you-go: $0.02 per GiB - $0.08 per GiB |
| | | Fastly | [52] Pay-as-you-go: $0.08 per GB - $0.12 per GB |
| | | Object Storage: | |
| | | AWS S3 | [53] Pay-as-you-go, Standard: $0.021 per GB - $0.023 per GB |
| | | Azure Blob Storage | [54] Pay-as-you-go, Hot: $0.0191 per GB - $0.021 per GB |
| Cloud Providers | App Store Distribution | Google Cloud Storage | [55] Pay-as-you-go, Standard: $0.023 per 1 GiB month |
| | | Security: | |
| | | AWS WAF | [56] Web ACL: $5/month<br>Rule: $1/month<br>Request: $0.60/1 million<br>Bot Control and Fraud Control incur additional costs |
| | | Azure Web Application Firewall | [57] Pay-as-you-go: $0.031 per application gateway for containers WAF-hour |
| | | Google Cloud Armor | [58] Rules: $1/month<br>Requests: $0.60 - $0.75/1 million<br>Security policies: $5/month<br>Cloud Armor bot management incurs additional costs |

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

**Attachment 12**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|
| Website Builders | App Store Infrastructure | Custom website [59] | $1,000 - $20,000+ |
| | | GoDaddy [60] | ~$10 - $21/month |
| | | Wix [61] | $17 - $159/month |
| | | Wordpress.com [62] | ~$5 - $50/ month<br>Enterprise starting at $25,000/year |
| | | SquareSpace [63] | $19 - $119/month |
| Ratings | App Store Reviews | Trustpilot [64] | $99 - $799/month |
| Personalization | App Store Personalization & Curation | Personyze [65] | ~$134 - $1,305/month (usage based tiers) |
| Optimization & Analytics | App Analytics | Convert Insights [66] | ~$299 - $3,488/month (usage based tiers) |
| | | Zoho PageSense [67] | ~$12 - $780/month (usage based tiers) |
| | | Optimizely [68] | Estimated at $36,000 - $200,000/per year |
| | | Qonversion [69] | 0.6% - 0.8% of revenue |
| | | Amplitude [70] | $49+/month |
| | | Mixpanel [71] | $0.09 - $0.20 per 1 thousand events inclusive of first 1 million events at no cost |
| | | App Figures [72] | ~$8 - 1,000/month |
| | | Countly [73] | $40 - $6,580/month |

**Illustrative Costs of Analogous Tools, Technologies, and Services**                                          **Attachment 12**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|
| User Acquisition / Discovery at Scale | App Store Platform Reach | CPI-based ad campaigns | [74] $1.50 - $5.00 per install (iOS; region and category dependent) |
| | | HubSpot | [75] Pay-as-you go: Starter: $9/month/seat $30 - $37.50 per 1,000 marketing contacts (first 1,000 included in subscription) Professional: $800/month base Onboarding fee of $3,000 $150 - $250 per 5,000 marketing contacts (first 2,000 included in subscription) Enterprise: $3,600/month base Onboarding fee of $7,000 $60 - $100 per 10,000 marketing contacts (first 10,000 included in subscription) |

Notes:

[1]  Expert Report of Mr. Chris Thompson: ¶¶ 647-665.

[2]  Annual pricing for organizations: https://www.jetbrains.com/idea/buy/?section=commercial&billing=yearly [APL-EG-R_00003067-071].

[3]  Annual pricing for Rider Commercial: https://www.jetbrains.com/rider/buy/?section=commercial&billing=yearly [APL-EG-R_00003076-081].

[4]  To build apps for iOS, plugins or frameworks may be required. Annual pricing for Pycharm: https://www.jetbrains.com/pycharm/buy/?section=commercial&billing=yearly [APL-EG-R_00003072-075].

