Sarah M. Ray (SBN 229670)
 sarah.ray@lw.com
Aaron T. Chiu (SBN 287788)
 aaron.chiu@lw.com
Brett M. Sandford (SBN 302072)
 brett.sandford@lw.com
Blake R. Davis (SBN 294360)
 blake.davis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 christopher.bower@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

James P. Rouhandeh (*pro hac vice*)
 rouhandeh@davispolk.com
David B. Toscano (*pro hac vice*)
 david.toscano@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: +1.212.450.4000

Micah G. Block (SBN 270712)
 micah.block@davispolk.com
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: +1.650.752.2000

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 4:20-cv-05640-YGR<br><br>**DECLARATION OF SARAH M. RAY IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS REMAND PROFFER AND SUPPORTING EXPERT REPORTS**<br><br>The Honorable Yvonne Gonzalez Rogers |

I, Sarah M. Ray, declare as follows:

1.  I am a member of the bar of the State of California, and a partner with the law firm of Latham & Watkins LLP, counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned matter.  I am familiar with Apple's treatment of proprietary and confidential information, based on my personal experience representing Apple.[1]  I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2.  I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5 in support of Apple's Administrative Motion to Seal Portions of its Remand Proffer and Supporting Expert Reports ("Motion to Seal").

3.  I am aware that the law of this Circuit allows information to be filed under seal for good cause or in certain compelling circumstances.  I also understand that courts routinely seal filings where documents include a company's competitively sensitive, non-public information regarding its financial data and business information.  I understand that this Court has broad latitude to prevent the public disclosure of these categories of commercially sensitive information.

4.  Apple has carefully reviewed its Proffer Brief, Expert Report of Dr. Dennis Carlton, and Expert Report of Paul Meyer, and now proposes to seal the documents and information that, if disclosed, could harm Apple's competitive business interests.

5.  Apple seeks to seal this information because disclosure of this commercially sensitive and granular data would reveal the inner workings of the App Store's financial and business operations as well as expert economic analyses derived from those confidential inputs.

---

[1] Courts in this Circuit routinely grant motions to seal on the basis of declarations of counsel submitted pursuant to Local Rule 79-5.  *See, e.g., Avago Techs. U.S. Inc., et al. v. Iptronics Inc., et al.*, No. 5:10-cv-02863-EJD, ECF No. 544 (N.D. Cal. Apr. 3, 2015); *id.*, ECF No. 545 (N.D. Cal. Apr. 7, 2015); *Cisco Sys., Inc., et al. v. Opentv Inc., et al.*, No. 5:13-00282-EJD, ECF Nos. 76, 82 (N.D. Cal. Oct. 8, 2013); *In Re Qualcomm Litig.*, No. 3:17-00108-GPC-MDD, ECF No. 398-1 (S.D. Cal. Mar. 26, 2018); *id.*, ECF No. 413 (S.D. Cal. Apr. 10, 2018).  I am personally familiar with Apple's practices of safeguarding proprietary and confidential information, but if the Court deems this declaration insufficient, Apple respectfully requests that it be permitted to file a further declaration in support of filing under seal.

6. Apple takes extensive measures to protect the confidentiality of its information. If disclosed, this information could be used by competitors to gain an unfair competitive advantage over Apple.

7. This Court has already sealed similarly confidential financial and business-related information in this matter. *See, e.g.*, Dkt. 609 (Trial Order No. 2, May 7, 2021) at 2 (sealing portions of Eddy Cue's deposition "concern[ing] Apple's internal projections of the rate of return on App Store search" because "[t]he information relates to current confidential financial data that could result in competitive harm if disclosed"); Dkt. 613 (Trial Order No. 3, May 9, 2021) at 3 (sealing "monetary amounts," "gross amounts," and "YoY figures"); Dkt. 1665 (Order Re Parties' Omnibus Sealing Motion, Sept. 23, 2025) at 5-6 (sealing "financial information"); Dkt. 643 (Trial Order No. 5, May 12, 2021) at 3 (sealing "sensitive and confidential information, the disclosure of which would result in competitive harm to Apple").

