Sarah M. Ray (SBN 229670)
 sarah.ray@lw.com
Aaron T. Chiu (SBN 287788)
 aaron.chiu@lw.com
Brett M. Sandford (SBN 302072)
 brett.sandford@lw.com
Blake R. Davis (SBN 294360)
 blake.davis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 christopher.bower@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

James P. Rouhandeh (*pro hac vice*)
 rouhandeh@davispolk.com
David B. Toscano (*pro hac vice*)
 david.toscano@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: +1.212.450.4000

Micah G. Block (SBN 270712)
 micah.block@davispolk.com
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: +1.650.752.2000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EPIC GAMES, INC.,

                    Plaintiff,

        v.

APPLE INC.,

                    Defendant.

Case No. 4:20-cv-05640-YGR

**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS REMAND PROFFER AND SUPPORTING EXPERT REPORTS**

The Honorable Yvonne Gonzalez Rogers

Pending before the Court is Defendant Apple Inc.'s Administrative Motion to Seal Portions of its Remand Proffer and Supporting Expert Reports **(**the "Motion"). **GOOD CAUSE AND/OR COMPELLING REASONS** having been shown, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**. The Court finds that the following information shall be filed under seal:

| Page(s), Paragraph(s) / Lines(s) Sought to be Sealed | Decision |
|---|---|
| **Apple Inc.'s Remand Proffer** | |
| Page 11, Line 8 | |
| Page 11, Lines 14, 17, 18, 20, 21, 22 | |
| Page 20, Line 10 | |
| Page 21, Lines 7, 8, 10, 11, 13 | |
| Page 22, Lines 24, 25 | |
| Page 28, Line 4 | |
| Page 28, Lines 9, 12 | |
| **Exhibit 2 - Expert Report of Paul Meyer** | |
| Page 22 | |
| Page 23 | |
| Page 108, Paragraph 285 | |
| Page 112, Paragraph 297 | |
| Page 114, Paragraph 304 | |
| Page 116, Paragraph 310 | |
| Page 116, Paragraph 311 | |

| | |
|---|---|
| Page 131, Paragraph 356 | |
| Page 132, Paragraph 357 | |
| Pages 132–133, Paragraph 358 | |
| Page 133, Paragraph 359 | |
| Page 133, Paragraph 360 | |
| Page 133, Paragraph 361 | |
| Page 134, Paragraph 362 | |
| Page 134, Paragraph 363 | |
| Pages 134–135, Paragraph 364 | |
| Page 135 | |
| Pages 135–136, Paragraph 366 | |
| Page 137, Paragraph 369 | |
| Page 137, Paragraph 370 | |
| Page 138 | |
| Page 150, Paragraph 388 | |
| Attachment 4, Pages 1–4 | |
| Attachment 4.1, Pages 1–4 | |
| Attachment 4.2, Pages 1–4 | |
| Attachment 4.3, Pages 1–4 | |
| Attachment 4.4, Pages 1–4 | |
| Attachment 10, Page 1 | |
| Attachment 11, Page 1 | |
| Attachment 11.1, Pages 1–6 | |
| Attachment 11.2, Pages 1–6 | |
| **Exhibit 3 - Expert Report of Dr. Dennis W. Carlton** | |
| Pages 7–8, Paragraph 22 | |
| Page 9, Paragraph 25 | |
| Page 10, Paragraph 28 | |
| Page 14, Footnote 20 | |
| Page 16, Paragraph 44 | |

Apple's Mot. to Seal [Proposed] Order
4:20-cv-05640-YGR

| | |
|---|---|
| Page 16 | |
| Page 17, Paragraph 45 | |
| Page 17, Footnote 23 | |
| Page 17, Paragraph 49 | |
| Page 18, Paragraph 51 | |
| Page 19 | |
| Page 20, Paragraph 54 | |
| Page 21 | |
| Page 22 | |
| Page 23, Paragraph 56 | |
| Page 23 | |
| Page 25, Paragraph 59 | |
| Page 25 | |
| Page 25, Paragraph 60 | |
| Page 25, Footnote 37 | |
| Page 26, Paragraph 61 | |
| Page 27, Footnote 39 | |
| Page 29, Paragraph 67 | |
| Page 31, Paragraph 71 | |
| Page 31 | |
| Page 33, Paragraph 80 | |
| Pages 37–38, Paragraph 86 | |
| Page 38 | |
| Page 39, Paragraph 89 | |
| Page 39, Paragraph 90 | |
| Page 39 | |
| Pages 40–41, Paragraph 94 | |
| Page 41, Footnote 68 | |
| Page 42 | |
| Page 42, Footnote 69 | |
| Pages 42–43, Paragraph 95 | |
| Page 43 | |
| Pages 43–44, Paragraph 96 | |
| Page 43, Footnote 71 | |
| Page 44, Paragraph 97 | |
| Page 44, Footnote 73 | |
| Page 44, Footnote 74 | |
| Page 44, Footnote 75 | |
| Page 45, Paragraph 98 | |
| Page 45, Paragraph 99 | |
| Page 45, Footnote 76 | |
| Page 45, Footnote 77 | |
| Page 45, Paragraph 100 | |
| Page 46, Paragraph 102 | |
| Page 77, Appendix D | |

Apple's Mot. to Seal [Proposed] Order
4:20-cv-05640-YGR

| Page 78, Appendix E | |
|---|---|
| Pages 79–81, Appendix F | |
| Pages 82–89, Appendix G, Table G.1–Table G.8 | |
| Pages 90–97, Appendix H, Table H.1–Table H.8 | |
| Pages 98–105, Appendix I, Table I.1–Table I.8 | |

DATED: _____      _____

HONORABLE YVONNE GONZALEZ ROGERS

Chief United States District Judge