Sarah M. Ray (SBN 229670)
 sarah.ray@lw.com
Aaron T. Chiu (SBN 287788)
 aaron.chiu@lw.com
Brett M. Sandford (SBN 302072)
 brett.sandford@lw.com
Blake R. Davis (SBN 294360)
 blake.davis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 christopher.bower@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

James P. Rouhandeh (*pro hac vice*)
 rouhandeh@davispolk.com
David B. Toscano (*pro hac vice*)
 david.toscano@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: +1.212.450.4000

Micah G. Block (SBN 270712)
 micah.block@davispolk.com
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: +1.650.752.2000

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>                  Plaintiff, <br><br>       v. <br><br> APPLE INC., <br><br>                  Defendant. | CASE NO. 4:20-cv-05640-YGR <br><br> **APPLE INC.'S ADMINISTRATIVE MOTION FOR REFERRAL TO SETTLEMENT CONFERENCE** <br><br> The Honorable Yvonne Gonzalez Rogers |

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

Apple's Admin. Mot. for Referral to Settlement
Conf.
4:20-cv-05640-YGR

Pursuant to Civil Local Rule 7-11 and ADR Local Rule 7-2, Defendant Apple Inc. ("Apple"), respectfully moves the Court for an order referring the parties to a settlement conference before Magistrate Judge Joseph C. Spero. Counsel for Apple conferred with counsel for Epic Games, Inc. ("Epic") on August 11, 2026 regarding the requested relief. Declaration of Sarah M. Ray in Support of Apple's Administrative Motion for Referral to Settlement Conference ¶ 2. Epic did not consent to the relief sought herein. *Id.*

Under Civil Local Rule 16-8(a), "the Court on its own initiative or at the request of one or more parties may refer the case to one of the Court's ADR programs." *See also* ADR L.R. 2-3 (same). ADR Local Rule 7-2 specifically provides that the Court may refer the parties to a settlement conference "on motion by a party under Civil L.R. 7." Federal Rules of Civil Procedure 16(c)(2)(I) and 16(c)(2)(P) further authorize the Court to "us[e] special procedures to assist in resolving the dispute when authorized by statute or local rule" and to "facilitat[e] in other ways the just, speedy, and inexpensive disposition of the action." *See Ayers v. City of Richmond*, 895 F.2d 1267, 1270 (9th Cir. 1990) (recognizing that Rule 16 authorizes a court to direct a party's attorney to appear for a settlement conference).

The Ninth Circuit expressly "encouraged [the parties] to reach agreement" on an appropriate link-out commission, *Epic Games, Inc. v. Apple Inc.*, 161 F.4th 1162, 1188 (9th Cir. 2025), and consistent with that guidance, Apple believes referral to a settlement conference before Magistrate Judge Spero would give the parties an opportunity to explore a potential resolution of the dispute while remand proceedings take place in parallel. A settlement conference would potentially conserve limited judicial resources by positioning the parties to expedite a negotiated resolution of this matter. *See SRI Louise Coles v. City of Oakland*, 2005 WL 2373724, at *8 (N.D. Cal. Sept. 27, 2005) (ordering the parties to participate in a mandatory settlement conference "rather than expend potentially unnecessary judicial resources"). Further, discussions of a potential settlement in a confidential, non-adversarial setting would increase the likelihood of reaching a practical resolution that could obviate the need for prolonged remand proceedings. *See Lakes v. Bath and Body Works LLC*, 2018 WL 2318106, at *2 (E.D. Cal. May 22, 2018) (finding

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Apple's Admin. Mot. for Referral to Settlement Conf.
4:20-cv-05640-YGR

that confidentiality protections afforded by mediation "promote[] 'a candid and informal exchange'" (internal citation omitted)).  Finally, Apple's request is not meant to cause any delay as it explicitly contemplates that settlement discussions would take place in parallel with remand proceedings.

**CONCLUSION**

For the foregoing reasons, Apple respectfully requests that the Court enter an order referring this case to a settlement conference before Magistrate Judge Joseph C. Spero to proceed in parallel on an expedited basis with remand proceedings.

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

2

Apple's Admin. Mot. for Referral to Settlement Conf.
4:20-cv-05640-YGR

Dated:   August 13, 2026

By:  /s/ Sarah M. Ray

**LATHAM & WATKINS LLP**

Sarah M. Ray (SBN 229670)
 *sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
 *aaron.chiu@lw.com*
Brett M. Sandford (SBN 302072)
 *brett.sandford@lw.com*
Blake R. Davis (SBN 294360)
 *blake.davis@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 *gary.feinerman@lw.com*
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 *christopher.bower@lw.com*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh (*pro hac vice*)
 *rouhandeh@davispolk.com*
David B. Toscano (*pro hac vice*)
*david.toscano@davispolk.com*
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: +1.212.450.4000

Micah G. Block (SBN 270712)
 *micah.block@davispolk.com*
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: +1.650.752.2000

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Apple's Admin. Mot. for Referral to Settlement Conf.
4:20-cv-05640-YGR

*Attorneys for Defendant Apple Inc.*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Apple's Admin. Mot. for Referral to Settlement
Conf.
4:20-cv-05640-YGR