Sarah M. Ray (SBN 229670)
 *sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
 *aaron.chiu@lw.com*
Brett M. Sandford (SBN 302072)
 *brett.sandford@lw.com*
Blake R. Davis (SBN 294360)
 *blake.davis@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 *gary.feinerman@lw.com*
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 *christopher.bower@lw.com*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

James P. Rouhandeh (*pro hac vice*)
 *rouhandeh@davispolk.com*
David B. Toscano (*pro hac vice*)
 *david.toscano@davispolk.com*
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: +1.212.450.4000

Micah G. Block (SBN 270712)
 *micah.block@davispolk.com*
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: +1.650.752.2000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | CASE NO. 4:20-cv-05640-YGR<br><br>**DECLARATION OF SARAH M. RAY IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION FOR REFERRAL TO SETTLEMENT CONFERENCE**<br><br>The Honorable Yvonne Gonzalez Rogers |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

Decl. of Sarah M. Ray ISO Apple's Admin. Mot.
for Referral to Settlement Conf.
4:20-cv-05640-YGR

I, Sarah M. Ray, declare as follows:

1.     I am a member of the bar of the State of California, and a partner with the law firm of Latham & Watkins LLP, counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned matter.  Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Apple's Administrative Motion for Referral to Settlement Conference.  I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2.     On August 11, 2026, my associate, Aamir Virani, met and conferred with counsel for Epic Games, Inc. ("Epic") via email, explained that Apple intended to file an administrative motion for referral to a settlement conference before Magistrate Judge Spero that would proceed in parallel with remand proceedings, and asked whether Epic would stipulate to the requested referral.  Counsel for Epic responded that Epic would not stipulate to Apple's referral request.

I hereby certify under penalty of perjury that the foregoing is true and correct.  Executed on August 13, 2026, in San Francisco, California.


                                                    /s/ Sarah M. Ray
                                                    Sarah M. Ray

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Decl. of Sarah M. Ray ISO Apple's Admin. Mot.
for Referral to Settlement Conf.
4:20-cv-05640-YGR