Sarah M. Ray (SBN 229670)
 sarah.ray@lw.com
Aaron T. Chiu (SBN 287788)
 aaron.chiu@lw.com
Brett M. Sandford (SBN 302072)
 brett.sandford@lw.com
Blake R. Davis (SBN 294360)
 blake.davis@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
 christopher.bower@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

James P. Rouhandeh (*pro hac vice*)
 rouhandeh@davispolk.com
David B. Toscano (*pro hac vice*)
 david.toscano@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: +1.212.450.4000

Micah G. Block (SBN 270712)
 micah.block@davispolk.com
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: +1.650.752.2000

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>                    Plaintiff, <br><br>        v. <br><br> APPLE INC., <br><br>                    Defendant. | Case No. 4:20-cv-05640-YGR <br><br> **CERTIFICATE OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On August 13, 2026, I caused the following document(s) to be served on counsel for Plaintiff described as:

- Defendant Apple Inc.'s Remand Proffer [Filed Under Seal];

- Exhibits 2 and 3 to Apple Inc.'s Remand Proffer [Filed Under Seal];

by serving true copies of the above-described documents <u>via electronic mail delivery</u> to the person(s) and email address(es) set forth below:

| |
|---|
| Gary A. Bornstein (gbornstein@cravath.com) |
| Joe Wes Earnhardt (wearnhardt@cravath.com) |
| Justin C. Clarke (jcclarke@cravath.com) |
| Omid H. Nasab (onasab@cravath.com) |
| Yonatan Even (yeven@cravath.com) |
| Lauren A. Moskowitz (lmoskowitz@cravath.com) |
| Michael J. Zaken (mzaken@cravath.com) |
| M. Brent Byars (mbyars@cravath.com) |
| Matthew Adler (matthew.adler@faegredrinker.com) |
| Paul J. Riehle (paul.riehle@faegredrinker.com) |
| ***Attorneys for Plaintiff*** |

The parties on whom this electronic mail has been served have agreed in writing to such form of service.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction service was made, and declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 13, 2026** at San Francisco, California.

*/s/ Sarah M. Ray*
Sarah M. Ray