MATTHEW J. ADLER (SBN 273147)
Matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Sarah M. Ray (SBN 229670)
*sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
*aaron.chiu@lw.com*
Blake R. Davis (SBN 294360)
*blake.davis@lw.com*
Brett M. Sandford (SBN 302072)
*brett.sandford@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
*gary.feinerman@lw.com*
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
*christopher.bower@lw.com*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

EPIC GAMES, INC.,

Plaintiff, Counter-defendant,

v.

APPLE INC.,

Defendant, Counterclaimant.

Case No. 4:20-cv-05640-YGR-TSH

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EPIC'S RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO SEAL**

Courtroom: 1, 4th Floor

Judge: Hon. Yvonne Gonzalez Rogers

The parties, Epic Games, Inc. ("Epic") and Apple Inc. ("Apple"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on August 13, 2026, Apple filed an Administrative Motion to Seal Portions of its Remand Proffer and Supporting Expert Reports (the "Motion") (Dkt. No. 1709);

WHEREAS the Motion proposes over 90 redactions over the 400 pages of the proffer and its supporting materials (*id.*);

WHEREAS, pursuant to Civil Local Rule 7-11(b), Epic's deadline to file its Response to the Motion is no later than August 17, 2026, four days after the Motion was filed (Civil L.R. 7-11(b));

WHEREAS, pursuant to Civil Local Rule 6-1(b), the parties agree to extend Epic's deadline to file its Response to the Motion to no later than August 21, 2026 (Civil L.R. 6-1(b));

**THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT**:

By August 21, 2026, Epic will file with the Court its Response to Apple's Motion.

Respectfully submitted,

Dated: August 17, 2026

By: /s/ *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Adler (SBN 273147)
matthew.adler@faegredrinker.com
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: August 17, 2026

By: /s/ *Sarah M. Ray*

**LATHAM & WATKINS LLP**
Sarah Meyers Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Brett M. Sandford (SBN 302072)
Blake Richard Davis (SBN 294360)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: 415-391-0600
Fax: 415-395-8095
Email: sarah.ray@lw.com
aaron.chiu@lw.com
blake.davis@lw.com
brett.sandford@lw.com

Gary Feinerman
(*pro hac vice* application pending)
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312-876-7700
Email: gary.feinerman@lw.com

Christopher Bower (SBN 301379)
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel: 267-746-0398
Email: christopher.bower@lw.com

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh
David B. Toscano
(*pro hac vice* applications pending)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Email: rouhandeh@davispolk.com
david.toscano@davispolk.com

Micah G. Block
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
Fax: 752-2111
Email: micah.block@davispolk.com

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:__________________

______________________________________
HON. YVONNE GONZALEZ ROGERS

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*

Yonatan Even