GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
BRENT BYARS (*pro hac vice*)
bbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Matthew J. Adler (SBN 273147)
matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Counsel for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF JOINT STIPULATION AND PROPOSED ORDER REGARDING EPIC'S RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Yonatan Even, declare as follows:

1. I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above captioned action. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration in support of the parties' Joint Stipulation and Proposed Order Regarding Epic's Response to Apple's Administrative Motion to Seal, dated August 17, 2026.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

4. On August 13, 2026, Apple served on Epic unredacted versions of its Remand Proffer (Dkt. No. 1708) and the supporting expert reports of Dr. Dennis Carlton (Dkt. No. 1708-3) and Paul Meyer (Dkt. No. 1708-2) (together, the "Redacted Materials").

5. On August 13, 2026, Apple filed a motion to seal portions of the Redacted Materials. (Dkt. No. 1709.)

6. Since receiving Apple's Administrative Motion to Seal and the Redacted Materials, Epic has been reviewing Apple's proposed redactions and evaluating Apple's motion. The Redacted Materials span 449 pages, and Apple seeks 93 separate redactions. (*See* Dkt. No. 1709-1 (Decl. of Sarah M. Ray).)

7. On August 16, 2026, counsel for Epic emailed counsel for Apple to request Apple's consent to file a stipulation to extend Epic's deadline to respond to Apple's motion to seal by four calendar days, from August 17, 2026 to August 21, 2026.

8. On August 17, 2026, counsel for Apple consented to the stipulation.

9. The parties have not previously extended the deadline for Epic's response to this Motion to Seal.

10. The requested extension will not otherwise affect the schedule for the remand proceedings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on August 17, 2026 in New York, New York.

*/s/ Yonatan Even*
Yonatan Even