MATTHEW J. ADLER (SBN 273147)
Matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Sarah M. Ray (SBN 229670)
*sarah.ray@lw.com*
Aaron T. Chiu (SBN 287788)
*aaron.chiu@lw.com*
Blake R. Davis (SBN 294360)
*blake.davis@lw.com*
Brett M. Sandford (SBN 302072)
*brett.sandford@lw.com*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
*gary.feinerman@lw.com*
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
*christopher.bower@lw.com*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br>Plaintiff, Counter-defendant,<br>v.<br>APPLE INC.,<br>Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EPIC'S RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Courtroom: 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

The parties, Epic Games, Inc. ("Epic") and Apple Inc. ("Apple"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on August 13, 2026, Apple filed an Administrative Motion to Seal Portions of its Remand Proffer and Supporting Expert Reports (the "Motion") (Dkt. No. 1709);

WHEREAS the Motion proposes over 90 redactions over the 400 pages of the proffer and its supporting materials (*id.*);

WHEREAS, pursuant to Civil Local Rule 7-11(b), Epic's deadline to file its Response to the Motion is no later than August 17, 2026, four days after the Motion was filed (Civil L.R. 7-11(b));

WHEREAS, pursuant to Civil Local Rule 6-1(b), the parties agree to extend Epic's deadline to file its Response to the Motion to no later than August 21, 2026 (Civil L.R. 6-1(b));

**THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT**:

By August 21, 2026, Epic will file with the Court its Response to Apple's Motion.

Respectfully submitted,

Dated: August 17, 2026

By: /s/ *Yonatan Even*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Adler (SBN 273147)
matthew.adler@faegredrinker.com
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: August 17, 2026

By: */s/ Sarah M. Ray*

**LATHAM & WATKINS LLP**
Sarah Meyers Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Brett M. Sandford (SBN 302072)
Blake Richard Davis (SBN 294360)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: 415-391-0600
Fax: 415-395-8095
Email: sarah.ray@lw.com
aaron.chiu@lw.com
blake.davis@lw.com
brett.sandford@lw.com

Gary Feinerman
(*pro hac vice* application pending)
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312-876-7700
Email: gary.feinerman@lw.com

Christopher Bower (SBN 301379)
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel: 267-746-0398
Email: christopher.bower@lw.com

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh
David B. Toscano
(*pro hac vice* applications pending)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Email: rouhandeh@davispolk.com
david.toscano@davispolk.com

Micah G. Block
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
Fax: 752-2111
Email: micah.block@davispolk.com

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: August 17, 2026

HON. YVONNE GONZALEZ ROGERS

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*

Yonatan Even

GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravath.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
MICHAEL J. ZAKEN (*pro hac vice*)
mzaken@cravath.com
BRENT BYARS (*pro hac vice*)
bbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Matthew J. Adler (SBN 273147)
matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Counsel for Plaintiff Epic Games, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 4:20-cv-05640-YGR-TSH<br><br>**DECLARATION OF YONATAN EVEN IN SUPPORT OF JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EPIC'S RESPONSE TO APPLE'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Yonatan Even, declare as follows:

1. I am a partner at Cravath, Swaine & Moore LLP, counsel to Epic Games, Inc. ("Epic") in the above captioned action. I am admitted to appear before this Court *pro hac vice*.

2. I submit this declaration in support of the parties' Joint Stipulation and ~~Proposed~~ Order Regarding Epic's Response to Apple's Administrative Motion to Seal, dated August 17, 2026.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

4. On August 13, 2026, Apple served on Epic unredacted versions of its Remand Proffer (Dkt. No. 1708) and the supporting expert reports of Dr. Dennis Carlton (Dkt. No. 1708-3) and Paul Meyer (Dkt. No. 1708-2) (together, the "Redacted Materials").

5. On August 13, 2026, Apple filed a motion to seal portions of the Redacted Materials. (Dkt. No. 1709.)

6. Since receiving Apple's Administrative Motion to Seal and the Redacted Materials, Epic has been reviewing Apple's proposed redactions and evaluating Apple's motion. The Redacted Materials span 449 pages, and Apple seeks 93 separate redactions. (*See* Dkt. No. 1709-1 (Decl. of Sarah M. Ray).)

7. On August 16, 2026, counsel for Epic emailed counsel for Apple to request Apple's consent to file a stipulation to extend Epic's deadline to respond to Apple's motion to seal by four calendar days, from August 17, 2026 to August 21, 2026.

8. On August 17, 2026, counsel for Apple consented to the stipulation.

9. The parties have not previously extended the deadline for Epic's response to this Motion to Seal.

10. The requested extension will not otherwise affect the schedule for the remand proceedings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on August 17, 2026 in New York, New York.

*/s/ Yonatan Even*
Yonatan Even