# **EXHIBIT A**

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| **Apple Inc.'s Remand Proffer (Dkt. 1708)** | | |
| Page 11,<br>Line 8 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025, regarding the revenue ranking of apps offering link-outs. | **Epic objects.**<br>Apple proposes to redact link-out adoption rates, based on app size, which are core to the remand proceedings. |
| Page 11,<br>Lines 14, 17, 18, 20, 21, 22 | Reflects analysis derived from confidential Apple App Store revenue data showing the financial impact of the Court's April 2025 Order. | **Epic objects except as to line 18.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. Epic therefore objects to sealing the percentages but does not object to sealing the redacted dollar amount in line 18. |
| Page 20,<br>Line 10 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025. | **Epic takes no position.** |
| Page 21,<br>Lines 7, 8, 10, 11, 13 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 22,<br>Lines 24, 25 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025. | **Epic takes no position.** |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Page 28, Line 4 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025, regarding the revenue ranking of apps offering link-outs. | **Epic objects.** This proposed redaction is the same as the number redacted on Page 11, Line 8. Apple proposes to redact link-out adoption rates, based on app size, which are core to the remand proceedings. |
| Page 28, Lines 9, 12 | Reflects analysis derived from confidential Apple IAP revenue data between May 2024 – April 2025, regarding the revenue ranking of apps offering link-outs. | **Epic objects except as to line 9.** This proposed redaction is the same as the number redacted on Page 11, Line 22. The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. Epic therefore objects to sealing the percentage but does not object to sealing the redacted dollar amount in line 9. |
| **Expert Report of Paul Meyer & Michael Lasinski (Dkt. 1709-2)** | | |
| Page 22 | Reflects confidential Apple App Store revenue data broken down by genre. | **Epic takes no position.** |
| Page 23 | Reflects confidential Apple App Store revenue data broken down by genre. | **Epic takes no position.** |
| Page 108, Paragraph 285 | Reflects confidential Apple Q1 FY26 Attendee Feedback related to Apple's Developer-focused strategy information. | **Epic objects.** Apple proposes to redact survey response data from developers that do not disclose any commercially sensitive or financial information. |

| **Portions Sought to be Sealed** | **Apple's Basis for Sealing (Dkt. 1709-1)** | **Epic's Position** |
|---|---|---|
| Page 112, Paragraph 297 | Reflects confidential information provided to Apple by respondents in an Apple Developer survey. | **Epic objects.**<br>Apple proposes to redact survey response data from developers that do not disclose any commercially sensitive or financial information. |
| Page 114, Paragraph 304 | Reflects confidential marketing information provided to Apple by respondents in an Apple Developer survey. | **Epic objects.**<br>Apple proposes to redact survey response data from developers that do not disclose any commercially sensitive or financial information. |
| Page 116, Paragraph 310 | Reflects confidential Apple marketing expenditure data and proprietary business strategy information regarding App Store promotional activities. | **Epic objects except as to portions of the first sentence on page 116.**<br>The proposed redaction in the first sentence includes marketing expenditures, but the proposed redactions are not narrowly tailored to the amount of the expenditure and the description of the allocation. All other proposed redactions in paragraph 310 discuss general approaches to promoting App Store content. |
| Page 116, Paragraph 311 | Reflects confidential Apple internal business plans and strategic initiatives for developer partnerships. | **Epic objects.**<br>Apple proposes to redact internal marketing initiatives included in Apple's internal plans and budgets that do *not* have the requisite specificity to disclose any commercially sensitive or financial information. |
| Page 131, Paragraph 356 | Reflects confidential Apple internal business plans, revenue estimates, and billing data. | **Epic objects.**<br>Apple proposes to redact information regarding an internal investment plan for In-App Events in and before FY20. Such information is stale and not commercially sensitive. |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Page 132, Paragraph 357 | Reflects confidential internal billing and revenue plans. | **Epic objects.**<br>Apple proposes to redact past hiring and revenue projection data for an internal Apple project in FY21. Such information is stale and not commercially sensitive. |
| Pages 132–133, Paragraph 358 | Reflects confidential and proprietary Apple internal business performance metrics, revenue attribution data, and strategic program results. | **Epic takes no position.** |
| Page 133, Paragraph 359 | Reflects confidential Apple internal strategic technology initiatives and revenue forecasts. | **Epic objects.**<br>Apple proposes to redact the entire paragraph that describes a "Search Enhancements" program that Apple initiated over 5 years ago. Such information is stale and not commercially sensitive. |
| Page 133, Paragraph 360 | Reflects confidential Apple internal business plans and revenue forecasts. | **Epic objects.**<br>Apple proposes to redact performance metrics and incremental increases in app billings as a result of "The Search Landing Page" initiative from FY20. Such information is stale and not commercially sensitive. |
