Matthew J. Adler (SBN 273147)
Matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

Sarah M. Ray (SBN 229670)
sarah.ray@lw.com
Aaron T. Chiu (SBN 287788)
aaron.chiu@lw.com
Blake R. Davis (SBN 294360)
blake.davis@lw.com
Brett M. Sandford (SBN 302072)
brett.sandford@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
gary.feinerman@lw.com
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
christopher.bower@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR<br><br>**STATUS REPORT REGARDING APPLE'S DOCUMENT PRODUCTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple") (the "Parties") write to apprise the Court of the status of proceedings pursuant to the Joint Stipulation and Order Regarding Proceedings on Remand entered by your Honor on May 20, 2026 (Dkt. No. 1687 (the "May 20 Order")).

Apple filed the proffer required by the May 20 Order on August 13, 2026. The May 20 Order required Apple to "produce to Epic all non-privileged documents relating to the decision-making process leading to the proposal in its proffer, including any fee proposal reflected in its proffer, as well as a privilege log" within ten days of filing its proffer. (*Id.* ¶ 2.) It further required the parties to begin conferring thereafter, including with respect to "whether Epic believes it needs any additional material to evaluate and respond to Apple's proposal." (*Id.*) Epic's deadline to respond to Apple's proffer is 60 days "from the later of (a) the filing of Apple's proffer or (b) Apple's completion of its document production." (*Id.* ¶ 4.)

The Parties timely met and conferred about Apple's initial document productions on August 28, 2026.

The parties agree that Epic's 60-day deadline under the May 20 Order has not yet begun to run. While reserving all rights, the Parties are meeting and conferring about the scope of Apple's document production. The Parties are available to answer any questions the Court may have and intend to update the Court two weeks from today, to the extent the Court wishes to receive status reports.

Respectfully submitted,

Dated: September 10, 2026

By: /s/ *Gary A. Bornstein*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Adler (SBN 273147)
matthew.adler@faegredrinker.com
Four Embarcadero Center
San Francisco, California 94111

Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

Dated: September 10, 2026

By: /s/ *James P. Rouhandeh*

**LATHAM & WATKINS LLP**
Sarah Meyers Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Brett M. Sandford (SBN 302072)
Blake Richard Davis (SBN 294360)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: 415-391-0600
Fax: 415-395-8095
Email: sarah.ray@lw.com
aaron.chiu@lw.com
blake.davis@lw.com
brett.sandford@lw.com

Gary Feinerman
(*pro hac vice* application pending)
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312-876-7700
Email: gary.feinerman@lw.com

Christopher Bower (SBN 301379)
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel: 267-746-0398
Email: christopher.bower@lw.com

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh
David B. Toscano
(*pro hac vice* applications pending)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Email: rouhandeh@davispolk.com
david.toscano@davispolk.com

Micah G. Block
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
Fax: 752-2111
Email: micah.block@davispolk.com

*Counsel for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose user ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

*/s/ Gary A. Bornstein*

Gary A. Bornstein