Matthew J. Adler (SBN 273147)
Matthew.adler@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
David B. Toscano (*pro hac vice*)
david.toscano@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

Micah G. Block
micah.block@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
Fax: 752-2111

Sarah M. Ray (SBN 229670)
sarah.ray@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>Plaintiff, Counter-defendant,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR<br><br>**STATUS REPORT REGARDING APPLE'S DOCUMENT PRODUCTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiff Epic Games, Inc. ("Epic") and Defendant Apple Inc. ("Apple") (the "Parties") write to apprise the Court of the status of Apple's document production pursuant to the Joint Stipulation and Order Regarding Proceedings on Remand entered on May 20, 2026. (Dkt. 1687 ("May 20 Order"); Dkt. 1720.) The Parties agree that Epic's 60-day deadline under the May 20 Order has not yet begun to run.

**Epic's Position**:

This Court ordered Apple to produce "*all* non-privileged documents relating to the decision-making process leading to the proposal in its proffer" by August 24, 2026. (May 20 Order ¶ 2 (emphasis added).) Nearly two months after that deadline, Apple still has not done so. Because Apple ignored that deadline and has been dragging its feet since, Epic asked in the Parties' last status report, dated October 9, 2026, that the Court order Apple to begin rolling productions immediately and to complete its full production by November 1, 2026. (Dkt. 1720 at 3, 9.)

In that same filing, Apple stated that it "anticipates being in a position to substantially complete" production for Messrs. Cook, Cue, Parekh, Oliver, Schiller, Barton, and Roman (the "Initial Custodians") by November 1 and for the remaining 20 custodians by November 25. (*Id.* at 11–12.) On October 14, Epic asked Apple to confirm that its collection and review are underway for all 27 custodians, that it will promptly begin rolling productions, and that it will substantially complete production for at least the seven Initial Custodians by November 1 and for the remaining 20 custodians by November 25, as stated in the October 9 filing. (*See* Dkt. 1720; *see also* October 14, 2026 Email from K. Phillips to D. Thomson et al.) On October 16, Apple replied, stating only that its "positions and expectations regarding the timing of productions" in the October 9 report "have not changed." (October 16, 2026 Email from D. Thomson to K. Phillips et al.) Apple now represents below that it "expects to make a rolling production" this week and "believes that it remains on track" to meet its stated timeline. However, Apple has not yet produced a single document since September 24, 2026. (Dkt. 1720 at 4 n.3.) With November 1 just over a week away, Epic thus maintains its request that the Court hold Apple accountable and order it to complete its production immediately.

**Apple's Status Report**:

Apple believes that it remains on track to substantially complete productions of responsive documents for the seven priority custodians by November 1 and to substantially complete productions for the remaining twenty custodians by November 25. For more than two weeks (inclusive of weekends), Apple has been reviewing the documents that hit on Epic's search terms. Apple expects to make a rolling production to Epic this week. If the Court has any questions about Apple's collection, review and production of documents, Apple would be happy to answer them.[1]

* * *

The Parties are available to answer any questions the Court may have and intend to update the Court two weeks from today.

---

[1] Epic repeats arguments from the September 25 and October 9 Joint Status Reports. Apple has already responded to those arguments, including Epic's baseless charge that Apple's document productions on August 13 and August 24 did not satisfy Apple's obligation. *See*, *e.g.*, Dkt. 1720 at 12, 14–16.

Epic continues to use this status report to raise issues with the Court as to which it has not met and conferred with Apple. Epic has not met and conferred with Apple since October 9. If Epic has concerns related to Apple's document production, Epic should meet and confer with Apple rather than raise them in the drafts of status reports.

Respectfully submitted,

Dated: October 23, 2026

By: */s/ Gary A. Bornstein*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Adler (SBN 273147)
matthew.adler@faegredrinker.com
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: October 23, 2026

By: */s/ James R. Rouhandeh*

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
Email: rouhandeh@davispolk.com
david.toscano@davispolk.com

Micah G. Block
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
Fax: 752-2111
Email: micah.block@davispolk.com

**LATHAM & WATKINS LLP**
Sarah Meyers Ray (SBN 229670)
Aaron T. Chiu (SBN 287788)
Brett M. Sandford (SBN 302072)
Blake Richard Davis (SBN 294360)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: 415-391-0600
Fax: 415-395-8095
Email: sarah.ray@lw.com
aaron.chiu@lw.com
blake.davis@lw.com
brett.sandford@lw.com

Gary Feinerman
(*pro hac vice* application pending)
330 N Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312-876-7700
Email: gary.feinerman@lw.com

Christopher Bower (SBN 301379)
555 11th Street NW, Suite 1000
Washington, DC 20004
Tel: 267-746-0398
Email: christopher.bower@lw.com

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Gary A. Bornstein, am the ECF User whose user ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

*/s/ Gary A. Bornstein*

Gary A. Bornstein