Davis Polk

David B. Toscano
+1 212 450 4515
david.toscano@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

September 24, 2026

Re: *Epic Games, Inc. v. Apple Inc.,* Case No. 4:20-cv-05640-YGR (N.D. Cal.)

Gary A. Bornstein et al.
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, New York 10001
gbornstein@cravath.com

Counsel,

In accordance with the Joint Stipulation and Order Regarding Proceedings on Remand, ECF No. 1687 ("Remand Stipulation") and in reliance on the parties' non-waiver agreement (described below), Apple Inc. ("Apple") hereby produces volume APL-EG-R_008, which contains documents Bates stamped APL-EG-R_00023887 through APL-EG-R_00025206.

The parties' non-waiver agreement was reached as follows. On September 3, 2026, Apple offered to produce certain drafts of the proffer and expert materials that Apple's decision makers had received "on the condition that Epic agrees that the act of production will not constitute a waiver of any right, privilege, immunity, or protection, including under the parties' expert stipulation and the doctrines of attorney work product and attorney-client privilege." Message from D. Toscano to J. Oberg dated Sept. 3, 2026. On September 11, 2026, Epic accepted Apple's offer, "agree[ing] to [Apple's] condition, subject to the following caveats: (1) Epic does not waive its position that these documents are not subject to any privilege or protection from discovery under the May 20 Order; and (2) Apple will not contend that the materials it produces cannot be used in this proceeding." Letter from G. Bornstein to D. Toscano dated Sept. 11, 2026. In a videoconference between the parties on September 26, 2026, Apple expressed its acceptance of Epic's caveats. Apple is now producing the accompanying draft proffers and draft expert reports in express reliance on the parties' non-waiver agreement.

All documents are produced pursuant to the Amended Protective Order, Dkt. 274, entered on January 21, 2021, and are accordingly designated by legend CONFIDENTIAL or HIGHLY CONFIDENTIAL, as applicable.

This production is password protected. The password will be sent under separate cover.

Sincerely,

*/s/ David B. Toscano*
David B. Toscano

CC:
Yonatan Even
Lauren A. Moskowitz
Michael J. Zaken
M. Brent Byars
yeven@cravath.com
lmoskowitz@cravath.com
mzaken@cravath.com
mbyars@cravath.com

**Electronic Delivery**