# Exhibit C

| No. | Search Term | **Documents Produced /** Hit on Term (% produced)[1] | **Documents with Families Produced /** Hit on Term (% produced)[2] |
|---|---|---|---|
| **1** | proffer OR remand OR contem* OR injunction OR Epic OR YGR OR ((judge OR Gonzalez) NEAR/10 “Rogers”) OR steering OR ((“9th Cir*” OR “ninth cir*” OR (appeal*) OR “supreme court” OR “SCOTUS”) AND (commission* OR fee* OR ((link* BEFORE/1 out) OR linkout OR link-out OR “link entitle*”)) | **162** / [redacted] | **297** / [redacted] ([redacted]) |
| **2** | carlton OR Meyer OR lasinski OR Thompson OR “compass” OR “233 analytics” OR “hka” OR (expert* AND report)) | **30** / [redacted] ([redacted]) | **92** / [redacted] ([redacted]) |
| **3** | (note* OR agenda OR presentation* OR slide* OR deck* OR powerpoint OR keynote OR prepar* OR debrief* OR “follow up” OR (talking BEFORE/1 point*) OR briefing OR “15%” OR “10%” OR “5%” OR “15/10/5” OR “15%/10%/5%” OR lookback* OR “look-back” OR “look back”) AND (commission* OR ((link* BEFORE/1 out) OR linkout OR link-out OR “link entitle*”) | **362** / [redacted] ([redacted]) | **569** / [redacted] ([redacted]) |
| **4** | (financ* OR revenue* OR forecast* OR projection* OR model* OR scenario* OR analy*) AND (commission* OR rate* OR ((link* BEFORE/1 out) OR linkout OR link-out OR “link entitle*”)) | **375** / [redacted] ([redacted]) | **576** / [redacted] ([redacted] |
| **5** | (Michigan OR Wisconsin OR japan OR MSCA OR “european union” OR eu OR dma OR “united kingdom” OR uk OR brazil OR Australia OR Atari OR Galette OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR [redacted] AND (commission* OR rate* OR fee* OR structure* OR alternative* OR ((link* BEFORE/1 out) OR linkout OR link-out OR “link entitle*”) OR comply* OR compliance) | **295** / [redacted] ([redacted]) | **483** / [redacted] ([redacted]) |

[1] The total number of unique documents returned by all ten search terms in the Initial Custodians’ files is 73,210.

[2] The total number of unique documents, including families, returned by all ten search terms in the Initial Custodians’ files is 122,884.

| | | | |
|---|---|---|---|
| **6** | ((api BEFORE/1 licens*) OR (patent BEFORE/1 licens*) OR (software BEFORE/1 licens*) OR (licens* BEFORE/1 fee) OR royalt* OR "carriage fee" OR "platform fee") AND (commission* OR (link* BEFORE/1 out) OR linkout OR link-out OR "link entitle*") | **37** / [redacted] ([redacted]) | **126** / [redacted] ([redacted]) |
| **7** | ("zero commission" OR "zero-commission" OR "0% commission" OR "no commission" OR "commission prohibition" or "commission ban") | **40** / [redacted] ([redacted]) | **106** / [redacted] ([redacted]) |
| **8** | (breakage OR "drop-off" OR (drop* BEFORE/1 off) OR "dropoff" OR "fall-off" OR (fall* BEFORE/1 off) OR "falloff" OR abandon* OR (completion BEFORE/1 rate*)) OR (sensitivity OR scenario*) AND (((link* BEFORE/1 out) OR linkout OR link-out OR "link entitle*")) | **157** / [redacted] ([redacted]) | **295** / [redacted] ([redacted]) |
| **9** | ("p&l" OR "p & l" OR "PnL" OR "profit and loss") AND ("store") | **52** / [redacted] ([redacted]) | **119** / [redacted] ([redacted]) |
| **10** | (dissuad* OR discourag* OR deter* OR prevent* OR suppress* OR prohibit* OR block* OR encourag* OR limit* OR stop* OR viab* OR "tipping point" OR adopt* OR "no developer" OR "no large developer" OR "no small developer" OR (developer BEFORE/1 profit*)) AND (((link* BEFORE/1 out) OR linkout OR link-out OR "link entitle*") OR "alternative payment" OR comply OR complying OR compliance) | **211** / [redacted] ([redacted]) | **380** / [redacted] ([redacted]) |