UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>Plaintiff, Counter-defendant,<br>v.<br>APPLE INC.,<br>Defendant, Counterclaimant. | Case No. 4:20-CV-05640-YGR<br>**[PROPOSED] ORDER GRANTING EPIC GAMES, INC.'S MOTION TO ENFORCE ORDER**<br>Courtroom: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

The Court, having considered the evidence and arguments presented to it with respect to Plaintiff Epic Games, Inc.'s ("Epic") Motion to Enforce Order ("Motion"), dated November 13, 2026, and consistent with the Court's opinion on the Motion issued herewith, **HEREBY ORDERS** as follows:

1. Defendant Apple Inc. ("Apple") is in violation of this Court's Order to "produce to Epic all non-privileged documents relating to the decision-making process leading to the proposal in its proffer." (Dkt. 1687.)
2. Apple is ordered to produce, by December 2, 2026, all non-privileged documents that hit on any of the Parties' agreed-upon search terms appearing as Exhibit C to the Declaration of Yonatan Even dated November 13, 2026, without any review for responsiveness or relevance.
3. Apple shall pay a daily monetary sanction in the amount of $____ per day that it fails to comply after December 2, 2026.

**IT IS SO ORDERED.**

Dated: ___________, 2026

______________________________________

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE