**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EPIC GAMES, INC.,**<br>Plaintiff,<br>vs.<br>**APPLE, INC.,**<br>Defendant. | **CASE NO.: 4:20-CV-05640-YGR**<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE THOMAS S. HIXSON**<br><br>Re: Dkt. Nos. 1725, 1727 |

Pursuant to Local Rule 72-1,[1] this matter is **REFERRED** to Magistrate Judge Thomas S. Hixson for all discovery matters, including without limitation plaintiff Epic Games, Inc.'s Motion to Enforce Order Re: Production (Dkt. No. 1727) and Motion to Shorten a Party's Time to Respond Pursuant to Local Rule 6-3 (Dkt. No. 1725).

Date: November 17, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Thomas S. Hixson

[1] The Northern District of California's Civil Local Rules can be accessed at https://cand.uscourts.gov/rules-forms-fees/local-rules/civil-local-rules.