James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
david.toscano@davispolk.com

Micah G. Block (SBN 270712)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel: (650) 752-2000
micah.block@davispolk.com
serge.voronov@davispolk.com

*Attorneys for Defendant Apple Inc.*

Sarah M. Ray (SBN 22970)
sarah.ray@lw.com
Aaron T. Chiu (SBN 287788)
aaron.chiu@lw.com
Blake R. Davis (SBN 294360)
blake.davis@lw.com
Brett M. Sandford (SBN 302072)
brett.sandford@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary S. Feinerman (*pro hac vice*)
gary.feinerman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: +1.312.876.7700

Christopher Bower (SBN 301379)
christopher.bower@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

EPIC GAMES, INC.,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 4:20-cv-05640-YGR-TSH

**DECLARATION OF CLAYTON LEECH IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFF EPIC GAMES, INC.'S MOTION TO ENFORCE ORDER RE PRODUCTION**

Honorable Yvonne Gonzalez Rogers
Honorable Thomas S. Hixson

I, Clayton Leech, hereby declare as follows:

1. I am a Senior Review Director of the global legal technology and services company Consilio LLC ("Consilio"). I submit this declaration in support of the brief of Apple Inc. ("Apple") in opposition to the motion by Epic Games, Inc. ("Epic") seeking to require Apple to produce by December 2 all non-privileged documents that hit on Epic's search terms.

2. I have been asked to consider the work that would be required of Consilio if Apple were ordered to produce by December 2 all non-privileged documents that hit on Epic's search terms and the feasibility of completing such a review by that date.

3. Consilio is a global leader in eDiscovery, document review, risk management, and legal consulting services, supporting multinational law firms and corporations using software, managed services, and legal and regulatory industry expertise. Consilio is a leading expert on eDiscovery and document review.

4. Consilio's review work in this matter includes review and coding for responsiveness and, where documents are identified for potential production, additional review for privilege, confidentiality, PII, proprietary information, source code, unannounced hardware-product information, other protected or sensitive information, family-level consistency, and the identification and application of redactions where required, including quality-control review of those determinations.

5. Consilio advises against using large review teams of over several hundred reviewers. Larger review team sizes often introduce quality issues, which thereby increases the time required to complete quality-control reviews.

6. I understand that Consilio already has spent 20,485 hours assisting Apple with substantially completing its production of responsive documents and families by November 25.

7. I further understand that documents in responsive families that Apple intends to produce undergo multiple requisite layers of review before production, including privilege review, redaction review, family-completeness review, quality-control review, and other pre-production steps.

8. I also understand that documents not coded Responsive do not proceed through those same production-focused review steps unless they are later identified for production.

9. Producing all documents that hit on Epic's search terms would therefore require substantial additional review work before those documents could be made production ready. A majority of the over 521,000 search-hit documents would need to undergo additional privilege review, redaction review, family-completeness review, quality-control review, and other pre-production steps before production.

10. Reviewers would need to evaluate the document text, metadata, attachments, family relationships, participants, privilege indicators, confidentiality issues, PII, proprietary or source-code content, and any unannounced hardware-product information. Documents requiring redactions would require additional line-by-line review, redaction application, and quality-control review before production.

11. Consilio anticipates the review work described above would require more than 17,000 additional reviewer hours because of the significantly more rigorous review. Consilio anticipates that even if Consilio used the maximum number of reviewers recommended by Consilio best practices, it would take approximately 3 weeks to conduct the review.

12. That estimate does not include additional time required for reviewer training, protocol updates, calibration exercises, escalation of difficult documents, quality-control review, family-level consistency checks, re-review of documents requiring redactions, outside-counsel review, or production processing by OpenText.

13. For those reasons, Consilio does not believe that the review required to prepare the over 521,000 search-hit documents for production could be completed by December 2 in a manner consistent with Consilio's ordinary quality-control standards.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of November, 2026 at Madison, Mississippi.

Clayton Leech