[5]  Annual Pricing of Professional monthly and Enterprise standard pricing, costs are annualized: https://visualstudio.microsoft.com/vs/pricing/?tab=paid-subscriptions [APL-EG-R_00004750-766]. [Calculated as Professional monthly: $45 * 12 = $540; Enterprise standard: $499.92 * 12 = $5,990.04]

[6]  Android Studio is provided free by Google under its terms of service. For Android Studio see https://developer.android.com/studio [APL-EG-R_00005532-537]; for license terms see https://developer.android.com/studio/terms [APL-EG-R_00005580-585].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                       SUBJECT TO PROTECTIVE ORDER

Illustrative Costs of Analogous Tools, Technologies, and Services                                **Attachment 12**
To Apple TTS and Additional Services Identified by Mr. Thompson

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|

[7]    Available at no cost but some extensions and plugins may not be free, also is more popular for Java app development.  To build iOS apps with Java, frameworks such as Gluon or Codename One are typically required and charge per developer-seat. For NetBeans *see* https://netbeans.apache.org/front/main/download/ [APL-EG-R_00007831-832].  For frameworks *see* https://gluonhq.com/pricing/ [APL-EG-R_00006601-602]; https://www.codenameone.com/pricing.html [APL-EG-R_00005422-424].

[8]    Available at no cost but some extensions and plugins may not be free, also is more popular for Java app development.  To build iOS apps with Java, frameworks such as Gluon or Codename One are typically required and charge per developer-seat. For Eclipse *see* https://eclipseide.org/ [APL-EG-R_00003219-223].  For frameworks *see* https://gluonhq.com/pricing/ [APL-EG-R_00006601-602]; https://www.codenameone.com/pricing.html [APL-EG-R_00005422-424].

[9]    Available at no cost but some frameworks may not be free.  A framework such as Expo is recommended for use. For ReactNative *see* https://reactnative.dev/docs/environment-setup [APL-EG-R_00008181-182].  For Expo *see* https://expo.dev/pricing [APL-EG-R_00008172-177].

[10]   Available at no cost but there is a prerequisite of setting up a development environment to build an app. Microsoft lists either Visual Studio or Xcode, depending on the operating system *see* https://dotnet.microsoft.com/en-us/learn/maui/first-app-tutorial/install [APL-EG-R_00008120-121].

[11]   Annual pricing for the Starter and Premium plans, a quote is required for the Enterprise plan and the Starter plan is not included because it is a free trial: https://appetize.io/pricing [APL-EG-R_00004945-947].

[12]   Annual pricing for the Startup and Scale plans, a quote is required for the Enterprise plan: https://kobiton.com/pricing/?nab=1 [APL-EG-R_00007635-639], [Calculated as Startup: $83 * 12 = $996].

[13]   Annual pricing for the Starter and Pro plans, a quote is required for the Enterprise plan: https://www.perfecto.io/pricing/subscription-plans [APL-EG-R_00007858-875].

[14]   A quote is required for the Scale plan: https://circleci.com/pricing/ [APL-EG-R_00008134-139].

[15]   Annual pricing for Azure Pipelines, assuming lowest use and highest on Microsoft-hosted servers: https://azure.microsoft.com/en-us/pricing/details/devops/azure-devops-services/ (Accessed May 13, 2026) [APL-EG-R_00005254-258], [Calculated as $40 per parallel job on Microsoft-hosted Azure Pipelines: $40 * 12 = $480].

[16]   Annual pricing for the Live Testing and Real Device Cloud plans: https://saucelabs.com/pricing [APL-EG-R_00007901-906], [Calculated as Live Testing: $39 * 12 = $468; Sauce Mobile App Distribution: $249 * 12 = $2,988].

[17]   For self-hosted runners and for public repositories that use standard GitHub-hosted runners, GitHub Actions is provided at no cost.  For private repositories, there is a limit of free usage and any beyond the included, no cost amounts is billed by minutes and storage with cost per-minute based on the operating system and processing power *see* https://docs.github.com/en/billing/concepts/product-billing/github-actions [APL-EG-R_00006512-518].

[18]   This example pricing is based on the Linux price per build minute for the region of "US East (N. Virginia)" *see* https://aws.amazon.com/codebuild/pricing/ [APL-EG-R_00005238-242].