8. Apple's sealing request is narrowly tailored. Apple seeks to seal only limited portions of its Remand Proffer and supporting Expert Reports. Apple has identified only those discrete passages that contain sealable material: specific numerical figures, proprietary technical descriptions, and confidential information and analyses that cannot be disclosed without causing competitive harm.

9. Accordingly, Apple respectfully requests that the Court seal certain information as set forth in the chart below. This information is highlighted in the versions filed under seal.[2]

10. Attached is a true and correct copy of Apple's Remand Proffer, dated August 13, 2026, filed with redactions.

11. Attached as **Exhibit 2** is a true and correct copy of the Expert Report of Paul Meyer, dated August 12, 2026, filed with redactions.

12. Attached as **Exhibit 3** is a true and correct copy of the Expert Report of Dr. Dennis W. Carlton, dated August 12, 2026, filed with redactions.

---

[2] The proposed redactions are designated with <mark>yellow highlighting</mark> in the sealed versions attached to Apple's Motion to Seal.

13. On August 11, 2026, my associate, Aamir Virani, met and conferred with counsel for Epic Games, Inc. ("Epic") via email, explained that Apple intended to file a motion to seal its confidential financial and business information, and asked whether Epic would stipulate to the requested relief. Counsel for Epic responded that Epic would not stipulate to Apple's sealing request.

| Page(s), Paragraph(s) / Lines(s) Sought to be Sealed | Basis for Sealing |
|---|---|
| **Apple Inc.'s Remand Proffer** | |
| Page 11, Line 8 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025, regarding the revenue ranking of apps offering link-outs. |
| Page 11, Lines 14, 17, 18, 20, 21, 22 | Reflects analysis derived from confidential Apple App Store revenue data showing the financial impact of the Court's April 2025 Order. |
| Page 20, Line 10 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025. |
| Page 21, Lines 7, 8, 10, 11, 13 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 22, Lines 24, 25 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025. |
| Page 28, Line 4 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025, regarding the revenue ranking of apps offering link-outs. |
| Page 28, Lines 9, 12 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025, regarding the revenue ranking of apps offering link-outs. |
| **Exhibit 2 - Expert Report of Paul Meyer** | |
| Page 22 | Reflects confidential Apple App Store revenue data broken down by genre. |
| Page 23 | Reflects confidential Apple App Store revenue data broken down by genre. |
| Page 108, Paragraph 285 | Reflects confidential Apple Q1 FY26 Attendee Feedback related to Apple's Developer-focused strategy information. |
| Page 112, Paragraph 297 | Reflects confidential information provided to Apple by respondents in an Apple Developer survey. |

| Page 114, Paragraph 304 | Reflects confidential marketing information provided to Apple by respondents in an Apple Developer survey. |
| --- | --- |
| Page 116, Paragraph 310 | Reflects confidential Apple marketing expenditure data and proprietary business strategy information regarding App Store promotional activities. |
| Page 116, Paragraph 311 | Reflects confidential Apple internal business plans and strategic initiatives for developer partnerships. |
| Page 131, Paragraph 356 | Reflects confidential Apple internal business plans, revenue estimates, and billing data. |
| Page 132, Paragraph 357 | Reflects confidential internal billing and revenue plans. |
| Pages 132–133, Paragraph 358 | Reflects confidential and proprietary Apple internal business performance metrics, revenue attribution data, and strategic program results. |
| Page 133, Paragraph 359 | Reflects confidential Apple internal strategic technology initiatives and revenue forecasts. |
| Page 133, Paragraph 360 | Reflects confidential Apple internal business plans and revenue forecasts. |
| Page 133, Paragraph 361 | Reflects confidential Apple internal business plans and revenue forecasts. |
| Page 134, Paragraph 362 | Reflects confidential Apple internal business plans and revenue forecasts. |
| Page 134, Paragraph 363 | Reflects confidential Apple internal strategic technology initiatives and revenue forecasts. |
| Pages 134–135, Paragraph 364 | Reflects confidential Apple internal strategic technology initiatives and revenue forecasts. |
| Page 135 | Reflects confidential internal headcount information. |
| Pages 135–136, Paragraph 366 | Reflects strategic internal business plans including confidential headcount information. |
| Page 137, Paragraph 369 | Reflects confidential Apple financial data regarding internal cost allocations for developer relations and App Store marketing. |
| Page 137, Paragraph 370 | Reflects confidential and granular Apple financial data regarding internal cost allocations for developer relations and App Store marketing. |
| Page 138 | Reflects confidential and granular Apple financial data regarding internal cost allocations for developer relations and App Store marketing. |
| Page 150, Paragraph 388 | Reflects confidential strategic program results and revenue information. |
| Attachment 4, Pages 1–4 | Reflects confidential and granular figures drawn directly from Apple's App Store transaction data related to its proprietary financial performance metrics. |