| Page 133, Paragraph 361 | Reflects confidential Apple internal business plans and revenue forecasts. | **Epic takes no position.** |
| Page 134, Paragraph 362 | Reflects confidential Apple internal business plans and revenue forecasts. | **Epic takes no position.** |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Page 134, Paragraph 363 | Reflects confidential Apple internal strategic technology initiatives and revenue forecasts. | **Epic objects except as to specific figures.** Apple proposes to redact generic statements regarding Apple's focus on LLMs and Generative AI. These proposed redactions should be narrowly tailored to the forecast numbers only. |
| Pages 134–135, Paragraph 364 | Reflects confidential Apple internal strategic technology initiatives and revenue forecasts. | **Epic takes no position.** |
| Page 135, Table 6 | Reflects confidential internal headcount information. | **Epic takes no position.** |
| Pages 135–136, Paragraph 366 | Reflects strategic internal business plans including confidential headcount information. | **Epic objects except as to the number of hires.** Apple proposes to redact hiring plans in its FY25 and FY26 budgets but does not narrowly tailor its proposed redactions. These proposed redactions should be narrowly tailored to the number of planned hires only. |
| Page 137, Paragraph 369 | Reflects confidential Apple financial data regarding internal cost allocations for developer relations and App Store marketing. | **Epic objects.** Apple proposes to redact generic statements that it incurred costs for developer relations that do not disclose any commercial sensitive information. |
| Page 137, Paragraph 370 | Reflects confidential and granular Apple financial data regarding internal cost allocations for developer relations and App Store marketing. | **Epic objects except as to the FY 2025 expenditure figure and the total figure.** Apple proposes to redact expenditures Apple spent on developer relations from 2015 to 2025. The stale information |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| | | is not commercially sensitive. The proposed redactions should be narrowly tailored to the expenditures themselves. |
| Page 138, Figure 3 | Reflects confidential and granular Apple financial data regarding internal cost allocations for developer relations and App Store marketing. | **Epic takes no position.** |
| Page 150, Paragraph 388 | Reflects confidential strategic program results and revenue information. | **Epic takes no position.** |
| Attachment 4, Pages 1–4 | Reflects confidential and granular figures drawn directly from Apple's App Store transaction data related to its proprietary financial performance metrics. | **Epic objects as to page 1 of Attachment 4.** Apple proposes to redact a table outlining total revenue by app genre and by year, but the first page disclosing revenue from 2019 and 2020 is stale and not commercially sensitive. |
| Attachment 4.1, Pages 1–4 | Reflects confidential and granular genre-level billing data and Apple's per genre percentage shares derived from Apple's confidential App Store transaction data. | **Epic takes no position.** |
| Attachment 4.2, Pages 1–4 | Reflects Apple's confidential non-subscription in-app purchase revenue by genre and year, with the Actual Amount, Developer Revenue, and Apple Revenue for each genre and corresponding totals and shares. | **Epic takes no position.** |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Attachment 4.3, Pages 1–4 | Reflects Apple's confidential non-recurring IAP subscription revenue by genre and year, including Actual Amount, Developer Revenue, and Apple Revenue for each genre, with totals and per-genre percentage shares. | **Epic takes no position.** |
| Attachment 4.4, Pages 1–4 | Reflects confidential data showing Apple's recurring IAP subscription revenue by genre and year, with the Actual Amount, Developer Revenue, and Apple Revenue for each genre plus totals and shares, all of which constitute proprietary financial performance metrics. | **Epic takes no position.** |
| Attachment 10, Page 1 | Reflects confidential and granular, organization-level personnel figures derived from Apple's internal headcount data. | **Epic takes no position.** |
| Attachment 11, Page 1 | Reflects confidential and granular data about Apple's annual operating expenses for Worldwide Developer Relations and App Store Marketing from FY 2015 through FY 2025. | **Epic objects to data through 2021.** Apple proposes to redact a table outlining Apple's operating expenses by category by year, but expenses before 2021 are stale and not commercially sensitive. |
| Attachment 11.1, Pages 1–6 | Reflects confidential and granular quarterly figures taken from Apple's | **Epic takes no position.** |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| | internal operating-expense records, including cost allocations and budgeting patterns. | |
| Attachment 11.2, Pages 1–6 | Reflects confidential and granular Apple financial data regarding internal cost allocations for App Store marketing. | **Epic takes no position.** |
| **Expert Report of Dr. Dennis W. Carlton (Dkt. 1709-3)** | | |
| Pages 7–8, Paragraph 22 | Reflects confidential App Store revenue concentration metrics by app rank derived from Apple's proprietary data, and reflects highly sensitive app-specific revenue impact data and proprietary econometric estimates. | **Epic objects except as to the proportion of U.S. IAP revenue made up by the top 200 apps.** Apple proposes to redact the link-out adoption rates and the alleged percentage decline to IAP revenue even though these are core to the remand proceedings. Epic therefore objects to sealing the specific percentages of alleged IAP revenue decline but does not object to sealing the redacted proportion of revenue accounted for by the 200 largest apps. |