[19]   https://unity.com/products/gaming-services/pricing [APL-EG-R_00008048-050].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                        Page 9 of 14                              SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**  **Attachment 12**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|

[20] "Steamworks is a free suite of tools available to any developer to use in their game or software on Steam" *see* https://partner.steamgames.com/doc/home [APL-EG-R_00003216-218].

[21] The terms of Microsoft PlayReady Intermediate Product License and Microsoft PlayReady Final Product License may also apply. A PlayReady license is not required for Windows Edge and Xbox: https://www.microsoft.com/playready/licensing/licensingOptions/ [APL-EG-R_00007757-759]. For the PlayReady licensing options *see* https://www.microsoft.com/playready/licensing/server/ [APL-EG-R_00007762]; https://www.microsoft.com/playready/licensing/development/ [APL-EG-R_00007760]; https://www.microsoft.com/playready/licensing/distribution/ [APL-EG-R_00007761].

[22] "A license agreement is required for the use of Widevine products or services. Widevine does not assess any fee for use of its products and services" *see* https://developers.google.com/widevine/drm/overview [APL-EG-R_00006490-494].

[23] Health Connect can only be used on the Android OS: "Access to Health Connect depends on the Android version installed on the phone" *see* https://developer.android.google.cn/health-and-fitness/health-connect/get-started?hl=en [APL-EG-R_00005586-595].

[24] Terra is an API that is comparable to HealthKit. The starter option is $399 per month annually and includes 100,000 credits. A custom enterprise option is available, for pricing *see* https://tryterra.co/pricing [APL-EG-R_00008039-047], [Calculated as Quick Start plan: $399 * 12 = $4,788].

[25] Spike is an API that is comparable to HealthKit. The starter option is $450 per month. A custom enterprise option is available, for pricing *see* https://www.spikeapi.com/pricing [APL-EG-R_00007912-915], [Calculated as Sandbox plan: $450 * 12 = $5,400].

[26] First 5 thousand to 100 thousand transactions are free, depending on the transaction type. While Google Maps offers a subscription pricing model as well, pay as you go pricing is used for comparability *see* https://mapsplatform.google.com/pricing/#pay-as-you-go [APL-EG-R_00007678-697], [Calculated as Map Tiles API, 2D Map Tiles: $15 ÷ 25,000 requests = $0.0006 per request; Places API Nearby Search Pro: $800 ÷ 25,000 requests = $0.032 per request].

[27] First 1 thousand to 5 thousand transactions are free, depending on the transaction type. Under 500 thousand transactions is pay-as-you-go, over 500 thousand is enterprise pricing. Pricing is for the region of "West US 3", for pricing details see https://azure.microsoft.com/en-us/pricing/details/azure-maps/ [APL-EG-R_00005263-269], [Calculated as $4.50 ÷ 1,000 requests = $0.0045 per request].

[28] TomTom's Freemium plan includes 50,000 free tile requests daily and 2,500 free non-tile requests daily. For pricing per request *see* https://developer.tomtom.com/pricing [APL-EG-R_00006481-485], [Calculated as Map Display API, Map display tiles: €0.08 ÷ 1,000 requests = €0.00008 per request; Extended Routing API, Long Distance EV Routing: €6.00 ÷ 1,000 requests = €0.006 per request].

[29] Amazon provides a free tier available for 3 months referred to as the Amazon Location Service Free Tier. All pricing is based on US East (N. Virginia) region: https://aws.amazon.com/location/pricing/ [APL-EG-R_00005216-232], [Calculated as Service Resources, Resource create, read, update, delete, or list requests: $0.01 ÷ 1,000 requests = $0.00001 per request; First 100,000 Places of Monthly Addresses Validated: $12.50 ÷ 1,000 requests = $0.0125 per request].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY       SUBJECT TO PROTECTIVE ORDER

**Illustrative Costs of Analogous Tools, Technologies, and Services**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

**Attachment 12**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|

[30] Typically the first 2,500 to 30,000 transactions are free, depending on the transaction type. For pricing details *see* https://www.here.com/get-started/pricing [APL-EG-R_00006646-651], [Calculated as Map Rendering, Vector Pricing: €0.056 ÷ 1,000 requests = €0.000056 per request; Tour Planning: €27.98 ÷ 1,000 requests = €0.02798 per request].