| Attachment 4.1, Pages 1–4 | Reflects confidential and granular genre-level billing data and Apple's per-genre percentage shares derived from Apple's confidential App Store transaction data. |
|---|---|
| Attachment 4.2, Pages 1–4 | Reflects Apple's confidential non-subscription in-app purchase revenue by genre and year, with the Actual Amount, Developer Revenue, and Apple Revenue for each genre and corresponding totals and shares. |
| Attachment 4.3, Pages 1–4 | Reflects Apple's confidential non-recurring IAP subscription revenue by genre and year, including Actual Amount, Developer Revenue, and Apple Revenue for each genre, with totals and per-genre percentage shares. |
| Attachment 4.4, Pages 1–4 | Reflects confidential data showing Apple's recurring IAP subscription revenue by genre and year, with the Actual Amount, Developer Revenue, and Apple Revenue for each genre plus totals and shares, all of which constitute proprietary financial performance metrics. |
| Attachment 10, Page 1 | Reflects confidential and granular, organization-level personnel figures derived from Apple's internal headcount data. |
| Attachment 11, Page 1 | Reflects confidential and granular data about Apple's annual operating expenses for Worldwide Developer Relations and App Store Marketing from FY 2015 through FY 2025. |
| Attachment 11.1, Pages 1–6 | Reflects confidential and granular quarterly figures taken from Apple's internal operating-expense records, including cost allocations and budgeting patterns. |
| Attachment 11.2, Pages 1–6 | Reflects confidential and granular Apple financial data regarding internal cost allocations for App Store marketing. |
| **Exhibit 3 - Expert Report of Dr. Dennis W. Carlton** | |
| Pages 7–8, Paragraph 22 | Reflects confidential App Store revenue concentration metrics by app rank derived from Apple's proprietary data, and reflects highly sensitive app-specific revenue impact data and proprietary econometric estimates. |
| Page 9, Paragraph 25 | Reflects confidential Apple App Store revenue concentration metrics and analysis of the revenue impact of link-outs. |
| Page 10, Paragraph 28 | Reflects confidential, commercially sensitive analysis derived from Apple App Store data including revenue distribution data. |
| Page 14, Footnote 20 | Reflects confidential, commercially sensitive Apple App Store revenue distribution data. |
| Page 16, Paragraph 44 | Reflects confidential, commercially sensitive Apple App Store revenue distribution data. |
| Page 16 | Reflects confidential and commercially sensitive Apple App Store app-specific revenue figures. |