| Page 9, Paragraph 25 | Reflects confidential Apple App Store revenue concentration metrics and analysis of the revenue impact of link-outs. | **Epic takes no position.** |
| Page 10, Paragraph 28 | Reflects confidential, commercially sensitive analysis derived from Apple App Store data including revenue distribution data. | **Epic objects except as to the proportion of IAP revenue made up by large developers.** Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses covering the rate at which developers could profitably link out, but this information does |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| | | not disclose any non-public inputs and it goes to the heart of the analysis. |
| Page 14, Footnote 20 | Reflects confidential, commercially sensitive Apple App Store revenue distribution data. | **Epic takes no position.** |
| Page 16, Paragraph 44 | Reflects confidential, commercially sensitive Apple App Store revenue distribution data. | **Epic objects except as to the percentages and the number of apps making up the top 0.1% of apps.** Apple proposes to redact nearly the entire paragraph when proposed redactions could be more narrowly tailored to only the sensitive numbers and percentages. |
| Page 16, Table 1 | Reflects confidential and commercially sensitive Apple App Store app-specific revenue figures. | **Epic takes no position.** |
| Page 17, Paragraph 45 | Reflects confidential and commercially sensitive Apple App Store app-specific revenue figures derived from Apple's transaction-level business records. | **Epic takes no position.** |
| Page 17, Footnote 23 | Reflects confidential App Store revenue concentration metrics by genre and app rank derived from Apple's proprietary data. | **Epic takes no position.** |
| Page 17, Paragraph 49 | Reflects confidential App Store revenue concentration metrics by app rank derived from Apple's proprietary data. | **Epic takes no position.** |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Page 18, Paragraph 51 | Reflects confidential analysis derived from Apple's IAP revenue data. | **Epic objects.**<br>As on Page 11 Line 8 of the Apple Proffer, Apple proposes to redact link-out adoption rates, based on app size, which are core to the remand proceedings. |
| Page 19 | Reflects confidential analysis derived from Apple's IAP revenue data. | **Epic objects except as to the last two rightmost columns.**<br>Apple proposes to redact "Number of Apps Reviewed" and "% Any Link-Out", which only disclose link-out adoption rates, core to the remand proceedings. |
| Page 20, Paragraph 54 | Reflects confidential Apple revenue-impact analysis showing the proportional decline in U.S. IAP relative to international benchmarks following the April 2025 Order. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. |
| Page 21, Figure 2 | Reflects confidential Apple revenue data and proprietary benchmarking analysis comparing U.S. IAP performance to international performance. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. |
| Page 22, Figure 3 | Reflects confidential Apple revenue data and proprietary expert modeling specific to apps identified as offering link-outs. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Page 23, Paragraph 56 | Reflects econometric result derived from proprietary IAP revenue data. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. |
| Page 23, Figure 4 | Reflects app-specific proprietary benchmarking analysis comparing U.S. IAP link-out performance to international IAP link-out performance. | **Epic takes no position.** |
| Page 25, Paragraph 59 | Reflects confidential Apple revenue-impact estimates derived from Apple App Store data. | **Epic objects except as to the redaction in the final sentence.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. Epic therefore objects to sealing the percentages but does not object to sealing the redacted dollar amount in the last sentence. |
| Page 25, Table 3 | Reflects confidential Apple revenue-impact estimates derived from Apple App Store data. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings. |
| Page 25, Paragraph 60 | Reflects highly sensitive app-specific revenue impact data, proprietary econometric estimates, and confidential analysis of individual developer revenue declines. | **Epic objects except as to changes in IAP revenue for specific apps.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings. Epic takes no position on |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| | | proposed redactions covering IAP revenue decline for specific apps. |
| Page 25, Footnote 37 | Reflects proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. |
| Page 26, Paragraph 61 | Reflects highly sensitive app-specific revenue impact data and proprietary econometric estimates. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. |
| Page 27, Footnote 39 | Reflects confidential Apple revenue-impact estimates from alternative econometric methodology. | **Epic objects.**<br>The decline in IAP billings allegedly due to link-outs is core to the remand proceedings, and the percentage decline does not reveal competitively sensitive information about Apple's revenue. |
| Page 29, Paragraph 67 | Reflects confidential, commercially sensitive Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the number of apps with "Reader" status, which can be derived via publicly available information. |
| Page 31, Paragraph 71 | Reflects confidential proprietary econometric results derived from Apple's IAP revenue data. | **Epic objects.** |