[31] First 1,000 to 100,000 transactions are free, depending on the transaction type. For pricing details *see* https://www.mapbox.com/pricing [APL-EG-R_00007667-677], [Calculated as Raster Tiles API: $0.15 ÷ 1,000 requests = $0.0015 per request; Navigation SDK: $0.08 per request].

[32] "Query user's billing configuration getBillingConfigAsync() provides the country the user uses for Google Play" *see* https://developer.android.com/google/play/billing/integrate [APL-EG-R_00005543-565]; To make API calls, Developers need to set up access to their Google Play Developer Account *see* https://developers.google.com/android-publisher/getting_started [APL-EG-R_00006486-489].

[33] "GlobalizationPreferences.HomeGeographicRegion Property Gets the user's home geographic region" *see* https://learn.microsoft.com/en-us/uwp/api/windows.system.userprofile.globalizationpreferences.homegeographicregion?view=winrt-28000#windows-system-userprofile-globalizationpreferences-homegeographicregion [APL-EG-R_00007651]; Windows 10 or beyond is required for this API *see* https://learn.microsoft.com/en-us/uwp/api/windows.system.userprofile.globalizationpreferences?view=winrt-28000 [APL-EG-R_00007647-650]. The cost of Windows 11 for Professionals is $199.99: https://www.microsoft.com/en-us/d/windows-11-pro/dg7gmgf0d8h4?msockid=0e43e6fe2c5e62fa2c85f0182ddd637e [APL-EG-R_00003082-084].

[34] Annual Pricing for the GeoIP database based on Country and City: https://www.maxmind.com/en/geoip-databases [APL-EG-R_00007710-715]; The online pricing of the GeoIP databases is limited to Internal Restricted Business purposes which includes using it to "geolocate visitors to your website in order to display localized content," "geolocate visitors to your website in order to block visitors from a particular region," and "gather network and user context information about IP addresses that are used to visit your website so that you can analyze traffic and make business or security decisions based on that traffic" *see* https://support.maxmind.com/knowledge-base/articles/internal-restricted-business-purposes [APL-EG-R_00008014-015].

[35] https://ipinfo.io/pricing [APL-EG-R_00007626-631], [Calculated as $2,613 per month * 12 = $31,356].

[36] Annual pricing: https://ipstack.com/pricing/ [APL-EG-R_00007632-634].

[37] "The Publishing API lets you to automate frequent tasks having to do with app distribution" *see* https://developer.android.com/google/play/developer-api#publishing [APL-EG-R_00005538-542]; To make API calls, Developers need to set up access to their Google Play Developer Account *see* https://developers.google.com/android-publisher/getting_started [APL-EG-R_00006486-489].

[38] For pricing *see* https://bitrise.io/pricing#mobile-devops-platform [APL-EG-R_00005281-286]; Bitrise uses the App Store Connect API (via API keys) to automate iOS builds and uploads *see* https://docs.bitrise.io/en/bitrise-platform/integrations/apple-services-connection/connecting-to-an-apple-service-with-api-key.html [APL-EG-R_00006502-510]; *see also* https://docs.bitrise.io/en/bitrise-platform/mobile-devops-platform.html [APL-EG-R_00006511].

[39] For pricing *see* https://www.adyen.com/pricing [APL-EG-R_00008100-119]; Adyen includes Webhooks as a part of their API: https://docs.adyen.com/development-resources/webhooks/ [APL-EG-R_00006495-498].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Illustrative Costs of Analogous Tools, Technologies, and Services                    **Attachment 12**
To Apple TTS and Additional Services Identified by Mr. Thompson

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|

[40] Commercial Transaction Rates *see* https://www.paypal.com/us/enterprise/paypal-braintree-fees [APL-EG-R_00007853-857]; PayPal Braintree includes Webhooks as a part of their API: https://developer.paypal.com/braintree/docs/guides/webhooks/overview [APL-EG-R_00006475-476].