| Page 17, Paragraph 45 | Reflects confidential and commercially sensitive Apple App Store app-specific revenue figures derived from Apple's transaction-level business records. |
|---|---|
| Page 17, Footnote 23 | Reflects confidential App Store revenue concentration metrics by genre and app rank derived from Apple's proprietary data. |
| Page 17, Paragraph 49 | Reflects confidential App Store revenue concentration metrics by app rank derived from Apple's proprietary data. |
| Page 18, Paragraph 51 | Reflects confidential analysis derived from Apple's IAP revenue data. |
| Page 19 | Reflects confidential analysis derived from Apple's IAP revenue data. |
| Page 20, Paragraph 54 | Reflects confidential Apple revenue-impact analysis showing the proportional decline in U.S. IAP relative to international benchmarks following the April 2025 Order. |
| Page 21 | Reflects confidential Apple revenue data and proprietary benchmarking analysis comparing U.S. IAP performance to international performance. |
| Page 22 | Reflects confidential Apple revenue data and proprietary expert modeling specific to apps identified as offering link-outs. |
| Page 23, Paragraph 56 | Reflects econometric result derived from proprietary IAP revenue data. |
| Page 23 | Reflects app-specific proprietary benchmarking analysis comparing U.S. IAP link-out performance to international IAP link-out performance. |
| Page 25, Paragraph 59 | Reflects confidential Apple revenue-impact estimates derived from Apple App Store data. |
| Page 25 | Reflects confidential Apple revenue-impact estimates derived from Apple App Store data. |
| Page 25, Paragraph 60 | Reflects highly sensitive app-specific revenue impact data, proprietary econometric estimates, and confidential analysis of individual developer revenue declines. |
| Page 25, Footnote 37 | Reflects proprietary econometric results derived from Apple App Store data. |
| Page 26, Paragraph 61 | Reflects highly sensitive app-specific revenue impact data and proprietary econometric estimates. |
| Page 27, Footnote 39 | Reflects confidential Apple revenue-impact estimates from alternative econometric methodology. |
| Page 29, Paragraph 67 | Reflects confidential, commercially sensitive Apple App Store data. |
| Page 31, Paragraph 71 | Reflects confidential proprietary econometric results derived from Apple's IAP revenue data. |
| Page 31 | Reflects confidential proprietary econometric results derived from Apple App Store data. |

| Page 33, Paragraph 80 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
|---|---|
| Pages 37–38, Paragraph 86 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 38 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 39, Paragraph 89 | Reflects confidential proprietary econometric result derived from Apple App Store data. |
| Page 39, Paragraph 90 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 39 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Pages 40–41, Paragraph 94 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 41, Footnote 68 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 42 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 42, Footnote 69 | Reflects confidential proprietary econometric result derived from Apple App Store data. |
| Pages 42–43, Paragraph 95 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 43 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Pages 43–44, Paragraph 96 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 43, Footnote 71 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 44, Paragraph 97 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 44, Footnote 73 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 44, Footnote 74 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 44, Footnote 75 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 45, Paragraph 98 | Reflects confidential, commercially sensitive Apple App Store data. |

| Page 45, Paragraph 99 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
|---|---|
| Page 45, Footnote 76 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 45, Footnote 77 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Page 45, Paragraph 100 | Reflects App Store revenue concentration metrics by app rank derived from Apple's confidential proprietary data. |
| Page 46, Paragraph 102 | Reflects confidential proprietary econometric result derived from Apple App Store data. |
| Page 77, Appendix D | Reflects confidential revenue information derived from Apple's IAP revenue data. |
| Page 78, Appendix E | Reflects confidential Apple App Store revenue data broken down by genre. |
| Pages 79–81, Appendix F | Reflects confidential, highly sensitive app-specific revenue impact data and developer revenue declines. |
| Pages 82–89, Appendix G, Table G.1– Table G.8 | Reflects confidential proprietary econometric results derived from Apple App Store data. |
| Pages 90–97, Appendix H, Table H.1– Table H.8 | Reflects confidential revenue concentration metrics derived from Apple's proprietary App Store data. |
| Pages 98–105, Appendix I, Table I.1–Table I.8 | Reflects confidential revenue concentration metrics derived from Apple's proprietary App Store data. |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 13, 2026, at San Francisco, California.

/s/ *Sarah M. Ray*
Sarah M. Ray