| **Portions Sought to be Sealed** | **Apple's Basis for Sealing (Dkt. 1709-1)** | **Epic's Position** |
|---|---|---|
| | | Apple proposes to redact Apple's average commission on IAP transactions, which is a core issue to the remand proceedings and merely reflects a mix of publicly known fees. |
| Page 31, Table 4 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects as to the rightmost column.** Apple proposes to redact Apple's average commission on IAP transactions, which is a core issue to the remand proceedings and merely reflects a mix of publicly known fees. Epic takes no position with regard to the rest of the table. |
| Page 33, Paragraph 80 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.** Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Pages 37–38, Paragraph 86 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic takes no position.** |
| Page 38, Table 6 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic takes no position.** |
| Page 39, Paragraph 89 | Reflects confidential proprietary econometric result derived from Apple App Store data. | **Epic objects except as to average transaction price.** Apple proposes to redact calculations of Stripe's effective payment processing cost, which is calculated based on publicly available inputs and does not reveal any non-public inputs. |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Page 39, Paragraph 90 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 39, Table 7 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects except as to the average transaction price.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation calculation of Stripe's effective payment processing cost and Dr. Carlton's "inefficiency cushion," which do not disclose any non-public inputs and that go to the heart of the analysis. Epic takes no position on the proposed redactions in the "Average Transaction Price" row. |
| Pages 40–41, Paragraph 94 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 41, Footnote 68 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 42, Table 8 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |

| **Portions Sought to be Sealed** | **Apple's Basis for Sealing (Dkt. 1709-1)** | **Epic's Position** |
|---|---|---|
| Page 42, Footnote 69 | Reflects confidential proprietary econometric result derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Pages 42–43, Paragraph 95 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 43, Table 9 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Pages 43–44, Paragraph 96 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects except as to the proportion of U.S. IAP revenue accounted for by VPP and NPP programs.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. Epic takes no position on the percentage of Apple's U.S. IAP revenue attributable to VPP and NPP programs. |
| Page 43, Footnote 71 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| Page 44, Paragraph 97 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.** Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 44, Footnote 73 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.** Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 44, Footnote 74 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.** Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 44, Footnote 75 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.** Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 45, Paragraph 98 | Reflects confidential, commercially sensitive Apple App Store data. | **Epic takes no position.** |
| Page 45, Paragraph 99 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.** Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |

| **Portions Sought to be Sealed** | **Apple's Basis for Sealing (Dkt. 1709-1)** | **Epic's Position** |
|---|---|---|
| Page 45, Footnote 76 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 45, Footnote 77 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 45, Paragraph 100 | Reflects App Store revenue concentration metrics by app rank derived from Apple's confidential proprietary data. | **Epic takes no position.** |
| Page 46, Paragraph 102 | Reflects confidential proprietary econometric result derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Page 77, Appendix D | Reflects confidential revenue information derived from Apple's IAP revenue data. | **Epic takes no position.** |
| Page 78, Appendix E | Reflects confidential Apple App Store revenue data broken down by genre. | **Epic takes no position.** |
| Pages 79–81, Appendix F | Reflects confidential, highly sensitive app-specific revenue impact data and developer revenue declines. | **Epic objects except as to App Name, App Genre, and IAP Revenue.** |

| Portions Sought to be Sealed | Apple's Basis for Sealing (Dkt. 1709-1) | Epic's Position |
|---|---|---|
| | | Apple proposes to redact an entire table showing the outcomes of Dr. Carlton's modeling and scenario analyses that can be redacted in a more narrowly tailored way. |
| Pages 82–89, Appendix G, Tables G.1–G.8 | Reflects confidential proprietary econometric results derived from Apple App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Pages 90–97, Appendix H, Tables H.1–H.8 | Reflects confidential revenue concentration metrics derived from Apple's proprietary App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |
| Pages 98–105, Appendix I, Tables I.1–I.8 | Reflects confidential revenue concentration metrics derived from Apple's proprietary App Store data. | **Epic objects.**<br>Apple proposes to redact the outcomes of Dr. Carlton's modeling and valuation analyses that do not disclose any non-public inputs and that go to the heart of the analysis. |