[41] https://developer.android.com/guide/playcore/asset-delivery [APL-EG-R_00005525-531]; https://developer.android.com/guide/playcore#license [APL-EG-R_00005566-569].

[42] https://docs.unity3d.com/Packages/com.unity.addressables@2.0/manual/index.html [APL-EG-R_00006544]; https://unity.com/products/pricing-updates [APL-EG-R_00008051-061].

[43] https://developer.android.com/google/play/billing/rtdn-reference [APL-EG-R_00005570-579]; For example, Developers can receive notifications on transactions: "When the purchase transitions from PENDING to PURCHASED , your real_time_developer_notifications client receives a ONE_TIME_PRODUCT_PURCHASED or SUBSCRIPTION_PURCHASED notification" *see* https://developer.android.com/google/play/billing/integrate [APL-EG-R_00005543-565]; Developers have to use Google Play Developer API after receiving Real-time developer notifications for the complete status and to make API calls, Developers need to set up access to their Google Play Developer Account *see* https://developers.google.com/android-publisher/getting_started [APL-EG-R_00006486-489].

[44] "External transaction token: A token provided to the developer through the Play Billing Library for the developer to use when the user completes an alternative billing system. This token is used to notify Google Play of a successful purchase" *see* https://developer.android.com/google/play/billing/alternative [APL-EG-R_00005514-524].

[45] For pricing *see* https://stripe.com/pricing [APL-EG-R_00007962-977]; Stripe API allows for comparable technologies to tracking linked-out transactions, for example, the Stripe API provides Invoice Payment: "This resource and its endpoints allows you to easily track if a payment is associated with a specific invoice and monitor the allocation details of the payments" *see* https://docs.stripe.com/api/invoice-payment [APL-EG-R_00006519-521]; *see also* PaymentIntent that represents a planned or in-progress payment and is created before the payment completes: https://docs.stripe.com/api/payment_intents [APL-EG-R_00006522-543].

[46] For pricing *see* https://www.paddle.com/pricing [APL-EG-R_00007845-847]; Paddle tracks actions within the Paddle system: "When something notable occurs in your system, Paddle creates an event entity with information about what happened. Events are created for actions regardless of how they happened — API request, dashboard, customer action, or system action like a subscription renewal" *see* https://developer.paddle.com/api-reference/events/ [APL-EG-R_00006474].

[47] For pricing *see* https://www.adyen.com/pricing [APL-EG-R_00008100-119]; Adyen includes response handling as a part of their APIs, which includes if a transaction is authorized, refused, results in an error, or cancelled: https://docs.adyen.com/development-resources/overview-response-handling [APL-EG-R_00006499-501].

[48] In addition to any other agreements or licenses, in order for Developers to offer an alternative billing system for Google Play users in the United States, they must agree to the Developer Terms of Service for Alternative Billing System: https://support.google.com/googleplay/android-developer/answer/16807907 [APL-EG-R_00008000-006].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                       SUBJECT TO PROTECTIVE ORDER

Illustrative Costs of Analogous Tools, Technologies, and Services                **Attachment 12**
To Apple TTS and Additional Services Identified by Mr. Thompson

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|

[49] 1 TB of data transfer out to the internet per month is included for free. Amazon CloudFront pay-as-you-go pricing: https://aws.amazon.com/cloudfront/pricing/pay-as-you-go/ [APL-EG-R_00005203-215].

[50] Prices are from Zone 1, which includes North America. *See* https://azure.microsoft.com/en-us/pricing/details/cdn/#pricing [APL-EG-R_00005270-277].

[51] Prices are for North America (including Hawaii). *See* https://cloud.google.com/cdn/pricing [APL-EG-R_00005365-370].

[52] First 100 GB at no cost, then pay-as-you-go. For bandwidth pricing *see* https://www.fastly.com/pricing#pricing [APL-EG-R_00006549-551]. A custom quote is required for WAF pricing. Prices are for North America.

[53] Pricing based on US East (N. Virginia) region: https://aws.amazon.com/s3/pricing/?nc=sn&loc=4 [APL-EG-R_00005243-246].

[54] Pricing based on East US region: https://azure.microsoft.com/en-us/pricing/details/storage/blobs/ [APL-EG-R_00005247-253].

[55] Pricing based on Northern Virginia (us-east4) region: https://cloud.google.com/storage/pricing [APL-EG-R_00005371-387].

[56] "AWS WAF charges are based on the number of web access control lists (web ACLs) that you create, the number of rules that you add per web ACL, and the number of web requests that you receive. There are no upfront commitments. AWS WAF charges are in addition to Amazon CloudFront pricing" *see* https://aws.amazon.com/waf/pricing/ [APL-EG-R_00005233-237].

[57] https://azure.microsoft.com/en-us/pricing/details/web-application-firewall/?msockid=0e43e6fe2c5e62fa2c85f0182ddd637e#overview [APL-EG-R_00005259-262].

[58] Pricing for Cloud Armor Standard: https://cloud.google.com/armor/pricing [APL-EG-R_00005361-364].

[59] Website development costs vary greatly depending on factors such as team size, project scope, timeline, location, website size, and website features: https://techreviewer.co/pricing/web-development-usa-pricing-guide [APL-EG-R_00008031-038].

[60] https://www.godaddy.com/websites/online-store/selectplan?itc=plp_wsb_commerce [APL-EG-R_00015055-065].

[61] https://www.wix.com/plans [APL-EG-R_00008084-092].

[62] https://wordpress.com/pricing/ [APL-EG-R_00008093-099].

[63] https://www.squarespace.com/pricing/ [APL-EG-R_00007941-946].

[64] Trustpilot offers three tiers: Starter ($99/month), Plus ($319/month), Premium ($799/month), each offering varying levels of tools and features *see* https://business.trustpilot.com/pricing [APL-EG-R_00005343-345]. TrustPilot also includes an Enterprise tier but pricing is accessed upon request.

[65] https://www.personyze.com/website-personalization-plans/ [APL-EG-R_00007876-880].

[66] Plans with listed pricing include Growth (basic) and Pro (advanced). In addition, both plans allow for a range of monthly tested users (MTU) ranging from 100,000/month to + 5,000,000/month, which results in the lower and upper range of plans being Growth with 100,000 MTU/month ($299/month when billed annually) to +5,000,000 MTU/month ($3,488/month when billed annually), respectively *see* https://www.convert.com/pricing/ [APL-EG-R_00005425-436].

**Illustrative Costs of Analogous Tools, Technologies, and Services**                                                      **Attachment 12**
**To Apple TTS and Additional Services Identified by Mr. Thompson**

| Category | Apple TTS and Additional Services Functionality | Exemplary Analogous TTS and Additional Services[1] | Illustrative Cost of Analogous TTS and Additional Services |
|---|---|---|---|

[67] The Professional plan includes analytics as well as features such as funnel analysis, heatmaps, and goals offering customers to track 10,000 to 1,000,000 MTU with prices ranging from $12/month to $420/month when billed annually, respectively.  An Enterprise plan is available that includes additional optimization features at $780/month when billed annually allowing up to 1,000,000 MTU *see* https://www.zoho.com/pagesense/pricing.html [APL-EG-R_00004891-896].

[68] Pricing must be requested. Optimizely's most basic plan is believed to be at least $36,000 per year with many plans being more than $200,000 per year depending on client needs *see* https://splitbase.com/blog/optimizely-pricing#:~:text=Optimizely%20Web-,Optimizely%20Full%20Stack,%E2%80%8D [APL-EG-R_00007916-924].

[69] https://qonversion.io/pricing [APL-EG-R_00007887-893].

[70] Annual pricing. Amplitude has three price tiers but lists the price only for the lowest tier, Plus *see* https://amplitude.com/pricing?siteLocation=hero [APL-EG-R_00004937-942].

[71] Annual pricing estimated for the Growth plan price: https://mixpanel.com/pricing/ [APL-EG-R_00007763-768].

[72] Annual pricing for App Figures with high end of cost calculated using the unlimited premium competitors: https://appfigures.com/platform/pricing [APL-EG-R_00004948-953].

[73] https://flex.countly.com/?_gl=1*1lem4qx*_gcl_au*MTY1ODYxMTE4Ny4xNzc1NjkwNzEw#/get-started/choose-plan?cly_id=6e1e7397-a06c-42ee-8cda-3f0478c1c07f [APL-EG-R_00003215].

[74] https://www.businessofapps.com/ads/cpi/research/cost-per-install/ [APL-EG-R_00005346-353].

[75] https://www.hubspot.com/pricing/marketing?term=annual%3B+https%3A%2F%2Flegal.hubspot.com%2Fhubspot-product-and-services-catalog [APL-EG-R_00006652-656].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                              Page 14 of 14                              SUBJECT TO PROTECTIVE ORDER

**Distribution Platform Technology Benchmarks**                    **Attachment 13**

| Analogous Distribution Platform Technology | Examples | Indicative Revenue Share | Relevance to Apple Platform |
|---|---|---|---|
| Integrated app stores / consoles | PlayStation | [1] 30% | Includes platform tech plus other services |
| | Xbox | [2] 30% | |
| | Nintendo | [3] 30% | |
| Mobile | Google Play | [4] 10%-25% | Includes platform tech plus other services |
| | Amazon Appstore | [5] 20%-30% | |
| | Samsung Galaxy Store | [6] 15%-20% | |
| | One Store | [7] 20% | |
| | Epic Games Store (EGS) | [8] 12% after first $1 million in revenue | |
| PC Gaming Platforms | Steam | [9] 20%-30% | Includes platform tech plus other services |
| | Epic Games Store (EGS) | [8] 12% after first $1 million in revenue | |
| | GOG (Good Old Games) | [3] 30% | |
| | Microsoft Store | [2] 12% | |

**Notes**:

[1]  https://stepofweb.com/percentage-sony-take-developers/ [APL-EG-R_00007947-956]; see also https://www.1d3.com/blog/platform-fees [APL-EG-R_00001292-296].

[2]  App Developer Agreement, Version 8.10, Microsoft Store: p. 15 [APL-EG-R_00001671-722].

[3]  https://www.1d3.com/blog/platform-fees [APL-EG-R_00001292-296].

[4]  Exhibit A of the Status Report Regarding Permanent Injunction: Google Play Fees In The United States, Epic Games, Inc. v. Google LLC, March 4, 2026 [APL-EG-R_00008603].

[5]  Amazon Developer Services Agreement: Distribution Schedule § 1.b [APL-EG-R_00001606-670].

[6]  Terms and Conditions of Samsung Galaxy Store: https://seller.samsungapps.com/terms/termsAndConditions.as [APL-EG-R_00004025-035]; see also https://developer.samsung.com/sdp/news/en/2025/03/13/new-revenue-share-model-for-galaxy-store [APL-EG-R_00006477-480].

[7]  https://koreajoongangdaily.joins.com/news/2024-08-28/business/industry/Homegrown-app-marketplace-One-Store-steps-onto-the-global-stage/2122789 [APL-EG-R_00007640-642]; see also https://www.1d3.com/blog/platform-fees [APL-EG-R_00001292-296].

[8]  Epic Games takes a 12% commission after $1 million in revenue: Epic Games Store Distribution Agreement: § 6.b [APL-EG-R_00005476-513]; see also https://store.epicgames.com/en-US/distribution/revenue-programs/revenue-share [APL-EG-R_00008299-302].

[9]  "Steam charges a base rate of 30% on in-app purchases and game sales, along with a $100 fee to join the Steam Partner program. However, there are conditional rate reductions: after reaching $10 million in sales, Steam's cut drops to 25%, and after $50 million, it further decreases to 20%" see https://www.1d3.com/blog/platform-fees [APL-EG-R_00001292-296].

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                       SUBJECT TO PROTECTIVE ORDER